UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAEL W. HARRIS, et al., | Civil Action No. C-1-01-428 |
| Plaintiffs, | |
| v. | Honorable Judge S. Arthur Spiegel |
| | Magistrate Timothy S. Hogan |
| PURDUE PHARMA, INC., et al., | AFFIDAVIT OF JOHN L. EADIE |
| Defendants. | |

STATE OF NEW YORK          )
                          SS.
COUNTY OF RENSSELAER       )

Personally appeared the undersigned **John L. Eadie**, who on oath deposes and says:

1. I am John L. Eadie. From 1985 to 1995, I was the Director, Division of Public Health Protection, New York State Department of Health. In that capacity, I directed the activities of the Bureau of Controlled Substances and its Prescription Monitoring Program for the state of New York. I was responsible for the expansion of the program, for collecting information on about one-half million prescriptions to more than three million annually; for the attendant policy, regulatory, legal, and legislative issues; and, for the evaluation of program effectiveness.

2. I co-founded the Alliance of States with Prescription Monitoring Programs in 1992, an organization of twenty-eight states, including those that have Prescription Monitoring Programs and others considering establishment of programs.

3. At the request of multiple states, I have provided advice, assistance and guidance to their efforts to develop and effectuate their Prescription Monitoring Programs.

4. I have been retained by Plaintiffs in this case to act as an expert in this case.

5. I have reviewed the status of state Prescription Monitoring Programs and have determined that, at present, there are twenty-one existing programs (currently operating or going into operation). This is five more than were in this status as of the end of 2002. In addition, there are two programs under development. The existing programs are in the states of California, Hawaii, Idaho, Illinois, Indiana, Kentucky, Maine (new), Massachusetts, Michigan, Nevada, New York, Oklahoma, Pennsylvania (new), Rhode Island, Tennessee (new), Texas, Utah, Virginia (new), Washington, West Virginia, and Wyoming (new). Programs are under development in the states of Florida and Ohio.

6. I have searched out information regarding state Prescription Monitoring Programs' distribution of patient profile information to practitioners (health care professionals who have authority to prescribe controlled substances like OxyContin, including physicians and dentists), and pharmacies, and to law enforcement agencies. Attached is the information provided to me by the states of Idaho, Kentucky and Nevada. For the court's convenience, I have attached a chart summarizing that information.

7. I have sought information from the State of Georgia regarding the status of the state's process in establishing a Prescription Monitoring Program. Richard Allen,

Deputy Director of the State of Georgia Drugs and Narcotics Agency, has provided that information to me in a letter. (Exhibit 6 to Plaintiffs' Reply brief).

8. I have sought information from the state of Massachusetts regarding their Prescription Monitoring Program. I have learned that the state is interested in enhancing their program to distribute patient profiles to practitioners and pharmacies, as do states like Idaho, Kentucky and Nevada. However, due to fiscal constraints, the state is unable to do so.

9. I certify that the documents attached to this affidavit are true and accurate copies of correspondence and information provided to me by representatives of the states of Georgia, Idaho, Kentucky, and Nevada.

FURTHER AFFIANT SAYETH NAUGHT.

_____
John L. Eadie

Sworn to before me and subscribed in my presence, this 10TH day of September, 2003.

_____
Notary Public

SHIRLEY K. STULMAKER
Notary Public, State of New York
Qualified in Albany County
Commission Expires 10/30/2006

## DISTRIBUTION OF PATIENT PROFILES BY THREE PRESCRIPTION MONITORING PROGRAMS DURING 2002

| State | To Practitioners and Pharmacies | To Law Enforcement | Total |
|---|---|---|---|
| Idaho | 4,705 | 33 | 4,738 |
| Kentucky | 87,094 | 2,151 | 89,245 |
| Nevada | 11,587 | 12 | 11,599 |
| Total | 103,386 | 2,196 | 105,582 |
|  | **97.9%** | **2.1%** | **100%** |

Table prepared on September 10, 2003 by John L. Eadie from information provided by the states of Idaho, Kentucky, and Nevada.

