



PLAINTIFF'S EXHIBIT 16

For Immediate Release

Contact: James W. Heins/Purdue Pharma /203-588-8069

# Purdue Pharma Statement on DEA Program to Reduce Diversion of OxyContin® Tablets

**Stamford, CT -- May 4, 2001** - Several months ago, officials from Purdue Pharma and the Drug Enforcement Administration (DEA) met to discuss mutual concerns about the diversion and abuse of OxyContin® (controlled release oxycodone HCl) Tablets. During these meetings, the company outlined an extensive program of education and prevention initiatives that Purdue is implementing to curb diversion.

Since the meeting in March, Purdue Pharma has been rolling out its 10-Point Plan to Reduce Prescription Drug Abuse, which includes the following initiatives:

1. **CONTINUING MEDICAL EDUCATION PROGRAMS** are being provided by Purdue Pharma in those regions of the U.S. that have been most affected by the abuse of prescription pain medications. These high-quality, non-promotional educational programs teach healthcare professionals how to properly assess and treat patients suffering from real pain and reduce diversion of prescription drugs by abusers.

2. **TAMPER-RESISTANT PRESCRIPTION PADS** are being offered by Purdue to physicians at no cost in selected regions experiencing the highest reported incidence of prescription drug abuse.

3. **DRUG PREVENTION AND EDUCATION PROGRAMS FOR "TWEENS"** are being funded by Purdue. A series of public service announcements are now running in areas of highest drug abuse, and Purdue is working with the Community Anti-Drug Coalitions of America to develop new educational programs to alert the vulnerable "tween" population (ages 9-12) about the dangers of abusing prescription medicines.

4. **OPIOID DOCUMENTATION KITS** are being offered to help physicians assess pain properly and distinguish between legitimate patients suffering from pain and those pretending to be in pain in order to obtain controlled substances.

5. **ABUSE AND DIVERSION BROCHURES** have been mailed to nearly 500,000 physicians and more than 60,000 pharmacists throughout the country, providing valuable information on how to they can help prevent diversion of prescription drugs.

6. **A MAJOR STUDY OF PRESCRIPTION MONITORING PROGRAMS** is being underwritten by Purdue. Working with the healthcare and law enforcement communities, the study will seek to develop a model prescription monitoring program that would prevent "doctor shopping" by drug abusers without interfering with the ability of legitimate patients to receive appropriate prescription medicines.

7. **EDUCATIONAL PROGRAMS WITH LAW ENFORCEMENT COMMUNITY,** including the National Association of Drug Diversion Investigators (NADDI), several State Attorneys General and the National Association of State Controlled Substance Authorities (NASCSA), to better understand the undertreatment of pain and explore new approaches to combat prescription drug abuse.

8. **RESEARCH** on the prevalence and root cause of the abuse of specific prescription drugs is being collected by Purdue-sponsored researchers, so that more effective prevention programs can be developed and evaluated.

9. **CROSS-BORDER SMUGGLING** is being addressed, in cooperation with the DEA, to prevent our products from being smuggled into the U.S. from Mexico and Canada. Tablets sold in Canada and Mexico will have unique markings to enable law enforcement to identify where the product was dispensed.

10. **ABUSE-RESISTANT MEDICINES** are the number one priority in our research labs. Purdue is spending millions of dollars to test and develop new forms of pain relievers that would be resistant to abuse while providing safe and effective pain relief to legitimate patients.

The DEA has recently announced its program to help prevent the illegal diversion of OxyContin. Purdue's efforts address and complement the DEA program. Purdue has been and will continue to work with the DEA in support of our common objective: to stem the illegal abuse of OxyContin® while ensuring the medication is available to the many thousands of patients in pain who rely on it to get relief.

Purdue Pharma and the DEA agree that:

1. OxyContin® should only be prescribed to patients where use of an opioid is appropriate for moderate to severe pain lasting more than a few days.

2. OxyContin® should only be prescribed by physicians who are knowledgeable about the use of opioids in the treatment of pain.

3. None of the efforts to reduce abuse and diversion should interfere with the ability of patients in pain to receive OxyContin® Tablets for appropriate medical uses.

Purdue supports the DEA's anti-diversion programs which target all prescription medications that have a history of abuse.

Please click here for Legal Restrictions and Terms of Use , and here for the Linking Policy applicable to this site.
Use of this site signifies your agreement to the terms of use.
Privacy Policy
Copyright © 2000 Purdue Pharma L.P.