




# DRUGTOPICS.COM
### THE ONLINE NEWSMAGAZINE FOR PHARMACISTS

**THOMSON MEDICAL ECONOMICS**

Home | In this issue | Past issues | About us | Contact us | Subscription services | Advertise with us

Site Search [  ]  ○ Date  ● Relevance  GO

Search Thomson Medical Economics Magazines | Search Tips

## TOP 200 BRAND DRUGS BY RETAIL DOLLARS IN 2002



| Rank | Product | Total dollars (add 000) |
|---|---|---|
| 1 | Lipitor | $5,203,982 |
| 2 | Prevacid | 3,359,319 |
| 3 | Prilosec | 3,103,305 |
| 4 | Zocor | 3,099,092 |
| 5 | Celebrex | 2,379,539 |
| 6 | Zoloft | 2,355,274 |
| 7 | Paxil | 2,307,032 |
| 8 | Zyprexa | 2,099,951 |
| 9 | Norvasc | 1,791,688 |
| 10 | Nexium | 1,790,703 |
| 11 | Neurontin | 1,762,690 |
| 12 | Vioxx | 1,742,680 |
| 13 | **OxyContin** | 1,588,489 |
| 14 | Wellbutrin SR | 1,557,351 |
| 15 | Pravachol | 1,542,958 |
| 16 | Effexor XR | 1,534,770 |
| 17 | Celexa | 1,515,412 |
| 18 | Claritin | 1,470,888 |
| 19 | Allegra | 1,430,454 |
| 20 | Advair Diskus | 1,367,408 |
| 21 | Risperdal | 1,343,318 |

| | | |
|---|---|---|
| | Augmentin | 1,330,398 |
| 23 | Fosamax | 1,277,385 |
| 24 | Ambien | 1,276,193 |
| 25 | Plavix | 1,259,281 |
| 26 | Singulair | 1,192,047 |
| 27 | Actos | 1,172,617 |
| 28 | Premarin Tabs | 1,125,497 |
| 29 | Protonix | 1,085,427 |
| 30 | Zyrtec | 1,079,873 |
| 31 | Zithromax Z-Pak | 1,078,969 |
| 32 | Viagra | 1,062,441 |
| 33 | Cipro | 1,060,785 |
| 34 | Avandia | 985,592 |
| 35 | Levaquin | 975,249 |
| 36 | Aciphex | 940,916 |
| 37 | Imitrex Oral | 853,461 |
| 38 | Ortho Tri-Cyclen | 840,463 |
| 39 | Seroquel | 800,359 |
| 40 | Flonase | 765,807 |
| 41 | Duragesic | 752,733 |
| 42 | Synthroid | 749,441 |
| 43 | Lotrel | 682,746 |
| 44 | Toprol XL | 680,557 |
| 45 | Depakote | 666,238 |
| 46 | Topamax | 611,345 |
| 47 | Zestril | 607,167 |
| 48 | Prempro | 588,362 |
| 49 | Flovent | 588,048 |
| 50 | Lamisil Oral | 582,494 |
| 51 | Accupril | 569,082 |
| 52 | Enbrel | 563,595 |
| 53 | Concerta | 551,582 |
| 54 | Accutane | 548,347 |

| 55 | Valtrex | 541,924 |
|----|---------|---------|
| 56 | Claritin D 24HR | 526,093 |
| 57 | Evista | 518,305 |
| 58 | Nasonex | 515,867 |
| 59 | Diovan | 500,932 |
| 60 | Cozaar | 490,831 |
| 61 | Procrit | 477,752 |
| 62 | Altace | 475,435 |
| 63 | Combivir | 474,194 |
| 64 | Clarinex | 471,528 |
| 65 | Rebetol | 464,769 |
| 66 | Diflucan | 450,721 |
| 67 | Allegra-D | 439,645 |
| 68 | Aricept | 435,245 |
| 69 | Bextra | 434,494 |
| 70 | PEG-Intron | 432,710 |
| 71 | Lamictal | 424,105 |
| 72 | Flomax | 423,444 |
| 73 | Glucovance | 408,869 |
| 74 | Tricor | 406,996 |
| 75 | Avonex | 396,970 |
| 76 | Glucophage | 396,420 |
| 77 | Glucophage XR | 396,259 |
| 78 | Ultram | 395,691 |
| 79 | Prozac | 392,527 |
| 80 | Adderall XR | 384,647 |
| 81 | Claritin RediTabs | 383,065 |
| 82 | Zofran | 382,035 |
| 83 | Coreg | 377,031 |
| 84 | Diovan HCT | 375,192 |
| 85 | Serevent | 373,657 |
| 86 | Detrol LA | 367,175 |
| 87 | Hyzaar | 363,535 |

