UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHAEL W. HARRIS, et al., :

    Plaintiffs, :

                                                 Case No. 1:01cv428

vs. :

                                                 Judge Spiegel

PURDUE PHARMA L.P., et al., :

    Defendants. :

## SUPPLEMENTAL AFFIDAVIT OF PHILLIP J. SMITH

STATE OF OHIO       )
                             )
COUNTY OF HAMILTON  )

        Phillip J. Smith, being first duly cautioned and sworn, hereby deposes and says:

        1.     I am a member of the bar of this Court and a partner of the firm of Vorys, Sater, Seymour and Pease LLP, counsel in the above-entitled action to defendants Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company, Purdue Pharmaceuticals L.P., The P.F. Laboratories, Inc., and PRA Holdings, Inc.[1] (collectively, the "Purdue Defendants"). I make this affidavit in opposition to Plaintiffs' Motion for Class Certification to put before the Court additional medical records of the plaintiffs that the Purdue Defendants have collected to date through the use of medical authorizations.

---

[1] Partners Against Pain, named in the caption, is not a corporate entity, but is instead a program instituted by Purdue to address issues of proper pain management.

2. Medical records are currently being collected on a rolling basis as new providers are identified. Counsel for the Purdue Defendants continues to receive additional records and identify new providers.

3. Filed with this Affidavit are the following records pertaining to plaintiff James L. Betleyoun: pharmacy records from Klein's Pharmacy & Orthopedic Devices, Inc. (bates numbered 500702.006.0001 through 500702.006.0005); and records from Cuyahoga Falls General Hospital (bates numbered 500702.010.0001 through 500702.010.0033).

4. Filed with this Affidavit are the following records pertaining to plaintiff Ronald Fantozzi: records from Ataollah Letafati, M.D. (bates numbered 500685.023.0001); Luke W. Ballenger, III, M.D. (bates numbered 500685.022.0001 through 500685.022.0006); Maine Cardiology Associates (bates numbered 500685.098.0001 through 500685.098.0002); St. Mary's Regional Medical Center (bates numbered 500685.011.0001 through 500685.011.0454); DeRosa and Chamberland Eye Care (bates numbered 500685.094.0001 through 500685.094.0008); Neurosurgical Associates (bates numbered 500685.095.0001 through 500685.095.0003); Central Maine Orthopaedics (bates numbered 500685.096.0001 through 500685.096.0006); Community Clinical Services (bates numbered 500684.102.0001 through 500685.102.0006); Maine Medical Center (bates numbered 500685.034.0001 through 500685.034.0034); Central Maine Pulmonary Associates (bates numbered 500685.025.0001); Richard K. Kappelmann, M.D., (bates numbered 500685.029.0001); and Central Maine Medical Center (bates numbered 500685.016.0001).

5. Filed with this Affidavit are the following records pertaining to plaintiff Christopher Wayne Lester: Thomas Memorial Hospital (bates numbered 500688.044.0001); Saghir-Ur Rehman Mir, M.D. (bates numbered 500688.086.0001 through 500688.086.0052);

Montgomery General Hospital (bates numbered 500688.099.0001 through 500688.099.0002); Nolan C. Parsons, Jr., M.D. (bates numbered 500688.133.0001); Corporate Health Services (bates numbered 500688.085.0001 through 500688.085.0056); David Alan Santrock, M.D. (bates numbered 500688.135.0001); George Salem Zakaib, M.D. (bates numbered 500688.119.0001); Logan General Hospital (bates numbered 500688.079.0001); Kominsky Chiropractic (bates numbered 500688.094.0001); Kelly Medical Corporation (bates numbered 500688.126.0001 through 500688.126.0018); Kanawha Valley Radiologists, Inc., (bates numbered 500688.125.0001 through 500688.125.0002); Boone Memorial Hospital (bates numbered 500688.028.0001 through 500688.028.0041); Tony C. Majestro, M.D., (bates numbered 500688.078.0001 through 500688.078.0004); Rosendo Dy, M.D. (bates numbered 500688.005.0001); Medicap Pharmacy records (bates numbered 500688.012.0001 through 500688.012.0004); Sunrise Psychiatric Services, Inc. (bates numbered 500688.129.0001 through 500688.129.0012); Sean C. Senator, D.D.S. (bates numbered 500688.156.0001 through 500688.156.0004); St. Francis Hospital (bates numbered 500688.070.0001 through 500688.070.0020); Kelly Medical Corporation (500688.126.0019 through 500688.126.0020); Boone Homecare Supplies (bates numbered 500688.061.0001 through 500688.061.0112); Eye & Ear Clinic Physicians, Inc. (bates numbered 500688.110.0001 through 500688.110.0006); Day Surgery Center (bates numbered 500688.048.0001 through 500688.048.0003); Charleston Pain Management Consultants, Inc. (bates numbered 500688.017.0001 through 500688.017.0092); Larry's Drive-In Pharmacy (bates numbered 500688.025.0001); Tri-State NeuroScience Center, Inc. (bates numbered 500688.171.0001 through 500688.171.0022); Henry M. Hills, Jr., M.D. (bates numbered 500688.076.0001 through 500688.075.0011); Luis Alberto Loimil, M.D. (bates numbered 500688.018.0001 through 500688.018.0005); Intracorp records (bates numbered

