# RONALD FANTOZZI

# 2 OF 18

MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**    Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**    C-1-01-428

**PERTAIN TO:**    Ronald Fantozzi

**FROM:**    St. Mary's Regional Medical Center
(Medical Records Department)
Campus Avenue
P.O. Box 291
Lewiston, ME 04243-0291
(207) 777-8100

**DELIVER TO:**    Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH 45202

**Micorfilm/fiche - Best Copy Possible Per Custodian**

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500685011-0001
THROUGH 500685011-0453.

St. Mary's General Hospital
August 19, 2003

Attn:  LINDSAY PARKER
MARKER'S LITIGATION SERVICES
13105 NORTHWEST FREEWAY, SUITE 300
HOUSTON, TX 77040

RE:      0221342  FANTOZZI, RONALD        CHARGES:     268.00
                                          PAYMENTS:    268.00

I, Pauline Pelletier, do hereby certify that I am the
director, the duly authorized custodian of medical records
for St. Mary's Regional Medical Center, Campus
Avenue, Lewiston, Maine, a hospital licensed under the laws
of the State of Maine.
I further certify that the documents attached hereto are
true and complete copies of the medical records pertaining
to: RONALD M FANTOZZI
TO WIT: LABORATORY REPORTS OF 07/10/03
        RADIOLOGY REPORTS OF 06/05/03
                            02/05/03
                            05/15/02
                            03/31/02
                            08/09/01
        COMPLETE DAY SURGERY RECORD OF 03/23/01
                               03/09/01
        COMPLETE EMERGENCY RECORD OF 02/24/01
                            03/14/99
                            10/04/98
                            02/15/97
                            05/13/96
                            03/30/94
        COMPLETE CLINIC RECORD OF 06/07/99
                            09/14/98
                            02/09/98
        COMPLETE INPATIENT RECORD OF 10/05/98 TO 10/09/98
                            08/17/98 TO 08/20/98
                            09/16/97 TO 09/22/97

Dated at Lewiston, Maine this 19th day of August 2003.

BECKY GOWER
Notary Public, Maine
My Commission Expires June 19, 2010



Pauline Pelletier
Director

Page 1

St. Mary's General Hospital
August 19, 2003

Letter continues for:  MARKER'S LITIGATION SERVICES

Health Information Mgmt Services
St Mary's Regional Medical Center

STATE: MAINE
COUNTY: ANDROSCOGGIN

Ms Pelletier personally appeared before me on   8/19/03

_Becky Gowler_
Notary

Mailing Address: ST  MARY'S REGIONAL MEDICAL CENTER
                 MEDICAL RECORDS DEPARTMENT
                 CAMPUS AVENUE
                 P.O. BOX 291
                 LEWISTON, MAINE 04243-0291

FANTOZZI, RONALD M                  St Mary's Online Information              8/19/03
ACCT#: 3107244                      HS-CRP                                   12:27.33

COLLECTED DATE/TIME:  7/10/03  1208                          ORDER#: 3667872
REPORTED  DATE/TIME:  7/11/03  0209

HIGH SENSITIVITY CRP (hs-CRP)  1.38                    mg/L
PLEASE NOTE NEW REFERENCE RANGE AS RECOMMENDED BY THE
AMERICAN HEART ASSOCIATION.
Relative Risk
    Low  <1.0 mg/L
    Average  1.0 to 3.0 mg/L
    High >3.0 mg/L

Results of an extensive study indicated 90% of a healthy
population had hs-CRP levels <2.0 mg/L.
Measurements of hs-CRP may add to the predictive value of
other markers, but should not be used as a sole risk factor.
Increases in hs-CRP are non-specific and should not be

COMMENT:

500685.011.0001

FANTOZZI, RONALD M
ACCT#: 3107244

St. Mary's Online Information
COMPREHENSIVE MET PANEL

8/19/03
12:27.40

ORDER#: 3666841

COLLECTED DATE/TIME: 7/10/03  1208
REPORTED DATE/TIME: 7/10/03  1418

| Test | Result | | Units | Range |
|---|---|---|---|---|
| CALCIUM | 9.1 | | mg/dL | 8.5-10.1 |
| GLUCOSE | 92 | | mg/dL | 70-110 |
| BLOOD UREA NITROGEN | 13 | | mg/dL | 7-22 |
| CREATININE | 0.9 | | mg/dL | 0.6-1.3 |
| TOTAL PROTEIN | 7.7 | | g/dL | 6.4-8.2 |
| ALBUMIN | 4.1 | | g/dL | 3.3-5.5 |
| GLOBULIN | 3.6 | | g/dL | 2.1-5.3 |
| ALBUMIN/GLOBULIN RATIO | 1.1 | | | 1.1-1.8 |
| TOTAL BILIRUBIN | 1.3 | | mg/dL | 1.0-1.0 |
| ALKALINE PHOSPHATASE | 114 | | U/L | 50-136 |
| SGOT (AST) | 50 | # H | U/L | 8-42 |
| SGPT (ALT) | 99 | H | U/L | 0-55 |
| SODIUM | 139 | | mmol/L | 136-145 |
| POTASSIUM | 4.0 | | mmol/L | 3.5-5.1 |
| CHLORIDE | 102 | | mmol/L | 98-110 |
| CO2 | 28 | | mmol/L | 23-33 |

COMMENT:

500685.011.0002

FANTOZZI, RONALD M                  St Mary's Online Information                      8/19/03
ACCT#: 3107244                      HEPATIC FUNCTION PANEL                           12:27.44

COLLECTED DATE/TIME:  7/10/03  1208                              ORDER#: 3666842
REPORTED DATE/TIME:   7/10/03  1418

DIRECT BILIRUBIN      0.3      mg/dL     0.0-0.3
INDIRECT BILIRUBIN    1.0      mg/dL     0.0-0.7       H

COMMENT:

500685.011.0003

FMMV022I, RONALD M                 St Mary's Online Information                8/19/03
ACCT#: 3107244                     LIPID PANEL                                12:27.48

