# RONALD FANTOZZI

# 3 OF 18

**St. Mary's Regional Medical Center**
**Pre-Op Admission Assessment**

DAY SURGERY  3/23/01 1445280
MR    221342  MAILHOT, PAUL
FANTOZZI, RONALD M
4J POLAND RD
AUBURN        ME  04210
DOB    /62  TEL 782-3873
036635921-02 3021616

Admission Date 3-23-01  Time 0800
Procedure LT ESWL
LOC _____ alert
Ventilating Well  Yes ___✓___  No _____
Comments _____

### Pre-Op Medication
V/S prior to premeds T 36 ? P 80  R 18  BP 130/82
Pre-Medications Gentamycin 80 mg IV
                                          9 Montage

V/S post premeds    P_____ R_____ BP_____
                              P_____ R_____ BP_____
                              P_____ R_____ BP_____

|  | YES | NO | N/A |
|---|---|---|---|
| Pre-Admission Testing Reviewed |  |  |  |
| Abnormal Testing Report | ✓ record |  |  |
| PAT Anesthesia Visit |  |  |  |
| Pre-Op Teaching: |  |  |  |
| Verbal instructions given, D.S. routine IV's Meds | ✓ |  |  |
| Plan for Nursing Care Reviewed | ✓ |  |  |
| Patient/Family express understanding of instructions | ✓ |  |  |
| Emotional Support | ✓ |  |  |

Eye Drops to OD_____  OS_____
Ocufen .03%  1 Gtt on Adm_____ & to OR____
Madriacyl 1%  1 Gtt Q5 min x4    _____
                                                       _____
Mydfrin 2.5%  1 Gtt Q5 min x4    _____
                                                       _____

Initials _____ Signature _____
Initials _____ Signature _____
Initials _____ Signature _____

| Pre Surgery Checklist | YES | NO | NA |
|---|---|---|---|
| Doctor's orders noted and complete | ✓ |  |  |
| Foley inserted if ordered |  |  | ✓ |
| Time voided____ Cath drained____ Amount____ |  |  |  |
| Height 5'3  Weight 77.3 |  |  |  |
| Makeup, fingernail polish removed | ✓ |  |  |
| Address-o-graph plate on chart | ✓ |  |  |
| Dentures removed |  |  |  |
| Jewelry removed/covered |  |  |  |
| Advanced directives on chart |  |  |  |
| IV ordered |  |  |  |

Site PH Cath. 20G By M Montage

Signature _____  RN/LPN

### Peri-Orbital Block
Monitor Pattern _____
Oxygen Saturation Pre _____%
Versed _____ mg. IV @ _____ by _____ RN
Other Meds _____

Time____ BP____ P____ R____ SAT____%
Time____ BP____ P____ R____ SAT____%
Time____ BP____ P____ R____ SAT____%
Time____ BP____ P____ R____ SAT____%
Time____ BP____ P____ R____ SAT____%
Oxygen started at _____ /LPM via N/C Time_____
Block To OS/OD by Dr._____ @ _____
Lid closed, taped, reducer in place P block _____
Block supplemented  YES___  NO___ Time_____
Signature_____ RN/LPN

500685.011.0031

**DAY SURGERY NURSING ASSESSMENT**

J POLAND RD

**POST-OP PROCEDURE PHASE OF STANDARD CARE PLAN**    TIME AND NUMBER PER CODE

| | | | | 1125 | 1155 | 1225 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 - | Able to deep breath and cough | | A | 2 | 2 | 2 | | | |
| 0 - | Apneac | | | | | | | | |
| 2 - | V.S. stable and within pt.'s normal limits | | | | | | | | |
| 1 - | V.S.'s irregular or fluctuating | | B | 2 | 2 | 2 | | | |
| 0 - | Unable to palpate B/p or pulse | | | | | | | | |
| 2 - | Extremities have full sensation Lower Rt/Lt, Upper Rt/Lt | | | | | | | | |
| 1 - | Extremities have partial sensation Lower Rt/Lt, Upper Rt/Lt | | C | 2 | 2 | 2 | | | |
| 0 - | Extremities are without sensation Lower Rt/Lt, Upper Rt/Lt | | | | | | | | |
| 2 - | Skin - Warm, Pink | | | | | | | | |
| 1 - | Skin Cool, Pale | | D | 2 | 2 | 2 | | | |
| 0 - | Skin - Cool, Cyanotic | | | | | | | | |
| 2 - | No surgical bleeding site | | | | | | | | |
| 1 - | Small amount of surgical bleeding | | E | 2 | 2 | 2 | | | |
| 0 - | Large amount of surgical bleeding | | | | | | | | |
| 2 - | Free of pain | | | | | | | | |
| 1 - | Minimal pain | | F | 2 | 2 | 2 | | | |
| 0 - | Moderate to severe pain | | | | | | | | |
| 2 - | Tolerating P.O. fluids | | | | | | | | |
| 1 - | Not taking P.O. fluids | | G | 2 | 2 | 2 | | | |
| 0 - | Nausea / Vomiting | | | | | | | | |
| 2 - | I.V. discontinues, Cath. Intact ___950___ ml. infused. | | | | | | | | |
| 1 - | I.V. patent @ ___KUD___ | | H | 1 | 1 | 1 | | | |
| 0 - | No I.V. ordered | | | | | | | | |
| 2 - | Voiding without problems | | | | | | | | |
| 1 - | Has not voided. | | I | 1 | | | | | |
| 0 - | Needs to be cathed. | | | | | | | | |
| 2 - | Fully awake | | | | | | | | |
| 1 - | Arouses when called | | J | 2 | 2 | 2 | | | |
| 0 - | Unresponsive | | | | | | | | |
| 2 - | Up ad lib | | | | | | | | |
| 1 - | Up with assistance | | K | 0 | 0 | | | | |
| 0 - | On bedrest | | | 88 | 88 | 88 | | | |

| TIME | TEMP | P | R | B/P | INIT | COMMENTS |
|---|---|---|---|---|---|---|
| 1125 | | 84 | 16 | 120/60 | Belanshe | up + steady. O2 sat 93-94% |
| 1155 | 36.7 | 82 | 16 | 118/70 | BP | awake / alert · o2 sat 96% |
| 1225 | — | 80 | 16 | 110/62 | BP | up voided 200 ml dk tea shreds |
| | | | | | | steady O2 sat 97% alert/awake |
| | | | | | | just voiding again |

| TIME | MEDICATION - ROUTE | | INIT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Discharge Order by Surgeon    Yes ✓    No ____    Cleared for discharge by Anes.  Yes ✓  No ____
Seen by Surgeon    ✓

Discharge Teaching per Standard Care Plan to:  Patient ✓——Family ✓——Other ✓    Init. _____

D.C. Time & Mode ___1315___  Follow-up appointment ___ ___ D.C. Criteria met:  Yes ✓  No ____

| Activity | 1 2 3 4 | Restrictions | 1 2 3 4 | RESPONSE CODE |
|---|---|---|---|---|
| Diet | 1 2 3 4 | S/S Infection | 1 2 3 4 | 1 - Verbalizes understands |
| Drsg. Care | 1 2 3 4 | Complications | | 2 - Requires reinforcement |
| | | Written Rx. | 1 2 3 4 | 3 - Refuses |
| | | | | 4 - N/A |

Signature: _Marie Belongu_    Init. _MB_

500685.011.0032

Please report to

**ANESTHESIA INTERVIEW
1ST FLOOR BY DAY SURGERY**

Date:
Time:

t. Mary's Regional Medical center
Pre-Admission Testing Office
Campus Avenue, P.O. Box 291
Lewiston, ME 04243-0291
Telephone 777-8236, Fax 777-8224

**P.A.T. Testing Orders**

☐ Admission
☐ Early A.M. Admission
☑ Day Surgery

DAY SURGERY
MR        22134
FANTOZZI, RONALD M
40 POLAND RD
AUBURN
DOB        AGE    04210
006605921-02 3021616

3/23/01  1445280
MAILHOT, PAUL

V62  TEL 762-3873

Patient Name _____ Ronald Fantozzi _____
Address _____
Age: _____ Date of Birth: _____ Telephone No. _____
Insurance #1 _____ Subscriber _____ Employer _____
Insurance #2 _____ Subscriber _____ Employer _____
Admitting Physician's Name: _____ Referring Physician: _____
Admission Date: _____ Surgery Date: _March 23rd_
Diagnosis: (1) Ureteral Calculus
Procedure: ESWL.
Date Test Ordered: _____ Physician's Signature: _P R Mailhot_

---

☑ **Anesthesia Interview**    Time In _____    Time Out _____

---

☐ **Pre-Admission Testing**    Time In _____    Time Out _____    Fasting ☐

☐ **Laboratory**

| | | |
|---|---|---|
| ☐ CBC, AUTO DIFF | ☐ SODIUM (NA) | ☐ TYPE & SCREEN |
| ☐ HGB | ☐ POTASSIUM (K) | ☐ TYPE & MATCH FOR |
| ☐ HCT | ☐ GLUCOSE (8 HRS FASTING) * | ☐ _____ UNITS |
| ☐ PLATELETS | ☐ BUN | ☐ AUTOLOGOUS _____ UNITS |
| ☐ COAG PROFILE | ☐ CREATININE | ☐ QUALITATIVE HCG |
| ☐ BLEEDING TIME | ☐ URINALYSIS, ROUTINE | ☐ CHEMICAL PREGNANCY |
| ☐ COMP. METABOLIC PANEL * | ☐ URINALYSIS, CULTURE | ☐ OTHER: _____ |
| ☐ CO2 | ☐ BASIC METABOLIC PANEL | **FASTING: NO FOOD OR** |
| ☐ ELECTROLYTES | ☐ HEPATIC FUNCTION | **LIQUIDS EXCEPT WATER** |
| ☐ RCIF | ☐ AMYLASE | **\* 8 HOURS \*\* 14 HOURS** |

