# RONALD FANTOZZI

# 4 OF 18

PACU RECORD
Rev. 12/00    Page 2 of 4

## St. Mary's Regional Medical Center
## POST ANESTHESIA CARE UNIT RECORD

Date: MAR    9  2001 PACU Record

DAY SURGERY 3/09/01 1431040
MR   221342  MAILHOT, PAUL
FANTOZZI, RONALD M
40 POLAND RD
AUBURN       ME  04210
DOB [redacted] 62   TEL 782-3873
C00605921-02 3021616

| Intake | | | | Output | | | | |
|--------|-----|------|-----|-------|-----|----|-----|-------|
| | IV | CBI | Blood | Urine | CBI | NG | EBL | Drains |
| OR | | | | 25cc @1200 | | | min | |
| PACU | 150 | | | | | | | |
| | 700 | | | | | | | |
| Total | 850+ | | | 75, | | | min | |

| Time | D: Data    A: Action    R: Response    P: Plan |
|------|---------------------------------------------------|
| 1035 | D: pt arrived PACU via stretcher, spon resp ē resp distress, lung sounds clear, O₂ SAT 97% RA, pt awake, alert sensory level T-10 ē ⊖ movement thr ext, vent string in place, ē meatal dng noted, pt c/o Ⓡ flank pain @ med ē MS IV, pt anxious, restless, vs/s, Ⓟ will cont to monitor |
| 1055- | A: ⊕ pt c/o ↑ pain to Ⓡ flank, area, Dr. Mailhot Ⓝ ⊖ new orders |
| 1105 | cont to med for pain PRN |
| 1115 | Ⓡ med ē MS IV, pt c/o ↑ pain ē ⓡ flank, Ⓘ, diagram, Ⓐ, Ⓡ med ē Toradol 30mg IV, Demerol 25mg IV Ⓟ will cont to monitor, eased PRN, ↑ anxiety, Ⓡ med ē Vistaril 50mg IM Ⓟ will cont to monitor |
| 1145- | A: pt remains restless & c/o pain to Ⓡ flank, Dr. Mailhot ē pt, Ⓡ |
| 1200 | pt stress slt called dr 75cc pinkish urine ē 1 pm, Oxt noted, IVFB infusing per Dr. Mailhot, Dr diagram aware Ⓟ will cont to monitor + med PRN |
| 1230- | D: pt stable, c/o pain to Ⓡ flank, states pain is ↓, but "still there" Ⓡ |
| 1255 | med ē Demerol 25mg IV, small area of hives to IV site noted, Dr diagram Ⓝ, Ⓡ med ē Zonatrol 25mg IV Ⓡ monita area |
| | D: pt stable, vs/s, pain ↓, turl Ⓜ ice chips, IVFB infused ⊖ meatal dng, vent string securely taped to penis, pt calm, trans to DS, report given |

### Infusion Record

| Time | Type and Volume | IV Site | Site PT | Amount in PACU | TBA | Initial |
|------|-----------------|---------|---------|----------------|-----|---------|
| 1035 | 1 L 200↑ | Ⓛ arm | ✓ | 150 | — | KH |
| 1200 | LR 1000 ↑ | ✓ | ✓ | 700 | 300 | KH |

Report given to: Marie Boulanger, KH

### Problem List

| | Problem | Goal Achieved? Y/N |
|----|---------|------|
| 1 | Alteration in Neurological Status | ↗ |
| 2 | Alteration in Comfort Level | ✓ |
| 3 | Alteration in Emotional Status | |
| 4 | Alteration in Circulation | |
| 5 | Alteration in Fluid Volume | |
| 6 | Alteration in Mobility | ✓ |
| 7 | Alteration in Respiratory Function | |
| 8 | Alteration in Skin Integrity | |
| 9 | Alteration in Temperature | |
| 10 | Alteration in Elimination | |
| 11 | Alteration in Gastrointestinal Function | |
| 12 | Other | |
| 13 | Other | |
| 14 | Other | |

| Nurse's Signature | Init. | Nurse's Signature | Init. | Nurse's Signature | Init. |
|-------------------|-------|-------------------|-------|-------------------|-------|
| | | | | Kathleen Homan | L |

500685.011.0060

**O.R. Charges**   by: _S. Cilano_

**O.R. SERVICE CHARGES**
CAUTERY REG ____ B/P ____ CMC ____
COBE ____
CRYO/FRIGITONIC ____
CUSA ____
DRILLS / SAW ____
ELEC-HYDRO LITHO ____
LASER  CO2 ____ YAG ____
MIDAS REX/TOOL x1 ____ + ____
MINI C-ARM ____
NUCLEOTOME/PACK ____
SCOPES  Micro ____ Endo ✓
SHAVER/BLADE x1 ____ + ____
STEALTH ____
TOURNIQUET ____
VITRECTOMY/Pack ____

**PT Charge Cards:**
Ace Size ____
Accutemp ____
Adaptic  3x3 ____ 3x8 ____
Bile Bag ____
Bladder Tray ____
Blue Ear Syringe ____
Cath Sec ____
Colo Bag/Clamp ____ Size ____
Clo Drainage Bag ____
Conform Size ____
Conray Dye 407-9986 ____
Cysto Set ____
Delta Lyte 2" ____ 3" ____ 4" ____ 5" ____
Eye Shield  RT ____ LT ____
Foley Size ____
Gauze:  IO ____ PI ____ Vas ____
Head Halter ____
IV Fluid <250 ____
IV Fluid >500 ____
Imbobilizer  Type ____ Size ____
Kelly Prep ____
Kerlix ____
Pleur Vac ____
Razor ____
Reno 30 DYE 407-9985 ____
Scrot Sup Size ____
Sleeves SCD  Size ____
Sp Needle Size ____
Stocking TED size ____
Steristrips Size ____ X1
Suct Cath  Size ____
Toomey ____
TUR set ✓
Urometer ____
Xeroform  1x8 ____ 5x9 ____

**OB/GYN**
C-section Pack 5080 ____
Humi Manipulator 5065 ____
Laser Tubing/Filter 6212 ____
Peri GYN Pack 5082 ____
Suction D & E 5078 ____
Vag Pack (c.s) ____

**CARDIOVASCULAR**
Adherent Clot Cath 5111 ____
Embolectomy Cath 5185 ____
Perm Cath 5354 ____
Port, Hickman Kit 5491 ____
Port, MRI 5370 ____
Surgipaws 5353 ____
Suture Boots 5374 ____
Vessi Loops 5455 ____

**EYES**
#4736 Blade 1107 ____
#7513 Blade 1092 ____
#681.13 Blade 1115 ____
#681.21 Blade 1290 ____
Alcon Slit/Crescent 1305 ____
BSS Admin Set 1140 ____
Cannula 27g 1172 ____
Cataract Pack 1316 ____
Catch Bag 1005 ____
Corneal Transplant 1135 ____
NAME OF BANK ____
Cystotome Needle 1181 ____
Eraser 1240 ____
#1213 Eye Drape 1207 ____
Irrig Ocutome Probe 1139 ____
Lens Glide 1310 ____
Occ Occluder 1330 ____
Phaco Supply Kit 1111 ____
Visco Flow Cannula 1170 ____

**URO**
Cysto Pack 4265 ____ ✓
Disp. Ellick 4177 ____
Fulg Cord 4142 ____
Laser Side Fire Fibers 4034 ____
Lingeman Pack 4175 ____
Mynopty Bx Instr. 4178 ____
Resectoscope Loop 4032 ____
Tru Cut Bx Needle 4180 ____

_T-LD collection_
_Bag x1_

**ENDOSCOPY**
Bard Gync Flo Irrig/Asp 7040 ____
Cholang Cath 6028 ____
Converters 5399 ____
Endo Carpel Tunnel Kit 7016 ____
Endoclip 6081 ____
Endo GIA 7009 ____
Endo GIA Reload 7011 ____
Endo Hernia 7001 ____
Endo Hernia Reload 7002 ____
Endoloops 6389 ____
Insufflator Tubing 7032 ____
Lap Appy Kit 7015 ____
Lap Chole Access Kit 6209 ____
Laparoscopy Pack 6278 ____
Laser Fibers 5071 ____
Marlow Nu Tip 7010 ____
Suct/Irrig. Probe 7039 ____
Suct/Irrig. Probe w/Rt Angle 7041 ____
Surgipro Mesh 7035 ____
5mm Trocar 5402 ____
The Right Clip 7012 ____
Verres Needle, Disp. 7006 ____
5-11 Versaport 5400 ____
5-12 Versaport 5400 ____

_Cook  x1_
_Fixwer Stent_
_Lot 840508_

C:\PM\ISMO\PERROOM\FORM.PM5

**DAY SURGERY**  3/09/01  1431040
221342  MAILHOT, PAUL
FANTOZZI, RONALD M
40 POLAND RD
AUBURN   ME   04210
DOB  4/16/52   TEL 782-3873
006605921-02 3021610

**GENERAL/MISC SUPPLIES**
Basic Pack 6280 ____
Bag Spout 4150 ____
Disc Pad 6286 ____
Disp Bulb Syringe 6400 ____
Drain J.P. w/Reservoir 6128 ____
Drain Davol 6096 ____
Drain Chest 6109 ____
1010 Drape 6138 ____
6640 Drape 6159 ____
6650 Drape 6157 ____
Dura Prep 6164 ____
Ext Sheet 9046 ____
Hemoclip (sm) ____
Hemoclip (med) 6211 ____
Hemoclip (med/lg) 6213 ____
Hemoclip (lg) 6215 ____
Instr Pad 6282 ____
Lap Sponges 6324 ____
Lap T-Sheet 6318 ____
Liner - Reg 6216 ____
Liner - Baxter 4052 ____
Marker 6297 ____
Mayo Cover 6094 ____
Microfoam Tape 6404 ____
Needle Tip/Ext. Blade 6235 ____
Patties 6287 ____
Peanuts 6296 ____
Red Rubber Cath 6420 ____
Sleeve 6002 ____
Solo Prep 6322 ____
Staples 35w 6364 ____
S Tubing 20' 6466 ____
Surgicel Sm 6393 ____
Surgicel Lg 6391 ____
Table Cover 6090 ____
Tegaderm 1232 ____
Tipolisher 6408 ____
Tips Argyle 6396 ____
Tips Poole 6394 ____
Tips Reg 6410 ____
U-Sheet 6316 ____
Utility Drape 6412 ____

