# RONALD FANTOZZI

# 5 OF 18

## St. Mary's Regional Medical Center
### Procedure Record

Date: _6-7-99_

Physician: _Manzel_

**Pertinent Physical Findings:**

**Pre Procedure Evaluation:**

**Dictated Note:** _✓_    COLONOSCOPY

**Procedure:**

**Findings:**

(1)

(2)

**Plan of Care:**

Physician's Signature

500685.011.0090

**St. Mary's Regional Medical Center**
**Consent/Assignment/Authorization Statement**

Admission Date: _6-2-99_

I, the undersigned a patient in this St. Mary's Regional Medical Center ("SMRMC"), hereby authorize employees of SMRMC and physicians(s) and whomever they may designate as assistants) to administer such treatment as is necessary, and such additional operations or procedures as are considered therapeutically necessary on the basis of findings during the course of said treatment. I also consent to the administration of such anesthetics as are necessary. Any tissues or parts surgically removed may be disposed of by SMRMC in accordance with accustomed practice. I hereby certify that I have read and fully understand the above Consent for Treatment, the reasons why the treatment/procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment which have been explained to me by the attending physician. I also certify that no guarantee or assurance has been made to the results that may be obtained.

St. Mary's Regional Medical Center is hereby authorized and requested to furnish the _BC/BS_ insurance company(s) or its properly authorized agent, my employer and any peer review organization which conducts reviews of hospital utilization under an agreement with my employer and/or health insurance carrier, or any person or corporation that is or may be liable. under contract or otherwise, for all or part of the Medical Center's charge; all information required by it to determine benefits, including nature of the visit, diagnostic and treatment information, and copies of my medical record which may be available to said hospital.

### Assignment Of Benefits

I hereby assign unto St. Mary's Regional Medical Center and related contracted professionals, all hospital insurance benefits now due and to become due and payable to me or on my behalf, but not to exceed the Medical Center's charges by virtue of my treatment by the hospital, and I hereby direct the _BC/BS_ Insurance Company(s) to pay such benefits directly to the hospital in consideration of the hospital care and services furnished and to be furnished by the hospital.

### Payment Terms

I understand payment of charges are due for services rendered within Thirty (30) days including any collection or attorney's fees. If I am financially unable to do so, I agree to complete a detailed financial statement so alternative payment arrangements can be determined. I agree to pay all charges for services not authorized for payment by any Health Maintenance Organization, Preferred Provider Organization or other Managed Care Organization for which I seek certification for treatment by St. Mary's.

### Release From Responsibility

I understand and agree that under no circumstances will St. Mary's Regional Medical Center be responsible for my personal property. I take full responsibility for retaining in my possession or custody any and all articles. I acknowledge that I have declared or listed all items of personal property I have chosen to keep in my possession or custody while at St. Mary's, and further acknowledge that I have been offered an opportunity to have my personal property kept at St. Mary's during my stay at St. Mary's, and that I have refused that offer.

### Authorization For Payment

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers or any other medical insurers, any information needed for this or a related Medicare, or other medical insurance claim. I request that payment of authorization of authorized benefits be made to St. Mary's Regional Medical Center and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services I request this authorization apply to the extent of my services.

I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**I Have Read This Consent/Authorization Completely And Crossed Out Any Words Or Phrases That I Do Not Accept:**

| Patient Signature: | Date _6-2-99_ | Time _1430_ |
|---|---|---|

| Guarantor Signature | Date | Relationship |
|---|---|---|

| Witness Signature | Date _6-2-99_ | |
|---|---|---|

Telephone Consent Received By: _____ Date: _____ Time: _____

500685.011.0091

915●●●.00    HR●    221342
ADM  6/07/99
FA-102271, RONALD M                    M
47 POLAND RD
A●●●●   ME-04210
MF-035055-21-01
C●●●●●92              7023073

**St. Mary's Regional Medical Center**      *RonFantozzi*

**Multidisciplinary Assessment**

Date ___6-7-99___ Physician _Mongel_    Primary Care Physician _Boulanger_
Diag./Chief Comp. _Nx crohns_
Allergies: (NKA)    Latex    Food _____
Environmental _____    Drugs/Reaction: _____

Current Medications: Name, Dosage          Last Dose

oxycontin 40mg BID
Prednisone 20mg QD
Unasin
anxiety pill

Past History:
| | |
|---|---|
| Y/(N) Alcohol | (Y)/N Fainting spells/syncope _anxiety caused_ |
| Y/(N) Anemia | (Y)/N Heart disease |
| Y/(N) Arthritis | (Y)/N Heart murmer |
| Y/(N) Back problems | (Y)/N Hepatitis/jaundice _type C_ |
| Y/(N) Blood thinners | Y/N Hypo/ Hypertension |
| Y/(N) Bleeding problems | (Y)/N Kidney/bladder disease _stones (multiple)_ |
| (Y)/N Bowel disease _crohns_ | Y/(N) Liver disease |
| Y/(N) Cancer | (Y)/N Lung disease _chronic bronchitis_ |
| Y/(N) Chemo/Radiation therapy | Y/(N) Smoker ___ppd/___ Cough |
| (Y)/N Cortisone/Steroid use _Prednisone_ | Y/N Neurological disease |
| Y/(N) CVA/stroke | (Y)/N Pregnant _____ LMP _____ |
| Y/(N) Drug Use | Y/(N) Thyroid disease |
| Y/(N) Diabetes | Y/(N) TB exposure |
| Y/(N) Epilepsy/Seizures | Y/(N) Ulcer disease |
| (Y)/N Emotional disorder _anxiety/panic attacks_ | Y/N Other |
| (Y)/N Gallbladder disease _, Chx_ | |

Past Surgery: _appendectomy_
_colon resection ✗ cholecystectomy_     Pre-admission assessment signature: _✗ Martin, RN_

| ✓ Mental status | Skin condition | Mobility | Prosthesis |
|---|---|---|---|
| Alert | ✓   W & D | ✓ Ambulatory | Dentures |
| Oriented | | Assisted amb. | Glasses |
| Confused | | Wheelchair | Hearing Aids |
| | | Stretcher | Walker/Cane |

| | | | |
|---|---|---|---|
| Prep | NPO since | Pre procedure teaching done | |
| Home | | Person to notify at discharge | |
| Hospital | ASA Class | | |
| Enemas | 1-(2)-3-4-5 | Telephone # | |

Time _T 37.'_ P _76_ R _20_ Bp _118/82_ Ht _5'6"_ Wt _146(?)_ O2 Sat _____
Admission assessment signature: _____
Breath sounds: Rt _____ Lt _____    Not auscultated _____
Heart sounds: _____    Not auscultated _____
Abdomen: _____    Not palpated _____
Comments: _NEEDS DIPROVAN_
Reviewed by Physician: _[signature]_

500685.011.0092

# ST. MARY'S REGIONAL MEDICAL CENTER

Lewiston, ME  04240

9155771                                  22-13-42

FANTOZZI, RONALD M
DOB:   ●1962

## PROCEDURE NOTE

INPATIENT_____        OUTPATIENT  _xx_   DATE:  06/07/99

PHYSICIAN:  MICHAEL MONZEL, M.D.

PROCEDURE: Colonoscopy

INDICATIONS:   This 37 year-old male, with known Crohn's disease, had an anastomotic stricture identified last fall. He represents for assessment, as he has an intractable pain despite aggressive management with azathioprine and prednisone. On examination, he is well nourished. Abdomen is nonspecifically tender diffusely, especially on the right.

ANESTHESIA: Per anesthesiology, as he was given a general anesthetic due to his poor response to conscious sedation in the past.

INSTRUMENT:  Olympus CIF 100 videoendoscope

FINDINGS:  Digital examination revealed no mass in the rectum. The endoscope passed by the anal canal into the rectum and under direct visualization, it was advanced easily into the left colon, across into the transverse colon, into the ileocolonic anastomosis. The ileocolonic anastomosis was angulated but with maneuvering of the patient and the scope, the endoscope was able to pass well into the neo-terminal ileum and extended for 20 cm. The anastomosis itself was very patent and free of any active inflammatory changes. Biopsies were taken to assess for indolent Crohn's. The remaining right colon, transverse, descending, sigmoid colon, and rectum were entirely normal. A retroverted turn revealed no pathology.

IMPRESSIONS:
1.    Previous right hemicolectomy and ileal resection with normal and patent appearing ileocolonic anastomosis

The current examination offers no suggested evidence of active ongoing Crohn's. The etiology of the pain remains unclear and may be related to other factors other than his Crohn's.

*(SEE NEXT SHEET)*

500685.011.0093

PROCEDURE NOTE                 MICHAEL MONZEL, M.D.              9155771
 FANTOZZI, RONALD M
Page 2


**PLAN:** Taper prednisone further. Continue current dose of Imuran. Will follow.


*Michael Monzel*
MICHAEL MONZEL, M.D.

