# RONALD FANTOZZI

# 7 OF 18

| DATE | (CONDITION OF WOUND, DRAINAGE TO TREATMENT ETC., CONDITION ON RECORDING PHYSICIAN EACH TIME.) | MOVAL OF STITCHES, COMPLICATIONS, RESPONSE TO CHARGE, INSTRUCTIONS TO PATIENT, SIGNED |
|---|---|---|
| 10/9/98 CAT | *Pulls on lever, pedals and lunges* *At a well-run facility* *well dusty* | |

MS    MR    221342
R278533    HENZEL, MICHAEL J
RONALD M
207-7823873
1/16/62

**PROGRESS NOTES**

500685.011.0151

## St. Mary's Regional Medical Center
## Emergency Department Radiology Request

Examination(s) Requested: _Abd Series_

Reason for Examination: _Bloated abd cramps_

Examinations Ordered By: _Clanagan_

**Ankle**

(1) Frontal View

(2) Viewed from medial side

**Elbow**

**Plane of Section**

T2

---

MR    221342

___ 17/05/98
TR 2221, RONALD M    M
___ ____ RD
___ ___    ME 04210
___ ___    999999
___ /62    7823073

**Preliminary Reading**

**E.D. Interpretation**
☐ Normal        ☐ No Acute Abnormality
☐ Other (specify)

**Emergency Physician's**
Signature: _____

**Radiology Interpretation**

☐ No E.D. interpretation
☐ Agree with E.D.  ☞  no further action
☐ Disagree with E.D.

Radiologists recommendation:

? early partial SBO

E.D. called:  Date
              Time

**Follow-Up Note**
(Must be completed in cases of recommendation.)

Date of Follow-Up: _____

☐ E.D. Chart reviewed/No follow-up necessary

E.D. Physician's
Signature: _____

---

White - Medical Record  •  Yellow - E.D. File Copy  •  Pink - Radiology

500685.011.0152

## ST. MARY'S REGIONAL MEDICAL CENTER

Lewiston, ME  04240

**RADIOLOGY REPORT**

| | |
|---|---|
| Name: | FANTOZZI, RONALD M |
| Pt. Phone: | 782-3873 |
| DOB: | ██62 |
| PHY(S): | MICHAEL MONZEL, M.D. |
| PHY(S): | TERRENCE  FLANAGAN, M.D. |
| Hosp #: | 8278533 |
| MR #: | 22-13-42 |
| X-RAY #: | 08-99-89 |
| Service Date: | 10/05/98 |
| NS/Room: | MS-301 |

ABDOMINAL OBSTRUCTION SERIES      74022

Indication for Study:    Right sided abdominal pain.

FINDINGS:

Chest:   The lungs are clear and fully expanded with no pneumothorax  or free air seen.  No change from 10/4/98.

IMPR:  No active cardiopulmonary  disease.

Abdomen:    Film of abdomen shows nonspecific  small bowel and large bowel gas.

Question of an early partial small bowel obstruction is raised.  There is somewhat more gas in the small bowel on today's study than on the previous study.   No free air identified.

IMPR:   Question of partial early small bowel obstruction.    No renal tract calculi seen.

Also included  in the differential  diagnosis of course would be an ileus.

MARK ████E, M.D./rlj
D:  10/05/98   T: 10/05/98

| cc: | | |
|---|---|---|
| | MICHAEL MONZEL, M.D. | (P) |
| | X-RAY BACK OFFICE | (O) |
| | X-RAY FRONT OFFICE | (O) |
| | Emergency Room | (P) |
| | PHYSICIAN BILLING | (O) |
| | RAD | (O) |

500685.011.0153

ST MARY REGIONAL MEDICAL CENTER  LEWISTON, MAINE  04240  (207) 777-8400
DAVID GALLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOGY

| NAME | FANTOZZI, RONALD M | D/A | A 05-OCT-98 |
|------|--------------------|------|-------------|
| LOC | MS0300A | ACCT | 8278533 |
| PHY | MONZEL, MICHAEL J | HREC | 221342 |
| DOB | __-__-62 | TYPE | I |
| AGE | 036 Y | SEX | M |
| | | DIAG | SMALL BOWEL OBSTRUCTION |

++++++++++++++++++++++++++++++++++ LEGEND +++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VALUE

