# RONALD FANTOZZI

# 8 OF 18

## St. Mary's Regional Medical Center

### Your Rights as a Patient

At St. Mary's, we have committed ourselves to giving our patients quality, efficient care with compassion and respect. And that means affording you some basic rights that you can expect as a patient.

- You have the right to appropriate medical care, regardless of sex, race, religion, color or national origin.
- You have the right to be treated with respect.
- You have the right to personal and informational privacy within the constraints of the law and insurance coverage.
- You have the right to a safe environment.
- You have the right to know the identity of individuals providing your care.
- You have the right to visitors, providing they observe a "good neighbor" policy.
- You have the right to participate in decisions concerning your care.
- You have the right to refuse treatment.
- You have the right to an explanation of your bill.

### Your Responsibilities as a Patient

- For your safety and well-being, we expect you to provide accurate, complete information in all matters relating to your health.
- It is important that you report all changes in your condition.
- It is important that you follow the recommended treatment plan. If you are considering not following the plan, please notify us immediately.
- We ask that you adhere to medical center rules and regulations affecting your care and that of other patients.
- Please be considerate of the rights of other patients and make sure that your visitors respect these rights as well.
- Respect the property of others and that of the medical center.
- Assure that your financial obligations are promptly met.

I have read and understand my rights and responsibilities as a patient at St. Mary's Regional Medical Center.

Ronald Fantozzi DL 10.5.98

Patient Signature: Date Time

120097

**St. Mary's Regional Medical Center**

# Patient Valuable List

8270533 MS MR 221342
11/23/98 MONZEL, MICHAEL J
FANTOZZI, RONALD M
4[illegible] POLAND RD
AUBURN ME 04210
CITY [redacted] 62 M/M 207-7[illegible]
218103-01 999999

| (X) | Item | Description |
|---|---|---|
| | Eye Glasses | |
| | Hearing Aid(s) | |
| | Dentures/Partials | |
| | Money | |
| | Jewelry | One ring - one earring |
| | Canes, Walker, Wheel Chair | |
| | Medication (please send home if possible) | |
| | Other | |

**Release from Responsibility for Personal Property**

I understand and agree that under no circumstances will St. Mary's be responsible for my personal property. I take full responsibility for retaining in my possession or custody any and all articles. I acknowledge that I have declared or listed all items of personal property I have chosen to keep in my possession or custody while at St. Mary's, and further acknowledge that I have been offered an opportunity to have my personal property kept in safe keeping at St. Mary's during my stay at St. Mary's, and that I have refused that offer.

Patient/Guardian Signature ______________________ Date __________

140020

[illegible]



| Year | Date 10/5 | Hosp. | Post-OP | Date 10/6 | Hosp. | Post-OP | Date 10/7 | Hosp. | Post-OP | Date 10-8 | Hosp. | Post-OP | Date 10/9 | Hosp. | Post-OP | Date | Hosp. | Post-OP | Date | Hosp. | Post-OP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 12 16 | | 20 24 | 4 8 12 | 16 | 20 24 | 4 8 | 12 16 | 20 24 | 4 | | 20 24 | 4 8 | 12 | | | | | | | |
| Celsius Temperature (35–40) | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate • / Blood Pressure X (40–200) | | | | | | | | | | | | | | | | | | | | | |
| Respiration | 20 28 | | 16 20 | 16 20 20 | 18 | 16 20 | 16 18 | 18 18 | 16 16 | 16 | | 20 20 | 20 16 | 20 | | | | | | | |

| | 10/5 | 10/6 | 10/7 | 10-8 | 10/9 | | |
|---|---|---|---|---|---|---|---|
| Hemoccult Stools | | | | | | | |
| Body Mass | 65.0 kg | | 64.9 kg | | 65.1 Kg | | |
| Cal. Count | | | | | | | |
| 24 Hour Input | I - S, ps<br>IV - 2720 | 2240<br>2880 | 2650<br>1800 IV. | 2240 PO | | | |
| 24 Hour Output | O - 2475 | 2775<br>OM x4. | 2975<br>OM x7 | 425 + BR<br>Cmsin x1 | | | |

500685.011.0183

**St. Mary's Regional Medical Center**
**Advance Directives Form**

82785313 MS MR 221342
NO/05/98 MCNZEL, MICHAEL J
FANTOZZI, RONALD M
PCLAND RD
AUBURN ME 04210
62 M/M 207-7823873
218101-01 999999

1. Does patient have an Advance Directive? ☐ Yes ☐ No
(living will or durable power of attorney for health care).
**If No Advance Directive, skip to (and complete) #2 and #3.**
**If Yes, has an Advance Directive continue (and complete) #1:**
Patient identifies document as:
" ____________________ "

Is the Advance Directive on file here at St. Mary's? ☐ Yes ☐ No
(check medical record)
If not on file here, request a copy of Advance Directive to be brought in.
From whom requested:
☐ Patient ☐ Family: Designate: ____________
RN Siganture: ____________
**If patient has Advance Directive, skip to #4**

2. Patient directed to read "Advanced Healthcare Directives Packet" and policy summary.
☐ Yes ☐ No If No, designate why: ____________
Family directed to read the above. ☐ Yes ☐ No
3. Patient requested further information. ☐ Yes ☐ No
If Yes, identify who was contacted: ____________

| | Date | Time | Individual |
|---|---|---|---|
| Social Service | | | |
| Pastoral Care | | | |
| Nurse Supervisor (after hours) | | | |
| Other | | | |

**(For Items 2-3)** R.N. Siganture: ____________

4. Physician informed of Advance Directive.
Date Time Physician RN Siganture

5. Copy of the Advance Directive placed in the chart. ☐ Yes
Verified with patient the Directive is the latest version. ☐ Yes
Document title:
Date Time RN Signature

**Documentation for Revocation of Advance Directive**
Date Time RN Signature Physician Informed (state MD name)

**Patient informed of implications of decision.**
Date Time RN Signature

**Patient Acknowledgement for Receipt of Advance Directive Policy Patient Summary**
10-5-98 Ronald Fantozzi [signature]
**Date** **Signature** **Witness**

**1400N**

500685.011.0184

side 2

**SMRMC Advance Directives Form**
**Other Actions/Additional Information**
(include dates, time, description, signature):

AD 1/20/92

221342
HENZEL, MICHAEL J
DEWALD M
LELAND RD
AUBURN ME 04210
207-7823873
218103-01 999999

**St. Mary's Regional Medical Center**
**Nursing Diagnosis/Patient Problem List**

Code: A = Problem identified and worked on. B = Problems identified and not worked on at this time.

| Code | Date | # | Problem: Alt comfort | Initiated By | Date Resolved |
|---|---|---|---|---|---|
| A | 10-5 | 1 | | | |

Manifested By: pain ECG thrashing around in bed guarding abd.

