# RONALD FANTOZZI

## 9 OF 18

St. Mary's Regional Medical Center
Patient Progress Notes

**ID Code For Clinical Services:**

| | | |
|---|---|---|
| NS-Nursing Service | R-Radiology | CS - Cardiology Services |
| DS-Dietary Service | RC-Respiratory Care | RT-Recreation Therapy |
| PC-Pastoral Care | ED-Pt. Educator | OT-Occupational Therapy |
| SW-Social Work | PH-Pharmacy | PT-Physical Therapy |
| CM-Case Mgmt | | ST-Speech Therapy |

| ID Key | Date | Time | Notes | Signature and Title |
|---|---|---|---|---|
| NS | 10/8 | 775 | and insisting MD be called. Dr. Menzel called- | |
| | | 1345 | off for day. Dr. Lewandowski to call back. | |
| | | 1430 | Dr Lewandowski called again. - no orders new. | |
| | | | Pt med c Dem 75 1430h + Phenergan 12.5 IV at | |
| | | | 1500h. Pt in tears. | |
| | | 1530 | Pt states he vomited medium amt. brown liq. | |
| | | | and he feels better now. Taking liq s nausea. | |
| | | 1700 | Ate most of supper. Tol well. States still has | |
| | | | pain lower abd. Abd. remains soft c hypo | |
| | | | bowel sounds. | |
| | | | P cont. Assess pain. Med prn. | |
| | | 1700 | Dr. Snyder in to see pt. | |
| | | 1800 | Pt amb in hall. Gait steady. Pt is guarding | |
| | | | abdomen. States pain always present. but tolerable | |
| | | | at this time. | [signature] |
| NS | 2300 | 10/8 | #1 D: Quiet, lying in bed, & arm | |
| | 1900-700 | | [illegible] ambulating | |
| | | | in hall earlier in evening. | |
| | | | c/o pain while doing bowel | |
| | | | assessment R side abd pain. | |
| | | | [illegible] | |
| | | | A: Demerol IM, Phenergan IV | |
| | | | R: Continue to monitor for pain | |
| | | | level, encourage to be up | |
| | | | ambulating. | [signature] |
| NS | 10/9 | 0700-1300 | #1 S c/o pain. States pain an 8 (0-10) Guarding | |
| | | | RLQ c hand and not moving in bed. Took a nap | |
| | | | to help ↓ pain. Freq. requesting pain meds. | |
| | | | A Co-assigned c Demerol 25mg IM @ 0700, Pt | |
| | | | [illegible] | |

**St. Mary's Regional Medical Center**
**Patient Progress Notes**

F378533 NS MR 221342
HOWZEL, MICHAEL J
F... RONALD M
... POLAND RD
AUBURN ME 04210
... 62 M/M 207-782387
213103-01 999999

**ID Code For Clinical Services:**

| | | |
|---|---|---|
| NS-Nursing Service | R-Radiology | CS-Cardiology Services |
| DS-Dietary Service | RC-Respiratory Care | RT-Recreation Therapy |
| PC-Pastoral Care | ED-Pt. Educator | OT-Occupational Therapy |
| SW-Social Work | PH-Pharmacy | PT-Physical Therapy |
| CM-Case Mgmt | | ST-Speech Therapy |

| ID Key | Date | Time | Notes | Signature and Title |
|---|---|---|---|---|
| NS | 1/09 | 0400-1300 | ō Tylenol ES ii. Reassessed pain later and pain was 9(0-10). Ⓟ "Pain is tolerable but it is a constant ache." @ 1230 requested more pain med, was told that he couldn't have more until 1400. Also advised that his pain med was D/d from Demerol to Percocet. "I wish I could just go home. I would rather be in pain there than in here. I would be more comfortable." Ⓟ Continue to assess level of plan. — Melissa [illegible] CNTC | |
| | | 1359 | c/o abd pain - pt stated he would wait until time for Percocet - did not want Tylenol at 1730 - Amb [illegible] - Took shower today. [illegible] to go home. | [illegible] RN |
| | | 1910 | Saline well removed site leaking. Pt anxious to go home. | [illegible] |
| | | 2000 | med c Percocet i tab c relief. Dr. [illegible] to see pt - Discharge written. | |
| | | 2030 | Instructions given - pt discharged c Prescription | [illegible] |

140070

ST. MARY'S REGIONAL MEDICAL CENTER

| ADMIT NO | FC | HOW ARRIVED | MED REC NO | PATIENT NAME | SERVICE |
|---|---|---|---|---|---|
| 8277565 | C | WC | 00221342 | FANTOZZI, RONALD M | EME |

| PATIENT ADDRESS | AGE | DATE OF BIRTH | PLACE OF BIRTH | SEX | MAR. STATUS |
|---|---|---|---|---|---|
| 40 POLAND RD | 036Y | [redacted] 62 | CT | M | M |

| CITY, STATE, ZIP | MAIDEN NAME | MOTHER/FATHER NAME |
|---|---|---|
| AUBURN ME 04210 | | |

| ATTENDING PHYSICIAN | NEXT OF KIN/SPOUSE | NAME AT LAST ADMIT | VETERAN |
|---|---|---|---|
| WOOD, DOUGLAS R. | DEBORAH | | |

| PRIVATE PHYSICIAN | RACE/ORIGIN | RELIGION | PREV DISCH. DATE | EMP. NO. |
|---|---|---|---|---|
| BOULANGER, MICHAEL J Menzel | | | | |

| DATE AND TIME OF SERVICE | ACCIDENT DATE/HOUR | DATE AND TIME OF DEATH |
|---|---|---|
| 10/04/98 19:40 | C 10/04/98 8:00 | |

| INSURANCE CO. NAME | POLICY NO. | GROUP NUMBER | SUBSCRIBER'S NAME(S) | RELAT |
|---|---|---|---|---|
| 410 3 HEALTHSOURCE ME | 218103-01 | 999999 | FANTOZZI, RONALD M | PT |

PT. PHONE # 207 782-3873 NEXT OF KIN PHONE # 207 782-3873 SOC. SEC. # [redacted]

CROHN'S DISEASE

DIAGNOSIS: Abdominal pain of uncertain etiology

ALLERGIES: NKDA

LAST TETANUS:

TRIAGE: Hx Crohn's. Onset RLQ abd pain ē recurrent N,V,D (x8 episodes) since this AM. Pain typical for Crohn's flare-ups. Has worsened throughout the day. Pain precipitates hyperventilation syndrome. ∅ blood noted in stool or emesis.

1945 | 37 2/10 po | 112 | 28

See N's N's

TRIAGE SIGNATURE: Dave Gunn RN

MEDICATIONS: Lovox, ? others, Pentasa, Sulfasalazine

PMH: Hep C, Renal colic, Ureteral stent, Crohn's

11.2 / 15.6 / 46.1 / 337

1579

9647

T/PROCEDURE

2200

NS @ Bows / see N/Notes

Compazine 10 → IV

Sandostatin 125 → N

recheck ↑ uneventful 0200

GI instruction

Clear liquids

P/U Dr Boulanger

DISCHARGE DISPOSITION

INITIALS SIGNATURE

0220

☐ PATIENT CALLED WITH [illegible]ORATORY / X-RAY RESULTS: ______ DATE ______ TIME ______ INITIALS

**St. Mary's Regional Medical Center**
**Consent/Assignment/Authorization Statement**

**Consent for Treatment** Admission Date: ____________

I, the undersigned a patient in this St. Mary's Regional Medical Center ("SMRMC"), hereby authorize employees of SMRMC and physicians(s) (and whomever they may designate as assistants) to administer such treatment as is necessary, and [illegible] operations or procedures as are considered therapeutically necessary on the basis of findings during the course of [illegible]. I also consent to the adminisration of such anesthetics as are necessary. Any tissues or parts surgically removed [illegible] by SMRMC in accordance with accustomed practice. I hereby certify that I have read and fully understand the above Consent for Treatment, the reasons why the treatment/procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment which may have been explained to me by the attending physician. I also certify that no guarantee or assurance has been made to the results that may be obtained.

