# RONALD FANTOZZI

# 10 OF 18

ADMISSION RECORD

ST. MARYS HOSPITAL
LEWISTON, ME 04240

| DR. NO. FC | ARRIVED | MED REC # | PATIENT NAME | | SVC | RSV | HB/BED REG DTE |
|---|---|---|---|---|---|---|---|
| 8229528 C | | 002213421 | FANTOZZI, RONALD M | | MED | HS 0300/ A | 8/17/98 |

| PATIENT ADDRESS | AGE | D.O.B | PLACE OF BIRTH | SEX | MAR STA |
|---|---|---|---|---|---|
| 40 POLAND RD | 036Y | /62 | CT | M | M |

| CITY, STATE, ZIP | MAIDEN NAME | MOTHER/FATHER NAME |
|---|---|---|
| AUBURN       ME 04210 | | |

| ATTENDING PHYSICIAN | NEXT OF KIN/SPOUSE | NEXT OF KIN/TELEPHONE NO |
|---|---|---|
| BROWN, JEFFREY L | DEBORAH   DEBORAH FA | T        / |

| REFERRING PHYSICIAN | RACE/SMOKE | RELG | PREV DISCH | EMS NO |
|---|---|---|---|---|
| BOULANGER, MICHAEL J | C / N | 81 | 9/16/97 | |

| DATE/TIME ADMITTED | DATE/TIME DISCH/DEATH | ACCIDENT DATE/HOUR |
|---|---|---|
| 8/17/98    18:43 | 8/20/98   2050 | |

| PT. PHONE # | ADMIT BY | SOC SEC # | LOCATION | ADMITTING DIAGNOSIS |
|---|---|---|---|---|
| 207 782-3873 | | 2724 | | NEPHROLITHIASIS |

| EMPLOYER PHONE # | GUARANTOR (NAME/ADDRESS) FANTOZZI, RONALD M | VETERAN | X-RAY NO |
|---|---|---|---|
| | 40 POLAND RD            AUBURN    ME 04210 | | |

ADVANCE DIRECTIVE

POWER OF ATTORNEY  NONE          LIVING WILL  NONE

| INSURANCE CO. NAME 410 3 | POLICY NO. | GROUP NUMBERS | SUBSCRIBERS NAME(S) | RELAT |
|---|---|---|---|---|
| HEALTHSOURCE ME | 218103-01 | M219 | FANTOZZI, RONALD M | PT |

ADMITTING DIAGNOSIS:
NEPHROLITHIASIS

| COMMENTS | TRANS. OR ADMIT | DATE LAST SERV | PHYSICIAN |
|---|---|---|---|
| UN | | 9/16/97 | 00869 |

PATIENT INFORMATION

| EMPLOYER NAME | EMPLOYER ADDRESS |
|---|---|
| FALCON SHOE | CANAL ST |

| CITY | STE | ZIP | PHONE NUMBER |
|---|---|---|---|
| LEWISTON | ME | 04240 | (207) |

GUARANTOR INFORMATION

| NAME | | PAT. REL. | ADDRESS |
|---|---|---|---|
| FANTOZZI | RONALD M | PT | 40 POLAND RD |

| CITY | STE | ZIP | PHONE NUMBER |
|---|---|---|---|
| AUBURN | ME | 04210 | (207) 782-3873 |

| SOC SEC. NO | EMPLOYER | ADDRESS |
|---|---|---|
| | FALCON SHOE | CANAL ST |

| CITY | STE | ZIP | PHONE NUMBER |
|---|---|---|---|
| LEWISTON | ME | 04240 | (207) |

SUBSCRIBER INFORMATION

| NAME | | SEX | PAT. REL. | ADDRESS |
|---|---|---|---|---|
| FANTOZZI | RONALD M | M | PT | 40 POLAND RD |

| CITY | STE | ZIP | PHONE NUMBER |
|---|---|---|---|
| AUBURN | ME | 04210 | (207) 782-3873 |

| INSURANCE CO. NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| HEALTHSOURCE ME | 174 FREEPORT ROAD | FREEPORT | ME | 04032 |

| NAME | SEX | PAT. REL. | ADDRESS |
|---|---|---|---|
| | | | |

| CITY | STE | ZIP | PHONE NUMBER |
|---|---|---|---|
| | | 00000 | (000) |

| INSURANCE CO. NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| | | | | |

500685.011.0241

**Mary's Regional Medical Center**
**Consent/Assignment/Authorization Statement**

| Consent for Treatment | Admission Date: |

The undersigned, a patient in this St. Mary's Regional Medical Center ("SMRMC"), hereby authorize employees of SMRMC and physicians and whomever they may designate as assistants) to administer such treatment as is necessary, and such additional operations or procedures as are considered therapeutically necessary on the basis of findings during the course of said treatment. I also consent to the administration of such anesthetics as are necessary. Any tissues or parts surgically removed may be disposed of by SMRMC in accordance with accustomed practice. I hereby certify that I have read and fully understand the above Consent for Treatment, the reasons why the treatment/procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment which have been explained to me by the attending physician. I also certify that no guarantee or assurance has been made to the results that may be obtained.

| Authorization To Release Medical Information |

St. Mary's Regional Medical Center is hereby authorized and requested to furnish the _____ insurance company(s) or its properly authorized agent, my employer and any peer review organization which conducts reviews of hospital utilization under an agreement with my employer and/or health insurance carrier, or any person or corporation that is or may be liable, under contract or otherwise, for all or part of the Medical Center's charge; all information required by it to determine benefits, including nature of the visit, diagnostic and treatment information, and copies of my medical record which may be available to said hospital.

| Assignment Of Benefits |

I hereby assign unto St. Mary's Regional Medical Center and related contracted professionals, all hospital insurance benefits now due and to become due and payable to me or on my behalf but not to exceed the Medical Center's charges by virtue of my treatment by the hospital, and I hereby direct the _____ Insurance Company(s) to pay such benefits directly to the hospital in consideration of the hospital care and services furnished and to be furnished by the hospital.

| Payment Terms |

I understand payment of charges are due for services rendered within Thirty (30) days including any collection or attorney's fees. If I am financially unable to do so, I agree to complete a detailed financial statement so alternative payment arrangements can be determined. I agree to pay all charges for services not authorized for payment by any Health Maintenance Organization, Preferred Provider Organization or other Managed Care Organization for which I seek certification for treatment by St. Mary's.

| Release From Responsibility For Personal Property |

I understand and agree that under no circumstances will St. Mary's Regional Medical Center be responsible for my personal property. I take full responsibility for retaining in my possession or custody any and all articles. I acknowledge that I have declared or listed all items of personal property I have chosen to keep in my possession or custody while at St. Mary's, and further acknowledge that I have been offered an opportunity to have my personal property kept at St. Mary's during my stay at St. Mary's, and that I have refused that offer.

| Authorization For Payment Of Medical Benefits |

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers or any other medical insurers, any information needed for this or a related Medicare, or other medical insurance claim. I request that payment of authorization or authorized benefits be made to St. Mary's Regional Medical Center and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services I request this authorization apply to the extent of my services.

| An Important Message From Medicare/Champus |

I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**I Have Read This Consent/Authorization Completely And Crossed Out Any Words Or Phrases That I Do Not Accept:**

| Patient Signature: | Date: 8/17/98 | Time: 1650 |
| Guarantor Signature | Date: | Relationship |
| Witness Signature | Date: 8/17/98 | |
| Telephone Consent Received By: | Date: | Time: |

500685.011.0242

St. Mary's
REGIONAL MEDICAL CENTER

| ADMIT | ACTION ARRIVED | MED. REC. NO. | PATIENT NAME | ... | ER/OR BED/ROOM |
|---|---|---|---|---|---|
| | | 00271342 | FANTOZZI, RONALD M | | |

| ADDRESS | AGE | DATE OF BIRTH | PLACE OF BIRTH | SEX | MAR STATUS |
|---|---|---|---|---|---|
| POLAND RD | 036Y | 62 | | M | M |

CITY/TOWN: AUBURN    ME 04210    MAIDEN NAME    MOTHER/FATHER NAME

ATTND PHYSICIAN: BOUTIN, DOUGLAS P.    NEXT OF KIN SPOUSE: DEBORAH    NAME AT LAST ADMIT    VETERAN

PRIVATE PHYSICIAN: BOULANGER, MICHAEL J    Maillet    RACE/ORIGIN: c    RELIGION: P1    PREV DISCH DATE    EMS. NC.

