# RONALD FANTOZZI

# 11 OF 18



## St. Mary's Regional Medical Center
### Post Anesthesia Care Unit Record

Admitted From: ☐ OR  Via: ☐ Stretcher  ☐ Patient Bed  ☐ Surgilift  ☐ Siderails Up  ☐ Padded

Procedure: _____

Admit Date: 8/9/98  Time: 21:00  Discharge Time: _____

**Admitted to PACU Vital Signs**

P 165  R 24  EKG  Pulse Oximetry 94%  Ni BP 133/61  Arterial

| Legend | Time | 290 | 260 | 240 | 220 | 200 | 180 | 160 | 140 | 120 | 100 | 80 | 60 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pulse • | | | | | | | | | | | | | | |
| Systolic ∧ | | | | | | | | | | | | | | |
| Diastolic ∨ | | | | | | | | | | | | | | |
| Cuff | | | | | | | | | | | | | | |
| A Line × | | | | | | | | | | | | | | |
| Ax: | | | | | | | | | | | | | | |
| Axillary | | | | | | | | | | | | | | |
| R: | | | | | | | | | | | | | | |
| Rectal | | | | | | | | | | | | | | |
| Oral | | | | | | | | | | | | | | |
| T: | | | | | | | | | | | | | | |
| Tympanic | | | | | | | | | | | | | | |
| Temp. | | | | | | | | | | | | | | |
| Respirations | | | | | | | | | | | | | | |
| O2 Sat | | | | | | | | | | | | | | |
| PAP/PAW/CVP | | | | | | | | | | | | | | |
| Spinal Level | | | | | | | | | | | | | | |
| EKG Rhythm | | | | | | | | | | | | | | |

**Patient History**

GI Disease ☐
Renal Disease ☐
Diabetes ☐  Heart Disease ☐
Respiratory Disease ☐
Neurological Disorder ☐
Meds ☑
Other: _____

**Intra-Op Anesthesia**

General Mask ☐  General ETT ☐
Spinal ☐  Local ☐  Epidural ☐
LMA ☐  Block ☐
Intra-Op V.S.: 108/60 – 84/44
Other: _____

Agents Used: _____
Sedation: _____
Reversals Used: _____
Meds Given: _____

**Pre-Op Vital Signs**

BP 139/74 - P 82
O2 Sat _____
Allergies _____

**The Aldrete Score**

| | | | | IN | 0120 | OUT |
|---|---|---|---|---|---|---|
| Moves 4 Extremities Voluntarily or on Command | 2 | | | | | |
| Moves 2 Extremities Voluntarily or on Command | 1 | Muscle | | 2 | 2 | 2 |
| Moves 0 Extremities Voluntarily or on Command | 0 | Activity | | 2 | 2 | 2 |
| Deep Breathe & Cough on Command | 2 | | | | | |
| Limited or Difficult Resp. | 1 | Respirations | | 2 | 2 | 2 |
| Apnea | 0 | | | | | |
| BP ± 20 MM of Pre-Anesthesia Level | 2 | | | | | |
| BP ± 20-50 MM of Pre-Anesthesia Level | 1 | Circulation | | 1 | 1 | 2 |
| BP ± 50 or Over of Pre-Anesthesia Level | 0 | | | | | |
| Fully Awake | 2 | | | | | |
| Arousable | 1 | Consciousness | | 2 | 2 | 2 |
| Not Responding | 0 | | | | | |
| Able to maintain O2 saturation >92% on room air | 2 | | | | | |
| Needs O2 inhaled to maintain O2 saturation >90% | 1 | O2 Saturation | | 2 | 2 | 2 |
| O2 saturation <90% even with O2 supplement | 0 | | | | | |
| | | Total Score | | 9 | 9 | 10 |

| Nurse's Signature | Init. | Nurse's Signature | Init. | Nurse's Signature | Init. |
|---|---|---|---|---|---|
| | | | | | |

C:\PACU\PACU ANESTH\PACU1.PM5

Page 1

500685.011.0271



St. Mary's Regional Medical Center
PACU Record

500685.011.0272

## St. Mary's Regional Medical Center
### PACU Record

Date: 8.14.98

**Intake**

| Time | | IV | CBI | Blood | Urine | CBI | NG | | | Drains |
|------|--|----|-----|-------|-------|-----|-----|--|--|--------|
| OR | | 600 | | | | | | | | |
| | | 95 | | | | | | | | |
| Totals | | 250ml | | | | | | | | |

Output

EBL

**Medication Record**

| Time | Drug | Dose | Route/Site | Pain Scale | Initial |
|------|------|------|-----------|-----------|---------|
| | | | | | |

Pain Scale
5 Worst
4
3
2
1
0 No Pain

**Infusion Record**

| Time | Type and Volume | IV Site | Site PT | Amount in PACU | TBA | Initial |
|------|----------------|---------|---------|----------------|-----|---------|
| | | | | | | |

**Physician's Order**

1. Oxygen
   - Face Tent F/O2 _____ %
   - Mask
   - Nasal Cannula
2. Nebulizer Treatment in PACU
3. Oximetry Post - Op
4. Intravenous Fluids in PACU
   - Follow present IV with same solution
   - Continue with present IV
5. Pain Medication (if no allergy) in PACU
   - Morphine Sulfate 1.5 mg IV PRN
   - Meperidine 12.5 - 25 mg IV PRN
6. Antiemetic (if no allergy) in PACU
   - Prochlorperazine 5-10 mg IV PRN w/
     max dose of 10 mg
7. Accucheck while in PACU
   - q 1 hour I.D.D.M.
9. Return to room when patient meets discharge criteria

Signature of Responsible Anesthesiologist

PACU Nurse:

Floor Nurse:

Page 3



St. Mary's Regional Medical Center
PACU Record

Date: 8/19/98

| Time | D: Data    A: Action    R: Response    P: Plan |
|------|---|
| | |

Problem List

| | Problem List | Goal Achieved Y N |
|---|---|---|
| 1 | Alteration in Neurological Status | |
| 2 | Alteration in Comfort Level | |
| 3 | Alteration in Emotional Status | |
| 4 | Alteration in Circulation | |
| 5 | Alteration in Fluid Volume | |
| 6 | Alteration in Mobility | |
| 7 | Alteration in Respiratory Function | |
| 8 | Alteration in Skin Integrity | |
| 9 | Alteration in Temperature | |
| 10 | Alteration in Elimination | |
| 11 | Alteration in Gastrointestinal Function | |
| 12 | Other | |
| 13 | Other | |
| 14 | Other | |

