# RONALD FANTOZZI

## 12 OF 18

EXAM:    Catheter

| | | | | Problem/ |
|---|---|---|---|---|
| | Indwelling/Size | | Date Inserted | |
| | Intermittent/Howoften? | | | |
| | Suprapubic | | | |

Dialysis
- No
- Yes    #Yrs./Mos.
- Hemo #Times per Week
- Peritoneal Exchange Pattern
- Solution Strength

**Graft Site Location:**

| Thrill | Bruit | Site Condition | Dialysis Catheter |
|---|---|---|---|
| Present | Present | Edematous | No |
| Absent | Absent | Erythematous | Yes |
| | | Discolored | Site |
| | | No Abnormalities | |

Comments:

_Signature_

---

### Reproductive / Sexuality

**HISTORY:**    Negative Hx:    Problem/

| | | |
|---|---|---|
| STD | Pain | Breast CA |
| PID | Discharge | Other |
| Menstrual Irregularities | Cysts/Tumors | |

Explain:

LMP
Pregnant ___ Yes ___ No                Mastectomy
Para                                    N/A
Gravida                                 Right
Last Pap Smear                          Left
Self Breast/Testicular Exam ___ Yes ___ No   Bilateral
Comments:

_Signature_

---

### Integumentary

**HISTORY:**    Negative Hx:    Problem/

| | | | |
|---|---|---|---|
| Psoriasis | Eczema | Pruritis | Wounds |
| Lesions | Cancer | Other | |

Explain:

**EXAM:**

| Color | Turgor | Temperature | Moisture |
|---|---|---|---|
| ✓ Pink | ✓ Good | Warm | Dry |
| ✓ Pale | Fair | Hot | Moist |
| Flushed | Poor | Cool | Diaphoretic |
| Ashen | | | |
| Jaundiced | | | |

_Signature_
Page 4

500685.011.0301

SKIN IMPAIRMENTS:    Identify with Appropriate Letter

Front        Back

C=Contusion
D=Decubitus
R=Rash
L=Laceration
E=Ecchymosis
S=Scar
P=Petechiae
B=Burn
O=Other

**Problem/**

Comments/Current Treatments: _____

_____

**Signature**

## Neurological

**HISTORY:** _____ Negative Hx:

**Problem/**

| | | | |
|---|---|---|---|
| ____ Headaches | ____ Numbness | ____ HOH | ____ Diplopia |
| ✓ Vertigo | ____ Tingling | ____ Tinnitus | ____ Glaucoma |
| ____ Syncope | ____ Behavioral Changes | ____ Herniated Discs | ____ Cataracts |
| ____ TIA | ____ Seizures | ____ Multiple Sclerosis | ____ Other |

Explain: _____

Vision   Last Checked _____
   _____ No Visual Impairment
   _____ Artificial Eye   ____ (L)   ____ (R)
   _____ Legally Blind   ____ (L)   ____ (R)
   _____ Totally Blind   ____ (L)   ____ (R)

**Signature**

## Fall Assessment

**HISTORY:** ✓ Negative Hx:

**Problem/**

_____ Gait Unsteady                    ____ Uses Walker, Cane, Prosthetic
_____ Diseases/Weight Bearing Joints   ____ Confused at Night/Disorientation
_____ Pain Medication                  ____ Diuretics/Urinary Frequency
                                         ____ Generalized Weakness/dizziness/vertigo

Comments _____

**Signature**

A "Y" will trigger a safety alert

### Signatures

| Name | Discipline | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Page 3

500685.011.0302

**St. Mary's Regional Medical Center**
**Nursing Diagnosis/Patient Problem List**

| Code: | A = Problem identified and worked on. | | B = Problems identified and not worked on at this time. | | |
|---|---|---|---|---|---|
| Code | Date | # | Problem: *Ett Oemus* RLQ → R flank | Initiated By | Date Resolved |
| | 8/17 | 1 | | *Mann* | |
| | | | Manifested By: c/o Severe pain & difficulty mov. rip. | | |
| | | | Plan: Med pain i mis & Demerol as ordered. | | |
| | | | Discharge Outcome - Patient will: Have pain under Control | | |
| Code | Date | # | Problem: | | |
| | | | Manifested By: | | |
| | | | Plan: | | |
| | | | Discharge Outcome - Patient will: | | |
| Code | Date | # | Problem: | | |
| | | | Manifested By: | | |
| | | | Plan: | | |
| | | | Discharge Outcome - Patient will: | | |

140104

500685.011.0303

St. Mary's Regional Medical Center

**Nursing Documentation Form**
**Assessment · Intervention · Evaluation**

Date: _8/17._

| | 7-3 | 3-11 | 11-7/9-67 |
|---|---|---|---|
| **Psych/Social** | | : | Her anxious |
| **Cardiovascular** | | : | HR · 75-88 reg |
| **Respiratory** | | : | Lungs clear |
| **Gastrointestinal** | | : | BS+ intermitt. nausea - N/V |
| **Genitourinary** | | : | Foley drainage/cc's yellow |
| **Integumentary** | | : | Pink w/dry |
| **Musculoskeletal** | | : | MAE'S |
| **Neurovascular** | | : | +PPP / © L lene |
| **Neurological** | | : | A/O |
| **Pain** | | : | intense → severe pain MS 5mg x 2 ↓ little relief — 5 Demerol 75mg x 4 |
| **Teaching:** See Progress Notes Or Teaching Flow Sheet | | | |
| **O₂** | | : | R/A · |
| **Suction** | | : | |
| **Cough & Deep Breathe** | | : | Enc. |
| **Incentive Spirometer** | | : | / |
| **Dressing** | | : | |
| **Anti-Embolic Device** | | : | |
| **Dx Test/Special Procedure** | | : | strain urine |
| **Spec Sent to Lab** | | : | |
| **IV Therapy** | | : | D5NS @ 200/hr. |
| **I-Med** | | : | ✓ |
| **Checks (rounds)** | | : | 5'/chk Rowland |

See Progress Notes
f1.0073

500685.011.0304

Date: _____

Shift Times: _____

| | | 7 - 3 | 3 - 11 | 11 - 7 |
|---|---|---|---|---|
| **HYGIENE** | Bath | | | |
| | Special Mouth Care | | | |
| | Foley Care/Peri Care | | | |
| **NUTRITION** | Appetite | | | |
| | Tube Feeding/Supplements | | | |
| **ELIMINATION** | Stools | | | |
| | Hematest Procedures | | | |
| | Enema | | | |
| | Catheter Str/Foley | | | |
| | Strain Urine | | | |
| | Incontinent | | | |
| | Ostomy Care | | | |
| | NG/Gtube | | | |
| | Other | | | |
| **ACTIVITY** | Bedrest/Reposition | | | |
| | Ambulate | | | |
| | Up In Chair | | | |
| | ROM By Nursing | | | |
| | Sleep | | | |
| | Friends/Family | | | |
| **SAFETY** | Siderails/Call Bell | | | |
| | Restraints: Type/Checks | | | |
| | Transport | | | |

| Signature/Initials | Signature | Init. | Signature | Init. | Signature | Init. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

