# RONALD FANTOZZI

# 13 OF 18

**ST. MARY'S REGIONAL MEDICAL CENTER**

Lewiston, ME 04240

7259582 MS-304 22-13-42

FANTOZZI, RONALD M
DOB: [redacted]/62
PAUL MAILHOT, M.D.
Admitted: 09/16/97
Discharged: 09/22/97

**DISCHARGE SUMMARY**

Dictator: PAUL MAILHOT, M.D.

Mr. Fantozzi is a 35-year-old white male with known Crohn's disease and a past history of urolithiasis. He was admitted via the emergency department for left renal colic which began during the night. An intravenous pyelogram showed a 9 to 10 mm calculus obstructing the left kidney at a point just below the ureteropelvic junction. There appeared to be some smaller residual calculi within the kidney itself. The patient denied fever, chills, nausea and vomiting.

Mr. Fantozzi underwent treatment with narcotic analgesics and hydration. He was then taken to the operating room where he underwent cystoscopy and insertion of a left ureteral stent. postoperatively, he developed ureteral spasms with significant left sided abdominal pain. He was also unable to void spontaneously and required straight catheterization on several occasions.

He ran a low grade temperature of 38.2° but denied any chills. His Foley catheter was removed but he continued to require straight intermittent catheterization. Because of ongoing left sided abdominal pain, a CT scan of the abdomen was obtained to rule out any exacerbation of his Crohn's disease. No evidence of active Crohn's disease was noted. There was some residual left sided hydronephrosis despite a ureteral stent which was in good position.

It was my feeling at this point, that the patient was experiencing some severe ureteral spasms and was treated with appropriate analgesics with gradual weaning from parenteral analgesics to oral analgesics. He was seen in consultation by Dr. Boulanger who basically agreed with the treatment plan. In addition to analgesics for the pain, the patient was treated with Hytrin and Valium for reduction of urethral resistance in the hopes of helping him void spontaneously.

Some erythematous changes were noted about the patient's left buttocks secondary to multiple needle injections. There was no fluctuance or evidence of infection at the site.

The patient was discharged on Percocet, Cipro, Valium and Hytrin. ESWL is to be scheduled at Maine Medical Center.

The admitting CBC showed a WBC of 7,200 with a shift to the left. The hemoglobin was 14.2 with a hematocrit of 39.1. Discharge hemoglobin and hematocrit were 13.2 and 38.1. WBC 11,800 with a persistent shift to the left. BUN and creatinine were 5 and 1.0 at the

(SEE NEXT SHEET)

 

DISCHARGE SUMMARY PAUL MAILHOT, M.D. MS-304 7259582
:'.NTOZZI. RONALD M
Page 3

time of discharge. Electrolytes were normal. Urine cultures and blood cultures were negative.

PAUL MAILHOT, M.D.

D: 10/01/97 PM
T: 10/07/97 reb

cc: PAUL MAILHOT, M.D. (P)
MICHAEL BOULANGER, (F)
MICHAEL MONZEL, M.D. (P)
DEPTI (P)

500685.011.0332

ISSUE DATE: 9/23/97 ST. MARY'S PROGRAM-101
ISSUE TIME: 13.03.10 PHYSICIAN ATTESTATION REPORT

PATIENT NAME: FANTOZZI, RONALD M AGE: 35 Y SEX: M
ACCOUNT NUMBER: 7259582 ROOM: NS/0304 B
MEDICAL RECORD NUMBER: 221342 FIN. CLASS: C - COMMERCIAL
ADMISSION DATE: 9/16/97
DISCHARGE DATE/STATUS: 9/22/97 H - HOME

MDC/DRG ASSIGNMENT
11 - DISEASES & DISORDERS OF THE KIDNEY AND URINARY TRACT
323 - URINARY STONES W CC, &/OR ESW LITHOTRIPSY

PRINCIPAL DIAGNOSIS: 592.1 CALCULUS OF URETER

SECONDARY DIAGNOSES
2. 591 HYDRONEPHROSIS
3. 555.9 REGIONAL ENTERITIS NOS
4. 309.28 ADJ REACT-MIXED EMOTION
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.

PRINCIPAL SURGEON: 2713 MAILHOT, PAUL R

| PROCEDURES | | DATE | PHYSICIAN |
|---|---|---|---|
| 59.8 | URETERAL CATHETERIZATION | 9/17/97 | 2713 MAILHOT, PAUL R |
| 87.73 | INTRAVENOUS PYELOGRAM | 9/16/97 | 4216 CARLSON, CARL W. |

ATTENDING PHYSICIAN: 2713 MAILHOT, PAUL R

ST. MARYS HOSPITAL
LEWISTON, ME 04240

ADMISSION RECORD

| Adm.No. | FC | ARRIVED | Med Rec # | Patient Name | SVC | NS/Room/Bed | Reg Dte |
|---|---|---|---|---|---|---|---|
| 7259582 | C | DNSF | 00221342 | FANTOZZI, RONALD M | MED | MS/0304/ B | |

Patient Address: 40 POLAND RD | Age: 035Y | D.O.B: [redacted]/62 | Place of Birth: CT | Sex: M | Mar Sta: M

City,State,Zip: AUBURN ME 04210 | Maiden Name: | Mother/Father Name: PATRICIA / ALAN SR

Attending Physician: [illegible]ILMOT, PAUL R | Next of Kin / Spouse: DEBORAH / DEBORAH FA | Telephone #: 7823873 7823873 | Last Name Visit:

Referring Physician: BOULANGER, MICHAEL J | Race/Smoke: C / N | Relg: 81 | Prev Disc: 0/00/00 | EMS No:

Date/Time Admitted: 9/16/97 13:27 | Date/Time Disch/Death: 9/22/97 1600 | Accident Date/Hour:

Pat Phone #: 207 782-3873 | Admit By: | Soc Sec #: [redacted]2724 | Location: | Admitting Diagnosis:

Employer Phone #: | Guarantor (Name/Address): FANTOZZI, RONALD M 40 POLAND RD AUBURN ME 04210 | Veteran: | X-ray:

Advance Directive: Power of Attorney NONE Living Will NONE

| Insurance Co. Name 410 3 | Police No. | Group Numbers | Subscribers Name(s) | Rel |
|---|---|---|---|---|
| HEALTHSOURCE ME | 218103-01 | 99990089 | FANTOZZI, RONALD M | |

Admitting Diagnosis:
LEFT RENAL COLIC 2ND U-P OBSTRUCTING CALCULUS

| Comments | Trans. or Admit | Date Last Serv | Physician |
|---|---|---|---|
| [illegible] | | 0/00/00 | 02713 |

## PATIENT INFORMATION

| Employer Name | Employer Address |
|---|---|
| FALCON SHOE | CANAL ST |

| City | Ste | Zip | Phone Number |
|---|---|---|---|
| LEWISTON | ME | 04240 | (207) |

## GUARANTOR INFORMATION

| Name | | Pat. Rel. | Address |
|---|---|---|---|
| FANTOZZI | RONALD M | PT | 40 POLAND RD |

| City | Ste | Zip | Phone Number |
|---|---|---|---|
| AUBURN | ME | 04210 | (207) 782-3873 |

| Soc.Sec. No | Employer | Address |
|---|---|---|
| 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 | FALCON SHOE | CANAL ST |

| City | Ste | Zip | Phone Number |
|---|---|---|---|
| LEWISTON | ME | 04240 | (207) |

