# RONALD FANTOZZI

## 14 OF 18

## URINALYSIS/PARASITOLOGY/IMMUNOLOGY

|  |  |  | STAT124176 |
|---|---|---|---|
|  |  | 124142 | 0916 |
| TEST |  | 16-SEP-97 | 16-SEP-97 |
| URINE |  | NO | NO |
| URINE |  | NO | NO |
| URINE APPEARANCE | CLEAR | CLEAR | CLEAR |
| URINE COLOR | YELLOW | YELLOW | YELLOW |
| URINE SPEC. GRAVITY | 1.008-1.030 | 1.005 L | 1.020 |
| URINE LEUK. EST. | NEGATIVE | +2 | NEGATIVE |
| URINE NITRITE | NEGATIVE | NEGATIVE | NEGATIVE |
| URINE PH | 5.0-8.0 | 7.0 | 6.5 |
| URINE PROTEIN | NEGATIVE (MG/DL) | TRACE | NEGATIVE |
| URINE GLUCOSE | NORMAL (MG/DL) | NORMAL | NORMAL |
| URINE KETONES | NEGATIVE | NEGATIVE | NEGATIVE |
| URINE UROBILINOGEN | NORMAL (MG/DL) | NORMAL | NORMAL |
| URINE BILIRUBIN | NEGATIVE | NEGATIVE | NEGATIVE |
| URINE OCCULT BLOOD | NEGATIVE (ERY/UL) | APPROXIMATELY 250 | APPROXIMATELY 250 |
| URINE RBCS | NEGATIVE (/HPF) | +1 | +3 |
| URINE WBCS | NEGATIVE (/HPF) | +1 | NEGATIVE |
| URINE BACTERIA | NEGATIVE (/HPF) | +1 | NEGATIVE |
| URINE CRYSTALS | NEGATIVE (/HPF) | NEGATIVE | NEGATIVE |
| URINE CASTS | NEGATIVE (/LPF) | NEGATIVE | NEGATIVE |
| URINE MUCUS | NONE SEEN (/LPH) | PRESENT | NONE SEEN |
| URINE SQUAMOUS CELL | NEGATIVE (/HPF) | FEW | NEGATIVE |
| URINE TRANSITIONALS | NEGATIVE (/HPF) | NEGATIVE | NEGATIVE |
| URINE OTHER CELLS | NEGATIVE (/HPF) | NEGATIVE | NEGATIVE |

500685.011.0361



MICROBIOLOGY

ID: 25860

**FINAL REPORT**                                    Date : 22-SEP-97  14:41

        ORAL FLORA OBTAINED

**COLLECTION DATE:  19-SEP-97   COLLECTION TIME: 22:40   ID: 25641**
**CULTURE TYPE: BLOOD            SOURCE: ARM**

**FINAL REPORT**                                    Date : 28-SEP-97  10:55

        NO GROWTH OBTAINED AFTER 8 DAYS

**COLLECTION DATE:  19-SEP-97   COLLECTION TIME: 21:42   ID: 25643**
**CULTURE TYPE: BLOOD            SOURCE: LEFT ARM**

**FINAL REPORT**                                    Date : 28-SEP-97  10:55

        NO GROWTH OBTAINED AFTER 8 DAYS

**COLLECTION DATE:  18-SEP-97   COLLECTION TIME: 12:35   ID: 25113**
**CULTURE TYPE: CLEAN CATCH UR SOURCE: URINE**

**FINAL REPORT**                                    Date : 19-SEP-97  10:33

        COLONY COUNT NEGATIVE
        NO GROWTH OBTAINED

500685.011.0362

# ST. MARY'S REGIONAL MEDICAL CENTER

## PRE-ANESTHETIC EVALUATION

9/16/97 BAILHOT, PAUL R
FANTOZZI, RONALD N
40 POLAND RD
AUBURN        ME  04210
C35Y        762 M/N 207-7923875
218103-01        99990089

| | | |
|---|---|---|
| AGE 36 | INTERVIEW DATE 9/16/81 | PROCEDURE DATE 9/17/97 | PHYSICIAN _Menlhot_ |

CLINICAL DX _Lt side ankle stone_

OP PROPOSED _Strut brace_

HISTORY OF PRESENT ILLNESS

SYSTEMS REVIEW
Cardiovascular (HPTN, CHF, Angina, MI)

Pulmonary (Dyspnea, URI, COPD)

SMOKER: _no_ PACKS/DAY _____ QUIT _____

PREVIOUS ANESTHETICS/SURGERY

COMPLICATIONS/REACTIONS _Crohn's disease_
_Bowel Resection 1989_
FAMILY ANESTH. HISTORY _GB 1990_

RENAL

G.I. (Hiatal Hernia) _Resection Twice_

ENDOCRINE (Diabetes, Thyroid)

OTHER (Jaundice, Hepatitis, Abnormal Bleeding)

| | | |
|---|---|---|
| CURRENT MEDICATIONS ☐ NONE | ALLERGIES _yes_ ☐ NONE | TOBACCO, ETHANOL, OTHER DRUGS ☐ NONE |
| _none_ | | _no    no_ |
| REACTIONS ☐ NONE | MENTAL STATUS _A+o_ | LAST ORAL INTAKE _—_ |

| VITAL SIGNS | GENERAL | AIRWAY _Class 1-2_ |
|---|---|---|
| BP        Temp. | _—_ | Mouth |
| HR        Ht. | | Teeth _OK_ |
| RR        Wt.        (Kg.) | _—_ | Neck, Jaw |

| LUNGS | HEART | SPINE, REGIONAL ANES. SITE | OTHER |
|---|---|---|---|
| _Clear_ | _RSR ie_ | _—_ | _—_ |

| | | | | | | ABG | OTHER |
|---|---|---|---|---|---|---|---|
| Hb _14.2_ | LYTES 9/17 | | | | Ph | _under Acs_ |
| Hct _41.1_ | Na _140_ | _102_ Cl | Gluc. | CXR | PaO2 | |
| Hb _12.3_ ver 1.03 | | | | | PaCO2 | |
| Pt _226_ | K _3.8_ | _30_ CO2 | BUN _5_ | EKG | HCO3 | |
| Platelet _266_ | | | Crt _0.6_ | | | |

_Pt on clear liquids_
_health_
_Crohn's disease_
_(no Meds)_        _pre + ETT_
_accept sy pt_        _Clearle_

A.R.A. Status ① 2 3 4 5

| | | | DAY SURGERY POST-OP VISIT |
|---|---|---|---|
| BP _133/71_ Temp. _37.5_ Pulse _88_ Resp. _18_ | | | |
| DATE _9/17_ Time _____ | A.R.A. Status ① 2 3 4 5 | | |
| Evaluation Satisfactory YES NO | COMMENTS: | | TIME: |

