# RONALD FANTOZZI

# 15 OF 18

**St. Mary's Regional Medical Center**
**Patient / Family Education Assessment**

V259582    NS    NR    22'342
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
40 POLAND RD
LUBURN        ME    04210
K 30Y    M62 M/M 207-7823873
218103-C1    99990089

Is education assessment on patient? ☑

Is education assessment on caretaker? ☐

Able to read? ☑ Yes ☐ No          Level of education? ☐ College ☑ High School ☐ Gradeschool ___

Able to write? ☑ Yes ☐ No

☑ English ☐ French ☐ Other _____

How do you learn best? ☑ Written ☑ Verbal ☐ Video ☑ Doing

Check any of the following barriers the learner has. Describe in comment section:

☑ Visual impairment (eye)      ☐ Problems with manual dexterity      ☐ Impaired motor skills

☐ Hearing impairment      ☐ Aphasia      ☐ No impairments noted

☐ Low literacy      ☐ Learning disability      ☐ Cultural/religious health practices

Desire/Motivation to learn: ☑ Attentive ☐ Uninterested ☐ Uncooperative

Level of patient's self care at time of admission: ☑ Independent ☐ Needs Assistance ☐ Total Care

Comments:

RN Signature: _____

| ID Key | Date | Time | Topic | Individual | Method | Understanding | Comments | Signature |
|---|---|---|---|---|---|---|---|---|
| NS | 9/16 | 1500 | Illness/Condition | P F S | W V AV D | DU N RD | | J Carlson |
| | | | Treatment Plan | P F S | W V AV D | DU N RD | needs reinforcement | |
| | | | Diet Orders | P F S | W V AV D | DU N RD | | |
| | | | Activity Orders | P F S | W V AV D | DU N RD | | |
| | | | Call Bell | P F S | W V AV D | DU N RD | | |
| NS | 9/16 | 1500 | Operation of Bed | P F S | W V AV D | DU N RD | | J Carlson |

SMMNURSINGFORMS:

500685.011.0391

```
7259582      M    NR   221342
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
4  POLAND RD
              St. Mary's Regional Medical Center
              NE  Advance Directives Form
    3/16/52 X/N 207-7823873
218103-C1        99990089
```

```
7259582      NS   NR   221342
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
40 POLAND RD
AUBURN          ME   04210
C35Y      /62 M/N 207-7823873
218103-01        99990089
```

1. **Does patient have an Advance Directive?** ☐ Yes ☒ No
   (living will or durable power of attorney for health care).
   **If No Advance Directive, skip to (and complete) #2 and #3.**
   **If Yes, has an Advance Directive continue (and complete) #1:**
   Patient identifies document as:
   "

   Is the Advance Directive on file here at St. Mary's? ☐ Yes ☐ No
                                              (check medical record)
   If not on file here, request a copy of Advance Directive to be brought in.
      From whom requested:
         ☐ Patient  ☐ Family:  Designate: _____
         RN Signature; _____ S. Carlson, R _____
   **If patient has Advance Directive, skip to #4**

2. Patient directed to read "Advanced Healthcare Directives Packet" and policy summary.
      ☒ Yes  ☐ No  If No, designate why: _____
   Family directed to read the above.         ☒ Yes   ☐ No
3. Patient requested further information.      ☐ Yes   ☐ No
   If Yes, identify who was contacted: _____

|  | Date | Time | Individual |
|---|---|---|---|
| Social Service | | | |
| Pastoral Care | | | |
| Nurse Supervisor | | | |
| (after hours) | | | |
| Other | | | |

   **(For Items 2-3)**  R.N. Signature: _____ S. Carlson, R _____
4. Physician informed of Advance Directive.

| Date | Time | Physician | RN Signature |
|---|---|---|---|
| | | | |

5. Copy of the Advance Directive placed in the chart.          ☐ Yes
   Verified with patient the Directive is the latest version.   ☐ Yes
   Document title:

| Date | Time | RN Signature |
|---|---|---|
| | | |

**Documentation for Revocation of Advance Directive**

| Date | Time | RN Signature | Physician Informed (state MD name) |
|---|---|---|---|
| | | | |

Patient informed of implications of decision.

| Date | Time | RN Signature |
|---|---|---|
| | | |

Patient Acknowledgement for Receipt of Advance Directive Policy Patient Summary

| Date | Signature | Witness |
|---|---|---|
| Sep. 16 | _____ | Sandra Parshall |

140004                                                    S:\PAT\FR\FORMS.PM5

500685.011.0392

**SMRMC Advance Directives Form**
**Other Actions/Additional Information**
**(include dates, time, description, signature):**

AD 1/20/92

500685.011.0393

# ST. MARY REGIONAL MEDICAL CENTER
## INTERDISIPLINARY ASSESSMENT

### General Information

PAT Date: _____ Time: _____
Admit Date: 9/14/97  Dr: Renal Calculi
Admitting Physician: P. Mailhot  Considered organ/tissue donation? Y___ N___
Attending Physician: M. Boulanger
Chief Complaint: abd/flank pain

Education: 11th  Occupation: molds/shoe factory
Primary Language: English
Able to Read: yes  Write: yes
Vital Signs  T 36.6  P 92  R 16
BP(L) 134/ (R)
Height 5'6" actual/stated
Weight 106 Kg actual/stated

**PERSON TO NOTIFY IN EMERGENCY**
Name: Debra Fantozzi (wife)
Phone: Home: 7823873  Work: _____

**SIGNIFICANT OTHER:**
Name: _____
Phone: Home: _____ Work: _____
Information obtained from:  Relationship: _____
Name: _____

### Allergies / Reaction

| Allergies | Reaction |
|---|---|
| hayfever - has shots for it sometimes | |
| NKDA | |

Latex: Yes / No

### Current Medications

| NAME | DOSAGE | FREQUENCY | LAST DOSE | REASON FOR TAKING |
|---|---|---|---|---|
| none | | | | |

### Substance Use

| | Name | Frequency | Amount | Last Used |
|---|---|---|---|---|
| Over-The-Counter | nose spray - nasalcrom for allergies | | | |
| Stimulants/Tranquilizers | Ø | | | |
| Recreational Drugs | Ø | | | |
| Alcohol | quit EtOH use approx 5 mo ago - beer | | | |
| Other | Ø | | | |

Have you been able to follow prescribed medication/Treatments? N/A Y___ N___ Why? _____
Have you ever been involved in rehabilitation? N/A Y___ N___ Explain _____

### Nutrition Screen

Weight loss / gain: ___ Kg/lbs / in __1__ weeks / months
Active problem(s):

| | | |
|---|---|---|
| Chewing | X Diarrhea off/on | Pregnant ... Tube Feed |
| Swallowing | Decubitus | Lactating ... TPN/PPN |
| Vomiting | Eating Disorder | X Surgery Planned ... PPN |

Albumin _____  Referral Level _____  Signature S. Carbon R.

