# RONALD FANTOZZI

# 16 OF 18

St. Mary's Regional Medical Center

**Patient Progress Notes**

**ID Code For Clinical Services:**

NS-Nursing Service        R-Radiology              CS - Cardiology Services
DS-Dietary Service        RC-Respiratory Care      RT-Recreation Therapy
PC-Pastoral Care          ED-Pt. Educator          OT-Occupational Therapy
SW-Social Work            PH-Pharmacy              PT-Physical Therapy
                                                   ST-Speech Therapy

```
7259582        NS        NR      221342
  9/16/97  MAILHOT, PAUL R
FANTOZZI, RONALD M
4C POLAND RD
AUBURN           ME   04210
CTSY      /62  M/W 207-7823074
218103-01     99990089
```

| ID Key | Date | Time | Notes | Signature |
|--------|------|------|-------|-----------|
| NS | 9/21 | 07-19 | Act. as comfort. ℗ C/O ↑ left side of abd. | |
| | | | ℗ Med. ā Percocet ♯ 9 + 1½ Valium 10ᵐ — 1ᵖᵒ | |
| | | | ℗ ~~with effect~~ c̄ good effect - ↑ pain left | |
| | | | side of abd - depressed 18ᵒᵒ c̄ some relief | |
| | | | ℗ Cont. c/o medicate — encourage to take | |
| | | | pills for pain — Abd. distended, tender | |
| | | | to touch. Lft side - voiding in good amt. | |
| | | | OX w/in hall gait steady - c/o dizziness while | |
| | | | walk in hall. back to rm - in bed - | |
| | | | Rt. hip. Red edematous warm to touch - | |
| | | | less swollen then yesterday — M. Carmen | |
| NS | 9/21 | 19: | # 1 ℗ c/o ℗ flank pain | |
| | 9/22 | 07 | ℗ medicated c̄ Percocet but advised stated | |
| | | | be preferred Buprenex. Dr. Mailhot | |
| | | | called. dc'd Buprenex & ordered Ultram | |
| | | | Ultram 50mg po i given @ 23³⁰ + 3¹⁵ | |
| | | | ℗ States that medication doesn't work as | |
| | | | well as the injection. | |
| | | | ℗ Continue to assess level of pain. | |
| | | | medicate as needed. document eff. | |
| | | | Gen. Aide: Voiding in amt of 300cc + it the | |
| | | | colcted. c/o feeling like he is not emptying | |
| | | | bladder. Abdomen distended & Gen. | |
| | | | tender. Stn. cath c̄ 22³⁰ for 550cc at | |
| | | | the colcted. dim. BL ↑ buttocks area | |
| | | | perineum red + edematous ————— J. Jackson | |

140070

500685.011.0421

**St. Mary's Regional Medical Center**
**Patient Progress Notes**



St. Mary's Regional Medical Center
Patient Progress Notes

Disciplines For Clinical Services:
NS-Nursing Service          R-Radiology              CS - Cardiology Service
Dietary Service             RC-Respiratory Care       RT-Recreation Therapy
PC-Pastoral Care            ED-PL Educator            OT-Occupational Therapy
SW-Social Work              PH-Pharmacy               PT-Physical Therapy
                                                      ST-Speech Therapy

| Dis. Serv. | Date | Time | Notes | Signature |
|---|---|---|---|---|
| NS | 9/16 | 0700 | P₁ #2  D: C/O Ⓛ side pain diff. voiding abd. firm | |
| | | 1600 | o distended  Ø voiding for 12 hrs. | |
| | | | A: Str. cath c #15 cathiter for 700cc tea-colored | |
| | | | urine Pt. instructed on self cath technique using | |
| | | | clean technique Must c Reinsert x 2 at 930 at 1430 | |
| | | | R: Pain relief achieved | |
| | | | P: Discharged via W/C accompanied by wife — | |
| | | | complete D/C Instruction given | J. ___ |

500685.011.0422



## St. Mary's Regional Medical Center Patient Education Progress Notes

| ID Code For Clinical Services: | | |
|---|---|---|
| NS-Nursing Service | R-Radiology | CS - Cardiology Services |
| DS-Dietary Service | RC-Respiratory Care | RT-Recreation Therapy |
| PC-Pastoral Care | ED-Pt. Educator | OT-Occupational Therapy |
| SW-Social Work | PH-Pharmacy | PT-Physical Therapy |
| | | ST-Speech Therapy |

**Teaching Codes:**

Individual(s) Instructed:  Method:  Understanding:
P-Patient  W-Written  DU-Demonstrates
F-Family  V-Verbal  Understanding
S-Significant Other  AV-Audio/Vis.  N-Needs Further Instruction
  D-Demonstration  RD-Returns Demonstration

```
7259582      NS      NR    221342
9/16/97 MAILHOT, PAUL R
FANTOZZI, RONALD M
40 POLAND RD
AUBURN        ME   04210
CTSY      762 M/R 207-7823875
218103-01      99990089
```

| ID | Date | Time | Topic | Individual(s) | Method | Understanding | Comments | Signature & Title |
|---|---|---|---|---|---|---|---|---|
| NS | 9/17/97 | 0714 | peri-op | (P) F S | W (V) AV D | (DU) N RD | | Bflody |
| | | | pain med | (P) F S | W (V) AV D | DU N RD | | |
| | | | activity | (P) F S | W (V) AV D | (DU) N RD | | |
| | | | diet | (P) F S | W (V) AV D | (DU) N RD | | |
| | | | day cath | (P) F S | W (V) AV D | (DU) N RD | | |
| NS | 9/18 | 07-19 | D/c plans | (P) F S | W (V) AV D | (DU) N RD | | B.Fresk |
| | | | D/c plans dietght | (P) F S | W (V) AV D | (DU) N RD | | |
| | | | CT stabilizing | (P) F S | W (V) AV D | (DU) N RD | | |
| | | | Ace foley | (P) F S | W (V) AV D | (DU) N RD | | / |
| | | | Cath plan | (P) F S | W (V) AV D | DU N RD | | Bernd |
| | | | hemacult stdy | (P) F S | W (V) AV D | (DU) N RD | | B.Fresk |
| | | | Benadryl | (P) F S | W (V) AV D | (DU) N RD | | |
| NS | 9/19 | | meds & plan to | (P) F S | W (V) AV D | (DU) N RD | Review tran-verd c | M.Armstrong |
| | | | D/c foley in AM | P F S | W V AV D | DU N RD | pt ø foley 2k rd s | |
| NS | 9/20 | | Medication | (P) F S | W (V) AV D | DU N RD | Reviewed c PT | |
| | | | d/c training | P F S | W V AV D | DU N RD | VR sims verd | |
| | | | | P F S | W V AV D | DU N RD | tell nurses thanks | |
| | 9/21 | | Plan medication | (P) F S | W (V) AV D | DU N RD | Verbal. | |
| | | | | P F S | W V AV D | DU N RD | Review c PT | |
| | | | | P F S | W V AV D | DU N RD | the importance | |
| | | | | P F S | W V AV D | DU N RD | of taking Rx pain | M.Fern |
| NS | 9/22 | 1100 | Dr. Mann | P, F S | (W)(V) AV D | (DU) N RD | Seek cardiologist | Prayrapht |
| | | | | P F S | W V AV D | DU N RD | cardiogar reviewed | |
| NS | 9/22 | 1600 | D/c instruction | (P) F S | (W)(V) AV D | (DU) N RD | Complete D/c | |
| | | | | P F S | W V AV D | DU N RD | Instructions given | |
| | | | | P F S | W V AV D | DU N RD | | |
| | | | | P F S | W V AV D | DU N RD | | |
| | | | | P F S | W V AV D | DU N RD | | |
| | | | | P F S | W V AV D | DU N RD | | |

140071

500685.011.0423



St. Mary's Regional Medical Center Patient Education Progress Notes

| ID Code For Clinical Services: | | CS - Cardiology Services |
|---|---|---|
| NS-Nursing Service | R-Radiology | RT-Recreation Therapy |
| DS-Dietary Service | RC-Respiratory Care | OT-Occupational Therapy |
| PC-Pastoral Care | ED-Pt. Educator | PT-Physical Therapy |
| SW-Social Work | PH-Pharmacy | ST-Speech Therapy |

