# RONALD FANTOZZI

## 17 OF 18



**MARKER-HOFF GROUP**
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**   Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**   C-1-01-428

**PERTAIN TO:**   Ronald Fantozzi

**FROM:**   DeRosa and Chamberland Eye Care
633 Main Street
Lewiston, ME  04240-5938
(207) 783-8243

**DELIVER TO:**   Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500685094-0001
THROUGH 500685094-0006.

THE MARKER-HOFF GROUP, INC

13105 NORTHWEST FREEWAY SUITE 300    HOUSTON TEXAS 77040    (T) 713 460 9070    (F) 713 460 6519    800 264 9070
WWW.MARKER-HOFF.COM

**OPTOMETRIC RECORD**

PATIENT'S NAME: Ronald Fantozzi

ADDRESS 40 Poland Rd    BUS. PHONE    RES. PHONE 282-3873

REFERRED BY    WHERE EMPLOYED    AGE 39   SEX M   DATE 1-4-02
LAST EYE EXAM 11-4-97    D.O.B. ___-62

PATIENT'S STATEMENT OF COMPLAINTS: ☐ RETURNING DUE TO PRIOR OCULAR DIAGNOSIS

DV BLUR / NV BLUR — Had CSR Before
I li suya can bad 2months ago
HA'S    Blur

FLASHES / FLOATERS - NEW / LONGSTANDING

MENTAL STATUS: NORMAL / OTHER

ALLERGIES    FEN

PHYSICAL CONDITION: NORMAL   HTN   DM   HD   THYROID

ASTHMA   EMPHYSEMA   CANCER   MS

MEDICATIONS  humezine - po

NAKED VISION  O.D. / O.S.    ACUITY CURRENT RX  O.D. / O.S.

CT: NEAR    DIST

GROSS FIELDS  OD FULL / RESTRICTED

OS FULL / RESTRICTED    GROSS EXTERNALS  NORMAL / OTHER

PUPILS: PERRL NOAPD

EOM'S: FESA / RESTRICTED

| CURRENT RX | | | | | 11-97 |
|---|---|---|---|---|---|
| | SPH. | CYL. | AX | PRISM | ADD |
| O.D. | -1.00 | -.50 | 90 | | |
| O.S. | -.50 | -.75 | 68 | | |

SLIT LAMP AND EXTERNAL EXAM   O.D.    O.S.

LIDS
CONJ
STAINING
CORNEA
ANTERIOR CHAMBER
ANGLES
IRIS
LENS
CONTACT LENSES

DIAGNOSIS:

O.S.

CUPPING
VESSELS
MACULA
BACKGROUND
MEDIA

TREATMENT PLAN:

VA worse OD
RTo DFE OU + PICA
nasea sm only CSR

SPH
-0.62   -0.87
-0.75   -1.12   87*
-1.12   -0.87   102
[ -1.12   -0.87   102]
[KER]   INDEX:1.3375
Cen mm   D   AX
7.35   45.87   155
7.31   46.12   65
< 7.33> -0.25   155
[REST]   -0.87   4

《LEFT》
[REF]
SPH   CYL   AX
-0.12   -0.87   72
0.00   -1.00   90
+0.75   -0.87   74
[ -0.12   -0.87   73]
[KER]
Cen mm   D   AX
7.45   45.25   54
7.30   46.25   144
< 7.38> -1.00   54

| FINAL RX | SPHERE | CYLINDER | AXIS | PRISM | ADD |
|---|---|---|---|---|---|
| O.D. | -100 | -75 | 90 | | |
| O.S. | -50 | -75 | 68 | | |

