# RONALD FANTOZZI

# 18 OF 18

MH

MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

| | |
|---|---|
| **STYLE OF CASE:** | Michael W. Harris, et al. |
| | vs. |
| | Purdue Pharma L.P., et al. |
| **CASE NO:** | C-1-01-428 |
| **PERTAIN TO:** | Ronald Fantozzi |
| **FROM:** | Community Clinical Services<br>100 Campus Avenue, Suite 208<br>Lewiston, ME  04240<br>(207) 777-8974 |
| **DELIVER TO:** | Mr. Phillip J. Smith<br>VORYS, SATER, SEYMOUR & PEASE, LLP<br>Atrium Two, Suite 2100<br>221 East Fourth Street<br>Cincinnati, OH  45202 |

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500685102-0001
THROUGH 500685102-0006.

## PROGRESS NOTE

**Ronald Fantozi**                                                    **April 16, 1999**
**D.O.B.** ⬤62

**SUBJECTIVE:** Mr. Fantozi had originally been scheduled for a brief follow up visit, however, his chart had been inactive for three years. When he came to the session late, he was rescheduled for April 16th and that since he had been out of the practice for three years that we would need to do another psychiatric evaluation to update us on the last three years. He was due to be seen at 3:15 p.m. today, however, he was a no-show/no-call.

LB:mjh

Luke Ballenger, III, M.D.

500685.102.0001

## PROGRESS NOTE

10/13/95        FANTOZZI, RONALD

States Serzone made him anxious, and he stopped it after
about a week. He did not go up to the higher dose of 150
mg. He states he slept about 5 hours last night straight
through. He still has initial insomnia. Energy level is
about 70% of baseline. Appetite is about 70% of baseline.
Denies any suicidal or homicidal ideation. Anxiety: He
rates it on a scale of 100, with 100 being the maximum
amount of anxiety. He states he's nervous over the smallest
things. Denies any racing thoughts or grandiosity.
Concentration is fair most of the time, but does have
decreased concentration at other times. He states he takes
Hydroxyzine on occasion, 10 mg and not the 25 mg which he
was given a prescription for last time. He has not filled
that prescription yet. He states that the Hydroxyzine does
help with anxiety. He's had one major attack since his last
visit and that was in the morning after he drank two mixed
drinks the previous nights. His symptoms included shortness
of breath, diaphoretic problems, tachycardia, and dizziness.
These symptoms lasted for about 2 hours. He is strongly
encouraged not to drink alcohol, since some of these
symptoms could be withdrawal side effects. He states he's
had minor attacks, mainly chest pain associated with them,
but no other symptoms. These can occur several times per
day, and usually will last a few minutes, however, he still
has background anxiety.

ASSESSMENT: Patient is still anxious and has difficulty
with side effects from medicine.

PLAN:

1.    Continue Hydroxyzine prn.

2.    I discussed with the patient the possibility of using
      Trazodone at bedtime for sleep. He was informed that
      this is somewhat similar to Serzone. He was also warned
      about the potential sedating effects of the medicine,
      no driving while on it, as well as to be careful with
      sudden changes in position. He was given Rx for
      Trazodone, 50 mg PO at hs prn insomnia, 30 tabs
      prescribed. Follow up with me in 4 weeks.

LB/sb

LUKE BALLENGER, M.D.

500685.102.0002

**PROGRESS NOTE**

9/25/95        FANTOZZI, RONALD

The patient was seen today.  I previously had a phone
conversation with Mrs. Fantozzi in mid September in regards
to his panic attacks.  At that point, I had okayed the
patient taking two Vistarils, 10 mg tabs.  Today, he states
he's had two major panic attacks since my initial visit with
him on 9/7.  He took Xanax once with fairly prompt relief.
He quit taking Desipramine because of increasing anxiety.
Also, Hydroxyzine did work but apparently slowly.  He also
complains of difficulty getting erections with Desipramine.
Benefits and side effects of various antidepressants were
discussed with him.  He was informed that most of the
psychotropic medications do have potential for sexual
dysfunction.  He states he is sleeping about 4 to 5 hours
per night which is what he was sleeping previously.  He has
a good appetite, eating 3 meals per day. He has normal
energy level.  He has not missed work.  Denies any suicidal
or homicidal ideation.  He has good self-esteem.  No
helplessness.  No hopelessness.  I discussed my concerns
with the patient about being on a regular dose of Xanax
because of potential for addiction, and the patient was
agreeable to a trial of Serzone.  Benefits and side effects
were discussed with him on that medication.  He was given 2-
week sample supply of Serzone.

**ASSESSMENT:**  Patient still has panic attacks but mainly
appears to have minor panic attacks.

**PLAN:**

1.    Serzone, 100 mg PO bid x7 days; increase to 150 mg PO
      bid. Given one week supply of the 100 mg tabs and
      one week supply of 150 mg tabs starter kit.
2.    F/U with me in 2 weeks.

LB/sb                                      _Luke Ballenger_
                                      LUKE BALLENGER, M.D.

500685.102.0003

## INITIAL PSYCHIATRIC EVALUATION

FANTOZZI, RONALD                                   DOB: /62

9/7/95

**IDENTIFICATION:** The patient is a 33-year-old married white man with a chief complaint, "I was having anxiety attacks."

**HISTORY OF PRESENTING ILLNESS:** The patient has been having anxiety attacks for the past 3 years, however, they have been getting increasingly more severe in the last 2 or 3 months. He's now had six full anxiety attacks last month. These consist of tachycardia, numbness in the fingers, passing out without head trauma, diaphoretic palms, and headaches. These symptoms last anywhere from several minutes to a couple of hours. He has a history of generalized mild anxiety, but nonfocalized attacks and not as severe as the current ones. He has been working with organic solids at a plastics company and works with polyurethane plastics. He has a history of having colds, but now they have progressed to bronchitis with a productive cough. He denies any other acute stressors. The anxiety attacks in the past have been controlled by deep breathing, however, that is no longer efficacious. There is one recent event where OSHA came by his work place and made some recommendations, such as wearing steel toe safety shoes, as well as a couple of other safety recommendations, but these did not address any solvent hazards. He denies any suicidal ideation. Denies any history of attempts. Denies any homicidal ideation. Denies any crying spells. He's sleeping about 5 hours per night which has been low normal for him. He has middle insomnia, but no initial insomnia. He denies any concentration problem, decreased energy, or anhedonia. He has good self-esteem. He likes to go fishing. Denies any helplessness or hopelessness. He does have an intermittent appetite disturbance, but no weight loss. He denies any psychotic symptoms when asked. He denies a history of manic symptoms when asked. These anxiety attacks can occur at work, and he has to go to the office when he has an attack. He's not been to work this week except for very briefly on Tuesday. He admits to occasional alcohol usage, about one beer per month. He denies any OUI arrests. He denies any history of drug abuse.

**PAST PSYCHIATRIC HISTORY:** None. He's been on Xanax, 0.25 mg prn, and he was given a prescription for 10 of these several days ago. He has 8 of them left. He's been on Zoloft, 400 mg per day for about 2 days for his anxiety, but quit due to neck pain. That was 5 months ago.

(SEE NEXT SHEET)

FANTOZZI, RONALD
9/7/95
PAGE 2

**PAST MEDICAL HISTORY:** He has a history of recurrent
bronchitis and Crohn's disease. He denies any history of
hypertension, diabetes, epilepsy, hepatitis, or
tuberculosis. He denies any head trauma. He has no known
drug allergies.

**CURRENT MEDICATIONS:** Xanax .25 mg prn.

**SURGERY:** Partial colon resection of 1 1/2 feet and
cholecystectomy.

**FAMILY HISTORY:** No history of psychiatric problems in the
family. No suicides. No alcohol abuse. No drug abuse. No
pulmonary problems in the family. No cancer. No myocardial
infarctions. No diabetes mellitus.

**SOCIAL HISTORY:** He was born in New Britain, Ct. He moved
with his family to Lewiston, Maine when he was quite young.
He has a ninth grade education. He was nonspecific as to
the reason why he stopped at that age. He did have to
repeat the second grade. He went to work at about age 18.
Apparently, he stayed at home for 2 to 3 years, doing odd
jobs before he started a regular job. Denies having a GED.
He's been married once to his current wife of 10 years. He
has three children. He has a 12-year-old daughter by
another woman prior to marrying his current wife whom he
sees about once every other week. He has a 7-year-old boy
and a 5-year-old daughter by his wife. He denies any
history of abuse as a child. He denies any current legal
problems. He was not raised in any particular church as a
youngster, though he attends occasionally now. He lives in
Lewiston with his wife and two children. His longest job
has been for five years.

**REVIEW OF SYSTEMS:** Significant for diarrhea. He has
migraine headaches on occasion, but denies any paresthesias
outside of the anxiety attacks. Denies any urinary
complaints or pulmonary complaints.

**MENTAL STATUS EXAMINATION:** He is alert and oriented to
person and place but not time. He said it was August and
could not state the date in 1996. His mood was "happy."
His affect was blunted. His speech was normal rate, tone,
and prosody. Behavior: Occasional fidgeting. He was
dressed casually and had good eye contact. Thought
processes were goal directed. Thought content: Not
suicidal or homicidal. He had anxiety symptoms with

(SEE NEXT SHEET)

500685.102.0005

FANTOZZI, RONALD
9/7/95
PAGE 3

diaphoretic palms, tachycardia, and numbness in the fingers
as well as headaches. He had middle insomnia, but denied
any other symptoms of depression. Denied any manic symptoms
or any psychotic symptoms. On cognitive examination,
immediate recall was 3 objects out of 3 objects at 0
minutes; delayed recall was 3 objects out of 3 objects at 5
minutes. Short-term memory was fair for yesterday's events.
Long-term memory was fair for life events. President recall
was back to Mr. Carter with prompting. Proverbs: He had no
response to people who live in glass houses should not throw
stones. He was able to abstract to don't cry over split
milk. Serial 3's were done at average speed with one
mistake. Digit span was 7 numbers forward and 3 numbers in
reverse.

**IMPRESSION:**    This is a 33-year-old married man who has
signs and symptoms of a panic disorder. He did admit to
some agoraphobic symptoms with restriction in his going out
because of his fear of having an attack in a crowded place.
There appears to be no history of alcohol or drug abuse.

**DIAGNOSES**

Axis I:    Panic disorder with agoraphobia.

Axis II:   Deferred.

Axis III: Bronchitis.

Axis IV:   Job stressors.

Axis V:    Current GAF of 45/highest in past year 80.

**PLAN:**

1.    Desipramine, 50 mg, 1 tab PO qhs x7. Then increase
      to 2 tabs PO qhs, 25 tabs prescribed. Patient was
      informed of benefits and side effects of Desipramine
      and possible sedation from it.

2.    Hydroxyzine, 10 mg PO q6h prn anxiety, 40 tabs
      prescribed. Patient was informed of benefits and
      side effects of this medication, including the risk
      of drowsiness, and was urged to use caution with
      this while at work.

3.    F/U in 2 weeks.

LB/sb                                  _Luke Ballenger m_
                                       LUKE BALLENGER, M.D.

500685.102.0006



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**     Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**     C-1-01-428

**PERTAIN TO:**     Ronald Fantozzi

**FROM:**     Maine Medical Center
Health Information Management
(Medical Records Department)
22 Bramhall Street
Portland, ME  04102
(207) 871-0111

**DELIVER TO:**     Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500685034-0001
THROUGH 500685034-0034.

 Maine Medical Center

CERTIFICATION

I, April Libby, do hereby certify that:

1.    I am the Release of Information Supervisor for Maine Medical Center, 22 Bramhall St., Portland, Maine, a hospital licensed under the laws of the State of Maine.

2.    I am the custodian of the records attached hereto.

3.    The records attached hereto are true photostatic copies of ASU of 10/06/97. 34 pages are attached. The records attached are a complete and accurate copy of the following portions of the medical record: ASU.

4.    The records were made at or near the time of the treatment provided to Ronald Fantozzi date of birth 04/16/62 by, or from information transmitted by, a person with knowledge of such treatment.

5.    The records were kept in the course of the regularly conducted activity of Maine Medical Center.

6.    The records were made by Maine Medical Center as a regular practice.

Dated at Portland, Maine this 29th day of August, 2003.

