# RONALD FANTOZZI RECORDS
# 18-A



**MARKER-HOFF GROUP**
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

| | |
|---|---|
| **STYLE OF CASE:** | Michael W. Harris, et al. |
| | vs. |
| | Purdue Pharma L.P., et al. |
| **CASE NO:** | C-1-01-428 |
| **PERTAIN TO:** | Ronald Fantozzi |
| **FROM:** | Central Maine Pulmonary Associates<br>2 Great Falls Plaza<br>Auburn, ME  04210-5966<br>(207) 784-5489 |
| **DELIVER TO:** | Mr. Phillip J. Smith<br>VORYS, SATER, SEYMOUR & PEASE, LLP<br>Atrium Two, Suite 2100<br>221 East Fourth Street<br>Cincinnati, OH  45202 |

THE ENCLOSED DOCUMENT CAN BE IDENTIFIED BY NUMBER 500685025-0001.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Michael Harris, et al.

vs.                                           Case No. C-1-01-428

Purdue Pharma L.P., et al.

---

## AFFIDAVIT OF NO RECORDS

Records Pertaining To:  Ronald Fantozzi

Type of Records:   Medical and Billing

I, the undersigned, am the duly authorized Custodian of Records for <u>Central Maine Pulmonary Associates,</u> am over eighteen (18) years of age, competent of making this affidavit and personally acquainted with the facts herein stated:

(a) That a thorough search of our files, carried out under my direction and control, revealed no records on the person(s) named in the attached authorization.

(b) It is to be understood that this does not mean that records do not exist under another spelling, another name or under another classification, but that with the information furnished our office and to the best of our knowledge, no such records exist in our files.

_____
AFFIANT (Custodian of Records)

Custodian of Records for:

Sworn to and subscribed before me on this the _____ day of _____, 20___.

_____
NOTARY PUBLIC

My Commission Expires: _____

Retention Policy: (The number of years records are maintained prior to destruction) _____

Comments: (Reason why records are not available) pt saw Dr Viarey no longer in practice and pt was seen in 95 and records no longer available

500685.025.0001



| | |
|---|---|
| **STYLE OF CASE:** | Michael W. Harris, et al. |
| | vs. |
| | Purdue Pharma L.P., et al. |
| **CASE NO:** | C-1-01-428 |
| **PERTAIN TO:** | Ronald Fantozzi |
| **FROM:** | Richard K. Kappelmann, M.D.<br>100 Campus Avenue<br>Lewiston, ME  04240<br>(207) 777-5777 |
| **DELIVER TO:** | Mr. Phillip J. Smith<br>VORYS, SATER, SEYMOUR & PEASE, LLP<br>Atrium Two, Suite 2100<br>221 East Fourth Street<br>Cincinnati, OH  45202 |

THE ENCLOSED DOCUMENT CAN BE IDENTIFIED BY NUMBER 500685028-0001.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Michael Harris, et al.           :
                                 :
vs.                              :  Case No. C-1-01-428
                                 :
Purdue Pharma L.P., et al.       :

## AFFIDAVIT OF NO RECORDS

Records Pertaining To: Ronald Fantozzi

Type of Records:    Medical

I, the undersigned, am the duly authorized Custodian of Records for **Kappelmann, Richard K., M.D.**, am over eighteen (18) years of age, competent of making this affidavit and personally acquainted with the facts herein stated:

(a) That a thorough search of our files, carried out under my direction and control, revealed no records on the person(s) named in the attached authorization.

(b) It is to be understood that this does not mean that records do not exist under another spelling, another name or under another classification, but that with the information furnished our office and to the best of our knowledge, no such records exist in our files.

_____
AFFIANT (Custodian of Records)

Custodian of Records for:

Sworn to and subscribed before me on this the _____ day of _____, 20____.

_____
NOTARY PUBLIC

My Commission Expires:_____

Retention Policy: (The number of years records are maintained prior to destruction) _____

Comments: (Reason why records are not available) _____

*pt is not a pt of Dr Kappelmann — Thanks Barbara*

NOREC/

**500685.028.0001**



**MARKER-HOFF GROUP**
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

| | |
|---|---|
| **STYLE OF CASE:** | Michael W. Harris, et al. |
| | vs. |
| | Purdue Pharma L.P., et al. |
| **CASE NO:** | C-1-01-428 |
| **PERTAIN TO:** | Ronald Fantozzi |
| **FROM:** | St. Mary's Regional Medical Center (Medical Records Department) Campus Avenue P.O. Box 291 Lewiston, ME 04243-0291 (207) 777-8100 |
| **DELIVER TO:** | Mr. Phillip J. Smith VORYS, SATER, SEYMOUR & PEASE, LLP Atrium Two, Suite 2100 221 East Fourth Street Cincinnati, OH 45202 |

THE ENCLOSED DOCUMENT CAN BE IDENTIFIED BY NUMBER 500685011-0454.

