# CHRISTOPHER WAYNE LESTER

# 1 OF 14



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**    Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**    C-1-01-428

**PERTAIN TO:**    Christopher Wayne Lester

**FROM:**    Thomas Memorial Hospital
(Medical Records Department)
4605 MacCorkle Avenue SW
South Charleston, WV  25309
(304) 766-3740

**DELIVER TO:**    Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENT CAN BE IDENTIFIED BY NUMBER 500688044-0001.

Case No. C-1-01-428

Michael W. Harris                            :   Southern District Court
                                             :
vs.                                          :   County of Hamilton
                                             :
Purdue Pharma L.P., et al                    :   State of Ohio

Records pertaining to:        **Christopher Lester**

Custodian of Records For:     **Thomas Memorial Hospital (Medical Records Department)**

I have conducted a thorough search of our files for the requested records, including but not limited
to:    patient intake forms and health questionnaires, and/or consent forms, and/or physical
examination records, and/or x-rays, and/or pathology slides and/or blocks, and/or all nurses notes
and physicians notes, and/or treatment records and reports, and/or prescription records, and/or third-
party consultation records, and/or records of treatment at hospitals and other health care providers,
and/or test results from outside laboratories, and/or itemized billing records, and/or insurance claims
forms, and or personnel records and/or payroll records, and/or academic records, and/or
correspondence.

I certify that nothing has been removed from the original file before releasing copies of these
records or the originals. The records I am releasing are the original records or exact duplicates of
the original records and include each and every record contained in the file on the above-named
individual.

_Shannon M. Burchart, RHIA_
AFFIANT

_Shirley Smith_
WITNESS

_8-11-03_
DATE

I:\MLSDOCS\Oxycontin\Lester\CERT.DOC

AUG 06 '00  11:16AM                                              P.3

 **Metro MRI**
Thomas Memorial Hospital
Working To Serve Our Community

FAX

PATIENT NAME: LESTER, CHRISTOPHER W            DOB:        /1971    AGE: 29Y
MRN: TMP2001013000180                          DATE OF EXAM: 1/30/2001
ORDERING PHYSICIAN: JOHN MARK SNYDER, DO       ROOM: -
                                               SERVICE: OPT

                              MRI

DATE OF EXAMINATION:  1/30/2001

INDICATIONS FOR PROCEDURE:  NUMBNESS LEFT ARM AND HAND, LEFT SHOULDER PAIN.
LIMITED RANGE OF MOTION.

MAGNETIC RESONANCE IMAGING LEFT SHOULDER:
No fracture or dislocation is identified.  No evidence of impingement.
Visualized portions of the rotator cuff appear intact.  No other
significant findings noted.

IMPRESSION:  NO DEFINITE ACUTE PATHOLOGY.  NO CONCLUSIVE EVIDENCE OF A
ROTATOR CUFF TEAR.

This document was electronically signed by David Abramowitz, M.D. on
01/31/2001 09:39:47.

DA/gz
Dictated: 01/30/2001 16:30:38
Transcribed: 01/30/2001 19:40:03
Voice Job ID: 283228
Document #: 196280
cc:

                    ASHTON PLACE SHOPPING CENTER
         1095 FLEDDERJOHN ROAD • CHARLESTON, WEST VIRGINIA  25314
                  (304) 345-4MRI • (304) 343-0749 FAX
                                                        Page 1

500688.044.0001



| | |
|---|---|
| **STYLE OF CASE:** | Michael W. Harris, et al. |
| | vs. |
| | Purdue Pharma L.P., et al. |
| **CASE NO:** | C-1-01-428 |
| **PERTAIN TO:** | Christopher Wayne Lester |
| **FROM:** | Saghir-Ur Rehman Mir, M.D.<br>401 6th Avenue, P.O. Box 839<br>Montgomery, WV 25136<br>(304) 442-5176 |
| **DELIVER TO:** | Mr. Phillip J. Smith<br>VORYS, SATER, SEYMOUR & PEASE, LLP<br>Atrium Two, Suite 2100<br>221 East Fourth Street<br>Cincinnati, OH 45202 |

**USA 2003-0008677**

THE ENCLOSED DOCUMENT CAN BE IDENTIFIED BY NUMBER 500688086-0052.

*das :46841*
*3 /10 /3*

CHRISTOPHER W. LESTER SR  DOB: 12-23-73  SS# 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  CLAIM# 200046841

Figure 75. Lumbar Range of Motion (ROM)?

Name _Christopher Lester_    Soc. Sec. No. _____ 334c   Date _3/6/00_

| Movement | Description | Range | | | | | |
|----------|-------------|-------|---|---|---|---|---|
| Lumbar flexion | T12 ROM | 56 | 50 | 55 | | | |
| | Sacral ROM | 25 | 28 | 30 | | | |
| | True lumbar flexion angle | 31 | 22 | 20 | | | |
| | ±10% or 5°? | Yes __ / No | | | | | |
| | Maximum true lumbar flexion angle | 25 | | | | | |
| | % impairment | | | | | | |
| Lumbar Extension | T12 ROM | 12 | 12 | 10 | | | |
| | Sacral ROM | 2 | 2 | 1 | | | |
| | True lumbar extension angle | 10 | 10 | 9 | | | |
| | ±10% or 5°? | Yes __ / No | | | | | |
| | Maximum true lumbar extension angle | 10 | | | | | |
| | % impairment | | | | | | |
| Straight Leg Raising (SLR), right | Right SLR | 36 | 38 | 50 | | | |
| | ±10% or 5°? | Yes __ / No | | | | | |
| | Maximum SLR right | 38 | | | | | |
| Straight Leg Raising, Left | Left SLR | 50 | 40 | 46 | | | |
| | ±10% or 5°? | Yes __ / No | | | | | |
| | Maximum SLR Left | 46 | | | | | |
| Lumbar Right Lateral Flexion | T12 ROM | 17 | 18 | 18 | | | |
| | Sacral ROM | 2 | 3 | 3 | | | |
| | Lumbar right lateral flexion angle | 15 | 15 | 15 | | | |
| | ±10% or 5°? | Yes __ / No | | | | | |
| | Maximum lumbar right lateral flexion angle | 15 | | | | | |
| | % impairment | | | | | | |
| Lumbar Left Lateral Flexion | T12 ROM | 17 | 12 | 17 | | | |
| | Sacral ROM | 2 | 2 | 2 | | | |
| | Lumbar left lateral flexion angle | 15 | 15 | 15 | | | |
| | ±10% or 5°? | Yes __ / No | | | | | |
| | Maximum lumbar left lateral flexion angle | 15 | | | | | |
| | % impairment | | | | | | |
| Lumbar Ankylosis in Lateral Flexion | Position | | | | | | |
| | % impairment | | | | | | |

Total lumbar range of motion and Ankylosis impairment ____ %.    *Not MMI*



**STYLE OF CASE:**      Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**      C-1-01-428

**PERTAIN TO:**      Christopher Wayne Lester

**FROM:**      Montgomery General Hospital
(Pathology Department)
401 6th Avenue, Box 270
Montgomery, WV 25136
(304) 442-5151

**DELIVER TO:**      Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH 45202

. THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688099-0001
THROUGH 500688099-0002.

```
RUN DATE: 08/11/03        Montgomery Medical Records                    PAGE 1
RUN TIME: 1314            CORRESPONDENCE REQUEST DETAIL
RUN USER: MRI.CL


REQUEST #  5673                            STATUS: LOGGED    TYPE: OTH

                                           DATE NEEDED:
REQUESTOR:                                 LOGGED ON:                    08/11/03
        NAME: THE MARKER-HOFF GROUP,INC    LAST LETTER:
     ADDRESS: 13105 NORTHWEST FREEWAY       COMPLETED BY:
              SUITE 300
              HOUSTON,  TX  77040
       PHONE:

UNIT #
                                      PAID?     PAGES:        FEE:


COMMENTS
         A THOROUGH SEARCH OF OUR FILES INDICATE
         THAT THERE IS NO RECORD FOUND FOR:
         CHRISTOPHER WAYNE LESTER.

ACTIVITY    DATE      TYPE            USER        LETTER
            08/11/03  STATUS LOGGED   MRI.CL
```

500688.099.0001

# Montgomery

**401 Sixth Avenue ● P.O. Box 270 ● Montgomery, WV 25136-0270 ● (304) 442-5151**

# General

## —HOSPITAL—

RE: _Foster Christopher Ray_ Jr _ Date: _5/11/05_

Dear: _Merka - Hoff Group_

We are unable to comply with your request concerning the above named patient, as indicated below by check mark (✓).

Please complete and return to us at your earliest convenience.

_____ The information you requested is enclosed.

_____ Hospital policy requires written authorization by the patient before medical information is released. If the patient is a minor, or unable to sign, the enclosed authorization must be signed by the patient, next of kin, or legal guardian.

___✓___ A thorough search of our files has failed to reveal a record on the above named patient. If you can provide additional information, please contact us.

_____ The above named patient is currently hospitalized. The information requested will be forwarded following discharge of the patient.

_____ Additional data is required to facilitate answering your request. Please forward the following information.

Name at the time of admission _____

Address at the time of discharge _____

Date of birth _____

Any other name patient may have been under _____

Date(s) of treatment: Inpatient_____ Outpatient_____

Other: _____

_____

Respectfully yours,

_Freeda Amerley_

Medical Records

500688.099.0002



| | |
|---|---|
| **STYLE OF CASE:** | Michael W. Harris, et al. |
| | vs. |
| | Purdue Pharma L.P., et al. |
| **CASE NO:** | C-1-01-428 |
| **PERTAIN TO:** | Christopher Wayne Lester |
| **FROM:** | Nolan C. Parsons, Jr., M.D.<br>331 Laidley Street, Suite 403<br>Charleston, WV 25301<br>(304) 344-2721 |
| **DELIVER TO:** | Mr. Phillip J. Smith<br>VORYS, SATER, SEYMOUR & PEASE, LLP<br>Atrium Two, Suite 2100<br>221 East Fourth Street<br>Cincinnati, OH 45202 |

THE ENCLOSED DOCUMENT CAN BE IDENTIFIED BY NUMBER 500688133-0001.

