# CHRISTOPHER WAYNE LESTER

# 2 OF 14

3/134    Guides to the Evaluation of Permanent Impairment    2000468 41

CHRISTOPHER W. LESTER, SR.    DOB: ___71    SS ___3340  DOI: 03-10-00

**Figure 79. Lumbar Range of Motion (ROM):**

CLAIM #2000046841

Name _Christopher Lester_    Soc. Sec. No. ___3340  Date _12/22/__

| Movement | Description | Range | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Lumbar Flexion | T12 ROM | 20 | 15 | 15 | | | | |
| | Sacral ROM | 10 | 12 | 10 | | | | |
| | True lumbar flexion angle | 10 | 3 | 5 | | | | |
| | ± 10% or 5°? | Yes | No | | | | | |
| | Maximum true lumbar flexion angle | 10 | | | | | | =26 2 |
| | % Impairment | | | | | | | |
| Lumbar Extension | T12 ROM | 0 | 0 | 0 | | | | |
| | Sacral ROM | 0 | 0 | 0 | | | | |
| | True lumbar extension angle | 0 | 0 | 0 | | | | |
| | ± 10% or 5°? | Yes | No | | | | | |
| | Maximum true lumbar extension angle | 0 | | | (Add sacral flexion and extension ROM and compare to tightest straight-leg-raising angle) | | | |
| | % Impairment | | | | | | | |
| Straight Leg Raising (SLR), Right | Right SLR | 2 | | | | | | |
| | ± 10% or 5°? | Yes | No | | (If tightest SLR ROM exceeds sum of sacral flexion and extension by more than 15%, lumbar ROM test is invalid) | | | |
| | Maximum SLR right | | | | | | | |
| Straight Leg Raising, Left | Left SLR | 2 | | | | | | |
| | ± 10% or 5°? | Yes | No | | (If tightest SLR ROM exceeds sum of sacral flexion and extension by more than 15%, lumbar ROM test is invalid) | | | |
| | Maximum SLR Left | | | | | | | |
| Lumbar Right Lateral Flexion | T12 ROM | 5 | 7 | 7 | | | | |
| | Sacral ROM | 2 | 0 | 0 | | | | |
| | Lumbar right lateral flexion angle | 3 | 7 | 7 | | | | |
| | ± 10% or 5°? | Yes | No | | | | | |
| | Maximum lumbar right lateral flexion angle | 7 | | | | | | =26 7 |
| | % Impairment | | | | | | | |
| Lumbar Left Lateral Flexion | T12 ROM | 7 | 7 | 7 | | | | |
| | Sacral ROM | 2 | 2 | 2 | | | | |
| | Lumbar left lateral flexion angle | 5 | 5 | 5 | | | | |
| | ± 10% or 5°? | Yes | No | | | | | |
| | Maximum lumbar left lateral flexion angle | 5 | | | | | | |
| | % Impairment | | | | | | | |
| Lumbar Ankylosis in Lateral Flexion | Fusion | | | | (Excludes any impairment for abnormal flexion or extension motion) | | | |
| | % Impairment | | | | | | | |

Total lumbar range of motion and ankylosis* impairment: ____%    NOT PINI

*If ankylosis is present, combine the ankylosis impairment with the range-of-motion impairment (Combined Values Chart, p. 322). If ankyloses in several planes are present, combine the ankylosis estimates (Combined Values Chart), then combine the result with the range-of-motion impairment.

Rev. 1-98

**WORKERS' COMPENSATION DIVISION**
# LOW BACK EXAMINATION

USE BLACK INK                    *To Be Completed by the Physician*                    *Page 1*

| Patient Name: LESTER, CHRISTOPHER W. | Physician: SAGHIR R. MIR, M.D., F.A.A.O.S. |
|---|---|
| SSN: ███ - ██ - 3340    HT. 65 | ORTHOPAEDICS |
| Date of Injury: 03 / 10 / 00    WT. 274 | Address: P.O. BOX 839 |
| Date of Birth: ██ / ██ / 71    Pulse | MONTGOMERY, WV 25136 |
| Claim Number: 2000046841    BP | Phone: PH: 304-442-5176 |
| Date of Exam: 12 / 22 / 00    Resp. | FEIN: 55-0564990 |

**PLEASE CHECK ONE OR MORE:**
☐ CLAIM REOPENING   ☐ IMPAIRMENT RATING   ☐ 120-DAY EXAMINATION
☐ CONSULTATION   ☐ INDEPENDENT EXAMINATION   ☐ COMPREHENSIVE EXAMINATION

**1.  INSPECTION (standing)**

|  | YES | NO |  |
|---|---|---|---|
| 1.1 Patient stands unassisted | ☑ | ☐ | |
| 1.2 Scoliosis | ☐ | ☑ | |
| 1.3 Antalgic lean (Asymmetry) | ☐ | ☑ | |
| 1.4 Lumbar hypolordosis | ☐ | ☑ | |
| 1.5 Lumbar hyperlordosis | ☐ | ☐ | |

Other observations _____

**2.  PALPATION (standing, seated, or prone)**

|  | YES | NO |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 2.1 Vertebral tenderness/restriction | ☑ | ☐ | ☐L1 ☐L2 ☐L3 ☐L4 ☑L5 |
| 2.2 Coccyx tenderness (external palpation) | ☐ | ☐ | |
| 2.3 Sacral base & pelvis level (Standing) | | | |

|  | LEFT | | RIGHT | |  |
|---|---|---|---|---|---|
|  | YES | NO | YES | NO |  |
| 2.4 Paraspinal muscle tenderness | ☐ | ☑ | ☑ | ☐ | |
| 2.5 Paraspinal muscle spasm | ☐ | ☑ | ☑ | ☐ | Same guard |
| 2.6 Sacroiliac joint tenderness | ☐ | ☑ | ☑ | ☐ | |

**3.  GAIT**
3.1 Limp   ☐ Yes  ☑ No        ☐ Left  ☐ Right      Explain: _____
3.2 Assistive devices (cane, brace, prosthesis) _____
3.3 Other observations _____

**4.  SQUAT**
4.1 Squats fully and rises without difficulty   ☑ Yes  ☐ No
Comments _____

**5.  RANGE OF MOTION (standing) ***        **WNL  PAIN  RESTRICTION**

| | WNL | PAIN | RESTRICTION |
|---|---|---|---|
| 5.1 Forward bending (Flexion) | ☐ | ☐ | ☐ |
| 5.2 Backward bending (Extension) | ☐ | ☐ | ☐ |
| 5.3 Left side bending | ☐ | ☐ | ☐ |
| 5.4 Right side bending | ☐ | ☐ | ☐ |
| 5.5 Comments | | | |

5.6 Inclinometer   ☑ Yes  ☐ No    (Inclinometer required for impairment examinations)

**\* NOTE:** Subtract sacral motions from T12 motions (pp. 3/126-129 AMA Guides, 4th ed.)

---

**RANGE OF MOTION CERTIFICATION**

Thoracolumbar motion testing is valid if the following four criteria are achieved. Please certify the status of the examinee on each of these four criteria:

● The back injury is now stable. ☑ Yes  ☐ No
● The motions were not curtailed due to a report of pain, fear of injury, or neuromuscular inhibition. ☑ Yes  ☐ No
● Three consecutive measurements of each motion were within 5° (within 10° if the three averaged 50° or more.) ☑ Yes  ☐ No
● Examinee passed validity test. ☐ Yes  ☑ No

Physician's Signature

Source: AMA Guides to the Evaluation of Permanent Impairment, pp. 112 & 127.

