# CHRISTOPHER WAYNE LESTER

# 3 OF 14



**STYLE OF CASE:**      Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**      C-1-01-428

**PERTAIN TO:**      Christopher Wayne Lester

**FROM:**      Corporate Health Services
14186 MacCorkle Avenue SW
Charleston, WV 25303
(304) 388-1307

**DELIVER TO:**      Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH 45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688085-0001
THROUGH 500688085-0049.

Case No. C-1-01-428

| | |
|---|---|
| **Michael W. Harris** | : **Southern District Court** |
| | : |
| **vs.** | : **County of Hamilton** |
| | : |
| **Purdue Pharma L.P., et al** | : **State of Ohio** |

---

Records pertaining to: **Christopher Lester**

Custodian of Records For: **Corporate Health Services**

I have conducted a thorough search of our files for the requested records, including but not limited to: patient intake forms and health questionnaires, and/or consent forms, and/or physical examination records, and/or x-rays, and/or pathology slides and/or blocks, and/or all nurses notes and physicians notes, and/or treatment records and reports, and/or prescription records, and/or third-party consultation records, and/or records of treatment at hospitals and other health care providers, and/or test results from outside laboratories, and/or itemized billing records, and/or insurance claims forms, and or personnel records and/or payroll records, and/or academic records, and/or correspondence.

I certify that nothing has been removed from the original file before releasing copies of these records or the originals. The records I am releasing are the original records or exact duplicates of the original records and include each and every record contained in the file on the above-named individual.

*Cheryl L. Pauley*
AFFIANT

*Karen Mansfuld 8/8/03*
WITNESS

*August 8, 2003*
DATE

# CHARLESTON AREA MEDICAL CENTER

Department of Medical Imaging
GENERAL DIVISION
501 Morris Street
Charleston, WV 25301
(304) 348-6044

NAME:  LESTER, CHRISTOPHER W
MRN:00301467                              PT. LOCATION:
DOB: ███████ 1971 00:00                    SEX:M
Patient type: E                           Req. Phys: BAILEY, DAVID
Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565


Order: 1119241          Result: 930551       Addendum: 0


Procedure Completed Date: 03/10/2000

Reason:              C5 FELL QUES LOC RT SIDED HASHOULDER RIB PAIN


CERVICAL SPINE ROUTINE

C6 and C7, as well as the C7-T1 relationship are not well visualized in the
lateral projection.   These areas appear within normal limits on the AP
projections. Evaluation of this area by CT is recommended.   The balance of
the cervical spine is entirely within normal limits.


Dictated by: JAMES T. SMITH, M.D.      job 1414 3 -10-2000 1156 hours
Verified by: JAMES T. SMITH, M.D. 03/10/2000 14:59


Trans:       LAURA J. ODELL 03/10/2000 13:53


Technologist:LISA M. KELLY


## RADIOLOGY REPORT
VERIFIED

500688.085.0001

# CHARLESTON AREA MEDICAL CENTER

Department of Medical Imaging
GENERAL DIVISION
501 Morris Street
Charleston, WV 25301
(304) 348-6044

**NAME:** LESTER, CHRISTOPHER W
**MRN:** 00301467
**DOB:** ▓▓▓▓ 1971 00:00
**Patient type:** E
**Requesting Service:** GEN EMERGENCY DEPARTMENT
**PT. NUMBER:** 1203788565

**PT. LOCATION:**
**SEX:** M
**Req. Phys:** BAILEY, DAVID

**Order:** 1119361        **Result:** 930795        **Addendum:** 0

**Procedure Completed Date:** 03/10/2000

**Reason:**        C 5 FELL UNABLE TO CLEAR

**CT CERVICAL SPINE W/O CONTRAST**

HISTORY: Recent fell.

3mm interval scans from the upper aspect of C5 through bottom aspect of T1 is performed with sagittal and coronal reconstructions.   There is no acute fracture, subluxation or dislocation.

IMPRESSION:

No evidence of acute fracture or subluxation.

