# CHRISTOPHER WAYNE LESTER

# 4 OF 14

## Charleston Area Medical Center, Inc.

General Division
501 Morris Street
Charleston, WV 25301

Memorial Division
3200 MacCorkle Ave., SE
Charleston, WV 25304

Women & Children's Hospital
800 Pennsylvania Avenue
Charleston, WV 25302

FOR _Christopher Lester_

Address _____     Date _4/4/00_

℞

Darvocet N-100
# 20
ī po q 4° prn pain

_Cathy M. Trump, MD_

(Please Print)          Degree          (Signature)          Degree

PLEASE LABEL CONTENTS          Phone or Pager: _____

[ ] NON REP     [ ] REFILL X __     DEA NUMBER _CAMC 1009_

This prescription may be filled with a generically equivalent drug product unless the words "Brand Necessary" or the words "Brand Medically Necessary" are written in the practitioner's own handwriting, on this prescription form."

THIS PRESCRIPTION FORM IS PRINTED IN PURPLE INK          Rev. 11-99

500688.085.0025



**orporate Health Services**

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

**CHART FLOW**

Due Date: _____

Date: 3-15-00    Arrival: 2²⁸    Appt. _____    WI _____

Name: ChrisLester    Company: D & M Trucking

SS #: ▓▓▓▓▓ - 3340    Type of Exam: ~~DOT~~ W/C

| Results Pending | Results Received | Time/Initials |
|---|---|---|
| AML    D/S    Nic | _____ | Chart ready: 3⁰⁵ |
| SVI Lab _____ | _____ | Triage: 3¹⁰ |
| _____ | _____ | MD In: _____ |
| AML Lab _____ | _____ | Discharge: _____ |
| X-ray:    CXR    LSS | _____ | Doctor: _____ |
|  | _____ | Chaperone: _____ |
| EKG | _____ |  |
| EST | _____ |  |
| Info from MD | _____ |  |

| Dates and Initials | Comments |
|---|---|
| For Physician Review: _____ |  |
| Verbal Report: _____ | 200004684 |
| Dictated: _____ | Cheryl Armes Johnson |
| OK to Mail: _____ |  |
| Hand Delivered: _____ | 926 – 5375 |
| Results to Pt: _____ |  |
| Referral: _____ |  |
| Received by Trans: _____ |  |
| Completed/filed: _____ |  |

500688.085.0026

CORPORATE
HEALTH SERVICES

AFFILIATED WITH
**Charleston Area
Medical Center**

Date: 4-4-00

Name: Christopher Lester Sr.    Birthdate: ▓▓▓ / 71 Age 28 Sex M
Address: P.O. Box 1113    Home Phone (304) 369-6657
Danville WV 25053    Work Phone( )
Social Security Number: 233 / 15 / B340 Family Physician: Dr. Snyder
Employer: D&M Trucking    Occupation: Truck Driver
Address: _____    Supervisor: _____

Triage Time: 134/ Tetanus: _____ Medications: Vicodin Allergies: _____
Ibuprofen
Flexeril

DOI: 3/10/00 Vitals: Temp ____ Pulse ____ B/P ___/___ cervical
closed ▓▓▓▓▓▓ ▓▓▓▓▓ for 7/u (L) Shoulder, strain
c/o pain movement. @ 8/9 m scale 1-10 - Goes
3X week. I can move arm up & down but shoulder
hurts. Pain shoots up neck & around (R)
side. Feels like electricity. wakes up
in middle of night. c/o pain at base
of neck (head) is sore. Pain is 5-6 out of 10
Gets headaches around 4-5° last 45 min
duplicate
& then goes away. ──────── (RN) ────

History: _____

Diagnosis: _____

500688.085.0027

CORPORATE
HEALTH SERVICES
AFFILIATED WITH
Charleston Area
Medical Center

Date: 3 / 27 / 00

Name: Christopher L. Lester    Birthdate: ▓▓▓▓ / 71  Age: 28  Sex: M
Address: P.O. Box 1113    Home Phone (704) 369 6657
Danville WV 25053    Work Phone (304) ▓▓▓ 688 2486
Social Security Number: ▓▓▓▓ / 3340  Family Physician: Dr. Snyder
Employer: D&M Trucking    Occupation: Truck Driver
Address: Chart, WV    Supervisor: Jerry Cobb

Triage Time: 1005 Am  Tetanus: 1998-99?  Medications: HA Ibuprofen  Allergies: NKDA
Vicodin
Flexeril

DOI: March 10, 2000  Vitals: Temp_____ Pulse_____ B/P___ / ___

Nurses Notes: Flu head, shoulder, rib & back injury. Head/neck/base of skull still having pain which constant pain, level of 5 on 1-10 pain scale. Continues to have radiating sharp pain which begins at base of neck/shoulder region & radiates around neck into (R) side just below ear at jaw bone progressively worsening. Rib/back: Hurts to take deep breaths as ordered. Ribs in back aspect constantly ache c̄ sharp, stabbing pain present c̄ coughing/sneezing 1-10 pain scale pain level 7-8. Having sharp pain
over →

History:
1) (R) shoulder 7-8/10
2) neck pain

Start PT

Diagnosis:   Continue flexeril
motrin 800

500688.085.0028

in shoulder blade region in joint. Having difficulty
c̄ shoulder rotation. Continues to take medications.
Needs refills on Vicodin ___ 03/27/00. Off work at this
time. C. Gunner, LPN _____ Julie File Room to
fax copy of MRI report C. Gunner LPN _____

500688.085.0029

CORPORATE
HEALTH SERVICES

AFFILIATED WITH

**CA/MC** Charleston Area
Medical Center

Date: 3 22 00

Name: Christopher Lester          Birthdate ▓▓▓ / 71 Age 28 Sex Male
Address: P.O. Box 1117            Home Phone (304) 769 6617
         Danville W 25053         Work Phone (304) 687 -2486
Social Security Number ▓▓▓▓ / 7334 Family Physician: Dr. Snyder
Employer: D & M Trucking Corp. Inc.  Occupation: Truck Driver
Address: Ghent WV                 Supervisor: Jerry Cobb

Triage Time: 220 pm Tetanus: 1999  Medications: Vicodin,  Allergies: NKDA
                                                Ibuprofen

