# CHRISTOPHER WAYNE LESTER

# 5 OF 14



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:** Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:** C-1-01-428

**PERTAIN TO:** Christopher Wayne Lester

**FROM:** David Alan Santrock, M.D.
500 Donnally Street, Suite 100
Charleston, WV 25301
(304) 346-0439

**DELIVER TO:** Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH 45202

THE ENCLOSED DOCUMENT CAN BE IDENTIFIED BY NUMBER 500688135-0001.

THE MARKER-HOFF GROUP, INC

13105 NORTHWEST FREEWAY SUITE 300 HOUSTON TEXAS 77040 (T) 713 460 9070 (F) 713 460 6519 800 264 9070

WWW.MARKER-HOFF.COM

Cause No. C-1-01-428

Michael W. Harris : Southern District Court

vs. : County of Hamilton

Purdue Pharma, L.P., et. al. : State of Ohio

## AFFIDAVIT OF NO RECORDS

Records Pertaining To: **Christopher Wayne Lester**

Type of Records: **David Alan Santrock, M.D. (Medical & Billing Records)**

(Custodian of Records)

I, the undersigned, am the duly authorized Custodian of Records for **David Alan Santrock, M.D.**, am over eighteen (18) years of age, competent of making this affidavit and personally acquainted with the facts herein stated:

(a) That a thorough search of our files, carried out under my direction and control, revealed no records on the person(s) named in the attached authorization.

(b) It is to be understood that this does not mean that records do not exist under another spelling, another name or under another classification, but that with the information furnished our office and to the best of our knowledge, no such records exist in our files.

Darla Halley

AFFIANT (Custodian of Records)

Custodian of Records for: David A. Santrock, M.D.

Sworn to and subscribed before me on this the 20 day of August, 2003

NOTARY PUBLIC

My Commission Expires: ____________

Retention Policy: (The number of years records are maintained prior to destruction) ____________

Comments: (Reason why records are not available) ____________

Order No. 500688-135

NOREC



MHG
MARKER-HOPP GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:** Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:** C-1-01-428

**PERTAIN TO:** Christopher Wayne Lester

**FROM:** George Salem Zakaib, M.D.
500 Donnally Street, Suite 100
Charleston, WV 25301
(304) 346-0439

**DELIVER TO:** Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH 45202

THE ENCLOSED DOCUMENT CAN BE IDENTIFIED BY NUMBER 500688119-0001.

Cause No. C-1-01-428

| | |
|---|---|
| Michael W. Harris | : Southern District Court |
| vs. | : County of Hamilton |
| Purdue Pharma, L.P., et. al. | : State of Ohio |

# AFFIDAVIT OF NO RECORDS

Records Pertaining To: **Christopher Wayne Lester**

Type of Records: **George Salem Zakaib, M.D. (Medical & Billing Records)**

(Custodian of Records)

I, the undersigned, am the duly authorized Custodian of Records for **George Salem Zakaib, M.D.**, am over eighteen (18) years of age, competent of making this affidavit and personally acquainted with the facts herein stated:

(a) That a thorough search of our files, carried out under my direction and control, revealed no records on the person(s) named in the attached authorization.

(b) It is to be understood that this does not mean that records do not exist under another spelling, another name or under another classification, but that with the information furnished our office and to the best of our knowledge, no such records exist in our files.

_Sandra Halley_
AFFIANT (Custodian of Records)
Custodim of Records for: _George S. Zakaib/ss_

Sworn to and subscribed before me on this the _20_ day of _August_, 20_03_

______________________
NOTARY PUBLIC
My Commission Expires:______________

Retention Policy: (The number of years records are maintained prior to destruction) ______________

Comments: (Reason why records are not available) ______________

Order No. 500688-119

NORECI



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:** Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:** C-1-01-428

**PERTAIN TO:** Christopher Wayne Lester

**FROM:** Logan General Hospital
(Medical Records Department)
20 Hospital Drive
Logan, WV 25601
(304) 792-1101

**DELIVER TO:** Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH 45202

THE ENCLOSED DOCUMENT CAN BE IDENTIFIED BY NUMBER 500688079-0001.

THE MARKER-HOFF GROUP, INC
13105 NORTHWEST FREEWAY SUITE 300 HOUSTON TEXAS 77040 (T) 713 460 9070 (F) 713 460 6519 800 264 9070
WWW.MARKER-HOFF.COM

Cause No. C-1-01-428

Michael W. Harris : Southern District Court

vs. : County of Hamilton

Purdue Pharma, L.P., et. al. : State of Ohio

## AFFIDAVIT OF NO RECORDS

Records Pertaining To: Christopher Wayne Lester

Type of Records: Logan General Hospital (Medical Records)

(Custodian of Records)

I, the undersigned, am the duly authorized Custodian of Records for Logan General Hospital, am over eighteen (18) years of age, competent of making this affidavit and personally acquainted with the facts herein stated:

(a) That a thorough search of our files, carried out under my direction and control, revealed no records on the person(s) named in the attached authorization.

(b) It is to be understood that this does not mean that records do not exist under another spelling, another name or under another classification, but that with the information furnished our office and to the best of our knowledge, no such records exist in our files.

Louetta Thomas

AFFIANT (Custodian of Records)

Custodian of Records for: ______

Sworn to and subscribed before me on this the 20 day of August, 20 03

______

NOTARY PUBLIC

My Commission Expires: ______

Retention Policy: (The number of years records are maintained prior to destruction). ______

Comments: (Reason why records are not available) ______

Order No. 500688-79

NOREC



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**    Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**    C-1-01-428

**PERTAIN TO:**    Christopher Wayne Lester

**FROM:**    Kominsky Chiropractic
227 Maple Avenue
Oak Hill, WV 25901
(304) 469-3615

**DELIVER TO:**    Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH 45202

THE ENCLOSED DOCUMENT CAN BE IDENTIFIED BY NUMBER 500688094-0001.

THE MARKER-HOFF GROUP, INC

13105 NORTHWEST FREEWAY SUITE 300    HOUSTON TEXAS 77040    (T) 713 460 9070    (F) 713 460 6519    800 264 9070

WWW.MARKER-HOFF.COM

Cause No. C-1-01-428

| | |
|---|---|
| Michael W. Harris | : Southern District Court |
| | : |
| vs. | : County of Hamilton |
| | : |
| Purdue Pharma, L.P., et. al. | : State of Ohio |

## AFFIDAVIT OF NO RECORDS

Records Pertaining To: **Christopher Wayne Lester**

Type of Records: **Kominsky Chiropractic (Medical & Billing Records)**

(Custodian of Records)

I, the undersigned, am the duly authorized Custodian of Records for **Kominsky Chiropractic**, am over eighteen (18) years of age, competent of making this affidavit and personally acquainted with the facts herein stated:

(a) That a thorough search of our files, carried out under my direction and control, revealed no records on the person(s) named in the attached authorization.

