# CHRISTOPHER WAYNE LESTER

## 6 OF 14



**MHG**
MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

| | |
|---|---|
| **STYLE OF CASE:** | Michael W. Harris, et al. |
| | vs. |
| | Purdue Pharma L.P., et al. |
| **CASE NO:** | C-1-01-428 |
| **PERTAIN TO:** | Christopher Wayne Lester |
| **FROM:** | Kanawha Valley Radiologists, Inc.<br>1021 Quarrier Street, Room 301<br>Charleston, WV 25301<br>(304) 343-4625 |
| **DELIVER TO:** | Mr. Phillip J. Smith<br>VORYS, SATER, SEYMOUR & PEASE, LLP<br>Atrium Two, Suite 2100<br>221 East Fourth Street<br>Cincinnati, OH 45202 |

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688125-0001
THROUGH 500688125-0002.

THE MARKER-HOFF GROUP, INC

13105 NORTHWEST FREEWAY SUITE 300    HOUSTON TEXAS 77040    (T) 713 460 9070    (F) 713 460 6519    800 264 9070
WWW.MARKER-HOFF.COM

Case No: C-1-01-428

Michael W. Harris                    : Southern District Court
                                     :
vs.                                  : County of Hamilton
                                     :
Purdue Pharma L.P., et al            : State of Ohio

---

Records pertaining to: Christopher Wayne Lester

Custodian of Records For:         Kanawha Valley Radiologists, Inc.

I have conducted a thorough search of our files for the requested records, including but not limited to: patient intake forms and health questionnaires, and/or consent forms, and/or physical examination records, and/or x-rays, and/or pathology slides and/or blocks, and/or all nurses notes and physicians notes, and/or treatment records and reports, and/or prescription records, and/or third-party consultation records, and/or records of treatment at hospitals and other health care providers, and/or test results from outside laboratories, and/or itemized billing records, and/or insurance claims forms, and or personnel records and/or payroll records, and/or academic records, and/or correspondence.

I certify that nothing has been removed from the original file before releasing copies of these records or the originals. The records I am releasing are the original records or exact duplicates of the original records and include each and every record contained in the file on the above-named individual.

AFFIANT

WITNESS

8/18/03

DATE

```
            PATIENT RECEIPT OF SERVICES RENDERED       DATE: 09/18/01

KANAWHA VALLEY RADIOLOGISTS
PO BOX 3426
CHARLESTON      WV 25334
(304) 343-4625.
Tax ID: 55-0516457

CHRISTOPHER W LESTER
PO BOX 1113
DANVILLE        WV 25053

For: CHRISTOPHER W LESTER
Account No.: 102118862

SERVICE  CPT  DESCRIPTION                    CHARGE  PAYMENT  BALANCE
   DATE       DIAGNOSIS : DOCTOR
.......................................................................
01/30/01 73721  MRI LOWER EXTREMITY JOINT     235.00           235.00
                999.9     DAVID ABRAMOWITZ MD
02/26/01 114   PMT-WORKERS COMPENSATION                93.60   141.40
                **LP**    DAVID ABRAMOWITZ MD
02/28/01 214   CR-WORKERS COMPENSATION A              141.40     0.00
                **LP**    DAVID ABRAMOWITZ MD
.......................................................................
```

**500688.125.0001**

```
                PATIENT RECEIPT OF SERVICES RENDERED        DATE: 08/18/03


KANAWHA VALLEY RADIOLOGISTS
PO BOX 3428
CHARLESTON      WV 25334
(304) 343-4625
Tax ID: 55-0516457


CHRISTOPHER W LESTER
P O BOX 1113
DANVILLE        WV 25053


For: CHRISTOPHER W LESTER
Account No.: 2552760280


SERVICE CPT    DESCRIPTION                      CHARGE  PAYMENT   BALANCE
DATE           DIAGNOSIS    DOCTER
.........................................................................
08/01/02 70450 CT HEAD WITHOUT CONTRAST         159.00            159.00
               780.4        JAMES J BAER MD
08/01/02 71020 CHEST                             34.00            193.00
               780.4        JAMES J BAER MD
08/02/02 72100 LUMBAR SPINE LIMITED              40.00            233.00
               724.2        DAVID ABRAMOWITZ MD
08/02/02 93880 DUPLEX SCAN EXTRACRANIAL         126.00            359.00
               433.10       DAVID ABRAMOWITZ MD
08/02/02 93970 DUPLEX BILATERAL EXT VEIN         89.00            448.00
               451.2        DAVID ABRAMOWITZ MD
08/03/02 70553 MRI BRAIN WITH AND WITHOU        320.00            768.00
               435.9        DAVID ABRAMOWITZ MD
08/03/02 72148 MRI LUMBAR SPINE WITHOUT         235.00           1003.00
               724.4        DAVID ABRAMOWITZ MD
08/07/02 76770 ULTRASOUND RETROPERITONEA        120.00           1123.00
               999.9        DAVID ABRAMOWITZ MD
09/03/02 114   PAT-WORKERS COMPENSATION                   57.96  1065.04
               **LP**       DAVID ABRAMOWITZ MD
09/03/02 214   CR-WORKERS COMPENSATION A                 135.04   930.00
               **LP**       DAVID ABRAMOWITZ MD
09/03/02 114   PAT-WORKERS COMPENSATION                 141.16   788.84
               **LP**       DAVID ABRAMOWITZ MD
09/03/02 214   CR-WORKERS COMPENSATION A               218.84   570.00
               **LP**       DAVID ABRAMOWITZ MD
09/03/02 114   PAT-WORKERS COMPENSATION                 81.48   488.52
               **LP**       DAVID ABRAMOWITZ MD
09/03/02 214   CR-WORKERS COMPENSATION A               153.52   335.00
               **LP**       DAVID ABRAMOWITZ MD
09/09/02 114   PAT-WORKERS COMPENSATION                111.72   223.28
               **LP**       DAVID ABRAMOWITZ MD
09/09/02 214   CR-WORKERS COMPENSATION A               223.28     0.00
               **LP**       DAVID ABRAMOWITZ MD
.........................................................................
```

500688.125.0002



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

| | |
|---|---|
| **STYLE OF CASE:** | Michael W. Harris, et al. |
| | vs. |
| | Purdue Pharma L.P., et al. |
| **CASE NO:** | C-1-01-428 |
| **PERTAIN TO:** | Christopher Wayne Lester |
| **FROM:** | Boone Memorial Hospital (Patient Accounts) 701 Madison Avenue Madison, WV 25130 (304) 369-1230 |
| **DELIVER TO:** | Mr. Phillip J. Smith VORYS, SATER, SEYMOUR & PEASE, LLP Atrium Two, Suite 2100 221 East Fourth Street Cincinnati, OH 45202 |

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688028-0001 THROUGH 500688028-0041.

```
08/21/03                BOONE MEMORIAL HOSPITAL                        PAGE  1
08:39 Thursday          PATIENT ACCOUNT DETAIL 006600 LESTER CHRISTOPHER WAY    H5ARDET


                        BOONE MEMORIAL HOSPITAL
                        701 MADISON AVE
                        MADISON    WV 25130
                        PHONE: 304-369-1230 TAX ID#: 550477361


PATIENT---------------------------     BILLING INFORMATION-----------
 1 NUM/NAME-: 006600 LESTER CHRISTOPHER WAY    16 CREDIT----:           HOSP DRG..:
 2 SEX-----: M                                 17 BILL------:           FINAL DRG.:
 3 BIRTH----: 12/23/1971                       18 CYCLE-----: 1
 4 DOCTOR---: 005000 DT ROSENDO                19 STAY TYPE-: 3  E/R
 5 MARITAL--: M                                20 SERVICE---: E
 6 SOC.SEC.-: 233153340                        21 INSURANCE-: WB  WORKMAN'S COMPENSATION  -O/P


GUARANTOR---------------------------    ADMISSION---------------------
10 NAME----: LESTER CHRISTOPHER WA      22 DATE------: 6/02/03
11 ADDRESS-1: PO BOX 1113               23 CODE------: E
12 ADDRESS-2:
13 CITY/ST--: DANVILLE       WV         DISCHARGE---------------------
14 ZIP------: 25053                     25 DATE------: 6/02/03    DAY STAY
15 PHONE----: 3043696657                26 CODE------: H


 A/R    SERV   TYPE   CHG/REC                                                          MED
 DATE   DATE   TRAN CODE  NUMBER  QTY DESCRIPTION                  CHARGE    CREDIT  NECESSARY CPT
-----------------------------------------------------------------------------------------------
06/02/03        CHG  320  4080000   1 =>X-RAY ORDER<=                 .00
06/02/03        CHG  320  4000548   1 XR HIP COMP RT               95.00                   73510
06/02/03        CHG  320  4000550   1 XR FEMUR 2 VIEWS RT          69.00                   73550
06/03/03 06/02/03 CHG 250 12012098  1 HYDROCODONE/APAP TAB : 5-500MG BULK  1.27
06/04/03                               ED VISIT LEVE
06/04/03 06/02/03 CHG 981 30080003  1 ED VISIT LEVEL III          85.00                   99283
06/04/03 06/02/03 CHG 450 1538299   1 ER FACILITY FEE-INTERMEDI  114.00                   99283


                        AR BALANCE.......................................364.27
```

500688.028.0001

08/21/03                    BOONE MEMORIAL HOSPITAL                              PAGE  2
08:39 Thursday              PATIENT ACCOUNT DETAIL 006600 LESTER CHRISTOPHER WAY   HSARDET

                            BOONE MEMORIAL HOSPITAL
                            701 MADISON AVE
                            MADISON    WV 25130
                            PHONE: 304-369-1230 TAX ID#: 550477361

