# CHRISTOPHER WAYNE LESTER

# 7 OF 14



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**     Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**     C-1-01-428

**PERTAIN TO:**     Christopher Wayne Lester

**FROM:**     Rosendo Dy, M.D.
P.O. Box 4404
Chapmanville, WV  25508
(304) 855-4300

**DELIVER TO:**     Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENT CAN BE IDENTIFIED BY NUMBER 500688005-0001.

Cause No. C-1-01-428

| | |
|---|---|
| Michael W. Harris | : Southern Dist   t Court |
| | : |
| vs. | : County of Hamilton |
| | : |
| Purdue Pharma, L.P., et. al. | : State of Ohio |

## AFFIDAVIT OF NO RECORDS

Records Pertaining To:        **Christopher Wayne Lester**

Type of Records:               **Rosendo Dy, M.D. (Medical & Billing Records)**

(Custodian of Records)

I, the undersigned, am the duly authorized Custodian of Records for **Rosendo Dy, M.D.**, am over eighteen (18) years of age, competent of making this affidavit and personally acquainted with the facts herein stated:

(a) That a thorough search of our files, carried out under my direction and control, revealed no records on the person(s) named in the attached authorization.

(b) It is to be understood that this does not mean that records do not exist under another spelling, another name or under another classification, but that with the information furnished our office and to the best of our knowledge, no such records exist in our files.

AFFIANT (Custodian of Records)

Custodian of Records for: _Rosendo DY, M.D._

Sworn to and subscribed before me on this the __25__ day of __August__, 20__03__

NOTARY PUBLIC

My Commission Expires:_____

Retention Policy: (The number of years records are maintained prior to destruction) _____

Comments: (Reason why records are not available) _No medical RECORDS FOUND IN this office_

Order No. 500688-5

NOREC/



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**    Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**    C-1-01-428

**PERTAIN TO:**    Christopher Wayne Lester

**FROM:**    Medicap Pharmacy
498 Smoot Avenue
Danville, WV  25053
(304) 369-3981

**DELIVER TO:**    Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688012-0001
THROUGH 500688012-0004.

Case No. C-1-01-428

| | |
|---|---|
| Michael W. Harris | : Southern District Court |
| | : |
| vs. | : County of Hamilton |
| | : |
| Purdue Pharma L.P., et al | : State of Ohio |

---

Records pertaining to: **Christopher Wayne Lester**

Custodian of Records For:    **Medicap Pharmacy**

I have conducted a thorough search of our files for the requested records, including but not limited to:    patient intake forms and health questionnaires, and/or consent forms, and/or physical examination records, and/or x-rays, and/or pathology slides and/or blocks, and/or all nurses notes and physicians notes, and/or treatment records and reports, and/or prescription records, and/or third-party consultation records, and/or records of treatment at hospitals and other health care providers, and/or test results from outside laboratories, and/or itemized billing records, and/or insurance claims forms, and or personnel records and/or payroll records, and/or academic records, and/or correspondence.

I certify that nothing has been removed from the original file before releasing copies of these records or the originals. The records I am releasing are the original records or exact duplicates of the original records and include each and every record contained in the file on the above-named individual.

AFFIANT

WITNESS

AUG 2 6 2003

DATE

Page: 1

# MEDICAL EXPENSES

LESTCH1
Patient: LESTER, CHRISTOPHER W       Pharmacy: MEDICAP PHARMACY #217
RespPty:                                        2008 SMOOT AVENUE PO BOX 108
        PO BOX 1113                             DANVILLE      WV 25053
                                        RPh: RIGGS, TIM
        DANVILLE      WV 25053          NCPDP#: 5011008
Birth: ████/1971

Prescriptions:                          Date: 01/01/2000 TO 08/26/2003

| LastFill | Rx # | Drug Name | Qty | Physician Name | T/P | Price | RPh |
|---|---|---|---|---|---|---|---|
| 01/03/00 | 6042108 | ** NO DRUG FOUND ** | 10 | Dr.SNYDER | PCS | 25.00 | TJR |
| 01/03/00 | 4042109 | PROMETH VC/ CODEINE | 240 | Dr.SNYDER | PCS | 5.00 | TJR |
| 01/07/00 | 6042417 | FLUOCINONIDE 0.05% | 60 | Dr.KOSTER-RN | PCS | 5.00 | TJR |
| 01/07/00 | 6042418 | LAC-HYDRIN 12% | 225 | Dr.KOSTER-RN | PCS | 25.00 | TJR |
| 01/25/00 | 6040662 | CYCLOBENZAPR 10MG | 60 | Dr.SNYDER | WRK | | TJR |
| 02/18/00 | 6044872 | CYCLOBENZAPR 10MG | 30 | Dr.SNYDER | WRK | | TJR |
| 02/18/00 | 6044873 | HYDROCO/APAP 5-500M | 30 | Dr.SNYDER | PCS | 4.74 | TJR |
| 03/10/00 | 6046032 | HYDROCO/APAP 5-500M | 20 | Dr.BAILEY | PCS | 3.99 | TJR |
| 04/07/00 | 6047684 | IBUPROFEN 800MG | 90 | Dr.SNYDER | PCS | 5.00 | TJR |
| 04/07/00 | 6047685 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | PCS | 5.00 | TJR |
| 04/07/00 | 6047686 | HYDROCO/APAP 7.5-75 | 50 | Dr.SNYDER | PCS | 5.00 | TJR |
| 04/20/00 | 6048328 | HYDROCO/APAP 7.5-75 | 90 | Dr.SNYDER | WRK | | TJR |
| 04/26/00 | 6048678 | HYDROCO/APAP 7.5-75 | 90 | Dr.SNYDER | PCS | 5.00 | TJR |
| 05/10/00 | 6049407 | IBUPROFEN 800MG | 90 | Dr.SNYDER | WRK | | TJR |
| 05/10/00 | 6049408 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TJR |
| 05/24/00 | 6050154 | HYDROCO/APAP 5-500M | 50 | Dr.SNYDER | WRK | | TJR |
| 06/06/00 | 6050154 | HYDROCO/APAP 5-500M | 50 | Dr.SNYDER | WRK | | TJR |
| 06/21/00 | 6051539 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TJR |
| 06/21/00 | 6051540 | HYDROCO/APAP 7.5-75 | 90 | Dr.SNYDER | WRK | | TJR |
| 07/05/00 | 6051540 | HYDROCO/APAP 7.5-75 | 90 | Dr.SNYDER | WRK | | TJR |
| 07/17/00 | 6051539 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TJR |
| 07/17/00 | 6052889 | HYDROCO/APAP 7.5-75 | 90 | Dr.SNYDER | WRK | | TJR |
| 07/17/00 | 6052893 | ETODOLAC 500MG | 60 | Dr.SNYDER | WRK | | TJR |
| 08/05/00 | 6053873 | AUGMENTIN 875MG | 24 | Dr.DY | PAI | 24.36 | TJR |
| 08/14/00 | 6054305 | HYDROCO/APAP 7.5-75 | 90 | Dr.SNYDER | PAI | 5.00 | TJR |
| 08/14/00 | 6054306 | CYCLOBENZAPR 10MG | 60 | Dr.SNYDER | WRK | | TJR |
| 09/11/00 | 6054306 | CYCLOBENZAPR 10MG | 60 | Dr.SNYDER | WRK | | TJR |
| 09/11/00 | 6055797 | AUGMENTIN 500MG | 14 | Dr.SNYDER | PAI | 15.00 | TJR |
| 09/15/00 | 6054305 | HYDROCO/APAP 7.5-75 | 90 | Dr.SNYDER | PAI | 5.00 | TJR |
| 09/26/00 | 4056624 | DIAZEPAM 5MG | 20 | Dr.SNYDER | PAI | 5.00 | TJR |
| 09/29/00 | 6056870 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TJR |
| 09/29/00 | 6056871 | PAXIL 20MG | 30 | Dr.SNYDER | PAI | 15.00 | TJR |
| 09/29/00 | 6056872 | VIOXX 25MG | 60 | Dr.SNYDER | WRK | | TJR |
| 10/11/00 | 4057600 | LORAZEPAM 0.5MG | 60 | Dr.SNYDER | PAI | 5.00 | TJR |
| 10/11/00 | 2057601 | OXYCONTIN 10MG CR | 90 | Dr.SNYDER | PAI | 15.00 | TJR |
| 10/16/00 | 6057811 | HYDROCO/APAP 7.5-75 | 90 | Dr.SNYDER | WRK | | TJR |
| 10/30/00 | 4058579 | LORAZEPAM 1MG | 60 | Dr.SNYDER | PAI | | TJR |
| 11/14/00 | 6056870 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TJR |
| 11/14/00 | 6057811 | HYDROCO/APAP 7.5-75 | 90 | Dr.SNYDER | WRK | | TJR |
| 11/14/00 | 2059472 | OXYCONTIN 10MG CR | 90 | Dr.SNYDER | PAI | 15.00 | TJR |
| 11/28/00 | 4058579 | LORAZEPAM 1MG | 60 | Dr.SNYDER | PAI | 5.00 | TJR |
| 11/28/00 | 6060221 | AMITRIPTYLIN 25MG | 30 | Dr.SNYDER | PAI | 5.00 | TJR |
| 11/28/00 | 2060222 | OXYCONTIN 20MG CR | 90 | Dr.SNYDER | PAI | 15.00 | TJR |
| 12/12/00 | 6061071 | HYDROCO/APAP 7.5-75 | 60 | Dr.SNYDER | WRK | | PAN |
| 12/12/00 | 6061072 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | PAN |
| 12/12/00 | 6061073 | IBUPROFEN 800MG | 90 | Dr.SNYDER | WRK | | PAN |
| 01/12/01 | 6062853 | ZITHROMAX Z-PAK | 6 | Dr.KOSTER-RN | PAI | 15.00 | TJR |
| 01/27/01 | 6063791 | CYCLOBENZAPR 10MG | 60 | Dr.SNYDER | WRK | | TJR |
| 01/27/01 | 4063791 | LORAZEPAM 1MG | 60 | Dr.SNYDER | PAI | 5.00 | TJR |
| 01/27/01 | 6063793 | PAXIL 20MG | 30 | Dr.SNYDER | PAI | 15.00 | TJR |
| 02/28/01 | 2065666 | OXYCONTIN 40MG CR | 90 | Dr.SNYDER | PAI | 15.00 | TJR |