# Idaho State Board of Pharmacy

3380 Americana Terrace, Suite 320    P.O. Box 83720    Boise, Idaho 83720-0067
Telephone (208) 334-2356    FAX (208) 334-3536

September 10, 2003

Dear Sirs;

The Idaho State Board of Pharmacy (IBOP) Drug-Tracking program serves as a means to monitor controlled substance prescriptions, schedules II-IV, filled in the state of Idaho or filled by out-of-state mail service pharmacies for patients residing in the state of Idaho. The prescription data is submitted by mail service pharmacies and Idaho community pharmacies on a monthly basis. Currently, the database receives an average of 120,000 records per month.

A report is generated on a monthly basis that indicates those individuals that have received a controlled substance prescription from 5 or more practitioners within a months time. A copy of this profile is sent to each practitioner indicated. In the year 2002, 624 individuals were identified and a profile sent. Year to Date for 2003 (January to August), there have been 350.

Information in the drug-tracking database may be released to practitioners, pharmacists, local law enforcement, medicaid or medicare agency, or licensing board. This information is obtained by submitting a profile request form from IBOP. The following shows the total number of these requests for the last 3 years and Year to Date for 2003 (January to August):

| 2000 | 2001 | 2002 | 2003 |
|------|------|------|------|
| 499  | 1586 | 4114 | 3156 |

Of the total number of requests per year those made by local law enforcement are as follows:

| 2001 | 2002 | 2003(year to date) |
|------|------|--------------------|
| 8    | 33   | 32                 |

Currently, IBOP knows of no prosecution of an individual based on the information from the database.

Sincerely,

Richard K Markuson, RPh
Executive Director

2002
Profiles to
Practitioners
+ Pharmacies
———
4,114
< 33 > to law enforcement
+ 624
———
4,705

Executive Director: Richard K. Markuson, R.Ph.

Subj: **Kasper Stats**
Date: 9/10/2003 10:43:49 AM Eastern Daylight Time
From: Dave.Sallengs@mail.state.ky.us
To: JohnLEadie@aol.com

<<KASPER Statistical Data>>

KASPER data is from the Kentucky All Schedule Prescription Electronic Reporting database.
KASPER statistical data John Eadie.xls, contains no confidential information, and, therefore, is not subject to the standard "NOTICE OF CONFIDENTIALITY" at the end of this email.

Dave Sallengs, RPH
Branch Manager
Drug Enforcement and Professional Practices
Dave.Sallengs@mail.state.ky.us <mailto:Dave.Sallengs@mail.state.ky.us>

NOTICE OF CONFIDENTIALITY: This e-mail, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain confidential information that is legally privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any review, use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.

Message-ID: <63AA762A65D0D4119FAA00508B952FEC0956D21D@agency24.state.ky.us>
From: Dave.Sallengs@mail.state.ky.us
To: johnleadie@aol.com
Subject: KASPER Statistical Data
Date: Fri, 5 Sep 2003 11:10:52 -0400
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2656.59)
Content-Type: multipart/mixed;
    boundary="----_=_NextPart_002_01C377A9.E83F3260"

Please call me if you have any questions!

<<KASPER statistical data John Eadie.xls>>

Dave Sallengs, RPH
Branch Manager
Drug Enforcement and Professional Practices
Dave.Sallengs@mail.state.ky.us <mailto:Dave.Sallengs@mail.state.ky.us>

NOTICE OF CONFIDENTIALITY: This e-mail, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain confidential information that is legally privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any review, use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.

# KASPER Statistical Data 01/01/2002 Through 12/31/2002

Number of KASPER reports sent to practitioners                                          83,151

Number of KASPER reports sent to pharmacists                                             3,943

Number of patient profiles sent to practitioners and pharmacies because
KASPER identified a possible problem                                                         0 *

Number of KASPER reports sent to law enforcement                                         2,151

Number of criminainal prosecutions of persons who obtain controlled
substances in which KASPER data was utilized for the prosecution                              **

\*   Our policy is to act only on complaints.  We do not scrutinize reports unless a
    problem is reported from outside our office.

\*\*  KASPER reports are not to be used a evidence.  KASPER is a tool used by law
    enforcement to obtain evidence.  Our office has no way to track the number of
    prosecutions resulting from law enforcement KASPER requests.