| | | |
|---|---|---|
| 89 | Xalatan | 351,946 |
| 90 | Cefzil | 338,755 |
| 91 | Prinivil | 333,715 |
| 92 | Claritin D 12HR | 325,281 |
| 93 | Combivent | 324,713 |
| 94 | Glucotrol XL | 320,690 |
| 95 | Remeron | 318,167 |
| 96 | Zithromax Susp | 316,741 |
| 97 | Lotensin | 315,605 |
| 98 | Levoxyl | 310,721 |
| 99 | Coumadin Tabs | 309,057 |
| 100 | Asacol | 298,672 |
| 101 | Pulmicort Respules | 297,074 |
| 102 | Ditropan XL | 288,422 |
| 103 | Trizivir | 287,115 |
| 104 | Lovenox | 284,083 |
| 105 | Skelaxin | 275,583 |
| 106 | Neupogen | 274,680 |
| 107 | Biaxin XL | 273,633 |
| 108 | CellCept | 272,053 |
| 109 | Serzone | 269,824 |
| 110 | Copaxone | 268,207 |
| 111 | Biaxin | 267,635 |
| 112 | Kaletra | 265,290 |
| 113 | Humulin N | 263,439 |
| 114 | Viracept | 263,230 |
| 115 | Acontel | 262,657 |
| 116 | Avapro | 255,799 |
| 117 | Prograf | 249,844 |
| 118 | Zerit | 244,487 |
| 119 | Sustiva | 242,679 |
| 120 | Monopril | 239,119 |

| | | |
|---|---|---|
| 121 | Nizac | 235,885 |
| 122 | Rhinocort Aqua | 233,437 |
| 123 | Nasacort AQ | 232,261 |
| 124 | Omnicef | 231,488 |
| 125 | Klor-Con | 227,081 |
| 126 | Mobic | 223,533 |
| 127 | Epivir | 222,193 |
| 128 | Patanol | 219,682 |
| 129 | Adderall | 218,501 |
| 130 | Ceftin | 213,591 |
| 131 | Humalog Mix 75/25 Pn | 212,160 |
| 132 | Trileptal | 208,519 |
| 133 | Augmentin ES-600 | 208,056 |
| 134 | Zomig | 207,372 |
| 135 | Tequin | 206,996 |
| 136 | Provigil | 203,929 |
| 137 | Ultracet | 203,818 |
| 138 | Betaseron | 201,766 |
| 139 | Proscar | 201,688 |
| 140 | Miacalcin Nasal | 201,684 |
| 141 | Depakote ER | 200,338 |
| 142 | Humulin 70/30 | 199,477 |
| 143 | Paxil CR | 198,760 |
| 144 | Geodon Oral | 197,675 |
| 145 | Lantus | 197,086 |
| 146 | Imitrex Inj | 196,220 |
| 147 | Amaryl | 194,737 |
| 148 | Xopenex | 192,650 |
| 149 | Famvir | 190,445 |
| 150 | Avelox | 190,302 |
| 151 | Zyrtec Syrup | 190,187 |
| 152 | Zanaflex | 187,603 |
| 153 | Zithromax | 186,204 |