500688.112.0001 through 500688.112.0002); and records of Madison Medical Group (bates numbered 500688.015.0001 through 500688.015.0643).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Phillip J. Smith

Sworn to and subscribed before me this 17th day of September 2003.

_____
NOTARY PUBLIC

My Commission Expires:_____

TERRI REYERING ABARE, Attorney at Law,
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date, Section 147.03 O.R.C.

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2003, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system, which will send notification of such filing to the following:

**Janet Gilligan Abaray**
jabaray@lopez-hodes.com

**Calvin S Tregre**
ctregre@lopez-hodes.com

**Beverly Hayes Pace**
bpace@lopez-hodes.com

**Joseph P Thomas**
jthomas@ulmer.com
tthomson@ulmer.com;csteele@ulmer.com

I further certify that I am providing notice of this filing by regular United States mail, postage prepaid, upon the following non-CM/ECF participants:

Joseph L. Hale, Esq.
547 Sixth Street
Portsmouth, Ohio  45662

Paul F. Strain, Esq.
Milton K. Hill, Esq.
Baetjer & Howard LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201

Bill Hayes, Esq.
Hayes Law Offices
2309 Cumberland Avenue
P. O. Box 817
Middlesboro, Kentucky  40965

Robert M. Foote, Esq.
Foote, Meyers, Mielke & Flowers
13 South 7th Street
Geneva, IL 60134

Richard S. Lewis, Esq.
Douglas J. McNamara, Esq.
Molly McGinley Han, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, Suite 500
Washington, D.C. 20005

Lewis J. Saul, Esq.
Jennifer L. Frank, Esq.
Jon Hinck, Esq.
Lewis Saul & Associates, P.C.
183 Middle Street, Suite 200
Portland, ME 04101

Robert E. Piper, Jr., Esq.
Cloyd Benjamin, Jr., Esq.
Piper and Associates
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71161

Peter J. McNulty, Esq.
Law Office of Peter McNulty
827 Moraga Drive
Bel Air, CA 90049

Neil Henrichsen, Esq.
Henrichsen, Siegel, PLLC
1850 M Street, N.W., Suite 250
Washington, D.C. 20036

Don Edgar, Esq.
Bay View Bank Building
50 Old Courthouse Square, Suite 610
Santa Rosa, CA 95404

Andrew Caldwell, Esq.
Dickerson Law Firm
110 Woodbine
P.O. Box 1259
Hot Springs, AR 71901

Archie C. Lamb, Jr., Esq.
2017 Second Avenue North, Suite 200
Birmingham, AL 35203

G. Nelson Smith, III, Esq.
Smith, Cooper LLP
1029 Vermont Avenue, NW, Suite 300
Washington, DC 20005

s/ Phillip J. Smith
Phillip J. Smith Bar Number: 0062942
VORYS, SATER, SEYMOUR AND
 PEASE LLP
Suite 2000, Atrium Two
221 East Fourth Street
P.O. Box 0236
Cincinnati, Ohio 45201-0236
(513) 723-4000
(513) 723-4056 (Facsimile)
E-mail: pjsmith@vssp.com