COLLECTED DATE/TIME: 7/10/03  1208                                ORDER#: 3666843
REPORTED DATE/TIME: 7/10/03  1418

CHOLESTEROL                        163                  mg/dL        Desirable<2
CHOLESTEROL INTERPRETATION:
    Desirable: <200 mg/dL
    Borderline: 200 - 240 mg/dL
    High risk: >240 mg/dL
TRIGLYCERIDE                       154                  mg/dL        Normal <150    H
TRIGLYCERIDES INTERPRETATION:
    Normal: <150 mg/dL
    Borderline High: 150 - 199 mg/dL
    High: 200 - 499 mg/dL
    Very High: > or = 500 mg/dL
HIGH DENSITY LIPOPROTEIN            30                  mg/dL        35-60          L H
CALCULATED LDL                     103                  mg/dL        Optimal <10      H
LDL INTERPRETATION:
    Near Optimal: <100 mg/dL
    Near Optimal: 100 - 129 mg/dL
    Borderline High: 130 - 159 mg/dL
    High: 160 - 189 mg/dL
    Very High: > or = 190 mg/dL
CORONARY RISK FACTOR **INTERPRETATION** 5.43
                    **INTERPRETATION**
                       TOTAL CHOL/HDL
                             MEN          WOMEN
RISK
1/2 AVERAGE          3.43                 3.27
AVERAGE              4.97                 4.44
2X AVERAGE           9.55                 7.08
3X AVERAGE          23.99                11.04

COMMENT:

500685.011.0004

FANT0221, RONALD M                  St Mary's Online Information                        8/19/03
ACCT#: 3107244                      TSH (SM)                                           12:27.53

                                                                                ORDER#: 3666844

COLLECTED DATE/TIME: 7/10/03  1208
REPORTED  DATE/TIME: 7/10/03  1418

THYROID STIMULATING HORMONE    1.03              uIU/mL          0.34-4.82

COMMENT:

500685.011.0005

FRANTOZZI, RONALD M                    St Mary's Online Information                    8/19/03
ACCT#: 3107244                         CPK                                           12:27.59

                                                                        ORDER#: 3666753

COLLECTED DATE/TIME: 7/10/03   1208
REPORTED DATE/TIME:  7/10/03   1406

                              65              U/L            21-232

CK TOTAL

COMMENT:

500685.011.0006

FANTOZZI, RONALD M
ACCT#: 3107244

St Mary's Online Information
URINE MICROSCOPIC

8/19/03
12:28.05

COLLECTED DATE/TIME: 7/10/03  1149
REPORTED DATE/TIME: 7/10/03  1322

ORDER#: 3666641

| | | | | A |
|---|---|---|---|---|
| RBCS | .3 | /hpf | 0-3 | |
| WBCS | NEGATIVE | /hpf | 0-5 | |
| BACTERIA | NEGATIVE | /hpf | NEGATIVE | |
| MUCUS | NONE SEEN | /hpf | NONE SEEN | |
| SQUAMOUS CELLS | NEGATIVE | /hpf | NEGATIVE | |

COMMENT:

500685.011.0007

FANTOZZI, RONALD M                  St Mary's Online Information                    8/19/03
ACCT#: 3107244                      URINALYSIS, ROUTINE                            12:28.09

COLLECTED DATE/TIME: 7/10/03 1149                                    ORDER#: 3666636
REPORTED DATE/TIME: 7/10/03 1322

| SPECIMEN REFRIGERATED? | NO | |
| APPEARANCE | SLIGHTLY HAZY | CLEAR |
| COLOR | YELLOW | YELLOW |
| SPECIFIC GRAVITY | 1.023 | 1.008-1.030 |
| LEUKOCYTE ESTERASE | NEGATIVE | NEGATIVE |
| NITRITE | NEGATIVE | NEGATIVE |
| pH | 5.0 | 5-8 |
| PROTEIN | TRACE | NEGATIVE |
| GLUCOSE | NORMAL | NORMAL |
| KETONES | NEGATIVE | NEGATIVE |
| UROBILINOGEN | NORMAL | NORMAL |
| BILIRUBIN | NEGATIVE | NEGATIVE |
| OCCULT BLOOD | APPROX 250 ery/uL | NEGATIVE | A |

COMMENT:

500685.011.0008

FMNTO2ZZ , RONALD M
ACCT#: 3107244

St Mary's Online Information
PRO TIME

8/19/03
12:28.13

ORDER#: 3666614

| | | | SECONDS | |
|---|---|---|---|---|
| COLLECTED DATE/TIME: | 7/10/03 | 1208 | | |
| REPORTED DATE/TIME: | 7/10/03 | 1317 | | |
| PROTHROMBIN TIME (PATIENT) | | 13.0 | | 11.0-13.5 |
| INT'L NORMALIZATION RATIO | | 1.11 | | 0.85-1.2 |

COMMENT:

500685.011.0009



FANTOZZI, RONALD M
ACCT#: 3107244

8/19/03
12:28.17

St. Mary's Online Information
CBC AUTO DIFF

ORDER#: 3666606

COLLECTED DATE/TIME: 7/10/03  1208
REPORTED DATE/TIME: 7/10/03  1315

| | | | | |
|---|---|---|---|---|
| WHITE BLOOD COUNT | 6.9 | 10E3 | 4.5-10.9 | |
| RED BLOOD COUNT | 4.57 | 10E6 | 4.7-6.1 | |
| HEMOGLOBIN | 14.4 | g/dL | 14-18 | |
| HEMATOCRIT | 41.3 | % | 42-52 | L |
| MEAN CORPUSCULAR VOLUME | 90.4 | fl | 80-94 | |
| MEAN CORPUSCULAR HEMOGLOBIN | 31.6 | pg | 27-37 | |
| MEAN CORPUSCULAR HGB CONC | 34.9 | g/dL | 33-37 | |
| RED CELL DISTRIBUTION WIDTH | 14.8 | % | 11.5-14.5 | # L |
| PLATELET COUNT | 274 | 10E3 | 130-400 | |
| MEAN PLATELET VOLUME | 8.0 | fl | 7.4-10.4 | H |
| %LYMPHOCYTES (COULTER) | 28.1 | % | 20-45 | |
| %MONOCYTES (COULTER) | 12.7 | % | 0-15 | |
| %GRANULOCYTES (COULTER) | 57.4 | % | 55-81 | |
| %EOSINOPHILS (COULTER) | 1.4 | % | 0-3 | |
| %BASOPHILS (COULTER) | 0.4 | % | 0-1 | |

COMMENT:

500685.011.0010

**ST MARY'S REGIONAL**
**MEDICAL CENTER**
Lewiston, ME 04240

FANTOZZI, RONALD M
Phone #(207)782-3873
DOB ▓▓▓▓1962
Attending: MICHAEL J BOULANGER
Referring:
Visit #3088794
MR #22-13-42
X-Ray #08-99-89
Service Date 06/05/2003
NS/Room /Clinic: RD

**RADIOLOGY REPORT**

LUMBAR SPINE    72110

**INDICATIONS:** Persistent low back pain for four months.

**FINDINGS:** No spondylolisthesis or spondylolysis is seen.  No compression fracture is seen.
The disk spaces are intact.