---

☐ **Cardiology**

| | |
|---|---|
| ☐ EKG | ☐ CHEMICAL STRESS ECHO |
| ☐ ECHO | ☐ OTHER |
| ☐ STRESS ECHO | ☐ APPT TIME & DATE: _____ |

---

☐ **Radiology**    Time in: _____    Time out: _____

☐ CHEST      ☐ OTHER: _____

---

☐ **Respiratory**

| | |
|---|---|
| ☐ ABG | ☐ SIMPLE PFT |
| ☐ PULMONARY FUNCTION TEST | ☐ PRE & POST BRONCHODILATION |
| | ☐ OTHER: _____ |

---

Appointment Time & Date: _____

**Special Instructions:** _____
_____
_____

140204

**Please Return to Pt. Representative Office (located across from lab) following  Testing & Interview**

500685.011.0033

## St. Mary's Regional Medical Center
## DOCTOR'S ORDER FORM

### Please Check ONE

- ☐ Inpatient Admission ( I )
- ☐ 23 Hour Observation (Outpatient) ( V-O )
- ☐ Day Surgery (Home Same Day) ( D-Z )
- ☐ Day Surgery (With Overnight) ( D-Z )
- ☐ Day Surgery to 23h Observation ( V-O )
- ☐ Admit as Inpatient to Observation Room on Med/Surg ( I )

```
DAY SURGERY  3/23/01 1445280
MD    221342  MAILHOT, PAUL
FANTJZZI, RONALD M
4J PJLAND RD
AUBURN        ME  04210
DJB     /62  TEL 782-3873
006605921-02 3021616
            ADDRESSOGRAPH IMPRINT
```

Diagnosis: _____

Allergies: _____

| Date | Time | | Initial When Faxed |
|------|------|--|------|
| 3/23/01 | | 1. *Gentamycin* 80 mg/V ✓ | |
| | | KUB/ L oblique extend | |
| | | Emla pre solve ✓ | |
| | | LR KUB | |
| | | vo Dr. Mailhot / Blolain | |
| | | noted Blolain ds — Malho | |
| | | | |
| | | | |
| | | | |

**ORIGINAL FOR CHARTS**

**DOCTOR'S ORDER FORM**

120113                                             Rev 01-2001

500685.011.0034

# ☘ St. Mary's
### REGIONAL MEDICAL CENTER

## SURGICAL DAY CARE DISCHARGE INSTRUCTIONS

1. Following lithotripsy you might expect:
   a. Blood in urine
   b. Discomfort in your flank area from the kidney stone particles
   c. Mild bruising at the treatment site
   d. Mild nausea for 24-48 hours
   e. Mild fever of less than 101F. for 24-72 hours

2. Contact your physician if you experience:
   a. Pain-not controlled by oral medications
   b. Fever greater than 101F.
   c. Inability to urinate for more than six hours
   d. Persistent nausea and vomiting
   e. Severe bleeding
   f. Any other unexplained symptoms or problems

3. Care at home:
   a. Force fluids-drink eight to ten glasses of water a day.
   b. Strain your urine as directed by your physician. Collect any particles strained from the urine, place them in the container provided and bring them with you to your physician's office on your follow-up appointment.
   c. Take medications as directed. If you have any questions regarding them, contact your urologist.
   d. Do not take aspirin or aspirin products such as Bufferin, Bayer or Alka Seltzer until checking with your urologist.
   e. If you have mild pain, you may take Tylenol(Two every four hours as needed). For other symptoms please see below.

| Other Medications: | MEDS | DOSE | SCHEDULE |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

   f. Other Instructions_____

4. Follow-up appointment:
   To insure a safe recovery, it is important that you keep your follow-up appointment regardless of how you feel. This will assist your physician in determining your status. Call your doctor's office tomorrow, or the next business day to schedule your appointment, with follow-up-X-Ray.
   Dr.:_____ Tel:_____
   A member of the CT Litho staff will attempt to call you at home two days after the procedure. Please call your physician for any acute problems.
   In an emergency, go to the nearest hospital Emergency Department.
   Date:_____ Person Receiving Instructions:_____
   Person Dispensing Instruction:_____

500685.011.0035

**ST. MARY'S REGIONAL MEDICAL CENTER**
**DAY SURGERY UNIT - DISCHARGE INSTRUCTIONS**

**CALL YOUR PHYSICIAN FOR:**

1. Temp. above 100 or severe chills.
2. Persistent nausea/vomiting.
3. Excessive swelling, redness, bruising, tenderness around incision.
4. Excessive bleeding or drainage on the dressing.
5. Severe pain unrelieved by pain med.
6. If surgery on arm, leg or hand, report excessive swelling, discoloration or numbness.

```
DAY SURGERY  3/23/01 1445280
H3    221342  MAILHOT, PAUL
FANTUZZI, RONALD M
40 POLAND RD
AUBURN        ME  04210
DOB      /52  TEL 782-3873
036605921-02 3021616
```

**IF UNABLE TO REACH YOUR PHYSICIAN, YOU MAY CALL: ST. MARY'S EMERGENCY ROOM AT 777-8120.**

---

**ACTIVITY:**

*as tolerated*

For the remainder of the day, stay at home and rest.
You may be sleepy up to 24 hours.
NO DRIVING or operating hazardous machinery for 24 hours.
Check with your doctor if you have any questions about returning to work, sports, or strenuous physical activity.
AVOID MAKING MAJOR DECISIONS TODAY.
DO NOT SIGN ANY IMPORTANT PAPERS TODAY!

**HYGIENE:**

NO baths or showers on the day of surgery.
You may resume baths/showers in _____ days.

**DIET:**

NO alcohol for 24 hours following your surgery.
Begin with liquids and EAT LIGHTLY at first - continue to eat and drink small amounts at a time - at frequent intervals, today.

**DRESSING:**

Keep dressing clean and dry. You may remove and/or change dressing in _____ days.
If surgery on arm or hand, elevate above chest level to prevent swelling and decrease discomfort.

**MEDICATION INSTRUCTION:**

*Macrobid as prescribed*
*Pain medicine as prescribed as needed*

**ADDITIONAL INSTRUCTIONS:**

*diet as tolerated - drink plenty of fluids -*
*see attached sheets*
*office appt - FRIDAY 3/30 at 3:30 HAVE KUB Xray prior to office*
*3:30 at 2:30 visit at Central Maine Imaging.    TAKE Xrays with you*
*to office*

**FOLLOW - UP APPOINTMENT**

DOCTOR: *Mailhot*    OFFICE # 783-7892    DATE: *1 week*    TIME: *3/30 - 3:30*

I HAVE READ AND UNDERSTOOD THESE INSTRUCTIONS

(Patient's Signature, Date & Time)

Accompanying Adult's Signature: _____ (If applicable)    DATE: 3/23/01    TIME: 1310    am/pm

Staff Witness: _____    DATE: _____    TIME: _____    am/pm

500685.011.0036

**St. Mary's Regional Medical Center**

# Patient Valuable List

```
DAY SURGERY   3/23/01  1445280
MR   221342  MAILHOT, PAUL
FANTOZZI, RONALD M
40 POLAND RD
AUBURN          ME  04210
DOB        /62  TEL 782-3873
006605921-02 3021616
```

| (X) | Item | Description |
|-----|------|-------------|
| ∅ | Eye Glasses | |
| ∅ | Hearing Aid(s) | |
| ∅ | Dentures/Partials | |
| ∅ | Money | |
| ✗ | Jewelry | wedding Band |
| ∅ | Canes, Walker, Wheel Chair | |
| ∅ | Medication (please send home if possible) | |
| ✗ | Other | Clothes |

### Release from Responsibility for Personal Property

I understand and agree that under no circumstances will St. Mary's be responsible for my personal property . I take full responsibility for retaining in my possession or custody any and all articles. I acknowledge that I have declared or listed all items of personal property I have chosen to keep in my possession or custody while at St. Mary's, and further acknowledge that I have been offered an opportunity to have my personal property kept in safe keeping at St. Mary's during my stay at St. Mary's, and that I have refused that offer.

Patient/Guardian Signature _Ronald Fantozzi_          Date _____

140030

SMANURSINGFORMS.PM6

500685.011.0037

**ST. MARY'S REGIONAL MEDICAL CENTER**
**PATIENT ADMISSION ASSESSMENT**

| ROOM # | DATE PATIENT TO UNIT: | TIME TO UNIT: | AMBULATORY STRETCHER WHEELCHAIR |
|---|---|---|---|

| CONTACT PERSON: | RELATIONSHIP | PHONE NO. |
|---|---|---|
| _Debra_ | _Wife_ | _782-3573_ |

DIAGNOSIS: _St. Ureteral Calculus_

DAY SURGERY  3/23/01  1445280
MB      221342  MAILHOT, PAUL
FANT3221, RONALD 1M123:040
10 POLAND RD RAILHOT, PAUL
40 POLAND RD/62  TEL 782-3873
AUBURN  RONALD ME 04210
006605921-M62  3002210016
762  TEL 782-3873
006605921-02 3021616
addressograph imprint

**COMMUNICATION:** Language Preference: English ☐  French ☐  Other ☐
* Family Translator _____ (requires release from patient) * Other Translator _____ * Phone No _____

**Allergies:** Medications: No ☐  Yes (specify): _Hayfever_
Foods: No ☐  Yes (specify): _____
Latex: No ☐  Yes ☐

| BP _____ | T _____ | P _____ | R _____ |
|---|---|---|---|

Wgt _193_ kg  Ht _5_ ft _8_ in (actual / stated)

**Hearing:**
☑ normal
☐ impaired
☐ aides
☐ RL
☐ LL

**Vision:**
☐ normal
☐ impaired
☐ blind
☑ glasses
☐ contacts

**Disabilities:**
☐ speech
☐ MR
☐ other

**Teeth:**
☑ intact
☐ loose
☐ none
☐ top
☐ bottom

**Dentures:**
☐ full
☐ partials
☐ plates
☐ top
☐ bottom

**Brief History of Present Illness** _Left ureteral stone for 1 month_

**Pertinent Medical History:**
☐ no major problems
☐ unable to obtain history
☑ psychological/emotional _anxiety/panic attacks_
☑ cardiovascular (CVA, HTN, chest pain, etc) _Chronic hepatitis_
☐ respiratory (TB, COPD, asthma, etc)
☐ genitourinary
☑ gastrointestinal (ostomy, diarrhea, constipation) _Crohns_
_Colon_