**ENT**
Doyle Splints 1515 ____
Glassrock Dressing 1235 ____
Instr. Wipes 1915 ____
Microtek 1320 ____
Nasal Tampons 1618 ____
Sm Ear Drape 1215 ____
Tonsil/polyp Snares  1500 ____
Tonsil Sponge 1530 ____
Tube, Ear 1715 ____
Tym Tap 1622 ____

**ORTHOPEDICS**
Arthros Liner & Trap 8016 ____
Arthroscopy Pack 8407 ____
Arthroscopy Tubing 9128 ____
Barrier U Drape 8125 ____
Bone Dri Wick 8046 ____
Cast Padding 8056 ____
Cement 8058 ____
Cement Mixing Bowl 8044 ____
Cement Gun Kit 8060 ____
Cloud 9 Pad 8080 ____
Coban 4" 8068 ____
Coban 6" 8070 ____
Drape C-Arm 8128 ____
Drape Mini C-Arm 8179 ____
Drape X-Ray 8126 ____
Drill Bits #310 Series 8148 ____
Drill Bits, Twist 8139 ____
Femoral Brush 8048 ____
Gown Disp. 8180 ____
Intestinal Bag 6010 ____
Isolation Drape 8138 ____
K-Wires 8286 ____
K-Wires #292 Series 8299 ____
Plaster Cast/Splint Adult 0107 ____
Plaster Cast/Splint Child 0108 ____
4x5 Stockinette 9110 ____
6x48 Stockinette 9096 ____
6 x 60 Stockinette 9100 ____
Stockinette Lg Imp 9094 ____
Stockinette Imp 9102 ____
Simpulse Tubing/Tip 6398 ____

**NEUROLOGY**
Ant Cerv. Disc. 3001 ____
Blue Foam Face Pad 8055 ____
Bone Wax 9132 ____
Cloward Arm Set 3004 ____
Codman Perf 3020 ____
#3100 Connect Tubing 9130 ____
Crani Blade 3005 ____
Crani Sheet 3095 ____
Epidural Cath 3074 ____
Frazier Tip 3092 ____
Jelco 6201 ____
Microdisc. Neuro 3002 ____
Olsen Blade 3012 ____
Phili Collar 8074 ____
Scope Drape 1230 ____
Wire Pass Drill 9170 ____

**For Sec. Use Only**
OR Hours: ____
Recorded: ____
Input: ____ Charges: ____
PO Made: ____
ORO31 ____

500685.011.0061

## St. Mary's Regional Medical Center
### Operating Room Charge Sheet

```
DAY SURGERY  3/09/01 1431040
MR   221342  MAILHOT, PAUL
FANTOZZI, RONALD M
401 POLAND RD
AUBURN          ME  04210
DOB        /762  TEL 782-3873
00b605921-02  30 Pharmacy CC420
```

#### Injectables

| | |
|---|---|
| ___ 1288 | Decadron 4mg/ml vial (Dexamethasone) |
| ___ 3082 | Depo-Medrol 40mg vial |
| ___ 3085 | Depo-Medrol 80mg vial |
| ___ 1741 | Epinephrine 1:1000 Tubex |
| ___ 2044 | Gentamycin 80mg/2ml vial |
| ___ 2056 | Glucagon 1mg vial |
| ___ 5464 | Heparin 10 units/ml 30ml vial (Hep-Lock) |
| ___ 5803 | Heparin 1000 units/ml 10ml vial |
| ___ 2224 | Heparin 5000 units/ml Tubex |
| ___ 2419 | Indigo Carmine 10ml amp. |
| ___ 5985 | Kefzol Irrigation 1g/1000ml |
| ___ 2647 | Lidocaine 1% 20ml vial |
| ___ 2662 | Lidocaine 2% 20ml vial |
| ___ 5673 | Lidocaine w/Epi 1% 20ml vial |
| ___ 5674 | Lidocaine w/Epi 2% 20ml vial |
| ___ 2794 | Mannitol 25% 50ml |
| ___ 5794 | Methylene Blue 1ml amp. |
| ___ 3058 | Methylene Blue 10ml amp. |
| ___ 3223 | Mitomycin 0-3mg 10.6 ml |
| ___ 3781 | Neo-Synephrine 1% 10mg vial |
| ___ 5080 | Pitressin 20 units/amp (Vasopressin) |
| ___ 3553 | Papaverine 30mg amp. |
| ___ 2890 | Polocaine MPF 2% 20ml |
| ___ 5773 | Sensorcaine 0.5% MPF 30ml |
| ___ 6024 | Sensorcaine 0.5% w/Epi MPF 30ml |
| ___ 0610 | Sensorcaine 0.25% w/Epi MPF 30ml |
| ___ 5772 | Sensorcaine 0.25% MPF 30ml |
| ___ 4414 | Sodium Bicarbonate 8.4% 50ml |
| ___ 2311 | Solu-Cortef 100mg/ml vial |
| ___ 3097 | Solu-Medrol 40ml/ml vial |
| ___ 5923 | Urokinase 5000 units |
| ___ 2263 | WyDase 150 units/ml vial |
| ___ 2266 | WyDase 1500 units/10ml vial |

#### Narcotics

| | |
|---|---|
| ___ 5706 | Astromorph 10mg/ml |
| ___ 3257 | Cocaine Flakes 325mg |
| ___ 1072 | Cocaine Solution 10% 4ml |

#### Eye Preparations

| | |
|---|---|
| ___ 6012 | Amvisc Plus 0.8ml |
| ___ 0403 | Atropine 1% 5ml |
| ___ 5820 | Betagan 0.5% |
| ___ 5528 | Betaxolol 0.5% (Betoptic) |
| ___ 4522 | BSS 15ml |
| ___ 4525 | BSS 500ml |
| ___ 4528 | BSS Plus 500ml |

Signature: S. Henriot

Date: 3-9-01

S:\Pharmacy\chrgshet.pm4

#### Eye Preparations - Con't

| | |
|---|---|
| ___ 5765 | Collagen Shield |
| ___ 1156 | Cyclogel 1% 2ml |
| ___ 1153 | Cyclogel 2% 2ml |
| ___ 0343 | Duratears |
| ___ 1936 | Fluorescein 2% |
| ___ 2032 | Gentamicin Sol. 5ml |
| ___ 1294 | Maxitrol Ointment 3.5g |
| ___ 3349 | Maxitrol Suspension 5ml |
| ___ 0061 | Miochol 2ml/vial (Acetylcholine) |
| ___ 0697 | Miostat 0.1% (Carbachol) |
| ___ 3760 | Mydfrin 2.5% sol 5ml (Phenylephrine) |
| ___ 3376 | Neomycin, Bacitracin, Polymycin Eye Oint. 1/8oz |
| ___ 6079 | Phaco Drug Kit |
| ___ 3763 | Phenylephrine 10% dropperette |
| ___ 3823 | Pilocarpine 1% sol. 15ml |
| ___ 3826 | Pilocarpine 2% sol. 15ml |
| ___ 5736 | Pilocarpine 4% GEL (Pilocarpine) |
| ___ 0451 | Polysporin Oint. 3.5g |
| ___ 5661 | Puralube Ointment |
| ___ 4708 | Tetracaine .5% Solution (dropperette) |
| ___ 5910 | Timoptic 0.5% (Ocudose) 0.45ml |
| ___ 4885 | Tobrex 0.3% sol. 5ml |
| ___ 5267 | Tobradex 2.5ml |
| ___ 5775 | Tobradex Ointment 3.5g |

#### Topicals

| | |
|---|---|
| ___ 4114 | Aminocerv Cream (Urea Combo Vaginal Cr) |
| ___ 3532 | Afrin 0.5% Spray |
| ___ 4606 | AVC Cream 15% |
| ___ 5626 | Avitene Can 1g (Microfibillar Collagen) |
| ___ 3178 | Avitene Sheet 70x35 (Microfibillar Collagen) |
| ___ 0445 | Bacitracin Ointment 15g |
| ___ 6068 | Betadine Spray |
| ___ 3364 | Cortisporin Solution |
| ___ 3367 | Cortisporin Suspension |
| ___ 3931 | Efodine Ointment 30g |
| ___ 2011 | Gelfilm |
| ___ 2017 | Gelfoam Sponge (small) |
| ___ 5675 | Gelfoam Sponge (large) |
| ___ 6102 | Gelfoam Powder |
| ___ 6066 | Gentamycin Irrigation |
| ___ 3187 | Mineral Oil Sterile 10ml |
| ___ 3376 | Neosporin Oint. 15g |
| ___ 5621 | Neosporin Irrigation Sol. 250ml |
| ___ 3769 | Neo-Synephrine 0.125% sol |
| ___ 3775 | Neo-Synephrine 0.25% Spray |
| ___ 1831 | Ogen Vaginal Cream (Estrogen) |
| ___ 0454 | Polysporin 15g Ointment |
| ___ 4360 | Silvadene 20g (Silver Sulfadiazine) |
| ___ 4855 | Thrombin 5,000 units - Vial |
| ___ 3376 | Triple Antibiotic Ointment |
| ___ 2653 | Xylocaine Jelly 2% |

500685.011.0062

**St. Mary's Regional Medical Center**
Pre-Admission Testing Office
Campus Avenue, P. O. Box 291
Lewiston, ME 04243-0291
Telephone 777-8236, Fax 777-8224

**P.A.T. Testing Orders**

- [ ] Admission
- [ ] Early A.M. Admission
- [x] Day Surgery

Please report to
**ANESTHESIA INTERVIEW
1ST FLOOR BY DAY SURGERY**
Date: 3/7/01
Time: 8:00 p.m.