D:  06/07/99    MM
T:  06/09/99    sb

cc:     MICHAEL MONZEL, M.D.                    (P)
        MICHAEL BOULANGER, M.D.                 (P)
        RONALD SNYDER, M.D.                     (P)
        DEPT2                                   (P)

500685.011.0094

**St Mary's Regional Medical Center**
**Department of Pathology**

## Final Pathology Report

| | | | |
|---|---|---|---|
| Patient Name | **Fantozzi, Ronald** | Surgical #: | S-99-2107 |
| Date of Birth: | ██████62 | Date Received: | 06/07/99 |
| Account Nbr: | 9155771 | Date Reported: | 06/08/99 |
| Med Rec Nbr: | 221342 | | |
| Location: | OPD | Document ID: | 25678A00441CC7 |
| Physician: | Monzel | Copies To: | |

**Specimens:**
Biopsy ileocolonic anastomosis

**Gross Examination:**
The specimen consists of two 4 mm fragments of pink mucosa which are entirely submitted.

**Microscopic Examination:**
Sections show unremarkable fragments of colonic mucosa. No tumor or inflammation are seen.

**Diagnosis:**
Fragments of colonic mucosa from the ileocolonic anastomosis site.

**Codes:**

Alan R. Solander, M.D., Pathologist

S-99-2107  Fantozzi, Ronald

500685.011.0095

# ST. MARY'S REGIONAL MEDICAL CENTER
## ANESTHESIA RECORD

Rev. 7/80

FANTUZZI, RONALD M    M
43 POLAND RD
AUBURN    ME 04210
M.IN:006605421-01
DOB    62    7023873
ADM 6/07/99

| SURGEON | M Megill | | ANESTH. NO. 1 2 3 4 5 E | |
|---|---|---|---|---|
| PROCEDURE Colonoscopy + Biopsy | | | LT/PERMIT | |
| M F 37 AGE | HT. 58 | WGT 146 | DATE 6/7/99 | |

TECHNIQUE: ☐ G.A.  ☐ REG.  ☐ SPI.  ☐ EPID.  ☐ MAC    SHEET ___ OF ___

ALLERGIES: ___    Hct. ___

| | | TOTALS | |
|---|---|---|---|
| PREMED | | | |

**DRUGS**
N20/02
Fentyl
Propofol 3v 30
Ars

**INFUSIONS**

ANESTHESIA TIME 1:50
SURGICAL TIME

180 v

MACHINE #
EQUIP. CHECKED
PRE-OP

**MONITORS**
EKG
FIO2
SaO2    99 98 5
ETCO2
W/RR
PIP/PEEP
TEMP
SvO2/c.o.
PAP/PCWP/CVP
PNS
TIME 1:30

**INTRA-OP EVENTS:**
Moderate
m C2
iv Fentyl
200 v
iv Propofol
180 v
awake
at end of
...

**MONITORS**
☐ EKG  ☐ PCS  ☐ ES  ☐ FIO2  ☐ SaO2  ☐ ETCO2  ☐ TEMP  ☐ PNS
BP  ☐ MANUAL  ☐ NIBP  ☐ A-LINE
OTHERS

**KEY**
ANES. X....V
OPER. ⊙-·-⊙
BP  V
A-LINE  I
PULSE  •
RESP

**FLUID**
IV #1 (cc)
IV #2 (cc)
N-S
EBL (cc)
URINE (cc)
POSITION

| VENTILATION / MISC. | | | | ARRIVAL PACU  DATE 6/7/99  TIME 12:00 |
|---|---|---|---|---|
| ☐ MASK  ☐ OPA  ☐ NPA | | | | B/P 124/70  PULSE 76  RESP 14 |
| ☐ ETT  SIZE ___  ☐ CUFF | | | | REMARKS: awake back to room |
| ☐ OR  ☐ NAS  ☐ TRACH | | | | |
| ☐ DIR  ☐ BLIND  ☐ FIBER | | | | |
| TIME INT/EXT ___ | | | | |
| BLADE ___  #ATT ___ | | | | |
| ☐ BREATH SOUNDS EQUAL | | ATTENDING SIGNATURE | | |

500685.011.0096

9155771 0*              R      221342
A** 57*
F ..19771            .0 M            M
4) P0*.AND *0
*  .*            ME 04210
M1*095095921-91
DOB ███ 52              7823873

St. Mary's Regional Medical Center
## Permission For Special Procedures - Outpatient

I authorize the performance of a *colonoscopy with possible biopsy and/or polypectomy* procedure on *myself* performed by or under the direction of Dr. *Monzel*
(Name)                                                    (Name of Physician)

The nature and purpose of the procedure, possible alternative methods of treatment, the risks involved, the possible consequences and the possibility of complications have been explained to me by Dr. *Monzel*.
(Name of Physician)

I acknowledge that no guarantee or assurance has been given by anyone as to the results that may be obtained.

Date: ___6-2-99___
Time: ___1430___

_____          X_____
(Witness)                                (Signature of patient or guardian or medical power of attorney)

I certify that the nature and purpose of the procedure, including the possibility of complications have been explained to the patient.

_____
(Signature of physician)

500685.011.0097

**St. Mary's Regional Medical Center**
**Endoscopy Flow Sheet**

Date _6-2-99_    Procedure _Colonoscopy_
Diagnosis _hx Crohns_    Physician _Monzel_
Allergies ___
I.V. Therapy  Soln _500 N/S_  Needle _#22gaugu_
Site _L arm_  Time _0950_  Rate _KVO_
Attempts _VI_  Signature _S. Bellmore_

Time arrived in procedure room _1135_

☒ Pt. identified by arm band
☒ Verbal verification of procedure with patient
☒ Stretcher locked / Side rails up
☒ Consent signed _#1_
Scope _CF74 C #1_  Start Time _1143_

☒ Cardiac Monitor
☒ Oximeter
☒ NIBP

| Int. | Signature | Int. | Signature |
|------|-----------|------|-----------|
| VB | L. Dugler | | |
| | | | |

| Time | Medications | Dosage | O2 Sat | Patient Response | Int |
|------|-------------|--------|--------|------------------|-----|
| 0955 | Reglan | 10mg | — | | WB |
| 1142 | Fentanyl | 200 mcg IV | > | given by Dr Ankle — see | VB |
| 1155 | Diprivan | 180 mg IV | > | anesthesia record | VB |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Assessment**

| Time | B/P | P | R | O2 Sat | Cardiac Rhythm | Comments | |
|------|-----|---|---|--------|----------------|----------|--|
| 1137 | 136/82 | 80 | 18 | 100% | RSR | VB | VB |
| 1142 | 125/79 | 85 | 20 | 99% | RSR | VB | VB |
| 1145 | 124/77 | 79 | 16 | 98% | RSR | VB | VB |
| 1148 | 125/70 | 86 | 16 | 98% | RSR | VB | VB |
| 1152 | 116/81 | 81 | 18 | 98% | RSR | VB | VB |
| 1157 | 115/67 | 79 | 16 | 97% | RSR | VB | VB |

☒ O2  Start Time _1140_  D'cd ___  Liters _3_ _3_ _L_  Via _NC_
☐ Cautery  ☐ Bipar  Cut ___  Coag ___  ☐ Pure  ☐ Blend  Pad # ___  Pad Site ___
☐ Dilators  Type ___  Size ___  ☐ Sclerotherapy  Procedure end time _1157_

Specimens:
_3X - dependence_
_A. Stenosis_

**Patient Status Post Procedure**

LOC  ☐ Awake  ☒ Drowsy, arousable to verbal stimuli  ☐ Drowsy, arousable to tactile stimuli
☐ Unresponsive/antagonistic given ___
☐ Combative  ☐ Retching
Skin  ☐ Pink  ☒ Pale  ☐ Dusky  ☐ Cyanotic  ☒ Warm
☐ Cool  ☒ Dry  ☐ Diaphoretic
Respirations  ☒ Regular  ☐ Shallow  ☐ Labored
Transferred to Recovery Room Time ___

Total # of Specimens to Lab _0_  Assistant _S. Masters (a)_  Circulator _V. Dugler_

915__71  00     PR    221342
AD# 5/07/99
FANTOZZI, RONALD M      M
80 POLAND RD
A___RR     ME 04210
MIN0J9505721-01
DOB ___62        7823873

## Post Procedure Flow Sheet

```
9155771 00     MR     221342
A.     5/17/29
P.5157211, RONALD M          M
43 ROLAND RD
A. MER.       ME 04210
M*806603591-01
D.O.B.    62          7823873
```