============== **HEMATOLOGY/COAGULATION** ==============

| TEST | NORMAL RANGE | ID:20213 0610 08-OCT-98 | ID:19375 0605 06-OCT-98 | STAT:18989 0955 05-OCT-98 |
|------|-------------|------------------------|------------------------|--------------------------|
| WBC | 4.5-11.0 X10^3 | 14.3* H | 12.5 H | 11.3 H |
| RBC | 4.7-6.1 X10^6 | 4.00* L | 3.99 L | 4.04 L |
| HGB | 14-18 G/DL | 12.9* L | 12.9 L | 13.0 L |
| HCT | 42-52 % | 37.5* L | 37.0 L | 37.8 L |
| MCV | 80-94 FL | 93.8* | 92.7 | 93.5 |
| MCH | 27-31 PG | 32.3* H | 32.2 H | 32.2 H |
| MCHC | 33-37 G/DL | 34.4* | 34.8 | 34.5 |
| RDW | 11.5-14.5 % | 11.4* L | 11.5 | 11.2 L |
| PLATELET COUNT | 130-400 X10^3 | 245* | 274 | 285 |
| MPV | 7.4-10.4 FL | 8.3* | 8.2 | 7.3 L |
| LYMPHS (COULTER) | 20-35 % | 3.4* L | 4.6 L | 5.1 L |
| MONO (COULTER) | 0-15 % | 2.9* | 2.0 | 1.3 |
| GRAN (COULTER) | 55-81 % | 93.5* H | 93.2 H | 93.4 H |
| EOS (COULTER) | 0-3 % | 0.1* | 0.2 | 0.0 |
| BASO (COULTER) | 0-1 % | 0.1* | 0.0 | 0.2 |
| SEG | 55-75 % | 96.0* H | 86.0 H | |
| BAND | 0-6 % | 2.0* | 7.0 H | |
| LYMPH | 20-35 % | 1.0* L | 5.0 L | |
| MONO | 0-15 % | 1.0* | 2.0 | |
| EOS | 0-3 % | 0.0* | 0.0 | |
| BASO | 0-1 % | 0.0* | 0.0 | |
| ATYPICAL LYMPH | 0-0 % | 0.0* | 0.0 | |
| METAMYELOCYTE | 0-0 % | 0.0* | 0.0 | |
| MYELOCYTE | 0-0 % | 0.0* | 0.0 | |
| BLASTS | 0-0 % | 0.0* | 0.0 | |
| NRBC/100WBC'S | 0-0 | 0.0* | 0.0 | |
| PLATELET ESTIMATE | | NORMAL* | NORMAL | |
| MACROCYTES | | | RARE | |

500685.011.0154

## CHEMISTRY/CARDIAC/LIPIDS

| TEST | NORMAL RANGE | ID:20213 0610 08-OCT-98 | ID:19375 0605 06-OCT-98 | STAT:18989 0955 05-OCT-98 |
|------|--------------|--------------------------|--------------------------|---------------------------|
| GLUCOSE | 70-108 MG/DL | | 139 H | |
| BUN | 7-22 MG/DL | | 9 | |
| CREATININE | 0.6-1.2 MG/DL | | 0.7 | |
| ALBUMIN | 3.5-4.8 G/DL | 3.6% | | |
| TOTAL BILIRUBIN | 0.3-1.2 MG/DL | 0.7% | | |
| DIRECT BILIRUBIN | 0.0-0.4 MG/DL | 0.3% | | |
| INDIRECT BILIRUBIN | 0.0-0.8 MG/DL | 0.4% | | |
| ALKALINE PHOS | 37-107 U/L | 65% | | |
| SGOT | 8-42 U/L | 37% | | |
| SGPT | 0-55 U/L | 77% H | | |
| NA | 135-145 MEQ/L | | 139 | 139 |
| K | 3.8-5.2 MEQ/L | | 4.1 | 3.6 L |
| CL | 98-108 MEQ/L | | 103 | 104 |
| CO2 | 23-33 MEQ/L | | 32 | 28 |

FANTOZZI, RONALD M #8278533    08-OCT-98 AT 04:31 PM (CONT.)
- PAGE 2 -    CUMULATIVE REPORT

500685.011.0155

# URINALYSIS/PARASITOLOGY/IMMUNOLOGY

| TEST | NORMAL RANGE | ID:19825 0033 07-OCT-98 | | STAT:19074 1121 05-OCT-98 |
|------|--------------|-------------------------|--|---------------------------|
| URINE REFRIGERATED | | | | NO |
| URINE CULTURED? | | | | NO |
| URINE APPEARANCE | CLEAR | | | CLEAR |
| URINE COLOR | YELLOW | | | LIGHT YELLOW |
| URINE SPEC. GRAVITY | 1.008-1.030 | | | 1.007 L |
| URINE LEUKO EST. | NEGATIVE | | | NEGATIVE |
| URINE NITRITE | NEGATIVE | | | NEGATIVE |
| URINE PH | 5.0-8.0 | | | 7.0 |
| URINE PROTEIN | NEGATIVE (MG/DL) | | | NEGATIVE |
| URINE GLUCOSE | NORMAL (MG/DL) | | | 250 |
| URINE KETONES | NEGATIVE | | | NEGATIVE |
| URINE UROBILINOGEN | NORMAL (MG/DL) | | | NORMAL |
| URINE BILIRUBIN | NEGATIVE | | | NEGATIVE |
| URINE OCCULT BLOOD | NEGATIVE (ERY/UL) | | | NEGATIVE |
| C. DIFFICILE TOXIN | NEGATIVE | POSITIVE H | | |

FANTOZZI, RONALD M #8278533     08-OCT-98 AT 04:33 PM
- PAGE 3 -   CUMULATIVE REPORT

500685.011.0156

*8878533*

St. Mary's Regional Medical Center
Center for Pain Management

Medical Director: Ronald Snyder, M.D.
Program Coordinator: Vickie Boucher, RN

Ext 4878

Patient Name _Ronald Fantazzi_    Date _10-8-98_
Date of Birth _____ 62    Sex _male_    Marital status _married 7-5-76_
Telephone Numbers: Home (207) _782-3873_    Work (207) _784-9186_
Home Address _40 Poland Rd._
Street _A_
City _Auburn_    State _Me_    ZIP _04210_

### INITIAL PAIN ASSESSMENT

By answering the following questions, you will help your physician better understand and treat your pain.