Plan: position comfort med prn

Discharge Outcome - Patient will: discharge home pain free

Initiated By: [illegible signature]

| Code | Date | # | Problem: | Initiated By | Date Resolved |
|---|---|---|---|---|---|
| | | | | | |

Manifested By:

Plan:

Discharge Outcome - Patient will:

| Code | Date | # | Problem: | Initiated By | Date Resolved |
|---|---|---|---|---|---|
| | | | | | |

Manifested By:

Plan:

Discharge Outcome - Patient will:

140104

221342
HONZELL, MICHAEL J
TOZZI, RONALD M
POLAND RD
ME 04210
M/M 207-7823873
218103-01 999999

**St. Mary's Regional Medical Center**
**Patient / Family Education Assessment**

Is education assessment on patient? ☐

Is education assessment on caretaker? ☐

Able to read? ☑ Yes ☐ No Level of education? ☐ College ☐ High School ☐ Gradeschool ___ 11

Able to write? ☑ Yes ☐ No

☑ English ☐ French ☐ Other ___

How do you learn best? ☐ Written ☑ Verbal ☐ Video ☑ Doing

Check any of the following barriers the learner has. Describe in comment section:

☐ Visual impairment ☐ Problems with manual dexterity ☐ Impaired motor skills
☐ Hearing impairment ☐ Aphasia ☐ No impairments noted
☐ Low literacy ☐ Learning disability ☐ Cultural/religious health practices

Desire/Motivation to learn: ☑ Attentive ☐ Uninterested ☐ Uncooperative

Level of patient's self care at time of admission: ☑ Independent ☐ Needs Assistance ☐ Total Care

Comments:

RN Signature: [signature]

| ID Key | Date | Time | Topic | Individual | Method | Understanding | Comments | Signature |
|---|---|---|---|---|---|---|---|---|
| RD | | 1730 | Illness/Condition | (P) F S | W (V) AV D | (DU) N RD | | |
| | | | Treatment Plan | (P) F S | W (V) AV D | (DU) N RD | | |
| | | | Diet Orders | (P) F S | W (V) AV D | (DU) N RD | | |
| | | | Activity Orders | (P) F S | W (V) AV D | (DU) N RD | | |
| | | | Call Bell | (P) F S | W (V) AV D | (DU) N RD | | |
| | | | Operation of Bed | (P) F S | W (V) AV D | (DU) N RD | | |

120090

[illegible] MS MR 221342
[illegible] WENZEL, MICHAEL J
[illegible], RONALD M
[illegible] LAND RD
AUBURN ME 04210
36Y [redacted] 62 M/M 207-7823073
215105-01 999999

# REFERRAL SCREEN

## Respiratory

1. Do you smoke or chew tobacco Y (N) How many years ________ PPD ________
   When did you quit Over 1 yr ago How long ________
2. Do you have a cough (Y) N Do you produce sputum (Y) N [illegible]
   What is color ________ Any blood Y N
3. Do you have post nasal drip (Y) N
4. Do you have seasonal allergies (Y) N Hay fever, Dust mites
5. Do you snore Y (N) Do you become sleepy during the day (Y) N doesn't sleep night
6. Are you currently SOB Y (N)
   Describe what happens ________
7. Have you been treated for: Pneumonia Y (N); Tuberculosis Y (N); Lung Caner Y (N)
   Have you been told you have: Asthma (Y) N; Emphysema Y (N); Bronchitis (Y) N

**A total of 6 Y will trigger a RCP assessment**

Problem/ Referral

Signature

## Rehab Services

1. Are you receiving rehab services at home Y N
   PT ______ OT ______ Speech ______ HHA ______
2. Do you have pain or circumstances that prevents you from performing ADL Y N
   If Y, what are you unable to do ________
3. Do you currently use assistive devices
   WC ______ Walker ______ Cane ______ Other ______
4. Do you require assist to bath/dress Y (N)
5. Do you have difficulty chewing or swallowing Y (N)
6. Do you have difficulty hearing Y (N)
7. Do you have difficulty making yourself understood Y (N)
8. Do you have difficulty understanding what is said to you Y (N)

**A Y will trigger a referral to Rehab Services (OT, PT, Speech)**

Problem/ Referral

Signature

## Spiritual

1. What is your source of strength during times of difficulty wife
2. Are you affiliated with a church/synagogue no
3. Do you request a visit from the chaplain Yes No

Problem/ Referral

[signature] ________ ________
RN Completing Form Date Time

Signature Page

**Mary's Regional Medical Center**
**Nutrition Assessment**

RMS MR 221342
/98 MCNZEL, MICHAEL J
TC221, RONALD M
POLAND RD
AUBURN ME 04210
/62 M/M 207-7823873
103-01 999399

☒ Initial Assessment ☐ Follow-up Assessment

**S:** eating OK PTA despite diarrhea

| | | | |
|---|---|---|---|
| Problems Swallowing Y (N) | Intake PTA fair | Diarrhea / Constipation | Fam hx? |
| Problems Chewing Y (N) | Appetite fair | Nausea / Vomiting | ∅ |
| Sore throat / mouth Y (N) | Food Intol/Allergies ∅ | Wt / wt changes | maybe 5 # ↓ / 1 mo |

**O: Indications for Nutrition Assessment**

| | | |
|---|---|---|
| ☒ High Risk Diagnosis/Problem | ☐ Serum Albumin ____ mg/dl | ☐ Physician Consult |
| ☐ Tube Feed / TPN / PPN | ☐ Poor Intake/NPO ≥ ____ days | ☐ ____ % IBW |
| | | ☐ Unintentional Wt Δ's |

**Pertinent Lab Data:** albumin 4.9 (10/4)

**Dx:** SBO

**Pertinent Hx:** 10 yrs crohn's dz; recent out pt GI w/u

**Significant Meds:** solumedrol 100 mg q 12

**Diet Rx:** clears; D5NS 20 meq KCl @ 120cc

**Intervention:** brief interview

| Ht: | Wt: | UBW: | IBW: | Wt Loss / Gain |
|---|---|---|---|---|
| 5'6" | 65.4 kg | same | 64.5 ±10% | fairly stable |

**A: Nutritional Status** ☐ Adequate ☒ At risk of compromise ☐ Compromised

**Calorie Depleted:** ☐ Mild ☐ Moderate ☐ Severe

**Protein Depleted:** ☐ Mild ☐ Moderate ☐ Severe

at risk 2° inability to take adequate p/o 2° SBO

**Estimated Energy Requirements:** Actual / Ideal / Adjusted (wt Kg) x 30 = 2000 kcal

**Estimated Protein Requirements:** 1.2 Grams pro/Kg body wt = 80 grams pro/day

Unable to determine plan of care at present - resumed p/o in the next few days or TPN/PPN. It appears that he will resume oral intake. Will re-assess if otherwise.