**Authorization To Release Medical Information**

St. Mary's Regional Medical Center is hereby authorized and requested to furnish the Health Source [illegible] company(s) or its properly authorized agent, my employer and any peer review organization which conducts reviews of [illegible] utilization under an agreement with my employer and/or health insurance carrier, or any person or corporation [illegible] under contract or otherwise, for all or part of the Medical Center's charge; all information required by it to determine benefits [illegible] nature of the visit, diagnostic and treatment information, and copies of my medical record which may be available to said hospital.

**Assignment Of Benefits**

I hereby assign unto St. Mary's Regional Medical Center and related contracted professionals, all hospital insurance benefits due and to become due and payable to me or on my behalf, but not to exceed the Medical Center's charges by virtue of my [illegible] by the hospital, and I hereby direct the Health Source Insurance Company(s) to pay [illegible] directly to the hospital in consideration of the hospital care and services furnished and to be furnished by the hospital.

**Payment Terms**

I understand payment of charges is due for services rendered within 30 days including any collection or attorney fees. If I am [illegible] unable to do so I agree to complete a detailed financial statement so alternative payment arrangements can be determined.

**Release From Responsibility For Personal Property**

I understand and agree that under no circumstances will St. Mary's Regional medical Center be responsible for personal property. I take full responsibility for retaining in my possession or custody any and all such articles.

**[illegible] For Payment Of Medical Benefits**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries [illegible] or any other medical insurers, any information needed for this or a related Medicare, or other medical insurance claim. [illegible] payment of authorization of authorized benefits be made to St. Mary's Regional Medical Center and to physicians [illegible] providing medical services to me or for my benefit. For extended outpatient services I request this authorization [illegible] of my services.

**[illegible]**

I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**I Have Read This Consent/Authorization Completely And Crossed Out Any Words Or Phrases That I Do Not Accept:**

Ronald Lantozzi — 10.4.98
Patient Signature — Date — Time

Debra Lantozzi — 10.4.98
Guarantor Signature — Date — Relationship

[signature] — 10/4/98
Witness Signature — Date

Telephone Consent Received By: ____________ Date: ____________

500685.011.0213

**St. Mary's Regional Medical Center**
**45 Golder Street, Lewiston, ME 04240 (207)777-8100**
**Aftercare Instructions**

for Ronald Fantozzi, Monday, October 5, 1998, 2:27 am

**IMPORTANT:** We have examined and treated you today on an emergency basis only. This is not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. It is impossible to recognize and treat all injuries or illnesses in a single Emergency Department visit. If you had special tests such as EKG's and X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After leaving, you should **FOLLOW THE INSTRUCTIONS BELOW.**

You were treated today by DOUGLAS BOYINK MD. .

**GASTROENTERITIS** (Stomach Flu).
This is an infection in the intestines (digestion tubes). Most often it is caused by a virus. Virus infections almost always get better on their own. Antibiotic medicines do not help fight them.

**Do the following:**

- Simplify the diet. For the first 24 hours, a clear liquid diet is best. Clear liquids are those that you can see through (eg. water, broth, Jello, defizzed pop). Eat only small amounts at first.
- After 24 hours, if you are partly better, increase your diet to include toast, soup, and other soft foods.
- Avoid dairy products until feeling quite well. They are harder to digest.

**Call your doctor if you have:**

- diarrhea that lasts more than 3 or 4 days.
- mucus, blood, or worms in the bowel movements.
- any new or severe symptoms.

**************************************************************

**THESE ARE YOUR FOLLOW-UP INSTRUCTIONS!**

**************************************************************

Call Dr. BOULANGER MD in 6 hours if not much better. Call sooner if worsening. You can reach Dr. BOULANGER MD at (207)777-8810, 99 CAMPUS AVE, LEWISTON, ME 04240.

**************************************************************

**AS ALWAYS, YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** Please follow the instructions above carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, **CALL OR VISIT YOUR DOCTOR RIGHT AWAY.** If you can't reach your doctor, return to the Emergency Department.

**"I understand the written and discussed instructions. My questions have been answered."**

Debra Fantozzi
Patient or Responsible Person

Physician or Nurse

**SEATBELTS.** There is no doubt that seatbelts save lives. Every day in the Emergency Department we see how people without seatbelts are more severely hurt. We always buckle-up! Please do the same!

Portions Copyrighted 1986-97, LOGICARE Corporation. Page 1, last page.

St. Mary's Regional Medical Center
45 Golder Street, Lewiston, ME 04240 (207)777-8100

for DeborahRonald Fantozzi, Monday, October 5, 1998, 2:27 am

**RETURN TO WORK INSTRUCTIONS**

We saw Deborah Fantozzi in our Emergency Department on 10/05/98. Deborah should be able to return to work 10/5/98. Mrs. Fantozzi missed work on 10/4/98 due to a medical emergency in the family.

* *.

If you have questions about *'s care, please have * fill out a medical records release form. We would be happy to discuss *'s care with you once that document has arrived.

Thank you for allowing us to care for your employee.

* *, *

Portions Copyrighted 1986-97. LOGICARE Corporation. Page 1. last page.

**FANTOZZI, Ronald** **Wood** **SMRMC** **10/04/1998**
**MR#: 221342 ACCT#: 8277565 DOB: [redacted]/1962 IN: 1945 EXAM:**

**PROBLEM:** Crohn's disease.

**HPI:** The patient is a 36-year-old male who has been experiencing nausea, vomiting and diarrhea along with abdominal and flank pain over the last day several days. The patient has Percocet from a previous flare-up and has been taking that with minimal relief. He denies any blood, mucus or pus in his stools. He also denies any hematemesis.

**PMH:** Hepatitis C, renal colic, ureteral stent secondary to kidney stones and Crohn's disease with resection and reanastomosis.

**ALLERGY:** No known allergies.
**MEDS:** Luvox, Pentazine, Sulfasalazine and numerous others.
**IMM:**
**PMD:** Dr. Michael Boulanger.

**EXAM:** General appearance: The patient is a thin white male, awake, alert and well-hydrated.

**HEENT:** Normocephalic, atraumatic. Pupils are equal and reactive.
**NECK:** Supple.
**LUNGS:** Clear.
**HEART:** Regular rate and rhythm.
**ABDOMEN:** Soft and tender diffusely, but primarily on the right side. It is not tender over McBurney's point. He has no particular Murphy sign. He does have a little bit of right CVA tenderness. He has no tympany or distention.

**COURSE/PROCEDURES:** The patient was given Solu-Medrol 125 mg IV, Compazine 10 mg IV and normal saline at a one liter bolus. He was also given Demerol in incremental doses to relieve his pain. Care of the patient is signed out to Dr. Doug Boyink at change of shift and he will dictate the eventual diagnosis and disposition.

**X-RAYS:** Read by Dr. Wood.
**OBSTRUCTION SERIES:** Negative for signs of obstruction or free air under the diaphragm.

**DX:**
1. Abdominal pain in a Crohn's disease patient. Final diagnosis as per Dr. Boyink.

**MDM/TX/COUNSEL/COORD:**
1. As per Dr. Boyink.

**DISPOSITION:** Care of patient transferred

Douglas R. Wood, MD
**DOD:** 10/24/1998 DRW/jaf
**DOT:** 10/24/1998
cc: Dr. Michael Boulanger

*Dictate, Inc. 207-539-8477 for NES-St. Mary's Regional Medical Center*
ORIG. COPY *VF#: 1314* Page 1 of 1

FANTOZZI, Ronald Boyink SMRMC 10/04/1998
MR# 221342 ACCT # 8277565

ADDENDUM

**SUBJECTIVE:** The patient's care was transferred to me by Dr. Doug Wood, please see his note. The patient arrived here for evaluation of nausea, vomiting and diarrhea associated with moderately severe right-sided flank pain. The patient apparently has been taking Percocet over the last several days to control discomfort in this region. He has had discomfort as a result of Crohn's disease which was resected several years ago. At the site of reanastomosis he has had intermittent pain on a frequent basis. He is on pentazocine and sulfasalazine. He also apparently has hepatitis C and cannot take prednisone. He states that he has not had blood, mucus or pus in his stools. He did not vomit any bloody material. He has no other current problems. He has had previous kidney stones in the past. He denies current significant back pain. He does have modest discomfort, however.