DATE AND TIME OF SERVICE: 7:58    ACCIDENT DATE/HOUR 9/16/98    16:00    DATE AND TIME OF DEATH

PREMED SOURCE ME    270709-01    DRG NUMBER 1219    FANTOZZI, RONALD M

PT PHONE #: 207 782-2873    NEXT OF KIN PHONE: 207 782-2873    SOC. SEC #: 006542724

CHIEF COMPLAINT: BLOOD IN URINE    RLQ PAIN

ALLERGIES: Ø    LAST TETANUS

Onset 0600. (R) Flank Pain. Hema-
turia. Pain progressive to severe.
Skin Hot (dry). Pt unable to lie
down— squirming & walking.

| 0808 | 36.5 | 88 | 20 |
| Tymp | | | |
| 0900 | | 109 | 130/60 |

MEDICATIONS: No    10²

TRIAGE SIGNATURE: S Boutin en

Saw Dr. in the am. ? stone @ time.
Pt called Dr. Boulanger

DO²

2128    10²

Med Hx:
Kidney stones
Cholax
Arty
AB

0935
LX #20 angio L forearm xxxxxLR
0940 Toradol 30mg IV
0944 Phenergan 25mg IV
0946 Demerol 75mg slow IV push
0950 States feeling a little better to x-Ray
0953 Return from X-Ray
1005 Demerol 75mg IV to po — 130/60    58    15°°

See Cont. Sheet

17°° Dr. Bra—

500685.011.0243

PATIENT CALLED WITH LABORATORY / X-RAY RESULTS: _____ _____ _____
                                                  DATE     TIME    INITIALS

## St. Mary's Regional Medical Center
### Consent/Assignment/Authorization Statement

| **Consent for Treatment** | Admission Date: _____ |

I, the undersigned a patient in this St. Mary's Regional Medical Center ("SMRMC"), hereby authorize employees of SMRMC and physician(s) (and whomever they may designate as assistants) to administer such treatment as is necessary, and such additional operations or procedures as are considered therapeutically necessary on the basis of findings during the course of said treatment. I also consent to the administration of such anesthetics as are necessary. Any tissues or parts surgically removed may be disposed of by SMRMC in accordance with accustomed practice. I hereby certify that I have read and fully understand the above Consent for Treatment, the reasons why the treatment/procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment which may have been explained to me by the attending physician. I also certify that no guarantee or assurance has been made to the results that may be obtained.

### Authorization To Release Medical Information

St. Mary's Regional Medical Center is hereby authorized and requested to furnish the _Healthscope M_ insurance company(s) or its properly authorized agent, my employer and any peer review organization which conducts reviews of hospital utilization under an agreement with my employer and/or health insurance carrier, or any person or corporation that is or may be liable, under contract or otherwise, for all or part of the Medical Center's charge; all information required by it to determine benefits, including nature of the visit, diagnostic and treatment information, and copies of my medical record which may be available to said hospital.

### Assignment Of Benefits

I hereby assign unto St. Mary's Regional Medical Center and related contracted professionals, all hospital insurance benefits now due and to become due and payable to me or on my behalf, but not to exceed the Medical Center's charges by virtue of my treatment by the hospital, and I hereby direct the _Health Insure LLC_ Insurance Company(s) to pay such benefits directly to the hospital in consideration of the hospital care and services furnished and to be furnished by the hospital.

### Payment Terms

I understand payment of charges is due for services rendered within 30 days including any collection or attorney fees. If I am financially unable to do so I agree to complete a detailed financial statement so alternative payment arrangements can be determined.

### Release From Responsibility For Personal Property

I understand and agree that under no circumstances will St. Mary's Regional medical Center be responsible for personal property. I take full responsibility for retaining in my possession or custody any and all such articles.

### Authorization For Payment Of Medical Benefits

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers or any other medical insurers, any information needed for this or a related Medicare, or other medical insurance claim. I request that payment of authorization of authorized benefits be made to St. Mary's Regional Medical Center and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services I request this authorization apply to the extent of my services.

### Acknowledgement Of Receipt Of Important Message From Medicare/Champus

I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**I Have Read This Consent/Authorization Completely And Crossed Out Any Words Or Phrases That I Do Not Accept:**

_Raul Song_                    AUG 17 1998                    _788_
Patient Signature                   Date                        Time

_Guarantor Signature_          AUG 17 1998         Relationship
                               Date

_Witness Signature_                 Date

Telephone Consent Received By: _____    Date: _____    Time: _____

500685.011.0244

FANTOZZI, Ronald    Boyink    SMRMC    08/17/1998
MR#: 221342  ACCT#: 8229528 DOB: ⬛⬛⬛/1962 IN: 0758  EXAM: 0820

**PROBLEM:** Severe right lower quadrant and right flank pain.

**HPI:** The patient is a 36-year-old male who comes to the emergency department via private vehicle for evaluation of severe right lower quadrant and right flank pain. He has had a previous kidney stone. He had noted some hematuria and thought he was again passing a kidney stone. He states the pain has continued throughout the last 12 hours. He has been unable to get comfortable with any of his usual treatments.

**FMH:** Kidney stones. A history of Crohn's disease. He had his appendix out and also gallbladder removed. He has had obstructed Crohn's disease in the past. There was some history of difficulty with pain tolerance during his last hospitalization here.

**ALLERGY:** None.
**MEDS:** He is not on any current medications. He has not had any narcotic pain medication in a long time.
**IMM:**
**PMD:** Dr. Michael Boulanger. He has also seen Dr. Mailhot.

**EXAM:** Vital Signs at 0808 hours: Temperature 36.5, pulse 88, respiratory rate 20, blood pressure 140/80. General appearance: The patient is awake and alert. He is lying on his left side and moderately uncomfortable. He is moving actively on the stretcher.

**LUNGS:** Clear.
**CARDIOVASCULAR:** Regular rhythm without murmurs.
**ABDOMEN:** Soft. He is 1+ tender in the right lower quadrant. He is 2+ tender in the right flank.
**RECTAL:** Normal prostate, nontender. There is some slight tenderness in the rectal vault but this appears to be more related to the rectal examination process rather than any localized tenderness. Stool guaiac was negative. Very little stool was present in the vault.
**EXTREMITIES/SKIN:** Appear normal.

**COURSE/PROCEDURES:** The patient had a urinalysis requested. He was unable to void. A KUB was obtained. The patient received IV fluids. He received Toradol 30 mg IV and Demerol 75 mg IV with no relief of his discomfort. He was given another 75 mg of Demerol with partial relief. He was sent for an IVP.

**X-RAYS:** Read by the radiologist.
**KUB:** This showed a sentinel loop.
**IVP:** This was completely negative for obstruction.

**LAB:** A CBC and SMA-12 were obtained and these were also normal. Urinalysis still was not available by voiding.

The case was then discussed with Dr. Jeffrey Brown who is covering for Dr. Boulanger. He asked that the patient receive further IV fluids and eventually receive further evaluation once he has voided.

Dictate, Inc. 207-539-8477 for NES-St. Mary's Regional Medical Center
ORIG. COPY                    VF#: 2128                    Page 1 of 2

500685.011.0245

FANTOZZI, Ronald    Boyink    SMRMC    08/17/1998
MR#: 221342  ACCT#: 8229528 DOB: ▓▓▓/1962 IN: 0758  EXAM: 0820

The patient was still unable to void after an additional one and a half
liters of fluid. He was ultimately catheterized both for residual and
for urinalysis specimen. The urine then dipped grossly positive for
blood.

**DX:**
1.  Pending.

**MDM/TX/COUNSEL/COORD:**
1.  Care was turned over to Dr. Jeffrey Brown who will see the patient
    later. Please see his note.