Page 4

500685.011.0274

# St. Ma●●s Regiona● ●edical Cen●●
## Pre-Operative Checklist

1  Admission Consent
   Signed and witnessed

2  Informed Consent
   Signed and witnessed
   (dated 30 days)

3. ID Bracelet

4. H & P on chart
   if not, notified Med Rec.
      MD
      OR

5. Consultation on Chart

6. Old Records Ordered
   On film

7. Pre-Op Teaching By  *Stephanie Buswell*

## Day Of Surgery
*Notified anesthesia that pt not seen pre-op 4/18 OBD*

1. MD Orders Noted/Completed
2. Addressograph Plate on Chart
3. Current I & O
4. MAR, IV Records on Chart
5. IV Started/Location  *D5 N5*
   if not started, OR called
   IV Solution/Rate  *200/hr*
6. NG Tube/Size
7. Foley Cath
8. Prep as Ordered
9. Time Last Voided/
   Catheter drained  *1000*
10. Weight  *67.4K*
   Height  *5'7*
11. Premed VS:  T *36.5*  P *84*  R *22*  BP *140/75*
   Time: *0900*

12. Premedications Given/Time:

  *None ordered*
  *Demerol 75 mg IV* — *09*
  *Phenergan 25mg IV* — *0910*

  None Ordered

13. Does Patient Have:
   Orothong Cath
   Porta Cath
   MML
   Other-Specify

F10103

---

**ALLERGIES:** *Hay fever only*

Allergy Sticker on Chart

### Tests Ordered, Results on Chart or Action Taken

| | | |
|---|---|---|
| Electrolytes | *on chart* | CBC *on chart* |
| Urine | *on chart* | EKG |
| Chest X Ray | | |
| Preg. Test | | |
| Type and Screen | | Date |
| X-Match (drawn/Redrawn) | | Date |
| # Units | # Autologous | |
| Ultrasound | | |
| Other | *lab panel on chart* | |
| *CMP* | | |

| | |
|---|---|
| Make-up, Fingernail Polish Removed | |
| Valuables Labeled and Stored | |
| Ring | *taped* |
| Watch | |
| Necklace | |
| Glasses | |
| Contact Lenses | |
| Dentures (partials/plates) | |
| Hearing Aide | |
| Artificial Limb | |
| Artificial Eye | |
| Underwear | *bedside* |

To OR _____ Date *5/19/98*  Time *1015*

Signature *Stephanie Buswell*  LPN/**RN**

C:\PHARM\A\RETRO\PRE-OP.FM4          5/99

500685.011.0275

**St. Mary's Regional Medical Center**
**Perioperative Nursing Record**

Date 8/19/98    OR Room # 2    Temp 70°
Surgeon Mailhot    Asst
Anesthesiologist Cothin    CRNA McWilly
SRNA _____ Relief _____
Circulator Timberlaken    Scrub 1. _____
2. Damine    2. _____
Relief _____ In _____ Out _____ Relief _____ In _____ Out _____
Pt. Class ASA 2E    Surgery Time: Start 1120    End 1150
Pre-Op Dx right flank pain, hematuria

329528    MS    MR 221342
7/17/98 BROWN, JEFFREY L
1502ZI, RONALD M
POLAND RD
ME 04210
V62 M/M 207-7823873
2 K8103-01    H219

## PRE OP ASSESSMENT

Time In: PAH 1015 →    OR 1110    Pt. Statements: NPO since after nn    Allergies NKA
Impairment: Vision OK    Hearing OK    LOC oriented 3
Mobility w/c → litter    Other resh oc
Skin Appearance    unremarkable

| | Yes | No | Test | Yes | No | Test | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Pt. Identified | ✓ | | CBC | ✓ | | CXR | | ✓ |
| Surgery Confirmed | ✓ | | UA | ✓ | | EKG | | ✓ |
| Consents Correct/Complete | ✓ | | LYTES | ✓ | | H&P | ✓ | |
| Special Consent Form | | ✓ | SCREEN | | ✓ | CONSULT | ✓ | |
| Traction/Cast | | ✓ | PREG | | ✓ | PT/OR | ✓ | |
| | | | US | | | | | |

Shave Prep: ☐ Yes ☒ No  By: _____
Blood Avail: ☐ Yes ☒ No # Units _____ # Autologous _____
IVs: Peripheral ☒ A-Line _____ Swanz _____ CVP _____
Epidural _____ Other _____ Inserted By: Cothin

| Nursing Diagnosis | Desired Patient Outcome | Nursing Intervention | Comments: |
|---|---|---|---|
| •Anxiety secondary to surgery and environment | •Pt verbalizes questions and concerns •Pt demonstrates basic knowledge regarding surgery. | •Explanation of intraoperative course. •Provide emotional support. | Signed Rene dumont RN |

## INTRA OP ASSESSMENT

| Table | ☐NA | Equipment | ☐NA | Padding | ☐NA | Tourniquet | ☒NA | Electrosurgery | ☒NA |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Amsco/Shampaine | | ☐ Butt Pad | | ☒ Kidney Bar | ☒ Pillows | ☐ Axillary Rolls | Upper Arm R___ L___ | | Monopolar #___ |
| ☐ Chick/Siemens | | ☐ Vac Pac | | ☐ Chest Rolls | ☒ Blankets | | Thigh    R___ L___ | | Cut ___ Coag.___ |
| ☐ Electropoise | | ☐ Footboard | | ☐ Adhesive | ☐ Foam Pad | | Time Up___ Down___ | | Pad Site ___ |
| ☐ Orthopedic Fx | | ☐ Sandbag | | ☐ Prone-eze | ☐ Other _____ | | Time Up___ Down___ | | Lot #___ |
| ☒ Cysto | | ☐ K-Pad | | ☒ Leg Holders | Position | | Applied By _____ | | Skin Integrity ___ |
| ☐ Cedar Frame | | ☐ Teds/SCD | | ☐ Sugita | ☐ Supine ☒ Lat R___ L___ | | Pressure _____ | | Bipolar #___ |
| ☐ Other | | ☐ Amboards | | ☒ Safety Strap | ☐ Prone ☐ Other _____ | | Type/# _____ | | Setting _____ |
| | | ☐ Other _____ | | | ☒ Lith | | | | |