## Intake and Output Log

| | Intake | | | Total 0600h - 0600h | | Output | | | Total 0600h - 0600h | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TF | PO | Blood TPN | I.V. Solution | Other | Time | Urine | Drainage | Emesis | Other |
| 1400h | | | | | | 1400h | | | | |
| 2200h | | | | | | 2200h | | | | |
| 0600h | | | | | | 0600h | | | | |
| 24 Hour Total | | | | | | 24 Hour Total | | | | |

500685.011.0305

## St. Mary's Regional Medical Center

### Nursing Documentation Form
#### Assessment • Intervention • Evaluation

Date: _____

RECORDS      MS
PATRICK BROWN     MR    221342
FANTOZZI, RONALD M   JEFFREY L
4   POLAND RD
AUBURN
3317              ME   04210
218103-01        PED M/M 202-7823873
                 M219

Shift Times: _____

| | | 7-3 | 3-11 | 11-7 |
|---|---|---|---|---|
| **Assessment/Observations** | Psych/Social | pleasant/cooperative | | us stable |
| | Cardiovascular | VSS - see graphic sheet | | lung clear |
| | Respiratory | is clear to resp | | |
| | Gastrointestinal | | | good BS |
| | Genitourinary | foley cath draining mod amount of clear yellow urine | | |
| | Integumentary | skin warm dry | | |
| | Musculoskeletal | unable to MAE / ambulates / fatigued gait steady | | MAE well |
| | Neurovascular | BIL edema noted to extremities | | |
| | Neurological | alert & oriented / neuro deficits noted | | A-O |
| | Pain | see nurse notes | | see note |

**Teaching:** See Progress Notes Or Teaching Flow Sheet

| | | | | |
|---|---|---|---|---|
| **Procedures** | O₂ | RA | | |
| | Suction | N/A | | |
| | Cough & Deep Breathe | encouraged | | encouraged |
| | Incentive Spirometer | N/A | | |
| | Dressing | N/A | | |
| | Anti-Embolic Device | N/A | | |
| | Dx Test/Special Procedure | Dr. Brown consults p. | | |
| | Spec Sent to Lab | N/A | | |
| | IV Therapy | D5NS @ 200 | | 7) 5000 |
| | I-Med | yes | | |
| | Checks (rounds) | | | |

* = See Progress Notes

500685.011.0306

Date: _____

MR 221342
JEFFREY L
RONALD M
LAND RD
64210
7623873

N219

Shift Times: _____

| | | 7 - 3 | 3 - 11 | 11 - 7 |
|---|---|---|---|---|
| **HYGIENE** | Bath | | | |
| | Special Mouth Care | done | | refused |
| | Foley Care/Peri Care | | | |
| **NUTRITION** | Appetite | | | |
| | Tube Feeding/Supplements | | | |
| **ELIMINATION** | Stools | | | |
| | Hematest Procedures | | | |
| | Enema | | | |
| | Catheter Str/Foley | | | |
| | Strain Urine | | urine strained | |
| | Incontinent | | | |
| | Ostomy Care | | | |
| | NG/Gtube | | | |
| | Other | | | |
| **ACTIVITY** | Bedrest/Reposition | | | |
| | Ambulate | | | |
| | Up In Chair | c 1 assist | | |
| | ROM By Nursing | | | |
| | Sleep | in nap | | |
| | Friends/Family | family in | | |
| **SAFETY** | Siderails/Call Bell | within reach | | |
| | Restraints: Type/Checks | | | |
| | Transport | via w/c | | |

| Signature | Init. | Signature | Init. | Signature | In. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Signature/Initials**

## Intake and Output Log

| | Intake | | | Total 0600h - 0600h | | | Output | | | Total 0600h - 0600h | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TF | PO | Blood TPN | I.V. Solution | Other | Time | Urine | Drainage | Emesis | Other |
| 1400h | | | | | | 1400h | | | | |
| 2200h | | | | | | 2200h | | | | |
| 0600h | | | | | | 0600h | | | | |
| 24 Hour Total | | | | | | 24 Hour Total | | | | |

500685.011.0307

St●●ary's Region●●●ical Center ●

**Nursing Documentation Form**
Assessment • Intervention • Evaluation

Date: _8/19/98_

Shift Times:

| | | 7-3 | 3-11 | 11-7 |
|---|---|---|---|---|
| **Assessment/Observations** | Psych/Social | alert, cooperative | | cooperative |
| | Cardiovascular | VSq4h + q1° x6 postop | | V/S stable |
| | Respiratory | lungs clear √'d q1° | | lungs clear ×2 |
| | Gastrointestinal | soft distended + ✓ | | semi-soft distended +BS see notes |
| | Genitourinary | Notes  foley out in OR | | vtd qns |
| | Integumentary | wm + dry | | NAE |
| | Musculoskeletal | MAE pedal+ | | |
| | Neurovascular | adequate | | |
| | Neurological | A+O x 3 | | A-O |
| | Pain | Notes | | (see notes) |

**Teaching:** See Progress Notes Or Teaching Flow Sheet

| | | | | |
|---|---|---|---|---|
| **Procedures** | O₂ | R/A | | RA 0 SDB |
| | Suction | | | |
| | Cough & Deep Breathe | | | encourage |
| | Incentive Spirometer | | | |
| | Dressing | Stent in place | | |
| | Anti-Embolic Device | | | ted |
| | Dx Test/Special Procedure | OR | | |
| | Spec Sent to Lab | | | |
| | IV Therapy | D5 NS 200cc/hr | | 1) 75 out |
| | I-Med | yes | | |
| | Checks (rounds) | q1° + prn | | |

500685.011.0308

Date: _____8/17/95_____

| Shift Times: | 07 – 19 | | | | |
|---|---|---|---|---|---|
| | 7 - 3 | | 3 - 11 | | 11-7 19-07 |

**HYGIENE**

| | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| Bath | assist | | refused care |
| Special Mouth Care | self | | |
| Foley Care/Peri Care | | | |

**NUTRITION**

| | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| Appetite | 100 | 100% of crackers | |
| Tube Feeding/Supplements | | | |

**ELIMINATION**

| | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| Stools | ∅ | | |
| Hematest Procedures | | | |
| Enema | | | |
| Catheter Str/Foley | | | |
| Strain Urine | | | |
| Incontinent | | | |
| Ostomy Care | | | |
| NG/Gtube | | | |
| Other | | | |