## SUBSCRIBER INFORMATION

| Name | | Sex | Pat.Rel | Address |
|---|---|---|---|---|
| FANTOZZI | RONALD M | M | PT | 40 POLAND RD |

| City | Ste | Zip | Phone Number |
|---|---|---|---|
| AUBURN | ME | 04210 | (207) 782-3873 |

| 1st Insurance Co. Name | Address | City | State | Zip |
|---|---|---|---|---|
| HEALTHSOURCE ME | 74 FREEPORT ROAD | FREEPORT | ME | 04032 |

MR 221342

# St. Mary's Regional Medical Center
## Consent/Assignment/Authorization Statement

**Consent for Treatment** Admission Date: September 16, 97

I, the undersigned a patient in this St. Mary's Regional Medical Center ("SMRMC"), hereby authorize employees of SMRMC and physicians(s) (and whomever they may designate as assistants) to administer such treatment as is necessary, and such additional operations or procedures as are considered therapeutically necessary on the basis of findings during the course of said treatment. I also consent to the adminstration of such anesthetics as are necessary. Any tissues or parts surgically removed may be disposed of by SMRMC in accordance with accustomed practice. I hereby certify that I have read and fully understand the above Consent for Treatment, the reasons why the treatment/procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment which have been explained to me by the attending physician. I also certify that no guarantee or assurance has been made to the results that may be obtained.

**Authorization To Release Medical Information**

St. Mary's Regional Medical Center is hereby authorized and requested to furnish the Healthsource Co insurance company(s) or its properly authorized agent. my employer and any peer review organization which conducts reviews of hospital utilization under an agreement with my employer and/or health insurance carrier, or any person or corporation that is or may be liable, under contract or otherwise, for all or part of the Medical Center's charge; all information required by it to determine benefits, including nature of the visit, diagnostic and treatment information, and copies of my medical record which may be available to said hospital.

**Assignment Of Benefits**

I hereby assign unto St. Mary's Regional Medical Center and related contracted professionals, all hospital insurance benefits now due and to become due and payable to me or on my behalf, but not to exceed the Medical Center's charges by virtue of my treatment by the hospital, and I hereby direct the Healthsource Insurance Company(s) to pay such benefits directly to the hospital in consideration of the hospital care and services furnished and to be furnished by the hospital.

**Payment Terms**

I understand payment of charges are due for services rendered within Thirty (30) days including any collection or attorney's fees. If I am financially unable to do so, I agree to complete a detailed financial statement so alternative payment arrangements can be determined. I agree to pay all charges for services not authorized for payment by any Health Maintenance Organization, Preferred Provider Organization or other Managed Care Organization for which I seek certification for treatment by St. Mary's.

**Release From Responsibility For Personal Property**

I understand and agree that under no circumstances will St. Mary's Regional Medical Center be responsible for my personal property. I take full responsibility for retaining in my possession or custody any and all articles. I acknowledge that I have declared or listed all items of personal property I have chosen to keep in my possession or custody while at St. Mary's, and further acknowledge that I have been offered an opportunity to have my personal property kept at St. Mary's during my stay at St. Mary's, and that I have refused that offer.

**Authorization For Payment Of Medical Benefits**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers or any other medical insurers, any information needed for this or a related Medicare, or other medical insurance claim. I request that payment of authorization of authorized benefits be made to St. Mary's Regional Medical Center and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services I request this authorization apply to the extent of my services.

**An Important Message From Medicare/Champus**

I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**I Have Read This Consent/Authorization Completely And Crossed Out Any Words Or Phrases That I Do Not Accept:**

| [signature] | 9-16-97 | 1335 |
|---|---|---|
| Patient Signature | Date | Time |
| Guarantor Signature | Date | Relationship |
| [signature] | 9-16-97 | |
| Witness Signature | Date | |
| Telephone Consent Received By: | Date: | Time: |

500685.011.0335

St. Mary's REGIONAL MEDICAL CENTER

| ADMIT NO | FC | HOW ARRIVED | MED REC. NO. | PATIENT NAME | SERVICE | NUR. STA. | ROOM - BED | |
|---|---|---|---|---|---|---|---|---|
| 7259582 | C | W | 00221342 | FANTOZZI, RONALD M | EME | | | 9/16/97 |

| PATIENT ADDRESS | AGE | DATE OF BIRTH | PLACE OF BIRTH | SEX | MAR. STATUS |
|---|---|---|---|---|---|
| 48 POLAND RD | 035Y | [redacted]62 | CT | M | M |

| CITY, STATE, ZIP | MAIDEN NAME | MOTHER/FATHER NAME |
|---|---|---|
| AUBURN ME04210 | | |

| ATTENDING PHYSICIAN | NEXT OF KIN SPOUSE | NAME AT LAST ADMIT | VETERAN |
|---|---|---|---|
| BOULANGER, MICHAEL J | DEBORAH | | |

| PRIVATE PHYSICIAN | RACE/ORIGIN | RELIGION | PREV. DISCH. DATE | EMS. NO. |
|---|---|---|---|---|
| BOULANGER, MICHAEL J *Mailhot* | C | | | |

| DATE AND TIME OF SERVICE | ACCIDENT DATE/HOUR | DATE AND TIME OF DEATH |
|---|---|---|
| 9/16/97 9:09 | 9/16/97 8:00 | |

| INSURANCE CO NAME | POLICY NO. | GROUP NUMBER | SUBSCRIBER'S NAME(S) | RELAT |
|---|---|---|---|---|
| 410 3 HEALTHSOURCE ME | 218103-01 | 99990089 | FANTOZZI, RONALD M | PT |

| PT PHONE # | NEXT OF KIN PHONE # | SOC. SEC. # |
|---|---|---|
| 207 782-3873 | 207 782-3873 | 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 |

PMD CALLED / PMD RESPONDED / TX RELEASED / CONDITION AT DISCHARGE: EXCELLENT, GOOD, FAIR, CRITICAL; CRUTCHES, WHCHAIR, STRETCHER, CARRIED, WALKED; ADMITTED *1:35*; TREATED & RELEASED; REFERRED TO: DR.