500685.011.0363

# ST. MARY'S REGIONAL MEDICAL CENTER
## ANESTHESIA RECORD

7259582      MS      MR   221342
9/16/97   MAILHOT, PAUL R
FANTOZZI, RONALD M
40 POLAND RD
AUBURN          ME   04210
CITY        62 M/R 207-7823875
210103 01        99990089

| SURGEON | Mailhot | | ANESTH. NO. | 1 2 3 4 5 E | | | |
|---|---|---|---|---|---|---|---|
| | cystoscopy, cystoscopy + stent | PERMIT | Radio | | | | |
| (M) F | AGE | HT 5 6 | WT 75 | DATE 9-17-97 | | | |
| | PRE. | POST. | EPID. | MAC | SHEET 1 of 1 | | |
| ALLERGIES: | no Med | | | | Hct 39.1 | | |

| | PERMIT Repid 2mg IV, Biotin 30 o po | | | | | | | | ANESTHESIA TIME |
|---|---|---|---|---|---|---|---|---|---|
| **DRUGS** | Versed | 1 | 2 | | | | | | 0845 |
| | Zofran | 4 | | | | | | | SURGICAL TIME |
| | Fentanyl | 4 | 10 | | | | | | 0835 1000 |

MACHINE # LED99
EQUIP. CHECKED
PRE-OP [X]  Rm 2

**INTRA-OP EVENTS:**

| **MONITORS** | | | | | | | | |
|---|---|---|---|---|---|---|---|
| EKG | SR | SR | SR | SR | SR | SR |
| FiO2 | | | | | | |
| SaO2 | 97 | 100 | 100 | 100 | 100 | 100 |
| ETCO2 | | | | | | |
| VPAR | SV | SV | SV | SV | SV | SV |
| PAP/PEEP | | | | | | |
| TEMP | 38 | 38° | 38° | 38 | 37. | |
| SvO2/cd. | | | | | | |
| PAP/PCWP/CVP | | | | | | |
| PNS | | | | | | |
| TIME | 0845 | 0900 | 15 | 30 | 45 | 1000 | 15 | 30 | 45 |

**MONITORS**
- [X] EKG
- [ ] PCS
- [ ] ES
- [X] FiO2
- [X] SaO2
- [ ] ETCO2
- [X] TEMP
- [ ] PNS

**BP**
- [ ] MANUAL
- [X] NIBP
- [ ] A-LINE

**OTHERS**



**KEY**
ANES. X....R
OPER. ⊙-⊙
BP      ∨
        ∧
A-LINE  I
PULSE   ●
RESP  SPONT ○
        A  ○
        C  ○

| **FLUID** | IV #1 (cc) | TABLE | | | UWLR | | | | TOTALS 1000 |
|---|---|---|---|---|---|---|---|---|---|
| | IV #2 (cc) | | | | | | | | |
| | EBL (cc) | | | | | | | | 0 |
| | URINE (cc) | 0 | | 0 | | 0 | | | 0 |
| | POSITION | | | | | | | | |

| AIRWAY Natural | SV VENTILATION, MISC. | ARRIVAL PACU | DATE 12 Sep 97 | TIME 1015 |
|---|---|---|---|---|
| [ ] MASK  [ ] OPA  [ ] NPA | CIRCUIT / VENT / TYPE | B/P 125/62 | PULSE 76 | RESP 18 |
| [ ] ETT  SIZE__ [ ] CUFF | [ ] HUMID [ ] HME [ ] BLD WARMER | | | |
| [ ] OR  [ ] NAS [ ] TRACH | EYES: [ ] LUBE [ ] TAPE [ ] PADS | REMARKS: VSS - O2 5 n 99% n NC |
| [ ] DIR  [ ] BLIND [ ] FIBER | CATHETERS [X] = IN SITU | |
| TIME INT/EXT  / | TYPE  SIZE  SITE | |
| BLADE____  PATT____ | | |
| [ ] BREATH SOUNDS EQUAL | | |
| ANESTHETIST | | ATTENDING SIGNATURE |

500685.011.0364

  
## ST. MARY'S REGIONAL MEDICAL CENTER

Lewiston, ME  04240

7269582    MS-304    22-13-42

FANTOZZI, RONALD M
DOB:  ⬤/62
PAUL MAILHOT, M.D.

**OPERATIVE SUMMARY**

Admitted:   09/16/97

---

DATE OF OPERATION:   09/17/97   BEGAN: 0935   ENDED: 1000

---

SURGEON:   PAUL MAILHOT, M.D. ASSISTANT:

---

PREOPERATIVE DIAGNOSIS:   Left ureteral calculus.

---

POSTOPERATIVE DIAGNOSIS:   Same.

---

OPERATION:   Cystourethroscopy and insertion of a left ureteral stent.

---

FINDINGS AND PROCEDURE:   After adequate spinal anesthesia, the patient was prepped and draped in the usual dorsolithotomy position.  Cystourethroscopy was accomplished revealing a normal appearing bladder without evidence of tumor or calculus formation.  The posterior urethra was normal without evidence of prostatic enlargement or other anomalies.  The anterior urethra was normal.  A scout film taken prior to the procedure revealed the obstructing stone to be present at the level of the L3 transverse process on the left.  A 6 French quart double J ureteral stent was inserted into the left ureter and advanced pass the stone into the upper collecting system.  The stent was positioned such that the proximal pigtail was within the renal pelvis and the distal pigtail was within the bladder.  The stone remained in the same position at the level of L3.  It was difficult to say from today's x-rays whether additional calculi were present within the kidney itself.  The stent was internalized and the patient was transferred to the Recovery Room in satisfactory condition.

As an outpatient he will be maintained on Macrobid 100 mg b.i.d. and Tylenol with Codeine 1 to 2 tablets every 4 hours as needed for pain.  Arrangement will be made for him to undergo ESWL in the near future.

PAUL MAILHOT, M.D.

D:   09/17/97   PM
T:   09/18/97   sjk
cc    PAUL MAILHOT, M.D.                    (P)
      MICHAEL BOULANGER, M.D.              (P)
      DEPT)                                (P)

500685.011.0365

**ST. MARY'S REGIONAL MEDICAL CENTER**
**CONSENT TO OPERATION, ANESTHETICS,**
**AND OTHER MEDICAL SERVICES**

```
725952   NS       221342
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD H
4C PCLAND RD
AUBURN        ME  04210
C35Y      /62 H/H 207-7823873
218103-01    99990089
```

Date September 17, 1997 Time 0400

1. I authorize the performance upon Ronald Fantozzi the following operation ___
cystoscopy and ureteral stent insertion
(myself or name of patient)
performed by or under the direction of Dr. Mailhot

2. I consent to the performance of operations and procedures in addition to or different from those now contemplated, whether or not arising from presently unforeseen conditions, which the above named doctor or his associate or assistants may consider necessary or advisable in the course of the operation.