FP0228   Pink Copy - Nutrition Services • Yellow Copy - Pharmacy   Page 1

500685.011.0394

## Medical History

7255582    AS    32    221343
9/16/97 RESIDENCY. PAUL R
FANTOZZI. RONALD N
 RD
                    XE  04210
0154  Respiratory I/B 267-2023975
215103 Blood Disorders 0004

| | | |
|---|---|---|
| ___ Negative Hx | ___ Neurologic | ___ Respiratory |
| ___ Diabetes | X Hepatitis/Infectious Diseases | ___ Blood Disorders |
| ___ HTN | X Vision Disorder *eye - retina problems* | ___ Kidney Disease |
| ___ Heart Disease | ___ Hearing Disorder | ___ Thyroid Disease |
| ___ Tuberculosis | ___ Seizure Disorder | ___ CVA |
| ___ Orthopedic | ___ Psychological/Emotional | ___ Cancer |
| ___ Other | | |

Surgical HX/Previous Hospitalizations: _Hepatitis C - 1 yr ago - ? from tat oo_
_GallBladder Removed 8 yrs ago, Chron's Disease_

**Signature**

**Problem/**

## Musculoskeletal

HISTORY: __X__ Negative Hx

| | | |
|---|---|---|
| ___ Arthritis | ___ Fractures | ___ Scoliosis |
| ___ Deformities | ___ Injuries | ___ Muscular Dystrophy |
| ___ Joint Pain | ___ Amputations | ___ Other |

Explain: _____

**Problem/**

EXAM:

| Ambulation | Gait | Assistive Devices | |
|---|---|---|---|
| X unassisted | X steady | ___ wheelchair | ___ crutches |
| ___ assisted with 1 or 2 | ___ unsteady | ___ cane | ___ walker |
| ___ unable | | ___ splints | ___ prosthesis |

Range of Motion Difficulties (specify): _____

Comments: _____

**Signature**

## Cardio Pulmonary

HISTORY: __X__ Negative Hx

| | | | |
|---|---|---|---|
| ___ Chest Pain | ___ Anemia | ___ Murmur | ___ Congenital Defect |
| ___ Palpitations | ___ Varicosities | ___ Hypercholesteremia | ___ Pacemaker |
| ___ MI | ___ TIA | ___ Arrhythmias | ___ Artificial Valve |
| ___ CVA | ___ CHF | ___ Peripheral Edema | ___ Mitral Valve Prolapse |
| ___ HTN | ___ PVD | ___ Permanent IV Access | ___ Other |

Explain: _____

**Problem/**

EXAM:

| Pulse | Capillary Refill | Lung Sounds | | Chest Excursion |
|---|---|---|---|---|
| X Regular | X Quick | | (L) (R) | X Symmetrical |
| ___ Irregular | ___ Sluggish | Clear | X ___ | ___ Asymmetrical |
| ___ Bounding | | Wheezing | ___ ___ | |
| ___ Thready | **Cyanosis** | Crackles | ___ ___ | |
| ___ Weak | X None | Rhonchi | ___ ___ | |
| | Lips | | | |

Monitor Pattern (if applicable)

**Breathing Pattern**
X Non Labored     ___ Labored     ___ Rapid     ___ Regular     ___ Accessory Muscle Use

**Signature**
**Page 2**

500685.011.0395

7/18/97 MAILPCT. PAUL R    221342
PANTOZZI, RONALD N
40 P___ND RD
AUBURN
C15Y                    ME  04210
218103-01          62 M/4 207-7823873
                        99990089

_____
| **Gastrointestinal** |
_____

**HISTORY:** _____ Negative Hx

| | | |
|---|---|---|
| N Diarrhea | ? Blood in Stools *checks up* | _____ Hiatal Hernia | _____ N/V |
| _____ Constipation | x Abd/Epigastric Pain | _____ Diverticulosis | K Cramps |
| _____ Ostomy | _____ Irritable Bowel Syndrome | _____ Eating Disorder | _____ Jaundice |
| _____ Hemmorhoids | _____ Gastric Ulcer/Polyps | _____ Dysphagia | _____ Cancer |
| _____ Hematemesis | _____ Esophagitis/Varices | _____ Heartburn | _____ Other |

Explain: *Chrones Disease - Dx 1980. Part of Bowel Removed 1981-82*

**NUTRITION:**
Diet _____ Regular   K Special (Explain): *Low fat, ↑fluids (enem, ganade)*
Dentures: _____ Upper   _____ Lower   _____ Partial

| **Feeding** | **Appetite** | **Bowel Habits** |
|---|---|---|
| ✓ Self | ✓ Good | ✓ Regular |
| _____ Needs Assist | ✓ Fair | ✓ Irregular |
| | _____ Poor | 9ltd Last Bm |

**EXAMS:**

| **Dental Hygiene** | **Oral Mucosa** | **Bowel Sounds** | **Abdomen** |
|---|---|---|---|
| ✓ Good | ✓ Pink | ✓ Present | ✓ Tender | ✓ Nondistended |
| _____ Fair | _____ Moist | _____ Absent | _____ Nontender | ✓ Soft |
| _____ Poor | ✓ Dry | | _____ Distended | _____ Firm |

Comments: _____
_____
_____
_____

Problem/ _____

Signature _____

_____
| **Urinary** |
_____

**HISTORY:** _____ Negative Hx

| | | |
|---|---|---|
| _____ UTI | _____ Dysuria | _____ Chronic Renal Failure |
| _____ Hematuria | _____ Pyuria | _____ Cancer |
| _____ Nocturia | _____ Urinary Stress Incontinence | _____ Prostate Problems |
| _____ Eneuresis | K Kidney Stones *sm one* | _____ Other |

Explain: *was able to pass on own ○ in ER*   *long time ago*

| **Urine** | **Voiding Pattern** | **Bladder** |
|---|---|---|
| _____ Clear | K No Difficulty | *slightly* Distended |
| _____ Cloudy | _____ Frequency | _____ Non-Distended |
| X Dark | _____ Urgency | |
| X Yellow | _____ Hesitancy | |
| _____ Pink-tinged | _____ Incontinence | |
| | _____ Discomfort | |

Problem/ _____

Signature _____

Page 3

500685.011.0396

**EXAM:** **Catheter**

```
7259582      MS      NR     281342
9/16/97 MAILHOT, PAUL E
FANTOZZI, RONALD M
40 POLAND RD
AUBURN        ME   04210
CITY        /62 N/M 207-7823878
218103-31      99990CS9
```

_____ Indwelling/Size _____
_____ Intermittent/How often?
_____ Suprapubic

**Dialysis**
_____ No
_____ Yes    #Yrs./Mos. _____
_____ Hemo/#Times per Week
_____ Peritoneal/Exchange Pattern
_____ Solution Strength

**Graft Site Location:**

| Thrill | Bruit | Site Condition | | Dialysis Catheter |
| --- | --- | --- | --- | --- |
| _____ Present | _____ Present | _____ Edematous | | _____ No |
| _____ Absent | _____ Absent | _____ Erythematous | | _____ Yes |
| | | _____ Discolored | | Site _____ |
| | | _____ No Abnormalities | | |

Comments: _____

Signature

## Reproductive / Sexuality

**HISTORY:** ✓ Negative Hx:    Problem/
_____ STD        _____ Pain        _____ Breast CA
_____ PID        _____ Discharge   _____ Other
_____ Menstrual Irregularities    _____ Cysts/Tumors
Explain: _____

LMP _____                          Mastectomy
Pregnant _____ Yes _____ No          _____ N/A
Para _____                         _____ Right
Gravida _____                      _____ Left
Last Pap Smear _____               _____ Bilateral
Self Breast/Testicular Exam _____ Yes _____ No
Comments: _____

Signature

## Integumentary

**HISTORY:** _____ Negative Hx:    Problem/
_____ Psoriasis    _____ Eczema     _____ Pruritis    _____ Wounds
_____ Lesions      _____ Cancer     _____ Other
Explain: _Tatoo yrs ago._

**EXAM:**

| Color | Turgor | Temperature | Moisture |
| --- | --- | --- | --- |
| Pink | ✓ Good | ✓ Warm | ✓ Dry |
| Pale | Fair | Hot | Moist |
| Flushed | Poor | Cool | Diaphoretic |
| Ashen | | | |
| Jaundiced | | | |