Teaching Codes:
Individual(s) Instructed:  Method:  Understanding:
P-Patient                 W-Written   DU-Demonstrates Understanding
F-Family                  V-Verbal    N-Needs Further Instruction
S-Significant Other        AV-Audio/Vis.  RD-Returns Demonstration
                          D-Demonstration

| ID | Date | Time | Topic | Individual(s) | | | Method | | | | Understanding | | | Comments | Signature & Title |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 9/19 | 12:30 | C fobr plms | P | F | S | W | V | AV | D | DU | N | RD | | CL RN |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |

500685.011.0424

## St. Mary's Regional Medical Center Patient Education Progress Notes

| ID Code For Clinical Services: | | CS - Cardiology Services |
|---|---|---|
| NS-Nursing Service | R-Radiology | RT-Recreation Therapy |
| DS-Dietary Service | RC-Respiratory Care | OT-Occupational Therapy |
| PC-Pastoral Care | ED-Pt. Educator | PT-Physical Therapy |
| SW-Social Work | PH-Pharmacy | ST-Speech Therapy |

**Teaching Codes:**

Individual(s) Instructed:  Method:  Understanding:
P-Patient    W-Written    DU-Demonstrates
F-Family     V-Verbal     Understanding
S-Significant Other    AV-Audio/Vis.    N-Needs Further Instruction
D-Demonstration    RD-Returns Demonstration

Fantozzi
Ronald

# 725582

| ID | Date | Time | Topic | Individual(s) | | | Method | | | | Understanding | | | Comments | Signature & Title |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P | 9-9 | 8:45 | KUB | (P) | F | S | (W) | V | AV | D | (DU) | N | RD | | RSn O RN |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |
| | | | | P | F | S | W | V | AV | D | DU | N | RD | | |

140071

500685.011.0425

**St. Mary's**
REGIONAL MEDICAL CENTER

EMERGENCY DEPARTMENT RECORD

| ADMIT NO | FC | HOW ARRIVED | MED REC NO | PATIENT NAME | SERVICE | NUR STA | ROOM-BED | |
|---|---|---|---|---|---|---|---|---|
| 7046597 | C | U | 00221342 | FANTOZZI, RONALD M | EME | | | 2/15/97 |

| PATIENT ADDRESS | AGE | DATE OF BIRTH | PLACE OF BIRTH | | SEX | MAR STATUS | |
|---|---|---|---|---|---|---|---|
| 40 POLAND RD | 034Y | /62 | CT | | M | M | |

PMD ____
CALLED ____
MD ____
RESPONDED ____
TX ____
RELEASED ____

| CITY STATE, ZIP | MAIDEN NAME | MOTHER/FATHER NAME |
|---|---|---|
| AUBURN        ME04210 | | |

CONDITION AT DISCHARGE
☐ EXCELLENT   ☐ CRUTCHES
☐ GOOD        ☐ W/CHAIR
☐ FAIR        ☐ STRETCHER
☐ CRITICAL    ☐ CARRIED
☐ WALKED

| ATTENDING PHYSICIAN | NEXT OF KIN/SPOUSE | NAME AT LAST ADMIT | VETERAN |
|---|---|---|---|
| HENSON, JOHN R | DEBORAH | | |

| PRIVATE PHYSICIAN | RACE ORIGIN | RELIGION | PREV. DISCH DATE | EMS NO. |
|---|---|---|---|---|
| UNABLE TO OBTAIN | De Boulanger | | | |

ADMITTED ____
☐ TREATED & RELEASED
REFERRED TO ____
DR ____

| DATE AND TIME OF SERVICE | ACCIDENT DATE/HOUR | C | DATE AND TIME OF DEATH |
|---|---|---|---|
| 2/15/97    19:44 | 2/15/97    19:00 | | |

| INSURANCE CO. NAME | 400 | 86 | POLICY NO. | GROUP NUMBER | SUBSCRIBER'S NAME(S) | RELAT |
|---|---|---|---|---|---|---|
| HEALTHSOURCE | | | 218103#01 | 999999 | FANTOZZI, RONALD M | PT |

| PT PHONE # | 207 782-3873 | NEXT OF KIN PHONE # | 207 782-3873 | SOC. SEC. # | 006542724 |
|---|---|---|---|---|---|

PRESENTING COMPLAINT: DIZZY/SHAKEY/TIGHTNESS

DIAGNOSIS: Presyncope

ALLERGIES: Ø

TIME: C/O feeling dizzy all day, shaky,
+ SOB upon arrival to home United
States pt was hyperventilating
Lung clear
Intermittent pain in RUQ

TRIAGE SIGNATURE: [illegible]

Red raised rash on both hands,
occas +/- short [illegible] close²2y
Ø vertigo, presycope - closes
eyes. Diarrhea
[illegible]

Monitor sinus rhythm.

125
80        88
130/80  P120

[illegible] O₃ given [illegible]

[illegible] left by ambulation

Re Return [illegible] RN

| | | | PPD |
|---|---|---|---|
| 1950 | 375 T | 76 | 28 | 134/82 |

MEDICATIONS

☐ CBC
☐ LYTES
☐ BUN
☐ BS
☐ AMYLASE
☐ ETOH
☐ CCU SPEC
☐ COAG
☐ HA
☐ MED ?ON HOLD
☐ MMI ?
☐ SMP ?

Ø

PMH
chronic
bronchitis
Hepatitis C
[illegible]
① eye [illegible]

Betadine              2 caps
                      juice

Tylenol 650 mg ⓅⓄ 2115

MEDICAL RECORDS

500685.011.0426

☐ PATIENT CALLED WITH LABORATORY / X-RAY RESULTS: _____ _____ _____
                                                    DATE      TIME     INITIALS

## St. Mary's Regional Medical Center
### Consent/Assignment/Authorization Statement

**Consent for Treatment**  Admission Date: _____

I, the undersigned a patient in this St. Mary's Regional Medical Center ("SMRMC"), hereby authorize employees of SMRMC and physicians(s) (and whomever they may designate as assistants) to administer such treatment as is necessary, and such additional operations or procedures as are considered therapeutically necessary on the basis of findings during the course of said treatment. I also consent to the administration of such anesthetics as are necessary. Any tissues or parts surgically removed may be disposed of by SMRMC in accordance with accustomed practice. I hereby certify that I have read and fully understand the above Consent for Treatment, the reasons why the treatment/procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment which may have been explained to me by the attending physician. I also certify that no guarantee or assurance has been made to me the results that may be obtained.

**Authorization To Release Medical Information**

St. Mary's Regional Medical Center is hereby authorized and requested to furnish the *Healthsource* insurance company(s) or its properly authorized agent, my employer and any peer review organization which conducts reviews of hospital utilization under an agreement with my employer and/or health insurance carrier, or any person or corporation that is or may be liable, under contract or otherwise, for all or part of the Medical Center's charge; all information required by it to determine benefits, including nature of the visit, diagnostic and treatment information, and copies of my medical record which may be available to said hospital.

**Assignment Of Benefits**

I hereby assign unto St. Mary's Regional Medical Center and related contracted professionals, all hospital insurance benefits now due and to become due and payable to me or on my behalf, but not to exceed the Medical Center's charges by virtue of my treatment by the hospital, and I hereby direct the ___*Healthsource*___ Insurance Company(s) to pay such benefits directly to the hospital in consideration of the hospital care and services furnished and to be furnished by the hospital.

**Payment Terms**

I understand payment of charges is due for services rendered within 30 days including any collection or attorney fees. If I am financially unable to do so I agree to complete a detailed financial statement so alternative payment arrangements can be determined.

**Release From Responsibility For Personal Property**

I understand and agree that under no circumstances will St. Mary's Regional medical Center be responsible for personal property. I take full responsibility for retaining in my possession or custody any and all such articles.

**Authorization For Payment Of Medical Benefits**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers or any other medical insurers, any information needed for this or a related Medicare, or other medical insurance claim. I request that payment of authorization of authorized benefits be made to St. Mary's Regional Medical Center and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services I request this authorization apply to the extent of my services.