500685.094.0001

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Both Eyes | T | R | R | • | L | T | B | L | R | L | B | R | T |
| 2 Right | T | L | T | Y | B | B | L | B | R | T | R | L | B |
| 3 Left | L | R | L | B | R | Y | T | B | R | T | B | R | T |
| Snellen Equivalents | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/25 | 20/22 | 20/20 | 20/18 | 20/17 | 20/15 | |
| 4 Stereo Depth | 9 B | | 2 L | | 5 B | T | 7 F | | 8 L | R | 9 L | R | |
| 5 Color | | | A 12 | | B 6 | | C 29 | | D 8 | | E 18 | | F 0 |
| 6 Vertical | BU | OD | • | | 2 | 3 | 4 | 5 | 6 | 7 | BD | OD | |
| 7 Lateral | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | | ESO | 5 | 4 | 3 | 2 | 1 | 0 | 1 | 2 | 3 | 4 | 5 | EXO |
| 12 Lateral | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| Screening | | | | | | | | | | | | | |

CONTACT LENS REGIMEN

PATIENT'S LENS CARE ☐

*Spoke w/ pt*
*1/29/02 —*
*He w/o/B*
*to ... to Resc*

PATIENT USING LENSES

*pt ns'd*
*pic/DFE* *Lm DTR 1-16-02*

OVER REFRACTION OVER

*neco to call.*

☐ OTHER:

EVALUATION OF FUNDUS PHOTOS:

DATE *1-16-02 pt ns'd pic/DFE* ⑩

*1-16-02 - Lm w/Dtr to Call us back to Resc.*

*1-29-02 - Spoke w/pt - Said he would Call us back today. did not Call back - N*

*8-21-02 pt ns'd DFE/PIC* ⑱

500685.094.0002

 

Title
Date 1/4/02

Title
Date 1/4/02

500685.094.0003

NAME — *Ronald Fantozzi*

DATE —

Q.      9-12-94
Ron's wife called
(mother)
said Ron's eye
worst do you
want to see him
or just ref him
she said you
mentioned refering
him   JXC

9/3/94 I called to drop

DATE —

SEP 13 1994

VA ww

" VA   11/20
    20/30 "

Called Patient
Pt also need
referral for
9/3 visit
(call 9/5/94)