*April Libby*

April Libby
Release of Information Supervisor

April Libby personally appeared before me August 29, 2003

*Dianna Y. Clukey* Notary Public

Dianna L. Clukey, Notary Public
State of Maine
My Commission Expires 4/27/2006

22 Bramhall Street, Portland, Maine 04102-3175 · (207) 871-0111
*The MaineHealth Family*

ASU -5686                    MAINE MEDICAL CENTER              (QBP$$P)
10/06/97  07:53              ADMISSION/DISCHARGE RECORD
                                  FACE SHEET
                            ASU-O  ADM:10/06/97 07:53    043236330002

FANTOZZI RONALD M
40 POLAND RD

AUBURN           ME 04210
SEX:M            AGE:35  F/C:Q      (DATE)    (ATTENDING PHYSICIAN) (SERV)
MARITAL: M BORN:      /62          10/02/97  MAILHOT PAUL MD
RELIG:NPR
GUAR: FANTOZZI RONALD M
KIN:  FANTOZZI DEBRA
2077823873              W
006542724

PRINCIPAL DIAGNOSIS:

① Uretoal Calculus

ASSOCIATED DIAGNOSES:

Cooki: Disease

ALL COMPLICATIONS:

∅

ALL OPERATIVE PROCEDURES:

ESWL

                                   RESULTS:
                                   IMPROVED  ✓   UNIMPROVED ___

                                   DISCHARGE PHYSICIAN SIGNATURE

                                   RESIDENT SIGNATURE

                                   SERVICE APPROVAL SIGNATURE

-*-

| FACESHEET - Page 1 | | Maine Medical Center | | Printed: 08/27/03 13:55 |
| Patient: FANTOZZI, RONALD M | | MR#: 04323633 | Discharged: 10/06/97 | Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT GOMMR | REQ:536793 - DET:4312734 - ITEM:10082460 - ELEM:45591257 - FLAGS:IN | | | |

500685.034.0001

ASU

**Maine Medical Center**
Nursing Services

**Ambulatory Surgical Unit**
**ADULT NURSING RECORD**

Page 1 of 2

```
FANTOZZI RONALD M
04323633O0001
MAILHOT PAUL MD        /62 M NPR        PAUB
SPH:_____    DT:__/__/__
                       TM:__:__
```

Date: 10/6/97     Procedure: ESWL

Anesthesia Type: General ☒  Spinal ☐  Local/MAC ☐  Epidural ☐

**POST-OP NURSING OBSERVATIONS**     24-hr time: To OR _____ To PACU _____ To ASU 1135

### Vital Signs

| Vital Signs | PRE-OP ADM | ON RETURN FROM OR | | POSTOPERATIVE | | | |
|---|---|---|---|---|---|---|---|
| 24-hr time: | 0810 | 1040 | 1135 | 1235 | | | |
| Temperature | 36⁶ | 36 | 36 | 36.4 | | | |
| Blood Pressure | 136/74 | 116/ | 124/70 | 104/60 | | | |
| Pulse | 80 | 91 | 66 | 84 | | | |
| Respirations | 20 | 20 | 20 | 20 | | | |

### Fluid Balance

| Fluid Balance | TOTAL I&O OR/RR 1040 97% 99% | | | | | TOTAL |
|---|---|---|---|---|---|---|
| 24-hr time: | | 1040 | 1135 | 1235 | | |
| PO | — | — | 200 | 480 | | 480 |
| IV | 500 | 50 | 50 | 2 | 360 n Stone | 550 |
| Urine Output | — | — | 600 | Stone | | 400 |
| Emesis | — | — | — | ∅ | | ∅ |

IV Location: Durect - site OK     Solution/Rate: LR

Amount Carried Over: 500     Surgical Dressing:

### ASSESSMENT OF DISCHARGE CRITERIA     KEY: 1 = Criteria Met   0 = Criteria Not Met

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 24-hr time: | 1040 | 1135 | 1235 | | | | |
| Patient's vital signs are stable X one hour | 1 | 1 | 1 | | | | |
| Patient has no significant bleeding/appropriate to procedure | 1 | 1 | 1 | | | | |
| Patient rates discomfort at a level that can be managed at home | 1 | 0 | 1 | | | | |
| Patient taking fluids with minimal or no nausea/vomiting | | | | | | | |
| Patient's mobility is appropriate for discharge | 0 | 1 | 1 | | | | |
| Patient has voided or has no distention | 0 | 1 | 1 | | | | |
| Patient/escort verbalizes understanding of discharge instructions: | | | | | | | |
| Minimum discharge score needed: 7   Totals | 4 | 5 | 7 | | | | |
| Initials | | | | | | | |

| Initials | Signature | Initials | Signature | Initials | Signature |
|---|---|---|---|---|---|

Criteria met at 24-hr time: 1235     M.D. notified of score <7 ∅

Discharged 24-hr time: 1255     If delay, why? ∅     Name of responsible adult escort Debra - wife

Written Discharge Instructions reviewed and given to patient/escort ☒   Copy in record...

Prescription(s) given to patient (please list) _____

Urses
Macrobid
strainers / containers for stones

Signature _____ R.N.

148681 * 1/94

| AMBULATORY SURGERY REC*T - Page 1 | Maine Medical Center | | Printed: 08/27/03 13:55 |
|---|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 | Service Dates: 10/06/97 - 10/06/97 |
| Copy For: ROI MGT GDMMR | REQ:536793 - DET:4312735 - ITEM:10082448 - ELEM:45591176 - FLAGS:IN | | |

500685.034.0002

Case 1:01-cv-00428-SAS    Document 97-20    Filed 09/17/2003    Page 13 of 44

ASU

**Maine Medical Center**
Nursing Services
**Ambulatory Surgical Unit**
**ADULT NURSING RECORD**
Page 2 of 2

FANTOZZI RONALD M          ASU-0
043236330002    ▓▓▓/62 M NPR
MAILHOT PAUL MD    DT: _/_/_
SPM: _____  TM: __:__

| Date | 24-hr time: | Patient Need | H | N | M | B M | PROGRESS NOTE |
|------|------|------|---|---|---|---|---|
| 10/6/97 | 1040 | Mis | | | | | _see other side._ Returned to ASU via stretcher directly from OR (Lithotriptor) per stretcher in ... condition. Color good. A/O × 3. ... Supine HOB flat → elevated ... dressings by ... to ... called to bedside ... |
| | 1135 | Mobility | | | | | up to BR then back to ... assisted but no ... minimal |
| | | Elim | | | | | voided light brownish-red urine 5 stones. |
| | 1200 | Comfort | | | | | c/o (L) lower abd pain rated @ 5. ... given. ... |
| | | Knowledge | | | | | ... instr's. Reviewed ... understood of instr's. |
| | | Skin | | | | | ... |
| | | DIC | | | | | ... via W/C to main ... ___ ___ RN |

**Key:  H = HYGIENE**
1. Self care/shower
2. Needs help to prepare
3. Needs help with bath
4. Needs complete care constant attention

**N = NUTRITION**
1. Self care/NPO
2. Needs help to prepare
3. Needs some help to eat
4. Needs constant attention to eat/tube feeding

**M = MOBILITY**
1. Up ad lib
2. Moves with one assist/accompany
3. Moves with 2 or more assist

**BM = BOWEL MOVEMENT**

148681 * 1/94

| AMBULATORY SURGERY REC*T - Page 2 | Maine Medical Center | | Printed: 08/27/03 13:55 |
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | | |
| Copy For: RO1 MGT GDMMR | REQ:536793 - DET:4312736 - ITEM:10082448 - ELEM:45591185 - FLAGS:IN | Discharged: 10/06/97 | Service Dates:10/06/97 - 10/06/97 |

500685.034.0003

MAINE MEDICAL CENTER
MEDICAL RECORD SERVICES

· HP

PREOPERATIVE HISTORY & PHYSICAL

MANTOS, RONALD                          LOCATION: ASU
                                        ADM:

**CHIEF COMPLAINT:** Left ureteral calculus.

**HISTORY OF PRESENT ILLNESS:** This is a 35-year-old white male with known Crohn's disease who was recently hospitalized at Central Maine Medical Center because of left renal colic. A 9-10 mm obstructing left ureteral calculus was noted just below the ureteropelvic junction. A double-J ureteral stent was inserted, and the patient is now being scheduled for ESWL.

**PAST MEDICAL HISTORY:** No known allergies, no tobacco history, and no alcohol intake. Medical problems include Crohn's disease and a history of hepatitis C. Past surgery includes abdominal surgery for small-bowel resections and a cholecystectomy.

**CURRENT MEDICATIONS:** Nasal spray, the name of which the patient does not recall.

**FAMILY HISTORY:** Noncontributory.

**REVIEW OF SYSTEMS:** Cardiovascular: · Negative. Pulmonary: Negative. GI: Negative. Musculoskeletal: Negative. Central nervous system: Negative.

**PHYSICAL EXAMINATION:** A well-developed, well-nourished white male in no acute distress. The skin is warm and dry. The head, eyes, ears, nose and throat are normal. The neck is supple without masses. The lungs are clear to auscultation. The heart shows a regular heart rhythm without murmurs or gallops. There is fixed splitting of S1. Pulses are equal bilaterally. The abdomen is soft without obvious masses, visceromegaly or suprapubic fullness. The back reveals no costovertebral angle tenderness. The genitalia reveal a normal uncircumcised penis with normal testes bilaterally. Rectal examination reveals a normal prostate and no rectal masses. Extremities reveal no clubbing, cyanosis or edema. Lymph nodes - none are palpable. Neurological exam is nonfocal.

**IMPRESSION:** Left ureteral calculus.

**TREATMENT PLAN:** Extracorporeal shock-wave lithotripsy.

The procedure, alternatives, risks and possible complications including possible postoperative discomfort, hematuria, urinary

HP                          ORIGINAL                          Page 1 of 2

| HISTORY AND PHYSICAL - Page 1 | Maine Medical Center | Printed: 08/27/03  13:55 |
|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT  GOMHR | REQ:536793 - DET:4312737 - ITEM:10082462 - ELEM:45591266 - FLAGS:IN | |

500685.034.0004

MAINE MEDICAL CENTER
MEDICAL RECORD SERVICES

HP

PREOPERATIVE HISTORY & PHYSICAL

MANTOS, RONALD                                   LOCATION:  ASU
                                                 ADM:

tract infection, possible renal injury or later development of
hypertension have been explained to the patient.



                        DICTATED BY: PAUL R. MAILHOT, M.D.



PRM/caw - 181989
d:  10/03/97
t:  10/03/97
f:
cc:  MICHAEL J. BOULANGER, M.D.
     PAUL R. MAILHOT, M.D.
     MMC PAU

        PRELIMINARY REPORT UNTIL SIGNED BY ATTENDING PHYSICIAN







HP                          ORIGINAL                  Page 2 of 2

500685.034.0005

HP

**Maine Medical Center**
## HISTORY AND EXAMINATION SHEET
Page 1 of 2

FANTOZZI RONALD M                    PAUB
04323633D0001        /62 M NPR
MAILHOT PAUL MD            DT:_/_/_
SPM:                              TM:_:_

| Date, 24-Hour Time | Information to include: C.C., P.I., P.H., F.H., S.H., O.H., System Review, P.E.* and Signature |
|---|---|
| 1/6/97 | *Brief of White* |
| | *Procedure - ESWL Bilateral Calculus* |
| | *Surgeon - Mailhot* |
| | *Agent # - Sedation* |
| | *Status - Good* |

*P.E. to include: head, neck, chest, abdomen, extremities, skin, cardiovascular, genitourinary, skeletal, neuromuscular systems, pelvic and rectal examinations.

HP    147010  6/96

PROGRESS NOTE*T - Page 1                Maine Medical Center                    Printed: 08/27/03  13:55
Patient: FANTOZZI, RONALD M          MR#: 04323633
Copy For: ROI MGT GOMMR          REQ:536793 - DET:4312739 - ITEM:10082491 - ELEM:45591505 - FLAGS:IN          Discharged: 10/06/97 Service Dates:10/06/97 - 10/06/97

500685.034.0006

Signal Medical Services, Inc.