## CHEMISTRY/CARDIAC/LIPIDS

| TEST | RANGE | ID125872 ... 20-SEP-97 | ID125640 ...40 19-SEP-97 | ID125353 0635 19-SEP-97 | STAT124484 0525 17-SEP-97 | STAT124177 0735 16-SEP-97 |
|---|---|---|---|---|---|---|
| CA | 8.7-10.2 MG/DL | | | | | 9.8 |
| PH | 2.4-4.5 MG/DL | | | | | 3.3 |
| GLU L | 70-108 MG/DL | | | | | 106 |
| BUN | 7-22 MG/DL | | 5 L | | 3/R L | 5 L | 11 |
| CREAT | 0.6-1.2 MG/DL | 1.0 | | 0.8 | 0.6 | 0.9 |
| URIC ACID | 3.9-7.8 MG/DL | | | | | 4.7 |
| CHOLESTEROL | 0-199 MG/DL | | | | | 162 |
| T. PROTEIN | 6.0-8.3 G/DL | | 6.6 | | | 7.4 |
| ALBUMIN | 3.5-4.8 G/DL | | 3.3 L | | | |
| GLOBULIN | 2.3-5.3 G/DL | | 3.3 | | | 3.0 |
| A/G RATIO | 1.1-1.8 | | 1.0 E | | | 1.5 |
| TOTAL BILIRUBIN | 0.3-1.2 MG/DL | | 1.6 H | | | 1.5 H |
| DIRECT BILIRUBIN | 0.0-0.4 MG/DL | | 0.3 | | | |
| INDIRECT BILIRUBIN | 0.0-0.8 MG/DL | | 1.3 H | | | |
| ALKALINE PHOS | 37-107 U/L | | 79 | | | 87 |
| LD TOTAL | 71-172 U/L | | 160 | | | 128 |
| SGOT | 8-42 U/L | | 57 H | | | 55 H |
| SGPT | 0-55 U/L | | 75 H | | | |
| GGT | 8-69 U/L | | 116 H | | | |
| AMYLASE | 34-122 U/L | | 31 C | | | 47 |
| NA | 135-145 MEQ/L | 140 | 141 | 140 | 140 | |
| K | 3.8-5.2 MEQ/L | 4.0 | 3.9 | 3.8 | 4.1 | |
| CL | 98-108 MEQ/L | 101 | 107 | 102 | 104 | |
| CO2 | 23-33 MEQ/L | 29 | 33 | 30 | 27 | |

FANTUZZI, RONALD M 772-9582                 29-SEP-97 AT 04:30 PM (CONT.)
        - PAGE 2 -                 CUMULATIVE REPORT

500685.011.0454



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

| | |
|---|---|
| **STYLE OF CASE:** | Michael W. Harris, et al. |
| | vs. |
| | Purdue Pharma L.P., et al. |
| **CASE NO:** | C-1-01-428 |
| **PERTAIN TO:** | Ronald Fantozzi |
| **FROM:** | Central Maine Medical Center<br>(Patient Accounts)<br>300 Main Street<br>Lewiston, ME 04240<br>(207) 795-0111 |
| **DELIVER TO:** | Mr. Phillip J. Smith<br>VORYS, SATER, SEYMOUR & PEASE, LLP<br>Atrium Two, Suite 2100<br>221 East Fourth Street<br>Cincinnati, OH 45202 |

THE ENCLOSED DOCUMENT CAN BE IDENTIFIED BY NUMBER 500685016-0001.

```
                                                            FED. TAX I.D. #01-0211494
                              CENTRAL MAINE MEDICAL CENTER
                                     P.O. BOX 4100
                  LEWISTON, MAINE    04243-4100 * TELEPHONE   207-795-2235
```

```
    FANTOZZI, RONALD MARK                    PAGE-NUMBER:       1
    40 POLAND RD
    AUBURN           ME  04210-0000
---------------------------------------------------------------------------

PATIENT: 2362917    CYCLE:  1
FANTOZZI, RONALD MARK
DATE OF  DATE OF  CHARGE       I T E M              INFO  BCH  QTY    EXTENDED
SERVICE  POSTING  NUMBER    D E S C R I P T I O N   TYPE  NUM         PRICE

06/06/02 06/06/02 315-1007 URINE CULTURE             BC           1      32.25
         07/03/02 997-0053 CIGNA CONTRACTUAL ADJ     AD   3729            2.25-
         06/19/02 992-0113 BILLED COMM - NEIC        AD   2995             .00
         07/03/02 999-0004 COMMERCIAL INSURANCE PYMTPY    3729           30.00-

        TOTAL FOR CYCLE #:   1
                                   BILLED CHARGES   BC           1      32.25
                                   ADJUSTMENTS      AD           2       2.25-
                                   PAYMENTS         PY           1      30.00-
                                                                          .00 **
        TOTAL FOR PATIENT #: 2362917
                                   BILLED CHARGES   BC           1      32.25
                                   ADJUSTMENTS      AD           2       2.25-
                                   PAYMENTS         PY           1      30.00-
                                   BALANCE DUE                            .00 **

ATTENDING PHYSICIAN:    MAILHOT PAUL R
DIAGNOSIS CODE: 592.9
BOPC34A
```

500685.016.0001