Cause No. C-1-01-428

| | |
|---|---|
| Michael W. Harris | : Southern District Court |
| | : |
| vs. | : County of Hamilton |
| | : |
| Purdue Pharma, L.P., et. al. | : State of Ohio |

## AFFIDAVIT OF NO RECORDS

Records Pertaining To:     **Christopher Wayne Lester**

Type of Records:     **Nolan C. Parsons Jr., M.D. (Medical & Billing Records)**

(Custodian of Records)

I, the undersigned, am the duly authorized Custodian of Records for **Nolan C. Parsons Jr., M.D.**, am over eighteen (18) years of age, competent of making this affidavit and personally acquainted with the facts herein stated:

(a) That a thorough search of our files, carried out under my direction and control, revealed no records on the person(s) named in the attached authorization.

(b) It is to be understood that this does not mean that records do not exist under another spelling, another name or under another classification, but that with the information furnished our office and to the best of our knowledge, no such records exist in our files.

AFFIANT (Custodian of Records)

Custodian of Records for: _____

Sworn to and subscribed before me on this the _____ day of _____, 20___ .

NOTARY PUBLIC

My Commission Expires:_____

Retention Policy: (The number of years records are maintained prior to destruction) _____

Comments: (Reason why records are not available ) : *have no Records on file*

Order No. 500688-133

*Diana Willard - receptionist*
*8/19/03*

NOREC/

500688.133.0001



**STYLE OF CASE:**       Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**       C-1-01-428

**PERTAIN TO:**       Christopher Wayne Lester

**FROM:**       Saghir-Ur Rehman Mir, M.D.
401 6th Avenue, P.O. Box 839
Montgomery, WV 25136
(304) 442-5176

**DELIVER TO:**       Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH 45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688086-0001
THROUGH 500688086-0051.

SAGHIR R. MIR, M.D., F.A.A.O.S.
ORTHOPAEDIC SURGERY
MONTGOMERY GENERAL HOSPITAL
MONTGOMERY, WEST VIRGINIA 25136

TELEPHONE (304) 442-5176
(304) 442-5151 EXT. 100

June 26, 2001

Workers' Compensation Fund
PO Box 431
Charleston, WV  25322-0431

RE: LESTER, CHRISTOPHER W., SR.
DOB: ▮▮71
SS#: ▮▮340
DOI: 03/10/2000
CLAIM#: 2000046841
EMPLOYER: D & M Trucking Corp., Inc.

Dear Sir/Madam:

This patient was evaluated by me on 06/25/01 at your request. His extensive records were
reviewed. Some of his records from previous injuries for reference were reviewed. De-
tailed history was obtained, and a physical examination was carried out.

**REVIEW OF RECORDS AND HISTORY:** This patient sustained multiple injuries on
03/10/00 when he fell backwards when a hood of a truck knocked him down while
checking his oil; he fell four to five feet. He hit another truck, hit his head and then landed
on his left side injuring his rib cage and left shoulder. This patient stated he was knocked
unconscious. He was dazed for 40 minutes. He was seen at Charleston Area Medical
Center (CAMC) on the same day in the emergency room by Dr. David Bailey. He noted
this patient had multiple injuries. He had complaints of pain in his neck, lumbar spine, left
shoulder, left hip, pelvis and had several x-rays of those areas which were reported
normal. I do not believe he had x-rays of his left knee or rib cage. For further follow up
he was sent to Corporate Health. There were close to 37 pages of hospital records in his
file. There were several x-ray reports which reported no fractures.

After this patient was discharged from the hospital he started follow up at Corporate
Health. He was seen there by several doctors. Dr. Kwei and Dr. Marsha Bailey mainly
saw him. He saw a couple of other residents. At the time of his follow up Dr. Kwei had
consulted Dr. Sherry Apple on the phone. He saw Dr. Marsha Bailey on 03/14/00 and
was noted to have multiple injuries after he fell six feet away from a truck. He was still
having some nausea. He also complained of some drainage from his left ear. Mostly he

500688.086.0001

LESTER, CHRISTOPHER W., SR.                    Saghir R. Mir, M. D.
June 26, 2001
Page 2

**REVIEW OF RECORDS AND HISTORY:** Continued
had pain in his neck and left shoulder area. Neurologically he was essentially within
normal limits. His physician called Dr. Apple regarding drainage from his ear and she
recommended him to be seen by Dr. Phillips, an ENT specialist, to make sure he had no
fractures of temporal bone. He was diagnosed having cerebral concussion. He was
treated conservatively with medications.

On 03/15/00 he had already seen Dr. Phillips who had done audiogram. There was some
hearing loss bilaterally which was not injury related. There was no evidence of fractures.
He did not find any direct injury to ear or internal ear. There was no drainage noted.

He continued periodic follow up with Dr. Bailey. He complained of headaches and some
chest pain. For his shoulder pain he had a MRI done. He was continued on medications
and local heat. He saw Dr. Bailey on 03/22/00 and was continuing to have headaches,
neck pain and left shoulder pain. It was interesting to note in the beginning most of his
symptoms were concentrated around his neck and shoulder areas. Later on he complained
of some symptoms in his lower back. On 03/21/00 he had a MRI of left shoulder which
was reported negative. After his MRI he was started on physical therapy. He was man-
aged with Flexeril, Ibuprofen and Darvocet-N.

He was seen by Dr. Bailey on 03/27/00. She noted his MRI of left shoulder to be normal.
He still had tenderness in his neck and left scapular muscles with restriction of mobility.
His neurological examination was normal. Physical therapy was started, which he re-
ceived at Boone Memorial Hospital starting as of 04/03/00. He had some records of ·
physical therapy from Boone Memorial Hospital.

During that time this patient requested to be transferred under the care of Dr. Snyder and
such transfer was allowed by compensation. On 06/19/00 his physician noted physical
therapy was not helping him and was causing increased symptoms so his physical therapy
was stopped. As he was having significant symptoms in his left shoulder an orthopaedic
consultation with Dr. Loimil was requested. Over the next few months he continued fol-
low up with Dr. Snyder in the Madison area.

It was noted before he had been treated by Dr. Snyder for an injury to lower dorsal area
with a possibility of a fracture of T11-T12 area. He received 10% impairment from that
injury and missed three years from work.

The first time he saw Dr. Snyder was on 04/07/00. He was noted to mostly have pain in
his neck, left scapula area and shoulder. He had stiffness in his neck and shoulder; Motrin,
Flexeril and Vicodin were prescribed.

500688.086.0002

LESTER, CHRISTOPHER W., SR.                    Saghir R. Mir, M. D.
June 26, 2001
Page 3

## REVIEW OF RECORDS AND HISTORY: Continued

On 04/10/00 compensation allowed his claim to be head injury, thoracic strain, lumbar strain and cervical strain. He saw Dr. Snyder on 04/26/00 and was still having symptoms at multiple areas. He complained of some symptoms in his left knee though there was no mention of left knee injury initially. There was still tenderness in his left rib cage area. Vicodin was recommended and compensation authorized that on 05/05/00. His physician requested additional physical therapy which was allowed by compensation on 06/06/00.

He was released for light duty work. On 04/18/00 his employer wrote a letter to compensation stating they did not have any light duty work. He continued to stay on compensation benefits. He was referred to rehab services on 04/02/00. He had an initial vocational evaluation through Vass Rehab Services on 05/05/00. He continued periodic follow up with Vass Rehab Services at monthly intervals over the next several months.

Over the next couple of months he continued to see Dr. Snyder. He saw him on 07/10/00 and was still having significant pain in his left shoulder area. Now, he was complaining of pain in his lower back along with headaches and neck pain. He had restriction of mobility at his spine and left shoulder though neurologically he was intact. On 07/17/00 and 07/31/00 he was seen by his physician and more or less he had the same symptoms. A consultation with Dr. Loimil was recommended.

I saw this patient at the request of WV Workers' Compensation on 08/02/00. At that time he was continuing to have symptoms so I recommended further treatment. I recommended MRIs on his neck and lower back as well as x-rays of his left shoulder. Also, EMG studies were recommended. I recommended him to be seen by Dr. Loimil regarding his left shoulder.

He continued to see Dr. Snyder. After compensation granted authorization he had cervical and lumbar MRIs which were done on 09/12/00 and was negative for any disc herniation. He had x-rays of his left shoulder and AC joint done on 08/30/00, which were reported normal. His x-rays of rib cage were also negative. On 10/02/00 he had NCS done by Dr. Pratt on his upper extremity, which were also negative.

He had a neurosurgical consultation with Dr. Amores on 10/06/00. He had neck pain with pain going into left arm. He had some limitation of Range of Motion (ROM) at his neck. Neurologically he was intact. Dr. Amores noted his MRI of cervical and lumbar spine to be negative. It was felt he had musculoskeletal strain involving his neck and lower back without neurological deficit. He should continue on conservative treatment.

He had an orthopaedic consultation done by Dr. Loimil on 08/17/00. He was noted to have restriction of mobility and pain in his left shoulder. Dr. Loimil noted he had a MRI

500688.086.0003

LESTER, CHRISTOPHER W., SR.                    Saghir R. Mir, M. D.
June 26, 2001
Page 4

**REVIEW OF RECORDS AND HISTORY:** Continued
of his left shoulder on 03/21/00. He recommended another MRI on his left shoulder. He
indicated he will accept this patient for treatment. For some reason he never went back or
saw Dr. Loimil again.

From his records it appears he may have had some additional physical therapy during
August and September 2000. I reviewed several records of physical therapy. He con-
tinued to see Dr. Snyder at three to four weeks interval. Last time he brought his office
notes when I evaluated him in August 2000 and those were reviewed by me. He had seen
Dr. Snyder on 08/07/00, 09/26/00, 10/11/00 and 11/19/00. More or less his diagnoses
and treatment was the same. He saw Dr. Snyder on 11/22/00 and still had neck and low
back pain. He was waiting for the results of Dr. Loimil's consultation. Also Dr. Snyder,
on 11/27/00, requested a pain clinic evaluation and management. Dr. Snyder also recom-
mended a psychiatric consultation and follow up with Dr. Settle. His records indicate
around about Thanksgiving he was hospitalized with some pain in his dorsal spine when he
hit his back against some steps when his legs gave out.