Page 2
Patient's Name    LESTER, CHRISTOPHER W.    Date of Exam    12-22-00    Claim Number    2000046841

**6. MOTOR STRENGTH** (standing, walking, seated, or supine)  **GRADE (OUT OF 5)**

|  | NORMAL | ABNORMAL | LEFT | RIGHT |
|---|---|---|---|---|
| 6.1 Hip flexion | ☑ | ☐ | | |
| 6.2 Hip Extension | ☑ | ☐ | | |
| 6.3 Hip Abduction | ☑ | ☐ | | |
| 6.4 Knee extension | ☑ | ☐ | | |
| 6.5 Knee flexion | ☑ | ☐ | | |
| 6.6 Ankle dorsiflexion | ☑ | ☐ | | |
| 6.7 Ankle Planter flexion | ☑ | ☐ | | |
| 6.8 Great toe extension | ☑ | ☐ | | |
| 6.9 Heel toe walk | ☐ | ☐ | | |
| 6.0 Toe walk | ☐ | ☐ | | |

*Some give way*
*+ hesitancy*

**7. SENSORY** ( pin prick) (seated or supine)

| | LEFT | | | RIGHT | | |
|---|---|---|---|---|---|---|
| | Normal | Diminished | Absent | Normal | Diminished | Absent |
| 7.1 L3 sensory | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 7.2 L4 sensory | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 7.3 L5 sensory | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 7.4 S1 sensory | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 7.5 Comments | | | | | | |

*stocking type of sensation both legs*

**8. REFLEXES** (seated)    (+2 normal)

| Patellar | 8.1 Left | ☐0 | ☐+1 | ☑+2 | ☐+3 | ☐clonus |
|---|---|---|---|---|---|---|
| | 8.2 Right | ☐0 | ☐+1 | ☑+2 | ☐+3 | ☐clonus |
| Achilles | 8.3 Left | ☐0 | ☐+1 | ☐+2 | ☐+3 | ☐clonus |
| | 8.4 Right | ☐0 | ☐+1 | ☐+2 | ☐+3 | ☐clonus |
| Other | | | | | | |

**9. STRAIGHT LEG RAISING** (sitting) (0 - 90° scale)
(Measure knee extension)

8.1 Left _____90_____° Pain: ☐ Yes ☐ No  Location of Pain: ☑ Back ☐ Same Leg ☐ Contralateral back/leg
8.2 Right _____90_____° Pain: ☐ Yes ☐ No  Location of Pain: ☑ Back ☐ Same Leg ☐ Contralateral back/leg

**10. HIP AND SACROILIAC TESTS**

10.1 Hip test pain    ☐ Yes  ☐ No    ☐ Left  ☐ Right
10.2 Sacroiliac test pain  ☐ Yes  ☐ No    ☐ Left  ☐ Right

**11. STRAIGHT LEG RAISING** (supine) (0 - 90° scale)

11.1 Left _____° Pain: ☐ Yes ☐ No  Location of Pain: ☐ Back ☐ Same Leg ☐ Contralateral back/leg
11.2 Right _____° Pain: ☐ Yes ☐ No  Location of Pain: ☐ Back ☐ Same Leg ☐ Contralateral back/leg

**12. PULSES**

| | | | Left | Right |
|---|---|---|---|---|
| 12.1 Dorsalis Pedis | ? | Present? | Yes ☑ No ☐ | Yes ☐ No ☐ |
| 12.2 Posterior tibial | | Present? | Yes ☑ No ☐ | Yes ☐ No ☐ |
| 12.3 Other observations (Clubbing, Cyanosis) | | | | |

*with cut of knee cap*

**13. MUSCLE MEASUREMENT**

13.1 Left Thigh _____57.6_____    Right Thigh _____58.2_____    ___10___ cm above tibial tubercle
13.2 Left Calf _____41.7_____    Right Calf _____43.5_____    ___13___ cm below tibial tubercle

*O.K.*

**14. LEG LENGTH EXAM**

14.1 Symmetrical    ☐ Yes    ☐ No    ☐ Not Tested
14.2 Shorter    ☐ Left    ☐ Right    ☐ Supine    ☑ Standing
Difference of _____ cm    Right __96__ cm    Left __94__ cm
☐ Supine: measure from anterior superior iliac spine to medial/lateral malleolus. ☐ Standing: measure from greater trochanter to floor

500688.086.0033

Patient's Name ___LESTER, CHRISTOPHER W.___     Date of Exam __12-22-00__   Claim Number  _2000046841_     · Page 3

15. OTHER TESTS AND FINDINGS_____

_____

_____

_____

_____

---

**16. CLINICAL IMPRESSION OF SOMATIC AMPLIFICATION**                                        SCORE

SENSORY EXAMINATION: RESPONSE TO PINPRICK                           (check)
16.1  No deficit or deficit well localized to dermatome(s)                        0 ☐
      Deficit related to dermatome(s) but some inconsistency                 1 ☐
      Nondermatomal or very inconsistent deficit                                  2 ☐
      Blatantly impossible (i.e., split down midline of entire body with positive tuning fork test) 3 ☐          _2_

16.2  AMOUNT OF BODY INVOLVED  (check)
      <15% 0 ☐   15 - 35% 1 ☐   36 - 60% 2 ☐   >60% 3 ☐                       _0_

MOTOR EXAMINATIONS                                                            (check)
16.3  No deficit or deficit well localized to myotome(s)                          0 ☐
      Deficit related to myotome(s) but some inconsistency                     1 ☐
      Nonmyotomal or very inconsistent weakness, exhibits cogwheeling
      or giving away, weakness is coachable                                         2 ☐
      Blatantly impossible, significant weakness which disappears when distracted  3 ☐       _2_