**Dictated by:** MARY H. MCJUNKIN, M.D.     job 1324 3-10-2000 1016 hours
**Verified by:** MARY H. MCJUNKIN, M.D. 03/10/2000 14:21

**Trans:**        LAURA J. ODELL 03/10/2000 12:55

**Technologist:** RICHARD L. COOPER

### RADIOLOGY REPORT
VERIFIED

500688.085.0002

# CHARLESTON AREA MEDICAL CENTER

Department of Medical Imaging
MEMORIAL DIVISION
3200 MacCorkle Avenue, S.E.
Charleston, WV 25304
(304) 348-5455

NAME: LESTER, CHRISTOPHER W
MRN:00301467
DOB: ███/1971 00:00                          PT. LOCATION:
Requesting Phys:BAILEY, MARSHA               SEX: M
Requesting Service: MEM REFERRED             Patient Type:O
                                             PIN:1203878937

Order: 1128109        Result: 938366        Addendum: 0

Completed Date:03/21/2000

Reason:          LEFT SHOULDER STRAIN

MRI LEFT SHOULDER

Multiplanar multisequence images were obtained. The supraspinatus tendon is
intact. There is no evidence for joint fluid.  The glenoid labrum is normal.
No focal bony abnormalities are demonstrated.

IMPRESSION:

No evidence for rotator cuff tear.

Dictated by: TIMOTHY A. CONNER, M.D. 3-22-00 0831 hours job 9517
Verified by: TIMOTHY A. CONNER, M.D. 03/22/2000 10:46

Trans:         DARLENE A. MINK 03/22/2000 10:02

Technologist: LORI SINGER, JENNIFER MCNEAL

**RADIOLOGY REPORT**
VERIFIED
1

500688.085.0003

### Charleston Area Medical Center, Inc.

| General Division | Memorial Division | Women & Child Hospital |
|---|---|---|
| 501 Morris Street | 1200 MacCorkle Ave., SE | 800 Pennsylvania Avenue |
| Charleston, WV 25301 | Charleston, WV 25314 | Charleston, WV 25302 |

FOR _Christopher Lester_

Address _____    Date _4/4/00_

R.

Physical therapy for R shoulder strain
and cervical strain

_Cathy M Lynch, MD_

(Please Print)          Degree          (Signature)          Degree

PLEASE LABEL CONTENTS          Phone or Pager: _____

[ ] NON REP   [ ] REFILL X __          DEA NUMBER _____

This prescription may be filled with a generically equivalent drug product unless the words "Brand Necessary" or the words "Brand Medically Necessary" are written, in the practitioner's own handwriting, on this prescription form.

THIS PRESCRIPTION FORM IS PRINTED IN PURPLE INK          Rev. 11-99

500688.085.0004

# CHARLESTON AREA MEDICAL CENTER

Department of Medical Imaging
GENERAL DIVISION
501 Morris Street
Charleston, WV 25301
(304) 348-6044

```
NAME:  LESTER, CHRISTOPHER W
MRN:00301467                           PT. LOCATION:
DOB:       /1971 00:00                 SEX:M
Patient type: E                        Req. Phys: BAILEY, DAVID
Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565
```

Order: 1119245          Result: 930853        Addendum: 0

Procedure Completed Date: 03/10/2000

Reason:        C5 FELL QUES LOC HA SHOULDERRIB PAIN LEFT

SHOULDER-LEFT

Films of the left shoulder disclose no evidence of fracture or dislocation.
The bony structures are within the range of normal.

IMPRESSION:  Normal examination.

Dictated by: JAMES T. SMITH, M.D.  Job 1415 3-10-2000 1157 hours
Verified by: JAMES T. SMITH, M.D. 03/10/2000 14:59

Trans:        LAURA J. ODELL 03/10/2000 13:54

Technologist:LISA M. KELLY

## RADIOLOGY REPORT
### VERIFIED

1

500688.085.0005

# CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging
GENERAL DIVISION
501 Morris Street
Charleston, WV 25301
(304) 348-6044

NAME:  LESTER, CHRISTOPHER W
MRN:00301467                                  PT. LOCATION:
DOB:       1971 00:00                          SEX:M
Patient type: E                                Req. Phys: BAILEY, DAVID
Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565


Order: 1119239          Result: 930793        Addendum: 0


Procedure Completed Date: 03/10/2000

Reason:           C 5 FELL QUES LOC RT SIDED HALT SHOULDER RIB PAIN

CT HEAD WITHOUT CONTRAST

HISTORY:  Recent fall.