DOI: March 10, 2000 Vitals: Temp____ Pulse____ B/P___/___

Nurses Notes: flu rib, shoulder & head injury that occured when Mr. Lest
fell off of coal truck & hit into another coal truck. Head
c/o soreness, constant headach. - dull throbbing ↑ ā head
movement @ neck has tingling sensation c̄ numbness presen.
States Radiates from between shoulder blades up & around
neck to shoulder & face region to below ear lobe. "hurts & scare
him to death". pain level at 5-6 on 1-10 pain scale ®__ 7×12×00
dull pain at base of skull @ shoulder has deep dull throbb
sensation c̄ numbness radiating into forearm has just begun O.
History: _____ (over →)

_____

_____

_____

_____

_____

Diagnosis: _____

Plan: _____

500688.085.0030

over last few days. 1-10 pain scale pain level at 7-8. Rib: ⓇR side pain chest region unable to tell if it is in. Shoulder hurts between shoulder blades. Sharp pain present c̄ sneezing, coughing, young, deep breath ... 1-10 pain scale pain level 10±. This is not constant is intermittent. Had MRI yesterday pm. Mem Div CAMC will try to get report faxed Cont. to take medications as prescribed. Ease pain; however do not relieve pain. Unable to lift c̄ Ⓡ arm d/t shoulder pain. Needs refills at this time. Continues to be off work at this time. C. Hunnae, LPN —— Spoke c̄ Sandy Mem. Rad. to get MRI Report faxed. C. Hunnae, LPN —

Ⓡ shoulder MRI
Lightning/Elec on neck. from base to Ⓡ side, behind ear, comes + goes. No specific trigger.

Pain c̄ deep breath.

Ibuprofen TID.
Vicoden 5A, q5-6°.

500688.085.0031



CORPORATE
HEALTH SERVICES
AFFILIATED WITH
Charleston Area
Medical Center

Date: 3/15/00

Name: Christopher L. Lester   Birthdate: ~~71~~   Age 28   Sex Male
Address: P.O. Box 1117
Danville LA 15053   Home Phone ( ) 398 6657
                    Work Phone ( ) 687 2486
Social Security Number: _____ 1374 ●   Family Physician: Dr. Sajda
Employer: Dtm Trucking   Occupation: Truck Driver
Address: Oceana WV   Supervisor: Jerry Cobb

Triage Time: 3:15 pm   Tetanus: _____   Medications: Vicodin   Allergies: X
                                          Ibuprophen

DOI: 3/10/00   Vitals: Temp _____   Pulse _____   B/P ___/___

Nurses Notes: f/u C-Strain, (R) shoulder, chest wall, head injury.
C/O pain in (R) shoulder, back of head, chest wall but is
feeling better. Sling for arm made head hurt worse.
Pt. went to Eye + Ear clinic yesterday and they said both
ears looked OK w/ no injury to inner ear.

            Saw Dr Phillips — audiogram
            high freq loss both ears
History:    "no need for further testing"
            "no skull Fx, no Fu."
         wants to be off wk
         HA better w/ Ibup

Diagnosis: _____

Plan: _____

500688.085.0032

**CORPORATE**
**HEALTH SERVICES**
AFFILIATED WITH
Charleston Area
Medical Center

1    Healing
2    C Shan
3    (?)8mm    For clence ager
4    Chest _____

1986 - _____ acad
concuss
hosp 16 d

T_or 11 Congress 1994

Date: 3/14/00

Name: Christopher W. Lester   Birthdate: _____ 7/   Age 28   Sex m
Address: P.O. Box 113      Home Phone (304) 369 6657
Danville WV              Work Phone ( 687 2684
Social Security Number: _____ 3340  Family Physician: Dr. Snyder
Employer: D & m Trucking,    Occupation: Truck Driver
Address: Ghent WV           Supervisor: Jerry Cobb

Triage Time: 839   Tetanus: _____   Medications: Vicodin   Allergies: nkda

CC: 3 10 00   Vitals: Temp_____ Pulse_____ B.P._____   & Head
Nurses Notes: Here for new (L) Shoulder Rib injury.
on 3/10/00 around 5:15 A.m. he was checking truck
pretrip list. He fell off the truck & hit his
head on truck fuel tank parked beside truck. ____
Coworker heard head thump & ran out found him unconscious. EMT's at
mine site came & when he came to he began
throwing up, & C/o Shoulder & head pain    &
lost consc. again - Went to CAMC Gen ER →

History _____
         Loc  w/ lucid interval
         CT x 2   HA  otrohea  blurry VS
                  (?) Dr Leon Kvei spoke to Dr Apple zyah
          8758    Staten need to admit   cont 2/0 basolar
Diagnosis: _____                                    Skull Fx
Plan: _____

500688.085.0033

CAT scan & X Rays done    Went home Fri &
Called Monday c/o ear drainage & we sent him
back to ER & made appt for today.    CAT SCAN
done on 3/13 & put arm in sling —
c/o headache today pain scale told today is 9/10
Shoulder pain is 8/10; Taking Vicodin & not
relieving pain.    c/o (R) side of neck " It
feels like electricity is running - walking
up skin of neck. Comes from between shoulder
blades".    Will call for repairs —————— (am)

Fri) Fell off of a coal truck 5½ 6ft & hit head.
+ LOC.   To ambulance  CT head, Ribs, Bm
hip & ankle.  Given pain med.  Sat night did
clean only drainage from ear  & Sun.
To ED yesterday  CT                    wife says + weakness, lethargy
                                         Balance off
9/10   1) Head.  dizzy when arises from sitting  blurred vision,
8/10   2) (L) shoulder                    V  S, SKM
       3) (L) ribs                        3 2 1
                                          blood ear, blood nose

          ——————  hold (R) arm across chest
          Can't touch arm (L) shoulder
                abduct & 30°
                Dorsal