(b) It is to be understood that this does not mean that records do not exist under another spelling, another name or under another classification, but that with the information furnished our office and to the best of our knowledge, no such records exist in our files.

Annetta Coffman

AFFIANT (Custodian of Records)

Custodian of Records for: Kominsky Chiropractic

Sworn to and subscribed before me on this the 21st day of August, 2003

NOTARY PUBLIC

My Commission Expires:________________

Retention Policy: (The number of years records are maintained prior to destruction) ________________

Comments: (Reason why records are not available) ________________

Order No. 500688.94

NOREC/



**STYLE OF CASE:**     Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**     C-1-01-428

**PERTAIN TO:**     Christopher Wayne Lester

**FROM:**     Kelly Medical Corporation
1 Pavilion Drive
Daniels, WV  25832
(304) 763-4253

**DELIVER TO:**     Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688126-0001 THROUGH 500688126-0014.

Case No. C-1-01-428

| | |
|---|---|
| **Michael W. Harris** | : **Southern District Court** |
| | : |
| **vs.** | : **County of Hamilton** |
| | : |
| **Purdue Pharma L.P., et al** | : **State of Ohio** |

---

Records pertaining to: **Christopher Lester**

Custodian of Records For: **Kelly Medical Corporation**

I have conducted a thorough search of our files for the requested records, including but not limited to: patient intake forms and health questionnaires, and/or consent forms, and/or physical examination records, and/or x-rays, and/or pathology slides and/or blocks, and/or all nurses notes and physicians notes, and/or treatment records and reports, and/or prescription records, and/or third-party consultation records, and/or records of treatment at hospitals and other health care providers, and/or test results from outside laboratories, and/or itemized billing records, and/or insurance claims forms, and or personnel records and/or payroll records, and/or academic records, and/or correspondence.

I certify that nothing has been removed from the original file before releasing copies of these records or the originals. The records I am releasing are the original records or exact duplicates of the original records and include each and every record contained in the file on the above named individual.

Penny Wright
AFFIANT

Betty A. Duckworth
WITNESS

8/21/03
DATE

ITEMIZED STATEMENT BY DATE OF SERVICE

Page   1

Date : 08/21/03

From : KELLY MEDICAL CORPORATION
       P. O. BOX 410263
       NASHVILLE          TN  37241-0263

Phone: (304) 763-6253  Fax: (304) 763-2722

FEIN : 5606563242000

PATIENT INFORMATION ====================================================================================================
Account    : 128428 LESTER, CHRISTOPHER W          SSN: ████-9340        Dt/Amt Last Stmt: 11/26/02      22.98
Address    : PO BOX 1113                            DOB: ████71          Dt/Amt Last Pmnt:                0.00
                                                    Age: 31
             DANVILLE         WV   25052            Sex: M

Home Phone : (304) 369-6667                         Guarantor:
Work Phone : (0  )   -                              Address  :
Empl/School:

OPEN ITEM PROCEDURE INFORMATION ======================================================================================
Serv Dt  Procedure  Diagnoses                                       Dt Pat    Charges  Receipts   Adjusts  Balance
------------------------------------------------------------------------------------------------------------------------
07/10/01 99284    847.0     847.2     E812.0                         07/26/01  213.75     0.00     213.75     0.00
------------------------------------------------------------------------------------------------------------------------
03/07/02 99283    788.30    601.0                                    03/07/02  140.26    69.72      70.54     0.00
------------------------------------------------------------------------------------------------------------------------
08/01/02 99284    293.0     435.9     759.3C                         09/16/02  213.75    91.94     121.81     0.00
------------------------------------------------------------------------------------------------------------------------
                                                                              TOTAL FOR THIS ACCOUNT:        0.00
========================================================================================================================

500688.126.0001



Patient: LESTER, CHRISTOPHER W
Unit #: F000334666
Service/Location: EMERGENCY ROOM
Status: REG ER
Date: 07/10/01
Account #: F0009626107

Soc Sec No: 3340
DOB: /71
Age: 29
Sex: M
MS: V
Race: N
Religion: UNKNOWN
Address: P O BOX 1113, DANVILLE WV 25053
Home Ph: (999)999-9999
County: BOONE
NO EMPLOYER
Work Phone:
Occupation:

LESTER, CHRISTOPHER W
SS#: 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
Address: P O BOX 1113, DANVILLE, WV 25053
Home Ph: (999)999-9999
County: BOONE
Relationship to Patient: PATIENT
NO EMPLOYER
Work Phone:
Occupation:

SS#:
Address:
Home Ph:
County:
Relationship to Patient:
Work Phone:
Occupation:

128428

Home Phone:
Relationship to Patient:
Work Phone:
Home Phone:
Relationship to Patient:
Work Phone:

LESTER, CHRISTOPHER
P O BOX 1113
DANVILLE, WV 25053
Phone (999)999-9999
Contact
Policy # 3340
Coverage #
Subscriber LESTER, CHRISTOPHER W
Rel to Pt PATIENT
Eff. to Rels Y Asgn Y
Group MVC 7/10/01 SELF PAY
Treat/Precert
Ins Verif Not Required
Pro Review Not Required

Phone
Contact
Policy #
Coverage #
Subscriber
Rel to Pt
Eff. to Rels Asgn
Group
Treat/Precert
Ins Verif
Pro Review

Phone
Contact
Policy #
Coverage #
Subscriber
Rel to Pt
Eff. to Rels Asgn
Group
Treat/Precert
Ins Verif
Pro Review

Special Program

| Code | Type | Date | Time | Code | Type |
|---|---|---|---|---|---|
| 01 | AUTO ACCIDENT | 07/10/01 | | 77 | |

99281
847.0
847.2
E812.0

22173

Last Hospitalization
Admission Comment
Financial Class: 99

Attending Physician HCIS
Admitting Physician HCIS
Emergency Room Physician HCIS: Kelly, Michael A 0486
Primary Care Physician HCIS
Family Physician HCIS
Other Physician

ADMISSION REGISTRATION

| Date | Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason For Visit | Clerk |
|---|---|---|---|---|---|---|
| 07/10/01 | 1631 | EMERGENCY ROOM | / | AMB | MVC. RESTRAINED DRIVER. C/O NECK/LOW BACK PAIN | FADVSM |