***************** CHARGE SUMMARY *****************
SUMMARY                                                 DAYS MED-
  CODE   DESCRIPTION                    AMOUNT  DAYS  NECESSARY   UNITS

  36     EMERG ROOM                     114.00                    1.00
  77     RADIOLOGY                      164.00                    3.00
  78     PHARMACY                         1.27                    1.00
  SL     PROF FEES-E/R                   85.00                    1.00
                          TOTAL CHARGES.............364.27
                          TOTAL ADJUSTMENTS...........0.00
                          LESS PAYMENTS...............0.00
                          AR BALANCE................364.27

500688.028.0002

```
08/21/03                    BOONE MEMORIAL HOSPITAL                          PAGE  1
08:39 Thursday              PATIENT ACCOUNT DETAIL 003370 LESTER CHRISTOPHER WAY   HSARDET

                           BOONE MEMORIAL HOSPITAL
                           701 MADISON AVE
                           MADISON    WV 25130
                           PHONE: 304-369-1230 TAX ID#: 550477361
```

```
PATIENT--------------------------         BILLING INFORMATION-----------
 1 NUM/NAME-: 003370 LESTER CHRISTOPHER WAY   16 CREDIT----:              HOSP DRG..:
 2 SEX------: M                               17 BILL------:              FINAL DRG.:
 3 BIRTH----: 12/23/1971                      18 CYCLE-----: 2
 4 DOCTOR---: 009900 MISCELLANE               19 STAY TYPE-: 2   O/P
 5 MARITAL--: M                               20 SERVICE---: X
 6 SOC.SEC.-: 233153340                       21 INSURANCE-: DB  PEIA/ACORDIA      -O/P

GUARANTOR----------------------           ADMISSION---------------------
10 NAME----: LESTER APRIL CARROLL           22 DATE------: 5/02/03
11 ADDRESS-1: PO BOX 1083                    23 CODE------: N
12 ADDRESS-2:
13 CITY/ST--: DANVILLE     WV               DISCHARGE---------------------
14 ZIP------: 25053                          25 DATE------: 5/02/03     DAY STAY
15 PHONE----: 3043691613                     26 CODE------: H
```

```
 A/R    SERV  TYPE    CHG/REC                                                      MED
 DATE   DATE  TRAN CODE  NUMBER  QTY DESCRIPTION             CHARGE    CREDIT  NECESSARY CPT
--------------------------------------------------------------------------------------------
05/02/03       CHG  320  4080004  1 =>US ORDER<=              .00
05/02/03       CHG  402  4500203  1 US GALLBLADDER ULTRASOUND  246.00                   76705
05/02/03       CHG  320  4080000  1 =>X-RAY ORDER<=           .00
05/02/03       CHG  320  4000568  1 XR UPPER GI WITHOUT KUB    165.00                   74240
06/16/03       PAY        17748    DB PEIA/ACORDIA    -O/P            411.00
06/17/03       PAY               MB MEDICARE        -O/P              .00

              AR BALANCE.........................................0.00
```

500688.028.0003

```
08/21/03                    BOONE MEMORIAL HOSPITAL                              PAGE  2
08:39 Thursday              PATIENT ACCOUNT DETAIL 003370 LESTER CHRISTOPHER WAY  H5ARDET


                            BOONE MEMORIAL HOSPITAL
                            701 MADISON AVE
                            MADISON      WV 25130
                            PHONE: 304-369-1230 TAX ID#: 550477361


****************** CHARGE SUMMARY ******************
SUMMARY                                              DAYS MED-
  CODE  DESCRIPTION                 AMOUNT  DAYS  NECESSARY   UNITS

  71    ULTRASOUND                  246.00                    1.00
  77    RADIOLOGY                   165.00                    3.00
                       TOTAL CHARGES.....:...411.00
                       TOTAL ADJUSTMENTS.........0.00
                       LESS PATIENTS...........411.00
                       AR BALANCE................0.00
```

500688.028.0004

BOONE MEMORIAL HOSPITAL
701 MADISON AVE
MADISON          WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #    0015830                 PATIENT'S #    0735562

LESTER APRIL CARROLL                     LESTER CHRISTOPHER WAYNE
PO BOX 1083                              PO BOX 1113
DANVILLE          WV 25053               DANVILLE          WV 250531113

DATE ADMITTED : 07/28/02                 DATE DISMISSED : 07/28/02

PRIMARY INSURER   : COMP/UB              POLICY #████████9969
SECONDARY INSURER : COMP/PRO FEE         POLICY #████████9969

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
            MED/SURG SUPPLY                 34.51
            IV SOLUTIONS                   107.64
            EMERGENCY ROOM                 373.00
            LABORATORY                     446.00
            EKG                            142.00
            CT SCAN                        562.00
            PHARMACY                         5.56
            RURAL HEALTH CL                256.00
                                      ============
            TOTAL CHARGES                1,926.71
            TOTAL RECEIPTS               1,337.50-
            TOTAL ADJUSTMENTS              589.21-
                                      ============
            BALANCE DUE                       .00
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0005

AUGUST 21, 2003

GUARANTOR'S #   0015830          PATIENT'S #   0735562
LESTER APRIL CARROLL             LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 07/28/02         DATE DISMISSED : 07/28/02

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | QTY | AMOUNT |
|----------|----------|---------|------|-------------|-----|--------|
| 07/28/02 | CHARGE | 0050055 | 04 | BED PAN DISPOSABLE | 1 | 6.00 |
| 07/28/02 | CHARGE | 0050220 | 04 | FOLEY CATH TRAY 18FR. | 1 | 27.25 |
| 07/28/02 | CHARGE | 0050400 | 04 | RAZOR | 1 | 1.26 |
| 07/28/02 | CHARGE | 0058299 | 06 | ER FACILITY FEE-HIGH COMP | 1 | 373.00 |
| 07/28/02 | CHARGE | 0009015 | 08 | CBC AUTOMATED DIFF | 1 | 59.00 |
| 07/28/02 | CHARGE | 0080054 | 08 | COMPREHENSIVE PANEL | 1 | 231.00 |
| 07/28/02 | CHARGE | 0082949 | 08 | GLUCOSE,WBG REAGENT STRIP | 1 | 36.00 |
| 07/28/02 | CHARGE | 0000101 | 08 | DRUG TEST PHENCYCLIDINE | 1 | 15.00 |
| 07/28/02 | CHARGE | 0000102 | 08 | DRUG TEST BENZODIAZEPINES | 1 | 15.00 |
| 07/28/02 | CHARGE | 0000103 | 08 | DRUG TEST COCAINE (SVI) | 1 | 15.00 |
| 07/28/02 | CHARGE | 0000104 | 08 | DRUG TEST AMPHETAMINES | 1 | 15.00 |
| 07/28/02 | CHARGE | 0000105 | 08 | DRUG TEST THC (SVI) | 1 | 15.00 |
| 07/28/02 | CHARGE | 0000106 | 08 | DRUG TEST OPIATES (SVI) | 1 | 15.00 |
| 07/28/02 | CHARGE | 0000107 | 08 | DRUG TEST BARBITURATES | 1 | 15.00 |
| 07/28/02 | CHARGE | 0000108 | 08 | DRUG TEST TCA | 1 | 15.00 |
| 07/28/02 | CHARGE | 0000240 | 10 | EKG-STAT & EMERGENCY ROOM | 1 | 142.00 |
| 07/28/02 | CHARGE | 0070450 | 16 | CAT-HEAD WO CONTRAST | 1 | 562.00 |
| 07/28/02 | CHARGE | 0099285 | 43 | PROFESSIONAL FEE-HIGH COM | 1 | 238.00 |
| 07/28/02 | CHARGE | 0093042 | 43 | ECG INTERP & REPORT ONLY | 1 | 18.00 |
| 07/29/02 | CHARGE | 0012429 | 05 | IV START PACK | 1 | 8.00 |
| 07/29/02 | CHARGE | 0010214 | 05 | CLEAR CATH 20G X 1 1/4 | 1 | 4.60 |
| 07/29/02 | CHARGE | 0010974 | 05 | J-LOOP IV CONNECTOR SET | 1 | 13.00 |
| 07/29/02 | CHARGE | 0011595 | 05 | PUMP SET NO FILTER 2C6537 | 1 | 35.40 |
| 07/29/02 | CHARGE | 0010797 | 05 | PUMP CHARGE | 1 | 20.00 |
| 07/29/02 | CHARGE | 0011769 | 05 | SOD CHL 0.9% 1000ML BAG | 1 | 26.64 |
| 07/29/02 | CHARGE | 0010294 | 20 | SOD CHL 5ML 0.9% FLUSH | 1 | 5.56 |
| 12/10/02 | RECEIPT | CHECK | | COMP/UB        00290018  08 | | 79.24- |
| 12/10/02 | RECEIPT | CHECK | | COMP/UB        00290019  08 | | 1,090.26- |
| 12/10/02 | ADJUST | | | COMPENSATION OP   PER 'REC' | | 33.96- |
| 12/10/02 | ADJUST | | | COMPENSATION OP   PER 'REC' | | 485.25- |
| 01/07/03 | RECEIPT | CHECK | | COMP/UB        00294453  08 | | 168.00- |
| 01/07/03 | ADJUST | | | COMPENSATION OP   PER 'REC' | | 88.00- |
| 03/31/03 | ADJUST | | | COMPENSATION OP | | 18.00- |