500688.012.0001

# M E D I C A L   E X P E N S E S

LESTCH1
Patient: LESTER, CHRISTOPHER W
RespPty:
    PO BOX 1113

    DANVILLE    WV 25053
Birth: ████/1971

Pharmacy: MEDICAP PHARMACY #217
    2008 SMOOT AVENUE PO BOX 108
    DANVILLE    WV 25053
    RPh: RIGGS, TIM
    NCPDP#: 5011008

Prescriptions:                  Date: 01/01/2000 TO 08/26/2003

| LastFill | Rx # | Drug Name | Qty | Physician Name | T/P | Price | RPh |
|---|---|---|---|---|---|---|---|
| 03/30/01 | 2067503 | OXYCONTIN 40MG CR | 90 | Dr. SNYDER | PAI | 15.00 | TJR |
| 04/24/01 | 2068896 | OXYCONTIN 40MG CR | 90 | Dr. SNYDER | WRK | | TJR |
| 05/24/01 | 6070580 | EFFEXOR XR 75MG | 60 | Dr. RIAZ | PAI | 15.00 | TJR |
| 05/24/01 | 4070581 | DIAZEPAM 5MG | 90 | Dr. RIAZ | PAI | 5.00 | TJR |
| 05/24/01 | 6070582 | NORTRIPTYLIN 50MG | 30 | Dr. RIAZ | PAI | 5.00 | TJR |
| 05/31/01 | 2070900 | OXYCONTIN 40MG CR | 90 | Dr. SNYDER | WRK | | TJR |
| 06/26/01 | 6072214 | HYDROXYZ PAM 50MG | 90 | Dr. RIAZ | PAI | 5.00 | TJR |
| 06/28/01 | 6072375 | CYCLOBENZAPR 10MG | 60 | Dr. SNYDER | WRK | | TJR |
| 06/28/01 | 2072376 | OXYCONTIN 40MG CR | 90 | Dr. SNYDER | WRK | | TJR |
| 07/11/01 | 6073041 | ** NO DRUG FOUND ** | 16 | Dr. YERGER-BETTS | PAI | 6.76 | TJR |
| 07/11/01 | 6073042 | SKELAXIN 400MG | 30 | Dr. YERGER-BETTS | PAI | 24.35 | TJR |
| 07/20/01 | 6073500 | EFFEXOR XR 75MG | 90 | Dr. RIAZ | PAI | 58.89 | TJR |
| 07/20/01 | 6073501 | NORTRIPTYLIN 50MG | 30 | Dr. RIAZ | PAI | 5.00 | TJR |
| 07/20/01 | 4073502 | DIAZEPAM 5MG | 30 | Dr. RIAZ | PAI | 5.00 | TJR |
| 08/08/01 | 6072375 | CYCLOBENZAPR 10MG | 60 | Dr. SNYDER | WRK | | TJR |
| 08/08/01 | 6074496 | PROMETHAZINE 25MG | 12 | Dr. SNYDER | PAI | 4.38 | TJR |
| 08/08/01 | 2074497 | OXYCONTIN 40MG CR | 90 | Dr. SNYDER | PAI | 15.00 | TJR |
| 08/27/01 | 6073500 | EFFEXOR XR 75MG | 90 | Dr. RIAZ | PAI | 15.00 | TJR |
| 08/27/01 | 6073501 | NORTRIPTYLIN 50MG | 30 | Dr. RIAZ | PAI | 5.00 | TJR |
| 08/27/01 | 4073502 | DIAZEPAM 5MG | 30 | Dr. RIAZ | PAI | 5.00 | TJR |
| 09/10/01 | 6076150 | CYCLOBENZAPR 10MG | 60 | Dr. SNYDER | WRK | | TJR |
| 10/10/01 | 2077506 | OXYCONTIN 40MG CR | 90 | Dr. SNYDER | PAI | 15.00 | CAW |
| 10/10/01 | 6077757 | CYCLOBENZAPR 10MG | 90 | Dr. SNYDER | WRK | | CAW |
| 11/14/01 | 6079835 | CHLORHEX GLU 0.12% | 480 | Dr. MARASHI | PAI | 5.00 | TJR |
| 11/14/01 | 4079836 | HYDROCO/APAP 10-500 | 20 | Dr. MARASHI | PAI | 5.00 | TJR |
| 11/15/01 | 6079940 | CYCLOBENZAPR 10MG | 90 | Dr. SNYDER | WRK | | TJR |
| 11/15/01 | 2079941 | OXYCONTIN 40MG CR | 90 | Dr. SNYDER | PAI | 15.00 | TJR |
| 12/13/01 | 6079940 | CYCLOBENZAPR 10MG | 90 | Dr. SNYDER | WRK | | TJR |
| 12/13/01 | 6081492 | EFFEXOR XR 75MG | 60 | Dr. SNYDER | PAI | 15.00 | TJR |
| 12/13/01 | 6081493 | NORTRIPTYLIN 50MG | 30 | Dr. SNYDER | PAI | 5.00 | TJR |
| 01/14/02 | 6079940 | CYCLOBENZAPR 10MG | 90 | Dr. SNYDER | WRK | | TJR |
| 01/14/02 | 2083137 | OXYCONTIN 40MG CR | 90 | Dr. SNYDER | PAI | 15.00 | TJR |
| 01/14/02 | 6083139 | HYDROXYZ PAM 50MG | 90 | Dr. RIAZ | PAI | 5.00 | TJR |
| 01/15/02 | 6083231 | SMZ/TMP DS 800-160 | 20 | Dr. SNYDER | PAI | 5.00 | TJR |
| 01/16/02 | 6083245 | GUAIFEN PSE 600-12 | 30 | Dr. SNYDER | PAI | 5.00 | TJR |
| 02/11/02 | 6079940 | CYCLOBENZAPR 10MG | 90 | Dr. SNYDER | WRK | | TJR |
| 02/20/02 | 6085360 | EFFEXOR XR 150MG | 60 | Dr. RIAZ | WRK | | TJR |
| 02/20/02 | 6085361 | NORTRIPTYLIN 50MG | 30 | Dr. RIAZ | WRK | | TJR |
| 02/21/02 | 6083139 | HYDROXYZ PAM 50MG | 90 | Dr. RIAZ | WRK | | TJR |
| 03/08/02 | 6079940 | CYCLOBENZAPR 10MG | 90 | Dr. SNYDER | WRK | | TJR |
| 03/08/02 | 2086309 | OXYCONTIN 40MG CR | 90 | Dr. SNYDER | PAI | 15.00 | TJR |
| 04/01/02 | 6083139 | HYDROXYZ PAM 50MG | 90 | Dr. RIAZ | WRK | | TJR |
| 04/01/02 | 6085360 | EFFEXOR XR 150MG | 60 | Dr. RIAZ | WRK | | TJR |
| 04/01/02 | 6085361 | NORTRIPTYLIN 50MG | 30 | Dr. RIAZ | WRK | | TJR |
| 04/10/02 | 6088157 | TRAZODONE 100MG | 30 | Dr. RIAZ | PAI | 5.00 | TJR |
| 04/10/02 | 6088158 | FLOMAX 0.4MG | 30 | Dr. SERRATO | PAI | 25.00 | TJR |
| 05/13/02 | 6079940 | CYCLOBENZAPR 10MG | 90 | Dr. SNYDER | WRK | | TJR |
| 05/13/02 | 6088157 | TRAZODONE 100MG | 30 | Dr. RIAZ | PAI | 5.00 | TJR |
| 05/13/02 | 6088158 | FLOMAX 0.4MG | 30 | Dr. SERRATO | PAI | 25.00 | TJR |
| 06/10/02 | 6088157 | TRAZODONE 100MG | 30 | Dr. RIAZ | PAI | 5.00 | TJR |
| 06/10/02 | 6088158 | FLOMAX 0.4MG | 30 | Dr. SERRATO | PAI | 25.00 | TJR |