KASPER statistical data John Eadie.xls

Subj: **(no subject)**
Date: 9/9/2003 2:48:57 PM Eastern Daylight Time
From: kmacdonald@govmail.state.nv.us
To: johnleadie@aol.com

Nevada State Board of Pharmacy
555 Double Eagle Court - Suite 110 - Reno, NV 89521
(775) 850-1440 - 1-800 364-2081

Mr. John L. Eadie
78 Van Dyke Drive South
Rensselaer, NY 12144

Dear Mr. Eadie:

This letter confirms the provision of informational sheets to you by Nevada's Controlled Substance Abuse Prevention Task Force (the task force). While some of the documents, particularly graphs or charts, appear without titles attributing the data to this program, you may certainly do so at your discretion.

In conference with Joanee Quirk, task force administrator, we discussed the frequency that law enforcement agencies contact task force personnel to obtain controlled substance utilization data for investigational purposes. The number we concluded would be accurate would not exceed twelve (12) inquiries per year.

We purposefully excluded the Drug Enforcement Administration (DEA) resulting from the circumstance their major interest has beeen registration issues, utilization issues, and frankly, the fact that this office is unaware of any criminal interventions resulting in legal actions they have conducted in a good number of years. Regardless of a precise characterization of law enforcement contacts with the task force, it could be considered extremely minimal or virtually non existant compared to other activities the office conducts in the dissemination of information relevant to controlled substance medication utilization.

If there is futher information you need, please contact me.

Sincerely,

Keith W. Macdonald, Executive Secretary
Nevada State Board of Pharmacy

Wednesday, September 10, 2003 America Online: JohnLEadie

CONTROLLED SUBSTANCE TASK FORCE
Schedule of Data collected and Statistical Analysis
For the year ending December 31, 2002

| | | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|
| **PHARMACY REPORTING DATA** | | | | | | | |
| Pharmacies reporting data | | 325 | 347 | 350 | 364 | 387 | 405 |
| | | | | | | | |
| Prescriptions collected | Schedule 2 | 212,919 | 245,727 | 289,542 | 339,244 | 399,642 | 468,536 |
| | Schedule 3 | 762,762 | 866,778 | 959,407 | 1,033,729 | 1,124,721 | 1,188,585 |
| | Schedule 4 | 786,115 | 723,730 | 779,955 | 830,777 | 913,129 | 1,058,087 |
| | Soma/Ultram | | | | | | 11,711 |
| | unknown schedule | 28,324 | 15,929 | 7,835 | 12,051 | 15,131 | 6,019 |
| | | | | | | | |
| Total Prescriptions collected | | 1,790,120 | 1,852,164 | 2,036,739 | 2,215,801 | 2,452,623 | 2,732,938 |
| | | | | | | | |
| **NEVADA POPULATION** | | | | | | | |
| Population of Nevada (July 1) | | 1,779,850 | 1,855,790 | 1,967,650 | 2,023,083 | 2,132,498 | 2,732,939 |
| | | | | | | | |
| **PATIENT PROFILE ACTIVITY** | | | | | | | |
| Patients who have exceeded the drug threshhold | | 4,179 | 5,481 | 7,554 | 7,851 | 8,395 | 8,253 |
| Patients who have been profiled (unsolicited) | | 182 | 162 | 475 | 481 | 559 | 652 |
| Average # of practitioners seen by each profiled patient | | 22 | 18 | (sites) 13 | 12 | 12 | 14 |
| Average # of pharmacies seen by each profiled patient | | 16 | 15 | 13 | 12 | 13 | 12 |
| Average # of rxs received by each profiled patient | | 159 | 73 | 58 | 56 | 54 | 46 |
| Average # of doses received by each profiled patient | | 9,351 | 4,714 | 3,590 | 3,314 | 3,081 | 4,056 |
| | | | | | | | |
| **PRACTITIONERS AND PHARMACIES** | | | | | | | |
| DEA numbers received | | 18,822 | 23,059 | 25,524 | 29,563 | 29,354 | 30,000 |
| Practitioners who have received profiles (unsolicited) | | 1,377 | 1,321 | 2,150 | 1,942 | 2,289 | 2,595 |
| Pharmacies that have received profiles (unsolicited) | | 223 | 258 | 312 | 329 | 353 | 406 |
| Profiles requested via fax (solicited) | | 480 | 1,641 | 3,247 | 4,530 | 6,896 | 10,935 |

Tree diagram: 11,587 → 652 and 10,935