| | | |
|---|---|---|
| 154 | Inderal LA | 184,022 |
| 155 | AndroGel | 182,801 |
| 156 | Bactroban | 179,840 |
| 157 | Ortho-Novum 7/7/7 | 178,540 |
| 158 | Sporanox | 175,151 |
| 159 | Plendil | 173,395 |
| 160 | Lescol | 172,274 |
| 161 | Differin | 168,930 |
| 162 | Ortho-Cyclen | 168,298 |
| 163 | Casodex | 165,173 |
| 164 | Tobradex | 161,985 |
| 165 | Macrobid | 161,170 |
| 166 | Zestoretic | 159,020 |
| 167 | Xenical | 157,392 |
| 168 | Atacand | 155,999 |
| 169 | Aldara | 155,082 |
| 170 | DDAVP | 154,336 |
| 171 | BenzaClin | 150,424 |
| 172 | Arava | 150,346 |
| 173 | Benzamycin | 147,361 |
| 174 | Detrol | 145,589 |
| 175 | Arthrotec | 143,187 |
| 176 | Cosopt | 142,736 |
| 177 | Niaspan | 142,578 |
| 178 | Penlac | 142,319 |
| 179 | RenaGel | 141,651 |
| 180 | Neoral | 141,624 |
| 181 | Dovonex | 141,193 |
| 182 | Epogen | 141,088 |
| 183 | Amoxil | 139,343 |
| 184 | Tussionex | 138,014 |
| 185 | Azmacort | 137,427 |
| 186 | Keppra | 137,292 |

| | | |
|---|---|---|
| 187 | Ziagen | 137,182 |
| 188 | Welchol | 136,686 |
| 189 | Vicoprofen Non-Inj | 135,590 |
| 190 | Atrovent Inh | 135,529 |
| 191 | Prevpac | 135,064 |
| 192 | Dilantin Kapseals | 134,359 |
| 193 | Viread | 134,186 |
| 194 | Catapres-TTS | 133,982 |
| 195 | Maxalt | 132,952 |
| 196 | Mircette | 132,666 |
| 197 | Pulmicort Turbuhaler | 132,137 |
| 198 | Zantac | 132,035 |
| 199 | Lescol XL | 131,271 |
| 200 | Avalide | 130,452 |
| | All others | $23,723,872 |

Source: Verispan Scott-Levin, SPA

Drug Topics: Home | In This Issue | Past Issues | About Us | Contact Us | Subscribe To Us | Advertise With Us

Copyright © 2003 Medical Economics Company, Inc. at Montvale, NJ 07645. All rights reserved.
Use of drugtopics.com subject to License Agreement.
Please read our Disclaimer and Privacy Policy.

Developed by BROWN EXPRESS in association with Thomson Medical Economics




# TOP 200 BRAND-NAME DRUGS BY UNIT IN 2002



Best Clinical Practices For Today's Physician

VISIT PATIENTCAREONLINE.COM

| Rank | Product | Total units (add 000) |
|---|---|---|
| 1 | Lipitor | 53,435 |
| 2 | Synthroid | 40,167 |
| 3 | Premarin Tabs | 33,324 |
| 4 | Norvasc | 30,178 |
| 5 | Zoloft | 27,398 |
| 6 | Paxil | 25,543 |
| 7 | Zithromax Z-Pak | 24,729 |
| 8 | Zocor | 24,133 |
| 9 | Prevacid | 23,232 |
| 10 | Celebrex | 22,092 |
| 11 | Levoxyl | 21,553 |
| 12 | Ortho Tri-Cyclen | 21,465 |
| 13 | Allegra | 21,060 |
| 14 | Toprol XL | 20,531 |
| 15 | Celexa | 19,787 |
| 16 | Prilosec | 19,671 |
| 17 | Vioxx | 19,382 |
| 18 | Ambien | 18,988 |
| 19 | Zyrtec | 17,703 |
| 20 | Fosamax | 16,829 |
| 21 | Claritin | 16,725 |