**IMPRESSION:** No acute bony pathology seen in the lumbar spine.

J:        277989        MARK EULE, M.D.
D:        06/05/2003 12:47:12
T:        06/06/2003 11:35:01/emw
CC:       MICHAEL BOULANGER, M.D., Attending Physician

This document was electronically reviewed/signed by MARK EULE, M.D. on 06/06/2003
12:44:54.

CONFIDENTIAL RECORD REQUIRES
SPECIFIC DISCLOSURE CONSENT.
ANY REDISCLOSURE OF THIS INFORMATION
BY THE RECIPIENT IS PROHIBITED.

500685.011.0011

**ST MARY'S REGIONAL**
**MEDICAL CENTER**
Lewiston, ME 04240

**RADIOLOGY REPORT**

FANTOZZI, RONALD M
Phone #(207)782-3873
DOB ███1962
Attending: PAUL R MAILHOT
Referring: MICHAEL J BOULANGER
Visit #3026651
MR #22-13-42
X-Ray #08-99-89
Service Date 02/05/2003
NS/Room /Clinic: CT

AP ABDOMEN                          74000
SPIRAL CT SCAN OF THE ABDOMEN       74150

INDICATION: Left flank pain.  History of stones.

FINDINGS: Compared with previous CT scan of the abdomen on 05/31/2002 followed by a
KUB on 05/31/2002, which revealed a double-J left ureteral stent in place with left ureteral
calculus moved to mid level.

Currently, spiral CT sections were carried from mid hepatic level to the ischial tuberosities. The
liver appears normal. No dilatation of the biliary tree. Status post cholecystectomy.  Normal-
appearing pancreas and spleen (visualized mid and lower portions).  No lesion seen in either
adrenal gland. Normal renal contours and cortices bilaterally.

Separate minute calculi are seen in the right kidney in the middle pole and in the lower pole. No
obstructive features. In the left kidney, there are at least two calculi in the middle pole. One
appears to be in the 4- to 5-mm range. No obstruction on the left side.  The ureters are normal in
course and caliber. The urinary bladder appears unremarkable, as is the prostate gland, which
contains two minute calculi on the right. The seminal vesicles are unremarkable.

The aortic caliber is normal. No paracaval, periaortic, or iliac adenopathy.

Several metallic clips are noted in relation to lower ascending colon.

500685.011.0012

**RADIOLOGY REPORT**             LINCOLN ENGSTROM, M.D.          MR#: 22-13-42
FANTOZZI, RONALD M
 Page 2 of 2

IMPRESSION: Two minute calculi in the right kidney without evidence of obstruction. Two
calculi in the left kidney without obstructive features. One calculus is in the 4- to 5-mm range.
The urinary bladder, prostate, and seminal vesicles are unremarkable. Multiple metallic clips
about the ascending colon and relates to previous surgery.


J:      250059        LINCOLN ENGSTROM, M.D.
D:      02/05/2003 13:00:41
T:      02/05/2003 15:17:11/pat
CC:     MICHAEL BOULANGER, M.D., Referring Physician
        PAUL MAILHOT, M.D., Attending Physician

This document was dictated by LINCOLN ENGSTROM, M.D. and electronically reviewed
/signed by MARK EULE, M.D. on 02/06/2003 09:36:18.

500685.011.0013

**ST MARY'S REGIONAL**
**MEDICAL CENTER**
Lewiston, ME 04240

**RADIOLOGY REPORT**

FANTOZZI, RONALD M
Phone #(207)782-3873
DOB ●●●/1962
Attending: PAUL R MAILHOT
Referring: MICHAEL J BOULANGER
Visit #2502173
MR #22-13-42
X-Ray #08-99-89
Service Date 05/15/2002
NS/Room /Clinic: CT

PLAIN FILM OF THE ABDOMEN AND AN ABDOMEN CT STONE PROTOCOL
74000, 74150

Indication for Study: Bilateral flank pain.

PLAIN FILM ABDOMEN

FINDINGS: *The left kidney appears edematous secondary to an obstruction by a calculus lodged in the proximal ureter opposite the L3-4 interspace.* This calculus is approximately 5 mm in greatest length. There are several additional non-obstructing calculi seen in the lower pole calices on the left. On the right side, there are surgical staples overlying the right colon presumably related to colonic surgery.

IMPRESSION: Findings suggest an acute obstruction of the left upper urinary tract by a 5-mm calculus currently lodged in the left ureter at the level of the L3-4 interspace.

CT ABDOMEN (STONE PROTOCOL)

FINDINGS: Noncontrast images were done from the top of the kidneys to the floor of the pelvis demonstrating acute obstruction of the left upper urinary tract demonstrating hydronephrosis and a hydroureter down to the level of the obstructing calculus as demonstrated on the plain film opposite the L3-4 interspace. There are three more tiny non-obstructing calculi in the lower pole calices on the left and one non-obstructing calculus in the lower pole on the right.

The remainder of the study is unremarkable.

500685.011.0014

RADIOLOGY REPORT                    CARL CARLSON, M.D.                    MR#: 22-13-42
FANTOZZI, RONALD M
 Page 2 of 2

IMPRESSION
1.    Acute high-grade obstruction of the left upper urinary tract secondary to a calculus
      identified on the plain film opposite the L3-4 interspace.
2.    Multiple bilateral non-obstructing calculi are related to lower pole calices in both the left
      and right kidney.


J:     189691       CARL CARLSON, M.D.
D:     05/15/2002 13:09:37
T:     05/16/2002 08:00:49/clc
CC:    MICHAEL BOULANGER, M.D., Referring Physician
       PAUL MAILHOT, M.D., Attending Physician

This document was electronically reviewed/signed by CARL CARLSON, M.D. on 05/16/2002
11:33:50.