☐ neurological (seizures, etc)
☐ integumentary
☐ musculoskeletal
☐ diabetes
☑ kidney disease _Multiple calculi_
☐ cancer

☐ blood disorders
☐ transfusion reactions
☐ reaction to anesthesia
☐ other

Comments: _Type C Hepatitis_

**Implantable devices:**
☐ pacemakers      ☐ intrathecal pumps      ☐ other (specify)
☐ ports / central lines  ☐ deep brain stimulator (DBS)

**Pertinent Surgical History: (include dates)**
1) _Appendectomy_         4)
2) _Colon resection_      5)
3) _Cholecystectomy_      6)
                          7)

**Medication Profile:**

| Drug Name (Include Rx, OTC, Herbal Supp.) | Dose: | Frequency | Date/Time of Last Dose | Reason for Taking Med | Takes as Ordered Yes/No | Side Effects, If Any |
|---|---|---|---|---|---|---|
| _Oxycontin_ | _30 daytime 40 nightime_ | | | | | |
| _Humoral_ | _3 mg_ | _daily_ | | | | |
| _Buspar_ | _10 mg_ | _daily_ | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RN/LPN Signature _____ RN/LPN Signature _____

Fax to Pharmacy      RN/LPN Signature _____ RN/LPN Signature _____

500685.011.0038

**REGISTRATI** ☒☒ **ADMISSION** ⌐ ¬     **ST. MARY'S R⸺ONAL MEDICAL C⸺TER**
LEWISTON, M⸺ .4240

| ADM NO | FC | ARRIVED | MED REC # | PATIENT NAME | | | SVC | NS/ROOM/BED | | REG DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1431040 | C | DNSP | 221342 | FANTOZZI, RONALD M | | | GEN | 0000 | | 3/09/01 |

| PATIENT ADDRESS | | AGE | D.O.B. | | PLACE OF BIRTH | SEX | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| 40 POLAND RD | | 038Y | ⸺62 | CT | | M | M |

| CITY, STATE, ZIP | | MAIDEN NAME | MOTHER/FATHER NAME |
|---|---|---|---|
| AUBURN  ME 04210 | | | |

| ATTENDING PHYSICIAN | NEXT OF KIN/SPOUSE | NEXT OF KIN/TELEPHONE NO |
|---|---|---|
| MAILHOT, PAUL R | DEBORAH FANTOZZI | 207  7823873/ |

| REFERRING PHYSICIAN | RACE/SMOKE | RELG | PREV DISCH | EMS NO |
|---|---|---|---|---|
| BOULANGER, MICHAEL J | C | 81 | 10/05/98 | |

| PRIMARY CARE PHYS | DATE/TIME ADMITTED | | DATE/TIME DISCH/DEATH | |
|---|---|---|---|---|
| BOULANGER, MICHAEL J | 3/09/01 | 8:23 | ~~260101~~ | /5^70 |

| PT PHONE # | ADMIT BY | SOC SEC # | LOCATION | ADMITTING DIAGNOSIS |
|---|---|---|---|---|
| 207 782-3873 | 4310 | ⸺-2724 | | |

| EMPLOYER PHONE # | GUARANTOR/NAME/ADDRESS) FANTOZZI, RONALD M | | VETERAN | XRAY NO |
|---|---|---|---|---|
| | 40 POLAND RD  AUBURN  ME 04210 | | | 08-99-89 |

| ADVANCE DIRECTIVE | POWER OF ATTORNEY | LIVING WILL |
|---|---|---|
| | NONE | NONE |

| INSURANCE CO / NAME | POLICY NO | GROUP NUMBERS | SUBSCRIBERS NAME(S) | RELATION |
|---|---|---|---|---|
| 92  7  CIGNA/AVON CT | 006605921-02 | 3021616 | FANTOZZI, DEBORAH | SP |
| 50 21  MEDICARE | 006542724A | | FANTOZZI, RONALD M | PT |

**DIAGNOSIS**
LT URETERAL CALCULUS / LT URETEROSCOPY, STONE EXTRACTION, STENT PLACEMENT

| COMMENTS | TRANS OR ADMIT | DATE LAST SERVICE | PHYSICIAN |
|---|---|---|---|
| ⅅⅯ | | 10/05/98 | 02713 |

**PATIENT INFORMATION**

| EMPLOYER NAME | EMPLOYER ADDRESS | | |
|---|---|---|---|

| CITY | ST | ZIP | PHONE NUMBER |
|---|---|---|---|
| | | 00000 | (000) |

**GUARANTOR INFORMATION**

| NAME | | PT RELATION | ADDRESS |
|---|---|---|---|
| FANTOZZI | RONALD M | PT | 40 POLAND RD |

| CITY | ST | ZIP | PHONE NUMBER |
|---|---|---|---|
| AUBURN | ME | 04210 | (207) 782-3873 |

| SOC SEC NO | EMPLOYER | ADDRESS |
|---|---|---|

| CITY | ST | ZIP | PHONE NUMBER |
|---|---|---|---|
| | | 00000 | (000) |

**SUBSCRIBER INFORMATION**

| NAME | SEX | PT RELATION | ADDRESS |
|---|---|---|---|
| FANTOZZI, DEBORAH | F | SP | |

| CITY | ST | ZIP | PHONE NUMBER |
|---|---|---|---|
| | | 00000 | (000) |

| 1ST INSURANCE CO NAME | ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|
| CIGNA/AVON CT | PO BOX 354 | AVON | CT | 06001 |

| NAME | SEX | PT RELATION | ADDRESS |
|---|---|---|---|
| FANTOZZI, RONALD M | M | PT | |

| CITY | ST | ZIP | PHONE NUMBER |
|---|---|---|---|
| | | 00000 | (000) |

| 2ND INSURANCE CO NAME | ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|
| MEDICARE | PO BOX 9423 | PORTLAND | MA | 00000 |

| NAME | SEX | PT RELATION | ADDRESS |
|---|---|---|---|
| | | | |

| CITY | ST | ZIP | PHONE NUMBER |
|---|---|---|---|

500685.011.0039

Sisters of Charity Health System, Inc.
Consent/Benefits Authorization/Assignment
Of Benefits Statement

DAY SURGERY  3/09/01  1431040
MR  221342  HAILHOT, PAUL

**Facilities:**

☐ St.Mary's Regional Medical Center
☐ St. Marguerite d'Youville Pavillion

Admission Date: __ROHALD H__

☐ Community Clinical Services,Inc.
☐ Sisters of Charity Health System, Inc.

782-3873

**CONSENT FOR TREATMENT:** The undersigned patient at the above-referenced facility ("Facility") hereby authorizes Facility's physicians and employees (and whomever they may designate as assisting) to administer such medical treatments as is necessary in their professional judgment, and such additional operations or procedures as are considered therapeutically necessary on the basis of findings during the course of said treatment. I further consent to the administration of such anesthetics as are necessary on the basis of findings during the course of said treatment. Any tissues removed may be disposed of by Facility in accordance with its customary practice. I have read and fully understand the above consent to treatment, and have had the reasons why the treatment or procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment explained to me by my attending physician. I understand that no guaranty or assurance has been made as to the results that may be obtained. I understand that authorized trainees may observe and assist in my diagnosis, treatment, and care.

**AUTHORIZATION TO RELEASE MEDICAL INFORMATION TO PAYORS AND TO OTHER HEALTH CARE PROVIDERS:** Facility is hereby authorized and requested to furnish to any person who is or may be responsible for the payment of the charges incurred for my treatment at Facility, including any insurance company, third party administrator, my employer or any of their properly authorized agents or representatives, and any peer review organization which conducts reviews of hospital utilization under an agreement with my health insurance carrier, third party administrator or employer, or any person that is or may be liable therefore under contract or otherwise: all information required by it or them to determine benefits, including the nature of the visit, diagnostic and treatment information and copies of my medical record which may be available to Facility. Facility can disclose information to the persons so authorized on a continuing basis for as long as this authorization remains in effect. This authorization will remain in effect for the term of my current insurance coverage, along with any applicable renewals of that coverage.

I authorize Facility to release and discuss records regarding my medical care to other health care institutions, organizations or facilities as necessary to continue my care or treatment at the direction of my physician, and I authorize release of my medical records to health care providers to the extent such information is needed, in the professional judgment of Facility's personnel or my attending physician in order to provide for my medical treatment. Facility is further authorized to release all information required by nursing homes, boarding care facilities, home health agencies or congregate care facilities to assess appropriateness of my discharge to or referral for continuity of care by such facilities into other health care institutions, clinicians or facilities as necessary to continue my care or treatment. I understand that Facility may be required to obtain further consent from me with respect to the release of medical information that pertains to behavioral, chemical dependency, or HIV infection status, in accordance with applicable state and federal law.

I authorize the Facility to request an independent external review if an adverse health care treatment decision by the listed carrier occurs.

**SPECIALIZED RELEASES:** State and federal laws require my specific consent to disclose information pertaining to HIV testing or treatment, mental health diagnosis and treatment, and/or drug, alcohol or other substance abuse treatment information. I understand that I may request to review any information in my medical record, and may refuse to disclose some or all of my records. However, such refusal may result in improper diagnosis or treatment, denial of insurance benefits, or other adverse effects. I understand that my record may contain information pertaining to HIV testing or treatment, mental health, and/or substance abuse treatment and I agree to the release of this information by signing below.

Patient or legally authorized representative:    Relationship    Date:

Admission Form 12/2000
140209

500685.011.0040

DAY SURGERY  3/09/01  1431040

I understand that I can refuse to release medical information for the purposes above listed. I also understand that if I refuse to release this information my insurance company or other person liable to bear my hospital expenses may not pay my expenses while I am treated at Facility and that refusal to release this information may result in improper diagnosis and treatment. I understand that this authorization to release medical information may be revoked (canceled) by me at any time. I understand that Facility may properly rely upon any authorization I have given to release medical information with respect to any disclosure made before revocation of such authorization.

**PAYMENT TERMS:** I understand payment of charges for medical care from Facility is due for services rendered within thirty (30) days of service unless otherwise determined by Facility, and that I will be responsible for any fee incurred by Facility for collection of delinquent charges or attorney's-fees incurred in connection therewith. If I am financially unable to do so, upon request, I agree to complete a detailed financial statement so that alternative payment arrangements can be determined.