Patient Name: Ronald Fontaine     *time* 777-8232
Address:
Age: 38     Date of Birth: 4/1/62     Telephone No.
Insurance #1 _____ Subscriber _____ Employer _____
Insurance #2 _____ Subscriber _____ Employer _____
Admitting Physician's Name: _____ Referring Physician: _____
Admission Date: _____ Surgery Date: March 9th
Diagnosis: (1) Ureteral Calculus
Procedure: (1) Ureteroscopy & stone extraction, Stent placement
Date Test Ordered: _____ Physician's Signature: Ralph Mailer

---

[x] Anesthesia Interview     Time In _____ Time Out _____

[ ] Pre-Admission Testing   Time In _____ Time Out _____   Fasting [ ]

[x] **Laboratory**

| | | |
|---|---|---|
| [x] CBC, AUTO DIFF | [ ] SODIUM (NA) | [ ] TYPE & SCREEN |
| [ ] HGB | [ ] POTASSIUM (K) | [ ] TYPE & MATCH FOR |
| [ ] HCT | [ ] GLUCOSE (8 HRS FASTING) * | [ ] _____ UNITS |
| [ ] PLATELETS | [ ] BUN | [ ] AUTOLOGOUS _____ UNITS |
| [x] COAG PROFILE | [ ] CREATININE | [ ] QUALITATIVE HCG |
| [x] BLEEDING TIME | [x] URINALYSIS, ROUTINE | [ ] CHEMICAL PREGNANCY |
| [ ] COMP. METABOLIC PANEL * | [x] URINALYSIS, CULTURE | [ ] OTHER: _____ |
| [ ] CO2 | [x] BASIC METABOLIC PANEL | **FASTING: NO FOOD OR LIQUIDS EXCEPT WATER * 8 HOURS ** 14 HOURS** |
| [ ] ELECTROLYTES | [ ] HEPATIC FUNCTION | |
| [ ] RCIF | [ ] AMYLASE | |

---

[ ] **Cardiology**

- [ ] EKG
- [ ] ECHO
- [ ] STRESS ECHO
- [ ] CHEMICAL STRESS ECHO
- [ ] OTHER
- [ ] APPT TIME & DATE: _____

---

[ ] **Radiology**   Time in: _____ Time out: _____

- [ ] CHEST
- [ ] OTHER: _____

---

[ ] **Respiratory**

- [ ] ABG
- [ ] PULMONARY FUNCTION TEST
- [ ] SIMPLE PFT
- [ ] PRE & POST BRONCHODILATION
- [ ] OTHER: _____

---

Appointment Time & Date: _____

Special Instructions: _____

---

**Please Return to Pt. Representative Office (located across from lab) following Testing & Interview**

140204

500685.011.0063

*3-7*
*Friday*

## St. Mary's Regional Medical Center
## DOCTOR'S ORDER FORM

### Please Check ONE

- [ ] Inpatient Admission ( I )
- [ ] 23 Hour Observation (Outpatient) ( V-O )
- [ ] Day Surgery (Home Same Day) ( D-Z )
- [ ] Day Surgery (With Overnight) ( D-Z )
- [ ] Day Surgery to 23h Observation ( V-O )
- [ ] Admit as Inpatient to Observation Room on Med/Surg ( I )

DAY SURGERY  3/09/0: 1431040
MR    221342   MAILHOT, PAUL
FANTOZZI, RONALD M
40 POLAND RD
AUBURN        ME   04210
SSS ████62  TEL 782-3873
006605921 02 3021 AMOUNT
ADDRESSOGRAPH IMPRINT

Diagnosis: *Lt Ureteral Calculus*

Allergies: _____

| Date | Time | | Initial When Faxed |
|------|------|---|---|
| 3/7 | 1115 | *IV LR 100, on admission* | *RB* |
| | | *CT Ureter PRN 3-801* | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**ORIGINAL FOR CHARTS**
**DOCTOR'S ORDER FORM**

Rev 01-2001

500685.011.0064

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

**Please Check ONE**

- ☐ Inpatient Admission (I)
- ☐ 23 Hour Observation (Outpatient ) (V-O)
- ☐ Day Surgery (Home Same Day) (D-Z)
- ☐ Day Surgery (With Overnight) (D-Z)
- ☐ Day Surgery to 23h Observation (V-O)
- ☐ Admit as Inpatient to Observation Room on Med/Surg (I)

```
DAY SURGERY  3/09/01 1431040
MR    221342  MAILHOT, PAUL
FANTOZZI, RONALD M
40 POLAND RD
AUBURN         ME   04210
DOB        /62  TEL 782-3873
Guarantor/Addressograph/Imprint
```

Diagnosis:_____

Allergies:_____

| Date | Time | | Initial When Faxed |
|------|------|---|------|
| 3-9-01 | | Give a 500cc IVF Bolus now of LR — done PACU | |
| | | v.o. Dr. Mailhot / K M Henning, RN | |
| | | | |
| 3-9-01 | | Straight cath pt XX in PACU — done PACU | |
| | | v.o. Dr. Mailhot / K M Henning RN | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ORIGINAL FOR CHARTS
DOCTOR'S ORDER FORM

120113

500685.011.0065

**ST. MARY'S REGIONAL MEDICAL CENTER**
**DAY SURGERY UNIT - DISCHARGE INSTRUCTIONS**

**CALL YOUR PHYSICIAN FOR:**

1. Temp. above 100 or severe chills.
2. Persistent nausea/vomiting
3. Excessive swelling, redness, bruising, tenderness around incision.
4. Excessive bleeding or drainage on the dressing.
5. Severe pain unrelieved by pain med.
6. If surgery on arm, leg or hand, report excessive swelling, discoloration or numbness.

```
DAY SURGERY  3/09/01 1431040
     221342  MAILHOT, PAUL
FANTOZZI, RONALD M
40 POLAND RD
AUBURN          ME  04210
DOB    /62  TEL 782-3873
006605921-02 3021616
```

**IF UNABLE TO REACH YOUR PHYSICIAN, YOU MAY CALL: ST. MARY'S EMERGENCY ROOM AT 777-8120.**

**ACTIVITY:**
For the remainder of the day, stay at home and rest.
You may be sleepy up to 24 hours.
NO DRIVING or operating hazardous machinery for 24 hours.
Check with your doctor if you have any questions about returning to work, sports, or strenuous physical activity.
AVOID MAKING MAJOR DECISIONS TODAY.
DO NOT SIGN ANY IMPORTANT PAPERS TODAY!

**HYGIENE:**
NO baths or showers on the day of surgery.
You may resume baths/showers in _____ days.

**DIET:**
NO alcohol for 24 hours following your surgery.
Begin with liquids and EAT LIGHTLY at first - continue to eat and drink small amounts at a time - at frequent intervals, today.

**DRESSING:**
Keep dressing clean and dry. You may remove and/or change dressing in _____ days.
If surgery on arm or hand, elevate above chest level to prevent swelling and decrease discomfort.

**MEDICATION INSTRUCTION:** *prescription as directed*

**ADDITIONAL INSTRUCTIONS:** *drink plenty of fluids —*

**FOLLOW - UP APPOINTMENT**

DOCTOR: *Mailhot*    OFFICE # *783-7892*    DATE: *10 days*    TIME: _____

I HAVE READ AND UNDERSTOOD THESE INSTRUCTIONS: _____ (Patient's Signature, Date & Time)

Accompanying Adult's Signature: _____ (If Applicable)    DATE: _____    TIME: _____ am/pm

Staff Witness: _____    DATE: _____    TIME: _____ am/pm

500685.011.0066



500685.011.0067

ADDRESS PLATE HERE

| DATE | ENTRY DATE | WT. DATE | DRUG / DOSE | ROUTE | TIME SCHEDULE AND PURPOSE | DATE | DATE | DATE | DATE | DATE | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|

## SINGLE ORDERS AND PRE-OPERATIVES

| DATE | MEDICATION | DOSAGE | ROUTE | TIME | SITE | INITIAL |
|---|---|---|---|---|---|---|
| 3/9/01 | MS | 8mg | SQ | 10:40 | | KHPA |
| 3/9/01 | MS | 8mg | SQ | 10:35 | | KHPA |
| 3/9/01 | MS | 8mg | SQ | 11:05 | | KHPA |
| 3/9/01 | Benadryl | 50mg | IV | 11:15 | | KHPA |
| 3/9/01 | Decadron | 50mg | IV | 11:15 | | KHPA |
| 3/9/01 | Vistaril | 8mg | IM | 11:15 | | KHPA |
| 3/9/01 | Demerol | 8mg | IV | 12:10 | | |
| 3/9/01 | BENADRYL | 8mg | IM | 12:40 | | |

## SINGLE ORDERS AND PRE-OPERATIVES

| DATE | MEDICATION | DOSAGE | ROUTE | TIME | SITE | INITIAL |
|---|---|---|---|---|---|---|
| 3/9/01 | Nembutal | 250mg | SQ | 12:40 | | PP |

NAME _____

500685.011.0068

**St. Mary's Regional Medical Center**

## Patient Valuable List

DAY SURGERY  3/09/01  1431040
MR   221342   MAILHOT, PAUL
FANTOZZI, RONALD M
40 POLAND RD
AUBURN      ME  04210
DOB    ████████02  TEL 782-3873
00660 5921-02 3021616

| (X) | Item | Description |
|---|---|---|
| X | Eye Glasses | |
| X | Hearing Aid(s) | |
| X | Dentures/Partials | |
| X | Money | |
| X | Jewelry | Wedding Band. |
| X | Canes, Walker, Wheel Chair | |
| X | Medication (please send home if possible) | |
| X | Other | Clothes |

### Release from Responsibility for Personal Property

I understand and agree that under no circumstances will St. Mary's be responsible for my personal property . I take full responsibility for retaining in my possession or custody any and all articles. I acknowledge that I have declared or listed all items of personal property I have chosen to keep in my possession or custody while at St. Mary's, and further acknowledge that I have been offered an opportunity to have my personal property kept in safe keeping at St. Mary's during my stay at St. Mary's, and that I have refused that offer.