**Level of Consciousness**
2 = fully awake
1 = drowsy, but oriented
0 = very sleepy

**Color**
2 = pre procedure color
1 = pale
0 = very pale, dusky

**Respirations**
2 = deep, easy spontaneous
1 = respirations adequate; deep when encouraged
0 = respirations shallow dyspneic

**Bleeding**
2 = no signs of bleeding
1 = slight bleeding, small amount
0 = large amount of bleeding

**Nausea and Vomiting**
2 = no nausea
1 = some nausea
0 = nausea and vomiting

**Pain**
2 = no pain
1 = minimal pain
0 = excessive pain

**Activity**
2 = ambulates steadily
1 = ambulates with assistance
0 = bedrest

**Diet**
2 = tolerates p.o. fluids well
1 = has not taken p.o. fluids
0 = unable to take fluids

**Abdomen**
2 = soft, nondistended
1 = soft, distended
0 = firm, distended

**Esophagus**
2 = swallowing without difficulty
1 = Swallowing with difficulty
0 = unable to swallow

| Time | BP | P | R | Loc | Color | Resp | Bld. | N/V | Pain | Act. | E/A | Diet | O2 Sat | O2 LPM | IV Rate | Int. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1200 | 110/66 | 83 | 18 | 1 | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 1 | 98 | 2 | 40 | 12 |
| 12:15 | 112/70 | 73 | 18 | 1 | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 1 | 96 | PA | 40 | 10 |
| 12:35 | 116/60 | 75 | 18 | 2 | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 1 | 96 | PA | 40 | 10 |
| 12:55 | 108/70 | 75 |  | 2 | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 1 | 97 | PA | 40 | 10 |
| 13:05 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

IV d/d at __1315__     Volume infused __250__ ml     ☑ No redness or swelling at IV site

| Patient Problems | Intervention | Evaluation |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Comments**

**Discharge Summary** (circle one)  (2) = meets all criteria satisfactorily.
1 = fails to meet all criteria: discharge by doctor with special instruction.

0 = continued skilled observation required: patient admitted to hospital. Room Number _____

Report given to _____

**Discharge**   Time __1330__
**Discharge to** ☑ home   ☐ relatives home
☐ other _____

Via ☐ ambulatory ☑ w/c ☐ other
accompanied by ☑ spouse ☐ relatives ☐ friend
☐ other _____

☑ Instructions to patient/family
☑ Patient/family verbalized understanding of instructions
☑ Discharged with belongings
☑ Doctor spoke to patient before discharge

Patient teaching aids given to patient
☐ Pamphlet, Informational Sheets
☐ Dressing change equipment
☐ Prescription
☐ Other

| Init. | Signature | Init. | Signature |
|---|---|---|---|
|  |  |  |  |

500685.011.0099

**P. 'sician's 'rders**

Name: _____

9135771 00    HR    221342
A  6707299
FANTOZZI, RONALD M    M
4  CLAND RD
NE 01210

| Date Started | Date Discontinued | OPD - Pre Endoscopy Orders<br>Dr. O'Connor, Dr. Monzel, Dr. Sivulich, Dr. Lewandowski | Signature |
|---|---|---|---|
| 6-7-99 | | 1. For patients having a colonoscopy<br>(Yes / No) a) start colyte 8oz q 5-10 min until returns are clear<br>Yes /(No) b) give tap H2O enemas until returns are clear | |
| | | 2. Start an IV - NS - KVO rate. | |
| | | 3. Reglan 10mg IV for nausea/vomiting (circle YES or NO). | |
| | | 4. (Circle YES or NO) Titrate Premeds | |
| | | YES (NO) a) Stadol 0.5 mg - 1.0mg IV | |
| | | YES (NO) b) Demerol 25 mg - 50mg IV | |
| | | (YES) NO c) Fentanyl 25mcg - 50mcg IV may repeat dose x1 | |
| | | YES (NO) d) Droperidol 0.625 mg - 1.25 mg - 2.5mg IV | |
| | | YES (NO) e) Benadryl 50mg IV | |
| | | 5. O2 at 2 liters prn to maintain O2 saturation over 90%. | |
| | | 6. Versed 0.5 mg - 1.0 mg IVP q 2 mins up to 10 mg intraprocedure for sedation | |
| | | Noted by ____ **Post Endoscopy Orders** | |
| | | 1. Blood pressure, pulse and respiration. | |
| | | q 15 min x 2 - if stable | |
| | | q 1/2 hr x 2 - if stable | |
| | | q 1 hr x 2 - if stable | |
| | | 2. Narcan 0.2mg - 0.4mg IV per nursing assessment if Fentanyl/ Stadol/Demerol was given for a premedication. | |
| | | 3. NPO until gag reflex returns. | |
| | | 4. May be discharged in 1 - 1 1/2 hours post procedure if stable or as ordered by the physician. | |
| | | 5. Trilafon 5mg IM if needed for nausea and/or vomiting. | |
| | | 6. Recent give prn if unable to pass flatus. | |

Med. Dept. Approved: 3/3/93

500685.011.0100

St. Mary's Regional Medical Center

## Outpatient Department
## Discharge Instructions

```
915577.00    HR    221342
ADM      7/99
FANTUZZI, RONALD M              M
43 POLAND RD
AUBURN    ME 04210
M1NJ0660b721-01
5J8    V62    7823873
```

You have undergone a procedure called:    ____ Gastroscopy    ____ Colonoscopy    ____ Bronchoscopy
                                           ____ ERCP          ____ Minor Surgery _____

1.  You must have someone drive you home if you have received sedation.  You cannot drive and you should have someone stay with you the remainder of the day.  **Do Not:  Drive a car, operate machinery, make any important decisions, or drink alcohol.**

2.  Limit your activities for today.  Go home and rest.  The effects of the medications should wear off by the next day and you will be able to resume your normal activities.

3.  Diet: Eat a light diet (soups, jello, ect.) / soft diet and advance gradually today to your normal diet unless otherwise instructed by your doctor.  Drink plenty of fluids.

4.  You may resume your normal prescription medicines, unless otherwise instructed by your doctor.

5.  There may be some soreness where the instruments have been, this will wear off in a day or two.

6.  Some bloating may be experienced if air has been retained in your gastrointestinal tract (stomach and/or bowel) this will pass as you expel the air.

7.  Call Dr. _____Monzel_____ at ___746528Y___ if you have any questions or any of the following problems:
        Excessive pain, nausea/vomiting
        Signs of any excessive bleeding
        Redness, tenderness, and swelling at the IV site that persists for more than 48 hours
        Temperature greater than 101 not related to a cold or flu

8.  Your doctor will notify you about the results of any biopsies.  If you have not been notified within a week with the results, contact your doctor.

9.  If a biopsy or a polypectomy has been done, blood thinners, ASA or any products containing ASA should be avoided for one week.

Patient/Accompanying Adult: _Ronald Fantuzzi_    Time: _____

Instructions Reviewed By: _____

Office Appointment with Dr. _____

Date: _____    Time: _____

_Dr Monzel will call w/ results —_
_Continue all current meds_
_reduce prednisone to 5mg_

Reviewed and given to patient by: _Alexander RN_

500685.011.0101

**EMERGENCY DEPARTMENT REPORT**

**St. Mary's**
REGIONAL MEDICAL CENTER

| ADMIT NO. | FC | HOW ARRIVED | MED. REC. NO. | PATIENT NAME | | SERVICE | NUR STA. | ROOM - BED | |
|---|---|---|---|---|---|---|---|---|---|
| 9073575 | 1 | W | 00221342 | FANTOZZI, RONALD M | | EME | | | 23:13 |

| PATIENT ADDRESS | AGE | DATE OF BIRTH | PLACE OF BIRTH | SEX | MAR. STATUS | PMD CALLED |
|---|---|---|---|---|---|---|
| 40 POLAND RD | 036Y | /62 | CT | M | M | PMD RESPONDED |

| CITY, STATE, ZIP | MAIDEN NAME | MOTHER/FATHER NAME |
|---|---|---|
| AUBURN   ME04210 | | |

CONDITION ON DISCHARGE
☐ EXCELLENT ☐ CRUTCHES
☐ GOOD ☐ WH-CHAIR
☐ FAIR ☐ STRETCHER
☐ CRITICAL ☐ CARRIED
☐ WALKED
☐ ADMITTED
☐ TREATED & RELEASED
REFERRED TO:

| ATTENDING PHYSICIAN | NEXT OF KIN/SPOUSE | NAME AT LAST ADMIT | VETERAN |
|---|---|---|---|
| WOOD, DOUGLAS R. | DEBORAH | | |

| PRIVATE PHYSICIAN | RACE/ORIGIN | RELIGION | PREV. DISCH. DATE | EMS. NO. |
|---|---|---|---|---|
| BOULANGER, MICHAEL J | C | | | |

| DATE AND TIME OF SERVICE | ACCIDENT DATE/HOUR | DATE AND TIME OF DEATH |
|---|---|---|
| 3/15/99  23:12  18 | 3/14/99  18:00 | |

| | MEMBER ID | GROUP NUMBER | SUBSCRIBER'S NAME(S) | RELAT |
|---|---|---|---|---|
| BLUE CROSS OF ME | YTN006605921- | | FANTOZZI, RONALD M | PT |

| PT. PHONE # | NEXT OF KIN PHONE | | SOC. SEC. # | |
|---|---|---|---|---|
| 207-782-3873 | 207-782-3873 | | | 006842724 |