1. When and how did your pain problem start? (Circle Appropriate Answer)

Accident at work    Accident at Home    Other Accident
(Following Illness)    Following Surgery    Pain "Just Began",

Comments: _CROHN'S DISEASE_

2. As far as you know, what is the cause of your pain (i.e. the diagnosis made by other doctors or therapists)?

_Inflammation in my intestines_

3. What Doctors & other Health Professionals have you consulted since your pain begin? (Check off all the appropriate Professionals)

- ☐ Acupuncturist
- ☒ Allergist
- ☐ Anesthesiologist
- ☐ Cardiologist
- ☐ Chiropractor
- ☐ Clergy
- ☒ Dentist
- ☐ Dermatologist
- ☐ Ear-Nose-Throat
- ☐ Endocrinologist
- ☐ Faith Healer

- ☒ General Practitioner
- ☐ Hypnotist
- ☐ Internist
- ☐ Neurologist
- ☐ OB/GYN
- ☐ Occupational Therapy
- ☐ Osteopath
- ☐ Ophthalmologist
- ☐ Orthopaedist
- ☐ Pediatrician
- ☐ Physical Therapist

- ☐ Plastic Surgeon
- ☐ Proctologist
- ☐ Psychiatrist
- ☐ Psychologist
- ☐ Radiologist (x-ray)
- ☐ Surgeon (General)
- ☐ Surgeon (Neuro)
- ☐ Surgeon (Oral)
- ☒ _Gastronologist_
- ☐
- ☐

500685.011.0157

4.    What tests and studies have been done?    *Fanturgie Ronald 887855*

| Tests & Studies (i.e. MRI, CT Scans, X-Rays) | Month/Year | Results |
|---|---|---|
| X-Rays | Aug, Sept, Oct 1998 | obstruction |
| Colonoscopy | Sept 1998 | |
| catscan | Aug or Sept 1998 | |
| Bloodwork | Aug, Sept + Oct 1998 | |
| Locked into my bladder and Kidneys | August 1998 | |

5.    On the diagram below, shade the area(s) where you feel pain. "X" the area that hurts the most and place small "Xi" in the other areas of pain. Place (////////) or shade in areas that are numb.



2

500685.011.0158

*80780-33* *Jenkins Ronald*

6.     What pain treatments (i.e. therapy, acupuncture, TENS, etc.) or medication prescribed and over-the-counter) have you used?  Circle the number next to the treatment to signify the maximum amount of pain relief that treatment is providing or has provided.

| Treatment or Medication | No Relief | | | | | | | | | | Complete Relief | Check if Now Receiving Now |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Demerol | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8) | 9 | 10 | (✓) |
| Percocet | 0 | 1 | 2 | 3 | 4 | 5 | (6) | (7) | 8 | 9 | 10 | ☐ |
| Tylenol | 0 | 1 | 2 | 3 | (4) | 5 | 6 | 7 | 8 | 9 | 10 | ☐ |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | ☐ |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | ☐ |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | ☐ |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | ☐ |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | ☐ |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | ☐ |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | ☐ |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | ☐ |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | ☐ |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | ☐ |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | ☐ |

7.     Circle the number that best describe your pain at its WORST-during the last month.

0   1   2   3   4   5   6   7   8   9   (10)
No Pain                                        Worst Pain Imaginable

8.     Circle the number that best describes your pain at its LEAST during the last month.

0   1   2   3   (4)   5   6   7   8   9   10
No Pain                                        Worst Pain Imaginable

9.     Circle the number that describes your pain On average during the lost month.

0   1   2   3   4   5   (6)   7   8   9   10
No Pain                                        Worst Pain Imaginable

10.    Circle the number that best describes your pain

0   1   2   3   4   5   (6)   7   8   9   10
No Pain                                        Worst Pain Imaginable

3

500685.011.0159

892785033 *Ferdoype*
*onald*

11.  Your Doctor would like to know what DECREASES (-) and INCREASES (+) your
pain. (Place a (-) next to activities which decrease your pain and a (+) next to activities
that increase your pain)

| | | | |
|---|---|---|---|
| | Braces | + | Mild Exercise |
| | Bright Lights | + | Movement |
| | Cold | − | No Movement |
| | Damp | + | Pressure |
| | Distractions (t.v., etc) | − | Relaxation |
| + | Dressing | − | Sleeping |
| + | Driving | + | Standing |
| + | Fatigue | + | Sitting |
| + | Going to Work | + | Socializing |
| + | Intercourse | + | Stimulants (Coffee, etc) |
| − | Heat | + | Stretching |
| + | Household Chores | + | Tension |
| + | Liquor | + | Thinking of Work |
| + | Loud Noises | + | Touching |
| − | Lying Down | + | Urination, Defecation *Bowel Movements* |
| − | Massage | + | Walking |
| − | Medication | | Weather Changes |
| | Meditation | | |

COMMENTS:

4

500685.011.0160

8978533

Fantozzi
Ronald

## PAIN DESCRIPTION

Some of the words below will describe your pain. CIRCLE ANY AND ALL WORDS which describe your pain. (Not every category may need to be selected....depending on the exact and unique quality of your pain):

| Category 1 | Category 2 | Category 3 | Category 4 | Category 5 | Category 6 |
|---|---|---|---|---|---|
| Flickering | Jumping | Pricking | Sharp | Pinching | Tugging |
| Quivering | Flashing | Boring | Cutting | Pressing | Pulling |
| Pulsing | Shooting | Drilling | Lacerating | Gnawing | Wrenching |
| Throbbing | | Stabbing | | Cramping | |
| Beating | | Lancing | | Crushing | |

| Category 7 | Category 8 | Category 9 | Category 10 | Category 11 | Category 12 |
|---|---|---|---|---|---|
| Hot | Tingling | Dull | Tender | Tiring | Sickening |
| Burning | Itching | Sore | Taut | Exhausting | Suffocating |
| Scalding | Smarting | Hurting | Rasping | | |
| Searing | Stinging | Aching | Splitting | | |

| Category 13 | Category 14 | Category 15 | Category 16 | Category 17 | Category 18 |
|---|---|---|---|---|---|
| Fearful | Punishing | Wretched | Annoying | Spreading | Tight |
| Frightful | Grueling | Blinding | Troublesome | Radiating | Numb |
| Terrifying | Cruel | | Miserable | Penetrating | Drawing |
| | Vicious | | Intense | Piercing | Tearing |
| | Killing | | Unbearable | | |

| Category 19 | Category 20 | Category 21 | Category 22 | Category 23 | |
|---|---|---|---|---|---|
| Cool | Nagging | Helpless | Restless | Decreased Memory | |
| Cold | Nauseating | Hopeless | Irritable | Decreased Attention | |
| Freezing | Agonizing | | Panic | Decreased Concentration | |
| | Dreadful | | Raging | | |
| | Torturing | | | | |

Office Use Only:
S(1-10) 41 _____    A (11-15) 14 _7_ 50b. _____    T (10-20) 76 _____

5

500685.011.0161

## DISABILITY INDEX

8 27858 33

Fantozze
Ronald

The Rating Scales below measure the IMPACT of chronic pain in your every day life. We want you to know how much your pain is preventing you from doing your normal activities. For each of the 7 categories of life activities listed, CIRCLE ONE NUMBER THAT REFLECTS THE LEVEL OF DISABILITY YOU TYPICALLY EXPERIENCE. A score of "0" means no disability at all and pain is not interfering at all in that particular category of life. A score of "10" means that all activities which you would normally do have been disrupted or prevented by your pain. YOUR RATING SHOULD REFLECT THE OVERALL IMPACT OF PAIN IN YOUR LIFE, not just when the pain is worse. MAKE A RATING FOR EVERY CATEGORY. If you think a category does not apply, circle "0".

A.    FAMILY/HOME RESPONSIBILITIES: This category refers to activities related to the home or family. It includes chores & duties performed around the house (i.e. yard work) and errands or favors for other family members (i.e. driving the children to school)

    0    1    2    3    4    5    6    7    (8)    9    10

B.    RECREATION: This category includes hobbies, sports, and other leisure-time activities.

    0    1    2    3    4    5    6    7    (8)    9    10

C.    SOCIAL ACTIVITIES: This category includes parties, theater, concerns, dining out, and other social activities that are attended with family and friends.

    0    1    2    3    4    5    6    7    8    9    (10)

D.    OCCUPATIONAL: This category refers to activities that are directly related to one's job, including non-paying jobs, homemaking, and volunteer work.

    0    1    2    3    4    5    6    7    8    9    (10)

E.    SEXUAL BEHAVIOR: This category refers to frequency and quality of one's sex life.

    0    1    2    3    4    5    6    7    (8)    9    10

F.    SELF-CARE: This includes personal maintenance and independent daily activities (i.e. showering, driving, getting dressed).

    0    1    (2)    3    4    5    6    7    8    9    10

G.    LIFE-SUPPORT ACTIVITY: This activity refers to basic life-supporting behaviors such as eating, sleeping, and breathing.

    0    1    2    3    4    5    6    7    (8)    9    (10)

6

500685.011.0162

*8278583*

Fentzyne
Ronald

14.   What level of Pain do you think you could function on a daily basis?

0   1   ~~2~~   3   4   ⑤   6   7   8   9   10
No Pain                              Worst Pain Imaginable

## *GENERAL HEALTH REVIEW*

1.   Medical History (such as heart disease, stroke, cancer, arthritis, diabetes, hypertension, as well as psychiatric illness)

| | | |
|---|---|---|
| ~~Heart Dis~~ | Kidney stones | |
| arthritis | Gallbladder removed | |
| anxiety | Hepatitis C | |
| ~~abc~~ crohn's disease | Hypercondria | |

2.   Surgical History (unrelated to pain; such as appendectomy)

| | | |
|---|---|---|
| | | |
| | | |
| | | |

3.   Surgical History (related to pain; such as laminectomy)

| |
|---|
| 1/2ft of Intestine removed and appendix |
| Gallbladder removed |
| Bone surgery for broken wrist + fingers |
| Surgery to break up kidney stones |

4.   Allergies (including medication and food allergies)

| | | |
|---|---|---|
| ~~none~~ Know of | | |
| Bad Hayfever | | |
| | | |

5.   Intolerances (including side effects from previous medication, such as gastritis, nausea, constipation, etc.)

| | | |
|---|---|---|
| Zoloft — Kept me awake all night | | |
| | | |
| | | |

7

500685.011.0163

*Fantozzi Ronald*    8278583

6.     Please list your current medications which you are taking for other than the painful
complaints (including vitamins, and birth control pills, if applicable.)