P: clears - advance as bowel obstruct resolves

| | Beeper / Extension | Date: |
|---|---|---|
| Ed Manion RD | 471-2093 | 10/6/98 10:30 hrs |

**Ongoing Medical Nutrition Therapy Documented On Reverse Side**

**St. Mary's Regional Medical Center**
**Medical Nutrition Therapy Documentation**

221342 MS MR
HONZEL, MICHAEL J
FANTOZZI, RONALD H
POLAND RD
AUBURN ME 04210
Y62 M/M 207-7823873
218103-01 999999

| | |
|---|---|
| 10/9 | Now tolerating low residue limited lactose diet |
| 1400 | N/V x 1 yesterday. Ø since |
| | provided written information and reviewed diet. — [signature] |

**ST. MARY'S REGIONAL MEDICAL CENTER**
**INTERDISIPLINARY ASSESSMENT**

**General Information**

PAT Date: ______ Time: ______
Admit Date: 10/5/XX Dx: ______
Admitting Physician: ______ Considered organ/tissue donation? ______
Attending Physician: ______
Chief Complaint: ______
Education: ______ Occupation: ______
Primary Language: English
Able to Read: yes Write: yes
Vital Signs T ______ P ______ R ______
BP (L) ______ (R) ______
Height ______ actual/stated ______
Weight ______ actual/stated ______

PERSON TO NOTIFY IN EMERGENCY
Name: ______
Phone: Home: ______ Work: ______

SIGNIFICANT OTHER:
Name: ______
Phone: Home: ______ Work: ______
Information obtained from: ______ Relationship: ______
Name: ______

| Allergies | Reaction |
|---|---|
| ______ | |
| | |
| Latex: Yes No | |

**Current Medications**

| NAME | DOSAGE | FREQUENCY | LAST DOSE | REASON FOR TAKING |
|---|---|---|---|---|
| Pentasa | 250mg | T bid | | |
| Levsx | T | tab | HS | anxiety |
| Pepcid AC | prn | acid reflux | | |

| | Name | Frequency | Amount | Last Used |
|---|---|---|---|---|
| Over-The-Counter | Tylenol | prn | | 2days ago |
| Stimulants/Tranquilizers | | | | |
| Recreational Drugs Ø | | | | |
| Alcohol Ø | | | | |
| Other | | | | |

Have you been able to follow prescribed medication/Treatments? Y ✓ N ___ Why? ______
Have you ever been involved in rehabilitation? Y ___ N ___ Explain ______

Weight loss / gain ______ Kg/lbs in ______ weeks / months more pain p eating ______

Active problem(s):

___ Chewing ___ Diarrhea ___ Pregnant ___ Tube Feed
___ Swallowing ___ Decubitus ___ Lactating ___ TPN / PPN
___ Vomiting ___ Eating Disorder ___ Surgery Planned ___ PPN

Albumin ______ Referral Level ______ Signature ______

PR0228 Pink Copy - Nutrition Services • Yellow Copy - Pharmacy

500685.011.0191

221342
MS MR
MOUZEL, MICHAEL J
RONALD M
RD
04210
207-7 23875

## Medical History

Problem/

___ Negative Hx
_Ø_ Diabetes
_Ø_ HTN
_✓_ Heart Disease murmur
_Ø_ Tuberculosis
___ Orthopedic
___ Other

_✓_ Neurologic dizziness
_✓_ Hepatitis/Infectious Diseases
_✓_ Vision Disorder
_✓_ Hearing Disorder
_Ø_ Seizure Disorder
_✓_ Psychological/Emotional anxiety / hypochondriac panic disorder

_✓_ Respiratory chronic bronchitis
_✓_ Blood Disorders
___ Kidney Disease
_Ø_ Thyroid Disease
_Ø_ CVA
_✓_ Cancer aunt colon

Surgical HX/Previous Hospitalizations: Bowel resection ... family
GB 1993 Laser Surgery Blew up kidney stones ...

Signature

## Musculoskeletal

Problem/

HISTORY: ___ Negative Hx
_✓_ Arthritis wrist _✓_ Fractures wrist / knuckle _Ø_ Scoliosis
_Ø_ Deformities _Ø_ Injuries _Ø_ Muscular Dystrophy
_Ø_ Joint Pain _Ø_ Amputations _Ø_ Other

Explain: ___

EXAM:

| Ambulation | | Gait | | Assistive Devices | |
|---|---|---|---|---|---|
| ✓ unassisted | | ✓ steady | | ___ wheelchair | ___ crutches |
| ___ assisted with 1 or 2 | | ___ unsteady | | ___ cane | ___ walker |
| ___ unable | | | | ___ splints | ___ prosthesis |

Range of Motion Difficulties (specify): ___

Comments: ___

Signature

## Cardio Pulmonary

Problem/

HISTORY: _✓_ Negative Hx heart murmur

_Ø_ Chest Pain _Ø_ Anemia _✓_ Murmur _Ø_ Congenital Defect
_Ø_ Palpitations _Ø_ Varicosities _Ø_ Hypercholesteremia _Ø_ Pacemaker
_Ø_ MI _Ø_ TIA _Ø_ Arrhythmias _Ø_ Artificial Valve
_Ø_ CVA _Ø_ CHF _Ø_ Peripheral Edema _Ø_ Mitral Valve Prolapse
_Ø_ HTN _Ø_ PVD _Ø_ Permanent IV Access _Ø_ Other

Explain: Chronic Bronchitis Asthma as child

EXAM:

Pulse
_✓_ Regular
___ Irregular
___ Bounding
___ Thready
___ Weak

Capillary Refill
_✓_ Quick
___ Sluggish

Cyanosis
_✓_ None
___ Lips

Lung Sounds

| | (L) | (R) |
|---|---|---|
| Clear | ✓ | ✓ |
| Wheezing | | |
| Crackles | | |
| Rhonchi | | |

Monitor Pattern (if applicable) ___

Chest Excursion
_✓_ Symmetrical
___ Asymmetrical

Breathing Pattern
_✓_ Non Labored ___ Labored ___ Rapid ___ Regular ___ Accessory Muscle Use

Signature

8278533
Fantozzi, Ronald

## Gastrointestinal

**HISTORY:** ______ Negative Hx

Since Aug Diarrhea
Ø Constipation
Ø Ostomy
Ø Hemmorhoids
✓ Hematemesis
✓ Blood in Stools
✓ Abd/Epigastric Pain
Ø Irritable Bowel Syndrome
Ø Gastric Ulcer/Polyps
Ø Esophagitis/Varices
Acid Reflux Ø Hiatal Hernia
Ø Diverticulosis
Ø Eating Disorder
Ø Dysphagia
✓ Heartburn
post-op N/V
Ø Cramps
Ø Jaundice
Ø Cancer
Ø Other

Explain: stools loose since surgery 10 yr ago.