**OBJECTIVE:** General appearance: The patient is awake, alert and hydrated. He has already received 75 mg of Demerol in divided doses. He also had 25 mg of Phenergan in divided doses. He is now currently feeling nausea-free but has persistent pain.

**ABDOMEN:** Soft, is 1+ tender in the right mid abdomen. He has no current lower abdominal tenderness. He has 1+ right flank tenderness.

He was given an additional 50 mg of Demerol because he rates the pain as an eight on a scale of zero to ten. This did not control his symptoms and therefore he was given another 75 mg of Demerol within an hour and a half and this seemed to improve the symptoms somewhat.

**LAB:** His white count was 11,200. His chemistries were essentially unremarkable. He does have a slightly high albumin. Total bilirubin is 1.5. His SGOT was slightly elevated at 75, SGPT was 164. Sodium 143, potassium 3.9. The urinalysis was dip stick negative for blood but positive for protein and bilirubin.

**X-RAYS:** Read by Dr. Wood.
**OBSTRUCTION SERIES:** Negative.

The patient was given various options including the possibility of hospitalization. He was somewhat resistant to being hospitalized. He was given 150 mg of Demerol and 25 of Phenergan IM.

**ASSESSMENT:**

1. Right-sided abdominal pain, possible mild hepatitis, possible Crohn's hepatitis, possible acute gastroenteritis with dehydration and falsely abnormal tests.
2. Known chronic Crohn's disease and hepatitis C.

**PLAN:**

1. He was asked to follow-up with Dr. Boulanger in the morning.
2. His care was discussed with Dr. Lewandowski.
3. Care will also need to be directed by Dr. Monzel.

FANTOZZI, Ronald Boyink SMRMC 10/04/1998
MR# 221342 ACCT # 8277565

CHEST: (Portable)

4. The patient seemed to understand his instructions and strongly preferred going home.

CONDITION AT DISCHARGE: Good.

Douglas P. Boyink, M.D.

DOD:10/05/1998 DPB/jac
DOT:10/05/1998
cc: Dr. Monzel
Dr. Boulanger

ST. MARY'S REGIONAL MEDICAL CENTER LEWISTON, MAINE

**NURSING CONTINUATION SHEET**

**EMERGENCY DEPT. REPORT CONTINUED**

NO. 8277565 PAGE 1 OF

LAST NAME: FANTOZZI FIRST: RONALD MIDDLE:

DOUG WOOD 10/4/98

| TIME | B/P | P | R | MEDICATIONS | | |
|---|---|---|---|---|---|---|
| 2025 | | | | IV NS, cont flo; #18 angio started Ⓛ AC vein @ w/o rate. Labs drawn & sent. | | DGW |
| 2030 | | | | Demerol 25 & Phenergan 12.5 slow IVP given /DGW | | |
| 2032 | | | | Solumedrol 125mg slow IVP given /DGW | | |
| 2040 | | | | | Pt more comfortable ē ↓ abd pain & ↓ nausea. ≈ 500 ml IV absorbed & IV rate slowed to KVO. Pt to XR via stretcher ē IV | DGW |
| 2100 | 128/70 | 100 | 22 | IV NS #1 absorbed. IV NS 1000 #2 up ē w/o rate | Returns from XR. On ED arrival pain @ 10/10 then ↓'d to 7/10 p̄ meds. Now pain returning p̄ moving in XRay ē ↑ to 9/10. | |
| 2110 | | | | Demerol 25mg slow IV given /DGW. IV #2 500 ml absorbed & IV rate ↓ to ≈ 500 ml/h | | DGW |
| 2125 | | | | Compazine 10mg IV ordered — administered very slowly ē ≈ 3 mg absorbed over 5 min. Pt reports feeling "funny" & "heart skipping". Compazine d/c'd p̄ 3 mg. Pulse tachy & bounding | | D/c'd |
| 2130 | 124/76 | 132 | 20 | IV #2 absorbed IV NS #3 up @ 200/hr DGW | | |
| 2200 | 116/82 | 92 | 20 | Demerol 25 → IVP/DGW Phenergan 12.5 | ∅ nausea but pain persists @ 7-8/10 | |
| 2310 | 120/74 | 96 | 20 | | Pt voided x1 but ∅ specimen obtained. Remains in pain @ 6/10 ∅ nausea. See next sheet. IV to w/o. | |

| INITIALS | SIGNATURE | | INITIALS | SIGNATURE | |
|---|---|---|---|---|---|
| DGW | Doug [signature] | RN/LPN | | | RN/LPN |
| | | RN/LPN | | | RN/LPN |

M.D.

DOCTOR'S SIGNATURE

MEDICAL RECORDS COPY

ST. MARY'S REGIONAL MEDICAL CENTER LEWISTON, MAINE

**NURSING CONTINUATION SHEET**

**EMERGENCY DEPT. REPORT CONTINUED**

NO. 8277565 PAGE 2 OF

| LAST NAME | FIRST | MIDDLE | | |
|---|---|---|---|---|
| Fandozzi | Ronald | | WORD/Boyak | 10/4/98 |

| TIME | B.P. | P. | R. | MEDICATION | NOTES |
|---|---|---|---|---|---|
| 0020 | | | | IV #3 absorbed & IV #4 NS 1000 up @ ≈ 200ml/hr. | |
| | | | | | Pain returning & is 9/10. ø nausea. |
| | | | | | Pain remains same area ō Δ in character. |
| | | | | Demerol 25mg IV given/ | [illegible] ø relief or Δ in pain. |
| 0045 | | 96 | 24 | Demerol 25 mg IV given/ | [illegible] c pt becoming more |
| | | | | | comfortable. |
| 0115 | 168/88 | 88 | 20 | | Voided ≈ 60ml. Specimen dipped & |
| | | | | | in home negative. Specimen to lab. |
| | | | | Demerol 50mg IV/[illegible] | Pain returning. ↓ pain ō medication |
| 0200 | | | | | Case discussed c Dr. Lewandowski |
| 0215 | 108/76 | 92 | 22 | Demerol 150 IM in | IV site to w/o. |
| | | | | Phenergan 25 (R) glutes/[illegible] | IV #4 absorbed & IV site D/C'd. |
| | | | | | Pt is still not pain free but reports pain |
| | | | | | is tolerable @ 6/10. Urinal, urine |
| | | | | | strainer & specimen cup dispensed. |
| | | | | | Pt disch via w/c. Instructions reviewed |
| | | | | | c pt & wife. Pt to f/u c Dr. Salanger |
| | | | | | 10/5 AM. |

| INITIALS | SIGNATURE | | INITIALS | SIGNATURE | |
|---|---|---|---|---|---|
| DG RN | Dave [illegible] | RN/LPN | | | RN/LPN |
| | | RN/LPN | | | RN/LPN |

DOCTOR'S SIGNATURE

MEDICAL RECORDS COPY

500685.011.0220

ST. MARY'S REGIONAL MEDICAL CENTER

Lewiston, ME 04240

RADIOLOGY REPORT

Name: FANTOZZI, RONALD M
Pt. Phone: 782-3873
DOB: [redacted]62
PHY(S): MICHAEL BOULANGER, M.D.
PHY(S): DOUGLAS R. WOOD, M.D.
Hosp #: 8277565
MR #: 22-13-42
X-RAY #: 08-99-89
Service Date: 10/04/98
NS/Room: ER

OBSTRUCTION SERIES 74022

Indication for Study: Crohn's disease with increased abdominal pain

FINDINGS: The chest is unremarkable. There is a non-specific abnormal gas pattern with some scattered loops of what I think are small bowel gas. There are no fluid levels, biliary or free intraperitoneal air. Abscesses or intramural air are not excluded. I don't appreciate any significant calcifications. Left sided opacities which have been renal on the previous study are no longer seen.

IMPRESSIONS: No evidence of free air or obstruction.

Abnormal non-specific gas pattern for which follow up is recommended. Chest is unremarkable.