**DISPOSITION:** Care of patient transferred.

_____
Douglas P. Boyink, M.D.

DOD:08/17/1998   DPB/jma
DOT:08/18/1998
cc: Dr. Michael Boulanger
    Dr. Mailhot

500685.011.0246

ST MARY'S
REGIONAL MEDICAL CENTER
LEWISTON MAINE

**NURSING CONTINUATION SHEET**

NO. 500685    PAGE ___ OF ___

| | | | | | Boyink | 8/17/4 |
|---|---|---|---|---|---|---|

| Time | | | | | | |
|---|---|---|---|---|---|
| 1030 | | | | Labs drawn | States a little relief from pain | |
| | | | | | meds | |
| 1135 | | | | | Increase pain | |
| 1130 | 125/75 | 88 | 20 | NS 10mg over | 10min slow IV P | |
| 1200 | 120/70 | 88 | | | States feeling better - Awaiting | |
| | | | | | IVF | |
| 1240 | | | | | 1000cc IV absorbed, | |
| | | | | | 2nd cc hung to x-ray df | |
| 1300 | 110/60 | 80 | 20 | | Continues c/o pain - Awaiting | |
| | | | | | x-ray results | |
| 1400 | | | | | Pt unable to void | |
| 1510 KP | 120/70 | 80 | | Demerol 25mg IV | for continued pain - unable to | |
| | | | | | void | |
| 1630 | | | | | Unable to void - pain better | |
| | | | | | but not gone | |
| 1745 | | | | | Straight cath Foley inserted | |
| | | | | 800cc 850cc out | | |
| 1825 | 120/60 | 90 | 20 | Demerol 25mg IV | for ↑ pain - Dr Brown | |
| | | | | | in - pt to be adm. | |
| 1848 | 110/60 | 90 | 20 | | Floor unable to take report | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | RN/LPN | Arlene D— | RN/LPN |
|---|---|---|---|
| | RN/LPN | | RN/LPN |

DOCTOR'S SIGNATURE

500685.011.0247

St. Mary's Regional Medical Center
**Emergency Department Radiology Request**

Examination(s) Requested: _Ankle_

Reason for Examination: _Rt. Heel Pain_

_Hx Kidney Stone_

Examinations Ordered By: _Reynik_

**Ankle**

(1) Frontal View

(2) Viewed from medial side

**Elbow**



---

8229528    MR
4/17/98
BARTUZZI, RONALD N
ROLAND RD
ME 04210
3-31    M219
62    7023873

**Preliminary Reading**

**E.D. Interpretation**
☐ Normal    ☐ No Acute Abnormality
☐ Other (specify)

Emergency Physician's
Signature: _____

**Radiology Interpretation**

☐ No E.D. interpretation
☐ Agree with E.D.  ☞  no further action
☐ Disagree with E.D.

Radiologists recommendation:

_no bony obst._
_Sentinal LOPP._

E.D. called:  Date  _blu_
Time  _8-17-98_

**Follow-Up Note**
(Must be completed in cases of recommendation.)

Date of Follow-Up: _____

☐ E.D. Chart reviewed/No follow-up necessary

E.D. Physician's
Signature: _____

Plane of Section

White - Medical Record  •  Yellow - E.D. File Copy  •  Pink - Radiology

500685.011.0248

#08-99889

St. Mary's Regional Medical Center

**Emergency Department Radiology Request**

Examination(s) Requested: _IVP_

Reason for Examination: (R) _flank_

Examinations Ordered By: _Boyens_

R229529          MR        221342
A... 8/17/98
..., RONALD M                    M
4  ...LAND RD
                            ME 04210
...  193-01        M219
...          /62        7823673

### Preliminary Reading

**E.D. Interpretation**
☐ Normal          ☐ No Acute Abnormality
☐ Other (specify)

Emergency Physician's
Signature: _____

### Radiology Interpretation

☐ No E.D. interpretation
☐ Agree with E.D.  ☞  no further action
☐ Disagree with E.D.

Radiologists recommendation:

_no obes_

E.D. called:   Date
Time    _T. the_
        _8-17-98_

### Ankle

(1) Frontal View

(2) Viewed from medial side

### Elbow

Plane of Section

### Follow-Up Note
(Must be completed in cases of recommendation.)

Date of Follow-Up: _____
☐ E.D. Chart reviewed/No follow-up necessary

E.D. Physician's
Signature: _____

White - Medical Record  •  Yellow - E.D. File Copy  •  Pink - Radiology

500685.011.0249

# ST. MARY'S REGIONAL MEDICAL CENTER

Lewiston, ME  04240

**HISTORY/PHYSICAL**

Dictator:   JEFFREY BROWN, M.D.

8229528          MS-300      22-13-42

FANTOZZI, RONALD M
DOB:         /62
JEFFREY BROWN, M.D.
Admitted:   08/17/98

## CHIEF COMPLAINT:

Ronald Fantozzi is a 36-year-old white male with history of nephrolithiasis and Crohn's disease.  He has had not had active Crohn's disease in many years but he has had recent problems with his nephrolithiasis.  He was last admitted September of 1997 for renal colic.  CAT scan of the abdomen was done to rule out exacerbation of Crohn's disease at that time but no evidence of active Crohn's disease was noted.  There was some residual left sided hydronephrosis despite a ureteral stent which was in good position.  He was discharged, I believe he did have a lithotripsy after this and this was for left sided calculus.  He continued to have hematuria according to the patient and he saw Dr. Mailbot for this 2 months ago.  Yesterday morning he started having bright red urine and increased pain on the right flank.  He has been having diarrhea but that is not necessarily new.  He had 4 or 5 bouts of diarrhea yesterday, he only moved them once today.  He has no nausea or upper abdominal pain.  He has severe right lower quadrant pain.  He is status post appendectomy.  In the Emergency Room he has been without fever but he has been in severe pain getting recurrent doses of Demerol and Toradol.

**PAST MEDICAL HISTORY:**  Chrohn's disease, status post partial colectomy and incidental appendectomy 1989, status post cholecystectomy by Dr. Walworth 1992.  History of allergic rhinitis for which he has received immunotherapy from Dr. Vraney in the past.  Allergic to cats and pollen.  Adjustment disorder with anxiety and panic attacks under the care of Dr. Ballenger.  Hepatitis C carrier state.  Staph aureus airway colonization with prior bronchitis.  Xanax and BuSpar intolerance.

**ALLERGIES:**  He has no known drug allergics.

**SOCIAL HISTORY:**  He used to smoke a pack a cigarettes per day and no longer.  He is not drinking recently.  He is married with 3 children, age 15, 10 and 8.  He works at Falcon Shoe as an injection molder.  He stands for long periods a day.

**MEDICATIONS:**  Luvox 50 mg 1 at bedtime and Nasalcrom aerosol spray 5.2 b.i.d.

**FAMILY HISTORY:** Noncontributory.

**REVIEW OF SYSTEMS:**   He denies any nausea, chest pain and palpitations.  Gastrointestinal complaints as reviewed above.  He denies any other joint complaints, diarrhea as reviewed above.

(SEE NEXT SHEET)

500685.011.0250

HISTORY/PHYSICAL                JEFFREY  BROWN, M.D.        MS-300        8229528
FANTOZZI, RONALD M
Page 2

**PHYSICAL EXAMINATION:** Temperature 36.5 , pulse 88, respiratory rate 20, blood pressure 140/80. **HEAD:** Atraumatic and normocephalic. **EYES:** Sclera white. Pupils equal, round, and reactive to light. Extraocular movements intact. **EARS:** Normal tympanic membranes bilaterally. **MOUTH:** No lesions in the oral mucosa, posterior pharynx, under the tongue. **NECK:** Supple without any lymphadenopathy or thyromegaly. **LUNGS:** Clear throughout. **CARDIAC:** Regular rhythm and rate without murmur. **ABDOMEN:** Normal bowel sounds, soft. Right lower and right middle abdominal tenderness without any rebound or guarding.

**URINALYSIS:** Showed 2+ bacteria, 3+ RBCs, no white cells. It was not cultured.

**LABORATORY DATA:** White count 8.3, hemoglobin 13.6, hematocrit 39.0, platelets 235,000, glucose 105, BUN of 12, creatinine 0.8, sodium 145, potassium 4.0, chloride 109, SGOT 46, alkaline phosphatase 77, albumin 3.8. He had a IVP that shows no obstruction reviewed by Dr. Khan. He had an abdominal series that showed no bowel obstruction but it is in the loop        as seen.