| Surgical Prep | ☐NA | Medications | ☒NA | Irrigation | ☐NA | Catheter | ☐NA | Nasogastric Tube | ☒NA |
|---|---|---|---|---|---|---|---|---|---|
| ☒ Sol | ☐ Duraprep | Ungt: _____ | | ☐ N/S | ☐ Glycine | ☐ Came With r D I c abu | | ☐ Came With | |
| ☒ Scrub | ☐ Hibiclens | Drops: _____ | | ☐ LR | ☐ Bacitracin | ☐ Straight Cath | | Type _____ | |
| ☐ Iodine | ☐ Alcohol | Inject: _____ | | ☒ H2O | ☐ Neo | Size ___ Amt ___ | | Inserted By ___ | |
| ☐ Gel | ☐ Eye Prep | Other: _____ | | ☐ BSS | ☐ Kefzol | By ___ | | Time ___ | |
| ☐ Other | By: Or | Site: _____ | | ☐ Other | | Time ___ | | | |

| X-Rays in OR: ☐No ☐ Portable ☐ C-Arm ☒ Cysto ☐ Dye Reno n 30 | Surgical Implants ☒NA errr Dr |
|---|---|
| Drains ☒No ☐Yes Type _____ Site _____ | Removed _____ |
| Packs ☒No ☐Yes Type _____ Site _____ | Inserted: (not stickered) Place Stickers on Back |
| Immobilizer: ☒NA ☐ ABD Pillow ☐ Cervi Collar ☐ Sling | Type Stent-Hunt Size OK |
| ☐ Splint _____ ☐ Cast _____ | Company Cook   Lot/Serial # 486050 |

| Specimen | ☒No | ☐ Yes | _____ |
|---|---|---|---|
| To Lab | ☒No | ☐ Yes | _____ |
| Frozen | ☒No | ☐ Yes | _____ |
| Cultures | ☒No | ☐ Yes ☐ Aerobic ☐ Anerobic Site _____ |

## POST OP ASSESSMENT

Post Op Dx right flank pain, hematuria

| Counts: | ☐ Correct | ☐ Incorrect | ☒NA |
|---|---|---|---|
| Sponge: | ☐ No | ☐ Yes | ☐ Aborted | Initial: Circ _____ |
| Sharp: | ☐ No | ☐ Yes | ☐ Aborted | Scrub _____ |
| Instr: | ☐ No | ☐ Yes | ☐ Aborted | Final: Circ _____ |
| Comments _____ | | | | Scrub _____ |

Procedure Cystoscopy, right retrograde
insertion of right ureteral stent    Relief: Circ _____
Anesthesia Type General
EBL min ML  Blood Given ___ ML # Units ___
Condition Stable  Wound Class II    Time Out 1200 To PACU  Dressing NA

| Nursing Diagnosis | Desired Pt Outcomes | Nursing Interventions | Additional Comments: |
|---|---|---|---|
| •Potential for injury secondary to: •Impaired physical mobility •Foreign body •Chemical/electrical hazard •Infection | •Pt will be free of nerve palsy, foreign body, chemical and electrical injury. •Pt will be free of infection | •Proper alignment maintained •Proper ground pad placement •Proper padding at prominence •Counts conducted according to policy •Monitor & enforce aseptic technique | Timberlaken |

500685.011.0276

**ST. MARY'S REGIONAL MEDICAL CENTER
CONSENT TO OPERATION, ANESTHETICS,
AND OTHER MEDICAL SERVICES**

```
A229528        MS        NR        221342
  217798  BROWN, JEFFREY L
FASTC221  RONALD M
41 ICELAND RD
A  ERN         ME    04210
           62 M/M  207-7823873
218103-01           M219
```

Date _____ Time _____

1.  I authorize the performance upon _____ of the following operation _____
    (myself or name of patient)
    _____
    performed by or under the direction of Dr. _____

2.  I consent to the performance of operations and procedures in addition to or different from those now contemplated, whether or not arising from presently unforeseen conditions, which the above named doctor or his associate or assistants may consider necessary or advisable in the course of the operation.

3.  I consent to the administration of such anesthetics in connection with surgical or other medical procedures as may be considered necessary or advisable by any of the Anesthesiologists responsible for anesthesia services at this hospital to be administered by them or others under their supervision. The nature of the Anesthetics likely to be applied in any procedures that are about to be done has been fully explained to me by a physician, including the usual and most frequent risks and hazards encountered with those anesthetics unless I have asked that the physician omit or limit his explanations out of consideration for me.

4.  The nature and purpose of the operation, possible alternative methods or treatment, the risks involved, the possible consequences and the possibility of complications have been explained to me by Dr. _____
    and Dr. _____ .*(See below)

5.  I acknowledge that no guarantee or assurance has been given by anyone as to the results that may be obtained.

6.  I consent to the photographing or televising of the operations or procedures to be performed, including appropriated portions of my body for medical, scientific or educational purposes, provided my identity is not revealed by the pictures or descriptive texts accompanying them.

7.  For the purpose of advancing medical education, I consent to the admittance of observers to the Operating Room.

8.  I consent to the disposal by hospital authorities of any tissue or body parts which may be removed.

9.  I am aware that sterility may result from the operation. I know that a sterile person is incapable of becoming a biological parent.