**ACTIVITY**

| | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| Bedrest/Reposition | ✓ ✓ | ✓ | |
| Ambulate | | | |
| Up In Chair | | | |
| ROM By Nursing | | | |
| Sleep | between pain meds | | |
| Friends/Family | visitors in | | |

**SAFETY**

| | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| Siderails/Call Bell | rails 1/2 ↑; bell in reach | | |
| Restraints: Type/Checks | | | |
| Transport | Stretcher | | |

| Signature/Initials | Signature | Init. | Signature | Init. | Signature | Init. |
|---|---|---|---|---|---|---|
| | Stephanie Brunell | SEB | | | | |

## Intake and Output Log

| | Intake | | Total 0600h - 0600h | | | | Output | | Total 0600h - 0600h | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TF | PO | Blood TPN | I.V. Solution | Other | Time | Urine | Drainage | Emesis | Other |
| 1400h | | | | | | 1400h | | | | |
| 2200h | | | | | | 2200h | | | | |
| 0600h | | | | | | 0600h | | | | |
| 24 Hour Total | | | | | | 24 Hour Total | | | | |

500685.011.0309

## St. Mary's Regional Medical Center

### Nursing Documentation Form
### Assessment • Intervention • Evaluation

Date: _8/20/98_

| Shift Times: | | 7-3 | 3-11 | 11-7 |
|---|---|---|---|---|
| **Assessment/Observations** | Psych/Social | alert-pleasant | | |
| | Cardiovascular | VS stable | | |
| | Respiratory | LSC -VSOB ↓ bibases - coughing blood tinged sputum | | |
| | Gastrointestinal | BSO Abd soft, nontender Denies nausea diarrhea | | |
| | Genitourinary | voiding | | |
| | Integumentary | W+D | | |
| | Musculoskeletal | MAE | | |
| | Neurovascular | P↓x⊘ ⊘ pedal edema | | |
| | Neurological | A+O | | |
| | Pain | c/o R flank pain extending to mid back and to groin | | |
| | | med c Demerol 75mg IM | | |
| **Teaching:** See Progress Notes Or Teaching Flow Sheet | | | | |
| **Procedures** | O₂ | — | | |
| | Suction | — | | |
| | Cough & Deep Breathe | enc | | |
| | Incentive Spirometer | | | |
| | Dressing | — | | |
| | Anti-Embolic Device | teds | | |
| | Dx Test/Special Procedure | — | | |
| | Spec Sent to Lab | labs | | |
| | IV Therapy | D5NS @ 200 u/hr | | |
| | I-Med | ✓ | | |
| | Checks (rounds) | q1° | | |

* = See Progress Notes

500685.011.0310

Date: _____ 5/20/9° _____

Shift Times:

| | | 7 - 3 | 3 - 11 | 11 - 7 |
|---|---|---|---|---|
| **HYGIENE** | Bath | assist | | |
| | Special Mouth Care | assist | | |
| | Foley Care/Peri Care | assist | | |
| **NUTRITION** | Appetite | cls liquids | | |
| | Tube Feeding/Supplements | | | |
| **ELIMINATION** | Stools | diarrhea x1 | | |
| | Hematest Procedures | — | | |
| | Enema | — | | |
| | Catheter Str/Foley | — | | |
| | Strain Urine | ✓ | | |
| | Incontinent | — | | |
| | Ostomy Care | — | | |
| | NG/Gtube | — | | |
| | Other | — | | |
| **ACTIVITY** | Bedrest/Reposition | self | | |
| | Ambulate | self | | |
| | Up In Chair | self | | |
| | ROM By Nursing | | | |
| | Sleep | naps | | |
| | Friends/Family | wife in | | |
| **SAFETY** | Siderails/Call Bell | 2 srt /bell in rch | | |
| | Restraints: Type/Checks | | | |
| | Transport | — | | |

| | Signature | Init. | Signature | Init. | Signature | In. |
|---|---|---|---|---|---|---|
| **Signature/Initials** | R. Bixxon RN | LB | | | | |

## Intake and Output Log

| | Intake | | Total 0600h - 0600h | | | Output | | Total 0600h - 0600h | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TF | PO | Blood TPN | I.V. Solution | Other | Time | Urine | Drainage | Emesis | Other |
| 1400h | | | | | | 1400h | | | | |
| 2200h | | | | | | 2200h | | | | |
| 0600h | | | | | | 0600h | | | | |
| 24 Hour Total | | | | | | 24 Hour Total | | | | |

500685.011.0311

St. Mary's Regional Medical Center
**Patient Progress Notes**

**ID Code For Clinical Services:**

| | | |
|---|---|---|
| **NS-Nursing Service** | **R-Radiology** | **CS - Cardiology Services** |
| **DS-Dietary Service** | **RC-Respiratory Care** | **RT-Recreation Therapy** |
| **PC-Pastoral Care** | **ED-Pt. Educator** | **OT-Occupational Therapy** |
| **SW-Social Work** | **PH-Pharmacy** | **PT-Physical Therapy** |
| **CM-Case Mgmt** | | **ST-Speech Therapy** |

| ID Key | Date | Time | Notes | Signature and Title |
|---|---|---|---|---|
| NS | 8/17 | 1945 07 | *[handwritten clinical note, largely illegible]* 34 yr old w/ m. admitted c c/o severe RLQ pain rad. to R flank → L groin. Foley patent draining dark clear yellow urine. UA ... | *[signature]* |
| NS | 8/18 | 1710 | *[handwritten clinical note, largely illegible]* | *[signature]* |

140070

500685.011.0312

**St. Mary's Regional Medical Center**
**Patient Progress Notes**

**ID Code For Clinical Services:**

| | | |
|---|---|---|
| NS - Nursing Service | R - Radiology | CS - Cardiology Services |
| DS - Dietary Service | RC - Respiratory Care | RT - Recreation Therapy |
| PC - Pastoral Care | ED - Pt. Educator | OT - Occupational Therapy |
| SW - Social Work | PH - Pharmacy | PT - Physical Therapy |
| CM - Case Mgmt | | ST - Speech Therapy |

221342
JEFFREY L
RONALD K
RD
ME 64210
207-7823873
N219

| ID Key | Date | Time | Notes | Signature and Title |
|---|---|---|---|---|
| NS | 8/9 | 8/14 | *[illegible handwritten notes]* | |
| NS | 8/8 8/14 | 19.07 | *[illegible handwritten notes]* | |
| NS | 8/9/98 | 07.430 | comfort - c/o sharp Ⓡ flank pain radiating into RLQ + Ⓡ groin A: Demerol 75 IV given at 0900 c c/o of nausea Phenergan 25 mg IV given 0910 P: state good relief for 2½ hours P: cont. to assess med + effects | |
| | | | Per Foley drng clear urine, strained c stone seen. IVF maint. 200 cc/hr | S. Barnault |
| | | 1015 | To OR via stretcher | S. Barnault |
| NS | 8/9/98 | 1300 | Returned from OR; awake + alert. Taking liq + crackers See prog. v/s sheet for q° v/s. IVF maint. 200 cc /hr Stent string intact to urethra; c/o same pain as pre-op Ⓡ flank radiat Ⓡ groin A Demerol 75 IV given at 10 c | S. Barnault |