CHIEF COMPLAINT: STOMACH PAIN

DIAGNOSIS: *(1) Renal colic 2° U-P obstructing calculus*

ALLERGIES: *nasal spray - environmental* LAST TETANUS *1995*

TRIAGE: *Sent to ED by Dr Boulanger - see order. Acute. Lt. abd c (L) flank pain.*

| TIME | TEMP | PULSE | RESP | BP |
|---|---|---|---|---|
| 910 | 36.6 | 83 | 16 | 143/90 |
| 1215 | | 80 | 18 | 124/76 |

MEDICATIONS: *None*

TRIAGE SIGNATURE *Marjorie A Penneck*

*Demerol 50mg Vistaril 25mg im T.O. Dr Boulanger/prd*

Labs: CBC ✓; LYTES ✓; BUN; BS; AMYLASE ✓; ETOH; CCU SPEC; COAG *Mailed* ✓; UA ✓; CS ✓; SS; RED TOP HOLD; SMA 12 ✓; EKG; ABG; HCG; X-RAY *flat series ✓ IVP*

*930 IV D5NS started (L) forearm c 20 ga Angio to run @ 150ml/h*
*935 Labs drawn. Pt c/o pain, req pain meds. Call into Dr Boulanger*
*945 Demerol 50mg Vistaril 25mg given IM upper outer quad (R) hip*
*1000 Transit to x-ray. Feels some better.*
*1215 ... Dr Boulanger notified. Demerol 50mg Vistaril 25mg IM Rt buttocks*
*DEMEROL 100 MG / VISTARIL 50 MG IM q3h PRN ⇒ PAGE*
*- ADMIT TO DR. MAILHOT*
*- IV FLUIDS / NPO*
*- DEMEROL / VISTARIL PRN*
*report called to floor @ 1350*
*Marjorie A Penneck RN 9/16/97 135*

[signatures] M.D. / D.O. — ATTACHED CONTINUATION

MEDICAL RECORD

☐ PATIENT CALLED WITH LABORATORY / X-RAY RESULTS: ________ DATE ________ TIME ________ INITIALS

# St. Mary's Regional Medical Center
## Consent/Assignment/Authorization Statement

**Consent for Treatment** Admission Date: ______________________

I, the undersigned a patient in this St. Mary's Regional Medical Center ("SMRMC"), hereby authorize employees of SMRMC and physicians(s) (and whomever they may designate as assistants) to administer such treatment as is necessary, and such additional operations or procedures as are considered therapeutically necessary on the basis of findings during the course of said treatment. I also consent to the administration of such anesthetics as are necessary. Any tissues or parts surgically removed may be disposed of by SMRMC in accordance with accustomed practice. I hereby certify that I have read and fully understand the above Consent for Treatment, the reasons why the treatment/procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment which may have been explained to me by the attending physician. I also certify that no guarantee or assurance has been made to the results that may be obtained.

**Authorization To Release Medical Information**

St. Mary's Regional Medical Center is hereby authorized and requested to furnish the HealthSource insurance company(s) or its properly authorized agent, my employer and any peer review organization which conducts reviews of hospital utilization under an agreement with my employer and/or health insurance carrier, or any person or corporation that is or may be liable under contract or otherwise, for all or part of the Medical Center's charge; all information required by it to determine benefits, including nature of the visit, diagnostic and treatment information, and copies of my medical record which may be available to said hospital.

**Assignment Of Benefits**

I hereby assign unto St. Mary's Regional Medical Center and related contracted professionals, all hospital insurance benefits now due and to become due and payable to me or on my behalf, but not to exceed the Medical Center's charges by virtue of my treatment by the hospital, and I hereby direct the HealthSource ______ Insurance Company(s) to pay such benefits directly to the hospital in consideration of the hospital care and services furnished and to be furnished by the hospital.

**Payment Terms**

I understand payment of charges is due for services rendered within 30 days including any collection or attorney fees. If I am financially unable to do so I agree to complete a detailed financial statement so alternative payment arrangements can be determined.

**Release From Responsibility For Personal Property**

I understand and agree that under no circumstances will St. Mary's Regional medical Center be responsible for personal property. I take full responsibility for retaining in my possession or custody any and all such articles.

**Authorization For Payment Of Medical Benefits**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers or any other medical insurers, any information needed for this or a related Medicare, or other medical insurance claim. I request that payment of authorization of authorized benefits be made to St. Mary's Regional Medical Center and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services I request this authorization apply to the extent of my services.

**An Important Message From Medicare/Champus**

I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**I Have Read This Consent/Authorization Completely And Crossed Out Any Words Or Phrases That I Do Not Accept:**

[signature] Patient Signature: Date SEP 15 Time 0915

______ Guarantor Signature Date Relationship

[signature] Witness Signature Date

Telephone Consent Received By: ______ Date: ______ Time: ______

500685.011.0337

NURSING CONTINUATION SHEET

NO. #7284582 PAGE 1 OF

Fantozzi Ronald Steinbeli 2-16-97

| | | | | | | |
|---|---|---|---|---|---|---|
| 1305h | 11?/75 | 75 | 16 | | Pt. continues to have pain | |
| | | | | | Dr Boulanger aware | |
| 1310h | | | | Demerol 100 mg Vistaril 50 mg | } IM given (L) gluteus | |
| 1330 | 130/70 | 88 | | | Admit. Dr Maillet expl procedure explanation given | |
| 1330 | | | | | W patient, on time | |

| INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|
| [illegible] | [illegible] RN/LPN | | RN/LPN |
| | RN/LPN | | RN/LPN |

M.D.
DOCTOR'S SIGNATURE

MEDICAL RECORDS COPY

# ST. MARY'S REGIONAL MEDICAL CENTER

Lewiston, ME 04240

7259582 MS-304 22-13-42

FANTOZZI, RONALD M
DOB: 0[redacted]62
PAUL MAILHOT, M.D.
Admitted: 09/16/97

HISTORY/PHYSICAL

Dictator: PAUL MAILHOT, M.D.

**CHIEF COMPLAINT:** Left renal colic.

**HISTORY OF PRESENT ILLNESS:** This is a 35-year-old white male with known Crohn's disease and a past history of urolithiasis. He presented to the Emergency Department this morning with severe left renal colic which began around 4 AM. Intravenous pyelogram revealed a 9-10 mm obstructing calculus at the left ureteropelvic junction. There was evidence of other urinary calculi within the left upper collecting system. The patient denies fever, chills, nausea or vomiting. He is being admitted for hydration, narcotic analgesics and cystoscopy with ureteral stenting in the morning prior to anticipated ESWL.

**PAST MEDICAL HISTORY:** Includes no tobacco history and no alcohol intake

**PAST MEDICAL HISTORY:** Include Crohn's disease and history of hepatitis C.

**PAST SURGICAL HISTORY:** Includes abdominal surgery for small bowel resection and cholecystectomy.

**CURRENT MEDICATIONS:** Include a nasal spray the name of which the patient does not recall.

**FAMILY HISTORY:** Noncontributory.

**REVIEW OF SYSTEMS: CARDIOVASCULAR;** Negative. **PULMONARY:** Negative. **GI:** Negative. **MUSCULOSKELETAL:** Negative. **CNS:** Negative

**PHYSICAL EXAMINATION:** Reveals a well-developed, well-nourished white male in moderate distress. **SKIN;** Warm and dry. **HEENT:** Normal. **NECK:** Supple without masses or thyromegaly. **LUNGS:** Clear to auscultation bilaterally. **HEART:** Shows a regular heart rhythm with a fixed splitting of S1. No murmurs or gallops are appreciated. Pulses are equal bilaterally. **ABDOMEN:** Soft without obvious masses, visceromegaly or suprapubic fullness. There is some deep tenderness in the left upper quadrant. **BACK:** 2+ left costovertebral angle tenderness. No spinal tenderness is elicited. **GENITALIA:** Reveal normal uncircumcised penis and normal testes bilaterally. **RECTAL;** Reveals a normal prostate. **EXTREMITIES:** No clubbing, cyanosis or edema. **LYMPH NODES:** None are palpable. **NEUROLOGICAL:** Grossly intact.