3. I consent to the administration of such anesthetics in connection with surgical or other medical procedures as may be considered necessary or advisable by any of the Anesthesiologists responsible for anesthesia services at this hospital to be administered by them or others under their supervision. The nature of the Anesthetics likely to be applied in any procedures that are about to be done has been fully explained to me by a physician, including the usual and most frequent risks and hazards encountered with those anesthetics unless I have asked that the physician omit or limit his explanations out of consideration for me.

4. The nature and purpose of the operation, possible alternative methods or treatment, the risks involved, the possible consequences and the possibility of complications have been explained to me by Dr. Mailhot
and Dr. _____ .*(See below)

5. I acknowledge that no guarantee or assurance has been given by anyone as to the results that may be obtained.

6. I consent to the photographing or televising of the operations or procedures to be performed, including appropriated portions of my body for medical, scientific or educational purposes, provided my identity is not revealed by the pictures or descriptive texts accompanying them.

7. For the purpose of advancing medical education, I consent to the admittance of observers to the Operating Room.

8. I consent to the disposal by hospital authorities of any tissue or body parts which may be removed.

9. I am aware that sterility may result from the operation. I know that a sterile person is incapable of becoming a biological parent.

10. I acknowledge that all blank spaces on this document have been either completed or crossed off prior to my signing.
(CROSS OUT ANY PARAGRAPHS WHICH DO NOT APPLY)
**PLEASE READ IN FULL BEFORE SIGNING AUTHORIZING SIGNATURES**

Barbara F Clark
Witness

Ronald Fantozzi
Signature of Patient

If patient is unable to sign or is a minor, complete the following: Patient is minor_____ years of age. He/She is unable to sign because _____

Witness

Signature

Relationship

*I certify that the information in number 4 was given to

Physician's Signature
FN0726

Patient's Name

500685.011.0366

# St. Mary's Regional Medical Center
## Pre-Operative Checklist

1. Admission Consent
   Signed and witnessed
2. Informed Consent
   Signed and witnessed
   (dated 30 days)
3. ID Bracelet
4. H & P on chart
   if not, notified Med Rec.
   MD
   OR
5. Consultation on Chart
6. Old Records Ordered
   On film
7. Pre-Op Teaching By

## Day Of Surgery

1. MD Orders Noted/Completed
2. Addressograph Plate on Chart
3. Current I & O
4. MAR, IV Records on Chart
5. IV Started/Location
   if not started, OR called
   IV Solution/Rate
6. NG Tube/Size
7. Foley Cath
8. Prep as Ordered
9. Time Last Voided/
   Catheter drained
10. Weight
    Height
11. Premed VS: T 37⁵ P R 18 BP
    Time:
12. Premedications Given/Time:

    None Ordered
13. Does Patient Have:
    Groshong Cath
    Porta Cath
    MML
    Other-Specify
    #10103

---

7259582   MS   MR   221342
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
40 POLAND RD
AUBURN         ME   04210
C 35Y       /62 S/N 207-7823673
215105-01          99990089

**ALLERGIES:**

Allergy Sticker on Chart _____

### Tests Ordered, Results on Chart or Action Taken

| | | | |
|---|---|---|---|
| Electrolytes | done | CBC | done |
| Urine | on chart | EKG | |
| Chest X Ray | | | |
| Preg. Test | | | |
| Type and Screen | | Date | |
| X-Match (drawn/Redrawn) | | Date | |
| # Units | | # Autologous | |
| Ultrasound | | | |
| Other | PT, PTT, CMA | | |

| | |
|---|---|
| Make-up, Fingernail Polish Removed | |
| Valuables Labeled and Stored | |
| Ring | |
| Watch | |
| Necklace | |
| Glasses | |
| Contact Lenses | |
| Dentures (partials/plates) | |
| Hearing Aide | |
| Artificial Limb | |
| Artificial Eye | |
| Underwear | |

To OR _____ Date 9/16/97 Time 0536
Signature _____ LPN/RN

C-PHARMACY/NURSING/PRE-OP/SM

500685.011.0367

St. Mary's R____ ____ical Center
**Perioperative Nursing Record**

Date: _9-17-97_  OR Room # _2_  Temp _7c_
Surgeon _di Maulot_  Asst ___  7259582  HS  HR  221342
Anesthesiologist _di perit_  CRNA _Edmalace_  9/16/97 MAILHOT, Pf. R
SRNA _difford_  Relief ___  FANTOZZI, RONALD M
Circulator 1. _Gilbert Ln_  Scrub 1. _4C POLAND RD_
2. _Dumicel_  2. ___  AUBORN  ME  04210
Relief _Sin LG2n_ In _0855_ Out _0915_ Relief ___ In ___ Out ___  '62 M/M 207-7823873
Pt. Class _II_  Surgery Time: Start _0935t_ End _1020t_  218103-01  99990089
Pre-Op Dx _Left uretent calculus_

| | | Pt. Statements: NPO since ___ | Allergies | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Time In: PAH _0640_  OR _0830t_ | | | | Yes | No | Test | Yes | No | Test | Yes | No |
| Impairment: Vision ___ Hearing ___ LOC ___ | | Pt. Identified | x | | CBC | Y | | CXR | | |
| Mobility ___ Other ___ | | Surgery Confirmed | X | | JA | X | | EKG | | |
| Skin Appearance ___ | | Consents Correct/Complete | | | LYTES | X | | H&P | Y | |
| Shave Prep: ☐Yes ☐No  By: ___ | | Special Consent Form | | | SCREEN | | | CONSULT | | |
| Blood Avail: ☐ Yes ☐ No # Units___ # Autologous ___ | | Traction/Cast | | | PREG | | | | | |
| IV's: Peripheral ___ A-Line ___ Swanz ___ CVP ___ | | | | | US | | | | | |
| Epidural ___ Other: ___ Inserted By: ___ | | | | | | | | | | |

| Nursing Diagnosis | Desired Patient Outcome | Nursing Intervention | Comments: |
|---|---|---|---|
| *Anxiety secondary to surgery and environment | *Pt verbalizes questions and concerns *Pt demonstrates basic knowledge regarding surgery. | *Explanation of intraoperative course. *Provide emotional support. | _P. Bremer_  Signed ___ RN |

| Table | Equipment ☐NA | | Padding ☐NA | | Tourniquet ☐NA | Electrosurgery ☐NA |
|---|---|---|---|---|---|---|
| ☐ Amsco/Shampaine | ☐ Butt Pad | ☐ Kidney Bar | ☒ Pillows | ☐ Axillary Rolls | Upper Arm R___ L___ | Monopolar #___ |
| ☐ Chick/Siemens | ☐ Vac Pac | ☐ Chest Rolls | ☒ Blankets | | Thigh R___ L___ | Cut ___ Coag ___ |
| ☐ Electropoise | ☐ Fou.:board | ☐ Adhesive | ☐ Foam Pad | | Time Up___ Down___ | Pad Site ___ |
| ☐ Orthopedic Fx | ☐ Sandbag | ☐ Prono-zze | ☐ Other ___ | | Time Up___ Down___ | Lot #___ |
| ☒ Cysto | ☐ K-Pad | ☐ Leg Holder | **Position** | | Applied By ___ | Skin Integrity ___ |
| ☐ Cedar Frame | ☐ Teds/SCD | ☐ Sugita | ☐ Supine ☐ Lat R___ L___ | | Pressure ___ | Bipolar #___ |
| ☐ Other ___ | ☐ Amboards | ☒ Safety Strap | ☐ Prone ☐ Other ___ | | Type/# ___ | Setting ___ |
| | ☐ Other ___ | | ☐ Lith | | | |