Signature

Page 4

500685.011.0397

```
7259582        S      MR     342
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
40 POLAND RD
AUBURN         ME   04210
C35Y        62 X/M 207-7823873
218103-01      99990089
```

**SKIN IMPAIRMENTS:**     Identify with Appropriate Letter



Front          Back

C=Contusion
D=Ducubitus
R=Rash
L=Laceration
E=Ecchymosis
S=Scar
P=Petechiae
B=Burn
O=Other

**Problem/**

Comments/Current Treatments: _____

_____

_____

**Signature**

| Neurological |
|---|

**HISTORY:** _____ Negative Hx:                                          **Problem/**

| | | |
|---|---|---|
| _____ Headaches | _____ Numbness | _____ HOH | _____ Diplopia |
| __✓__ Vertigo | _____ Tingling | _____ Tinnitus | _____ Glaucoma |
| _____ Syncope | _____ Behavioral Changes | _____ Herniated Discs | _____ Cataracts |
| _____ TIA | _____ Seizures | _____ Multiple Sclerosis | _____ Other |

Explain: _Sees Dr Boulanger for eb dizziness, has lost consciousness one_
_p̄ 3mo long cold - still occurs_

(Vision) Last Checked _retinal damage -- off & on difficulty seeing - goes blank_
_____ No Visual Impairment                    _Dr say nothing can be done_
_____ Artificial Eye _____ (L) _____ (R)   _(L) eye only_
_____ Legally Blind _____ (L) _____ (R)
_____ Totally Blind _____ (L) _____ (R)

**Signature**

| Fall Assessment |
|---|

**HISTORY:** _____ Negative Hx:                                          **Problem/**

| | |
|---|---|
| _____ Gait Unsteady | _____ Uses Walker, Cane, Prosthetic |
| _____ Diseases/Weight Bearing Joints | _____ Confused at Night/Disorientation |
| _____ Pain Medication | _____ Diuretics/Urinary Frequency |
| | _____ Generalized Weakness/dizziness/vertigo |

Comments _____

**Signature**

A "Y" will trigger a safety alert

| Signatures | | |
|---|---|---|
| Name | Discipline | Date |
| _Mailhot, P._ | _RN_ | _9/16/97_ |
| | | |
| | | |

Page 5

500685.011.0398

**REFERRAL SCREEN**

7259582    NS    NR    22134
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
4C POLAND RD
AUBURN    ME    04210
CASE    762 N/M 207-782270
2 PPD 63-01    9999

| Respiratory | | | | |
|---|---|---|---|---|

1. Do you smoke or chew tobacco   Y  (N)   How many years _____  | Problem/ Referral
   When did you quit _____   How long _____
2. Do you have a cough   Y  (N)   Do you produce sputum   Y  (N)
   What is color _____   Any blood   Y  (N)
3. Do you have post nasal drip   Y  (N)
4. Do you have seasonal allergies   (Y)  N
5. Do you snore   Y  (N)   Do you become sleepy during the day   Y  (N)
6. Are you currently SOB   Y  (N)
   Describe what happens _____
7. Have you been treated for:       Have you been told you have:
   Pneumonia      Y  (N)      Asthma         Y  (N)
   Tuberculosis   Y  (N)      Emphysema      Y  (N)
   Lung Caner     Y  (N)      Bronchitis     (Y)  N

*A total of 6 Y will trigger a RCP assessment*

Signature

| Rehab Services | | |
|---|---|---|

1. Are you receiving rehab services at home   Y  (N)   | Problem/ Referral
   PT _____   OT _____   Speech _____   HHA _____
2. Do you have pain or circumstances that prevents you from performing ADL   Y  (N)
   If Y, what are you unable to do _____
3. Do you currently use assistive devices
   WC _____   Walker _____   Cane _____   Other _____
4. Do you require assist to bath/dress   Y  (N)
5. Do you have difficulty chewing or swallowing   Y  (N)
6. Do you have difficulty hearing   Y  (N)
7. Do you have difficulty making yourself understood   Y  (N)
8. Do you have difficulty understanding what is said to you   Y  (N)

**A Y will trigger a referral to Rehab Services**
**(OT, PT, Speech)**

Signature

| Spiritual | |
|---|---|

1. What is your source of strength during times of difficulty _____   | Problem/ Referral

2. Are you affiliated with a church/synagogue _____
3. Do you request a visit from the chaplain   Yes    No

_Susan Gibson R_____   9/16/11   1500   Signature
RN Completing Form    Date    Time    Page 6

500685.011.0399



**St. Mary's Regional Medical Center**
**Nursing Diagnosis/Patient Problem List**

```
7259982    KS      AR    221342
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD N
40 POLAND RD
AUBURN        ME  04210
C3SY      /62 W/H 207-7923873
218103-01      99990089
```

| Code: | A = Problem identified and worked on. | | B = Problems identified and not worked on at this time. | |
|---|---|---|---|---|

| Code | Date | # | Problem: *Alt in comfort* | Initiated By | Date Resolved |
|---|---|---|---|---|---|
| A | 9/16 | A | *Renal calculi* | *S. Carlson, R—* | |

Manifested By: *c/o abd / flank pain (L)*

Plan: *clear ligs - strain urine*
*pre-op cysto - (L) ureteral stent insertion*

Discharge Outcome - Patient will: *void s̄ difficulty, state ↓ pain*

| Code | Date | # | Problem: *Elimination* | | |
|---|---|---|---|---|---|
| A | 9/17 | 2 | | *Schuer* | |

Manifested By: *unable to void*

Plan: *Sx, call prn, strain urine, teach about stent*

Discharge Outcome - Patient will: *void s̄ difficulty*

| Code | Date | # | Problem: | | |
|---|---|---|---|---|---|
| | | | | | |

Manifested By:

Plan:

Discharge Outcome - Patient will:

SMK UIFORMS

500685.011.0400

```
7259582    MS      MR    221342
  9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD H
40 POLAND RD
AUBURN              ME  04210
C35Y        762 M/M 207-7823873
218103-01      99990099
```

**St. Mary's Regional Medical Center**
**Nursing Diagnosis/Patient Problem List**

| Code: | A = Problem identified and worked on. | | | B = Problems identified and not worked on at this time. | | |
|---|---|---|---|---|---|---|
| **Code** | **Date** | **#** | **Problem:** | | **Initiated By** | **Date Resolved** |
| | | | **Manifested By:** | | | |
| | | | **Plan:** | | | |
| | | | **Discharge Outcome - Patient will:** | | | |
| **Code** | **Date** | **#** | **Problem:** | | | |
| | | | **Manifested By:** | | | |
| | | | **Plan:** | | | |
| | | | **Discharge Outcome - Patient will:** | | | |
| **Code** | **Date** | **#** | **Problem:** | | | |
| | | | **Manifested By:** | | | |
| | | | **Plan:** | | | |
| | | | **Discharge Outcome - Patient will:** | | | |