**An Important Message From Medicare/Champus**

I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**I Have Read This Consent/Authorization Completely And Crossed Out Any Words Or Phrases That I Do Not Accept:**

| Patient Signature: | Date FEB 15 | Time |
|---|---|---|
| Guarantor Signature | Date | Relationship |
| Witness Signature | FEB 15 | |
| Telephone Consent Received By: _____ | Date: _____ | Time: _____ |

500685.011.0427



**St. Mary's
Regional
Medical
Center**

**EMERGENCY DEPARTMENT - 777-8120
AFTERCARE INSTRUCTIONS**

```
     7/16/02  RR       221342
     MODEN, RONALD N        M
              RD
                      RE  4210
     21/12/ 01   999999
```

Emergency Department Treatment is only the first step in your care. Follow up care may be important for your health and safety.

If you get worse, get new symptoms or don't get better, call your physician or return to the Emergency Department any time day or night.

X-rays and cardiograms (EKGs) are initially read by the Emergency Physician. They will also be reviewed by the hospital radiologist or cardiologist. You will be notified if any significant additional findings are noted.

You will be sent a separate bill for Emergency Physician care in the hospital Emergency Department. If you have any questions about the Emergency Physician's bill, please do not hesitate to contact us, toll free 1-800-403-6726.

**PLEASE FOLLOW THE INSTRUCTIONS CHECKED BELOW:**

( )   Take your medication as ordered.
( )   Follow instruction sheet. _____ 1-2 week
( )   See Dr. _Bou-larger_ for follow up on _1_/_7_/_____ at _____.
( )   Call Dr. _____ tomorrow, for appointment in _____ days.
( )   May return to school on_____/_____/_____.
      May return to Gym on_____/_____/_____.
      Limitations_____

( )   May return to REGULAR/LIMITED DUTY work on_____/_____/_____
      ( )  Work as bandage/splint allows     ( )  No lifting
      ( )  One hand/one arm work             ( )  No lifting over_____ lbs.
      ( )  Dry work only                     ( )  No squatting/kneeling
      ( )  Other                             ( )  No bending or twisting
      ( )  Call WORK MED for appointment on_____/_____/_____ at
           777-8816

OTHER   — _Drink plenty of fluids_
        — _____ _Please see_
        _Continue Brg_ _Dr Bolanger_
        _Breathing_ _____
        _____

**I HAVE READ AND UNDERSTAND THE ABOVE INSTRUCTIONS:**

_____    _7/1_    _RL_    _Herman_    _X Ronald Smith_
Date       Time     ED Nurse   Physician's Name   Patient Signature

500685.011.0428

FANTOZZI, Ronald M.    Henson    SMRMC    02/15/97
MR#: 221342  ACCT#:  DOB: ██/62  IN: 1944  EXAM: 2030

**PROBLEM:** Shakiness.

**HPI:** The patient is a 34-year-old male with a history of anxiety disorder as well as hepatitis C and Crohn's disease. He has had over a two year history of intermittent episodes of feeling dizzy. He describes this as feeling like he is going to pass out. He denies any vertigo. Symptoms will occur when he looks from far away to near vision. He also has it when he stands up or when he closes his eyes. It has been happening more recently. He has also had hyperventilation, anxiety, which occurs after his dizziness. Hyperventilating and noticing tingling and carpal-pedal spasm, using a paper bag without much relief. The patient denies any chest pain or headache.

**ALLERGY:**
**MEDS:**
**IMM:**
**PMD:**

**EXAM:** General appearance: The patient is a white male who appears anxious and tired. Vital signs ⌒⌒.

**SKIN:** Warm and dry.
**HEENT:** TMs normal. Fundi benign.
**LUNGS:** Breath sounds equal and completely clear to auscultation with no rales or wheezes.
**HEART:** Normal S1, S2 with no murmurs, rubs or gallops.
**NEUROLOGIC:** Mental status: Alert and oriented times three. Cranial nerves: Pupils equal, round and reactive to light. Extraocular movements are intact. The remainder of the cranial nerves are grossly intact. Strength 5/5 in all four extremities. Sensation intact to light touch throughout. Gait is normal. Deep tendon reflexes are 1-2+ and symmetric throughout.

**COURSE/PROCEDURES: EKG:** The electrocardiogram which was read by the emergency physician shows normal sinus rhythm. Normal axis, normal intervals. No significant ST or T wave abnormalities.

The patient was reassured that at this time there is an extremely low risk of any damage or harm to himself with these episodes, however, he was urged to follow-up with Dr. Belanger to be re-evaluated. He was noted to be orthostatic. When going from lying to sitting his pulse rose from 88 to 120 with a fairly stable blood pressure.

He is encouraged to drink plenty of fluids. The patient was given 16 ounces of orange juice in the department. He will call if any increased problems.

**DX:**
1. Pre-syncope/anxiety disorder with symptoms of carpopedal spasm and hyperventilation.

Dictate, Inc. 207-539-8477 for NES-St. Mary's Regional Medical Center

ORIG. COPY                                                Page 1 of 2

500685.011.0429

**FANTOZZI, Ronald M.   Henson   SMRMC   02/15/97**
**MR#: 221342   ACCT#:   DOB: ███/62 IN: 1944   EXAM: 2030**

**MDM/TX/COUNSEL/COORD:**
1.  As above.

_____
                 John R. Henson, M.D.
**DOD:** 02/15/97   JRH/dml
**DOT:** 02/15/97
cc: Dr. Belanger

500685.011.0430



| RUN REPORT # | Mo | Day | Year | M F W SUN | SERVICE NAME | SERVICE NO. | VEHICLE NO. | ALS | SERVICE RUN # |
|---|---|---|---|---|---|---|---|---|---|
| 440743 | 2 | 15 | 97 | | United Ambulance | 72 | 1 | ☐ Performed ☐ Back-Up ☐ Called | 1403 |

**NAME** Cenely Fantozzi
Insurance: ☐ Medicare ☐ Medicaid ☑ Insured ☐ Other ☐ Self-Pay ☐ None ☐ Unknown

**STREET OR RFD** 4c Portland Rd    MR # 221342

**CITY / TOWN** Hoverhill  **STATE** Me.  **ZIP** C4210    218103 01

**AGE / DATE OF BIRTH** 34  4-16-62  ☐ Male ☐ Female   **PHONE** 782 3873   **CITY / TOWN**

**INCIDENT LOCATION:** Same  **ADDRESS**  **SITE CODE** 00  **CITY / TOWN**

**TRANSPORTED TO:** SMRMC.  **TREATING / FAMILY PHYSICIAN** Boulager  1014

**CREW LICENSE NUMBERS** 11830

**TRANSPORTATION / COMMUNICATIONS PROBLEMS**

| Medical | Trauma | | AOB / ETOH | R L Lung Sounds | TIME | CODE | | ODOMETE |
|---|---|---|---|---|---|---|---|---|
| ☐ Cardiac | ☐ Multi-Systems Trauma | MVA | ☐☐ Clear | 1906 | | Call Received | |
| ☐ Poisoning/OD | ☐ Head | ☐ Auto/Truck | ☐☐ Absent | | | | |
| ☐ Respiratory | ☐ Spinal | ☐ Motorcycle | ☐☐ Decreased | 09 | 3 | Enroute | |
| ☒ Behavioral | ☐ Burn | ☐ Snowmobile ☐ Used | ☐☐ Rales | | | | |
| ☐ Diabetic | ☐ Soft Tissue Injury | ☐ ATV ☐ Not Used | ☐☐ Wheeze | | | | |
| ☐ Seizure | ☐ Fractures | ☐ Pedestrian ☐ N/A | ☐☐ Stridor | | | At Scene | |
| ☐ CVA | ☐ Other | ☐ Helmet | **TYPE OF RUN** | 16 | | | |
| ☐ OB/GYN | | ☐ Childseat | ☒ Emergency Transport | | | From Scene | |
| ☐ Other | | ☐ Airbag | ☐ Routine Transfer | 30 | 1 | | |
| ☐ Cardiac Arrest/ Code 99 | **MEDICATIONS** | **ALLERGIES** | ☐ Emergency Transfer | 40 | | At Destination | |
| **CHIEF COMPLAINT:** | O. | NKA | ☐ No Transport | | | In Service | 3 |
| Dizzy Spell | | | ☐ Refused Transport | 49 | | | |

| TIME | PULSE | RESP | BP | PUPILLARY RESPONSE | SKIN | EYE OPENING RESPONSE | VERBAL RESPONSE | MOTOR RESPONSE | CAPILLARY REFILL |
|---|---|---|---|---|---|---|---|---|---|
| | 98 | 24 | 134/82 | | w/o | 4 3 2 1 | 5 4 3 2 1 | 6 5 4 3 2 1 | ☐ Normal ☐ Delayed ☐ None |
| | | | | | | 4 3 2 1 | 5 4 3 2 1 | 6 5 4 3 2 1 | ☐ Normal ☐ Delayed ☐ None |
| | | | | | | 4 3 2 1 | 5 4 3 2 1 | 6 5 4 3 2 1 | ☐ Normal ☐ Delayed ☐ None |