Sept 15 —   Called Dr. Belsay DA replied

DATE —

500685.094.0004

OFFICE INFORMATION

PATIENT INFORMATION
RONALD M FANTOZZI

DEROSA AND CHAMBERLAND EYECARE
633 MAIN STREET
LEWISTON, ME  04240-5938

DOB:        ▮▮▮▮/62
Sex:        M

PHONE: (207) 783-8243
ID  :  01-0476297

CODE      DIAGNOSIS

361.30  RETINAL DEFECT WITHOUT TE
362.41  CENTRAL SEROUS CHOROIDOPA
362.41  CENTRAL SEROUS CHOROIDOPA

RONALD M FANTOZZI
40 POLAND RD
AUBURN, ME  04210

|  | STMT. DATE | BALANCE DUE |
|---|---|---|
| PATIENT FINANCIAL HISTORY | 08/26/2003 | .00 |

| Date | | Description | | Proc | Insurance Charges | Insurance Credits | Insurance Balance | Patient Charges | Patient Credits | Patient Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/18/94 | 006 | EYE EXAM EST PATIENT | | 92014 | | | 0.00 | 56.00 | | 56.00 |
| 05/18/94 | 914 | BILLED TO BS | BS | | 46.00 | | 46.00 | | 46.00 | 10.00 |
| 05/18/94 | 912 | PAYMENT BY CASH | | | | | 46.00 | | 10.00 | 0.00 |
| 07/11/94 | 936 | PAYMENT BY INSURANCE C | BS | | | 40.00 | 6.00 | | | 0.00 |
| 07/11/94 | 908 | INSURANCE ADJUSTMENT | BS | | | 6.00 | 0.00 | | | 0.00 |
| 09/07/94 | 021 | OFFICE CALL EST-LIMITE | | 92012 | | | 0.00 | 34.00 | | 34.00 |
| 09/07/94 | 035 | FUNDUS PHOTOGRAPHY (1- | | 92250 | | | 0.00 | 16.00 | | 50.00 |
| 09/07/94 | 914 | BILLED TO BS | BS | | 40.00 | | 40.00 | | 40.00 | 10.00 |
| 09/07/94 | 912 | PAYMENT BY CASH | | | | | 40.00 | | 10.00 | 0.00 |
| 09/07/94 | 912 | PAYMENT BY CASH | | | | | 40.00 | | 10.00- | 10.00 |
| 09/13/94 | 021 | OFFICE CALL EST-LIMITE | | 92012 | | | 40.00 | 34.00 | | 44.00 |
| 09/13/94 | 914 | BILLED TO BS | BS | | 24.00 | | 64.00 | | 24.00 | 20.00 |
| 09/13/94 | 912 | PAYMENT BY CASH | | | | | 64.00 | | 10.00 | 10.00 |
| 10/20/94 | 936 | PAYMENT BY INSURANCE C | BS | | | 40.00 | 24.00 | | | 10.00 |
| 11/16/94 | 936 | PAYMENT BY INSURANCE C | BS | | | 24.00 | 0.00 | | | 10.00 |
| 11/30/94 | 998 | MONTHLY FINANCE CHARGE | | | | | 0.00 | 0.15 | | 10.15 |
| 12/30/94 | 998 | MONTHLY FINANCE CHARGE | | | | | 0.00 | 0.15 | | 10.30 |
| 01/31/95 | 998 | MONTHLY FINANCE CHARGE | | | | | 0.00 | 0.15 | | 10.45 |
| 02/08/95 | 907 | PATIENT ADJUSTMENT | | | | | 0.00 | | 10.45 | 0.00 |
| 11/04/97 | 006 | EYE EXAM EST PATIENT | | 92014 | | | 0.00 | 58.00 | | 58.00 |
| 11/04/97 | 914 | BILLED TO BS | BS | | 46.00 | | 48.00 | | 48.00 | 10.00 |
| 11/04/97 | 912 | PAYMENT BY CASH | | | | | 48.00 | | 10.00 | 0.00 |
| 12/12/97 | 936 | PAYMENT BY INSURANCE C | BS | | | 40.00 | 8.00 | | | 0.00 |
| 12/12/97 | 908 | INSURANCE ADJUSTMENT | BS | | | 8.00 | 0.00 | | | 0.00 |
| 01/04/02 | 430 | EYE EXAM - NEW | | 92002 | | | 0.00 | 85.00 | | 85.00 |

500685.094.0005

OFFICE INFORMATION

DEROSA AND CHAMBERLAND EYECARE
633 MAIN STREET
LEWISTON, ME 04240-5938

PHONE: (207) 783-8243
ID  :  01-0476297


RONALD M FANTOZZI
40 POLAND RD
AUBURN, ME  04210

PATIENT INFORMATION
RONALD M FANTOZZI

DOB:        ____62
Sex:        M

| CODE | DIAGNOSIS |
|---|---|
| 361.30 | RETINAL DEFECT WITHOUT TE |
| 362.41 | CENTRAL SEROUS CHOROIDOPA |
| 362.41 | CENTRAL SEROUS CHOROIDOPA |

|  | STMT. DATE | BALANCE DUE |
|---|---|---|
| PATIENT FINANCIAL HISTORY | 08/26/2003 | .00 |

|  |  |  |  |  | ————Insurance———— |  | ————Patient———— |  |  |
| Date | Description | Proc | Charges | Credits | Balance | Charges | Credits | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/04/02 | 915 BILLED TO CIGNA HEALTH CIG |  | 75.00 |  | 75.00 |  | 75.00 | 10.00 |
| 01/04/02 | 912 PAYMENT BY CASH |  |  |  | 75.00 |  | 10.00 | 0.00 |
| 02/27/02 | 936 PAYMENT BY INSURANCE C CIG |  |  | 40.00 | 35.00 |  |  | 0.00 |
| 02/27/02 | 908 INSURANCE ADJUSTMENT  CIG |  |  | 35.00 | 0.00 |  |  | 0.00 |
| 09/03/02 | 269 NO RX GIVEN OUT |  |  |  | 0.00 | 0.00 |  | 0.00 |

| > 30 DAYS | > 60 DAYS | > 90 DAYS | PRIOR BAL | FINANCE CHG | CHARGES | CREDITS |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 283.45 | 283.45 |

PLEASE MAKE US AWARE OF ANY PROBLEMS WITH YOUR GLASSES
WITHIN 30 DAYS.  WE WILL MAKE EVERY EFFORT TO CORRECT THEM.