**Mobile Lithotripsy Unit**

FANTOZZI RONALD M
043236330002          ASU-0
MAILHOT PAUL MD    62 M NPR
SPH: _____    DT: _/_/_
                TN: _:_

Date: _Monday October 6 1997_    ESWL Number: _463_
Hospital Mobile Site: _Maine Medical Center_
Patient Name: _Fantozzi Ronald M_    Soc. Security No. _000 65 36 2724_
Address: _40 Island Rd Auburn Ma 04210_    Phone: _207-782-3823_
Age: _35_    Sex: _M_    Height: _5'9"_    Weight: _149_
Attending Urologist: _Mailot_    Anesthesiologist: _Westervelt_
Treatment Side: Right    (Left)    Bilateral    Ipsilateral    (if bilateral or ipsilateral, complete a separate form for each stone)
_Crohns disease_
Staged: _____    # _____    Retreatment: _____    _Tx #1_

Anesthesia Type:    General    Spinal    Epidural    Local    (MAC)
Time: In Trailer _9:20_    Out Trailer _10:35_    15
Anesthesia Started: _9:25_    Anesthesia Ended: _10:35_
Total Anesthesia Time: _____    75
ESWL Started: _930_    ESWL Ended: _10 30_    Total Procedure Time: _60_
Delays:    YES    (NO)    If YES, reasons why: _____
Fluoroscopy Time: (minutes) _1.2_    Number of Spot Films: __—__    KV _121_    MA _25_

| Stone |  | Electrode # | : |  | shocks at |  | kv |
|---|---|---|---|---|---|---|---|
| Stone | _1_ | Electrode # _____ | : | _10_ | shocks at | _2_ | kv |
| Stone | _1_ | Electrode # _____ | : | _10_ | shocks at | _4_ | kv |
| Stone | _1_ | Electrode # _____ | : | _10_ | shocks at | _6_ | kv |
| Stone | _1_ | Electrode # _____ | : | _10_ | shocks at | _8_ | kv |
| Stone | _1_ | Electrode # _____ | : | _460_ | shocks at | _9_ | kv |
| Stone | _1_ | Electrode # _____ | : | _2500_ | shocks at | _7_ | kv |

I CGy x cm2 _____
II CGy x cm2 _____

_Pt frequently moving_
_many stops to_
_adjust anesthesia_

Total Number of shocks: _3000_
Voltage: _2_    Minimum    _9_    Maximum

Ureteral Catherization: Right    Left    Bilateral    Percs? O    Right    Left
Stents? Right _O_    Left _✓_    Date of insertion: _9/19/97_
Swelling: None  S  M  L    Erythema: None (S) M  L    Entrance Petechiae: O    Exit Petechiae: O
Hematuria:    YES    (NO)    CLOTS    _Mary Paradis PA_

### ESWL RENAL STONE LOCATIONS(S)

Classification:    **Right**    **Left**

| | Right | Left |
|---|---|---|
| Pelvic | | |
| Calyceal | | |
| Ureteral | | _✓_ |
| Upper | | _✓_ |
| Middle | | |
| Lower | | |
| Stone Composition | | |
| Maximum Stone Length & Width | | |
| Associated Anatomic Abnormalities | | |

Complications: _____

Comments: _____

Physician Signature: _Paul Mailhot MD_

**PLEASE DRAW IN STONES AND STENTS**
(Write in stone size)

_Left_

_Stone Burden_
_.6 X 7 = 42 mm²_

| OPERATIVE REPORT - Page 1 | Maine Medical Center | Printed: 08/27/03 13:55 |
|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 Service Dates: 10/06/97 - 10/06/97 |
| Copy For: ROI MGT GOMMR | REQ:536793 - DET:4312740 - ITEM:10082479 - ELEM:45591434 - FLAGS:IN | |

500685.034.0007

FROM: MAINE MEDICAL CENTER          10-7-97 11:08am   p. 1 of 1

**MAINE MEDICAL CENTER**
**MEDICAL RECORD SERVICES**
**OPERATIVE REPORT**

OR

FANTOZZI, RONALD                        LOC:  ASU
0432357300G2                            DATE:  10/06/97
0432-36-33

SURGEON:  PAUL R. MAILHOT, M.D.

CO-SURGEON:

ASSISTANT:

ANESTHESIA:

PREOPERATIVE DIAGNOSIS:  Left upper ureteral calculus.

POSTOPERATIVE DIAGNOSIS:  Same.

NAME OF PROCEDURE:  Extracorporeal shock-wave lithotripsy.

After adequate sedation, ESWL was commenced, but it was noted that
the patient could not tolerate a maximum of power, and that he
required a great deal of sedation and a propofol drip in order to
control his involuntary movements.  A total of 3000 shock waves
were administered at a power of 7.  A fluoroscopy time of 1.2
minutes was utilized during the procedure.  There were minimal
cutaneous changes and the patient tolerated the procedure well and
without complications.  Gentamicin 80 mg was administered
intravenously intraoperatively.  The patient left the lithotriptor
suite to go directly to ASU.

The treatment plan is to maintain Cipro prophylaxis while the
patient has an indwelling stent, Percocet as needed for pain, and
office evaluation with x-ray in one week.


                    DICTATED BY: PAUL R. MAILHOT, M.D.


PRM/caw - 182553
d:  10/06/97
t:  10/07/97
cc:  MICHAEL J. BOULANGER, M.D.
     PAUL R. MAILHOT, M.D.

        **PRELIMINARY REPORT UNTIL SIGNED BY ATTENDING PHYSICIAN**


OR

            CC TO: PAUL R. MAILHOT, M.D.              Page 1 of 1

| OPERATIVE REPORT - Page 2 | Maine Medical Center | | Printed: 08/27/03  13:55 |
|---|---|---|---|
| Patient: FANTOZZI, RONALD M | | MR#: 04323633 | Discharged: 10/06/97 Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT  GOMMR | REQ:536793 - DET:4312741 - ITEM:10082479 - ELEM:45591443 - FLAGS:IN | | |

500685.034.0008

ANES

**Maine Medical Center**
**Anesthesia Record**
Page 1 of 4

*Ronald.*
FANTOZZI RONALD M        PAUB
043236330001 ____/62 M NPR
MAILHOT PAUL MD    DT: _/_/_
SPM:_____  TM:_:_

| INTERVIEW DATE | 10-6-97 | | | | |
|---|---|---|---|---|---|
| **ASA PHYSICAL STATUS** 1 (2) 3 4 5 6 E | **ANESTHESIA PERMIT** YES ☐ NO ☐ | **LAST SOLIDS** M-5-97 2100 | **LAST LIQUIDS** 10-6-97 2100 | **OR #** Equal | **24-HR TIME:** |

**PROPOSED OPERATION**

**MEDICAL HISTORY**    a stylacmosstones

PMH: ① *guitamoking 3mos/a*
② *crohoids*

**SURGICAL/ANESTHESIA HISTORY** 9/97 STENT – gen acomp! ; 89 chole-yes ; accept ; '88 bowel resection - yes

**MEDICATIONS** ∅

**ALLERGIES** α    *hayfever only*

**CARDIOVASCULAR** ⊖ cro

**RESPIRATORY** *guitsmoking 3mo o yo (1ppwwk)* ⊖ osthma ⊖ uri

**AIRWAY** Dentures: ☐ Upper ☐ Lower    *met    bearded*    Expect Intubation to be: ☑ Easy ☐ Difficult

*gowBos*

**RENAL/METABOLIC** *lithiasis no renldt; etheria; Dliveds; edov; Othyoidts*

**OTHER** *Oncflor Estanos*

| BP 130/_ | PULSE 90 | RESP 20 | TEMP 36.6 | MASS kg 6 147= | Hgb/Hct 14.8/42.3 | O2 SAT | ABG FIO2 | pO2 | pCO2 | pH | HCO3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chemistry: Na 140 | K 4.5 | Cl 103 | CO2 3__ | | | BUN 16 | | Cr 0.7 | | BS 31 | |

**ECG** nst 77, SR,    **Xray** ⊖

**Other**

**Other**

| Preoperative Management | Patient Agrees To: | ☑ GENERAL *ifneeded* ☐ SPINAL ☐ EPIDURAL ☐ BLOCK _____ ☑ MAC | Postop Pain Management | ☐ EPIDURAL ☐ CAUDAL ☐ BLOCK ☐ PCA ☐ OTHER |
|---|---|---|---|---|

**COMMENTS:** *aware of risks and complications and accepts MAC, general*

RESIDENT M.D. _____    *PCuille* ATTENDING M.D.

147052 5/94

| ANESTHESIA RECORD*T - Page 1 | Maine Medical Center | | Printed: 08/27/03 13:55 |
|---|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | | Discharged: 10/06/97 Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT GOMHR | REQ:536793 - DET:4312742 - ITEM:10082444 - ELEM:45591152 - FLAGS:IN | | |

500685.034.0009

ANES

**Maine Medical Center**
**Anesthesia Record**
Page 2 of 4

PATIENT NAME LABEL

| PERIPHERAL IV'S | LOCATION/COMMENTS: 20 @ arm |
| | LOCATION/COMMENTS: |
| CENTRAL LINE/ PA CATHETER | LOCATION/COMMENTS: |
| ARTERIAL LINE | LOCATION/COMMENTS: |

**CHECKLIST:**
☑ Machine #  26
☑ Gas Supply ☐ Suction
☑ Patient ID ✓
**PT. PROTECTION:**
EYES: ☐ tape ☐ lube ☐ pad
**ARM POSITION:**
R Out(in)   L Out(in)
PADDING:

**BASIC MONITORS:**
☐ BP Cuff (Auto) Manual
Loc: (RA) LA RL LL
☑ ECG
☐ Pulse Oximeter
☑ O₂ Meter
☑ Vent Alarm
☐ ETCO₂
☐ Chest/Esoph Stetho

**TEMPERATURE:**
☐ Axillary    ☐ Nasal
☐ Oral    ☐ Rectal
☐ Skin    ☐ PA Cath
☐ HME/Humid.    ☐ Wm Blanket
☐ Wm Fluid    ☐ Wm Room

**OTHER MONITORS:**
☐ Direct Arterial
☐ PA/CVP
☐ SVO₂
☐ Nerve Stimulator
☐ Precordial Doppler
☐ Expired Agent Analysis
Other: _____

**AIRWAY:**
☐ Mask
☐ Oral
☐ Nasal
☐ Soft Block
☐ LMA
**AIRWAY COMMENTS:**

**ENDO TUBE:**
☐ Oral ☐ Nasal ☐ Trach
Size ___ mm
Distance at teeth ___ cm
Blade: # ___ ☐ Mac ☐ Miller
☐ Stylet

**TECHNIQUE:**
☐ Direct
☐ Blind
☐ Fiberoptic
☐ RSI

**BREATHING SYSTEM:**
☐ Circle ☐ Adult ☐ Pedi
☐ Mapleson ☐ Bain
☑ Oxygen FM/prongs
☐ Room Air

**REGIONAL TECHNIQUES:**

TYPE _____

PATIENT POSITION _____

SKIN PREP _____

SITE/INTERSPACE _____

NEEDLE _____

CATHETER: Advanced ___ cm  ☐ Removed Intact
Date/24-Hr Time ___    Initials ___

PARESTHESIA: ☐ None    ☐ Transient
☐ Insertion    ☐ Injection

TEST DOSE _____

DRUG/DOSE _____

DRESSING _____

Comments _____

**EVENTS/REMARKS:**

b-6-97 900 presented induction of mask, beginning
of procedure _____

**ABGS/Intraop Chems**

| 24-Hr Time | FiO₂ | pH | pCO₂ | HCO₃ | pO₂ | Other | Other |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

147052 5/94

500685.034.0010

ANES

**Maine Medical Center**
**Anesthesia Record**
Page 3 of 4

FANTOZZI RONALD M          PAUB
043236330001    ___/62 M NPR
MAILHOT PAUL MD    DT: __/__/__          BEL
SPN: ___          TM: __:__

| ANESTHETIST | Murrayforum | | SURGEON | Mailhot | | DATE | 10/6/97 |
|---|---|---|---|---|---|---|---|
| OPERATION | ESWL | | | | | | TOTAL |

nasal O2    3L
Versed    2/7 mg
100    500
Propofol    infusion    140 ml/hr

UR

| 24-HR TIME | | 1000 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START ANES | 200 | | | | | | | | | | | | 200 |
| | 180 | | | | | | | | | | | | 180 |
| START SURG | 160 | | | | | | | | | | | | 160 |
| | 140 | | | | | | | | | | | | 140 |
| BP ∧ V | | | | | | | | | | | | | 120 |
| MEAN PRESS — | 120 | | | | | | | | | | | | 100 |
| PULSE ● | 100 | | | | | | | | | | | | |
| RESPIRA-TION | 80 | | | | | | | | | | | | 80 |
| | 60 | | | | | | | | | | | | 60 |
| SPONT O | | | | | | | | | | | | | 40 |
| ASSIST Ø | 40 | | | | | | | | | | | | |
| CONTROL ⊕ | 20 | | | | | | | | | | | | 20 |
| SpO2 / ETCO2 | | | | | | | | | | | | | |
| VENT | | | | | | | | | | | | | |
| FIO2 | | | | | | | | | | | | | |
| PRESSURE | | | | | | | | | | | | | |
| PRESSURE | | | | | | | | | | | | | |
| TEMP | | | | | | | | | | | | | |
| EBL | | | | | | | | | | | | | |
| URINE OUTPUT | | | | | | | | | | | | | |
| ECG | | SR | SR | SR | | | | | | | | | |
| EVENTS/REMARKS | | | | | | | | | | | | | |