On 12/12/00 he saw his physician again. He was already started on Oxycontin along with
DepoMedrol. Prior to that, mostly, he was managed with Vicodin, Flexeril and Vioxx.

I reviewed several reports from Vass Rehab Services. After his initial report he had re-
ports dated 06/28/00, 09/27/00, 12/06/00 and 01/18/01. At that time they closed his
rehab claim until he improved. There were several other letters of extension of temporary
benefits. On 04/03/01 compensation allowed an orthopaedic consultation. They also
allowed his medications as well as additional physical therapy during that time.

On 12/22/00 he had an IME done by me at the request of WV Workers' Compensation.
At that time he was continuing to stay symptomatic. I recommended additional follow up
with Dr. Loimil. I also recommended a pain clinic consultation and follow up.

On 01/08/01 compensation closed his rehab. On 01/19/01 he was allowed a pain clinic
consultation. On 01/10/01 they allowed him to have follow up with Dr. Loimil after his
shoulder MRI. On 11/29/00 he was allowed a second MRI on his shoulder at the request
of his physician dated 10/17/00.

On 02/27/01 his physician noted him still having pain in his neck and lower back. He was
complaining of some weakness in his right leg. He had some numbness and tingling on the
medial side of left upper extremity. His shoulder was still having restriction of mobility.
Neurologically he was intact. Dr. Snyder indicated he was suppose to see Dr. Saldanha at
the pain clinic and he was also going to see Dr. Loimil.

500688.086.0004

LESTER, CHRISTOPHER W., SR.                     Saghir R. Mir, M. D.
June 26, 2001
Page 5

**REVIEW OF RECORDS AND HISTORY:** Continued
On 02/28/01 he saw Dr. Saldanha at the Pain Clinic. He was noted to have generalized
neck and low back pain. Neurologically he was intact. Dr. Saldanha diagnosed him
having lumbar arthropathy and cervical strain. He recommended facet joint injections for
his lower back and trigger point injections for his neck area. As far as his left shoulder
was concerned he recommended an orthopaedic follow up with Dr. Loimil. On 03/28/01
compensation allowed facet joint and trigger point injections.

On 03/02/01 compensation allowed a psychiatric consultation. This patient stated he
could not see Dr. Settle so he was scheduled to see Dr. Riaz. Now, for three months or
so he has been seeing him once a month. He has changed his medications which were
being prescribed for his nerves by Dr. Snyder. He is also seeing a psychologist every two
weeks.

On 03/28/01 he saw his physician again. It was noted previously he was referred to see
Dr. Loimil but for some reason his physician requested his orthopaedic consultation be
changed to Dr. Surface.

On 01/30/01 he had a repeat MRI of his left shoulder which reported no evidence of tear
in the rotator cuff or any other acute pathology. Again, previously he had MRIs of his
cervical and lumbar spine which were negative. His x-rays of AC joint with and without
weights were also negative.

At present he is not seeing Dr. Loimil and has not seen Dr. Surface.

Today this patient told me he has been having injections at the Pain Clinic. The first set of
facet joint injections was about one and half months ago. Then, he was seen by Dr.
Saldanha and had trigger point injections. Last week he had another set of facet joint
injections. Next week he is going to see Dr. Saldanha who is going to give him further
trigger point injections. Those injections only helped him for a few days.

Besides going to the Pain Clinic and seeing Dr. Riaz he is seeing Dr. Snyder at three to
four month intervals who is prescribing his pain medications. At home he uses heat or ice.
His wife massages his neck and back.

There were several letters of correspondence in his file from WV Workers' Compensation.
There were several letters of authorization for medications. There were some records re-
garding patient applying for Disability Social Security, which has been denied two times;
he is still applying for it.

500688.086.0005

LESTER, CHRISTOPHER W., SR.                    Saghir R. Mir, M. D.
June 26, 2001
Page 6

**REVIEW OF RECORDS AND HISTORY:** Continued
Today this patient specifically told me that his previous injury which he received 10% was
from his dorsal spine area and not from his lower back.

**PRESENT COMPLAINTS AND FUNCTIONAL LIMITATIONS:** He continues to
have pain at cervicodorsal and left scapular areas all the time; it is an aching and burning
type of pain. Intermittently the pain goes into his left arm. He has some numbness and
tingling in left little and ring fingers. His neck stays stiff. He has generalized weakness in
left upper extremity.

His left shoulder aches and hurts most of the time; it wakes him up at night time. He has
restriction of mobility at left shoulder.

He has mild soreness in left rib cage area but no shortness of breath.

His lower back aches and hurts all the time. The pain from his lower back goes into both
legs. He has numbness and tingling in his legs. Prolong sitting, standing, walking or
riding in a car increases his back symptoms. Lying down does not help him. He stated
since he started going to the Pain Clinic he has noted occasional dribbling. He is able to
manage activities of daily living by himself.

He stated both of his knees give out. At the time of injury he complained of some symp-
toms in his left knee after several days.

He stated both of his ankles ache and hurt and was wondering if that was related to his
present injury.

**CURRENT MEDICATIONS:** 1) Pamelor, Effexor and Zoloft prescribed by Dr. Riaz;
2) Flexeril and Oxycontin prescribed by Dr. Snyder.

**SOCIAL HISTORY:** This patient is married and his wife is employed. He has two
children from his previous marriage and one from this marriage. His children ages are 2, 4
and 7 years old. The 7 year old child is with his mother and the 2 and 4 year old children
is with him and his wife. He does not smoke cigarettes or drink alcohol. Two times he
has been denied Disability Social Security.

**WORK HISTORY:** He has a high school education. He worked at a hardware store
and then did some logging jobs. He also set mobile homes. He drove a truck for a while.
At the time of injury he was driving for D & M Corporation.

500688.086.0006

LESTER, CHRISTOPHER W., SR.                    Saghir R. Mir, M. D.
June 26, 2001
Page 7

**PAST HISTORY:  A) OTHER WORK RELATED INJURIES OR ILLNESSES -**
History of injury to lower dorsal spine with possible fracture of T11 or T12 area versus
wedging.  He missed work from 1994 to 1997 on account of that injury.  He was treated
under the care of Dr. Snyder.  He received 10% impairment from that injury.
                    **B) NON WORK RELATED INJURIES OR ILLNESSES - 1)**
Auto accident in 1986-1987 with cerebral concussion and fracture collar bone;  2) No
medical problems;  3) No surgical procedures.

**PHYSICAL EXAMINATION:**  During his physical examination my office personnel,
Candie was present in the examining room.

This patient is a 29 year-old-white male who was 65 inches tall and weighed 290 pounds.
He was over-weight for his height.  Today he was walking with a cane.

His ROM at neck is recorded on ROM Form.  While checking his ROM he had some
voluntary guarding.  During history he was able to nod his head and move it freely.  There
was tenderness at cervicodorsal and left scapular areas.  There was no true muscle spasm.
Compression and distraction test caused some discomfort in his neck though Spurling sign
was negative.

## MEASUREMENTS

| | RIGHT UPPER EXTREMITY | LEFT UPPER EXTREMITY | COMMENTS |
|---|---|---|---|
| Circumference of upper arm (10 cm above olecranon) | 38.1 cm | 37.2  cm | pt rt handed |
| Circumference of forearm (10 cm below olecranon) | 34.0  cm | 33.4  cm | |

## NEUROLOGICAL EXAMINATION

| | | | |
|---|---|---|---|
| Reflexes - BJ, TJ & BRJ | 1+ | 1+ | |
| Muscle strength | 5/5 | 5/5 | all groups upper extremity muscle |
| Grip strength (Jamar apparatus @ Third notch) | 0,20,5 | 20,10,0 | poor effort noted |

500688.086.0007

LESTER, CHRISTOPHER W., SR.                    Saghir R. Mir, M. D.
June 26, 2001
Page 8

**PHYSICAL EXAMINATION:** Continued

## NEUROLOGICAL EXAMINATION

|                | RIGHT UPPER EXTREMITY | LEFT UPPER EXTREMITY | COMMENTS |
|----------------|-----------------------|----------------------|----------|
| Pulse          | 2+                    | 2+                   |          |
| Cranial nerves | Intact                | Intact               |          |

His sensory examination revealed somewhat diminished sensation in left fourth and fifth fingers.

Examination of his shoulder areas revealed no gross atrophy of shoulder muscles. He had tenderness over the anterior and superior aspect of left shoulder and slightly over left AC joint.

### RANGE OF MOTION

| SHOULDERS                  | RIGHT                      | LEFT                       |
|----------------------------|----------------------------|----------------------------|
| Forward flexion/extension  | $170^0$-$0^0$-$60^0$       | $100^0$-$0^0$-$50^0$       |
| Abduction/Adduction        | $170^0$-$0^0$-$40^0$       | $90^0$-$0^0$-$35^0$        |
| External/internal rotation |                            |                            |
| Arm at $90^0$ abduction    | $90^0$-$0^0$-$90^0$        | $90^0$-$0^0$-$75^0$        |

He had mild pain in left shoulder at extreme ROM. Impingement test was negative today. Apprehension test was negative.

His ROM at elbow, wrist and forearm is recorded on ROM Form and was identical and normal bilaterally.

Today he had no signs of thoracic outlet or carpal tunnel syndrome.

Examination of his rib cage area revealed chest sounds to be normal. He could breathe in and out without any problems. There was mild soreness in the anterior axillary line at the middle part of left rib cage. There was no history of shortness of breath. His gait was

500688.086.0008

LESTER, CHRISTOPHER W., SR.                     Saghir R. Mir, M. D.
June 26, 2001
Page 9

**PHYSICAL EXAMINATION:** Continued
normal though he walked with cane. He could squat 20%. He could stand on toes and
heels though there was some difficulty encountered. His ROM at lumbar spine is recorded
on ROM Form and was not valid. His neurological examination revealed give away type
of weakness and non-dermatomal decreased sensation in both legs.