16.4  AMOUNT OF BODY INVOLVED (check)
      <15% 0 ☐   15 - 35% 1 ☐   36 - 60% 2 ☐   >60% 3 ☐                       _0_

TENDERNESS                                                                    (check)
16.5  No tenderness or tenderness localized to anatomically sensible structure     0 ☐
      Tenderness not well localized, some inconsistency                        1 ☐
      Diffuse or inconsistent tenderness, multiple structures (skin, muscle, bone, etc.)  2 ☐
      Impossible, significant tenderness of multiple structures (skin, muscle, bone, etc.)
      which disappears when distracted                                            3 ☐       _0_

16.6  AMOUNT OF BODY INVOLVED  (check)
      <15% 0 ☐   15 - 35% 1 ☐   36 - 60% 2 ☐   >60% 3 ☐                       _0_

DIFFERENTIAL STRAIGHT LEG RAISING (SLR)
16.7  The difference between SLR tests performed in the supine and sitting positions (the patient is distracted
      in the sitting position by examining the bottom of his/her feet). Example: supine SLR positive at 10°,
      seated SLR positive at 50°, difference = 40°.  (check)                                        _0_
      Difference   <20° 0 ☐   20- 45° 1 ☐   >45° 2 ☐
      No pain seated, but strongly positive SLR when supine at less than  45° 3 ☐          _____

                                                                        TOTAL SCORE _4_

---

17. COMMENTS_____

_____

_____

_____

_____

500688.086.0034

Page 4

Patient's Name __LESTER, CHRISTOPHER W.__ Date of Exam __12-22-00__ Claim Number __2000046841__

**18. RADIOGRAPHIC EXAM**  ☑ Yes  ☐ No  Date_____  Type (Plain, CT, MRI, Myelogram)_____

Findings (Attach report if available): _____

_____

Patient Position During X-ray: ☐ Recumbent  ☐ Weight Bearing  ☐ Unknown

**19. CLINICAL DIAGNOSIS**
(Please indicate appropriate ICD-9 code(s) and give written description. Generic diagnoses are printed for your convenience; you may substitute other diagnoses. If appropriate, multiple diagnoses can be designated.)

**SOFT TISSUE**
☐ Lumbar sprain/strain (847.2)
☑ Lumbosacral sprain/strain (846.0)
☐ Sacroiliac sprain/strain (846.1)

**POSTERIOR JOINTS**
☐ Facet syndrome (724.8)
☐ Lumbar subluxation (839.20) or segmental dysfunction (739.3) (circle)

**DISC**
☐ Lumbar disc displacement without myelopathy (with or without radiculitis) (722.10)
☐ Lumbosacral radiculitis (724.4)

**SACROILIAC**
☐ Sacroiliitis (720.2)
☐ Sacroiliac subluxation (839.42) or segmental dysfunction (739.4) (circle)

☐ OTHER:_____

**20. RECOMMENDATIONS, OPINION, REFERRALS, TX PLAN OR REDIRECTION:**_____

_____

_____

_____

_____

_____

**21. AUTHORIZATION(S) REQUESTED FOR:**_____

_____

_____

**22. PHYSICIAN'S SIGNATURE**_____  DATE __12/22/00__

500688.086.0035

SAGHIR R. MIR, M.D., F.A.A.O.S.
ORTHOPAEDIC SURGERY
MONTGOMERY GENERAL HOSPITAL
MONTGOMERY, WEST VIRGINIA 25136

TELEPHONE (304) 442-5176
(304) 442-5151 EXT. 100

August 2, 2000


Workers' Compensation Fund
P.O. Box 431
Charleston, WV  25322-0431

RE: LESTER, CHRISTOPHER W., SR.
DOB: ███71
SS#: ███████340
DOI: 03/10/00
CLAIM#: 2000046841
EMPLOYER: D & M Trucking Corp., Inc.

Dear Sir/Madam:

This patient was evaluated by me on 08/02/00 at your request. His records on a CD ROM, over 100 pages, were reviewed. Patient brought copies of all of his records from Dr. Snyder's office and Boone Memorial Hospital. Those were reviewed, and copies of some of the records were made. In addition to that, patient brought reports of all x-rays from CAMC as well as some of the emergency room records, and those were reviewed. Detailed history was obtained, and a physical examination was carried out. When patient entered the room, he was somewhat moaning and groaning; and I advised him that I did not have to examine him if he was that much symptomatic. He wanted me to go ahead and examine him. Also, I told him that at any time he felt he was having too much pain, he could stop me from carrying out that part of the examination.

**REVIEW OF RECORDS AND HISTORY:** This patient was checking oil in a truck when the hood knocked him backwards, and he fell four to five feet. Patient stated he landed on another truck and hit his head which knocked him unconscious. Then he landed on the ground on his left side. Patient believed he was told that he had loss of consciousness for 40 to 45 minutes. He was taken to Charleston Area Medical Center where he was seen in the emergency room by Dr. David Bailey. Patient was noted to have multiple injuries, and his neurological examination was reported normal. While in the emergency room, he had x-rays of cervical, dorsal and lumbar spine which were reported negative. His x-rays of chest, left shoulder, left hip, pelvis and left ankle were reported normal. I did not find patient having any x-rays of thoracic area or left knee. While in the emergency room, he had a CT scan of head as well as a CT scan of cervical spine which were negative for any fractures or gross disc abnormalities. He was treated conservatively and discharged from the hospital to be followed at Corporate Health. It was noted patient was seen by Dr. Leon Kwei for all of this examination. There were close to 37 pages of hospital records which I reviewed.

500688.086.0036

LESTER, CHRISTOPHER W., SR.                          Saghir R. Mir, MD
August 2, 2000
Page 2

**REVIEW OF RECORDS AND HISTORY:** Continued

Patient started further follow up at Corporate Health. According to some of the notes, Dr. Kwei had
consulted Dr. Sherry Apple, and it appeared it was more of a verbal consultation. I did not find any
records from Dr. Apple regarding a neurosurgical consultation.

On 03/14/00, patient was seen by Dr. Marsha Bailey at Corporate Health who noted he had fallen
five or six feet from a truck. He was already seen at the emergency room and had several x-rays.
He was still nauseous and vomiting and having some drainage from his ear area. He was still having
pain in his neck and left shoulder. Dr. Bailey noted that Dr. Kwei had previously talked to
Dr. Apple. Dr. Bailey noted patient's neurological examination to be essentially within normal
limits. She talked to Dr. Apple again regarding ear drainage, so she recommended for patient to
have an ENT consultation with Dr. Phillips to rule out any fracture in the temporal bones. He was
diagnosed having headaches secondary to cerebral concussion as well as neck injury and injury to
chest wall and shoulder. There was no mention of any injury to left knee, though he had x-rays of
left ankle and hip at the time he was seen in the emergency room.