Noncontrasted study of the head reveals a linear density in the left frontal
region which I believe represents streak artifact. This is persistent inspite
of repeat imaging.  I doubt that there is a subdural or epidural hematoma of
significance.  The ventricular systems are within normal limits without
midline shift.  There is a single rounded low density lesion in the right
basal ganglia of questionable etiology.  Old lacunar infarct cannot be
excluded.  There is no cranial vault fracture.

IMPRESSION:

Single rounded low density lesion in the right basal ganglia of questionable
etiology. An old infarct cannot be completely excluded.  No definite acute
hemorrhage.

Dictated by: MARY H. MCJUNKIN, M.D. 3-10-00 1015 hours job 1323
Verified by: MARY H. MCJUNKIN, M.D. 03/10/2000 14:18


Trans:        DARLENE A. MINK 03/10/2000 12:53


Technologist:RICHARD L. COOPER


## RADIOLOGY REPORT
VERIFIED

1

500688.085.0006

## CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging
GENERAL DIVISION
501 Morris Street
Charleston, WV 25301
(304) 348-6044

**NAME:** LESTER, CHRISTOPHER W
**MRN:** 00301467                              **PT. LOCATION:**
**DOB:** ▮▮▮1971 00:00                         **SEX:** M
**Patient type:** E                            **Req. Phys:** KWEI, LEON S
**Requesting Service:** GEN EMERGENCY DEPARTMENT
**PT. NUMBER:** 1203807506

**Order:** 1121352          **Result:** 932404          **Addendum:** 0

**Procedure Completed Date:** 03/13/2000

**Reason:**          SEVERE HEADACHE          G11

**CT HEAD WITHOUT CONTRAST**

Routine brain CT was performed without contrast material. This is compared to
an identical study performed three days ago.  There has been no interval
change.  Previously described area of hypodensity in the region of the right
basal ganglia is again identified and is of questionable significance.  No
hemorrhage, mass effect, or other focal acute abnormality is demonstrated.

CONCLUSION:

1.  Unchanged intracranial findings.

**Dictated by:** JAMES T. SMITH, M.D.  3/13/00 1357 hours job 3174
**Verified by:** JAMES T. SMITH, M.D. 03/13/2000 16:51

**Trans:**      ELIZABETH A. JOHNSON 03/13/2000 15:53

**Technologist:** SANDRA L. SAYRE, NEAL C. HILL

**RADIOLOGY REPORT**
VERIFIED

1

500688.085.0007



**Corporate Health Services**

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

### REPORT OF DRUG TEST RESULTS

**Donor's Name:** Christopher Lester, Sr.

**Social Security Number:** ▆▆▆▆▆ -- 3340

**Employer:** Eastern States mines

**Contact Person:** Margie

**Reason for Test:**   [X] Pre-employment    { } Random

{ } Post-Accident    { } Periodic

{ } Reasonable Cause    { } Other

**Collection Date:** 3 -- 24 -98

*(Month)    (Day)    (Year)*

**Collection Site:**   Corporate Health Services

**Laboratory:**  American Medical Laboratories

### TEST RESULTS:   NEGATIVE

**Medical Review Officer:**   Manmohan V. Ranadive, M.D.

*(Print)*

Dr. V. R------dive

*(Signature)*

3-26-98

*(Date)*

Occupational Medicine
(304) 348-1000

Executive Physicals
(304) 348-1000

Corporate Wellness
(304) 348-1030

LifeFit Diet Modification Center
(304) 348-1040

Affiliated with
Charleston Area Medical Center

500688.085.0009

AMERICAN MEDICAL LABORATORIES, INC.®
Box 10841 • 14225 Newbrook Drive
Chantilly, VA 20153-0841
Telephone: (703) 802-6900

```
233153340                        2614817670   (ADULT ASSUMED)
  Page   1  From Chantilly          FOR                    CHA:T16425
  COLLECTED:   03/24/1998         26216 MANMOHAN V. RANADIVE, M.D.*
  RECEIVED:    03/25/98                 CORPORATE HEALTH SERVICES
  REPORTED:    03/25/98                 1418C MACCORKLE AVENUE, SW
1998/  0/ 26216/  0/3364                CHARLESTON WV 25303
  PATIENT ID: ▓▓▓▓340             TEST REASON:PRE
  SITE CODE:  77779923            COLL. SITE: CHAS, WV
  Please note:  EASTERN STATES MMES
```