      PERRL  arm  fund'n
      Tns _____
            Tend midline upper c arm + occiput
            DTR +2

      for ROM        tender post (L) ribs
      Insp -deer

# Corporate Health Services

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

FEIN # 31-1051362

| DATE | 4.4.00 | | MEDICAL PER INIT. | |
| --- | --- | --- | --- | --- |
| ATTENDING PHYSICIAN | | | | |
| DX (1) | | | | |
| DX (2) | | | | |

| PATIENT NAME | Christopher Webster Sr. | | |
| --- | --- | --- | --- |
| HOME ADDRESS | P.O. Box 1113 | DATE OF BIRTH | SOCIAL SECURITY # |
| CITY/STATE/ZIP | Danville, WV 25053 | HOME PHONE 304 769 6657 | WORK PHONE 687 2486 |
| | | EMPLOYER D+M Trucking | |

| EVALUATION & MANAGEMENT/MISC EXAMS | | CE | FEE | PREVENTIVE MEDICINE | CODE | X | FEE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| New Patient (10 min) | 99201 | | | Initial, age 18-39 | 99385 | | |
| New Patient (20 min) | 99202 | | | Initial, age 40-64 | 99386 | | |
| New Patient (30 min) | 99203 | | | Initial, age 65+ | 99387 | | |
| New Patient (45 min) | 99204 | | | | | | |
| New Patient (60 min) | 99205 | | | Pre-Placement I | 88888 | | |
| Return to Work | 99456 | | | Pre-Placement II | 00513 | | |
| | | | | Fit for Duty | | | |

| EVALUATION & MANAGEMENT/MISC EXAMS | | | | |
| --- | --- | --- | --- | --- |
| Follow-Up (10 min) | 99212 | | | |
| Follow-Up (15 min) | 99213 | | | |
| Follow-UP (25 min) | 99214 | | | |
| Follow-Up (40 min) | 99215 | | | |
| DOT | 44444 | | | |
| Respiratory Clearance | 00010 | | | |

| LABORATORY | CODE | X | FEE | X-RAY | CODE | X | FEE | PROCEDURES | CODE | X | FEE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Exec. IV | 80050 | | | Chest PA & Lat | 71020 | | | I&D Simple | 10060 | | |
| Exec. III | 80050 | | | Sinuses min 3 view | 70220 | | | I & D Complex | 10061 | | |
| CBC with/Diff | 85025 | | | Skull, min 4 view | 70260 | | | For Body Rem Simple | 10120 | | |
| Profile 22 | 80019 | | | Ribs, uni with PA Chest | 71101 | | | For Body Eye Rem | 65210 | | |
| Cholesterol, HDL | 82465 | | | Cervical Spine, 5 View | 72050 | | | Excision Nail | 11750 | | |
| Carboxyhemoglobin | 82375 | | | Thoracic Spine | 72072 | | | Wound Repair Except Face | | | |
| HIV | 86689 | | | Lumbar Spine, 3 View | 72110 | | | Up to 2.5 cm | 12001 | | |
| Rubella | 86762 | | | Shoulder, 3 View | 73030 | | | 2.6 to 7.5 | 12002 | | |
| Rubeola | 86765 | | | Elbow, 4 Views | 73080 | | | 7.6 to 12.5 | 12004 | | |
| TSH | 84443 | | | Forearm, 2 Views | 73090 | | | Wound Repair Face Simple | | | |
| HBsAg | 86287 | | | Wrist, 3 Views | 73110 | | | Up to 2.5 cm | 12011 | | |
| Anti-HBsAg | 86289 | | | Hand, 3 Views | 73130 | | | 2.6 to 5 cm | 12013 | | |
| PSA | 84153 | | | Finger(s) 2 Views | 73140 | | | | | | |
| Lead | 83645 | | | Knee 4 Views | 73562 | | | | | | |
| AML Drug Screen | 80100 | | | Tibia/Fibula 2 Views | 73590 | | | SUPPLIES/OTHER SERVICES | CODE | X | FEE |
| Nicotine Screen | 83887 | | | Ankle 3 Views | 73610 | | | Ace Wrap | A4460 | | |
| Urinalysis Complete | 81003 | | | Foot 3 Views | 73630 | | | Finger Splint | A4570 | | |
| U/A Dip | 81000 | | | Hip Unilateral | 73510 | | | Sling | A4565 | | |
| Hemoccult | 83033 | | | Bilateral Mammogram | 76091 | | | Crutches | A4454 | | |
| Pap Smear | 88150 | | | Chest 1 View | 71010 | | | Knee Immobilizer | A4454 | | |
| Specimen Collection | 36415 | | | | | | | Wrist Splint | A4570 | | |
| | | | | | | | | EKG | 93000 | | |

| | | | INJECTIONS/MEDICATIONS | CODE | X | FEE | Stress Test | 93015 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TOTAL CHARGES | $ | | Tetanus | 90703 | | | Flex. Sig | 45330 | | |
| | | | PPD | 86585 | | | PFT | 94010 | | |
| PAYMENT | $ | | Hepatitis | 90746 | | | Audiogram | 92551 | | |
| | | | Phenergan | J2550 | | | Tonometry | 92100 | | |
| TOTAL DUE | $ | | Toradol | T1885 | | | Health Path | 999 | | |
| | | | Stadol | 90782 | | | Color Vision | 92280 | | |
| ☐ CASH   ☐ CHECK | | | Flu | 90724 | | | Breath Alcohol | 77777 | | |
| ☐ CREDIT CARD | | | | | | | | | | |

CHS-0020

Rev. 6-9

500688.085.0035

# Corporate Health Services

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

**CHART FLOW**

Due Date: _____

Date: _4-4-00_    Arrival: _11·40_    12·35    Appt. _____  WI _____

Name: _Christopher W. Lester Sr._    Company: _D&M Trucking_

SS #: _████ 3340_    Type of Exam: _4/10 / F14_

| Results Pending | Results Received | Time/Initials |
|---|---|---|
| AML    D/S    Nic | _____ | Chart ready: _12:55_ |
| SVI Lab _____ | _____ | Triage: _____ |
| _____ | _____ | MD In: _____ |
| AML Lab _____ | _____ | Discharge: _____ |
| X-ray:    CXR    LSS | _____ | Doctor: _____ |
|  | _____ | Chaperone: _____ |
| EKG | _____ |  |
| EST | _____ |  |
| Info from MD | _____ |  |

| Dates and Initials | Comments |
|---|---|
| For Physician Review: _____ |  |
| Verbal Report: _____ |  |
| Dictated: _____ |  |
| OK to Mail: _____ |  |
| Hand Delivered: _____ |  |
| Results to Pt: _____ |  |
| Referral: _____ |  |
| Received by Trans: _____ |  |
| Completed/filed: _____ |  |

CHS-0031    (Rev 1-97)

500688.085.0036



**orporate
Health Services**

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

**CHART FLOW**

Due Date: _____

Date: 7-27-00   Arrival: 8·55   Appt. _____   Wt _____

Name: Christopher Lester   Company: D & M Trucking

SS #: ███-██-7340   Type of Exam: _____

| Results Pending | Results Received | Time/Initials |
|---|---|---|
| AML   D/S   Nic | _____ | Chart ready: 9·25 |
| SVI Lab _____ | _____ | Triage: 10 05 |
| _____ | _____ | MD In: _____ |
| AML Lab _____ | _____ | Discharge: _____ |
| X-ray:   CXR   LSS | _____ | Doctor: _____ |
| | _____ | Chaperone: _____ |
| EKG | _____ | |
| EST | _____ | |
| Info from MD | _____ | |