REGISTRATION FORM
Columbia Raleigh General Hospital
07/10/01 1631

500688.126.0002

RALEIGH GENERAL HOSPITAL

| Patient | Unit # | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| LESTER,CHRISTOPHER W 1631 | | FER | PRE ER | | F0098262S107 |

| Soc. Sec. No. | DOB | Age | Sex | MS | Race | Home Phone | Weight (kg) | Last Tetanus |
|---|---|---|---|---|---|---|---|---|
| | [redacted]/71 | 29 | M | | | | kg | |

| Vital Signs 07/10/01 | Time | Temp | Pulse | Resp | BP LT | BP RT | SP02 |
|---|---|---|---|---|---|---|---|
| | 1618 | 94.7 | 93 | 20 | | 152/80 | |
| | 1835 | 97.6 | 88 | 20 | | 148/78 | 98% |

Allergies: No Known Drug Allergies
No Known Food Allergies
No Known Contrast Allergies
No Known Other Allergies

Time to Room: 1620 Room # 8
Medication/Treatment:

Sai Callan [illegible] 1835
de [illegible]

Lortab 5/500 po
flexeril 10 [illegible] 1845

PROTOCOLS
[] Cardiac
[] ABD
[] Respiratory
[] Trauma
[] Stroke

LAB [] CBC [] BMP
[] CMP [] PT [] PTT
[] UA [] URINE DRUG SCRN
[] HCG QL [] HCG QT
[] STREP SCREEN
C&S: [] URINE [] BLOOD X2 [] THROAT [] SPUTUM
[] EKG [] ABG
NEB TX

X-RAY [] ABD [] CHEST: [] PORT
[] C-SPINE
[] T-SPINE
[] L-SPINE
[] ANKLE
X [illegible] Consulted
[] Monitor [] Sa02 [] HEP LOCK
[] 02 ____ L/min [] NC/MASK
[] IV ____ @ ____ cc/hr

DISCHARGE INSTRUCTIONS: ____ Time
[illegible]
[illegible] Callan x 3 days
[illegible] no of [illegible]
daily
flu [illegible]
Rx [illegible] / [illegible]

DR ____ CONSULTED:
TIME:
RESPONSE:

Report to: Time:
Admitted to Room @
DISPOSITION: [] Home [] Admitted [] Transferred
TIME: 1840 CONDITION: [] unchanged [] improved [] stable

DIAGNOSIS
Cervical / Lumbar Strain S/p MVC

NURSES'S SIGNATURE [signature]
PHYSICIAN'S SIGNATURE: [signature] MD/DO

| Admitting Physician | HCIS | Emergency Room Physician | HCIS | Primary Care Physician |
|---|---|---|---|---|
| | | Kelly,Michael A | | |

| Date | Time | Source | Rm/Bed | Arrival | Principle Admitting Diagnosis/Reason for Visit | Clerk |
|---|---|---|---|---|---|---|
| | | | | | MVC, RESTRAINED DRIVER, C/O NECK/LOW BACK PAIN | |

Patient Name / Unit # / Service/Location / Status / Date

LESTER, CHRISTOPHER W H000261190 EMERGENCY ROOM REG ER 03/07/02 H02532414407

Soc Sec No ...3340 DOB ../71 Age 30 Sex M MS M Race W Religion NONE

Address: P O BOX 1113
DANVILLE, WV 25053 USA ENGLISH
Home Ph: (304)369-6657 County: BOONE

NOT EMPLOYED
Work Phone:
Occupation: DISABLED

LESTER, CHRISTOPHER W SS#: 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
Address: P O BOX 1113
DANVILLE, WV 25053 USA
Home Ph: (304)369-6657 County: BOONE
Relationship to Patient: PATIENT

NOT EMPLOYED
Work Phone:
Occupation: DISABLED

LESTER, APRIL C SS#: 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
Address: PO BOX 1113
DANVILLE, WV 25053
Home Ph: 304-369-6657 County:
Relationship to Patient: WIFE

BOONE COUNTY COMMISSION
190 COURT STREET
MADISON, WV 25130
Work Phone: 304-369-9246
Occupation: OFFICE MGR

BROWNING, GINA
Home Phone: (304)369-2152 Work Phone:
Relationship to Patient: SISTER

LESTER, APRIL C
Home Phone: (304)369-6657 Work Phone:
Relationship to Patient: WIFE

12842

ACORDIA/PEIA
PO BOX 2451
CHARLESTON, WV 25329-2451
USA
Phone (888)440-7342

Policy # ...9369
Birthdate ../73
Subscriber LESTER, APRIL C
Rel to Pt WIFE
Eff. to
Group 7770 ACORDIA/PEIA

Precert
Ins Verif
Auth # Date
Contact

Phone

Policy #
Birthdate
Subscriber
Rel to Pt
Eff. to
Group

Precert
Ins Verif
Auth # Date
Contact

Phone

Policy #
Coverage #
Subscriber
Rel to Pt
Eff. to
Group

Precert
Ins Verif
Auth # Date
Contact

| Code | Type | Date | Time | Code | Type |
|---|---|---|---|---|---|
| 11 | ONSET OF SYMPTOMS/ILLNESS | 03/07/02 | 0942 | | |

99283 / 788.20 / 601.0

Admission Comment
PT REG BY WIFE

Financial Class 11

Attending Physician HCIS Admitting Physician HCIS Emergency Room Physician HCIS
Morris, Stephen 6543
Primary Care Physician HCIS Family Physician HCIS Other Physician
Snyder, John M

Date / Time Source Rm/Bed Arrival Principal Admitting Diagnosis/Reason For Visit Clerk
03/07/02 0937 EMERGENCY ROOM / CAR PROSTATE PROBLEMS HERKMW

Registration Form HCA Saint Francis Hospital 03/07/02 0949

500688.126.0004

# Kelly Medical Corporation
## One Pavilion Drive
## Daniels, WV
## (304) 763-4253 or 1-800-924-8522 (WV Only)

I am aware that I will receive a separate bill for the Physician's service related to my visit at Saint Francis Hospital's Emergency Room. Kelly Medical Corporation will bill for these services.

I will be responsible for any remaining balance not covered by my insurance. If Medicare, Medicaid, my HMO or private insurance deems that the service is not a medical emergency or is some other type of uncovered service, then the bill will be my responsibility.

I have provided the most current and complete insurance information that I have.

Signature: ____________________

Date: 3/7/01

Witness: ____________________

If you have any questions regarding this bill, please contact our office at either of the above numbers.