==========
.00

500688.028.0006

DATE : 08/21/03  08:39    PATIENT BILL LETTER SUMMARY       PBILL 2.19  PAGE    1

        File Selection   : CURRENT & HISTORY PATIENTS

        Print Method     : SELECT BY PATIENT NAME

| FINANCIAL TYPE | PATIENTS | TOTAL AMOUNT |
|---|---|---|
| 1  SELF PAY | 2 | .00 |
| 6  WORK COMP | 10 | .00 |
|    INVALID TYPE | 3 | 177.06 |
| | ======== | =============== |
| | 15 | 177.06 |

| TYPE OF SERVICE | PATIENTS | TOTAL AMOUNT |
|---|---|---|
| 01 EMERGENCY ROOM | 4 | 25.00 |
| 02 OUT-PATIENT | 2 | .00 |
| 04 IN-PATIENT | 1 | 85.00 |
| 10 PHYSICAL THER | 6 | .00 |
| 16 ER/RHC NON-GOV | 2 | 67.06 |
| | ======== | =============== |
| | 15 | 177.06 |

500688.028.0007

BOONE MEMORIAL HOSPITAL
701 MADISON AVE
MADISON            WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #    0009467              PATIENT'S #    0692388

LESTER CHRISTOPHER WAYNE              LESTER CHRISTOPHER WAYNE
PO BOX 1113                           PO BOX 1113
DANVILLE          WV 25053-1113       DANVILLE              WV 250531113

DATE ADMITTED : 05/22/01              DATE DISMISSED : 05/22/01

PRIMARY INSURER   : COMP/UB           POLICY # ████3340

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
        EMERGENCY ROOM              114.00
        PHARMACY                     11.00
                                ============
        TOTAL CHARGES               125.00
        TOTAL RECEIPTS              125.00-
                                ============
        BALANCE DUE                    .00
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0008

AUGUST 21, 2003

GUARANTOR'S #    0009467                PATIENT'S #    0692388
LESTER CHRISTOPHER WAYNE               LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 05/22/01                DATE DISMISSED : 05/22/01

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | QTY | AMOUNT |
|----------|----------|---------|------|-------------|-----|--------|
| 05/22/01 | CHARGE | 0038299 | 06 | ER FACILITY FEE-INTERMEDI | 1 | 114.00 |
| 05/23/01 | CHARGE | 0010451 | 20 | DEMEROL 50MG CARPUJECT | 1 | 5.50 |
| 05/23/01 | CHARGE | 0010835 | 20 | HYDROXYZINE 50MG 1ML VIAL | 1 | 5.50 |
| 06/29/01 | RECEIPT | CHECK | | COMP/UB          00214706 | 08 | 125.00- |

.00

500688.028.0009

BOONE MEMORIAL HOSPITAL
701 MADISON AVE
MADISON          WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #    0009467          PATIENT'S #    0702701

LESTER CHRISTOPHER WAYNE          LESTER CHRISTOPHER WAYNE
PO BOX 1113                       PO BOX 1113
DANVILLE          WV 25053-1113   DANVILLE          WV 250531113

DATE ADMITTED : 09/05/01          DATE DISMISSED : 09/05/01

PRIMARY INSURER   : COMP/PRO FEE          POLICY # 2█████8340
SECONDARY INSURER : COMP/UB               POLICY # 2█████8340

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
        EMERGENCY ROOM                  114.00
        RADIOLOGY                       216.00
        PHARMACY                          2.00
                                    ============
        TOTAL CHARGES                   332.00
        TOTAL RECEIPTS                  332.00-
                                    ============
        BALANCE DUE                        .00
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0010

AUGUST 21, 2003

GUARANTOR'S #   0009467          PATIENT'S #   0702701
LESTER CHRISTOPHER WAYNE         LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 09/05/01          DATE DISMISSED : 09/05/01

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | | QTY | AMOUNT |
|----------|----------|---------|------|-------------|--|-----|--------|
| 09/05/01 | CHARGE | 0038299 | 06 | ER FACILITY FEE-INTERMEDI | | 1 | 114.00 |
| 09/05/01 | CHARGE | 0000600 | 11 | LUMBAR SPINE OBLIQUES | | 1 | 121.00 |
| 09/05/01 | CHARGE | 0000548 | 11 | HIP, COMPLETE,MIN 2 VIEWS | | 1 | 95.00 |
| 09/06/01 | CHARGE | 0012472 | 20 | HYDROCODONE/APAP TABLET | | 2 | 2.00 |
| 10/18/01 | RECEIPT | CHECK | | COMP/UB | 00231449 | 08 | 116.00- |
| 11/09/01 | RECEIPT | CHECK | | COMP/UB | 00235422 | 08 | 216.00- |

===========
.00

500688.028.0011

BOONE MEMORIAL HOSPITAL
701 MADISON AVE
MADISON            WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #    0009467              PATIENT'S #    0674824

LESTER CHRISTOPHER WAYNE              LESTER CHRISTOPHER WAYNE
PO BOX 1113                          PO BOX 1113
DANVILLE          WV 25053-1113       DANVILLE          WV 250531113

DATE ADMITTED : 11/30/00              DATE DISMISSED : 12/04/00

PRIMARY INSURER   : PEIA/ACORDIA      POLICY #████9969

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
          ROUTINE SVC-HOS              1,340.00
          MED/SURG SUPPLY                 22.91
          IV SOLUTIONS                    25.60
          EMERGENCY ROOM                 114.00
          LABORATORY                      30.00
          RADIOLOGY                      570.00
          RESP THERAPY                    81.00
          PHARMACY                       700.57
          OXYGEN                         301.00
          RURAL HEALTH CL                 85.00
                                    ============
          TOTAL CHARGES                3,270.08
          TOTAL RECEIPTS               2,353.70-
          TOTAL ADJUSTMENTS              831.38-
                                    ============
          BALANCE DUE                     85.00
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0012

AUGUST 21, 2003

GUARANTOR'S #    0009467                 PATIENT'S #    0674824
LESTER CHRISTOPHER WAYNE                 LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 11/30/00                 DATE DISMISSED : 12/04/00

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | QTY | AMOUNT |
|----------|----------|---------|------|-------------|-----|--------|
| 11/30/00 | CHARGE | 0001002 | 01 | PRIVATE ROOM 21 22 | 1 | 335.00 |
| 11/30/00 | CHARGE | 0038279 | 06 | ER FACILITY FEE-INTERMEDI | 1 | 114.00 |
| 11/30/00 | CHARGE | 0000506 | 11 | CERVICAL SPINE OBLIQUES | 1 | 119.00 |
| 11/30/00 | CHARGE | 0000598 | 11 | THORACIC SPINE, 3 VIEWS | 1 | 69.00 |
| 11/30/00 | CHARGE | 0000600 | 11 | LUMBAR SPINE OBLIQUES | 1 | 121.00 |
| 11/30/00 | CHARGE | 0071110 | 11 | RIBS, BILATERAL, 3 VIEWS | 1 | 150.00 |
| 11/30/00 | CHARGE | 0099283 | 43 | PROFESSIONAL FEE-INTERMED | 1 | 85.00 |
| 12/01/00 | CHARGE | 0001002 | 01 | PRIVATE ROOM 21 22 | 1 | 335.00 |
| 12/01/00 | CHARGE | 0012429 | 05 | IV START PACK | 1 | 8.00 |
| 12/01/00 | CHARGE | 0010214 | 05 | CLEAR CATH 20G X 1 1/4 | 1 | 4.60 |
| 12/01/00 | CHARGE | 0010974 | 05 | J-LOOP IV CONNECTOR SET | 1 | 13.00 |
| 12/01/00 | CHARGE | 0012753 | 20 | DEMEROL CARPUJECT 75MG | 1 | 5.50 |
| 12/01/00 | CHARGE | 0013289 | 20 | KETOROLAC TRMTH 30MG/ML | 2 | 65.28 |
| 12/01/00 | CHARGE | 0010835 | 20 | HYDROXYZINE 50MG 1ML VIAL | 1 | 3.50 |
| 12/01/00 | CHARGE | 0010294 | 20 | SOD CHL 5ML 0.9% FLUSH | 1 | 5.56 |
| 12/01/00 | CHARGE | 0000410 | 39 | OXYGEN PER HR MINUMUM | 8 | 104.00 |
| 12/02/00 | CHARGE | 0001002 | 01 | PRIVATE ROOM 21 22 | 1 | 335.00 |
| 12/03/00 | CHARGE | 0001002 | 01 | PRIVATE ROOM 21 22 | 1 | 335.00 |
| 12/03/00 | CHARGE | 0050030 | 04 | AQUA PAK 340 | 1 | 12.01 |
| 12/03/00 | CHARGE | 0050088 | 04 | CANNULA | 1 | 5.00 |
| 12/03/00 | CHARGE | 0050515 | 04 | TOOTHPASTE | 1 | 1.00 |
| 12/03/00 | CHARGE | 0050516 | 04 | TOOTHBRUSH | 1 | 2.65 |
| 12/03/00 | CHARGE | 0050828 | 04 | BASIN, WASH | 1 | 2.25 |
| 12/03/00 | CHARGE | 0001152 | 11 | PORTABLE CHEST XRAY | 1 | 111.00 |
| 12/03/00 | CHARGE | 0000439 | 14 | AEROSOL TREATMENT | 1 | 27.00 |
| 12/03/00 | CHARGE | 0000406 | 39 | OXYGEN PER DAY-MAX | 1 | 197.00 |
| 12/04/00 | CHARGE | 0081000 | 08 | URINALYSIS, MICRO-RP | 1 | 30.00 |
| 12/04/00 | CHARGE | 0000439 | 14 | AEROSOL TREATMENT | 2 | 54.00 |
| 12/07/00 | CHARGE | 0013254 | 20 | OXYCONTIN 20MG UD | 12 | 120.48 |
| 12/07/00 | CHARGE | 0013086 | 20 | OXYCONTIN 10MG UD | 28 | 146.72 |
| 12/07/00 | CHARGE | 0012847 | 20 | AMITRIPTYLINE 25MG UD TAB | 4 | 4.00 |
| 12/07/00 | CHARGE | 0012827 | 20 | PAXIL 20MG TAB | 8 | 79.36 |
| 12/07/00 | CHARGE | 0010554 | 20 | DOCUSATE SOD 100MG CAP | 7 | 7.00 |
| 12/07/00 | CHARGE | 0012830 | 20 | LORAZEPAM 0.5MG UD | 8 | 20.56 |
| 12/07/00 | CHARGE | 0010710 | 20 | CYCLOBENZAPRINE 10MG TAB | 10 | 38.80 |
| 12/07/00 | CHARGE | 0012416 | 20 | ZITHROMAX 250MG CAP | 3 | 69.21 |
| 12/07/00 | CHARGE | 0010451 | 20 | DEMEROL 50MG CARPUJECT | 12 | 66.00 |
| 12/07/00 | CHARGE | 0012641 | 20 | DEMEROL 25MG CARPUJECT | 2 | 11.00 |
| 12/07/00 | CHARGE | 0010294 | 20 | SOD CHL 5ML 0.9% FLUSH | 10 | 55.60 |
| 02/05/01 | RECEIPT | CHECK | | PEIA/ACORDIA    00192618    RK | | 21853.70 |
| 02/05/01 | ADJUST | | | PEIA I/P CO ADJ  PER  REC | | 831.98- |