500688.012.0002

Page: 3

## M E D I C A L   E X P E N S E S

Patient: LESTER, CHRISTOPHER W
RespPty:
LESTCH1

PO BOX 1113

DANVILLE          WV 25053
Birth: ██/1971

Pharmacy: MEDICAP PHARMACY #217
2008 SMOOT AVENUE PO BOX 108
DANVILLE          WV 25053
RPh: RIGGS, TIM
NCPDP#: 5011008

Prescriptions:                              Date: 01/01/2000 TO 08/26/2003

| LastFill | Rx # | Drug Name | Qty | Physician Name | T/P | Price | RPh |
|----------|------|-----------|-----|----------------|-----|-------|-----|
| 06/10/02 | 2091178 | OXYCONTIN 40MG CR | 90 | Dr.SNYDER | PAI | 15.00 | TJR |
| 06/11/02 | 6091199 | CYCLOBENZAPR 10MG | 60 | Dr.SNYDER | WRK | | TJR |
| 07/10/02 | 6091199 | CYCLOBENZAPR 10MG | 60 | Dr.SNYDER | WRK | | TJR |
| 07/10/02 | 2092661 | OXYCONTIN 40MG CR | 90 | Dr.SNYDER | ESI | 65.00 | TJR |
| 08/09/02 | 6094098 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TJR |
| 08/09/02 | 2094099 | OXYCONTIN 40MG CR | 90 | Dr.SNYDER | ESI | 15.00 | TJR |
| 08/09/02 | 6094112 | TOPAMAX 100MG | 30 | Dr.REAHL | WRK | | TJR |
| 08/09/02 | 6094134 | LIPITOR 20MG | 30 | Dr.OBENZA | ESI | 15.00 | TJR |
| 08/12/02 | 6094239 | TRAZODONE 100MG | 30 | Dr.SNYDER | ESI | 5.00 | TJR |
| 08/28/02 | 6094954 | TOPAMAX 100MG | 120 | Dr.REAHL | WRK | | TJR |
| 09/06/02 | 6094134 | LIPITOR 20MG | 30 | Dr.OBENZA | ESI | 15.00 | TJR |
| 09/10/02 | 6094239 | TRAZODONE 100MG | 30 | Dr.SNYDER | ESI | 5.00 | TJR |
| 09/10/02 | 6095555 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TJR |
| 09/10/02 | 6095556 | EFFEXOR XR 150MG | 60 | Dr.SNYDER | ESI | 15.00 | TJR |
| 09/10/02 | 2095557 | OXYCONTIN 40MG CR | 64 | Dr.SNYDER | WRK | | TJR |
| 09/27/02 | 2096461 | OXYCONTIN 40MG CR | 26 | Dr.SNYDER | WRK | | TJR |
| 10/04/02 | 6094954 | TOPAMAX 100MG | 120 | Dr.REAHL | WRK | | TJR |
| 10/04/02 | 6096830 | LIPITOR 20MG | 30 | Dr.OBENZA | ESI | 15.00 | TJR |
| 10/04/02 | 2096831 | OXYCONTIN 40MG CR | 90 | Dr.SNYDER | WRK | | TJR |
| 10/11/02 | 6095555 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TJR |
| 10/16/02 | 6094239 | TRAZODONE 100MG | 30 | Dr.SNYDER | WRK | | TJR |
| 10/16/02 | 6095556 | EFFEXOR XR 150MG | 60 | Dr.SNYDER | WRK | | TJR |
| 11/07/02 | 2098563 | OXYCONTIN 40MG CR | 90 | Dr.SNYDER | WRK | | TJR |
| 11/25/02 | 6094239 | TRAZODONE 100MG | 30 | Dr.SNYDER | WRK | | TJR |
| 11/25/02 | 6094954 | TOPAMAX 100MG | 120 | Dr.REAHL | WRK | | TJR |
| 11/25/02 | 6095555 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TJR |
| 11/25/02 | 6095556 | EFFEXOR XR 150MG | 60 | Dr.SNYDER | WRK | | TJR |
| 11/25/02 | 6096830 | LIPITOR 20MG | 30 | Dr.OBENZA | ESI | 15.00 | TJR |
| 12/05/02 | 2100034 | OXYCONTIN 40MG CR | 60 | Dr.SNYDER | WRK | | TR9 |
| 12/26/02 | 6200647 | TRAZODONE 100MG | 30 | Dr.SNYDER | WRK | | TR |
| 12/26/02 | 6095556 | EFFEXOR XR 150MG | 60 | Dr.SNYDER | WRK | | TR |
| 12/26/02 | 6094954 | TOPAMAX 100MG | 120 | Dr.REAHL | WRK | | TR |
| 12/26/02 | 6200654 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TR |
| 01/06/03 | 6201056 | LIPITOR 20MG | 30 | Dr.SNYDER | ESI | 15.00 | TR |
| 01/07/03 | 2200058 | OXYCONTIN 20MG CR | 90 | Dr.SNYDER | WRK | | TR |
| 01/23/03 | 4200437 | HYDROCO/APAP 7.5-75 | 15 | Dr.HOWELL | ESI | 4.60 | TR |
| 01/28/03 | 6201934 | VIOXX 25MG | 30 | Dr.SNYDER | WRK | | TR |
| 01/28/03 | 2200088 | OXYCONTIN 20MG CR | 60 | Dr.SNYDER | WRK | | TR |
| 01/29/03 | 6094954 | TOPAMAX 100MG | 120 | Dr.REAHL | WRK | | TR |
| 01/29/03 | 6200654 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TR |
| 02/11/03 | 6201056 | LIPITOR 20MG | 30 | Dr.SNYDER | ESI | 15.00 | TR |
| 02/26/03 | 6203088 | VIOXX 25MG | 30 | Dr.SNYDER | WRK | | TR |
| 03/04/03 | 2200134 | ENDOCET 5-325MG | 90 | Dr.SNYDER | WRK | | TR |
| 03/04/03 | 6095556 | EFFEXOR XR 150MG | 60 | Dr.SNYDER | WRK | | TR |
| 03/04/03 | 6200647 | TRAZODONE 100MG | 30 | Dr.SNYDER | WRK | | TR |
| 03/04/03 | 6094954 | TOPAMAX 100MG | 120 | Dr.REAHL | WRK | | TR |
| 03/04/03 | 6200654 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TR |
| 03/28/03 | 2200191 | ENDOCET 5-325MG | 60 | Dr.SNYDER | WRK | | TR |
| 03/28/03 | 6204344 | VIOXX 25MG | 60 | Dr.SNYDER | WRK | | TR |
| 04/08/03 | 6201056 | LIPITOR 20MG | 30 | Dr.SNYDER | ESI | 15.00 | TR |
| 04/08/03 | 6095556 | EFFEXOR XR 150MG | 60 | Dr.SNYDER | WRK | | TR |