| 22 | Viagra | 15,429 |
|----|--------|--------|
| 23 | Augmentin | 14,999 |
| 24 | Wellbutrin SR | 14,989 |
| 25 | Neurontin | 14,461 |
| 26 | Prempro | 14,049 |
| 27 | Effexor XR | 13,861 |
| 28 | Zestril | 13,567 |
| 29 | Pravachol | 13,491 |
| 30 | Singulair | 13,462 |
| 31 | Nexium | 13,449 |
| 32 | Accupril | 12,970 |
| 33 | Cipro | 12,925 |
| 34 | Flonase | 12,328 |
| 35 | Klor-Con | 11,946 |
| 36 | Levaquin | 11,703 |
| 37 | Diflucan | 11,110 |
| 38 | Glucotrol XL | 10,850 |
| 39 | Plavix | 10,581 |
| 40 | Amoxil | 10,508 |
| 41 | Protonix | 10,359 |
| 42 | Advair Diskus | 10,104 |
| 43 | Altace | 9,213 |
| 44 | Diovan | 9,161 |
| 45 | Lotrel | 9,153 |
| 46 | Zithromax Susp | 8,976 |
| 47 | Coumadin Tabs | 8,963 |
| 48 | Lanoxin | 8,538 |
| 49 | Clarinex | 8,182 |
| 50 | Lotensin | 8,162 |
| 51 | Nasonex | 8,030 |
| 52 | Cozaar | 7,845 |
| 53 | Avandia | 7,705 |
| 54 | Actos | 7,638 |

| # | Drug | Value |
|---|---|---|
| 55 | Prinivil | 7,558 |
| 56 | Risperdal | 7,479 |
| 57 | Glucophage XR | 7,454 |
| 58 | Flovent | 7,374 |
| 59 | Zyprexa | 7,045 |
| 60 | Aciphex | 6,967 |
| 61 | Allegra-D | 6,957 |
| 62 | Digitek | 6,760 |
| 63 | Evista | 6,453 |
| 64 | Xalatan | 6,412 |
| 65 | Diovan HCT | 6,400 |
| 66 | OxyContin | 6,388 |
| 67 | Concerta | 6,380 |
| 68 | Depakote | 6,279 |
| 69 | Flomax | 6,240 |
| 70 | Glucovance | 6,159 |
| 71 | Ultram | 6,144 |
| 72 | Hyzaar | 5,964 |
| 73 | Combivent | 5,721 |
| 74 | Amaryl | 5,652 |
| 75 | Claritin D 24HR | 5,587 |
| 76 | Humulin N | 5,507 |
| 77 | Levothroid | 5,439 |
| 78 | Monopril | 5,346 |
| 79 | Tricor | 5,307 |
| 80 | Glucophage | 5,130 |
| 81 | Valtrex | 5,104 |
| 82 | Skelaxin | 4,833 |
| 83 | Zyrtec Syrup | 4,812 |
| 84 | Bextra | 4,760 |
| 85 | Imitrex Oral | 4,716 |
| 86 | Macrobid | 4,570 |
| 87 | Serevent | 4,562 |

| | | |
|---|---|---|
| 88 | Ortho-Novum 7/7/7 | 4,548 |
| 89 | Avapro | 4,457 |
| 90 | Cefzil | 4,431 |
| 91 | Seroquel | 4,388 |
| 92 | Adderall XR | 4,388 |
| 93 | Claritin D 12HR | 4,250 |
| 94 | Ortho-Cyclen | 4,232 |
| 95 | Dilantin Kapseals | 4,147 |
| 96 | Trivora-28 | 4,095 |
| 97 | Endocet | 4,055 |
| 98 | Necon 1/35 | 4,025 |
| 99 | Ultracet | 4,013 |
| 100 | Detrol LA | 3,991 |
| 101 | Veetids | 3,976 |
| 102 | Bactroban | 3,943 |
| 103 | Nasacort AQ | 3,905 |
| 104 | Claritin RediTabs | 3,808 |
| 105 | Aviane | 3,740 |
| 106 | Coreg | 3,705 |
| 107 | Humulin 70/30 | 3,704 |
| 108 | Tiazac | 3,634 |
| 109 | Rhinocort Aqua | 3,626 |
| 110 | Humalog | 3,609 |
| 111 | Remeron | 3,577 |
| 112 | Augmentin ES-600 | 3,555 |
| 113 | Mircette | 3,485 |
| 114 | Topamax | 3,458 |
| 115 | Acontel | 3,441 |
| 116 | Biaxin XL | 3,426 |
| 117 | Omnicef | 3,422 |
| 118 | Zithromax | 3,422 |
| 119 | Zestoretic | 3,291 |
| 120 | Yasmin 28 | 3,278 |