500685.011.0015

# ST MARY'S REGIONAL
# MEDICAL CENTER
Lewiston, ME 04240

**RADIOLOGY REPORT**

FANTOZZI, RONALD M
Phone #(207)782-3873
DOB ⬛1962
Attending: GEORGE A VRANEY
Referring: MICHAEL J BOULANGER
Visit #2457048
MR #22-13-42
X-Ray #08-99-89
Service Date 03/31/2002
NS/Room/Clinic: RD

---

CHEST X-RAY          71020

INDICATION:  Chronic bronchitis.

FINDINGS: PA and lateral views of the chest were obtained and compared with 5 October 1998.
The lungs are clear.  The heart is within normal limits for size and configuration.  Mediastinal
and hilar contours appear normal.  The bony structures are within normal limits for age.

IMPRESSION: Negative examination.

J:      179291        HENRY TALARICO, M.D.
D:      04/01/2002 08:33:35
T:      04/01/2002 14:07:43/lgg
CC:     MICHAEL BOULANGER, M.D., Referring Physician
        GEORGE VRANEY, M.D., Attending Physician

This document was electronically reviewed/signed by HENRY TALARICO, M.D. on
04/01/2002 17:24:43.

**500685.011.0016**

**ST MARY'S REGIONAL**
**MEDICAL CENTER**
Lewiston, ME 04240

FANTOZZI, RONALD M
Phone #(207)782-3873
DOB ████1962

**RADIOLOGY REPORT**

Attending: MICHAEL J BOULANGER
Referring:
Visit #1582260
MR #22-13-42
X-Ray #08-99-89
Service Date 08/09/2001
NS/Room /Clinic: CT

---

CT SCAN OF THE ABDOMEN WITH CONTRAST     74160

Indication for Study: Chronic abdominal pain. Elevated lipase. Compared with CT scan of the abdomen (stone protocol) on February 24, 2001.

FINDINGS: Currently, CT sections were carried from the lower lung fields to mid false pelvis. The lower lung fields are clear. Normal hepatic size and contour without primary or secondary lesion. No dilatation of the intrahepatic or extrahepatic biliary tree. The gallbladder is absent. The pancreas appears normal. No splenic abnormality.

No significant paracaval, periaortic, or iliac adenopathy. The abdominal aorta appears normal. No lesions seen in either adrenal gland. Renal contours and cortices are preserved. The pelvicaliceal structures appear normal. Fullness of the left extrarenal pelvis noted without distal obstruction as evident on February 24, 2001. The fullness of extrarenal pelvis on the left and to a lesser extent on the right is attributed to anatomical variant.

IMPRESSION: Negative CT scan of the abdomen. No secondary features of left ureteral obstruction as evident on February 24, 2001.


J:      126625      LINCOLN ENGSTROM, M.D.
D:      08/09/2001 09:28:44
T:      08/09/2001 12:27:07/clc
CC:     MICHAEL BOULANGER, M.D., Attending Physician


This document was electronically reviewed/signed by LINCOLN ENGSTROM, M.D. on 08/10/2001 09:03:12.

**500685.011.0017**

| REGISTRATI☐ XX  ADMISSION ☐ | | | | | ST. MARY'S REGIONAL MEDICAL C⊂TER LEWISTON, ME  ₃240 | | | | |
|---|---|---|---|---|---|---|---|---|---|

| ADM NO | FC | ARRIVED | MED REC # | PATIENT NAME | | | SVC | NS/ROOM/BED | REG DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1445280 | C | DNSP | 221342 | FANTOZZI, RONALD M | | | GEN | 0000 | 3/23/01 |

| PATIENT ADDRESS | | AGE | D.O.B. | PLACE OF BIRTH | SEX | MARITAL STATUS |
|---|---|---|---|---|---|---|
| 40 POLAND RD | | 038Y | /62 | CT | M | M |

| CITY, STATE, ZIP | | MAIDEN NAME | MOTHER/FATHER NAME |
|---|---|---|---|
| AUBURN   ME 04210 | | | |

| ATTENDING PHYSICIAN | NEXT OF KIN/SPOUSE | NEXT OF KIN/TELEPHONE NO |
|---|---|---|
| MAILHOT, PAUL R | DEBORAH FANTOZZI | 207  7823873/ |

| REFERRING PHYSICIAN | RACE/SMOKE | RELG | PREV DISCH | EMS NO |
|---|---|---|---|---|
| BOULANGER, MICHAEL J | C | 81 | 10/05/98 | |

| PRIMARY CARE PHYS | DATE/TIME ADMITTED | | DATE/TIME DISCH/DEATH | |
|---|---|---|---|---|
| BOULANGER, MICHAEL J | 3/23/01 | 15:03 | 30/8700 '/3 (5 | |

| PT PHONE # | ADMIT BY | SOC SEC # | LOCATION | ADMITTING DIAGNOSIS |
|---|---|---|---|---|
| 207 782-3873 | 4310 | 2724 | | |

| EMPLOYER PHONE # | GUARANTOR/NAME/ADDRESS | FANTOZZI, RONALD M | VETERAN | XRAY NO |
|---|---|---|---|---|
| | 40 POLAND RD | AUBURN    ME 04210 | | 08-99-89 |

| ADVANCE DIRECTIVE | POWER OF ATTORNEY | LIVING WILL |
|---|---|---|
| | NONE | NONE |

| INSURANCE CO #/NAME | POLICY NO | GROUP NUMBERS | SUBSCRIBERS NAME(S) | RELATION |
|---|---|---|---|---|
| 92  7  CIGNA/AVON CT | 006605921-02 | 3021616 | FANTOZZI, DEBORAH | SP |
| 50 21  MEDICARE | 006542724A | | FANTOZZI, RONALD M | PT |

| DIAGNOSIS |
|---|
| LT URETERAL STONE / LT ESWL |

| COMMENTS  ᴍ | TRANS OR ADMIT | DATE LAST SERVICE | PHYSICIAN |
|---|---|---|---|
| | | 10/05/98 | 02713 |

**PATIENT INFORMATION**

| EMPLOYER NAME | EMPLOYER ADDRESS | | |
|---|---|---|---|
| CITY | ST | ZIP 00000 | PHONE NUMBER (000) |

**GUARANTOR INFORMATION**

| NAME | | PT RELATION | ADDRESS |
|---|---|---|---|
| FANTOZZI | RONALD M | PT | 40 POLAND RD |

| CITY | ST | ZIP | PHONE NUMBER |
|---|---|---|---|
| AUBURN | ME | 04210 | (207) 782-3873 |

| SOC SEC NO | EMPLOYER | ADDRESS |
|---|---|---|
| CITY | ST | ZIP 00000 | PHONE NUMBER (000) |

**SUBSCRIBER INFORMATION**

| NAME | SEX | PT RELATION | ADDRESS |
|---|---|---|---|
| FANTOZZI, DEBORAH | F | SP | |

| CITY | ST | ZIP 00000 | PHONE NUMBER (000) |
|---|---|---|---|

| 1ST INSURANCE CO NAME | ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|
| CIGNA/AVON CT | PO BOX 354 | AVON | CT | 06001 |