PATIENT INITIALS

**AUTHORIZATION FOR PAYMENT OF MEDICAL BENEFITS:** I certify that the information given by me in applying for payment by the Medicare or Medicaid programs or any managed care provider is correct. I request that payment of authorized benefits be made to Facility and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services, I request that this authorization apply to the extent of my services. If I receive medical services, which are not covered by Medicare or Medicaid because those programs determine that the services are not medically necessary, I understand that I have the obligation to pay for those services. I agree to pay all charges for services not authorized for payment by any health maintenance organization, preferred provider organization or other managed care organization for which I seek certification for treatment by Facility.

**ASSIGNMENT OF BENEFITS:** I hereby assign to Facility and related contracted professional service providers all hospital or professional service insurance benefits now due or which may become due and payable to me or on my behalf (but not to exceed the charges for such services) by virtue of my treatment at Facility, and I hereby direct any person including but not limited to, an insurance company, third party administrator, my employer, preferred provider organization or other person responsible for payment of my medical care to pay such benefit directly to Facility in consideration of the care, treatment and services furnished or to be furnished by or through Facility.

**AN IMPORTANT MESSAGE FROM MEDICARE/CHAMPUS:** I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**NOTICE:** I understand Facility will provide information about my general condition and location within Facility in order to respond to questions about my condition, so I may receive telephone calls, visitors, mail, gifts or other deliveries, and to facilitate communications with the Facility's pastoral services department and clergy, except as required by law. I have been notified that by marking the box my name will be removed from the directory listing of persons cared for at the Facility, and understand that removal of my name from the directory may result in the inability of the Facility to direct visitors, correspondence or telephone calls to me.  ☐

**NAME OF INSURANCE COMPANY/THIRD PARTY PAYOR:** _____

I have read this consent/authorization/assignment statement completely.

| Date | Time | Patient's Signature | Date | Time | Witness' Signature |
|------|------|---------------------|------|------|--------------------|
| MAR 07 2001 | 1040 | | 2001 | 1040 | |

| Date | Time | Patient's Representative Sig. (legal guardian/POA) | Relationship | | |
|------|------|---------------------|------|------|------|

| Date | Time | Telephone Consent By | Date | Time | Witness' Signature |
|------|------|---------------------|------|------|--------------------|
| | | | Date | Time | Witness' Signature |

| Date | Time | Guarantor's Signature | Relationship | |
|------|------|---------------------|------|------|

Admission Form 12/2000 - 140209

500685.011.0041

# St. Mary's Regional Medical Center

### Day Surgery Unit
### History and Physical
### Post Op Instructions

```
DAY SURGERY   3/09/01 1431040
MR   221342  MAILHOT, PAUL
FANTOZZI, RONALD H
40 POLAND RD
AUBURN          ME  04210
DOB      /62  TEL 782-3873
0066015921-02 3021616
```

ADDRESSOGRAPH

| DATE | HISTORY |
|------|---------|
| | |
| | **PHYSICAL EXAM:**　　　VITAL SIGNS : T_____ P_____ R_____ B/P_____ |
| | **HEART:** |
| | **LUNG:** |
| | **OTHER:** |
| **Date & Time** | **OP NOTE:** |
| 3/9/01 | PRE OP DX: (L) ureteral Calculus. |
| | POST OP DX: same |
| | PROCEDURE: Cysto u - (L) Ureteral Stent Placement |
| | SURGEON: Mailhot　　　　ASSISTANT: |
| | EBL: Ø　　DRAINS: |
| | COMPLICATIONS: Ø |
| | SPECIMEN: |
| | **DISCHARGE INSTRUCTIONS:** |
| | DISCHARGE ORDERS: Per Critera |
| | DIET: As tol |
| | PHYSICAL LIMITATIONS: As tol |
| | MEDICATIONS: Macrobid |
| | OFFICE VISIT: 10 Days |
| | FURTHER INSTRUCTIONS: noted Mailhot |

DAY SURGERY POST OP INSTR. (REV. 4/00)

PHYSICIAN SIGNATURE _____ DATE:____ _____

500685.011.0042

03/08/01   :57:21          SMRMC->             8425  S   C Medical Recor   Page 881

## ST MARY'S REGIONAL
## MEDICAL CENTER
Lewiston, ME 04240

**HISTORY/PHYSICAL**

1431040                    22-13-42
FANTOZZI, RONALD M
DOB:  ▮▮▮1962
PAUL R MAILHOT
Admitted: 03/09/2001

DICTATOR: PAUL MAILHOT, M.D.

**CHIEF COMPLAINT:** Kidney stone.

**HISTORY OF PRESENT ILLNESS:** This is a 38-year-old male with a long history of recurring ureterolithiasis secondary to Crohn's disease and secondary hyperoxaluria. He presented recently with a five-day history of left renal colic. He was seen in the Emergency Room where a spinal CT and KUB were performed revealing some retained left renal calculi as well as a left ureteral calculus. The calculus measured 2 to 3 mm but appeared to be causing significant discomfort. The patient also says that recently his Crohn's disease has been acting up, requiring OxyContin for pain control. He denies fever, chills, nausea, and vomiting. The patient is being admitted for left ureteroscopy with stone extraction with stent placement if indicated.

**ALLERGIES:** No known medical allergies.

**SOCIAL HISTORY:** The patient denies alcohol drinking or tobacco usage.

**PAST MEDICAL HISTORY:** Crohn's disease and a history of ureterolithiasis.

**PAST SURGICAL HISTORY:** Cholecystectomy, bowel surgery, and various procedures including ESWL for renal stone disease.

**CURRENT MEDICATIONS:** OxyContin, Luvox, Imuran, and Percocet.

**FAMILY HISTORY:** Mother is deceased of congestive heart failure. Father is alive and well.

**REVIEW OF SYSTEMS: CARDIOVASCULAR:** Negative. **PULMONARY:** Negative. **GASTROINTESTINAL:** As noted above. **MUSCULOSKELETAL:** Negative. **NEUROLOGICAL:** Negative. **ENDOCRINE:** Negative. **PSYCHIATRIC:** Mild depression.

**PHYSICAL EXAMINATION:** Reveals a well-developed, well-nourished white male in no acute distress. **SKIN:** Warm and dry. **HEENT:** Normal. **NECK:** Supple without masses or thyromegaly. **LUNGS:** Clear to auscultation bilaterally. **HEART:** Regular heart rhythm without murmurs or gallops. Pulses are equal. **ABDOMEN:** Shows diffuse right-sided abdominal tenderness, probably relating to the patient's Crohn's disease. There is some deep tenderness in the left upper quadrant, probably related to the patient's ureteral calculus. **BACK:**

ORIGINAL

HISTORY/PHYSICAL

500685.011.0043

03/08/01   :57:46              SMRMC->              0425  S   C Medical Recor   Page 002

.HISTORY/PHYSICAL              PAUL MAILHOT, M.D.                    MR# 22-13-42
FANTOZZI, RONALD M
Page 2 of 2

1+ left costovertebral angle tenderness. **GENITALIA:** Normal uncircumcised penis and normal testes bilaterally. **RECTAL:** Normal prostate. **EXTREMITIES:** No cyanosis, clubbing, or edema. **LYMPH NODES:** None were palpable. **NEUROLOGICAL:** Grossly intact.

**IMPRESSION:**
1.   Left upper ureteral calculus.
2.   Left renal calculi.

**TREATMENT PLAN:** Left ureteroscopy with stone extraction if possible and left ureteral stent placement. The procedure, alternatives, risks, and possible complications have been explained to the patient.

PAUL MAILHOT, M.D./lgg

J:      92869
D:      03/08/2001 14:39:28
T:      03/08/2001 14:35:41

CC:     MICHAEL MONZEL, M.D.
        MICHAEL BOULANGER, M.D.

500685.011.0044

**ST MARY'S REGIONAL**
**MEDICAL CENTER**
Lewiston, ME 04240

FANTOZZI, RONALD M
Phone #(207)782-3873
DOB███████/1962
Attending:  PAUL R MAILHOT, M.D.
Referring: MICHAEL J BOULANGER

**RADIOLOGY REPORT**

Visit #1431040
MR #22-13-42
X-Ray #08-99-89
Service Date  03/09/2001
NS/Room  RD
Clinic Code: SD

---

ABDOMEN (2 views) 74020

Indication for Study:  Placement of stent in OR.

FINDINGS:  Compared with plain film of the abdomen on 2/24/01.

The osseous structures appear normal.   The psoas margins are preserved as are the renal
contours.  A metallic clip is seen in the right upper abdominal quadrant.

The initial projection (scout) yields limited definition of the middle and upper pole of the left
kidney.

A second projection with double J ureteral stent in satisfactory position outline a 2-3 mm
calculus in the left middle renal pole and 1-2 calculi of similar size in the left upper renal pole.

IMPRESSION: Left ureteral stent in satisfactory position.  Calculi identified in left middle and
upper pole.  Retrospectively, these appear unchanged since 2/24/01.