Patient/Guardian Signature  X *Debra of Fantozzi*      Date  3/9/01

SMNURSINGFORMS.FRS

140030

500685.011.0069

*Ronald Fantozzi*

## St. Mary's Regional Medical Center

```
DAY SURGERY  3/C9/01 1431040
MR   221342  MAILHOT, PAUL
FANTOZZI, RONALD M
40 POLAND RD
AUBURN       ME  04210
DOB      /62  TEL 782-3873
006605921-02 3021616
```

### Your Rights as a Patient

At St. Mary's, we have committed ourselves to giving our patients quality, efficient care with compassion and respect. And that means affording you some basic rights that you can expect as a patient.

- You have the right to appropriate medical care, regardless of sex, race, religion, color or national origin.
- You have the right to be treated with respect.
- You have the right to personal and informational privacy within the constraints of the law and insurance coverage.
- You have the right to a safe environment.
- You have the right to know the identity of individuals providing your care.
- You have the right to visitors, providing they observe a "good neighbor" policy.
- You have the right to participate in decisions concerning your care.
- You have the right to refuse treatment.
- You have the right to an explanation of your bill.

### Your Responsibilities as a Patient

- For your safety and well-being, we expect you to provide accurate, complete information in all matters relating to your health.
- It is important that you report all changes in your condition.
- It is important that you follow the recommended treatment plan. If you are considering not following the plan, please notify us immediately.
- We ask that you adhere to medical center rules and regulations affecting your care and that of other patients.
- Please be considerate of the rights of other patients and make sure that your visitors respect these rights as well.
- Respect the property of others and that of the medical center.
- Assure that your financial obligations are promptly met.

I have read and understand my rights and responsibilities as a patient
at St. Mary's Regional Medical Center.

| Patient Signature: | Date | Time |
| --- | --- | --- |
| *Ronald Fantozzi* | J. 7.01 | 10/10 |

120097

SMNURSINGFORMS4

500685.011.0070

*Ronald Fantozzi*

**St. Mary's Regional Medical Center**
**Multidisciplinary**
**Patient / Family Education Assessment**

```
DAY SURGERY  3/09/01 1431040
MR   221342  MAILHOT, PAUL
FANTOZZI, RONALD M
40 POLAND RD
AUBURN        ME   04210
DOB      /62   TEL 782-3873
006605921-0
```

Date: 03-07-0 ( Time: 1030
Name of family or significant other involved with care: _Debra_        Relation: _wife_

| I. Assessment of Learner | Patient |
|---|---|
| Readiness to Learn | (Yes)  No |
| A. Able | (Yes)  No |
| B. Motivated | (Yes)  No |
| C. Unable due to the following | Yes  (No) |
|   fatigue | Yes  (No) |
|   pain | Yes  (No) |
|   depression | Yes  (No) |
|   anxiety | Yes  (No) |
|   lack of family / friend support | Yes  (No) |
|   other | Yes  No |

Explanation:

| II. Variables to Learning | Patient |
|---|---|
| Literacy / Educational Factors | Yes  (No) |
| Spoken Language | Yes  (No) |
| Cultural / Spiritual | Yes  (No) |
| Hearing | Yes  (No) |
| Eyesight | Yes  (No) |
| Psychological | Yes  (No) |
| Speech | Yes  (No) |
| Physical Limitation | Yes  (No) |
| Financial Implications | Yes  (No) |
| Cognitive | Yes  (No) |
| Denies Need for Education | Yes  (No) |

Explanation:

*M Grenden RN*

| III. What is your preferred learning style? | | | | | |
|---|---|---|---|---|---|
| Explanation | Yes | No | Group Discussion | Yes | No |
| Written Material | Yes | No | Actual "Hands On" | Yes | No |
| Demonstration | Yes | No | Role Playing | Yes | No |
| Audio / Visual Aides | Yes | No | | | |

Explanation:

**IV. What do you need to learn to take care of yourself & keep yourself healthy?**

| V. Patient / Family Educational Needs (in order of priority): | |
|---|---|
| 1 | 3 |
| 2 | 4 |

RN Signature:

500685.011.0071

**St. Mary's Regional Medical Center**
**Multidisciplinary**
**Patient / Family Education Assessment**
**Page 2**

DAY SURGERY  3/09/01 1431040
MR   21342   MAILHOT, PAUL
FANTOZZI, RONALD M
4G POLAND RD
AUBURN   ME  04210
DOB   /62  TEL 782-3873
006605921-02 3021616
ADDRESSOGRAPH IMPRINT

**ID**
NS - Nursing Service
DS - Dietary Service
PC - Pastoral Care
SW - Social Work
CM - Case Management

R - Radiology
RC - Respiratory Care
ED - Patient Educator
PH - Pharmacy
CS - Cardiology

RT - Recreation Therapy
OT - Occupational Therapy
PT - Physical Therapy
ST - Speech Therapy

**Learner**
P - Patient
F - Family
S - Significant Other

**Learner Readiness**
A - Able
M - Motivated
U - Unable

**Method:**
W - Written
V - Verbal
AV - Audio Visual
D - Demonstration
I - Interpreter

**Outcome:**
DU - Demonstrates Understanding
VU - Verbalizes Understanding
N - Needs Further Education
RD - Returns demonstration

**Topic:**
A. Advance directives
B. Cardiac Teaching
C. Community Resources
D. Diabetic Teaching
E. Disease Process

F. Discharge Instructions
G. Equipment ( safe & effective use)
H. Food / Drug Interaction
I. Infection Control
J. Medication ( safe & effective use)

K. Newborn Care / Post Partum
L. Nutrition / Diet Therapy
M. Oswald Teaching
N. Patients rights
O. Personal Care / Hygiene

P. Pre / Post Op Education
Q. Procedure / Test (Identify)
R. Pulmonary Teaching
S. Rehab services
T. Resource Referral

U. Safety
V. Spiritual / Cultural
W. Wound / Dressing
X. Other

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1/ 00 | N/ | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | M Guarded | |
| | /D/ | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |
| | | | | P | F | S | A | M | U | W | V | AV | D | I | DU | VU | N | RD | | | |

**500685.011.0072**

*1st aid Tantrage*

**ST. MARY'S REGIONAL MEDICAL CENTER**
**PATIENT ADMISSION ASSESSMENT**

| ROOM # | DATE PATIENT TO UNIT: | TIME TO UNIT: | AMBULATORY STRETCHER WHEELCHAIR |
|---|---|---|---|

DAY SURGERY  3/09/01 1431040
MR    221342  FAILHOT, PAUL
FANTOZZI, RONALD M
40 POLAND RD
AUBURN      ME  04210
DOB    /62  TEL 782-3873
006603921-02 3021616
addressograph imprint

| CONTACT PERSON: | RELATIONSHIP | PHONE NO. |
|---|---|---|
| *Debra* | *Wife* | *782847*3 |

**DIAGNOSIS:** *Lt. Ureteral Calculus*

**COMMUNICATION:** Language Preference: English ☐  French ☐  Other ☐
* Family Translator (requires release from patient)  * Other Translator      * Phone No _____

| Allergies: | Medications: | No | Yes (specify): *Naytean* |
|---|---|---|---|
| | Foods: | No | Yes (specify): |
| | Latex: | No | Yes |

BP_____ T_____ P_____ R_____

Wgt *193* Kg    Ht *5* ft *8* in (actual / stated)

**Brief History of Present Illness:** *Left ureteral stone for 1 month*

**Hearing:**
☑ normal
☐ impaired
☐ aides
☐ Rt.
☐ Lt.

**Vision:**
☐ normal
☐ impaired
☐ blind
☐ glasses
☐ contacts

**Disabilities:**
☐ speech
☐ MR
☐ other

**Teeth:**
☑ intact
☐ loose
☐ none
☐ top
☐ bottom

**Dentures:**
☐ full
☐ partials
☐ plates
☐ top
☐ bottom

**Pertinent Medical History:**
☐ no major problems
☐ unable to obtain history
☐ psychological/emotional *anxiety / has e attacks*
☐ cardiovascular (CVA, HTN, chest pain, etc) *Chronic headache*
☐ respiratory (TB, COPD, asthma, etc)
☐ genitourinary
☐ gastrointestinal (ostomy, diarrhea, constipation) *Crohns Crohn*

☐ neurological (seizures, etc)
☐ integumentary
☐ musculoskeletal
☐ diabetes
☐ kidney disease *Multiple calculi*
☐ cancer

☐ blood disorders
☐ transfusion reactions
☐ reaction to anesthesia
☐ other

Comments: *Type C Hepatitis*

**Implantable devices:**
☐ pacemakers    ☐ intrathecal pumps    ☐ other (specify)
☐ ports / central lines    ☐ deep brain stimulator (DBS)

**Pertinent Surgical History: (Include dates)**
1) *Appendectomy*
2) *Colon resection*
3) *Cholecystectomy*
4)
5)
6)
7)

**Medication Profile:**

| Drug Name (Include Rx, OTC, Herbal Supp.) | Dose: | Frequency | Date/Time of Last Dose | Reason for Taking Med | Taken as Ordered Yes/No | Side Effects, If Any |
|---|---|---|---|---|---|---|
| *Oxycontin* | *80 daytime* | *40 nite time* | | | | |
| *Demoran* | *50 mg* | *daily* | | | | |
| *Buspar* | *10 mg* | *daily* | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RN/LPN Signature *M. Shadid*      RN/LPN Signature _____

Fax to Pharmacy      RN/LPN Signature _____      RN/LPN Signature _____

40228 rev. 7/00

500685.011.0073

ST. MARY'S REGIONAL MEDICAL CENTER
**PATIENT ADMISSION ASSESSMENT**
Page 2

```
DAY SURGERY 3/09/01 1431040
MR   221342  MAILHOT, PAUL
FANTOZZI, RONALD M
40 POLAND Ave
AUBURN ME 04210
```
addressograph imprint