PRESENTING COMPLAINT   SEVERE LEFT FOREARM/HAND PAIN

DIAGNOSIS

| ALLERGIES | LAST TETANUS | | PPD |
|---|---|---|---|
| | | | |

TRIAGE

MEDICATIONS:

☐ CBC
☐ LYTES
☐ BUN
☐ BS
☐ AMYLASE
☐ ETOH
☐ CCU SPEC
☐ COAG
☐ UA
☐ CIS
☐ ES
☐ RED TOP HOLD
☐ SMA 12
☐ EKG
☐ ABG
☐ HCG
☐ X-RAY
☐
☐
☐
☐

TRIAGE SIGNATURE

RX/PROCEDURE

DISCHARGE DISPOSITION

| INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |

| UNIT | TIME |
|---|---|
| | |

500685.011.0102

☐ PATIENT CALLED WITH LABORATORY / X-RAY RESULTS: _____
                                                    DATE        TIME      INITIALS

## St. Mary's Regional Medical Center
## Consent/Assignment/Authorization Statement

**Consent for Treatment**    Admission Date: _____

I, the undersigned a patient in this St. Mary's Regional Medical Center ("SMRMC"), hereby authorize employees of SMRMC and physicians(s) (and whomever they may designate as assistants) to administer such treatment as is necessary, and such additional operations or procedures as are considered therapeutically necessary on the basis of findings during the course of said treatment. I also consent to the administration of such anesthetics as are necessary. Any tissues or parts surgically removed may be disposed of by SMRMC in accordance with accustomed practice. I hereby certify that I have read and fully understand the above Consent for Treatment, the reasons why the treatment/procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment which may have been explained to me by the attending physician. I also certify that no guarantee or assurance has been made to the results that may be obtained.

**Authorization To Release Medical Information**

St. Mary's Regional Medical Center is hereby authorized and requested to furnish the _____ insurance company(s) or its properly authorized agent, my employer and any peer review organization which conducts reviews of hospital utilization under an agreement with my employer and/or health insurance carrier, or any person or corporation that is or may be liable, under contract or otherwise, for all or part of the Medical Center's charge; all information required by it to determine benefits, including nature of the visit, diagnostic and treatment information, and copies of my medical record which may be available to said hospital.

**Assignment Of Benefits**

I hereby assign unto St. Mary's Regional Medical Center and related contracted professionals, all hospital insurance benefits now due and to become due and payable to me or on my behalf, but not to exceed the Medical Center's charges by virtue of my treatment by the hospital, and I hereby direct the _____ Insurance Company(s) to pay such benefits directly to the hospital in consideration of the hospital care and services furnished and to be furnished by the hospital.

**Payment Terms**

I understand payment of charges is due for services rendered within 30 days including any collection or attorney fees. If I am financially unable to do so I agree to complete a detailed financial statement so alternative payment arrangements can be determined.

**Release From Responsibility For Personal Property**

I understand and agree that under no circumstances will St. Mary's Regional medical Center be responsible for personal property. I take full responsibility for retaining in my possession or custody any and all such articles.

**Authorization For Payment Of Medical Benefits**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers or any other medical insurers, any information needed for this or a related Medicare, or other medical insurance claim. I request that payment of authorization of authorized benefits be made to St. Mary's Regional Medical Center and to physicians or other persons providing medical services to me or for my benefit. For extended outpatient services I request this authorization apply to the duration of my services.

**Acknowledgement**

I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**I Have Read This Consent/Authorization Completely And Crossed Out Any Words Or Phrases Which I Do Not Accept:**

| Patient Signature: | Date | Time |
|---|---|---|
| Guarantor Signature | Date | |
| | Date | |
| | Date | |

500685.011.0103

St. Mary's Regional Medical Center
Campus Avenue PO Box 291
Lewiston, Maine 04243-0291
Page 3 of 3

9073575          NR          221342
ADM   3/14/99
FANTOZZI, RONALD M
4. POLAND RD
AUBURN          ME 04210
MI M0G6605921-01

FOR          Y62          7823073

**For Inpatients only:**

I certify that I have received the Medicare Bill of Rights entitled "An Important Message from Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

### Release from Responsibility for Personal Property

I understand and agree that under no circumstance will SMRMC be responsible for my personal property. I take full responsibility for retaining in my possession or custody any and all articles. I acknowledge that I have declared or listed all items of personal property I have chosen to keep in my possession or custody while at SMRMC, and further acknowledge that I have been offered an opportunity to have my personal property kept at SMRMC during this admission, and that I have refused that offer.

### Consent

I have read this consent/authorization/assignment statement completely and have crossed out any words or phrases that I do not agree to.

| 3-14-99 | 2313 | X Ronald as Img 1 |
|---|---|---|
| Date | Time | Patient Signature |
| | | Print Name: Ronald Fantozzi |

If the patient is a minor
or without capacity:

| | | |
|---|---|---|
| | Time | Parent/Legal Guardian |
| | | Print Name: |

| 3-14-99 | 2313 | Al Tibbetts |
|---|---|---|
| Date | Time | Witness/Signature |
| | | Print Name: Al Tibbetts |

Patient unable to sign for the following reason: _____

Telephone Consent received by: _____

Name: _____

Date: _____ Time: _____

500685.011.0104

St. Mary's Regional Medical Center
Campus Avenue PO Box 291
Lewiston, Maine 04243-0291
Page 2 of 3

*Emergency Department*

```
907357●
AEN   3/ /99
PATIENT, RONALD M                    M
   POLAND RD
AUBURN        HE 04210
HINC06605921-01

LSR ●62        7823873
```

## Authorization to Release Medical Information for Payment & Assignment of Benefits

SMRMC is hereby authorized and requested to furnish to any person who is or may be responsible for the payment of the charges incurred for my treatment at SMRMC, including any insurance company, third party administrator, my employer, or any of the properly authorized agents or representatives, and any peer review organization which conducts reviews of hospital utilization under an agreement with my health insurance carrier, third party administrator, or employer, or any person that is or may be liable therefore under contract or otherwise: all information required by it or them to determine benefits, including the nature of the visit, diagnostic and treatment information, and copies of my medical record which may be available to SMRMC. SMRC can disclose information to the persons so authorized on a continuing basis for as long as the authorization remains in effect. This authorization will remain in effect for the term of my current insurance coverage, along with any applicable renewals of that coverage.

I understand that I can refuse to release medical information for the purposes above listed. I also understand that if I refuse to release this information my insurance company or other person liable to bear my hospital expenses may not cover my expenses while I am treated at SMRMC. I understand this authorization to release medical information may be revoked (cancelled) by me at any time. In order to revoke my consent, I must send a written notice to St. Mary's Regional Medical Center, Attention: Health Information Management Services, PO Box 291, Lewiston, Maine, 04243-0291. I understand that SMRMC may properly rely upon any authorization I have given to release medical information with respect to disclosure made before revocation of such authorization.

I understand payment of charges for medical care from SMRMC is due for services rendered within thirty (30) days of service, and I will be responsible for any fee incurred by SMRMC for collection of delinquent charges or attorney's fees incurred in the connection therewith. If I am financially unable to do so, I agree to complete a detailed financial statement so that alternative payment arrangements can be determined.

I certify that the information given by me in applying for payment by the Medicare or Medicaid programs or any managed care provider is correct. I request that payment of authorized benefits be made to SMRMC and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services, I request that this authorization apply to the extent of my services. If I receive medical services which are not covered by Medicare or Medicaid because those programs determine that the services are not medically necessary, I understand that I have the obligation to pay for those services. I agree to pay all charges for services not authorized for payment by any health maintenance organization, preferred provider organization or other managed care organization for which I seek certification for treatment by SMRMC.

I hereby assign to SMRMC and related contracted professional service providers all hospital or professional service insurance benefits now due or which may become due and payable to me or on behalf of the charges for such services) by virtue of my treatment at SMRMC, and I hereby direct any person including, but not limited to, an insurance company, third party administrator, my employer, preferred provider organization or other person responsible for payment of my medical care to pay such benefit directly to SMRMC in consideration of the care, treatment and services furnished or to be furnished by or through SMRMC.