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

7.     Do you eat at least 3 regular meals a day?  Yes  (No)
Circle any of these foods  if you eat or drink them on a daily basis

| | | | | |
|---|---|---|---|---|
| (Red Meat) | (Vegetables) | (Fruits) | Coffee | Candy Bars |
| (White Meat) | Milk | Tea | Alcohol | (Cereal) |
| (Sugar) | Sugar Substitutes | (Bread) | Salads | Diet Soda |
| Protein Substitutes | (Pasta) | (Eggs) | (Colas) | Ice Cream |

8.     How often do you snack? (i.e. once a day, 3 - 4 times a day)  more then 4
What do you usually snack on  small bites, anything

9.     Your doctor would like to know how well you sleep. (Check any of the following)

| Condition | Always | Sometimes | Never |
|---|---|---|---|
| Trouble Falling Asleep | ✓ | | |
| Medication Needed to Sleep | ✓ | | |
| Awakened by Pain | | ✓ | |

Average Number of Hours of Sleep  4 - 5

### *DOMESTIC SITUATION*

1.     With whom do you live?  my wife and 2 children
How are they related to you?  Debra, Daren + Kristen Fantozzi
Their Occupation:  Tambrands - production line
Their Health Status:  Good
Is this who you turn to for support? (Yes)  No  If not, who?
What do they do when they see you are in pain?  listen, caring + understanding
do things like call the doctor, get me something if I need it
What are they doing (more or less) due to your pain?  nothing right    like a drink
now I'm in the hospital     of water etc...

2.     Are there any substance abuse issues in the household?  Yes  (No)
If yes, please explain: _____
_____
_____

3.     Are you able to take care of yourself? (Yes)  No
If not, please enter name of care giver:  Except when I have a bad anxiety attack
my wife calms me down and helps me
concentrate breathing through a paper
bag.

500685.011.0164

## BECK INVENTORY

*Fantozzi Ronald*

8278533

This group of questions will help your doctor understand how pain has changed your outlook on life. In each group, <u>pick out one statement</u> that best describes how you have been feeling the past week, including today:

1
0. I do not feel sad
1. I feel sad

2. I am sad all the time
**3. I am so sad/unhappy, that I can't stand it**

2
0. I am not particularly discouraged about the future
**1. I feel discouraged about the future**

2. I feel I have nothing to look forward to
3. I feel the future is hopeless and things can not improve

3
**0. I do not fee like a failure**
1. I feel I have failed more than the average person
2. As I look back on my life, all I can see is a lot of failure
3. I feel I am a complete failure as a person

4
**0. I get as much satisfaction out of things as I used to**
1. I don't enjoy things the way I used to

2. I don't get real satisfaction out of anything any more
3. I am dissatisfied or bored with everything

5
0. I don't feel particularly guilty
**1. I feel guilty a good part of the time**

2. I feel quite guilty most of the time

3. I feel guilty all of the time

6
0. I don't feel I am being punished
1. I feel I may be punished
2. I expect to be punished

**3. I feel I am being punished**

7
**0. I don't feel disappointed in myself**
1. I am disappointed in myself
2. I am disgusted with myself
3. I hate myself

11
0. I am not more irritated now than I ever am
**1. I get annoyed or irritated more easily than I used to**
2. I feel irritated all the time now
3. I don't get irritated at all by things that used to irritate me

12
0. I have not lost interest in other people

1. I am less interested in other people than I used to be
2. I have lost most of my interest in other people
**3. I have lost all my interest in other people**

13
0. I make decisions about as well as I ever could
1. I put off making decisions more than I used to
**2. I have greater difficulty in making decisions than before**
3. I cant' make decisions at all any more

14
**0. I don't feel I look any worse than I used to**

1. I am worried that I am looking old or unattractive
2. I feel that there is permanent changes in my appearance
3. I believe that I look ugly

15
0. I can work about as well as before
1. It takes an extra effort to get started at doing something
2. I have to push myself very hard to do anything
**3. I can't do any work at all**

16
0. I can't sleep as well as usual
1. I don't sleep as well as I used to
2. I wake up 1-2 hours earlier than usual & find it hard to get back to sleep
**3. I wake up several hours earlier than I used to & cannot get back to sleep**

17
0. I don't get more tired than usual
1. I get tired more easily than I used to
2. I get tired from doing anything
**3. I am too tired to do anything**

9

500685.011.0165



8878533
Fantozzi Ronald

8    0. I don't feel I am worse than anybody else
     (1.) I am critical of myself for my weaknesses or
     mistakes
     2. I blame myself all the time for my faults
     3. I blame myself for everything bad that happens

9    (0) I don't have any thoughts of killing myself
     1. I have thoughts of killing myself, but I would
     not carry them out
     2. I would like to kill myself
     3. I would kill myself if I had the chance

10   0. I don't cry any more than usual

     (1.) I cry more now than I used to

     2. I cry all the time now

     3. I used to be able to cry, but now I can't cry even
     though I want to

18   0. My appetite is not worse than usual
     (1.) My appetite is not as good as it used to be

     2. My appetite is much worse now
     3. I have no appetite al all

19   0. I haven't lost much weight, if any, lately
     (1.) I have lost more than 5 pounds

     2. I have lost more than 10 pounds
     3. I have lost more than 15 pounds

20   (0) I am more worried about my health than
     usual
     (1.) I am worried about my physical problems,
     such as aches, pains, upset stomach, constipation
     2. I am very worried about physical problems
     and it's hard to think of much else
     3. I am so worried about physical problems that
     I can't think about anything else