**NUTRITION:**

Diet 1 Regular ______ Special (Explain): NO Dairy Products

Dentures: ______ Upper ______ Lower ______ Partial Ø

**Feeding**
✓ Self
______ Needs Assist

**Appetite**
✓ Good
______ Fair
______ Poor

**Bowel Habits**
✓ Regular 2 day
______ Irregular
✓ Last Bm yesterday

poor past wk

**EXAMS:**

**Dental Hygiene**
✓ Good
______ Fair
______ Poor

**Oral Mucosa**
✓ Pink
______ Moist
✓ Dry

**Bowel Sounds**
✓ Present
______ Absent

**Abdomen**
RLQ Tender
______ Nontender
______ Distended
✓ Nondistended
✓ Soft
______ Firm

Comments: ______

Problem/

Signature

## Urinary

**HISTORY:** ______ Negative Hx

Ø UTI
yes Hematuria
X1 Nocturia
______ Enuresis
Ø Dysuria
Ø Pyuria
Ø Urinary Stress Incontinence
✓ Kidney Stones Aug
Ø Chronic Renal Failure
Ø Cancer
Ø Prostate Problems
Ø Other

Explain: Stent in Aug

**Urine**
✓ Clear
______ Cloudy
______ Dark
✓ Yellow
______ Pink-tinged

**Voiding Pattern**
✓ No Difficulty
______ Frequency
______ Urgency
______ Hesitancy
______ Incontinence
______ Discomfort

**Bladder**
______ Distended
✓ Non-Distended

Problem/

Signature

500685.011.0193

P278533 MS MR 221342
HONZEL, MICHAEL J
HONZEL, RONALD H
ALQUEN KE C4210
62 M/M 207-78-23873
218103-CI 999999

**EXAM:** **Catheter**

_____ Indwelling/Size _________ Date Inserted _________

_____ Intermittent/How often? _________

_____ Suprapubic

**Dialysis**

_____ No

_____ Yes #Yrs./Mos. _________

_____ Hemo/#Times per Week _________

_____ Peritoneal/Exchange Pattern _________

_____ Solution Strength _________

**Graft Site Location:** _________

| Thrill | Bruit | Site Condition |
|---|---|---|
| _____ Present | _____ Present | _____ Edematous |
| _____ Absent | _____ Absent | _____ Erythematous |
| | | _____ Discolored |
| | | _____ No Abnormalities |

**Dialysis Catheter**

_____ No

_____ Yes

Site _________

Comments: _________

**Problem/**

**Signature**

**Reproductive / Sexuality**

**HISTORY:** ✓ Negative Hx:

| | | |
|---|---|---|
| _____ STD | _____ Pain | _____ Breast CA |
| _____ PID | _____ Discharge | _____ Other |
| _____ Menstrual Irregularities | _____ Cysts/Tumors | |

Explain: _________

LMP _________

Pregnant _____ Yes _____ No

Para _________

Gravida _________

Last Pap Smear _________

Self Breast/Testicular Exam _____ Yes _____ No

Comments: _________

**Mastectomy**

_____ N/A

_____ Right

_____ Left

_____ Bilateral

**Problem/**

**Signature**

**Integumentary**

**HISTORY:** _____ Negative Hx:

| | | | |
|---|---|---|---|
| _____ Psoriasis | _____ Eczema | _____ Pruritis | _____ Wounds |
| _____ Lesions | _____ Cancer | _____ Other | |

Explain: _________

**EXAM:**

| Color | Turgor | Temperature | Moisture |
|---|---|---|---|
| ✓ Pink | ✓ Good | ✓ Warm | ✓ Dry |
| _____ Pale | _____ Fair | _____ Hot | _____ Moist |
| _____ Flushed | _____ Poor | _____ Cool | _____ Diaphoretic |
| _____ Ashen | | | |
| _____ Jaundiced | | | |

**Problem/**

**Signature**

8278533
Fantozzi Ronald

SKIN IMPAIRMENTS: Identify with Appropriate Letter

C=Contusion
D=Ducubitus
R=Rash
L=Laceration
E=Ecchymosis
S=Scar
P=Petechiae
B=Burn
O=Other

Front Back

Problem/

Comments/Current Treatments: ______

Signature

## Neurological

**HISTORY:** ______ Negative Hx:

| | | | |
|---|---|---|---|
| ✓ Headaches | Numbness | ø HOH | ø Diplopia |
| ✓ Vertigo | Tingling | ø Tinnitus | ø Glaucoma |
| ✓ Syncope | ø Behavioral Changes | ø Herniated Discs | ø Cataracts |
| TIA | ø Seizures | ø Multiple Sclerosis | ø Other |

Explain: dizzy & feels faint due to anxiety
numbness arms when anxious

Vision Last Checked Jan 1988 retina leak

______ No Visual Impairment
______ Artificial Eye ______ (L) ______ (R)
______ Legally Blind ______ (L) ______ (R)
______ Totally Blind ______ (L) ______ (R)

Problem/

Signature

## Fall Assessment

**HISTORY:** ✓ Negative Hx:

______ Gait Unsteady
______ Diseases/Weight Bearing Joints
______ Pain Medication
______ Uses Walker, Cane, Prosthetic
______ Confused at Night/Disorientation
______ Diuretics/Urinary Frequency
______ Generalized Weakness/dizziness/vertigo

Comments ______

Problem/

Signature

A "Y" will trigger a safety alert

**Signatures**

| Name | Discipline | Date |
|---|---|---|
| | | |
| | | |
| | | |

500685.011.0195

St. Mary's Regional Medical Center

**Nursing Documentation Form**
**Assessment • Intervention • Evaluation**

MS MR 221342
NZEL, MIC L J
RONALD M
RD
ME 34210
207-7623873
212103-01 999399

Date: [illegible]

Shift Times: 12¹⁰ – 1500

| Assessment/Observations | 7-3 | 3-11 | 11-7 19:07 |
|---|---|---|---|
| Psych/Social | pleasant – coop | u | coop |
| Cardiovascular | heart rate reg | u | v/s stable |
| Respiratory | lungs clear | u | lungs clear |
| Gastrointestinal | abd soft active bowel sounds | bowel u | abd soft ... good BS |
| Genitourinary | voiding lt yellow | u | voiding clear |
| Integumentary | pink W+D | u | W/D pink |
| Musculoskeletal | MAE | u | MAE |
| Neurovascular | extrem warm | expected | [illegible] |
| Neurological | A+O x3 | | A · O |
| Pain | med 1330h 1800h Dem 100 mg | | med ... at 2215 · 0130 |
| | | u | |