JOSEPH ULLMAN, M.D./reb

D: 10/05/98 T: 10/05/98

cc: MICHAEL BOULANGER, M.D. (F)
X-RAY BACK OFFICE (O)
X-RAY FRONT OFFICE (O)
PHYSICIAN BILLING (O)
RAD (O)

ST MARYS REGIONAL M[redacted]CAL CENTER LEWISTON, MA[redacted]E 04240 (207)777-8400
DAVID GALLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOGY

PATIENT NAME: FANTOZZI, RONALD M
DOCTOR: WOOD, DOUGLAS R.
D/A DATE: A 04-OCT-98
LOC: ED SEX: M
SPECIMEN ID: 18816

ACCOUNT #: 8277565
DATE/TIME COLL: 04-OCT-98 08:30 F
DATE RECEIVED: 04-OCT-98
DATE/TIME REP: 07-OCT-98 08:30 A

| TEST NAME | RESULT | ABNORMAL | REFERENCE RANGE |
|---|---|---|---|

OKML

## PLEASE NOTE

*DRAW&HOLD-COAG SPECIMEN DISCARDED
*DRAW&HOLD-CHEM SPECIMEN DISCARDED

## HEMATOLOGY/COAGULATION

| TEST NAME | RESULT | ABNORMAL | REFERENCE RANGE |
|---|---|---|---|
| WBC | | 11.2 H | 4.5-11.0 X10^3 |
| RBC | 4.83 | | 4.7-6.1 X10^6 |
| HGB | 15.6 | | 14-18 G/DL |
| HCT | 45.1 | | 42-52 % |
| MCV | 93.3 | | 80-94 FL |
| MCH | | 32.2 H | 27-31 PG |
| MCHC | 34.5 | | 33-37 G/DL |
| RDW | 11.8 | | 11.5-14.5 % |
| PLATELET COUNT | 337 | | 130-400 X10^3 |
| MPV | 7.7 | | 7.4-10.4 FL |
| LYMPHS (COULTER) | 21.0 | | 20-35 % |
| MONO (COULTER) | 8.8 | | 0-15 % |
| GRAN (COULTER) | 68.7 | | 55-81 % |
| EOS (COULTER) | 0.7 | | 0-3 % |
| BASO (COULTER) | 0.8 | | 0-1 % |

## CHEMISTRY/CARDIAC/LIPIDS

| TEST NAME | RESULT | ABNORMAL | REFERENCE RANGE |
|---|---|---|---|
| CALCIUM | 10.0 | | 8.7-10.7 MG/DL |
| GLUCOSE | 92 | | 70-108 MG/DL |
| BUN | 16 | | 7-22 MG/DL |
| CREATININE | 0.7 | | 0.6-1.2 MG/DL |
| TOTAL PROTEIN | | 8.5 H | 6.0-8.3 G/DL |
| ALBUMIN | | 4.9 H | 3.5-4.8 G/DL |
| GLOBULIN | 3.6 | | 2.3-5.3 G/DL |
| A/G RATIO | 1.4 | | 1.1-1.8 |
| TOTAL BILIRUBIN | | 1.5 H | 0.3-1.2 MG/DL |
| DIRECT BILIRUBIN | | 0.5 H | 0.0-0.4 MG/DL |
| INDIRECT BILIRUBIN | | 1.0 H | 0.0-0.8 MG/DL |
| ALKALINE PHOS | 91 | | 37-107 U/L |
| SGOT | | 75 H | 8-42 U/L |
| SGPT | | 164 H | 0-55 U/L |

CHEMISTRY/CARDIAC/LIPIDS (continued on next page)

WOOD, DOUGLAS R.

*** FANTOZZI, RONALD M, 07-OCT-98 AT 08:30 *** (CONT) FINAL REPORT

ST MARYS REGIONAL M[redacted]CAL CENTER LEWISTON, MA[redacted]E 04240 (207)777-8400
DAVID GALLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOGY

PATIENT NAME: FANTOZZI, RONALD M — ACCOUNT #: 8277565
DOCTOR: WOOD, DOUGLAS R. — DATE/TIME COLL: 04-OCT-98 08:30 PM
D/A DATE: A 04-OCT-98 — DATE RECEIVED: 04-OCT-98
LOC: ED SEX: M — DATE/TIME REP: 07-OCT-98 08:30 AM
SPECIMEN ID: 18816

| TEST NAME | RESULT | ABNORMAL | REFERENCE RANGE |
|---|---|---|---|
| CHEMISTRY/CARDIAC/LIPIDS (continued) | | | |
| AMYLASE | 53 | | 34-122 U/L |
| NA | 143 | | 135-145 MEQ/L |
| K | 3.9 | | 3.8-5.2 MEQ/L |
| CL | 103 | | 98-108 MEQ/L |

WOOD, DOUGLAS R.

*** FANTOZZI, RONALD M,07-OCT-98 AT 08:30 *** (CONT) FINAL REPORT

ST MARYS REGIONAL M[redacted]CAL CENTER LEWISTON, MA[redacted]E 04240 (207)777-8400
DAVID GALLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOGY

PATIENT NAME: FANTOZZI, RONALD M
DOCTOR: WOOD, DOUGLAS R.
D/A DATE: A 04-OCT-98
LOC: ED SEX: M
SPECIMEN ID: 18885

ACCOUNT #: 8277565
DATE/TIME COLL: 05-OCT-98 01:57 AM
DATE RECEIVED: 05-OCT-98
DATE/TIME REP: 07-OCT-98 08:30 AM

URINALYSIS/PARASITOLOGY/IMMUNOLOGY

| TEST NAME | RESULT | ABNORMAL | REFERENCE RANGE |
|---|---|---|---|
| URINE REFRIGERATED | NO | | |
| URINE CULTURED? | NO | | |
| URINE APPEARANCE | CLEAR | | CLEAR |
| URINE COLOR | YELLOW | | YELLOW |
| URINE SPEC. GRAVITY | 1.020 | | 1.008-1.030 |
| URINE LEUKO EST. | NEGATIVE | | NEGATIVE |
| URINE NITRITE | NEGATIVE | | NEGATIVE |
| URINE PH | 5 | | 5.0-8.0 |
| URINE PROTEIN | NEGATIVE | | NEGATIVE (MG/DL) |
| URINE GLUCOSE | 50 | | NORMAL (MG/DL) |
| URINE KETONES | +1 | | NEGATIVE |
| URINE UROBILINOGEN | NORMAL | | NORMAL (MG/DL) |
| URINE BILIRUBIN | NEGATIVE | | NEGATIVE |
| URINE OCCULT BLOOD | NEGATIVE | | NEGATIVE (ERY/UL) |
| URINE RBCS | NEGATIVE | | NEGATIVE (/HPF) |
| URINE WBCS | NEGATIVE | | NEGATIVE (/HPF) |
| URINE BACTERIA | NEGATIVE | | NEGATIVE (/HPF) |
| URINE CRYSTALS | NEGATIVE | | NEGATIVE (/HPF) |
| URINE CASTS | NEGATIVE | | NEGATIVE (/LPF) |
| URINE MUCUS | PRESENT | | NONE SEEN (/LPH) |
| URINE SQUAMOUS CELL | NEGATIVE | | NEGATIVE (/HPF) |
| URINE TRANSITIONALS | NEGATIVE | | NEGATIVE (/HPF) |
| URINE OTHER CELLS | FEW HISTIOCYTES PRESENT | | NEGATIVE (/HPF) |

WOOD, DOUGLAS R.