**IMPRESSION:**
1.    Severe right flank pain with hematuria, sounds consistent with nephrolithiasis although he has a negative IVP against obstruction. There are no signs of infection at this time with no white cells, no fever and no elevated white count. I will admit him for IV fluids, pain control and consult Dr. Mailhot in the morning. Other possibilities would be Crohn's disease given his loose bowel movements, though it does not sound consistent with Crohn's disease. He may need a CAT scan to further lucidate this. Will treat with morphine sulfate 25 mg IV every hour to keep him comfortable. Will give him 200 cc of IV fluid , get intake and output and continue with the foley catheter.
2.    Anxiety disorder, doing well, continue Luvox 50 mg 1 h.s.
3.    Crohn's disease, has been quiescent and I do not feel this is related to Crohn's disease but will keep that in mind.
4.    Allergic rhinitis, uses Nasalcrom but doing well and does not feel he needs medication while he is in the hospital.

JEFFREY BROWN, M.D.

D:  08/17/98    JB
T:  08/18/98    wak

cc    JEFFREY BROWN, M.D.                    (P)
      PAUL MAILHOT, M.D.                     (P)
      D3/ON                                  (P)

(SEE NEXT SHEET)

500685.011.0251

HISTORY/PHYSICAL
PANTOKER, RONALD M
Page 3

JEFFREY BROWN, M.D.

500685.011.0252

221342
JEFFREY L

**ADMITTING PROGRESS NOTE**

Date

FANOTZL210
47-7821873

Admission Notes:

Aug
17
1998

36 y.o. wm w/ recurrent episodes of nephrolithiasis presents with severe ® flank pain. Began yest AM with bright red hematuria. Today pain continues. ⊕ dark urine. Receiving multiple doses of Demerol with minimal relief.

Pc. 20   88   365   140/80

HEENT - unremarkable
Lungs - clear
COR - RRR
Abd - soft ® mid to lower abd tenderness
4+ ⊕ edema.

8.3  13.6/39.0  235   145/4.0   109/  210.8   ⟨ 105   SusT - 45   AM 63.8

Abd XR - No bowel obstruction, ⊕ Sentinel loops.
IVP - No obstruction.

Admitting Diagnosis: Nephrolithiasis, Significant pain.

Plan of Management: Admit, IV Fluids, IV Morphine
Consult Dr Neulpat in AM.

REFERRAL TO SOCIAL WORKER----DISCHARGE PLANNING (Please Check) ☐

Surgery Anticipated:    ☐ YES  ☐ NO      DATE:

Surgical Procedures:

History & Physical Dictated: ☑ YES  ☐ NO   DATE:   TIME:   RECORDER #:

F10109                         CONTINUE PROGRESS NOTES ON REVERSE SIDE     Admitting Physician's Signature

500685.011.0253

| DATE | (CONDITION OF WOUND, DRAINAGE, REMOVAL OF STITCHES, COMPLICATIONS, RESPONSE TO TREATMENT ETC., CONDITION ON DISCHARGE, INSTRUCTIONS TO PATIENT, SHOULD RECORDING PHYSICIAN EACH TIME.) |
|---|---|
| Aug 18 199_ | Medical 8³⁰ Am. Pain unchanged when demerol wears off Demerol is helpy. Nausea helped w/ Phenergan Imp. ? Nephrolithiasis w/ neg IVP. Dr. Mailhot to see later this Am [signature] |
| 8/18/98 | GU Consultation - 36 yo W/M c̄ ? episode of gross hematuria 2 Days ago c̄ (R) flank pain → RLQ. Neg IVP. U/A → RBC's. Pain is persistent c̄ only partial relief c̄ Morphine. PMN, Hep C ; Crohn's Dis; Past neph lithiasis PE  1° R C UAT 1+ RUQ tenderness c̄ some tend also RLQ. Imp. (R) flank pain assc c̄ hematuria Plan - cysto & (R) Retrograde in AM [signature] |

**PROGRESS NOTES**

500685.011.0254

JEFFREY L                    221342

| DATE | (CONDITION OF WOUND, DRAINAGE, REMOVAL OF STITCHES, COMPLICATIONS, RESPONSE TO TREATMENT ETC., CONDITION ON DISCHARGE, INSTRUCTIONS TO PATIENT, SIGNED RECORDING PHYSICIAN EACH TIME.)    AE  04210 |
|------|---|

8·18·98    Medical
- Remains in significant pain although better
- Helps sleep Sm
Plan:
- cysto / retroperineal tomorrow
- ↑ Demerol to 33mg/hr.
_(signature)_

13 Aug 98   MEDICINE   7 PM
• Developments reviewed ē Dr. Brown, Dr. Milhot and Pt.
• Still ō "SIGNIFICANT PAIN" controlled ō IV Demerol and Phenergan.
• Temp flat. Stable vitals.
- Exam: lungs clear, ē S₁ S₂ PHYS, abd. soft BS ⊕ ē KUB, minimal flank percussion tenderness glt, ECCS, skin intact ē shingles, no pain over lumbar spinous processes, paraspinal muscles SI joints or sciatic notches
Labs: plat 235 K, INR 1.03, PTT 29
(Imp) *1) ® renal colic ō microscopic + gross hematuria
     *2) S/P stent ℗ ureter — ? partial obstruction at ureteroscopy ē ⊖ IVP
     *3) Crohn's disease - quiescent but at risk for oxalate stones
     *4) Hepatitis C ē mild hepatocellular ____ but previously benign liver Bx ____

500685.011.0255

## PROGRESS NOTES

Cook
Urological

Order Number
**003600**

A Cook Group Company
1100 West Morgan Street
Spencer, Indiana 47460 USA
USA Toll Free: 800 457-4448

**KWART RETRO-INJECT™
STENT SET**

| | |
|---|---|
| STENT | 6FR |
| WITH TETHER | |
| LENGTH | 22-32CM |
| TFE WIRE GUIDE | .038 145CM |
| INSERTER | 5FR 70CM |
| RELEASE SLEEVE | 8FR 38CM |

CAUTION:
MAXIMUM INDWELLING TIME    6 MONTHS

INTENDED FOR ONE-TIME USE

Sterile (ETO) if package is
unopened or undamaged.

Do not use if package
is broken.

CAUTION: Federal (USA)
law restricts this device to
sale by or on the order of
a physician.

| Kontroll-NR<br>Lot No.<br>No. De Lote<br>No. Lotto | Lot Number<br>486056 |
|---|---|
| Verwendbar Bis<br>Utiliser Avant<br>Fecha De Caducidad<br>Usare Entro Il | Use Before<br>2001-04 |
| Herstellungsdatum<br>Date De Fabrication<br>Fecha De Fabricacion<br>Prodotto Il | Date of Manufacture<br>1998-04 |

```
*+H 9 6 8 3 6 5 1 6 1 H+
```

PLAN 1) ✓ BLEEDING TIME ⟹ IF WNL THEN
UNLIKELY THAT PT. AT RISK FOR BLEEDING DIATHESIS

2) AWAIT STENT RESPONSE FOR PAIN CONTROL +
DRAINAGE

3) IF BT ↑ THEN VASCULOPATH/HEMATOLOGY
EVALUATION)

500685.011.0256

| DATE | (CONDITION OF WOUND, DRAINAGE, REMOVAL OF STITCHES, COMPLICATIONS, RESPONSE TO TREATMENT ETC., CONDITION ON DISCHARGE, INSTRUCTIONS TO PATIENT, SIGNED RECORDING PHYSICIAN EACH TIME.) |
|---|---|

8/2?/95  — 24° afebrile. Not much pain relief since stent inserted. Urine blood tinged. Pointed pain could indicate that etiology is not urologic or pain could be 2° to stent placement + instrumentation. Need to await 24° response to stent placement. Consider CT scan & r/o recurrence of Crohn's Disease (unlikely).

Further management per Dr Boulanger. Will follow peripherally for stent management.

[signature] /hude MS

8/20/95 — 24° improved pain. Urine still blood tinged. Plan. Leave stent in x 2 wks. Prophylactic cover the abd while stent in place.