10. I acknowledge that all blank spaces on this document have been either completed or crossed off prior to my signing.
    (CROSS OUT ANY PARAGRAPHS WHICH DO NOT APPLY)
    **PLEASE READ IN FULL BEFORE SIGNING AUTHORIZING SIGNATURES**

_____         _____
Witness                                 Signature of Patient

If patient is unable to sign or is a minor, complete the following: Patient is minor_____ years of age. He/She is unable to sign because _____

_____         _____
Witness                                 Signature

                                        _____
                                        Relationship

*I certify that the information in number 4 was given to   Patient's Name
_____
Physician's Signature
F00026

500685.011.0277

# ST. MARY'S REGIONAL MEDICAL CENTER
## ANESTHESIA RECORD

ANESTH. NO.
1 2 3 4 5 E

ALLERGIES: _____



**INTRA-OP EVENTS:**

ANESTHESIA TIME

SURGICAL TIME

KEY

500685.011.0278

08/20/98        15:36                                    Page 1 of 2

# ST. MARY'S REGIONAL
# MEDICAL CENTER

Lewiston, ME  04240

OPERATIVE SUMMARY

8229628            MS-300        22-13-42

FANTOZZI, RONALD M
DOB: ●●●/62
JEFFREY BROWN, M.D.

Admitted:   08/17/98

DATE OF OPERATION:    08/19/98   BEGAN: 1120   ENDED: 1150

SURGEON:   PAUL MAILHOT, M.D. ASSISTANT:

PREOPERATIVE DIAGNOSIS:  Right flank pain, gross hematuria

POSTOPERATIVE DIAGNOSIS: No evidence of ureteral calculus, possible recent stone passage with ureteral edema

OPERATION: Cystourethroscopy, right retrograde pyelography, insertion of an indwelling right ureteral stent

## FINDINGS AND PROCEDURE:

After adequate general LMA anesthesia, the patient was prepped and draped in the dorsolithotomy position. cystourethroscopy was accomplished with a 22 French rigid cystourethroscope.  The bladder appeared to be normal with clear efflux in both ureteral orifices.  There was no evidence of tumor or calculus formation within the bladder.  The urethra revealed no lesions or source of bleeding.  The prostatic fossa appeared to be normal.

Using an 8 French cone tipped ureteral catheter, a retrograde pyelogram was performed. Examination of the X-rays revealed some filling defects within the ureter but I suspect that the majority of these were bubbles.  While directly observing the drainage from the right ureter, multiple air bubbles were noted to be expelled with the urine.  The drainage from the right ureter, however, was bloody after the retrograde pyelogram had been performed.

On a post drainage film, it was noted that the mid and distal ureters had drained completely.  However, there was some apparent hang up at the level of L4 on the right which may have been secondary to some edema from a recently passed calculus.  On the drainage film, no filling defects would be observed within the ureter. At no time on any of the films was there any evidence of hydronephrosis.

Because the patient continued to complain of right flank pain through the night and because the retrograde suggested a possible incomplete obstruction at the level of L4, a 6 French Kwart ureteral stent was inserted into the ureter and advanced to the renal pelvis such that

(SEE NEXT SHEET)

500685.011.0279

08/20/98    15:36    Page 2 of 2

OPERATIVE SUMMARY    PAUL MAILHOT, M.D.    MS-300    8229528
FANTOZZI, RONALD M
Page 2

the proximal pigtail was in the renal pelvis, the distal pigtail was within the bladder. The stent was internalized and the patient then returned to the recovery room in satisfactory condition. He tolerated the procedure well and there were no complications.

PAUL MAILHOT, M.D.

D: 08/19/98   PM
T: 08/20/98   reb

cc    PAUL MAILHOT, M.D.                    (P)
      MICHAEL BOULANGER, M.D.               (P)
      D3/ON                                 (P)

500685.011.0280

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

Diagnosis:

Drug Allergies:

In Accordance with Our Formulary System The Use Of Generic Equivalents Acceptable Unless Box Checked.

**Addressograph Imprint**

**Doctor's Order Form    Instructions For Use**
1. Imprint Before Placing in chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | | Initial When Faxed |
|------|------|---|---|
| 8-17-98 | | Admit J. Brown SVC K | |
| | | Dx: Hematuria, Nephrolithiasis K | |
| | | Cond: FAIR K | |
| | | US G4H K | |
| | | Activity: Ad Lib K | |
| | | Labs: Morphine 2-5 IV Q4H PRN MM | |
| | | Luvox 50 T PO QAM. MM | |
| | | Restoril 30 PO QHS PRN. MM | |
| | | Tylenol 650 PO MM | |
| | | Consult Dr. Mathur — called & left message | |
| | | IV D5-NS @ 200 cc/Hr. KMM | |
| | | Is & O's | |
| | | Motrin Tylenol CSO 1350 Brown | |
| 8/17 | 2140 | Demerol 75 mg IV Q3hrs prn Pain MM | |
| | | D. Dr J. Brown, Telephone MM | |
| | | Motrin Tylenol CS 22:00 Brown | |
| | | Morphine 25 mg IV Q hour prn | |
| | | | |
| | | 8/18/98 @ 0815 J. Richard Brown | |

500685.011.0281

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

Diagnosis:

Drug Allergies:

☐ In Accordance with Our Formulary System The Use Of
Generic Equivalents Acceptable Unless Box Checked.

**Addressograph Imprint**

Doctor's Order Form    Instructions For Use
1. Imprint Before Placing In chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | | Initial When Faxed |
|------|------|---|---|
| 8/18/98 | | Pre op for Art _(FAXED)_ | |
| | | ☐ - NPO p mn Ic TD | 1298032 |
| | | ☐ - TEDS Ic | |
| | | ☐ - Consent capt. II; (R) Retrograde Pyelogram Ic | |
| | | Pre Reg'l, Cross profile today Ic | |
| | | M1298031 PE 1298032 | |
| | | 8/18/98 @ 1300 J. Richard Bernier/Mall | |
| 8/18 | 1630 | Demerol Pt A - 25 mg/hr cntcnuous | |
| | | 40 Dil Bruen Klineraulu | |
| | | noed Klineraulu 8/18 1632 | |
| 8/18 | 1800 | ↑ Demerol to 333 mg/Hr via pump | |
| | 600 pm | (33.3) | |
| | | noed Klineraulu 8/18  333ve | |
| 8/18 | 2400 | d/c demerol PCA | |
| | | demerol 75 mg IV q 3 hr prn | |
| | | 40 dil J Brun prn | |
| 8/19/98 | 1840 | Toradol 60mg IM now & may repeat in 8 hours | |
| | | if effective | |
| 8/19/98 | | T.O. Dr A Brown / S Bramwell RN | |

ORIGINAL FOR CHARTS
DOCTOR'S ORDER FORM

FEB113

500685.011.0282

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

Diagnosis: _____

Drug Allergies: _____

[Addressograph imprint — partially legible]
221342
JEFFREY L
RONALD H
ME  04210
PO7-7823873
H217

**Addressograph Imprint**

☐ In Accordance with Our Formulary System The Use Of
Generic Equivalents Acceptable Unless Box Checked.