500685.011.0313

## St. Mary's Regional Medical Center
### Patient Progress Notes

221342
JEFFREY L
RONALD M
ROLAND RD
04210
M219

**ID Code For Clinical Services:**

NS-Nursing Service   R-Radiology   CS - Cardiology Services
DS-Dietary Service   RC-Respiratory Care   RT-Recreation Therapy
PC-Pastoral Care   ED-Pt. Educator   OT-Occupational Therapy
SW-Social Work   PH-Pharmacy   PT-Physical Therapy
CM-Case Mgmt   ST-Speech Therapy

| ID Key | Date | Time | Notes | Signature and Title |
|---|---|---|---|---|
| NS | 8/19 | 4-19 | Voiding 200-350 cc amts pale peach urine. Comfort- c/o r pain sharp in same areas; Demerol 75 + Phenergan 25 IV given 1645 + only had relief x 1½°; called Dr. A. Brown ē order for Toradol 60 mg IM given 19¹⁰; P: monitor effects. Urin- Urine lt. red by end of shift, still in good amts; Dr. Maillet in + aware of pain + blood in urine. | S. Bruneau |
| NS | 8/19 8/20 | 1907 | #1 cont to c/o [illegible] sharp pain [illegible] flank [illegible] state [illegible] has new on [illegible] this [illegible] was [illegible] pain to [illegible] med ē dem 75 mg ā at 2015 [illegible] repeat at [illegible] IV [illegible] to [illegible] state needs [illegible] [illegible] for pain med to work [illegible] [illegible] Dr. A. Brown called ē results of blood [illegible] | |
| | | O2 | unable to void [illegible] cath for 500 cc [illegible] added [illegible] clear at end [illegible] cath | |
| | | O5 | med for [illegible] during [illegible] | [illegible] |

140070

**St. Mary's Regional Medical Center**
**Patient Progress Notes**

**ID Code For Clinical Services:**

| | | |
|---|---|---|
| NS-Nursing Service | R-Radiology | CS - Cardiology Services |
| DS-Dietary Service | RC-Respiratory Care | RT-Recreation Therapy |
| PC-Pastoral Care | ED-Pt. Educator | OT-Occupational Therapy |
| SW-Social Work | PH-Pharmacy | PT-Physical Therapy |
| CM-Case Mgmt | | ST-Speech Therapy |

| ID Key | Date | Time | Notes | Signature and Title |
|---|---|---|---|---|
| NS | 8/20 | | _[illegible handwriting]_ state at this time under ® rub ⊃ c̄ deep insp̄ ō SOB noted — _[illegible]_ | |
| | | 07 | cont c̄ ō _[illegible]_ _[illegible]_ 95cc _[illegible]_ IV to d/c red at end of _[illegible]_ | |
| NS | 8/20 | 0019 | Rest: oriented. Lung sounds clear and diminished in basis. ⊘SOB noted. Productive cough noted. Pt raising whitish-blood tinged sputum. BS⊕. Abd soft and nontender. Diarrhea ×1. Denies further cramping. Voiding. c/o ® flank pain radiating to ® mid back and ↓ ® groin. Medicated c̄ Demerol 75 mg IV q̄ 3°. Also c/o pain under ® rib cage occasionally, c̄ deep inhalation. PR⊘. Ø edema. ↑AMB to BR. IV infusing D5NS @ 2xxcc/hr. Will cont to monitor. _[signature]_ RN | |
| NS | 8/20 | 1900 | ↑ up in hallway gait steady. Patient insisting he wants to go home. voiding clear. Ø pt. Stated "I'll be better home". | |
| | | 1945 | ↑ Dr. Boulanger made aware w/ order for discharge. Home meds to continue clarified c̄ Dr. Boulanger. discharge instruction given | |
| | | 2051 | ↑ discharge per wheelchair accompanied by sister-in-law. ↓ CNA. _[signature]_ | |

140070

500685.011.0315

## St. Mary's Regional Medical Center
## Procedure Record

```
8827646 OC       MR       221342
ACH  2/09/98
FANTOZZI, RONALD H               M
40 POLAND RD
AUBURN        ME 04210
218103-01        M219
```

Date: 2-9-98        Time: 0730

L.S ████62        7823873

Physician: Monroe

Chief Complaint/ Dx: abd. liver function

**Pertinent Physical Findings:**

_____

_____

_____

**Pre Procedure Evaluation:**

_____

_____

_____

Dictated Note: ✓

Procedure:      Needle Biopsy of the liver

Findings:       2 cm core of liver tissue obtain
                at 9th rics
                Position umbilical by echo

Plan of Care: — To be observed until 1500 and go to
                discharge
                NPO until nausea then regular
                bed v strict ?—
                Dr Monroe will see—        Monroe

                                  Physician's Signature

500685.011.0316

**St. Mary's Regional Medical Center**
**Consent/Assignment/Authorization Statement** 09/98

FINTC221. RONALD H                NR          221342

**Consent for Treatment**    Admission Date:    2-5-98    FINTC221. RONALD H
4C-POLAND RD

I, the undersigned a patient in this St. Mary's Regional Medical Center ("SMRMC") hereby authorize employees of SMRMC and physicians(s) (and whomever they may designate as assistants) to administer such treatment as is necessary, and such additional operations or procedures as are considered therapeutically necessary as are necessary on the basis of findings during the course of said treatment. I also consent to the administration of such anesthetics as are necessary. Any tissues or parts surgically removed may be disposed of by SMRMC in accordance with accustomed practice. I hereby certify that I have read and fully understand the above Consent for Treatment, the reasons why the treatment/procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment which have been explained to me by the attending physician. I also certify that no guarantee or assurance has been made to me the results that would be obtained.

**Authorization To Release Medical Information**

St. Mary's Regional Medical Center is hereby authorized and requested to furnish the _Healthsource_ insurance company(s) or its properly authorized agent, my employer and any peer review organization which conducts reviews of hospital utilization under an agreement with my employer and/or health insurance carrier, or any person or corporation that is or may be liable, under contract or otherwise, for all or part of the Medical Center's charge; all information required by it to determine benefits, including nature of the visit, diagnostic and treatment information, and copies of my medical record which may be available to said hospital.