(SEE NEXT SHEET)

09/16/97 16:08   Page 8 of 8

HISTORY/PHYSICAL PAUL MAILHOT, M.D. MS-304 7259582
FANTOZZI, RONALD M
Page 2

**IMPRESSION:** Obstructing left ureteral calculus; retained left renal calculi; Crohn's disease.

**TREATMENT PLAN:** Hydration, narcotic analgesics, and cystoscopy with ureteral stenting in the morning.

PAUL MAILHOT, M.D.

D: 09/16/97 PM
T: 09/16/97 rlj

cc: PAUL MAILHOT, M.D. (F)
MICHAEL BOULANGER, M.D. (F)
MICHAEL MONZEL, M.D. (F)
ON (F)

500685.011.0340



# ST. MARY'S REGIONAL MEDICAL CENTER

Lewiston, ME 04240

7259582 MS304 22-13-42

FANTOZZI, RONALD M
DOB: [redacted]62
PAUL MAILHOT, M.D.

**REPORT OF CONSULTATION**

Admitted: 09/16/97

---

CONSULTING PHYSICIAN: MICHAEL BOULANGER, M.D.
Date of Consult: 09/16/97

---

**CHIEF COMPLAINT:** Vomiting, diarrhea, abdominal pain and temp spikes.

**HISTORY OF PRESENT ILLNESS:** Ronald Fantozzi is a 35-year-old male for whom Dr. Paul Mailhot has requested medical evaluation in light of the above complaints. The patient is well known to me from my outpatient internal medicine practice. He has a fairly long and complicated history for a young man. He was referred to the Emergency Department after office evaluation on the 17th of this month for presumptive left renal colic. IVP confirmed a 1 cm. obstructing calculus at the left UP junction with hydronephrosis. This seemed to cause the patient a significant amount of left flank pain as well as abdominal discomfort. The patient was admitted to the urology service for the purpose of stent placement which was performed successfully yesterday. The patient has demonstrated temp spikes to 38.5 on one occasion in association with intermittent abdominal discomfort with nausea and vomiting. At the present time the patient is comfortable without much abdominal pain. Temp is currently 37.1 .The patient currently denies any other complaints except for some left flank discomfort. He appears calm. He denies he is up tight or feeling depressed. His sister-in-law states the rest of the family is somewhat uptight about his hospitalization.

**MEDICATIONS:** Currently Cipro 400 IV bid, Benadryl 25 po q8, Percocet 2 q4 prn, Buprenex 0.3 mg IV q4 prn, Compazine 10 mg IM q6h, Restoril 30 mg hs prn and Phenergan 50 mg IM q4prn. He recently has had additions including Valium 5 mg tid and Hytrin 1 mg hs.

**PAST MEDICAL HISTORY:**

1. Crohn's disease with prior partial colectomy and incidental appendectomy by Dr. Cummings in 1989.
2. Status post cholecystectomy by Dr. Walworth in 1992
3. Allergic rhinitis with hay fever to cats, pollen for which he has received immunotherapy from Dr. Vraney
4. Adjustment disorder with anxiety and panic attacks under the care of Dr. Ballenger
5. Hepatitis C carrier state
6. Staff aureus airway colonization with prior bronchitis
7. [redacted] Xanax and Buspar intolerance
   Previous

MF
9/18/97

(SEE NEXT SHEET)

**ALLERGIES:** Without
**SMOKE:** Previous one pack per day although not recently.
**ALCOHOL:** Patient has been abstinent for the last six months with previous 6 pack of beer on the weekend.
**OTHER:** Patient denies use of coffee or tea. He does not use street drugs.
**DIET:** None.

**SOCIAL HISTORY:** Patient lives with his wife and two children in an apartment. He has been working at Falcon Shoe as a injection molder. He stands all day long and has to look down for extended periods of time. He tries to [redacted] chores without conditioning exercises.

routine

**REVIEW OF SYSTEMS:** The patient states he was feeling well until onset of left flank and abdominal discomfort at 4:00AM on the day of admission. He had not had previous fever, chills, sweats, nausea and vomiting, dark constipation. There has been no blood in his stools and no recent chest pain, palpitation. He does experience intermittent anxiety attacks associated with weakness, dizziness and near syncope.

**PHYSICAL EXAMINATION:** Patient apparently comfortable sitting up in bed with family in attendance. **VITAL SIGNS:** Temp 37.1, blood pressure 110/70, respiratory rate 16, pulse 80. **HEENT:** Normocephalic. PERRLs. Sclera and conjunctive clear. Oropharynx unremarkable. **NECK:** Supple without adenopathy, thyromegaly. **LUNGS:** Clear. **HEART:** Heart sound physiologic. **ABDOMEN:** Soft, bowel sound active. No visceromegaly. I am unable to elicit significant tenderness to palpation at this point in time. He has minimal left flank percussion tenderness. **EXTREMITIES:** Without clubbing, cyanosis or edema. Pedal pulses intact. **NEURO:** No focal deficits. **SKIN:** Clear. **RECTAL/GENITALIA:** Deferred with Foley catheter draining clear yellow urine.

**LABORATORY DATA:** On admission white cell count 7200 with hemoglobin 14, hematocrit 39, MCV 94, platelet count 266,000, INR 1.03, PTT 22, SMA 12 remarkable for a total bilirubin of 1.5, SGOT 55, electrolytes normal, urine with 3+ RBC. Abdominal series with adynamic ileus. Normal chest. IVP with 1 cm. obstructing calculus at the left UP junction with hydronephrosis. Today abdominal pelvic CT scan suggests possible mild residual left hydronephrosis. Amylase 31, white cell count 9400, hemoglobin 12, hematocrit 34, MCV 94, platelet count 222,000, electrolytes normal, potassium 3.9, BUN 3, creatinine 0.8.

**IMPRESSION:** A 35-year-old male admitted to Urology Service in light of renal colic secondary to obstructing calculus at the left UP junction with secondary hydronephrosis. The patient appears to have responded appropriately to stent placement. CT scan suggests mild residual hydronephrosis which may explain the patient's residual pain complaint. Temp spikes seem most likely related to the possibility of urinary tract as the source or atelectasis. The patient will be switched to po Cipro to cover these possibilities since he is taking po well. I have no evidence to suggest the Crohn's disease as reactivated. I recommend repeat

(SEE NEXT SHEET)

of liver function tests to exclude stress associated exacerbation of his chronic hepatitic C carrier state in light of potential for viral hepatitis.

In light of the patient's history of adjustment disorder with panic attacks, it seems reasonable to treat this more aggressively with Valium which has the dual benefit of muscle relaxation.

RECOMMENDATIONS: He should remain on Benadryl which would reduce the potential for allergic symptoms as well as facilitate reduction in potential for panic. In addition I recommend addition of some Cimetidine to prevent against stress stomach ulcers.

**TO SUMMARIZE PATIENT PROBLEM LIST:**

1. Left renal colic secondary to UPJ obstruction with hydronephrosis secondary to 1 cm. calculus consistent with calcium oxalate stone.
2. Status post successful stent decompression with mild residual hydronephrosis by CT.
3. Crohn's disease recently quiescent with no evidence of recrudescence.
4. Hepatitic C carried state with concern for exacerbation of viral hepatitis.
5. Staff aureus airway colonization
6. Allergic rhinitis.
7. Adjustment disorder with anxiety and panic attacks.