| Surgical Prep ☐NA | Medications ☒NA | Irrigation ☐NA | Catheter ☒NA | Nasogastric Tube ☒NA |
|---|---|---|---|---|
| ☒ Sol ☐ Duraprep | Ungut: ___ | ☐ N/S ☐ Glycine | ☐Came With | ☐Came With |
| ☒ Scrub ☐ Hibiclens | Drops: ___ | ☐ LR ☐ Bacitracin | ☐ Straight Cath | Type ___ |
| ☐ Iodine ☐ Alcohol | Inject: ___ | ☒ H2O ☐ Neo | Size ___ Amt ___ | Inserted By ___ |
| ☐ Gel ☐ Eye Prep | Other: ___ | ☐ BSS ☐ Kefzol | By ___ | Time ___ |
| ☐ Other  By: _P/D_ | Site: ___ | ☐ Other | Time ___ | |

| X-Rays in OR: ☐ No ☐ Portable ☐ C-Arm ☒ Cysto ☐ Dye ___ | Surgical Implants ☐NA |
|---|---|
| Drains ☒ No ☐ Yes  Type ___ Site ___ | Removed ___ |
| Packs ☒ No ☐ Yes  Type ___ Site ___ | Inserted: (not stickered) Place Stickers on Back |
| Immobilizer ☒NA ☐ ABD Pillow ☐ Cervi Collar ☐ Sling ___ | Type _Cak Urol g_ Size ___ |
| ☐ Splint ☐ Cast | Company _Hudle Waterial #_ _6 CIS 36 AB 6_ |

| Specimen ☒ No ☐ Yes ___ | |
| To Lab ☒ No ☐ Yes ___ | |
| Frozen ☒ No ☐ Yes ___ | |
| Cultures ☒ No ☐ Yes ☐ Aerobic ☐ Anerobic  Site ___ | |

Post Op Dx _Left uretral calculus_
Procedure _cysto up  inspecting left_ _ureteral stent_

| | Counts: ☐Correct ☐Incorrect ☒NA |
|---|---|
| Anesthesia Type _Spinal y_ | Sponge: No ☐ Yes ☐ Abort ☐ Initial: Circ ___ |
| EBL: _m.n._ ML  Blood Given ___ ML # Units _0_ | Sharp: No ☐ Yes ☐ Aborted  Scrub ___ |
| Condition _Nubl_ Wound Class _2_ Time Out _1025_ To _RcU_ Dressing | Instr: No ☐ Yes ☐ Aborted Final: Circ ___ |
| | Comments ___  Scrub ___ Relief: Circ ___ |

| Nursing Diagnosis | Desired Pt Outcomes | Nursing Interventions | Additional Comments: |
|---|---|---|---|
| *Potential for injury secondary to: *Impaired physical mobility *Foreign body *Chemical/electrical hazard *Infection | *Pt will be free of nerve palsy, foreign body, chemical and electrical injury. *Pt will be free of infection | *Proper alignment maintained *Proper ground pad placement *Proper padding at prominences *Counts conducted according to policy *Monitor & enforce aseptic technique | _Lucie Shebester_ |

500685.011.0368



500685.011.0369



St. Mary's Regional Medical Center
PACU Record

500685.011.0370



St. Mary's Regional Medical Center
PACU Record

500685.011.0371



St. Mary's Regional Medical Center
PACU Record

| Problem List | | Goal Achieved? Y N |
|---|---|---|
| 1 | Alteration in Neurological Status | |
| 2 | Alteration in Comfort Level | |
| 3 | Alteration in Emotional Status | |
| 4 | Alteration in Circulation | |
| 5 | Alteration in Fluid Volume | |
| 6 | Alteration in Mobility | ✓ |
| 7 | Alteration in Respiratory Function | |
| 8 | Alteration in Skin Integrity | |
| 9 | Alteration in Temperature | |
| 10 | Alteration in Elimination | |
| 11 | Alteration in Gastrointestinal Function | |
| 12 | Other | |
| 13 | Other | |
| 14 | Other | |

Page 4

**O.R. Charge** ____ by: ____

```
7259582      MS      NR    221342
9/16/97 NAILHOT, PAUL R
FANTOZZI, RONALD M
40 POLAND RD
AUBURN            ME  04210
C35Y      762 M/M 207-7823873
218103-01        99990089
```

## O.R. SERVICE CHARGES
- CAUTERY REG __ B/P __ CMC __
- CORE ____
- CRYO/FRIGITONIC ____
- CUSA ____
- DRILLS/SAW ____
- ELEC-HYDRO LITHO ____
- LASER CO₂ ____ YAG ____
- MIDAS REX/TOOL x1 ____ + ____
- MINI C-ARM ____
- NUCLEOTOME/PACK ____
- SCOPES Micro ____ Endo ✓
- SHAVER/BLADE x1 ____ + ____
- STEALTH ____
- TOURNIQUET ____
- VITRECTOMY/Pack ____

### PT Charge Cards:
- Ace Size ____
- Accutemp ____
- Adaptic 3x3 ____ 3x8 ____
- Bile Bag ____
- Bladder Tray ____
- Blac Ear Syringe ____
- Cath Sec ____
- Colo Bag/Clamp ____ Size ____
- Clo Drainage Bag ✓ ____
- Conform Kit ____
- Conray Dye 407-9986 ____
- Cysto Set ____
- Delta Lyte 2" __ 3" __ 4" __ 5" __
- Eye Shield RT __ LT __
- Foley Size ____
- Gauze: IO ____ PI ____ Vas ____
- Head Halter ____
- IV Fluid <250 ____
- IV Fluid >500 ✓
- Immobilzer Type ____ Size ____
- Kelly Prep ____
- Kerlix ____
- Pleur Vac ____
- Razor ____
- Reno 30 DYE 407-9985 ✓
- Serot Sup Size ____
- Sleeves SCD Size ____
- Sp Needle Size ____
- Stocking TED size ____
- Steristrips Size ½ ____
- Suct Cath Size ____
- Toomey ✓
- TUR set ____
- Urometer ____
- Xeroform 1x8 ____ 5x9 ____