SMNXDXFORM3

500685.011.0401

St. Mary's Regional Medical Center

**Nursing Documentation Form**
Assessment • Intervention • Evaluation

Date: _9/16/97_

```
7259582      NS    MR    221342
9/16/97 HAILHOT, PAUL R
FARTOZZI, RONALD M
4C POLAND RD
AUBURN         ME  04210
C35Y      /62 M/M 207-7823873
218103-31    99990089
```

| Shift Times: | | 7 - 3 | 3-11 | 11-7 |
|---|---|---|---|---|
| **Assessment/Observations** | Psych/Social | | | *coozy stds* |
| | Cardiovascular | | | *BP 135/72  135/74* |
| | Respiratory | | | *lung clear* |
| | Gastrointestinal | *see admission assessment* | | *distended abd during offen see note* |
| | Genitourinary | | | *voids at 2145 no urson change* |
| | Integumentary | | | *mild* |
| | Musculoskeletal | | | *uuE stid* |
| | Neurovascular | | | |
| | Neurological | | | *A.  O.* |
| | Pain | | | *L flank area  R legs to med  + alteli* |
| **Teaching:  See Progress Notes Or Teaching Flow Sheet** | | | | |
| **Procedures** | O₂ | | | *RA.* |
| | Suction | | | — |
| | Cough & Deep Breathe | | | — |
| | Incentive Spirometer | | | — |
| | Dressing | | | |
| | Anti-Embolic Device | | | *Teds given* |
| | Dx Test/Special Procedure | | | |
| | Spec Sent to Lab | | | |
| | IV Therapy | | | *RL 125/* |
| | I-Med | | | — |
| | Checks (rounds) | *J Carber, R* | | *1/2 - 1   O'Neil* |

\* = See Progress Notes
FJ 0073

Date: _____ 7/16 _____

7259582    MS    MR    221342
9/16/97  BAILROT, PAUL R
FANTOZZI, RONALD M

| | | 7-3 | T-M | 62 R/N 200-7823679 |
|---|---|---|---|---|
| | Shift Times: | | | |

<table>
<tr><td rowspan="3">HYGIENE</td><td>Bath</td><td></td><td>21P4G330L</td><td>99930089 BT</td></tr>
<tr><td>Special Mouth Care</td><td></td><td>Refused</td><td></td></tr>
<tr><td>Foley Care/Peri Care</td><td></td><td></td><td></td></tr>
<tr><td rowspan="2">NUTRITION</td><td>Appetite</td><td></td><td></td><td></td></tr>
<tr><td>Tube Feeding/Supplements</td><td></td><td></td><td></td></tr>
<tr><td rowspan="8">ELIMINATION</td><td>Stools</td><td></td><td>7 x 1 c̄ Fluts</td><td>BT</td></tr>
<tr><td>Hematest Procedures</td><td></td><td></td><td></td></tr>
<tr><td>Enema</td><td></td><td>Fluts x1</td><td>BT</td></tr>
<tr><td>Catheter Str/Foley</td><td></td><td></td><td></td></tr>
<tr><td>Strain Urine</td><td></td><td></td><td></td></tr>
<tr><td>Incontinent</td><td></td><td></td><td></td></tr>
<tr><td>Ostomy Care</td><td></td><td></td><td></td></tr>
<tr><td>NG/Gtube</td><td></td><td></td><td></td></tr>
<tr><td></td><td>Other</td><td></td><td>I.V.</td><td>BT</td></tr>
<tr><td rowspan="6">ACTIVITY</td><td>Bedrest/Reposition</td><td></td><td>self</td><td>BT</td></tr>
<tr><td>Ambulate</td><td></td><td>self to bathroom</td><td>BT</td></tr>
<tr><td>Up In Chair</td><td></td><td></td><td></td></tr>
<tr><td>ROM By Nursing</td><td></td><td></td><td></td></tr>
<tr><td>Sleep</td><td></td><td>Poor</td><td>BT</td></tr>
<tr><td>Friends/Family</td><td></td><td></td><td></td></tr>
<tr><td rowspan="3">SAFETY</td><td>Siderails/Call Bell</td><td></td><td>2↑ x̄ bell in reach</td><td>BT</td></tr>
<tr><td>Restraints: Type/Checks</td><td></td><td></td><td></td></tr>
<tr><td>Transport</td><td></td><td></td><td></td></tr>
</table>

| Signature/Initials | Signature | Init. | Signature | Init. | Signature | Init. |
|---|---|---|---|---|---|---|
| | | | | | B.Tery cʃ1 | BT |
| | | | | | | |

## Intake and Output Log

| | Intake | | | | Total 0600h - 0600h | | Output | | | Total 0600h - 0600h | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TF | PO | Blood TPN | I.V. Solution | Other | Time | Urine | Drainage | Emesis | Other | |
| 1400h | | | | | | 1400h | | | | | |
| 2200h | | | | | | 2200h | | | | | |
| 0600h | | | | | | 0600h | | | | | |
| 24 Hour Total | | | | | | 24 Hour Total | | | | | |

500685.011.0403



**St. Mary's Regional Medical Center**

**Nursing Documentation Form**
Assessment • Intervention • Evaluation

Date: _9/17/97_

Shift Times: _07-19_

| | | 7-3 | 3-11 | 11-7 19-07 |
|---|---|---|---|---|
| **Assessment/Observations** | Psych/Social | quiet, cooperative | | cooperative |
| | Cardiovascular | apical edema, pedal pulses palpable | | VSS table |
| | Respiratory | lung sounds clear, diminished Ⓡ | | lung clear diminished ® base |
| | Gastrointestinal | nausea pre-op. bowel sounds active unactive loss bm post op | | abd distende c sof gard BS total |
| | Genitourinary | str. cath @ 1530 for 450 cc clamp for pre care c scant amt bloody clear @ end of cath. Some wires intact, foley cricked @ 1700 | | foley in urine clear D light amber |
| | Integumentary | warm, dry | | w/d |
| | Musculoskeletal | MAE, up to BR | | MAE |
| | Neurovascular | cap refill brisk | | order |
| | Neurological | A+O+3 | | A. O |
| | Pain | Buprenex 0.3mg IV @ 1130 ⊙ fair but short epid Percocet 5/0 @ 1430 = perfect | | CLD c epid c bupenef at |
| | | Buprenex 0.3 IV @ 1700 c sl effect | | 242 = 0350 c filling |

| **Teaching:** | **See Progress Notes Or Teaching Flow Sheet** |
|---|---|

| | | | | |
|---|---|---|---|---|
| **Procedures** | O₂ | RA | | RA |
| | Suction | -- | | |
| | Cough & Deep Breathe | encourage | | encouraged |
| | Incentive Spirometer | -- | | |
| | Dressing | silent, dry, taped to penis | | neat dry to penis |
| | Anti-Embolic Device | Knee hi TEDs | | teds |
| | Dx Test/Special Procedure | BK | | |
| | Spec Sent to Lab | | | 242 1751 |
| | IV Therapy | with heparin | | patent c sites |
| | I-Med | -- | | |
| | Checks (rounds) | q15min prn scheduled | | 151 |

* = See Progress Notes

F1.0073

500685.011.0404

Date: _____ 9/17 _____

```
7253582    MS    NR    221332
9/16/97 MAILHOT, PAUL R
FANICZZI, RONALD M
40 UPLAND RD
AUBURN              ME  04210
62 4/M 207-7823873
218103-01    99990089
```