S. pt states L has #r seizurety attacks #o cares, #o Hypermblt
? Appetites. S.

O. 34 yo d C Alert 3 lying on sofa monitor sinus - sinus tech
pulse ap 98 2 24 op

T. #o seizure monitor palys on O2 monit pt to unit reassessed transported
called hosp c report, transferred pt to EC staff

| MUTUAL AID | Time Called | ☐ Medication Administered | ☐ Defib | ☐ C-Vert | **MEDICAL CONTROL** | ☐ Written Order/Protocol |
|---|---|---|---|---|---|---|
| Apparatus/Apparatus by Service | 440743 | | ☐ DeFib | ☐ Lic # | | ☐ Verbal Order/Protocol |
| **PATIENT'S SUSPECTED PROBLEM** | | ☐ Monitor | ☐ Chest Decomp | IV | SUC  LIC # | Total Attempt |
| ☐ Cleared Airway | ☐ Extubation | ☐ Param | ☐ Cricothyrotomy | | UNSUC  LIC # | |
| ☐ Artificial Respiration/BVM | ☐ Esophageal Immobilization | | | ET | SUC  LIC # | Total Attempt |
| ☐ Oropharyngeal Airway | ☐ KED/Short Board | ☐ Paramedic Interfacility Transfer | | | UNSUC  LIC # | |
| ☐ Nasopharyngeal Airway | ☐ Long Board | | | | | |
| ☐ EOA Tube | ☐ Restraints | | LIC # | EKG RHYTHM | TIME | MEDS DEFIB C-VERT | MED * W/S | ROUTE |
| ☐ Bi-cannular PEEP | ☐ Traction Splinting | | | | | |
| ☐ AED Use | ☐ Cervical Splinting | | | | | |
| ☐ Suction | ☐ Cold Application | | | | | |
| ☐ Oxygen LPM  ☐ Mask | ☐ MAST Inflated | | | | | |
| ☐ Pulse Oximetry | ☐ Assist with MAST | | | | | |
| ☐ Aspirin | | | | | | |

COPY 1 HOSPITAL

500685.011.0432

**Competent Patient**

1.  ❑  EMS feels transportation is indicated. This is to certify that I, _____
        am:

        ❑  Refusing treatment.

        ❑  Refusing transfer offered by the EMS service and its representatives. I
        acknowledge that I have been informed of the risk involved and hereby
        release the licensed emergency medical persons, the Regional Medical
        Director and his designees for all responsibility for my ill effects which may
        result from this action.

    Witness: _____ Signed: _____
                                         Patient name/relative

2.  ❑  The patient **refuses** EMS evaluation and transport. EMS feels that transport is **not indicated.**

3.  ❑  The patient is evaluated by EMS and then **refuses** transport. EMS feels that transport is **not**
        warranted.

4.  ❑  The patient requests transport. EMS evaluates the patient and feels transport is not
        indicated. On-Line Medical Control Contacted: _____
                                                      Name OLMC

OLMC Order

        ❑  Transport

        ❑  <u>No</u> Transport. The patient is advised to seek medical care through
        alternate means of transportation.

**Incompetent Patient**

    ❑  On-line Medical Control requests transport.

    ❑  On-line Medical Control agrees medical transport not needed.

    ❑  The patient or nearest relative is advised to seek medical care through alternate
        means of transportation.

**St. Mary's**
REGIONAL MEDICAL CENTER

EMERGENCY DEPARTMENT REPORT

2966

| | | NO | PATIENT NAME | | SERVICE | NUR STA | ROOM · BED | |
|---|---|---|---|---|---|---|---|---|
| 6134001 C W | | 21342 | FANTOZZI, RONALD M | | EME | | | 5/13/96 |

| PATIENT ADDRESS | AGE | DATE OF BIRTH | PLACE OF BIRTH | SEX | MAR STATUS |
|---|---|---|---|---|---|
| 93 PIERCE ST | 034Y | /62 | CT | M | M |

| CITY STATE ZIP | | MAIDEN NAME | MOTHER FATHER NAME |
|---|---|---|---|
| LEWISTON | ME04240 | | |

| ATTENDING PHYSICIAN | NEXT OF KIN SPOUSE | NAME AT LAST ADMIT | VETERAN |
|---|---|---|---|
| OWENS, WILLIAM | /DEBORAH RADEBORAH RAN | 823873/ | |

| PRIVATE PHYSICIAN | RACE ORIGIN | RELIGION | PREV DISCH DATE | EMS NO |
|---|---|---|---|---|
| BOULANGER, MICHAEL J | C | 81 | | |

| DATE AND TIME OF SERVICE | ACCIDENT DATE/HOUR | DATE AND TIME OF DEATH |
|---|---|---|
| 5/13/96    4:09 | 5/13/96    3:30 | |

| INSURANCE CO NAME | POLICY NO | GROUP NUMBER | SUBSCRIBER'S NAME(S) |
|---|---|---|---|
| HEALTHSOURCE | 218103=01 | 999999 | FANTOZZI, RONALD M |

| PT PHONE # | NEXT OF KIN PHONE # | SOC SEC. # |
|---|---|---|
| 207 782-3873 | | 006542724 |

PRESENTING COMPLAINT ACUTE LEFT SIDED ABDOMINAL PAIN

DIAGNOSIS

ALLERGIES    ∅ foods // HAYFEVER    LAST TETANUS

| | 045 | 36 4/7 | 92 | 20 | 118/88 |
|---|---|---|---|---|---|

PMH –
Crohn's Disease

500685.011.0434

PATIENT CALLED WITH LABORATORY / X-RAY RESULTS: _____
                                                    DATE          TIME        INITIALS

## CONSENT FOR TREATMENT

I hereby authorize the Physician or Physicians (and whomever he or they may designate as his or their assistants) in charge of my care at ST. MARY'S, to administer any emergency treatment and to administer such anesthetics and perform such operations and procedures as he or they may deem necessary or advisable in the diagnosis and treatment of my condition, recognize that the need for prompt medical attention precludes authorization of a more detailed or specific nature before proceeding, and to send the complete medical record to my Physician or the Physician I am referred to.

WITNESS _____SIGNATURE _____ DATE AND TIME _____

Because the above patient is an unemancipated minor _____ years of age, or, is unable to sign for the following reasons:

_____     _____

_____     _____

The above consent is given on the patient's behalf by:

WITNESS _____    CLOSEST RELATIVE OR LEGAL GUARDIAN _____

DATE _____  TIME _____    RELATIONSHIP _____

(NOTE, IF TELEPHONE CONSENT) _____

## SAINT MARY'S REGIONAL MEDICAL CENTER

### Lewiston, Maine

### RELEASE FROM RESPONSIBILITY FOR DISCHARGE

This is the cerify that I, _____ / _____ , an out-patient at St. Mary's Regional Medical Center, am leaving against the advice of the attending Physician and Medical Center authorities. I also acknowledge that I have been informed of the risk involved and hereby release the attending Physician and Medical Center from all responsibility for any ill effects which may result.

WITNESS _____    SIGNATURE OF PATIENT OR PARENT, IF MINOR _____

DATE _____  TIME _____

I _____ give St. Mary's Regional Medical Center Emergency Department staff permission to photograph my injuries. I understand that these photographs will remain in the Medical Center and be available if needed for legal purposes in the future.

Although duplicate copies will be taken, an original must always remain in the hands of the Medical Center.

WITNESS _____    SIGNATURE OF PATIENT OR PARENT, IF MINOR _____

DATE _____  TIME _____

500685.011.0435

# St. Mary's Regional Medical Center
## Consent/Assignment/Authorization Statement

**Consent for Treatment**    Admission Date: _____

I, the undersigned a patient in this St. Mary's Regional Medical Center ("SMRMC"), hereby authorize employees of SMRMC and physicians (and whomever they may designate as assistants) to administer such treatment as is necessary, and such additional treatments or procedures as are considered therapeutically necessary on the basis of findings during the course of said treatment. I also consent to the administration of such anesthetics as are necessary. Any tissues or parts surgically removed may be disposed of by SMRMC in accordance with accustomed practice. I hereby certify that I have read and fully understand the above Consent for Treatment, the reasons why the treatment/procedure is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment which may have been explained to me by the attending physician. I also certify that no guarantee or assurance has been made to the results that may be obtained.