BALANCE DUE
.00

LEE U DE ROSA, OD, PA            License      623TAG            PAGE:  2

500685.094.0006



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

| | |
|---|---|
| **STYLE OF CASE:** | Michael W. Harris, et al. |
| | vs. |
| | Purdue Pharma L.P., et al. |
| **CASE NO:** | C-1-01-428 |
| **PERTAIN TO:** | Ronald Fantozzi |
| **FROM:** | DeRosa and Chamberland Eye Care<br>633 Main Street<br>Lewiston, ME  04240-5938<br>(207) 783-8243 |
| **DELIVER TO:** | Mr. Phillip J. Smith<br>VORYS, SATER, SEYMOUR & PEASE, LLP<br>Atrium Two, Suite 2100<br>221 East Fourth Street<br>Cincinnati, OH  45202 |

**Best Copy Possible Per Custodian**

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500685094-0007
THROUGH 500685094-0008.

**OPTOMETRIC RECORD**

PATIENT'S NAME: Ronald Tantozza /HS

ADDRESS: 40 Poland Rd    BUS. PHONE:    RES. PHONE: 782-3873

REFERRED BY:    WHERE EMPLOYED:    D.O.B.    AGE 35    SEX M    DATE 11-4-97

| OCULAR HISTORY | | | | | |
|---|---|---|---|---|---|
| PATIENT'S STATEMENT OF COMPLAINTS | Dizzyness ⊕ 8 head ¿? down upon raising, near □ OS | | | | |
| DV BLUR | good | | | | |
| NV BLUR | SG off to Read | central serious | | | |
| HAS | | chariot? | | | |
| FLASHES | ∅ | | | | |
| FLOATERS | ∅ | | | | |
| ALLERGIES | Environmental    FEH | | | | |
| PHYSICAL CONDITION: | NORMAL  HTN  DM  HD  THYROID  COPD | | | | |
| | Crohns Disease | | | | |
| ARE YOU TAKING ANY KIND OF TREATMENT? | ? | | | | |
| LAST EYE EXAM | 5-94 | | | | |

**CURRENT RX** 5-94

| | SPH. | CYL. | AX | PRISM | ADD |
|---|---|---|---|---|---|
| O.D. | -150 | -50 | 105 | | |
| O.S. | -50 | -75 | 60 | | |

| | O.D. | | O.S. |
|---|---|---|---|
| NAKED VISION | ACUITY CURRENT RX | O.D. 20/20    O.S. 20/30 v | |
| TIME 505 pm | CT NEAR    DIST | | |
| INTRAOCULAR O.D. 14 | FESA | | |
| TENSION O.S. 16 | PERIPNORD? | | |

**SLIT LAMP EXAM**

| | O.D. | O.S. |
|---|---|---|
| LIDS | C | C |
| CONJ | | C |
| STAINING | C | C |
| CORNEA | | |
| ANTERIOR CHAMBER | | |
| ANGLES | | |
| IRIS | | |
| LENS | ⊂ | ⊂ |
| CONTACT LENSES | | |

| OPHTHALMOSCOPY | O.D. | O.S. |
|---|---|---|
| OPTIC NERVES | ⊂ | ⊂ |
| CUPPING | .2 | .2 |
| VESSELS | ⊂ | |
| MACULA | ⊂ | |
| BACKGROUND | | |

ERROR
- 1.25  -0.50  108*
ERROR
ERROR
? ERROR
ERROR
- 1.00  -0.50  110
(VD:12.0)
L
- 0.62  -0.37  75
- 0.75  -0.62  69*
- 0.50  -0.75  71

ASSESSMENT: "Central serous on & off for 3 yrs. He has had many episodes over past 2 years never lasting more than 4 mo

He fluctuates all time.