@932pm MAC anonymous complete sur___

REVERSAL:

EXTUBATION:

147052 5/94

500685.034.0011

ANES

**Maine Medical Center**
**Anesthesia Record**
Page 4 of 4

┌─────────────────────────────┐
│                             │
│   PATIENT NAME LABEL        │
│                             │
└─────────────────────────────┘

**PACU Admission Note**          Date _10/6/97_     24-Hr Time _1040_

| BP _110/65_ | PULSE _66_ | RESP | O₂ SAT _99%_ | O₂: ☐ NP  ☐ FM  PA _—_ | CVP _—_ | PCWP _—_ | LA |
|---|---|---|---|---|---|---|---|
| TEMP °C | EBL | FLUIDS: CRYSTALLOID COLLOID | | BLOOD OTHER | | URINE | |
| AIRWAY | | | COMMENTS: _Awake, stable, to ASU from OR_ | | | | |

SIGNATURE _Murray_

**PACU/Postoperative Notes:**

Date/24-Hr Time

147052 5/94

500685.034.0012

OR50

**MAINE MEDICAL CENTER**
**Operating Room Record**
**Page 1 of 3**

FANTOZZI RONALD M          ASU-O
043236330002    /62 M NPR
MAILHOT PAUL MD    DT: / /
SPM:                TM: :

| PROCEDURE DATE | OR ROOM NO. | SCHEDULED | SCHEDULED TIME | 24 HR time | EST TIME |
|---|---|---|---|---|---|

PROCEDURE:
Principal _Rt. Cornea Stone FNIX # 50580_

Additional

ALLERGIES / REACTIONS ☑ NKA

| ROOM OPEN | PREOP | ENTER ROOM | PHYSICIAN AVAIL | PROC START | INCISION | CLOSURE | PROC STOP | LEFT ROOM | CLEANUP | EXPIRED TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| 0915 | | 0920 | 0820 | 0920 | | | 1030 | 1035 | 1040 | |

**DEVICES/ETC**                    **IMPAIRMENTS**

# REQUIRED

RECEIVED FROM

IDENTIFIED BY ☑ VERBAL ☑ ID BAND

- ☑ N/A
- ☐ DENTURES
- ☐ EYEGLASSES / LENSES
- ☐ HEARING AID
- ☐ REMOVABLE PROSTHESES

- ☐ CLOTHING
- ☐ VALUABLES
- ☐ DISPOSITION
- ☐
- ☐

- ☐ HEARING
- ☐ SIGHT
- ☐ MEMORY
- ☐ MUSCULOSKELETAL
- ☐

☑ NONE

PRE-OP DX _Rt. Coral Stone_

POST-OP DX _Same_

| ANES TYPE _Loc Mac_ | ASA # _1_ | ANESTHESIOLOGIST _D. Williams_ | RESIDENT ANESTHESIOLOGIST | CRNA _D. Murray/Laws_ |
|---|---|---|---|---|

ATTENDING PHYSICIAN _P. Mailhot MD_    ASSISTANT    RESIDENT

SCRUB PERSON(S)    RELIEF

CIRCULATING NURSE(S)    RELIEF

CELL SAVER / LASER / PERFUSIONIST / CVAT _M. Patkowski_    OTHER

**PLAN / INTERVENTIONS**

**NRSG DX**
Anxiety related to impending surgery procedure, possible findings and anesthesia

**EXPECTED OUTCOMES**
Patient will manage anxiety by discussing feelings about surgery, anesthesia, and hospitalization. Patient will verbalize basic understandings of perioperative activities prior to surgery.

OUTCOME MET ☑    NOT MET ☐

**ARRIVAL STATUS**
- Awake ................ ☑
- Responds to stimulus ... ☐
- Nonresponsive ......... ☐
- Intubated .............. ☐
- Pre-medicated ......... ☐

**EMOTIONAL STATUS**
- Exhibits anxiety / fear .... ☑ Y
  ☐ N
- Verbalizes anxiety / fear... ☐ Y
  ☐ N
- Unable to assess........ ☐

**SUPPORTIVE**
REASSURANCE GIVEN .............. ☑ Y ☐ N

**PLAN / INTERVENTIONS**

**NRSG DX**
High risk for alteration in skin integrity related to prior risk factors, prep solutions, or pre-op shave

**EXPECTED OUTCOMES**
The patient will be free of redness, bruises, abrasions, blisters, and/or burns

OUTCOME MET ☐    NOT MET ☐

BRADEN SCALE # _____  ☑ Not Available
Inspect skin integrity

|  | PREOP | POSTOP | COMMENTS: |
|---|---|---|---|
| Warm | ☑ | ☑ | |
| Cool | ☑ | ☐ | |
| Dry | ☐ | ☑ | |
| Moist | ☑ | ☑ | |
| Intact | ☑ | ☑ | |
| Other | ☐ | ☐ | |
| Other | ☐ | ☐ | |
| Other | ☐ | ☐ | |

Skin reaction @ grounding pad site ☐ Yes ☐ No ☑ N/A

**SKIN PREPARATION** ☑ N/A
Shave ☐ Prior OR        ☐ In OR
      By _____        
      ☐ Clipper         ☐ Razor
      ☐ Nicks/Cuts
      Reactions: _____

Prep      ☐ Iodopher Scrub  ☐ Solution
Solutions ☐ Duraprep        ☐ Duraprep Remover
          ☐ Alcohol         ☐ Hibiclens
          ☐ Other _____

Prep by _N/a_

CHART COPY

OR50                                                    440416 (REV. 5/97)

| OPERATING ROOM FORM 50*T - Page 1 | Maine Medical Center | Printed: 08/27/03 13:55 |
|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT  GOMHR | REQ:536793 - DET:4312746 - ITEM:10082482 - ELEM:45591456 - FLAGS:IN | |

500685.034.0013

OR50

```
FANTOZZI RONALD M            ASU-0
043236330002        62 M NPR
MAILHOT PAUL MD    DT: /  /
SPM:               TN: :  :
```

**MAINE MEDICAL CENTER**
**Operating Room Record**
**Page 2 of 3**

PROCEDURE DATE: 10/6/97 Paul | OR ROOM NO | SCHEDULED ☐YES ☐NO | SCHEDULED TIME 0745 | 24 HR | EST TIME

| NRSG DX | PLAN / INTERVENTIONS |
|---|---|
| High risk for injury related to intraoperative hazards | SAFETY STRAP: ☐ In place ☐Preop / Postop ☑ N/A |

**POSITIONING / PROTECTIVE DEVICES**

| POSITIONING | TRUNK | ARMS | PADDING |
|---|---|---|---|
| ☑ Supine | ☐ Beanbag | L  R | L  R |
| ☐ Lithotomy | ☐ Axillary roll | ☐ ☐ Secured at side | ☑☑ Arm pad |
| Lateral | ☐ Shoulder roll | Armboard: | ☐ ☐ Elbow pad |
| ☐ L ☐ R Side up | ☐ Hip roll | ☐ ☐ Extended | ☐ ☐ Knee pad |
| ☐ Prone | ☐ Chest roll | ☑ ☐ At side | ☐ ☐ Heel pad or boot |
| ☐ Sitting | ☐ Univ-hip pos | ☐ ☐ | |
| ☐ Table Bull | ☐ Wilson Frame | ☐ ☐ | ☐ ☐ Eggcrate mattress |
| | | LEGS | ☐ ☐ Gel mattress pad |
| **HEAD** | | L  R | ☐ ☐ Foam pad |
| ☐ Foam Headrest | | ☐ ☐ Stirrups | ☐ ☐ Gel pad |
| ☐ Donut | | ☐ ☐ Pillow under leg | ☐ ☐ Pillow |
| ☑ Pillow | | ☐ ☐ Knee positioner | ☐ ☐ Sheepskin |
| ☐ Mayfield | | ☐ ☐ | |

**EXPECTED OUTCOMES**

Patient will be free from injury related to positioning, electrical or physical hazards. Patient remains free from injury related to the intraoperative experience

OUTCOME MET ☑    NOT MET ☐

POSITIONED BY: _MR ASB_

REPOSITIONED ☐Yes ☐No

| COUNTS | Circulator | Scrub | Sponge | | Sharps | |
|---|---|---|---|---|---|---|
| | | | Correct | Incorrect | Correct | Incorrect |
| OPENING | | | ☐ | ☐ | ☐ | ☐ |
| FINAL | | | ☐ | ☐ | ☐ | ☐ |

☐ Physician Informed of count results N/a    ☐ N/A    ☑ N/A    ☑ N/A

| ELECTROSURGICAL UNIT ☑ N/A | LASER ☐ N/A | TOURNIQUET ☐ N/A | DEFIBRILLATOR ☑ N/A |
|---|---|---|---|
| MONOPOLAR  Unit # | Type | ☐ Pneumatic ☐ Other | Unit # |
| BIPOLAR  Unit # | Unit # | Unit # | |
| OTHER  Unit # | User Minutes | Applied by | INTERMITTENT COMP DEVICE ☑ N/A |
| Grounding Pad Site | RADIOLOGY ☐ N/A | Setting _____ Location | Unit # |
| Applied By | ☐ Foreign Body ☐ Fx Reduction | TIME(S) | Applied by |
| ESU Pad Lot# | ☐ Dosage ☐ Location | INFLATION    DEFLATION | |
| ESU Pencil Lot# | ☐ | | |

| NRSG DX | PLAN / INTERVENTIONS | |
|---|---|---|
| High risk for Alteration in Body Temperature related to OR Environment, skin exposure, and open wounds. | ASSESS SKIN TEMP @ beginning of case. | ☐ Warming Blanket on bed  Set at _____ degrees Celsius  ☐N/A |
| | Cold.................☐ | ☑ Body Temp monitored  ☐ N/A |
| | Warm................☐ | ☑ Warm blankets applied  ☐ N/A |
| | Hot..................☐ | ☑ Wet / constrictive clothing removed  ☐ N/A |
| **EXPECTED OUTCOMES** | | ☑ Metal / plastic surfaces that come in contact with patient covered  ☐ N/A |
| Body temperature is within normal limits. Skin feels warm. | Patient c/o coldness | ☐ IV fluids / irrigations prewarmed  ☐ N/A |
| OUTCOME MET ☑  NOT MET ☐ | ☐Yes  ☐No | ☑ Room temperature monitored ☐Standard ☐<65° ☐>72° |

| NRSG DX | PLAN / INTERVENTIONS | |
|---|---|---|
| High risk for fluid volume deficit related to NPO status, loss of body fluids. | URINARY CATHETERIZATION  ☐ N/A | |
| | ☐ Inserted prior to OR  ☐ Inserted in OR by | |
| | ☐ Straight  Type _____ Size _____ ☐ Indwelling  Type _____ Size _____ | |
| | Preop Characteristics _____ | Amt _____ |
| **EXPECTED OUTCOMES** | Postop Characteristics _____ | Amt _____ |
| Normal fluid volume will be maintained. | MONITOR IRRIGATING SOLUTIONS ☐N/A | MONITOR DRAINAGE ☑N/A | SPONGES WEIGHED |
| | Type _____ | Type _____ | ☐ Yes ☑No |
| OUTCOME MET ☐  NOT MET ☐ | Amt _____ | Amt _____ | |

CHARTCOPY

OR50

440416 (REV. 6/07)

500685.034.0014

OR50

**MAINE MEDICAL CENTER**
**Operating Room Record**
**Page 3 of 3**

| SEX | FANTOZZI RONALD M          ASU-O |
|-----|-----|
|     | 043236330002        2 M NPR |
|     | MAILHOT PAUL MD    DT: / / |
|     | SPM:                       TN:  :  |

| PROCEDURE DATE | OR ROOM NO. | SCHEDULED ☐YES ☐NO | SCHEDULED TIME | 24 HR tim | EST TIME |
|---|---|---|---|---|---|

**NRSG DX**
High risk for infection related to intraoperative Procedures.

**EXPECTED OUTCOMES**
Patient will be free from the hazards contributing to wound infection. Potential for post op infection will be decreased.