Examination of his knees revealed ROM to be $0^0$-$0^0$-$130^0$. There was no effusion in both
knees. Collateral and cruciate ligaments were intact. McMurray, Lachman and pivot shift
test were negative.

His ROM at ankle was dorsi/plantar flexion $15^0$-$0^0$-$40^0$. Inversion/eversion was $35^0$-$0^0$-
$10^0$ bilaterally. His ankle joints were stable. There was no swelling.

**RADIOLOGICAL FINDINGS:**
1) His x-rays of cervical spine, dorsal spine, lumbar spine, left hip, left ankle and pelvis
were reported normal at the time of his injury. His MRI of left shoulder, done on
03/21/00 and later on 01/30/01, were reported normal.

2) His MRIs of cervical and lumbar spine, done on 09/12/00, were reported normal.

3) His x-rays of rib cage done on 08/30/00 was normal.

4) His x-rays of AC joint with and without weights done on 08/30/00 were reported
normal.

**DISCUSSION/CONCLUSION/RECOMMENDATIONS:**
1) This patient has history of multiple injuries he sustained in a fall. He has been treated
conservatively with medication and physical therapy. He is going through Pain Clinic in-
jection which has not helped him much. His nerve conduction studies of upper extremities
have been reported negative. All of his test including MRIs of neck, lower back and
shoulder were reported normal.

Today on examination he had some limitation of ROM with voluntary guarding. His
ROM at lumbar spine was not valid. He had some limitation of ROM at left shoulder. His
neurological examination of upper and lower extremities were normal except for non-
dermatomal decreased sensations in both legs and slightly diminished sensation in left little
finger.

500688.086.0009

LESTER, CHRISTOPHER W., SR.          Saghir R. Mir, M. D.
June 26, 2001
Page 10

### DISCUSSION/CONCLUSION/RECOMMENDATIONS: Continued

DIAGNOSES:  A) Cervicodorsal and left scapular strain with cervical root
                    irritation
              B) Lumbosacral strain
              C) Sprain left shoulder and AC joint
              D) Blunt trauma left rib cage
              E) Sprain left knee
              F) Cerebral concussion

2) He has reached maximum degree of medical improvement. He is not found to be totally disabled.

3) He may continue periodic follow up for symptomatic treatment with his attending physician.

4) If it is agreed upon and scheduled by his attending physician he could go through a Functional Capacity Evaluation. Vocational follow up is recommended. His prognosis seems to be poor as he has already applied for Disability Social Security.

5) Using AMA Guidelines, Fourth Edition, 1993, his impairment rating from neck and lower back is calculated on Spine Impairment Summary Form. His impairment rating from shoulder is calculated on Upper Extremity Form. For detailed calculations, reference figures and tables please refer to those forms.

I have used ROM Method to calculate his final impairment rating and it is as follows:

| AREA INVOLVED | % WHOLEMAN IMPAIRMENT |
|---|---|
| a. Chronic cervicodorsal and left scapular strain | 12% |
| b. Lumbosacral strain | 5% |
| c. Sprain left shoulder and AC joint | 5% |
| d. Injury left rib cage | 0% |
| e. Sprain left knee | 0% |
| (Using Combined Value Charts) Total | 20% |

500688.086.0010

LESTER, CHRISTOPHER W., SR.       Saghir R. Mir, M. D.
June 26, 2001
Page 11

DISCUSSION/CONCLUSION/RECOMMENDATIONS: Continued
In summary, this patient has 20% wholeman impairment from multiple injuries he sustained on 03/10/2000. This impairment is non-progressive.

This impairment is in addition to the impairment he received from his claim #95-6803 while involved mostly his lower dorsal spine.

Thank you for sending this patient for evaluation. If you have any questions, please feel free to contact my office at any time.

Sincerely,

Saghir R. Mir, MD

SRM/mm
Enclosure

PLEASE NOTE: The opinions rendered in this case are the opinions of this evaluator. Recommendations regarding work and impairment ratings are given totally independently of the requesting agents. This evaluation has been conducted on the basis of the medical examination and documentation as provided with the assumption that the material is true and correct. If more information becomes available at a later date, an additional service, report/reconsideration may be requested. Such information may or may not change the opinions rendered in this evaluation. This opinion is based on a clinical assessment, examination and documentation. Any recommendation on impairment is based on AMA Guidelines, Fourth Edition. This opinion does not constitute, per se, a recommendation for specific claims or administrative functions to be made or enforced. Medicine is both an art and a science; and although a patient may appear to be fit to return to duty, there is no guarantee that the patient will not be re-injured or suffer additional injury once he/she returns. If further information is required, please contact me.

500688.086.0011

*USE BLACK INK*    # INSTRUCTIONS    2 of (

Where is your pain? How does it feel? Draw your pain using the following key. Do not indicate areas of pain which are not related to your present injury or condition. Draw in your face.

*KEY* CHRISTOPHER LESTER SS#███-3340 DOI -03-10-00 CLAIM #-2000046841 DOB ███-71

| / / / Stabbing | X X X Burning | 000 Pins and Needles | ▲▲▲ Aching, Throbbing | = = = Numbness | • • • Other |
|---|---|---|---|---|---|



BACK    FRONT

Left    Right    Right    Left

6/25/01

Signature _____    Date _06-25-01_

500688.086.0012

200004684
3/10/20rr

### Figure 79. Lumbar Range of Motion (ROM).*
CHRISTOPHER W. LESTER, SR.   DOB: 12/23/71   SS#: 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   DOI: 03/10/00   CLAIM#: 200004684

Name _Christopher Lester_     Soc. Sec. No. _3340_     Date _6/25/01_

| Movement | Description | Range | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Lumbar Flexion | T12 ROM | 15 | 10 | 10 | | | | |
| | Sacral ROM | 8 | 7 | 7 | | | | |
| | True lumbar flexion angle | 7 | 3 | 3 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum true lumbar flexion angle | 7 | | | | | | |
| | % Impairment | | | | | | | |
| Lumbar Extension | T12 ROM | 0 | 0 | 0 | | | | |
| | Sacral ROM | 0 | 0 | 0 | | | | |
| | True lumbar extension angle | 0 | 0 | 0 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum true lumbar extension angle | 0 | (Add sacral flexion and extension ROM and compare to tightest straight-leg-raising angle) | | | | | |
| | % Impairment | | | | | | | |
| Straight Leg Raising (SLR), Right | Right SLR | 30 | 30 | 30 | | | | |
| | ±10% or 5°? | Yes | No | (If tightest SLR ROM exceeds sum of sacral flexion and extension by more than 15%, lumbar ROM test is invalid) | | | | |
| | Maximum SLR right | 30 | | | | | | |
| Straight Leg Raising, Left | Left SLR | 30 | 30 | 30 | | | | |
| | ±10% or 5°? | Yes | No | (If tightest SLR ROM exceeds sum of sacral flexion and extension by more than 15%, lumbar ROM test is invalid) | | | | |
| | Maximum SLR Left | 30 | | | | | | |
| Lumbar Right Lateral Flexion | T12 ROM | 15 | 15 | 16 | | | | |
| | Sacral ROM | 2 | 2 | 2 | | | | |
| | Lumbar right lateral flexion angle | 12 | 13 | 14 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum lumbar right lateral flexion angle | | | | | | | |
| | % Impairment | | | | | | | |
| Lumbar Left Lateral Flexion | T12 ROM | 17 | 16 | 16 | | | | |
| | Sacral ROM | 2 | 2 | | | | | |
| | Lumbar left lateral flexion angle | 15 | 15 | 15 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum lumbar left lateral flexion angle | | | | | | | |
| | % Impairment | | | | | | | |
| Lumbar Ankylosis in Lateral Flexion | Position | | | | | | | |
| | % Impairment | (Excludes any impairment for abnormal flexion or extension motion) | | | | | | |

Total lumbar range of motion and ankylosis* impairment _____ %

ROM not valid

*If ankylosis is present, combine the ankylosis impairment with the range of motion impairment (Combined Values Chart, p. 322). If ankylosis in several planes are present, combine the radial, lateral ... (Combined Values Chart), then combine the result with the range of motion impairment.

Did not meet SLR criteria

500688.086.0013

200046841
3/10/2000

**Figure 77. Cervical Range of Motion (ROM).**
CHRISTOPHER W. LESTER, SR.   DOB: 12/23/71   SS#: 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   DOI: 03/10/00   CLAIM#: 2000046841

Name: _Christopher Lester_    Soc. Sec. No. _███-3340_   Date _6/25/0?_

| Movement | Description | Range | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cervical Flexion | Occipital ROM | 37 | 36 | 36 | | | | |
| | T1 ROM | 2 | 2 | 2 | | | | |
| | Cervical flexion angle | 35 | 34 | 34 | | | | Tab 76 |
| | ±10% or 5°? | Yes / No | | | | | | |
| | Maximum cervical flexion angle | 35 | | | | | | |
| | % Impairment | 1 % | | | | | | |
| Cervical Extension | Occipital ROM | 38 | 39 | 38 | | | | |
| | T1 ROM | 2 | 2 | | | | | |
| | Cervical extension angle | 36 | 37 | 36 | | | | |
| | ±10% or 5°? | Yes / No | | | | | | |
| | Maximum cervical extension angle | 37 | | | | | | |
| | % Impairment | 2 % | | | | | | f |
| Cervical Ankylosis in Flexion/Extension | Position | | (Excludes any impairment for abnormal flexion or extension motion) | | | | | |
| | % Impairment | | | | | | | |
| Cervical Right Lateral Flexion | Occipital ROM | 22 | 22 | 22 | | | | |
| | T1 ROM | 2 | 1 | 2 | | | | |
| | Cervical right lat flexion angle | 20 | 21 | 20 | | | | Tab 6 |
| | ±10% or 5°? | Yes / No | | | | | | |
| | Maximum cervical right lat flexion angle | 21 | | | | | | |
| | % Impairment | 1 % | | | | | | |
| Cervical Left Lateral Flexion | Occipital ROM | 21 | 21 | 22 | | | | |
| | T1 ROM | 2 | 2 | 2 | | | | |
| | Cervical left lat flexion angle | 19 | 19 | 20 | | | | f |
| | ±10% or 5°? | Yes / No | | | | | | |
| | Maximum cervical left lat flexion angle | 20 | | | | | | |
| | % Impairment | 1 % | | | | | | |
| Cervical Ankylosis in Lateral Flexion and Extension | Position | | (Excludes any impairment for abnormal lateral flexion or extension motion) | | | | | Table |
| | % Impairment | | | | | | | |
| Cervical Right Rotation | Cervical right rotation angle | 55 | 55 | 55 | | | | |
| | ±10% or 5°? | Yes / No | | | | | | |
| | Maximum cervical right rotation angle | 55 | | | | | | |
| | % Impairment | 1 % | | | | | | |
| Cervical Left Rotation | Cervical left rotation angle | 53 | 53 | 55 | | | | |
| | ±10% or 5°? | Yes / No | | | | | | |
| | Maximum cervical left rotation angle | 55 | | | | | | t |
| | % Impairment | 1 % | | | | | | |
| Cervical Ankylosis in Rotation | Position | | (Excludes any impairment for abnormal rotation) | | | | | |
| | % Impairment | | | | | | | |