Patient was seen by Dr. Phillips at ENT clinic. On 03/15/00, Dr. Bailey noted that Dr. Phillips had
seen this patient and done an audiogram which showed some hearing loss bilaterally which was not
related to this injury. Dr. Phillips did not find any evidence of fractures, and he did not recommend
any additional treatment or find any direct injury to ear. On 03/15/00, patient had no drainage but
was still having headaches and chest pain. Dr. Bailey recommended for this patient to have an MRI
of left shoulder. He was continued on medication for his headaches, neck pain and pain in left
shoulder.

On 03/22/00, Dr. Bailey noted this patient was still having headaches and pain in his neck and left
shoulder. He already had an MRI of shoulder done on left side on 03/21/00. Before Dr. Bailey
started patient on physical therapy, she wanted to see the results of his MRI. Actually, patient was
seen by Dr. Asaad on 03/22/00 with Dr. Bailey. FLEXERIL, IBUPROFEN and DARVOCET-N
were continued.

On 03/27/00, Dr. Bailey noted patient still had more or less the same symptoms. Patient's MRI of
left shoulder was reported normal. He still had tenderness in his neck and shoulder area with limited
range of motion. His neurological examination was reported normal. Physical therapy was ordered,
and patient started therapy at Boone Memorial Hospital on 04/03/00. There were several records
of physical therapy and reports brought in by the patient which were reviewed by me. Later on
during the course of treatment, Dr. Snyder became patient's physician. He added physical therapy
to left shoulder. This patient had physical therapy until 06/19/00 when, according to patient, his
physical therapy was stopped as it was not helping but causing more symptoms. Also, physical
therapist had requested that this patient should be seen by an orthopaedic surgeon, and Dr. Loimil
was recommended.

LESTER, CHRISTOPHER W., SR.                                          Saghir R. Mir, MD
August 2, 2000
Page 3

REVIEW OF RECORDS AND HISTORY: Continued

Patient stated he saw four or five physicians at Corporate Health. At that time, he decided to switch
under the care of Dr. Snyder who is a medical physician in the Madison area. At patient's request,
on 04/06/00, Compensation allowed him to transfer to the care of Dr. Snyder. Patient stated he has
been treated previously by Dr. Snyder for another work related injury from 1994 to 1997 which
involved compression fractures from T-11 to T-12 area. At that time, he had missed three years of
work and had received 10% impairment.

On 04/07/00, patient was seen by Dr. Mark Snyder who noted he had multiple injuries in a fall from
a truck. He was noted to have lost consciousness. He was treated at CAMC and Corporate Health.
Dr. Snyder noted patient had some stiffness in his neck with a lot of pain on movement of left
shoulder. He diagnosed patient having acute cervical, lumbar and left shoulder strain with contusion.
He continued him on MOTRIN, FLEXERIL and VICODIN ES. Patient brought Dr. Snyder's office
notes of two to three week intervals. On 04/10/00, Compensation allowed his claim to be head
injury and thoracic, lumbar and cervical strain.

On 04/26/00, Dr. Snyder noted patient was having multiple symptoms. He continued him on
physical therapy. Throughout his follow up, there was no mention of any injury to left knee area,
though patient complained of pain. He also complained of pain in his rib cage area. On 05/05/00,
Compensation allowed him to have VICODIN. On 06/06/00, Compensation allowed him to have
additional therapy three times a week for four weeks and then two times a week over the next four
weeks.

Records indicate that on 04/18/00 the employer wrote a letter that light duty work could not be
offered as patient was released for that; therefore, patient stayed off work. On 04/02/00, this patient
was referred to Vass Rehab Services. On 05/05/00, he had an initial vocational evaluation which
was close to ten pages. On 04/19/00, Compensation had allowed patient to transfer under
Dr. Snyder's care.

Throughout May and June 2000, patient had more or less the same symptoms. On 07/10/00, his
physician noted that he was having considerable pain in left shoulder as well as low back. He still
had headaches. He had restriction of mobility at neck and lower back. He was continued on
LODINE. Possibility of consultation with Dr. Loimil was mentioned. On 07/17/00, his physician
called in a prescription for VICODIN ES. The last time he saw his physician was on 07/31/00, and
it was noted he was not doing better and had considerable pain in his left shoulder. Patient had not
seen Dr. Loimil, yet, and he stated they are trying to make him an appointment. FLEXERIL and
VICODIN were prescribed. He is going to see his physician in two weeks.

Prior to this injury, patient had injury to dorsolumbar area and received 10% impairment. It will be
interesting to see his records from that claim.

500688.086.0038

LESTER, CHRISTOPHER W., SR.                                    Saghir R. Mir, MD
August 2, 2000
Page 4

**PRESENT COMPLAINTS AND FUNCTIONAL LIMITATIONS:** Patient still has multiple symptoms from various areas. He continues to have headaches which are mostly on the right side of his head. Patient stated that whenever his neck hurts, the pain goes on the right side of his head just above his ear level.

He continues to have pain in his neck and left scapular area. Intermittently, pain goes into his left arm all the way to ulnar side of hand and little and ring fingers. He complains of numbness and tingling on the ulnar side of forearm and in little and ring fingers. He complains of generalized weakness in left upper extremity. His neck stays stiff. Patient is right handed.

His left shoulder aches and hurts all of time. He has pain over the top of shoulder which he pointed to the AC joint area. Also, he gets deep seated pain in left shoulder as well as rib cage area. Patient feels something like a tear in his left shoulder area, and he has a stabbing pain. He has restriction of mobility at left shoulder. Patient complains of pain in left rib cage area and axillary area.

He continues to have pain in his right lumbosacral area and over SI joint. His back pain is present all of the time. Intermittently, pain goes to the back part of thigh and medial side of thigh. He has occasional numbness and tingling in his right foot. Prolong sitting, standing, walking and riding in a car increase his back symptoms. Lying down does not help him, much. A heating pad gives him some relief. He is able to manage activities of daily living by himself.

Patient complains of some pain in his right knee. It tries to give out and catch. As stated before, there was no mention of knee symptoms in his attending physician's records.

**CURRENT MEDICATIONS:** 1) FLEXERIL 2) VICODIN ES 3) MOTRIN

**SOCIAL HISTORY:** Patient is married, and his wife is employed. He has three children, two of which are from present marriage. He does not smoke cigarettes, drink alcohol or use chewing tobacco. He has never been on Social Security nor applied for it. At present, he is on Compensation benefits.

**WORK HISTORY:** Patient has a high school education. He worked in a hardware store. He also did some logging jobs and also set mobile homes. Then he drove a coal truck for three years. Since October 1998, he has been working as a truck driver with D & M Coal Company.

**PAST HISTORY:** **A. OTHER WORK RELATED INJURIES OR ILLNESSES:** Injury to dorsolumbar area with compression injuries to T-10 to T-11 area. This was patient's statement, and I did not have reports on that injury. Patient stated he was off from work from 1994 until 1997 for three years and received 10% impairment. He was treated by Dr. Snyder.
            **B. NONWORK RELATED INJURIES OR ILLNESSES:** 1) Motor accident in 1986-1987. Patient stated he had fracture of collar bone and cerebral concussion. 2) No surgical procedures. 3) No medical problems.