------------------TESTS----------------RESULTS----REF. RANGE------UNITS----

```
180577/Chantilly
Medicolegal Toxicology
      MEDICOLEGAL CHAIN-OF-CUSTODY REPORT.
        Chain of Custody document received and specimen
        seal intact.

24227/Chantilly
Progressive Drug Screen # 7 - RESTRICTED DATA
   Test results                                    Screen cutoff

        MARIJUANA METABOLITES  negative           @50 ng/mL
        PCP (PHENCYCLIDINE)    negative           @25 ng/mL
        AMPHETAMINES           negative           @1000 ng/mL
        COCAINE METABOLITES    negative           @300 ng/mL
        OPIATE METABOLITES     negative           @300 ng/mL

   Creatinine, Urine                   )=20 mg/dL
   pH                                  within acceptable range of 4.5-9
  Confirmatory tests
    No drugs were detected.            (Confirmatory testing not
                                        performed on negative screens.)

                          Director of Forensic Toxicology,
                          Anthony G. Costantino, PhD

                  *** FINAL REPORT ***

  LP 278501-TS 14361
```

IRA D. GODWIN, M.D.
DIRECTOR OF LABORATORIES

**500688.085.0010**

Closed head injury    C Strain
mult Contusions
mult. Strains

**Client:** Christopher W. Lester **DOI:** 3-10-00
**ICD:** 959.01/847.0; 847.1 847.2 **Claim #:** 2000046841
**DOB:** ████ 71   **SS#:** ████ 3340

**Case Manager:** Cheryl Armes **Phone #** 926-5325 **Fax#**
Johnson

| DATE | Case Management Communication |
|------|-------------------------------|
| 4-7 | Rec call from Cheryl & needs scripts & medical on Chris. Will get signed by Dr. Bailey & sent to W/C. Rec Claim # today. Wants to Δ to Dr. Snyder & notified Cheryl & "don't have to Δ they MD in 1st 30 days." "We are also switching because we want to go back to orig claim 1st M.D. ———— (am) Gave copy to Mr. Lester to take to W/C in Sealed envelope ———— am |

500688.085.0011

**OFFICE NOTES**



*Claim*
*200004684I*

Christopher Lester
████████340
04/04/00

**S**    Date of injury was 3/10/00. Mr. Lester is here for follow up on left shoulder strain, cervical strain and closed head injury. Patient's chief complaint is pain with movement in left shoulder, rating it as an 8 out of 10; it has lasted approximately three (3) weeks. The patient has extreme pain with moving left shoulder. Patient began physical therapy and says he can't tell much of a difference at the moment. The patient has been seen four (4) times. The patient also reports having pain shoot up his neck and around his right shoulder, described as like electricity, it wakes him up at night. He is also having headaches located in the occipit. The patient is taking Vicodin, Ibuprofen and Flexeril as prescribed.

**O**    On physical exam the patient is alert and oriented to person, place, time and situation. He has limited range of motion of left shoulder, he is only able to move the shoulder approximately 30° forward or backward and is able to raise his arm approximately 45° laterally. The patient's reflexes are 2 out of 4 bilaterally. Pulses are 2 bilaterally radial. Strength is limited in the left shoulder secondary to pain. Patient also has point tenderness along the occipital ridge of the skull and paraspinal muscles, located in the cervical spine. The patient also has tenderness along the sternocleidomastoid bilaterally.

**A**    1. Left shoulder strain; 2. Cervical strain; 3. Closed head injury.

**P**    Will continue physical therapy for left shoulder, and will include cervical neck. Will continue Motrin and will add Darvocet prn for headache and cervical strain. The patient is to return here in 7-10 days. Patient is able to return to work, avoiding any heavy lifting and no lifting with left shoulder.

Kathy Funk, MD
KF/mm

500688.085.0012

**OFFICE NOTES**

*Claim #
200004684 1*

**Christopher Lester**
████-3340
03/27/00

**S**    Chris reports that he had his MRI last week and he is anxious to know the results of that
His neck and headache are getting better, but he still rates his neck pain as about a 5 on a
scale of 1-10, 10 being severe pain. His shoulder pain is still his biggest concern and he
rates that as a 7 or 8.

**O**    On exam he is still tender on the anterior portion of the shoulder. He abducts to only
about 90° before reporting he can go no farther. He is still tender to palpate his upper
cervical area in the midline of both of his right and left upper traps. He has full range of
cervical motion. MRI of his shoulder was completely normal.