**Dates and Initials**

For Physician Review: _____

Verbal Report: _____

Dictated: _____

OK to Mail: _____

Hand Delivered: _____

Results to Pt: _____

Referral: _____

Received by Trans: _____

Completed/filed: _____

**Comments**

Called for chart

CHS-0021   (Rev. 1-97)



**Corporate Health Services**

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

FEIN # 31-1051362

| DATE | 3·27·00 | | MEDICAL PER INIT. | |
|---|---|---|---|---|
| ATTENDING PHYSICIAN | | | | |
| DX (1) | | | | |
| DX (2) | | | | |

| PATIENT NAME | | DATE OF BIRTH | | SOCIAL SECURITY # | |
|---|---|---|---|---|---|
| Christopher W. Last Jr | | 21 | | 3340 | |
| HOME ADDRESS | | HOME PHONE | | WORK PHONE | |
| P.O. Box 111? | | 3(9-((5? | | (5?·2486 | |
| CITY/STATE/ZIP | | EMPLOYER | | | |
| Danville  LV  25053 | | D + m Trucking | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| New Patient (10 min) | 99201 | | Follow-Up (10 min) | 99212 | | Initial, age 18-39 | 99385 | |
| New Patient (20 min) | 99202 | | Follow-Up (15 min) | 99213 | X | Initial, age 40-64 | 99386 | |
| New Patient (30 min) | 99203 | | Follow-UP (25 min) | 99214 | | Initial, age 65+ | 99387 | |
| New Patient (45 min) | 99204 | | Follow-Up (40 min) | 99215 | | | | |
| New Patient (60 min) | 99205 | | DOT | 44444 | | Pre-Placement I | 88888 | |
| Return to Work | 99456 | | Respiratory Clearance | 00010 | | Pre-Placement II | 00513 | |
| | | | | | | Fit for Duty | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Exec. IV | 80050 | | Chest  PA & Lat | 71020 | | I&D Simple | 10060 | | |
| Exec. III | 80050 | | Sinuses min 3 view | 70220 | | I & D Complex | 10061 | | |
| CBC with/Diff | 85025 | | Skull, min 4 view | 70260 | | For Body  Rem Simple | 10120 | | |
| Profile 22 | 80019 | | Ribs, unil with PA Chest | 71101 | | For Body Eye Rem | 65210 | | |
| Cholesterol, HDL | 82465 | | Cervical Spine, 5 View | 72050 | | Excision Nail | 11750 | | |
| Carboxyhemoglobin | 82375 | | Thoracic Spine | 72072 | | Wound Repair Except Face | | | |
| HIV | 86689 | | Lumbar Spine, 3 View | 72110 | | Up to 2.5 cm | 12001 | 36 | |
| Rubella | 86762 | | Shoulder, 3 View | 73030 | | 2.6 to 7.5 | 12002 | | |
| Rubeola | 86765 | | Elbow, 4 Views | 73080 | | 7.6 to 12.5 | 12004 | | |
| TSH | 84443 | | Forearm, 2 Views | 73090 | | Wound Repair Face Simple | | | |
| HBsAg | 86287 | | Wrist, 3 Views | 73110 | | Up to 2.5 cm | 12011 | | |
| Anti-HBsAg | 86289 | | Hand, 3 Views | 73130 | | 2.6 to 5 cm | 12013 | | |
| PSA | 84153 | | Finger(s) 2 Views | 73140 | | | | | |
| Lead | 83645 | | Knee  4 Views | 73562 | | | | | |
| AML Drug Screen | 80100 | | Tibia/Fibula  2 Views | 73590 | | SUPPLIES/PROCEDURES | CODE | | FEE |
| Nicotine Screen | 83887 | | Ankle  3 Views | 73610 | | Ace Wrap | A4460 | | |
| Urinalysis Complete | 81003 | | Foot  3 Views | 73630 | | Finger Splint | A4570 | | |
| U/A Dip | 81000 | | Hip Unilateral | 73510 | | Sling | A4565 | | |
| Hemocult | 83033 | | Bilateral Mammogram | 76091 | | Crutches | A4454 | | |
| Pap Smear | 88150 | | Chest  1 View | 71010 | | Knee Immobilizer | A4454 | | |
| Specimen Collection | 36415 | | | | | Wrist Splint | A4570 | | |
| | | | | | | EKG | 93000 | | |
| | | | | | | Stress Test | 93015 | | |
| TOTAL CHARGES | $ | | IMMUNIZATIONS | CODE | | Flex. Sig | 45330 | | |
| | | | Tetanus | 90703 | | PFT | 94010 | | |
| PAYMENT | $ | | PPD | 86585 | | Audiogram | 92551 | | |
| | | | Hepatitis | 90746 | | Tonometry | 92100 | | |
| TOTAL DUE | $ | | Phenergan | J2550 | | Health Path | 999 | | |
| | | | Toradol | T1885 | | Color Vision | 92280 | | |
| | | | Stadol | 90782 | | Breath Alcohol | 77777 | | |
| | | | Flu | 90724 | | | | | |

CHS-0020

Rev. 6-9?

500688.085.0038

**Corporate Health Services**

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

FEIN # 31-1051362

DATE: 7-22-00
ATTENDING PHYSICIAN
DX (1)
DX (2)

MEDICAL PER INIT.

PATIENT NAME: Christoph w. Co_t_
HOME ADDRESS: P. C. Box 1117
CITY/STATE/ZIP: Danville wv 2_0_3

DATE OF BIRTH: _ -71
HOME PHONE: 369 665_
WORK PHONE: 66_ 2486
SOCIAL SECURITY #: _ _ 3740
EMPLOYER: A+_ Tr_ck_ng C_r_ I_c.