Thank you for choosing Saint Francis Hospital Emergency Room for your [illegible]

| Patient | Unit # | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| LESTER, CHRISTOPHER | W000261190 | EMERGENCY ROOM | REG ER | 03/07/02 | H02532414407 |

| Soc Sec No | DOB | Age | Sex | MS | Race | Home Phone | ALLERGIES: | WEIGHT (kg): | LAST TETANUS: | LMP |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted]3340 | [redacted]/71 | 30 | M | M | W | (304)369-6657 | | | | |

## PHYSICIAN'S HISTORY

| TIME | TEMP | PULSE | RESP | BP | INIT |
|---|---|---|---|---|---|
| | | | | | |

TIME: CC:

HX CC:

PM HX:

SOC HX: FAM HX:

EYES/ENT:

RESP/CV:

GI/GU:

NEURO:

MS/SKIN:

ENDO/REPRODUCTIVE:

☐ ALL OTHER SYSTEMS REVIEWED & FOUND NEGATIVE

**ORDERS**

LAB ☑ CBC ☐ AMYLASE ☐ MBASIC ☑ MCOMP ☑ UA

☐ PT/PTT ☐ STREP SCREEN ☐ CKMB ☐ C&S

☑ URINE ☐ BLOOD X2 ☐ THROAT ☐ SPUTUM

ANCILLARY ☐ EKG ☐ ABG

☐ NEBULIZER TREATMENT WITH ______

X-RAY ☐ C-SPINE XT CHEST: ☐ PA/LAT ☐ PORT

☐ T-SPINE ABD: ☐ KUB ☐ FLAT&UPRIGHT

☐ L-SPINE ANKLE: ☐ L ☐ R HIP: ☐ L ☐ R

☐ DATASCOPE ☐ NIBP ☐ SaO2 ☐ HEP LOCK

☐ IV __ @ __ cc/hr ☐ O2 __ L/min ☐ NC/MASK

## PHYSICAL EXAM

[signature] RN 1005

## TREATMENT

✓ ℞. Cipro 500 BID x 2 wk

- ↑ P.O. fluids

✓ F/u

F/u c̄ Dr. Senato c̄ few days

Foley c̄ leg bag

Toradol 60 IM

RESULTS

X-RAY:

EKG:

LABS:

DIAGNOSIS

CONDITION ON DISCHARGE: fair

TIME: DISP: (RELEASED) ADMIT DECEASED

PHYSICIAN'S SIGNATURE: [signature] MD/DO

| Attending Physician | HCIS | Admitting Physician | HCIS | Emergency Room Physician | HCIS |
|---|---|---|---|---|---|
| | | | | Dillard, Morris Stephen | 6543 |
| Primary Care Physician | HCIS | Family Physician | HCIS | Other Physician | |
| | | Snyder, John H | | | |

**ADMISSION / REGISTRATION**

| Date & Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason For Visit | Clerk |
|---|---|---|---|---|---|
| 03/07/02 | EMERGENCY ROOM | | CAR | PROSTATE PROBLEMS | [illegible] |

ER REGISTER — Saint Francis Hospital — 03/07/02 0943

© 1995-99 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

41

Saint Francis Hospital
EMERGENCY PHYSICIAN RECORD
Male Genitourinary Problems (3-5)

TIME SEEN: 1000 ROOM: 7 __ EMS Arrival

HISTORIAN: patient spouse paramedics

__HX / __EXAM LIMITED BY:

HPI

chief complaint: penile discharge, dysuria, testicular pain, urinary retention, blood in urine, foley catheter problem

prostate pain

started: ~ 1 wk

continues in E.D. / __ better / __ intermittent / __ worse

current symptoms:

problems urinating

burning, urgency, pain, hesitancy, frequency, small amounts

unable to urinate (last urinated: ...)

blood in urine / ejaculate

discharge from penis

yellow, clear, thick, thin

pain / swelling in testicle (R / L)

penile pain / swelling

Pain in medial area

__unable to retract/replace foreskin

__inguinal mass

__flank pain (R / L)

__abdominal pain

Social History non-contributory __homosexual

__unprotected intercourse

__known exposure to STD

__Similar symptoms previously

Reviewed by doctor: Snyder ...

ROS

CONST

fever

chills

GI

diarrhea

black / bloody stools

nausea

vomiting

NEURO, EYES, ENT

__headache

__sore throat

__blurred vision

CHEST & CVS

__cough

__trouble breathing

__chest pain

SKIN & LYMPH & MS

__skin rash / swelling

__joint pain

☐ all systems neg. except as marked

PAST HISTORY __negative

__epididymitis

__bladder/kidney infection

__prostate infection

__enlarged prostate

__prostate cancer

__kidney stone(s)

__other problems

Chr- UBP

notation ...

__high blood pressure

__diabetes

insulin, oral meds, diet

__heart disease

ASCVD, MI, angina, CHF

Surgeries/Procedures __none

__appendectomy

__TURP

__lithotripsy

__ureteral / renal stent

__cholecystectomy

__cardiac bypass

__tonsillectomy

Medications __none see nurses note

__NSA __NSAID __acetaminophen

Allergies __NKDA

see nurses note

SOCIAL HX smoker __drugs

alcohol (occasional / heavy / occasional)

FAMILY HX kidney stones

LESTER, CHRISTOPHER W

ATT DR

MR# H000261190 DOB [redacted]/71

ACCT# H02532414407 AGE 30 SEX M

Nursing Assessment Reviewed. BP, HR, RR, Temp reviewed.

PHYSICAL EXAM: Alert Anxious IV

Distress: NAD mild moderate severe

T=tenderness R=rebound m=mild mod=moderate s=severe Example: Tsv indicates severe tenderness.

ABDOMEN
- non-tender
- no organomegaly

- tenderness
- guarding
- rebound
- abnormal bowel sounds
- hepatomegaly /splenomegaly / mass
- distended bladder

GENITALS
- normal inspection
- testicles nml palp.