85.00

500688.028.0013

BOONE MEMORIAL HOSPITAL
701 MADISON AVE
MADISON          WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #    0009467          PATIENT'S #   0665938

LESTER CHRISTORHER WAYNE          LESTER CHRISTOPHER WAYNE
PO BOX 1113                       PO BOX 1113
DANVILLE          WV 25053-1113   DANVILLE          WV 250531113

DATE ADMITTED : 09/12/00          DATE DISMISSED : 09/12/00

PRIMARY INSURER   : COMP/PRO FEE          POLICY #      8340
SECONDARY INSURER : COMP/UB               POLICY #      8340

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
CT SCAN                    1,757.00
                           ============

TOTAL CHARGES              1,757.00
TOTAL RECEIPTS               900.00-
TOTAL ADJUSTMENTS            857.00-
                           ============

BALANCE DUE                     .00
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.   YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0014

AUGUST 21, 2003

GUARANTOR'S #  0009467          PATIENT'S #  0665938
LESTER CHRISTOPHER WAYNE        LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 09/12/00          DATE DISMISSED : 09/12/00

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | | QTY | AMOUNT |
|----------|----------|---------|------|-------------|---|-----|--------|
| 09/12/00 | CHARGE | 0072141 | 16 | MRI CERVICAL | | 1 | 874.00 |
| 09/12/00 | CHARGE | 0072148 | 16 | MRI LUMBAR SPINE | | 1 | 883.00 |
| 02/02/01 | RECEIPT | CHECK | | COMP/PRO FEE | 00191602 H8 | | 900.00- |
| 02/02/01 | ADJUST | | | COMPENSATION OP | PER 'REC' | | 857.00- |

.00

500688.028.0015

BOONE MEMORIAL HOSPITAL
701 MADISON AVE
MADISON              WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #    0009467          PATIENT'S #    0665937

LESTER CHRISTOPHER WAYNE          LESTER CHRISTOPHER WAYNE
PO BOX 1113                       PO BOX 1113
DANVILLE          WV 25053-1113   DANVILLE          WV 250531113

DATE ADMITTED : 09/01/00          DATE DISMISSED : 09/30/00

PRIMARY INSURER   : COMP/PRO FEE       POLICY #      8340
SECONDARY INSURER : COMP/UB            POLICY #      7340

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

              PHYSICAL THER          123.00
                                 ============
              TOTAL CHARGES          123.00
              TOTAL RECEIPTS          75.34-
              TOTAL ADJUSTMENTS       47.66-
                                 ============
              BALANCE DUE               .00

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0016

AUGUST 21, 2003

GUARANTOR'S # 0009467                    PATIENT'S # 0665937
LESTER CHRISTOPHER WAYNE               LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 09/01/00               DATE DISMISSED : 09/30/00

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | QTY | AMOUNT |
|----------|----------|---------|------|-------------|-----|--------|
| 09/06/00 | CHARGE | 0000038 | 15 | ICE OR COLD PACKS | 2 | 82.00 |
| 09/06/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 41.00 |
| 05/10/01 | RECEIPT | CHECK | | COMP/PRO FEE    00207481 | HB | 75.34- |
| 05/10/01 | ADJUST | | | COMPENSATION OP  PER 'REC' | | 47.66- |

.00

500688.028.0017

BOONE MEMORIAL HOSPITAL
701 MADISON AVE
MADISON          WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #    0009467              PATIENT'S #    0665937

LESTER CHRISTOPHER WAYNE              LESTER CHRISTOPHER WAYNE
PO BOX 1113                           PO BOX 1113
DANVILLE          WV 25053-1113       DANVILLE          WV 250531113

DATE ADMITTED : 08/31/00              DATE DISMISSED : 08/31/00

PRIMARY INSURER   : COMP/PRO FEE           POLICY # ████3340
SECONDARY INSURER : COMP/UB                POLICY # ████3340

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
               PHYSICAL THER            204.00
                                        ============
               TOTAL CHARGES            204.00
               TOTAL RECEIPTS           161.84-
               TOTAL ADJUSTMENTS         42.16-
                                        ============
               BALANCE DUE                 .00
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0018

AUGUST 21, 2003

GUARANTOR'S #   0009467
LESTER CHRISTOPHER WAYNE

PATIENT'S #   0665937
LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 08/31/00

DATE DISMISSED : 08/31/00

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | QTY | AMOUNT |
|----------|----------|---------|------|-------------|-----|--------|
| 08/31/00 | CHARGE | 0000017 | 15 | ORTHOPEDIC ASSESSMENT | 1 | 76.00 |
| 08/31/00 | CHARGE | 0000035 | 15 | HOT PACKS | 1 | 41.00 |
| 08/31/00 | CHARGE | 0000038 | 15 | ICE OR COLD PACKS | 1 | 41.00 |
| 08/31/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 1 | 46.00 |
| 05/10/01 | RECEIPT | CHECK | | COMP/PRO FEE    00207480 | H9 | 161.84- |
| 05/10/01 | ADJUST | | | COMPENSATION OP  PER 'REC' | | 42.16- |

==========
.00

500688.028.0019

BOONE MEMORIAL HOSPITAL
701 MADISON AVE
MADISON          WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #    0009467          PATIENT'S #    0665935

LESTER CHRISTOPHER WAYNE          LESTER CHRISTOPHER WAYNE
PO BOX 1113                       PO BOX 1113
DANVILLE         WV 25053-1113    DANVILLE        WV 250531113

DATE ADMITTED : 08/30/00          DATE DISMISSED : 08/30/00

PRIMARY INSURER    : COMP/UB      POLICY #    ████3340
SECONDARY INSURER : COMP/PRO FEE  POLICY #    ████3340

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
     RADIOLOGY                       133.00
                                  ============
     TOTAL CHARGES                   133.00
     TOTAL RECEIPTS                  133.00-
                                  ============
     BALANCE DUE                        .00
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0020

AUGUST 21, 2003

GUARANTOR'S #    0009467
LESTER CHRISTOPHER WAYNE

PATIENT'S #    0665935
LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 08/30/00

DATE DISMISSED : 08/30/00

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | QTY | AMOUNT |
|----------|----------|---------|------|-------------|-----|--------|
| 08/30/00 | CHARGE | 0071100 | 11 | RIBS, UNILATERAL, 2 VIEWS | 1 | 67.00 |
| 08/30/00 | CHARGE | 0073050 | 11 | ACROMIOCLAVICULAR JTS BIL | 1 | 46.00 |
| 02/02/01 | RECEIPT | CHECK | | COMP/UB            00191601 | 08 | 133.00- |

.00

500688.028.0021

```
                    BOONE MEMORIAL HOSPITAL
                    701 MADISON AVE
                    MADISON          WV 25130
                    (304)369-1230
```

AUGUST 21, 2003

GUARANTOR'S #    0009467              PATIENT'S #    0663721

LESTER CHRISTOPHER WAYNE             LESTER CHRISTOPHER WAYNE
PO BOX 1113                          PO BOX 1113
DANVILLE          WV 25053-1113      DANVILLE          WV 250531113

DATE ADMITTED : 08/04/00             DATE DISMISSED : 08/04/00

PRIMARY INSURER  : PEIA/ACORDIA          POLICY #      9969

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
                    EMERGENCY ROOM              145.00
                    LABORATORY                   53.00
                    PHARMACY                    144.42
                                            =============
                    TOTAL CHARGES               342.42
                    TOTAL RECEIPTS              195.86-
                    TOTAL ADJUSTMENTS           121.56-
                                            =============
                    BALANCE DUE                  25.00
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.   YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0022

AUGUST 21, 2003

GUARANTOR'S #   0009467                    PATIENT'S #   0663721
LESTER CHRISTOPHER WAYNE                   LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 08/04/00                   DATE DISMISSED : 08/04/00

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | QTY | AMOUNT |
|----------|----------|---------|------|-------------|-----|--------|
| 08/04/00 | CHARGE | 0048299 | 06 | ER FACILITY FEE-EXTENDED | 1 | 145.00 |
| 08/04/00 | CHARGE | 0087083 | 08 | STREP SCREEN | 1 | 53.00 |
| 08/07/00 | CHARGE | 0011689 | 20 | ROCEPHIN 1GM VIAL | 1 | 133.88 |
| 08/07/00 | CHARGE | 0012131 | 20 | XYLOCAINE 1% 20ML VIAL | 1 | 9.44 |
| 08/07/00 | CHARGE | 0012790 | 20 | ACETAMINOPHEN 325MG TAB | 1 | 1.00 |
| 02/14/01 | RECEIPT | CHECK | | PEIA/ACORDIA       00193723  RK | | 195.86- |
| 02/14/01 | ADJUST | | | PEIA O/P CON AD  PER 'REC' | | 121.56- |