500688.012.0003

Page: 4

## MEDICAL EXPENSES

LESTCH1
Patient: LESTER, CHRISTOPHER W
RespPty:
    PO BOX 1113

DANVILLE    WV 25053
Birth: ▓▓▓/1971

Pharmacy: MEDICAP PHARMACY #217
    2008 SMOOT AVENUE PO BOX 108
    DANVILLE    WV 25053
    RPh: RIGGS, TIM
    NCPDP#: 5011008

Prescriptions:               Date: 01/01/2000 TO 08/26/2003

| LastFill | Rx # | Drug Name | Qty | Physician Name | T/P | Price | RPh |
|----------|------|-----------|-----|----------------|-----|-------|-----|
| 04/08/03 | 6200647 | TRAZODONE 100MG | 30 | Dr.SNYDER | WRK | | TR |
| 04/08/03 | 6204706 | TOPAMAX 100MG | 120 | Dr.REAHL | WRK | | TR |
| 04/18/03 | 6205101 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TR |
| 04/25/03 | 2200241 | ENDOCET 5-325MG | 30 | Dr.STOLLINGS | WRK | | TR |
| 05/07/03 | 6205742 | VIOXX 25MG | 60 | Dr.SNYDER | WRK | | TR |
| 05/07/03 | 6205741 | LIPITOR 20MG | 30 | Dr.SNYDER | ESI | 15.00 | TR |
| 05/09/03 | 2200277 | ENDOCET 5-325MG | 90 | Dr.SNYDER | WRK | | TR |
| 05/20/03 | 6204706 | TOPAMAX 100MG | 120 | Dr.REAHL | WRK | | TR |
| 05/20/03 | 6205101 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TR |
| 06/03/03 | 6206606 | VIOXX 50MG | 10 | Dr.DY | WRK | | TR |
| 06/04/03 | 6205741 | LIPITOR 20MG | 30 | Dr.SNYDER | ESI | 15.00 | TR |
| 07/02/03 | 6205742 | VIOXX 25MG | 60 | Dr.SNYDER | WRK | | TR |
| 07/02/03 | 6204706 | TOPAMAX 100MG | 120 | Dr.REAHL | WRK | | TR |
| 07/02/03 | 6205101 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TR |
| 07/05/03 | 2200375 | ENDOCET 5-325MG | 60 | Dr.SNYDER | WRK | | TR |
| 08/20/03 | 6205741 | LIPITOR 20MG | 30 | Dr.SNYDER | ESI | 36.05 | TR |
| 08/20/03 | 6205742 | VIOXX 25MG | 60 | Dr.SNYDER | WRK | | TR |
| 08/20/03 | 6204706 | TOPAMAX 100MG | 120 | Dr.REAHL | WRK | | TR |
| 08/20/03 | 6205101 | CYCLOBENZAPR 10MG | 90 | Dr.SNYDER | WRK | | TR |

Report Date: 08/26/2003                       $948.12

Attested To By: _____
              Registered Pharmacist

TIMOTHY J RIGGS RPh
MEDICAP PHARMACY
498 SMOOT AVENUE
PO BOX 1085
DANVILLE WV 25053
PHONE 804 ▓▓▓-▓▓▓▓

500688.012.0004



**STYLE OF CASE:**  Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**  C-1-01-428

**PERTAIN TO:**  Christopher Wayne Lester

**FROM:**  Sunrise Psychiatric Services, Inc.
313 Market Road
Beckley, WV  25801
(304) 254-9003

**DELIVER TO:**  Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688129-0001 THROUGH 500688129-0012.

Case No. C-1-01-428

| | |
|---|---|
| Michael W. Harris | : Southern District Court |
| | : |
| vs. | : County of Hamilton |
| | : |
| Purdue Pharma L.P., et al | : State of Ohio |

Records pertaining to: **Christopher Wayne Lester**

Custodian of Records For: **Sunrise Psychiatric Services, Inc.**

I have conducted a thorough search of our files for the requested records, including but not limited to: patient intake forms and health questionnaires, and/or consent forms, and/or physical examination records, and/or x-rays, and/or pathology slides and/or blocks, and/or all nurses notes and physicians notes, and/or treatment records and reports, and/or prescription records, and/or third-party consultation records, and/or records of treatment at hospitals and other health care providers, and/or test results from outside laboratories, and/or itemized billing records, and/or insurance claims forms, and or personnel records and/or payroll records, and/or academic records. and/or correspondence.

I certify that nothing has been removed from the original file before releasing copies of these records or the originals. The records I am releasing are the original records or exact duplicates of the original records and include each and every record contained in the file on the above-named individual.

_____
AFFIANT

_____
WITNESS

8/21/03
DATE



## SUNRISE PSYCHIATRIC SERVICES, INC.
### 313 MARKET ROAD
### BECKLEY, WV 25801

*PHONE (304) 254-9003*                                    *FAX (304) 254-9005*

### PSYCHIATRIC EVALUATION

| | |
|---|---|
| Christopher W. Lester | DOE: 06-10-03 |
| SSN: ████-3340 | DOB: ████-71 |
| CL: 20-46841 | DOI: 3-10-00 |
| LDW: 3-10-00 | Employment Status: Not working |
| Employer: D & M Trucking/Ghent, WV | Marital Status: Married |
| Job Title: Truck driver | Ethnic origin: Caucasian |
| Parental status: Three children | Purpose: PTD Evaluation |
| Referral: IMD for WCD | |

**IDENTIFYING INFORMATION:**
Christopher Lester is a 31 year old, white, married male from Danville, WV.

**CHIEF COMPLAINT:**
"I have pain in my back, neck and left shoulder and my right leg gives out on me. I have partial incontinence."

**MEDICAL HISTORY:**
Non-work related: Mr. Lester had a motorcycle accident in 1986. He was hospitalized between 14-16 days with a concussion and fractured clavicle. He had a mild stroke in August of 2002 and seizures afterwards. He has sleep apnea.

Work related:
8-1-94: Anterior compression fracture of T11. Mr. Lester was off work for three years and received 11% PPD.

03-10-00: Mr. Lester fell from the back of a coal truck. He hit his head and was unconscious for 45 minutes or so. He also injured his left shoulder and neck. Cat scans were negative on his head, neck, and left shoulder. He has been diagnosed with lumber cervical and left shoulder sprains. He has been awarded 20% on an orthopedic basis and 10% on a psychiatric basis.