| | | |
|---|---|---|
| 121 | Patanol | 3,268 |
| 122 | Lo-Ogestrel | 3,261 |
| 123 | Biaxin | 3,251 |
| 124 | Plendil | 3,223 |
| 125 | Inderal LA | 3,212 |
| 126 | Apri | 3,191 |
| 127 | Lescol | 3,072 |
| 128 | Ditropan XL | 3,040 |
| 129 | Tussionex | 3,035 |
| 130 | Aricept | 3,017 |
| 131 | Lantus | 3,016 |
| 132 | Duragesic | 3,009 |
| 133 | Vicoprofen Non-Inj | 3,002 |
| 134 | Tobradex | 2,963 |
| 135 | Roxicet | 2,956 |
| 136 | Miacalcin Nasal | 2,847 |
| 137 | Niaspan | 2,846 |
| 138 | Atacand | 2,815 |
| 139 | Serzone | 2,814 |
| 140 | Tequin | 2,802 |
| 141 | Alesse-28 | 2,745 |
| 142 | Prozac | 2,691 |
| 143 | Mobic | 2,667 |
| 144 | Ciloxan | 2,643 |
| 145 | Triphasil | 2,618 |
| 146 | Adderall | 2,616 |
| 147 | Atrovent Inh | 2,436 |
| 148 | Differin | 2,420 |
| 149 | Avelox | 2,405 |
| 150 | Miralax | 2,380 |
| 151 | Lamisil Oral | 2,379 |
| 152 | Paxil CR | 2,292 |
| 153 | Ceftin | 2,291 |

| # | Drug | Value |
|---|---|---|
| 154 | BenzaClin | 2,282 |
| 155 | Zyrtec-D | 2,275 |
| 156 | Femhrt | 2,266 |
| 157 | Prometrium | 2,263 |
| 158 | Proscar | 2,261 |
| 159 | Estratest Tabs | 2,184 |
| 160 | Phenergan Supp | 2,153 |
| 161 | Climara | 2,143 |
| 162 | Elocon | 2,134 |
| 163 | Zanaflex | 2,131 |
| 164 | Ocuflox | 2,077 |
| 165 | Estrostep Fe | 2,075 |
| 166 | MetroGel-Vaginal | 2,072 |
| 167 | Avalide | 2,023 |
| 168 | Proventil HFA | 2,013 |
| 169 | Lescol XL | 2,006 |
| 170 | Humulin R | 1,998 |
| 171 | Thyroid, Armour | 1,993 |
| 172 | Azmacort | 1,924 |
| 173 | Cosopt | 1,923 |
| 174 | Depakote ER | 1,915 |
| 175 | Xopenex | 1,906 |
| 176 | Lotensin HCT | 1,903 |
| 177 | Humalog Mix 75/25 Pn | 1,883 |
| 178 | Guaifenex PSE | 1,872 |
| 179 | Loestrin Fe 1/20 | 1,871 |
| 180 | Lamictal | 1,859 |
| 181 | Vivelle-DOT | 1,852 |
| 182 | Univasc | 1,844 |
| 183 | Lo/Ovral 28 | 1,822 |
| 184 | Estratest HS | 1,793 |
| 185 | Asacol | 1,791 |
| 186 | Orapred | 1,789 |

| # | Drug | Value |
|---|---|---|
| 187 | Pulmicort Respules | 1,782 |
| 188 | Sonata | 1,770 |
| 189 | Zantac | 1,766 |
| 190 | Depo-Provera | 1,735 |
| 191 | Zaroxolyn | 1,727 |
| 192 | Covera-HS | 1,725 |
| 193 | Levora | 1,713 |
| 194 | Detrol 7 | 1,701 |
| 195 | Prinzide | 1,690 |
| 196 | Claritin Syrup | 1,688 |
| 197 | Demadex | 1,685 |
| 198 | Cenestin | 1,659 |
| 199 | Nizoral Shampoo | 1,650 |
| 200 | Astelin | 1,623 |
|  | All others | 399,521 |

Source: Verispan Scott-Levin, SPA

Copyright © 2003 Medical Economics Company, Inc. at Montvale, NJ 07645. All rights reserved.
Use of drugtopics.com subject to License Agreement.
Please read our Disclaimer and Privacy Policy.

Developed by BROWN EXPRESS in association with Thomson Medical Economics