| NAME | SEX | PT RELATION | ADDRESS |
|---|---|---|---|
| FANTOZZI, RONALD M | M | PT | |

| CITY | ST | ZIP 00000 | PHONE NUMBER (000) |
|---|---|---|---|

| 2ND INSURANCE CO NAME | ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|
| MEDICARE | PO BOX 9423 | PORTLAND | MA | 00000 |

| NAME | SEX | PT RELATION | ADDRESS |
|---|---|---|---|
| | | | |

| CITY | ST | ZIP | PHONE NUMBER |
|---|---|---|---|

500685.011.0018

I understand that I can refuse to release medical information for the purposes above listed. I also understand that if I refuse to release this information my insurance company or other person liable to bear my hospital expenses may not pay my expenses while I am treated at Facility and that refusal to release this information may result in improper diagnosis and treatment. I understand that this authorization to release medical information may be revoked (canceled) by me at any time. I understand that Facility may properly rely upon any authorization I have given to release medical information with respect to any disclosure made before revocation of such authorization.

**PAYMENT TERMS:** I understand payment of charges for medical care from Facility is due for services rendered within thirty (30) days of service unless otherwise determined by Facility, and that I will be responsible for any fee incurred by Facility for collection of delinquent charges or attorney's fees incurred in connection therewith. If I am financially unable to do so, upon request, I agree to complete a detailed financial statement so that alternative payment arrangements can be determined.

**PATIENT INITIALS** _____

**AUTHORIZATION FOR PAYMENT OF MEDICAL BENEFITS:** I certify that the information given by me in applying for payment by the Medicare or Medicaid programs or any managed care provider is correct. I request that payment of authorized benefits be made to Facility and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services, I request that this authorization apply to the extent of my services. If I receive medical services, which are not covered by Medicare or Medicaid because those programs determine that the services are not medically necessary, I understand that I have the obligation to pay for those services. I agree to pay all charges for services not authorized for payment by any health maintenance organization, preferred provider organization or other managed care organization for which I seek certification for treatment by Facility.

**ASIGNMENT OF BENEFITS:** I hereby assign to Facility and related contracted professional service providers all hospital or professional service insurance benefits now due or which may become due and payable to me or on my behalf (but not to exceed the charges for such services) by virtue of my treatment at Facility, and I hereby direct any person including but not limited to, an insurance company, third party administrator, my employer, preferred provider organization or other person responsible for payment of my medical care to pay such benefit directly to Facility in consideration of the care, treatment and services furnished or to be furnished by or through Facility.

**AN IMPORTANT MESSAGE FROM MEDICARE/CHAMPUS:** I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**NOTICE:** I understand Facility will provide information about my general condition and location within Facility in order to respond to questions about my condition, so I may receive telephone calls, visitors, mail, gifts or other deliveries, and to facilitate communications with the Facility's pastoral services department and clergy, except as required by law. I have been notified that by marking the box my name will be removed from the directory listing of persons cared for at the Facility, and understand that removal of my name from the directory may result in the inability of the Facility to direct visitors, correspondence or telephone calls to me. ☐

**NAME OF INSURANCE COMPANY/THIRD PARTY PAYOR:** _Cigna Medicare_

**I have read this consent/authorization/assignment statement completely.**

| | | | | | |
|---|---|---|---|---|---|
| 3-23-01 | 0900 | _[signature]_ | 3-23-01 | 0900 | _[signature]_ |
| Date | Time | Patient's Signature | Date | Time | Witness' Signature |

| | | | |
|---|---|---|---|
| Date | Time | Patient's Representative Sig. (legal guardian/POA) | Relationship |

| | | | | | |
|---|---|---|---|---|---|
| Date | Time | Telephone Consent By | Date | Time | Witness' Signature |

| | | |
|---|---|---|
| | Date | Time | Witness' Signature |

| | | | |
|---|---|---|---|
| Date | Time | Guarantor's Signature | Relationship |

Admission Form 12/2000 - 140209

500685.011.0019

### St. Mary's Regional Medical Center

**Day Surgery Unit**
**History and Physical**
**Post Op Instructions**

```
DAY SURGERY  3/23/01 1445280
       221342  MAILHOT, PAUL
ANTOZZI, RONALD M
J POLAND RD
AUBURN         ME  04210
DOB      /762  TEL 782-3873
06605921-02 3021616
```

**ADDRESSOGRAPH**

| DATE | HISTORY |
|------|---------|
|  |  |
|  |  |
|  |  |
|  |  |
|  | **PHYSICAL EXAM:**          **VITAL SIGNS :**  T_____  P_____  R_____  B/P_____ |
|  | **HEART:** |
|  | **LUNG:** |
|  |  |
|  | **OTHER:** |
|  |  |
| **Date & Time** | **OP NOTE:** |
| 3/23/01 | **PRE OP DX:** (L) ureteral Calculus |
|  | **POST OP DX:** (L) Ureteral Calculus |
|  | **PROCEDURE:** ESWL |
|  |  |
|  | **SURGEON:** Mailhot          **ASSISTANT:** |
|  | **EBL:** ∅          **DRAINS:** |
|  | **COMPLICATIONS:** ∅ |
|  |  |
|  | **SPECIMEN:** |
|  | **DISCHARGE INSTRUCTIONS:** |
|  | **DISCHARGE ORDERS:** Per Criteria ✓ |
|  | **DIET:** As tol ✓ |
|  | **PHYSICAL LIMITATIONS:** As tol ✓ |
|  | **MEDICATIONS:** Macrobid ✓ |
|  | **OFFICE VISIT:** 1 week ✓ |
|  | **FURTHER INSTRUCTIONS:** Noted BPoland R 3/23/01 |

DAY SURGERY POST OP INSTR. (REV. 4/00)

PHYSICIAN SIGNATURE: _Mailhot_          DATE: 3/23/01

500685.011.0020

**ST MARY'S REGIONAL
MEDICAL CENTER**
Lewiston, ME 04240                                                      22-13-42

                                            FANTOZZI, RONALD M
**HISTORY/PHYSICAL**                         DOB: ⬤/1962

                                            Admitted:

DICTATOR: PAUL MAILHOT, M.D.