*Lincoln T. Engstrom, M.D.*

LINCOLN ENGSTROM, M.D./lmb

J:      93109
D:      03/09/2001 14:19:41
T:      03/13/2001 03:55:25

CC:     MICHAEL BOULANGER, M.D., Referring Physician
        PAUL MAILHOT, M.D., Attending Physician

ORIGINAL

**RADIOLOGY REPORT**

**500685.011.0045**

ST MARY'S REGIONAL MEDICAL CENTER LEWISTON ME 04240    7)777-8400
DAVID GULLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOGY
RUN DATE: 03/08/01    PRE ADMISSION TESTING PATIENT REPORT    PAGE 1
RUN TIME: 1606

DOCTOR
MAILHOT, PAUL R

Name:  FANTOZZI,RONALD M  143104D    Age/Sex:  38/M    Admit. Dr:  MAILHOT, PAUL R
Acct#:  1428274    Unit#:  000221342    Status:  PRE IN    Location:  PAT
Reg:  03/07/01    Disch:    D.O.B.:  ████1962    Phone:  207-782-3873

LEGEND:  L=Low    H=High    CL=Critical Low    CH=Critical High    #=Delta    >=New    (R)=footnote

Ordering Dr: MAILHOT, PAUL R
Copy to Dr:

NON-STAFF PROVIDER ADDRESS

Specimen: 01:M0002499R  COMP    Collected: 03/07/01-1135
                                Source:    URINE CC    Sp Descrip: URINE-CC

| Procedure | Result |
| --- | --- |
| | MICROBIOLOGY |
| URINE CULTURE  Final | |
| COLONY COUNT | NEGATIVE COL/ML |
| NO GROWTH OBTAINED | |

Patient: FANTOZZI,RONALD M    Age/Sex: 38/M    Acct#1428274    Unit#000221342

500685.011.0046

ST MARY'S RE    NAL MEDICAL (    ER LEWISTON.    E 04240 (20    77-8400
DAVID C..LLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOG:

RUN DATE: 03/07/01          PRE ADMISSION TESTING PATIENT REPORT          PAGE 1
RUN TIME: 1606

DOCTOR
MAILHOT, PAUL R

*143/060*

Name: FANTOZZI,RONALD M                Age/Sex: 38/M        Admit. Dr: MAILHOT, PAUL R
Acct#: 1428274    Unit#: 000221342    Status: PRE IN    Location: PAT
Reg: 03/07/01    Disch:                D.O.B.:    /1962    Phone: 207-782-3873

LEGEND:  L=Low  H=High  CL=Critical Low  CH=Critical High  #=Delta  >=New  (A)=footnote

SPEC #: 0307;C00081R  Collected: 03/07/01-1158  Ordering Dr: MAILHOT, PAUL R

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| **CHEMISTRY/CARDIAC/LIPIDS** | | | |
| > CALCIUM | 9.4 | | 8.7-10.7 mg/dL |
| > GLUCOSE | 88 | | 70-110 mg/dL |
| > BUN | 15 | | 7-22 mg/dL |
| > CREATININE | 0.9 | | 0.6-1.3 mg/dL |
| > SODIUM | 138 | | 136-145 mmol/L |
| > POTASSIUM | 4.1 | | 3.5-5.1 mmol/L |
| > CHLORIDE | 104 | | 98-110 mmol/L |
| > CO2 | 28 | | 23-33 mmol/L |

SPEC #: 0307;H00067R  Collected: 03/07/01-1158  Ordering Dr: MAILHOT, PAUL R

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| **HEMATOLOGY** | | | |
| > WBC | 6.6 | | 4.5-10.9 10E3 |
| > RBC | 4.82 | | 4.7-6.1 10E6 |
| > HGB | 14.6 | | 14-18 g/dL |
| > HCT | 44.1 | | 42-52 % |
| > MCV | 91.4 | | 80-94 fl |
| > MCH | 30.3 | | 27-31 pg |
| > MCHC | 33.1 | | 33-37 % |
| > RDW | 11.9 | | 11.5-14.5 % |
| > PLT | 320 | | 130-400 10E3 |
| > MPV | 7.5 | | 7.4-10.4 fl |
| > %LYMPHS (COULTER) | 35.5 | H | 20-35 % |
| > %MONOS (COULTER) | 12.7 | | 0-15 % |
| > %GRANS (COULTER) | 48.9 | L | 55-81 % |
| > %EOS (COULTER) | 2.3 | | 0-3 % |
| > %BASO (COULTER) | 0.6 | | 0-1 % |

Patient: FANTOZZI,RONALD M          Age/Sex: 38/M    Acct#1428274    Unit#000221342

500685.011.0047

ST MARY'S REGIONAL MEDICAL CENTER LEWISTON, ME 04240 (207) 777-8400
DAVID GULLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOGY

RUN DATE: 03/07/01          PRE ADMISSION TESTING PATIENT REPORT          PAGE 2
RUN TIME: 1606

*143/040*

DOCTOR
MAILHOT, PAUL R

| Patient: FANTOZZI,RONALD M | #1428274 | (Continued) |
|---|---|---|

SPEC #: 0307:HC00031R Collected: 03/07/01-1158  Ordering Dr: MAILHOT, PAUL R

| Test | Result | Flag | Reference |
|---|---|---|---|
| | **COAGULATION** | | |
| > PT | 11.9 | | 11.0-13.0 SECONDS |
| > INR | 0.98 | | 0.85-1.2 |
| > APTT | 31.2 | | 24.0-34.0 SECONDS |
| > BLEEDING TIME | 6.0 | | 2.5-9.5 MINUTES |

SPEC #: 0307:U00008R Collected: 03/07/01-1135  Ordering Dr: MAILHOT, PAUL R

| Test | Result | Flag | Reference |
|---|---|---|---|
| | **URINALYSIS** | | |
| > SPEC.REFRIGERATED? | NO | | |
| > APPEARANCE | CLEAR | | CLEAR |
| > COLOR | YELLOW | | YELLOW |
| > SPECIFIC GRAVITY | 1.021 | | 1.008-1.030 |
| > LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE |
| > NITRITE | NEGATIVE | | NEGATIVE |
| > pH | 7.0 | | 5-8 |
| > PROTEIN | NEGATIVE | | NEGATIVE mg/dL |
| > GLUCOSE | NORMAL | | NORMAL mg/dL |
| > KETONES | NEGATIVE | | NEGATIVE |
| > UROBILINOGEN | NORMAL | | NORMAL mg/dL |
| > BILIRUBIN | NEGATIVE | | NEGATIVE |
| > OCCULT BLOOD | NEGATIVE | | NEGATIVE ery/uL |

| Patient: FANTOZZI,RONALD M | Age/Sex: 38/M | Acct#1428274 | Unit#000221342 |
|---|---|---|---|

**500685.011.0048**

# ST. MARY'S REGIONAL MEDICAL CENTER

## PRE-ANESTHETIC EVALUATION

DAY SURGERY  3/06/01 1431040
MR        221342  HAILHOT, PAUL
FANTOZZI, RONALD N
(4) POLAND RD
ME  04210

Ronald Fantozzi

| M / F | AGE 38 | INTERVIEW DATE 3.7.01 | PROCEDURE DATE: 3·__ | PHYSICIAN: |
|---|---|---|---|---|

Ureteral Calculi

**CLINICAL DX**
Ureteral Stone extraction
OF PROPOSED   Stent Placement

**HISTORY OF PRESENT ILLNESS**

**SYSTEMS REVIEW**
Cardiovascular
(HPTN, CHF, Angina, MI) — denied
rare tachycardia

Pulmonary
(Dyspnea, URI, COPD)   mild DOE
recurrent bronchitis

**SMOKER:** no   PACKS/DAY   QUIT

**CURRENT MEDICATIONS**  ☐ NONE

**REACTIONS**  ☐ NONE

**VITAL SIGNS**  O₂ Sat 95%
B/P 117/   Temp.
HR 88   Ht 5.8
RR   Wt 77.3 (Kg)

**PREVIOUS ANESTHETICS/SURGERY**  ☐ NONE
Parathyroidectomy

**COMPLICATIONS/REACTIONS**  ☐ NONE

**FAMILY ANESTH. HISTORY**  ☑ NONE
Stent

**RENAL**

**G.I. (Hiatal Hernia)**  chronic hep Ⓒ rejfn

**ENDOCRINE**
(Diabetes, Thyroid)

**OTHER (Jaundice, Hepatitis, Abnormal Bleeding)**
Hepatitis C carrier

**ALLERGIES**  ☐ NONE
Hay fever

**MENTAL STATUS**

**TOBACCO, ETHANOL, OTHER DRUGS**  ☐ NONE

**LAST ORAL INTAKE**  NPO

**GENERAL**

**AIRWAY**
Mouth  Class II
Teeth
Neck, Jaw

| LUNGS | HEART | SPINE, REGIONAL ANES. SITE | OTHER |
|---|---|---|---|
| CTA | MMRG | | |

| Hb | LYTES | | | | | ABG | | OTHER |
|---|---|---|---|---|---|---|---|---|
| Hct 44 | Na | Cl | Gluc. | CXR | Ph | | |
| Pt | | | | | PaO₂ | | |
| Ptt | K | CO₂ | BUN | EKG | PaCO₂ | | |
| Platelets | | | | | HCO₃ | | |

Plan GAB
R/O explained

**A.S.A. Status**  1 2 ③ 4 5 E

**DAY SURGERY POST-OP VISIT**

| B/P | Temp. | Pulse | Resp. |
|---|---|---|---|
| DATE 3/ | Time | A.S.A. Status  1 ② 3 4 5 E | |

Evaluation Satisfactory  YES ☑  NO ☐   COMMENTS:

**TIME:**

500685.011.0049

Rev. 7/00

# ST. MARY'S REGIONAL MEDICAL CENTER
## ANESTHESIA RECORD

*Ronald Fantozze*

| SURGEON | ANESTHESIOLOGIST |
|---|---|
| Dr. P. Milhot | 1/2 3 4 5 E |
| PROCEDURE | |
| Cysto. & Ureteral Stent | |

| M/F | 58 AGE | HT 5-8 | WGT 91-354 | DATE 3/9/01 |
|---|---|---|---|---|

TECHNIQUE: ☐ G.A. ☑ REG. ☐ SPL. ☐ EPID. ☐ MAC

| SHEET | 1 | OF | 1 |
|---|---|---|---|

ALLERGIES: Hayfever

Hct.

(typed label block, partially redacted)
```
FANTOZZI, RONALD M
PO POLAND RD
ME 04210
762  TEL 762-3873
```

ANESTHESIA TIME: 0855 / 1035

SURGICAL TIME: 1015 / 1030

MACHINE # #2
EQUIP. CHECKED PRE-OP ☑

### DRUGS
| | | | |
|---|---|---|---|
| N20/O2 | 6L air | | |
| Fentanyl | (50)(5) | | |
| Versed | (1)(1) | | |
| Propofol | 20 20 | | |

### INFUSIONS
Crys —

### MONITORS
| | | | |
|---|---|---|---|
| EKG | SR | SR | SR |
| FiO2 | 1.0 | 1.0 | 1.0 |
| SaO2 | 100 | 99 | 99 |
| ETCO2 | | | |
| Vt/RR | | | |
| PIP/PEEP | | | |
| TEMP | | | |
| SvO2/ci.co. | | | |
| PAP/PCWP/CVP | | | |
| PNS | | | |
| TIME | | | |

### INTRA-OP EVENTS
① Took #2, 800, Res Co, Sm IV Sedation.

SAB: Sitting, Wa prep & drape, 1% lido ahed, L3-4 mc x1, #24g Sprott Introv x1, clear CSF, Clmy ⊖ paresthesia, in lococaud 10mg c Epi Wash p 2cc clear CSF administer. Supine To L/la. TMS.