TEL 782-3873
021616

| Physical Assessment | | Met | Not Met | Exceptions |
|---|---|---|---|---|
| **Neurological** POT. SELF CARE DEFICIT / POT. FOR INJURY, IMMOBILITY / ALT NEURO STATUS | Neurological: A&O x 3, PERL, speech clear, face symmetrical. No c/o headache, blurred vision, photophobia, or dizziness. Grips, arms and leg strength equal. No difficulty w/ coordination, tremors, weakness, numbness, memory or swallowing. | | | |
| **Cardiovascular** POT. ALT. CARDIOVASCULAR FUNCTION / TISSUE PERFUSION | Cardiovascular: Apical pulse reg., peripheral pulses present, no systemic edema or calf tenderness. Capillary refill time < 3 sec. Color WNL, no chest pain. | | | |
| **Respiratory** POT. ALT. RESP. FUNCTION, INEFFEC. AIRWAY CLEARANCE. INEFFEC. BREATHING PATTERN | Respiratory: Lung sounds clear. Respiratory rate 10 - 24 and regular. Respirations quiet, nonlabored and without use of accessory muscles. No crackles or wheezes. Pink nail beds and mucous membranes. | | | |
| **Gastrointestinal** POT ALT HUT, ALT BOWEL ELIMIN. CONSTIPATION, DIARRHEA, INCONTINENCE SPECIAL DIET: | Abdomen soft, nontender. Stools within own pattern & consistency. Continent, normoactive bowel sounds; no N&V. Tolerating diet, appetite good to fair. No difficulty chewing or swallowing. No recent weight loss/gain > 10 lbs | | | |
| **Genitourinary** ALT. URINARY ELIMIN / POT. FOR INFECTION W/FOLEY | Voids spontaneously, clear yellow urine, without burning, frequency, or urgency on urination. Continent. States able to empty bladder. If foley, U/O WNL for patient. | | | |
| **Musculoskeletal** POT. ACTIVITY INTOL. / POT. FOR IMMOBILITY/PAIN / RISK FOR INJURY, FALLS | Moves all extremities. No joint swelling, tenderness, muscle weakness or spasms. Gait is steady. ROM WNL. | | | |
| **Integumentary** POT. IMPAIRED SKIN INTEGRITY / POT. ABUSE | Skin warm, dry & intact. No sign of incisional infection. Staples/sutures intact. No abrasions, bruises, red areas, lacerations, pressure areas or burns. Any suspect abuse, refer to social service | | | |
| **Psychosocial** POT. IMPAIRED ADJUSTMENT / POT. INEFFECTIVE COPING | Realistic interpretation of illness. Understands plan of care. Effective utilization of support system; effective coping. Characteristics of appearance, behavior, coping and verbalization appropriate to situation. | | | |

**Psychosocial/Spiritual/Cultural Issues**

Support Systems: ( family, caregivers, etc.) _Wife  Debra  - 3 children_

Occupation: _disabled_  Hrs. worked/week _____  Retired _____

Activities / hobbies _antiques_

Describe your usual sleep pattern _____  Sleep Assist ___Y or ___N If yes, specify _____

Do you smoke? ___Y or (N) ___PPD ___# Years ___# Years Quit

Do you wish support during this non-smoking period? ___Y or ___N

Describe amounts and time of use of alcohol: _Ø_

Describe amounts and time of use of caffeine: _Ø_

Describe amounts and time of use of other chemicals: _Ø_

Do you have any spiritual needs that our pastoral care dept. can help with? ___Y or (N) If yes, specify _____

Do you have any cultural/spiritual practices that you need help in meeting during your hospitalization?
___Y or ___N If yes, specify _____

Have you had any recent changes / losses / stresses in your life? ___Y or (N) If yes, specify _____

How do you deal with stress/ What helps you to deal with difficult situations? _____

Have you ever required psychiatric treatment? ___Y or (N) If yes, specify _____

RN Signature _____  RN Signature _____

RN Signature _____  RN Signature _____

500685.011.0074

ST. MARY'S REGION   MEDICAL CENTE...

**PATIENT ADMISSION ASSESSMENT**
Page 3

```
DAY SURGERY  3/09/01 1431040
MR   221362  MAILHOT, PAUL
FANTOZZI, RONALD M
80 POLAND RD
AUBURN        ME  04210
DOB      /62  TEL 782-3873
006605921-02 3021616
                    addressograph imprint
```

## Skin Integrity Assessment

| General Condition | Score | Mobility (extremities) | Score | Skin / Tissue Status | Score |
|---|---|---|---|---|---|
| Good | 0 | Full active range | 0 | Good ( well nourished / skin intact) | 0 |
| Fair | 1 | Limited movement with assist | 2 | Fair ( poor nourished / skin intact) | 1 |
| Poor | 2 | Moves only with assist | 4 | Poor ( skin not intact) | 2 |
| | | Immobile | 6 | Stage 1 & 2 ulcer | 8 |
| | | | | Stage 3 & 4 ulcer | 8 |

| LOC (to commands) | Score | Incontinence Bowel / Bladder | Score | Nutrition ( for age and size) | Score |
|---|---|---|---|---|---|
| Alert (responds readily) | 0 | None | 0 | Good (eats/drinks adequately - 3/4 meal) | 0 |
| Lethargic (slow to respond) | 1 | Occasional ( < 2x in 24 hours) | 2 | Fair (eats/drinks inadequately - 1/2 meal) | 1 |
| Semi Comatose (responds only to verbal or painful stimuli) | 2 | Usually ( > 2x in 24 hours) | 4 | Poor (unable/refuses to eat/drink - <1/2 meal) | 2 |
| Comatose (no response to stimuli) | 3 | No control | 6 | | |

| Activity | Score |
|---|---|
| Ambulates without assist | 0 |
| Ambulates with assist | 2 |
| Chairfast | 3 |
| Bedfast | 4 |

## Fall Risk Assessment

| General Condition | Score | General Condition | Score | General Condition | Score |
|---|---|---|---|---|---|
| Recent History of falls | 20 | Poor eyesight | 5 | Use of orthopedic devices | 10 |
| Recent history of seizures | 15 | Language barrier | 5 | (walker, cane, crutches) | |
| Recent history of syncope | 15 | Confused / disoriented | 15 | Incontinence / Bowel Preps / Diuretics | 10 |
| Drug or alcohol withdrawal | 10 | Unstable gait / balance | 15 | Uncooperative attitude | 5 |
| Narcotic or sedative | 10 | Poor hearing | 5 | Age 2 years or less, 65 years or more | 5 |

## Pain Assessment

Pain:   Y or   (N) If yes, location: _Left Flank — RT side Crohns_ —

Pain Intensity: 1 to 5: _3_ (5 being the most severe) Duration _____ Patient unable to evaluate

Quality of pain? ✓ sharp ✓ stabbing ____ dull ____ tingling ✓ constant ____ intermittent

other _____

Limited mobility related to pain? ____ Y or ____ N  If yes, consult with PT _____

Onset / history: _1 month + years Crohns_ _____

Aggravating factors: _____

Alleviating factors: _____

What medications relieve your pain? _Oxycontin_ _____

What treatments are you currently using and are they effective? _meds_ _____

RN Signature _M Guardia_

RN Signature _____

RN Signature _____

RN Signature _____

500685.011.0075

ST. MARY'S REGIONAL MEDICAL CENTER
**PATIENT ADMISSION ASSESSMENT**
page 4

```
DAY SURGERY  3/09/01 1431040
MR    221342  MAILHOT, PAUL
FANTOZZI, RONALD M
40 POLAND RD
AUBURN              ME  04210
DOB        /62  TEL 782-3873
000605921-02 3021616
                    Addressograph Imprint
```

## Nutrition Screen

Weight loss/gain _____ Kg/lbs    in _____ weeks / months                    Trigger Order # _____

Active Problem(s):

Poor appetite for 2 days prior to admission?   Y or N    *Constant*    Adult (>18 years)

Diarrhea for 24 hrs. prior to admission?   Y or N    Unintentional weight loss 10 lbs in the past month?   Y or N

Surgery planned and 80 years or older?   Y or N    Infant, Toddler, Child & Adolescent (<18 years)

Diagnosis malnutrition or FTT?   Y or N    Any weight loss?   Y or N

Tubefeeding, TPN or PPN?   Y or N    Toddler, Child, Adolescent & Adult (>1year)

High risk pregnancy/e.g. gestational diabetes, hyperemesis,    Difficulty chewing or swallowing food/liquid?   Y or N
pregnancy induced HTN, or lactating?   Y or N    Infant (<1year)

Other (specify)?   Y or N    Difficulty sucking or swallowing?   Y or N

**Any Y answer will trigger a Nutrition assessment**

## Respiratory Screen

Trigger Order # _____

Do you smoke or chew tobacco?   Y or N    how many years? _____ PPD? _____

Do you have a cough?   Y or N    Do you produce sputum?   Y or N    What is the Color? _____

Do you have post nasal drip?   Y or N    Do you have seasonal allergies?   Y or N

Do you snore?   Y or N    Do you become sleepy during the day?   Y or N

Are you currently SOB?   Y or N    Describe what happens: _____

Have you been treated for:    Have you been told you have:

Pneumonia   Y or N   *as a child*    Asthma   Y or N

Tuberculosis   Y or N    Emphysema   Y or N

Lung Cancer   Y or N    Bronchitis   Y or N   *chronic bronchitis*

                                                                          Total # Y answers _____

**A total of 6 Y answers will trigger a RCP assessment**

## Rehabilitation Services

Trigger Order # _____                                    Trigger Order # _____

**Physical and Occupational Therapy**                    **Speech Therapy**
Indicate any difficulties:

| | | | | |
|---|---|---|---|---|
| ☐ Limited strength | 2 | ☐ Chronic leg edema | 2 | ☐ Chewing |
| ☐ Limited endurance | 2 | ☐ Chronic arm edema | 2 | ☐ Swallowing |
| ☐ Limited coordination | 2 | ☐ Unsteady gait/freq falls | 3 | ☐ Coughing when drinking |
| ☐ Prosthesis/ortosis | 2 | ☐ Limited use of arms | 2 | ☐ Speaking |
| ☐ Uses a device to walk | 1 | ☐ Arm/hand pain | 3 | ☐ Moving tongue and lips |
| ☐ Limited use of legs | 2 | ☐ Arm/hand contractures | 3 | ☐ Understanding |
| ☐ Assist w/ transfers | 2 | ☐ Assist w/ ADLs | 3 | ☐ Memory or cognition |
| ☐ Back/leg pain | 2 | ☐ Neglect/visual field cut | 3 | ☐ Hearing |