Name of Insurance Company(s): _Blue Cross (HMO)_ _____  _____

500685.011.0105

*Emergency Department*

> St. Mary's Regional Medical Center
> Campus Avenue PO Box 291
> Lewiston, Maine 04243-0291
> Page 1 of 3

Admission Date: _____

## Authorization for Treatment

The undersigned patient at St. Mary's Regional Medical Center ("SMRMC") hereby authorizes SMRMC's physicians and employees (and whomever they may designate as assistants) to administer such medical treatment as necessary in their professional judgement. I further consent to the administration of such anesthetics as are necessary in connection with such treatment. Any tissues or parts surgically removed may be disposed of by SMRMC in accordance with its customary practice.

Further I realize that there are medical, nursing and other health care personnel who are in training and unless requested otherwise, they may participate in my care as part of their education. I hereby certify that I have read and fully understand the above Authorization for Treatment, the reasons why the treatment/procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment which have been explained to me by the attending physician. I understand that no guarantee or assurance has been made to the results that may be obtained.

## Limited Authorization to Release Medical Information

SMRMC is hereby authorized to provide information about my general condition and presence within the hospital in order to respond to questions, receive telephone calls, visitors, mail, gifts, and other deliveries. This includes confirmation of my presence in the hospital to the media, unless otherwise specified. General condition responses mean "good", "fair", "serious", "critical", or "undetermined". Information about my presence and condition, unless requested otherwise, may be shared with SMRMC Pastoral Care Services so as to facilitate communication with my clergy.

The following individual(s) are designated so that the hospital can share detailed healthcare information in an effort to make the best and most informed healthcare decisions with me:

_____
_____
_____

I understand that information concerning my treatment and condition <u>during this admission</u> is available to those involved with the provision of and payment for my care. Authorization is hereby granted to release information:

** To nursing homes, boarding facilities, congregate care facilities, home health care agencies to assess my discharge for appropriateness of the referral and for continuity of care by such facilities

** For purposes of conducting concurrent and retrospective on-site review and/or professional and utilization review and Quality Improvement Planning

** To physicians other than my attending physician to the extent that such information is needed in the professional judgement of SMRMC personnel or my attending physician in order to provide for my medical treatment.

** To other health care institutions, organizations, or facilities as necessary to continue my care or treatment at the direction of my physician

This authorization does not include review of diagnosis of HIV infection without specific written consent.

1 40209

500685.011.0106

FANTOZZI, Ronald    Wood    SMRMC    03/14/1999
MR#: 221342  ACCT#: 9073575  DOB: ████/1962  IN: 2315  EXAM:

**PROBLEM:** Hand pain.

**HPI:** The patient is a 36-year-old male who, at 1700 hours this afternoon, when supinating his hand, had instant onset of sharp, tingling pain to his left hand radiating back toward his elbow. There is no trauma to the area. The pain has persisted despite his application of cold packs, and he presents now for pain relief.

**PMH:** Crohn's disease.

**ALLERGY:** No known allergies.
**MEDS:** OxyContin 40 mg p.o. b.i.d. and prednisone.
**IMM:**
**PMD:** Dr. Michael Boulanger.

**EXAM:** General appearance: The patient is a well-developed, well-nourished, white male who appears his stated age, in mild to moderate distress. Vital Signs: Temperature 37.0 p.o., pulse 92, respiratory rate 20, blood pressure 152/88.

**EXTREMITIES:** Exam is otherwise limited to the left hand, which shows swelling at the second MCP joint (index finger). The area is very tender to palpation. There is no fluctuation, consistent with abscess. There are no lacerations, hematoma or other obvious deformity. The patient does have range of motion at that joint, but it is restricted secondary to pain. The other MCP joints are normal. Distal circulation and sensation in all fingers, including the index finger, is intact. The patient has a strong radial pulse. The elbow is unremarkable.

**COURSE/PROCEDURES:**
**X-RAY:** Read by the Emergency Physician.
LEFT HAND (Plain films) No fracture or bony deformity, dislocation or other concerns.

The patient received a total of 100 mg of Demerol IM (in two aliquots) and 25 mg of Phenergan IM. He was placed in a hand splint to restrict motion of the MCP joint.

**DX:**
1.  "Snapped" tendon.

**MDM/TX/COUNSEL/COORD:**
1.  He is advised to continue to taking OxyContin for pain relief.
2.  He is to followup with Dr. _____ at the Pain Control Clinic on Monday.

*Dictate, Inc. 207-539-8477 for NEO-St. Mary's Regional Medical Center*
ORIG. COPY                    VF#: 0103                    Page 1 of 2

500685.011.0107

FANTOZZI, Ronald    Wood    SMRMC    03/14/1999
MR#: 221342  ACCT#: 9073575 DOB: ████/1962 IN: 2315  EXAM:

MLM: (Continued)
3.  He is to return to the emergency department for further concerns.

**CONDITION AT DISCHARGE:** Improved.

Douglas R. Wood, MD
DOD:03/15/1999    DRW/kjn
DOT:03/15/1999

ADDENDUM

Approximately two hours after the patient is discharged from the
emergency department, he calls back and states that the pain in his hand
is getting worse. When I asked him if he has taken any OxyContin for
him, as I told him he should, he stated that he in fact had not and was
hesitant to do so. I told him to go ahead and take the OxyContin and to
wait at least one hour to ensure that he is getting maximal effect
before either calling back or presenting to the emergency department.

Douglas R. Wood, MD
DOD:03/15/1999    DRW/kjn
DOT:03/15/1999

500685.011.0108

**St. Mary's Regional Medical Center**
**Emergency Department Clinical Information**
Campus Avenue
Lewiston, Maine 04240
Tel. (207) 777-8120

MR    221342

| Patient's Name | | ED Triage: | | Mode of Arrival: ☐ Amb ☐ W/C ☐ Ambulance |
|---|---|---|---|---|
| Time Triage 2315 | Private Physician BOULANGER | | | Immunizations UTD ☐ Yes ☐ No ☐ N/A |
| Presenting Complaint | | | | Tetanus UTD ☐ Yes ☐ No ☐ N/A Date ____ |
| Pertinent Medical History / Reports None ☐ CROHNS | | | | Allergies NKDA |

Developmental Age Px History   Yes ☐ No ☐ N/A ☐    LMP   N/A ☐
Weight ____ Kg   N/A ☐   O₂ SAT ____ ON ____ N/A ☐

Medications: Oxycontin 30, Prednisone,

| | Time 2315 | BP 132/88 | P 92 | R 20 | Temp 37.8po |
| Ortho-Stations | | | | | |

Triage Note: Acute onset @ ≈ 1700 of sharp tingling pain to @ hand
when pt turned his head over. Steroms. Pain has persisted
Trials of cold & A. Vigorous capillary refill

Triage RN: Dave Gunn RN

| Mental Status | Skin | Pain N/A | Pupils N/A | Chest N/A | | Abdomen N/A | Extremities N/A |
|---|---|---|---|---|---|---|---|
| ☑ Awake | ☐ Warm | ☐ Absent | Perl Yes☐ No☐ N/A☐ | SOB | Yes☐ No☐ | ☐ Soft | R  L |
| ☑ Alert | ☑ Dry | ☑ Present | Visual Acuity W/WO | Retractions | Yes☐ No☐ | ☐ Non-Tender | ☐ ☐ Pedal Pulses + |
| ☑ Oriented | ☐ Hot | | OD ____ OS ____ | Stridor | Yes☐ No☐ | ☐ Bowel Sounds + | ☐ ☐ Pedal Pulse ~ |
| ☐ Obeys Commands | ☐ Flushed | Pain Scale | Size | R  L | | ☐ Bowel Sounds – | ☑ ☐ Edema |
| ☐ Confused | ☐ Pale | ☑ Rating 1-10 8 | R ____ MM L ____ MM | ☐ ☐ | Clear | ☐ Firm | ☐ ☐ Deformity |
| ☐ Unresponsive | ☑ Cool | | | ☐ ☐ | Rales | ☐ Tender | ☑ ☐ Mobility Deficit |
| ☐ Change in MS | ☐ Moist | Cultural / Spiritual / Educational | | ☐ ☐ | Rhonchi | ☐ Distended | ☑ ☐ Sensation Deficit |
| Yes☐ No☐ | ☐ Cyanotic | needs to be aware of | | ☐ ☐ | Wheezes | | |
| | ☐ Jaundiced | Yes☐ No☐ N/A☐ | | ☐ ☐ | Decreased | | |

| Time In Room | **MD Notes** | **MD Orders** | Tests |
|---|---|---|---|
| Time Seen By Physician | | | ☐ CBC |
| | | Demerol 50 ; IM 2325/DGR | ☐ LYTES |
| | | Phenergan 25 | ☐ BUN |
| | | | ☐ CREAT |
| | | | ☐ BS |
| | | | ☐ AMYLASE |
| | | Hand Splint | ☐ ETOH |
| | | | ☐ CCU SPEC |
| | | | ☐ COAG |
| | | | ☐ UA |
| | | | ☐ C/S |
| | | | ☐ SS |
| | | | ☐ RED TOP HOLD |
| | | | ☐ SMA 12 |
| | Continue Oxycontin | | ☐ PURPLE TOP |
| | Splint for comfort | | ☐ EKG |
| | F/u E Snyder @ Orthopedics | | ☐ ABG |
| | Mon | Carenap Yes ☐ No ☐ | ☐ HCG |
| | ✓ 0103 | Discharge Condition | ☐ X-RAY ☑ HAND |
| | | ☑ Improved | ☐ Medical Record |
| | | ☐ Stable | |
| | | ☐ Unimproved | |
| | | ☐ Other | |
| | | ☐ Died | |
| Clinical Diagnosis: SNAPPED TENDON | MD Signature | | |