21   0. I have not noticed any recent change in my
     interest in sex
     (1.) I am less interested in sex
     2. I am much less interested in sex
     3. I have lost interest in sex completely

*OFFICE USE ONLY*
11-16 ml _____
17-26 MO _____
>26 s

500685.011.0166

8878533

Fantozzi

Robalt

## EDUCATIONAL BACKGROUND

1.  Did you graduate from High School?    Yes    (No)
    If no, why did you not complete High School? _went to work_
    If no, did you obtain a GED?    Yes    (No)
2.  Your easiest subject was _____ Your hardest subject was _____
3.  Have you served in the military?    Yes    (No)    If yes describe your experience: _____

## WORK HISTORY

| Employer | Years Worked | Why did you leave? |
|---|---|---|
| Martel Meats | 2 | missed alot of time - got fired |
| Falcon Shoe | 10 | disabled at the present |
| Supreme Slipper | 4-5 | layed off |
| Quoddy Moccasin | 2-3 | Place closed down |
| | | |

2.  Describe your present job (if you are working) or your last job and identify if it is or was "light duty" or modified due to your physical or emotional capacity.
    _It was not light duty - I stand almost all day pushing and pulling molds open and shut I work around polyurethene and other chemicals - I've missed alot of time due to my illness, stress and sleeplessness._

3.  If this is a work related injury or your pain has interfered with your ability to work, describe your relationship with your employer and coworkers. Have they contacted you to see how you are doing?
    _with my coworkers my relationship is ok. and my employer has been patient and they have contacted my wife as to how I've been doing_

11

500685.011.0167

## LEGAL MATTERS

*8278523*
*Fontogge*
*Ronald*

1.    Are you presently involved in a lawsuit?   YES   (NO)
      If yes, please explain:

_____

_____

_____

_____

2.    Who is your attorney?
      *Don't Have One*

## SUBSTANCE USE

1.    Which of the following drugs or substances, if any, have you used in the past., (Circle all that apply.) Next to each drug or substance that you've circled.  Identify if you used it occasionally("O"), frequently ("F"), or continuously ("C"):

| Alcohol  Ⓞ | | Barbiturates | | Cocaine | |
|---|---|---|---|---|---|
| Heroin | | Amphetamines | | Marijuana | |
| Other | | Other | | Other | |

2.    Are you presently using any of the following drugs or substances? (Circle all that apply) Next to each drug or substance that you've circled, *identify if you use it occasionally* ("O"), frequently ("F"), or continuously ("C")

| Alcohol | | Barbiturates | | Cocaine | |
|---|---|---|---|---|---|
| Heroin | | Amphetamines | | Marijuana | |
| Other | | Other | | Other | |

12

500685.011.0168

*8278533*
*Fanfopp Ronald*

3. Please answer the following questions about your CURRENT alcoholic use.(MAST Questionnaire)

| | To the best of your knowledge | Circle Correct Answer | | Office Use Only |
|---|---|---|---|---|
| A. | Do you feel you are a normal drinker? ( If you do not drink, circle yes) | (Yes) | No | 2 |
| B. | Do friends or relatives think you are a normal drinker? (If you do not drink, circle yes) | (Yes) | No | 2 |
| C. | Have you ever attended a meeting of Alcoholics Anonymous (AA)? | Yes | (No) | 5 |
| D. | Have you ever lost friends or girlfriends/boyfriends because of drinking? | Yes | (No) | 2 |
| E. | Have you gotten into trouble at work because of drinking? | Yes | (No) | 2 |
| F. | Have you ever neglected your obligations, your family, work, for two or more days in a row because you were drinking? | Yes | (No) | 2 |
| G. | Have you ever had delirium tremens (DT's), severe shaking, heard voices, or seen things that weren't there after drinking? | Yes | (No) | 2 |
| H. | Have you ever gone to anyone for help about your drinking? | Yes | (NO) | 5 |
| I. | Have you ever been in the hospital because of drinking? | Yes | (NO) | 5 |
| J. | Have you ever been arrested for drunk driving or driving after drinking? | Yes | (No) | 2 |

4. Do you presently smoke cigarettes or use tobacco in any form?    Yes    (No)

5. If not, did you ever smoke cigarettes or use tobacco in any form?    (Yes)    No

6. How many packs do (did) you smoke a day ? 2 cigarettes For how many years? 5
   1 pack · a week

THANK YOU FOR YOUR HELP!!
I LOOK FORWARD TO MEETING YOU
AND HELPING YOU MANAGE YOUR PAIN.

Ronald E. Snyder, M.D.

13

500685.011.0169

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

Diagnosis:

Drug Allergies:

*+ 3708*

☐ In Accordance with Our Formulary System The Use Of
Generic Equivalents Acceptable Unless Box Checked.