**Teaching: See Progress Notes Or Teaching Flow Sheet**

| Procedures | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| $O_2$ | RA | u | RA [illegible] |
| Suction | – | | – |
| Cough & Deep Breathe | enc | u | [illegible] |
| Incentive Spirometer | – | | – |
| Dressing | – | | – |
| Anti-Embolic Device | – | | – |
| Dx Test/Special Procedure | – | | – |
| Spec Sent to Lab | – | | – |
| IV Therapy | D5 ½ 20K 120/hr | u | D5 ½ ... 120 |
| I-Med | yes | | [illegible] |
| Checks (rounds) | q 1hr – prn | u | [illegible] |

* = See Progress Notes
F1 (0773)



Date: ______

MR 221342
MICHAEL J
RONALD M
999999

Shift Times:

| | | 7-3 | 3-11 | 11-7 |
|---|---|---|---|---|
| HYGIENE | Bath | | | |
| | Special Mouth Care | | | |
| | Foley Care/Peri Care | | | |
| NUTRITION | Appetite | | | |
| | Tube Feeding/Supplements | | | |
| ELIMINATION | Stools | | | |
| | Hematest Procedures | | | |
| | Enema | | | |
| | Catheter Str/Foley | | | |
| | Strain Urine | | | |
| | Incontinent | | | |
| | Ostomy Care | | | |
| | NG/Gtube | | | |
| | Other | | | |
| ACTIVITY | Bedrest/Reposition | | | |
| | Ambulate | | | |
| | Up In Chair | | | |
| | ROM By Nursing | | | |
| | Sleep | | | |
| | Friends/Family | | | |
| SAFETY | Siderails/Call Bell | | | |
| | Restraints: Type/Checks | | | |
| | Transport | | | |

| Signature/Initials | Signature | Init. | Signature | Init. | Signature | Init. |
|---|---|---|---|---|---|---|

## Intake and Output Log

| | Intake Total 0600h - 0600h | | | | | Output Total 0600h - 0600h | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TF | PO | Blood TPN | I.V. Solution | Other | Time | Urine | Drainage | Emesis | Other |
| 1400h | | | | | | 1400h | | | | |
| 2200h | | | | | | 2200h | | | | |
| 0600h | | | | | | 0600h | | | | |
| 24 Hour Total | | | | | | 24 Hour Total | | | | |

500685.011.0197

S[redacted]ary's Regio[redacted]edical Center [redacted]

**Nursing Documentation Form**
**Assessment • Intervention • Evaluation**

Date: 10/6/98

27533 [redacted] MS MR [redacted] 221342
MONZEL, MICHAEL J
[illegible]EZZI, RONALD M
[illegible] ELAND RO
ME 04210
[redacted] 52 M/M 207-7823873
999999
18103-01

Shift Times:

| Assessment/Observations | 7-19 | 19-07 |
|---|---|---|
| Psych/Social | alert, oriented | pleasant cooperative |
| Cardiovascular | no chest pain | VS stable no chest pain |
| Respiratory | lungs clear | lungs clear |
| Gastrointestinal | taking small amt clear liq, occ nausea, vomiting; loose BM | tolerating liquids no vomiting, abd soft tender ⊕ BS |
| Genitourinary | voids s diff | voids s difficulty |
| Integumentary | warm dry pale | warm & dry |
| Musculoskeletal | MAE's | MAE gait steady |
| Neurovascular | pulses present | ⊖ edema ppp. |
| Neurological | A+O | alert & oriented |
| Pain | * see notes | * |
| | | |

**Teaching: See Progress Notes Or Teaching Flow Sheet**

| Procedures | 7-19 | 19-07 |
|---|---|---|
| $O_2$ | RA | RA |
| Suction | — | — |
| Cough & Deep Breathe | — | — |
| Incentive Spirometer | — | — |
| Dressing | — | — |
| Anti-Embolic Device | — | — |
| Dx Test/Special Procedure | Labs | — |
| Spec Sent to Lab | — | — |
| IV Therapy | D5 [illegible] @ 120/HR patent @ hand no redness at site | D5 s 20K @ 120 site s redness swelling |
| I-Med | yes | ✓ |
| Checks (rounds) | q 1-2h + PRN | q 1-2 + prn |

[signature] [signature]

* = See Progress Notes
F1 0073

Date: 10/6/01

221342 MS MR
MENZEL, MICHAEL J
TOZZI, RONALD M
POLAND RD
ME 04210
207-7823875

Shift Times:

| | | 7-1900 | 19-07 | 11-7 |
|---|---|---|---|---|
| HYGIENE | Bath | self | h.s care | |
| | Special Mouth Care | — self | x1 | |
| | Foley Care/Peri Care | self | x1 | |
| NUTRITION | Appetite | fair cl liqs | clear liquids | |
| | Tube Feeding/Supplements | — | — | |
| ELIMINATION | Stools | ⊤ loose | ⊤ loose | |
| | Hematest Procedures | — | — | |
| | Enema | — | — | |
| | Catheter Str/Foley | — | — | |
| | Strain Urine | — | — | |
| | Incontinent | — | — | |
| | Ostomy Care | — | — | |
| | NG/Gtube | — | — | |
| | Other | | stool c-diff sent | |
| ACTIVITY | Bedrest/Reposition | self | self | |
| | Ambulate | — | BR | |
| | Up In Chair | — | — | |
| | ROM By Nursing | — | — | |
| | Sleep | naps | on & off | |
| | Friends/Family | visitors | — | |
| SAFETY | Siderails/CallBell | 1/2↑ in reach | SR↑x2 bell in reach | |
| | Restraints: Type/Checks | — | — | |
| | Transport | — | — | |

| Signature/Initials | Signature | Init. | Signature | Init. | Signature | Init. |
|---|---|---|---|---|---|---|
| | Maureen [illegible] | MA | | | Pauline [illegible] | PE |

## Intake and Output Log

| | Intake Total 0600h - 0600h | | | | | Output Total 0600h - 0600h | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TF | PO | Blood TPN | I.V. Solution | Other | Time | Urine | Drainage | Emesis | Other |
| 1400h | | 720 | | 960 | | 1400h | 150+BR | | | x2 |
| 2200h | | 1020 | | 960 | | 2200h | 1675 | | | x1 |
| 0600h | | 500 | | 960 | | 0600h | 950 | | | x3 |
| 24 Hour Total | | 2240 | | 2880. | | 24 Hour Total | 2775 | | | x6 |