*** FANTOZZI, RONALD M,07-OCT-98 AT 08:30 *** FINAL REPORT



ST. MARY'S REGIONAL MEDICAL CENTER

DIAGNOSIS Crohn's Disease

☒ STAT ☐ ROUTINE DATE REQUISITIONED 10/4/98

☐ SHIFT ☐ PRE-OP REQUISITIONED BY DGunn

NAME 6277565 MR 221342

ROOM NO. ADDRESS ... 10/04/98

FANTOZZI, RONALD M

HOSP. NO. 4 POLAND RD

AUBURN ME 04210

PHYSICIAN 210103-01 999999

DATE OF SERVICE DOB ...62 Specimen Received

BLOOD BANK-1

| √ | TEST | RESULT |
|---|---|---|
| | TYPE & SCREEN | |
| | TYPE & X MATCH | |
| X | DRAW & HOLD (NO WORKUP) | |
| | ABO GROUP | |
| | Rho | |
| | ANTIBODY SCREEN | |
| | AUTO CONTROL | |
| | Rho (D) IMMUNE GLOBULIN | |
| | FETAL SCREEN | |

| √ | TEST | RESULT |
|---|---|---|
| | COOMBS | |
| | DIRECT | |
| | ANTI IgG | |
| | ANTI-COMPLEMENT | |
| | X MATCH #UNITS | |
| | CLINIC | OR |
| | ROOM | ER |

No workup ordered
Specimen discarded

PHLEBOTOMY

| | | |
|---|---|---|
| BLOOD DRAWN BY: RG | DATE 10-4-98 | TIME 1030 |
| TECHNOLOGIST: SGT | DATE 10-10-98 | TIME 1015 |
| BLOOD REDRAWN BY: | DATE | TIME |
| TECHNOLOGIST: | DATE | TIME |

PHYSICIAN OR CHART

500685.011.0225

**St. Mary's Regional Medical Center**
**Procedure Record**

E254712 CC MR 221342
ADM 9/14/98
FANTOZZI, RONALD M
40 POLAND RD
AUBURN ME 04210
218103-01 999999
7082873

Date: 9-14-98 Time: 1005

Physician: Monzel

Chief Complaint/ Dx: Crohn's. abd pain, diarrhea

**Pertinent Physical Findings:**

**Pre Procedure Evaluation:**

**Dictated Note:** ✓ Colonoscopy

**Procedure:**

**Findings:** Into neoterminal ileum

(1) marked inflammation with ulcers of the end to side anastomosis Bx w - this well as ulcerate inflammation is very focal

TI mucosa is otherwise normal

colon distal to anastomosis normal [illegible] [illegible]

**Plan of Care:** - Continue pentasa 500 [illegible]
- Dr Monzel to call

Physician's Signature

**St. Mary's Regional Medical Center**
**Consent/Assignment/Authorization Statement**

54712 OD 9/14/98 RONALD M 40 POLAND RD ME 04210

**Consent for Treatment** Admission Date: 9-14-98

I, the undersigned a patient in this St. Mary's Regional Medical Center ("SMRMC"), hereby authorize employees of SMRMC and physicians(s) (and whomever they may designate as assistants) to administer such treatment as is necessary, and such additional operations or procedures as are considered therapeutically necessary on the basis of findings during the course of said tr[illegible] I also consent to the adminstration of such anesthetics as are necessary. Any tissues or parts surgically removed may be disposed of by SMRMC in accordance with accustomed practice. I hereby certify that I have read and fully understand the above Consent for Treatment, the reasons why the treatment/procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment which have been explained to me by the attending physician. I also certify that no guarantee or assurance has been made to the results that may be obtained.

**Authorization To Release Medical Information**

St. Mary's Regional Medical Center is hereby authorized and requested to furnish the Healthsource insurance company(s) or its properly authorized agent, my employer and any peer review organization which conducts reviews of hospital utilization under an agreement with my employer and/or health insurance carrier, or any person or corporation that is or may be liable under contract or otherwise, for all or part of the Medical Center's charge; all information required by it to determine benefits, including nature of the visit, diagnostic and treatment information, and copies of my medical record which may be available to said hospital

**Assignment Of Benefits**

I hereby assign unto St. Mary's Regional Medical Center and related contracted professionals, all hospital insurance benefits now due and to become due and payable to me or on my behalf, but not to exceed the Medical Center's charges by virtue of my treatment by the hospital, and I hereby direct the Healthsource Insurance Company(s) to pay such benefit directly to the hospital in consideration of the hospital care and services furnished and to be furnished by the hospital.

**Payment Terms**

I understand payment of charges are due for services rendered within Thirty (30) days including any collection or attorney's fees. If I am financially unable to do so, I agree to complete a detailed financial statement so alternative payment arrangements can be determined. I agree to pay all charges for services not authorized for payment by any Health Maintenance Organization, Preferred Provider Organization or other Managed Care Organization for which I seek certification for treatment by St. Mary's.

**Release From Responsibility For Personal Property**

I understand and agree that under no circumstances will St. Mary's Regional Medical Center be responsible for my personal property. I take full responsibility for retaining in my possession or custody any and all articles. I acknowledge that I have declared or listed all items of personal property I have chosen to keep in my possession or custody while at St. Mary's, and further acknowledge that I have been offered an opportunity to have my personal property kept at St. Mary's during my stay at St. Mary's, and that I have refused that offer.

**Authorization For Payment Of Medical Benefits**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers or any other medical insurers, any information needed for this or a related Medicare, or other medical insurance claim. I request that payment of authorization of authorized benefits be made to St. Mary's Regional Medical Center and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services I request this authorization apply to the extent of my services.

**An Important Message From Medicare/Champus**

I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**I Have Read This Consent/Authorization Completely And Crossed Out Any Words Or Phrases That I Do Not Accept:**

[signature] 9/14/98 1020
Patient Signature: Date Time

Guarantor Signature Date Relationship

[signature] 9/14/98
Witness Signature Date

Telephone Consent Received By: ____________ Date: ____________ Time: ______

140209

500685.011.0227

Ronald Fantozzi

St. Mary's Regional Medical Center

Multidisciplinary Assessment

6254712 CD MR 221342
ADM 9/14/98
FANTOZZI, RONALD M
40 POLAND RD
AUBURN ME 04210
18 [illegible] 999999
ICD [redacted]/62 7823873

Date 9/14/98 Physician Monzel Referring Physician [illegible]

Diag./Chief Comp. abdominal pain / diarrhea

Allergies: NKA Latex Food

Environmental Drugs/Reaction:

| Current Medications: Name, Dosage | Last Dose |
|---|---|
| Roxicet [illegible] ī q 8° PRN | |
| Pentasa 25mg ĪĪ qid | took all meds 9/13/98 |
| Sulfasalazine 2tabs qid | |
| Luvox ī daily HS | |

Past History:

| | |
|---|---|
| Y/N Alcohol 1-2 Beers /week | Y/N Fainting spells/syncope |
| Y/N Anemia | Y/N Heart disease |
| Y/N Arthritis | Y/N Heart murmer |
| Y/N Back problems | Y/N Hepatitis/jaundice |
| Y/N Blood thinners | Y/N Hypo/ Hypertension |
| Y/N Bleeding problems | Y/N Kidney/bladder disease Hx of Kidney stone |
| Y/N Bowel disease Crohn's | Y/N Liver disease |
| Y/N Cancer | Y/N Lung disease Bronchitis |
| Y/N Chemo/Radiation therapy | Y/N Smoker ___ppd/___ Cough |
| Y/N Cortisone/Steroid use hx Steroids for Crohn's | Y/N Neurological disease |
| Y/N CVA/stroke | Y/N Pregnant ___ LMP |
| Y/N Drug Use | Y/N Thyroid disease |
| Y/N Diabetes | Y/N TB exposure |
| Y/N Epilepsy/Seizures | Y/N Ulcer disease |
| Y/N Emotional disorder PANIC ATTACKS | Y/N Other |
| Y/N Gallbladder disease Cholecystectomy | |

Past Surgery: Bowel resection appendectomy, [illegible] Lithotripsy x1

Pre-admission assessment signature: [signature]

| | Mental status | Skin condition | | Mobility | | Prosthesis |
|---|---|---|---|---|---|---|
| ✓ | Alert | Warm | ✓ | Ambulatory | Ø | Dentures |
| ✓ | Oriented | dry | | Assisted amb. | ✓ | Glasses readers |
| | Confused | pink | | Wheelchair | Ø | Hearing Aide |
| | | | | Stretcher | Ø | Walker/Cane |
| | Prep | NPO since | | | | |
| ✓ | Home 2L | colyte | | | | |
| | Hospital | 9/13 | | | | |
| | Enemas | | | | | |

Time 10K T 37° P 92 reg R 20 Bp 110/78 Ht 5'6" Wt 143

Breath sounds: Rt Clear Lt Clear Not auscultated

Heart sounds: Not auscultated

Abdomen: Not palpated

Comments :

Admission assessment signature: [signature] Reviewed by Physician: [signature]

Individual to notify at time of discharge: [illegible] wife Telephone # [illegible]

**ST. MARY'S REGIONAL MEDICAL CENTER**

Lewiston, ME 04240

8254712 22-13-42

FANTOZZI, RONALD M
DOB: [redacted]62

**PROCEDURE NOTE**

INPATIENT_____ OUTPATIENT xx DATE: 09/14/98

PHYSICIAN: MICHAEL MONZEL, M.D.