[signature] /hude MS

20 Aug 95  MEDICINE   7PM
• PE CONVERTED TO IV DEMEROL LAST NIGHT I° LACK OF GOOD PAIN CONTROL ON CONTINUOUS PUMP
• OVERALL DOING BETTER. "HUNGRY". ANXIOUS TO GO
• ENTIRE EXAM + VITALS.
LABS: ALBUMIN TIME 14
Hgb 12   WBC 6.5   PLAT 220 K
K+ 3.6   BUN 21/CR 0.6   — OVER—

PROGRESS NOTES

500685.011.0257

## PROGRESS NOTES

IMP #1) PERSISTENT ® FLANK TO
        ® GROIN PAIN
     #2) S/P ® URETERAL STENT
     #3) BT AT UPPER LIMITS PRIOR TO IM TORADOL

PLAN 1) D/C IV FLUIDS
      2) PUSH PO FLUIDS + REGULAR DIET
      3) PAIN CONTROL c̄ PO PERCOCET / NARCOLYN /
         PRILOSEC / ATIVAN
      4) ↑ ACTIVITY AS TOLERATED
      5) REPEAT BLEEDING TIME AS OUTPATIENT
      6) HOME TONIGHT IF DOING EXTREMELY WELL
      7) OTHERWISE HOME TOMORROW

500685.011.0258

**St. Mary's Regional Medical Center**

| **Discharge Planning Screen** |
| --- |

**Admitting Section**

1. Present Employer: _Shoe shop_
   Retired:   Yes   No

2. Current Living Situation:
   _____ Home Alone       ✓ Home with Spouse       _____ Home of Relative (who)
   _____ Nursing Facility   _____ Boarding Home       _____ Unknown

3. Do You Live In A:    _____ Home    _____ Apartment    _____ Mobile Home
   ___ How many floors? / What floor (circle)  1st  2nd  3rd  Other _____
   ___ Elevator ( Y / N )       ___ Stairs ( Y / N )

4. Do You Have Equipment Available To You? _____ Type? _____

5. **Community Resources Utilized At Time Of Admission**
   ___ Home Health Services:  Agency Name: _____
   ___ Western Area Agency On Aging
   ___ Congregate Housing (Maison Marcotte / Oak Park)
   ___ Meals On Wheels
   ___ Oxygen:  Company Name: _____
   ___ Other Equipment:  Company Name: _____

6. Any Problems With Transportation? (Indicate) _Ø_ _____

7. Language Preference:    ✓ English    _____ French    _____ Other

8. Signature Of Admitting Registrant/Nurse: _____

| **Social Worker Section** |
| --- |

Date Opened: _____    Social Worker: _____
Social Work Intervention Not Indicated:  Reason: _____
_____
_____
_____
_____

| Support Persons & Addresses | Home Telephone | Work Telephone | Agency & Hours Worked |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |

**Multidisciplinary Discharge Planning Form**

120073

500685.011.0259

**ST. MARY'S REGIONAL
MEDICAL CENTER**

Lewiston, ME  04240

**RADIOLOGY REPORT**

| | |
|---|---|
| Name: | FANTOZZI, RONALD M |
| Pt. Phone: | 782-3873 |
| DOB: | ████62 |
| PHY(S): | |
| PHY(S): | JEFFREY BROWN, M.D. |
| Hosp #: | 8229528 |
| MR #: | 22-13-42 |
| X-RAY #: | 08-99-89 |
| Service Date: | 08/17/98 |
| NS/Room: | MS-300 |

**INTRAVENOUS  PYELOGRAM      74415**

Indication for Study:  Right flank pain

FINDINGS:  Intravenous pyelogram shows prompt contrast excretion bilaterally, maximum concentration is seen about 4 minutes and good nephrographic and pyelographic phases are noted. Both kidney shadows homogeneously opacified, smooth in contour and normal in size and shape. The pelvic caliceal system are symmetric and normal in gross morphology.  Both ureters and the bladder fill normally.

A slight lucency is noted in the mid to proximal portion of the right ureter most likely a crossing vessel, however I cannot rule out a spasm. No filling defects are seen.  No evidence of hydronephrosis.  Surgical clips are noted in the right flank and right upper quadrant suggesting previous history of surgery.

IMPRESSION:  Intravenous pyelogram with no evidence of obstruction.  No venous stones are seen.

TANWEER  KHAN, M.D./nfp

D:  08/17/98    T:  08/18/98

| | |
|---|---|
| cc: | JEFFREY BROWN, M.D. | (F) |
| | X-RAY BACK OFFICE | (Q) |
| | X-RAY FRONT OFFICE | (O) |
| | PHYSICIAN BILLING | (O) |
| | RAD | (Q) |

500685.011.0260

**ST. MARY'S REGIONAL MEDICAL CENTER**

Lewiston, ME 04240

**RADIOLOGY REPORT**

| | |
|---|---|
| Name: | FANTOZZI, RONALD M |
| Pt. Phone: | 782-3873 |
| DOB: | ███62 |
| PHY(S): | MICHAEL BOULANGER, M.D. |
| PHY(S): | DOUGLAS BOYINK, M.D. |
| Hosp #: | 8229528 |
| MR #: | 22-13-42 |
| X-RAY #: | 08-99-89 |
| Service Date: | 08/17/98 |
| NS/Room: | ER |

FRONTAL VIEW OF ABDOMEN    74000

Indication for Study: Right flank pain, history of kidney stones

FINDINGS: Examination of the abdomen was compared with the previous exam dated September 1997 and now shows surgical clips in the right flank essentially without change suggesting previous surgery. A sentinel loop is noted in the mid abdomen. Stool is noted in the region of the rectum. No gross evidence of pneumoperitoneum. The visualized bony and soft tissue structures are within normal limits. The previously seen left sided ureteral stent is not seen on this exam.

IMPRESSIONS: Single frontal view of the abdomen shows a single sentinel loop in the mid abdomen. No evidence bowel obstruction. See above for details.


TANWEER KHAN, M.D./reb

D: 08/17/98    T: 08/17/98

| | | |
|---|---|---|
| cc: | MICHAEL BOULANGER, M.D. | (F) |
| | X-RAY BACK OFFICE | (O) |
| | X-RAY FRONT OFFICE | (O) |
| | PHYSICIAN BILLING | (O) |
| | RAD | (O) |

500685.011.0261

ST. MARY'S REGIONAL
MEDICAL CENTER

Lewiston, ME 04240

RADIOLOGY REPORT

| | |
|---|---|
| Name: | FANTOZZI, RONALD M |
| Pt. Phone: | 782-3873 |
| DOB: | ████62 |
| PHY(S): | JEFFREY BROWN, M.D. |
| PHY(S): | PAUL MAILHOT, M.D. |
| Hosp #: | 8229528 |
| MR #: | 22-13-42 |
| X-RAY #: | 08-99-89 |
| Service Date: | 08/18/98 |
| NS/Room: | MS-300 |

RETROGRADE PYELOGRAPHY    74420

Indication for Study: Nephrolithiasis and hematuria

FINDINGS: Five films were obtained intraoperatively.  First shows scout film
with anastomotic sutures in the right mid abdomen.

Image #2 shows a distal ureteral catheter in place. The distal 2/3 of the ureter
are normal in appearance.  At the level of 3-4 there are several filling defects
which are seen on several images and could be air bubbles or stones. There is
relative poor contrast in the collecting system on image #3. The rest of the
collecting system and calices are relatively sharp.

On image #4 the upper collecting system is well opacified and is normal and
again there is question of a filling defect at 3-4.

On image #5 a double J nephroureteral  stent is seen in position.