**Doctor's Order Form**    **Instructions For Use**
1. Imprint Before Placing In chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders.
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | | Initial When Faxed |
|------|------|--|------|
| 7/20/98 | 7PM | 1) D/C IU FWDRK PUSH PO FWDRK | |
| | | 2) SALINE LOCK CMA | |
| | | 3) REGULAR DIET 1200972 | |
| | | 4) ACTIVITY AD LIB C | |
| | | 5) PERCOCET TT PO q4h MAL | |
| | | 6) PRILOSEC 20 MG PO QA MAL | |
| | | 7) NAPROSYN 500 MG PO BIA MAL | |
| | | 8) ATIVAN 0.5 MG PO qHS MAL | ⊖ |
| 7/21/98 | | Robert Boulanger 1925h | |
| 8:20-98 | | > May discharge tonight. | [signature] |
| | | > Continue Prilosec 20 PO QD, Luvox 50 PO qHS | |
| | | > Naprosyn 500 PO BID. Macrobid as per DR Mailhot | |
| | | > Percocet 11 tablets q 4° PRN for pain | |
| | | > Call Dr. Boulanger in AM at his | |
| | | office to arrange follow up appointment. | |
| 9/22/98 | | Robert Boulanger 2040h | |
| | | > Call Dr. Mailhot in AM for follow up appt. | |
| | | T.O. Dr Boulanger / Gonzales | ⊖ |
| | | [signatures] | |

ORIGINAL FOR CHARTS
DOCTOR'S ORDER FORM

F00113

500685.011.0283



500685.011.0284



500685.011.0285

**ST. MARY'S REGIONAL MEDICAL CENTER**
**INTRAVENOUS SOLUTION ADMINISTRATION RECORD**

| DATE | NOTES | # | VOL mL | BASIC SOLUTION | KCL mEq | Vit BAC | OTHER MEDICATIONS | TIME DUE | TIME HUNG | RATE PER HOUR | INIT |
|------|-------|---|--------|----------------|---------|---------|-------------------|----------|-----------|---------------|------|
| | | 1 | 1000 | D5 NS | | | | | 2000 | 200 | MS |
| | | 2 | 1000 | D5 NS | | | | | 08 | 200 | SM |
| | | 3 | 1000 | D5 NS | | | | | 2800 | 200 | DS |
| | | 4 | 1000 | D5 NS | | | | | 09 | 200 | SEB |
| | | | 1000 | | | | | | 1800 | | |
| | | | 1000 | | | | | | 03 | | |
| | | | 1000 | | | | | | 04 | | |
| | ADDL | | 1000 | 0.9% KCl | | | | | 18:00 | | |
| | | | 1000 | D5 NS | | | | | 1750 | 240 | SEB |

ROOM #

ADDRESS PLATE HERE

  

### St. Mary's Regional Medical Center
## Patient Valuable List

```
8229528      MS      NR     221342
2/17/96 BROWN, JEFFREY L
FANTOZZI, RONALD M
40 POLAND RD
AUBURN           ME  04210
C164          /62 M/M 207-7823873
218103-01       M219
```

| (X) | Item | Description |
|-----|------|-------------|
| ✓ | Eye Glasses | *A home.* |
| N/A | Hearing Aid(s) | |
| N/A | Dentures/Partials | |
| ✓ | Money      ✓ | |
| ✓ | Jewelry | *wallet & wedding band* |
| N/A | Canes, Walker, Wheel Chair | |
| N/A | Medication (please send home if possible) | |
| | Other | |

### Release from Responsibility for Personal Property

I understand and agree that under no circumstances will St. Mary's be responsible for my personal property . I take full responsibility for retaining in my possession or custody any and all articles. I acknowledge that I have declared or listed all items of personal property I have chosen to keep in my possession or custody while at St. Mary's, and further acknowledge that I have been offered an opportunity to have my personal property kept in safe keeping at St. Mary's during my stay at St. Mary's, and that I have refused that offer.

Patient/Guardian Signature _____    Date _____

140020

500685.011.0287

**St. Mary's Medical Associates**
98 Campus Avenue, Lewiston, ME 04240
(207) 777-8810

8229508

FANTOZZI, RONALD                    15057-0              36yr  M   08/17/98

## Patient Information

```
Name........FANTOZZI, RONALD                    Status code:
Address.....40 POLAND RD
City........AUBURN, ME 04210
Home phone..(207) 782-3873        Work...(207) 784-9186
Birthdate...      /62  Sex...M
Soc Sec No..      2724
Med Record #
Provider(s).MJB
Referred by.
Employer....FALCON SHOE
Relative....DEBRA
Pharmacy....
```

## Diagnoses/Problems

ADJUSTMENT DISORDER W/ANXIETY
POSSIBLE OCCULT DEPRESSION WITHOUT SUICIDAL IDEATION
PROBABLE PANIC DISORDER
ALLERGIC RHINITIS
HISTORY OF CROHN'S DISEASE
RELATIVE XANAX AND BUSPAR INTOLERANCE
PRIOR STAPH AUREUS COLONIZATION
VIRAL URI WITH CHRONIC BRONCHITIS
RESOLUTION OF BORDERLINE ANEMIA

## Medications

LUVOX TAB 50MG, ONE HS
NASALCROM AER 5.2/ACT, BID

## Allergies

HAY FEVER

**St. Mary's Medical Associates**
99 Campus Avenue, Lewiston, ME 04240
(207) 777-8810

8-339508

| FANTOZZI, RONALD | 15057-0 | Page 1 |

**Progress Notes**

05/05/98 CC:  Adjustment disorder with panic attacks, improved on Luvox

HPI:  36 YOM returns to office at 7 week interval to reassess
his Luvox response.  He states that the quality of his life has
improved dramatically.  He has not had any breakthrough panic
attacks.  He is sleeping better.  He seems to be in better
spirits and is less focused on the things that cause anxiety.
He is tolerating work stress much better.