**Assignment Of Benefits**

I hereby assign unto St. Mary's Regional Medical Center and related contracted professionals, all hospital insurance benefits now due and to become due and payable to me or on my behalf, but not to exceed the Medical Center's charges by virtue of my treatment by the hospital, and I hereby direct the _Healthsource_ Insurance Company(s) to pay such benefits directly to the hospital in consideration of the hospital care and services furnished and to be furnished by the hospital.

**Payment Terms**

I understand payment of charges are due for services rendered within Thirty (30) days including any collection or attorney's fees. If I am financially unable to do so, I agree to complete a detailed financial statement so alternative payment arrangements can be determined. I agree to pay all charges for services not authorized for payment by any Health Maintenance Organization, Preferred Provider Organization or other Managed Care Organization for which I seek certification for treatment by St. Mary's.

**Release From Responsibility For Personal Property**

I understand and agree that under no circumstances will St. Mary's Regional Medical Center be responsible for my personal property. I take full responsibility for retaining in my possession or custody any and all articles. I acknowledge that I have declared or listed all items of personal property I have chosen to keep in my possession or custody while at St. Mary's, and further acknowledge that I have been offered an opportunity to have my personal property kept at St. Mary's during my stay at St. Mary's, and that I have refused that offer.

**Authorization For Payment Of Medical Benefits**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers or any other medical insurers, any information needed for this or a related Medicare, or other medical insurance claim. I request that payment of authorization of authorized benefits be made to St. Mary's Regional Medical Center and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services I request this authorization apply to the extent of my services.

**An Important Message From Medicare/Champus**

I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**I Have Read This Consent/Authorization Completely And Crossed Out Any Words Or Phrases That I Do Not Accept:**

| X _(signature)_ | | |
|---|---|---|
| Patient Signature: | 2/9/98 | 24° |
| | Date | Time |
| | | |
| Guarantor Signature | Date | Relationship |
| _Suzanne Carter, RN_ | 2/9/98 | |
| Witness Signature | Date | |

Telephone Consent Received By: _____    Date: _____    Time. _____
402(?)

500685.011.0317

**ST. MARY'S REGIONAL MEDICAL CENTER**

Lewiston, ME 04240

**RADIOLOGY REPORT**

| | |
|---|---|
| Name: | FANTOZZI, RONALD M |
| Pt. Phone: | 782-3873 |
| DOB: | ████62 |
| PHY(S): | MICHAEL MONZEL, M.D. |
| PHY(S): | |
| Hosp #: | 8037646 |
| MR #: | 22-13-42 |
| X-RAY #: | 08-99-89 |
| Service Date: | 02/09/98 |
| NS/Room: | OD |

ULTRASOUND GUIDED NEEDLE BIOPSY          76942

Indication for Study: Liver biopsy

FINDINGS: The ultrasound technologist marked the ultrasound proper position for liver biopsy to be done by Dr. Monzel.


MARK EULE, M.D./reb

D:  02/09/98    T:  02/09/98

| | |
|---|---|
| .c    MICHAEL MONZEL, M.D. | (P) |
| X-RAY BACK OFFICE | (O) |
| X-RAY FRONT OFFICE | (O) |
| PHYSICIAN BILLING | (O) |
| RAD | (O) |

500685.011.0318



**St Mary's Regional Medical Center**
**Department of Pathology**

### Final Pathology Report

| | | | |
|---|---|---|---|
| Patient Name | **Fantozzi, Ronald** | Surgical #: | S-98-0460 |
| Date of Birth: | ▮▮▮/62 | Date Recieved: | 02/09/98 |
| Account Nbr: | 8037646 | Date Reported: | 02/12/98 |
| Location: | OPD | Document ID: | 2565A7005017DA |
| Physician: | Monzel | Copies To: | |

**Specimens:**
Liver biopsy

**Gross Examination:**
Consists of 4-9 mm light tan segments of soft tissue.

**Microscopic Examination:**
Consists of sections of liver which show a variable pattern. Most areas of the specimen appear relatively unremarkable. A few areas show some mild increase in chronic inflammatory cells within the portal areas and some minimal fibrosis. A few areas of slight unevenness of the limiting plate is noted, but no significant areas of piecemeal necrosis are seen. No cholestasis is present and no fatty change is seen and no areas of atypia are noted. Bile ducts are somewhat difficult to find within the biopsy, but some of the portal areas do contain associated bile ducts. No granulomas are seen. An iron stain was performed and shows no evidence of an increase in iron. The changes are mild, focal and nonspecific in appearance.

**Diagnosis:**
Focal mild nonspecific portal triaditis, needle biopsy of liver.

**Codes:**

_____

**Dr. David J. Gallick, M.D., Pathologist**

S-98-0460  Fantozzi, Ronald

500685.011.0319

```
                    ●       ● ●        ●        ● ●        ●
                                          ⁙ ⁙⁙⁙ ᴄᴅ      ᴍᴘ      221342
                                          ᴀᴄᴿ ²/09/98
                                          ᶠⁱˢᵗⁱᶻᶻⁱ, RONALD K        ᴹ
                                          4⁵ POLAND RD
                                          AUBURN        ME 04210
                                          218103-01    M219
```

## St. Mary's Regional Medical Center

### Multidisciplinary Assessment

Date _2-9-98_  Physician _Morreal_    ⁙⁙⁙ 10/62    Referring Physician _Dr Boulanger_  7823873

Diag./Chief Comp. _Lith Biopsy –_

Allergies: NKA _✓_  Latex _ø_  Food _ø_

Environmental ___  Drugs/Reaction: ___

**Current Medications:** Name, Dosage        Last Dose

_None_

**Past History:**

| | |
|---|---|
| Y/N Alcohol _Occ. Beer drink~_ | Y/N Fainting spells/syncope |
| Y/N Anemia | Y/N Heart disease |
| Y/N Arthritis | Y/N Heart murmer |
| Y/N Back problems | Y/N Hepatitis/jaundice |
| Y/N Blood thinners | Y/N Hypo/ Hypertension |
| Y/N Bleeding problems | Y/N Kidney/bladder disease |
| (Y)/N Bowel disease _Chronic Disease_ | Y/N Liver disease |
| Y/N Cancer | Y/N Lung disease |
| Y/N Chemo/Radiation therapy | Y/(N) Smoker ___ ppd/___ Cough |
| Y/N Cortisone/Steroid use | Y/N Neurological disease |
| Y/N CVA/stroke | Y/N Pregnant ___ LMP ___ |
| Y/N Drug Use | Y/N Thyroid disease |
| Y/N Diabetes | Y/N TB exposure |
| Y/N Epilepsy/Seizures | Y/N Ulcer disease |
| Y/N Emotional disorder | Y/N Other |
| Y/N Gallbladder disease | |