**PLAN:**
1. Blood and sputum cultures in addition to re-evaluation of liver function tests.
2. Await previous urine culture.
3. Agree with addition of benzodiazepines for sedation and muscle relaxation.
4. Convert to po Cipro for possible urinary tract infection in light of good po intake.
5. Add H2 blocker therapy with Cimetidine 400 bid
6. Continue H1 blocker therapy with dual benefit, diminishing allergic symptoms as well as potential therapy for panic.
7. Dr. Jeffrey Brown will cover me this weekend in the hopes that he will be able to return home for outpatient follow-up and subsequent BSWL therapy.

MICHAEL BOULANGER, M.D.

D: 09/19/97 MB
T: 09/20/97 pam

cc MICHAEL BOULANGER, M.D. (P)
PAUL MAILHOT, M.D. (P)
OH (P)

 

09/24/97  

# ST. MARY'S REGIONAL MEDICAL CENTER

Lewiston, ME 04240

7259582 MS-304 22-13-42

FANTOZZI, RONALD M
DOB: [redacted]/62
PAUL MAILHOT, M.D.

REPORT OF CONSULTATION

Admitted: 09/16/97

CONSULTING PHYSICIAN: MICHAEL BOULANGER, M.D. Date of Consult: 09/16/97

## MEDICAL CONSULTATION IN EMERGENCY ROOM

Ronald Fantozzi is a 35-year-old male seen initially in the office and again in the Emergency Room in light of left renal colic secondary to obstructing calculus of the left ureteropelvic junction by intravenous pyelogram. The H&P has been previously dictated in his office note.

I have reviewed the situation with Dr. Mailhot who will admit the patient to his service in the event that he needs to proceed surgically for stone removal. The patient has responded to parenteral Demerol/Vistaril for pain relief and he will be maintained NPO on intravenous fluid hydration.

**IMPRESSION:**

1. Acute onset of left renal colic secondary to obstructing calculus at the left ureteropelvic junction.
2. History of Crohn's disease, at risk for calcium oxalate stones.
3. Hepatitis C carrier.
4. Panic disorder.

**PLAN:**

1. Admission to Dr. Mailhot's Urology Service in anticipation of stone extraction.
2. Intravenous fluid hydration.
3. Parenteral pain relief with Demerol/Vistaril.

MICHAEL BOULANGER, M.D.

D: 09/16/97 MB
T: 09/16/97 rlj

cc MICHAEL BOULANGER, M.D. (F)
PAUL MAILHOT, M.D. (F)
Emergency Room (F)
ON (F)

**ST. MARY'S REGIONAL MEDICAL CENTER**

Lewiston, ME 04240

**REPORT OF CONSULTATION**

7259582 MS-304 22-13-42

FANTOZZI, RONALD M
DOB: [redacted]62
PAUL MAILHOT, M.D.

Admitted: 09/16/97

CONSULTING PHYSICIAN: MICHAEL BOULANGER, M.D. Date of Consult: 09/16/97

## MEDICAL CONSULTATION IN EMERGENCY ROOM

Ronald Fantozzi is a 35-year-old male seen initially in the office and again in the Emergency Room in light of left renal colic secondary to obstructing calculus of the left ureteropelvic junction by intravenous pyelogram. The H&P has been previously dictated in his office note.

I have reviewed the situation with Dr. Mailhot who will admit the patient to his service in the event that he needs to proceed surgically for stone removal. The patient has responded to parenteral Demerol/Vistaril for pain relief and he will be maintained NPO on intravenous fluid hydration.

**IMPRESSION:**

1. Acute onset of left renal colic secondary to obstructing calculus at the left ureteropelvic junction.
2. History of Crohn's disease, at risk for calcium oxalate stones.
3. Hepatitis C carrier.
4. Panic disorder.

**PLAN;**

1. Admission to Dr. Mailhot's Urology Service in anticipation of stone extraction.
2. Intravenous fluid hydration.
3. Parenteral pain relief with Demerol/Vistaril.

MICHAEL BOULANGER, M.D.

D: 09/16/97 MB
T: 09/16/97 rlj

cc: MICHAEL BOULANGER, M.D. (F)
PAUL MAILHOT, M.D. (P)
Emergency Room (P)
ON (F)

COPY FOR Emergency Room

500685.011.0345

7259582 MS MR 221592
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
C357 4/16/62 M/M
218105-01

| DATE | (CONDITION OF WOUND, DRAINAGE, REMOVAL OF STITCHES, COMPLICATIONS, RESPONSE TO TREATMENT ETC., CONDITION ON DISCHARGE, INSTRUCTIONS TO PATIENT, SIGN RECORDING PHYSICIAN EACH TIME.) |
|---|---|
| 9/17/97 | Brief Op Note<br>Procedure - Cysto & Insertion (L) Ureteral Stent.<br>Surgeon - Mailhot<br>Anesth - Spinal<br>Status - Good<br>Mailhot |
| 9/17/97 | Post op<br>Afebrile, N/V yes. c/o (L) flank pain & S-P pain. PE - Distended bladder VS stable.<br>Plan - Foley cath<br>Mailhot |
| 9/18/97 | POD #1<br>Temp 38² & chills, c/o (L) flank pain ? [illegible] ureteral spasms. Abd - Soft. Mild Deep Tend LUQ. Foley out. Nausea mild yes. Plan - [illegible] [illegible]<br>Mailhot |

PROGRESS NOTES

PROGRESS NOTES

7259582 MS MR 22134
9/16/97 MAILHOT, PAUL R
PANTOZZI, RONALD M
40 POLAND RD
AUBURN ME 04210
C35Y [redacted]/62 M/M 207-782387
218103-01 99990089

19 Sep 97 Medicine Consult

- Asked by Dr. Mailhot to evaluate 35 wo ♂ for vomiting, diarrhea, temp spikes + abd. pain s/p complicated (L) ureteral stent placement for (L) hydronephrosis.
- Chart reviewed. Pt. examined & well-known to me.

Imp

#1) (L) UPJ obstruction c̄ hydronephrosis 2° 1 cm calculi c/w Ca++ oxalate — s/p stent decompression

#2) Crohn's disease - recently quiescent c̄ prior partial colectomy / appendectomy '88

#3) s/p GB '92

#4) Staph aureus airways colonization

#5) Hepatitis C carrier c̄ alcohol abstinance

#6) Adjustment disorder c̄ anxiety / panic attacks

#7) Allergic rhinitis c̄ immuno Tx

#8) Relative Xanax / Buspar intolerance

#9) Temp spikes of unclear etiology — on IV Q[illegible]

Plan

1) Blood cultures, sputum culture, rev LFT's

2) Await urine culture

3) Agree c̄ addition of benzodiazepine for sedation + muscle relaxation

4) Convert to PO Cipro for possible UTI in light of good PO intake

5) Add $H_2$ blocker

6) Continue H1 blocker which has dual benefit for allergies + Tx for panic

7) Dr. T. Brown to cover weekend / [signature]