## OB/GYN
- C-section Pack 5080 ____
- Humi Manipulator 5065 ____
- Laser Tubing/Filter 6212 ____
- Peri GYN Pack 5082 ____
- Suction D & E 5078 ____
- Vag Pack (c.s.) ____

## CARDIOVASCULAR
- Adherent Clot Cath 5111 ____
- Embolectomy Cath 5185 ____
- Perm Cath 5354 ____
- Port. Hickman Kit 5491 ____
- Port. MRI 5370 ____
- Surgipaws 5353 ____
- Suture Boots 5374 ____
- Vessi Loops 5455 ____

## EYES
- #4736 Blade 1107 ____
- #7513 Blade 1092 ____
- #681.13 Blade 1115 ____
- #681.21 Blade 1290 ____
- Alcon Slit/Crescent 1305 ____
- BSS Admin Set 1140 ____
- Cannula 27g 1172 ____
- Cataract Pack 1316 ____
- Catch Bag 1005 ____
- Corneal Transplant 1135 ____
- NAME OF BANK ____
- Cystotome Needle 1181 ____
- Enter 1240 ____
- #1213 Eye Drape 1207 ____
- Irrig Outcome Probe 1139 ____
- Lens Glide 1310 ____
- Occ Occluder 1330 ____
- Phaco Supply Kit 1111 ____
- Visco Flow Cannula 1170 ____

## URO
- Cysto Pack 4265 ✓
- Disp. Ellick 4177 ____
- Fulg Cord 4142 ____
- Laser Side Fire Fibers 4034 ____
- Lingeman Pack 4175 ____
- Mynopty Bx Instr. 4178 ____
- Resectoscope Loop 4032 ____
- Tru Cut Bx Needle 4180 ____

## ENDOSCOPY
- Bard Gyne Flo Irrig/Asp 7040 ____
- Cholang Cath 6028 ____
- Converters 5399 ____
- Endo Carpel Tunnel Kit 7016 ____
- Endoclip 6081 ____
- Endo GIA 7009 ____
- Endo GIA Reload 7011 ____
- Endo Hernia 7001 ____
- Endo Hernia Reload 7002 ____
- Endoloops 6389 ____
- Insufflator Tubing 7032 ____
- Lap Appy Kit 7015 ____
- Lap Chole Access Kit 6209 ____
- Laparoscopy Pack 6278 ____
- Laser Fibers 5071 ____
- Marlow Nu Tip 7010 ____
- Suct/Irrig. Probe 7039 ____
- Suct/Irrig. Probe w/Rt Angle 7041 ____
- Surgipre Mesh 7035 ____
- 5mm Trocar 5402 ____
- The Right Clip 7012 ____
- Verres Needle. Disp. 7006 ____
- 5-11 Versaport 5400 ____
- 5-12 Versaport 5404 ____

## GENERAL/MISC SUPPLIES
- Basic Pack 6280 ____
- Beg Spout 4150 ____
- Disc Pad 6286 ____
- Disp Bulb Syringe 6400 ____
- Drain J.P. w/Resevoir 6128 ____
- Drain Davol 6096 ____
- Drain Chest 6109 ____
- 1010 Drape 6138 ✓
- 6640 Drape 6159 ____
- 6650 Drape 6157 ____
- Dura Prep 6164 ____
- Ext Sheet 9046 ____
- Hemoclip (sm) ____
- Hemoclip (med) 6211 ____
- Hemoclip (med/lg) 6213 ____
- Hemoclip (lg) 6215 ____
- Instr Pad 6282 ____
- Lap Sponges 6324 ____
- Lap T-Sheet 6318 ____
- Liner - Reg 6216 ____
- Liner - Baxter 4052 ____
- Marker 6297 ____
- Mayo Cover 6094 ____
- Microfoam Tape 6404 ____
- Needle Tip/Ext. Blade 6235 ____
- Patties 6287 ____
- Peanuts 6296 ____
- Red Rubber Cath 6420 ____
- Sleeve 6002 ____
- Solo Prep 6322 ____
- Staples 35w 6364 ____
- S Tubing 20' 6466 ____
- Surgicel Sm 6393 ____
- Surgicel L 6391 ____
- Table Cover 6090 ____
- Tegaderm 1232 ____
- Tipolisher 6408 ____
- Tips Argyle 6396 ____
- Tips Poole 6394 ____
- Tips Reg 6410 ____
- U-Sheet 6316 ____
- Utility Drape 6412 ____

## ENT
- Doyle Splints 1515 ____
- Glassrock Dressing 1235 ____
- Instr. Wipes 1915 ____
- Microtek 1320 ____
- Nasal Tampons 1618 ____
- Sm Ear Drape 1215 ____
- Tonsil/polyp Snares 1500 ____
- Tonsil Sponge 1530 ____
- Tube, Ear 1715 ____
- Tym Tap 1622 ____

## ORTHOPEDICS
- Arthros Liner & Trap 8016 ____
- Arthroscopy Pack 8407 ____
- Arthroscopy Tubing 9128 ____
- Barrier U Drape 8125 ____
- Bone Dri Wick 8046 ____
- Cast Padding 8056 ____
- Cement 8058 ____
- Cement Mixing Bowl 8044 ____
- Cement Gun Kit 8060 ____
- Cloud 9 Pad 8080 ____
- Coban 4" 8068 ____
- Coban 6" 8070 ____
- Drape C-Arm 8128 ____
- Drape Mini C-Arm 8179 ____
- Drape X-Ray 8126 ____
- Drill Bits #310 Series 8148 ____
- Drill Bits, Twist 8139 ____
- Femoral Brush 8048 ____
- Gown Disp. 8180 ____
- Intestinal Bag 6010 ____
- Isolation Drape 8138 ____
- K-Wires 8286 ____
- K-Wires #292 Series 8299 ____
- Plaster Cast/Splint Adult 0107 ____
- Plaster Cast/Splint Child 0108 ____
- 4 x 5 Stockinette 9110 ____
- 6 x 48 Stockinette 9096 ____
- 6 x 60 Stockinette 9100 ____
- Stockinette Lg Imp 9094 ____
- Stockinette Imp 9102 ____
- Simpulse Tubing/Tip 6398 ____

## NEUROLOGY
- Ant Cerv. Disc. 3001 ____
- Blue Foam Face Pad 8055 ____
- Bone Wax 9132 ____
- Cloward Ann Set 3004 ____
- Codman Perf 3020 ____
- #3100 Connect Tubing 9130 ____
- Crani Blade 3005 ____
- Crani Sheet 3095 ____
- Epidural Cath 3074 ____
- Frazier Tip 3092 ____
- Jelco 6201 ____
- Microdisc. Neuro 3002 ____
- Olsen Blade 3012 ____
- Phill Collar 8074 ____
- Scope Drape 1230 ____
- Wire Pass Drill 9170 ____

| For Sec. Use Only | |
|---|---|
| OR Hours: | |
| Recorded: | |
| Input: ____ Charges: ____ | |
| PO Made: | |
| ORO31 | |