Shift Times:

| | | 7-3 | 3-11   9A 0A   11-7 | |
|---|---|---|---|---|
| HYGIENE | Bath | assist | partial assist | RK |
| | Special Mouth Care | | | |
| | Foley Care/Peri Care | assist | | |
| NUTRITION | Appetite | N P O | | |
| | Tube Feeding/Supplements | | | |
| ELIMINATION | Stools | loose 1ns | | |
| | Hematest Procedures | | | |
| | Enema | | | |
| | Catheter Str/Foley | | draining cl yellow | RK |
| | Strain Urine | ✓ | yes | RK |
| | Incontinent | | | |
| | Ostomy Care | | | |
| | NG/Gtube | | | |
| | Other | | I V | RK |
| ACTIVITY | Bedrest/Reposition | assist reposition | self | RK |
| | Ambulate | 2 assist | self in room | RK |
| | Up In Chair | 0 | x1 | RK |
| | ROM By Nursing | | | |
| | Sleep | | OK | RK |
| | Friends/Family | | visitors | RK |
| SAFETY | Siderails/Call Bell | | 4453 bell in reach | RK |
| | Restraints: Type/Checks | A- | | |
| | Transport | W.O.R.C Klip | | |

| | Signature | Init. | Signature | Init. | Signature | Init. |
|---|---|---|---|---|---|---|
| Signature/Initials | Julie Missalbett | LM | | | Pat Fleury CPI | RK |

## Intake and Output Log

| | Intake | | Total 0600h - 0600h | | | | Output | | Total 0600h - 0600h | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TF | PO | Blood TPN | I.V. Solution | Other | Time | Urine | Drainage | Emesis | Other |
| 1400h | | | | | | 1400h | | | | |
| 2200h | | | | | | 2200h | | | | |
| 0600h | | | | | | 0600h | | | | |
| 24 Hour Total | | | | | | 24 Hour Total | | | | |

500685.011.0405

St. Mary's Regional Medical Center

**Nursing Documentation Form**
**Assessment • Intervention • Evaluation**

Date: _9/8/97_

```
7259582      NS     NR    221342
9/18/97 MAILHOT, PAUL R
FARTOZZI, RONALD M
4C POLAND RD
AUBURN        ME  04210
K 357        /62 M/M 267-7823873
[212103-C]         99990089
```

Shift Times: _07-19_

| | | 7 - 3 | 3 - 11 | 11-7 |
|---|---|---|---|---|
| **Assessment/Observations** | Psych/Social | Alert, cooperative /cc anxious | pleasant, cooperative | cooperative |
| | Cardiovascular | Bil. pedal pulses palpable Ø pedal edema noted /cc | +pedal edema pedal pulses+ | V/S |
| | Respiratory | lung sounds clean cord. to cough + deep breathe /cc | lungsounds cord bases | lungs clean |
| | Gastrointestinal | BS active ⊕ soft ⊕ abd soft + abdomen /cc | BS, ⊕ nausea | abd distended |
| | Genitourinary | voided 575 cc, Stent patent /cc | urine clear amber @ 1400 | clear |
| | Integumentary | warm dry /cc staples clean dry intact /cc | skin warm & dry | W/d |
| | Musculoskeletal | MAE, P.T. delivery /cc abd. incision /cc | MAE, amb to BR | amb |
| | Neurovascular | PERL, cap refill brisk /cc | cap refill brisk | |
| | Neurological | A+O x3 /cc | /A×3 | A - O |
| | Pain | medicated /cc | | |
| **Teaching:** | | See Progress Notes Or Teaching Flow Sheet | | |
| **Procedures** | O₂ | — | RA | RA |
| | Suction | — | | |
| | Cough & Deep Breathe | encouraged /cc | encourage | encouraged |
| | Incentive Spirometer | — | — | |
| | Dressing | abd dressing in tact to perie /cc | | |
| | Anti-Embolic Device | | | |
| | Dx Test/Special Procedure | — | | — |
| | Spec Sent to Lab | — | | |
| | IV Therapy | | | |
| | I-Med | — | — | |
| | Checks (rounds) | /cc | | |

\* = See Progress Notes
FL 0073

500685.011.0406

Date: 9/18/97

```
7259582      HS      HR    221541
9/16/97 HAILHOT. PAUL R
FANTOZZI, RONALD H
4G PCLAND RD
3. AUBURN         HE   OH2-TD
CASY
218103-01            V62 R7R 201-7823897
                     99990008
```

| Shift Times: | 7-3 | | Init. | | Init. | | Init. |
|---|---|---|---|---|---|---|---|
| **HYGIENE** | | | | | | | |
| Bath | self / cc | | | refused HS care / cc | | | |
| Special Mouth Care | self / cc | | | | | | |
| Foley Care/Peri Care | | | | | | | |
| **NUTRITION** | | | | | | | |
| Appetite | eggs for BF part lg dis | | | | | | |
| Tube Feeding/Supplements | | | | | | | |
| **ELIMINATION** | | | | | | | |
| Stools | ⌀ | | | | | | |
| Hematest Procedures | | | | | | | |
| Enema | | | | | | | |
| Catheter Str/Foley | | | | foley patent - urine clr / cc | | | |
| Strain Urine | | | | voiding urine | | | |
| Incontinent | | | | | | | |
| Ostomy Care | | | | | | | |
| NG/Gtube | | | | | | | |
| Other | | | | | | | |
| **ACTIVITY** | | | | | | | |
| Bedrest/Reposition | self / cc | | | self / cc | | | |
| Ambulate | P in hallway / cc | | | ↑↓ ad lib / cc | | | |
| Up in Chair | ↑ in chair / cc | | | | | | |
| ROM By Nursing | | | | | | | |
| Sleep | | | | good night / cc | | | |
| Friends/Family | | | | Daughter in / cc | | | |
| **SAFETY** | | | | | | | |
| Side rails/Call Bell | up / up / cc | | | rail's ↑, bell'n reach / cc | | | |
| Precaution Type/Checks | | | | | | | |
| Restraint | | | | | | | |

| | Signature | Init. | Signature | Init. | Signature | Init. |
|---|---|---|---|---|---|---|
| Signature/Initials | C. Camino, SNA | cc | Nicole Fisher | cf | | |

## Intake and Output Log

| | Intake | | | Total 0600h - 0600h | | | Output | | Total 0600h - 0600h | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | PO | Blood TPN | I.V. Solution | Other | Time | Urine | Drainage | Emesis | Other |
| 1400h | | | | | | 1400h | | | | |
| 2200h | | | | | | 2200h | | | | |
| 0600h | | | | | | 0600h | | | | |
| 24 Hour Total | | | | | | 24 Hour Total | | | | |

500685.011.0407

**St. Mary's Regional Medical Center**

**Nursing Documentation Form**
**Assessment • Intervention • Evaluation**

Date: _9/19/97_

```
759582              NS      NR
9/16/97 HAILHOT, PAUL R  221342
FINTOZZI, RONALD H
4L POLAND RD
AUBURN              NE   04210
C 15Y          /62 N/N 207-7823873
2 8163-01          99990089
```

Shift Times:

| | | 7 – 3 | 3 – 11 | 11 – 7 |
|---|---|---|---|---|
| **Assessment/Observations** | Psych/Social | alert, oriented, cooperative condition /cc | pleasant talkative | alert, sleepy, pleasant |
| | Cardiovascular | 13:35 VS, afeb, 96 20, 37 /cc | o pedal edema | P112  B/P 114 no c/o chest pain |
| | Respiratory | lung sounds clear, d SOB /c | lung sounds clear | lungs clear   RA |
| | Gastrointestinal | BS active, diarrhea x1, clear yellow, void, 7 II /cc | unchanged no c/o nausea oms | no BM  bowel sounds active no c/o nausea |
| | Genitourinary | foley patent, voided 750cc clear, amber, oriented x | foley patent, void amber | foley patent urine clear yellow to catheter |
| | Integumentary | chesty patch in place, d s/s of redness, edema /cc | clean/intact area, no drainage | injection sites — pink |
| | Musculoskeletal | MAE, x in shower to bath /cc | MAE, wNL | MAE's |
| | Neurovascular | LE RLE + edema, ss edema like noted /cc | cap refill brisk | pulses present |
| | Neurological | alert x 3 /cc | AAO x3 | AAO |
| | Pain | medicated c Duragesic, Percocet c c news, heels of trip pec c, past meds (P) /cc  Buprenex 0.3 g 1130 & 1600  Phenergan 50mg IV 1351 & 1600 | | medicated c Buprenex at 1 Phenergan 25 mg IM 2210n and started on Valium scheduled Percocet II given at 0415 c fair effect |