**Authorization To Release Medical Information**

St. Mary's Regional Medical Center is hereby authorized and requested to furnish the *healthsource* insurance company(s) or its properly authorized agent, my employer and any peer review organization which conducts reviews of hospital utilization under an agreement with my employer and/or health insurance carrier, or any person or corporation that is or may be liable, under contract or otherwise, for all or part of the Medical Center's charge; all information required by it to determine benefits, including nature of the visit, diagnostic and treatment information, and copies of my medical record which may be available to said hospital.

**Assignment Of Benefits**

I hereby assign unto St. Mary's Regional Medical Center and related contracted professionals, all hospital insurance benefits now due and to become due and payable to me or on my behalf, but not to exceed the Medical Center's charges by virtue of my treatment by the hospital, and I hereby direct the *healthsource* Insurance Company(s) to pay such benefits directly to the hospital in consideration of the hospital care and services furnished and to be furnished by the hospital.

**Payment Terms**

I understand payment of charges is due for services rendered within 30 days including any collection or attorney fees. If I am financially unable to do so I agree to complete a detailed financial statement so alternative payment arrangements can be determined.

**Release From Responsibility For Personal Property**

I understand and agree that under no circumstances will St. Mary's Regional medical Center be responsible for personal property. I take full responsibility for retaining in my possession or custody any and all such articles.

**Authorization For Payment Of Medical Benefits**

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers or any other medical insurers, any information needed for this or a related Medicare, or other medical insurance claim. I request that payment of authorized benefits be made to St. Mary's Regional Medical Center and to physicians or organizations providing medical services to me or for my benefit. For extended outpatient services I request this authorization apply to the extent of my services.

**An Important Message From Medicare/Champus**

I certify that I have received the Medicare Bill of Rights entitled "An Important Message From Medicare/Champus". Acknowledgement of receipt of this message does not waive any of my rights to request a review or make me liable for payment.

**I Have Read This Consent/Authorization Completely And Crossed Out Any Words Or Phrases That I Do Not Accept:**

| Patient Signature: | 5-13-96 | 0415 |
| --- | --- | --- |
| | Date | Time |

| Guarantor Signature | 5-13-96 | |
| --- | --- | --- |
| | Date | Relationship |

Witness Signature    Date

Telephone Consent Received By: _____ Date: _____ Time: _____

500685.011.0436

 

**St. Mary's Regional Medical Center**

### EMERGENCY DEPARTMENT - 777-8120
#### AFTERCARE INSTRUCTIONS

Emergency Department Treatment is only the first step in your care. Follow up care may be important for your health and safety.

If you get worse, get new symptoms or don't get better, call your physician or return to the Emergency Department any time day or night.

X-rays and cardiograms (EKGs) are initially read by the Emergency Physician. They will also be reviewed by the hospital radiologist or cardiologist. You will be notified if any significant additional findings are noted.

You will be sent a separate bill for Emergency Physician care in the hospital Emergency Department. If you have any questions about the Emergency Physician's bill, please do not hesitate to contact us, toll free 1-800-403-6726.

### PLEASE FOLLOW THE INSTRUCTIONS CHECKED BELOW:

( )　Take your medication as ordered.
( )　Follow instruction sheet_____
( )　See Dr._____ for follow up on_____ /_____ /_____ at_____ .
( )　Call Dr._____ tomorrow, for appointment in_____ days.
( )　May return to school on_____ /_____ /_____ .
　　　May return to Gym on_____ /_____ /_____ .
　　　Limitations_____

( )　May return to REGULAR/LIMITED DUTY work on_____ /_____ /_____
　　　( ) Work as bandage/splint allows　　( ) No lifting
　　　( ) One hand/one arm work　　　　　( ) No lifting over_____ lbs.
　　　( ) Dry work only　　　　　　　　　( ) No squatting kneeling
　　　( ) Other　　　　　　　　　　　　　( ) No bending or twisting
　　　( ) Call WORK MED for appointment on_____ /_____ /_____ at
　　　　　777-8816

OTHER　　　　　　　　　　　　　　　　　　　　　　　783-7892

①　Follow up with Dr. Mayhot on May 30th @ 3:00 PM.
②　Call office in Am 5/30/96
③　Call primary care physician for referral
④　Take meds as directed
⑤　Return with any problems

I HAVE READ AND UNDERSTAND THE ABOVE INSTRUCTIONS.

5/13/96　　1055
Date　　Time　　ED Nurse　　Physician's Name　　Patient Signature

ACCOUNT NUMBER  623 4001 _____

500685.011.0437

SANTOZZI, Ronald    Gage    SMRMC    05/13/96
MR# 221342  ACCT #

## ADDENDUM

The patient was in in X-ray at the time of transfer.

**X-RAYS:** Read by the _____
IVP: Showed no obstructive lesions possible calculi in the left kidney.
There was mild dilatation of the left ureter significant possible passed
stone.

After return from X-ray he was basically reporting that his pain was
continuing to be an 8/10, although he was able to sleep fairly soundly,
although awakened easily. He received 30 mg of Toradol IV. This seemed to
relieve his pain significantly.

Dr. Mailhot had been consulted prior to my arrival and passed through the
Emergency Department, reviewed the films and felt that it would be all
right for the patient to be discharged home.

**DX:**
1.  Hematuria, possible passed calculi.

**PLAN:**
1.  He is given a prescription for Tylox - dispensed #10 - 1 to 2 po
    q4-6h prn pain.
2.  Return for severe pain.
3.  Otherwise follow-up with Dr. Mailhot as scheduled in about 2 weeks
    for further evaluation of his hematuria.

Note - Because he had narcotics he was told that he could not drive. He
made a phone call and then was observed to get into his own vehicle and
drive off in spite of his instructions not to.

**CONDITION AT DISCHARGE:** Good, ambulatory.
Time Out: 1150

_____
John Gage, MD
**DOD:** 05/13/96  JG /rlw
**DOT:** 05/13/96
cc: Dr. Mailhot
    Dr. Boulanger

*Dictate, Inc. 207-539-8477 for NES-St. Mary's Regional Medical Center*

ORIG. COPY                                    Page 1 of 1

500685.011.0438

**ST. MARY'S REGIONAL**
**MEDICAL CENTER**

Lewiston, ME 04240

**RADIOLOGY REPORT**

| | |
|---|---|
| Name: | FANTOZZI, RONALD M |
| Pt. Phone: | 782-3873 |
| DOB: | ███62 |
| PHY(S): | WILLIAM OWENS, M.D. |
| PHY(S): | MICHAEL BOULANGER, M.D. |
| Hosp #: | 6134001 |
| MR #: | 22-13-42 |
| X-RAY #: | 08-9█-89 |
| Service Date: | 05/13/96 |
| NS/Room: | ER |

OBSTRUCTIVE SERIES    74022

Indication for Study:   Acute left flank pain.

FINDINGS:

ABDOMEN:  Flat and upright radiographs of the abdomen were obtained.  I see no abnormal calcifications in the course of the ureters.  A calcification is projected over the left kidney appearing to be within a calyx.  No evidence of free air or other abnormality is seen in the alimentary tract.  Air contents unremarkable.

CHEST  PA chest is normal.

Incidentally noted is a clip in the right upper quadrant consistent with a gallbladder clip.

CONC:  Left nephrolithiasis.

No calcifications identified in the course of the ureter above.

IVP   74415

FINDINGS:   Again seen is the evidence of a left nephrolithiasis.  There is possibly a calcification also in the lower pole calyx on the left.  Following the intravenous injection of contrast media, there is prompt opacification of both renal outlines with an excellent nephrotomogram.   There is prompt filling of the right pelvicaliceal structures.  There is a lucency but I believe this is a crossing defect across the right renal pelvis.  The right ureter is normal.

On the left side, the calices fill promptly.  The intensity of filling at first is not quite as great on the right, as on the left side the renal pelvis is fuller as is the ureter.  At 10 minutes, the entire left ureter is seen but on the upright post void, excellent drainage has occurred.  This would suggest that the patient may have recently passed a calculus and have an element of edema but certainly there is no

Continued on next page.