PLAN: Amsler grid OS { + }

nob: I told him he gets an episode for this long call to have consult

Dr. Steven ___ PB

| RET | O.S.  O.D. | |
|---|---|---|
| SUBJ | O.D. -100 -50 90  O.D. 20/20 | |
| | O.S. -50 -75 68  O.S. 20/25 | |
| ADD | NEAR VA | |
| DLP   NLP | | |
| DVP   NVP | N/PRA | |

**FINAL RX**

| | SPHERE | CYLINDER | AXIS | PRISM | ADD |
|---|---|---|---|---|---|
| O.D. | -100 | -50 | 90 | | |
| O.S. | -50 | -75 | 68 | | |

500685.094.0007



500685.094.0008



| | |
|---|---|
| **STYLE OF CASE:** | Michael W. Harris, et al. |
| | vs. |
| | Purdue Pharma L.P., et al. |
| **CASE NO:** | C-1-01-428 |
| **PERTAIN TO:** | Ronald Fantozzi |
| **FROM:** | Neurosurgical Associates<br>99 Campus Avenue, Suite 303<br>Lewiston, ME  04240<br>(207) 777-4460 |
| **DELIVER TO:** | Mr. Phillip J. Smith<br>VORYS, SATER, SEYMOUR & PEASE, LLP<br>Atrium Two, Suite 2100<br>221 East Fourth Street<br>Cincinnati, OH  45202 |

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500685095-0001
THROUGH 500685095-0003.

THE MARKER-HOFF GROUP, INC

13105 NORTHWEST FREEWAY SUITE 300    HOUSTON TEXAS 77040    (T) 713 460 9070    (F) 713 460 6519    800 264 9070

WWW.MARKER-HOFF.COM

# KEITH B. QUATTROCCHI, M.D., Ph.D., P.A.
## NEUROLOGICAL SURGERY
### NEURO-ONCOLOGY

99 CAMPUS AVENUE, SUITE 303 • LEWISTON, MAINE 04240
Telephone (207) 777-4460 • FAX (207) 777-4466

*Diplomate of the American Board*
*of Neurological Surgery*

*Clinical Associate Professor*
*University of North Carolina*

*Member*
*American Association of*
*Neurological Surgeons*
*Congress of Neurological Surgeons*

March 15, 1999

Ronald Snyder, M.D.
12 High Street
Lewiston, ME 04240

RE: Ronald Fantozze
    DOB: ⬤/62

Dear Dr. Snyder:

I had the pleasure of seeing your patient, Mr. Ronald Fantozze. As you remember, he is a 36-year-old gentleman with Crohn's disease. Evidently, he has undergone at least two surgical interventions including, as described by the patient, a one and a half foot colon resection 13 years ago, and 10 years ago, a cholecystectomy and appendectomy.

He has had intermittent episodes of rather severe cramping and dull pain in the right lower quadrant over the past few years. Evidently, these would resolve, but approximately one year ago he began having severe right lower quadrant pain with severe cramping and evidently this has not improved. He has been seen by Dr. Snyder and is currently being treated with Oxycontin at I believe, a dose of 40 mgs p.o. b.i.d. The patient appeared to me during the examination, to be rather comfortable, but states that the pain is severe and states that it involves the right lower quadrant and described it both as sharp and dull at different times in the conversation and also is cramping. He states that a colonoscopy was done six months ago and was unremarkable.

PAST MEDICAL HISTORY: Significant for Hepatitis C. He denies myocardial infarction, stroke, diabetes, or hypertension. He has a history of Crohn's disease as previously noted.

MEDICATIONS: Include Oxycontin and Prednisone as well as an antidepressant. The patient does not know the doses of his medications and does not know what type of antidepressant he is on.

ALLERGIES: Unknown.