OUTCOME MET ☐    NOT MET ☐

**PLAN / INTERVENTIONS**

Tube/Drain/Pack ☐ Yes ☑ No    Wound Classification ☐A☐B☐C    Implant ☐ Yes ☑ No

| TUBES | SIZE | TYPE | DRAINS | SIZE | TYPE | PACKS | SIZE | TYPE |
|---|---|---|---|---|---|---|---|---|
| ☐ Nasogastric | | | ☐ Vacuum drain | | | ☐ Abdominal | | |
| ☐ G tube | | | ☐ Penrose | | | ☐ Vaginal | | |
| ☐ Suprapubic | | | ☐ Ventriculostomy | | | ☐ Wound | | |
| ☐ Chest | | | ☐ CBC Reservoir | | | ☐ | | |
| ☐ Jejunostomy | | | ☐ | | | ☐ | | |
| | | | ☐ | | | Wound left open ☐ Yes ☑ No | | |

**MEDICATION GIVEN** ☐ yes ☑ no

| DRUG | AMOUNT | ROUTE | SITE | 24 HOUR TIME | INITIALS / NAME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**SPECIMENS** ☐ yes ☑ no

| A - Routine | G - Protein |
|---|---|
| B - F Section | H - Suger |
| C - ERA | I - Cytology |
| D - Culture | J - Lymph Node |
| E - Smear | K - Stone Analysis |
| F - Cells | L - Cystourine |

| REPORT GIVEN TO NAME / TITLE | UNIT | # | TIME (24 HR TIME) |
|---|---|---|---|
| Julie / Aiene | ASU | | 1030 |

TRANSFERRED TO: ☐ PACU ☐ SCU ☐ Nursing Unit ☑ ASU ☐ NICU ☐ Xray ☐ Hemodialysis ☐ Morgue

TRANSFER STATUS: ☑ IV running ☐ O₂ ☐ Monitored ☐ Siderails up ☐ Intubated ☐ Extremity immobilized ☐ Hips abducted
TRANSFER VIA: ☐ Stretcher ☐ Bed ☐ Crib ☐ Other  wheelchair

CANCELLATION

DELAYS

SIGNATURES  Terri Beasley

**NURSE'S NOTES**

**CHART COPY**

OR50

440416 (REV. 5/97)

500685.034.0015

ORSO          **Maine Medical Center**
              **Extracorporeal Shock Wave Lithotripsy (ESWL)**
              **TREATMENT DATA FORM**

FANTOZZI RONALD M          ASU-O
043236330002        /62 M NPR
MAILHOT PAUL MD    DT: / /
SPN: _____    TM: __:__

Patient Name: _____

Street: _____    ESWL#: _876_

City, State, Zip: _____

Age: _____  Sex: _____  Height: _____  Weight: _____  Phone #: _____

Attending Urologist: _P. Milhotma_          Anesthesiologist: _P. Wilson MD_

Treatment side: ☑ Left  ☐ Right  ☐ Bilateral    Treatment # _/_ of _/_

Anesthesia Type: ☐ General  ☐ Spinal  ☐ Epidural  ☐ Local  ☐ Other: _Local_          ☐ None

Times:  Into Mobile Unit: _0920_     Out of Mobile Unit: _1035_     Total Time in Mobile Unit: _75"_

ESWL Start at: _0950_     ESWL Stop at: _1020_     Total ESWL Time: _60"_

Anesthesia start at: _0925_     Anesthesia Stop at: _1050_     Total Anesthesia: _65"_

Fluoroscopy Minutes: _1.2_     Number of Spot Films: ____  KV: _121_  MA: _25_

Doctor Delays (minutes): _____

Stone Localization Problem (minutes): ____  Describe: _____

Patient Medical Problem (minutes): ____  Describe: _____

Lithotripter Problem (minutes): ~  Describe: _____

Stent Problem (minutes): ~  Describe: _____

Other (minutes): ~  Describe: _____

| Electrode # | | shocks at | kv | Electrode # | | shocks at | kv |
|---|---|---|---|---|---|---|---|
| Electrode # | _____ : | _10_ shocks at | _2_ kv | Electrode # | _____ : | _____ shocks at | _____ kv |
| Electrode # | _____ : | _10_ shocks at | _4_ kv | Electrode # | _____ : | _____ shocks at | _____ kv |
| Electrode # | _____ : | _10_ shocks at | _6_ kv | Electrode # | _____ : | _____ shocks at | _____ kv |
| Electrode # | _____ : | _10_ shocks at | _8_ kv | Electrode # | _____ : | _____ shocks at | _____ kv |
| | | _two_ | _9_ | | | | |

TOTAL NUMBER OF SHOCKS: _0800_  _5000_

Ureteral Catheterization: ☑ None  ☐ Left  ☐ Right     Percutaneous Tube: ☑ None  ☐ Left  ☐ Right

Contrast _No_ cc _____brand

Stents: ☐ None  ☑ Left  ☐ Right     Insertion Date: _9/19/97_

Swelling: ☑ None  ☐ S  ☐ M  ☐ L     Erythema: ☑ None  ☐ S  ☐ M  ☐ L     Hematuria ☐ Yes  ☑ No  ☐ Clots

Number of Stones _/_     ESWL Renal Stone Locations Left: ____  Right: ____

| STONE LOCATION | LENGTH (cm) | WIDTH (cm) |
|---|---|---|
| Pelvic | | |
| Calyceal: Upper | | |
| Middle | | |
| Lower | | |
| Ureteral: Upper | _.6 cm_ | _.7 cm_ |
| Ⓦ Middle | | |
| Lower | | |

ENTRANCE PETECHIAE: ☑ None

| Sm | Med | Lg |
|---|---|---|
| Few | | Many |

EXIT PETECHIAE: ☑ None

| Sm | Med | Lg |
|---|---|---|
| Few | | Many |

Comments: _____

Allergies: _NKA_

Positioning: ☐ L-Oblique  ☐ R-Oblique  ☐ Prone  ☐ Transgluteal _Supine_

Completed by: _Staci Beckett_

146007*    White - Chart     Yellow - Physician     Pink - UMS, INC     Gold - Dept. of Surgery     2/89

| OPERATING ROOM FORM 50*T - Page 4 | Maine Medical Center | | Printed: 08/27/03 13:55 |
|---|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 | Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT GOHMR | REQ:536793 - DET:4312749 - ITEM:10082482 - ELEM:45591481 - FLAGS:IN | | |

500685.034.0016



MAINE MEDICAL CENTER

\* REQUEST COPY \*

NAME FANTOZZI, RONALD M              PAT ID 04323633  DOB ●●●●/62
DOS  10/06/97  REQ NO 01233415       REFERRED BY MAILHOT, PAUL
READ 10/08/97  TYPED 10/10/97 10:29  TYPED BY LJM   LOCATION AS
RADIOLOGIST FINEGOLD, ROBERT         RESIDENT     FISHER, MICHAEL

+MIS+ R2790043

EXAM:  KUB AND LEFT OBLIQUE, 10/6/97 74020GC

INDICATION:  Prior ESWL

This study was reviewed with Dr. Finegold.

FINDINGS:  Supine and left oblique views of the abdomen were obtained
and there are no previous studies available for comparison.  A double J
ureteral stent is present on the left with the proximal tip coiled in
the region of the left renal sinus and the distal tip overlying the
expected region of the bladder.  A 5x8mm calcific density is seen
directly adjacent to the proximal portion of the ureteral stent on both
projections and consistent with a proximal ureteral calculus.  A 4mm
calcific density is seen at the very tip of the left 12th rib that moves
with the rib and is not believed to be a renal calculus.  A very tiny,
1mm calcific density is seen overlying the lower pole of the left kidney
on both views and could possibly represent a tiny calculus.  No other
calculi are seen along the ureteral stent.  Some very faint calcific-
type density is seen overlying the lower pole of the right kidney.
Surgical sutures are seen within the right mid to lower abdomen.  There
is no obvious mass or organomegaly and a non-specific bowel gas pattern.

IMPRESSION: 5x8mm proximal left ureteral stone.

FINDINGS CODE: P

M.T. Fisher, M.D./R.B. Finegold, M.D.

I have personally reviewed this study, was present for any critical
procedural component and agree with this report.

DICTATED BY FINEGOLD, ROBERT, M. D.
APPROVED BY BIBER, BARBARA, M. D.

*Department of Radiology* 1

OCT 1 6 1997

22 Bramhall Street, Portland, Maine 04102-3175 (207) 871-2571
A member of the MaineHealth family
A Teaching Hospital of the University of Vermont College of Medicine

| RADIOLOGY RESULTS*T - Page 1 | Maine Medical Center | | Printed: 08/27/03 13:55 |
|---|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 | Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT  GOHMR | REQ:536793 - DET:4312750 - ITEM:10082494 - ELEM:45591518 - FLAGS:IN | | |

500685.034.0017

NRAR

**Maine Medical Center**
**Nursing Services**

**PATIENT HEALTH HISTORY**
**AND ASSESSMENT RECORD**
**HEALTH HISTORY**

Page 1 of 2

PATIENT NAME LABEL

*May be completed by patient or family member*

| INFORMATION SUPPLIED BY: ☒ Patient ☐ Other* | ☐ No Historian | Date 10/6/97 |
|---|---|---|

*Specify name & relationship

Name *(First, MI, Last)* Ronald M. Fantozzi        Work Phone 784-9186

Address *(Street, City, State, Zip)* 40 Poland Rd. Auburn, Me. 04210        Home Phone 782-3873

Whom can we contact in case of emergency: *(Name / Relationship)* Debra Fantozzi  wife        Phone Number 782-3873

Why are you being admitted into the hospital? Kidney Stones

**MEDICATIONS** - Include non-prescription drugs, inhalers, contraceptives, and supplements that you now take.

| Drug | Dose | How Often | Reason for Taking | Date / Time of Last Dose To Be Completed By Patient At Time of Admission |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ARE YOU TAKING A BLOOD THINNER OR ASPIRIN? No ☒  Yes ☐

DO YOU HAVE ANY ALLERGIES? No ☐  Yes ☒ *(If YES, check box and explain reaction below):*

☐ Food _____        ☐ Latex (Rubber) _____
☐ Medications _____        ☐ Dyes / Contrast Media _____
☒ Other (tape, etc.) Hayfever _____

HAVE YOU EVER HAD A BLOOD TRANSFUSION?  No ☒  Yes ☐ *(If YES, please date):* _____
If yes, have you ever had a reaction?  No ☐  Yes ☐ *(If YES, please describe):* _____
Do you require premedication prior to transfusions?  No ☐  Yes ☐ *(If YES, describe):* _____

**PLEASE CHECK THE CORRECT ANSWER:**

|  |  | *Amount / Day* | *# of Years* | *Quit - Date* |
|---|---|---|---|---|
| Do you smoke? | No ☒ Yes ☐  Cigarettes / Pipe / Cigar | | | |
| Do you drink alcohol? | No ☐ Yes ☒  Type Beer | 6pk/week | 10 | |
| Do you use recreational drugs? *(i.e. pot, cocaine)* | No ☒ Yes ☐  Type _____ | | | |

OCCUPATION / FORMER OCCUPATION molder        Do you plan to return to work? No ☐ Yes ☒
*Attends:  School: No ☒ Yes ☐  Grade: _____        Day Care: No ☐ Yes ☐        Desire Tutor: No ☐ Yes ☐

HAVE YOU BEEN EXPOSED TO JOB HAZARDS?  No ☐  Yes ☒  Explain: work on machinery with polyurathene

*Pediatric patients only

NRAR    148069    10/96

| NURSING ADMISSION REC - Page 1 | Maine Medical Center | Printed: 08/27/03 13:55 |
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT GOMMR | REQ:536793 - DET:4312751 - ITEM:10082470 - ELEM:45591370 - FLAGS:IN |