Total cervical range of motion and ankylosis* impairment ____7____ %

*If ankylosis is present, combine the ankylosis impairment with the range of motion impairment (Combined Values Chart, p. 322). If ankyloses in several planes are present, combine the estimates (Combined Values Chart), then combine the result with the range of motion impairment.

500688.086.0014

CHRISTOPHER W. LESTER, SR.   DOB: 12/23/71
SS#: 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  DOI: 03/10/00
CLAIM#: 2000046841

2000046841
3/10/2000

The Musculoskeletal System     3/17

**Figure 7. Upper Extremity Impairment Evaluation Record Part 2 (Wrist, elbow, and shoulder)**    Side ☐ R ☑ L

Name _Christopher Lester_    Age ____  Sex ☐ M ☐ F  Dominant hand ☐ R ☐ L  Date _6/25/__

Occupation ____    Diagnosis ____

| | | Abnormal motion | | | | Other disorders | Regional impairment % | Amputation |
|---|---|---|---|---|---|---|---|---|
| | | Record motion, ankylosis and impairment % | | | | List type & impairment % | • Combine [1] + [2] | Mark level & % impairment % |
| **Wrist** | | Flexion | Extension | Ankylosis | IMP% | | | |
| | Angle° | 60 | 60 | | | | | |
| | IMP% | 0 | 0 | | 0 | | | |
| | | RD | UD | Ankylosis | IMP% | | | |
| | Angle° | 10 | 35 | | | | | |
| | IMP% | 0 | 0 | | 0 | | | |
| | Add IMP% F/E + RD/UD = | | 0 [1] | | | IMP% = 0 [2] | 0 | |
| **Elbow** | | Flexion | Extension | Ankylosis | IMP% | | | |
| | Angle° | 140 | 0 | | | | | |
| | IMP% | 0 | 4 | | 0 | | | |
| | | PRO | SUP | Ankylosis | IMP% | | | |
| | Angle° | 20 | 8 | | | | | |
| | IMP% | 0 | 0 | | 0 | | | |
| | Add IMP% F/E + PRO/SUP = | | 0 [1] | | | IMP% = 0 [2] | 0 | |
| **Shoulder** | | Flexion | Extension | Ankylosis | IMP% | | | |
| | Angle° | 10 E | 50 | | 5 | | | |
| | IMP% | 5 | 0 | | | | | |
| | | ADD | ABD | Ankylosis | IMP% | | | |
| | Angle° | 35 | 90 | | 4 | | | |
| | IMP% | 0 | 4 | | | | | |
| | | INT ROT | EXT ROT | Ankylosis | IMP% | | | |
| | Angle° | 15 | 90 | | 0 | | | |
| | IMP% | 0 | 0 | | | | | |
| | Add IMP% F/E + ADD/ABD + IR/ER = | | 9 [1] | | | IMP% = 0 [2] | 9 | IMP% |

I. Amputation impairment (other than digits)    0

II. Regional impairment of upper extremity
  • (Combine hand _0_ % + wrist _0_ % + elbow _0_ % + shoulder _9_ %)    9

III. Peripheral nerve system impairment    0

IV. Peripheral vascular system impairment    0

V. Other disorders (not included in regional impairment)    0

Total upper extremity impairment (• Combine I + II + III + IV + V)    9

Impairment of the whole person (Use Table 3 p. 20)    9 = 5%  Whole

If both limbs are involved, calculate the whole-person impairment for each on a separate chart and combine the percents (Combined Values Chart).

500688.086.0015

*200 0046841*
*3/10/2000*

**Figure 80.** Spine Impairment Summary.

CHRISTOPHER W. LESTER, SR.  DOB: 12/23/71  SS#: 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  DOI: 03/10/00  CLAIM#: 2000046841

Name: *Christopher Lester*  Soc. Sec. No.: █████ *3340*  Date: *6/25/01*

| Impairment | | | Cervical or Cervicothoracic | Thoracic or Thoracolumbar | Lumbar or Lumbosacral |
|---|---|---|---|---|---|
| 1. Injury Model Impairment | *DX E Table 73, 72* | | *DX E. 75 L* | | *DX E-5 5 L* |
| 2. Range of Motion Model Impairment | *Nc 4* | *both* | | | |
| a. Based on diagnosis (Table 64, pp. 85-86) | *75-II B* | *75-II B* | 4 | | *5 L* |
| b. Based on range of motion | *74, 77, 78* | *81, 82* | 7 | | *0 L (both not valid)* |
| c. Neurologic system 1. Loss of sensation 2. Loss of strength | *11, 5* | *23* | 1 | | *0 5* |
| 3. Regional impairment totals Combine impairments in each column using the Combined Values Chart (p. 322). | | | *0* | | *0* |
| 4. Total spine impairment (Combine regional impairments) | | | *12* | | *5* |

500688.086.0016

Rev. 1-98

**WORKERS' COMPENSATION DIVISION**
# LOW BACK EXAMINATION

USE BLACK INK                    To Be Completed by the Physician                    Page 1

| | |
|---|---|
| Patient Name: CHRISTOPHER LESTER | Physician: SAGHIR R. MIR, MD |
| SSN: ███████ - 3 3 4 0    HT. 6 1 | Address: PO BOX 839 |
| Date of Injury: 0 3 / 1 0 / 0 0    WT. 270# | ~~MONTGOMERY, WV 25136~~ |
| Date of Birth: ██████ 7 1    Pulse 80 A | |
| Claim Number 2000046841    BP ___ ; | Phone: (304)442-5176 |
| Date of Exam: 0 6 / 2 5 / 0 1    Resp. ___ | FEIN: 55- 0564990 |

PLEASE CHECK ONE OR MORE:
- ☐ CLAIM REOPENING    ☑ IMPAIRMENT RATING    ☐ 120-DAY EXAMINATION
- ☐ CONSULTATION    ☑ INDEPENDENT EXAMINATION    ☐ COMPREHENSIVE EXAMINATION

**1. INSPECTION** (standing)

| | YES | NO |
|---|---|---|
| 1.1 Patient stands unassisted | ☑ | ☐ |
| 1.2 Scoliosis | ☐ | ☑ |
| 1.3 Antalgic lean (Asymmetry) | ☐ | ☑ |
| 1.4 Lumbar hypolordosis | ☐ | ☑ |
| 1.5 Lumbar hyperlordosis | ☐ | ☑ |

Other observations ___

**2. PALPATION** (standing, seated, or prone)

| | YES | NO | | | | | |
|---|---|---|---|---|---|---|---|
| 2.1 Vertebral tenderness/restriction | ☑ | ☐ | ☐ L1 | ☐ L2 | ☐ L3 | ☐ L4 | ☐ L5 |
| 2.2 Coccyx tenderness (external palpation) | ☐ | ☑ | | | | | |
| 2.3 Sacral base & pelvis level (Standing) | ☑ | ☐ | | | | | |

| | LEFT | | RIGHT | | |
|---|---|---|---|---|---|
| | YES | NO | YES | NO | |
| 2.4 Paraspinal muscle tenderness | ☑ | ☐ | ☑ | ☐ | |
| 2.5 Paraspinal muscle spasm | ☐ | ☑ | ☐ | ☑ | Vorbity Sum |
| 2.6 Sacroiliac joint tenderness | ☐ | ☑ | ☐ | ☑ | |

**3. GAIT**
- 3.1 Limp    ☐ Yes  ☑ No    ☐ Left  ☐ Right    Explain: ___
- 3.2 Assistive devices (cane, brace, prosthesis)  _cane_
- 3.3 Other observations ___

**4. SQUAT**    20 %
- 4.1 Squats fully and rises without difficulty  ☑ Yes  ☐ No
- Comments ___

**5. RANGE OF MOTION** (standing)*

| | | WNL | PAIN | RESTRICTION |
|---|---|---|---|---|
| 5.1 Forward bending (Flexion) | ___° | ☐ | ☐ | ☐ |
| 5.2 Backward bending (Extension) | ___° | ☐ | ☐ | ☐ |
| 5.3 Left side bending | ___° | ☐ | ☐ | ☐ |
| 5.4 Right side bending | ___° | ☐ | ☐ | ☐ |
| 5.5 Comments | | | | No Valid. |
| 5.6 Inclinometer ☐ Yes ☐ No    (Inclinometer required for impairment examinations) | | | | |

**\* NOTE: Subtract sacral motions from T12 motions (pp. 3/126-129 AMA Guides, 4th ed.)**

RANGE OF MOTION
CERTIFICATION

Thoracolumbar motion testing is valid if the following four criteria are achieved. Please certify the status of the examinee on each of these four criteria:

❶ The back injury is now stable. ☑ Yes  ☐ No
❷ The motions were not curtailed due to a report of pain, fear of injury, or neuromuscular inhibition.  ☑ Yes  ☐ No
❸ Three consecutive measurements of each motion were within 5° (within 10° if the three averaged 50° or more.)  ☑ Yes  ☐ No
❹ Examinee passed validity test.  ☐ Yes  ☑ No

Physician's Signature

Source: AMA Guides to the Evaluation of Permanent Impairment, pp. 112 & 127.