500688.086.0039

LESTER, CHRISTOPHER W., SR.                                    Saghir R. Mir, MD
August 2, 2000
Page 5

**PHYSICAL EXAMINATION:** Patient is a 28-year-old white male who was 65 inches tall and
weighed 293 pounds. His general physical condition was satisfactory.

His range of motion at cervical spine was recorded on the range of motion form. He had some
guarding at extreme of range of motion, though there was no true muscle spasm. Compression and
distraction tests caused some discomfort in his neck, though Spurling sign was negative. He had no
pathological reflexes.

### MEASUREMENTS

| | RIGHT UPPER EXTREMITY | LEFT UPPER EXTREMITY | COMMENTS |
|---|---|---|---|
| Circumference of upper arm (10.0 cm above olecranon) | 38.0 cm | 37.0 cm | pt rt handed |
| Circumference of forearm (7.0 cm below olecranon) | 34.5 cm | 32.5 cm | |

### NEUROLOGICAL EXAMINATION

| | RIGHT UPPER EXTREMITY | LEFT UPPER EXTREMITY | COMMENTS |
|---|---|---|---|
| Reflexes - BJ, TJ & BRJ | 1+ | 1+ | |
| Muscle strength | 5/5 | 5/5 | all groups upper extremity muscles |
| Grip strength | 38,36,30 lbs | 20,18,16 lbs | Jamar apparatus at third notch |
| Pulse | 2+ | 2+ | |
| Cranial nerves | Intact | Intact | |

Patient had slight difference in measurements on the left side. He had decreased sensation along the
ulnar side of forearm and in left fourth and fifth fingers. He had no signs of carpal tunnel syndrome
or thoracic outlet syndrome.

His examination of shoulder area revealed no gross atrophy. He had tenderness over left shoulder
area, especially over left AC joint. Clinically, there was no evidence of gross separation.

500688.086.0040

LESTER, CHRISTOPHER W., SR.                              Saghir R. Mir, MD
August 2, 2000
Page 6

**PHYSICAL EXAMINATION:** Continued

### RANGE OF MOTION

| SHOULDER | RIGHT | LEFT |
|---|---|---|
| Forward flexion/extension | 170°-0°-60° | 90°-0°-50° |
| Abduction/adduction | 170°-0°-40° | 90°-0°-40° |
| External/internal rotation | | |
| Arm at 90° abduction | 90°-0°-90° | 70°-0°-45° |
| ELBOW | | |
| Extension/flexion | 0°-0°-140° | 0°-0°-140° |
| WRIST | | |
| Dorsi/volar flexion | 60°-0°-60° | 60°-0°-60° |
| Ulnar/radial deviation | 35°-0°-15° | 35°-0°-15° |

Patient had discomfort at extreme of range of motion at left shoulder. Impingement tests were mildly positive. Apprehension test was negative, though he had some discomfort at 90° abduction and external rotation. There were no signs of thoracic outlet or carpal tunnel syndrome.

Examination of left thoracic rib cage area revealed patient had generalized tenderness, though chest sounds were clear.

His detailed examination of lower back was recorded on the West Virginia Compensation back form and range of motion form.

As far as his right knee was concerned, patient had mild swelling in right suprapatellar area. His range of motion at both knees was 0°-0°-125° as he had some discomfort in back. He had tenderness over the medial collateral ligament at its insertion over the medial femoral condyle. There was no tenderness on patellar compression. McMurray test caused some discomfort in his right knee, though Lachman and pivot shift tests were negative. His collateral and cruciate ligaments seemed to be intact.

500688.086.0041

LESTER, CHRISTOPHER W., SR.                              Saghir R. Mir, MD
August 2, 2000
Page 7

## RADIOLOGICAL FINDINGS:

1) X-rays of cervical, dorsal and lumbar spine at the time of admission were reported normal. His CT scans of head and cervical spine were also reported normal.

2) X-rays of chest, left hip, left ankle and pelvis were all reported normal.

3) MRI of left shoulder has been reported normal by his attending physician.

## DISCUSSION/CONCLUSION/RECOMMENDATIONS:

1) This patient sustained multiple injuries in a fall from a truck. He has been treated conservatively and still stays symptomatic. On physical examination, he had restriction of mobility at neck and lower back. His neurological examination of lower extremities was normal, but he had diminished sensation along the ulnar side of left forearm and left hand. He had questionable atrophy of left forearm muscles. Patient had some signs of internal derangement of right knee as well as injury to left shoulder and AC joint.

DIAGNOSES:1) Cervicodorsal and left scapular strain with cervical root irritation
2) Lumbosacral and sacroiliac strain with lumbar root irritation
3) To rule out left AC joint injury
4) Injury left shoulder with possible internal derangement
5) Blunt trauma left rib cage and to rule out fracture ribs
6) Sprain medial ligaments right knee and to rule out internal derangement
7) Cerebral concussion

2) Patient has not reached maximum degree of medical improvement. He continues to be temporarily disabled. An anticipated period of disability could be four months.

3) As far as further treatment is concerned, the following recommendations are made:

A) MRI of cervical spine--even though this patient already had a CT scan. This is because he has C-8 nerve root irritation.
B) MRI of lumbar spine to rule out disc herniation.
C) X-rays of left AC joint with and without weight to rule out AC joint separation.
D) X-rays of left rib cage area.
E) Nerve conduction and EMG studies on left upper extremity.
F) Orthopaedic consultation with Dr. Loimil, and patient to take MRI of left shoulder for review by Dr. Loimil.
G) Neurosurgical consultation for neck and low back injuries following MRI of neck and back.

500688.086.0042

LESTER, CHRISTOPHER W., SR.                                    Saghir R. Mir, MD
August 2, 2000
Page 8

<u>DISCUSSION/CONCLUSION/RECOMMENDATIONS:</u>  Continued

   I) After orthopaedic and neurosurgical consultations, a pain clinic consultation,
    if needed.
   J) In my opinion, this patient needs further physical therapy to neck, lower back,
    left shoulder and right knee for the next couple of months while he is going
    through his workup and consultations.

4) At present, patient is not ready for a functional capacity evaluation, though vocational follow up
is recommended.

5) Patient's impairment rating is deferred for another four months.

During the next IME, please send to the evaluating physician the records or at least IME report of
patient's injury of back from 1994.

As patient has multiple orthopaedic injuries, it is my opinion this patient should be transferred and
followed by Dr. Loimil as soon as possible.  Please authorize a consultation and transfer under his
care.  It would be best if patient should have a regular follow up by an orthopaedic surgeon,
preferably Dr. Loimil.