**A**    It is my impression he continues to have a diagnosis of a significant left shoulder strain,
a cervical strain and closed head injury.

**P**    We will get him started with the physical therapist three (3) times a week for the next
couple of weeks. I will have him continue his Flexeril tid and his Motrin 800 mg. tid.
Will see him back in a week's time.

Marsha L. Bailey, MD, MPH
MLB/mam

**OFFICE NOTES**

*Claim #*
*20000 46841*

Christopher W. Lester
████-3340
03/22/00

S    Mr. Lester returns today for follow up of closed head injury, cervical strain, left shoulder
     strain and chest wall contusion. He states that he is still in a good bit of pain, he is unable
     to move his left shoulder hardly at all. Most of the pain is centered in the left shoulder
     area. He had an MRI scan done yesterday, however, the report is not available at this
     time. He is also complaining of some pain that goes up from the base of his neck to the
     right side of his neck behind his ear. He describes this pain as a lightening bolt/electrical
     pains. He says it comes and goes and there is no specific trigger, and it will wake him
     from sleep. He is also complaining of pain with deep breathing. He continues to take his
     Ibuprofen three (3) times a day and his Vicodin beginning at 5:00 a.m. every 5-6 hours as
     needed.

O    On physical exam Mr. Lester has extremely limited range of motion of his left shoulder.
     He is unable to move his shoulder forward or backward more than 10-15°, he is unable to
     raise it laterally at all. However, from the elbow down, he has full range of motion, as
     well as strength. There is some point tenderness over the base of his neck. He does have
     pain with movements of his neck.

A    Closed head injury, cervical strain, left shoulder strain, chest wall contusion.

P    I have encouraged Mr. Lester to continue to take deep breaths to prevent pneumonia.
     Will continue his Ibuprofen three (3) times a day. Will switch from Vicodin to a muscle
     relaxer as I feel that this may help his headaches and his neck pain much more than the
     Vicodin. We have discussed that he can use the Vicodin, but only as needed after the
     Ibuprofen and the muscle relaxers. I am very concerned at this time that he may be
     getting a frozen shoulder, and would greatly like to begin physical therapy, however,
     without the MRI report, I am hesitant to go ahead and order that at this time. If the MRI
     is negative, I feel that physical therapy would be very beneficial. We will see Mr. Lester
     back here early next week to follow up on the MRI report.

Shonda Asaad, MD
SA/mm

**OFFICE NOTES**

*Claim #*
*200004 6841*

**Chris Lester**
**⬛⬛⬛-3340**
03/15/00

S    Chris went in to see Dr. Phillips yesterday. Dr. Phelps performed an audiogram and told him he had a high frequency hearing loss in both of his ears. After his exam, Dr. Phillips didn't see any need for further testing and did not schedule any follow ups. He told Chris he did not have a skull fracture. Chris has not noticed any more drainage from his ears, and actually feels a little bit better after starting the Ibuprofen. He is better in terms of his headache and his shoulder pain, as well as his chest wall pain.

O    On exam Chris does look alert and a little brighter today. His pupils are equal, round and react to light, extraocular movements are intact, his fundi are benign bilaterally. He is still tender over his anterior shoulder and over his upper thoracic spine, just in the midline.

A    It is my impression that he is stable from his closed head injury and multiple contusions and strains. He has an MRI scheduled for Monday of his left shoulder.

P    I will see him back on Wednesday. At that time, based on his MRI, we will go over a treatment plan for him. I anticipate getting him started in physical therapy if he doesn't have any immediate surgical lesions.

Marsha L. Bailey, MD, MPH
MLB/mam



500688.085.0015

*Claim #*
*20000 46841*

## OFFICE NOTES

**Christopher Lester**
**■■■-3340**
**03/14/00**
**ADDENDUM NOTE**

S     I spoke to Dr. Sherry Apple on the phone today regarding my concern about a possible
      skull fracture.  Dr. Apple requested that we consult Dr. David Phillips so I talked to Dr.
      Phillips on the phone and he agreed to see Christopher in the office this morning.  I went
      ahead and referred Christopher over to the Eye and Ear Clinic today at 1306 Kanawha
      Boulevard, 343-4371.  Dr. Phillips will see him and most likely order a temporal bone
      scan.  I will see Mr. Lester back in the office tomorrow to discuss the results of his
      evaluation with Dr. Phillips and I will also then talk to him about the left shoulder MRI
      that we scheduled for next week.  I went ahead and gave him a prescription for Motrin
      800 one (1) po tid dispense 30 and one (1) refill.