| EVALUATIONS & MANAGEMENT/MISC. EXAMS | CODE | X | FEE | | CODE | X | FEE | PREVENTIVE MEDICINE | CODE | X | FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| New Patient (10 min) | 99201 | | | Follow-Up (10 min) | 99212 | | | Initial, age 18-39 | 99385 | | |
| New Patient (20 min) | 99202 | | | Follow-Up (15 min) | 99213 | X | | Initial, age 40-64 | 99386 | | |
| New Patient (30 min) | 99203 | | | Follow-UP (25 min) | 99214 | | | Initial, age 65+ | 99387 | | |
| New Patient (45 min) | 99204 | | | Follow-Up (40 min) | 99215 | | | | | | |
| New Patient (60 min) | 99205 | | | DOT | 44444 | | | Pre-Placement I | 88888 | | |
| Return to Work | 99456 | | | Respiratory Clearance | 00010 | | | Pre-Placement II | 00513 | | |
| | | | | | | | | Fit for Duty | | | |

| LABORATORY | CODE | X | FEE | X-RAY | CODE | # | FEE | PROCEDURES | CODE | X | FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Exec. IV | 80050 | | | Chest  PA & Lat | 71020 | | | I&D Simple | 10060 | | |
| Exec. III | 80050 | | | Sinuses min 3 view | 70220 | | | I & D Complex | 10061 | | |
| CBC with/Diff | 85025 | | | Skull, min 4 view | 70260 | | | For Body  Rem Simple | 10120 | | |
| Profile 22 | 80019 | | | Ribs, uni with PA Chest | 71101 | | | For Body Eye Rem | 65210 | | |
| Cholesterol, HDL | 82465 | | | Cervical Spine, 5 View | 72050 | | | Excision Nail | 11750 | | |
| Carboxyhemoglobin | 82375 | | | Thoracic Spine | 72072 | | | Wound Repair Except Face | | | |
| HIV | 86689 | | | Lumbar Spine, 3 View | 72110 | | | Up to 2.5 cm | 12001 | | |
| Rubella | 86762 | | | Shoulder, 3 View | 73030 | | | 2.6 to 7.5 | 12002 | | |
| Rubeola | 86765 | | | Elbow, 4 Views | 73080 | | | 7.6 to 12.5 | 12004 | | |
| TSH | 84443 | | | Forearm, 2 Views | 73090 | | | Wound Repair Face Simple | | | |
| HBsAg | 86287 | | | Wrist, 3 Views | 73110 | | | Up to 2.5 cm | 12011 | | |
| Anti-HBsAg | 86289 | | | Hand, 3 Views | 73130 | | | 2.6 to 5 cm | 12013 | | |
| PSA | 84153 | | | Finger(s) 2 Views | 73140 | | | | | | |
| Lead | 83645 | | | Knee 4 Views | 73562 | | | | | | |
| AML Drug Screen | 80100 | | | Tibia/Fibula 2 Views | 73590 | | | SUPPLIES/OTHER SERVICES | CODE | X | FEE |
| Nicotine Screen | 83887 | | | Ankle 3 Views | 73610 | | | Ace Wrap | A4460 | | |
| Urinalysis Complete | 81003 | | | Foot 3 Views | 73630 | | | Finger Splint | A4570 | | |
| U/A Dip | 81000 | | | Hip Unilateral | 73510 | | | Sling | A4565 | | |
| Hemoccult | 83033 | | | Bilateral Mammogram | 76091 | | | Crutches | A4454 | | |
| Pap Smear | 88150 | | | Chest   1 View | 71010 | | | Knee Immobilizer | A4454 | | |
| Specimen Collection | 36415 | | | | | | | Wrist Splint | A4570 | | |
| | | | | | | | | EKG | 93000 | | |
| | | | | | | | | Stress Test | 93015 | | |
| TOTAL CHARGES | $ | | | INJECTIONS/MEDICATIONS | CODE | X | FEE | Flex. Sig | 45330 | | |
| | | | | Tetanus | 90703 | | | P F T | 94010 | | |
| PAYMENT | $ | | | PPD | 86585 | | | Audiogram | 92551 | | |
| | | | | Hepatitis | 90746 | | | Tonometry | 92100 | | |
| TOTAL DUE | $ | | | Phenergan | J2550 | | | Health Path | 999 | | |
| ☐ CASH   ☐ CHECK | | | | Toradol | T1885 | | | Color Vision | 92280 | | |
| ☐ CREDIT CARD | | | | Stadol | 90782 | | | Breath Alcohol | 77777 | | |
| | | | | Flu | 90724 | | | | | | |

CHS-0020

Rev. 6-96

500688.085.0039



**Corporate Health Services**

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

**CHART FLOW**

Due Date: _____

Date: 3-22-00  Arrival: 1:37   Appt. _____ WI _____

Name: Chris Lester   Company: D&M Trucking Corp. Inc.

SS #: ████ · 3340   Type of Exam: Flu w/c

| Results Pending | Results Received | Time/Initials |
|---|---|---|
| AML   D/S   Nic | _____ | Chart ready: 1:50 |
| SVI Lab _____ | _____ | Triage: 2:20pm |
| _____ | _____ | MD In: _____ |
| AML Lab _____ | _____ | Discharge: _____ |
| X-ray:   CXR   LSS | _____ | Doctor: _____ |
|  |  | Chaperone: _____ |
| EKG | _____ |  |
| EST | _____ |  |
| Info from MD | _____ |  |

**Dates and Initials**

For Physician Review: _____

Verbal Report: _____

Dictated: _____

OK to Mail: _____

Hand Delivered: _____

Results to Pt: _____

Referral: _____

Received by Trans: _____

Completed/filed: _____

**Comments**

Called for chart

CHS-0721   (Rev. 1-97)