- urethral discharge
- testicular tenderness ( R / L )
- epididymal tenderness
- circumcised / uncircumcised
- scrotal swelling ( R / L )
- hernia mass ( R / L )
- examined while standing
- herpes-like lesion(s)
- inguinal lymphadenopathy
- hydrocele

Cremasteric Reflexes
RIGHT- absent weak strong LEFT- absent weak strong

HEENT
- ENT nml inspectn
- pharynx nml

- scleral icterus / pale conjunctivae
- pharyngeal erythema
- abnml TM / hearing deficit

NECK
- nml inspection

- thyromegaly
- lymphadenopathy

RESPIRATORY
- no resp. distress
- breath sounds nml

- wheezing
- rales

CVS
- reg. rate & rhythm
- heart sounds nml

- tachycardia / bradycardia / murmur
- decreased pulse(s)

BACK
- normal inspection

- CVA tenderness ( R / L )

RECTAL
- non-tender
- stool nml color

- black / bloody / heme pos. stool
- prostate tenderness
- prostate enlarged / nodule

EXTREMITIES
- non-tender
- normal ROM
- no pedal edema

- pedal edema
- calf tenderness

NEURO/PSYCH
- oriented x3
- mood/affect nml
- CN's nml as tested
- no motor/sensory deficit

- disoriented to person / place / time
- depressed affect
- facial droop/EOM palsy/anisocoria
- weakness / sensory loss

SKIN
- color nml, no rash
- warm, dry

- cyanosis / diaphoresis / pallor

LESTER, CHRISTOPHER W
ATT DR:
MR# H000261390 DOB: [redacted]71
ACCT# H02532414407 AGE: 30 SEX: M

LABS, XRAYS, and PROGRESS:

CBC normal except
WBC
Hgb 16
Hct
Platelets
segs
bands
lymphs 38
monos
eos

Chemistries normal except
Na
K
Cl
CO2
BUN
Creat
Gluc
Ca - 8.7
Mg - 7

Gram Stain of penile discharge:

UA normal except
WBC
RBC's
bacteria
dip:

X-RAYS Interp. by me. Reviewed by me Discsd w/radiologist

IVP nml obstruction L / R stone mm
mild / mod / marked proximal / mid / distal ureter UVJ

TESTICULAR SCAN nml increased / decreased flow

DOPPLER ULTRASOUND nml

EKG MONITOR STRIP NSR Rate

EKG NML Interp. by me Reviewed by me Rate
NSR nml intervals nml axis nml QRS nml ST/T

not / changed from

Time unchanged improved re-examined

Discussed with Dr.
will see patient in office / ED / hospital
Counseled patient / family regarding
lab results diagnosis need for follow-up
Rx given Admit orders written

CRIT CARE- 30-74 min
75-104 min min
Prior records ordered
Additional history from: family caretaker paramedics

CLINICAL IMPRESSION:

Pyelonephritis- acute
Urinary Tract Infection - acute
Cystitis - acute
Urethritis / Gonorrhea - acute
Urinary Retention- acute
Prostatitis- acute

Appendicitis- acute
Testicular Torsion- acute
Orchitis - acute
Epididymitis- acute
Renal Colic- acute ( R / L )
mild mod high-grd obstrctn

CM - UBP

DISPOSITION- home admitted transferred
CONDITION- unchanged improved stable

MD / DO

Patient Name: LESTER.CHRISTOPHER W
Unit #: H000261190
Service/Location: EMERGENCY ROOM
Status: REG ER
Date: 08/01/02
H02532760280

**PATIENT INFORMATION**

Soc Sec No: [redacted]3340 | DOB: [redacted]71 | Age: 30 | Sex: M | MS: M | Race: W | Religion: NONE
Address: P O BOX 1113
DANVILLE.WV 25053 USA ENGLISH
Home Ph: (304)369-6657 County: BOONE
Work Phone:
Occupation:

**GUARANTOR**

LESTER.CHRISTOPHER W SS#: 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
Address: P O BOX 1113
DANVILLE.WV 25053 USA
Home Ph: (304)369-6657 County: BOONE
Relationship to Patient: PATIENT
Work Phone:
Occupation:

**OTHER RESPONSIBLE PARTY / OTHER EMPLOYER**

LESTER.APRIL C SS#:
Address:
Home Ph: 304-369-6657 County:
Relationship to Patient:
BOONE COUNTY COMMISSION
Work Phone:
Occupation:

12842

**PERSON TO NOTIFY**

BROWNING.GINA
Home Phone: (304)369-2152 Work Phone:
Relationship to Patient: SISTER

**NEXT OF KIN**

LESTER.APRIL C
Home Phone: (304)369-6657 Work Phone:
Relationship to Patient: WIFE

**INSURANCE #1**

ACORDIA/PEIA
PO BOX 2451
CHARLESTON. WV 25329-2451
USA
Phone (888)440-7342

Policy # [redacted]9969
Birthdate [redacted]73
Subscriber LESTER.APRIL C
Rel to Pt WIFE
Eff. to
Group 7770 ACORDIA/PEIA

AUTHORIZATION: Precert / Ins Verif / Auth # / Date / Contact

**INSURANCE #2**

Phone
Policy # / Birthdate / Subscriber / Rel to Pt / Eff. to / Group

AUTHORIZATION: Precert / Ins Verif / Auth # / Date / Contact

**INSURANCE #3**

Phone
Policy # / Coverage # / Subscriber / Rel to Pt / Eff. to / Group

AUTHORIZATION: Precert / Ins Verif / Auth # / Date / Contact

**OCCURRENCES**

| Code | Type | Date | Time |
|---|---|---|---|
| 11 | ONSET OF SYMPTOMS/ILLNESS | 08/01/02 | |

**CONDITIONS** — Code Type

**MEDICARE PROGRAM**

Admission Comment
Financial Class 11

**PHYSICIANS**

| Attending Physician | HCIS | Admitting Physician | HCIS | Emergency Room Physician | HCIS |
|---|---|---|---|---|---|
| | | | | Stewart.Edward E Jr. | 6437 |

| Primary Care Physician | HCIS | Family Physician | HCIS | Other Physician |
|---|---|---|---|---|
| SNYDER.JOHN H | 9999 | | | |

**ADMISSION/REGISTRATION**

| Date | Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason For Visit | Clerk |
|---|---|---|---|---|---|---|
| 08/01/02 | 1544 | EMERGENCY ROOM | / | WHE | "TALKING FUNNY. HEAD FUZZY AND PEEING ON SELF" | HERJSS |

REGISTRATION FORM — HCA Saint Francis Hospital — 08/01/02 1559

Kelly Medical Corporati[on]
One Pavilion Drive
Daniels, WV
(304) 763-4253 or 1-800-924-8522 (WV Only)

LESTER, CHRISTOPHER W DOS: 08/01/02
DR: Stewart, Edward E Jr.
MR# H000261190 DOB: 12/23/71
ACCT# H02532760280 AGE: 30 SEX: M

I am aware that I will receive a separate bill for the Physician's service related to my visit at Saint Francis Hospital's Emergency Room. Kelly Medical Corporation will bill for these services.