25.00

500688.028.0023

BOONE MEMORIAL HOSPITAL
701 MADISON AVE
MADISON            WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #    0009467          PATIENT'S #    0663626

LESTER CHRISTOPHER WAYNE          LESTER CHRISTOPHER WAYNE
PO BOX 1113                       PO BOX 1113
DANVILLE          WV 25053-1113   DANVILLE          WV 250531113

DATE ADMITTED : 08/03/00          DATE DISMISSED : 08/03/00

PRIMARY INSURER   : COMP/UB              POLICY #    ████3340
SECONDARY INSURER : COMP/PRO FEE         POLICY #    ████3340

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
        EMERGENCY ROOM              145.00
        RADIOLOGY                   424.00
        PHARMACY                     11.58
                                ===========
        TOTAL CHARGES               580.58
        TOTAL RECEIPTS              580.58-
                                ===========
        BALANCE DUE                    .00
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0024

AUGUST 21, 2003

GUARANTOR'S #    0009467                 PATIENT'S #    0663626
LESTER CHRISTOPHER WAYNE                 LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 08/03/00                 DATE DISMISSED : 08/03/00

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | QTY | AMOUNT |
|----------|----------|---------|------|-------------|-----|--------|
| 08/03/00 | CHARGE | 0048299 | 06 | ER FACILITY FEE-EXTENDED | 1 | 145.00 |
| 08/03/00 | CHARGE | 0000546 | 11 | CHEST, PA AND LATERAL | 1 | 81.00 |
| 08/03/00 | CHARGE | 0071100 | 11 | RIBS, UNILATERAL, 2 VIEWS | 1 | 67.00 |
| 08/03/00 | CHARGE | 0000600 | 11 | LUMBAR SPINE OBLIQUES | 1 | 108.00 |
| 08/03/00 | CHARGE | 0000506 | 11 | CERVICAL SPINE OBLIQUES | 1 | 106.00 |
| 08/03/00 | CHARGE | 0000598 | 11 | THORACIC SPINE, 3 VIEWS | 1 | 62.00 |
| 08/03/00 | CHARGE | 0099282 | 43 | PROFESSIONAL FEE-LIMITED | 1 | 55.00 |
| 08/03/00 | CHARGE | 0099282 | 43 | PROFESSIONAL FEE-LIMITED | 1- | 55.00- |
| 08/04/00 | CHARGE | 0011394 | 20 | NUBAIN 10MG 1ML AMP | 1 | 6.08 |
| 08/04/00 | CHARGE | 0010835 | 20 | HYDROXYZINE 50MG 1ML VIAL | 1 | 5.50 |
| 02/23/01 | RECEIPT | CHECK |  | COMP/UB              00195535 | 08 | 246.58- |
| 02/23/01 | RECEIPT | CHECK |  | COMP/UB              00195536 | 08 | 334.00- |

.00

500688.028.0025

BOONE MEMORIAL HOSPITAL
701 MADISON AVE
MADISON              WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #    0009467              PATIENT'S #    0652045

LESTER CHRISTOPHER WAYNE             LESTER CHRISTOPHER WAYNE
PO BOX 1113                          PO BOX 1113
DANVILLE          WV 25053-1113      DANVILLE          WV 250531113

DATE ADMITTED : 06/01/00             DATE DISMISSED : 06/30/00

PRIMARY INSURER   : COMP/UB                    POLICY #    ███3340
SECONDARY INSURER : COMP/PRO FEE               POLICY #    ███3340

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

       PHYSICAL THER               542.00
                                ============
       TOTAL CHARGES               542.00
       TOTAL RECEIPTS              183.53-
       TOTAL ADJUSTMENTS           358.47-
                                ============
       BALANCE DUE                    .00

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0026

AUGUST 21, 2003

GUARANTOR'S #   0009467           PATIENT'S #   0652045
LESTER CHRISTOPHER WAYNE          LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 06/01/00          DATE DISMISSED : 06/30/00

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | QTY | AMOUNT |
|----------|----------|---------|------|-------------|-----|--------|
| 06/13/00 | CHARGE | 0000035 | 15 | HOT PACKS | 1 | 38.00 |
| 06/13/00 | CHARGE | 0000038 | 15 | ICE OR COLD PACKS | 1 | 38.00 |
| 06/13/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2 | 85.00 |
| 06/13/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 2 | 76.00 |
| 06/19/00 | CHARGE | 0097002 | 15 | PT RE-EVALUATION | 1 | 68.00 |
| 06/19/00 | CHARGE | 0000038 | 15 | ICE OR COLD PACKS | 2 | 76.00 |
| 06/19/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2 | 85.00 |
| 06/19/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 2 | 76.00 |
| 03/07/02 | RECEIPT | CHECK | | COMP/PRO FEE | H8 | 71.22- |
| 03/07/02 | RECEIPT | CHECK | | COMP/PRO FEE | H8 | 62.09- |
| 03/07/02 | RECEIPT | CHECK | | COMP/PRO FEE | H8 | 50.22- |
| 03/07/02 | ADJUST | | | COMPENSATION OP  PER 'REC' | | 89.78- |
| 03/07/02 | ADJUST | | | COMPENSATION OP  PER 'REC' | | 242.91- |
| 03/07/02 | ADJUST | | | COMPENSATION OP  PER 'REC' | | 25.78- |

.00

500688.028.0027

BOONE MEMORIAL HOSPITAL
701 MADISON AVE
MADISON          WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #   0009467            PATIENT'S #   0652045

LESTER CHRISTOPHER WAYNE           LESTER CHRISTOPHER WAYNE
PO BOX 1113                        PO BOX 1113
DANVILLE          WV 25053-1113    DANVILLE          WV 250531113

DATE ADMITTED : 05/01/00           DATE DISMISSED : 05/31/00

PRIMARY INSURER   : COMP/UB        POLICY # ████████9340
SECONDARY INSURER : COMP/PRO FEE   POLICY # ████████3340

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
        PHYSICAL THER              2,278.50
                                  ===========
        TOTAL CHARGES              2,278.50
        TOTAL RECEIPTS              888.67-
        TOTAL ADJUSTMENTS         1,389.83-
                                  ===========
        BALANCE DUE                    .00
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0028

AUGUST 21, 2003

GUARANTOR'S #  0009467          PATIENT'S #  0652045
LESTER CHRISTOPHER WAYNE        LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 05/01/00          DATE DISMISSED : 05/31/00

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | | QTY | AMOUNT |
|----------|----------|---------|------|-------------|---|-----|--------|
| 05/01/00 | CHARGE | 0000035 | 15 | HOT PACKS | | 2 | 76.00 |
| 05/01/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | | 2 | 85.00 |
| 05/01/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | | 1 | 38.00 |
| 05/03/00 | CHARGE | 0000035 | 15 | HOT PACKS | | 1 | 38.00 |
| 05/03/00 | CHARGE | 0000038 | 15 | ICE OR COLD PACKS | | 1 | 38.00 |
| 05/03/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | | 1 | 42.50 |
| 05/03/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | | 2 | 76.00 |
| 05/04/00 | CHARGE | 0000035 | 15 | HOT PACKS | | 1 | 38.00 |
| 05/04/00 | CHARGE | 0000038 | 15 | ICE OR COLD PACKS | | 1 | 38.00 |
| 05/04/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | | 1 | 42.50 |
| 05/04/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | | 2 | 76.00 |
| 05/09/00 | CHARGE | 0097002 | 15 | PT RE-EVALUATION | | 1 | 68.00 |
| 05/09/00 | CHARGE | 0000035 | 15 | HOT PACKS | | 1 | 38.00 |
| 05/09/00 | CHARGE | 0000038 | 15 | ICE OR COLD PACKS | | 1 | 38.00 |
| 05/09/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | | 1 | 42.50 |
| 05/09/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | | 2 | 76.00 |
| 05/12/00 | CHARGE | 0000017 | 15 | ORTHOPEDIC ASSESSMENT | | 1 | 70.00 |
| 05/12/00 | CHARGE | 0000035 | 15 | HOT PACKS | | 2 | 76.00 |
| 05/12/00 | CHARGE | 0000038 | 15 | ICE OR COLD PACKS | | 1 | 38.00 |
| 05/12/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | | 2 | 85.00 |
| 05/12/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | | 2 | 76.00 |
| 05/15/00 | CHARGE | 0000035 | 15 | HOT PACKS | | 1 | 38.00 |
| 05/15/00 | CHARGE | 0000038 | 15 | ICE OR COLD PACKS | | 1 | 38.00 |
| 05/15/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | | 2 | 85.00 |
| 05/15/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | | 2 | 76.00 |
| 05/18/00 | CHARGE | 0000038 | 15 | ICE OR COLD PACKS | | 2 | 76.00 |
| 05/18/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | | 2 | 76.00 |
| 05/22/00 | CHARGE | 0097002 | 15 | PT RE-EVALUATION | | 1 | 68.00 |
| 05/22/00 | CHARGE | 0000035 | 15 | HOT PACKS | | 1 | 38.00 |
| 05/22/00 | CHARGE | 0000038 | 15 | ICE OR COLD PACKS | | 1 | 38.00 |
| 05/22/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | | 2 | 85.00 |
| 05/22/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | | 2 | 76.00 |
| 05/25/00 | CHARGE | 0000038 | 15 | ICE OR COLD PACKS | | 2 | 76.00 |
| 05/25/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | | 1 | 42.50 |
| 05/25/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | | 2 | 76.00 |
| 05/31/00 | CHARGE | 0000038 | 15 | ICE OR COLD PACKS | | 2 | 76.00 |
| 05/31/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | | 1 | 42.50 |
| 05/31/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | | 2 | 76.00 |
| 07/31/00 | RECEIPT | CHECK | | COMP/PRO FEE | 00166547 | H8 | 106.84 |
| 07/31/00 | RECEIPT | CHECK | | COMP/PRO FEE | 00166548 | H8 | 659.08 |
| 07/31/00 | ADJUST | | | COMPENSATION OP | PER 'REC' | | 134.66 |
| 07/31/00 | ADJUST | | | COMPENSATION OP | PER 'REC' | | 579.98 |
| 08/01/00 | ADJUST | | | COMPENSATION OP | | | 266.00 |
| 03/07/02 | RECEIPT | CHECK | | COMP/PRO FEE | | H8 | 35.61 |
| 03/07/02 | RECEIPT | CHECK | | COMP/PRO FEE | | H8 | 87.20 |
| 03/07/02 | ADJUST | | | COMPENSATION OP | PER 'REC' | | 82.89 |
| 03/07/02 | ADJUST | | | COMPENSATION OP | PER 'REC' | | 217.80 |
| 03/18/02 | ADJUST | | | COMPENSATION OP | | | 108.50 |