4-9-01: Mr. Lester began psychiatric treatment with Dr. Riaz. He had counseling with Kevin Adams, a supervised psychologist at Mari Sullivan Walker's office. Mr. Adams

500688.129.0001

RE: Christopher Lester
05-14-03

reported that Mr. Lester had borderline intellectual functioning. Dr. Riaz diagnosed
Major Depressive Disorder, single episode, without psychotic features.

9-18-01: Dr. John Justice diagnosed Depressive Disorder, NOS. He rated Mr. Lester at
10% psychiatric PPD and said he was not disabled on a psychiatric basis for work or
retraining.

01-8-01: Vass Vocational Rehabilitation closed Mr. Lester's file, as he did not wish to
participate.

CURRENT MEDICATIONS:
Dr. Riaz prescribes Effexor XR, 150 mgs. BID and Trazodone, 100 mgs. at HS.

Dr. Reahl prescribes Topomax, 100 mgs., 2 in the am and 2 in the pm, and a C-Pap
machine. Seizures are under control.

Dr. Snyder prescribes Lipitor, 20 mgs, Percocet, 5 mgs. TID prn, Vioxx, 25 mgs., 2 a
day, and Flexeril, 10 mgs. TID.

HISTORY OF PSYCHOLOGICAL PROBLEMS:
Mr. Lester reported being depressed and anxious since the 3-10-00 injury. He's
depressed all the time. He feels useless and helpless. He feels that he is worthless now.
He had thoughts of suicide in the past, but no present plans. He said he'd gained 115
pounds since his injury. He has crying spells and sexual performance problems. He
reported loss of enjoyment and interest in things and low energy. He has a nervous
stomach, diarrhea frequently, he's restless, he worries about everything, and he has
irritability and anger control problems. He said he's anxious and depressed. He stated,
"Since I got hurt, I can't work or do the things I'd like to do. Sometimes I wonder why
I'm even here."

Mr. Lester had previously had some marriage counseling in 1992, but this did not effect
his work.

PERSONAL HISTORY:
Substance Abuse History:
Mr. Lester denied the use of alcohol or street drugs. He said he used to chew tobacco,
but stopped. He has one cup of coffee a day. He drinks tea when he eats out.

Source of Household Income:
Mr. Lester receives social security disability benefits. His wife works.

Living Arrangements:
Mr. Lester and his wife lives in Danville, WV with their three children.

Daily Activities:

2

500688.129.0002

RE: Christopher Lester
05-14-03

Mr. Lester said that some days he has to have help with his hygiene and getting dressed.
He said he doesn't do much. He helps some with the laundry, he puts dishes in the
dishwasher, and he helps his children with their schoolwork. A neighbor cuts his grass
for him. Occasionally he eats out, sometimes he goes to church, he visits with his parents
once a week, and he said he rarely goes to any movies. He does not go to any sports
events, shopping malls, or concerts. He reads a little and watches a little television. He
says he plays with a model train. Occasionally he goes fishing. He does get together with
family on holidays.

Premorbid Functioning:
Mr. Lester said that before the 2000 injury, he hunted, fished, rode 4-wheelers and dune
buggies, lifted weights, and went places.

DEVELOPMENTAL HISTORY:
Mr. Lester was born and reared in WV. His birth and development were normal. His
father did various jobs and had worked at a plant in Ohio. He is now 77-years old. He
had a heart attack and became disabled when Mr. Lester was 7-years old. His mother is a
housewife. She is 72 years old and has diabetes, but otherwise good health. He was the
6th of six children. One sister died at the age of 6 ½. None of the others are disabled. He
denied any family history of psychiatric problems or substance abuse. He reported a
good childhood. He said he was not abused. He graduated from high school in 1990. He
made average and below average grades. He said he was promoted each year. He was
active in 4-H during that time.

LEGAL HISTORY:
In 1997, Mr. Lester was convicted of delivery of controlled substances and spent two
years on probation. He has never filed bankruptcy or lawsuits.

MILITARY HISTORY:
Mr. Lester has never served in the armed forces.

MARITAL HISTORY:
Mr. Lester has been married twice. The first time he was 18-years old. There were no
children. He said his wife left him and moved in with someone else. He married again in
1996 and has two children. He also has one child from another relationship that lives
with the mother. He said he has a good relationship with that daughter, as well as the two
that live with him. His children are ages 9, 6, and 4. His wife is 28-years old. She has
good health. She is an office manager for WV University extension office. He reported a
good marriage.

OCCUPATIONAL HISTORY:
1) Lumber yard for about four months.
2) Electrical lineman for six months in Ohio.
3) Timbering for three months.
4) In North Carolina at a lumberyard for six months.
5) Eastern State Mine Supply for a short while and Big G Trucking for a year.

3

500688.129.0003

RE: Christopher Lester
05-14-03

6) Tri-State Mobile Homes for 6-7 months.
7) S & G Trucking for four months and D & M Trucking for 2 ½ - 3 years.

Mr. Lester said he was never fired, got along well with his supervisors, and had a good work record.

MENTAL STATUS:
Mr. Lester was on time for his appointment. His sister drove him to the clinic. His hygiene and dress were appropriate. He had a short beard. He was oriented X's 4. His immediate memory was nine digits forward and four reversed. His recent memory was two out of three objects recalled after five minutes. His remote memory was intact. His concentration was adequate. His affect was tense. He exhibited pain behaviors. There was no flight of ideas, loose associations, or pressure of speech. He denied active suicidal and homicidal ideation. He denied hearing voices, seeing visions, or having special powers. His fund of information was low average. Judgment and reasoning were above average. He could only interpret proverbs on a literal level.

DIAGNOSIS:

Axis I:      Pain Disorder Associated with psychological factors and medical
             condition.
             Anxiety Disorder, NOS
             Depressive Disorder, NOS

Axis II:     R/O learning disorder – spelling

Axis III:    8-10-94 back injury
             3-10-00 lumber cervical and left shoulder sprain
             Status post concussion and fractured clavicle
             History of mini stroke and seizure disorder
             Sleep apnea
             High cholesterol

Axis IV:     Moderate

Axis V:      GAF=55

CONCLUSIONS AND RECOMMENDATIONS:
1) Mr. Lester has psychiatric problems partly related to the 3-10-00 compensable injury.
2) He continues to have 10% psychiatric permanent partial disability related to the 3-10-00 compensable injury. This is a mild impairment according to the WV Workers' Compensation Fund Psychiatric Impairments Guideline and the AMA Guideline to Mental Health Impairments, Fourth Edition. No increase in award is suggested.
3) He is not totally disabled due to his compensable injury related psychiatric problems in themselves.

4

500688.129.0004

RE: Christopher Lester
05-14-03

4) He was advised to continue psychiatric treatment with Dr. Riaz to prevent
   deterioration.


Ramesh C. Shah, M.D.
Psychiatrist
Diplomate of the American Board of Psychiatry and Neurology
Diplomate of the American Board of Disability Analysts
Diplomate of the American Board of Adolescent Psychiatry
Member of the American Academy of Disability Evaluating Physicians
Fellow of the American Psychiatric Association
RCS/ch

5

500688.129.0005

SUNRISE PSYCHIATRIC SERVICES INC.
313 Market Road
Beckley, WV 25801
Ph: 304-254-9003 Fax: 304-254-9005

May 14, 2003                    PSYCHOLOGICAL EVALUATION


Claimant     : Christopher W. Lester   Referral: IMD for WCD
SSN          : ████-3340               Date of Exam: 05-14-03
Cl#          : 20-46841                Date of Birth: ████-71 (31)
DOI          : 03-10-00               Date Last Worked: 03-10-00
Employment Status: Not working-awarded 8-01
Job Title & Occupation When Injured: Truck driver
Employer Name & Location: D & M Trucking/ Ghent, WV
Marital Status:          Married
Parental Status:         Three children
Ethnic Origin:           Caucasian
Purpose      :           PTD Evaluation

Psychologist: Crystal Whittington, M.A.