**CHIEF COMPLAINT:** Left ureteral calculus.

**HISTORY OF PRESENT ILLNESS:** This is a 38-year-old male with a long history of recurring urolithiasis secondary to Crohn's disease. He recently underwent left ureteral stenting for a left ureteral calculus. He is now being admitted for ESWL of a left upper ureteral calculus. He does have retained calculi in the lower pole of his left kidney as well.

**PAST MEDICAL HISTORY:** Includes Crohn's disease and a history of urolithiasis.

**PAST SURGICAL HISTORY:** Includes a cholecystectomy, bowel surgery, various procedures for urolithiasis including ESWL.

**ALLERGIES:** None known.

**SOCIAL HISTORY:** The patient denies alcohol drinking or tobacco usage.

**MEDICATIONS:** OxyContin, Luvox, Imuran and Percocet, Macrobid.

**FAMILY HISTORY:** Mother is deceased of congestive heart failure. Father is alive and well.

**REVIEW OF SYSTEMS: CARDIOVASCULAR:** Negative. **PULMONARY:** Negative. **GI:** As noted above. **MUSCULOSKELETAL:** Negative. **NEUROLOGICAL:** Negative. **ENDOCRINE:** Negative. **PSYCHIATRIC:** Mild depression.

**PHYSICAL EXAMINATION:** Reveals a well-developed, well-nourished male in no acute distress. **SKIN:** Warm and dry. **HEENT:** Normal. **NECK:** Supple without masses or thyromegaly. **LUNGS:** Clear to auscultation bilaterally. **HEART:** Regular heart rhythm without murmurs or gallops. Pulses are equal. **ABDOMEN:** Shows diffuse right sided abdominal pain relating to the patient's Crohn's disease. **BACK:** 1+ left CVA tenderness. **GENITALIA:** Reveals an uncircumcised penis with normal testes. **RECTAL:** Examination reveals a normal prostate gland. **EXTREMITIES:** No clubbing, cyanosis or edema. **LYMPH NODES:** None are palpable. **NEUROLOGICAL:** Nonfocal.

**IMPRESSION:** Left upper ureteral calculus and left renal calculi.

ORIGINAL

HISTORY/PHYSICAL

500685.011.0021

HISTORY/PHYSICAL             PAUL MAILHOT, M.D.                    MR#: 22-13-42
FANTOZZI, RONALD M
Page 2 of 2

**TREATMENT PLAN:** ESWL. The procedure, alternatives, risks and possible complications have been explained to the patient.

PAUL MAILHOT, M.D./lmb

J:      95806
D:      03/22/2001 11:07:53
T:      03/22/2001 11:22:29

CC:     MICHAEL MONZEL, M.D.
        MICHAEL BOULANGER, M.D.

**500685.011.0022**

**ST MARY'S REGIONAL
MEDICAL CENTER**
Lewiston, ME 04240

**RADIOLOGY REPORT**

FANTOZZI, RONALD M
Phone #(207)782-3873
DOB ████/1962
Attending: PAUL R MAILHOT
Referring: MICHAEL J BOULANGER
Visit #1445280
MR #22-13-42
X-Ray #08-99-89
Service Date: 03/23/2001
NS/Room
Clinic Code: SD

---

ABDOMEN                         72040

Indication for Study: KUB and obliques.

FINDINGS: Films of the abdomen shows a stone in the lower pole of the left kidney as well as a stone adjacent to the proximal stent catheter. A double pigtail stent is seen in place. Sutures noted on the right.

MARK EULE, M.D./clc

J:    96068
D:    03/23/2001 12:17:43
T:    03/23/2001 15:23:54

CC:    PAUL MAILHOT, M.D., Attending Physician
       MICHAEL BOULANGER, M.D., Referring Physician

ORIGINAL

RADIOLOGY REPORT

@002    SMRMC RADIOLOGY    03/26/2001 MON 13:45 FAX 2077778503

500685.011.0023

**ST. MARY'S REGIONAL MEDICAL CENTER**

**PRE-ANESTHETIC EVALUATION**

DAY SURGERY  3/23/01 1445280
M# 221342  MAILHOT, PAUL
FANTOZZI, RONALD M
4J POLAND RD
a BURN   ME  04210

| | | | |
|---|---|---|---|
| AGE 38 | INTERVIEW DATE 3/23/01 | PROCEDURE DATE | |

CLINICAL DX

OP PROPOSED

HISTORY OF PRESENT ILLNESS

PREVIOUS ANESTHESIA  ☐ NONE

COMPLICATIONS/REACTIONS  ☑ NONE

FAMILY ANESTH. HISTORY  ☐ NONE

SYSTEMS REVIEW
Cardiovascular (HPTN, CHF, Angina, MI)

RENAL

G.I. (Hiatal Hernia)  + Reflux

ENDOCRINE (Diabetes, Thyroid)

Pulmonary (Dyspnea, URI, COPD)

OTHER (Jaundice, Hepatitis, Abnormal Bleeding)

SMOKER:  PACKS/DAY  QUIT

CURRENT MEDICATIONS  ☐ NONE

REACTIONS  ☐ NONE

ALLERGIES  ☐ NONE

MENTAL STATUS  A&O

TOBACCO, ETHANOL, OTHER DRUGS  ☐ NONE

LAST ORAL INTAKE  NPO

VITAL SIGNS
BP    Temp.
HR    Ht.
RR    Wt. 77 (Kg)

GENERAL

AIRWAY
Mouth
Teeth
Neck, Jaw

LUNGS    HEART    SPINE, REGIONAL ANES. SITE    OTHER

| Hb 14 | Hct 44 | Pt | Plt | Platelets P'320 | LYTES 138 | | Gluc. 88 | BUN 15 | ABG Ph PaO₂ PaCO₂ HCO₃ | CXR | EKG | OTHER |

A.S.A. Status ① 2 3 4 5 E

SIGNED

| | | | DAY SURGERY POST-OP VISIT |
|---|---|---|---|
| B/P 140/88 | Temp. | Pulse 88 | Resp. 20 |
| DATE 3/23 | Time | A.S.A. Status 1 ② 3 4 5 E | |
| Evaluation Satisfactory  YES ☐ NO ☐ | COMMENTS: | | |

SIGNED M.D.    TIME:    SIGNED M.D.