### MONITORS (chart legend)
☑ EKG
☐ PCS
☑ ES
☑ FiO2
☑ SaO2
☐ ETCO2
☐ TEMP
☐ PNS

BP
☐ MANUAL
☐ NIBP
☐ A-LINE

OTHERS
☐
☐
☐

# for events: ①  ②

### KEY
ANES.  x...x
OPER.  ⊙-⊙
B/P  ∨ / ∧
A-LINE  I
PULSE  •
RESP  SPONT ⊘ A / C

### FLUID / Warmer
| | |
|---|---|
| IV #1 (cc) | |
| IV #2 (cc) | |
| EBL (cc) | |
| URINE (cc) | |
| POSITION | |

### AIRWAY
☐ MASK  ☐ OPA  ☐ NPA
☐ ETT  SIZE___  ☐ CUFF
☐ OR  ☐ NAS  ☐ TRACH
☐ DIR  ☐ BLIND ☐ FIBER
TIME INT/EXT ___ / ___
BLADE ___  #ATT ___
☐ BREATH SOUNDS EQUAL

### VENTILATION / MISC
CIRCUIT
☐ HUMID  ☐ HME  ☐ BLD. WARMER
EYES: ☐ LUBE  ☐ TAPE  ☐ PADS

VENT TYPE

CATHETERS (X) IN SITU
| TYPE | SIZE | SITE | (X) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

ARRIVAL PACU  DATE 3/9/01  TIME 1035
B/P 104/75  PULSE 112  RESP 16

REMARKS:

SIGNATURE

ANESTHETIST: R. Whalen

ATTENDING SIGNATURE:

FE0004

500685.011.0050

**ST MARY'S REGIONAL
MEDICAL CENTER**
Lewiston, ME 04240

1431040                                    22-13-42
FANTOZZI, RONALD M
DOB: ████1962
PAUL R MAILHOT, M.D.

**OPERATIVE SUMMARY**
  (Day Surgery)

DATE OF OPERATION: 03/09/2001          Began: 1020      Ended: 1030

SURGEON: PAUL MAILHOT, M.D.            ASSISTANT:

**PREOPERATIVE DIAGNOSIS**: Left ureteral calculus.
**POSTOPERATIVE DIAGNOSIS**: Left ureteral calculus.
**OPERATION**: Cystoscopy and left ureteral stent placement.

**PROCEDURE AND FINDINGS:** After adequate spinal anesthesia, the patient was prepared and draped in the dorsal lithotomy position. An abdominal scout film was taken revealing a faintly calcified stone between the transverse processes of L3 and L4 on the left. The stone appeared to measure approximately 6 mm to 7 mm in diameter. It was felt to be too high to extract; thus, it was decided to simply place a stent for the moment.

Cystoscopy was accomplished with a 22-French rigid panendoscope. The bladder was examined and found to be normal without evidence of tumor or calculus formation. A 6-French K/Wart ureteral stent was then inserted into the left collecting system and advanced without difficulty to the level of the renal pelvis. The stent was positioned such that the proximal pigtail was left in the renal pelvis and the distal pigtail was in the bladder. The stent was then internalized and another radiograph was taken. On the postoperative radiograph, the stone could no longer be visualized, suggesting that it was either pushed back into the kidney or that it was too faint to be seen on the second film. The patient tolerated the procedure well and was transferred to the PACU in satisfactory condition.

**PLAN:** The patient will be maintained on Macrobid 100 mg daily until seen in the office in 10 days. At that point, the stent will either be removed or the patient will be scheduled for further intervention, depending on the stone's position at that time.

PAUL MAILHOT, M.D./rlg

J:      93030
D:      03/09/2001 10:44:31
T:      03/12/2001 09:02:43
CC:     MICHAEL BOULANGER, M.D.
        MICHAEL MONZEL, M.D.

ORIGINAL

OPERATIVE SUMMARY

500685.011.0051

CONSENT T.  PERATION.  THETICS,
AND OTHER MEDICAL SERVICES

Date: _3-9-01_    Time: _0875_       DAY SURGERY  3/09/01 1231040
                                       IR    221342   MAILHOT, PAUL
1.  I authorize the performance upon _Ronald Fant___ of the following procedure_____
                                 (myself or name of patient)     40 POLAND RD
_left ureteroscopy with stone extraction_
_left stent placement_          DOB 5/16/62  TEL 782-3873
    performed by or under the direction of Dr._____  3021616

2.  I consent to the performance of operations and procedures in addition to or different from those now contemplated, whether or not arising from presently unforeseen conditions, which the above named doctor or his associate or assistants may consider necessary or advisable in the course of the operation..

3.  I consent to the administration of such anesthetics in connection with surgical or other medical procedures as may be considered necessary or advisable by any of the Anesthesiologists responsible for anesthesia services at this hospital to be administered by them or others under their supervision. The nature of the Anesthetics likely to be applied in any procedures that are about to be done has been fully explained to me by a physician, including the usual and most frequent risks and hazards encountered with those anesthetics unless I have asked that the physician omit or limit his explanations out of consideration for me.

4.  The nature and purpose of the procedure, possible alternative methods or treatment, the risks involved, the possible consequences and the possibility of complications have been explained to me by Dr. _Mailhot_ and Dr. _____. *(See below)

5.  I acknowledge that no guarantee or assurance has been given by anyone as to the results that may be obtained.

6.  I consent to the photographing or televising of the operations or procedures to be performed, including appropriated portions of my body for medical, scientific or education purposes, provided my identity is not revealed by the pictures or descriptive texts accompanying them.

7.  For the purpose of advancing medical education, I consent to the admittance of observers to the Operating Room..

8.  I consent to the disposal by the hospital authorities of any tissue or body parts which may be removed.

9.  I am aware that sterility may result from the procedure. I know that a sterile person is incapable of becoming a biological parent.

10. I acknowledge that all blank spaces on this document have been either completed or crossed off prior to my signing. (CROSS OUT ANY PARAGRAPHS WHICH DO NOT APPLY)

PLEASE READ IN FULL BEFORE SIGNING AUTHORIZING SIGNATURES

Witness _____        Signature of Patient _____

If patient is unable to sign or is a minor, complete the following: Patient is a minor_____years of age. He/She is unable to sign because:_____

Witness _____        Signature _____

                                       Relationship _____

                                       Patient's Name _____

I certify that the information in number 4 was given to
_____                 140026
Physician's Signature                  ORCONSENT


500685.011.0052

*143/040*
*Fantozzi, Ronald*

# COOK

UROLOGICAL

CE 0123

**Order Number (REF)**

003600

A Cook Group Company
1100 West Morgan Street
Spencer, Indiana 47460 USA
USA Toll Free: 800-457-4448

TM
KWART RETRO-INJECT
STENT SET

| | |
|---|---|
| STENT | 6FR |
| WITH TETHER | |
| LENGTH | 22-32CM |
| TFE WIRE GUIDE | .038 145CM |
| INSERTER | 5FR 70CM |
| RELEASE SLEEVE | 8FR 38CM |

CAUTION:
MAXIMUM INDWELLING TIME        6 MONTHS

INTENDED FOR ONE-TIME USE

CAUTION: Federal (USA) law restricts this
device to sale by or on the order of a physician.
Sterile (ETO) if unopened or undamaged.
Store in a dark, cool, dry place.

| LOT | Lot Number/ |
|---|---|
| | 840509 |

| STERILE | EO |
|---|---|

| | Use Before |
|---|---|
| | 2003-11 |

EC Representative:
Cook® Ireland LTD.
National Technological Park
Castletroy, Limerick, Ireland

⊗⚠

| | Date of Manufacture |
|---|---|
| | 2000-11 |

=*H968365161H*=

500685.011.0053

**St. Mary's Regional Medical Center**
**Pre-Op Admission Assessment**

```
JAY SURGERY  3/09/01  1431040
MR   221342   MAILHOT, PAUL
FANTOZZI, RONALD M
40 POLAND RD
AUBURN       ME   04210
DOB    [   ]/62  TEL 782-3873
C006605921-02 3021616
```

Admission Date __3/9/1__ Time _845_
Procedure _ureteroscopy p st ge jet_
LOC _alert_
Ventilating Well  Yes __✓__  No _____
Comments _____

### Pre-Op Medication

V/S prior to premeds T _36_ P _92_ R _13_ BP _138/78_
Pre-Medications _____

V/S post premeds   P_____ R_____ BP_____
                   P_____ R_____ BP_____
                   P_____ R_____ BP_____

|                                        | YES | NO | N/A |
|----------------------------------------|-----|----|----|
| Pre-Admission Testing Reviewed         | ✓   |    |    |
| Abnormal Testing Report                | ✓   |    |    |
| PAT Anesthesia Visit                   | ✓   |    |    |
| **Pre-Op Teaching:**                   |     |    |    |
| Verbal instructions given, D.S. routine IV's Meds | ✓ | | |
| Plan for Nursing Care Reviewed         | ✓   |    |    |
| Patient/Family express understanding of instructions | ✓ | | |
| Emotional Support                      | ✓   |    |    |

Eye Drops to OD _____ OS _____
Ocufen .03%  1 Gtt on Adm _____ & to OR _____
Madriacyl 1%  1 Gtt Q5 min x4    _____
                                 _____
Mydfrin 2.5% 1 Gtt Q5 min x4     _____
                                 _____

Initials _____ Signature _____
Initials _____ Signature _____
Initials _____ Signature _____

| Pre Surgery Checklist | YES | NO | NA |
|-----------------------|-----|----|----|
| Doctor's orders noted and complete | ✓ | | |
| Foley inserted if ordered | | | ✓ |
| Time voided_____ Cath drained_____ Amount _____ | | | |
| Height _5'8_ Weight _22.3_ | | | |
| Makeup, fingernail polish removed | | | ✓ |
| Address-o-graph plate on chart | ✓ | | |
| Dentures removed | | | ✓ |
| Jewelry removed/covered | | ✓ | |
| Advanced directives on chart | | | ✓ |
| IV ordered | | | ✓ |