**A combined score of 4 or > in the PT/OT areas will generate a PT +/or OT assessment.**
**Any areas checked off in the Speech Therapy section will generate a ST assessment.**

## Social Screen

Trigger Order # _____

Living Situation: Alone:   Y or N    Nursing Facility:   Y or N    Boarding Home:   Y or N    Unknown:   Y or N _____

Do you have any problems with transportation? If yes, specify _____

Do you use any medical equipment at home?   Y / N   If yes, specify _____

Oxygen   Y / N   If yes, name of company _____

What community resources were you using prior to admission?    Meals On Wheels   Y / N    Lifeline   Y / N

Home Health Services:   Y / N   If yes, agency name _____    Senior Plus   Y / N

Have you ever been physically, sexually or emotionally abused?   Y or N   If yes, specify _____

Do you have any emotional / family / home concerns or major life changes?   Y or N

Child < 3 yrs old with any fractures?   Y or N

Child with immunizations not up to date?   Y or N

Child aged 0 - 14 readmitted within 30 days?   Y or N

**Any Y answer will trigger a Department Case Management assessment**

RN Signature _____        RN Signature _____

RN Signature _____        RN Signature _____

500685.011.0076

St. Mary's
REGIONAL MEDICAL CENTER

**EMERGENCY DEPARTMENT RECORD**

| | | | | | | ROOM-BED | | 10:12 |
|---|---|---|---|---|---|---|---|---|
| 479110 | HOW ARRIVED | MED 221942 | FANTOZZI, RONALD M | | | | | |

| PATIENT POLAND RD | | 098Y | | 782 SM | MARITAL STATUS | RACE/ORIG. | SS 006542724 | TEL. 207 782-3873 MR |

| AUBURN ME 04210 | | NEAREST DEBORAH FANTOZZI | NEXT 207 782396 | MOTHER / FATHER NAME / |

| CLINICIAN FLANAGAN TERRENCE | BOULANGER MICHAEL J BOULANGER MICHAEL J | REFERRED TO DR. |

| D/V 24/01 S 0110 ACC 21'297'01 A | 19:00 PRE 10/09/98 | NAME AT LAST ADMIT. | | 022401 NUR. STA |
| | | | | ADMITTED |
| MEDHA/AVON CT | 92 7 006605921-02 | FANTOZZI, RONALD M | PT |

**PRESENTING COMPLAINT    ABDOMINAL PAIN**

| Time In Room **1005** | MD Notes | TIME | MD Orders | Tests |
|---|---|---|---|---|
| Time Seen By Physician | | | | ☐ CBC |
| | | N50 | Fentanyl 75 µeg IV | ☐ BS |
| | DMH | 1045 | Toradol 30mg IV | ☐ AMYLASE |
| | | | | ☐ ETOH |
| | | | | ☐ HCG |
| | | | | ☐ COAG |
| | | | KUS → DMH | ☐ UA |
| | | | U/A DMH | ☐ C/S |
| | | | | ☐ STREP SCREEN |
| | | | | ☐ STREP NEG CULT |
| | | | | ☐ HOLD |
| | | | | ☐ CMP |
| | | | | ☐ BMP |
| | | | Spiral CT DMH | ☐ EKG |
| | | | | ☐ ABG |
| | | | | ☐ CKMB |
| | | | | ☐ TROPONIN |
| | | | | ☐ X-RAY |
| | | 1300 | Demerol 50mg IV | ☐ BLOOD BANK |
| | | DMH | Phenergan 12.5mg IV | ☐ |
| | | | | ☐ |

**MD DISCHARGE PLAN:**

| | | | | |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ CARE MAP |
| | | | | ☐ MEDICAL RECORDS |

Discharge Condition   ☐ Good
☐ Fair
☐ Poor    42273
☐ Critical
Dictated ☐

Provisional Diagnosis   Kidney stone

MD Signature

Instructions / Education / RX:   Dischge c instructions.

| Time of Disposition or Death **1410** | Disposition ☐ Home ☐ Admit To ☐ Transfer To | Referred To Report To | ☐ Deceased ☐ Transfer Form Done ☐ ME Notified Organ Donation ☐ Yes ☐ No |

| Discharge Instructions Given ☑ Yes ☐ No | Verbalized Understanding ☐ Yes ☐ No | RN Signature S Boulman |

120187

MEDICAL RECORDS

500685.011.0077

I understand that I can refuse to release medical information for the purposes above listed. I also understand that if I refuse to release this information my insurance company or other person liable to bear my hospital expenses may not pay my expenses while I am treated at Facility and that refusal to release this information may result in improper diagnosis and treatment. I understand that this authorization to release medical information may be revoked (canceled) by me at any time. I understand that Facility may properly rely upon any authorization I have given to release medical information with respect to any disclosure made before revocation of such authorization.

**PAYMENT TERMS:** I understand payment of charges for medical care from Facility is due for services rendered within thirty (30) days of service unless otherwise determined by Facility, and that I will be responsible for any fee incurred by Facility for collection of delinquent charges or attorney's fees incurred in connection therewith. If I am financially unable to do so, upon request, I agree to complete a detailed financial statement so that alternative payment arrangements can be determined.

PATIENT INITIALS

**AUTHORIZATION FOR PAYMENT OF MEDICAL BENEFITS:** I certify that the information given by me in applying for payment by the Medicare or Medicaid programs or any managed care provider is correct. I request that payment of authorized benefits be made to Facility and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services, I request that this authorization apply to the extent of my services. If I receive medical services, which are not covered by Medicare or Medicaid because those programs determine that the services are not medically necessary, I understand that I have the obligation to pay for those services. I agree to pay all charges for services not authorized for payment by any health maintenance organization, preferred provider organization or other managed care organization for which I seek certification for treatment by Facility.

**ASIGNMENT OF BENEFITS:** I hereby assign to Facility and related contracted professional service providers all hospital or professional service insurance benefits now due or which may become due and payable to me or on my behalf (but not to exceed the charges for such services) by virtue of my treatment at Facility, and I hereby direct any person including but not limited to, an insurance company, third party administrator, my employer, preferred provider organization or other person responsible for payment of my medical care to pay such benefit directly to Facility in consideration of the care, treatment and services furnished or to be furnished by or through Facility.

**AN IMPORTANT MESSAGE FROM MEDICARE/CHAMPUS:** I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**NOTICE:** I understand Facility will provide information about my general condition and location within Facility in order to respond to questions about my condition, so I may receive telephone calls, visitors, mail, gifts or other deliveries, and to facilitate communications with the Facility's pastoral services department and clergy, except as required by law. I have been notified that by marking the box my name will be removed from the directory listing of persons cared for at the Facility, and understand that removal of my name from the directory may result in the inability of the Facility to direct visitors, correspondence or telephone calls to me. ☐

**NAME OF INSURANCE COMPANY/THIRD PARTY PAYOR:**

I have read this consent/authorization/assignment statement completely.

| Date | Time | Patient's Signature | Date | Time | Witness' Signature |
|------|------|---------------------|------|------|--------------------|

| Date | Time | Patient's Representative Sig. (legal guardian/POA) | Relationship | | |
|------|------|---------------------|------|------|------|

| Date | Time | Telephone Consent By | Date | Time | Witness' Signature |
|------|------|---------------------|------|------|--------------------|
| | | | Date | Time | Witness' Signature |

| Date | Time | Guarantor's Signature | Relationship | | |
|------|------|---------------------|------|------|------|

Admission Form 12/2000 - 140209

500685.011.0078

St. Mary's Regional Medical Center
Emergency Department
Campus Avenue, Lewiston, ME  04240
207-777-8120

**Hospital Account #:** 1419110

**Patient Name:** Fantozzi, Ronald M          MR#: 00221342          Date: 02/24/01
Y

**Time1:** 10:10       **Time2:** 10:05       **Time3:** 10:08       **Time4:** 10:10

**DOB:** 04/16/1962

**Age:** 38       Sex: M       Private Physician: MICHAEL J BOULANGER, M.D.

**Chief Complaint:** Left flank pain.

**Cause of Injury:** *

**Subjective Findings**

**History of Present Illness:** The patient presents to the Emergency Room with
severe left flank pain which started early this morning.  He says that he
has been having some discomfort in his back over the last couple of weeks.
This has been coming and going and has not ever been severe.  He saw Dr.
Monzel who takes care of his gastrointestinal disorders and had tests done
a few days ago, but he did not know the results of them.  He continued to
have some discomfort inthe left flank area until this morning, when I got
much worse.  He said that heis not noticing blood in his urine but does have
frequency and says he voids insmall amounts.  He also had some nausea today
but no vomiting and has had some sweating associated with pain.

**Review of Systems:** He always has diarrhea.  It does not seem to have been
any worse lately.  He does not have any weight loss.  He thinks he has been
drinking adequate fluids.  He has had mild headache, no visual changes, no
difficulty swallowing, no right-sided pain, no chills, no fevers, no rashes,
no joint complaints. Patient had no eye, ear, nose and throat complaints.
He had nochest pain or breathing difficulties.

**Allergies:** None.

**Medications:** Currently OxyContin 30 mg twice a day which he has cut himself
down to from an early chronic dose of 40 mg twice a day.  He is hoping to
stop using it altogether.  He also is on Imuran for his Crohn's disease.

**Tetanus Status:** *

**Past Medical History:** Crohn's disease and kidney stones needing stenting and
lithotripsy in the past.  He was cared for on that occasion by Dr. Mailhot.