500685.011.0109

**St. Mary's Regional Medical Center**
**Emergency Department Clinical Information**

**Page 2**

9073575      HR      221342
ADM  3/14/99
FANICOZZI, RONALD N
4. POLAND RD
AUBURN      NE 04210
HIN006605921-01

DOB      62      7823873

## Vital Signs

| Time | BP | P | R | T | O₂SAT | Nursing Comments |
|------|----|----|----|----|-------|------------------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Time | Nurse Treatments / Observations / Medications | |
|------|------|------|
| 2325 | Demerol 50 & Phenergan 25 IM (R) thigh | Jeanne N. |
| | forearm splint to (R) hand | |
| 0001 | Demerol 50 IM (R) deltoid | |
| | | |
| | | |
| | | |
| | | |
| | | |

See Additional Notes ☐

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total: | To al: | |

IVD/CD  ☐ Yes ☐ No      Site Healthy          Catheter Intact Upon D/C

Instructions / Education / RX: _Dresd into c̄ instructions. Home c̄ wife driving_

| Time of Disposition or Death | Disposition | | | Report To | ☐ Deceased      ☐ Transfer Form Done |
|------|------|------|------|------|------|
| 0015 | ☐ Home  ☐ Admit to  ☐ Transfer To | | | | ☐ MB Notified      Organ Donation ☐ Yes ☐ No |

Discharge Instruction Given ☐ Yes ☐ No      Verbalized Understanding ☐ Yes ☐ No      RN Signature

500685.011.0110

**St. Mary's Regional Medical Center**
45 Golder Street, Lewiston, ME  04240  (207)777-8100
**Aftercare Instructions**

for Ronald Fantozzi, Monday, March 15, 1999, 12:08 am

IMPORTANT: We have examined and treated you today on an emergency basis only. This is not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. It is impossible to recognize and treat all injuries or illnesses in a single Emergency Department visit. If you had special tests such as EKG's and X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After leaving, you should FOLLOW THE INSTRUCTIONS BELOW.

You were treated today by Diane Wood, MD.

**TENDINITIS.**
Tendons are the "ropes" in the body that connect muscles to bones. They make our joints bend. They also help hold our joints together. Tendons, like ropes, are made of tiny fibers. If you overstretch or overuse them, they can get frayed. (Some of the tiny fibers can break.) Unlike the rope, though, a tendon can heal.

An injured tendon becomes "inflamed" or sore. That is called Tendinitis. Rest is the best treatment. Anti- inflammatory medicines can help, too. They cut down the body's reaction to the injury. The simplest and cheapest of these is aspirin. Many other medicines have been invented that may be stronger or have fewer side effects. It takes 2 to 3 weeks of treatment for tendonitis to get better.

**Do the following:**
- Rest your sore part for a week or so. Use it slowly after that.
- For first 1-2 days use cold packs for 15-20 minutes 4 times daily.
-- After 2 days use moist heat on same schedule.
- Wear splint for comfort.
- Keep hand elevated.
- Continue oxycontin as prescribed.
**Call your doctor if you have:**
- any new or severe symptoms.

******************************************************
     THESE ARE YOUR FOLLOW-UP INSTRUCTIONS!
******************************************************
Call as soon as possible to make an appointment to see Dr. SNYDER MD in 24 hours.   You can reach Dr. SNYDER MD at 783-2300, 12 High st. LEWISTON, ME  04240.
******************************************************

AS ALWAYS, YOU ARE THE MOST IMPORTANT FACTOR IN YOUR

RECOVERY. Please follow the instructions above carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, CALL OR VISIT YOUR DOCTOR RIGHT AWAY. If you can't reach your doctor, return to the Emergency Department.

"I understand the written and discussed instructions. My questions have been answered."

_____
              Patient or Responsible Person

_____
              Physician or Nurse

SEATBELTS. There is no doubt that seatbelts save lives. Every day in the Emergency Department we see how people without seatbelts are more severely hurt. We always buckle-up! Please do the same!

Portions Copyrighted 1986-1999, LOGICARE Corporation. Page 1, last page.

500685.011.0111

**ST. MARY'S REGIONAL
MEDICAL CENTER**

Lewiston, ME  04240

**RADIOLOGY REPORT**

| | |
|---|---|
| Name: | FANTOZZI, RONALD M |
| Pt. Phone: | 782-3873 |
| DOB: | ▓▓62 |
| PHY(S): | MICHAEL BOULANGER, M.D. |
| PHY(S): | DOUGLAS R. WOOD, M.D. |
| Hosp #: | 9073575 |
| MR #: | 22-13-42 |
| X-RAY #: | 08-99-89 |
| Service Date: | 03/14/99 |
| NS/Room: | ER |

LEFT HAND MULTIPLE VIEWS      73130

Indication for Study: Atraumatic left hand pain

FINDINGS: Examination of the left hand in multiple views show no evidence of fracture or dislocation. No lytic or blastic lesions are seen. The joint spaces are well maintained. Question of old avulsion injury of the ulnar styloid process is noted. The differential diagnosis includes accessory ossicle which is a normal variant. Clinical correlation is suggested.

IMPRESSIONS:  Left hand, no evidence of acute abnormality.


TANWEER KHAN, M.D./reb

D: 03/15/99   T: 03/16/99

cc:        MICHAEL BOULANGER, M.D.                          (F)
           X-RAY BACK OFFICE                                (O)
           PHYSICIAN BILLING                                (O)
                RAD                                         (O)

500685.011.0112

# ST. MARY'S REGIONAL MEDICAL CENTER

Lewiston, ME  04240

8278533          MS3      22-13-42

FANTOZZI, RONALD M
DOB: ████/62

## DISCHARGE SUMMARY
(Identification Sheet)
Page 1

Admitted:    10/05/98

Dictator:   MICHAEL MONZEL, M.D.

---

**DISCHARGE DATE:**   10/09/98                  **DEATH DATE:**

---

**PROVISIONAL DX** Crohn's disease with anastomotic involvement and partial small bowel obstruction now resolved and improved.

**ALLERGIES, INC. DRUG REACTIONS**

**INFECTIONS & COMPLICATIONS**

**CONSULTATIONS**

**PRINCIPAL PROCEDURE (date)          SECONDARY PROCEDURE (date)**

**PRINCIPAL DX**
1.    Crohn's disease with anastomotic involvement and partial small bowel obstruction now resolved and improved.

**SECONDARY DX**
2.    Chronic severe pain related to Crohn's and possibly other factors.
3.    History of renal calculi.
4.    Status post previous ileal resection and right hemicolectomy for Crohn's.
5.    Hepatitis-C with mildly active hepatitis, not treated.
6.    Adjustment disorder with anxiety/panic attacks and probable depression.
7.    Narcotic dependency.

500685.011.0113

# ST. MARY'S REGIONAL MEDICAL CENTER

Lewiston, ME  04240

8278533          MS3          22-13-42

FANTOZZI, RONALD M
DOB:  ▓▓762

**DISCHARGE SUMMARY**

Admitted:   10/05/98
Discharged: 10/09/98

Dictator:  MICHAEL MONZEL, M.D.

---

**HISTORY OF PRESENT ILLNESS:** This 36-year-old male is admitted to the hospital with progressive severe right sided abdominal pain. The patient is seven years status post ileocolonic resection for recurrent pain. Recent workup because of ongoing pain and diarrhea has revealed recurrence at the anastomosis and ulcer and modest narrowing of the TI at this point. The patient also had a recent CT scan to further assess the severity of this pain which seemed to be out of proportion with objective findings and this was recently normal. He has also been treated recently for a renal calculi.