**Addressograph Imprint**

```
278533      MS      MR   221342
WEBBER WONZEL, MICHAEL J
ANTOZZI, RONALD N
  POLAND RD
          ME  04210
    62 M/M 207-7823873
218105-01   999999
```

**Doctor's Order Form    Instructions For Use**
1. Imprint Before Placing in chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | | Initial When Faxed |
|------|------|---|---|
| 10/5/98 | | ① Admit to Dr. Morin | SB |
| | | ② Dr. Cook's diem ? TI standing | SB |
| | | ③ NPO [illegible] | |
| | | ④ Demerol 100g [illegible] now and q 3 hrs | |
| | | Phenergan 12.5g IV now only q h | |
| | | prn | |
| | | ⑤ I/O | |
| | | ⑥ IV D5 NS + 20 mEq KCl in 120 cc hr | |
| | | ⑦ Solumedrol 100g IV now in 12 hours | |
| | | ⑧ U/A to clean | Fax 1300h |
| | | [illegible signature] | |
| 10/5/98 | | ① CBC, BMP in am & on | |
| | | ② Mg' have clear liquid | |
| | | 1330-21 | |
| 10/6 | | | |
| 10/5/98 | 2000 | Noted DM admit U.S. | |

ORIGINAL FOR CHART
DOCTOR'S ORDER FORM

500685.011.0170

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

Diagnosis: _____

Drug Allergies: _____

```
H2785      MS      M    221342
H/25/93M MONZEL, MICHAEL J
FARICOZZI, RONALD M
42 POLAND RD
AUBURN        ME   04210
CLOG       762 A/A 207-7823873
218103-01       999999
```

☐ In Accordance with Our Formulary System The Use Of
Generic Equivalents Acceptable Unless Box Checked.

**Addressograph Imprint**

Doctor's Order Form   **Instructions For Use**
1. Imprint Before Placing in chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | | Initial When Faxed |
|------|------|---|---|
| 10/6/98 | | ① D/C demerol MSPN | |
| | | ② Morphine Sulfate 3-5mg S.C q3° | |
| | | prn pain mod | |
| | | ③ Xanax .5mg po bid + q hs prn | |
| | | ④ Cough dp R | |
| | | ⑤ up as room as tolerated | |
| | | ⑥ stool for c diff  Mcg | |
| | | toxin titer | |
| | | 10/6/98 @ 1410 J Richard Chilton | |
| 10/6/98 | 1730h | D/c MS | |
| | | Demerol 100mg IM q3h PRN | |
| | | To D/C Monzel / M Armstrong | |
| | | noted 10/6/98 1730 RN JL  Mcg | |
| 10/6/98 | 7PM | ① PSYCHIATRY CONSULT DR. BALLINGER ? I will | |
| | | ② PAIN CONSULT DR. SNYDER  ∟ notify | |
| | | noted 10/6/98 @ 2045 day, F Cheri RN | |

**ORIGINAL FOR CHARTS**
**DOCTOR'S ORDER FORM**

120113

500685.011.0171

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

Diagnosis:

Drug Allergies:

A27A533    MS    MR    221342
C7A5/99 MENZEL, MICHAEL J
FRANTZZI, RONALD M
40 POLAND RD

AUBURN    ME  04210
C36Y      762 M/M 207-7823873
218103-01        999999

Addressograph Imprint

☐ In Accordance with Our Formulary System The Use Of
Generic Equivalents Acceptable Unless Box Checked.

**Doctor's Order Form    Instructions For Use**
1. Imprint Before Placing In chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders.
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | | |
|------|------|--|--|
| 10/7/99 | | (1) | Advance to a low overdue diet |
| | | (2) | Demerol W ral to 75 w/kg |
| | | | and Cap W of oral culate |
| | | | given by mouth |
| | | (3) | Vancomycin 125 po qid |
| | | (4) | chng US to pm |
| | | (5) | CBC in am    hepatic panel in am |
| | | (6) | Demer Demerol to 75 mg 5mm q3 pr |
| | | | pain |
| | | | noted 10/7 @ 1015 J. Camardese tk nurs |
| 10/7 | 1930 | May g Tylenol ex Strength ÷ tabs |
| | | po. @ 4-6° for pain |
| | | T.O. Dr. Menzel / R. Parker RN |
| 10/8/99 | 2000 | (1) Luvox 50 mg po qHS x 7 days then |
| | | ↑ to 50 mg po B-ID |
| | | (2) Discontinue Xanax 0.5mg po BID tabs |
| | | (3) Ativan 0.5 mg po BID x qHS |
| | | Julie Bellman RN |
| | | noted 10/8/99 J. Doctander c 2015 |

ORIGINAL

500685.011.0172

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

Diagnosis:

Drug Allergies:

☐ In Accordance with Our Formulary System The Use Of Generic Equivalents Acceptable Unless Box Checked.

**Addressograph Imprint**

Doctor's Order Form    Instructions For Use
1. Imprint Before Placing In chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | | | Initial When Faxed |
|------|------|--|--|------|
| 10/8/99 | | (1) | D/C _____ | |
| | | (2) | Prednisone 30 mg po 3 per - 1st dose then _____ | |
| | | (3) | _____ demed to 50-75 IM _____ | |
| | | (4) | Riot _____ should be _____ | |
| | RN | 137771 to low _____ _____ | | |
| | | 137467 | | |
| | | Noted 10/8 @ 0950 J. _____ RN | | |
| 10/8/99 | 1530h | D/C _____ | | |
| | | Gentamycin 100mg IV STAT then 80mg q 8hrs | | |
| | | CBC | | |
| | | 2 sets Blood Cultures 20min apart } before starting | | |
| | | Urine Culture | | Gentamycin |
| | | BUN + Creat every other day | | |
| | | Surfak _____ daily | | |
| | | pharmakinetics _____ Gentamycin | | |
| | | to Dr _____ / Linda _____ RN | | Fax |

**ORIGINAL FOR CHARTS**
**DOCTOR'S ORDER FORM**

500685.011.0173

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

Diagnosis:

Drug Allergies:

☐ In Accordance with Our Formulary System The Use Of
☐ Generic Equivalents Acceptable Unless Box Checked.