**St. Mary's Regional Medical Center**

**Nursing Documentation Form**
**Assessment • Intervention • Evaluation**

8279533 MS MR 221342
MONZEL, MICHAEL J
FANTOZZI, RONALD M
PO POLAND RD
AUBURN ME 04210
62 M/M 207-7823873
218103-01 999999

Date: 10/7/98

Shift Times:

**Assessment/Observations**

| | 7-3 | ~~3-11~~ 19-07 | ~~11-7~~ |
|---|---|---|---|
| Psych/Social | Pleasant/cooperative | demanding @ times, pleasant cooperative | |
| Cardiovascular | V/S graphic sheet | VS stable | |
| Respiratory | L/S clear | lungs clear | |
| Gastrointestinal | ⊕ B.S x4 quads | abd soft ⊕ BS | |
| Genitourinary | Voiding s̄ difficulty | voids s̄ difficulty | |
| Integumentary | W+D | warm + dry | |
| Musculoskeletal | MAE | MAE | |
| Neurovascular | ⊕ pp ⊖ edema | ø edema ppp | |
| Neurological | A+Ox3 | alert oriented | |
| Pain | abdominal pain | demerol 75mg IM @ 20-2330 0230 | |
| | (initials) | | |

**Teaching:** See Progress Notes Or Teaching Flow Sheet

**Procedures**

| | 7-3 | 19-07 | |
|---|---|---|---|
| $O_2$ | RA | RA | |
| Suction | — | — | |
| Cough & Deep Breathe | — | — | |
| Incentive Spirometer | — | — | |
| Dressing | — | — | |
| Anti-Embolic Device | — | — | |
| Dx Test/Special Procedure | — | — | |
| Spec Sent to Lab | — | — | |
| IV Therapy | D5NS c̄ 20KCL @ 75cc° | D5S c̄ 20K @ 75cc #20angio started @ head | |
| I-Med | yes | ✓ | |
| Checks (rounds) | q1° + PRN | q1° + prn | |

* = See Progress Notes
F1 0073

500685.011.0200

Date: 10/7/98

221342
HONZEL, MICHAEL J
221, RONALD M
RD
ME 04210
207-7623873
999999

Shift Times:

| | | 7-3 | ~~3-11~~ 19-07 | ~~11-7~~ |
|---|---|---|---|---|
| HYGIENE | Bath | Self | h/c paw | |
| | Special Mouth Care | self | x 1 | |
| | Foley Care/Peri Care | self | x 1 | |
| NUTRITION | Appetite | fair | liquids | |
| | Tube Feeding/Supplements | — | — | |
| ELIMINATION | Stools | loose | loose | |
| | Hematest Procedures | | — | |
| | Enema | | — | |
| | Catheter Str/Foley | | — | |
| | Strain Urine | | — | |
| | Incontinent | | — | |
| | Ostomy Care | | — | |
| | NG/Gtube | | — | |
| | Other | | — | |
| ACTIVITY | Bedrest/Reposition | self | self | |
| | Ambulate | self | self | |
| | Up In Chair | | | |
| | ROM By Nursing | | | |
| | Sleep | | on + off | |
| | Friends/Family | | | |
| SAFETY | Siderails/Call Bell | | SR ↑ x 2 bell in reach | |
| | Restraints: Type/Checks | | — | |
| | Transport | | — | |

| Signature/Initials | Signature | Init. | Signature | Init. | Signature | Init. |
|---|---|---|---|---|---|---|
| | | | | | P. [illegible] | PE |

**Intake and Output Log**

| | Intake Total 0600h - 0600h | | | | | Output Total 0600h - 0600h | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TF | PO | Blood TPN | I.V. Solution | Other | Time | Urine | Drainage | Emesis | Other |
| 1400h | | 820 | | 592.5 | | 1400h | 550 | | | BM x 3 |
| 2200h | | 1140 | | 600 | | 2200h | 1675 | | | x 2 |
| 0600h | | 720 | | 600 | | 0600h | 750 | | | x 2 |
| 24 Hour Total | | 2680 | | 1792.5 | | 24 Hour Total | 2975 | | | BM x 7 |

500685.011.0201



**Nursing Documentation Form**
**Assessment • Intervention • Evaluation**

Date: October 8, 1998

F278533 MS MR 221342
MONZEL, MICHAEL
PANTOZZI, RONALD M
4 ROLAND RD
AUBURN ME 04210
218103-01 999992

Shift Times:

| Assessment/Observations | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| Psych/Social | pleasant + coop | " | pleasant, alert, coop |
| Cardiovascular | VS stable | " | VSS |
| Respiratory | Lungs clear | " | LSC |
| Gastrointestinal | abd soft sl. distended c hyper bowel sounds, Tender; Cloudy Water; abd Nor Hypo Bowel Sounds | " | abd soft, Loose Stools X1 |
| Genitourinary | voiding clear yellow | " | voiding |
| Integumentary | pink warm. bruising + red both buttocks at injection sites. | " | skin W/D |
| Musculoskeletal | MAE Gait steady | " | MAE |
| Neurovascular | extrem warm PP - pedal edema | " | PPP (+) edema |
| Neurological | A&O x3 | " | A&O x3 |
| Pain | 8:30 Dem 75 IM c/o low abd pain; 11:30 Tyl Extrastrength; 1:30 Dem 75 IM c/o Low abd pain; 15 Phenergan 12.5 IV | " | neg pain; med given prn Extra Strength Tylenol |
| **Teaching: See Progress Notes Or Teaching Flow Sheet** | | | |

| Procedures | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| $O_2$ | RA | " | — |
| Suction | — | | — |
| Cough & Deep Breathe | — enc | " | Encourage |
| Incentive Spirometer | — | | — |
| Dressing | — | | — |
| Anti-Embolic Device | — | | — |
| Dx Test/Special Procedure | — | | — |
| Spec Sent to Lab | — | | — |
| IV Therapy | SW Rt hand + L antecubital patent | " | Ⓡ hand, Patent |
| I-Med | — | | |
| Checks (rounds) | q1° + PRN (MO) | " | Q 1° prn |