**PROCEDURE:** Colonoscopy

INDICATIONS: This 36 year-old male has had relatively refractory right-sided pain and diarrhea that has been suspicious for reactivation of his Crohn's disease. The patient has had relatively inactive Crohn's for some years. He is now close to 7 years status post ileal and right colonic resection for refractory Crohn's ileitis and stricturing. He has recently had problems for what was suspected to be nephrolithiasis on the right. He has recently been placed on Pentasa empirically 500 mg PO qid to take the place of sulfasalazine, and diarrhea is beginning to improve. Patient has also been taking Percocet occasionally for pain. He has otherwise been in relatively stable health.

ALLERGIES: No known drug allergies

PHYSICAL EXAMINATION: Well nourished, although thin. No rash. LUNGS: Clear. HEART: No murmur. ABDOMEN: Impressive right-sided tenderness. No mass.

ANESTHESIA: Fentanyl 150 mcg, Benadryl 50 mg, Versed 5 mg IV

INSTRUMENT: Olympus CIF 100 videoendoscope

FINDINGS: Digital examination revealed no mass in the rectum. The endoscope passed by the anal canal into the rectum. Under direct visualization, the scope was advanced to the left colon, across the transverse colon, into the ileocolonic anastomosis in the right colon. This was an end-to-side anastomosis and very difficult to enter. The patient had to be repositioned with the endoscope to enter it. There was a focal ulceration and significant hyperemia around it, and it appeared mildly narrowed. Despite this narrowing, however, the endoscope could pass into the neo-terminal ileum. There was hyperemia in the most distal 5 cm of the terminal ileum without ulceration. The more proximal terminal ileum was examined for approximately 20 cm and was normal. Biopsies were taken of the ileocolonic anastomotic area. The colon distal to this was entirely normal, including remaining right colon, transverse, descending, sigmoid colon, and rectum. Random biopsies were taken in the right colon distal to the anastomosis. Retroverted turn revealed no other pathology.

(SEE NEXT SHEET)

PROCEDURE NOTE
FANTOZZI, RONALD M
Page 2

MICHAEL MONZEL, M.D.

8254712

IMPRESSIONS:

1. Focal but significant inflammatory change at the ileocolonic anastomosis consistent with recurring Crohn's
   a. minimal anastomotic narrowing
   b. proximal terminal ileum and distal colon normal

PLAN: Continue Pentasa which appears to be resulting in a response. Biopsies to be reviewed.

MICHAEL MONZEL, M.D.

D: 09/14/89 MM
T: 09/15/98 sb

cc: MICHAEL MONZEL, M.D. (P)
MICHAEL BOULANGER, M.D. (F)
DEPT2 (P)



St Mary's Regional Medical Center
Department of Pathology

# Final Pathology Report

| | | | |
|---|---|---|---|
| Patient Name | Fantozzi, Ronald | Surgical #: | S-98-3460 |
| Date of Birth: | [redacted]62 | Date Received: | 09/14/98 |
| Account Nbr: | | Date Reported: | 09/16/98 |
| Location: | OPD | Document ID: | 256680004243C7 |
| Physician: | Monzel | Copies To: | |

**Specimens:**
#1. Ileocolonic anastomosis
#2. Biopsy right colon

**Gross Examination:**
#1 consists of three 4 mm light tan fragments of soft tissue which are entirely submitted.

#2 consists of two 4 mm light tan fragments of soft tissue which are entirely submitted.

**Microscopic Examination:**
#1 consists of segments of tissue from the ileocolonic and anastomosis which shows an increase in chronic inflammatory cells and eosinophils and a few polys in the superficial aras of the mucosa. No areas of atypia are noted. The changes overall are mild and nonspecific in appearance.

#2 consists of sections of colonic mucosa which show some mild edema. No atypia or inflammation is noted.

**Diagnosis:**
#1. Mild nonspecific acute and chronic inflammation, segments of mucosa and ileocolonic anastomosis.
#2. Segments of right colonic mucosa.

**Codes:**

Dr. David J. Gallick, M.D., Pathologist

S-98-3460 Fantozzi, Ronald

09/16/98 11:03:16 AM

8254712 OD MR 221342
ADM 9/14/98
FANTOZZI, RONALD M M
40 POLAND RD
AUBURN ME 04210
218103-01 999999

St. Mary's Regional Medical Center

## Permission For Special Procedures - Outpatient

7023073

I authorize the performance of a Colonoscopy with possible biopsy and/or polypectomy procedure on Ronald Fantozzi (Name) performed by or under the direction of Dr. Monzel (Name of Physician)

The nature and purpose of the procedure, possible alternative methods of treatment, the risks involved, the possible consequences and the possibility of complications have been explained to me by Dr. Monzel (Name of Physician).

I acknowledge that no guarantee or assurance has been given by anyone as to the results that may be obtained.

Date: 9/14/98
Time: 1015

[signature] (Witness)

[signature] (Signature of patient or guardian or medical power of attorney)

I certify that the nature and purpose of the procedure, including the possibility of complications have been explained to the patient.

[signature] (Signature of physician)

S[illegible]ry's Regional [illegible]edical Center
**Endoscopy Flow Sheet**

Date 9-14-98 Procedure Colon
Diagnosis [illegible] Physician Mongel
Allergies NKA
I.V. Therapy Soln [illegible] Needle #22 [illegible]
Site (R) hand Time 1105 Rate KVO
Attempts (1) Signature [illegible]

8254712 OD MR 221342
ADM 9/14/98
FARTOZZI, RONALD M M
40 POLAND RD
AUBURN ME 04210
218103-01 999999
D05 [illegible]/62 7023873

Time arrived in procedure room 1104
☑ Pt. identified by arm band
☑ Verbal verification of procedure with patient
☑ Stretcher locked / Side rails up
☑ Consent signed
Scope CF100L Start Time 1127

☑ Cardiac Monitor
☑ Oximeter
☑ NIBP

| Int. | Signature | Int. | Signature |
|---|---|---|---|
| | | [illegible] | [illegible] |
| | | [illegible] | [illegible] |

| Time | Medications | Dosage | O2 Sat | Patient Response | Int |
|---|---|---|---|---|---|
| 1104 | Benadryl | 25 mg IV | 97 | 1132 Fentanyl 25 mcg IV | [illegible] |
| 1106 | Benadryl | 25 mg IV | 98 | 1135 Fentanyl 25 mcg IV | [illegible] |
| 1109 | Fentanyl | 25 mcg IV | 98 | | [illegible] |
| 1111 | Fentanyl | 25 mcg IV | 98 | | [illegible] |
| 1113 | Versed | 1 mg IV | 98 | | [illegible] |
| 1115 | Versed | 1 mg IV | 96 | | [illegible] |
| 1117 | Versed | 1 mg IV | 96 | | [illegible] |
| 1119 | Versed | 1 mg IV | 96 | | [illegible] |
| 1121 | Fentanyl | 25 mcg IV | 96 | | [illegible] |
| 1123 | Versed | 1 mg | 97 | Drowsy - Moaning | [illegible] |
| 1125 | Fentanyl | 25 mcg IV | 98 | | [illegible] |