JOSEPH  ULLMAN, M.D./nfp

D:  08/19/98    T:  08/20/98

| | | |
|---|---|---|
| cc: | JEFFREY BROWN, M.D. | (F) |
| | X-RAY BACK OFFICE | (O) |
| | X-RAY FRONT OFFICE | (O) |
| | PAUL MAILHOT, M.D. | (F) |
| | PHYSICIAN BILLING | (O) |
| | RAD | (O) |

Family Available to Provide Care (circle)  Y   N   With Assistance _____

Discharge Rounds Date: _____

Date Skilled Level of Care: _____    Date Nursing Facility Level of Care: _____

Release of Information Date: _____    Noncoverage Date: _____

P.A. Date: _____    Prior Authorization Date: _____

Classification Date: _____

---

**Referrals/Services Post Discharge**

Date _____ SNF    Name of Facility: _____

Date _____ NF    Name of Facilty: _____

Date _____ B.H.    Name of Facility: _____

Date _____ Other    Name of Facility: _____

Date _____ Home Care    Name of Home Health Agency:

_____

Date _____ Home O2/DME    Name of Company: _____

Ambulance: _____ United    _____ Act

Child Protective/Adult Protective Svs: _____    PHN - Public Health Nurse: _____

Food Stamps (DHS): _____    SSD - Social Security Disability: _____

Medical Assistance: _____    SSI - Social Security Income: _____

General Assistance: _____    WAAA Community Programs: _____

Other (list): _____    Indicate: _____

---

**Codes**

| | | | |
|---|---|---|---|
| AHHS | Androscoggin Home Health Service | S.W. | Social Work |
| NHC | Nurses House Call | NF | Nursing Facility |
| KQC | Kimberly Quality Care | HCF | Health Care Facility |
| HBC | Home Based Care | VA | Veterans Administration |
| NSG | Nursing | DME | Durable Medical Equipment |

500685.011.0263

CENTRAL MAINE MEDICAL CENTER   LEWISTON, MAINE 04240   (207)777-8400
DAVID GALLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOGY

```
                                        D/A      A 17-AUG-98
     NAME    FANTOZZI, RONALD M         ACCT     8229528
     LOC     MS0300A                     MREC     221342
     PHY     BROWN, JEFFREY L            TYPE     I
     DOB     16-APR-62                   SEX      M
     AGE     036 Y                       DIAG     NEPHROLITHIASIS
```

+++++++++++++++++++++++++++++++++++++++ LEGEND +++++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI *=DELTA *=NEW []=OLD VALUE

============== HEMATOLOGY/COAGULATION ==============

| TEST | NORMAL RANGE | ID:3005 0645 20-AUG-98 | ID:2916 1950 19-AUG-98 | ID:2453 1256 18-AUG-98 | STAT:1900 1030 17-AUG-98 |
|---|---|---|---|---|---|
| WBC | 4.5-11.0 X10^3 | 5.5* | | | 8.3 |
| RBC | 4.7-6.1 X10^6 | 3.07* L | | | 4.21 L |
| HGB | 14-18 G/DL | 12.5* L | | | 13.6 L |
| HCT | 42-52 % | 37.0* L | | | 39.0 L |
| MCV | 80-94 FL | 95.4* H | | | 92.8 |
| MCH | 27-31 PG | 32.2* H | | | 32.4 H |
| MCHC | 33-37 G/DL | 33.0* | | | 34.9 |
| RDW | 11.5-14.5 % | 11.3* L | | | 11.2 L |
| PLATELET COUNT | 130-400 X10^3 | 220* | | | 235 |
| MPV | 7.4-10.4 FL | 7.8* | | | 7.2 L |
| LYMPHS (COULTER) | 20-35 % | 26.1* | | | 12.3 L |
| MONO (COULTER) | 0-15 % | 17.0* H | | | 9.8 |
| GRAN (COULTER) | 55-81 % | 53.7* L | | | 76.8 |
| EOS (COULTER) | 0-3 % | 2.7* | | | 0.9 |
| BASO (COULTER) | 0-1 % | 0.5* | | | 0.2 |
| PROTHROMBIN TIME | 11.0-13.3 SEC | | | 12.4 | |
| INR | 2.0-3.5 | | | 1.03 L | |
| APTT | 23.5-33.9 SEC | | | 29.3 | |
| SIMP.BLEEDING TIME | 2.5-9.5 MIN | | 14.0* H | | |
| COMMENT | | | SEE BELOW | | |

```
  ID : 2916        TEST : COMMENT
  PDAT : 17-AUG-98   PTIM : 1950
    C3 PAULINE 2000 SF*
```

FANTOZZI, RONALD M #8229528        20-AUG-98 AT 04:31 PM (CONT.)
PAGE 1 -   CUMULATIVE REPORT

500685.011.0264

MSO

500685.011.0265

## CHEMISTRY/CARDIAC/LIPIDS

| TEST | NORMAL RANGE | ID:3005 0645 20-AUG-98 | ID:2453 1256 18-AUG-98 | STAT:1900 1030 17-AUG-98 |
|---|---|---|---|---|
| CALCIUM | 8.7-10.7 MG/DL | | | 9.2 |
| GLUCOSE | 70-100 MG/DL | 110* H | | 105 |
| BUN | 7-22 MG/DL | 2* L | | 12 |
| CREATININE | 0.6-1.2 MG/DL | 0.6* | | 0.8 |
| URIC ACID | 3.9-7.0 MG/DL | 2.6* L | | |
| TOTAL PROTEIN | 6.0-8.3 G/DL | | | 7.0 |
| ALBUMIN | 3.5-4.8 G/DL | | 3.5 | 3.8 |
| GLOBULIN | 2.3-5.3 G/DL | | | 3.2 |
| A/G RATIO | 1.1-1.8 | | | 1.2 |
| TOTAL BILIRUBIN | 0.3-1.2 MG/DL | | 1.7 H | 1.2 |
| DIRECT BILIRUBIN | 0.0-0.4 MG/DL | | 0.5 H | |
| INDIRECT BILIRUBIN | 0.0-0.0 MG/DL | | 1.2 H | |
| ALKALINE PHOS | 37-107 U/L | | 72 | 77 |
| SGOT | 8-42 U/L | | 47 H | 46 H |
| SGPT | 0-55 U/L | | 72 H | |
| CHEMISTRY COMMENT | | SEE BELOW | | |
| NA | 135-145 MEQ/L | 142* | | 145 |
| K | 3.9-5.2 MEQ/L | 3.6* L | | 4.0 |
| CL | 90-100 MEQ/L | 109* H | | 109 H |
| CO2 | 23-33 MEQ/L | 32* | | |

```
 ID : 3005          TEST : CHEMISTRY COMMENT
PDAT : 20-AUG-98    PTIM : 0645
    BUN CHECKED*
```

500685.011.0266

● ●

======== URINALYSIS/PARASITOLOGY/IMMUNOLOGY ============

|  | | STAT:2127 |
|---|---|---|
| | NORMAL | 1742 |
| TEST | RANGE | 17-AUG-98 |
| URINE REFRIGERATED | | NO |
| URINE CULTURED? | | NO |
| URINE APPEARANCE | CLEAR | TURBID |
| URINE COLOR | YELLOW | YELLOW |
| URINE SPEC. GRAVITY | 1.003-1.030 | 1.025 |
| URINE LEUKO EST. | NEGATIVE | NEGATIVE |
| URINE NITRITE | NEGATIVE | NEGATIVE |
| URINE PH | 5.0-8.0 | 5 |
| URINE PROTEIN | NEGATIVE (MG/DL) | TRACE |
| URINE GLUCOSE | NORMAL (MG/DL) | NORMAL |
| URINE KETONES | NEGATIVE | NEGATIVE |
| URINE UROBILINOGEN | NORMAL (MG/DL) | NORMAL |
| URINE BILIRUBIN | NEGATIVE | NEGATIVE |
| URINE OCCULT BLOOD | NEGATIVE (ERY/UL) | APPROX 250 |
| URINE RBCS | NEGATIVE (/HPF) | 3+ |
| URINE WBCS | NEGATIVE (/HPF) | NEGATIVE |
| URINE BACTERIA | NEGATIVE (/HPF) | 2+ |
| URINE CRYSTALS | NEGATIVE (/HPF) | SEE BELOW |
| URINE CASTS | NEGATIVE (/LPF) | NEGATIVE |
| URINE MUCUS | NONE SEEN (/LPH) | PRESENT |
| URINE SQUAMOUS CELL | NEGATIVE (/HPF) | FEW |
| URINE TRANSITIONALS | NEGATIVE (/HPF) | NEGATIVE |
| URINE OTHER CELLS | NEGATIVE (/HPF) | NEGATIVE |

ID : 2127        TEST : URINE CRYSTALS
PDAT : 17-AUG-98    PTIM : 1742
    MANY AMORPHOUS URATES

500685.011.0267

# ST. MARY'S REGIONAL MEDICAL CENTER

## PRE-ANESTHETIC EVALUATION

```
[patient label - partially legible]
                    MS   MR   221342
                         JEFFREY L
                    RONALD W
                    1.8 R5
                         MS  04210
                     7823873
2191 5-01    H219
```

| M / F | AGE 3b | INTERVIEW DATE: 8/1? | PROCEDURE DATE: 8/1e? | PHYSICIAN: |
|---|---|---|---|---|

**CLINICAL DX**

**OP PROPOSED**

**HISTORY OF PRESENT ILLNESS**

**SYSTEMS REVIEW**
Cardiovascular
(HPTN, CHF, Angina, MI)

Pulmonary
(Dyspnea, URI, COPD)
Chec breth Calpc?