He has seen Dr. Mailhot in followup to his previous recurrent
nephrolithiasis.  There was blood in his urine at last visit.
Dr. Mailhot wondered about the indication for a repeat metabolic
screen for kidney stones.  He also wondered about the potential
for oxalate stones secondary to inflammatory bowel disease.

The patient has seen Dr. Monzel with previous liver biopsy.
This did not suggest active bridging necrosis to warrant
intervention with Interferon.

Otherwise quality of life appears to be excellent at present
time.

MEDICATION:  LUVOX TAB 50MG, ONE HS
NASALCROM AER 5.2/ACT, BID

ROS:  The patient denies fever, chills, sweats, nausea,
vomiting, diarrhea, or constipation.  No blood in stool or
urine.  No recent chest pain, cough, palpitation, or dizziness.

EXAM:  The patient is alert, cooperative, and generally
pleasant.  He appears appropriate and composed.  He is able to
arise from chair without assistance.
VITALS:
  BP:      May 5, 1998  120/60
  Pulse:   May 5, 1998  80
  WT:      May 5, 1998  146½ = 1½ lb loss x 6 weeks
HEENT:  Normocephalic, PERRL.  Sclera and conjunctiva clear.
Oropharynx unremarkable.
Neck:  Supple.
Chest:  Lungs clear.  Heart sounds physiologic.
Abdomen:  Benign.
Extremities:  Without clubbing, cyanosis, or edema.
Neuro:  No focal deficits.
Skin:  Clear.

IMPRESSION:
1   Adjustment disorder with anxiety and panic attacks,
currently improved on Luvox.

500685.011.0289



**St. Mary's Medical Associates**
99 Campus Avenue, Lewiston, ME 04240
(207) 777-8810

| FANTOZZI, RONALD | 15057-0 | Page 2 |

**Progress Notes**

05 05/98 (continued)
  2.  Recurrent nephrolithiasis with indication to exclude
  metabolic predisposition.
  3.  Quiescent Crohn's disease with concern for oxalate stones.
  4.  Allergic rhinitis, improved on Nasalcrom spray.
  5.  Hepatitis C infection with relatively benign liver biopsy.
  6.  Prior Staph aureus airways colonization with chronic
  bronchitis.

  PLAN:
  1.  Consider metabolic screen for recurrent nephrolithiasis,
  pending clinical course.
  2.  Continue Luvox trial in light of subjective and clinical
  benefit.
  3.  AE as scheduled 8/98.


  Michael J. Boulanger, M.D.
  MJB:bjb
                                                    MJB/BJB/

500685.011.0290

**St. Mary's Medical Associates**
99 Campus Avenue, Lewiston, ME 04240

| RONALD | 15057-0 | Page 1 |

**Progress Notes**

Atypical transient left sided chest discomfort with palpitations, exertional dyspnea, and anxiety

HPI: 35 YOM returns to office unexpectedly in light of the above complaints. He states that over the last month he has had a problem with transient left-sided chest discomfort lasting 2-3 seconds. This occurs both at rest and with exertion. He becomes anxious about the problem and notes that his breathing is off and he thinks he may be having palpitations or skipped beats. This then goes away rather quickly. He became alarmed, thinking that he could have heart disease in light of positive family history.

Upon further discussion, he states that he has been under increased pressure or stress, despite the fact that Dr. Monzel recently told him that his liver biopsy did not suggest active hepatitis C hepatitis. The patient also has done some reading on panic attacks and states that the symptom complex hits that diagnosis perfectly.

MEDICATION: ATROVENT NAS SOL 0.06%, 2 SQ EA NOS TID/PRN

ROS: The patient denies fever, chills, sweats, nausea, vomiting, diarrhea, or constipation. No blood in stool or urine. No recent cough, palpitation, or dizziness.
Cardiac: Atypical left-sided chest pain with rest and exertion.
Resp: Mild exertional dyspnea with occasional palpitations.

EXAM: The patient is alert, cooperative, and generally pleasant. He is able to arise from chair without assistance.
VITALS:
  BP:     February 27, 1998  132/60
  Pulse:  February 27, 1998  80
  WT:     February 27, 1998  148 = 1½ lb gain x 6 weeks
HEENT: Normocephalic, PERRLA. Sclera and conjunctiva clear. Oropharynx unremarkable.
Neck: Supple.
Chest: Lungs clear to percussion and auscultation. S1/S2 physiologic without murmur or gallop. I am unable to elicit pain to palpation across the chest wall.
Abdomen: Soft, bowel sounds active, no visceromegaly.
Extremities: Without clubbing, cyanosis, or edema. Pedal pulses intact.
Neuro: No focal deficits.
Skin: Clear.

LAB DATA: Office EKG 20 minutes following last chest pain episode: Sinus rhythm, regular at 75 bpm with incomplete right

500685.011.0291

**St. Mary's Medical Associates**
99 Campus Avenue. Lewiston, ME 04240
(207) 777-8810

FANTOZZI, RONALD                              15057-0                              Page 2
**Progress Notes**

02. 27.'98 (continued)
bundle branch block but no evidence of ischemia.

IMPRESSION:
1.  Atypical, transient, left-sided chest pain at rest and
exertion with normal EKG.
2.  Symptom complex most c/w panic disorder.
3.  Adjustment disorder with anxiety.
4.  Hepatitis C infection with benign liver biopsy.
5.  Multiple medication intolerances.

PLAN:
1.  Empiric trial with Luvox 50 mg ½ tablet qd for the next
week.
2.  Patient may increase dose to a whole tablet daily if doing
well.
3.  Office visit in two weeks to reassess clinical status on
Luvox.