Past Surgery: _Colon removal, gall bladder removal    10 yrs ago_

Pre-admission assessment signature: _J. Carlson, R_

| | Mental status | Skin condition | Mobility | Prosthesis |
|---|---|---|---|---|
| ✓ | Alert | _P,W,D_ | ✓ Ambulatory | Dentures |
| | Oriented | | Assisted amb. | Glasses |
| | Confused | | Wheelchair | Hearing Aide |
| | | | Stretcher | Walker/Cane |
| | Prep | NPO since | Pre procedure teaching done | |
| | Home | _pmdnov_ | Person to notify at discharge | |
| | Hospital | | | |
| | Enemas | | Telephone # | |

Time _1⁵ᵖ_  T _36.7_  P _88_  R _20_  Bp _124/00_  Ht ___  Wt _156 lbs_

Admission assessment signature: _Susan Carlson, R._

Breath sounds: Rt ___  Lt ___  Not auscultated ___

Heart sounds: ___  Not auscultated ___

Abdomen ___  Not palpated ___

Comments ___

Reviewed by Physician: _[signature]_

500685.011.0320

ST. MARY'S REGIONAL MEDICAL CENTER, LEWISTON, ME    04240    (207)777-8400
David Galli, M.D., Director, Department of Pathology

| | |
|---|---|
| NAME:       FANTOZZI, RONALD M | ACCOUNT NUMBER:    8037446 |
| ADDRESS:     40 POLAND RD | DOB:16-APR-62   AGE: 035 Y    SEX:M |
| CITY/STATE: AUBURN        , ME04210 | PHYSICIAN:   MONZEL, MICHAEL J |
| LOCATION:    ███         PHONE: 2077823073 | COPY TO: |
| PATIENT TYPE:C | ADDT'L COPY: |

SPECIMEN ID#:    27447                    REPORT DATE/TIME: 09-FEB-98 14:00
SPECIMEN DATE:   09-FEB-98
SPECIMEN TIME:   0745                     * = NEW RESULTS

===== TEST ========== RESULT ===================================== NORMAL RANGE ==

### *** HEMATOLOGY/COAGULATION ***

| | TEST | RESULT | NORMAL RANGE |
|---|---|---|---|
| | PROTHROMBIN TIME | 11.7* | 11.0-13.3 SEC |
| LO | INR | 0.92* | 2.0-3.5 |
| | APTT | 29.5* | 23.5-33.9 SEC |

FANTOZZI, RONALD M                 ACCT# 8037446                 09-FEB-98 14:00
                                                                  Page: 1

500685.011.0321

## ST. MARY'S REGIONAL
## MEDICAL CENTER

Lewiston, ME 04240

8037646          OP          22-13-42

FANTOZZI, RONALD M
DOB: ●●●●62

### PROCEDURE NOTE

INPATIENT_____      OUTPATIENT __xx__  DATE:  02/09/98

PHYSICIAN:  MICHAEL MONZEL, M.D.

PROCEDURE:  Outpatient liver biopsy.

INDICATIONS:  This 35-year-old male has a longstanding history of Crohn's disease which is currently quiescent.  He is on no chronic medications.  He is known to have Hepatitis C antibody positivity for the past five years.  He has had persistent increased liver function tests, decreasing chronic fatigue over the past several months to one year.  The patient was screened for liver disease and has been negative.  The patient has otherwise been in good general health.  He does not use regular alcohol.
ALLERGIES:  No known drug allergies.
PHYSICAL EXAMINATION:  Alert, oriented, well nourished.  Blood pressure 124/70. Pulse 84.  Respiratory rate 20.  LUNGS: Clear.  HEART: No murmur.  ABDOMEN: Soft. Liver down to the right costal margin, mildly tender, no mass.
ANESTHESIA; 1% Xylocaine.  Versed 4.0 IV.

PROCEDURE & FINDINGS:  The patient was placed in the supine position.  The ultrasound was used to identify a place that corresponded to the midportion of the liver at the 9th intercostal space.  At exploration, this led into an area in the liver itself.  The area was prepped with Betadine 1% Xylocaine.  8 cc were used to infiltrate the cutaneous tissue and down to the intercostal space.  A half a centimeter scalpel incision was made.  A 1.6 mm needle four liver biopsy was then inserted into the space and with the patient at expiration, the needle was inserted into the liver tissue obtaining a 2.0 cm core of liver tissue.

IMPRESSIONS;
1.   Status post needle biopsy of liver to assess for chronic hepatitis with Hepatitis C positivity.
2.   History of Crohn's disease.

_MICHAEL MONZEL, M.D._

D:  02/09/98   MM
T:  02/09/98   rlj
cc:    MICHAEL MONZEL, M.D                (P)
       MICHAEL BOULANGER, M.D             (P)
       DEPT2                              (P)

500685.011.0322

```
5037644 00        NR        221342
ADM  2/09/98
FANTUZZI, RONALD M
40 POLAND RD                          M
AUBURN           ME 04210
218103-01        M219
```
                                  /62        7823873

### St. Mary's Regional Medical Center
## Permission For Special Procedures - Outpatient

I authorize the performance of a  _Liver Biopsy_ _____

_____ procedure on

_Ronald Fantuzzi_ performed by or under the direction of Dr. _Monzil_ _____
    (Name)                                                    (Name of Physician)

The nature and purpose of the procedure, possible alternative methods of treatment, the risks involved, the possible

consequences and the possibility of complications have been explained to me by Dr. _Monzil_ ____
                                                                              (Name of Physician)

I acknowledge that no guarantee or assurance has been given by anyone as to the results that may be obtained.

Date: ___2/9/98___
Time: ___0740___

___Signed_Carlson, R___                    x ___Ronald Fantuzzi___
        (Witness)                            (Signature of patient or guardian or medical power of attorney)

I certify that the nature and purpose of the procedure, including the possibility of complications have been explained
to the patient.

                                    ___Monzil___
                                      (Signature of physician)

INOUTPATIENTFORM.FRU

500685.011.0323

**St. Mary's Regional Medical Center**
**Endoscopy Flow Sheet**

Date _2-09-98_  Procedure _Liver Bx_
Diagnosis _Hepatitis_  Physician _Amaral_
Allergies _Lortus_
I.V. Therapy Soln _? need_  Needle _22 single_
Site _left hand_  Time _0830_  Rate _& @_
Attempts _1_  Signature _K Cm_

```
PC37630 05        221342
ACH  2/09/98
FAMIOZZI, RONALD N      M
40 POLAND RD
AUBURN        HE 04210
218103-01      H219
          62      7823873
```

Time arrived in procedure room _0926_
☑ Pt. identified by arm band
☐ Cardiac Monitor
☑ Oximeter
☐ NIBP
☑ Verbal verification of procedure with patient
☑ Stretcher locked / Side rails up
☑ Consent signed