7259... MS
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
4C POLAND RD
AUBURN ME 04210

| DATE | (CONDITION OF WOUND, DRAINAGE, REMOVAL OF STITCHES, COMPLICATIONS, RESPONSE TO TREATMENT ETC., CONDITION ON DISCHARGE, INSTRUCTIONS TO PATIENT. SIGNED BY RECORDING PHYSICIAN EACH TIME.) |
| --- | --- |
| | POD #2 |
| 9/19/97 | Low grade temp. Persistent (L) side abd pain now associated c̄ vomiting - diarrhea. CT scan - pending. Abd: Active BS. Fullness - tenderness RLQ. Mild tenderness along (L) side of abd. Unable to void yesterday. Foley re-inserted. Dr Boulanger to see pt. : exacerbation of Crohn's Dis. Urine C/S - no growth. Mailhot |
| 9/19/97 | Abd CT & KUB reviewed. Mild residual (L) hydronephrosis present. Stent in good position. Low level of hydronephrosis suggests that stent is functioning. No evidence of active Crohn's Dis. Pt advised. Will try to wean pt off IV analgesics and add continued tranquilizing regimen. Discussed c̄ Dr Boulanger. Mailhot |

FIM06 PROGRESS NOTES

7259582 MS MR 221340
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD N
40 POLAND RD
207-7823873

| DATE | (CONDITION OF WOUND, DRAINAGE, REMOVAL OF STITCHES, COMPLICATIONS, RESPONSE TO TREATMENT ETC., CONDITION ON DISCHARGE, INSTRUCTIONS TO PATIENT. SIGNED RECORDING PHYSICIAN EACH TIME.) |
|---|---|
| 9-20- | moderate flank pain - |
| | Foley out this am. [illegible] |
| | [signature] |
| 9-20-97 | Medical 10.50 Am |
| | remains in significant abd pain L>R. |
| | eating poorly. |
| | T 38° at 1600 afebrile this Am. |
| | Abd - ⊕ BS, soft, Ⓛ tenderness > Ⓡ UQ. |
| Imp. | Fever ? source |
| | Cont CIPRO - observe for pm temp spike |
| | Abd pain - significant |
| | still requiring parenteral pain meds |
| | Cont IVF until PO intake picks up. |
| | [signature] |
| 9-21 | Had c added abd + flank pain Afebrile. |
| | during the night. He prefers IV |
| | [illegible] to po [illegible] |
| | PE - abdomen soft, nontender |
| | no CVA tenderness. |
| | Plan - D/C today. Will [illegible] IV |
| | [signature] |

FIM16 PROGRESS NOTES

PROGRESS NOTES

72595P2 NS NR
9/16/97 MAILHOT, PAUL A
FANTOZZI, RONALD N
4C POLAND RD
AUBURN
C35Y [redacted] /62 M/M 207-782
218103-01 0099006Y

Sept 21, 1997

pain began since 8pm

overnight required pain med injection, T max 37.5

pain still there this Am but less

Imp: S/P STINT w/pain

will try PO Percocet to see if controls pain

if pt is comfortable during day could possibly go home this evening

given his pain worsens in evening may be most prudent to watch overnight

Pt understands the options

J Brown

9/22/97 Afebrile, Slept poorly last night, Prefers Percocet & Ultram. No N/V. Intermittent urinary difficulty. No hematuria. Urine S[illegible]. Blood [illegible] growth p 48°. Pt agreeable to go home on Percocet, Abd, Valium/Hytrin. Will wait for ESWL in 2 wks.

PE: No CVAT, Abd Soft Mild S-P tenderness, [illegible] mild bladder distension (Mild [illegible]). [illegible]

7259582 MS MR 221542
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
04210
C35Y 62 M/M 207-7823873
218105-01 99990069

| DATE | (CONDITION OF WOUND, DRAINAGE, REMOVAL OF STITCHES, COMPLICATIONS, RESPONSE TO TREATMENT, ETC., CONDITION ON DISCHARGE, INSTRUCTIONS TO PATIENT, SIGNED RECORDING PHYSICIAN EACH TIME.) |
|---|---|
| | Plan - Discharge late today c̄ Percocet, Cipro, Valium, Hytrin. ESW or MMC in 2 wks. Pt to call if problems arise. |
| | [signature] |
| 9/22/97 | (L) buttock erythematous. No fluctuance or evidence of infection. |
| | [signature] |

FIMM6

PROGRESS NOTES

**St. Mary's Regional Medical Center**

7259582 MS MR
9/16/97 MAILHOT, PAUL M
FANTOZZI, RONALD M
40 POLAND RD
AUBURN ME 04210
035Y 62 M/M 207-78
218103-01 99990069

**Discharge Planning Screen**

**Admitting Section**

1. **Present Employer:** ______
   **Retired:** Yes No
2. **Current Living Situation:**
   ____ Home Alone ____ Home with Spouse ____ Home of Relative (who)
   ____ Nursing Facility ____ Boarding Home ____ Unknown
3. Do You Live In A: ____ Home ____ Apartment ____ Mobile Home
   ___ How many floors? / What floor (circle) 1st 2nd 3rd Other ______
   ___ Elevator ( Y / N ) ___ Stairs ( Y / N )
4. Do You Have Equipment Available To You? ____ Type? ______
5. **Community Resources Utilized At Time Of Admission**
   ___ Home Health Services: Agency Name: ______
   ___ Western Area Agency On Aging
   ___ Congregate Housing (Maison Marcotte / Oak Park)
   ___ Meals On Wheels
   ___ Oxygen: Company Name: ______
   ___ Other Equipment: Company Name: ______
6. Any Problems With Transportation? (Indicate) ______
7. Language Preference: ____ English ____ French ____ Other
8. Signature Of Admitting Registrant/Nurse: ______

**Social Worker Section**

**Date Opened:** ______ **Social Worker:** ______

**Social Work Intervention Not Indicated: Reason:** 9/19/97 Reviewed medical record. [illegible] placement, O concerns in discharge planning [illegible] over weekend. Kathy [illegible]

| Support Persons & Addresses | Home Telephone | Work Telephone | Agency & Hours Worked |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Multidisciplinary Discharge Planning Form**

7259... MS NR
9/16/97 MAILLOT, PAUL R 21342
FANTOZZI, RONALD M
40 POLAND RD
AUBURN ME 04210
C35Y ...62 N/N 207-7823873
218103-01 99990089

Family Available to Provide Care (circle) Y N With Assistance

Discharge Rounds Date: ____________________

Date Skilled Level of Care: ____________ Date Nursing Facility Level of Care: ____________

Release of Information Date: ____________ Noncoverage Date: ____________

P.A. Date: ____________ Prior Authorization Date: ____________

Classification Date: ____________

Referrals/Services Post Discharge

Date ________ SNF Name of Facility: ____________

Date ________ NF Name of Facilty: ____________

Date ________ B.H. Name of Facility: ____________

Date ________ Other Name of Facility: ____________

Date ________ Home Care Name of Home Health Agency: ____________

Date ________ Home O2/DME Name of Company: ____________

Ambulance: ________ United ________ Act

Child Protective/Adult Protective Svs: ____________ PHN - Public Health Nurse: ____________

Food Stamps (DHS): ____________ SSD - Social Security Disability: ____________

Medica! .ssistance: ____________ SSI - Social Security Income: ____________

General Assistance: ____________ WAAA Community Programs: ____________

Indicate: ____________

Other (list): ____________

**Codes**

| | | | |
|---|---|---|---|
| AHHS | Androscoggin Home Health Service | S.W. | Social Work |
| NHC | Nurses House Call | NF | Nursing Facility |
| KQC | Kimberly Quality Care | HCF | Health Care Facility |
| HBC | Home Based Care | VA | Veterans Administration |
| NSG | Nursing | DME | Durable Medical Equipment |

ST. MARY'S REGIONAL MEDICAL CENTER

Lewiston, ME 04240

RADIOLOGY REPORT

| | |
|---|---|
| Name: | FANTOZZI, RONALD M |
| Pt. Phone: | 782-3873 |
| DOB: | [redacted]62 |
| PHY(S): | PAUL MAILHOT, M.D. |
| PHY(S): | MICHAEL BOULANGER, M.D. |
| Hosp #: | 7259582 |
| MR #: | 22-13-42 |
| X-RAY #: | 08-99-89 |
| Service Date: | 09/16/97 |
| NS/Room: | MS-304 |

CT OF ABDOMEN & PELVIS WITH CONTRAST 72193, 74170

Indication for Study: Left renal colic.