## S....y's Re.... .....dical Cen...
## Operating Room Charge Sheet

```
| 7259582....NS      NR....221342
|    9/16/97 MAILHOT, PAUL R
| FANTOZZI, RONALD M
| 40 POLAND RD
| AUBURN        ME   04210
| C35Y     ...62 M/M 207-7823873
| 218103-01      99990089
```

Pharmacy CC420

### Injectables

| | |
|---|---|
| ___ 1288 | Decadron 4mg/ml vial (Dexamethasone) |
| ___ 3082 | Depo-Medrol 40mg vial |
| ___ 3085 | Depo-Medrol 80mg vial |
| ___ 1741 | Epinephrine 1:1000 Tubex |
| ___ 2044 | Gentamycin 80mg/2ml vial |
| ___ 2056 | Glucagon 1mg vial |
| ___ 5464 | Heparin 10 units/ml 30ml vial (Hep-Lock) |
| ___ 5803 | Heparin 1000 units/ml 10ml vial |
| ___ 2224 | Heparin 5000 units/ml Tubex |
| ___ 2419 | Indigo Carmine 10ml amp. |
| ___ 5985 | Kefzol Irrigation 1g/1000ml |
| ___ 2647 | Lidocaine 1% 20ml vial |
| ___ 2662 | Lidocaine 2% 20ml vial |
| ___ 5673 | Lidocaine w/Epi 1% 20ml vial |
| ___ 5674 | Lidocaine w/Epi 2% 20ml vial |
| ___ 2794 | Mannitol 25% 50ml |
| ___ 5794 | Methylene Blue 1ml amp. |
| ___ 3058 | Methylene Blue 10ml amp. |
| ___ 3223 | Mitomycin 0-3mg 10.6 ml |
| ___ 3781 | Neo-Synephrine 1% 10mg vial |
| ___ 5080 | Pitressin 20 units/amp (Vasopressin) |
| ___ 3553 | Papaverine 30mg amp. |
| ___ 2890 | Polocaine MPF 2% 20ml |
| ___ 5773 | Sensorcaine 0.5% MPF 30ml |
| ___ 6024 | Sensorcaine 0.5% w/Epi MPF 30ml |
| ___ 0610 | Sensorcaine 0.25% w/Epi MPF 30ml |
| ___ 5772 | Sensorcaine 0.25% MPF 30ml |
| ___ 4414 | Sodium Bicarbonate 8.4% 50ml |
| ___ 2311 | Solu-Cortef 100mg/ml vial |
| ___ 3097 | Solu-Medrol 40ml/ml vial |
| ___ 5923 | Urokinase 5000 units |
| ___ 2263 | WyDase 150 units/ml vial |
| ___ 2266 | WyDase 1500 units/10ml vial |

### Narcotics

| | |
|---|---|
| ___ 5706 | Astromorph 10mg/ml |
| ___ 5257 | Cocaine Flakes 325mg |
| ___ 1072 | Cocaine Solution 10% 4ml |

### Eye Preparations

| | |
|---|---|
| ___ 6012 | Amvisc Plus 0.8ml |
| ___ 0403 | Atropine 1% 5ml |
| ___ 5820 | Betagan 0.5% |
| ___ 5528 | Betaxolol 0.5% (Betoptic) |
| ___ 4522 | BSS 15ml |
| ___ 4525 | BSS 500ml |
| ___ 4528 | BSS Plus 500ml |

Signature: _____

Date: _____

*Opr Pharmacy charge sheet.pm4*

### Eye Preparations - Con't

| | |
|---|---|
| ___ 5765 | Collagen Shield |
| ___ 1156 | Cyclogel 1% 2ml |
| ___ 1153 | Cyclogel 2% 2ml |
| ___ 0343 | Duratears |
| ___ 1936 | Fluorescein 2% |
| ___ 2032 | Gentamicin Sol. 5ml |
| ___ 1294 | Maxitrol Ointment 3.5g |
| ___ 3349 | Maxitrol Suspension 5ml |
| ___ 0061 | Miochol 2ml/vial (Acetylcholine) |
| ___ 0697 | Miostat 0.1% (Carbachol) |
| ___ 3760 | Mydfrin 2.5% sol 5ml (Phenylephrine) |
| ___ 3376 | Neomycin, Bacitracin, Polymycin Eye Oint. 1/8oz |
| ___ 6079 | Phaco Drug Kit |
| ___ 3763 | Phenylephrine 10% dropperette |
| ___ 3823 | Pilocarpine 1% sol. 15ml |
| ___ 3826 | Pilocarpine 2% sol. 15ml |
| ___ 5736 | Pilocarpine 4% GEL (Pilocarpine) |
| ___ 0451 | Polysporin Oint. 3.5g |
| ___ 5661 | Puralube Ointment |
| ___ 4708 | Tetracaine .5% Solution (dropperette) |
| ___ 5910 | Timoptic 0.5% (Ocudose) 0.45ml |
| ___ 4885 | Tobrex 0.3% sol. 5ml |
| ___ 5767 | Tobradex 2.5ml |
| ___ 5775 | Tobradex Ointment 3.5g |

### Topicals

| | |
|---|---|
| ___ 4114 | Aminocerv Cream (Urea Combo Vaginal Cr) |
| ___ 3532 | Afrin 0.5% Spray |
| ___ 4606 | AVC Cream 15% |
| ___ 5636 | Avitene Can 1g (Microfibillar Collagen) |
| ___ 3178 | Avitene Sheet 70x35 (Microfibillar Collagen) |
| ___ 0445 | Bacitracin Ointment 15g |
| ___ 6068 | Betadine Spray |
| ___ 3364 | Cortisporin Solution |
| ___ 3367 | Cortisporin Suspension |
| ___ 3931 | Efodine Ointment 30g |
| ___ 2011 | Gelfilm |
| ___ 2017 | Gelfoam Sponge (small) |
| ___ 5675 | Gelfoam Sponge (large) |
| ___ 6102 | Gelfoam Powder |
| ___ 6066 | Gentamycin Irrigation |
| ___ 3187 | Mineral Oil Sterile 10ml |
| ___ 3376 | Neosporin Oint. 15g |
| ___ 5621 | Neosporin Irrigation Sol. 250ml |
| ___ 3769 | Neo-Synephrine 0.125% sol |
| ___ 3775 | Neo-Synephrine 0.25% Spray |
| ___ 1831 | Ogen Vaginal Cream (Estrogen) |
| ___ 0454 | Polysporin 15g Ointment |
| ___ 4360 | Silvadene 20g (Silver Sulfadiazine) |
| ___ 4855 | Thrombin 5,000 units - Vial |
| ___ 3376 | Triple Antibiotic Ointment |
| ___ 2653 | Xylocaine Jelly 2% |

500685.011.0374

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

Diagnosis:

Drug Allergies:

NKA

☐ In Accordance with Our Formulary System The Use Of
Generic Equivalents Acceptable Unless Box Checked.