| **Teaching:** See Progress Notes Or Teaching Flow Sheet | | | |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Procedures** | O₂ | — | RA | RA |
| | Suction | — | | |
| | Cough & Deep Breathe | — | enc | — |
| | Incentive Spirometer | — | | — |
| | Dressing | — dent on pump | drsg intact | strat c intact |
| | Anti-Embolic Device | on, rem'd in prior to shower /cc | 1525 | off |
| | Dx Test/Special Procedure | chest x-ray, CXR done c 1215 /cc | FVB | |
| | Spec Sent to Lab | | — | |
| | IV Therapy | changed circuit, cvr to bolus /cc | KVO patent | IV @ ___ patent D5/.25/NS |
| | I-Med | c fresh tubing at am /cc | | |
| | Checks (rounds) | q 4° /cc | q 4 ing | q 1/2 hr RA |
| | | | Bchur | Maureen Armstrong |

*= See Progress Notes
FL 0072

500685.011.0408



500685.011.0409



**St. Mary's Regional Medical Center**

**Nursing Documentation Form**
**Assessment • Intervention • Evaluation**

Date: 9/20

```
7259582      NS    NR    221342
9/16/97 NAILHOT, PAUL R
FANTOZZI, RONALD M
40 POLAND RD
AUBURN        ME    04210
C?SY    /62 M/N 207-7823073
212103-01    99490089
```

Shift Times:

| | | 7-3 | 3-11 | 11-7 /9-07 |
|---|---|---|---|---|
| **Assessment/Observations** | Psych/Social | Alert | | Alert. talkative |
| | Cardiovascular | BP 107/76 pulse 107 | | Stable. Cardiac reg HS. |
| | Respiratory | lungs clr ✓ x2 | | clear |
| | Gastrointestinal | BS+ liq soft - stool Brown | | BS+ ) |
| | Genitourinary | stool - emotan ? toperic ? peeing | | voiding. spot amts cloudy dark |
| | Integumentary | cap refill 2sec Skin pale rd | | Pale. warm dry. |
| | Musculoskeletal | MAE | | MAE. |
| | Neurovascular | PP+ | | ✓ +PP? bilat. |
| | Neurological | no c/o tingly / numbness | | ✓. |
| | Pain | Percocet x 12 1b Valium as order | | c/o severe pain +S. Buprenex given mod relief |
| **Teaching:** See Progress Notes Or Teaching Flow Sheet | | | | |
| **Procedures** | O₂ | Room Air | | RA. |
| | Suction | | | |
| | Cough & Deep Breathe | Encouraged | | Enc. |
| | Incentive Spirometer | – | | |
| | Dressing | – | | |
| | Anti-Embolic Device | | | |
| | Dx Test/Special Procedure | | | |
| | Spec Sent to Lab | | | |
| | IV Therapy | N KR capped | | sirt on R arm |
| | I-Med | | | |
| | Checks (rounds) | q 30min wle | motdone ? | in room c |

* = See Progress Notes
FL007?

7259582    NS    NR    221342
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
4C POLAND RD
AUBURN         ME 04210
CP5Y      ███62 M/M 207-7823873
2B8103-01      99990089

Date: _9-20-97_

| Shift Times: | | 7 - 3 | | 3 - 11 | | 11 - 7 | |
|---|---|---|---|---|---|---|---|
| **HYGIENE** | Bath | self | C.M. | | | self | DPC |
| | Special Mouth Care | self | C.M. | | | self | DPC |
| | Foley Care/Peri Care | self | C.M. | | | self | DPC |
| **NUTRITION** | Appetite | fair, fairly fair | C.M. | | | no snack | DPC |
| | Tube Feeding/Supplements | | | | | | |
| **ELIMINATION** | Stools | | | | | | |
| | Hematest Procedures | | | | | | |
| | Enema | | | | | | |
| | Catheter Str/Foley | | | | | | |
| | Strain Urine | | | | | | |
| | Incontinent | | | | | | |
| | Ostomy Care | | | | | | |
| | NG/Gtube | | | | | | |
| | Other | | | | | | |
| **ACTIVITY** | Bedrest/Reposition | self | C.M. | | | self | DPC |
| | Ambulate | self | C.M. | | | self to BR | DPC |
| | Up In Chair | | | | | | |
| | ROM By Nursing | | | | | | |
| | Sleep | nap | C.M. | | | fair | DPC |
| | Friends/Family | in | C.M. | | | family | DPC |
| **SAFETY** | Siderails/Call Bell | rail up bell in reach | C.M. | | | ↑x2 in reach | DPC |
| | Restraints: Type/Checks | | | | | | |
| | Transport | | | | | | |

| Signature/Initials | Signature | Init. | Signature | Init. | Signature | Init. |
|---|---|---|---|---|---|---|
| | MMorgivey | | | | Deb Laredon | DPC |
| | Estelle Martel | C.M. | | | | |

## Intake and Output Log

| | Intake | Total 0600h - 0600h | | | | Output | Total 0600h - 0600h | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TF | PO | Blood TPN | I.V. Solution | Other | Time | Urine | Drainage | Emesis | Other |
| 1400h | | 1570 | | 700ml | | 1400h | 625 | | | |
| 2200h | | | | | | 2200h | | | | |
| 0600h | | | | | | 0600h | | | | |
| 24 Hour Total | | | | | | 24 Hour Total | | | | |

500685.011.0411

St. Mary's Regional Medical Center

**Nursing Documentation Form**
Assessment • Intervention • Evaluation

Date: 9/21/97

```
7259582        WS        WR      221342
9/16/97 MAILHOT, PAUL R
RANTOZZI, RONALD W
40 PCLAND RD
AUBURN          ME  04210
035Y        762 W/W 207-7823073
218103-01       99990089
```

Shift Times:

| | | 7-3 | 3-11 | 11-7 |
|---|---|---|---|---|
| **Assessment/Observations** | Psych/Social | alert sleepy | pleasant / cooperative | |
| | Cardiovascular | BP 134/74 Pulse 108 | VSS | |
| | Respiratory | lung sounds cl | LS clear ⊘ SOB | |
| | Gastrointestinal | BS+ abd soft | abd soft / nontender flat | |
| | Genitourinary | urine - amber yellow | * voiding in amt of 300 → 450cc/mic | |
| | Integumentary | Skin pale & dry | w/d. | facial edema ↓ |
| | Musculoskeletal | MAE | MAE | |
| | Neurovascular | PP+ Ō edema | PP. Ō edema | CSM adequate |
| | Neurological | no c/o tingly or numbness | A/O | o r/t |
| | Pain | Percocet II 9AM | medicated Ultram 50mg given @ 22³⁰ + 2º Ōt | |
| | | Percocet II 1400 Valium 10 + 17 @ approx 1800 | ⊘ @ flank pain Percocet 50mg given c 2½ | |
| **Teaching:** | See Progress Notes Or Teaching Flow Sheet | | | |
| **Procedures** | O₂ | Room Air | RA | |
| | Suction | | | |
| | Cough & Deep Breathe | encouraged | enc | |
| | Incentive Spirometer | | | |
| | Dressing | | | |
| | Anti-Embolic Device | | | |
| | Dx Test/Special Procedure | | | |
| | Spec Sent to Lab | | | |
| | IV Therapy | IV I. | Iv sites to patient | |
| | I-Med | | | |
| | Checks (rounds) | | 9₅ - | |