500685.011.0439



RADIOLOGY REPORT                          FANTOZZI, RONALD M
Page 2                                         Hospital #: 6134001
                                     Date of Service: 05/13/96
                                              MR #: 22-13-42

evidence of obstruction of the ureter.   There is a small residual in the bladder
following voiding.  Again this may be secondary to an element of spasm or
hesitancy on the part of the patient but I cannot entirely exclude an element of
retained urine.  Also noted on these overhead radiographs are multiple staples
in the right upper quadrant.

CONC:     Left nephrolithiasis.

No calculus seen within the ureter but possible evidence of recently passed
calculus.

Incomplete emptying of bladder at time of voiding.

Status post cholecystectomy.

Status post surgery bowel right side with history of Crohn's disease.


JON PITMAN, M.D./rlj

D:  05/13/96    T:  05/13/96


cc          WILLIAM OWENS, M.D.                        (N)
            X-RAY BACK OFFICE                          (O)
            X-RAY FRONT OFFICE                         (Q)
            MICHAEL BOULANGER, M.D.                    (F)
            PHYSICIAN BILLING                          (Q)
              RAD                                      (O)


500685.011.0440

ST MARYS REGIONAL MEDICAL CENTER   LEWISTON, MAINE 4240   (207)777-8400
DAVID GALLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOGY

```
PATIENT NAME: FANTOZZI, RONALD M          ACCOUNT #:      6134001
DOCTOR:       OWENS, WILLIAM              DATE/TIME COLL: 13-MAY-96   05:02 AM
DOB DATE:     A 13-MAY-96                 DATE RECEIVED:  13-MAY-96
LOC: ED       SEX: M                      DATE/TIME REP:  16-MAY-96   08:30 PM
SPECIMEN ID:  11601
```

|  TEST NAME  |  RESULT  |  ABNORMAL  |  REFERENCE RANGE |
| --- | --- | --- | --- |

## PLEASE NOTE

   *DRAW&HOLD-CHEM     SPECIMEN DISCARDED

## HEMATOLOGY/COAGULATION

| TEST NAME | RESULT | ABNORMAL | REFERENCE RANGE |
| --- | --- | --- | --- |
| WBC | 9.0 | | 4.5-11.0 X10^3 |
| RBC | | 4.60 L | 4.7-6.1 X10^6 |
| HGB | 14.5 | | 14-18 G/DL |
| HCT | | 41.9 L | 42-52 % |
| MCV | 91.0 | | 80-94 FL |
| MCH | | 31.6 H | 27-31 PG |
| MCHC | 34.7 | | 33-37 G/DL |
| RDW | 11.6 | | 11.5-14.5 % |
| PLATELET COUNT | 303 | | 130-400 X10^3 |
| MPV | 7.7 | | 7.4-10.4 FL |
| LYMPHS (COULTER) | 31.2 | | 20-35 % |
| MONO (COULTER) | 13.2 | | 0-15 % |
| GRAN (COULTER) | | 50.9 L | 55-81 % |
| EOS (COULTER) | | 4.2 H | 0-3 % |
| BASO (COULTER) | 0.5 | | 0-1 % |
| SED RATE | 19 | | 0-20 MM/HR |

## CHEMISTRY/CARDIAC/LIPIDS

| TEST NAME | RESULT | ABNORMAL | REFERENCE RANGE |
| --- | --- | --- | --- |
| CALCIUM | 10.0 | | 8.7-10.7 MG/DL |
| PHOSPHORUS | 3.5 | | 2.4-4.6 MG/DL |
| GLUCOSE | 103 | | 70-105 MG/DL |
| BUN | 10 | | 7-22 MG/DL |
| CREATININE | 1.0 | | 0.6-1.2 MG/DL |
| URIC ACID | 4.5 | | 3.9-7.8 MG/DL |
| CHOLESTEROL | 149 | | 0-199 MG/DL |
| TOTAL PROTEIN | 7.1 | | 6.0-8.0 G/DL |
| ALBUMIN | 4.3 | | 3.5-4.8 G/DL |
| GLOBULIN | 2.8 | | 2.3-5.3 G/DL |
| A/G RATIO | 1.5 | | 1.1-1.8 |
| TOTAL BILIRUBIN | 0.8 | | 0.3-1.2 MG/DL |
| ALKALINE PHOS | 78 | | 37-107 U/L |
| LD TOTAL | 122 | | 94-172 U/L |
| SGOT | 38 | | 8-42 U/L |

CHEMISTRY/CARDIAC/LIPIDS (continued on next page)

        OWENS, WILLIAM

*** FANTOZZI, RONALD M,16-MAY-96  AT  08:30 ***          FINAL REPORT

500685.011.0441

```
        ST MARYS REGIONAL MEDICAL CENTER   LEWISTON, MAINE  4240   (207)777-8400
              DAVID GALLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOGY

PATIENT NAME: FANTOZZI, RONALD M            ACCOUNT #:        6134001
DOCTOR:       OWENS, WILLIAM                DATE/TIME COLL: 13-MAY-96  05:02 AM
D/A DATE:     A 13-MAY-96                   DATE RECEIVED:  13-MAY-96
LOC: ED       SEX: M                        DATE/TIME REP:  16-MAY-96  08:30 AM
SPECIMEN ID:  11601

          TEST NAME           RESULT       ABNORMAL              REFERENCE RANGE
          =========           ======       ========              ===============

   CHEMISTRY/CARDIAC/LIPIDS (continued)
      AMYLASE                 50                                   34-122 U/L
```

OWENS, WILLIAM

ST MARYS REGIONAL MEDICAL CENTER    LEWISTON, MAINE 04240    (207)777-8400
DAVID GALLICK, M.D., DIRECTOR, DEPARTMENT OF PATHOLOGY

PATIENT NAME: FANTOZZI, RONALD M          ACCOUNT #:      6134001
DOCTOR:       OWENS, WILLIAM              DATE/TIME COLL: 13-MAY-96    04:22 AM
D/A DATE:     A 13-MAY-96                 DATE RECEIVED:  13-MAY-96
LOC: CD       SEX: M                      DATE/TIME REP:  16-MAY-96    08:30 AM
SPECIMEN ID:  11597

| TEST NAME | RESULT | ABNORMAL | REFERENCE RANGE |
|-----------|--------|----------|-----------------|

## URINALYSIS/PARASITOLOGY/IMMUNOLOGY

| | | | |
|---|---|---|---|
| URINE REFRIGERATED | NO | | |
| URINE APPEARANCE | CLOUDY | | CLEAR |
| URINE COLOR | YELLOW | | YELLOW |
| URINE SPEC. GRAVITY | 1.024 | | 1.008-1.030 |
| URINE LEUKO EST. | NEGATIVE | | NEGATIVE |
| URINE NITRITE | NEGATIVE | | NEGATIVE |
| URINE PH | 5.0 | | 5.0-8.0 |
| URINE PROTEIN | NEGATIVE | | NEGATIVE (MG/DL) |
| URINE GLUCOSE | NORMAL | | NORMAL (MG/DL) |
| URINE KETONES | NEGATIVE | | NEGATIVE |
| URINE UROBILINOGEN | NORMAL | | NORMAL (MG/DL) |
| URINE BILIRUBIN | NEGATIVE | | NEGATIVE |
| URINE OCCULT BLOOD | APPROXIMATELY 250 | | NEGATIVE (ERY/UL) |
| URINE RBCS | 4+ | | NEGATIVE (/HPF) |
| URINE WBCS | NEGATIVE | | NEGATIVE (/HPF) |
| URINE BACTERIA | 2+ | | NEGATIVE (/HPF) |
| URINE CRYSTALS | NEGATIVE | | NEGATIVE (/HPF) |
| URINE CASTS | NEGATIVE | | NEGATIVE (/LPF) |
| URINE MUCUS | PRESENT | | NONE SEEN (/LPH) |
| URINE SQUAMOUS CELL | FEW | | NEGATIVE (/HPF) |
| URINE TRANSITIONALS | NEGATIVE | | NEGATIVE (/HPF) |
| URINE OTHER CELLS | NEGATIVE | | NEGATIVE (/HPF) |