Ronald Fantozze
page 2

REVIEW OF SYSTEMS: Skin and integument: No complaints of lesions or other abnormalities.
Head and Neck: Please see neurological findings.
Cardio: The patient does not complain of shortness of breath,
palpitations or chest pain.
GI: No complaint of weight loss or change in stool habits or patterns.
GU: Unremarkable, no new complaints.
Extremities: No complaint of leg swelling or extremity pain.

PHYSICAL EXAMINATION: The patient is a well-developed, well-nourished male in no apparent distress. Lungs: Clear to auscultation and percussion.
Cor: Regular rate and rhythm. No rub, murmur or gallop.
Abdomen: Soft and nondistended. Bowel sounds present. No hepatosplenomegaly.
GU: Deferred at the request of the patient.
Extremities: No clubbing, cyanosis or edema.
Neurologic exam: The patient is awake, alert and oriented without speech or memory deficits. Head and neck exam is unremarkable. The patient has no carotid bruits. Cranial nerves II-XII are intact. Motor exam reveals 5/5 strength throughout. There is no pronator drift. Sensory exam reveals no evidence of hypesthesia or sensory extinction. Reflexes are 2+ throughout with downgoing toes bilaterally.

IMPRESSION: Mr. Fantozze presents with a severe pain in the right lower quadrant. The description of his pain was somewhat inconsistent during my examination. I am obviously somewhat concerned by that fact. In addition, I am concerned by the fact that he looked rather comfortable throughout the interview despite his description of his pain being unbearable.

RECOMMENDATION: Unfortunately, I was unable to talk to you today as you were out of town, but I did have a chance to talk with Dr. Monzel. Dr. Monzel is obviously concerned that his pain is continuing and would like to see him again and we have contacted the patient to set up an appointment with Dr. Monzel. I will be seeing the patient after he has seen you and also completed his evaluation with Dr. Monzel. I would also recommend that he have a psychological evaluation performed. Certainly patients with chronic pain can be quite difficult to read, but I have to say that I was concerned with discrepancies between the amount of pain that the patient stated he was having and his general affect. Perhaps this was just a result of the Oxycontin, but I think this would bare further evaluation, especially if we are going to consider any invasive procedures. In addition, the evaluation by Dr. Monzel will be very important and perhaps there are some other underlying issues regarding his Crohn's disease which should be looked at and I am quite thankful that Dr. Monzel will be seeing him back regarding this. I have also asked the patient to discuss with you whether or not he might benefit from a higher dose of Oxycontin. He does not appear to have any mental status changes as a result of his current dosing and perhaps this would be something worth considering.

500685.095.0002

Ronald Fantozze
page 3

I have asked him to discuss this with you. I will be seeing him back after he is evaluated by Dr. Monzel and yourself and again, I would strongly recommend that we consider psychological testing to see whether or not he shows the type of ego and behavioral characteristics that would likely benefit from chronic pain treatment with an intrathecal Morphine pump, should this become necessary.

I wish to thank you for referring this very interesting patient to my attention. Please don't hesitate to contact me if you have any questions.

Sincerely,

Keith B. Quattrocchi, M.D., Ph.D.

KBQ/dls

cc: Dr. Monzel



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**    Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**    C-1-01-428

**PERTAIN TO:**    Ronald Fantozzi

**FROM:**    Central Maine Orthopaedics
690 Minot Avenue, Suite One
Auburn, ME  04210
(207) 783-1328

**DELIVER TO:**    Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500685096-0001
THROUGH 500685096-0006.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

Michael Harris, et al.                          :
                                                :
vs.                                             :    Case No. C-1-01-428
                                                :
Purdue Pharma L.P., et al.                      :

---

Records pertaining to: **Ronald Fantozzi**

Custodian of Records For: **Central Maine Orthopaedics**

I have conducted a thorough search of our files for the requested records, including but not limited to: patient intake forms and health questionnaires, and/or consent forms, and/or physical examination records, and/or x-rays, and/or pathology slides and/or blocks, and/or all nurses notes and physicians notes, and/or treatment records and reports, and/or prescription records, and/or third-party consultation records, and/or records of treatment at hospitals and other health care providers, and/or test results from outside laboratories, and/or itemized billing records, and/or insurance claims forms, and or personnel records and/or payroll records, and/or academic records, and/or correspondence.