500685.034.0018

NRAR

**Maine Medical Center**
Nursing Services

**PATIENT HEALTH HISTORY
AND ASSESSMENT RECORD
HEALTH HISTORY**

Page 2 of 2

PATIENT NAME LABEL

## DO YOU HAVE OR HAVE YOU EVER HAD? (Check all applicable. Explain YES answers.)

| | No | Yes | Explain | | No | Yes | Explain |
|---|---|---|---|---|---|---|---|
| Heartburn | ☐ | ☒ | | Diabetes | ☒ | ☐ | |
| Unsteady walk / Falls | ☒ | ☐ | | Thyroid problems | ☒ | ☐ | |
| Ringing in the ears | ☒ | ☒ | | Gastrointestinal problems | ☒ | ☐ | |
| Fractures / Dislocations | ☒ | ☐ | | Ulcer / Rectal bleeding | ☒ | ☐ | |
| Arthritis / Back / Neck problems | ☒ | ☐ | | Kidney / Urinary problems | ☐ | ☒ | |
| Heart problems / Chest pains | ☐ | ☒ | | Stroke / Seizure / Severe headaches | ☒ | ☐ | |
| Heart murmur | ☐ | ☒ | | Dizziness / Blackouts / Fainting | ☐ | ☒ | |
| Ankle / Leg swelling | ☒ | ☐ | | Hepatitis / Jaundice / Mononucleosis | ☐ | ☒ | |
| Blood pressure problems (high/low) | ☒ | ☐ | | Tuberculosis | ☐ | ☒ | |
| Peripheral vascular disease | ☒ | ☐ | | Sexually transmitted disease | ☒ | ☐ | |
| Difficulty breathing / Asthma | ☐ | ☒ | | Cancer | ☒ | ☐ | |
| Chronic emphysema / Cough | ☐☒ | ☒ | | Anesthesia problems / Complications | ☒ | ☐ | |
| Lung problems | ☐ | ☒ | | Cold / Sore throat / Sinusitis | ☐☒ | ☒ | |
| Swallowing / Chewing | ☒ | ☐ | | Bleeding disorders / Anemia | ☒ | ☐ | |
| Nausea / Vomiting | ☒ | ☐ | | Chickenpox | ☐ | ☒ | |
| Weight gain / Loss last 6 months | ☒ | ☐ | | Other | ☒ | ☐ | |

## PREVIOUS HOSPITALIZATION / SURGERY / ILLNESS (List most recent first): ☐ None

| Date | Reason | Hospital |
|---|---|---|
| 9/16/97 | Left Ureteral Calculus | St. Mary's Hospital |
| 2989 | Removal of Gall Bladder | CMMC |
| 1987 or 88 | Crohn's Disease | CMMC |

**IMMUNIZATION:** Tetanus? No ☐ Yes ☒ Date _1994_  Flu? No ☒ Yes ☐ Date _____  Pneumonia? No ☐ Yes ☒
**CHILDHOOD IMMUNIZATION:** Up to date? No ☐ Yes ☒  Recent exposure to: _____

**VISION:** ☐ Normal  ☒ Glasses  ☐ Contacts  ☐ Impaired
 ☐ Cataracts  ☐ Glaucoma  ☐ Blind  ☐ Other _____

**HEARING:** ☒ Normal  ☐ Impaired  ☐ Deaf _____ right _____ left
 ☐ Hearing Aid _____ right _____ left

**DENTAL:** ☒ Own Teeth  ☐ Chipped Teeth  ☐ Loose Teeth  ☐ Poor Condition
 ☐ Brace  ☐ Retainer  ☐ Missing Teeth  ☐ Capped Teeth
 ☐ Bridges _____ removable _____ permanent  ☐ Dentures _____ upper _____ lower

**ASSISTIVE DEVICES:** ☐ Cane  ☐ Wheelchair  ☐ Walker
 ☐ Prosthesis  ☐ Other _none_

**FEMALES ONLY:** ☐ Date of Last Menstrual Period _____  ☐ Menopause  ☐ Post Menopause
 ☐ Pregnant  ☐ Breast Feeding

**DO YOU HAVE AN ADVANCE DIRECTIVE?** (i.e., living will):  No ☒ Yes ☐
If no, have you received information on an advance directive?  No ☒ Yes ☐
If yes, did you bring it with you to the hospital?  No ☒ Yes ☐
 **or**
Do you have a current copy in your medical record?  No ☒ Yes ☐

SIGNATURE (Patient / Family Member) _Ronald Fantozzi_   Date _10-6-97_

SIGNATURE (Registered Nurse) _____   Date _____

RN to circle devices (glasses, dentures, cane) brought to hospital by patient.

NRAR   146069   10/96   *Pediatric patients only

| NURSING ADMISSION REC - Page 2 | Maine Medical Center | |
|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 Service Dates: 10/06/97 - 10/06/97 |
| Copy For: ROI MGT GOMHR | REQ:536793 - DET:4312752 - ITEM:10082470 - ELEM:45591382 - FLAGS:IN | |

500685.034.0019

NRAR

Maine Medical Center
Nursing Services

**PATIENT HEALTH HISTORY
AND ASSESSMENT RECORD
PATIENT ASSESSMENT - ADULT**

Page 1 of 2

```
FANTOZZI RONALD M
043236330001              /62 M NPR    PAUB
MAILROT PAUL MD      DT: / /
SPM: _____      TM: / /
```

*To be completed by the registered nurse. Vital signs, mass, and height may be delegated to other nursing staff.*

| PHYSICAL ASSESSMENT PARAMETERS | T | P | R | | B/P | MASS | HEIGHT |
|---|---|---|---|---|---|---|---|

The following parameters will be considered a normal assessment. If the physical assessment is within normal limits, indicate with a checkmark (✓) in the box after the particular assessment area. An asterisk (*) in the box denotes a finding that requires further elaboration on the lines to the right.

**NEUROLOGICAL ASSESSMENT (Neuro AP):** Alert and oriented to time, place, and person. Range of motion all extremities. No numbness, tingling or burning.

**CARDIOVASCULAR ASSESSMENT (Cardiovasc AP):** Regular apical pulse. No edema present. Peripheral pulses palpable.

**RESPIRATORY ASSESSMENT (Resp AP):** Respirations quiet and regular. Lung sounds clear bilaterally.

**GASTROINTESTINAL ASSESSMENT (GI AP):** Abdomen soft. Bowel sounds active. No nausea or vomiting. Tolerates diet. Having BMs within own normal pattern and consistency.

**URINARY ASSESSMENT (Urinary AP):** Able to empty bladder without dysuria or incontinence; bladder not distended after voiding; urine clear and yellow to amber; catheter functioning properly; free of vaginal / penile discharge or irritation.

**INTEGUMENTARY ASSESSMENT (Integ AP):** No evidence of mouth sores or skin rashes. Skin color is within patient's norm; skin warm, dry and intact; turgor appropriate for age; mucous membranes moist and intact. Braden Scale: Score of 17 or greater.

**MUSCULOSKELETAL ASSESSMENT (Muscskel AP):** Absence of joint swelling and tenderness. Functional range of motion of all joints. No muscle weakness. Surrounding tissues show no evidence of inflammation, swelling, ulcerations, or rashes.

**NEUROVASCULAR ASSESSMENT (Neurovasc AP):** Peripheral pulses palpable. No muscle weakness. Affected extremity is warm and movable within patient's average range of motion. No inflammation, swelling, ulceration or rashes.

**FUNCTIONAL HEALTH PATTERNS ASSESSMENT**

**ACTIVITY EXERCISE**

Is assistance required in ADLs?   No ☐   Yes ☐  *(If YES, indicate areas listed below):*

| | | | | | |
|---|---|---|---|---|---|
| Bathing | No ☐ Yes ☐ | Eating | No ☐ Yes ☐ | Walking | No ☐ Yes ☐ |
| Dressing | No ☐ Yes ☐ | Toileting | No ☐ Yes ☐ | Medications | No ☐ Yes ☐ |

Comments:

**NUTRITION / FLUID**

Special Diet:  No ☐ Yes ☐ _____
Eating:  No Difficult ☐   Dysphagia ☐   Food Intolerance ☐   Change in thirst:  No ☐ Yes ☐
IV site present  No ☐ Yes ☐   Date of insertion _____  Location of Site _____  Type of device_____  Condition of site _____
Comments:

**COMFORT / REST**

Pain / Discomfort:  No ☐   Yes ☐  Where? _____
Type:  Burning ☐   Dull ☐   Pressure ☐   Heavy ☐   Sharp ☐   Cramping ☐   Other _____
Intensity:  *(Circle)*  0   1   2   3   4   5   6   7   8   9   10   (0 = no pain, 10 = worst)
Duration:  Constant ☐   Intermittent ☐                    Does pain interfere with sleeping?  No ☐  Yes ☐
What relieves the pain?  Resting ☐   Heat ☐   Cold ☐   Medication ☐   Other _____
Do you have a history of sleeping problems?  No ☐  Yes ☐
Comments:

NRAR   146067   10/96

| NURSING ADMISSION REC - Page 3 | Maine Medical Center | | Printed: 08/27/03  13:55 |
|---|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 | Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT  GOMMR | REQ:536793 - DET:4312753 - ITEM:10082470 - ELEM:45591388 - FLAGS:IN | | |

**500685.034.0020**

NRAR

**Maine Medical Center**
**Nursing Services**

**PATIENT HEALTH HISTORY**
**AND ASSESSMENT RECORD**
**PATIENT ASSESSMENT - ADULT**

Page 2 of 2

PATIENT NAME LABEL

## PSYCHOSOCIAL ASSESSMENT

Affect / Mood:   Calm ☐   Depressed ☐   Apprehensive ☐   Withdrawn ☐   Other ____
Cooperative:   No ☐   Yes ☐     Coping:   No ☐   Yes ☐
Understands reason for hospitalization:     No ☐   Yes ☐
Expresses self clearly:     No ☐   Yes ☐
Has this illness / hospitalization affected your family or relationships?     No ☐   Yes ☐
Do you have financial concerns about your healthcare?     No ☐   Yes ☐
Would you like a referral to a social worker?     No ☐   Yes ☐
Are you being hurt or controlled in a close relationship?     No ☐   Yes ☐
Are there any religious, traditional, ethnic, or cultural practices
that need to be part of your care?     No ☐   Yes ☐     What? ____
Is there any way the hospital can assist you with your religious practices?   No ☐   Yes ☐   How? ____

## EDUCATION / LEARNING

Speech:     ☐ Normal     ☐ Problems ____
Language(s) spoken:   ☐ English     ☐ Other(s) ____
Memory problems:   No ☐   Yes ☐     Short term:   No ☐   Yes ☐     Long term:   No ☐   Yes ☐
Learning problems:   No ☐   Yes ☐ ____
Are there any questions that you have at this time about your health care problems? ____

## DISCHARGE PLANNING ASSESSMENT

Where do you plan to go when discharged? ____
Do you have someone to help you after discharge?   No ☐   Yes ☐   Who? ____
Are you responsible for care of anyone else?     No ☐   Yes ☐   Who? ____
Are you or others in your household currently receiving any home health services?   No ☐   Yes ☐
     What Services? ____   From what agency? ____
Do you have someone to pick you up when discharged?   No ☐   Yes ☐   Who? ____   Phone #: ____

## REFERRALS INITIATED

☐ Continuing Care        ☐ Nurse Specialist ____        ☐ Pastoral Care
☐ Nutrition            ☐ Geriatric Assessment Team        ☐ Other ____
☐ Social Work

## ADVANCE DIRECTIVE FOLLOW UP

☐ Advance directive materials given.        ☐ Copy of current advance directive on chart.
     ☐ Patient referred to physician for further information.
     ☐ Patient does not want advance directive at this time.