Page 2

Patient's Name __CHRISTOPHER LESTER__    Date of Exam __06-25-01__    Claim Number __2000046841__

**6. MOTOR STRENGTH** (standing, walking, seated, or supine)    __GRADE (OUT OF 5)__

| | NORMAL | ABNORMAL | LEFT | RIGHT |
|---|---|---|---|---|
| 6.1 Hip flexion | ☑ | ☐ | ___ | ___ |
| 6.2 Hip Extension | ☑ | ☐ | ___ | ___ |
| 6.3 Hip Abduction | ☑ | ☐ | ___ | ___ |
| 6.4 Knee extension | ☑ | ☐ | ___ | ___ |
| 6.5 Knee flexion | ☑ | ☐ | ___ | ___ |
| 6.6 Ankle dorsiflexion | ☑ | ☐ | 5 | 5 |
| 6.7 Ankle Planter flexion | ☑ | ☐ | ___ | ___ |
| 6.8 Great toe extension | ☑ | ☐ | 1/5 | 5 |
| 6.9 Heel toe walk | | ☐ | ___ | ___ |
| 6.0 Toe walk | | | ___ | ___ |

*some hesitancy + give way*

**7. SENSORY** ( pin prick) (seated or supine)

| | LEFT | | | RIGHT | | |
|---|---|---|---|---|---|---|
| | Normal | Diminished | Absent | Normal | Diminished | Absent |
| 7.1 L3 sensory | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 7.2 L4 sensory | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 7.3 L5 sensory | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 7.4 S1 sensory | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 7.5 Comments | | | | | | |

**8. REFLEXES** (seated)    (+2 normal)

| | | 0 | +1 | +2 | +3 | clonus |
|---|---|---|---|---|---|---|
| Patellar | 8.1 Left | ☐0 | ☐+1 | ☑+2 | ☐+3 | ☐clonus |
| | 8.2 Right | ☐0 | ☐−1 | ☑+2 | ☐+3 | ☐clonus |
| Achilles | 8.3 Left | ☐0 | ☐+1 | ☐+2 | ☐+3 | ☐clonus |
| | 8.4 Right | ☐0 | ☐+1 | ☐+2 | ☐+3 | ☐clonus |
| Other | | | | | | |

**9. STRAIGHT LEG RAISING** (sitting) (0 - 90° scale)
(Measure knee extension)

8.1 Left __80__°    Pain: ☑ Yes ☐ No    Location of Pain: ☑ Back ☐ Same Leg ☐ Contralateral back/leg
8.2 Right __80__°    Pain: ☑ Yes ☐ No    Location of Pain: ☐ Back ☐ Same Leg ☐ Contralateral back/leg

**10. HIP AND SACROILIAC TESTS**

10.1 Hip test pain    ☐ Yes ☐ No    ☐ Left ☐ Right

10.2 Sacroiliac test pain    ☑ Yes ☐ No    ☐ Left ☐ Right

**11. STRAIGHT LEG RAISING** (supine) (0 - 90° scale)

11.1 Left __70__°    Pain: ☐ Yes ☐ No    Location of Pain: ☑ Back ☐ Same Leg ☐ Contralateral back/leg
11.2 Right __70__°    Pain: ☐ Yes ☐ No    Location of Pain: ☐ Back ☐ Same Leg ☐ Contralateral back/leg

**12. PULSES** | Left | Right |

12.1 Dorsalis Pedis __2__    Present? Yes ☑ No ☐    Yes ☑ No ☐
12.2 Posterior tibial __2__    Present? Yes ☑ No ☐    Yes ☐ No ☐
12.3 Other observations (Clubbing, Cyanosis)_____

*Lasegue Negative*

**13. MUSCLE MEASUREMENT**

13.1 Left Thigh __62-0__    Right Thigh __62·5__    __2__ cm above tibial tubercle
13.2 Left Calf __47-1__    Right Calf __47·5__    __10__ cm below tibial tubercle

**14. LEG LENGTH EXAM**

14.1 Symmetrical ☑ Yes    ☐ No    ☐ Not Tested
14.2 Shorter    ☐ Left    ☐ Right    ☐ Supine    ☐ Standing
Difference of _____ cm    Right __0 4__ cm    Left __84__ cm
☐ Supine: measure from anterior superior iliac spine to medial/lateral malleolus.  ☐ Standing: measure from greater trochanter to floor

500688.086.0018

Patient's Name ___CHRISTOPHER LESTER___ Date of Exam _06-25-01_ Claim Number _2000046841_ Page 3

15. OTHER TESTS AND FINDINGS _____

_____

_____

_____

---

**16. CLINICAL IMPRESSION OF SOMATIC AMPLIFICATION**                           **SCORE**

SENSORY EXAMINATION: RESPONSE TO PINPRICK                    (check)
16.1   No deficit or deficit well localized to dermatome(s)              0 ☐
       Deficit related to dermatome(s) but some inconsistency           1 ☐
       Nondermatomal or very inconsistent deficit                       2 ☐
       Blatantly impossible (i.e., split down midline of entire body with positive tuning fork test) 3 ☐      _2_

16.2   AMOUNT OF BODY INVOLVED  (check)
       <15% 0 ☐   15 - 35% 1 ☐   36 - 60% 2 ☐   >60% 3 ☐                          _1_

MOTOR EXAMINATIONS                                           (check)
16.3   No deficit or deficit well localized to myotome(s)                0 ☐
       Deficit related to myotome(s) but some inconsistency             1 ☐
       Nonmyotomal or very inconsistent weakness, exhibits cogwheeling
       or giving away, weakness is coachable                            2 ☐
       Blatantly impossible, significant weakness which disappears when distracted  3 ☐   _2_

16.4   AMOUNT OF BODY INVOLVED  (check)
       <15% 0 ☐   15 - 35% 1 ☐   36 - 60% 2 ☐   >60% 3 ☐                          _1_

TENDERNESS                                                   (check)
16.5   No tenderness or tenderness localized to anatomically sensible structure  0 ☐
       Tenderness not well localized, some inconsistency                1 ☐
       Diffuse or inconsistent tenderness, multiple structures (skin, muscle, bone, etc.)  2 ☐
       Impossible, significant tenderness of multiple structures (skin, muscle, bone, etc.)
       which disappears when distracted                                3 ☐     _2_

16.6   AMOUNT OF BODY INVOLVED  (check)
       <15% 0 ☐   15 - 35% 1 ☐   36 - 60% 2 ☐   >60% 3 ☐                          _0_

DIFFERENTIAL STRAIGHT LEG RAISING (SLR)
16.7   The difference between SLR tests performed in the supine and sitting positions (the patient is distracted
       in the sitting position by examining the bottom of his/her feet). Example: supine SLR positive at 10°,
       seated SLR positive at 50°, difference = 40°.  (check)
       Difference   <20° 0 ☐   20 - 45° 1 ☐   >45° 2 ☐
       No pain seated, but strongly positive SLR when supine at less than  45° 3 ☐        _2_

                                                        TOTAL SCORE _3_

17. COMMENTS_____

_____

_____

_____

_____

500688.086.0019

Page 4

Patient's Name __CHRISTOPHER LESTER__    Date of Exam __06-25-01__ Claim Number __2000046841__

**18. RADIOGRAPHIC EXAM**    ☐ Yes ☐ No    Date _____ Type (Plain, CT, MRI, Myelogram) _____

Findings (Attach report if available): _____

_____

Patient Position During X-ray: ☐ Recumbent    ☐ Weight Bearing    ☐ Unknown

**19. CLINICAL DIAGNOSIS**
(Please indicate appropriate ICD-9 code(s) and give written description. Generic diagnoses are printed for your convenience; you may substitute other diagnoses. If appropriate, multiple diagnoses can be designated.)

**SOFT TISSUE**
☐ Lumbar sprain/strain (847.2)
☑ Lumbosacral sprain/strain (846.0)
☐ Sacroiliac sprain/strain (846.1)

**POSTERIOR JOINTS**
☐ Facet syndrome (724.8)
☐ Lumbar subluxation (839.20) or segmental dysfunction (739.3) (circle)

**DISC**
☐ Lumbar disc displacement without myelopathy (with or without radiculitis) (722.10)
☐ Lumbosacral radiculitis (724.4)

**SACROILIAC**
☐ Sacroiliitis (720.2)
☐ Sacroiliac subluxation (839.42) or segmental dysfunction (739.4) (circle)

☐ OTHER: _____

**20. RECOMMENDATIONS, OPINION, REFERRALS, TX PLAN OR REDIRECTION:** _____

**21. AUTHORIZATION(S) REQUESTED FOR:** _____

**22. PHYSICIAN'S SIGNATURE** _____    DATE __6/25/01__

500688.086.0020

SAGHIR R. MIR, M.D., F.A.A.O.S.
Orthopaedic Surgery
MONTGOMERY GENERAL HOSPITAL
MONTGOMERY, WEST VIRGINIA 25136
——
TELEPHONE (304) 442-5176
(304) 442-5151 Ext. 100

December 28, 2000

Workers' Compensation Fund
PO Box 431
Charleston, WV    25322

RE: LESTER, CHRISTOPHER W., SR.
DOB:     ████-71
SS#:     █████-3340
DOI:     03-10-00
CLAIM#:  2000046841
EMPLOYER: D & M TRUCKING CORPORATION INC.

Dear Sir/Madam:

This patient was evaluated by me on 12-22-00 at your request. His extensive records on films as well as CD were reviewed. Patient brought several reports from his physician's office and copies of those reports were made and those records were reviewed.

In addition to this Compensation sent me 13 films of records regarding his injury of 08-10-94 which were partly reviewed by me. History was obtained and physical examination was carried out.

During his examination my office personnel Crystal and his wife were present in the examining room.