Thank you for sending this patient for evaluation.  If you have any questions, please feel free to
contact my office at any time.

          Sincerely,

          Saghir R. Mir, MD

SRM/cv
Enclosures

500688.086.0043

LESTER, CHRISTOPHER W., SR.                                    Saghir R. Mir, MD
August 2, 2000
Page 9

PLEASE NOTE:   The opinions rendered in this case are the opinions of this evaluator.
Recommendations regarding work and impairment ratings are given totally independently of the
requesting agents. This evaluation has been conducted on the basis of the medical examination and
documentation as provided with the assumption that the material is true and correct. If more
information becomes available at a later date, an additional service, report/reconsideration may be
requested. Such information may or may not change the opinions rendered in this evaluation. This
opinion is based on a clinical assessment, examination and documentation. Any recommendation
on impairment is based on AMA Guidelines, Fourth Edition. This opinion does not constitute, per
se, a recommendation for specific claims or administrative functions to be made or enforced.
Medicine is both an art and a science; and although a patient may appear to be fit to return to duty,
there is no guarantee that the patient will not be reinjured or suffer additional injury once he returns.
If further information is required, please contact me.

500688.086.0044

USE BLACK INK

# INSTRUCTIONS

2 of

Where is your pain? How does it feel? Draw your pain using the following key. Do not indicate areas of pain which are not related to your present injury or condition. Draw in your face.

KEY CHRISTOPHER W. LESTER SR  DOB x████71 SS█████3340  CLAIM# 2003046841

| /// Stabbing | X X X Burning | ooo Pins and Needles | ▲▲▲ Aching, Throbbing | = = = Numbness | • • • Other |
|---|---|---|---|---|---|



BACK                                                          FRONT

Left                    Right              Right                    Left

Signature _Chris Lester_          Date _8 20()_

500688.086.0045

3/132    Guides to the Evaluation of Permanent Impairment

*20~ 46391*
*3/10/200*

**Figure 77. Cervical Range of Motion (ROM).**

CHRISTOPHER W. LESTER SR DOB: ███-71  SS# ███-3340  CLAIM# 2000046841

Name _Christopher leile_    Soc. Sec. No. ___-35██  Date _3/2/██_

| Movement | Description | Range | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cervical Flexion | Occipital ROM | 33 | 33 | 32 | | | | |
| | T1 ROM | 3 | 3 | 3 | | | | |
| | Cervical flexion angle | 30 | 30 | 27 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum cervical flexion angle | 30 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Extension | Occipital ROM | 28 | 26 | 28 | | | | |
| | T1 ROM | 2 | 2 | | | | | |
| | Cervical extension angle | 26 | 25 | 26 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum cervical extension angle | 26 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Ankylosis in Flexion/Extension | Position | | (Excludes any impairment for abnormal flexion or extension motion) | | | | | |
| | % Impairment | | | | | | | |
| Cervical Right Lateral Flexion | Occipital ROM | 32 | 33 | 32 | | | | |
| | T1 ROM | 3 | 3 | 3 | | | | |
| | Cervical right lat flexion angle | 29 | 30 | 27 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum cervical right lat flexion angle | 30 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Left Lateral Flexion | Occipital ROM | 27 | 28 | 28 | | | | |
| | T1 ROM | 2 | 2 | 2 | | | | |
| | Cervical left lat flexion angle | 21 | 26 | 26 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum cervical left lat flexion angle | 26 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Ankylosis in Lateral Flexion and Extension | Position | | (Excludes any impairment for abnormal lateral flexion or extension motion) | | | | | |
| | % Impairment | | | | | | | |
| Cervical Right Rotation | Cervical right rotation angle | 45 | 50 | 50 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum cervical right rotation angle | 50 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Left Rotation | Cervical left rotation angle | 50 | 50 | 43 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum cervical left rotation angle | 50 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Ankylosis in Rotation | Position | | (Excludes any impairment for abnormal rotation) | | | | | |
| | % Impairment | | | | | | | |
| Total cervical range of motion and ankylosis impairment _____ % | | | | | | | | |

*Net MMI*

*82*

*If ankylosis is present, combine the ankylosis impairment with the range of motion impairment (Combined Values Chart, p. 322). If ankyloses in several planes are present, combine the estimates (Combined Values Chart), then combine the result with the range of motion impairment.*

500688.086.0046

Date 46841

3 /10/2000

CHRISTOPHER W. LESTER SR   DOB: ██-73  SS# ████3340  CLAIM# 200046841

Figure 79. Lumbar Range of Motion (ROM).

Name _Christopher Lester_  Soc. Sec. No. ████-3340  Date 8/1/00

| Movement | Description | Range | | | | | |
|---|---|---|---|---|---|---|---|
| Lumbar flexion | T12 ROM | 50 | 50 | 52 | | | |
| | Sacral ROM | 25 | 70 | 30 | | | |
| | True lumbar flexion angle | 25 | 20 | 22 | | | |
| | ±10% or 5°? | Yes ___ | No | | | | |
| | Maximum true lumbar flexion angle | 25 | | | | | |
| | % impairment | | | | | | $T:C6 3I$ |
| Lumbar extension | T12 ROM | 12 | 12 | 10 | | | |
| | Sacral ROM | 2 | 2 | 1 | | | |
| | True lumbar extension angle | 10 | 10 | 9 | | | |
| | ±10% or 5°? | Yes | No | | | | |
| | Maximum true lumbar extension angle | 10 | | (Add sacral flexion and extension ROM and compare to tightest straight-leg-raising angle) | | | |
| | % impairment | | | | | | |
| Straight Leg Raising (SLR), Right | Right SLR | 30 | 38 | 50 | | | |
| | ±10% or 5°? | Yes ___ | No | (If tightest SLR ROM exceeds sum of sacral flexion and extension by more than 15%, lumbar ROM test is invalid) | | | |
| | Maximum SLR right | 30 | | | | | |
| Straight Leg Raising, Left | Left SLR | 50 | 40 | 42 | | | |
| | ±10% or 5°? | Yes ___ | No | (If tightest SLR ROM exceeds sum of sacral flexion and extension by more than 15%, lumbar ROM test is invalid) | | | |
| | Maximum SLR left | 46 | | | | | |
| Lumbar right lateral flexion | T12 ROM | 17 | 18 | 18 | | | |
| | Sacral ROM | 2 | 3 | 3 | | | |
| | Lumbar right lateral flexion angle | 15 | 15 | 15 | | | |
| | ±10% or 5°? | Yes ___ | No | | | | |
| | Maximum lumbar right lateral flexion angle | 15 | | | | | $T:C6 Z2$ |
| | % impairment | | | | | | |
| Lumbar left lateral flexion | T12 ROM | 17 | 17 | 17 | | | |
| | Sacral ROM | 2 | 2 | 2 | | | |
| | Lumbar left lateral flexion angle | 15 | 15 | 15 | | | |
| | ±10% or 5°? | Yes ___ | No | | | | |
| | Maximum lumbar left lateral flexion angle | 15 | | | | | |
| | % impairment | | | | | | |
| Lumbar Ankylosis in lateral flexion | Position | | | (Includes any impairment for abnormal flexion or extension motion) | | | |
| | % Impairment | | | | | | |

Total lumbar range of motion and ankylosis* impairment _____ %    No T MMI

*If ankylosis is present, combine the ankylosis impairment with the range of motion impairment (Standard Values Chart, p. 979). If ankyloses in several places are present, combine the ankylosis estimates (Combine Values Chart), then combine the result with the range of motion impairment.