Marsha L. Bailey, MD, MPH
MLB/mam

**OFFICE NOTES**



*Claim #*
*2000046841*

Christopher Lester
████3340
03/14/00

S    Christopher reports he was doing his normal job as a truck driver for DMM Trucking on
Friday, March 10th when he fell off the back of a coal truck approximately 5 ½-6' and hit
his head. He reports he doesn't remember the fall, but he did lose consciousness as he
awoke at least once and remembers looking at the underside of the truck. He awoke
several times in the ambulance when he was taken to the ER. Apparently a co-worker
saw the fall or came upon him down and called the ambulance. At the ER a head CT was
taken, x-rays of his ribs, back, hip and ankles and he was given some pain medications.
Saturday night he noticed some clear, oily drainage from his right ear and again on
Sunday. Mr. Lester reports that his wife says that his bounce is off and he walks
sideways. His biggest complaint today is that he is having a headache. He rates his
headache, on a scale of 1-10, 10 being severe pain, as about a 9-10. He is also dizzy and
gets blurred visions when he arises from a seated position. He vomited three (3) times on
Saturday and twice on Sunday. When he vomited over the weekend, he did notice some
blood in his vomitus. He vomited once Monday. He is also noticing some blood when
he blows his nose. His second complaint is that he is having pain in his left shoulder. He
rates the pain in his shoulder as an 8, and his third complaint is pain in his left posterior
ribs. He called the office yesterday and we referred him over to the ER so he could be
evaluated and perhaps get a second head CT. He did present to the ER yesterday, he did
have a second head CT, I did speak to Dr. Leon Kwei. Dr. Kwei reported that he did
review the case with Dr. Sherry Apple. Dr. Apple apparently said she could not rule out
a basclar skull fracture, but apparently the patient was stable and he was discharged from
the ER and I agreed to see him in the office today. Mr. Lester reports that he had a fall at
work in 1994 and he had a compression fracture at either T10 or T11, but he has not had
any problems in that area. In 1986 he had a motorcycle accident and did suffer a
concussion and was hospitalized for either 14 or 16 days. He currently takes no
medicines other than his Vicodin that he received in the ER and has no known allergies.

O    On exam Mr. Lester is alert and oriented. His pupils are equal, round and react to light,
his extraocular movements are intact. His fundi are benign. His TM's are benign and
there is no drainage at all. His neck is tender to palpate his lower cervical area just in the
midline and to the left. His traps are non-tender. He is non-tender over both of his
scapula. He is tender to palpate his posterior ribs just below his scapula on the left. His
heart has a regular rate and rhythm, his breaths are shallow, but they are clear. He is only
minimally tender to deep palpation of his left shoulder anteriorly, but he abducts only to
about 20° before reporting he can go no farther. He sits on the exam table holding his left
arm across his chest and appears in a significant amount of discomfort from his shoulder.

A    It is my impression that Mr. Lester has a diagnosis of 1. Head injury; 2. Cervical strain; 3.
Left shoulder strain, and 4. Chest wall contusion.

P    I am quite concerned about his head injury with his loss of conscientiousness, lucid
interval, and although he has had two (2) negative head CT's, I would like him to be
evaluated by a neurosurgeon for his head injury. I have put in a call to Dr. Sherry Apple
today and I will wait for her to call me back. I will ask Mr. Lester to wait in the waiting
room until I can talk to Dr. Apple and request that she see this patient today. As far as his

500688.085.0017

**Christopher Lester**
██████3340
03/14/00
Page 2

*Claim #*
*20000 46841*

soft tissue injuries, I will go ahead and request an MRI of his left shoulder. I have given him a prescription for some Motrin 800 mg. one (1) po tid, will dispense 30 and one (1) refill. I will see him back after he sees Dr. Apple and after his MRI of his shoulder. We will follow the gentleman closely and he is obviously unable to go to work.

I do have copies of x-rays from the ER including a negative left shoulder from 3/10/00, a cervical spine from 3/10/00 that is negative, a head CT from 3/10/00 that did not find a fracture or an acute hemorrhage, a head CT from 3/13/00 that was unchanged from the 3/10 exam and a CT of the cervical spine that was negative.