500688.085.0040

# Corporate Health Services

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

FEIN # 31-1051362

| | |
|---|---|
| DATE 3-15-00 | MEDICAL PER INIT. |
| ATTENDING PHYSICIAN | |
| DX (1) | |
| DX (2) | |

| | | |
|---|---|---|
| PATIENT NAME Christopher Lobester | DATE OF BIRTH ___-71 | SOCIAL SECURITY # ___ 2 2 4 0 |
| HOME ADDRESS P.O. Box 1113 | HOME PHONE 369 6657 | WORK PHONE 887-2456 |
| CITY/STATE/ZIP Danville WV 25053 | EMPLOYER D + L Trucking Corp. Inc. | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| New Patient (10 min) | 99201 | Follow-Up (10 min) | 99212 | Initial, age 18-39 | 99385 | |
| New Patient (20 min) | 99202 | Follow-Up (15 min) | 99213 | Initial, age 40-64 | 99386 | |
| New Patient (30 min) | 99203 | Follow-UP (25 min) | 99214 | Initial, age 65+ | 99387 | |
| New Patient (45 min) | 99204 | Follow-Up (40 min) | 99215 | | | |
| New Patient (60 min) | 99205 | DOT | 44444 | Pre-Placement I | 88888 | |
| Return to Work | 99456 | Respiratory Clearance | 00010 | Pre-Placement II | 00513 | |
| | | | | Fit for Duty | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Exec. IV | 80050 | Chest PA & Lat | 71020 | I&D Simple | 10060 | | | |
| Exec. III | 80050 | Sinuses min 3 view | 70220 | I & D Complex | 10061 | | | |
| CBC with/Diff | 85025 | Skull, min 4 view | 70260 | For Body Rem Simple | 10120 | | | |
| Profile 22 | 80019 | Ribs, uni with PA Chest | 71101 | For Body Eye Rem | 65210 | | | |
| Cholesterol, HDL | 82465 | Cervical Spine, 5 View | 72050 | Excision Nail | 11750 | | | |
| Carboxyhemoglobin | 82375 | Thoracic Spine | 72072 | Wound Repair Except Face | | | | |
| HIV | 86689 | Lumbar Spine, 3 View | 72110 | Up to 2.5 cm | 12001 | | | |
| Rubella | 86762 | Shoulder, 3 View | 73030 | 2.6 to 7.5 | 12002 | | | |
| Rubeola | 86765 | Elbow, 4 Views | 73080 | 7.6 to 12.5 | 12004 | | | |
| TSH | 84443 | Forearm, 2 Views | 73090 | Wound Repair Face Simple | | | | |
| HBsAg | 86287 | Wrist, 3 Views | 73110 | Up to 2.5 cm | 12011 | | | |
| Anti-HBsAg | 86289 | Hand, 3 Views | 73130 | 2.6 to 5 cm | 12013 | | | |
| PSA | 84153 | Finger(s) 2 Views | 73140 | | | | | |
| Lead | 83645 | Knee 4 Views | 73562 | | | | | |
| AML Drug Screen | 80100 | Tibia/Fibula 2 Views | 73590 | SUPPLIES AND SERVICES | CODE | X | FEE | |
| Nicotine Screen | 83887 | Ankle 3 Views | 73610 | Ace Wrap | A4460 | | | |
| Urinalysis Complete | 81003 | Foot 3 Views | 73630 | Finger Splint | A4570 | | | |
| U/A Dip | 81000 | Hip Unilateral | 73510 | Sling | A4565 | | | |
| Hemocult | 83033 | Bilateral Mammogram | 76091 | Crutches | A4454 | | | |
| Pap Smear | 88150 | Chest 1 View | 71010 | Knee Immobilizer | A4454 | | | |
| Specimen Collection | 36415 | | | Wrist Splint | A4570 | | | |
| | | | | EKG | 93000 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL CHARGES | $ | INJECTION / MEDICATIONS | CODE | FEE | Stress Test | 93015 | |
| | | Tetanus | 90703 | | Flex. Sig | 45330 | |
| PAYMENT | $ | PPD | 86585 | | P F T | 94010 | |
| | | Hepatitis | 90746 | | Audiogram | 92551 | |
| TOTAL DUE | $50.0( | Phenergan | J2550 | | Tonometry | 92100 | |
| CASH  CHECK | | Toradol | T1885 | | Health Path | 999 | |
| CREDIT CARD | | Stadol | 90782 | | Color Vision | 92280 | |
| | | Flu | 90724 | | Breath Alcohol | 77777 | |

CHS-0020                                                                                          Rev. 6-9

500688.085.0041

**Corporate Health Services**

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

FEIN # 31-1C51362

| | |
|---|---|
| DATE 3-14-00 | MEDICAL PER INIT. |
| ATTENDING PHYSICIAN | |
| DX (1) | |
| DX (2) | |

PATIENT NAME Christopher W. Lester Sr.

HOME ADDRESS P. O. Box 1113

CITY/STATE/ZIP Danville WV 25053

DATE OF BIRTH ___ 71

HOME PHONE 369 6657

EMPLOYER D + M Trucking Corporation Inc

SOCIAL SECURITY # ___ 3740

WORK PHONE 687-2486    787-3672

| EVALUATION & MANAGEMENT/MISC. EXAMS | CODE | X | FEE | | CODE | X | FEE | PREVENTIVE MEDICINE | CODE | X | FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| New Patient (10 min) | 99201 | | | Follow-Up (10 min) | 99212 | | | Initial, age 18-39 | 99385 | | |
| New Patient (20 min) | 99202 | | | Follow-Up (15 min) | 99213 | | | Initial, age 40-64 | 99386 | | |
| New Patient (30 min) | 99203 | | | Follow-UP (25 min) | 99214 | | | Initial, age 65+ | 99387 | | |
| New Patient (45 min) | 99204 | | | Follow-Up (40 min) | 99215 | | | | | | |
| New Patient (60 min) | 99205 | | | DOT | 44444 | | | Pre-Placement I | 88888 | | |
| Return to Work | 99456 | | | Respiratory Clearance | 00010 | | | Pre-Placement II | 00513 | | |
| | | | | | | | | Fit for Duty | | | |