I will be responsible for any remaining balance not covered by my insurance. If Medicare, Medicaid, my HMO or private insurance deems that the service is not a medical emergency or is some other type of uncovered service, then the bill will be my responsibility.

I have provided the most current and complete insurance information that I have.

Signature: X April Lester - Wife

Date: 8-1-02

Witness: [signature]

If you have any questions regarding this bill, please contact our office at either of the above numbers.

Thank you for choosing Saint Francis Hospital Emergency Room for your medical needs.



LESTER,CHRISTOPHER W DOS: 08/01/02
DR: Stewart Edward E Jr.
MR# H000261190 DOB: [redacted]/71
ACCT# H02532750280 AGE: 30 SEX: M

N-PUBLISHED PATIENT STATUS FORM

I, the undersigned, have had explained to me that my patient record for this visit may be flagged as NON-PUBLISHED on the Clinical Patient Care System computer system. This does not hinder my physician or care givers of the hospital from having access to my record. I further understand that the Admissions and Business Office personnel have access relative to my demographics, insurance and billing data. This only means that my record in Clinical Patient Care System has been flagged as NON-PUBLISHED and the Information Services Department will monitor access to my account.

I understand that if I elect to have my record made NON-PUBLISHED the hospital personnel (Volunteers, switchboard, nursing staff, etc.) will not confirm my admission or presence in the hospital to person(s) who may call to check on my condition or my room number. I also understand that no mail; flowers or deliveries sent to me will be accepted.

---

By my signature below, I am confirming that I understand the above and have stated that I WISH my admission to be flagged as NON-PUBLISHED.

NAME:__________ DATE:__________

WITNESS:__________ DATE:__________

By my signature below I DO NOT WISH to have my admission flagged as NON-PUBLISHED.

NAME: X April Lester-Wife DATE:__________

WITNESS: J Miller DATE: 8-1-02

By my signature below I wish to have my status as NON-PUBLISHED removed from the Clinical Patient Care System computer system.

NAME:__________ DATE:__________

WITNESS:__________ DATE:__________

| Patient | Unit # | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| LESTER,CHRISTOPHER | W000261190 | EMERGENCY ROOM | REG ER | 08/01/02 | H02532760280 |

| Soc Sec No | DOB | Age | Sex | MS | Race | Home Phone | ALLERGIES: |
|---|---|---|---|---|---|---|---|
| [redacted]-3340 | [redacted]/71 | 30 | M | M | W | (304)369-6657 | WEIGHT (kg): LAST TETANUS: LMP |

# PHYSICIAN'S HISTORY

| TIME | TEMP | PULSE | RESP | BP | INIT |
|---|---|---|---|---|---|
| | | | | | |

TIME: CC:

HX CC:

PM HX:

SOC HX: FAM HX:

EYES/ENT:

RESP/CV:

GI/GU:

NEURO:

MS/SKIN:

ENDO/REPRODUCTIVE:

☐ ALL OTHER SYSTEMS REVIEWED & FOUND NEGATIVE

**ORDERS**

LAB. ☐ CBC ☐ AMYLASE ☐ MBASIC ☐ MCOMP ☒ UA

☐ PT/PTT ☐ STREP SCREEN ☐ CKMB ☐ C&S

☐ URINE ☐ BLOOD X2 ☐ THROAT ☐ SPUTUM

ANCILLARY ☐ EKG ☐ ABG

☐ NEBULIZER TREATMENT WITH ________

X-RAY ☐ C-SPINE XT CHEST: ☐ PA/LAT ☐ PORT

☐ T-SPINE ABD: ☐ KUB ☐ FLAT&UPRIGHT

☐ L-SPINE ANKLE: ☐ L ☐ R HIP: ☐ L ☐ R

☒ DATASCOPE ☒ NIBP ☒ SaO2 ☒ HEP LOCK

☐ IV __ @ __cc/hr ☐ O2 __L/min ☐ NC/MASK

# PHYSICAL EXAM

# TREATMENT

- CT Brain no contrast
- cardiac M
- ? 25
- ?
- ABG
- carboxy HgB

RESULTS

X-RAY:

EKG:

LABS:

DIAGNOSIS

CONDITION ON DISCHARGE:

TIME: DISP: RELEASED ADMIT DECEASED

PHYSICIAN'S SIGNATURE: [signature] MD/DO

| Attending Physician | HCIS | Admitting Physician | HCIS | Emergency Room Physician | HCIS |
|---|---|---|---|---|---|
| | | | | Stewart,Edward E Jr. | 5437 |
| Primary Care Physician | HCIS | Family Physician | HCIS | Other Physician | |
| SNYDER JOHN M | 9999 | | | | |

ADMISSION/REGISTRATION

| Date | Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason For Visit | Clerk |
|---|---|---|---|---|---|---|
| 08/01/02 | 1544 | EMERGENCY ROOM | | WHE | "TALKING FUNNY, HEAD FUZZY AND PEEING ON SELF" | HERJSS |

ER ENCOUNTER Saint Francis Hospital 08/01/02 1559

Nursing Assessment Reviewed. BP, HR, RR, Temp reviewed.

**PHYSICAL EXAM** __Alert __Lethargic __Obtunded

Distress __NAD __mild __moderate __severe __Seizing / Apneic

**HEENT**
- __no apprnt trauma
- __ENT inspectn nml
- __pharynx nml
- __airway intact

__scleral icterus / pale conjunctivae
__deprsd gag reflex /poor handling of secretns
__pharyngeal erythema / exudate
__TM erythema/dullness/blood
__tenderness/swelling/echymosis

**NEURO/PSYCH**
*higher functions*
- __alert
- __oriented x3
- __mood/affect nml

__abnormal response to commands
*no response eyes open slow inappropriate*
__abnormal response to pain
*withdraws flexor extensor none*
__aphasic expressive / receptive
__disoriented to time / place / person

*cranial nerves-*
- __normal as tested
- __pupils equal, round, and reactive
- __EOM's intact

__facial palsy (R / L)
*forehead: involved spared*
__tongue deviation ( to R / L )
__EOM palsy
__unequal pupils Miotic (B)
R pupil ___mm L pupil ___mm
__abnormal funduscopic / papilledema

*cerebellar-*
- __normal as tested

__abnormal Romberg / gait / finger-nose test

*peripheral exam-*
- __no motor deficit
- __no sensory deficit
- __reflexes nml

__weakness / hemiparesis / hemiplegia / dyspraxia
__pronator drift (RUE / LUE)
__altered light-touch / pin-prick / 2-pt discrimin.
__Babinski reflex ( R / L )
__asterixis