.00

500688.028.0029

701 MADISON AVE
MADISON            WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #    0009467                PATIENT'S #    0652045

LESTER CHRISTOPHER WAYNE               LESTER CHRISTOPHER WAYNE
PO BOX 1113                            PO BOX 1113
DANVILLE          WV 25053-1113        DANVILLE          WV 250531113

DATE ADMITTED : 04/01/00               DATE DISMISSED : 04/30/00

PRIMARY INSURER   : COMP/UB            POLICY # ███████3340
SECONDARY INSURER : COMP/PRO FEE       POLICY # ███████3340

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
        PHYSICAL THER                2,244.50
                                  =============
        TOTAL CHARGES                2,244.50
        TOTAL RECEIPTS                 602.22-
        TOTAL ADJUSTMENTS           1,642.28-
                                  =============
        BALANCE DUE                      .00
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0030

AUGUST 21, 2003

GUARANTOR'S #   0009467                      PATIENT'S #   0652045
LESTER CHRISTOPHER WAYNE                     LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 04/01/00                     DATE DISMISSED : 04/30/00

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | QTY | AMOUNT |
|----------|----------|---------|------|-------------|-----|--------|
| 04/03/00 | CHARGE | 0097002 | 15 | PT RE-EVALUATION | 1 | 68.00 |
| 04/03/00 | CHARGE | 0000035 | 15 | HOT PACKS | 1 | 38.00 |
| 04/03/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 1 | 42.50 |
| 04/03/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 04/05/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 04/05/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2 | 85.00 |
| 04/05/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 04/05/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2- | 76.00- |
| 04/05/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2- | 85.00- |
| 04/05/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1- | 38.00- |
| 04/06/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 04/06/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2 | 85.00 |
| 04/06/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 04/06/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2- | 76.00- |
| 04/06/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2- | 85.00- |
| 04/06/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1- | 38.00- |
| 04/06/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 04/06/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2 | 85.00 |
| 04/06/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 04/11/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 04/11/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2 | 85.00 |
| 04/11/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 04/13/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 04/13/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2 | 85.00 |
| 04/13/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 04/14/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 04/14/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2 | 85.00 |
| 04/14/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 04/18/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 04/18/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2 | 85.00 |
| 04/18/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 04/19/00 | CHARGE | 0097002 | 15 | PT RE-EVALUATION | 1 | 68.00 |
| 04/19/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 04/19/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2 | 85.00 |
| 04/19/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 04/25/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 04/25/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2 | 85.00 |
| 04/25/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 04/25/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 04/25/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2 | 85.00 |
| 04/25/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 04/27/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 04/27/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2 | 85.00 |
| 04/27/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 04/28/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 04/28/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 2 | 85.00 |
| 04/28/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 06/15/00 | RECEIPT | CHECK | | COMP/PRO FEE      00160710 | HB | 602.22- |
| 06/15/00 | ADJUST | | | COMPENSATION OP PER 'REC' | | 1,642.88- |
| | | | | | | .00 |

BOONE MEMORIAL HOSPITAL
701 MADISON AVE
MADISON          WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #   0009467              PATIENT'S #   0652045

LESTER CHRISTOPHER WAYNE             LESTER CHRISTOPHER WAYNE
PO BOX 1113                          PO BOX 1113
DANVILLE          WV 25053-1113      DANVILLE          WV 250591113

DATE ADMITTED : 03/28/00             DATE DISMISSED : 03/31/00

PRIMARY INSURER    : COMP/UB         POLICY # ▮▮▮3340
SECONDARY INSURER : COMP/PRO FEE     POLICY # ▮▮▮3340

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
         PHYSICAL THER              539.50
                                ============
         TOTAL CHARGES             539.50
         TOTAL RECEIPTS            198.76-
         TOTAL ADJUSTMENTS         340.74-
                                ============
         BALANCE DUE                  .00
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0032

AUGUST 21, 2003

GUARANTOR'S #  0009467          PATIENT'S #  0652045
LESTER CHRISTOPHER WAYNE        LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 03/28/00        DATE DISMISSED : 03/31/00

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | QTY | AMOUNT |
|----------|----------|---------|------|-------------|-----|--------|
| 03/28/00 | CHARGE | 0000017 | 15 | ORTHOPEDIC ASSESSMENT | 1 | 70.00 |
| 03/28/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 03/28/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 1 | 42.50 |
| 03/28/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 03/30/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 03/30/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 1 | 42.50 |
| 03/30/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 03/31/00 | CHARGE | 0000035 | 15 | HOT PACKS | 2 | 76.00 |
| 03/31/00 | CHARGE | 0097014 | 15 | ELECTRICAL STIM-UNATTENDE | 1 | 42.50 |
| 03/31/00 | CHARGE | 0000061 | 15 | THERAPEUTIC PROC/EXER 15 | 1 | 38.00 |
| 06/02/00 | RECEIPT | CHECK | | COMP/PRO FEE    00158877   HB | | 198.76- |
| 06/02/00 | ADJUST | | | COMPENSATION OP   PER 'REC' | | 340.74- |

.00

500688.028.0033

701 MADISON AVE
MADISON                WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #    0009467                PATIENT'S #    0645984

LESTER CHRISTOPHER WAYNE               LESTER CHRISTOPHER WAYNE
PO BOX 1113                            PO BOX 1113
DANVILLE          WV 25053-1113        DANVILLE          WV 250531113

DATE ADMITTED : 01/23/00               DATE DISMISSED : 01/23/00

PRIMARY INSURER    : PEIA/BCBS                    POLICY # PPBS ▓▓▓9969PPB

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
            EMERGENCY ROOM                134.00
            PHARMACY                       35.85
            RURAL HEALTH CL                55.00
                                        ============
            TOTAL CHARGES                 224.85
            TOTAL RECEIPTS                 68.25-
            TOTAL ADJUSTMENTS             89.54-
                                        ============
            BALANCE DUE                   67.06
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0034

AUGUST 21, 2003

GUARANTOR'S #   0009467
LESTER CHRISTOPHER WAYNE

PATIENT'S #   0645984
LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 01/23/00

DATE DISMISSED : 01/23/00

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | | QTY | AMOUNT |
|----------|----------|---------|------|-------------|---|-----|--------|
| 01/23/00 | CHARGE | 0048299 | 06 | ER FACILITY FEE-EXTENDED | | 1 | 134.00 |
| 01/23/00 | CHARGE | 0099282 | 43 | PROFESSIONAL FEE-LIMITED | | 1 | 55.00 |
| 01/24/00 | CHARGE | 0005134 | 20 | BICILLIN CR 1200MU TUBEX | | 1 | 35.85 |
| 02/25/00 | RECEIPT | CHECK | | PEIA/BCBS | 00144608 | X8 | 29.44- |
| 02/25/00 | RECEIPT | CHECK | | PEIA/BCBS | 00144625 | X8 | 38.81- |
| 02/25/00 | ADJUST | | | PEIA O/P CON AD   PER 'REC' | | | 18.20- |
| 02/25/00 | ADJUST | | | PEIA O/P CON AD   PER 'REC' | | | 71.34- |

==========
67.06

500688.028.0035

701 MADISON AVE
MADISON            WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #    0009467            PATIENT'S #    0633307

LESTER CHRISTOPHER WAYNE            LESTER CHRISTOPHER WAYNE
PO BOX 1113                        PO BOX 1113
DANVILLE        WV 25053-1113      DANVILLE        WV 250531113

DATE ADMITTED : 09/01/99           DATE DISMISSED : 09/01/99

PRIMARY INSURER   : PEIA/BCBS       POLICY # PPBS   9969PPB

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
                MED/SURG SUPPLY          6.00
                EMERGENCY ROOM         134.00
                RADIOLOGY               51.00
                PHARMACY                18.73
                                   ============
                TOTAL CHARGES          209.73
                TOTAL RECEIPTS          19.02-
                TOTAL ADJUSTMENTS      190.71-
                                   ============
                BALANCE DUE               .00
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0036

AUGUST 21, 2003

GUARANTOR'S #   0009467            PATIENT'S #   0633307
LESTER CHRISTOPHER WAYNE          LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 09/01/99           DATE DISMISSED : 09/01/99