The claimant was administered psychological tests in conjunction with
the psychiatric evaluation of Dr. Ramesh Shah. Please see the
psychiatric report for more detailed histories, mental status,
functional restrictions, etc. The claimant understood that the
examination material is not confidential and consented to the
evaluation.

MEDICAL HISTORY:

Non-compensable: In 1986 he had a motorcycle accident and was
hospitalized for 14-16 days for concussion and fractured clavicle. He
said he had a mild stroke (possibly TIA) in August 2002 and developed
a seizure disorder afterwards-he said he was told it was due to
stress. He has sleep apnea.

Compensable Injuries and Illnesses:
08-10-94: Claimant fell at work and had anterior compression fracture
of T11 and was off work for three years. He was awarded 10 or 11%
PPD.

03-10-00: Claimant fell from the back of a coal truck onto another
truck beside it and hit his head. He was unconscious from 45-50
minutes he claims. He also reportedly injured his left shoulder,
neck, and low back. CT scans and MRIs have been negative. He was
awarded 20% orthopedic and 10% psychiatric for a total of 30% PPD on
this injury. He said his legs have gone numb and caused him to fall
and injured his ribs and left knee. X-rays and MRIs negative. He
has lumbar, Cervical, left shoulder, and left knee sprains and a
closed head injury. He did not find the claimant to be disabled.

500688.129.0006

Psychological Evaluation
Christopher W. Lester
Page 2

01-08-01: Vass Vocational Rehabilitation closed his file as the
claimant did not wish to participate in vocational rehabilitation
services.

04-09-01: Claimant began outpatient psychiatric treatment with Dr.
Riaz U. Riaz who diagnosed major depressive disorder. He had
counseling with Kevin Adams, MA, supervised psychologist at Mari
Sullivan Walker's office.   Mr. Adams had reported the claimant had
Borderline Intellectual Functioning.

09-18-01: Peggy Casdorph-Perdue, licensed psychologist, reported WASI
VIQ of 81, PIQ of 103, and FSIQ of 90 (PIQ and FSIQ are average);
WRAT-3 reading, spelling, and arithmetic grade equivalents at high
school, 5th, and 8th respectively.  Measures of malingering indicated
good effort.   MMPI-2 essentially valid but the claimant presented
himself in an unrealistically favorable light.   MMPI-2 revealed
depression and somatization.

09-18-01: Dr. John Justice diagnosed Depressive Disorder, NOS and
rated him at 10% PPD. He said the claimant is not disabled from work
or retraining on a psychiatric basis.

Medications:
Dr. Riaz:   EFFEXOR XR, TRAZODONE
Dr. Reahl:  TOPAMAX, C-PAP MACHINE
Dr. Snyder: LIPITOR, PERCOCET, VIOXX, FLEXERIL

PSYCHOLOGICAL PROBLEMS:   Please see the psychiatric evaluation for
more details. He said he became depressed and anxious after the
03-10-00 injury. "Since I got hurt, I can't work or do the things
I'd like to do.  Sometimes I wonder why I'm even here."

He said he is depressed and anxious "all the time". He has gained
115 pounds since he got hurt but said his appetite goes "up and
down." He has lost interest in people and activities.  He has
trouble sleeping. He lacks energy. He feels worthless. He has had
thoughts of suicide in the past but not recently. He said he worries
about "everything-my health, the bills, the kids, you name it."   He
reported diarrhea, restlessness, feeling jittery, and irritable.  He
has crying spells and sexual performance problems.

FINANCIAL SUPPORT AND ACTIVITIES: He receives SSDI benefits and his
wife works.  They live in Danville, WV with their two children.

He said he has to have help with showering and dressing some days.
He helps with the laundry, puts dishes in the dishwasher, and helps
his children with their school work. A neighbor cuts his grass.  He
eats out occasionally and sometimes goes to church. He visits his
parents once a week. He fishes occasionally. He enjoys family

500688.129.0007

Psychological Evaluation
Christopher W. Lester
Page 3

holidays. He rarely goes to movies as sitting is hard for him. He does not go to malls, sports events, or concerts. He said he reads a little and watches only a little TV. He plays with a model train sometimes. He said he used to hunt and fish quite a bit. He rode Four Wheelers and Dune Buggies. He liked to go places. He said his main hobby had been lifting weights.

EARLY FAMILY HISTORY: He was born and reared in Boone County, WV. His birth and development were unremarkable. His father became disabled when the claimant was seven years old from a heart attack. His father had worked various jobs including factory work, mining, and driving a school bus and coal truck. His father is now 77. His mother is a housewife and is 72. She is diabetic but otherwise has good health. He was the 6th of 6 children-one sister died at age six. None of his other siblings are disabled. He reported a good childhood with no abuse.

FAMILY HISTORY OF PSYCHIATRIC AND SUBSTANCE ABUSE PROBLEMS: Denied.

EDUCATIONAL HISTORY: He graduated from high school in 1990. He made average and below average grades. He was promoted yearly. He belonged to the 4-H Club.

MILITARY SERVICE HISTORY: None.

EMPLOYMENT HISTORY: He worked at a lumber yard for four months. He worked in Ohio as an electrical lineman for six months. He worked in timbering for three months. He worked in North Carolina at a lumber yard for six months. He worked at Tri-State Mobile Homes for six or seven months. He worked for Eastern State Mine Supply for a short period. He worked for Big G Trucking for one year, for S & G Trucking for four months, and for D & M Trucking for two and a half to three years. He said he had never been fired, related well with supervisors and co-workers, and had a good work record.

MARITAL AND FAMILY HISTORY: He has been married twice. He first married at age 18 and had no children. He said his wife left him and moved in with another man. He had a relationship with another woman who had a daughter by him. He married his present wife in 1996 and they have two children aged 6 and 4. He said his nine year old daughter lives with her mother but he continues to have a good relationship with her. His wife is 28 and has good health. She is office manager for WVU Extension Office. He said his current marriage is good despite his problems.

PRIOR MENTAL HEALTH TREATMENT HISTORY: He had marriage counseling in 1992.

500688.129.0008

SUBSTANCE ABUSE HISTORY: He denied any history of problems with alcohol or recreational drugs and said he uses neither. He used to chew tobacco but stopped. He drinks a cup of coffee in the morning and drinks tea when he eats out.

LEGAL HISTORY: He was arrested in 1997 and served two years probation for delivery of a controlled substance. "That was the worst mistake I ever made." He has not filed bankruptcy or lawsuits.

ASSESSMENT MEASURES:
Clinical Interview
The Wide Range Achievement Test-Revision-3
The Wechsler Adult Intelligence Scale-III
The Wechsler Individual Achievement Test Reading Comprehension*
The Wechsler Individual Achievement Test Listening Comprehension*
The Minnesota Multiphasic Personality Inventory-2

*Used as a screening device for the administration of the MMPI-2 when IQ scores and WRAT-3 reading subtest scores are too low to automatically qualify to take the MMPI-2 (below IQ of 80 and reading reading level below 7th grade).

The WRAT-3:

| Standard Score | | Percentile | Grade Equivalent |
|---|---|---|---|
| Reading | 99 | 47 | High School |
| Spelling | 76 | 5 | 5th |
| Arithmetic | 105 | 63 | High School |

Classification of WRAT-3 Standard Scores:

| | |
|---|---|
| Very Superior | 130 and up |
| Superior | 120 to 129 |
| High Average | 110 to 119 |
| Average | 90 to 109 |
| Low Average | 80 to 89 |
| Borderline | 70 to 79 |
| Deficient | 69 and below |

The Reading subtest is a measure of word recognition and correct pronunciation and not of reading comprehension.