**500685.011.0024**



500685.011.0025

**ST MARY'S REGIONAL
MEDICAL CENTER**
Lewiston, ME 04240

1445280                                22-13-42
FANTOZZI, RONALD M
DOB: ████/1962
PAUL R MAILHOT, M.D.

**PROCEDURE NOTE (OUTPATIENT)**

Date: 03/23/2001

DICTATOR: PAUL MAILHOT, M.D.

**PROCEDURE:** Extracorporeal shock wave lithotripsy.

**PREOPERATIVE DIAGNOSIS:** Left ureteral calculus.

**POSTOPERATIVE DIAGNOSIS:** Left ureteral calculus.

**PROCEDURE AND FINDINGS:** Under adequate conscious sedation, the patient was placed on the lithotriptor table and positioned in order to bring the left ureteral calculus into the proper F2 position. A total of 2500 shocks were administered to the stone with kilovolts between 18 and 26. At one point, it was necessary to decrease the power because of discomfort, of which the patient complained. Nevertheless, the stone appeared to fragment, hopefully enough to enable him to pass all of the fragments. The patient tolerated the procedure well and was transferred back to Same Day Surgery in satisfactory condition.

**PLAN:** The patient will be maintained on his Macrobid and analgesics at home. He is to return to the office in one week for an x-ray and evaluation.

PAUL MAILHOT, M.D./rlg

J:    96043
D:    03/23/2001 11:36:15
T:    03/26/2001 09:28:17

| CC: | MICHAEL BOULANGER, M.D. |
|-----|--------------------------|
|     | MICHAEL MONZEL, M.D.     |

ORIGINAL

PROCEDURE NOTE

500685.011.0026

**ST. MARY'S REGIONAL MEDICAL CENTER**
**CONSENT TO OPERATION, ANESTHETICS,**
**AND OTHER MEDICAL SERVICES**

SURGERY  3/23/01 1445280
MR    221342  MAILHOT, PAUL
FANT3221, RONALD M
49 POLAND RD
AUBURN          ME  04210
TEL 782-3873
03/23/27-02 3021616

Date: 3-23-01    Time: 0800

1. I authorize the performance upon __myself__ of the following procedure
   (myself or name of patient)

   left extra corneal ??? wave lithiasis

   performed by or under the direction of Dr. __Mailhot__

2. I consent to the performance of operations and procedures in addition to or different from those now contemplated, whether or not arising from presently unforeseen conditions, which the above named doctor or his associate or assistants may consider necessary or advisable in the course of the operation..

3. I consent to the administration of such anesthetics in connection with surgical or other medical procedures as may be considered necessary or advisable by any of the Anesthesiologists responsible for anesthesia services at this hospital to be administered by them or others under their supervision. The nature of the Anesthetics likely to be applied in any procedures that are about to be done has been fully explained to me by a physician, including the usual and most frequent risks and hazards encountered with those anesthetics unless I have asked that the physician omit or limit his explanations out of consideration for me.

4. The nature and purpose of the procedure, possible alternative methods or treatment, the risks involved, the possible consequences and the possibility of complications have been explained to me by Dr. __Mailhot__ and Dr. _____ .  *(See below).

5. I acknowledge that no guarantee or assurance has been given by anyone as to the results that may be obtained.

6. I consent to the photographing or televising of the operations or procedures to be performed, including appropriated portions of my body for medical, scientific or education purposes, provided my identity is not revealed by the pictures or descriptive texts accompanying them.

7. For the purpose of advancing medical education, I consent to the admittance of observers to the Operating Room.

8. I consent to the disposal by the hospital authorities of any tissue or body parts which may be removed.

9. I am aware that sterility may result from the procedure. I know that a sterile person is incapable of becoming a biological parent.

10. I acknowledge that all blank spaces on this document have been either completed or crossed off prior to my signing. (CROSS OUT ANY PARAGRAPHS WHICH DO NOT APPLY)

**PLEASE READ IN FULL BEFORE SIGNING AUTHORIZING SIGNATURES**

Witness _____        Signature of Patient _____

If patient is unable to sign or is a minor, complete the following: Patient is a minor _____ years of age. He/She is unable to sign. because _____

Witness _____        Signature _____

                                Relationship _____

I certify that the information in number 4 was given to        Patient's Name _____

_____
Physician's Signature

140026
ORCONSENT

500685.011.0027

```
                                              DAY SURGERY        PATIENT TYPE   ACC.
                                              MR                 3/23/01  1445280
                                              FANTOZZI, RONALD M  MAILHOT, PAUL
                                              43 POLAND RD
                                              AUBURN
                                              DOB        /62     ME  04210
                                              006605921-02 TEL 782-3873
                                                         3021616
```

## Consent for Surgical and Medical Treatment

Patient Name __Ronald Fantozzi__     Date __3/21/01__

Patient Number _____     Treatment Location _____

I hereby consent to and authorize the performing physician, residents and other individuals involved in this care to perform the following procedures or treatment:

_____ESWL_____

_____

and such additional operations or procedures as are considered advisable on the basis of findings during the course of this procedure(s), including blood transfusion.

The physician performing the procedure or his designee has explained to me the purpose and benefits of, and the usual and most frequent risks and hazards involved in such procedures and treatment, including but not limited to:

_____BLEEDING, INFECTION, URETEROSCOPY_____

The physician performing the procedure or his designee also has explained to me any reasonable alternative treatments or procedures and, as appropriate, their usual and most frequent risks and hazards. I understand that I have the right to refuse any suggested procedures or treatment.

I understand that the practice of medicine is not an exact science and practitioners cannot guarantee results. No guarantees have been made to me concerning the results of the proposed procedures or treatments. I am aware that other risks such as severe loss of blood, infection and cardiac arrest exist with the proper performance of any treatment or procedure.