Site _LH_ Cath _20g 1"_ By _T Timberlake_
                                        RN

Signature _____ B Poland _____ (RN/LPN)

### Peri-Orbital Block

Monitor Pattern _____
Oxygen Saturation Pre _____ %
Versed _____ mg. IV @ _____ by _____ RN
Other Meds _____
_____

Time_____ BP_____ P____ R____ SAT____ %
Time_____ BP_____ P____ R____ SAT____ %
Time_____ BP_____ P____ R____ SAT____ %
Time_____ BP_____ P____ R____ SAT____ %
Time_____ BP_____ P____ R____ SAT____ %
Oxygen started at _____ /LPM via N/C Time _____
Block To OS/OD by Dr. _____ @ _____
Lid closed, taped, reducer in place p̄ block _____
Block supplemented YES___ NO___ Time _____
Signature _____ RN/LPN

500685.011.0054

## DAY SURGERY NURSING ASSESSMENT

POST-OP PROCEDURE PHASE OF STANDARD CARE PLAN

Patient stamp:
DAY SURGERY  3/09/01  1431
MR  221342  MAILHOT, PAUL
FANTOZZI, RONALD M
AUBURN  ME  04210
DOB  4/16/62  TEL 782-3873

**TIME AND NUMBER PER CODE:** 1300  1320  1400

| Code | Description | Letter | 1300 | 1320 | 1400 |
|------|-------------|--------|------|------|------|
| 2 - | Able to deep breath and cough | A | | 2 | 2 |
| 1 - | Short of breath | | | | |
| 0 - | Apneic | | | | |
| 2 - | V.S. stable and within pt.'s normal limits | B | 2 | 2 | 2 |
| 1 - | V.S.'s irregular or fluctuating | | | | |
| 0 - | Unable to palpate B/p or pulse | | | | |
| 2 - | Extremities have full sensation Lower Rt/Lt, Upper Rt/Lt | C | 2 | 2 | 2 |
| 1 - | Extremities have partial sensation Lower Rt/Lt, Upper Rt/Lt | | | | |
| 0 - | Extremities are without sensation Lower Rt/Lt, Upper Rt/Lt | | | | |
| 2 - | Skin - Warm, Pink | D | 2 | 2 | 2 |
| 1 - | Skin Cool, Pale | | | | |
| 0 - | Skin - Cool, Cyanotic | | | | |
| 2 - | No surgical bleeding site | E | 2 | 2 | 2 |
| 1 - | Small amount of surgical bleeding | | | | |
| 0 - | Large amount of surgical bleeding | | | | |
| 2 - | Free of pain | F | 1 | 1 | 2 |
| 1 - | Minimal pain | | | | |
| 0 - | Moderate to severe pain | | | | |
| 2 - | Tolerating P.O. fluids | G | 2 | 2 | 2 |
| 1 - | Not taking P.O. fluids | | | | |
| 0 - | Nausea / Vomiting | | | | |
| 2 - | I.V. discontinued, Cath. intact _____ ml. infused. | H | 1 | 1 | 2 |
| 1 - | I.V. patent @ ____ KVO | | | | |
| 0 - | No I.V. ordered | | | | |
| 2 - | Voiding without problems | I | 1 | 1 | 2 |
| 1 - | Has not voided. | | | | |
| 0 - | Needs to be cathed. | | | | |
| 2 - | Fully awake | J | 2 | 2 | 2 |
| 1 - | Arouses when called | | | | |
| 0 - | Unresponsive | | | | |
| 2 - | Up ad lib | K | MB | MB | 2 MB |
| 1 - | Up with assistance | | | | |
| 0 - | On bedrest | | | | |

| TIME | TEMP | P | R | B/P | INIT | COMMENTS |
|------|------|---|---|-----|------|----------|
| 1300 | | 88 | 16 | 116/6 | MB | returned to room |
| 1320 | 36⁵ | 92 | 16 | 118/78 | MB | |
| 1500 | | | | | | voided yellow clear urine |

| TIME | MEDICATION - ROUTE | INIT |
|------|--------------------|------|
| | | |

Discharge Order by Surgeon  Yes ✓  No ____   Cleared for discharge by Anes. Yes ___ No ___

Seen by Surgeon

Discharge Teaching per Standard Care Plan to:  Patient ✓  Family ____  Other ____  Init ____

D.C. Time & Mode __ 1510  Follow-up appointment ____  D.C. Criteria met: Yes ___ No ___

| | | | |
|---|---|---|---|
| Activity | 1 2 3 4 | Restrictions | 1 2 3 4 |
| Diet | 1 2 3 4 | S/S Infection | 1 2 3 4 |
| Drsg. Care | 1 2 3 4 | Complications | 1 2 3 4 |
| | | Written Rx. | 1 2 3 4 |

**RESPONSE CODE**
1 - Verbalizes understands
2 - Requires reinforcement
3 - Refuses
4 - N/A

Signature: _____  Init. _____

500685.011.0055

## St. Mary's Regional Medical Center
### Perioperative Nursing Record

Date: 3/9/01   OR Room #: 2   Room Temp: 7_

Surgeon: Mailhot   Asst.: _____

Anesthesiologist: Lagens   CRNA: T. Robal

Relief: _____   Relief: _____

Circulator: Hersomex   Scrub: T. Chabot SNP

Relief: X/hufw In 1005   Out 025 Relief: _____ In _____ Out _____

Relief: _____ In _____ Out _____   ASA: 9   Wound Class: 2

Pre-Op Dx: Left ureteral Calculus

```
AY SURGERY  3/09/01 1431040
R   221342  MAILHOT, PAUL
ANTOZZI, RONALD H
0 POLAND RD
UBURN        ME  04210
OB        ‾‾‾‾62  TEL 782-3873
006605921-02 3021616
```

| HOLDING ROOM: 0905 | TRANSPORTED FROM: ❑ DS ❑ ICU ❑ ED / ❑ Nursing Unit / ❑ Other___ | ☑ CONSENT: Verified with schedule, patient, surgeon, H&P. OR Site marked by Surgeon: ❑ Yes ❑ No ❑ N/A | H + P: ☑ YES ❑ NO ❑ Consult Comments _____ |
|---|---|---|---|

| ENTER OR: 955 | INDUCTION COMPLETION: Spinal | INCISION: 1020 | CLOSURE: 1050 | LEAVE OR: 10 35 |
|---|---|---|---|---|

**PT STATEMENTS:** _____   **LOC:** ☑ Alert ❑ Oriented___ ❑ Drowsy ❑ Intubated ❑ Other___

NPO Since 8PM   Allergies hay fever

**SENSORY RESTRICTIONS:** VISION: ☑ None ❑ Glasses ❑ Other___   HEARING: ☑ None ❑ HoH ❑ L. ❑ R. ❑ Other___

**MOBILITY RESTRICTIONS:** ☑ None   **SKIN CONDITION:** ☑ Warm/Dry/Intact ❑ Other___

❑ Traction ❑ Non-Ambulatory ❑ Other___

**EMOTIONAL:** Level of Anxiety ☑ Relaxed ❑ Anxious ❑ Crying   **CULTURAL/PSYCHOSOCIAL:** Pertinent Info for Plan nothing pedent

**IV's:** ☑ Peripheral ❑ Central ❑ Swan ❑ Epidural ❑ Pre-Op Antibiotics Inserted By T. Jumbulatte   ❑ Came With   **BLOOD:** ☑ NA ❑ Screen Only ❑ X-Match ❑ Autologous # Units _____ ❑ Other___

**LAB TESTS:** ❑ CBC ❑ H&H ❑ Lytes ❑ UA ☑ PT/PTT ❑ Glucose ❑ CMP ☑ BMP ❑ Platelets ❑ Other___   ❑ CXR ❑ ECHO ❑ Other___ ❑ EKG ❑ PFT'S   Signature _____

**PLAN:** Provide enstent support

| EQUIPMENT: ❑ NA | ☑ Safety Strap | ❑ VACPAC | ❑ Bair Hugger #___ | ❑ Cloward Saddle | ❑ Eye Stretcher |
|---|---|---|---|---|---|
| ❑ Sand Bag | ❑ Prone Pad | ❑ Mayfield | ❑ Leg Holder | ❑ Stirrups___ | ☑ Cysto Table |
| ❑ Kidney Bar | ❑ Horseshoe Headrest | ❑ TED Stockings | ❑ CUSA | ❑ Stealth | ❑ Fx Table |
| ❑ Footboard | ❑ Lat/Reg Armboard | ❑ SCD/EPCS | ❑ Adhesive | ❑ Other___ | |

**POSITION:** ❑ Supine ☑ Lith ❑ Prone ❑ Lat ___ R▲ ___ L▲ ❑ Mod Knee-Chest ❑ Beach Chair ❑ Other___

**PADDING:** ❑ NA ☑ Pillow Libud ❑ Axillary Roll ☑ Gel ___ ❑ Headrest, donut

**Position Verification:** @ 1020 ; JC ; @ _____ ; @ _____ ; @ _____

**ELECTROSURGERY:** ☑ NA ❑ Bipolar #___ Setting___

❑ Monopolar #___   Coag___   Cut___   Pad Site___   Lot #___

**SURGICAL PREP:** ❑ NA ❑ Shave ☑ Soda ☑ Scrub ☑ Gel ❑ Dura ❑ Eye ❑ Alcohol ❑ Hibiclens ❑ Iodine

❑ Other___   Prep Site perineum   By D. Chafar

**IRRIGATION:** ❑ NA ❑ NS ❑ NEO ❑ L/R ☑ H₂O ❑ BSS ❑ HepNS   ❑ Glycine ❑ Baci ❑ Gent ❑ Other___

OR PERIOPERATIVE NSG RECORD   2 part W/C NCR   (Rev. 8/00)     **PAGE 1 OF 2**

500685.011.0056

**St. Mary's Regional Medical Center**
**Perioperative Nursing Record**

DAY SURGERY  3/09/01 1431040
221342  MAILHOT, PAUL
ANIO221, RONALD M
40 POLAND RD
AUBURN       ME  04210
DOB        /62   TEL 782-3873
006605921-02 3021616