**Social History:** He does not smoke.

**Family History:** *

MA036077       Terrence W. Flanagan, M.D.       Location: 72    Page 1

500685.011.0079

St. Mary's Regional Medical Center
Emergency Department
Campus Avenue, Lewiston, ME   04240
207-777-8120

**Patient Name:** Fantozzi, Ronald M        MR#: 00221342        Date: 02/24/01
Y

**Vital Signs**        Temp: 36.9 C        Pulse: 102   Resp: 24    BP: 150/80

**Objective Findings:** The patient appears uncomfortable sitting in a chair, leaning over a pillow towards his left side.   His lungs are clear to auscultation.   Heart sounds unremarkable.   He has left CVA tenderness to percussion.   There are no masses palpable.   There are no bruits to his back. Onabdominal exam, he does have bowel sounds present.   He has no tenderness in his left upper quadrant or left lower quadrant. The patient has no rashes. He has no muscular tenderness or weakness. Chest is nontender.

**Differential Diagnoses:** Kidney stone versus pancreatitis versus Crohn's disease with abscess.

**Procedures:** *
Nurse/Consultant Procedures: *

**Diagnostic Tests and Interpretations**

    **A B G/PULSE OXIMETRY:** *
    **X - RAY:** KUB read by me showed no evidence of stone.  A spiral CT scan read by radiologist showed a 5 to 10 mm stone just below the left ureteropelvic junction without evidence of obstruction.
    **E K G/Other:** *
    **LABS:** Urinalysis was positive for blood.   Today his tests done three days ago were recovered and showed an amylase normal and lipase elevated at 381.   At that time he also had a white count of 7,000 and hemoglobin of 13.9.

**Medical Decision Making:** Emergency Department Course:   When the patient arrived inthe Emergency Department, he was given intravenous Fentanyl and Toradol with minimal relief of his symptoms. He was given more Fentanyl but continued to be uncomfortable.   He was then given 50 mg of Demerol intravenous and 12.5 mg of Phenergan intravenous.   After that he did feel more comfortable and at that point was able to urinate for the first time. This followed the spiral CT. He did appear much more comfortable after that and it is unclear whether he might have passed the stone into his bladder by then or not.

**Clinical Impressions**

    DX 1: Left-sided ureteral stone.
    DX 2: *
    DX 3: *
    DX 4: *

**Discharge Condition:** Stable.

**Disposition:** Treated and released.

MA036077        Terrence W. Flanagan, M.D.        Location: 72    Page 2

500685.011.0080

**St. Mary's Regional Medical Center**
**Emergency Department**
**Campus Avenue, Lewiston, ME  04240**
**207-777-8120**

<u>Patient Name:</u> Fantozzi, Ronald M        MR#: 00221342        Date: 02/24/01
Y

**Discharge Plan/Instructions:** The patient is discharged with a prescription for Percocet 7.5 mg to take one or two every four to six hours as needed for pain control.  He is advised to drink extra fluids, try to stay active, and he is further advised to follow up with Dr. Mailhot if he continues to have pain over the next few days.

Disposition time: 14:10             Admit time: *


Dictated By: Terrence W. Flanagan, M.D.


Physician : Terrence W. Flanagan, M.D.


FAX CC:


J#42273
CR#:0000160686
L#72
UPD 02/26/2001 jw j43024




Transcription Performed by:  036  WP Document ID:     0000137535
Document Start:     02/24/2001 19:22
      Completed:     02/24/2001 19:22




MA036077      Terrence W. Flanagan, M.D.      Location: 72    Page 3


500685.011.0081

yes

**St. Mary's Regional Medical Center**
**Emergency Department Clinical Information**

Page 2
Today

NOTE: Severe (R) flank pain. Difficulty urinating (for some time). No hematuria. Frequency — urology in middle aug. Nausea. Sweats. Hx gradual onset back pain — progressive. Saw Doctor 3 days ago labs drawn. No results yet.

**SMOKING HISTORY:** ∅

**ALLERGIES:** ∅

| MEDICATIONS | MEDICAL |
|---|---|
| oxycontin 30mg Am-Pm | Chrons Kidney stones hx. flint |
| ? Imuran 30mg for Chrons | Stone disintegration |

**TETANUS UTD** _____   **LMP** _____

| Weight | | O₂ SAT ___ ON ___ |
|---|---|---|

| Time | Temp. | P | R | B/P |
|---|---|---|---|---|
| 1008 | 36.9 | 102 | 24 | 150/80 |

**TRIAGE RN:** S Borman RN
**TRIAGE CLASS:** II
**NON URGENT** ☐  **URGENT** ☒  **CRITICAL** ☐

**ASSESSMENT**

| Mental Status | Skin | Pain N/A | Pupils N/A | Chest N/A | Abdomen N/A | Extremities N/A |
|---|---|---|---|---|---|---|
| ☒ Awake | ☐ Warm | ☐ Absent | Perl Yes ☐ No ☐ N/A ☐ | SOB Yes ☐ No ☐ | ☒ Soft | R  L |
| ☒ Alert | ☒ Dry | ☐ Present | Visual Acuity W/W/O | Retractions Yes ☐ No ☐ | ☐ Non-Tender | ☐ ☐ Pulses + |
| ☐ Oriented | ☒ Hot | **Pain Scale** | OD ___ OS ___ | Stridor Yes ☐ No ☐ | ☐ Bowel Sounds + | ☐ ☐ Pulse − |
| ☐ Obeys Commands | ☐ Flushed | ☒ Rating 1-10 | **Size** | R   L | ☐ Bowel Sounds − | ☐ ☐ Edema |
| ☐ Confused | ☐ Pale | | R ___ MM L ___ MM | ☐ ☐ Clear | ☐ Firm | ☐ ☐ Deformity |
| ☐ Unresponsive | ☐ Cool | | | ☐ ☐ Rales | ☐ Tender | ☐ ☐ Mobility Deficit |
| ☐ ETOH | ☐ Moist | **Cultural / Spiritual / Educational needs.** Yes ☐ No ☐ | | ☐ ☐ Rhonchi | ☐ Distended | ☐ ☐ Sensation Deficit |
| Glasgow Coma Scale | ☐ Cyanotic | | | ☐ ☐ Wheezes | | ☐ ☐ Swelling |
| | ☐ Jaundiced | Violence / Abuse / Neglect Yes ☐ No ☐ | | ☐ ☐ Decreased | | ☐ ☐ |

**TREATMENT / OBSERVATIONS / MEDICATIONS / VITAL SIGNS**

| Time | P | R | B/P | Sat | | Signature |
|---|---|---|---|---|---|---|
| 1045 | | | | | To inspect inserted (R) hand inital NS. Toradol 30, IV over 3 min. | |
| 1050 | | | | | fentanyl 75mcg IV over 2 min. | JMH |
| 1135 | | | | | Pt unable to void pain returning. fentanyl 25 mcg IV To X-ray no stretcher. ∅ | JMH |
| 1220 | 100 | 16 | 130 | 96 | Back from X-ray. c/o ↑ abd pain. Still unable to void. | JMH |
| 1235 | | | | | Pt. c/o severe (R) flank pain. Face flushed. Reported to Dr. Flanagan. | SRKSRN |
| 1300 | | | | | Demerol 50 IV slow | JMH |
| 1305 | | | | | Phenergan 12.5 IV slow | JMH |
| 1405 | | | | | IV J D/C'd F500 absorbed | SRBRN |
| | | | | | Discharged č instructions and prescription | SRBRN |

See Additional Notes ☐

**INTAKE**

| Time | IV Fluid | Amount Infused | RN | P.O. Intake |
|---|---|---|---|---|
| | | | | |
| | | Total: | | |

**OUTPUT**

| Time | Type | Amount | Results |
|---|---|---|---|
| | | | |
| Total: | | | |

IV D/C'D ☐ Yes ☐ No   Site Healthy ___   Catheter Intact Upon D/C ___

**MEDICAL RECORDS COPY**

500685.011.0082

St. Mary's Regional Medical Center
45 Golder Street, Lewiston, ME  04240  (207)777-8100
Aftercare Instructions

for Ronald Fantozzi, Saturday, February 24, 2001, 1:59 pm

IMPORTANT: We have examined and treated you today on an emergency basis only. This is not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. It is impossible to recognize and treat all injuries or illnesses in a single Emergency Department visit. If you had special tests such as EKG's and X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After leaving, you should FOLLOW THE INSTRUCTIONS BELOW.

You were treated today by TERRENCE FLANAGAN MD. .

KIDNEY STONE (Ureterolithiasis).
A Kidney Stone is made in the urine inside the kidney, just like rock candy is made in sugar water. It is a crystal made of normal chemicals in the urine. It starts as a tiny speck and grows. A stone causes pain when it breaks loose and gets stuck on the way out. It usually gets stuck somewhere in the long tube between the kidney and the bladder. That tube is called the Ureter.

Most of these stones pass on to the bladder and out in the urine. When they do that, the pain goes away. A few stay stuck. They need to be removed by a doctor.

Follow these instructions:
- We have given you some medicine to dull your pain for the next day or two. We hope the stone will pass on its own. During that time you will need to strain your urine. That may catch the stone if it passes. The stone can then be tested in the lab to see what it is made of. Knowing this may help prevent stones in the future.
- If the pain goes completely away, let your doctor know.

Call your doctor if:
- the pain worsens or has not gone away in 2 days.
- you have new or severe symptoms.

OXYCODONE WITH ACETAMINOPHEN (Percocet, Tylox, Roxicet).
**************************************************************
Take this medicine by mouth in the following dose: 1-2 tablets every 4-6 hours if needed for pain.
**************************************************************
This is a strong pain medicine. Side effects may include: sleepiness, dizziness, constipation (hard stools), dry mouth, upset stomach or blurred vision. Allergy would show up as: rash or itching, wheezing or shortness of breath. This medicine can be habit forming if used for a long period of time.

Follow these instructions:
- Talk with your doctor before taking other medicines (including over-the-counter medicines).
- Sit or stand slowly to avoid dizziness.
- Use gum, hard candy or ice chips for a dry mouth.
- Store this medicine away from heat, moisture or direct light.
- Take this medicine with food to avoid an upset stomach.
- Watch for signs of dependence. They include:
  - feeling that you "cannot live without this medicine".
  - you need more of this medicine than before to get the same relief.
- Do not drink alcohol, drive or operate machinery while taking this medicine.
Call your doctor if you have:
- any sign of allergy.
- any sign of dependence.
- pain not helped by the pain medicine.
- any new or severe symptoms.