**PHYSICAL EXAMINATION:** The patient on examination was uncomfortable. His color was good. He is well nourished. The lung fields were clear. The abdomen was notable for nonsystemic tenderness on the right but it was relatively soft despite apparent appreciated severe tenderness. Bowel sounds were diminished. Rectal revealed no masses. Stool was Hemoccult negative.

**LABORATORY DATA:** Laboratory data revealed a white blood count of 11,300, hematocrit of 37, hemoglobin 13, MCV of 93. The platelet count was 285,000. Sodium was 139, potassium 3.6, chloride 104, CO2 of 29. The liver function tests were totally normal on admission and the amylase was normal. The urinalysis was negative.

A KUB and upright suggested early small bowel obstruction and dilated loops of small bowel.

**HOSPITAL COURSE:** The patient was admitted, kept NPO, given analgesics in the form of Demerol and pain improved minimally. Diarrhea increased in severity. He was begun on Solu-Medrol 100 mg IV q.12h. A stool for C-difficile toxin tidal returned positive. He was begun on Vancomycin and diarrhea slowly resolved. Despite the resolution of diarrhea and the fact that he was able to have a much softer abdomen and maintain oral intake, he continued to complain of pain. There was a concern of a secondary gain in depression behind this. He was seen on consultation by physiatry and psychiatry. The psychiatric evaluation did reveal that he was significantly depressed. He was begun on Luvox 50 mg p.o. b.i.d. while in the hospital and was switched over to Ativan. The patient was begun to be tapered off his pain medications. Physiatry consultation concurred with the psychiatric evaluation for pain management with medications and recommended outpatient referral to the Medical Rehabilitation Service. The patient is thinking about this at this point in time.

(SEE NEXT SHEET)

500685.011.0114

   

DISCHARGE SUMMARY       MICHAEL MONZEL, M.D.       MS3       8278533
FANTOZZJ, RONALD M
Page 3

**DISCHARGE PLAN:** The patient was switched from Demerol to occasional oral Percocet. He seemed to be tolerate this switch well and will be discharged home on prednisone 30 mg p.o. q.d., Luvox 50 mg p.o. b.i.d., Percocet 1 tablet q.6h. only for severe pain, Vancomycin 125 mg p.o. q.i.d. for four more days and will be seen in followup from a gastrointestinal perspective in three weeks. He will followup with Dr. Boulanger to further assess issues of pain management also in the near future. He is to maintain a low-residual, relatively lactose-free diet.

MICHAEL MONZEL, M.D.

D: 10/09/98   MM
T: 10/15/98   pd

cc:   MICHAEL MONZEL, M.D.                    (P)
      MICHAEL BOULANGER, M.D.                 (F)
      LUKE BALLENGER III, M.D.                (P)
      RONALD SNYDER, M.D.                     (P)
        DEPT1                                 (P)

500685.011.0115

ISSUE DATE: 10/13/98                          ST. MARY'S                    PGM-ID: BCM601
ISSUE TIME: 13.33.25          PHYSICIAN ATTESTATION REPORT

PATIENT NAME:   FANTOZZI, RONALD M          AGE:  36 Y      SEX: M
ACCOUNT NUMBER:              8278533         ROOM: MS/0300 A
MEDICAL RECORD NUMBER:       221342          FIN. CLASS: C - COMMERCIAL
ADMISSION DATE:             10/05/98
DISCHARGE DATE/STATUS:      10/09/98    H - HOME


MDC/DRG ASSIGNMENT
  06 - DISEASES & DISORDERS OF THE DIGESTIVE SYSTEM
  180 - G.I. OBSTRUCTION W CC


PRINCIPAL DIAGNOSIS:  560.9     INTESTINAL OBSTRUCT NOS

SECONDARY DIAGNOSES
  2. 008.45 INTESTINAL INF CLOSTRIDIUM      3. 555.0  REG ENTERITIS, SM INTEST
  4. 296.32 RECURR DEPR -MOD                5. 300.21 AGORAPHOBIA WITH PANIC
  6. V13.01 PERS HX OF URINARY CALCULI      7. V45.72 ACQ ABSENCE OF INTESTINE
  8. V02.62 HEPATITIS C CARRIER             9. 477.9  ALLERGIC RHINITIS NOS
 10.                                       11.
 12.                                       13.
 14.                                       15.


PRINCIPAL SURGEON:

PROCEDURES                                     DATE     PHYSICIAN


ATTENDING PHYSICIAN:    2589  MONZEL, MICHAEL J

500685.011.0116

ADMISSION RECORD

ST. MARYS HOSPITAL
LEWISTON ME 04240

| ADM. RD/FC1 | ARRIVED | MED REC #1 PATIENT NAME | SVC | INSTROOM/BED | REG DTE |
|---|---|---|---|---|---|
| 8278533 C | | 00221342| FANTOZZI, RONALD M | MED | MS 0361/ W | 10/05/98 |

| PATIENT ADDRESS | AGE | D.O.B | PLACE OF BIRTH | SEX | MAR STA |
|---|---|---|---|---|---|
| 40 POLAND RD | 036Y | /62 | CT | M | M |

| CITY,STATE,ZIP | MAIDEN NAME | MOTHER/FATHER NAME |
|---|---|---|
| AUBURN     ME 04210 | | |

| ATTENDING PHYSICIAN | NEXT OF KIN/SPOUSE | NEXT OF KIN/TELEPHONE NO |
|---|---|---|
| MONZEL, MICHAEL J | DEBORAH    DEBORAH FA | T       / |

| REFERRING PHYSICIAN | RACE/SMOKE | REL | PREV DISCH | TERS NO |
|---|---|---|---|---|
| MONZEL, MICHAEL J | | C / N | 81 | 8/17/98 |

| DATE/TIME ADMITTED | DATE/TIME DISCH/DEATH | ACCIDENT DATE/PDOR |
|---|---|---|
| 10/05/98    11:14 | 10/09/98    MASRY 20% | |

| PT. PHONE # | ADMIT BY | SOC SEC # | LOCATION | ADMITTING DIAGNOSIS |
|---|---|---|---|---|
| 207 782-3873 | | 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 | | SMALL BOWEL OBST |

| EMPLOYER PHONE # | GUARANTOR (NAME/ADDRESS) | VETERAN | X-RAY NO |
|---|---|---|---|
| 784-9186 | 40 POLAND RD    FANTOZZI, RONALD M    AUBURN    ME 04210 | | |

ADVANCE DIRECTIVE

POWER OF ATTORNEY   NONE          LIVING WILL   NONE

| INSURANCE CO. NAME 418 3 | POLICY NO. | GROUP NUMBERS | SUBSCRIBERS NAME(S) | TRECAT |
|---|---|---|---|---|
| HEALTHSOURCE ME | 218103-01 | 999999 | FANTOZZI, RONALD M | PT |

ADMITTING DIAGNOSIS
  SMALL BOWEL OBSTRUCTION

| COMMENTS | TRANS. OR ADMIT | DATE LAST SERV | PHYSICIAN |
|---|---|---|---|
| | | 8/17/98 | 02589 |

PATIENT INFORMATION

| EMPLOYER NAME | EMPLOYER ADDRESS |
|---|---|
| FALCON | PO BOX 1286 |

| CITY | STE | ZIP | PHONE NUMBER |
|---|---|---|---|
| Lewiston | ME | 04243 | (207) 784-9186 |

GUARANTOR INFORMATION

| NAME | PAT. REL. | ADDRESS |
|---|---|---|
| FANTOZZI    RONALD M | PT | 40 POLAND RD |

| CITY | STE | ZIP | PHONE NUMBER |
|---|---|---|---|
| AUBURN | ME | 04210 | (207) 782-3873 |

| SOC SEC. NO | EMPLOYER | ADDRESS |
|---|---|---|
| | FALCON SHOE | CANAL ST |

| CITY | STE | ZIP | PHONE NUMBER |
|---|---|---|---|
| LEWISTON | ME | 04240 | (207) |

SUBSCRIBER INFORMATION

| NAME | SEX | PAT.REL | ADDRESS |
|---|---|---|---|
| FANTOZZI    RONALD M | M | PT | 40 POLAND RD |

| CITY | STE | ZIP | PHONE NUMBER |
|---|---|---|---|
| AUBURN | ME | 04210 | (207) 782-3873 |

| 1ST INSURANCE CO. NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| HEALTHSOURCE ME | 174 FREEPORT ROAD | FREEPORT | ME | 04032 |

| NAME | SEX | PAT.REL | ADDRESS |
|---|---|---|---|
| | | | |

| CITY | STE | ZIP | PHONE NUMBER |
|---|---|---|---|
| | | 00000 | (000) |

| 2ND INSURANCE CO. NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| | | | | |

500685.011.0117

## St. Mary's Regional Medical Center
### Consent/Assignment/Authorization Statement

8078533

*Fantozzi Ronald*

**Consent for Treatment**    Admission Date: *10/5/98*

I, the undersigned a patient in this St. Mary's Regional Medical Center ("SMRMC"), hereby authorize employees of SMRMC and physicians(s) (and whomever they may designate as assistants) to administer such treatment as is necessary, and such additional operations or procedures as are considered therapeutically necessary on the basis of findings during the course of said treatment. I also consent to the administration of such anesthetics as are necessary. Any tissues or parts surgically removed may be disposed of by SMRMC in accordance with accustomed practice. I hereby certify that I have read and fully understand the above Consent for Treatment, the reasons why the treatment/procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment which have been explained to me by the attending physician. I also certify that no guarantee or assurance has been made to the results that may be obtained.