**Addressograph Imprint**

**Doctor's Order Form     Instructions For Use**
1. Imprint Before Placing in chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders
3. Indicate Fax Orders By Placing Initials in Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | |
|---|---|---|
| 10/9/98 | | ① Ok *Demerol* |
| | | ② *Percocet* T po q6h prn pain |
| | 10/9/98 @ 1145 J. Richard | |
| 10/9/98 | | ① Ok *saline cap* |
| | | ② *Discharge* |
| | | Noted |

ORIGINAL FOR CHARTS
DOCTOR'S ORDER FORM

ST. MARY'S REGIONAL MEDICAL CENTER – MEDICATION ADMINISTRATION RECORD

PRN-MEDICATIONS & ENEMAS

KEY

| SITE |
| TIME |
| INITIAL |

SITES:
RA = RIGHT ARM
LA = LEFT ARM
RT = RIGHT THIGH
LT = LEFT THIGH
ABD = ABDOMEN
RH = RIGHT HIP
LH = LEFT HIP

| | | | Demerol 100mg | IM | 9:30 |
| | | | Phenergan 12.5mg | | 8:30 |
| | | | MS 3mg | SC | |
| | | | MS 4mg | SC | |
| | | | MS 5mg | SC | |
| | | | Demerol 100mg | IM | |
| | | | Demerol 75mg part | IM | 9:30 |
| | | | Tylenol Ex Strength | PO | |
| | | | Demerol 75mg | IM | |
| | | | Demerol 50mg | IM | |
| | | | Demerol 75mg | IM | |
| | | | Percocet | PO | |

500685.011.0175



500685.011.0176



500685.011.0177

**St. Mary's Regional Medical Center**
**Lewiston, ME**

## Discharge Instructions
Page 1



**Diagnosis:** Chronic enteritis
Partial SBO

---

**Medication/Treatment:**

Vancomycin 125mg ī tab 4x daily x 7 days

Luvox 50mg ī Pill twice daily

Prednisone 30mg daily

Percocet ī tab q6hrs as needed FoR Pain

---

Patient Signature: _____  Date: 10/9/98

Nurse's Signature: _____  Dept./Ext#. _____

Physician Signature (Optional): _____

White - Patient Copy     Yellow - Facility Copy     Pink - Physician Copy

1201R1

500685.011.0178

**St. Mary's Regional Medical Center**
**Lewiston, ME**

## Discharge Instructions
### Page 1

```
8278533      MS      NR    221342
10/25/98 HOMZEL, MICHAEL J
FANTOZZI, RONALD M
40 POLAND RD
AUBURN        ME   0421
E36Y         762 M/M 207-7823873
218103-01    999999
```

**Diagnosis:**

Crohn's enterit    / Packed S'30

Pan J'abacu

**Medication/Treatment:**

Vancomycin 125    1 pill    4 time day for 4dy

Luvox 50 y    1 pill    2 time pa dy

Prednisone 30 y    daily

Aspirin at pitn ro for dys

Percocet 1 ay 6 hours if needed for pan

Contact Dr Mowel for an appt in
3-4 week
784-5787

Patient Signature: _____    Date: 10/9/98

Nurse's Signature: _____    Dept./Ext#: _____

Physician Signature (Optional) _____

White - Patient Copy    Yellow - Facility Copy    Pink - Physician Copy

12010?

500685.011.0179

**St. Mary's Regional Medical Center**
**Lewiston, ME**

## Discharge Instructions
### Page 2

```
8278533      NS      NR      221342
10/05/98  MONZEL, MICHAEL J
FANTOZZI, RONALD M
40 POLAND RD
AUBURN         ME    04210
C361       62 M/M 207-7823873
218103-01      999999
```

| Activity: | Equipment Needs | Exercises: | Personal Care: |
|---|---|---|---|
| ___ Bed rest | | ___ See attached | ___ Bathing/dressing |
| ___ Up for meals/ bathroom only | | ___ None | ___ Toileting |
| ___ No intercourse | **Precautions/Restriction** | | |
| ___ No driving | | | |
| ✓ Resume normal activity | | | |

**Diet:**
___ No restrictions
___ Drink at least _____
___ Diet Explained/Copy Provided
___ Restrictions _Low residue_
_Lactose, Tol_

**Respiratory:** _____

**Social Service:** _____
___ Equipment - _____ Name of Company _____ Phone # _____
___ Home Health Agency: (Circle) NSG / Aide / Homemaker / OT / Speech / PT / Social Worker
___ Name: _____ Phone #: _____
___ Hospital Social Worker - Name: _____ Phone #: _____
___ Other: _____

✓ Appointments (Physician, Tests, PT, OT, Speech, Diabetes Educators)

_Contact Dr monzel for appointment in 3/4 wks_

_784-5784_

Patient Sig: X _____ Date: _____
Nurse's Signature: _____ Dept./Ext#: _____
Physician Signature (Optional): _____

White - Patient Copy     Yellow - Facility Copy     Pink - Physician Copy

500685.011.0180