# 800 Progress Notes
F1 6/93

500685.011.0202

Date: October 8, 1998

278533 MS MR 221342
/ /98 HONZEL, MICHAEL J
PANTUZZI, RONALD H
POLAND RD
AUBURN ME 04210
C 36Y 62 M/M 207-7823873
999999

Shift Times:

| | | 7-3 | 3-11 | 11-7 |
|---|---|---|---|---|
| HYGIENE | Bath | self | " | self |
| | Special Mouth Care | self | " | self |
| | Foley Care/Peri Care | self | " | self |
| NUTRITION | Appetite | fair good | good " | soup/crackers |
| | Tube Feeding/Supplements | — | | — |
| ELIMINATION | Stools | loose | liq brown c shreds | loose |
| | Hematest Procedures | | | — |
| | Enema | | | — |
| | Catheter Str/Foley | | | — |
| | Strain Urine | | | — |
| | Incontinent | | | — |
| | Ostomy Care | | | — |
| | NG/Gtube | | | — |
| | Other | | | — |
| ACTIVITY | Bedrest/Reposition | self | " | self |
| | Ambulate | self | " | self |
| | Up In Chair | — | | — |
| | ROM By Nursing | — | | — |
| | Sleep | | | npc |
| | Friends/Family | wife + children in | " | — |
| SAFETY | Siderails/Call Bell | 2↑/bell in reach | " | call bell in reach |
| | Restraints: Type/Checks | — | | |
| | Transport | — | | |

| Signature/Initials | Signature | Init. | Signature | Init. | Signature | Init. |
|---|---|---|---|---|---|---|
| | Melissa Damer [illegible] | MD | | | [illegible] | [illegible] |
| | Linda [illegible] | " | | | | |

**Intake and Output Log**

| Intake Total 0600h - 0600h | TF | PO | Blood TPN | I.V. Solution | Other |
|---|---|---|---|---|---|
| 1400h | | | | | |
| 2200h | | | | | |
| 0600h | | | | | |
| 24 Hour Total | | | | | |

| Output Total 0600h - 0600h Time | Urine | Drainage | Emesis | Other |
|---|---|---|---|---|
| 1400h | | | | |
| 2200h | | | | |
| 0600h | | | | |
| 24 Hour Total | | | | |

500685.011.0203



St. Mary's Regional Medical Center

**Nursing Documentation Form**
**Assessment • Intervention • Evaluation**

MR 221342
MICHAEL J
RONALD H
RD
34210
237-7323873
333399

Date: 10-9-98

Shift Times:

| | | 7-3 | 3-11 | 11-7 |
|---|---|---|---|---|
| Assessment/Observations | Psych/Social | pleasant | | |
| | Cardiovascular | VS stable | 36' 100 20 148/85 | |
| | Respiratory | lungs clear | LSC | |
| | Gastrointestinal | abd soft, c/o pain in RLQ, tenderness | Soft abd tol diet | |
| | Genitourinary | ⊕ BS, hyperactive | Voiding | |
| | Integumentary | pink, W+D | W/D | |
| | Musculoskeletal | MAE | MAE Ambulate | |
| | Neurovascular | ~~A+O×3~~ ⊕ PP, ø edema extrem. warm | Alert ø edema | |
| | Neurological | A+O×3 | | |
| | Pain | Scale 0-10 (8) Demerol 75mg IM 0750 | | |
| | | [illegible] | Relief; 1350 - 2t c̄ relief | |
| | Teaching: See Progress Notes Or Teaching Flow Sheet | | | |
| Procedures | $O_2$ | RA | — | |
| | Suction | — | — | |
| | Cough & Deep Breathe | — | — | |
| | Incentive Spirometer | — | — | |
| | Dressing | — | — | |
| | Anti-Embolic Device | — | — | |
| | Dx Test/Special Procedure | — | — | |
| | Spec Sent to Lab | — | — | |
| | IV Therapy | patent SW Rt hand c̄ CAC | SW patent | |
| | I-Med | — | | |
| | Checks (rounds) | q1° + PRN | [illegible] | |
| | | [illegible] CWC SN2 | [illegible] | |

* = See Progress Notes

F1 00/3

500685.011.0204

Date:

H2795?? HS MR 221342
??/??/?? BOEZEL, MICHAEL J
??????ZZI, RONALD M
4 ??LAND RD
A????N HE 04210
???? ??? 207 7023073
212193-01 999999

Shift Times:

| | | 7-3 | 3-11 | 11-7 |
|---|---|---|---|---|
| HYGIENE | Bath | Self | | |
| | Special Mouth Care | Self | | |
| | Foley Care/Peri Care | Self | | |
| NUTRITION | Appetite | fair | | |
| | Tube Feeding/Supplements | — | | |
| ELIMINATION | Stools | loose | | |
| | Hematest Procedures | | — | |
| | Enema | | — | |
| | Catheter Str/Foley | | — | |
| | Strain Urine | | | |
| | Incontinent | | — | |
| | Ostomy Care | | — | |
| | NG/Gtube | | — | |
| | Other | | — | |
| ACTIVITY | Bedrest/Reposition | Self | ✓ | |
| | Ambulate | enc., observe | Hall indep. | |
| | Up In Chair | enc | ✓ | |
| | ROM By Nursing | — | — | |
| | Sleep | — | ✓ | |
| | Friends/Family | ✓ | ✓ | |
| SAFETY | Siderails/Call Bell | 2R / bell in reach | | |
| | Restraints: Type/Checks | — | | |
| | Transport | — | | |

| Signature/Initials | Signature | Init. | Signature | Init. | Signature | Init. |
|---|---|---|---|---|---|---|
| | Melissa Demers CNA/SNC | MD | | | | |
| | [illegible signature] | Lo | | | | |

## Intake and Output Log

| Intake Total 0600h - 0600h | TF | PO | Blood TPN | I.V. Solution | Other | Output Total 0600h - 0600h: Time | Urine | Drainage | Emesis | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 1400h | | | | | | 1400h | | | | |
| 2200h | | | | | | 2200h | | | | |
| 0600h | | | | | | 0600h | | | | |
| 24 Hour Total | | | | | | 24 Hour Total | | | | |

500685.011.0205

St. Mary's Regional Medical Center
Patient Progress Notes

221342
MICHAEL J
RONALD M
C4210
207-7823873
999999

ID Codes For Clinical Services:
NS-Nursing Service
DS-Dietary Service
PC-Pastoral Care
SW-Social Work
CM-Case Mgmt
R-Radiology
RC-Respiratory Care
ED-Pt. Educator
PH-Pharmacy
CS - Cardiology Services
RT-Recreation Therapy
OT-Occupational Therapy
PT-Physical Therapy
ST-Speech Therapy

| ID Key | Date | Time | Notes | Signature and Title |
|---|---|---|---|---|
| NS | 10-5 | 1310-1900 | This 3[illegible] y/o white male is admitted c complaints of RLQ pain, diarrhea, vomiting x 2 days. States pain has progressively got worse over past 2 months. Pt has Crohn's disease c/o severe sharp stabbing pain RLQ which worsens c movement. Pt having difficulty answering questions on assessment due to pain. Dr [illegible] to [illegible]. Pt med Dem 100 mg Phenergan 12.5mg IV. States good relief but relief lasts only abt 5 min. Asking for med again 1515. Med again Dem 100 mg c relief. Med 1520 c Dem 100 mg. Pt denies nausea. GI abd. soft hypoactive bowel sounds. Tender RLQ on palpation. Pt guards abd. NPO. [illegible] picture. IV D5½NS 20K 100/hr. pt started on IV [illegible] med. [illegible] | |
| | | 1830 | Dr [illegible] in to see pt. See Admission Assessment | [illegible] |
| NS | 10/5 | 1907 | #1 [illegible] | |