**Assessment**

| Time | B/P | P | R | O2 Sat | Cardiac Rhythm | Comments |
|---|---|---|---|---|---|---|
| 1107 | 124/79 | 90 | 20 | 94 | RSR | |
| 1112 | 125/71 | 92 | 20 | 94 | RSR | |
| 1117 | 121/65 | 86 | 20 | 98 | RSR | |
| 1122 | 107/69 | 86 | 20 | 97 | RSR | |
| 1127 | 123/78 | 96 | 20 | 97 | RSR | |
| 1132 | 124/70 | 90 | 20 | 99 | RSR | |
| 1137 | 144/76 | 88 | 24 | 99 | RSR | |
| 1142 | 137/79 | 90 | 24 | 99 | RSR | |

☑ O2 Start Time 1121 D/C'd 1145 Liters 2L/min Via N/C
☐ Cautery ☐ Bicap Cut — Coag — ☐ Pure ☐ Blend Pad # — Pad Site —
☐ Dilators Type — Size — ☐ Sclerotherapy Procedure end time 1142

**Specimens**

(1) Bx Ileo-Cecal Anastomosis
(2) Bx right colon

**Patient Status Post Procedure**

LOC ☐ Awake ☑ Drowsy, arousable to verbal stimuli ☐ Drowsy, arousable to tactile stimuli
☐ Unresponsive/antagonistic given
☐ Combative ☐ Retching
Skin ☑ Pink ☐ Pale ☐ Dusky ☐ Cyanotic ☑ Warm
☐ Cool ☑ Dry ☐ Diaphoretic
Respirations ☑ Regular ☐ Shallow ☐ Labored
Transferred to Recovery Room Time 1145

Total # of Specimens to Lab (2)

Assistant J. [illegible] RN Circulator [illegible]

500685.011.0233

# Post Procedure Flow Sheet

| Item | Score |
|---|---|
| Level of Consciousness | 2 = fully awake<br>1 = drowsy, but oriented<br>0 = very sleepy |
| Color | 2 = pre procedure color<br>1 = pale<br>0 = very pale, dusky |
| Respirations | 2 = deep, easy spontaneous<br>1 = respirations adequate; deep when encouraged<br>0 = respirations shallow dyspneic |
| Bleeding | 2 = no signs of bleeding<br>1 = slight bleeding, small amount<br>0 = large amount of bleeding |
| Nausea and Vomiting | 2 = no nausea<br>1 = some nausea<br>0 = nausea and vomiting |
| Pain | 2 = no pain<br>1 = minimal pain<br>0 = excessive pain |
| Activity | 2 = ambulates steadily<br>1 = ambulates with assistance<br>0 = bedrest |
| Diet | 2 = tolerates p.o. fluids well<br>1 = has not taken p.o. fluids<br>0 = unable to take fluids |
| Abdomen | 2 = soft, nondistended<br>1 = soft, distended<br>0 = firm, distended |
| Esophagus | 2 = swallowing without difficulty<br>1 = Swallowing with difficulty<br>0 = unable to swallow |

P254712 OD MR 221342
ADM 9/14/98
FANTOZZI, RONALD M
40 POLAND RD
AUBURN ME 04210
218103-01 999999

| Vital Signs | | | | Nursing Assessment 7823471 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | BP | P | R | Loc | Color | Resp | Bld. | N/V | Pain | Act. | E/A | Diet | O2 Sat | O2 LPM | IV Rate | Init. |
| 1145 | 124/62 | 70 | 20 | | | | | | | | | | | | | |
| 1210 | 119/70 | 72 | 18 | 1 | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 1 | 97% | [illegible] | KVO | [illegible] |
| 1250 | 122/70 | 80 | 18 | 2 | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 2 | 98% | [illegible] | [illegible] | [illegible] |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

☑ IV dc'd at 1250 Volume infused 500 ml ☐ No redness or swelling at IV site

| | | |
|---|---|---|
| | | |
| | | |
| | | |

Comments ______________________

**Discharge Summary** (circle one) (2 = meets all criteria satisfactorily.)

1 = fails to meet all criteria: discharge by doctor with special instruction.

0 = continued skilled observation required: patient admitted to hospital. Room Number ______

Report given to ______

**Discharge** Time 1300

**Discharge to** ☑ home ☐ relatives home ☐ other ______

**Via** ☐ ambulatory ☑ wc ☐ other

**accompanied by** ☑ spouse ☐ relatives ☐ friend ☐ other ______

☑ Instructions to patient/family
☑ Patient/family verbalized understanding of instructions
☑ Discharged with belongings
☑ Doctor spoke to patient before discharge

Patient teaching aids given to patient
☐ Pamphlet, Informational Sheets
☐ Dressing change equipment
☐ Prescription
☐ Other

| Init | Signature | Init | Signature |
|---|---|---|---|
| [illegible] | [illegible] RN | [illegible] | [illegible] |
| | | | |

# [redacted]ysician's [redacted]ders

Name: ______________________

*554712 CD MR 221342*
*ASH 9/14/98*
*[…]ICZZI, RONALD W*
*40 POLAND RD*
*218105-01 999999*
*04290*
*7023673*

| Date Started | Date Discontinued | OPD - Pre Endoscopy Orders<br>Dr. O'Connor, Dr. Monzel, Dr. Sivulich, Dr. Lewandowski | Signature |
|---|---|---|---|
| | | | |
| 9-14-98 | | 1. For patients having a colonoscopy<br>Yes / No a) start colyte 8oz q 5-10 min until returns are clear<br>Yes / No b) give tap H2O enemas until returns are clear. | [signature] |
| | | 2. Start an IV - NS - KVO rate. | |
| | | 3. Reglan 10mg IV for nausea/vomiting (circle YES or NO). | |
| | | 4. (Circle YES or NO) Titrate Premeds | |
| | | YES NO a) Stadol 0.5 mg - 1.0mg IV | |
| | | YES NO b) Demerol 25 mg - 50mg IV | |
| | | YES NO c) Fentanyl 25mcg - 50mcg IV may repeat dose x1 | |
| | | YES NO d) Droperidol 0.625 mg - 1.25 mg - 2.5mg IV | |
| | | YES NO e) Benadryl 50mg IV | |
| | | 5. O2 at 2 liters prn to maintain O2 saturation over 90%. | |
| | | 6. Versed 0.5 mg - 1.0 mg IVP q 2 mins up to 10 mg intraprocedure for sedation | [signature] |
| | | 7. Give another Fentanyl 50 mcg iv [illegible] | |
| | | **Post Endoscopy Orders** | |
| | | [handwritten: […] Slayerleith RN 9/14/98] | |
| 9-14-98 | | 1. Blood pressure, pulse and respiration | |
| | | q 15 min x 2 - if stable | |
| | | q 1/2 hr x 2 - if stable | |
| | | q 1 hr x 2 - if stable | |
| | | 2. Narcan 0.2mg - 0.4mg IV per nursing assessment if Fentanyl/ Stadol/Demerol was given for a premedication. | |
| | | 3. NPO until gag reflex returns. | |
| | | 4. May be discharged in 1 - 1 1/2 hours post procedure if stable or as ordered by the physician. | |
| | | 5. Trilafon 5mg IM if needed for nausea and/or vomiting. | |
| | | 6. Rectal tube prn if unable to pass flatus. | [signature] |

Med. Dept. Approved: 3/9/95 [handwritten: [illegible] Slayerleith RN]

St. Mary's [redacted]onal Medi[redacted]Center

# Outpatient Department Discharge Instructions

[patient label] ADM 9/14/98 MR 221342 ... RONAL ... 40 POLAND RD AUBURN ~~ME 04210~~ 218103-01 999999

You have undergone a procedure called: ____ Gastroscopy X Colonoscopy ____ Brochoscopy ____ ERCP ____ Minor Surgery

1. You must have someone drive you home if you have received sedation. You cannot drive and you should have someone stay with you the remainder of the day. **Do Not Drive a car, operate machinery, make any important decisions, or drink alcohol.**

2. Limit your activities for today. Go home and rest. The effects of the medications should wear off by the next day and you will be able to resume your normal activities.

3. Diet: Eat a light diet (soups, jello, ect.) / soft diet and advance gradually today to your normal diet unless otherwise instructed by your doctor. Drink plenty of fluids.