**SMOKER:** Ø    **PACKS/DAY**    **QUIT**

**PREVIOUS ANESTHETICS/SURGERY** ☐ NONE
Exp. lap. Epstine area
Adj?ne, Ham

**COMPLICATIONS/REACTIONS** ☒ NONE

**FAMILY ANESTH. HISTORY** ☐ NONE

**RENAL**

**G.I. (Hiatal Hernia)**

**ENDOCRINE (Diabetes, Thyroid)**

**OTHER (Jaundice, Hepatitis, Abnormal Bleeding)**
Crohs disory
Heptti C carrier

| CURRENT MEDICATIONS ☐ NONE | ALLERGIES ☐ NONE | TOBACCO, ETHANOL, OTHER DRUGS ☒ NONE |
|---|---|---|
| Livec . | NVDA | |
| **REACTIONS** ☐ NONE Effexor + Xanex Buspar | **MENTAL STATUS** A+O+ | **LAST ORAL INTAKE** since pm |

**VITAL SIGNS**
BP
HR
RR

Temp.
Ht. 5'6"
Wt. 149 (Kg.)

**GENERAL**

**AIRWAY**
Mouth
Teeth OLC
Neck Jaw Flex ext /...

**LUNGS** CTA

**HEART** Sr

**SPINE, REGIONAL ANES. SITE**

**OTHER**

Hb 13.6
Hct 29
Pl
Plt
Platelets

| | Na 145 | 107 Cl | Gluc 105 | | | Ph |
| K 4.0 | | CO₂ | BUN | CXR | EKG | PaO₂ PaCO₂ HCO₃ |

**ABG**    **OTHER**

**A.S.A. Status** (partially legible)

| BP 13?0/?2 | Temp. | Pulse | Resp. | DAY SURGERY POST-OP VISIT |
| DATE 8/?? | Time | A.S.A. Status | | |
| Evaluation Satisfactory YES ☐ NO ☐ | COMMENTS: | | | TIME: |

500685.011.0268

## St. Mary's Regional Medical Center
## Operating Room Charge Sheet

```
8229528      NS      MR 1    221342
8/17/98 BROWN, JEFFREY L
FANTOZZI, RONALD M
40 POLAND RD
AUBURN          ME   04210
036Y        /62 M/M 207-7823873
218103-Pharmacy GX7420
```

### Injectables

| | | |
|---|---|---|
| ___ | 1288 | Decadron 4mg/ml vial (Dexamethasone) |
| ___ | 3082 | Depo-Medrol 40mg vial |
| ___ | 3085 | Depo-Medrol 80mg vial |
| ___ | 1741 | Epinephrine 1:1000 Tubex |
| ___ | 2044 | Gentamycin 80mg/2ml vial |
| ___ | 2056 | Glucagon 1mg vial |
| ___ | 5464 | Heparin 10 units/ml 30ml vial (Hep-Lock) |
| ___ | 5803 | Heparin 1000 units/ml 10ml vial |
| ___ | 2224 | Heparin 5000 units/ml Tubex |
| ___ | 2419 | Indigo Carmine 10ml amp. |
| ___ | 5985 | Kefzol Irrigation 1g/1000ml |
| ___ | 2647 | Lidocaine 1% 20ml vial |
| ___ | 2662 | Lidocaine 2% 20ml vial |
| ___ | 5673 | Lidocaine w/Epi 1% 20ml vial |
| ___ | 5674 | Lidocaine w/Epi 2% 20ml vial |
| ___ | 2794 | Mannitol 25% 50ml |
| ___ | 5794 | Methylene Blue 1ml amp. |
| ___ | 3058 | Methylene Blue 10ml amp. |
| ___ | 3223 | Mitomycin 0-3mg 10.6 ml |
| ___ | 3781 | Neo-Synephrine 1% 10mg vial |
| ___ | 5080 | Pitressin 20 units/amp (Vasopressin) |
| ___ | 3553 | Papaverine 30mg amp. |
| ___ | 2890 | Polocaine MPF 2% 20ml |
| ___ | 5773 | Sensorcaine 0.5% MPF 30ml |
| ___ | 6024 | Sensorcaine 0.5% w/Epi MPF 30ml |
| ___ | 0610 | Sensorcaine 0.25% w/Epi MPF 30ml |
| ___ | 5772 | Sensorcaine 0.25% MPF 30ml |
| ___ | 4414 | Sodium Bicarbonate 8.4% 50ml |
| ___ | 2311 | Solu-Cortef 100mg/ml vial |
| ___ | 3097 | Solu-Medrol 40ml/ml vial |
| ___ | 5923 | Urokinase 5000 units |
| ___ | 2263 | WyDase 150 units/ml vial |
| ___ | 2266 | WyDase 1500 units/10ml vial |

### Narcotics

| | | |
|---|---|---|
| ___ | 5706 | Astromorph 10mg/ml |
| ___ | 5257 | Cocaine Flakes 325mg |
| ___ | 1072 | Cocaine Solution 10% 4ml |

### Eye Prepartions

| | | |
|---|---|---|
| ___ | 6012 | Amvisc Plus 0.8ml |
| ___ | 0403 | Atropine 1% 5ml |
| ___ | 5820 | Betagan 0.5% |
| ___ | 5528 | Betaxolol 0.5% (Betoptic) |
| ___ | 4522 | BSS 15ml |
| ___ | 4525 | BSS 500ml |
| ___ | 4528 | BSS Plus 500ml |

Signature: _____

Date: _____

### Eye Prepartions - Cont. Care

| | | |
|---|---|---|
| ___ | 5765 | Collagen Shield |
| ___ | 1156 | Cyclogel 1% 2ml |
| ___ | 1153 | Cyclogel 2% 2ml |
| ___ | 0343 | Duratears |
| ___ | 1936 | Fluorescein 2% |
| ___ | 2032 | Gentamicin Sol. 5ml |
| ___ | 1294 | Maxitrol Ointment 3.5g |
| ___ | 3349 | Maxitrol Suspension 5ml |
| ___ | 0061 | Miochol 2ml/vial (Acetylcholine) |
| ___ | 0697 | Miostat 0.1% (Carbachol) |
| ___ | 3760 | Mydfrin 2.5% sol 5ml (Phenylephrine) |
| ___ | 3376 | Neomycin, Bacitracin, Polymycin Eye Oint. 1/Roz |
| ___ | 6079 | Phaco Drug Kit |
| ___ | 3763 | Phenylephrine 10% dropperette |
| ___ | 3823 | Pilocarpine 1% sol. 15ml |
| ___ | 3826 | Pilocarpine 2% sol. 15ml |
| ___ | 5736 | Pilocarpine 4% GEL (Pilocarpine) |
| ___ | 0451 | Polysporin Oint. 3.5g |
| ___ | 5661 | Puralube Ointment |
| ___ | 4708 | Tetracaine .5% Solution (dropperette) |
| ___ | 5910 | Timoptic 0.5% (Ocudose) 0.45ml |
| ___ | 4885 | Tobrex 0.3% sol. 5ml |
| ___ | 5767 | Tobradex 2.5ml |
| ___ | 5775 | Tobradex Ointment 3.5g |