Michael J. Boulanger, M.D.
MJB:bjb

————————————————————————————————————————MJB/BJB/

500685.011.0292



500685.011.0293



**St. Mary's Regional Medical Center**

**Graphic Sheet**





500685.011.0294

B22952    MS    M    221342
P/17    B BROWN, JE    REY L
FANTOZZI, RONALD M
AC FOLAND RD
BUBURN    ME    04210
L36Y    62 M/M 207-7822873
218105-01    M219

## St. Mary's Regional Medical Center
## Advance Directives Form

1. Does patient have an Advance Directive? ☑ Yes ☐ No
   (living will or durable power of attorney for health care).
   **If No Advance Directive, skip to (and complete) #2 and #3.**
   **If Yes, has an Advance Directive continue (and complete) #1:**
   Patient identifies document as:
   " _____ "

   Is the Advance Directive on file here at St. Mary's? ☐ Yes ☑ No
   (check medical record)
   If not on file here, request a copy of Advance Directive to be brought in.
   From whom requested: _____
       ☐ Patient   ☐ Family:   Designate: _____
                     RN Signature: _____
   **If patient has Advance Directive, skip to #4**

2. Patient directed to read "Advanced Healthcare Directives Packet" and policy summary.
   ☐ Yes   ☐ No   If No, designate why: _____
   Family directed to read the above.    ☐ Yes   ☐ No
3. Patient requested further information.    ☐ Yes   ☐ No
   If Yes, identify who was contacted: _____

|  | Date | Time | Individual |
|---|---|---|---|
| Social Service | | | |
| Pastoral Care | | | |
| Nurse Supervisor | | | |
| (after hours) | | | |
| Other | | | |

   **(For Items 2-3)**   R.N. Signature: _____
4. Physician informed of Advance Directive.

| Date | Time | Physician | RN Signature |
|---|---|---|---|
| | | | |

5. Copy of the Advance Directive placed in the chart.    ☐ Yes
   Verified with patient the Directive is the latest version.    ☐ Yes
   Document title:

| Date | Time | RN Signature |
|---|---|---|
| | | |

**Documentation for Revocation of Advance Directive**

| Date | Time | RN Signature | Physician Informed (state MD name) |
|---|---|---|---|
| | | | |

**Patient informed of implications of decision.**

| Date | Time | RN Signature |
|---|---|---|
| | | |

**Patient Acknowledgment for Receipt of Advance Directive Policy Patient Summary**

| Date | Signature | Witness |
|---|---|---|
| 1/8/04 | *Kenneth Morgan* | |

500685.011.0295

side 2

**SMRMC Advance Directives Form**
**Other Actions/Additional Information**
(include dates, time, description, signature):

AD 1/20/92

500685.011.0296

```
H 29 . 2 H        HS      HR      221342
          BROWN,  JEFFREY L
          RONALD M
          RD
                          ME    04210
          62 H/H  207-7823871
218103-01      #217
```

# REFERRAL SCREEN

| | | Problem/ Referral |
|---|---|---|
| **Respiratory** | | |

1. Do you smoke or chew tobacco   Y  (N)   How many years _____ PPD _____
   When did you quit _____   How long _____
2. Do you have a cough   Y  (N)   Do you produce sputum   Y   N
   What is color _____   Any blood   Y   N
3. Do you have post nasal drip   (Y)  N
4. Do you have seasonal allergies   (Y)  N
5. Do you snore   Y   N   Do you become sleepy during the day   Y  (N)
6. Are you currently SOB   Y  (N)
   Describe what happens _____
7. Have you been treated for:      Have you been told you have:

| Pneumonia | Y | N? | Asthma | Y | N |
|---|---|---|---|---|---|
| Tuberculosis | Y | N | Emphysema | Y | N |
| Lung Caner | Y | N | Bronchitis | (Y) | N |

**A total of 6 Y will trigger a RCP assessment**

*would*

**Signature**

| **Rehab Services** | | | Problem/ Referral |
|---|---|---|---|

1. Are you receiving rehab services at home   Y   N
   PT _____   OT _____   Speech _____   HHA _____
2. Do you have pain or circumstances that prevents you from performing ADL   Y   N
   If Y, what are you unable to do _____
3. Do you currently use assistive devices
   WC _____   Walker _____   Cane _____   Other _____
4. Do you require assist to bath/dress   Y   N
5. Do you have difficulty chewing or swallowing   Y   N
6. Do you have difficulty hearing   Y   N
7. Do you have difficulty making yourself understood   Y   N
8. Do you have difficulty understanding what is said to you   Y   N

**A Y will trigger a referral to Rehab Services
(OT, PT, Speech)**

*should*

**Signature**

| **Spiritual** | | Problem/ Referral |
|---|---|---|

1. What is your source of strength during times of difficulty   _family_
2. Are you affiliated with a church / synagogue   ✓
3. Do you request a visit from the chaplain   Yes   (No)

*(signature)*      8/17/98

RN Completing Form          Date          Time          **Signature**

500685.011.0297

ST. MARY REGIONAL MEDICAL CENTER    *Funtozzi*
INTERDISIPLINARY ASSESSMENT

K79952A      K5        MR   22134
733178 BROWN. JEFFREY L
FUNTOZZI, RONALD N
4: POLAND RD
ANDORA      ME   04210
762 K/M 207-7823873
216103 01    MM19

| General Information |
|---|

P.A.T Date: _____ Time: _____    Dx: *Hematuria nephrolithiasis*
Admit Date: 8/17/98 _____    Considered organ/tissue donation? Y N
Admitting Physician: *Dr. J. Breuse*
Attending Physician: _____

Chief Complaint: *Hematuria Sunday & intermittent severe RLQ & RF bank pain*

Education *HS*    Occupation *Sheathp*
Primary Language: *English*
Able to Read ✓    Write ✓
Vital Signs   T 36.5   P 75   R 24
BP (L) _____ (R) 153/69
Height   5'7"    actual/stated
Weight   676    actual/stated

**Allergies** / **Reaction**

*Hay fever.*

Latex:   Yes   No

**PERSON TO NOTIFY IN EMERGENCY**
Name: *Debbie*
Phone:  Home: _____    Work: _____

**SIGNIFICANT OTHER:**
Name: _____
Phone:  Home: _____    Work: _____
Information obtained from:    Relationship: _____
Name: _____

| NAME | DOSAGE | FREQUENCY | LAST DOSE | REASON FOR TAKING |
|---|---|---|---|---|
| *Zaron* | *Daily* | | | |

|  | Name | Frequency | Amount | Last Used |
|---|---|---|---|---|
| Over-The-Counter | *Tylenol* | | | |
| Stimulants/Tranquilizers | *Naproxen* | | | |
| Recreational Drugs ∅ | *Allergy medication* | | | |
| Alcohol ∅ | | | | |
| Other | | | | |