Scope _N/G_    Start Time _____

| Int. | Signature | Int. | Signature |
|------|-----------|------|-----------|
| K | SL Cm | M | Lisa Lajeun |
| | SL Carpentier | | |

| Time | Medications | Dosage | O2 Sat | Patient Response | Int |
|------|-------------|--------|--------|------------------|-----|
| 0938 | Versed | 1 mg | 99% | | |
| 0940 | Versed | 1 mg | 97% | ultrasound into mark | |
| 0943 | Versed | 1/2 | 96 | liver bx site @ Dr Mazza | |
| 0945 | | 1 mg | 97 | | |
| 0948 | liver bx by Dr Mazza - pt tol well | | | | |
| 050 | applied & pressure - pt doc S(?) tolerated | | | | |

**Assessment**

| Time | B/P | P | R | O2 Sat | Cardiac Rhythm | Comments |
|------|-----|---|---|--------|----------------|----------|
| 0930 | 121/75 | 76 | 16 | 99 | RSR | alert, awen dry pack |
| 0940 | 126/70 | 81 | 16 | 97 | RSR | relaxing |
| 0945 | 125/73 | 81 | 16 | 97 | SR | |
| 0951 | 121/53 | 77 | 16 | 96 | SR | |

☐ O2   Start Time _____   D'cd _____   Liters _____   Via _____
☐ Cautery  ☐ Bicap  Cut _____  Coag _____  ☐ Pure  ☐ Blend  Pad # ____  ____ Pad Site ____
☐ Dilators   Type _____   Size _____   ☐ Sclerotherapy   Procedure end time _____

**Specimens**

_Liver Biopsy_

**Patient Status Post Procedure**
LOC ☐ Awake  ☐ Drowsy, arousable to verbal stimuli  ☐ Drowsy, arousable to tactile stimuli
☐ Unresponsive/antagonistic given
☐ Combative      ☐ Retching
Skin ☐ Pink     ☐ Pale     ☐ Dusky     ☐ Cyanotic     ☐ Warm
     ☐ Cool     ☐ Dry     ☐ Diaphoretic
Respirations  ☐ Regular     ☐ Shallow     ☐ Labored
Transfered to Recovery Room Time _____

Total # of
Specimens to Lab _1_  Assistant _S Carpentier_  Circulator _L Lajeun_

SM\OUTPATIEN\FORMS

500685.011.0324

## Post Procedure Flow Sheet

```
...T146 CO      XR      221342
ACN  2/09/98
FANTOZZI, RONALD M           M
45 POLAND RD
AUBURN         ME 04210
213103-01     H219

...       /62        7823873
```

**Esophagus**   2 = swallowing without difficulty
1 = Swallowing with difficulty
0 = unable to swallow

Nausea and Vomiting
2 = no nausea
1 = some nausea
0 = nausea and vomiting

Pain
2 = no pain
1 = minimal pain
0 = excessive pain

Activity
2 = ambulates steadily
1 = ambulates with assistance
0 = bedrest

Diet
2 = tolerates p.o. fluids well
1 = has not taken p.o. fluids
0 = unable to take fluids

Abdomen
2 = soft, nondistended
1 = soft, distended
0 = firm, distended

| Time | BP | P | R | Loc | Color | Resp | Bld. | N/V | Pain | Act. | E/A | Diet | O2 Sat | O2 LPM | IV Rate | Int. |
|------|-----|-----|-----|-----|-------|------|------|-----|------|------|-----|------|--------|--------|---------|------|
| 0955 | 120/74 | 72 | 16 | 1 | 2 | 2 | 2 | 2 | 0 | 2 | 1 | 99 | — | | | |
| 1010 | 110/60 | 76 | 16 | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 1 | 97 | — | KW SC | | |
| 1025 | 120/72 | 82 | 20 | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 1 | 97 | — | LW SC | | |
| 1055 | 130/70 | 84 | 20 | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 1 | 97 | — | LW SC | | |
| 1140 | 140/84 | 80 | 20 | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 1 | 97 | — | LW SC | | |
| 1210 | 130/76 | 92 | 20 | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 1 | 96 | — | KW HS | | |

IV dc'd at _____   Volume infused _____ ml   No redness or swelling at IV site

| Patient Problems | Intervention | Evaluation |
|------------------|--------------|------------|
| Pain in Rt shoulder | Seen by Dr. Monzel | Med - Demerol 50mg IV |
| C/O pain Rt shoulder | Dr. Monzel made aware | med T additional Rt Surgal |

Comments _Demerol 30mg IV redkmg moved @1030 - little relief Rt shoulder__
_oral pain Rt side biopsy site. Demerol 50mg IV @ 1140 w 25mg increased___
_____

**Discharge Summary** (circle one).   2 = meets all criteria satisfactorily.
1 = fails to meet all criteria: discharge by doctor with special instruction.
_____
_____
0 = continued skilled observation required: patient admitted to hospital. Room Number _____ . _____
Report given to _____

**Discharge**   Time _____        ☐ Instructions to patient/family
Discharge to   home   ☐ relatives home   ☐ Patient/family verbalized understanding of instructions
other _____        ☐ Discharged with belongings
                        ☐ Doctor spoke to patient before discharge
Via   ambulatory   ☐ wc   ☐ other        Patient teaching aids given to patient
accompanied by   ☐ spouse   ☐ relatives   ☐ friend   ☐ Pamphlet, Informational Sheets
☐ other                 ☐ Dressing change equipment
                        ☐ Prescription
                        ☐ Other

| Init | Signature | Init | Signature |
|------|-----------|------|-----------|
| L | L. [illegible], R. | R | R. [illegible] |
| | | | R. [illegible] |

500685.011.0325

# Physician's Orders

ADM 2/09/98
FANTOZZI, RONALD M
40 POLAND RD
AUBURN          ME-04210
MR  221342

Name: _____

## OPD - Pre Endoscopy Orders
## Dr. O'Connor, Dr. Monzel, Dr. Sivulich, Dr. Lewandowski

| Date Started | Date Discontinued | | Signature |
|---|---|---|---|

1. For patients having a colonoscopy
    Yes / No   a) start colyte 8oz q 5-10 min until returns are clear
    Yes / No   b) give tap H2O enemas until returns are clear

2. Start an IV - ⊥S - KVO rate.

3. Reglan 10mg IV for nausea/vomiting (circle YES or NO).

4. (Circle YES or NO) Titrate Premeds

    YES  (NO)  a) Stadol  0.5 mg - 1.0 mg  IV

    YES  (NO)  b) Demerol  25 mg - 50mg IV

    YES  (NO)  c) Fentanyl  25mcg - 50mcg IV may repeat dose x1

    YES   NO  d) Droperidol 0.625 mg - 1.25 mg - 2.5mg IV

5. O2 at 2 liters prn to maintain O2 saturation over 90%.

6. Versed 0.5 mg - 1.0 mg IVP q 2 mins up to 10 mg
   intraprocedure for sedation

## Post Endoscopy Orders

1. Blood pressure, pulse and respiration.

    q 15 min x 2 - if stable

    q 1/2 hr x 2 - if stable

    q 1 hr x 2 - if stable

2. Narcan 0.2mg - 0.4mg IV per nursing assessment if Fentanyl/
   Stadol/Demerol was given for a premediation.

3. NPO until gag reflex returns.

4. May be discharged in 1 - 1 1/2 hours post procedure if
   stable or as ordered by the physician.

5. Trilafon 5mg IM if needed for nausea and/or vomiting.

Med. Dept. Approved: 3/9/93

500685.011.0326

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

Diagnosis:

```
803764C ED       KR       221342
ADM 2/09/98
FANTOZZI, RONALD K              K
40 POLAND RD
AUBURN           ME 04210
218103-01        K219
```

Drug Allergies:

☐ In Accordance with Our Formulary System The Use Of
   Generic Equivalents Acceptable Unless Box Checked.