FINDINGS: Scanning was done from the top of the diaphragm to the floor of the pelvis. Even though a double J stent is in place on the left, the left upper tract is still dilated with some increase in density seen throughout the kidney following the injection of contrast. On a plain film, this would take on the appearance of a prolonged nephrogram phase.

There are some dilated loops of small bowel in the area just anterior to the kidney which is just thought to be a reflex ileus. I am not able to appreciate this patient's known Crohn's disease on this study.

Above the diaphragm, some fluid is seen in the pleural spaces bilaterally, the etiology of which is not clear from this study.

IMPR: Continued obstructive changes on the left with edema throughout the kidney and a prolonged "nephrogram" despite the presence of the double J stent.

Small bilateral pleural effusions.

C

CARL W. CARLSON, M.D./rlj
D: 09/19/97 T: 09/21/97

| cc: | | |
|---|---|---|
| | PAUL MAILHOT, M.D. | (P) |
| | X-RAY BACK OFFICE | (O) |
| | X-RAY FRONT OFFICE | (O) |
| | MICHAEL BOULANGER, M.D. | (F) |
| | PHYSICIAN BILLING | (O) |
| | RAD | (O) |

**ST. MARY'S REGIONAL MEDICAL CENTER**

Lewiston, ME 04240

**RADIOLOGY REPORT**

| | |
|---|---|
| Name: | FANTOZZI, RONALD M |
| Pt. Phone: | 782-3873 |
| DOB: | [redacted]62 |
| PHY(S): | PAUL MAILHOT, M.D. |
| PHY(S): | MICHAEL BOULANGER, M.D. |
| Hosp #: | 7259582 |
| MR #: | 22-13-42 |
| X-RAY #: | 08-99-89 |
| Service Date: | 09/16/97 |
| NS/Room: | MS-304 |

ABDOMEN SERIES 74022

Indication for Study: Abdominal pain.

FINDINGS: There is a 1 cm ovoid calculus overlying the left uteropelvic junction. This is seen in association with some increased gas and multiple loops of small bowel. There is also at least two air fluid levels.

The chest is normal in a single frontal view.

IMPR: Obstruction of the left upper tract.
Adynamic ileus.
Normal chest.
Evidence of previous bowel surgery as manifested by surgical staples.

INTRAVENOUS PYELOGRAM 74400

Indication for Study: Abdominal pain.

FINDINGS: This study was compared with the previous examination of 5/13/96. Before the patient was injected, plain film tomograms of the kidney were done demonstrating at least one calculus lodged in the lower pole calix on the left.

Following bolus injection of 100 cc of contrast, an acute obstruction of the left upper tract is demonstrated at the level of the ureteropelvic junction. The ureter distal to the obstruction is entirely normal in caliber.

The right upper tract is unremarkable as is the bladder.

Continued on next page.

**RADIOLOGY REPORT**
**Page 2**

**FANTOZZI, RONALD M**
**Hospital #: 7259582**
**Date of Service: 09/16/97**
**MR #: 22-13-42**

**IMPR:** Acute obstruction of the left upper urinary tract at the level of the ureteropelvic junction secondary to an ovoid calculus whose greatest dimension is approximately 1 cm.
One tiny nonobstructing calculus related to a lower pole calix on the left.

CARL W. CARLSON, M.D./sjf

D: 09/16/97 T: 09/17/97

cc:

| | |
|---|---|
| PAUL MAILHOT, M.D. | (P) |
| X-RAY BACK OFFICE | (Q) |
| X-RAY FRONT OFFICE | (Q) |
| MICHAEL BOULANGER, M.D. | (F) |
| ER | (P) |
| PHYSICIAN BILLING | (Q) |
| RAD | (Q) |

ST. MARY'S REGIONAL MEDICAL CENTER

Lewiston, ME 04240

RADIOLOGY REPORT

| | |
|---|---|
| Name: | FANTOZZI, RONALD M |
| Pt. Phone: | 782-3873 |
| DOB: | [redacted]62 |
| PHY(S): | PAUL MAILHOT, M.D. |
| PHY(S): | MICHAEL BOULANGER, M.D. |
| Hosp #: | 7259582 |
| MR #: | 22-13-42 |
| X-RAY #: | 08-99-89 |
| Service Date: | 09/17/97 |
| NS/Room: | MS-304 |

ABDOMEN (two views) 746130/74020

Indication for Study: Left renal colic secondary to ureteropelvic obstructing calculus, stent placement in OR

FINDINGS: A double J ureteral stent is seen in place and both ends of the catheter are in proper position. The ureteral stone is still lodged at the ureteropelvic junction.

IMPRESSION: Satisfactory placement of a left ureteral stent.

CARL W. CARLSON, M.D./pam

D: 09/17/97 T: 09/18/97

| cc: | | |
|---|---|---|
| | PAUL MAILHOT, M.D. | (P) |
| | X-RAY BACK OFFICE | (Q) |
| | X-RAY FRONT OFFICE | (Q) |
| | MICHAEL BOULANGER, M.D. | (P) |
| | PHYSICIAN BILLING | (Q) |
| | RAD | (Q) |

ST. MARY'S REGIONAL MEDICAL CENTER

Lewiston, ME 04240

RADIOLOGY REPORT

| | |
|---|---|
| Name: | FANTOZZI, RONALD M |
| Pt. Phone: | 782-3873 |
| DOB: | [redacted]62 |
| PHY(S): | PAUL MAILHOT, M.D. |
| PHY(S): | CARL W. CARLSON, M.D. |
| Hosp #: | 7259582 |
| MR #: | 22-13-42 |
| X-RAY #: | 08-99-89 |
| Service Date: | 09/19/97 |
| NS/Room: | MS-304 |

SINGLE VIEW ABDOMEN 74000

Indication for Study: Left renal colic with ureteropelvic junction obstructing calculus.

Single view compared to previous from 9/16/97 and 9/17/97.

FINDINGS: There is contrast in the colon which does not appear to show evidence of obstruction. At the level of the ileac wing, there is some narrowing of the colon which is probably an artifact or spasm but it must be stressed that this is of very limited quality, was not primarily ordered as a contrast study of the colon, and is essentially nondiagnostic. However, its appearance does mimic rather closely that of a constricting lesion. If there is any clinical suspicion of bowel change it may be necessary to obtain barium enema in this patient.

A double lumen left nephro-ureteral stent is in good position unchanged from previous studies. There is no pneumoperitoneum. There is no bowel obstruction. I can't exclude intramural air or an underlying abscess. Grossly skeletal structures are normal.