Fantozzi

7259582    MS    MR    221342
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD R
40 POLAND RD
AUBURN       ME   04210
035Y        762 M/M 207-782
218103-01    99990089      CS

**Addressograph Imprint**

**Doctor's Order Form     Instructions For Use**
1. Imprint Before Placing In chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | | Initial When Faxed |
|------|------|---|---|
| 9/16/97 | | Admit to G4 Service | |
| | | Routine US | |
| 10:45 20 | | Clear liquid | |
| | | IVs RL 125 cc/hr · MAR | |
| | | Coag Profile - 1 week | |
| | | Renal Panel in AM | |
| | | Buprenex 0.3 g IV q4° prn MAR | |
| | | Compazine 10 g IM q6° prn MAR | |
| | | Restoril 30 g po hs prn MAR | |
| | | Pre op for AM | |
| | | - NPO MN | |
| | | - TEDS | |
| | | - Consent, Cysto + Ureteral Stent | |
| | | Insertion | |
| | | - Fleet enema tonite CMAR | |
| 9/16/97 | | Noted Maslong 1530 | MAR |
| | | Noted Langowski  9/16/97 | |

**ORIGINAL FOR CHARTS**
**DOCTOR'S ORDER FORM**

PB0113

500685.011.0375

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

Diagnosis:

Drug Allergies:

72?9582    HS    NR    221342
9/16/97 HAILHOT, PAUL R
FANTOZZI, RONALD M
?? POLAND RC
AUBURN        ME  04210
C?5Y      62 H/M 207-7823873
2?8103-?1      99990089

☐ In Accordance with Our Formulary System The Use Of
☐ Generic Equivalents Acceptable Unless Box Checked.

**Addressograph Imprint**

Doctor's Order Form    Instruction For Use
1. Imprint Before Placing In chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | | |
|------|------|---|---|
| 9/16/97 | | ʳ UPO | |
| | | 1000 LR C C K MAL | |
| | | Bolus 30 cc ?????? ???? ???? | |
| | | Repeat 20 mg iv at 0730 MAL | |
| 9/16/97 | | ??? ??? ????? ??????? ?? ????? | 1A |
| | | ???? ??????? ? 9/16/97 | |
| 9/16 | 2130 | Phenergan 50 mg I M q4° MAL | |
| | | ????? ??? ???? ???? ?? ??????? | |
| | | ???? ?? ????? ?? ??? ?????? ???? | |
| | | ????? ???? 9/16 ?????? | |

**ORIGINAL FOR CHARTS**
**DOCTOR'S ORDER FORM**

F?0113

500685.011.0376

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

Diagnosis:

Drug Allergies:

```
7259582      MS      MR    221342
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
40 POLAND RD
AUBURN        ME  04210
        762 M/M 207-7823873
218103-01         99990089
```

**Addressograph Imprint**

☐ In Accordance with Our Formulary System The Use Of Generic Equivalents Acceptable Unless Box Checked.

**Doctor's Order Form    Instructions For Use**
1. Imprint Before Placing in chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | | Initial When Faxed |
|------|------|------|------|
| 9/17/97 | | IVS, g 15' flextable  g1°x4   routine | |
| | | Sequin to DAT [ 104840 | |
| | | IVF RL 125cc/h. | (CM) |
| | | Straight cath prn | |
| | | Remove pre-op meds orders | |
| | | Macrodantin 100g po bid | |
| | | Percocet I-II q4°  prn | |
| | | Remove Rectal Tube in PACU | |
| | | 9/17/97 @ 1130 f. Camudese   M Osmond | |
| 9/17/97 | 16:30 | Saline Nasal spray prn Mag   for P. Mailhot/Shueld | MR |
| 9/17/97 | | Noted Ofanban   Mailhot   M Krauster | |
| 9/17/97 | | Foley to gravity   D/C Foley   Time   I hour   le | MR |
| 9/17/97 | | Noted Ofanban cc  DD   M Krauster | |

**ORIGINAL FOR CHARTS**
**DOCTOR'S ORDER FORM**

MR0113

500685.011.0377

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

Diagnosis:

Drug Allergies:

☐ In Accordance with Our Formulary System The Use Of
Generic Equivalents Acceptable Unless Box Checked.

**Addressograph Imprint**

```
7259582      NS      MR     221342
  9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
45 POLAND RD
AUBURN        ME  C4210
                 A62 M/M 2C7-?82387?
218103-C1     99990089
```

**Doctor's Order Form    Instructions For Use**
1. Imprint Before Placing In Chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders.
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | | Initial When Faxed |
|------|------|---|---|
| 9/18/97 | | | |
| | | ✓ u/a – u/c ✓ | |
| | | ✓ c Hemateles MAR | ⟲ |
| | | ✓ Lipro 400 q 12° MAR | |
| | | 400 K | |
| | | ✓ CBC Today ✓ 105596 | |
| | | ✓ Replace J Foley if unable to void | |
| | 9/18/97 noted @ 0915 J. Richard | | |
| | | _(signature)_ J. Robertson | |
| | | 8036 105 ✓ | |
| 9/18/97 | 1730 | CT scan abd + pelvis in Am  S/P C ureteral Stent placement | |
| | | C Quadrant in urinary retention | |
| 9/18/97 | | Amylase CBC RP amylase | ⟲ |
| 9/18/97 | noted C J. Richard / Benuis | |
| | | _(signatures)_ Mailhot | |
| 9/19/97 | | ✓ Juice all stools | |
| | | ✓ Remove his Bandages ic ad' perm | |
| | | ✓ Horseradish 25 q po q 5° | ⟲ |
| | | _(signature)_ Mailhot | |
| | | noted 9/19 @ 1025 J Richard, B Ivos | |

ORIGINAL FOR CHART
DOCTOR'S ORDER FORM

F86113

500685.011.0378

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

Diagnosis:

Drug Allergies:

```
7259582        HS      KR
9/19/97 MAILROT. PAUL R  221342
FANTUZZI, RONALD M
43 POLAND RD
AUBURN         ME  04210
CJSY
218103-01    62 H/H 007-782387S
             93990089
```

☐ In Accordance with Our Formulary System The Use Of
   Generic Equivalents Acceptable Unless Box Checked.