* See Progress Notes

Date: _9/21/97_

```
7259582      MS       NR    221342
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
MC POLAND RD
AUBURN          ME  04210
[illegible]
```

| | Shift Times: | 7-3 | | | | | |
|---|---|---|---|---|---|---|---|
| **HYGIENE** | Bath | shower/shave | E M. | | | Self DEC | |
| | Special Mouth Care | self | E M. | | | Self DEC | |
| | Foley Care/Peri Care | self | E M. | | | Self DEC | |
| **NUTRITION** | Appetite | fair, fair, fair | E M. | | | | |
| | Tube Feeding/Supplements | | | | | | |
| **ELIMINATION** | Stools | | | | | | |
| | Hematest Procedures | | | | | | |
| | Enema | | | | | | |
| | Catheter Str/Foley | | | | | straight cath E 580mL ə | |
| | Strain Urine | | | | | | |
| | Incontinent | | | | | | |
| | Ostomy Care | | | | | | |
| | NG/Gtube | | | | | | |
| | Other | | | | | | |
| **ACTIVITY** | Bedrest/Reposition | self | E M. | | | Self DEC | |
| | Ambulate | self | E M. | | | Self DEC. | |
| | Up In Chair | self | E M. | | | Self DEC | |
| | ROM By Nursing | | | | | | |
| | Sleep | nap | E M. | | | good DEC | |
| | Friends/Family | in | E M. | | | | |
| **SAFETY** | Siderails/Call Bell | sil ½ bell in reach | E M. | | | ↑X2/in reach DEC | |
| | Restraints: Type/Checks | | | | | | |
| | Transport | | | | | | |

| Signature/Initials | Signature | Init. | Signature | Init. | Signature | Init. |
|---|---|---|---|---|---|---|
| | Estelle Mentil | E M. | | | Deb Chandros | DEC |
| | | | | | J Deschambre | JES |

## Intake and Output Log

| Intake | | | | | Total 0600h - 0600h | Output | | | | Total 0600h - 0600h |
|---|---|---|---|---|---|---|---|---|---|---|
| | TF | PO | Blood TPN | I.V. Solution | Other | Time | Urine | Drainage | Emesis | Other |
| 1400h | | 1H2o | | | | 1400h | 450 | | | |
| 2200h | | | | | | 2200h | | | | |
| 0600h | | | | | | 0600h | | | | |
| 24 Hour Total | | | | | | 24 Hour Total | | | | |

500685.011.0413



**St. Mary's Regional Medical Center**

**Nursing Documentation Form**
Assessment • Intervention • Evaluation

D259585    MS    MR 221342
9/16/9 MAILHOT, PAUL R
ANTOZZI, RONALD M
O POLAND RD
UBURN    ME 04210
35Y    /62 M/M 207-7823873
18103-01    99990089

Date: 9-22-97

Shift Times: 0700-1600

| | | 7 - 3 | 3 - 11 | 11 - 7 |
|---|---|---|---|---|
| **Assessment/Observations** | Psych/Social | Pleasant | | |
| | Cardiovascular | B/p = 130/78 | | |
| | Respiratory | LS clear bilaterally | | |
| | Gastrointestinal | abd. firm / distended | | |
| | Genitourinary | c/o diff. voiding see notes | | |
| | Integumentary | warm / dry | | |
| | Musculoskeletal | MAE | | |
| | Neurovascular | B PP+ | | |
| | Neurological | alert x3 | | |
| | Pain | c/o L side pain med | | |
| | | c̄ Percocet at 0930 : 1430 | | |

| **Teaching:** See Progress Notes Or Teaching Flow Sheet | | | | |
|---|---|---|---|---|
| **Procedures** | O₂ | — | | |
| | Suction | — | | |
| | Cough & Deep Breathe | — | | |
| | Incentive Spirometer | — | | |
| | Dressing | — | | |
| | Anti-Embolic Device | — | | |
| | Dx Test/Special Procedure | — | | |
| | Spec Sent to Lab | — | | |
| | IV Therapy | None | | |
| | I-Med | | | |
| | Checks (rounds) | G I O | | |

* = See Progress Notes
FL 0073

500685.011.0414

Date: _4·22·97_

```
7259582    MS    MR    221342
4/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
40 POLAND RD
AUBURN         ME  04210
C15Y        262 M/M 207-7833073
218103-C1    99990089
```

| | Shift Times: | 7-3 | | 3-11 | | 11-7 | |
|---|---|---|---|---|---|---|---|
| **NURSING HYGIENE** | Bath | Self | TC | | | | |
| | Special Mouth Care | ↓ | TC | | | | |
| | Foley Care/Peri Care | | ↑B | | | | |
| **NUTRITION** | Appetite | Good Good | TC | | | | |
| | Tube Feeding/Supplements | | | | | | |
| **ELIMINATION** | Stools | | | | | | |
| | Hematest Procedures | | | | | | |
| | Enema | | | | | | |
| | Catheter Str/Foley | | | | | | |
| | Strain Urine | | | | | | |
| | Incontinent | | | | | | |
| | Ostomy Care | | | | | | |
| | NG/Gtube | | | | | | |
| | Other | | | | | | |
| **ACTIVITY** | Bedrest/Reposition | Self | TC | | | | |
| | Ambulate | Self | tB | | | | |
| | Up in Chair | ad lib | tB | | | | |
| | ROM By Nursing | | | | | | |
| | Sleep | Naps | ↓B | | | | |
| | Friends/Family | Family | ↓B | | | | |
| **SAFETY** | Siderails/Call Bell | rails/2 bell/reach | | | | | |
| | Restraints: Type/Checks | | | | | | |
| | Transport | D/c | ↓B | | | | |

| | Signature | Init. | Signature | Init. | Signature | Init. |
|---|---|---|---|---|---|---|
| Signature/Initials | SCuren | TC | | | | |
| | Quazness RN | BN | | | | |

## Intake and Output Log

| | Intake | | | Total 0600h - 0600h | | Output | | | Total 0600h - 0600h | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TF | PO | Blood TPN | I.V. Solution | Other | Time | Urine | Drainage | Emesis | Other |
| 1400h | | | | | | 1400h | | | | |
| 2200h | | | | | | 2200h | | | | |
| 0600h | | | | | | 0600h | | | | |
| 24 Hour Total | | | | | | 24 Hour Total | | | | |

500685.011.0415

St. Mary's Regional Medical Center
**Patient Progress Notes**

**ID Code For Clinical Services:**

NS - Nursing Service    R - Radiology    CS - Cardiology Services
DS - Dietary Service    RC - Respiratory Care    RT - Recreation Therapy
PC - Pastoral Care    ED - Pt. Educator    OT - Occupational Therapy
SW - Social Work    PH - Pharmacy    PT - Physical Therapy
ST - Speech Therapy

7259582    NS    MR    221342
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
RC FOLAND RD
AUBURN    ME    04210
035Y        62 M/R 207-7823873
218103-01    99990089

| ID Key | Date | Time | Notes | Signature and Title |
|--------|------|------|-------|---------------------|
| NS | 9/16 | 1430-1900 | Admit Note: Pt arrived via stretcher from ER. IV infusing ē difficulty. Pt is alert, oriented. C/o abd/⊕ flank pain - 5-6 on scale 1-10. Admission assessment completed. IV SR to LR @ 125⁰. Pt complained of increasing abd/flank pain. Requested more pain med. Buprenex 0.3mg IV given @ 1600 ē relief. Pt attempted to void x3 - was finally able to void 750 cc clear yellow urine which was strained and 0 stones found. Taking clear liquids. OR permit signed. To Urology lab to see pt. No complaints at present. S.Lawson, RN | |
| NS | 9/16 | 19-07 | #1 med ats 1450 ē Buprenex ē some relief. He states pain on a 10 to a 9- tried to void x3 unable ... ... | |