OWENS, WILLIAM

*** FANTOZZI, RONALD M/16-MAY-96 AT  08:30 *** (CONT)    FINAL REPORT

500685.011.0443

**NURSING CONTINUATION SHEET**

DEPT. REPORT CONTINUED

No: 615417    PAGE 1    OF

| LAST NAME | FIRST | | | | | | |
|---|---|---|---|---|---|---|---|
| FANTOZZI | Ronald D | | | | Owens | 5/13/?? | |

| | | | | MEDICATION | | | |
|---|---|---|---|---|---|---|---|
| 0300 | | | | Saline lock c #20 x 1¾" ?e stated in (L) forearm. Labs drawn & sent | | | |
| | | | | N/S flush notfilled. Rates pain '10/10' | | | |
| 0451 | | | | Demerol 25 mg slow IV push followed by 5ml N/S flush ?? | | | |
| 0455 | | | | Phenergan 25 mg slow IVP followed by 5ml N/S flush ?? | | | |
| 0500 | | | | Pain now '7/10' | | | |
| 0515 | | | | Demerol 25 mg IV followed by 5 ml N/S flush c pain ↓ to | | | |
| | | | | '5/10' | | | |
| 0545 | | | | To XR via stretcher. Pain ↑ 7/10    ?? | | | |
| 0600 | 112/64 | 84 | 18 | | Returned from XR. Pain remains 7/10 | | |
| | | | | | | | |
| 0745 | | | | Assumed pt care ——— | | | |
| | | | | Pt in x-ray for IVP c | | | |
| | | | | c/o ↑ discomfort. | | | |
| 0800 | 114/60 | | | 35 mg Demerol ?IVP c relief of discomfort | | | |
| | | | | for remainder of test | | | |
| | | | | Returned from x-ray c c/o | | | |
| | | | | ↑ discomfort ? pt sleepy | | | |
| | | | | on re-eval. | | | |
| | | | | Eval. by Dr. Gage | | | |
| 0940 | | | | Toradol 30 mg IVP c relief of pain | | | |
| 1010 | | | | Dr. Mailhot ?? | | | |
| 1075 | 102/60 | 72 | | IV de?? Pt admitted | | | |
| | | | | to ?? ?? | | | |

| N? | Jane ?? | RN/LPN | B/ George ?? | RN/LPN |
|---|---|---|---|---|
| | | RN/LPN | | RN/LPN |

DOCTOR'S    SIGNATURE    M.D.

MEDICAL RECORDS COPY

500685.011.0444

NURSING CONTINUATION
SHEET

ST. MARY'S
REGIONAL MEDICAL CENTER
LEWISTON MAINE

NO. 6134001          PAGE 2 OF 2

| LAST NAME | FIRST | | | | |
|-----------|-------|---|---|---|---|
| FANTozzi, Ronald | | | | page | 5/18/8 |

1100  Witnessed pt leaving hosp
& making phone call.
Pt. entered vehicle be-
hind wheel & drove
away

| INITIALS | SIGNATURE | | INITIALS | SIGNATURE | | INITIALS |
|----------|-----------|--|----------|-----------|--|----------|
| | | RN/LPN | | | | RN/LPN |
| | | RN/LPN | | | | RN/LPN |

DOCTOR'S   SIGNATURE                    M.D.

MEDICAL RECORDS COPY

500685.011.0445



St. Mary's Medical Associates
99 Campus Avenue, Lewiston, ME 04240
(207) 777-8810

2334

St. Mary's Regional Medical Center
Radiology Request Form

NAME: Fantozzi, Ronald  SEX: M   DOB:April 16, 1962
SSN: 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  PHONE (H): (207) 782-3873  (W):(207) 784-9186
ADDRESS: 40 Poland Rd
ADDRESS: Auburn, ME  04210

PHYSICIAN: Michael Boulanger, M.D.

Insurance1:HEALTHSOURCE  ID#:218103-01  Group#:M219
Insurance2:  ID#:  Group#:

DIAGNOSIS: _____  *ABD/© Front Pain   HX Clouds*

TYPE OF EXAM
X-RAY:_____  *IUP /obstruction series*   Diagnosis *HEP C CARR*

CT SCAN: _____

NUCLEAR MEDICINE: _____

ULTRASOUND: _____

CARDIAC CATH: _____

OTHER: _____

MAMMOGRAPHY:_____

Reason for Mammography: _____

Previous Mammography: _____ Yes _____ NO  Date: _____
Where:_____  When: _____

Routine: _____  Palpable Mass: _____

Other: Discharge, Radiologist Recommendations, etc.:
_____
Date of last menstrual cycle: _____

| | | | | |
|---|---|---|---|---|
| Hormone Therapy: | ___ Yes | ___ No | | |
| Scars/Raised Skin Lesions: | ___ Yes | ___ No | | |
| Family History: | ___ Yes | ___ No | | |
| Prev. Biop/ Aspiration | ___ Yes | ___ No | Right | Left |
| Pain: | ___ Yes | ___ No | SIGNED: | |
| Implants: | ___ Yes | ___ No | | |

*Michael J. Boulanger MD*

500685.011.0446

St. Mary's Medical Associates
93 Campus Avenue, Lewiston, ME 04240
(207) 777-8810

NAME: Fantozzi, Ronald   SEX: M   DOB:April 16, 1962
SSN: 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   PHONE (H): (207) 782-3873   (W):(207) 734-9186
ADDRESS: 40 Poland Rd
ADDRESS: Auburn, ME   04210

PHYSICIAN: Michael Boulanger, M.D.

Insurance1:HEALTHSOURCE   ID#:218103-01   Group#:M219
Insurance2:   ID#:   Group#:

DIAGNOSIS: ACUTE ABD /(L) FLANK PA.)

| BACTERIOLOGY | THYROID | THERAPEUTIC DRUGS |
|---|---|---|
| __ Culture | __ T3 Uptake | __ Digoxin |
| __ Source | __ T4 | __ Dilantin |
| __ Blood | __ Total T3 | __ Lithium |
| __ Stool | __ TSH | __ Phenobarb |
| __ Throat | __ Free T4 | __ Theophyline |
| __ Urine | __ Anti Micros Antbdy | |
| __ Other ____ | __ Anti Thyglobulin | |
| __ GC Screen | | |
| __ Rapid Strep | COAGULATION | Urine/Feces/Preg |
| __ Strep Scrn Cult | __ Bleeding Time | __ Ova & Paras |
| | __ Coag Profile | X __ Days |
| CHEMISTRY | __ Protime | __ Occult Blood |
| X Amylase ✓✓ | __ PTT | Feces |
| __ Bilirubin, Micro | | __ Rout Urnalys |
| __ Block 3 * | HEMATOLOGY | __ Rout Culture |
| __ BUN | X CBC Auto Diff ✓ | ✓ if indicated |
| __ Calcium | __ CBC Manual Diff | X Comp Urnalys ✓ |
| __ Coronary Rsk Prof | __ Differential | X Comp Culture ✓ |
| __ Creatinine | __ HCT | ✓ if indicated |
| X Electrolytes ✓ | __ HGB | __ Pregnancy |
| __ NA | __ Platelet Count | (Qual HCG)ser |
| __ K | __ Retic Count | __ Pregnancy |
| __ FE/IBC | __ Sed Rate | (Qual HCG)urn |
| __ Gluc Fasting * | __ WBC | |
| __ Gluc, Tol, Hr __ * | OTHER | |
| __ Gluc, 2hr. P.C. | __ Glycohemoglob | __ 24hr Urine |
| __ Gluc, 50 Gram | __ PAP BY RIA | Micro Albumin |
| __ HDL | __ PSA | __ 24hr Urine |
| __ Lipids ** | __ Ferritin | Creat.Clrnce |
| __ Cholesterol | __ B12 Folate | __ RPR |
| __ Lipoprot ** | __ Renal Panel | __ Heterophile |
| __ Triglyc ** | __ Hep Panel | |
| X Chem 15 Profile ✓ | * Fasting 8 Hrs | |
| | ** Fasting 12 Hrs | |

500685.011.0447



500685.011.0448

DATE    TIME    INITIALS

## CONSENT FOR TREATMENT

I hereby authorize the Physician or Physicians (and whomever he or they may designate as his or their assistant(s) in charge of my care at ST. MARY'S, to administer any emergency treatment and to administer such anesthetics and perform such operations and procedures as he or they may deem necessary or advisable in the diagnosis and treatment of my condition, recognize that the need for prompt medical attention precludes authorization of a more detailed or specific nature before proceeding, and to send the complete medical record to my Physician or the Physician I am referred to.