I certify that nothing has been removed from the original file before releasing copies of these records or the originals. The records I am releasing are the original records or exact duplicates of the original records and include each and every record contained in the file on the above-named individual.

_____
AFFIANT

_____
WITNESS

_____8-27-03_____
DATE

*Central Maine Orthopaedics, P.A.*

**OFFICE VISIT**                                          **HECTOR J. ROSQUETE, M.D.**

**RONALD M. FANTOZZI**
**DATE OF BIRTH:**          ●62
**DATE OF SERVICE:**    3/23/99

**HISTORY:** Mr. Fantozzi returns to the cast room today complaining that his fiberglass splint that was fabricated last week is uncomfortable and also had been damaged by his dog who chewed it up.

I have fabricated a new splint for him. He states that it was rather uncomfortable over the MP joint of the index finger. I have padded this area with reston and he is much more comfortable with this now.

**PLAN:** He will continue using the splint and will come out of the splint for gentle range of motion exercises and for hygiene purposes several times a day. He has an appointment with Dr. Kendall at the end of the month for a work-up. He will follow-up with Dr. Rosquete after his appointment with Dr. Kendall. He will call the office in the interim if there are any further questions, concerns or problems.

Randall N. Shaw, OTC for

Hector J. Rosquete, M.D.

RNS/taa
Dictated, not proofread

PC: Michael Boulanger, M.D.

500685.096.0001

*Central Maine Orthopaedics, P.A.*

**OFFICE VISIT**                                    **HECTOR J. ROSQUETE, M.D.**

**RONALD M. FANTOZZI**
**DATE OF BIRTH:** ⬛62
**DATE OF SERVICE: 3/18/99**

**HISTORY:** Mr. Fantozzi returns today. He was seen for synovitis involving the left MP of the left index finger. He has a history of Crohn's disease. His synovitis is much improved today. There is much less tenderness. He complains of some decreased sensation over the MP. He has a volar brace which is fitting well. It's just a little bit too long and this is trimmed.

**PLAN:** The patient states he's had a previous history of kidney stones but denies any other aches or pains except for aching along the right flank for which he is being treated by Dr. Snyder with OxyContin. It is felt to be due to Crohn's disease. It is felt that he would benefit from evaluation by one of the rheumatologists. He will be referred to Dr. Kendall as per request. He can continue with his Ibuprofen and can start coming out of his splint for gentle range of motion exercise and personal hygiene.

_____

HECTOR J. ROSQUETE, M.D.

HJR/TAIB/PTA
Dictated, not proofread

pc:    Michael Boulanger, M.D.

500685.096.0002

**Central Maine Orthopaedics, P.A.**

OFFICE VISIT                                      HECTOR J. ROSQUETE, M.D.

RONALD FANTOZZI
DATE OF BIRTH:    ████/62
DATE OF SERVICE:  03/16/99

**HISTORY:**   Mr. Fantozzi is seen at the request of Dr. Boulanger with swelling over the
metacarpal phalangeal joint of the left index finger.  The patient is a 36-year-old right-handed
gentleman who had been seen on 08/13/98 with synovitis of the left index at the metacarpal
phalangeal joint.  The patient was referred to Dr. Kendall at that time as he has a history of
Crohn's disease.  Unfortunately, the patient did not seek medical attention.  He recalls on Friday
opening a door and somehow injuring the metacarpal phalangeal joint of his left index.  The
following day he noted swelling and erythema.  He presented to the emergency room at St.
Mary's Regional Medical Center.  He was given a splint and referred to Dr. Boulanger.  He
denies any puncture wounds, any abrasions or any insect bites.  He complains of pain across the
metacarpal phalangeal joint of the index finger aggravated with range of motion.  He does have a
history of Crohn's disease.  He is on Oxycontin and followed by Dr. Snyder for persistent pain.
The patient does recall many years ago he had fractures of his hand for which Dr. Marcotte
placed a pin across the index, middle, ring and little fingers.