## PRIORITY NEEDS

10/2 MD phone call. instructions given to pt. Dr Knowles

RN Signature ____     Date ____     24-hr time ____

If patient assessment done within 30 days prior to admission

Repeat vital signs:   T 36⁶   P 80   R 20   B/P 130/70   MASS 147lbs   HEIGHT ____

Review Patient Assessment Record for changes.
Changes:   No ☑   Yes ☐   *(Record specifics in the patient progress notes.)*

Arlene Lambert RN     10/6/97   810
RN Signature         Date     24-hr time

NRAR   146067   10/96

Printed: 08/27/03   13:55
NURSING ADMISSION REC - Page 4     Maine Medical Center
Patient: FANTOZZI, RONALD M     MR#: 04323633     Discharged: 10/06/97   Service Dates: 10/06/97 - 10/06/97
Copy For: ROI MGT GOMMR     REQ: 536793 - DET: 4312754 - ITEM: 10082470 - ELEM: 45591397 - FLAGS: IN

500685.034.0021

NURS

**Maine Medical Center**
**Nursing Services**
**PRE-OPERATIVE RECORD**
Page 1 of 2

FANTOZZI RONALD M          PAUB
043236330001        62 M NPR
MAILHOT PAUL MD    DT: / /
SPM:                      TN: :

Date: _____

### FAMILY MEMBER TO BE NOTIFIED AFTER SURGERY

Name: _____ Debra Fantozzi _____

Relationship to Patient: _____ Wife _____

Where to be reached by Physician after surgery completed: _____ ASU waiting room _____

### GENERAL PREPARATION FOR THE OPERATING ROOM

**A. REMOVED FROM PATIENT**          **ON UNIT**     **IN OR**     **PATIENT REFUSED**

Nail Polish/Lipstick          ☐          ☐
Hairpins          ☐          ☐
Jewelry          ☐          ☐
Ring (do not tie/tape)          ☐          ☐
Dentures          ☐          ☐
Eye Glasses/Contact Lens          ☐          ☐
Hearing Aid          ☐          ☐
Other Items/Prostheses:

_____          ☐          ☐
_____          ☐          ☐

**B. ITEMS SENT TO OR WITH PATIENT:**

☑ IDENT-A-BAND in place    Medication(s): (list) _____    X-rays: _____
☑ MEDI-ALERT in place          _____          _____
☑ Religious medal(s)          _____          _____

**C. SPECIAL PRECAUTIONS:**     **LOCATION:**          **D. TRANSFERRED WITH:**

☐ Nephrology Shunt          _____          ☐ Telemetry
☐ Vascular Access Device          _____          ☐ O₂

**E. INTAKE/OUTPUT:**

Last time voided _____ am/pm    ☐ Foley    ☐ Urinary Diversion    NPO since _ MN _

### DOCUMENTATION

**PLACED IN/ON CHART:**

☑ History/Physical          ☑ Chest X-ray Report          ☑ Patient Consent Form
☑ Labels          ☑ Laboratory Report          ☑ Consent for Surgical and
☑ Allergy Sticker          ☑ EKG Reports               Medical Treatment
☑ No Allergies          ☑ Old Record          ☑ Consent for Anesthesia

### PRE-OPERATIVE MEDICATIONS

| DRUG | DOSE | ROUTE | 24-HR. TIME |
|------|------|-------|-------------|
|      |      |       |             |
|      |      |       |             |
|      |      |       |             |
|      |      |       |             |

Given by: _____
Signature/Title

NURS    146001  6/96

| HAND WRITTEN NR RECORD - Page 1 | Maine Medical Center | Printed: 08/27/03 13:55 |
|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT GOHMR | REQ:536793 - DET:4312755 - ITEM:10082475 - ELEM:45591416 - FLAGS:IN |

**500685.034.0022**

NURS       Maine Medical Center
           Nursing Services
**PRE-OPERATIVE RECORD**
           Page 2 of 2

```
┌─────────────────────────────┐
│                             │
│      PATIENT NAME LABEL     │
│                             │
└─────────────────────────────┘
```

Date: _____

## MISCELLANEOUS

[ ] Appropriate Physician Orders Discontinued          [ ] Interim Summary Sent

Other comments: _____

_____

Person responsible for discharging patient to O.R. personnel:

_Arlene Lambert RN_ _____
Signature/Title                              Unit

## HOLDING ROOM DOCUMENTATION

24-Hr. Time of Arrival: _____

24-Hr. Time of Departure: _____

Transferred To: _____

Accompanied By: _____

NURSING OBSERVATIONS

I.V. Present:  [ ] Yes  [ ] No      24-Hr. Time Started in Holding Room: _____

Location: _____      Solution/Rate: _____

                               Started by: _____

I.V. Pre-meds: _____

Voided:  [ ] Yes  [ ] No

Patient Status:  [ ] Calm    [ ] Apprehensive    [ ] Other (specify) _____

Other Comments: _____

_____ R.N.
                                        Signature

NURS   146001   6/96

500685.034.0023

DSNR        **Maine Medical Center**
                **Nursing Services**
             **Ambulatory Surgical Unit**
**LITHOTRIPSY DISCHARGE INSTRUCTIONS**
             Page 1 of 1

```
┌ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐
|                                   |
|  FANTOZZI RONALD M        PAUB    |
|  043236330001   ████/62 M NPR     |
|  MAILBOT PAUL MD    DT: _/_/__    |
|  SPN:_____    TM:_ _        |
└ ─ ─ ─                ─ ─ ─ ─ ─ ─ ─ ┘
```

### *Activity:*
Limit your activity to resting for the rest of the day.
No driving or working for the next 24 hours.

### *Diet:*
Increase daily fluids by 2 quarts over what you usually drink for the next 1-2 weeks.
Advance your diet as tolerated. Small meals are suggested for the first day.

### *Urine:*
During the next 1-2 weeks strain all of your urine through the screen provided to you.
Save all stone fragments and bring them with you to your next appointment with your urologist.

### *Medication:*
If you have pain, you may wish to take an over-the-counter pain medication.
If this does not control the pain, you should have the pain medication prescription filled
and take as directed.

### *Other Instructions:* _____

_____

_____

### *Call your physician for:*
1. Pain not controlled by the medication prescribed for you.
2. Fever above 101°F (38.3°C)
3. Shaking chills
4. Continuous nausea
*If unable to reach your physician, you may report to Maine Medical Center's Emergency Department.*

### *Follow-up Appointment:*
Make an appointment to see your urologist sometime during the next 1-2 weeks regardless of how
you feel. This is to allow your urologist to see how you are doing and to review what has happened
during your stone treatment.

You may have stone fragments still in your kidney, and you may need follow-up x-rays.
Your urologist will schedule these x-rays if needed.

Physician's Name: *Dr Mailhot*          Phone: *783-7892*

I have read and understand the above instructions.

*Mrs Fantozzi*                           *Sal*
Signature of Responsible Adult                    RN Signature

DSNR  148697  5/97              Original: Medical Record      Copy: Patient

| NURSING DISCHARGE SUM - Page 1 | Maine Medical Center | | Printed: 08/27/03  13:55 |
|---|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 | Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT  GOMMR | REQ:536793 - DET:4312757 - ITEM:10082459 - ELEM:45591246 - FLAGS:IN | | |

**500685.034.0024**

**CHART CHECK LIST**        PAU___ASU___

| | | |
|---|---|---|
| | **HISTORY & PHYSICAL** ✓ dictated | Colleen in transcription said all set for ASU |
| ✓ | **SURGERY CONSENT** Pt will bring am of (per Yvette @ office) | |
| | **ANESTHESIA CONSENT** am of | |
| | **NURSE** am of | |
| → | **PRE OP ORDERS** (iid c booking) KUB (as outpt @ 08000) booked by Yvette @ office xray notified to send films to ASU c pt | |
| ✓ | **LABS** | |
| ✓ | **EKG** | |
| ✓ | **CXR** | |
| — | **ASU POST OP ORDERS** | |
| ✓ | **DISCHARGE INSTRUCTIONS** | |
| | **ALLERGY STICKER** ? | |
| | **OTHER:** | |

147049°

| MISCELLANEOUS REPORTS*T - Page 1 | Maine Medical Center | | Printed: 08/27/03 13:55 |
|---|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 | Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT GOMHR | REQ:536793 - DET:4312758 - ITEM:10082466 - ELEM:45591309 - FLAGS:IN | | |

500685.034.0025

```
Patient Name  FANTOZZI, RONALD              Sex  M        Birth Date  04/16/1962
     Address  40 POLAND RD                            Admit Date
        City  AUBURN                State  ME     Date Entered  09/18/1997
         Zip  04210              Soc Sec #      Orig Admit Date
       Phone  207 782-3873                          Med Rec #
   Alt Phone              Ext          Contact

   Diagnosis  LEFT RENAL CALCULI
   Procedure  PREADMIT  LEFT ESWL
              NO PREOP

     Insurer                                  Related Date
   Insurer #2                                 Primary Date  10/06/1997
                                              Primary Time  09:45
Provider Phy  MAILHOPA  MAILHOT, PAUL R     Treatment Date  10/02/1997
Ordering Phy                                    Case Time  00:10

Patient Type  AU    Bed Type          Code

Questionnaire  N
Patient Comments

Insurance #1
Insurance #2
```

500685.034.0026



FANTOZZI RONALD M
043236330001          PAUB
MAILHOT PAUL MD    62 M NPR
SPN:_____    DT:__/__/__
TN:__:__

## POST ESWL POSITIONING

After the Extracorporeal Shock Wave Lithotripsy treatment the kidney stones are reduced to small particles ranging in size from dust to small gravel. Most of these fragments are passed out of the kidney due to the normal flushing action of the manufacturing of urine. However, sometimes dust and small fragments settle in the more dependant calyces of the kidney. We have developed a method involving drinking fluid and assuming positions that drain those parts of the kidney where fragments seem to hold up. We have been quite successful in increasing the fragment passage of many of our patients.

In order to perform the positioning procedure the patient should:

1. Drink two 8 ounce glasses of water.

2. Wait 30 minutes (otherwise the patient may experience nausea).

3a Lie on an inclined plane (30-45 degrees), head down face down for 30 minutes.

3b Lie on inclined plane (30-45 degrees), head down, affected kidney up.

4. After getting up, drink another 8 ounce glass of water.

These steps should be followed twice a day alternating 3a & 3b.

5. When sleeping, whenever possible sleep with the affected kidney up.



| DISCHARGE INSTRUCTIONS*T - Page 1 | Maine Medical Center | | Printed: 08/27/03  13:55 |
|---|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | | |
| Copy For: ROI MGT GDMMR | REQ:536793 - DET:4312765 - ITEM:100B2464 - ELEM:45591288 - FLAGS:IN | Discharged: 10/06/97 | Service Dates:10/06/97 - 10/06/97 |

500685.034.0027

| FOOD GROUP | FOODS RECOMMENDED TO USE | FOODS RECOMMENDED TO AVOID |
|---|---|---|
| Fruits and Fruit Juices | Tender cooked, canned or frozen fruits (applesauce, apricots, fruit cocktail, grapefruit, orange sections, peaches, pears, pineapple); ripe banana, fresh peeled soft peaches and pears; jellied cranberry sauce. | Avocados, coconut, dried fruits such as dried apricots, prunes, dates, figs, raisins; all raw, cooked, canned or frozen fruits other than those listed as allowed; whole cranberry sauce, cherries, plums, grapes, strawberri |
| | All fruit juices except prune juice. | Prune juice. |
| Vegetable and Vegetable Juice | Cooked tender vegetables such as asparagus, green or wax beans, beets, carrots, spinach, summer squash, zucchini squash, (pureed) winter squash, mushrooms, smooth tomato sauce, well cooked peas, if tolerated. | All raw vegetables and all other cooked vegetables such as barley, artichokes, broad beans, broccoli, brussel sprouts, cabbage, eggplant, lentils, rutabagas, turnips, tomatoe, tomato sauce with seeds and/or skins or pieces of tomato, sauerkraut, dried peas and beans, li beans. |
| | All Vegetable juices. | |
| Desserts | All plain cakes, pies, cookies prepared with refined flours and which do not contain seeds, coconut, nuts, dried fruits, or other restricted ingredients; plain ice cream, sherbets, custards, puddings, and cream pies when substituted as part of the milk allowance; gelatin dessert prepared with allowed ingredients, water ices; hard candies; chocolate in moderation. | All desserts and sweets made with whole grain flours or which contain seeds, coconut, nuts, dried fru or other restricted ingredients; puddings, ice creams, and sherbets and cream pies in excess of milk allowance; candies which contain nuts, coconut, or dried fruits. |

500685.034.0028

ORDS

Maine Medical Center
**DOCTOR'S ORDER SHEET**

Name: _____

| Date | 24- Hour Time | Or. | Action | Nurse |
|------|---------------|-----|--------|-------|
| 10/6/97 | | Freq US to stable, then g° _liquids_ to _diet_ as tol N's _Dr_ in N's _155cc/hr._ R- force _fluids_ Encour Activity ad lib Office 1 week | | |
| 10/6/97 | 1200 | May give Tylox I-II po now! Discharge per protocol p.o. D. Mailhot | | |

Specify individual dose of medication; route, frequency and duration, if limited.

ORDS  147001  4/96

500685.034.0029

CNST

PATIENT NAME LABEL

## Consent for Surgical and Medical Treatment

Patient Name _Ronald Fantozzi_____ Date_____

Patient Number _____ Treatment Location_____

I hereby consent to and authorize the performing physician, residents and other individuals involved in this care to perform the following procedure(s) or treatment:

_____ _ESWL ® URETERAL STONE_____

and such additional operations or procedures as are considered advisable on the basis of findings during the course of this procedure(s), including blood transfusion.