REVIEW OF RECORDS AND HISTORY: Records indicate that this patient first time injured his lower back was on 08-10-94 with claim #95-6803. This injury happened when he was carrying some header and he slipped and fell. He was under the care of Dr. Chinundat and saw several physicians during his treatment from 1994 to 1997. He was seen at the pain clinic by Dr. Nelson. His x-rays of lumbosacral spine had revealed patient had some wedging at D11 vertebrae. He had special views and it was felt it was more of a wedging. He had an MRI on 08-03-96 which reported no disc herniation. Patient continued to have back pain with some right leg pain. He had IME's done by Dr. Hill and Dr. Bachwitt. Dr. Bachwitt evaluated him in 1997 and recommended 5% impairment. Patient stated he would receive 10% impairment at the recommendation of Dr. Hill. There were extensive vocational rehabilitation papers in his file. He was rehabilitated to be a driver.

His present injuries happened on 03-10-00 when he was checking oil in a truck and hood knocked him backwards and he fell four or five feet away. He landed on another truck and was knocked unconscious. He was seen at CAMC in the emergency room by Dr. Bailey. He had multiple x-rays which were reported normal.

500688.086.0021

LESTER, CHRISTOPHER W.                    Saghir R. Mir, MD
December 28, 2000
Page 2

REVIEW OF RECORDS AND HISTORY:  Continued.
He had x-ray of cervical spine, dorsal spine and lumbar spine which were all
negative.  He had x-ray of left hip, pelvis, shoulder and ankle which were
also normal.  He had CT Scan of head and cervical spine which were all
essentially within normal limits.  He was discharged from the hospital.  He
was told to follow up at Corporate Health.

Patient continued follow up at Corporate Health under the direction of Dr.
Marsha Bailey.  Patient specified that he saw four or five physicians at the
clinic.  Anyhow his main physician was Dr. Bailey.  She treated him
conservatively with medication and physical therapy.  He complained of some
drainage from his right ear.  There was some question of him seeing Dr. Apple
but I believe it was more of a verbal consultation.  He continued to have some
pain in right ear with some drainage so he was referred for ENT consultation
with Dr. Phillips.

On 03-15-00 Dr. Bailey noted that patient had seen Dr. Phillips and had
audiogram done which revealed some hearing loss bilaterally which was not
related to injury.  Dr. Phillips did not feel he had any fractures and did not
recommend any additional treatment for his ear.  On 03-15-00 Dr. Bailey
checked his ear and did not find any drainage.  As patient was continuing to
complain of symptoms in left shoulder so an MRI of left shoulder was
scheduled.  On 03-21-00 he had an MRI of left shoulder at CAMC which reported
no evidence of rotator cuff tear.  On 03-22-00 Dr. Bailey noted patient was
still having pain in neck and left shoulder area with headaches.  He was
started on physical therapy.  On 03-27-00 Dr. Bailey noted his MRI of shoulder
to be normal.  He had limited range of motion.  He started physical therapy at
Boone Memorial Hospital on 04-03-00.

During that time this patient requested to transfer under the care of Dr.
Snyder on 04-06-00.   Compensation allowed such transfer.  Patient stated he
had previously been treated by Dr. Snyder for his previous injury.  On 04-07-
00 Dr. Snyder noted patient had sustained multiple injuries.  He was
complaining of pain in his neck and left shoulder area.  He was started on
MOTRIN, FLEXERIL and VICODIN.  Patient continued to see Dr. Snyder at couple
of week intervals.  On 04-26-00 he was still having more or less same
symptoms.  He was continued on physical therapy and medications.

During that time patient was allowed to return to work on light duty.  On 04-
18-00 he was released but there was no light duty work available through
employer.  At that time he was referred to Vass Rehab Services.  On 05-05-00
he had initial vocational evaluation.  Patient continued to have periodic
follow up with rehab counselor.  Over a period of time reviewed were periodic
progress notes.

During May and June of 2000 patient continued to see Dr. Mark Snyder at two
week intervals.  He was having persistent symptoms at neck, left shoulder and
lower back.  Dr. Snyder mentioned about possibility of consultation by Dr.
Loimil.  On 06-19-00 his physical therapy was stopped as it increased his
symptoms.

500688.086.0022

LESTER, CHRISTOPHER W.                    Saghir R. Mir, MD
December 28, 2000
Page 3

REVIEW OF RECORDS AND HISTORY:  Continued.
On 08-02-00 this patient was evaluated by me for West Virginia Compensation.
At that time I recommended for this patient to have MRI of neck, lower back
and x-ray on his left AC joint.  I recommended for this patient to have an
Orthopaedic consultation with Dr. Loimil, a neurosurgical consultation and
pain clinic consultation.  Somehow during the last four months he has not been
going to pain clinic and has been treated with narcotics by his physician
along with some nerve medications.

At my recommendation this patient did have MRI of cervical spine and lower
back which were reported normal.  On 10-02-00 patient had nerve conduction
studies and EMG which were reported normal by Dr. Pratt.  He had no evidence
of peripheral neuropathy or cervical radiculopathy.  His MRI of neck and back
were done on 09-12-00.  He had x-ray of left AC joint on 08-30-00.  His x-ray
of left rib done on the same day were reported normal.

On 10-06-00 he saw Dr. Amores for neurosurgical consultation.  Dr. Amores
noted patient complaining of still neck pain going into left arm.  His
neurological examination was reported normal.  His various x-rays and MRI of
cervical and lumbar spine were reported normal.  Dr. Amores felt patient had
musculoskeletal strain of cervical and lumbar spine without neurological
deficit.  Conservative treatment was recommended.

On 08-17-00 patient was seen by Dr. Loimil who noted him having still pain in
left shoulder with limited range of motion.  It was a detailed five page
report from Dr. Loimil.  I did not see Dr. Loimil mentioning about his
previous MRI of left shoulder which was done on 03-21-00.  Anyway Dr. Loimil
recommended for this patient to have MRI of left shoulder.  Dr. Loimil
indicated that he will accept him as a patient to treat his left shoulder.

Reviewed were physical therapy reports from Boone Memorial Hospital dated 10-
05-00 in his file.  They noted patient started back on physical therapy on 08-
31-00 and finished it on 09-06-00.  They also noted he missed some of his
appointments.  Patient stated at present he is not taking any more treatments
and is finished with his physical therapy.

Patient continued to see Dr. Snyder periodically.  Reviewed were some of the
office notes which were brought in by the patient.  He saw him on 08-07-00,
09-26-00, 10-11-00 and 11-19-00.  More or less he was continued on his
medication.  On 11-27-00 Dr. Snyder noted he was still having pain in neck,
lower back and shoulder area.  He was waiting to see Dr. Loimil.  Also Dr.
Snyder indicated he was waiting to go to pain clinic and see Dr. Loimil.  They
were planning to make him an appointment with Dr. Settle for psychiatric
problem.

Patient stated after Thanksgiving he was hospitalized for five days as his
legs gave out and he fell striking his dorsal spine against the steps.  On 12-
12-00 his physician noted that he has been taking OXYCONTIN which is helping
him.  This was supplemented with HYDROCODONE.

500688.086.0023

LESTER, CHRISTOPHER W.                    Saghir R. Mir, MD
December 28, 2000
Page 4

REVIEW OF RECORDS AND HISTORY:  Continued.
He was still having generalized pain.  He had contusion of dorsal spine with
questionable fracture which they could not tell whether it was new or old.

At present patient uses heating pad or ice and does some massage at home.  He
indicated that his MRI of shoulder is going to be approved and after that he
is going to see Dr. Loimil.  He was going to see Dr. Settle also and was
planning to be seen at the pain clinic.

Patient indicated he has applied for Disability Social Security which was
denied and he has protested that decision.  Patient is going to be 29 tomorrow
and he has worked a total of four or five years and he indicated that he had
enough weeks to be considered for Social Security.  Patient stated he has
checked into that already.

PRESENT COMPLAINTS AND FUNCTIONAL LIMITATIONS:  Patient continues to have pain
in neck and both scapular areas all the time.  Intermittently pain goes into
left arm.  He had numbness and tingling on the medial side of forearm and
especially in left little and ring finger.  He has weakness around his left
shoulder and upper extremity.

He still has pain in left shoulder.  It aches and hurts all the time.  He has
decrease in mobility.  His pain is mostly in front of the shoulder.  He can
not lie on the left side.  At night time symptoms wake him up.

His lower back aches and hurts all of the time.  He has pain in right hip and
SI joint area.  Pain goes into back part of right thigh.  His pain was in the
same areas as it was following his injury of 1994 except it is worse.
Occasionally he has some pain over the tip of tail bone area.  He has some
numbness and tingling in both feet.

Prolong standing, sitting, walking or riding in a car increases his symptoms.
Lying down does not help him much.  He has no urinary or bowel symptoms.

CURRENT MEDICATION:  1) OXYCONTIN  2) MOTRIN  3) FLEXERIL  4) ATIVAN
5) PAXIL  6) VICODIN  7) ELAVIL

SOCIAL/WORK/PAST HISTORY:  Please refer to my dictation of 08-02-00.
Since then patient has applied for Disability Social Security.

PHYSICAL EXAMINATION:  Patient is 29 year-old-white male who was 65 inches
tall and weighed 276 pounds.  His general physical condition was satisfactory.

His range of motion at cervical spine is recorded on West Virginia
Compensation Range of Motion Form.  He had marked voluntary guarding during
the range of motion and actively resisted his range of motion.  There was no
true muscle spasm.  There was some tenderness at cervicodorsal and both
scapular area more so on the left.  Compression/distraction test caused some
discomfort in neck, though Spurling sign was negative.

500688.086.0024

LESTER, CHRISTOPHER W.                    Saghir R. Mir, MD
December 28, 2000
Page 5

PHYSICAL EXAMINATION: Continued.