500688.086.0047

Rev. 1-95

**WORKERS' COMPENSATION DIVISION**
**LOW BACK EXAMINATION**

USE BLACK INK          To Be Completed by the Physician          Page 1

| | |
|---|---|
| Patient Name: CHRISTOPER W. LESTER SR | Physician: SAGHIR R. MIR, M.D., F.A.A.O.S. |
| SSN: ____ - 3340    HT. 65 | ORTHOPAEDICS |
| Date of Injury: 03 /10 /00    WT. 293 | Address: P.O. BOX 839 |
| Date of Birth: ____ / 71    Pulse ____ | MONTGOMERY, WV 25136 |
| Claim Number 2000046841    BP ____ | Phone: PH: 304-442-5176 |
| Date of Exam: 08 /02 /00    Resp. ____ | FEIN: 55-0564990 |

**PLEASE CHECK ONE OR MORE:**
☐ CLAIM REOPENING  ☒ IMPAIRMENT RATING  ☐ 120-DAY EXAMINATION
☐ CONSULTATION  ☒ INDEPENDENT EXAMINATION  ☐ COMPREHENSIVE EXAMINATION

**1. INSPECTION (standing)**

| | YES | NO |
|---|---|---|
| 1.1 Patient stands unassisted | ☑ | ☐ |
| 1.2 Scoliosis | ☐ | ☑ |
| 1.3 Antalgic lean (Asymmetry) | ☐ | ☑ |
| 1.4 Lumbar hypolordosis | ☐ | ☑ |
| 1.5 Lumbar hyperlordosis | ☐ | ☑ |

Other observations ____

**2. PALPATION (standing, seated, or prone)**

| | YES | NO | | | | | |
|---|---|---|---|---|---|---|---|
| 2.1 Vertebral tenderness/restriction | ☐ | ☑ | ☐L1 ☐L2 ☐L3 ☐L4 ☐L5 |
| 2.2 Coccyx tenderness (external palpation) | ☐ | ☑ | |
| 2.3 Sacral base & pelvis level (Standing) | ☑ | ☐ | |

| | LEFT | | RIGHT | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| 2.4 Paraspinal muscle tenderness | ☐ | ☑ | ☐ | ☐ |
| 2.5 Paraspinal muscle spasm | ☐ | ☑ | ☐ | ☐ |
| 2.6 Sacroiliac joint tenderness | ☐ | ☑ | ☐ | ☑ |

**3. GAIT**
3.1 Limp  ☐ Yes ☑ No  ☐ Left ☐ Right  Explain: ____
3.2 Assistive devices (cane, brace, prosthesis) ____
3.3 Other observations ____

**4. SQUAT**
4.1 Squats fully and rises without difficulty  ☐ Yes ☑ No
Comments ____

**5. RANGE OF MOTION (standing) ***

| | WNL | PAIN | RESTRICTION |
|---|---|---|---|
| 5.1 Forward bending (Flexion) | ☐ | ☐ | ☐ |
| 5.2 Backward bending (Extension) | ☐ | ☐ | ☐ |
| 5.3 Left side bending | ☐ | ☐ | ☐ |
| 5.4 Right side bending | ☐ | ☐ | ☐ |
| 5.5 Comments | | | |
| 5.6 Inclinometer ☑ Yes ☐ No  (Inclinometer required for impairment examinations) | | | |

**\* NOTE:** Subtract sacral motions from T12 motions (pp. 3/126-129 AMA Guides, 4th ed.)

**RANGE OF MOTION CERTIFICATION**
Thoracolumbar motion testing is valid if the following four criteria are achieved. Please certify the status of the examinee on each of these four criteria:
● The back injury is now stable. ☐ Yes ☐ No
● The motions were not curtailed due to a report of pain, fear of injury, or neuromuscular inhibition. ☑ Yes ☐ No
● Three consecutive measurements of each motion were within 5° (within 10° if the three averaged 50° or more.) ☐ Yes ☐ No
● Examinee passed validity test ☐ Yes ☐ No

Physician's Signature ____
Source: AMA Guides to the Evaluation of Permanent Impairment, pp. 112 & 127.

500688.086.0048

Page 2

Patient's Name  CHRISTOPHER W. LESTER SR.    Date of Exam 08-02-00    Claim Number  2000046841

**6. MOTOR STRENGTH** (standing, walking, seated, or supine)  GRADE (OUT OF 5)

| | NORMAL | ABNORMAL | LEFT | RIGHT |
|---|---|---|---|---|
| 6.1 Hip flexion | ☑ | ☐ | | |
| 6.2 Hip Extension | ☑ | ☐ | | |
| 6.3 Hip Abduction | ☑ | ☐ | | |
| 6.4 Knee extension | ☑ | ☐ | | |
| 6.5 Knee flexion | ☑ | ☐ | 5 | |
| 6.6 Ankle dorsiflexion | ☑ | ☐ | | |
| 6.7 Ankle Planter flexion | ☑ | ☐ | | |
| 6.8 Great toe extension | ☑ | ☐ | 5 | |
| 6.9 Heel toe walk | ☑ | ☐ | | |
| 6.0 Toe walk | ☐ | ☐ | | |

**7. SENSORY** (pin prick) (seated or supine)

| | LEFT | | | RIGHT | | |
|---|---|---|---|---|---|---|
| | Normal | Diminished | Absent | Normal | Diminished | Absent |
| 7.1 L3 sensory | ☑ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 7.2 L4 sensory | ☑ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 7.3 L5 sensory | ☑ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 7.4 S1 sensory | ☑ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 7.5 Comments | | | | | | |

**8. REFLEXES** (seated)  (+2 normal)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Patellar | 8.1 Left | ☐0 | ☐+1 | ☑+2 | ☐+3 | ☐clonus |
| | 8.2 Right | ☐0 | ☐+1 | ☑+2 | ☐+3 | ☐clonus |
| Achilles | 8.3 Left | ☐0 | ☐+1 | ☑+2 | ☐+3 | ☐clonus |
| | 8.4 Right | ☐0 | ☐+1 | ☑+2 | ☐+3 | ☐clonus |
| Other | | | | | | |