Marsha L. Bailey, MD, MPH
MLB/mam

500688.085.0018

**OFFICE NOTES**



Chris Lester
████████-3340
03/15/00

S    Chris went in to see Dr. Phillips yesterday. Dr. Phelps performed an audiogram and told
     him he had a high frequency hearing loss in both of his ears. After his exam, Dr. Phillips
     didn't see any need for further testing and did not schedule any follow ups. He told Chris
     he did not have a skull fracture. Chris has not noticed any more drainage from his ears,
     and actually feels a little bit better after starting the Ibuprofen. He is better in terms of his
     headache and his shoulder pain, as well as his chest wall pain.

O    On exam Chris does look alert and a little brighter today. His pupils are equal, round and
     react to light, extraocular movements are intact, his fundi are benign bilaterally. He is
     still tender over his anterior shoulder and over his upper thoracic spine, just in the
     midline.

A    It is my impression that he is stable from his closed head injury and multiple contusions
     and strains. He has an MRI scheduled for Monday of his left shoulder.

P    I will see him back on Wednesday. At that time, based on his MRI, we will go over a
     treatment plan for him. I anticipate getting him started in physical therapy if he doesn't
     have any immediate surgical lesions.


Marsha L. Bailey, MD, MPH
MLB/mam

500688.085.0019

## OFFICE NOTES



*Claim #*
*20000 46841*

**Christopher Lester**
~~3340~~
**03/14/00**

**S**  Christopher reports he was doing his normal job as a truck driver for DMM Trucking on Friday, March 10th when he fell off the back of a coal truck approximately 5 ½-6' and hit his head. He reports he doesn't remember the fall, but he did lose consciousness as he awoke at least once and remembers looking at the underside of the truck. He awoke several times in the ambulance when he was taken to the ER. Apparently a co-worker saw the fall or came upon him down and called the ambulance. At the ER a head CT was taken, x-rays of his ribs, back, hip and ankles and he was given some pain medications. Saturday night he noticed some clear, oily drainage from his right ear and again on Sunday. Mr. Lester reports that his wife says that his bounce is off and he walks sideways. His biggest complaint today is that he is having a headache. He rates his headache, on a scale of 1-10, 10 being severe pain, as about a 9-10. He is also dizzy and gets blurred visions when he arises from a seated position. He vomited three (3) times on Saturday and twice on Sunday. When he vomited over the weekend, he did notice some blood in his vomitus. He vomited once Monday. He is also noticing some blood when he blows his nose. His second complaint is that he is having pain in his left shoulder. He rates the pain in his shoulder as an 8, and his third complaint is pain in his left posterior ribs. He called the office yesterday and we referred him over to the ER so he could be evaluated and perhaps get a second head CT. He did present to the ER yesterday, he did have a second head CT, I did speak to Dr. Leon Kwei. Dr. Kwei reported that he did review the case with Dr. Sherry Apple. Dr. Apple apparently said she could not rule out a basilar skull fracture, but apparently the patient was stable and he was discharged from the ER and I agreed to see him in the office today. Mr. Lester reports that he had a fall at work in 1994 and he had a compression fracture at either T10 or T11, but he has not had any problems in that area. In 1986 he had a motorcycle accident and did suffer a concussion and was hospitalized for either 14 or 16 days. He currently takes no medicines other than his Vicodin that he received in the ER and has no known allergies.

**O**  On exam Mr. Lester is alert and oriented. His pupils are equal, round and react to light, his extraocular movements are intact. His fundi are benign. His TM's are benign and there is no drainage at all. His neck is tender to palpate his lower cervical area just in the midline and to the left. His traps are non-tender. He is non-tender over both of his scapula. He is tender to palpate his posterior ribs just below his scapula on the left. His heart has a regular rate and rhythm, his breaths are shallow, but they are clear. He is only minimally tender to deep palpation of his left shoulder anteriorly, but he abducts only to about 20° before reporting he can go no farther. He sits on the exam table holding his left arm across his chest and appears in a significant amount of discomfort from his shoulder.

**A**  It is my impression that Mr. Lester has a diagnosis of 1. Head injury; 2. Cervical strain; 3. Left shoulder strain, and 4. Chest wall contusion.