| LABORATORY | CODE | X | FEE | X-RAY | CODE | X | FEE | PROCEDURES | CODE | X | FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Exec. IV | 80050 | | | Chest PA & Lat | 71020 | | | I&D Simple | 10060 | | |
| Exec. III | 80050 | | | Sinuses min 3 view | 70220 | | | I & D Complex | 10061 | | |
| CBC with/Diff | 85025 | | | Skull, min 4 view | 70260 | | | For Body Rem Simple | 10120 | | |
| Profile 22 | 80019 | | | Ribs, uni with PA Chest | 71101 | | | For Body Eye Rem | 65210 | | |
| Cholesterol, HDL | 82465 | | | Cervical Spine, 5 View | 72050 | | | Excision Nail | 11750 | | |
| Carboxyhemoglobin | 82375 | | | Thoracic Spine | 72072 | | | Wound Repair Except Face | | | |
| HIV | 86689 | | | Lumbar Spine, 3 View | 72110 | | | Up to 2.5 cm | 12001 | | |
| Rubella | 86762 | | | Shoulder, 3 View | 73030 | | | 2.6 to 7.5 | 12002 | | |
| Rubeola | 86765 | | | Elbow, 4 Views | 73080 | | | 7.6 to 12.5 | 12004 | | |
| TSH | 84443 | | | Forearm, 2 Views | 73090 | | | Wound Repair Face Simple | | | |
| HBsAg | 86287 | | | Wrist, 3 Views | 73110 | | | Up to 2.5 cm | 12011 | | |
| Anti-HBsAg | 86289 | | | Hand, 3 Views | 73130 | | | 2.6 to 5 cm | 12013 | | |
| PSA | 84153 | | | Finger(s) 2 Views | 73140 | | | | | | |
| Lead | 83645 | | | Knee 4 Views | 73562 | | | | | | |
| AML Drug Screen | 80100 | | | Tibia/Fibula 2 Views | 73590 | | | SUPPLIES/OTHER SERVICES | CODE | X | FEE |
| Nicotine Screen | 83887 | | | Ankle 3 Views | 73610 | | | Ace Wrap | A4460 | | |
| Urinalysis Complete | 81003 | | | Foot 3 Views | 73630 | | | Finger Splint | A4570 | | |
| U/A Dip | 81000 | | | Hip Unilateral | 73510 | | | Sling | A4565 | | |
| Hemoccult | 83033 | | | Bilateral Mammogram | 76091 | | | Crutches | A4454 | | |
| Pap Smear | 88150 | | | Chest 1 View | 71010 | | | Knee Immobilizer | A4454 | | |
| Specimen Collection | 36415 | | | | | | | Wrist Splint | A4570 | | |
| | | | | | | | | EKG | 93000 | | |
| | | | | INJECTIONS/MEDICATIONS | CODE | X | FEE | Stress Test | 93015 | | |
| TOTAL CHARGES | $ | | | Tetanus | 90703 | | | Flex. Sig | 45330 | | |
| | | | | PPD | 86585 | | | P F T | 94010 | | |
| PAYMENT | $ | | | Hepatitis | 90746 | | | Audiogram | 92551 | | |
| | | | | Phenergan | J2550 | | | Tonometry | 92100 | | |
| TOTAL DUE | $ 133.00 | | | Toradol | T1885 | | | Health Path | 999 | | |
| | | | | Stadol | 90782 | | | Color Vision | 92280 | | |
| ☐ CASH   ☐ CHECK | | | | Flu | 90724 | | | Breath Alcohol | 77777 | | |
| ☐ CREDIT CARD | | | | | | | | | | | |

**C**orporate
**Health Services**

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

**CHART FLOW**

*Chart called for*

Due Date: _____

Date: 3/14/2000    Arrival: 8:05    Appt. _____    Wt _____

Name: *CHRISTOPHER LESTER*    Company: *D & M TRUCKING*

SS #: _____ 3340    Type of Exam: *W|C*

| Results Pending | Results Received | Time/Initials |
|---|---|---|
| AML    D/S    Nic | _____ | Chart ready: 821 |
| SVI Lab _____ | _____ | Triage: 838 |
| _____ | _____ | MD In: _____ |
| AML Lab _____ | _____ | Discharge: _____ |
| X-ray:    CXR    LSS | _____ | Doctor: _____ |
| | _____ | Chaperone: _____ |
| EKG | _____ | |
| EST | _____ | |
| Info from MD | _____ | |

**Dates and Initials**

For Physician Review: _____

Verbal Report: _____

Dictated: _____

OK to Mail: _____

Hand Delivered: _____

Results to Pt: _____

Referral: _____

Received by Trans: _____

Completed/filed: _____

**Comments**

CHS-0021    (Rev 1-97)

500688.085.0043



**orporate**
**Health Services**

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

CHART FLOW

Due Date: _____

Date: 3-24-98    Arrival: 12:05    Appt. _____

Name: Christopher Lester    Company: Eastern States Mine Sup

SS #: _____3340    Type of Exam: DS

| Results Pending | Results Received | Time/Initials |
|---|---|---|
| AML   D/S   Nic | 3-26-98 | Chart ready: 12:20 |
| SVI Lab _____ | _____ | Triage: 1228 RP |
| _____ | _____ | MD In: _____ |
| AML Lab _____ | _____ | Discharge: 1240 RP |
| X-ray:   CXR   LSS | _____ | Doctor: _____ |
|  |  | Chaperone: _____ |
| EKG | _____ |  |
| EST | _____ |  |
| Info from MD | _____ |  |

| Dates and Initials | Comments |
|---|---|
| For Physician Review: _____ |  |
| Verbal Report: _____ |  |
| Dictated: _____ |  |
| OK to Mail: _____ |  |
| Hand Delivered: _____ |  |
| Results to Pt: _____ |  |
| Referral: _____ |  |
| Received by Trans: _____ |  |
| Completed/filed: 3-27-98 |  |

CHS-0021   (Rev 1-97)

500688.085.0044

## Corporate Health Services

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

FEIN # 31-1051362

| | |
|---|---|
| MEDICARE NUMBER | |
| ATTENDING PHYSICIAN | |
| DX (1) | |
| DX (2) | |

PATIENT NAME: Christopher W. Little Sr. V. I
HOME ADDRESS: P. O. Box 1113
CITY/STATE/ZIP: Danville WV 25053
DATE OF BIRTH: ___ 71
SOCIAL SECURITY #: ___ 746
HOME PHONE: 369 6657
WORK PHONE: ___ 369-6010
EMPLOYER: Eastern States Mine Supply

| EVALUATION & MANAGEMENT | CODE | FEE | | CODE | FEE | | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| New Patient (10 min) | 99201 | | Follow-Up (10 min) | 99212 | | Initial, age 18-39 | 99385 | |
| New Patient (20 min) | 99202 | | Follow-Up (15 min) | 99213 | | Initial, age 40-64 | 99386 | |
| New Patient (30 min) | 99203 | | Follow-UP (25 min) | 99214 | | Initial, age 65+ | 99387 | |
| New Patient (45 min) | 99204 | | Follow-Up (40 min) | 99215 | | | | |
| New Patient (60 min) | 99205 | | DOT Physical | 44444 | | Pre-Placement I | 88888 | |
| Return to Work | 99456 | | Respiratory Clearance | 00010 | | Pre-Placement II | 00S13 | |
| | | | | | | Fit for Duty | | |