Reflexes

**NECK**
- __supple
- __non-tender

__cerv. lymphadenopathy
__stiff neck / meningismus
__carotid bruit

**RESPIRATORY**
- __no resp. distress
- __breath sounds nml

__resp. distress
__wheezing
__rales / rhonchi

**CVS**
- __reg. rate, rhythm
- __heart sounds nml

__tachycardia / bradycardia / irreg. irreg. rhythm
__JVD present
__murmur grade ___/6 sys / dias
__gallop ( S3 / S4 )
__decreased pulse(s)

**ABDOMEN**
- __non-tender
- __no organomegaly

__guarding
__hepatomegaly / splenomegaly / mass

**SKIN**
- __color nml, no rash
- __warm, dry

__cyanosis / diaphoresis / pallor
__skin rash

**EXTREMITIES**
- __non tender
- __normal ROM
- __no pedal edema

__pedal edema
__tenderness

Altered Mental Status-45

**LABS, XRAYS, and PROGRESS:**

EKG MONITOR STRIP __NSR __Rate

EKG __NML Interp. by me. Reviewed by me Rate
__NSR __nml intervals __nml axis __nml QRS __nml ST/T

SR

not / changed from:

CXR Interp. by me Reviewed by me Discsd w/radiologist
__nml/NAD __no infiltrates __nml heart size __nml mediastinum

not / changed from:

| CBC | Chemistries | ABG's | UA |
|---|---|---|---|
| normal except | normal except | time: | normal except |
| WBC | Na | LO2 RA | WBC |
| Hgb 16.3 | K | pH | RBC's |
| Hct | Cl 96 | pCO2 | bacteria |
| Platelets | CO2 | pO2 | dip: |
| segs | BUN | | |
| bands | Creat 1.4 | PULSE OX | |
| lymphs | Gluc 112 | time: | |
| monos | | % sat | |
| eos | | | |

Head CT nml old lacunar infarct (R) lentiform nucleus

Treatment IV D50 / IV Narcan Thiamine IV / IM IV Fluids

Intubated __by ED Physician __pre-oxygenated
__versed / valium / ativan __pavulon __succinyl choline __vecuronium
#___ nasal / oral __breath snds equal __position confmd on CXR

Time 5:40 __unchanged __improved __re-examined

ABG 7.49 pCO2 40 pO2 72 RA
CO2 Cr 0.9
UA SG 1.005 (glucose)
Plat (organic)

Discussed with Dr. OBringer
will see patient at: office / ED / hospital
Counseled patient / family regarding: lab results / diagnosis need for follow-up
__Rx given __Admit orders written

__CRIT CARE- 30-74 min
75-104 min
min
__Prior records ordered
__Additional history from: family caretaker paramedics

**CLINICAL IMPRESSION:**

Confusion Stupor Coma
Chronic Dementia
Hypoglycemia / Insulin Reaction
Hypernatremia / Hyponatremia
Volume Depletion
Overdose / Substance Abuse
Alcohol Intoxication

Intracerebral / Subarachnoid Bleed
Subdural / Epidural Hematoma
Seizures / Post-ictal state
CVA (Stroke) / T.I.A.
Sepsis / Meningitis / Encephalitis
Urinary Tract Infection / Pneumonia
Hepatic Encephalopathy

urinary incontinence (radiculopathy vs central)

DISPOSITION- home admitted transferred
CONDITION- unchanged improved stable

MD/DO

LESTER, CHRISTOPHER M 005 08/01/02
DR: Stewart, Edward C. Jr.
MR# H000261190 DOB: [redacted]/71

500688.126.0013

© 1995-99 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

45

# Saint Francis Hospital
## EMERGENCY PHYSICIAN RECORD
### Altered Mental Status (5)

TIME SEEN: 4:06P ROOM: 4 __ EMS Arrival

HISTORIAN: patient __spouse __paramedics

__HX / __EXAM LIMITED BY:

**HPI** **chief complaint:** Decreased Mental Status / Confusion
Low Blood Sugar / Diabetic Fever

**started:** Sunday fell
gradual onset / sudden onset / intermittent / constant
__gone now __better continues in ED

**character of altered mental status:**
disoriented confused agitated trouble concentrating
unresponsive decreased responsiveness seizure activity

**context:**
__nursing home resident / chronic dementia
__found unresponsive / unknown duration
by nursing home staff family
__dextrostick low PTA ( ) __given D50 / Narcan PTA
good / marginal / no response
__recent / heavy alcohol intake (beer / wine / liquor)
last drink:
__drug abuse / overdose

Usually __alert, oriented x3 __alert but confused
__alert but disoriented to time __poor alertness

**associated neuro symptoms:**
__new weakness
• RUE RLE LUE LLE R / L facial general (diffuse)
__altered sensation
• RUE RLE LUE LLE R / L facial
falling / decreased ability to stand/walk
• weak difficult off balance cannot walk cannot stand
__involuntary movements / seizure activity

Usually __walks w/o assistance __uses wheelchair
__uses a cane / walker __stands for transfers
__walks only w/ assistance __bed-ridden
__unable to walk __unable to sit up

Similar symptoms previously
Recently seen/treated by doctor Sun @ Bmh
out CAMC

**ROS**
CONST
__fever
NEURO
headache
__head injury
dizziness
CHEST
__chest pain
__palpitations
__cough
sputum
__trouble breathing
ENDOCRINE (if diabetic)
__change in diet / activity / insulin

EYES-ENT
__trouble w/ vision
__sore throat
__trouble swallowing
GI and GU
__nausea
__vomiting
__abdominal pain
__diarrhea
__black/bloody stools
__trouble urinating
SKIN & LYMPH & MS
__skin rash / swelling
__joint pain
__back\ neck pain
☐ all systems neg. except as marked

**PAST HISTORY** __negative
__diabetes insulin / oral / diet
__seizure disorder
__stroke / TIA
__hepatitis / cirrhosis
__other problems
__angina / MI / CHF
__AIDS/HIV
__asthma / COPD
__hypertension
__GI bleeding
__high cholesterol

Surgeries:
__CABG
__pacemaker
__cholecystectomy
__appendectomy
__hysterectomy
__tonsillectomy

**Medications** __none __see nurses note
__ASA __ibuprofen __acetaminophen

**Allergies** __NKDA
__see nurses note

**SOCIAL HX** __smoker __drug abuse
__history of alcoholism

**FAMILY HX** __stroke __migraines __CAD __HTN

LESTER, CHRISTOPHER W LOS 08/01/02
DR: Stewart, Edward E Jr
MR# H000261190 DOB [redacted]/71
ACCT# H02532760280 AGE: 30 SEX: M



**STYLE OF CASE:**       Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**       C-1-01-428

**PERTAIN TO:**       Christopher Wayne Lester

**FROM:**       Kelly Medical Corporation
1 Pavilion Drive
Daniels, WV  25832
(304) 763-4253

**DELIVER TO:**       Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688126-0015
THROUGH 500688126-0018.

F00982626407
LESTER, CHRISTOPHER W
MR F000334665
KELLY, MICHAEL A
SELF

© 1995-98 E.S.C. Circle positives, check normals, backslash (\) negatives.