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | | QTY | AMOUNT |
|----------|----------|---------|------|-------------|--|-----|--------|
| 09/01/99 | CHARGE | 0050007 | 04 | ACE BANDAGE 4" | | 1 | 6.00 |
| 09/01/99 | CHARGE | 0048299 | 06 | ER FACILITY FEE-EXTENDED | | 1 | 134.00 |
| 09/01/99 | CHARGE | 0000558 | 11 | FOOT,COMPLETE,MIN 3 VIEWS | | 1 | 51.00 |
| 09/02/99 | CHARGE | 0011879 | 20 | TETANUS/DIPTH ADULT TUBEX | | 1 | 18.73 |
| 09/24/99 | ADJUST | | | PEIA O/P CON AD | | | 22.94- |
| 10/04/99 | RECEIPT | CHECK | | PEIA/BCBS | 00124546  X8 | | 19.02- |
| 10/04/99 | ADJUST | | | PEIA O/P CON AD  PER 'REC' | | | 66.67- |
| 11/10/99 | ADJUST | | | CHARITY O/P ADJ | | | 101.10- |

.00

500688.028.0037

BOONE MEMORIAL HOSPITAL
701 MADISON AVE
MADISON            WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #   0009467          PATIENT'S #   0561514

LESTER CHRISTOPHER WAYNE          LESTER CHRISTOPHER WAYNE
PO BOX 1113                       PO BOX 1113
DANVILLE          WV 25053-1113   DANVILLE          WV 250531113

DATE ADMITTED : 02/05/97          DATE DISMISSED : 02/05/97

PRIMARY INSURER   : CARELINK HEALTH PLAN    POLICY # ███████996901

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

```
            MED/SURG SUPPLY            16.75
            IV SOLUTIONS              122.84
            EMERGENCY ROOM            301.00
            LABORATORY               613.00
            EKG                      327.00
            RADIOLOGY                 87.00
            ULTRASOUND               193.00
            CARDIAC MONITOR          183.00
            PHARMACY                  28.24
            OBSERVATION              179.00
            OXYGEN                    96.00
                                  ==========
            TOTAL CHARGES          2,146.83
            TOTAL RECEIPTS         1,629.51-
            TOTAL ADJUSTMENTS        467.32-
                                  ==========
            BALANCE DUE               50.00
```

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL. YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER. IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE. YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0038

AUGUST 21, 2003

GUARANTOR'S #   0009467                    PATIENT'S #   0561514
LESTER CHRISTOPHER WAYNE                   LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 02/05/97                   DATE DISMISSED : 02/05/97

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | QTY | AMOUNT |
|----------|----------|---------|------|-------------|-----|--------|
| 02/05/97 | CHARGE | 0050828 | 04 | BASIN, WASH | 1 | 2.25 |
| 02/05/97 | CHARGE | 0050030 | 04 | AQUA PAK 340 | 1 | 12.00 |
| 02/05/97 | CHARGE | 0050550 | 04 | URINAL | 1 | 2.50 |
| 02/05/97 | CHARGE | 0010411 | 05 | D5W 500ML BAG 2B0063Q | 1 | 24.96 |
| 02/05/97 | CHARGE | 0012429 | 05 | IV START PACK | 2 | 16.00 |
| 02/05/97 | CHARGE | 0010214 | 05 | CLEAR CATH 20G X 1 1/4 | 2 | 20.48 |
| 02/05/97 | CHARGE | 0010974 | 05 | J-LOOP IV CONNECTOR SET | 2 | 26.00 |
| 02/05/97 | CHARGE | 0011595 | 05 | PUMP SET NO FILTER 2C6537 | 1 | 35.40 |
| 02/05/97 | CHARGE | 0002405 | 06 | EMERGENCY ROOM | 1 | 301.00 |
| 02/05/97 | CHARGE | 0080062 | 08 | *cardiac enzymes* | 1 | 116.00 |
| 02/05/97 | CHARGE | 0081000 | 08 | URINALYSIS, MICRO-RP | 1 | 24.00 |
| 02/05/97 | CHARGE | 0080062 | 08 | *cardiac enzymes* | 1 | 116.00 |
| 02/05/97 | CHARGE | 0080070 | 08 | *thyroid profile* | 1 | 65.00 |
| 02/05/97 | CHARGE | 0009015 | 08 | CBC AUTOMATED DIFF | 1 | 46.00 |
| 02/05/97 | CHARGE | 0080019 | 08 | *chem profile 20* | 1 | 170.00 |
| 02/05/97 | CHARGE | 0082552 | 08 | CPK ISOENZYMES (CK-MB) | 1 | 51.00 |
| 02/05/97 | CHARGE | 0085730 | 08 | PTT | 1 | 25.00 |
| 02/05/97 | CHARGE | 0000240 | 10 | EKG-STAT & EMERGENCY ROOM | 1 | 112.00 |
| 02/05/97 | CHARGE | 0000240 | 10 | EKG-STAT & EMERGENCY ROOM | 1 | 112.00 |
| 02/05/97 | CHARGE | 0001030 | 10 | EKG-ROUTINE | 1 | 103.00 |
| 02/05/97 | CHARGE | 0001152 | 11 | PORTABLE CHEST XRAY | 1 | 87.00 |
| 02/05/97 | CHARGE | 0000201 | 12 | ABDOMINAL ULTRASOUND | 1 | 193.00 |
| 02/05/97 | CHARGE | 0001158 | 19 | LIFE PACK-5 MONITOR | 1 | 125.00 |
| 02/05/97 | CHARGE | 0001035 | 19 | ER CARDIAC MONITOR | 1 | 58.00 |
| 02/05/97 | CHARGE | 0011206 | 20 | MORPHINE 10MG TUBEX | 1 | 5.50 |
| 02/05/97 | CHARGE | 0012843 | 20 | MYGEL II SUSPENSION 12OZ | 30 | .90 |
| 02/05/97 | CHARGE | 0010584 | 20 | DONNATAL ELIXIR 120ML | 10 | 2.20 |
| 02/05/97 | CHARGE | 0011031 | 20 | LIDOCAINE VISC 2% 20ML | 1 | 5.04 |
| 02/05/97 | CHARGE | 0010294 | 20 | SOD CHL 5ML 0.9% FLUSH | 1 | 5.56 |
| 02/05/97 | CHARGE | 0005016 | 20 | ALPRAZOLAM 0.5MG TAB | 3 | 8.04 |
| 02/05/97 | CHARGE | 0010554 | 20 | DOCUSATE SOD 100MG CAP | 1 | 1.00 |
| 02/05/97 | CHARGE | 0002406 | 38 | OBSERVATION CARE 1ST HOUR | 1 | 88.00 |
| 02/05/97 | CHARGE | 0002407 | 38 | OBSERVATION CARE 2-24 HRS | 13 | 91.00 |
| 02/05/97 | CHARGE | 0000407 | 39 | OXYGEN INSTALLATION | 1 | 36.00 |
| 02/05/97 | CHARGE | 0000410 | 39 | OXYGEN PER HR MINUMUM | 6 | 60.00 |
| 06/19/97 | RECEIPT | CHECK | | CARELINK HEAL   00020105 | 8F | 1,629.51- |
| 06/19/97 | ADJUST | | | PEIA O/P CON AD   PER 'REC' | | 467.82- |

=============
50.00

500688.028.0039

701 MADISON AVE
MADISON          WV 25130
(304)369-1230

AUGUST 21, 2003

GUARANTOR'S #    0009467              PATIENT'S #    0566180

LESTER CHRISTOPHER WAYNE              LESTER CHRISTOPHER WAYNE
PO BOX 1113                          PO BOX 1113
DANVILLE          WV 25053-1113       DANVILLE          WV 250531113

DATE ADMITTED : 04/14/97             DATE DISMISSED : 04/14/97

PRIMARY INSURER   : CARELINK HEALTH PLAN      POLICY # ████996901

THIS IS A SUMMARY OF CHARGES INCURRED DURING YOUR RECENT VISIT.
IF PROOF OF INSURANCE COVERAGE WAS PROVIDED, OUR BILL WILL BE FOR-
WARDED TO YOUR INSURANCE CARRIER FOR THE TOTAL CHARGES INCURRED.

| | |
|---|---:|
| IV SOLUTIONS | 95.24 |
| EMERGENCY ROOM | 269.00 |
| LABORATORY | 123.00 |
| EKG | 112.00 |
| RADIOLOGY | 152.00 |
| PHARMACY | 4.12 |
| | ============ |
| TOTAL CHARGES | 755.36 |
| TOTAL RECEIPTS | 540.09- |
| TOTAL ADJUSTMENTS | 165.27- |
| | ============ |
| BALANCE DUE | 50.00 |

ALL INSURANCE BENEFITS ARE ASSIGNED TO THE HOSPITAL.  YOU WILL NOT
BE BILLED WHILE WE ARE AWAITING A RESPONSE FROM YOUR CARRIER.  IN-
SURANCE PAYMENTS WILL BE DEDUCTED FROM YOUR TOTAL OUTSTANDING BAL-
ANCE.  YOU WILL BE BILLED FOR ANY REMAINING BALANCE DUE.

IF NO INSURANCE WAS APPLICABLE ON YOUR ACCOUNT, YOUR PROMPT REMIT-
TANCE OF THE ABOVE AMOUNT WILL BE APPRECIATED!