The WAIS-III:

WAIS-III subtests have a scaled score mean of 10 and a standard deviation of 3.

Psychological Evaluation
Christopher W. Lester
Page 5

| IQ & Subtest Scores | Scaled Scores | % | Range | |
|---|---|---|---|---|
| Verbal IQ | 98 | 45 | AVERAGE | 93-103 |
| Performance IQ | 90 | 25 | AVERAGE | 84-97 |
| Full Scale IQ | 95 | 37 | AVERAGE | 91-99 |
| **Index Scores:** | | | | |
| Verbal Comprehension: | 89 | 23 | LOW AVERAGE | 84-95 |
| Perceptual Organization: | 101 | 53 | AVERAGE | 94-108 |
| Working Memory: | 106 | 66 | AVERAGE | 99-112 |
| Processing Speed: | 73 | 4 | BORDERLINE | 67-85 |
| **95% Confidence Level:** | | | | |
| Vocabulary | 5 | 5 | BORDERLINE | |
| Similarities | 11 | 63 | HIGH AVERAGE | |
| Arithmetic | 12 | 75 | HIGH AVERAGE | |
| Digit Span | 11 | 63 | HIGH AVERAGE | |
| Information | 8 | 25 | LOW AVERAGE | |
| Comprehension | 12 | 75 | HIGH AVERAGE | |
| Letter-Number Sequencing | 10 | 50 | AVERAGE | |
| Picture Completion | 8 | 25 | LOW AVERAGE | |
| Digit Symbol | 5 | 5 | BORDERLINE | |
| Block Design | 12 | 75 | HIGH AVERAGE | |
| Matrix Reasoning | 11 | 63 | HIGH AVERAGE | |
| Picture Arrangement | 7 | 16 | BORDERLINE | |
| Symbol Search | 5 | 5 | BORDERLINE | |

At the .05 level of significance, there is no significant difference between the VIQ and PIQ. There is a significant difference between the VCI and POI. There is a significant difference between the VCI and the WMI. There is a significant difference between the POI and the PSI. There is no significant scatter. The claimant's nonverbal reasoning skills are superior to his verbal reasoning. Relative to his own rounded mean (8), the claimant demonstrated strengths on the similarities, arithmetic, digit span, comprehension, block design, and matrix reasoning subtests. He demonstrated relative weaknesses on the vocabulary and digit symbol subtests.

The MMPI-2:
A T score of 65 on the clinical scales divides the clinical from the non-clinical population. Mr. Lester's profile falls within the Questionable Validity range of clinical usefulness. The F scale was highly elevated (45-55 fully acceptable) and K was low (below 40). This indicates considerable symptom magnification, most likely due to

500688.129.0010

Psychological Evaluation
Christopher W. Lester
Page 6

either deliberate exaggeration or a tendency to respond "true".  L,
F, and K T-scores were: 43, 70, and 37.

### Clinical Scale T-Scores:

| Hs | 73 | Pd | 69 | Pt | 94 | Si | 84 |
|----|----|----|----|----|----|----|----|
| D  | 95 | MF | 60 | Sc | 84 |    |    |
| Hy | 86 | Pa | 79 | Ma | 47 |    |    |

Individuals with this profile are tense, nervous, and depressed.
They have a high need for achievement and recognition but dread the
pressures of increased responsibility.  However, they also feel
guilty about not achieving goals.  They are also perfectionistic and
conscientious and may be excessively religious or moralistic.  They
feel unhappy, sad, and worry to an excessive degree.  They anticipate
problems and overreact to minor matters.  They seek excessive
nurturance from others and are overly dependent due to feelings of
inadequacy, insecurity, and inferiority.  They tend to be docile and
passive-aggressive in relationships and lack appropriate
assertiveness skills.  They brood and ruminate and report somatic
symptoms such as fatigue, exhaustion, weight problems, slowed speech,
and slowed thinking.  They feel vulnerable to imagined threats as
well as to real threats.  They are quite rigid in their thinking but
are usually motivated for psychotherapy.  Typical diagnoses for this
profile: depressive disorders; anxiety disorders;
obsessive-compulsive disorder.

BEHAVIORAL OBSERVATIONS: Mr. Lester was on time for his appointment.
His sister drove him to the clinic.  He is five feet, seven inches
tall and weighs 280 pounds.  He was clean in hygiene and wore jeans
and a red tee shirt.  He had short, black hair and a trimmed beard
(he said he trimmed in the night before because he was afraid he
would be pulling on it during the examination as he tends to do that
when especially nervous) and brown eyes. He used a cane to assist in
walking and balance.  He was alert and fully oriented.  He exhibited
pain behaviors and appeared physically uncomfortable during the
examination. He related well, made good eye contact, and affect and
conversation were appropriate to the setting.  He did not exhibit
speech oddities or bizarre mentation and denied symptoms of psychosis
and paranoia when questioned.  He denied active suicidal and
homicidal ideation.  He was pleasant and cooperative with the
examination.

COMPREHENSION AND FOLLOWING OF INSTRUCTIONS: Good.

PACE: Average.

CONCENTRATION AND ATTENTION: Average.

PERSISTENCE AND EFFORT: Good.  He started to give up on one Block
Design task before time limits had expired but was persuaded to
continue.

500688.129.0011

Psychological Evaluation
Christopher W. Lester
Page 7

PERSISTENCE AND EFFORT: Good. He started to give up on one Block Design task before time limits had expired but was persuaded to continue.

SELF-MONITORING OF ERRORS: He recognized errors but had some difficulty in correcting them quickly enough to get credit on the more difficult block design tasks.

ORGANIZATIONAL AND PLANNING SKILLS: Fair.

METHODOLOGY: Both conceptual and trial-and-error.

VALIDITY CONSIDERATIONS: He has been tested previously with essentially similar results although he did better on the verbal tasks on the current examination. His motivation and cooperation were sufficient for valid results.

DIAGNOSTIC IMPRESSIONS:

Axis    I.    PAIN DISORDER ASSOCIATED WITH PSYCHOLOGICAL FACTORS AND
              MEDICAL CONDITION
              ANXIETY DISORDER, NOS
              DEPRESSIVE DISORDER, NOS

Axis    II.   R/O LEARNING DISORDER-SPELLING

SUMMARY:    Christopher Lester is a 31 year old man who is operating within the Average range of intellectual functioning. He has likely always functioned within this range. He reported becoming depressed and anxious after the March 10, 2000 injury and remains under outpatient psychiatric treatment with Dr. Riaz U. Riaz. He was awarded SSDI benefits in August of 2001 and does not appear motivated for vocational rehabilitation (file closed due to claimant's lack of desire to participate). Mr. Lester does not feel that he is able to work at anything due to pain and not being able to tolerate sitting, standing, or walking for more than twenty minutes at a time.

*Crystal Whittington*
Crystal Whittington, M.A.
Licensed Psychologist

500688.129.0012



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**     Michael W. Harris, et al.

                               vs.

                               Purdue Pharma L.P., et al.

**CASE NO:**     C-1-01-428

**PERTAIN TO:**     Christopher Wayne Lester

**FROM:**     Sean C. Senator, D.D.S.
                               319 Main Street
                               Madison, WV  25130-1221
                               (304) 369-1117

**DELIVER TO:**     Mr. Phillip J. Smith
                               VORYS, SATER, SEYMOUR & PEASE, LLP
                               Atrium Two, Suite 2100
                               221 East Fourth Street
                               Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688156-0001
THROUGH 500688156-0004.