_____  _____   _____  _____
SIGNATURE OF PHYSICIAN OR DESIGNEE  DATE   SIGNATURE OF PATIENT          DATE

If the patient is a minor or is unable to give informed consent, the following must be completed:
The patient is unable to sign this consent form for himself or herself because

_____

_____

_____  _____   _____  _____
SIGNATURE OF PHYSICIAN OR DESIGNEE  DATE   SIGNATURE OF PATIENT REPRESENTATIVE  DATE

_____
IDENTIFICATION OF BLOOD RELATIONSHIP OR AUTHORIZED CAPACITY TO CONSENT

If consent is obtained by telephone, the following must be completed:

1) Consent obtained by telephone ☐; check if yes.

2) Name of person giving consent and relationship to patient: _____

3) Name of third party witness: _____

4) Signature of third party witness: _____

5) Signature of Physician/Designee: _____

SMMC 144001 (2/97)  (Form MG 71 ---- )

500685.011.0028

*Ronald Fantozzi*

207 MAIN STREET  SUITE #300 ½
LEWISTON ;  04240
(207)783-7892

Y SURGERY  3/_/01 1445280
MR   221342  MAILHOT, PAUL
FANTOZZI, RONALD M
43 POLAND RD
AUBURN      ME  04210
762  TEL 782-3873

### INFORMED CONSENT FOR ESWL

Extracorporeal Shock-Wave Lithotripsy (ESWL) is a noninvasive method of treatment of renal and ureteral stones. This method has now been in clinical use for eight years and the majority of stones located in the upper urinary tract are potentially eligible for this noninvasive procedure. The lithotripter generates shockwaves under water that pass through the soft tissue of the body and are concentrated upon the stone. This high energy source is likely to pulverize the stone into small particles the size of sand or gravel. Most patients will pass these particles spontaneously in their urine during the weeks following a lithotripsy treatment. Anesthesia may be required for ESWL, as shockwave therapy with the current FDA approved devices can be painful. Some flank pain may be anticipated for several days following the lithotripsy treatment. Most patients will have bloody urine for several days or perhaps weeks following the treatment as the particles pass. It is even possible that a patient could experience obstruction of flow of urine by large fragments following lithotripsy treatment and this might necessitate cystoscopic or surgical intervention. The placement of a double-J stent prior to lithotripsy treatment may help to eliminate this possibility.

Other possible side-effects include anemia, nausea and vomiting, and in rare incidences hematomas involving the kidney. The occurence of new onset hypertension is controversial. Most investigators do not currently feel there is enough evidence to support a causal relationship between ESWL and new onset hypertension.

The obvious advantage to lithotripsy treatment is that it obviates the need for surgical treatment in a large percentage of patients. Certain types of stones, however, may not be pulverized with lithotripsy treatments and may require other procedures to eliminate these stones. These other procedures include: percutaneous removal, ureteroscopy, and rarely open surgery.

Following the lithotripsy treatment, follow-up x-rays and renal ultrasounds will be obtained to assess the passage of stone particles. If a stent has been placed prior to the lithotripsy treatment, this will be removed when most of the particles have passed. Repeat ESWL procedures may be necessary if large fragments remain or are not well pulverized.

I understand the above information and agree to proceed with extracorporeal shockwave lithotripsy as outlined by Dr. Mailhot.

_____        3/31/01
Signature                                Date

_____
Witness

_____
Paul H. Mailhot, M.D.

**500685.011.0029**

**Signal Medical Services, Inc.**
**Mobile Lithotripsy Unit**

**St. Mary's**
**REGIONAL MEDICAL CENTER**

DAY SURGERY 3/23/31 1445280
221342 MAILHOT, PAUL
PINTOZZI, RONALD M
43 POLAND RD
AUBURN    ME 04210
DOB         /62  TEL 782-3873

Date: 3/23/01    ESWL Number: _____
Hospital Mobile Site: St Mary Regional Medical-Lewis
Patient Name: Ronald Pintozzi    Social Security No. _____
Address: 40 Poland Rd    Aub Me 0410    Phone: 782-3873
Age: 38y    Sex: M    Height: 5'8"    Weight: 77.3kg
Attending Urologist: Dr ? Mailhot    Anesthesiologist: DR Belliso
Treatment Side: Right (Left) Bilateral Ipsilateral (if bilateral or ipsilateral, complete a seperate form for each stone).
Staged: _____ #_____    Reatreatment: _____

Anesthesia Type:    General  Spinal  Epidural  Local  (MAC)
Time: In Trailer ____1040am____ Out Trailer _____
Anesthesia Started: ____1050m____ Anesthesia Ended: _____
Total Anesthesia Time: _____
ESWL Started: ___1050am___ ESWL Ended: ___1120___    Total Procedure Time: _____
Delays: Yes  No  IF YES, reasons why: _____
Fluoroscopy Time:(minutes) __2.6__    Number of Spot Films: _____ KV 81 MA __28__

| Stone | Electrode# | | | Shocks at | | kv | |
|---|---|---|---|---|---|---|---|
| Stone 1 | Electrode# | 1 | : 20 | Shocks at | 14 | kv | ICGy x 2 cm2 |
| Stone 1 | Electrode# | 1 | : 20 | Shocks at | 16 | kv | IICGy x2 cm2 |
| Stone 1 | Electrode# | 1 | : 20 | Shocks at | 18 | kv | |
| Stone 1 | Electrode# | 1 | : 20 | Shocks at | 20 | kv | |
| Stone 1 | Electrode# | 1 | : 20 | Shocks at | 22 | kv | |
| Stone 1 | Electrode# | 1 | : 20 | Shocks at | 24 | kv | |

Total Number of shocks: 1    2880    26
Voltage: _14_ Minimum    _26_ Maximum

*Pt frequently moving*

Ureteral Catheterization: Right Left Bilateral  Percs? _____ Right Left
Stents? Right ___0___ Left ___✓___ Date oif insertion: ___3/9/01___
Swelling: None S M L  Erythema: None S M L  Entrance Petechiae: _____  Exit Petechiae: _____

Hematuria: YES NO CLOTS
ESWL RENAL STONE LOCATIONS(S)
Classification:  Right  Left
Pelvic _____
Calyceal _____ #2 ✓
Ureteral _____ #1 ✓
  Upper _____ #1 ✓
  Middle _____
  Lower _____
Stone Composition _____
Maximum Stone Length & Width _____
Associated Anatomic Abnormalities: _____

Complications: _____
Comments: _____

Physician Signature: _____

orlit2

PLEASE DRAW IN STONES AND STENTS
(Write in stone size)

Linda L Nadeauer

1) 8 x 4 = 32 mm 2
2) 7 x 5 = 35 mm 2

500685.011.0030