**MEDICATION:** ☑ NA          ☐ Dye _____
☐ Ungtt _____          ☐ Other _____
☐ Drops _____          _____
☐ Injection _____          _____
#ml's _____          Site _____

**SURGICAL IMPLANTS:** ☐ NA   ☑ Implanted   ☐ Stickers on Back   ☐ See Charge Sheet
Type/Co Cook Ureteral Stent Size 6 F          Lot# 890509          SN _____   ☐ Removed _____

**SPECIMEN:** ☑ No Specimen  ☐ Not Sent
1. _____   FO / FR / FS
2. _____   FO / FR / FS
3. _____   FO / FR / FS
4. _____   FO / FR / FS
5. _____   FO / FR / FS
☐ Cultures / Gram Stain          ☐ Sentinel Tissue Reading _____
1. _____   Disp. of Spec.  ☐ Lab  ☐ Xray
2. _____

| **COUNTS:** ☑ NA  ☐ Correct  ☐ Incorrect | Initial | Final | Relief |
|---|---|---|---|
| Sponge  ☐ YES  ☐ NO  ☐ Aborted  Circ | | | |
| Sharp   ☐ YES  ☐ NO  ☐ Aborted  Scrub | | | |
| Instrument ☐ YES ☐ NO ☐ Aborted  Comments | | | ☐ Surgeon Notified |

**DRESSING:** ☑ NA  ☐ Xeroform  ☐ 4 x 8's  ☐ Telfa  ☐ ABD
☐ Coverlets  ☐ Bandaids  ☐ Eye Patch  ☐ _____
**ANESTHESIA:** ☐ Gen  ☑ Spinal  ☐ L/MAC
☐ Regional  ☐ Epidural  ☐ Local
**DISCHARGE TO:** ☑ PACU  ☐ Unit _____
Transferred Via: ☑ Stretcher  ☐ Bed  ☐ _____
**PT STATUS:** ☑ Stable  ☐ Unstable  ☐ _____

**EBL** min

**POST OP DX:** Left ureteral calculus, retained
**PROCEDURE:** Left ureteroscopy with Left stent placement, Cystoscopy
cit't S&F

| PT OUTCOME /INTERVENTIONS: | YES | NO | |
|---|---|---|---|
| | ☑ | ☐ | Alignment maintained _____ |
| | ☐ | ☐ | Proper ground pad placement noted ___ N/A |
| | ☐ | ☐ | Skin integrity intact ___ N/A |
| | ☐ | ☐ | Aseptic technique maintained _____ |
| | ☐ | ☐ | Other identified outcomes _____ |

**NURSING NOTES:**

**SIGNATURE (OR:** _____          **RELIEF:** _____

OR PERIOPERATIVE NSG RECORD  2 part W/C NCR  (Rev. 8/00)          PAGE 2 OF 2

500685.011.0057

## St. Mary's Regional Medical Center
## DOCTOR'S ORDER FORM

Diagnosis: _____

Drug Allergies: _____

```
DAY SURGERY   3/09/01 1431040
MR    221342    MAILHOT, PAUL
MANTOZZI, RONALD M
40 POLAND RD
AUBURN             ME  04210
DOB        /62    TEL 782-3873
006605921-02  3021616
```

Addressograph Imprint

☐ In Accordance with Our Fomulary System The Use Of Gerneric Equivalents Acceptable Unless Box Checked.

### Doctor's Order Form   Instructions For Use:
1. Imprint Before Placing In Chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders.
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature.
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | Post Anesthesia Care Unit Physician's Orders | Initial When Faxed |
|------|------|-----------------------------------------------|---------|
| | | **1. Oxygen:** ☐ Face Tent FIO2 _____ % | |
| | | ☐ Nasal Cannula | |
| | | **2. Nebulizer Treatment in PACU:** ☐ Albuterol ☐ Mucomist ☐ _____ | |
| | | **3. Pulse Oximetry Post-op** | |
| | | **4. Intravenous Fluids in PACU:** | |
| | | ☒ Continue with present IV of _LR_ at _100_ cc/hr | |
| | | ☐ Follow present IV with same solution | |
| | | **5. Pain Medication (if no allergy) in PACU:** | |
| | | ☒ Morphine Sulfate 1-4 mg IV q5 min PRN, max dose of 0.1mg/kg | |
| | | ☒ Meperidine 12.5-25mg IV q5 min PRN, max dose of 1mg/kg | |
| | | Notify Anesthesia when max dose is reached and patient continues to experience pain. | |
| | | **6. Antiemetic (if no allergy) in PACU:** | |
| | | ☐ Metoclopramide 10 mg IV | |
| | | ☐ Ondansetron 4 mg IV | |
| | | ☐ Prochlorperazine 5-10 mg IV PRN w/max dose of 10 mg | |
| | | **7. Accucheck while in PACU:** ☐ q 1 hour If Insulin Dependent Diabetic | |
| | | **8. Return to room when patient meets discharge criteria.** | |
| | | ⑨ Give Toradol 30mg IV now in PACU | |
| | | ⑩ Give Vistaril 50mg IM now in PACU | |
| | | ⑪ Give Benadryl 25mg - 50mg IV now in PACU | |
| | | NOTED 3-9-01 Km Hennig R | |

Signature of Responsible Anethesiologist

DOCTOR'S ORDER FORM
PACU PHYSICIAN'S ORDERS
Rev. 12/00

**ORIGINAL FOR CHARTS**
**DOCTOR'S ORDER FORM**

500685.011.0058

# St. Mary's Regional Medical Center
## POST ANESTHESIA CARE UNIT RECORD

Admit Date: MAR 9 2001 Via: ☐ Stretcher ☐ Patient Bed ☐ Siderails Up

Procedure (1) ureteral stent placement ☐ Padded

cystoscopy ☐ TEDS ☐ Flowtrons

Time In: 1035    Time Out: 1255

Preop VS: BP 117/77   P 88   O2 Sat 95%

Allergies: Hayfever

```
DAY SURGERY  3/09/01 1431040
MR      221342  MAILHOT, PAUL
FANTOZZI, RONALD M
40 POLAND RD
AUBURN         ME  04210
DOB      ▓▓▓62  TEL 782-3873
006605921-02 3021616
```

| Patient History | Pt. Medication | Intra-Op Anesthesia |
|---|---|---|
| Crohn's<br>par tachycardia<br>recur. bronchitis | Oxycontin<br>Hulmoram<br>Ausar | ☐ General Mask ☐ General ETT  Agents Used: Fent, Versed<br>☒ Spinal ☐ Local ☐ Epidural  Sedation: Prop<br>☐ LMA ☐ Block  Reversals Used: _____<br>Intra-Op V.S.: 120-130/60-80  Meds Given: _____<br>Other: _____/90 |

| Legend | Time | | | | | | | | | | | | | | | | ALDRETE SCORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pulse • | 280 | | | | | | | | | | | | | | | | move 4 extremities 2 / move 2 extremities 1 activity / move 0 extremities 0 |
| Systolic V | 260 | | | | | | | | | | | | | | | | |
| Diastolic ∧ | 240 | | | | | | | | | | | | | | | | deep breaths & cough 2 / dyspnea or limited 1 respiration / apnea 0 |
| Cuff | 220 | | | | | | | | | | | | | | | | |
| | 200 | | | | | | | | | | | | | | | | B/P +/- 20% pre-op 2 / B/P +/- 20% -50% pre-op 1 circulation / B/P +/- 50% pre-op 0 |
| A Line X X | 180 | | | | | | | | | | | | | | | | fully awake 2 / arousable 1 consciousness / non-responsive 0 |
| Ax:<br>Axillary | 160 | | | | | | | | | | | | | | | | |
| R:<br>Rectal | 140 | | | | | | | | | | | | | | | | Able to maintain O2 saturation >92% on room air 2 O2 Saturation |
| O:<br>Oral | 120 | | | | | | | | | | | | | | | | |
| T:<br>Tympanic | 100 | | | | | | | | | | | | | | | | IN OUT |
| Temp. | 80 | | | | | | | | | | | | | | | | Muscle Activity 1 2 2 |
| 35.8 Ax | 60 | | | | | | | | | | | | | | | | Respirations 2 2 2 |
| | 40 | | | | | | | | | | | | | | | | Circulation 2 2 2 |
| Respirations | | 16 | 16 | 16 | 16 | | 16 | 16 | 16 | | | | | | | | Consciousness 2 2 2 |
| O2 Sat | | 96 | 92 | 97 | 97 | 98 | 98 | 97 | | | | | | | | | O2 Saturation 2 2 2 |
| F1O2 | | RA | RA | RA | ✓ | ✓ | ✓ | ✓ | | | | | | | | | Total Score 9 10 10 |
| Spinal Level | | T10 | ✓ | T11 | ✓ | ✓ | T12 | ✓ | | | | | | | | | |
| CVP | | | | | | | | | | | | | | | | | |
| P.A.P./P.A.W. | | | | | | | | | | | | | | | | | |
| EKG Rhythm | | | NSR | | | | | | | | | | | | | | |

**Medication Record**  1125  Vistaril 50mg  1 M  5  KH

| Time | Drug | Dose | Route/Site | Pain Scale | Initial | Pain Scale |
|---|---|---|---|---|---|---|
| 1040 | MS | 2mg | IV | 5 | KH | 5 Worst |
| 1055 | MS | 3mg | IV | 5 | KH | 4 |
| 1105 | MS | 2mg | IV | 5 | KH | 3 |
| 1115 | Toradol | 30 | IV | — | KH | 2 |
| 1115 | Demerol | 50 | IV | 5 | KH | 1 |
| | | | | | | 0 No Pain |

| Nurse's Signature | Init. | Nurse's Signature | Init. | Nurse's Signature | Init. |
|---|---|---|---|---|---|
| | | | | Kathleen Hanning RN | KH |

**PACU RECORD**
Rev. 12/00   Page 1 of 4

500685.011.0059