**************************************************************
THESE ARE YOUR FOLLOW-UP INSTRUCTIONS!
**************************************************************
Call Dr. MAILHOT MD in 2 days if not improving. Call sooner if worsening.
Call if not completly better in 5 days You can reach Dr. MAILHOT MD at 783-7892, 287 MAIN STREET, STE 300, LEWISTON, ME 04240.
**************************************************************

AS ALWAYS, YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY. Please follow the instructions above carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, CALL OR VISIT YOUR DOCTOR RIGHT AWAY. If you can't reach your doctor, return to the Emergency Department.

"I understand the written and discussed instructions. My questions have been answered."

X _Mrs Debra Fantozzi_
           Patient or Responsible Person

_____
                Physician or Nurse

SEATBELTS. There is no doubt that seatbelts save lives. Every day in the Emergency Department we see how people

Portions Copyrighted 1986-2001, LOGICARE Corporation. Page 1, continued...

500685.011.0083

St. Mary's Regional Medical Center
45 Golder Street, Lewiston, ME   04240   (207)777-8100
Aftercare Instructions

for Ronald Pantozzi, Saturday, February 24, 2001, 1:59 pm

without seatbelts are more severely hurt. We always
buckle-up! Please do the same!

Portions Copyrighted 1986-2001, LOGICARE Corporation.  Page 2, last page.

500685.011.0084

ST MARY'S REGIONAL MEDICAL CENTER  LEWISTON, ME 04240  (207)777-8400
DAVID GALLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOGY

RUN DATE: 02/24/01                        ED REPORTS                        PAGE 1
RUN TIME: 1432

DOCTOR
FLANAGAN, TERRENCE

Name:   FANTOZZI,RONALD M              Age/Sex: 38/M      Admit. Dr: FLANAGAN, TERRENCE
Acct#:  1419110      Unit#: 000221342  Status:  REG ER   Location:  ED
Reg:    02/24/01     Disch:            D.O.B.:   ███████/1962   Phone:   207-782-3873

LEGEND:  L=Low    H=High    CL=Critical Low    CH=Critical High    #=Delta    >=New    (A)=footnote

Spec #: 0224:U00010S   Collected: 02/24/01-1109  Ordering Dr: FLANAGAN, TERRENCE

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| **URINALYSIS** | | | |
| > SPEC.REFRIGERATED? | NO | | |
| > CULTURE INDICATED? | NO | | |
| > APPEARANCE | CLEAR | | CLEAR |
| > COLOR | YELLOW | | YELLOW |
| > SPECIFIC GRAVITY | 1.012 | | 1.008-1.030 |
| > LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE |
| > NITRITE | NEGATIVE | | NEGATIVE |
| > pH | 5.0 | | 5-8 |
| > PROTEIN | NEGATIVE | | NEGATIVE mg/dL |
| > GLUCOSE | NORMAL | | NORMAL mg/dL |
| > KETONES | NEGATIVE | | NEGATIVE |
| > UROBILINOGEN | NORMAL | | NORMAL mg/dL |
| > BILIRUBIN | NEGATIVE | | NEGATIVE |
| > OCCULT BLOOD | APPROX. 250 | H | NEGATIVE ery/uL |
| *URINE MICROSCOPIC* | | | |
| >    RBCS | 10-15 | | 0-3 /hpf |
| >    WBCS | NEGATIVE | | 0-5 /hpf |
| >    BACTERIA | NEGATIVE | | NEGATIVE /hpf |
| >    MUCUS | PRESENT | H | NONE SEEN /lpf |

Patient: FANTOZZI,RONALD M          Age/Sex: 38/M          Acct#1419110          Unit#000221342

500685.011.0085

FAX NO.                    P. 02

```
              ST MARY'S REGIONAL MEDICAL CENTER  LEWISTON, ME 04240  (207)777-8400
                  DAVID GALLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOGY
  RUN DATE: 02/24/01              Specimen Inquiry                        PAGE 1
  RUN TIME: 1240
                                      DOCTOR
```

1419110

```
Name:  FANTOZZI,RONALD M           Age/Sex: 38/M      Admit. Dr: MONZEL, MICHAEL J
Acct#: 1415374-     Unit#: 000221342   Status:  REG CLI  Location: OP
Reg:   02/20/01     Disch:            D.O.B.:      /1962

LEGEND:  L=Low   H=High   CL=Critical Low   CH=Critical High   #=Delta   >=New   (A)=footnote


SPEC #: 0220:C00153R  Collected: 02/20/01-1600  Ordering Dr: MONZEL, MICHAEL J


COMMENTS: SPECIMEN SLIGHTLY LIPEMIC
```

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| | CHEMISTRY/CARDIAC/LIPIDS | | |
| AMYLASE | 64 | | 25-115 U/L |
| | DRUGS/THYROID/MISC CHEMISTRY | | |
| LIPASE | 381.0 | CH | 114-286 U/L |
| | RESULTS CHECKED | | |

500685.011.0086

FAX NO.                                    P. 01

```
              ST MARY'S REGIONAL MEDICAL CENTER  LEWISTON, ME 04240  (207)777-8400
                       DAVID GALLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOGY
RUN DATE: 02/24/01                      Specimen Inquiry                          PAGE 1
RUN TIME: 1240
        1419110                            DOCTOR

Name:  FANTOZZI,RONALD M              Age/Sex: 38/M     Admit. Dr: MONZEL, MICHAEL J
Acct#: 1415374       Unit#: 000221342   Status:  REG CLI  Location:  OP
Reg:   02/20/01    Disch:             D.O.B.:      /1962

LEGEND:  L=Low    H=High    CL=Critical Low   CH=Critical High    #=Delta   >=New   (A)=footnote


SPEC #: 0220:H00097R  Collected: 02/20/01-1600  Ordering Dr: MONZEL, MICHAEL J
```

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| **HEMATOLOGY** | | | |
| WBC | 7.0 | | 4.5-10.9 10E3 |
| RBC | 4.50 | L | 4.7-6.1 10E6 |
| HGB | 13.9 | L | 14-18 g/dL |
| HCT | 41.3 | L | 42-52 % |
| MCV | 91.8 | | 80-94 fl |
| MCH | 31.0 | | 27-31 pg |
| MCHC | 33.8 | | 33-37 % |
| RDW | 11.4 | L | 11.5-14.5 % |
| PLT | 307 | | 130-400 10E3 |
| MPV | 7.4 | | 7.4-10.4 fl |
| %LYMPHS (COULTER) | 34.7 | | 20-35 % |
| %MONOS (COULTER) | 14.3 | | 0-15 % |
| %GRANS (COULTER) | 48.9 | L | 55-81 % |
| %EOS (COULTER) | 1.7 | | 0-3 % |
| %BASO (COULTER) | 0.4 | | 0-1 % |

```
Patient: FANTOZZI,RONALD M       Age/Sex: 38/M     Acct#1415374     Unit#000221342
```

**500685.011.0087**

St. Mary's Regional Medical Center
## Emergency Department Radiology Request

Examination(s) Requested: _Spiral CT_

```
1419110        MR      221342
ADM  2/24/01   AGE 038Y
FANTOZZI, RONALD M          M
43 POLAND RD
AUBURN         ME 04210
0006039021-02 3021616
DOB        /62        7623873
```

Reason for Examination: _abd pain inability to void_
_Lt flank & back pain_

Examinations Ordered By:
_Flanagan_

### Preliminary Reading

**E.D. Interpretation**

☐ Normal          ☐ No Acute Abnormality
☐ Other (specify)

| Ankle | | Plane of Section |
|---|---|---|
| (1) Frontal View | | |
| (2) Viewed from medial side | | |

**Emergency Physician's**
Signature: _____

### Radiology Interpretation

☐ No E.D. interpretation
☐ Agree with E.D.   ☞   no further action
☐ Disagree with E.D.

Radiologists recommendation:
_3 small stone Lt kidney_
_2-3 mm proximal Lt ureteral_
_stone wa partial obst_

| Elbow | |
|---|---|

E.D. called:    Date
                Time

### Follow-Up Note
(Must be completed in cases of recommendation.)

Date of Follow-Up: _____

☐ E.D. Chart reviewed/No follow-up necessary

E.D. Physician's
Signature: _____

White - Medical Record   •   Yellow - E.D. File Copy   •   Pink - Radiology

500685.011.0088

**ST MARY'S REGIONAL**
**MEDICAL CENTER**
Lewiston, ME 04240

FANTOZZI, RONALD M
Phone #(207)782-3873
DOB ████ 1962

**RADIOLOGY REPORT**

Attending: TERRENCE FLANAGAN
Referring: MICHAEL J BOULANGER
Visit #1419110
MR #22-13-42
X-Ray #08-99-89
Service Date 02/24/2001
NS/Room
Clinic Code: ER



---

ABDOMEN   74000

Indication for Study:  Back pain, right upper quadrant pain, and flank pain on the left.

FINDINGS:   Clips noted on the right from previous surgery.  No renal tract stones.

IMPRESSION:  No renal tract stones seen.

CT SCAN OF THE ABDOMEN – STONE PROTOCOL

Indication for Study:  Abdominal pain, left flank pain.

FINDINGS:   Spiral CT was done.  There are several small stones measuring 2 to 3 mm within the collecting system of the left kidney.  In addition, there is a stone in the proximal left ureter, approximately 2 to 3 mm.  This is causing some dilatation of the pelvis proximally.  The ureter distal to this area shows no other stones in the ureter.

IMPRESSION:   At least three small stones within the left kidney and small proximal left ureteral calculus with some partial obstructive changes.

MARK EULE, M.D./lgg

J:      90597
D:      02/26/2001 13:30:07
T:      02/27/2001 11:59:37

CC:     MICHAEL BOULANGER, M.D., Referring Physician

ORIGINAL

**RADIOLOGY REPORT**

**500685.011.0089**