**Authorization To Release Medical Information**

St. Mary's Regional Medical Center is hereby authorized and requested to furnish the *Health Source* insurance company(s) or its properly authorized agent, my employer and any peer review organization which conducts reviews of hospital utilization under an agreement with my employer and/or health insurance carrier, or any person or corporation that is or may be liable, under contract or otherwise, for all or part of the Medical Center's charge; all information required by it to determine benefits, including nature of the visit, diagnostic and treatment information, and copies of my medical record which may be available to said hospital.

**Assignment Of Benefits**

I hereby assign unto St. Mary's Regional Medical Center and related contracted professionals, all hospital insurance benefits now due and to become due and payable to me or on my behalf, but not to exceed the Medical Center's charges by virtue of my treatment by the hospital, and I hereby direct the *Health Source* Insurance Company(s) to pay such benefits directly to the hospital in consideration of the hospital care and services furnished and to be furnished by the hospital.

**Payment Terms**

I understand payment of charges are due for services rendered within Thirty (30) days including any collection or attorney's fees. If I am financially unable to do so, I agree to complete a detailed financial statement so alternative payment arrangements can be determined. I agree to pay all charges for services not authorized for payment by any Health Maintenance Organization, Preferred Provider Organization or other Managed Care Organization for which I seek certification for treatment by St. Mary's.

**Release From Responsibility For Personal Property**

I understand and agree that under no circumstances will St. Mary's Regional Medical Center be responsible for my personal property. I take full responsibility for retaining in my possession or custody any and all articles. I acknowledge that I have declared or listed all items of personal property I have chosen to keep in my possession or custody while at St. Mary's, and further acknowledge that I have been offered an opportunity to have my personal property kept at St. Mary's during my stay at St. Mary's, and that I refused that offer.

**Authorization For Payment Of Medical Benefits**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to me or release to the Social Security Administration or its intermediaries or carriers or any other medical insurers, any information needed for this or a related Medicare, or other medical insurance claim. I request that payment of authorization of authorized benefits be made to St. Mary's Regional Medical Center and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services I request this authorization apply to the extent of my services.

**An Important Message From Medicare/Champus**

I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**I Have Read This Consent/Authorization Completely And Crossed Out Any Words Or Phrases That I Do Not Accept.**

| | | |
|---|---|---|
| *Ronald Fantozzi* | *10-5-98* | |
| Patient Signature: | Date | Time |
| *Debra Fantozzi* | *10-5-98* | |
| Guarantor Signature | Date | Relationship |
| *M. Lundgren* | *10/5/98* | |
| Witness Signature | Date | |

Telephone Consent Received By: _____ Date: _____ Time: _____

140209

C:\MM\SMPATIENT\FORMS.FM3

500685.011.0118

EMERGENCY DEPARTMENT REPORT

**St. Mary's**
REGIONAL MEDICAL CENTER

| ADMIT NO 8278533 | FC C | HC HOW ARRIVED | MED. REC NO 00221342 | PATIENT NAME FANTOZZI, RONAL M | SERVICE EME | NUR STA | ROOM - BED | 10/06/98 |

| PATIENT ADDRESS 40 POLAND RD | AGE 036Y | DATE OF BIRTH /62 | PLACE OF BIRTH CT | | SEX M | MAR STATUS M | |

| CITY, STATE, ZIP AUBURN  ME 04210 | MAIDEN NAME | | MOTHER-FATHER NAME | |

| ATTENDING PHYSICIAN FLANAGAN, TERRENCE | NEXT OF KIN-SPOUSE DEBORAH | NAME AT LAST ADMIT | VETERAN |

| PRIVATE PHYSICIAN MONZEL, MICHAEL J | RACE-ORIGIN | RELIGION | PREV DISCH. DATE | EMS. NO |

| DATE AND TIME OF SERVICE 10/06/98  8:16  410 | ACCIDENT DATE/HOUR 10/04/98  8:00 | DATE AND TIME OF DEATH |

| INSURANCE CO NAME HEALTHSOURCE ME | POLICY NO 218103-01 | GROUP NUMBER 999999 | SUBSCRIBER'S NAME(S) FANTOZZI, RONALD M |

| PT. PHONE # 207 782-3873 | NEXT OF KIN PHONE # 207 782-3873 | SOC. SEC. # |

RECHECK/CROHNS DESEASE

DIAGNOSIS: Ohlens

ALLERGIES: NKA    LAST TETANUS:

TRIAGE: To see Dr Menzel -Seen in ED than
night - returns for continued pa-

See cont sheet

MEDICATIONS:
Lortex

| | 0830 | 37.3 | 80 | 18 | 118/80 |

CBC
LYTES
BUN
BS
AMYLASE
ETOH
CCU SPEC.
COAG
CS
SS
RED TOP HOLD
SMA 12
EKG
ABG
HCG
XRAY
IV
...

TX/PROCEDURE:

DISCHARGE DISPOSITION:

0168

| INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE |

MEDICAL RECORDS

500685.011.0119

☐ PATIENT CALLED WITH LABORATORY / X-RAY RESULTS: _____ DATE _____ TIME _____ INITIALS

## St. Mary's Regional Medical Center
## Consent/Assignment/Authorization Statement

**Consent for Treatment**    Admission Date: _____

I, the undersigned a patient in this St. Mary's Regional Medical Center ("SMRMC"), hereby authorize employees of SMRMC and physicians(s) (and whomever they may designate as assistants) to administer such treatment as is necessary, and such additional operations or procedures as are considered therapeutically necessary on the basis of findings during the course of said treatment. I also consent to the administration of such anesthetics as are necessary. Any tissues or parts surgically removed may be disposed of by SMRMC in accordance with accustomed practice. I hereby certify that I have read and fully understand the above Consent for Treatment, the reasons why the treatment/procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment which may have been explained to me by the attending physician. I also certify that no guarantee or assurance has been made to the results that may be obtained.

**Authorization To Release Medical Information**

St. Mary's Regional Medical Center is hereby authorized and requested to furnish the _Healthsource_ insurance company(s) or its properly authorized agent, my employer and any peer review organization which conducts reviews of hospital utilization under an agreement with my employer and/or health insurance carrier, or any person or corporation that is or may be liable, under contract or otherwise, for all or part of the Medical Center's charge; all information required by it to determine benefits, including nature of the visit, diagnostic and treatment information, and copies of my medical record which may be available to said hospital.

**Assignment Of Benefits**

I hereby assign unto St. Mary's Regional Medical Center and related contracted professionals, all hospital insurance benefits now due and to become due and payable to me or on my behalf, but not to exceed the Medical Center's charges by virtue of my treatment by the hospital, and I hereby direct the _Healthsource_ Insurance Company(s) to pay such benefits directly to the hospital in consideration of the hospital care and services furnished and to be furnished by the hospital.

**Payment Terms**

I understand payment of charges is due for services rendered within 30 days including any collection or attorney fees. If I am financially unable to do so I agree to complete a detailed financial statement so alternative payment arrangements can be determined.

**Release From Responsibility For Personal Property**

I understand and agree that under no circumstances will St. Mary's Regional medical Center be responsible for personal property. I take full responsibility for retaining in my possession or custody any and all such articles.

**Authorization For Payment Of Medical Benefits**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers or any other medical insurers, any information needed for this or a related Medicare, or other medical insurance claim. I request that payment or authorization of authorized benefits be made to St. Mary's Regional Medical Center and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services I request this authorization apply to the extent of my services.

**Acknowledgement of Receipt of Medicare Bill of Rights/Champus**

I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

## I Have Read This Consent/Authorization Completely And Crossed Out Any Words Or Phrases That I Do Not Accept:

820

| Patient Signature: _Debra Fairborn_ | Date 10·5·98 | Time _Wife_ |
|---|---|---|
| Guarantor Signature _Martha Paschal_ | Date 10-5-98 | Relationship |
| Witness Signature | Date | |

Telephone Consent Received By: _____ Date: _____ Time: _____

500685.011.0120