St. Mary's Regional Medical Center
Patient Progress Notes

278533 NS HR 221342
MONZEL, MICHAEL J
RONALD M
RD
AUBURN ME 04210
207-7823873
999999

**ID Code For Clinical Services:**

NS-Nursing Service
DS-Dietary Service
PC-Pastoral Care
SW-Social Work
CM-Case Mgmt
R-Radiology
RC-Respiratory Care
ED-Pt. Educator
PH-Pharmacy
CS-Cardiology Services
RT-Recreation Therapy
OT-Occupational Therapy
PT-Physical Therapy
ST-Speech Therapy

| ID Key | Date | Time | Notes | Signature and Title |
|---|---|---|---|---|
| NS | 10/6 | 0700-1900h | c/o pain all day and rates it 10/10 – states sometimes @ side of abd, then all across lower abd + at times cramp like. Medicated c̄ Demerol 100mg IM at 0745h + 1040h c̄ little effect – Dr Monzel aware and Δ to MS + given 5mg SC at 1430h as well as Xanax given – pt called nurse p̄ ½hr and states MS not working & wanted Dr called to switch back to Demerol – Dr Monzel called. Also had Phenergan at 0800h + 1520 and Demerol 100mg again at 1700h. Had BM x2 today – states loose – not seen – aware we need stool spec. Also seen by Dr Boulanger | M Carpenter |
| NS | 10/6 | 19-24 | c/o abd pain – all across the abdomen c̄ some cramping asking for meds frequently. med c̄ Demerol 100mg @ 20+23 – Phenergan 12.5mg @ 21+24 – c̄ some relief. Stool for C diff obtained + sent to lab. Scheduled Xanax .5mg given @ 2200. Lying quietly in bed watching TV. | |
| | | 24-07 | med c̄ demerol 100mg IM @ 02+05. – Continues to have loose stools. Sl patent. Tolerating liquids well no c/o nausea – Sleeping in naps only. | P. [illegible] |
| | | 0645 | Requested + given phenergan 12.5mg IV at this time. | P. [illegible] |
| | | 07 | Dr monzel notified of (+) C-diff stool | P. [illegible] |

140070

St. Mary's Regional Medical Center
Patient Progress Notes

221342
MENZEL, MICHAEL J
PATTOZZI, RONALD M
POLAND RD
AUBURN ME 04210
999999

**ID Code For Clinical Services:**

NS-Nursing Service | R-Radiology | CS-Cardiology Services
DS-Dietary Service | RC-Respiratory Care | RT-Recreation Therapy
PC-Pastoral Care | ED-Pt. Educator | OT-Occupational Therapy
SW-Social Work | PH-Pharmacy | PT-Physical Therapy
CM-Case Mgmt | | ST-Speech Therapy

| ID Key | Date | Time | Notes | Signature and Title |
|---|---|---|---|---|
| NS | 10/7 | 07/14 | Alt in comfort (D) Pt c/o pain throughout day (R) received demerol 100mg IM at 0800 and Demerol 75mg at 1100. Pts diet ↑ to regular as tolerated. IV site in (R) arm painful appeared to be starting to infiltrate, was d/c'd and new site started in (L) antecubital. Pts IV fluid ↓ to 75cc°. Pt to be seen by pain clinic for the management of this pain. (R) Pt continues to have loose stools x2 Lg and 1 sm. Pt c/o cramping and abdominal discomfort after lunch. Pt received Phenergan at 1200. Pt continues to c/o abdominal discomfort ̄c ø relief from pain med. (P) Continue to monitor. R. Parker RN | |
| NS | 10/7 | 14/19 | Pt continues to c/o abdominal discomfort. Received Demerol 75mg IM at 1700. Pt also continues to have loose stools. Continue to monitor. R. Parker RN | |
| NS | 10/7 | addendum / 1800 | addendum: Pt requested this writer call Dr. Manzel and request different pain medication. Pt states the Demerol ___ IM is not working. Awaiting return phone call from Dr Manzel ___ | |
| NA | 10/7 | 19:00 | Still trying ___ pain ___ [illegible] | |

**St. Mary's Regional Medical Center**
**Patient Progress Notes**

MS KR 221342
HONZEL, MICHAEL J
RONALD M
RD
ME 04210
M/H 207-7823873
999999

**ID Code For Clinical Services:**

| | | |
|---|---|---|
| NS-Nursing Service | R-Radiology | CS-Cardiology Services |
| DS-Dietary Service | RC-Respiratory Care | RT-Recreation Therapy |
| PC-Pastoral Care | ED-Pt. Educator | OT-Occupational Therapy |
| SW-Social Work | PH-Pharmacy | PT-Physical Therapy |
| CM-Case Mgmt | | ST-Speech Therapy |

| ID Key | Date | Time | Notes | Signature and Title |
|---|---|---|---|---|
| NS | 10/7 | 19-07 | Requested extra strength tylenol @ 2200 + 2 tabs given. Dr Ballenger here to see pt during the evening. pt started on levoq. & ativan given as ordered. Med for c/o abd pain @ 20-2330-230-530 c demerol 75 mg IM - states it helps "a little". Rings 1/2 hr prior to med being due & asks if he can get it early. Drinking alot of soda & ensure then c/o ↑ abd cramping - instructed to cut down on the soda & drink water or juices. States he's had alot of diarrhea during the [illegible] but only 2 stools were seen by staff. IV capped | |
| | | 0830 | this morning total of 2680 po yesterday | [illegible] |
| NS | 10/8 | 1330 | LATE ENTRY 1 (D) Guarding abd c hand and pillow "The pain radiates outward" "It feels better if I don't move" (A) Tylenol ES ii g @ 1130 (R) Already asking when he can have his next pain med "I had these last night and they didn't help much" (P) Continue to monitor level of pain. Melissa Dunnen | CMC S102 |
| NS | 10/8 | 7-5 | AH Comfort #1 | [illegible] |
| | | OK | (D) pt c/o low abd pain esp. RLQ. - Very tender on palpation. States pain is sharp. Abd soft c active bowel sounds (hyper). Passing flatus. Had loose brown stool. States pain worsens p eating. After lunch pain radiated to epigastric area. (R) med c Demerol 75 at 8^30 h. c relief for abt 2hrs then pt asking for more med. Tyl ES 1130 c no relief. Pt requesting more Demerol | [illegible] |

140070