4. You may resume your normal prescription medicines, unless otherwise instructed by your doctor.

5. There may be some soreness where the instruments have been, this will wear off in a day or two.

6. Some bloating may be experienced if air has been retained in your gastrointestinal tract (stomach and/or bowel) this will pass as you expel the air.

7. Call Dr. Monzel at 7845784 if you have any questions or any of the following problems:
   - Excessive pain, nausea/vomiting
   - Signs of any excessive bleeding
   - Redness, tenderness, and swelling at the IV site that persists for more than 48 hours
   - Temperature greater than 101 not related to a cold or flu

8. Your doctor will notify you about the results of any biopsies. If you have not been notified within a week with the results, contact your doctor.

9. If a biopsy or a polypectomy has been done, blood thinners, ASA or any products containing ASA should be avoided for one week.

Patient/Accompanying Adult: [signature]
Instructions Reviewed By: [signature]
Office Appointment with Dr. ______
Date: ______ Time: ______

Continue Pentasa as directed
Dr Monzel will call with results

Reviewed and given to patient by: [signature]

**ST. MARY'S REGIONAL MEDICAL CENTER**

Lewiston, ME 04240

8229528 300-A 22-13-42

FANTOZZI, RONALD M
DOB: [redacted]/62

**DISCHARGE SUMMARY**
(Identification Sheet)
Page 1

Admitted: 08/17/98

Dictator: MICHAEL BOULANGER, M.D.

**DISCHARGE DATE:** 08/20/98 **DEATH DATE:**

**PROVISIONAL DX** Right renal colic secondary to right ureteral obstruction

**ALLERGIES, INC. DRUG REACTIONS**

**INFECTIONS & COMPLICATIONS**
Without

**CONSULTATIONS**
Paul Mailhot, M.D.

**PRINCIPAL PROCEDURE (date)** **SECONDARY PROCEDURE (date)**
8/18/98 - Right ureteral stent with retrograde pyelogram

**PRINCIPAL DX**

1. Right renal colic secondary to presumptive passage of renal stone with subsequent ureteral spasm

**SECONDARY DX**

2. Crohn's disease, currently quiescent, at risk for oxalate stones
3. Hepatitis C with mild hepatocellular pertubation but previously benign liver biopsy
4. Adjustment disorder with anxiety and panic
5. Status post partial colectomy with incidental appendectomy in 1989
6. Status post cholecystectomy in 1992
7. Allergic rhinitis
8. Prior history of Staph aureus airway colonization

(SEE NEXT SHEET)

**ST. MARY'S REGIONAL MEDICAL CENTER**

Lewiston, ME 04240

8229528 300-A 22-13-42

FANTOZZI, RONALD M
DOB: [redacted]/62

**DISCHARGE SUMMARY**

Admitted: 08/17/98
Discharged: 08/20/98

Dictator: MICHAEL BOULANGER, M.D.

---

**HPI:** Ronald Fantozzi is a 36-year-old white male evaluated at SMRMC D-3 from 8/17 through 8/20/98 for right renal colic secondary to presumptive nephrolithiasis, necessitating placement of right ureteral stent.

The patient has a fairly complicated medical and surgical history for a young man. He has had a long-standing history of Crohn's disease and Hepatitis C infection with prior left renal colic. This admission was precipitated by a 24-hour history of repetitive right flank pain in association with gross hematuria. The patient appeared to be in significant pain at the time of admission, requiring parenteral analgesia. He was admitted to the medical service by Dr. Jeff Brown in coverage.

**INITIAL EXAM:** The patient was uncomfortable with reproducible right flank percussion tenderness. Temp was 36.5°, pulse 88, respiratory rate 20, BP 140/80. HEENT unremarkable. Neck was supple. Lungs clear. Heart sounds physiologic. Abdomen was soft, bowel sounds active. No visceromegaly. The patient did have right mid to lower abdominal tenderness with mild right flank percussion tenderness. Extremities without CCE. Pedal pulses intact. There were no focal neurologic deficits. Skin was clear.

**LAB DATA:** On admission, white cell count 8300, hemoglobin 13, hematocrit 39, platelet count 235,000. MCV was 92, INR 12, PTT 29. Chemistry profile remarkable for BUN of 12, creatinine of 0.8, glucose 105. Total bili 1.2, SGOT 46, potassium 4.0. Urinalysis revealed pH of 5.0, specific gravity of 1.025, 3+ RBC's, 2+ bacteria. IVP with no evidence of obstruction with slight lucency noted at the mid to proximal portion of the right ureter, most likely a crossing vessel or spasm. On 8/18, SGOT 47 with SGPT of 79, total bili 1.7, albumin 3.5. Retrograde pyelogram with evidence of distal urethral catheter in place in the right ureter with question of a filling defect at the L-3/4 level, perhaps bubbles or stones. On 8/19, simple bleeding time 14 minutes. On 8/20, hemoglobin 12, hematocrit 37, MCV 95, platelet count 228,000. BUN 2, creatinine 0.6. Uric acid 2.6, potassium 3.6.

**HOSPITAL COURSE:** The patient was admitted to the medical service and begun on parenteral analgesia. He initially preferred IV Demerol by pump. Ultimately this proved to be ineffective and he returned to IM Demerol and Toradol. He was seen in urology consultation by Dr. Mailhot. On 8/19, Dr. Mailhot performed right ureteral stent placement with retrograde pyelogram. The procedure was well tolerated and subsequent pain seemed

(SEE NEXT SHEET)

to slowly improve. By the evening of 8/20, the patient had converted to oral medication for pain control; he was hungry and anxious to return home. Vital signs and examination remained stable. Coagulation studies were normal with bleeding time at high limits of normal range. The patient was not felt to be at risk for coagulopathy. He was discharged to home to the care of his family.

**DISCHARGE PLANS:** To summarize discharge plans:

1. Push PO fluids with regular diet.
2. Percocet one or two q. 4 prn.
3. Naprosyn 500 mg b.i.d. with meals prn.
4. Prilosec 20 mg q.d. while taking Naprosyn.
5. Ativan 0.5 h.s. prn for sleep and muscle relaxation.
6. The patient may increase activity as tolerated.
7. The patient to call offices of Dr. Boulanger and Dr. Mailhot for follow up appointment.
8. Patient out of work until cleared medically.

MICHAEL BOULANGER, M.D.

D: 08/26/98 MB
T: 08/30/98 trb

cc: Michael Boulanger, M.D. (P)
Paul Mailhot, M.D. (P)
STMA (P)(O)

ISSUE DATE: 8/25/98 ST. MARY'S PGM-ID: BCM601
ISSUE TIME: 8.45.17 PHYSICIAN ATTESTATION REPORT

PATIENT NAME: FANTOZZI, RONALD M A' 6 Y SEX: M
ACCOUNT NUMBER: 8229528 S/G300 A
MEDICAL RECORD NUMBER: 221342 CLASS: C - COMMERCIAL
ADMISSION DATE: 8/17/98
DISCHARGE DATE/STATUS: 8/20/98 H - HOME

MDC/DRG ASSIGNMENT
11 - DISEASES & DISORDERS OF THE KIDNEY AND URINARY TRACT
324 - URINARY STONES W/O CC

PRINCIPAL DIAGNOSIS: 592.0 CALCULUS OF KIDNEY

SECONDARY DIAGNOSES

| | |
|---|---|
| 2. 300.00 ANXIETY STATE NOS | 3. 555.9 REGIONAL ENTERITIS NOS |
| 4. | 5. |
| 6. | 7. |
| 8. | 9. |
| 10. | 11. |
| 12. | 13. |
| 14. | 15. |

PRINCIPAL SURGEON: 2713 MAILHOT, PAUL R

| PROCEDURES | | DATE | PHYSICIAN |
|---|---|---|---|
| 59.8 | URETERAL CATHETERIZATION | 8/19/98 | 2713 MAILHOT, PAUL R |
| 57.32 | CYSTOSCOPY NEC | 8/19/98 | 2713 MAILHOT, PAUL R |
| 87.74 | RETROGRADE PYELOGRAM | 8/18/98 | 4033 ULLMAN, JOSEPH M |

ATTENDING PHYSICIAN: 869 BROWN, JEFFREY L
Consult: Dr. Mailhot