### Topicals

| | | |
|---|---|---|
| ___ | 4114 | Aminocerv Cream (Urea Combo Vaginal Cr) |
| ___ | 3532 | Afrin 0.5% Spray |
| ___ | 4606 | AVC Cream 15% |
| ___ | 5636 | Avitene Can 1g (Microfibillar Collagen) |
| ___ | 3178 | Avitene Sheet 70x35 (Microfibillar Collagen) |
| ___ | 0445 | Bacitracin Ointment 15g |
| ___ | 6068 | Betadine Spray |
| ___ | 3364 | Cortisporin Solution |
| ___ | 3367 | Cortisporin Suspension |
| ___ | 3931 | Efodine Ointment 30g |
| ___ | 2011 | Gelfilm |
| ___ | 2017 | Gelfoam Sponge (small) |
| ___ | 5675 | Gelfoam Sponge (large) |
| ___ | 6102 | Gelfoam Powder |
| ___ | 6066 | Gentamycin Irrigation |
| ___ | 3187 | Mineral Oil Sterile 10ml |
| ___ | 3376 | Neosporin Oint. 15g |
| ___ | 5621 | Neosporin Irrigation Sol. 250ml |
| ___ | 3769 | Neo-Synephrine 0.125% sol |
| ___ | 3775 | Neo-Synephrine 0.25% Spray |
| ___ | 1831 | Ogen Vaginal Cream (Estrogen) |
| ___ | 0454 | Polysporin 15g Ointment |
| ___ | 4360 | Silvadene 20g (Silver Sulfadiazine) |
| ___ | 4855 | Thrombin 5,000 units - Vial |
| ___ | 3376 | Triple Antibiotic Ointment |
| ___ | 2653 | Xylocaine Jelly 2% |

N/A

500685.011.0269

**O.R. Charges**    by: _____

## O.R. SERVICE CHARGES
CAUTERY REG ___ IEP ___ CMC
COBE
CRYO/FRIGITONIC
CUSA
DRILLS/SAW
ELEC/HYDRO LITHO
LASER CO₂ ___ YAG
MIDAS REX TOOL x1
MINI C-ARM
NUCLEOTOME/PACK
SCOPES Micro ___ Endo _✓_
SHAVER/BLADE x1 ___ + ___
STEALTH
TOURNIQUET
VITRECTOMY/Pack

### PT Charge Cards:
Ace Size
Accutemp
Adaptic  3x3 ___ 3x8
Bile Bag
Bladder Tray
Blue Ear Syringe
Cath Set
Colo Bag/Clamp ___ Size
Ch Drainage Bag
Conform Size
Cosmy Dye 407-9986
Cysto Set
Delta Lyte 2" ___ 3" ___ 4" ___ 5"
Eye Shield  RT ___ LT
Foley Size
Gauze: 10 ___ PI ___ Vai
Head Halter
IV Fluid <250
IV Fluid >500
Immobilzer  Type ___ Size
Kelly Prep
Kerlix
Pleur Vac
Razor
Reno 30 DYE 407-9985
Scrot Sup Size
Sleeves SCD Size
Sp Needle Size
Stocking TED size
Steristrips Size
Suct Cath Size
Toomey
THR set
Urometer
Xeroform  1x8 ___ 5x9

### OB/GYN
C-section Pack 5080
Huml Manipulator 5065
Laser Tubing/Filter 6212
Peri GYN Pack 5082
Suction O & E 5078
Vag Pack (c.s)

### CARDIOVASCULAR
Adherent Clot Cath 5111
Embolectomy Cath 5185
Perm Cath 5354
Port. Hickman Kit 5401
Port. MRI 5370
Sorgitron 5153
Suture Boots 5374
Vessel Loops 5455

## EYES
#4736 Blade 1107
#7513 Blade 1092
#681.13 Blade 1115
#681.21 Blade 1290
Alcon Slit/Crescent 1305
BSS Admin Set 1140
Cannula 27g 1172
Cataract Pack 1316
Catch Bag 1005
Corneal Transplant 1135
  NAME OF BANK
Cystotome Needle 1181
Eraser 1212
#1213 Eye Drape 1207
Irrig Ocutome Probe 1139
Lens Glide 1310
Occ Occluder 1330
Phaco Supply Kit 1111
Visco Flow Cannula 1170

## URO
Cysto Pack 4265 _✓_
Disp. Ellick 4177
Fulg Cord 4142
Laser Side Fire Fibers 4034
Lingeman Pack 4175
Mynopty Bx Instr. 4178
Resectoscope Loop 4032
Tru Cut Bx Needle 4180
Ⓓ cone tip medical
      catheter

## ENDOSCOPY
Bard Gyne Flo Irrig/Asp 7040
Cholang Cath 6028
Converters 5399
Endo Carpel Tunnel Kit 7016
Endoclip 6081
Endo GIA 7009
Endo GIA Reload 7011
Endo Hernia 7001
Endo Hernia Reload 7002
Endoloops 6389
Insufflator Tubing 7032
Lap Appy Kit 7015
Lap Chole Access Kit 6209
Laparoscopy Pack 6278
Laser Fibers 5071
Marlow Na Tip 7010
Suct/Irrig. Probe 7039
Suct/Irrig. Probe w/Rt Angle 7041
Sergipen Mesh 7035
5mm Trocar 5402
The Right Clip 7012
Vertes Needle, Disp. 7006
5-11 Versaport 5400
5-12 Versaport 5404

Kwart Stent
#003600
lot # 186056

## GENERAL/MISC SUPPLIES
Basic Pack 6280
Bag Spout 4150
Disc Pad 6286
Disp Bulb Syringe 6400
Drain J.P. w/Resevoir 6128
Drain Davol 6096
Drain Chest 6109
1010 Drape 6138
6640 Drape 6159
6650 Drape 6157
Durn Prep 6164
Ext Sheet 9046
Hemoclip (sm)
Hemoclip (med) 6211
Hemoclip (med/lg) 6213
Hemoclip (lg) 6215
Instr Pad 6282
Lap Sponges 6324
Lap T-Sheet 6318
Liner - Reg 6216
Liner - Baxter 4052
Marker 6297
Mayo Cover 6094
Microfoam Tape 6404
Needle Tip/Ext. Blade 6235
Patties 6287
Peanuts 6296
Red Rubber Cath 6420
Sleeve 6092
Solo Prep 6322
Staples  35w 6364
S Tubing 20' 6466
Surgicel Sm 6393
Surgicel Lg 6391
Table Cover 6090
Tegaderm 1232
Tipolisher 6408
Tips Argyle 6396
Tips Poole 6410
Tips Rep 6410
Hi-Sheet 6316
Utility Drape 6412

## ENT:
Doyle Splints 1515
Glassrock Dressing 1235
Instr. Wipes 1915
Microtek 1320
Nasal Tampons 1618
Sao Ear Drape 1215
Tonsil/polyp Snares 1500
Tonsil Sponge 1530
Tube, Ear 1715
Tym Tap 1622

8225 28    NS    MR    221342
8/ '98 BROWN, JEFFREY L
FANI 2, RONALD M
40 POLAND RD
AUBURN          ME  04210
036Y ___ 62 M/M 207-7823873
218103-01    M219

## ORTHOPEDICS
Arthrom Liner & Tray 8016
Arthroscopy Pack 8012
Arthroscopy Tubing 9128
Barrier U Drape 8125
Bone Dri Wick 8046
Cast Padding 8056
Cement 8058
Cement Mixing Bowl 8044
Cement Gun Kit 8060
Cloud 9 Pad 8080
Coban 4" 8068
Coban 6" 8070
Drape C-Arm 8128
Drape Mini C-Arm 8179
Drape X-Ray 8126
Drill Bits #310 Series 8148
Drill Bits, Twist 8139
Femoral Brush 8048
Gown Disp. 8180
Intestinal Bag 6010
Isolation Drape 8138
K-Wires 8286
K-Wires #292 Series 8299
Plaster Cast/Splint Adult 0107
Plaster Cast/Splint Child 0108
4 x 5 Stockinette 9096
6 x 48 Stockinette 9096
6 x 60 Stockinette 9100
Stockinette Lg Imp 9094
Stockinette Imp 9162
Simpulse Tubing/Tip 6398

## NEUROLOGY
Ant Cerv. Disc. 3001
Blue Foam Face Pad 8055
Bone Wax 9132
Cloward Arm Set 3004
Codman Perf 3020
#3100 Connect Tubing 9130
Crani Blade 3005
Crani Sheet 3095
Epidural Cath 3074
Frazier Tip 3092
Jelco 6201
Microdisc. Neuro 3002
Olsen Blade 3012
Phili Collar 8074
Scope Drape 1230
Wire Pass Drill 9170

For Sec. Use Only
OR Hours: _____
Recorded: _____
Input: _____ Charges: _____
PO Made: _____
ORO31

500685.011.0270