Have you been able to follow prescribed medication/Treatments?   Y___ N___ Why?_____
Have you ever been involved in rehabilitation?   Y___ N___ Explain_____

Weight loss/gain _____ Kg/lbs   in *1* weeks/months    *↑ diarrhea & poor appetite Hx. of chrons.*
Active problem(s):

| | | |
|---|---|---|
| ___ Chewing | ___ Diarrhea | ___ Pregnant | ___ Tube Feed |
| ___ Swallowing | ___ Decubitus | ___ Lactating | ___ TPN / PPN |
| ___ Vomiting | ___ Eating Disorder | ___ Surgery Planned | ___ PPN |

Albumin _____    Referral Level _____    Signature _____
FM0228    Pink Copy - Nutrition Services • Yellow Copy - Pharmacy    Page 1

500685.011.0298

## Medical History

GREEN, JEFFREY L
22134
207-782-3387

| | | Problem/ |
|---|---|---|
| Negative Hx | Neurologic | Disorders |
| Diabetes | Hepatitis/Infectious Diseases | cy Disease |
| HTN | Vision Disorder   OS— fluid up | Thyroid Disease |
| Heart Disease CHF | Hearing Disorder | |
| Tuberculosis | Seizure Disorder | CVA |
| Orthopedic | Psychological/Emotional | Cancer |
| Other  depression | | |

Surgical HX/Previous Hospitalizations: _Gallbladder, Colon Surgery_
_appendectomy – 10 yrs ago_

Signature

### Musculoskeletal

Problem/

**HISTORY:** __X__ Negative Hx

| _____ Arthritis | _____ Fractures | _____ Scoliosis |
| _____ Deformities | _____ Injuries | _____ Muscular Dystrophy |
| _____ Joint Pain | _____ Amputations | _____ Other |

Explain: _____

**EXAM:**

| **Ambulation** | **Gait** | **Assistive Devices** | |
|---|---|---|---|
| ✓ unassisted | ✓ steady | _____ wheelchair | _____ crutches |
| _____ assisted with 1 or 2 | _____ unsteady | _____ cane | _____ walker |
| _____ unable | | _____ splints | _____ prosthesis |

Range of Motion Difficulties (specify): _____

Comments: _____

Signature

### Cardio Pulmonary

Problem/

**HISTORY:** _____ Negative Hx

| Chest Pain | _____ Anemia | ? Murmur | _____ Congenital Defect |
| _____ Palpitations | _____ Varicosities | ☑ Hypercholesteremia | _____ Pacemaker |
| _____ MI | _____ TIA | _____ Arrhythmias | _____ Artificial Valve |
| _____ CVA | _____ CHF | _____ Peripheral Edema | _____ Mitral Valve Prolapse |
| _____ HTN | _____ PVD | _____ Permanent IV Access | _____ Other |

Explain: _____

**EXAM:**

| **Pulse** | **Capillary Refill** | **Lung Sounds** | | **Chest Excursion** |
|---|---|---|---|---|
| ✓ Regular | _____ Quick | | (L)  (R) | ✓ Symmetrical |
| _____ irregular | _____ Sluggish | Clear | | _____ Asymmetrical |
| _____ Bounding | | Wheezing | | |
| _____ Thready | **Cyanosis** | Crackles | | |
| _____ Weak | _____ None | Rhonchi | | |
| | _____ Lips | | | |

Monitor Pattern (if applicable)

**Breathing Pattern**
✓ Non Labored   _____ Labored   _____ Rapid   ✓ Regular   _____ Accessory Muscle Use

Signature
Page 2

500685.011.0299

## Gastrointestinal

**HISTORY:** _____ Negative Hx

| | | |
|---|---|---|
| ✓ Diarrhea | ✓ Blood in Stools | _____ Hiatal Hernia |
| _____ Constipation | ✓ Abd/Epigastric Pain | _____ Diverticulosis |
| _____ Ostomy | ✓ Irritable Bowel Syndrome | _____ Eating Disorder |
| _____ Hemmorhoids | ✓ Gastric Ulcer/Polyps | _____ Dysphagia |
| _____ Hematemesis | ✓ Esophagitis/Varices | _____ Heartburn |

_____ Cramps
_____ Jaundice
_____ Cancer
_____ Other

Explain: _____

**NUTRITION:**
Diet _____ Regular _____ Special (Explain): ♂ Whole milk, *cereal etc*
Dentures: _____ Upper _____ Lower _____ Partial

| Feeding | Appetite | Bowel Habits |
|---|---|---|
| ✓ Self | _____ Good | ✓ Regular |
| _____ Needs Assist | ✓ Fair | _____ Irregular |
| | _____ Poor | ✓ Last Bm 8/16 |

**EXAMS:**

| Dental Hygiene | Oral Mucosa | Bowel Sounds | Abdomen | |
|---|---|---|---|---|
| ✓ Good | ✓ Pink | ✓ Present | ✓ Tender | _____ Nondistended |
| _____ Fair | ✓ Moist | _____ Absent | _____ Nontender | ✓ Soft |
| _____ Poor | _____ Dry | _____ Distended | | _____ Firm |

Comments: _____

_____ Signature

## Urinary

**HISTORY:** _____ Negative Hx

| | | |
|---|---|---|
| ✓ UTI | _____ Dysuria | ✓ Chronic Renal Failure |
| _____ Hematuria | _____ Pyuria | _____ Cancer |
| _____ Nocturia | _____ Urinary Stress Incontinence | _____ Prostate Problems |
| _____ Eneuresis | ✓ Kidney Stones | _____ Other |

Explain: _____

| Urine | Voiding Pattern | Bladder |
|---|---|---|
| _____ Clear | ✓ No Difficulty | _____ Distended |
| _____ Cloudy | _____ Frequency | ✓ Non-Distended |
| _____ Dark | _____ Urgency | |
| _____ Yellow | _____ Hesitancy | |
| _____ Pink-tinged | _____ Incontinence | |
| | _____ Discomfort | |

_____ Signature

Page 3

500685.011.0300