Addressograph Imprint

**Doctor's Order Form**    **Instructions For Use**

1. Imprint Before Placing In chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | | Initial When Faxed |
|------|------|---|---|
| 2/9/98 | 1030 | _Give Demerol 50 mg IV now_ <br> _for pt._ <br> _T.O. Dr. Manzel / H Clark_ <br> _2/9/98_ | |
| 2/9/98 | 1130 | _Demerol 50 mg IV now_ <br> _V.O. Dr. Manzel / S Causo, R_ <br> _notec S Causo, R    2/9/98_ | |
| 2/9/98 | 1315 | _Demerol 50mg IV and Ativan 0.5mg IV_ <br> _now T.O. Manzel / (Master ver_ <br> _noted 2/9/98 1315_ | |

**ORIGINAL FOR CHARTS**
**DOCTOR'S ORDER FORM**

FB0113

St. Mary's ███ional Med███ ███enter    ███    ·¹ 37█ ████     MR   █ 281548
                                                        ADM  2/09/98
**Outpatient Department**                               FANTOZZI, RONALD X         X
**Discharge Instructions**    ✓ Liver bx    40 POLAND RD
You have undergone a procedure called:                  AUBURN    ME 04210    8037646
                              ___ Gastroscopy    ¹218103-81    #219 ___ Bronchoscopy
                              ___ ERCP    ___ Minor Surgery ___ 1423821

1. You must have someone drive you home if you have received sedation. You cannot drive and you should have someone stay with you the remainder of the day. **Do Not: Drive a car, operate machinery, make any important decisions, or drink alcohol.**

2. Limit your activities for today. Go home and rest. The effects of the medications should wear off by the next day and you will be able to resume your normal activities.

3. Diet: Eat a light diet (soups, jello, ect.) / soft diet and advance gradually today to your normal diet unless otherwise instructed by your doctor. Drink plenty of fluids.

4. You may resume your normal prescription medicines, unless otherwise instructed by your doctor.

5. There may be some soreness where the instruments have been, this will wear off in a day or two.

6. Some bloating may be experienced if air has been retained in your gastrointestinal tract (stomach and/or bowel) this will pass as you expel the air.

7. Call Dr. _Monzel_ at _78457 8Y_ if you have any questions or any of the following problems:
   - Excessive pain, nausea/vomiting
   - Signs of any excessive bleeding
   - Redness, tenderness, and swelling at the IV site that persists for more than 48 hours
   - Temperature greater than 101 not related to a cold or flu

8. Your doctor will notify you about the results of any biopsies. If you have not been notified within a week with the results, contact your doctor.

9. If a biopsy or a polypectomy has been done, blood thinners, ASA or any products containing ASA should be avoided for one week.

Patient/Accompanying Adult: X _Ronald Fazz_

Instructions Reviewed By: _____

Office Appointment with Dr. _____

Date: _____ Time: _____

_Observe for swelling or bleeding —_
_apply pressure if bleeding occurs_
_Call Dr Monzel if dizziness occurs or ████_
_take pain medicine as prescribed_

**Reviewed and given to patient by:** ( _____

500685.011.0328

**St. Mary's Regional Medical Center**
**Patient Progress Notes**

ID Code For Clinical Services:

| | | |
|---|---|---|
| NS-Nursing Service | R-Radiology | CS - Cardiology Services |
| DS-Dietary Service | RC-Respiratory Care | RT-Recreation Therapy |
| PC-Pastoral Care | ED-Pt. Educator | OT-Occupational Therapy |
| SW-Social Work | PH-Pharmacy | PT-Physical Therapy |
| | | ST-Speech Therapy |

```
              OD        221342
ADM 2/09/98
FANTOZZI, RONALD H
40 POLAND RD
AUBURN         ME 04210
218103-01      H213
          62        7823873
```

| ID Key | Date | Time | Notes | Signature and Title |
|---|---|---|---|---|
| NS | 2/9/98 | 1325 | Continues to complain of severe Rt shoulder / neck pain. Dr. Mayle office called. Order obtained for Demerol, Ativan IV by J. Montee RN. Demerol 50y IV given @ 1325 — | S. Caron RN |
| | | 1328 | Ativan 0.5mg IV given as ordered | J.J. Montee RN |
| | | 1410 | States much relief c̄ Demerol / Ativan. Resting comfortably | S. Caron RN |
| | | 1510 | to dc'd IV cath. NS absorbed — site c̄ redness or swelling - (R) side dsg C+D - Ø bleeding & swelling — | JM |
| | | 1515 | to KT to dress - gait steady - denies dizziness | JM |
| | | 1530 | BP 110/62 P 92 R16 - discharge instructions reviewed | J. Martin |
| | | 1535 | Discharged to significant other via c/c | J. Martin |

140070

500685.011.0329



# ST. MARY'S REGIONAL MEDICAL CENTER

Lewiston, ME  04240

**DISCHARGE SUMMARY**
(Identification  Sheet)
Page 1

Dictator:    PAUL MAILHOT, M.D.

7259582          MS-304      22-13-42

FANTOZZI, RONALD M
DOB:   04/16/62
PAUL MAILHOT, M.D.

Admitted:    09/16/97

| DISCHARGE DATE:  09/22/97 | DEATH DATE: |
|---|---|

**PROVISIONAL DX**  Left ureteral  calculus

**ALLERGIES, INC. DRUG REACTIONS**

**INFECTIONS & COMPLICATIONS**

**CONSULTATIONS**
MICHAEL  BOULANGER,  M.D.

**PRINCIPAL PROCEDURE (date)**        **SECONDARY PROCEDURE (date)**

**PRINCIPAL DX**
1.    Left ureteral  calculus

**SECONDARY DX**
2.    Crohn's disease
3.    History  of hepatitis  C

500685.011.0330