IMPRESSION: Good position of the left nephro-ureteral stent.

No other abnormalities are seen. Contrast is seen throughout the colon with no evidence of obstruction. There is a question of filling defect in the left descending colon which could simply be an artifact of fecal debris and poor filling. Based on these limited images, I can't really comment further on the appearance of the descending colon only to say that the appearance does mimic that of a constricting lesion and it may be necessary to obtain further images.

JOSEPH ULLMAN, M.D./sab

D: 09/20/97 T: 09/22/97

cc:

| | |
|---|---|
| PAUL MAILHOT, M.D. | (P) |
| X-RAY BACK OFFICE | (O) |
| X-RAY FRONT OFFICE | (O) |
| CARL W. CARLSON, M.D. | (P) |
| MICHAEL BOULANGER, M.D. | (F) |
| PHYSICIAN BILLING | (O) |
| RAD | (O) |

ST MARYS REGIONAL MEDI[redacted] CENTER LEWISTON, MAINE [redacted]240 (207)777-8400
DAVID GALLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOGY

[illegible]

| | |
|---|---|
| D/A | D 22-SEP-97/A 16-SEP-97 |
| ACCT | 7259582 |
| MREC | 221342 |
| TYPE | I |
| SEX | M |
| DIAG | LEFT RENAL COLIC 2ND U-P |

++++++++++++++++++++++++++++++++ LEGEND ++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD VALUE

## HEMATOLOGY/COAGULATION

| TEST | NORMAL RANGE | ID:25672 0650 20-SEP-97 | ID:25353 0635 19-SEP-97 | ID:25024 0245 18-SEP-97 | STAT:24204 1409 16-SEP-97 | STAT:24177 0925 16-SEP-97 |
|---|---|---|---|---|---|---|
| WBC | 4.5-11.0 X10^3 | 11.8 H | 9.4 | 11.2 H | | 7.2 |
| RBC | 4.7-6.1 X10^6 | 4.03 L | 3.68 L | 3.77 L | | 4.17 L |
| HGB | 14-18 G/DL | 13.2 L | 12.0 L | 13.0 L | | 14.2 |
| HCT | 42-52 % | 38.1 L | 34.8 L | 37.0 L | | 39.1 L |
| MCV | 80-94 FL | 94.6 H | 94.7 H | 93.3 | | 94.7 H |
| MCH | 27-31 PG | 32.9 H | 32.6 H | 32.8 H | | 34.3 H |
| MCHC | 33-37 G/DL | 34.7 | 34.4 | 35.1 | | 36.7 |
| RDW | 11.5-14.5 % | 11.3 L | 11.7 | 11.5 | | 11.4 L |
| PLATELET COUNT | 130-400 X10^3 | 265 | 222 | 257 | | 266 |
| MPV | 7.4-10.4 FL | 8.0 | 8.2 | 8.2 | | 7.6 |
| LYMPHS (COULTER) | 20-35 % | 11.3 L | 16.7 L | 16.6 L | | 19.4 L |
| MONO (COULTER) | 0-15 % | 13.9 | 15.2 H | 14.4 | | 14.0 |
| GRAN (COULTER) | 55-81 % | 72.7 | 65.2 | 67.3 | | 64.2 |
| EOS (COULTER) | 0-3 % | 1.7 | 2.5 | 0.9 | | 1.8 |
| BASO (COULTER) | 0-1 % | 0.4 | 0.4 | 0.8 | | 0.6 |
| SEG | 55-75 % | 78.0 H | | | | |
| BAND | 0-6 % | 1.0 | | | | |
| LYMPH | 20-35 % | 9.0 L | | | | |
| MONO | 0-15 % | 9.0 | | | | |
| EOS | 0-3 % | 2.0 | | | | |
| BASO | 0-1 % | 1.0 | | | | |
| ATYPICAL LYMPH | 0-0 % | 0.0 | | | | |
| METAMYELOCYTE | 0-0 % | 0.0 | | | | |
| MYELOCYTE | 0-0 % | 0.0 | | | | |
| BLASTS | 0-0 % | 0.0 | | | | |
| NRBC/100WBC'S | 0-0 | 0.0 | | | | |
| PLATELET ESTIMATE | | NORMAL | | | | |
| PROTHROMBIN TIME | 11.0-13.3 SEC | | | | 12.3 | |
| INR | 2.0-3.5 | | | | 1.03 L | |
| APTT | 23.5-33.9 SEC | | | | 22.6 L | |

FANTOZZI, RONALD M #7259582 29-SEP-97 AT 04:30 PM (CONT.)
PAGE 1 CUMULATIVE REPORT

## CHEMISTRY/CARDIAC/LIPIDS

| TEST | NORMAL RANGE | [illegible] | ID125640 2140 19-SEP-97 | ID125353 0635 19-SEP-97 | STAT124484 0525 17-SEP-97 | STAT124177 0733 16-SEP-97 |
|---|---|---|---|---|---|---|
| CALCIUM | 8.7-10.7 MG/DL | | | | | 9.8 |
| PHOSPHORUS | 2.4-4.6 MG/DL | | | | | 3.3 |
| GLUCOSE | 70-108 MG/DL | | | | | 106 |
| BUN | 7-22 MG/DL | 5 L | | 3/R L | 5 L | 11 |
| CREATININE | 0.6-1.2 MG/DL | 1.0 | | 0.8 | 0.6 | 0.8 |
| URIC ACID | 3.9-7.8 MG/DL | | | | | 4.7 |
| CHOLESTEROL | 0-199 MG/DL | | | | | 182 |
| TOTAL PROTEIN | 6.0-8.3 G/DL | | 6.6 | | | 7.4 |
| ALBUMIN | 3.5-4.8 G/DL | | 3.3 L | | | 4.4 |
| GLOBULIN | 2.3-5.3 G/DL | | 3.3 | | | 3.0 |
| A/G RATIO | 1.1-1.8 | | 1.0 L | | | 1.5 |
| TOTAL BILIRUBIN | 0.3-1.2 MG/DL | | 1.4 H | | | 1.5 H |
| DIRECT BILIRUBIN | 0.0-0.4 MG/DL | | 0.3 | | | [illegible] |
| INDIRECT BILIRUBIN | 0.0-0.8 MG/DL | | 1.3 H | | | [illegible] |
| ALKALINE PHOS | 37-107 U/L | | 79 | | | 87 |
| LD TOTAL | 94-172 U/L | | 160 | | | 129 |
| SGOT | 8-42 U/L | | 57 H | | | 55 H |
| SGPT | 0-55 U/L | | 75 H | | | [illegible] |
| GGTP | 8-69 U/L | | 116 H | | | [illegible] |
| AMYLASE | 34-122 U/L | | | 31 C | | 47 |
| NA | 135-145 MEQ/L | 140 | | 141 | 140 | 140 |
| K | 3.8-5.2 MEQ/L | 4.0 | | 3.9 | 3.8 | 4.1 |
| CL | 98-108 MEQ/L | 101 | | 107 | 102 | 104 |
| CO2 | 23-33 MEQ/L | 29 | | 33 | 30 | 27 |

FANTOZZI, RONALD M #7259582 29-SEP-97 AT 04:30 PM (CONT.)

 CUMULATIVE REPORT