**Addressograph Imprint**

**Doctor's Order Form    Instructions For Use**
1. Imprint Before Placing In chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | | Initial/Value Faxed |
|------|------|--|------|
| 9/19/97 | | CBC & RP in AM. | |
| | | Motrin 1% Daily at hs MR | |
| | | D/C Foley at 6 AM K | |
| | | Tone Vol. Sheer K | |
| | | Volume 5 po tid MR | |
| 9/19/97 | | Robert Gaston CS R.Ph/Mailh | |
| 19 SEP 97 | 1058 | 1) Blood Cultures x 2 ( 1 Hour Apart ) | |
| | | 2) Sputum C + S K | |
| | 1033 | 3) Liver Panel K | |
| | | 4) △ Cipro 500 mg PO BiD MR | |
| | | 5) Cimetidine 400 mg PO BiD MR | |
| | | 6) Dr. Jeff Brown to cover me this weekend | |
| 9/19/97 | | Robert Gaston CS 1928 | |
| | | M Renaud | MD |
| 9/20/97 | | cap N w/ fluids over 1 hour po | RN |
| | | T.O. Dr Mailhot / M Cormier | |
| | | Noted | M Cormier |
| | | 9/21 CAP IV | |
| | | Noted M Donahue 9/21 0840 | MLA |

**ORIGINAL FOR CHARTS**
**DOCTOR'S ORDER FORM**

500685.011.0379

**St. Mary's Regional Medical Center**
**Doctor's Order Form**

725
9/16/97 MAILHOT, PAUL R    221542
FANTOZZI, RONALD K
40 POLAND RD
AUBURN            ME  04210
CTSY        62 R/N 207-7823873
218103-01          99990089

Diagnosis:

Drug Allergies:

☐ In Accordance with Our Formulary System The Use Of Generic Equivalents Acceptable Unless Box Checked.        **Addressograph Imprint**

**Doctor's Order Form    Instructions For Use**
1. Imprint Before Placing in chart.
2. Fax To Pharmacy Each Time The Doctor Writes A Set Of Orders
3. Indicate Fax Orders By Placing Initials In Column Opposite Doctor's Signature
4. The Signature Of A Doctor Must Accompany Each Set Of Orders.

| Date | Time | | Initial When Faxed |
|------|------|---|------|
| Sept 21 1997 | | Change to observation status supervisor above | |
| | | noted M Armstrong  J Beauvir 9/21 0840 | MXA |
| 9/21 | | Hold Buspar Talwin 50mg po q 4° prn for pain prn T.O. Dr. Mailhot / J. Deschamps noted J Deschamps 9/21/97 @ 2135 | FR TO |
| 9/21 | | Dc Talwin prn  Ma D/C Percocet prn Ultram 50mg po q 4-6° prn prn T.O. Carolyn Bower RPH / Dr. Mailhot / Deschamps noted J Deschamps 9/21/97 @ 2218 Ma | FR TO |
| 9/21 | | Straight cath prn T.O. Dr. Olstein / J. Deschamps noted J Deschamps 9/21/97 @ 21 A | FR TO |
| 9/22 | | Discharge late this afternoon Percocet II q 4° prn D/C ativan D/C Buspar etc | R |
| | | noted 9/22 @ 0935 J. Camardese / M Armstrong | |

500685.011.0380

St. Mary's Regional Medical Center
Lewiston, ME



**Discharge Instructions**
Page 1

---

**Diagnosis:**

Left Ureteral Calculus
Cystourethroscopy and insertion of (L) ureteral stent

---

**Medication/Treatment:**

Hytrin 1 mg - tablet daily at bedtime
Valium 5 mg 1 tablet (3) twice three times a day
Cipro 500mg 1 tablet twice a day for
10 days
Percocet 1 or 2 tablets every 4 hours as

**POOR COPY**     needed for pain

Straight Catheterize Every 8 hours
or as needed. See Self Catheterization
Instructions given

Call Dr. Mailhot if temp of 101 or greater or on
increase in pain     at     783-7892

---

Patient Signature: X _Ronald Fantozzi_     Date: _____

Nurse's Signature: _____ Judy Nye PN_____     Dept./Ext#. **997-8309**

Physician Signature (Optional): _____

500685.011.0381

**St. Mary's Regional Medical Center**
**Lewiston, ME**

## Discharge Instructions
### Page 2

```
7259502      NS        NR  221548
9/16/97 MAILHOT, PAT
FANTOZZI, RONALD M
40 POLAND RD
AUBURN          ME  04210
C35Y      X62 M/N 207-7823872
218103-01    99990089
```

---

| Activity: | Equipment Needs | Exercises: | Perso... |
|---|---|---|---|
| ___ Bed rest | _____ | ___ See attached | ___ Bathing/d... |
| ___ Up for meals/ bathroom only | _____ | ___ None | ___ Toileting |
| ___ No intercourse | | | |
| ✓ No driving | **Precautions/Restriction** _Take it easy_ | | **POOR COPY** |
| ___ Resume normal activity | | | |

---

**Diet:**
✓ No restrictions
___ Drink at least _____
___ Diet Explained/Copy Provided
___ Restrictions _____

**Respiratory:**

---

**Social Service:**
___ Equipment - _____ Name of Company _____ Phone # _____
___ Home Health Agency: (Circle) NSG / Aide / Homemaker / OT / Speech / PT / Social Worker
___ Name: _____ Phone #: _____
___ Hospital Social Worker - Name: _____ Phone #: _____
___ Other: _____

---

___ **Appointments (Physician, Tests, PT, OT, Speech, Diabetes Educators)**

Flu with D. Mailhot PRN 783-7893
D. Mailhot's Office will call you to discuss
lung biopsy in AM

Patient Signature: _X Ronald Fantozzi_    Date: 9/22/97
Nurse Signature: _____ RN    Dept./Ext#. PM-8309

Physician Signature (Optional): _____

White - Patient Copy      Yellow - Facility Copy      Pink - Physician Copy

500685.011.0382



500685.011.0383



500685.011.0384



500685.011.0385



500685.011.0386



500685.011.0387

**St. Mary's Regional Medical Center**

**Patient Valuable List**

```
7269582      MS      MR    221342
  9/16/97 RAILHOT, PAUL R
FANTOZZI, RONALD M
40 FOLAND RD
AUBURN          ME   04210
CSEY        62 4/3 207-7823673
210103-01    99990087
```

| (X) | Item | Description |
|---|---|---|
| O | Eye Glasses | |
| O | Hearing Aid(s) | |
| O | Dentures/Partials | |
| | Money | $ 10.00 |
| O | Jewelry | |
| O | Canes, Walker, Wheel Chair | |
| O | Medication (please send home if possible) | |
| O | Other | Clothes - Shut, pants, shoes six. |

### Release from Responsibility for Personal Property

I understand and agree that under no circumstances will St. Mary's be responsible for my personal property . I take full responsibility for retaining in my possession or custody any and all articles. I acknowledge that I have declared or listed all items of personal property I have chosen to keep in my possession or custody while at St. Mary's, and further acknowledge that I have been offered an opportunity to have my personal property kept in safe keeping at St. Mary's during my stay at St. Mary's, and that I have refused that offer.

Patient/Guardian Signature  X _Ronald Fantozzi_    Date  _1/16/97_

140030

SMNURSINGFORMS.PM5

500685.011.0388



St. Mary's Regional Medical Center

**Frequent Vital Signs Sheet**

Date:

500685.011.0389