St. Mary's Regional Medical Center
Patient Progress Notes

ID Code For Clinical Services:

| NS - Nursing Service | R - Radiology | CS - Cardiology Services |
| DS - Dietary Service | RC - Respiratory Care | RT - Recreation Therapy |
| PC - Pastoral Care | ED - Pt. Educator | OT - Occupational Therapy |
| SW - Social Work | PH - Pharmacy | PT - Physical Therapy |
| | | ST - Speech Therapy |

```
7259582        MS     MR      22136
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
40 POLAND RD
AUBURN              ME  04210
C35Y            62 M/N 207-782
218103-01        99990089
```

| ID Key | Date | Time | Notes | |
|--------|------|------|-------|--|
| NS | 9/17 | | had diarrhea — instructed to use basin in order to vomit | |
| | | 04 | [illegible] — med c̄ Buprenex [illegible] IM — for [illegible] [illegible] comp. [illegible] | ✓ |
| | | 06 | vomited 75 cc [illegible] med c̄ compazine calls [illegible] clear [illegible] still unable to void [illegible] | [illegible] |
| NS | 9/17 | 0749 | #1) To pain Ⓟ abd. & flank & down to Ⓡ groin post-op. A) med c̄ Buprenex 0.3 ml [illegible] & Percocet [illegible] once R) Pt. reports good pain control c̄ Buprenex, no pain control c̄ Percocet P) monitor, medicate prn & document pt's response #2) Pt unable to void TO OR for cystoscopy + stent insertion. Pt unable to void post-op A) St. cathed c̄ @ 1500 for 1150cc clear amber urine c̄ small amt blood @ end when catheter removed. R) Pt still unable to void. A) Dr. Mailhot notified. #16 fr Foley inserted to gravity drg. urine clear amber P) monitor urinary drainage, strain urine Sw) Pt taught about stent monitoring ie: check freq to be sure stent strings taped to penis but no tape around entire penis, wear condom for sexual intercourse to protect stent strings removal will be done in physician's office Ⓢ stone pulverized by lithotripsy — | [illegible] |

500685.011.0417

**Mary's Re... Medical Center**
**Patient Progress Notes**

ID Code For Clinical Services:

NS - Nursing Service      R-Radiology          CS - Cardiology Services
DS-Dietary Service        RC-Respiratory Care  RT-Recreation Therapy
PC-Pastoral Care          ED-Pt. Educator      OT-Occupational Therapy
SW-Social Work            PH-Pharmacy          PT-Physical Therapy
                                               ST-Speech Therapy

```
7259582    NS    NR    22134
9/16/97  MAILHOT, PAUL R
FANTOZZI, RONALD M
40 POLAND RD
AUBURN         ME  04210
D35Y        /62 M/M 207-7823873
218103-01        99990089
```

| ID Key | Date | Time | Notes | Signature and Title |
|--------|------|------|-------|---------------------|
| NS | 9/17 9/18 | 14-07 | (handwritten notes, largely illegible) | |
| NS | 9/18 | 0900 1300 | (handwritten notes, largely illegible) | |
| NS | 9/18 | 07-19 | (handwritten notes, largely illegible) | |
| NS | 9/18 9/19 | 19-07 | (handwritten notes, largely illegible) | |

140070

500685.011.0418

St. Mary's Regional Medical Center
Patient Progress Notes

```
7259582      NS      NR      281342
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
40 POLAND RD
AUBURN          ME  04210
C35Y        X62 H/W 207-7823878
118103-C1        99990089
```

ID Code For Clinical Services:

| NS - Nursing Service | R - Radiology | CS - Cardiology Services |
| DS - Dietary Service | RC - Respiratory Care | RT - Recreation Therapy |
| PC - Pastoral Care | ED - Pt. Educator | OT - Occupational Therapy |
| SW - Social Work | PH - Pharmacy | PT - Physical Therapy |
| | | ST - Speech Therapy |

| ID Key | Date | Time | Notes | Signature and Title |
|---|---|---|---|---|
| NS | 9/19 |  | _(illegible handwritten entry)_ | |
| NS | 9/19 | 0900 1300 | _(illegible handwritten entry)_ ... C. Lowan, SN2 | _(signature)_ |
| NS | 9/19? | 07-19 | #1) ... pain @ quadrants ... #1 & @ quadrant pain which pt relates to ... disease. Denies flank pain. A) medic Buprenex 0.3mg ... @ 1330 ... reports that the pain med is effective for approx ... only P) monitor, medicate prn + document effect. #1 & #2) Foley patent. Urine ranges from amber & pink sediment (amount) in tubing to pale yellow & clear. A) IVP 125c. C) R/O polois P) continue IV and antibiotics, strain urine. | _(signature)_ |

500685.011.0419

**St. Mary's Regional Medical Center**
**Patient Progress Notes**

ID Code For Clinical Services:
NS - Nursing Service    R - Radiology    CS - Cardiology Services
DS - Dietary Service    RC - Respiratory Care    RT - Recreation Therapy
PC - Pastoral Care    ED - Pt. Educator    OT - Occupational Therapy
SW - Social Work    PH - Pharmacy    PT - Physical Therapy
                                    ST - Speech Therapy

```
7259582        NS        MR
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD N
40 PCLAND RD
AUBURN             ME  04210
( 35Y          62 M/N 207-782
218103-01          99990089
```

| ID Key | Date | Time | Notes | |
|---|---|---|---|---|
| NS | 9/19-9/20 | 19-07 | Comfort: medicated c̄ Buprenex and Phenergan at 2000h for c/o ® side to flare discomfort & sleep. (Plan:) try Percocet this AM. Valium TID scheduled. Elimination: urine clear pale yellow via Foley. Foley DC'd ⊘ 0800h. (Plan:) ↑↓ time/void ___ Encourage po. ꝺ 125/hr — M Berube(?) RN | |
| | | 0455 | Percocet II tabs po given at 0455 c̄ only fair effect — M Berube(?) RN | |
| NS | 9/20 | 07-19 | Comfort: Medicated c̄ Phenergan & Buprenex @ 8 AM. left sided pain — ___ back — Percocet given @ 10 & 16³⁰ c̄ some relief. Able to amb in hall. — Plan: med c̄ Percocet both ___. Urine injection appear to ___ ___ & edematous — instructed Pt it would be better to take ___ po pain medication. Dr Mailhot called in aware of ___ injection sites. Encourage po medication & to cap IV. ___ Elimination: voiding 350ml yellow — Encourage po drink fluids. Plan ↑po ___ ___ void sheet maintain — ___ RN | |
| NS | 9/20 | 19 | ___ c/o severe L side pain. Buprenex given c̄ ___ med relief. Pt states he feels he needs the Buprenex ___ and write. Voiding clearly dark yellow urine good amts. | |
| | | 22 | Pt c/o feeling very dizzy after sitting up c̄ ___ — appear 45 min's. B/P 1___/68 - AP 120. | |
| | | 24 | Resting quietly. ___ ___ — © c/o. | |
| | | 01 | c/o severe pain Jt L side. Pt insists on taking ___ — | |