WITNESS _D. Fitzherbert_    SIGNATURE _Ronald Finky_    DATE AND TIME _____

Because the above patient is an unemancipated minor. _____ years of age, or, is unable to sign for the following reasons:

_____

_____

The above consent is given on the patient's behalf by:

WITNESS _____    CLOSEST RELATIVE OR LEGAL GUARDIAN _____

DATE _____ TIME _____    RELATIONSHIP _____

(NOTE, IF TELEPHONE CONSENT) _____

## SAINT MARY'S REGIONAL MEDICAL CENTER

Lewiston, Maine

### RELEASE FROM RESPONSIBILITY FOR DISCHARGE

This is to certify that I, _____ an out-patient at St. Mary's Regional Medical Center, am leaving against the advice of the attending Physician and Medical Center authorities. I also acknowledge that I have been informed of the risk involved and hereby release the attending Physician and Medical Center from all responsibility for any ill effects which may result.

WITNESS _____    SIGNATURE OF PATIENT OR PARENT, IF MINOR _____

DATE _____ TIME _____

I _____ give St. Mary's Regional Medical Center Department staff permission to photograph my injuries. I understand that these photographs will be the Medical Center and be available if needed for legal purposes in the future.

Although duplicate copies will be taken, an original must always remain in the hands of the Medical Center.

WITNESS _____    SIGNATURE OF PATIENT OR PARENT, IF MINOR _____

DATE _____ TIME _____

500685.011.0449




**St. Mary's**
**Regional**
**Medical**
**Center**



EMERGENCY DEPARTMENT - 777-8120
AFTERCARE INSTRUCTIONS

Emergency Department Treatment is only the first step in your care. Follow up care may be important for your health and safety.

If you get worse, get new symptoms or don't get better, call your physician or return to the Emergency Department any time day or night.

X-rays and cardiograms (EKGs) are initially read by the Emergency Physician. They will also be reviewed by the hospital radiologist or cardiologist. You will be notified if any significant additional findings are noted.

You will be sent a separate bill for Emergency Physician care in the hospital Emergency Department. If you have any questions about the Emergency Physician's bill, please do not hesitate to contact us, toll free 1-207-539-8277.

**PLEASE FOLLOW THE INSTRUCTIONS CHECKED BELOW:**

( ) Take your medication as ordered.
( ) Follow instruction sheet _____
( ) See Dr. _____ for follow up on ____ / ____ / ____ at _____
( ) Call Dr. _____ tomorrow, for appointment in _____ days.
( ) May return to school on ____ / ____ / ____ .
    May return to Gym on ____ / ____ / ____ .
    Limitations _____

( ) May return to REGULAR/LIMITED DUTY work on ____ / ____ / ____
    ( ) Work as bandage/splint allows      ( ) No lifting
    ( ) One hand/one arm work              ( ) No lifting over _____ lbs.
    ( ) Dry work only                      ( ) No squatting/kneeling
    ( ) Other                              ( ) No bending or twisting
    ( ) Call WORK MED for appointment on ____ / ____ at
        777-8816

OTHER  ① collar for comfort / or until seen
       at next
       ② pain medicine [illegible]
       [illegible]
       ③ [illegible]
       ④ [illegible]

[illegible] HAVE READ AND UNDERSTAND [illegible] INSTRUCTIONS

[illegible handwritten signature line]

[illegible]

500685.011.0450



FANTOZI, Ronald M.    Johnson    BNRMC    03/30/94
Medical Record #: 221342    Account #: 4089093
DOB: ████/1962    Arrived: 1012    Examined: 1025

**PRESENTING PROBLEM:** Neck pain.

**HISTORY OF PRESENT ILLNESS:** The patient is a 31-year-old male wi.
arrived ambu'atory for evaluation of left-sided neck pain. He saic that
he had some mild discomfort yesterday. When he woke up this morning it
was more intense. He has noted he has a difficult time turning his head
to the left. He also has discomfort with flexion, more than extension.
He denies problems with strength and sensation. He has no bowel or
bladder control problems.

He denies any trauma.

He apparently has had some mild neck discomfort on-and-off for about one
year, but nothing as intense as this. He does some regular neck
stretching exercises at work. He started weight lifting about an hour
and a half ago lifting about 45 minutes mostly everyday.

He has no fever, chills or sweats. He has no cough or shortness of
breath. He denies any systemic symptoms.

**PAST MEDICAL HISTORY:** Crohn's disease. He has had surgery for that as
well as a cholecystectomy.
**SOCIAL HISTORY:** He does not smoke cigarettes. He works in a shoe shoe.

**ALLERGIES:** None.
**MEDICATIONS:** None.
**IMMUNIZATION STATUS:** Tetanus 1992.
**PERSONAL PHYSICIAN:** Dr. Boulanger.

**PHYSICAL EXAMINATION:** At 1020 hours:  Vital Signs: Temperature 37.0,
pulse 68, respiratory rate 14, blood pressure 122/68. General
appearance: The patient is awake, alert and he does appear uncomfortable
with his head cocked sideways.

**NECK:** Not tender. He does have some tenderness, however, just to the
anterior proximal portion of the trapezius. He has no tenderness,
although he points to the area of the proximal anterior trapezius going
up the lateral aspect of the left side of his neck as being the most
sore area. The patient has marked decreased range of motion. He is
barely able to get any movement rotating to the left. He has good upper
and lower limb power, both proximally and distally. He is able to
discriminate sharp from dull and he has no sharp level deficits from his
fingertips to his neck. Deep tendon reflexes are +3 and symmetrical.
**NECK:** Supple with no enlarged nodes.
**THROAT:** Not red and there is no swelling.

**TEST INTERPRETATIONS:**
**X-RAYS:** Read by radiologist.
**CERVICAL SPINE:** Negative.

Page 1 of 2

500685.011.0451

FANTOZI, Ronald M.   Johnson   SMRMC   03/30/94
Medical Record #: 221342   Account #: 4089093
DOB: ___/1962   Arrived: 1012   Examined: 1025

**ED COURSE/PROCEDURES:** The patient was given 60 mg of Toradol IM and
10 mg of Flexeril by mouth at 1045 hours. By 1145 hours there was some
mild change, but nothing significant.

**ASSESSMENT:**
1. Neck strain - possible acute disk; however, without neurologic
   symptoms.

**DECISION MAKING/TREATMENT/COUNSELING/CARE COORDINATION:**
1. Soft cervical collar for comfort.
2. Cervical pillow, which he may use at night.
3. Acetaminophen #3 one to two q.4-6h. (25, no refills, no driving).
4. Flexeril 10 mg (1 q.8h., 21, no refills).
5. Rest.
6. No work before the 5th of April.
7. Follow-up with Dr. Parisien.
8. Return if worse or new problem i.e. weakness, numbness or
   problems with bowel or bladder control.
9. I reviewed the instructions with him and he understood them.

**CONDITION AT DISCHARGE:** Good, ambulatory.
Time Out: 1150

3/h 94

David E. Johnson, M.D.
DOD:03/30/94   DEJ/tai
DOT:03/30/94
cc: Dr. Boulanger
    Dr. Parisien
3

*Dictate, Inc. 207-539-8477 for St. Mary's Regional Medical Center*

*Page 2 of 2*

500685.011.0452

**ST. MARY'S REGIONAL MEDICAL CENTER**
LEWISTON, MAINE 04240

RADIOLOGY REPORT

NAME      FANTOZZI, RONALD M
STREET    93 PIERCE ST
CITY      LEWISTON
STATE     ME          ZIP CODE 04240 FLOOR

DATE OF BIRTH        /62    MED REC # 22-13-42
X-RAY #          08-99-89    HOSP #    4089093
SERVICE DATE    03/30/94    PHY(S)    JOHNSON, DAVID E.
DATE TYPED      03/30/94    PHY(S)    BOULANGER
TIME COMPLETED  13:31:18

Indication for Study: Left cervical paraspinal pain, R/O
pathology

FINDINGS:
CERVICAL VERTEBRAL COLUMN:  The vertebral bodies are
intact. The intervertebral joint spaces are normal.  There
is no encroachment or enlargement of the neural foramina.

CONCLUSION:  Nothing abnormal is seen in the cervical



500685.011.0453