**PHYSICAL EXAMINATION:**   Examination demonstrates some swelling and synovitis over
the dorsal aspect of the hand.  There is pain with range of motion and stiffness.

**X-RAY EVALUATION:**   X-rays from St. Mary's Regional Medical Center from 03/14/99, on
the oblique demonstrate a cystic-like area near the index finger metacarpal metaphysis which
may represent the previous K-wire site.  No other abnormalities are noted.

**IMPRESSION:**   The patient presents with synovitis at the metacarpal phalangeal joint of the
left index finger.  The question is whether this is inflammatory versus infectious.  The patient
does have a history of Crohn's disease but has no history of immune deficiency nor any portals
of bacterial entry.

CONTINUED

500685.096.0003

RONALD FANTOZZI
DATE OF SERVICE:  03/16/99
PAGE 2

**PLAN:**   The patient is splinted.  He was started on ibuprofen 100 mg t.i.d. with meals.  We will see him back this Thursday for evaluation.  It may be very helpful if this is, indeed, inflammatory in nature for the patient to be seen by one of the rheumatologists.


HECTOR J. ROSQUETE, M.D.

HJR/TAIB/FJT
Dictated, not proofread

Pc:  Michael Boulanger, M.D.

500685.096.0004

*Central Maine Orthopaedics, P.A.*

**OFFICE VISIT**                                    **HECTOR J. ROSQUETE, M.D.**

**RONALD M. FANTOZZI**
**DATE OF BIRTH:** ██/62
**DATE OF SERVICE:** 08/13/98

**HISTORY:** Mr. Fantozzi is a 36-year-old, right-handed gentleman seen in consultation for Ms. Ferland with pain at the MP joint of the left index finger. The symptoms began approximately three weeks ago at work. By 9:00 in the morning, he noted pain. The next morning, it was swollen like it was broken. He presented to the health center and was started on an exercise program. The swelling decreased but as soon as he returned to work, he started having pain. The patient works doing injection molding. He makes soles for boots. He uses his hands a lot. He has to bang open molds and feels he may have damaged the MP joint of the index finger doing this maneuver. It hurts more at the end of the day.

Past medical history: Crohn's disease and status post partial colectomy. He has a history of bronchitis. He had a previous fracture to the distal radius 20 years ago.

Medications: None.

Allergies: None.

Family history: No family history of degenerative arthritis. His mother died due to heart disease.

Social history: The patient is a nonsmoker. He denies any other joint aches or pains. His wife is a smoker.

**PHYSICAL EXAMINATION:** Physical examination demonstrates no suggestion of psoriasis. There is some mild swelling at the MP of the left index finger. There is extension of +15 and flexion of 85. At the index, there is flexion of 90 degrees. The other digits, including the middle, ring, and little fingers, and the right index finger, there is MP flexion of 85 degrees. There is no tenderness to palpation.

**X-RAY EVALUATION:** X-rays obtained today demonstrate an erosion on the ulnar base of the proximal phalanx of the left index finger.

**ASSESSMENT:** The patient presents with what appears to be synovitis at the MP of the left index, with juxta-articular erosion. He has a history of Crohn's disease. There is no suggestion of psoriasis. There is also a history of trauma and overuse.

**CONTINUED**

500685.096.0005

**RONALD M. FANTOZZI**
**08/13/98**
**Page 2**


**PLAN:**    I think it would be of great benefit to have this gentleman evaluated by Dr. Kendall for his synovitis. In the meanwhile, I think he would benefit from use of a padded glove, padding the MP joint. He also has pain with abduction of the fingers. He was given a velcro buddy strap to prevent abduction.

_____

HECTOR J. ROSQUETE, M.D.

HJR/TAIB/VW
Dictated, not proofread

pc:    Occupational Health and Rehabilitation

500685.096.0006