The physician performing the procedure or his designee has explained to me the purpose and benefits of, and the usual and most frequent risks and hazards involved in such procedures and treatment, including but not limited to:

_HEMATURIA, PAIN IN POST-OP PERIOD, HYPERTENSION,_

_RENAL DAMAGE, INFECTION._

The physician performing the procedure or his designee also has explained to me any reasonable alternative treatments or procedures and, as appropriate, their usual and most frequent risks and hazards. I understand that I have the right to refuse any suggested procedures or treatment.

I understand that the practice of medicine is not an exact science and practitioners cannot guarantee results. No guarantees have been made to me concerning the results of the proposed procedures or treatments. I am aware that other risks such as severe loss of blood, infection and cardiac arrest exist with the proper performance of any treatment or procedure.

X_____     X_Ronald Fantozzi_ 10-2-97
SIGNATURE OF PHYSICIAN OR DESIGNEE   DATE   SIGNATURE OF PATIENT     DATE

If the patient is a minor or is unable to give informed consent, the following must be completed:
The patient is unable to sign this consent form for himself or herself because

_____

_____

X_Ronald Mahon_ 9/24/97    _____
SIGNATURE OF PHYSICIAN OR DESIGNEE   DATE   SIGNATURE OF PATIENT REPRESENTATIVE   DATE

IDENTIFICATION OF BLOOD RELATIONSHIP OR AUTHORIZED CAPACITY TO CONSENT

If consent is obtained by telephone, the following must be completed:

1) Consent obtained by telephone ☐; check if yes.

2) Name of person giving consent and relationship to patient: _____

3) Name of third party witness: _____

4) Signature of third party witness: _____

5) Signature of Physician/Designee: _____

| CONSENT FORM*T - Page 1 | Maine Medical Center | Printed: 08/27/03  13:55 |
|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT GOMMR | REQ:536793 - DET:4312768 - ITEM:10082454 - ELEM:45591198 - FLAGS:IN | |

500685.034.0030

*Ronald Fantozzi*

PAUL R. MAILHOT, M.D.
287 MAIN STREET, SUITE #300
LEWISTON, ME 04240
(207)783-7892

### INFORMED CONSENT FOR ESWL

Extracorporeal Shock-Wave Lithotripsy (ESWL) is a noninvasive method for the treatment of renal and ureteral stones. This method has now been in clinical use for eight years and the majority of stones located in the upper urinary tract are potentially eligible for this noninvasive procedure. The lithotripter generates shockwaves under water that pass through the soft tissue of the body and are concentrated upon the stone. This high energy source is likely to pulverize the stone into small particles the size of sand or gravel. Most patients will pass these particles spontaneously in their urine during the weeks following a lithotripsy treatment. Anesthesia may be required for ESWL, as shockwave therapy with the current FDA approved devices can be painful. Some flank pain may be anticipated for several days following the lithotripsy treatment. Most patients will have bloody urine for several days or perhaps weeks following the treatment as the particles pass. It is even possible that a patient could experience obstruction of flow of urine by large fragments following lithotripsy treatment and this might necessitate cystoscopic or surgical intervention. The placement of a double-J stent prior to lithotripsy treatment may help to eliminate this possibility.

Other possible side-effects include anemia, nausea and vomiting, and in rare incidences hematomas involving the kidney. The occurence of new onset hypertension is controversial. Most investigators do not currently feel there is enough evidence to support a causal relationship between ESWL and new onset hypertension.

The obvious advantage to lithotripsy treatment is that it obviates the need for surgical treatment in a large percentage of patients. Certain types of stones, however, may not be pulverized with lithotripsy treatments and may require other procedures to eliminate these stones. These other procedures include: percutaneous removal, ureteroscopy, and rarely open surgery.

Following the lithotripsy treatment, follow-up x-rays and renal ultrasounds will be obtained to assess the passage of stone particles. If a stent has been placed prior to the lithotripsy treatment, this will be removed when most of the particles have passed. Repeat ESWL procedures may be necessary if large fragments remain or are not well pulverized.

I understand the above information and agree to proceed with extracorporeal shockwave lithotripsy as outlined by Dr. Mailhot.

_____ Signature       10-2-97 Date

_____ Witness

_____ Paul R. Mailhot, M.D.

| CONSENT FORM*T - Page 2 | Maine Medical Center | Printed: 08/27/03 13:55 |
|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT GOMHR | REQ:536793 - DET:4312769 - ITEM:10082454 - ELEM:45591206 - FLAGS:IN | |

500685.034.0031

CNST

FANTOZZI RONALD M
043236330001                        PAUB
MAILROT PAUL MD      62 M NPR
SPM:                        DT: / /
                            TH: : _

Maine Medical Center
**PATIENT CONSENT FORM**

Date: _____

## I. CONSENT TO TREATMENT

I, _____, am presenting myself/my _____
to the Maine Medical Center for evaluation or treatment of an injury or illness. I hereby consent to
and authorize Maine Medical Center, its physicians, residents, interns, employees, and other
individuals involved in this care to administer such diagnostic procedures or treatment or both as may
be advisable to evaluate and treat such injury or illness.

I understand that the physician or surgeon responsible for this care has the responsibility to explain
to me the purpose of, benefits, and the usual and most frequent risks and hazards involved in the
diagnosis and treatment of any illness or injury as well as alternative courses of treatment. I further
understand that I have the right to refuse any suggested examinations, tests or treatment.

I understand that Maine Medical Center is dedicated to teaching, that authorized trainees may
observe and assist in diagnosis and treatment, and that photography for the purpose of diagnosis,
teaching, and documentation may be taken. I reserve the right to give specific permission for
publication of any photograph which personally identifies me.

_____     X _____     , 10/6/97
WITNESS                        PATIENT OR AUTHORIZED REPRESENTATIVE        DATE

☐ Witnessed personally      ☐ Witnessed via telephone

## II. RELEASE OF INFORMATION

I authorize the Maine Medical Center to release information to other health care institutions,
organizations or facilities who may consider providing any post-hospital care.

I also authorize Maine Medical Center to release information contained in the medical record,
including photocopies of the history and physical, physician progress notes or discharge summary,
unless they contain information recognized by state and federal law as requiring my specific written
consent, to my insurance carrier(s) or other third parties paying for this care, including my employer. I
understand that I may revoke this authorization at any time should I desire by notifying the Director of
Medical Record Services in writing.

I further understand that if I refuse to authorize the release of such information, then such refusal
may cause payment by others to be delayed or denied and I will be financially responsible for such
services.

_____     X _____     , 10/6/97
WITNESS                        PATIENT OR AUTHORIZED REPRESENTATIVE        DATE

## III. PAYMENT AND/OR ASSIGNMENT OF BENEFITS

I understand that I am responsible for payment of all charges associated with this hospitalization. I
further understand that I am financially responsible in the event that payment is denied or rejected by
my health insurance carrier(s) or third parties or for those charges not covered by the policy
benefits as deductible and co-insurance or otherwise not covered by this assignment. I hereby
assign to Maine Medical Center a sufficient amount of all money to which I may be or become
entitled to as a result of this hospitalization and further authorize payment from my health insurance
carrier(s) or other financially responsible third parties directly to Maine Medical Center to the extent
necessary to pay for this hospitalization.

_____     X _____     , 10/6/97
WITNESS                        POLICY HOLDER        DATE

144010 11/91

| CONSENT FORM*T - Page 3 | Maine Medical Center | Printed: 08/27/03 13:55 |
|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 Service Dates:10/06/97 - 10/06/92 |
| Copy For: ROI MGT GOMMR | REQ:536793 - DET:4312770 - ITEM:10082454 - ELEM:45591211 - FLAGS:IN | |

**500685.034.0032**

CNST          Maine Medical Center
**PATIENT ANESTHESIA CONSENT FORM**
Page 1 of 2

```
┌─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─┐
│ FANTOZZI RONALD M          PAUB │
│ 043236330001      62 M NPR      │
│ MAILHOT PAUL MD      DT: _/_/_   │
│ SPM:              TM: _:_        │
└─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─┘
```

1. **Consent.** I hereby consent to and authorize the performing physicians of the Anesthesia Department, residents and other individuals involved in my care, to administer anesthesia, perform invasive monitoring and administer blood or blood products, including transfusion, as appropriate for my proposed surgery.

2. **Planned Anesthetic Techniques.** The following anesthetic technique(s) are planned for my procedure and have been explained to me by Dr. _____, who has also explained the reasonable alternative techniques and, as appropriate, their usual and most frequent risks and hazards:

   ☑ General anesthesia induced by either an injection in my vein or the breathing of a gas or both, and which may involve the use of a breathing tube in my windpipe or other breathing device.

   ☐ Spinal/epidural anesthesia whereby a portion of my body is numbed by the injection of drugs through a needle inserted into the appropriate space in my back.

   ☑ Sedation/monitored anesthesia care induced by either an injection in my vein or the breathing of a gas or both.

   ☐ _____ block whereby a part of my body is numbed by an injection of drugs around an appropriate nerve.

   ☐ Epidural, spinal or caudal pain relief whereby pain is reduced by infusing drugs into a catheter or needle placed in the appropriate space before or after surgery or childbirth.

   ☐ _____

3. **Other Techniques.** I am aware that unforeseen problems may arise prior to or during the management of my anesthetic which may require the use of additional or different techniques. If a change is advisable on the basis of findings, I hereby request and authorize the use of additional techniques, procedures and treatments as are considered advisable by the performing physician.

4. **Usual and Most Frequent Risks and Hazards.** I have been informed of the usual and most frequent risks and hazards inherent in the proposed anesthetic, including but not limited to the following:

   ☑ *General Anesthesia/Sedation:* Nausea, vomiting, damage to teeth including chipping and cracking, drug reactions, sore throat, hoarseness, muscle soreness, changes in blood pressure,

   ☐ *Regional Anesthesia (Spinal, epidural, _____ block):* Pain, bleeding, infection, temporary or permanent nerve damage, numbness or loss of feeling, headaches, drug reactions including seizure, back soreness, changes in blood pressure. _____

   I am aware that these are the usual and most frequent risks and hazards. I am also aware that other risks and hazards are possible, some of which may be life threatening.

*Continued on other side*

CNST   144020   4/97

| CONSENT FORM*Y - Page 4 | Maine Medical Center | | Printed: 08/27/03 13:55 |
|---|---|---|---|
| Patient: FANTOZZI, RONALD M | MR#: 04323633 | Discharged: 10/06/97 | Service Dates:10/06/97 - 10/06/97 |
| Copy For: ROI MGT  GOMMR | REQ:536793 - DET:4312771 - ITEM:10082454 - ELEM:45591220 - FLAGS:IN | | |

500685.034.0033

CNST        Maine Medical Center
**PATIENT ANESTHESIA CONSENT FORM**
Page 2 of 2

┌─────────────────────────────┐
│                             │
│     PATIENT NAME LABEL      │
│                             │
└─────────────────────────────┘

**5. No Guaranty.** I am aware that the practice of medicine and surgery, including anesthesia, is not an exact science and I acknowledge that NO GUARANTEES HAVE BEEN MADE TO ME CONCERNING THE RESULTS OF MY ANESTHETIC TREATMENT OR PROCEDURE.

_____          _____          _____    _____
Signature of Patient                Date            Signature of Physician or Designee    Date

*If the patient is a minor or is unable to give informed consent, the following must be completed:*

The patient is unable to sign this consent form for himself or herself because: ____

_____

_____

_____          _____          _____    _____
Signature of Patient                Date            Signature of Physician or Designee    Date

Identification of Blood Relationship or Authorized Capacity to Consent _____

_____

*If consent is obtained by telephone, the following must be completed:*

Name of person giving consent and relationship to patient: _____

_____

Name of third-party witness *(please print)*: _____

_____          _____          _____
Signature of third-party witness                  Signature of Physician/Designee

CNST    144020    4/97

| CONSENT FORM*T - Page 5 | Maine Medical Center | Printed: 08/27/03 13:55 |
| Patient: FANTOZZI, RONALD M | MRF: 04323633 | Discharged: 10/06/97 Service Dates: 10/06/97 - 10/06/97 |
| Copy For: ROI MGT GOMMR | REQ:536793 - DET:4312772 - ITEM:10082454 - ELEM:45591232 - FLAGS:IN |

500685.034.0034