### MEASUREMENTS

|  | RIGHT UPPER EXTREMITY | LEFT UPPER EXTREMITY | COMMENTS |
|---|---|---|---|
| Circumference of upper arm (10 cm above olecranon) | 37.5 cm | 36.1 cm | pt rt handed |
| Circumference of forearm (7 cm below olecranon) | 33.7 cm | 31.2 cm | |

### NEUROLOGICAL EXAMINATION

|  | | | |
|---|---|---|---|
| Reflexes — BJ, TJ & BRJ | 1 to 2+ | 1 to 2+ | |
| Muscle strength | 5/5 | 5/5 | all groups upper extremity muscles |
| Grip strength | 40,40,36 | 30,28,28 | |
| Pulse | 2+ | 2+ | |
| Cranial nerves | Intact | Intact | |

Sensory examination revealed patient had somewhat diminished sensation along the medial side of forearm and left fourth and fifth finger. Phalen and Tinel signs were negative. There was no signs of thoracic outlet syndrome.

His examination of shoulder area revealed no visible atrophy. He had tenderness mostly over the anterior part of left shoulder. There was very slight tenderness over left AC joint.

### RANGE OF MOTION

| SHOULDERS | RIGHT | LEFT |
|---|---|---|
| Forward flexion/extension | $170^0-0^0-60^0$ | $90^0-0^0-45^0$ |
| Abduction/Adduction | $170^0-0^0-40^0$ | $90^0-0^0-30^0$ |
| External/internal rotation | | |
| Arm at $90^0$ abduction | $90^0-0^0-90^0$ | $70^0-0^0-80^0$ |

500688.086.0025

LESTER, CHRISTOPHER W.                    Seghir R. Mir, MD
December 28, 2000
Page 6

**PHYSICAL EXAMINATION:** Continued.
Patient had some discomfort at extreme of range of motion.  Apprehension test
was negative.  Today impingement tests were negative.

Patient has no signs of thoracic outlet or carpal tunnel syndrome.  His range
of motion at elbows was $0^0-0^0-140^0$ with supination/pronation $80^0-0^0-80^0$
bilaterally.  Dorsi/volar flexion at wrist was $60^0-0^0-60^0$ with ulnar/radial
deviation $35^0-0^0-15^0$ bilaterally.

His examination of rib cage area revealed he had mild tenderness on the left
rib cage area.

For detailed examination of lower back is recorded on West Virginia
Compensation Back Form.  His range of motion at lumbar spine was not found to
be valid.  His straight leg raising while seated was noted to be up to $90^0$.

Today I could not examine this patient lying down as patient stated he does
not tolerate it well.

**RADIOLOGICAL FINDINGS:**
1)  Patient's x-ray of cervical spine, dorsal spine, lumbar spine, pelvis,
left hip, left ankle and chest were reported normal at the time of injury.

2)  His CT Scan of cervical spine and CT Scan of head at the time of injury
were reported normal.

3)  His MRI of left shoulder done on 03-21-00 was reported normal.

4)  Patient had MRI of cervical spine and lumbar spine on 09-12-00 which were
reported normal.

5)  His x-ray of rib cage done on 08-30-00 were reported normal.

6)  Patient's x-ray of AC joint with and without weights on 08-30-00 were
reported normal.

**DISCUSSION/CONCLUSION/RECOMMENDATIONS:**
1)  This patient first time injured his lower back on 08-10-94 at that time
there was question of wedging versus compression at T11 vertebrae.  He was
treated conservatively.  He was off from work from 1994 until 1997.  Patient
stated he has received 10% wholeman impairment from Compensation at the
recommendation of Dr. Hill.

2)  Patient sustained multiple injuries on 03-10-00.  He has been treated
conservatively and continues to stay symptomatic.  On physical examination
patient's range of motion at cervical spine and lumbar spine was limited on
account of voluntary guarding.  He has some limitation of range of motion at
shoulder with tenderness over bicipital groove area.

LESTER, CHRISTOPHER W.                    Saghir R. Mir, MD
December 28, 2000
Page 7

**DISCUSSION/CONCLUSION/RECOMMENDATIONS:** Continued.
His neurological examination of lower extremity revealed stalking type of
decreased sensation with give away type of weakness in lower extremities. His
reflexes in upper and lower extremity were normal. He had slightly diminished
sensation along the medial side of forearm. His Nerve Conduction Studies and
EMG Studies done on 10-02-00 revealed no cervical radiculopathy or peripheral
neuropathy including carpal tunnel syndrome.

DIAGNOSES:  1)  Cervicodorsal and left scapular strain with cervical
                root irritation
            2)  Lumbosacral and sacroiliac strain
            3)  Sprain left shoulder with bicipital tendinitis
            4)  Cerebral concussion

3) He has not reached maximum degree of medical improvement. Patient
continues to be temporarily disabled and an anticipated period of disability
could be another four months.

4) As far as further treatment is concerned this patient should go ahead and
have a repeat consultation with Dr. Loimil and repeat MRI of left shoulder. I
will also recommend compensation to go ahead and let this patient have
psychiatric consultation and pain clinic consultation. The sooner those
consultations and treatments are allowed the lesser the period of his
temporary disability will be.

5) As soon as he finishes his consultation he should be able to go through
Functional Capacity Evaluation. As far as prognosis of this patient is
concerned it is very poor. I doubt if this patient will return to work. He
has already applied for Disability Social Security. Vocational follow up is
recommended.

6) His impairment rating is deferred for another four months. Again please
authorize this patient to see Dr. Loimil, Dr. Settle and go to pain clinic as
soon as possible and authorize the necessary treatment recommended through
those consultations.

Thank you for sending this patient for evaluation. If you have any questions,
please feel free to contact my office at any time.

                        Sincerely,

                        Saghir R. Mir, MD

SRM/ajs
Enclosures

500688.086.0027

LESTER, CHRISTOPHER W.                    Saghir R. Mir, MD
December 28, 2000
Page 8

PLEASE NOTE:  The opinions rendered in this case are the opinions of this
evaluator.  Recommendations regarding work and impairment ratings are given
totally independently of the requesting agents.  This evaluation has been
conducted on the basis of the medical examination and documentation as
provided with the assumption that the material is true and correct.  If more
information becomes available at a later date, an additional service,
report/reconsideration may be requested.  Such information may or may not
change the opinions rendered in this evaluation.  This opinion is based on a
clinical assessment, examination and documentation.  Any recommendation on
impairment is based on AMA Guidelines, Fourth Edition.  This opinion does not
constitute, per se, a recommendation for specific claims or administrative
functions to be made or enforced.  Medicine is both an art and a science; and
although a patient may appear to be fit to return to duty, there is no
guarantee that the patient will not be reinjured or suffer additional injury
once he returns.  If further information is required, please contact me.

500688.086.0028

**USE BLACK INK**

# INSTRUCTIONS

2 of 6

Where is your pain? How does it feel? Draw your pain using the following key. Do not indicate areas of pain which are not related to your present injury or condition. Draw in your face.

## KEY

| / / /  Stabbing | X X X  Burning | 000 Pins and Needles | ▲▲▲  Aching, Throbbing | = = =  Numbness | • • •  Other |
|---|---|---|---|---|---|

CHRISTOPHER W. LESTER, SR.    DOB: ▨▨71   SS #▨▨3340    DOI: 03-10-00
CLAIM #2000046841



BACK

FRONT

Left

Right

Right

Left

Signature ___Chris Lester___    Date ___12-22-00___

500688.086.0029

2000 6841

CHRISTOPHER W. LESTER, SR.  DOB: ████ 71  SS #235-█████/DOE: 03-10-00

Figure 77. Cervical Range of Motion (ROM).

CLAIM #2000046841

Name _Christopher Lester_  Soc. Sec. No. _____ 3340_  Date _12/22/0_

| Movement | Description | Range | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cervical Flexion | Occipital ROM | 20 | 20 | 25 | | | | |
| | T1 ROM | 8 | 9 | 3 | | | | |
| | Cervical flexion angle | 12 | 12 | 22 | | | | |
| | ± 10% or 5°? | Yes / No | | | | | | |
| | Maximum cervical flexion angle | 22 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Extension | Occipital ROM | 32 | 31 | 31 | | | | |
| | T1 ROM | 2 | 2 | 2 | | | | |
| | Cervical extension angle | 30 | 29 | 29 | | | | |
| | ± 10% or 5°? | Yes / No | | | | | | |
| | Maximum cervical extension angle | 30 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Ankylosis in Flexion/Extension | Position | | (Excludes any impairment for abnormal flexion or extension motion) | | | | | |
| | % Impairment | | | | | | | |
| Cervical Right Lateral Flexion | Occipital ROM | 18 | 18 | 17 | | | | |
| | T1 ROM | 2 | 2 | 2 | | | | |
| | Cervical right lat flexion angle | 16 | 16 | 15 | | | | |
| | ± 10% or 5°? | Yes / No | | | | | | |
| | Maximum cervical right lat flexion angle | 16 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Left Lateral Flexion | Occipital ROM | 18 | 18 | 18 | | | | |
| | T1 ROM | 2 | 2 | 2 | | | | |
| | Cervical left lat flexion angle | 16 | 16 | 16 | | | | |
| | ± 10% or 5°? | Yes / No | | | | | | |
| | Maximum cervical left lat flexion angle | 16 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Ankylosis in Lateral Flexion and Extension | Position | | (Excludes any impairment for abnormal lateral flexion or extension motion) | | | | | |
| | % Impairment | | | | | | | |
| Cervical Right Rotation | Cervical right rotation angle | 45 | 45 | 45 | | | | |
| | ± 10% or 5°? | Yes / No | | | | | | |
| | Maximum cervical right rotation angle | 45 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Left Rotation | Cervical left rotation angle | 40 | 40 | 40 | | | | |
| | ± 10% or 5°? | Yes / No | | | | | | |
| | Maximum cervical left rotation angle | 40 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Ankylosis in Rotation | Position | | (Excludes any impairment for abnormal rotation) | | | | | |
| | % Impairment | | | | | | | |
| Total cervical range of motion and ankylosis impairment ____ % | | | | | | | | |

*If ankylosis is present, combine the ankylosis impairment with the range of motion impairment (Combined Values Chart, p. 322). If ankylosis in several planes are present, combine the estimates (Combined Values Chart), then combine the results with the range of motion impairment.

500688.086.0030