**9. STRAIGHT LEG RAISING** (sitting) (0 - 90° scale)
(Measure knee extension)
8.1 Left ___95___°  Pain: ☐ Yes ☐ No  Location of Pain: ☑ Back ☐ Same Leg ☐ Contralateral back/leg
8.2 Right ___90___°  Pain: ☐ Yes ☐ No  Location of Pain: ☐ Back ☐ Same Leg ☐ Contralateral back/leg

**10. HIP AND SACROILIAC TESTS**
10.1 Hip test pain     ☐ Yes ☑ No  ☐ Left ☐ Right
10.2 Sacroiliac test pain  ☑ Yes ☐ No  ☐ Left ☐ Right

**11. STRAIGHT LEG RAISING** (supine) (0 - 90° scale)
11.1 Left ___40___°  Pain: ☑ Yes ☐ No  Location of Pain: ☑ Back ☐ Same Leg ☐ Contralateral back/leg
11.2 Right ___30___°  Pain: ☑ Yes ☐ No  Location of Pain: ☐ Back ☐ Same Leg ☐ Contralateral back/leg

**12. PULSES**               Left          Right         1 or for no pain
12.1 Dorsalis Pedis  ___2___ Present? Yes☐ No☐  Yes☑ No☐
12.2 Posterior tibial ___2___ Present? Yes☐ No☐  Yes☐ No☐
12.3 Other observations (Clubbing, Cyanosis) _____

**13. MUSCLE MEASUREMENT**
13.1 Left Thigh  41.5    Right Thigh  42.5    ___20___ cm above tibial tubercle
13.2 Left Calf  39.5 / 37.5    Right Calf  40.2    ___10___ cm below tibial tubercle

**14. LEG LENGTH EXAM**
14.1 Symmetrical  ☐ Yes    ☐ No    ☐ Not Tested
14.2 Shorter   ☐ Left    ☐ Right    ☐ Supine    ☐ Standing
Difference of _____ cm  Right ___96___ cm    Left ___96___ cm
☐ Supine: measure from anterior superior iliac spine to medial/lateral malleolus.  ☐ Standing: measure from greater trochanter to floor

500688.086.0049

Patient's Name __CHRISTOPHER W. LESTER SR.__    Date of Exam __08-02-00__    Claim Number __2000046841__    Page 3

15. OTHER TESTS AND FINDINGS _____

_____

_____

_____

_____

| 16. CLINICAL IMPRESSION OF SOMATIC AMPLIFICATION | | SCORE |
|---|---|---|
| **SENSORY EXAMINATION: RESPONSE TO PINPRICK** | (check) | |
| 16.1 No deficit or deficit well localized to dermatome(s) | 0 ☐ | |
| Deficit related to dermatome(s) but some inconsistency | 1 ☐ | |
| Nondermatomal or very inconsistent deficit | 2 ☐ | |
| Blatantly impossible (i.e., split down midline of entire body with positive tuning fork test) 3 ☐ | | 0 |
| **16.2 AMOUNT OF BODY INVOLVED** (check) | | |
| <15% 0☐   15-35% 1☐   36-60% 2☐   >60% 3☐ | | 2 |
| **MOTOR EXAMINATIONS** | (check) | |
| 16.3 No deficit or deficit well localized to myotome(s) | 0 ☐ | |
| Deficit related to myotome(s) but some inconsistency | 1 ☐ | |
| Nonmyotomal or very inconsistent weakness, exhibits cogwheeling or giving away, weakness is coachable | 2 ☐ | |
| Blatantly impossible, significant weakness which disappears when distracted | 3 ☐ | 2 |
| **16.4 AMOUNT OF BODY INVOLVED** (check) | | |
| <15% 0☐   15-35% 1☐   36-60% 2☐   >60% 3☐ | | 2 |
| **TENDERNESS** | (check) | |
| 16.5 No tenderness or tenderness localized to anatomically sensible structure | 0 ☐ | |
| Tenderness not well localized, some inconsistency | 1 ☐ | |
| Diffuse or inconsistent tenderness, multiple structures (skin, muscle, bone, etc.) | 2 ☐ | |
| Impossible, significant tenderness of multiple structures (skin, muscle, bone, etc.) which disappears when distracted | 3 ☐ | 2 |
| **16.6 AMOUNT OF BODY INVOLVED** (check) | | |
| <15% 0☐   15-35% 1☐   36-60% 2☐   >60% 3☐ | | 0 |
| **DIFFERENTIAL STRAIGHT LEG RAISING (SLR)** | | |
| 16.7 The difference between SLR tests performed in the supine and sitting positions (the patient is distracted in the sitting position by examining the bottom of his/her feet). Example: supine SLR positive at 10°, seated SLR positive at 50°, difference = 40°. (check) | | |
| Difference   <20° 0☐   20-45° 1☐   >45° 2☐ | | |
| No pain seated, but strongly positive SLR when supine at less than  45° 3 ☐ | | 1 |
| | TOTAL SCORE | 1 |

17. COMMENTS _____

_____

_____

_____

_____

500688.086.0050

Page 4

Patient's Name  CHRISTOPHER W. LESTER SR    Date of Exam 08-02-00    Claim Number  2000046841

**18. RADIOGRAPHIC EXAM**  ☑ Yes ☐ No  Date_____  Type (Plain, CT, MRI, Myelogram)_____

Findings (Attach report if available): _____

Patient Position During X-ray: ☐ Recumbent   ☐ Weight Bearing   ☐ Unknown

**19. CLINICAL DIAGNOSIS**
(Please indicate appropriate ICD-9 code(s) and give written description. Generic diagnoses are printed for your convenience; you may substitute other diagnoses. If appropriate, multiple diagnoses can be designated.)

**SOFT TISSUE**
☐ Lumbar sprain/strain (847.2)
☑ Lumbosacral sprain/strain (846.0)
☑ Sacroiliac sprain/strain (846.1)

**POSTERIOR JOINTS**
☐ Facet syndrome (724.8)
☐ Lumbar subluxation (839.20) or segmental dysfunction (739.3) (circle)

**DISC**
☐ Lumbar disc displacement without myelopathy (with or without radiculitis) (722.10)
☐ Lumbosacral radiculitis (724.4)

**SACROILIAC**
☐ Sacroiliitis (720.2)
☐ Sacroiliac subluxation (839.42) or segmental dysfunction (739.4) (circle)

☐ OTHER: _____

**20. RECOMMENDATIONS, OPINION, REFERRALS, TX PLAN OR REDIRECTION:** _____

**21. AUTHORIZATION(S) REQUESTED FOR:** _____

**22. PHYSICIAN'S SIGNATURE** _____  DATE 8/2/00

500688.086.0051