**P**  I am quite concerned about his head injury with his loss of conscientiousness, lucid interval, and although he has had two (2) negative head CT's, I would like him to be evaluated by a neurosurgeon for his head injury. I have put in a call to Dr. Sherry Apple today and I will wait for her to call me back. I will ask Mr. Lester to wait in the waiting room until I can talk to Dr. Apple and request that she see this patient today. As far as his



500688.085.0020

**Christopher Lester**
~~3340~~
03/14/00
Page 2

*Claim #*
*2000046841*

soft tissue injuries, I will go ahead and request an MRI of his left shoulder.  I have given him a prescription for some Motrin 800 mg. one (1) po tid, will dispense 30 and one (1) refill.  I will see him back after he sees Dr. Apple and after his MRI of his shoulder.  We will follow the gentleman closely and he is obviously unable to go to work.

I do have copies of x-rays from the ER including a negative left shoulder from 3/10/00, a cervical spine from 3/10/00 that is negative, a head CT from 3/10/00 that did not find a fracture or an acute hemorrhage, a head CT from 3/13/00 that was unchanged from the 3/10 exam and a CT of the cervical spine that was negative.

Marsha L. Bailey, MD, MPH
MLB/mam

**OFFICE NOTES**

*Num#*
*2 0 0 0 0 4 6 8 4 1*

Christopher Lester
▆▆▆▆-3340
03/14/00
ADDENDUM NOTE

S    I spoke to Dr. Sherry Apple on the phone today regarding my concern about a possible
skull fracture. Dr. Apple requested that we consult Dr. David Phillips so I talked to Dr.
Phillips on the phone and he agreed to see Christopher in the office this morning. I went
ahead and referred Christopher over to the Eye and Ear Clinic today at 1306 Kanawha
Boulevard, 343-4371. Dr. Phillips will see him and most likely order a temporal bone
scan. I will see Mr. Lester back in the office tomorrow to discuss the results of his
evaluation with Dr. Phillips and I will also then talk to him about the left shoulder MRI
that we scheduled for next week. I went ahead and gave him a prescription for Motrin
800 one (1) po tid dispense 30 and one (1) refill.


Marsha L. Bailey, MD, MPH
MLB/mam

500688.085.0022

**Charleston Area Medical Center Inc.**

| General | Memorial Division | Women & Children's Hospital |
|---|---|---|
| 501 Morris Street | 3200 MacCorkle Ave., SE | 800 Pennsylvania Avenue |
| Charleston, WV 25301 | Charleston, WV 25304 | Charleston, WV 25302 |

FOR _____ Christopher Lester _____

Address _____ Date 3-22-00

℞

    Flexeril 10mg
       #30 (thirty)

   Sig T po TID PRN muscle Spasms

_____ ASAAD MD _____     _____ Asaad MD _____
(Please Print)     Degree      (Signature)          Degree

**PLEASE LABEL CONTENTS**     Phone or Pager: _____

☒ NON REP   ☐ REFILL X _zero_    DEA NUMBER _____

This prescription may be filled with a generically equivalent drug product unless the words "Brand Necessary" or the words "Brand Medically Necessary" are written, in the practitioner's own handwriting, on this prescription form.

17-6402      THIS PRESCRIPTION FORM IS PRINTED IN PURPLE INK      Rev. 11-99

500688.085.0023

**Charleston Area Medical Center, Ir**

| General D | Memorial Division | Women & en's Hospital |
|---|---|---|
| 501 Morris Street | 3200 Mac Corkle Ave., SE | 800 Penns, , Avenue |
| Charleston, WV 25301 | Charleston, WV 25304 | Charleston, WV 25302 |

FOR _Christopher Lester_

Address_____    Date _3-22-00_

℞    Ibuprofen 800mg
         # 90
      Sig T po TID ī food

A SAAD MD                    _(signature)_
(Please Print)    Degree        (Signature)              Degree

PLEASE LABEL CONTENTS              Phone or Pager _____

☐ NON REP    ☒ REFILL x _One_    DEA NUMBER _____

This prescription may be filled with a generically equivalent drug product unless the words "Brand Necessary" or the words "Brand Medically Necessary" are written, in the practitioner's own handwriting, on this prescription form."

17-6602          THIS PRESCRIPTION FORM IS PRINTED IN PURPLE INK          Rev. 11-99

500688.085.0024