| LABORATORY | CODE | FEE | X-RAY | CODE | FEE | PROCEDURE | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| Exec. IV | 80050 | | Chest  PA & Lat | 71020 | | I&D Simple | 10060 | |
| Exec. III | 80050 | | Sinuses min 3 view | 70220 | | I & D Complex | 10061 | |
| CBC with/Diff | 85025 | | Skull, min 4 view | 70260 | | For Body  Rem Simple | 10120 | |
| Profile 22 | 80019 | | Ribs, uni with PA Chest | 71101 | | For Body Eye Rem | 65210 | |
| Cholesterol, HDL | 82465 | | Cervical Spine, 5 View | 72050 | | Excision Nail | 11750 | |
| Carboxyhemoglobin | 82375 | | Thoracic Spine | 72072 | | Wound Repair Except Face | | |
| HIV | 86689 | | Lumbar Spine, 3 View | 72110 | | Up to 2.5 cm | 12001 | |
| Rubella | 86762 | | Shoulder, 3 View | 73030 | | 2.6 to 7.5 | 12002 | |
| Rubeola | 86765 | | Elbow, 4 Views | 73080 | | 7.6 to 12.5 | 12004 | |
| TSH | 84443 | | Forearm, 2 Views | 73090 | | Wound Repair Face Simple | | |
| HBsAg | 86287 | | Wrist, 3 Views | 73110 | | Up to 2.5 cm | 12011 | |
| Anti-HBsAg | 86289 | | Hand, 3 Views | 73130 | | 2.6 to 5 cm | 12013 | |
| PSA | 84153 | | Finger(s) 2 Views | 73140 | | | | |
| Lead | 83645 | | Knee 4 Views | 73562 | | | | |
| Oral Drug Screen | 80100 | | Tibia/Fibula 2 Views | 73590 | | SUPPLIES | CODE | FEE |
| Nicostne Screen | 83887 | | Ankle 3 Views | 73610 | | Ace Wrap | A4460 | |
| Urinalysis Complete | 81003 | | Foot 3 Views | 73630 | | Finger Splint | A4570 | |
| U/A Dip | 81000 | | Hip Unilateral | 73510 | | Sling | A4565 | |
| Hemoccult | 83033 | | Bilateral Mammogram | 76091 | | Crutches | A4454 | |
| Pap Smear | 88150 | | Chest  1 View | 71010 | | Knee Immobilizer | A4454 | |
| Specimen Collection | 36415 | | | | | Wrist Splint | A4570 | |
| | | | | | | EKG | 93000 | |

| INJECTIONS/MEDICATIONS | CODE | FEE | | CODE | FEE |
|---|---|---|---|---|---|
| TOTAL CHARGES  $ | | | Tetanus | 90703 | | Stress Test | 93015 | |
| | | | PPD | 86585 | | Flex. Sig | 45330 | |
| PAYMENT  $ | | | Hepatitis | 90746 | | PFT | 94010 | |
| | | | Phenergan | J2550 | | Audiogram | 92551 | |
| TOTAL DUE  $ | | | Toradol | T1885 | | Tonometry | 92100 | |
| | | | Stadol | 90782 | | Health Path | 999 | |
| ☐ CASH   ☐ CHECK | | | Flu | 90724 | | Color Vision | 92280 | |
| ☐ CREDIT CARD | | | | | | Breath Alcohol | 77777 | |

CHS-0020                                                    Rev. 6-96

500688.085.0045

## CORPORATE
## HEALTH SERVICES
AFFILIATED WITH
**Charleston Area**
**Medical Center**

## CONSENT FOR TREATMENT

I, the undersigned, hereby authorize Corporate Health Services to render, and provide medical treatment and services, including physical examination, diagnostic testing, radiologic procedures and other such medical testing, evaluation and treatment considered necessary or advisable by the physician(s).

Signature: *Christopher W Lester Sr*      Date: 3-14-00

Social Security Number: ████ -3340    Home Phone: 369-6657

Address: P.O. Box 1113 Danville WV 25053

Employer: D&M Trucking      Phone: _____

## AUTHORIZATION FOR RELEASE OF INFORMATION

I, the undersigned, hereby request and authorize Corporate Health Services to release patient records, and the information contained therein, relating to my medical care to my medical insurance carrier, my Workers' Compensation carrier or my employer, or employer's representative, who is or may be responsible for all or some of the charge for my medical treatment and services.

Signature: *Christopher W Lester Sr*   Date: 3-14-00

Social Security Number: ████ 3340

**IF INFORMATION IS CONTAINED WITHIN THE PATIENT'S CHART CONCERNING ALCOHOL/DRUG TESTING OR TREATMENT THE PATIENT MUST INITIAL THE ONES THAT APPLY BEFORE THE RECORDS CAN BE RELEASED.**

*I authorize the release of the following information as indicated by my initials.*

_____   Alcohol or drug testing and/or treatment.

**Corporate Health Services • (304) 348-1000 • 1418C MacCorkle Ave., SW • Charleston, WV 25303**

CHS-0003    Rev. 1-99

500688.085.0046



500688.085.0047



**orporate
Health Services**

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

**DRUG SCREEN CONSENT**

Name: _Christopher W. Lester_

Social Security Number: ████ 5 - 3340

**I hereby give my consent to Corporate Health Services to perform:**

☐ Breath Alcohol Testing

☐ Blood Alcohol Testing

☑ Urine Drug Screen

**I furthermore give my permission to Corporate Health Services to release the results of this test to my**

Company: _Eastern States Mine Supply_

Date: _3-23-98_     Patient Signature: _Christopher W. Lester Jr._

Date: _3-24-90_     Witness: _KR Pitt_

Affiliated with
Charleston Area Medical Center

CHS-0017   Pg. 1 of 2   Rev. 2-96

500688.085.0048



1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000



**CONSENT FOR TREATMENT**
**AUTHORIZATION FOR**
**RELEASE OF INFORMATION**

## CONSENT FOR TREATMENT

I, the undersigned, hereby authorize Corporate Health Services to render, and provide medical treatment and services, including physical examination, diagnostic testing, radiologic procedures and other such medical testing, evaluation and treatment considered necessary or advisable by the physician(s).

Signature: *Christopher W. Leatz Sr.*    Date: 3-24-98

Social Security Number: ███-██-3340

## AUTHORIZATION FOR RELEASE OF INFORMATION

I, the undersigned, hereby request and authorize Corporate Health Services to release patient records, and the information contained therein, relating to my medical care to my medical insurance carrier, my Workers' Compensation carrier or my employer, or employer's representative, who is or may be responsible for all or some of the charge for my medical treatment and services.

Signature: *Christopher W. Leatz Sr.*    Date: 7-24-98

Social Security Number: ███-██-3340

**IF INFORMATION IS CONTAINED WITHIN THE PATIENT'S CHART CONCERNING ALCOHOL/DRUG TESTING OR TREATMENT THE PATIENT MUST INITIAL THE ONES THAT APPLY BEFORE THE RECORDS CAN BE RELEASED.**

*I authorize the release of the following information as indicated by my initials.*

 Alcohol or drug testing and/or treatment.

Affiliated with
Charleston Area Medical Center

CHS-0003    Rev. 9-97

500688.085.0049