Raleigh General Hospital
# EMERGENCY PHYSICIAN RECORD
MVA (5)

TIME SEEN: 1640 ROOM: 8 EMS arrival
HISTORIAN: patient spouse paramedics
__HX / __EXAM LIMITED BY:

**HPI** chief complaint: MVA injury to neck/back

occurred: just PTA

position in vehicle: driver passenger front back

context: 2-car collision overturned vehicle single-car accident (lost control / fell asleep / unknown cause)
Head-on collision

location of pain/injuries:
head face mouth
neck chest abdomen
back upper mid- lower
radiating to R / L thigh / leg

| --right-- | | --left-- | |
|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

severity of pain: mild moderate severe

associated symptoms: lost consciousness / dazed; duration; remembers impact; coming to hospital; seizure

site of impact: "P" = primary "S" = secondary
force: low mod. high; direct glancing

restraints: none lap / shoulder
doesn't recall
car seat
air bag deployed
thrown from vehicle
ambulated at scene
long extrication

ROS [illegible]
headache
double vision/hearing

SOCIAL HISTORY recent ETOH smoker drug abuse

PAST HISTORY __negative
Psych / Anxiety
Low TBR [illegible]

Meds- __none / __see nurses note
Allergies- __NKDA __see nurses note
☐ Nursing Assessment & Vitals Noted. ☐ Tetanus immun. UTD.

**PHYSICAL EXAM** ✓ Alert __Lethargic __Anxious
Distress- ✓ NAD __mild __moderate __severe
✓ c-collar (PTA / in ED) ✓ back-board __IV __splint

Obese [illegible]

**HEAD** ✓ no evidence of trauma | __see diagram; __Battle's sign / Raccoon Eyes

**NECK** __non-tender; __painless ROM; __trachea midline | __see diagram; __vertebral point-tenderness; __muscle spasm / decreased ROM; __pain on movement of neck

Tender [illegible] Ostep [illegible]

**EYES** ✓ PERRL ✓ EOMI | __unequal pupils R- __mm __mm; __EOM entrapment/palsy; __subconjunctival hemorrhage; __pale conjunctivae

**ENT** ✓ nml external inspection; ✓ no dental injury | __hemotympanum; __TM obscured by wax; __clotted nasal blood; __dental injury / malocclusion

**RESP & CVS** ✓ chest non-tender; ✓ breath sounds nml; ✓ heart sounds nml | __see diagram (on reverse); __decreased breath sounds; __wheezing / rales; __splinting / paradoxical movements; __tachycardia

**ABDOMEN** ✓ non-tender; ✓ no organomegaly | __see diagram (on reverse); __rebound tenderness; __mass / organomegaly; __guarding

**GENITAL/RECTAL** __nml genital exam; __nml vaginal exam; __nml rectal exam; __heme neg. stool | __perineal hematoma; __blood at urethral meatus; __decreased rectal tone

**NEURO/PSYCH** ✓ oriented x3; ✓ mood & affect; ✓ CN'S nml as tested; ✓ sensation & motor nml | __confusion / disorientation; __EOM palsy/anisocoria; __facial asymmetry; __unsteady / ataxic gait; __sensory/motor deficit

Reflexes

ER 17

**SKIN**
- intact
- warm, dry

__see diagram
__crepitus / diaphoresis

**BACK**
- __no CVA tenderness
- __no vertebral tenderness

__see diagram
__vertebral point-tenderness
__CVA tenderness
__muscle spasm / limited ROM

**EXTREMITIES**
- atraumatic
- pelvis stable
- hips non-tender
- no pedal edema
- nml ROM

__see diagram
__bony point-tenderness
__painful / unable to bear weight
__pulse deficit

Joint Exam:
__limited ROM / ligamnts laxity / joint effusion

L R L R

T=Tenderness
PtT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion B=Burn
Ø=without m=mild
mod=moderate
s=severe
T++ = Tenderness on palpation (severe)

**PROGRESS:**
pt maintained in ... with ... ... ... C-sp ... L-sp ... [illegible handwriting]

**XRAYS** ☐Interp. by me ☐Reviewed by me ☐Discsd w/radiologist

C-Spine D-Spine LS-Spine
- __nml / NAD
- __no fracture
- __nml alignment
- __soft tissues nml

__reversal/straightening of cerv. lordosis
__DJD / spondylosis / spurring

**CXR**
- __nml/NAD
- __no infiltrates
- __nml heart size
- __nml mediastinum

__rib fracture
__infiltrate / atelectasis

**OTHER** ☐See separate report

Discussed with Dr... CRIT CARE ... Counseled ... Additional history from ... family/caretaker/paramedics ... Rx given ... [illegible]

Wound Description/Repair ... [illegible]

**CLINICAL IMPRESSION:** MVA

| contusion | | | | sprain / strain |
|---|---|---|---|---|
| head | | wrist | R / L | neck dorsal lumbar |
| face | | hand | R / L | |
| chest | | hip | R / L | |
| abdomen | | thigh | R / L | concussion |
| back | | knee | R / L | with LOC w/o LOC |
| shoulder | R / L | leg | R / L | |
| arm | R / L | ankle | R / L | |
| elbow | R / L | foot | R / L | laceration |
| forearm | R / L | | | |

Cervical / Lumbar Strain

DISPOSITION: ☐home ☐admitted ☐transferred
CONDITION: ☐unchanged ☐improved ☐stable

NP / PA

MD / DO

MEDIFAX EDI MULTI-PAYOR NETWORK

MEDIFAX OHV 1.16A
MEDIFAX WV 2.02
JULY 10, 2001/03:57:47 PM

INPUT INFORMATION

SOCIAL SECURITY NUMBER [illegible]
LAST NAME [illegible]
DATE OF SVC [illegible]

ERROR INFORMATION

RH0032 - RECIPIENT NOT ON FILE





LESTER,CHRISTOPHER W
ATT DR
MR# M000261190 DOB [redacted]/71
ACCT# M02532814407 AGE 30 SEX M