500688.028.0040

AUGUST 21, 2003

GUARANTOR'S #   0009467                    PATIENT'S #    0566180
LESTER CHRISTOPHER WAYNE                   LESTER CHRISTOPHER WAYNE

DATE ADMITTED : 04/14/97                   DATE DISMISSED : 04/14/97

| SRV-DATE | DET-TYPE | PRC-NUM | DEPT | DESCRIPTION | QTY | AMOUNT |
|----------|----------|---------|------|-------------|-----|--------|
| 04/14/97 | CHARGE | 0012429 | 05 | IV START PACK | 1 | 8.00 |
| 04/14/97 | CHARGE | 0010214 | 05 | CLEAR CATH 20G X 1 1/4 | 1 | 10.24 |
| 04/14/97 | CHARGE | 0010974 | 05 | J-LOOP IV CONNECTOR SET | 1 | 13.00 |
| 04/14/97 | CHARGE | 0011595 | 05 | PUMP SET NO FILTER 2C6537 | 1 | 35.40 |
| 04/14/97 | CHARGE | 0010416 | 05 | D5W NS 1000ML BAG 2B1064 | 1 | 28.60 |
| 04/14/97 | CHARGE | 0002402 | 06 | EMERGENCY ROOM REG 2 HR | 1 | 269.00 |
| 04/14/97 | CHARGE | 0009015 | 08 | CBC AUTOMATED DIFF | 1 | 46.00 |
| 04/14/97 | CHARGE | 0009005 | 08 | *chem profile 6* | 1 | 77.00 |
| 04/14/97 | CHARGE | 0000240 | 10 | EKG-STAT & EMERGENCY ROOM | 1 | 112.00 |
| 04/14/97 | CHARGE | 0000506 | 11 | CERVICAL SPINE OBLIQUES | 1 | 93.00 |
| 04/14/97 | CHARGE | 0071100 | 11 | RIBS, UNILATERAL, 2 VIEWS | 1 | 59.00 |
| 04/14/97 | CHARGE | 0012837 | 20 | ACETAMIN/COD TAB #3 U/D | 1 | 1.00 |
| 04/14/97 | CHARGE | 0012472 | 20 | HYDROCODONE/APAP TABLET | 2 | 3.12 |
| 05/16/97 | RECEIPT | CHECK | | CARELINK HEAL   00016591 | 8F | 540.09- |
| 05/16/97 | ADJUST | | | PEIA O/P CON AD   PER 'REC' | | 165.27- |

                                                                    ===========
                                                                        50.00

500688.028.0041



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**     Michael W. Harris, et al.

                      vs.

                      Purdue Pharma L.P., et al.

**CASE NO:**          C-1-01-428

**PERTAIN TO:**       Christopher Wayne Lester

**FROM:**             Tony C. Majestro, M.D.
                      415 Morris Street, Suite 104
                      Charleston, WV  25301
                      (304) 343-4691

**DELIVER TO:**       Mr. Phillip J. Smith
                      VORYS, SATER, SEYMOUR & PEASE, LLP
                      Atrium Two, Suite 2100
                      221 East Fourth Street
                      Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688078-0001
THROUGH 500688078-0004.

Case No. C-1-01-428

Michael W. Harris                        : Southern District Court
                                         :
vs.                                      : County of Hamilton
                                         :
Purdue Pharma L.P., et al                : State of Ohio

Records pertaining to: **Christopher Wayne Lester**

Custodian of Records For:    **Tony C. Majestro, M.D.**

I have conducted a thorough search of our files for the requested records, including but not limited to: patient intake forms and health questionnaires, and/or consent forms, and/or physical examination records, and/or x-rays, and/or pathology slides and/or blocks, and/or all nurses notes and physicians notes, and/or treatment records and reports, and/or prescription records, and/or third-party consultation records, and/or records of treatment at hospitals and other health care providers, and/or test results from outside laboratories, and/or itemized billing records, and/or insurance claims forms, and or personnel records and/or payroll records, and/or academic records, and/or correspondence.

I certify that nothing has been removed from the original file before releasing copies of these records or the originals. The records I am releasing are the original records or exact duplicates of the original records and include each and every record contained in the file on the above-named individual.

_Cathryn Raymond_
AFFIANT

_____
WITNESS

_8-25-03_
DATE

MAJESTRO & MOLINA, M.D., INC.

Orthopedic Surgery
(304) 343-4691
FEIN 54-1178210

Suite 104-General Medical Pavilion
415 Morris Street
Charleston, W. Va. 25301

ACCOUNT #: 13918                                    DATE: 11/30/95
-----------------------------------------------------------------------
NAME:    CHRISTOPHER W LESTER      BD: ▆▆771   AGE: 23    SEX: M
-----------------------------------------------------------------------
ADDRESS:    P. O. BOX 21           INSURANCE: C WORKERS COMP FUND

            HEWETT WV 25108
-----------------------------------------------------------------------
RESP. PARTY:                       PAT. SS#: ▆▆5-3340
-----------------------------------------------------------------------
PHONE: (H) (304) 369-2432          EMPLOYER:  TRI STATE HOME CENTER
       (W)
-----------------------------------------------------------------------
REFERRING DOCTOR:  Dr. Chinundtet            8-10-94
-----------------------------------------------------------------------
COMPLAINT:     right shoulder      DOI:
-----------------------------------------------------------------------

    11/30/95   See letter to Comp. this date.   TCM/wj

500688.078.0001

TONY C. MAJESTRO, M. D., INC.
MANUEL E. MOLINA, M. D.
CHARLESTON, WEST VIRGINIA 25301

SUITE 104-GENERAL MEDICAL PAVILION                                    415 MORRIS STREET
ORTHOPEDIC SURGERY                                                    TELEPHONE 343-4691

November 30, 1995


Prabhond Chinuntdet, M. D.
623 Madison Avenue
Madison, West Virginia   25130

                                    Re:   Christopher W. Lester
                                          S.S.  ████████3340
                                          Cl. No.: 95-0006803
                                          D.O.I.: 08/10/94

Dear Dr. Chinuntdet:

This 23-year-old male is seen today for a consultation evaluation for
weakness of his right shoulder. The patient was involved in an accident
while at work on August 10, 1994. At that time he states he was walking
with a six foot header weighing approximately 150 lbs. and apparently
the bank gave out, causing him to fall and twist his left ankle. He
sustained a mild compression fracture of the T11 vertebra involving
approximately 25% of the height of the vertebral body. The patient had
no complaints of discomfort in his right shoulder or complaints of any
weakness while he was under the treatment of Dr. Chinuntdet.

He was evaluated by Dr. Loimil and was seen by Dr. Hills on several
occasions, and at no time did he complain of any discomfort or weakness
of his right shoulder. He was seen for a functional capacity evaluation
at rehabilitation at Logan General Hospital, and at that time was noted
to have 15% weakness in his right extremity as compared to the left. The
patient does recall the header bouncing off his shoulder blade at the
time of injury. The patient is right handed.

He states that he has some mild discomfort intermittently over the
anterior chest, and complains of some mild discomfort in the posterior
scapular area and trapezius muscle.

Routine x-rays of the right shoulder taken in the office, AP and
lateral, are completely within normal limits.

Clinical Exam:  Patient presents as a well-developed, well-nourished
male who is cooperative on exam. He has full range of motion of the
cervical spine without any evidence of radiculopathy. There are some
complaints of mild tenderness to palpation over the trapezius muscle.
There is no atrophy of the posterior scapular muscles. The patient is
quite muscular, and circumference of the right arm measures 39 cm as
compared to 36 on the left. His forearm measures 34 cm as compared to 32
on the left. He has calluses in his right hand which indicates he's

500688.078.0002

Re:  Christopher Lester
November 30, 1995
Page Two


doing some type of manual labor. When he is asked to actively elevate
his shoulder, he does not fully elevate or abduct the shoulder. However,
passively he has full range of motion in extension, abduction, forward
elevation and internal and external rotation. He has no evidence of any
impingement syndrome or instability of the glenohumeral joint. Biceps
and triceps reflexes are symmetrical. Sensation is normal to pinprick.
Grip strength is diminished on gross testing, but his effort does not
appear to be optimal.

Impression:  Probable mild soft tissue injury of right shoulder.

Disposition:   This patient probably did sustain a mild soft tissue
injury of the right shoulder and anterior chest wall muscle. However,
his past medical file does not indicate any complaints of discomfort or
weakness in the extremity in the past. Furthermore, exams by physicians
Dr. Loimil and Dr. Hills did not reveal any complaints of discomfort or
weakness. He was noted to have full range of motion of his shoulders on
his evaluation by Dr. Hills. He shows no evidence of any objective
impairment which relates to his right shoulder, and his complaints of
weakness are not substantiated by any objective physical findings.
Furthermore, 3 cm difference of the right arm and 2 cm of the right
forearm with calluses in his hands, would lead me to conclude that he's
using his right extremity without any difficulty. Therefore, at the
present time I find no evidence of any objective impairment which
relates to his right shoulder or upper extremity, and I do not feel he
is in need of any specific treatment for his shoulder or upper
extremity.

Sincerely,

Tony C. Majestro, M. D.

TCM/wj

xc:  Workers' Compensation
     CRA Managed Care

500688.078.0003

```
08/15/03                    PATIENT FINANCIAL HISTORY BY DT SERVICE                    Page  1
                                TONY C. MAJESTRO, M.D., INC.
                              Accounts 13918 - 13918  All Dates

Acct  Date    Dep # Name              Dr# Procedure                Ref Dt   Diag    Units      Amount
==================================================================================================
13918 LESTER,CHRISTOPHER                         Previous Balance :                               0.00
      11/30/95  0   LESTER,CHRISTOPHER    1  99274    2ND OPINION-COMPREHE          840.9    1.00   144.13
      11/30/95  0   LESTER,CHRISTOPHER    1  73030    SHOULDER-TWO VIEWS            840.9    1.00    40.29
      01/19/96      Check Payment  11/30           Ins #3                                        -184.41
      01/19/96      Adjustment (5) 11/30           WORKERS COMP ADJ.                                -0.01
                                                                                          ----------
          TOTALS FOR ACCOUNT 13918  PAYMENTS :  184.41  ADJUSTS :   0.01  CHARGES :  184.42    2.00    0.00
                                     REFUNDS:      0.00
                                              ----------           ----------      ----------        ----------
                                                184.41              0.01           184.42              0.00
```

500688.078.0004