Case No. C-1-01-428

| | |
|---|---|
| Michael W. Harris | : **Southern District Court** |
| | : |
| vs. | : **County of Hamilton** |
| | : |
| Purdue Pharma L.P., et al | : **State of Ohio** |

---

Records pertaining to: **Christopher Wayne Lester**

Custodian of Records For: **Senator, Sean C., D.D.S.**

I have conducted a thorough search of our files for the requested records, including but not limited to: patient intake forms and health questionnaires, and/or consent forms, and/or physical examination records, and/or x-rays, and/or pathology slides and/or blocks, and/or all nurses notes and physicians notes, and/or treatment records and reports, and/or prescription records, and/or third-party consultation records, and/or records of treatment at hospitals and other health care providers, and/or test results from outside laboratories, and/or itemized billing records, and/or insurance claims forms, and or personnel records and/or payroll records, and/or academic records, and/or correspondence.

I certify that nothing has been removed from the original file before releasing copies of these records or the originals. The records I am releasing are the original records or exact duplicates of the original records and include each and every record contained in the file on the above-named individual.

AFFIANT

WITNESS

DATE 8/10/03

## HEALTH RECORD

Patient: _Lester    Christopher    W_ Birthdate: ▓▓ Age _26_ Sex _M_
    (Last)     (First)     (MI)

Who may we thank for referring you ? _____

Doctor/Address/Phone _____

Are you presently being treated by a Doctor ? _____ Why _____

Medicines you are taking daily ? _____

What brings you to see us today ? _Cleaning_ _____

### TO THE BEST OF YOUR KNOWLEDGE HAVE YOU EVER HAD, OR HAVE YOU NOW:

| Yes | No | (Check each item) | Yes | No | (Check Each Item) |
|-----|-----|-----|-----|-----|-----|
| ✓ | | Heart trouble, murmur or valve problems | | ✓ | Bleeding gums |
| | ✓ | Pain or pressure in chest | | ✓ | Ear, eye, nose or throat trouble |
| | ✓ | Rheumatic fever or growing pains | | ✓ | Sinusitis or headaches |
| | ✓ | High or low blood pressure | | ✓ | Facial injuries |
| | ✓ | Shortness of breath | | | Toothaches or chronic bad breath |
| | ✓ | Lung Disease | | ✓ | Epilepsy or convulsions |
| ✓ | | Asthma, Hayfever, or allergies | | ✓ | Tumors, growths, or cysts |
| | ✓ | Do you smoke ? | | ✓ | Cancers |
| | ✓ | Are you in, or have you gone through menopause ? | | ✓ | Any reaction to penicillin, or other antibiotics, drugs or dental anesthetics ? |
| ✓ | | Members of your family with diabetes ? | | ✓ | Major operations or hospitalizations ? |
| | ✓ | Diabetes (sugar or albumin in urine) | | | Are you pregnant ? |
| | ✓ | Jaundice, hepatitis | | ✓ | Venereal disease, HIV, AIDS, or any other condition we should be aware of ? |
| | ✓ | Liver trouble | | | |
| | ✓ | Blood diseases | | | |
| | ✓ | A condition requiring cortisone therapy (steroid) | | | |

*ASAI 03/11/98*

### RELEASE STATEMENT - PLEASE READ AND SIGN

I hereby authorize payment directly to Dr. Sean Senator of the group insurance benefits otherwise payable to me. I authorize release of any information relating to this claim or other claims while a patient here necessary for processing. I am aware that filing insurance claims is a service provided by this dental office and in no way relieves me of financial responsibility for charges incurred which are not covered by my insurance.

I hereby grant permission to Dr. Sean Senator to have such diagnostic and/or treatment procedures performed on the above named patient as explained and deemed necessary. I further grant authority to release such medical/dental information regarding any health, welfare or veterans agencies to which I have applied or may in the future apply for service or assistance. In addition, I hereby state that the above health history has been completed to the best of my knowledge and that there are not additional health conditions that the Doctor should know about.

Patient _Chris Lester_ Date _3-11-98_ Witness _____

Parent _____ Guardian _____

Patient Name _Chris Lester_ Social Sec. # ▓▓▓-▓▓-▓▓▓

Address _P.O. Box 1125 Danville_ Date of Birth ▓▓

Telephone # _3___(____)_ (Home) Telephone # _____ (Work)

Marital Status _N_ (Specify: Married, Widowed, Single, Divorced)

500688.156.0001

## DENTAL INSURANCE INFOR~ ~N

| PRIMARY INS. | SECOND INS. |
|---|---|
| Name of Insured: April Lester | Name of Insured:_____ |
| Relationship to patient: Wife | Relationship to patient:_____ |
| Insured birthdate: __-7-73 | Insured birthdate:_____ |
| Soc. Sec. No. ████ 9969 | Soc. Sec. No._____ |
| Employer: Boone Co. Med Auth | Employer:_____ |
| Occupation: Secretary | Occupation:_____ |
| Insurance Co. Blue Cross | Insurance Co._____ |
| Ins. Co. Address: P.O. Box 7026 | Ins. Co. Address:_____ |
| Wheeling, WV 26003 | _____ |
| Ins. Phone No. 1-800-654-5656 | Ins. Phone No._____ |
| Group No._____ | Group No._____ |

IMPORTANT: If patient is a minor, please complete the following:

Responsible Party's Name:_____ Relationship: Parent or Guardian

FINANCIAL ARRANGEMENTS: For your convenience and ours, please check the option
which you prefer; _____ cash _____ personal check _____ credit card
_____ I wish to discuss the dental office policy.

NOTE: IF THE INFORMATION ABOVE IS NOT COMPLETE WE MAY NOT BE ABLE TO BILL YOUR
INSURANCE COMPANY. IF WE CANNOT BILL THE INS. YOU WILL HAVE TO PAY US
AND BILL YOUR INSURANCE COMPANY YOURSELF!

| Date | ← Doctor | ← Ancillary | Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

500688.156.0002

File No. _____

## DENTAL EXAMINATION

**PRESENTING CONDITIONS AND TREATMENT RECORD**

Patient's Name **Chris Lester**

**COMMENTS**

3-0 ext w/ symptomatic
4-0 *lg*
9- DL, MF comp.
7- Fa comp
8- MF, DL comp.
13-0 ~~extract w/ asymptomatic~~
14-0 extract w/ symptomatic
15-0 "
32-0 "
31-0 Fa "



Case _____

Child's Name

**PRESENTING CONDITIONS AND TREATMENT RECORD**

**COMMENTS**

**PERIODONTAL SCREENING & RECORDING**

| | | | | 0 | 3 | 1 | 1 | 9 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL SCORE | | MONTH | | DAY | | YEAR | | | |

Case _____

**SOFT TISSUE EXAM - Head and Neck:**

Normal____ Findings _____

TMJ: Normal____ Findings _____

Intra Oral: Lips____ Buccal Mucosa_____
Palate____ Floor of Mouth ____ Tongue _____
Salivary Glands _____ Findings_____

**ORAL HYGIENE:** Good___ Fair___ ✓ Poor___

**Periodontal Disease:** Slight___ Moderate___ Severe___

**OCCLUSION:** Class I___ Class II___ Class III___
Crowding: ___ Areas_____ Crossbite___ Areas_____
Overjet: ___ MM
Overbite: Incisal 1/3___ Middle 1/3___ Gingival 1/3___
Openbite: _____ Areas_____
Habits _____

500688.156.0003

NAME _Chris Lester_

| Date | ← Doctor | ← Ancillary | Notes |
|------|----------|-------------|-------|
| 3-11-98 | BDT | Exam, Prophy, 4BWX, 2PA (789) | Class I calc   AAP I |
| | | Several decalc areas/caries in molars/premolars. Pt wishes to | |
| | | delay tx until painful-then extract.   NV: 4-0 Ag, 13-0 Ag | |
| | | NNV: 7-Fo, 8 MF, DI comp, 9- DL, MF comp. | |
| 3-11-98 | Billed Ins. | | |
| 9-23-98 | ct. ot. | | |
| 5-21-99 | nt ot 2nd | | |
| 8-11-99 | Final Notice | | |

PROGRESS NOTES

500688.156.0004