# CHRISTOPHER WAYNE LESTER

# 8 OF 14



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**     Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**     C-1-01-428

**PERTAIN TO:**     Christopher Wayne Lester

**FROM:**     St. Francis Hospital
(Patient Accounts)
333 Laidley Street
Charleston, WV  25301-1614
(304) 347-6500

**DELIVER TO:**     Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688070-0001
THROUGH 500688070-0020.



FMT = 11    ADMIT THRU DISCHARGE CLAIM 03-10-2002    PAYOR APPROVED OMB NO. 0038-0 02532

CHARLESTON HOSPITAL INC
DBA SAINT FRANCIS HOSP
PO BOX 402907
ATLANTA, GA 30384-2907

3 PATIENT CONTROL NO.    2532414407 131

5 FED. TAX NO. 611272692    6 STATEMENT COVERS PERIOD FROM 030702 THROUGH 030702

12 PATIENT NAME
LESTER CHRISTOPHER W

13 PATIENT ADDRESS
P O BOX 1113    DANVILLE    WV    25053

14 BIRTHDATE 1971    15 SEX M    16 MS M    17 DATE 030702    18 09    19 1    20 7    21 11    22 01    23 MEDICAL RECORD NO. 000000261190    09

31 OCCURRENCE 11 030702

LESTER CHRISTOPHER W
P O BOX 1113
DANVILLE    WV    25053

39 VALUE CODES a A3 61234

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 250 | PHARMACY | | 030702 | 1 | 2159 | |
| 272 | STERILE SUPPLY | | 030702 | 2 | 11475 | |
| 301 | LAB/CHEMISTRY | 80053 | 030702 | 1 | 10300 | |
| 305 | LAB/HEMATOLOGY | 85025 | 030702 | 1 | 4500 | |
| 306 | LAB/BACT-MICRO | 87086 | 030702 | 1 | 6800 | |
| 307 | LAB/UROLOGY | 81001 | 030702 | 1 | 3500 | |
| 450 | EMERG ROOM | 99283 | 030702 | 1 | 22500 | |
| 001 | TOTAL CHARGES | | | | 61234 | |

50 PAYER
ACORDIA/PEIA    51 PROVIDER NO. 611272692    Y Y    55 EST. AMOUNT DUE 61234

DUE FROM PATIENT ▶

58 INSURED'S NAME
LESTER APRIL C    59 P.REL 02    60 CERT. - SSN - HIC. - ID NO. 9969    61 GROUP NAME ACORDIA/PEIA    62 INSURANCE GROUP NO. 7770

63 TREATMENT AUTHORIZATION CODES    9    65 EMPLOYER NAME
BOONE COUNTY COMMISSION    66 EMPLOYER LOCATION
MADISON    WV    25130

67 PRIN DIAG. CD 601.0    68 CODE 788.20    69 CODE 724.2    70 CODE 493.90    74 CODE 788.1

79 P.C. 9    80 PRINCIPAL PROCEDURE    82 ATTENDING PHYS. ID WV01102    F08033  DILLARD MORR

84 REMARKS ACORDIA/PEIA
PO BOX 2451
CHARLESTON    WV    25329-2451

85 PROVIDER REPRESENTATIVE
X

UB-92 HCFA-1450    OCR/ORIGINAL    I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

500688.070.0001

```
PATIENT NO:      2532414407   CHARLESTON HOSPITAL INC   BILLING DATE   PAGE   1    02532
MED REC NO:         261190    DBA SAINT FRANCIS HOSP     03/10/02
GUARANTOR NO:                 PO BOX 402907
PATIENT:                      ATLANTA, GA 30384-2907     ADMITTED     DISCHARGED
LESTER CHRISTOPHER W                                     03/07/02     03/07/02
```

```
BILL TO:
     LESTER CHRISTOPHER W           EMERGENCY                 FC=11
     P O BOX 1113                   ADMIT THRU DISCHARGE CLAIM
     DANVILLE       WV
     25053
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| 250-PHARMACY | | | | | | | |
| 030702 | 08B402 | 0712 | | 505312 | 74379601 | 1 KETOROLAC 60MG INJ | 21.59 |
| | | | | | | SUBTOTAL: | 21.59 |
| 272-STERILE SUPPLY | | | | | | | |
| 030702 | 08B368 | 0718 | | 900782 | | 1 LEG BAG | 51.50 |
| 030702 | 08B368 | 0718 | | 906469 | | 1 TRAY FOLEY 16FR BSD | 63.25 |
| | | | | | | SUBTOTAL: | 114.75 |
| 301-LAB/CHEMISTRY | | | | | | | |
| 030702 | 07B307 | 0736 | | 257416 | 80053 | 1 COMP METABOLIC PANEL | 103.00 |
| | | | | | | SUBTOTAL: | 103.00 |
| 305-LAB/HEMATOLOGY | | | | | | | |
| 030702 | 07B307 | 0736 | | 255136 | 85025 | 1 CBC PLATELET AUTO DIFF | 45.00 |
| | | | | | | SUBTOTAL: | 45.00 |
| 306-LAB/BACT-MICRO | | | | | | | |
| 030702 | 07B307 | 0736 | | 257018 | 87086 | 1 CULT COLONY COUNT UR | 68.00 |
| | | | | | | SUBTOTAL: | 68.00 |
| 307-LAB/UROLOGY | | | | | | | |
| 030702 | 07B307 | 0736 | | 255550 | 81001 | 1 UA W MICRO AUTO | 35.00 |
| | | | | | | SUBTOTAL: | 35.00 |
| 450-EMERG ROOM | | | | | | | |
| 030702 | 07B310 | 0780 | | 170015 | 99283 | 1 EMER DEPT LEVEL 3 | 225.00 |
| | | | | | | SUBTOTAL: | 225.00 |
| | | | | | | TOTAL ANCILLARY CHARGES | 612.34 |

```
BENEFITS ASSIGNED TO SAINT FRANCIS HOSP
0
```

500688.070.0002

```
PATIENT NO:        2532414407    CHARLESTON HOSPITAL INC    BILLING DATE    PAGE   3    02532
MED REC NO:            261190    DBA SAINT FRANCIS HOSP     03/10/02
GUARANTOR NO:                    PO BOX 402907
PATIENT:                         ATLANTA, GA 30384-2907     ADMITTED        DISCHARGED
LESTER CHRISTOPHER W                                        03/07/02        03/07/02
```

```
                     DEPARTMENTAL CHARGE SUMMARY
         DEPT          DESCRIPTION                AMOUNT

         0712    PHARMACY                          21.59
         0718    MEDICAL SERVICES                 114.75
         0736    LABORATORY                       251.00
         0780    EMERGENCY SERVICES               225.00


      TOTAL CHARGES:         612.34
      TOTAL PAYMENTS:           .00
       TOTAL ADJUST:           .00
```

500688.070.0003

```
PATIENT NO:        2532414407    CHARLESTON HOSPITAL INC    BILLING DATE    PAGE   1    02532
MED REC NO:          261190      DBA SAINT FRANCIS HOSP      03/10/02
GUARANTOR NO:                    PO BOX 402907
PATIENT:                         ATLANTA, GA 30384-2907      ADMITTED       DISCHARGED
LESTER CHRISTOPHER W                                         03/07/02       03/07/02
```

```
BILL TO:
     LESTER CHRISTOPHER W              EMERGENCY                    FC=11
     P O BOX 1113                      ADMIT THRU DISCHARGE CLAIM
     DANVILLE        WV
     25053
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 250-PHARMACY | | | | | | | | |
| 030702 | 08B402 | 0712 | | 505312 | 74379601 | 1 | KETOROLAC 60MG INJ | 21.59 |
| | | | | | | | SUBTOTAL: | 21.59 |
| 272-STERILE SUPPLY | | | | | | | | |
| 030702 | 08B368 | 0718 | | 900782 | | 1 | LEG BAG | 51.50 |
| 030702 | 08B368 | 0718 | | 906469 | | 1 | TRAY FOLEY 16FR BSD | 63.25 |
| | | | | | | | SUBTOTAL: | 114.75 |
| 301-LAB/CHEMISTRY | | | | | | | | |
| 030702 | 07B307 | 0736 | | 257416 | 80053 | 1 | COMP METABOLIC PANEL | 103.00 |
| | | | | | | | SUBTOTAL: | 103.00 |
| 305-LAB/HEMATOLOGY | | | | | | | | |
| 030702 | 07B307 | 0736 | | 255136 | 85025 | 1 | CBC PLATELET AUTO DIFF | 45.00 |
| | | | | | | | SUBTOTAL: | 45.00 |
| 306-LAB/BACT-MICRO | | | | | | | | |
| 030702 | 07B307 | 0736 | | 257018 | 87086 | 1 | CULT COLONY COUNT UR | 68.00 |
| | | | | | | | SUBTOTAL: | 68.00 |
| 307-LAB/UROLOGY | | | | | | | | |
| 030702 | 07B307 | 0736 | | 255550 | 81001 | 1 | UA W MICRO AUTO | 35.00 |
| | | | | | | | SUBTOTAL: | 35.00 |
| 450-EMERG ROOM | | | | | | | | |
| 030702 | 07B310 | 0780 | | 170015 | 99283 | 1 | EMER DEPT LEVEL 3 | 225.00 |
| | | | | | | | SUBTOTAL: | 225.00 |

```
                                 TOTAL ANCILLARY CHARGES        612.34
```

```
BENEFITS ASSIGNED TO SAINT FRANCIS HOSP
0
```

500688.070.0004



FMT = 04          ADMIT THRU DISCHARGE CLAIM 09-11-2002     PAYOR  APPROVED OMB NO. 0938-0 2532

CHARLESTON HOSPITAL INC
DBA SAINT FRANCIS HOSP
PO BOX 402907
ATLANTA, GA 30384-2907

2532760280 111

5 FED. TAX NO. 611272692   FROM 080102  THROUGH 080902   7 COV D. 8   8 &CO. 9   9 C/D. 10 L.RD. 11

LESTER CHRISTOPHER W        P O BOX 1113        DANVILLE        WV   25053

14 BIRTHDATE 1971  15 SEX M  ADMISSION 080102  18  19 TYPE 2  7  15  06  23 MEDICAL RECORD NO. 000000261190   02

OCCURRENCE CODE 04  031000  A1  122371

LESTER CHRISTOPHER W
P O BOX 1113
DANVILLE        WV   25053

| | VALUE CODES CODE AMOUNT | VALUE CODES CODE AMOUNT | VALUE CODES CODE AMOUNT |
|---|---|---|---|
| a | 01  157 50 | 05  138 00 | 45  0 00 |
| b | A3  1817 73 | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 1 | 121 | MED-SUR-GY/2BED | 157.50 | | 8 | 1260 00 | |
| 2 | 250 | PHARMACY | | | 4 | 96 88 | |
| 3 | 255 | DRUGS INCIDENT RADIOLOGY | | | 1 | 220 00 | |
| 4 | 259 | DRGS/OTHER | | | 94 | 494 56 | |
| 5 | 270 | MED-SURG SUPPLIES | | | 140 | 1127 00 | |
| 6 | 272 | STERILE SUPPLY | | | 22 | 431 25 | |
| 7 | 301 | LAB/CHEMISTRY | | | 24 | 1848 00 | |
| 8 | 305 | LAB/HEMATOLOGY | | | 5 | 207 00 | |
| 9 | 307 | LAB/UROLOGY | | | 1 | 35 00 | |
| 10 | 320 | DX XRAY | | | 1 | 153 00 | |
| 11 | 324 | DX X-RAY/CHEST | | | 1 | 186 00 | |
| 12 | 341 | NUC MED/DX | | | 2 | 1374 00 | |
| 13 | 351 | CT SCAN/HEAD | | | 1 | 888 00 | |
| 14 | 402 | ULTRA SOUND | | | 1 | 303 00 | |
| 15 | 420 | PHYSICAL THERP | | | 4 | 148 00 | |
| 16 | 424 | PHYS THERP/EVAL | | | 1 | 68 00 | |
| 17 | 450 | EMERG ROOM | | | 1 | 250 00 | |
| 18 | 480 | CARDIOLOGY | | | 4 | 2045 00 | |
| 19 | 482 | STRESS TEST | | | 1 | 670 00 | |
| 20 | 611 | MRI-BRAIN | | | 1 | 1725 00 | |
| 21 | 612 | MRI-SPINE | | | 1 | 1386 00 | |
| 22 | | | | | | | |
| 23 | (PAGE 01 OF 02) | | | | | | |

50 PAYER
WORKERS COMPENSATION        51 PROVIDER NO. 61127269200   Y  Y   54 PRIOR PAYMENTS   55 EST. AMOUNT DUE   56 DRG = 142

DUE FROM PATIENT ▶

58 INSURED'S NAME
LESTER CHRISTOPHER W   01  3340   WORKERS COMPEN  9999

63 TREATMENT AUTHORIZATION CODES   65 EMPLOYER NAME  3  UNEMPLOYED   66 EMPLOYER LOCATION

| 67 PRIN DIAG CD | 68 CODE | 69 CODE | OTHER DIAG CODES | | | | | 76 ADM. DIAG CD | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|---|---|---|
| 780.2 | 780.02 | 745.5 | 296.30 | 596.54 | 788.30 | 724.2 | 782.0 | V12.59 | 780.2 | 142 |

| 79 P.C. | PRINCIPAL PROCEDURE CODE  DATE | OTHER PROCEDURE CODE  DATE | OTHER PROCEDURE CODE  DATE | 82 ATTENDING PHYS. ID  WV13887 |
|---|---|---|---|---|
| 9 | 88.72  080702 | | | D49415  OBENZA EBENE |
| | OTHER PROCEDURE CODE  DATE | OTHER PROCEDURE CODE  DATE | OTHER PROCEDURE CODE  DATE | 83 OTHER PHYS ID  WV18125  E88023  LEE MARCIANO |

84 REMARKS  WORKERS COMPENSATION
PO BOX 3151
CHARLESTON        WV   25332
DRG = 142

WV188093  REAHL HARRY

85 PROVIDER REPRESENTATIVE   X   86 DATE

UB92 HCFA-1450        OCR/ORIGINAL        I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

500688.070.0005

APPROVED OMB NO. 0938-0279

| CHARLESTON HOSPITAL INC DBA SAINT FRANCIS HOSP PO BOX 402907 ATLANTA, GA 30384-2907 | 2 | | | | | | 3 PATIENT CONTROL NO 2532760280 | 111 |
|---|---|---|---|---|---|---|---|---|

| 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD | | 7 COV D | 8 N-CD. | 9 C-ID. | 10 L-RD | 11 |
|---|---|---|---|---|---|---|---|
| 61127692 | FROM 080102 | THROUGH 080902 | 8 | | | | |

12 PATIENT NAME LESTER CHRISTOPHER W | 13 PATIENT ADDRESS P O BOX 1113 DANVILLE WV 25053

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 DATE | ADMISSION 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | | CONDITION CODES 24 25 26 27 28 29 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1971 | M | M | 080102 | 18 | 2 | 7 | 15 | 06 | 000000261190 | 02 | | |

| | 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | | | A B |
|---|---|---|---|---|---|---|---|---|
| a | 04 031000 | A1 122371 | | | | | | |
| b | | | | | | | | |

| 38 LESTER CHRISTOPHER W P O BOX 1113 DANVILLE WV 25053 | | 39 VALUE CODES CODE AMOUNT | | 40 VALUE CODES CODE AMOUNT | | 41 VALUE CODES CODE AMOUNT | |
|---|---|---|---|---|---|---|---|
| | a | 01 | 15750 | 05 | 13860 0 | 45 | 000 |
| | b | A3 | 181727 3 | | | | |
| | c | | | | | | |
| | d | | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 1 636 | DRUGS REQUIR DETL CODING | | | 11 | 53624 | |
| 2 730 | EKG/ECG | | | 6 | 90000 | |
| 3 732 | TELEMETRY | | | 3 | 46980 | |
| 4 740 | EEG | | | 1 | 30000 | |
| 5 921 | PERIPHERAL VASCULAR LAB | | | 2 | 93100 | |
| 6 985 | PRO FEE/EKG | | | 6 | 12000 | |
| 7 | | | | | | |
| 8 001 | TOTAL CHARGES | | | | 181727 3 | |

(PAGE 02 OF 02)

| 50 PAYER | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 DRG = 142 |
|---|---|---|---|---|---|---|
| A WORKERS COMPENSATION | 61127269200 | Y | Y | | 181727 3 | |
| B | | | | | | |
| C | | | | | | |

57 ◄ DUE FROM PATIENT ►

| 58 INSURED'S NAME | 59 P.REL | 60 CERT. - SSN - HIC - ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO |
|---|---|---|---|---|
| A LESTER CHRISTOPHER W | 01 | ██████3340 | WORKERS COMPEN | 9999 |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|
| A | 3 | UNEMPLOYED | |
| B | | | |
| C | | | |

| 67 PRIN. DIAG. CD. | 68 CODE | 69 CODE | 70 CODE | OTHER DIAG. CODES 71 CODE | 72 CODE | 73 CODE | 74 CODE | 75 CODE | 76 ADM. DIAG. CD. | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 780.2 | 780.02 | 745.5 | 296.30 | 596.54 | 788.30 | 724.2 | 782.0 | V12.59 | 780.2 | | 142 |

| 79 P.C. | 80 PRINCIPAL PROCEDURE CODE DATE | 81 OTHER PROCEDURE CODE DATE | | OTHER PROCEDURE CODE DATE | 82 ATTENDING PHYS. ID WV13887 | |
|---|---|---|---|---|---|---|
| 9 | 88.72 080702 | | | | D49415 OBENZA EBENE | b |
| | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | | 83 OTHER PHYS. ID WV18125 | |
| | | | | | E88023 LEE MARCIANO | a |
| 84 REMARKS | WORKERS COMPENSATION | | | | WV18095 REAHL HARRY | |
| | PO BOX 3151 | | | | 85 PROVIDER REPRESENTATIVE | 86 DATE |
| | CHARLESTON WV 25332 | | | | X | |
| | DRG = 142 | | | | | |

UB-92 HCFA-1450    OCR/ORIGINAL    I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

500688.070.0006

```
PATIENT NO:      2532760280    CHARLESTON HOSPITAL INC    BILLING DATE    PAGE    1    02532
MED REC NO:         261190     DBA SAINT FRANCIS HOSP      09/11/02
GUARANTOR NO:                  PO BOX 402907
PATIENT:                       ATLANTA, GA 30384-2907      ADMITTED      DISCHARGED
LESTER CHRISTOPHER W                                       08/01/02      08/09/02
```

```
BILL TO:
    LESTER CHRISTOPHER W              INPATIENT                  FC=04
    P O BOX 1113                      ADMIT THRU DISCHARGE CLAIM
    DANVILLE        WV
    25053
```

| DATE OF SERVICE | ATT PHYS | FC | ROOM | AC | SERV CODE | REV CODE | DEPT | ROOM AND CARE | CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 08/01/02 | 5010 | 04 | 4461 | SP | TELE | 121 | 0605 | 8 DAYS AT  157.50 | 1,260.00 |
|  |  |  |  |  |  |  |  | TOTAL ROOM AND CARE | 1,260.00 |

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | | QTY SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| **250-PHARMACY** | | | | | | | | |
| 080302 | 03B148 | 0712 | | 501311 | 517560125 | 1 | HYDROXYZINE 50MG/1ML I | 16.14 |
| 080302 | 03B148 | 0712 | | 502154 | 8060202 | 1 | MEPERIDINE 50MG SYRING | 16.58 |
| 080802 | 08B545 | 0712 | | 505261 | 4197401 | 1 | MIDAZOLAM 5MG/1ML 1ML | 40.07 |
| 080902 | 09B680 | 0712 | | 504481 | 338004931 | 1 | NS 0.9% 50ML BAG | 24.09 |
| | | | | | | | SUBTOTAL: | 96.88 |
| **255-DRUGS INCIDENT RADIOLOGY** | | | | | | | | |
| 080302 | 03B121 | 0734 | | 440290 | A4647 | 1 | PARAMAGNETIC CM | 220.00 |
| | | | | | | | SUBTOTAL: | 220.00 |
| **259-DRGS/OTHER** | | | | | | | | |
| 080102 | 01B983 | 0712 | | 504039 | 51079042720 | 1 | TRAZODONE 50MG | 1.61 |
| 080102 | 01B983 | 0712 | | 506056 | 8078102 | 4 | VENLAFAXINE 37.5MG | 14.62 |
| 080102 | 01B983 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080202 | 02B043 | 0712 | | 500921 | 51079064420 | 2 | CYCLOBENZAPRINE 10MG | 3.22 |
| 080202 | 02B011 | 0712 | | 502309 | 182044810 | 1 | ASPIRIN 325MG TAB | 1.61 |
| 080202 | 02B013 | 0712 | | 502309 | 182044810 | 1 | ASPIRIN 325MG TAB | 1.61 |
| 080202 | 02B013 | 0712 | | 504039 | 51079042720 | 1 | TRAZODONE 50MG | 1.61 |
| 080202 | 02B013 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080202 | 02B042 | 0712 | | 507222 | 59011010325 | 1 | OXYCODONE 20MG | 6.43 |
| 080202 | 02B065 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080202 | 02B011 | 0712 | | 507592 | 8083603 | 1 | VENLAFAXINE XR 150MG | 8.40 |
| 080202 | 02B013 | 0712 | | 507592 | 8083603 | 2 | VENLAFAXINE XR 150MG | 16.80 |
| 080302 | 03B105 | 0712 | | 500921 | 51079064420 | 2 | CYCLOBENZAPRINE 10MG | 3.22 |

```
BENEFITS ASSIGNED TO SAINT FRANCIS HOSP
□
```

500688.070.0007

```
PATIENT NO:      2532760280   CHARLESTON HOSPITAL INC   BILLING DATE   PAGE    2      02532
MED REC NO:         261190    DBA SAINT FRANCIS HOSP    09/11/02
GUARANTOR NO:                 PO BOX 402907
PATIENT:                      ATLANTA, GA 30384-2907    ADMITTED      DISCHARGED
LESTER CHRISTOPHER W                                    08/01/02      08/09/02
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 080302 | 03B105 | 0712 | | 502309 | 182044810 | 1 | ASPIRIN 325MG TAB | 1.61 |
| 080302 | 03B105 | 0712 | | 504039 | 51079042720 | 1 | TRAZODONE 50MG | 1.61 |
| 080302 | 03B095 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080302 | 03B119 | 0712 | | 507222 | 59011010325 | 1 | OXYCODONE 20MG | 6.43 |
| 080302 | 03B119 | 0712 | | 507222 | 59011010325 | 1 | OXYCODONE 20MG | 6.43 |
| 080302 | 03B133 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080302 | 03B105 | 0712 | | 507592 | 8083603 | 2 | VENLAFAXINE XR 150MG | 16.80 |
| 080402 | 04B168 | 0712 | | 500921 | 51079064420 | 2 | CYCLOBENZAPRINE 10MG | 3.22 |
| 080402 | 04B168 | 0712 | | 502309 | 182044810 | 1 | ASPIRIN 325MG TAB | 1.61 |
| 080402 | 04B168 | 0712 | | 504039 | 51079042720 | 1 | TRAZODONE 50MG | 1.61 |
| 080402 | 04B158 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080402 | 04B169 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080402 | 04B191 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080402 | 04B168 | 0712 | | 507592 | 8083603 | 2 | VENLAFAXINE XR 150MG | 16.80 |
| 080502 | 05B268 | 0712 | | 500921 | 51079064420 | 2 | CYCLOBENZAPRINE 10MG | 3.22- |
| 080502 | 05B231 | 0712 | | 500921 | 51079064420 | 2 | CYCLOBENZAPRINE 10MG | 3.22 |
| 080502 | 05B231 | 0712 | | 502309 | 182044810 | 1 | ASPIRIN 325MG TAB | 1.61 |
| 080502 | 05B231 | 0712 | | 504039 | 51079042720 | 1 | TRAZODONE 50MG | 1.61 |
| 080502 | 05B220 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080502 | 05B261 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080502 | 05B285 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080502 | 05B231 | 0712 | | 507592 | 8083603 | 2 | VENLAFAXINE XR 150MG | 16.80 |
| 080602 | 06B370 | 0712 | | 500921 | 51079064420 | 2 | CYCLOBENZAPRINE 10MG | 3.22- |
| 080602 | 06B332 | 0712 | | 500921 | 51079064420 | 2 | CYCLOBENZAPRINE 10MG | 3.22 |
| 080602 | 06B332 | 0712 | | 502309 | 182044810 | 1 | ASPIRIN 325MG TAB | 1.61 |
| 080602 | 06B332 | 0712 | | 504039 | 51079042720 | 1 | TRAZODONE 50MG | 1.61 |
| 080602 | 06B322 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080602 | 06B365 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080602 | 06B366 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080602 | 06B405 | 0712 | | 507222 | 59011010325 | 1 | OXYCODONE 20MG | 6.43 |
| 080602 | 06B405 | 0712 | | 507222 | 59011010325 | 1 | OXYCODONE 20MG | 6.43 |
| 080602 | 06B332 | 0712 | | 507592 | 8083603 | 2 | VENLAFAXINE XR 150MG | 16.80 |
| 080602 | 06B366 | 0712 | | 507607 | 45063965 | 2 | TOPIRAMATE 25MG TAB | 8.65 |
| 080702 | 07B487 | 0712 | | 500921 | 51079064420 | 2 | CYCLOBENZAPRINE 10MG | 3.22- |
| 080702 | 07B437 | 0712 | | 500921 | 51079064420 | 2 | CYCLOBENZAPRINE 10MG | 3.22 |
| 080702 | 07B437 | 0712 | | 502309 | 182044810 | 1 | ASPIRIN 325MG TAB | 1.61 |
| 080702 | 07B437 | 0712 | | 504039 | 51079042720 | 1 | TRAZODONE 50MG | 1.61 |
| 080702 | 07B436 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080702 | 07B519 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |

```
BENEFITS ASSIGNED TO SAINT FRANCIS HOSP
[]
```

```
PATIENT NO:      2532760280   CHARLESTON HOSPITAL INC   BILLING DATE   PAGE    3    02532
MED REC NO:         261190    DBA SAINT FRANCIS HOSP    09/11/02
GUARANTOR NO:                 PO BOX 402907
PATIENT:                      ATLANTA, GA 30384-2907    ADMITTED      DISCHARGED
LESTER CHRISTOPHER W                                    08/01/02      08/09/02
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 080702 | 07B437 | 0712 | | 507592 | 8083603 | 2 | VENLAFAXINE XR 150MG | 16.80 |
| 080702 | 07B437 | 0712 | | 507607 | 45063965 | 2 | TOPIRAMATE 25MG TAB | 8.65 |
| 080802 | 08B544 | 0712 | | 500921 | 51079064420 | 2 | CYCLOBENZAPRINE 10MG | 3.22 |
| 080802 | 08B544 | 0712 | | 502309 | 182044810 | 1 | ASPIRIN 325MG TAB | 1.61 |
| 080802 | 08B544 | 0712 | | 504039 | 51079042720 | 1 | TRAZODONE 50MG | 1.61 |
| 080802 | 08B539 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080802 | 08B600 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080802 | 08B617 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080802 | 08B620 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86- |
| 080802 | 08B617 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080802 | 08B544 | 0712 | | 507592 | 8083603 | 2 | VENLAFAXINE XR 150MG | 16.80 |
| 080802 | 08B544 | 0712 | | 507607 | 45063965 | 2 | TOPIRAMATE 25MG TAB | 8.65 |
| 080902 | 09B705 | 0712 | | 500921 | 51079064420 | 2 | CYCLOBENZAPRINE 10MG | 3.22- |
| 080902 | 09B643 | 0712 | | 500921 | 51079064420 | 2 | CYCLOBENZAPRINE 10MG | 3.22 |
| 080902 | 09B705 | 0712 | | 502309 | 182044810 | 1 | ASPIRIN 325MG TAB | 1.61- |
| 080902 | 09B643 | 0712 | | 502309 | 182044810 | 1 | ASPIRIN 325MG TAB | 1.61 |
| 080902 | 09B705 | 0712 | | 504039 | 51079042720 | 1 | TRAZODONE 50MG | 1.61- |
| 080902 | 09B643 | 0712 | | 504039 | 51079042720 | 1 | TRAZODONE 50MG | 1.61 |
| 080902 | 09B701 | 0712 | | 507222 | 59011010325 | 2 | OXYCODONE 20MG | 12.86 |
| 080902 | 09B705 | 0712 | | 507592 | 8083603 | 2 | VENLAFAXINE XR 150MG | 16.80- |
| 080902 | 09B643 | 0712 | | 507592 | 8083603 | 2 | VENLAFAXINE XR 150MG | 16.80 |
| 080902 | 09B705 | 0712 | | 507607 | 45063965 | 2 | TOPIRAMATE 25MG TAB | 8.65- |
| 080902 | 09B643 | 0712 | | 507607 | 45063965 | 2 | TOPIRAMATE 25MG TAB | 8.65 |
| | | | | | | | SUBTOTAL: | 494.56 |
| 270-MED-SURG SUPPLIES | | | | | | | | |
| 080102 | 01B974 | 0780 | | 170003 | | 1 | TRANSPORT O2 | 8.00 |
| 080102 | 01B982 | 0754 | | 604026 | | 3 | NASAL O2 | 24.00 |
| 080102 | 02B010 | 0718 | | 904346 | | 1 | BANDAGE ACE 3" | 11.50 |
| 080102 | 02B010 | 0718 | | 904346 | | 1 | BANDAGE ACE 3" | 11.50 |
| 080202 | 02B081 | 0754 | | 604026 | | 24 | NASAL O2 | 192.00 |
| 080302 | 03B143 | 0754 | | 604026 | | 24 | NASAL O2 | 192.00 |
| 080402 | 05B219 | 0754 | | 604026 | | 24 | NASAL O2 | 192.00 |
| 080502 | 05B295 | 0754 | | 604026 | | 24 | NASAL O2 | 192.00 |
| 080602 | 07B426 | 0754 | | 604026 | | 24 | NASAL O2 | 192.00 |
| 080902 | 09B700 | 0754 | | 604026 | | 14 | NASAL O2 | 112.00 |
| | | | | | | | SUBTOTAL: | 1127.00 |
| 272-STERILE SUPPLY | | | | | | | | |
| 080102 | 02B010 | 0718 | | 907358 | | 1 | SOL 0.9 NS 1000 2B1234 | 10.00 |
| 080102 | 02B010 | 0718 | | 907404 | | 1 | SET IV FLOW MASTER | 7.25 |

BENEFITS ASSIGNED TO SAINT FRANCIS HOSP
☐

500688.070.0009

```
PATIENT NO:      2532760280   CHARLESTON HOSPITAL INC    BILLING DATE   PAGE   4   02532
MED REC NO:         261190    DBA SAINT FRANCIS HOSP     09/11/02
GUARANTOR NO:                 PO BOX 402907
PATIENT:                      ATLANTA, GA 30384-2907     ADMITTED      DISCHARGED
LESTER CHRISTOPHER W                                     08/01/02      08/09/02
```

```
DATE OF  BATCH      F      NDC/CPT-4/
SERVICE  REF    DEPT S PROC   HCPCS      QTY SERVICE DESCRIPTION        CHARGES

080102 02B010   0718   907406            1 SET SOLUTION 2C6537           55.50
080202 03B098   0718   907352            1 SOL NS.45 1000 2B1314         11.50
080202 02B039   0718   907368            1 SOL ST H2O 1000PB 2F71        27.25
080302 03B117   0718   904145            1 CATH JELCO 20GA 4077          20.00
080302 03B117   0718   907352            1 SOL NS.45 1000 2B1314         11.50
080302 03B117   0718   907413            1 IV LOOP CONNECTOR              4.25
080402 04B165   0718   907352            1 SOL NS.45 1000 2B1314         11.50
080402 05B227   0718   907352            1 SOL NS.45 1000 2B1314         11.50
080502 06B325   0718   907352            1 SOL NS.45 1000 2B1314         11.50
080702 07B479   0718   903845            2 CATH MALE TEXAS               60.50
080702 08B537   0718   903845            1 CATH MALE TEXAS               30.25
080702 08B537   0718   906435            1 BAG BEDSIDE DRAINAGE          27.25
080702 07B516   0718   906633            1 TUBING CONDUCTIVE 10'          8.75
080702 07B516   0718   906645            1 TUBE YANKAUER REG             11.50
080702 07B516   0718   907348            1 SOL LR 500 2B2323Q            11.50
080702 07B516   0718   907406            1 SET SOLUTION 2C6537           55.50
080902 09B678   0718   904145            2 CATH JELCO 20GA 4077          40.00
080902 09B678   0718   907413            1 IV LOOP CONNECTOR              4.25
                                           SUBTOTAL:                    431.25

       301-LAB/CHEMISTRY
080102 01B961   0736   255318   83735    1 MAGNESIUM BLD                 49.00
080102 01B961   0736   255990   80100    1 DRUG SCR DRUGS OF ABUS        60.00
080102 01B961   0736   255994   82803    1 BLOOD GAS OTHER              107.00
080102 01B961   0736   256151   82553    1 CK MB                         67.00
080102 01B981   0736   256151   82553    1 CK MB                         67.00
080102 01B961   0736   257062   84484    1 TROPONIN QUANT                81.00
080102 01B961   0736   257063   83874    1 MYOGLOBIN BLD                 81.00
080102 01B961   0736   257407   82375    1 CARBON MONOXIDE QN            37.00
080102 01B961   0736   257416   80053    1 COMP METABOLIC PANEL         103.00
080202 02B004   0736   255318   83735    1 MAGNESIUM BLD                 49.00
080202 02B004   0736   255802   80061    1 LIPID PANEL                  112.00
080202 02B004   0736   256151   82553    1 CK MB                         67.00
080202 02B038   0736   256151   82553    1 CK MB                         67.00
080202 02B004   0736   257045   84443    1 TSH                           78.00
080202 02B004   0736   257046   84480    1 T3 TOTAL                      65.00
080202 02B004   0736   257047   82607    1 VITAMIN B12                   72.00
080202 02B004   0736   257048   82746    1 FOLATE (FOLIC ACID)           68.00
080202 02B004   0736   257062   84484    1 TROPONIN QUANT                81.00
080202 02B004   0736   257416   80053    1 COMP METABOLIC PANEL         103.00
```

```
BENEFITS ASSIGNED TO SAINT FRANCIS HOSP
0
```

500688.070.0010

```
PATIENT NO:     2532760280   CHARLESTON HOSPITAL INC   BILLING DATE   PAGE   5   02532
MED REC NO:       261190     DBA SAINT FRANCIS HOSP    09/11/02
GUARANTOR NO:                PO BOX 402907
PATIENT:                     ATLANTA, GA 30384-2907    ADMITTED     DISCHARGED
LESTER CHRISTOPHER W                                   08/01/02     08/09/02
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 080602 | 06B329 | 0736 | | 255318 | 83735 | 1 | MAGNESIUM BLD | 49.00 |
| 080602 | 06B329 | 0736 | | 255802 | 80061 | 1 | LIPID PANEL | 112.00 |
| 080602 | 06B329 | 0736 | | 257416 | 80053 | 1 | COMP METABOLIC PANEL | 103.00 |
| 080802 | 08B570 | 0736 | | 256151 | 82553 | 1 | CK MB | 67.00 |
| 080802 | 08B597 | 0736 | | 257416 | 80053 | 1 | COMP METABOLIC PANEL | 103.00 |
| | | | | | | | SUBTOTAL: | 1848.00 |
| 305-LAB/HEMATOLOGY | | | | | | | | |
| 080102 | 01B961 | 0736 | | 255136 | 85025 | 1 | CBC PLATELET AUTO DIFF | 45.00 |
| 080202 | 02B004 | 0736 | | 255136 | 85025 | 1 | CBC PLATELET AUTO DIFF | 45.00 |
| 080202 | 02B004 | 0736 | | 255430 | 85652 | 1 | SED RATE AUTO | 36.00 |
| 080602 | 06B329 | 0736 | | 255136 | 85025 | 1 | CBC PLATELET AUTO DIFF | 45.00 |
| 080602 | 06B329 | 0736 | | 255430 | 85652 | 1 | SED RATE AUTO | 36.00 |
| | | | | | | | SUBTOTAL: | 207.00 |
| 307-LAB/UROLOGY | | | | | | | | |
| 080102 | 01B961 | 0736 | | 255550 | 81001 | 1 | UA W MICRO AUTO | 35.00 |
| | | | | | | | SUBTOTAL: | 35.00 |
| 320-DX XRAY | | | | | | | | |
| 080202 | 02B066 | 0728 | | 407217 | 72100 | 1 | XR L-SPINE 2/3 VIEWS | 153.00 |
| | | | | | | | SUBTOTAL: | 153.00 |
| 324-DX X-RAY/CHEST | | | | | | | | |
| 080102 | 01B965 | 0728 | | 407102 | 71020 | 1 | XR CHEST 2 V | 186.00 |
| | | | | | | | SUBTOTAL: | 186.00 |
| 341-NUC MED/DX | | | | | | | | |
| 080902 | 09B682 | 0763 | | 457978 | 78480 | 1 | NM EJECT FRACTION | 278.00 |
| 080902 | 09B682 | 0763 | | 457985 | 78465 | 1 | NM MYOCARD MULT R/S | 1096.00 |
| | | | | | | | SUBTOTAL: | 1374.00 |
| 351-CT SCAN/HEAD | | | | | | | | |
| 080102 | 01B965 | 0726 | | 421012 | 70450 | 1 | CT HEAD/BRAIN W/O CONT | 888.00 |
| | | | | | | | SUBTOTAL: | 888.00 |
| 402-ULTRA SOUND | | | | | | | | |
| 080702 | 07B513 | 0729 | | 410014 | 76770 | 1 | US RETRPERITIONEAL COM | 303.00 |
| | | | | | | | SUBTOTAL: | 303.00 |
| 420-PHYSICAL THERP | | | | | | | | |
| 080502 | 05B283 | 0762 | | 708416 | 97116GP | 1 | GAIT TRAINING 15 MIN | 37.00 |
| 080602 | 06B385 | 0762 | | 708416 | 97116GP | 1 | GAIT TRAINING 15 MIN | 37.00 |
| 080702 | 07B499 | 0762 | | 708416 | 97116GP | 1 | GAIT TRAINING 15 MIN | 37.00 |
| 080802 | 08B598 | 0762 | | 708416 | 97116GP | 1 | GAIT TRAINING 15 MIN | 37.00 |
| | | | | | | | SUBTOTAL: | 148.00 |

```
BENEFITS ASSIGNED TO SAINT FRANCIS HOSP
□
```

500688.070.0011

```
PATIENT NO:      2532760280   CHARLESTON HOSPITAL INC   BILLING DATE   PAGE   6      02532
MED REC NO:        261190     DBA SAINT FRANCIS HOSP    09/11/02
GUARANTOR NO:                 PO BOX 402907
PATIENT:                      ATLANTA, GA 30384-2907    ADMITTED     DISCHARGED
LESTER CHRISTOPHER W                                    08/01/02     08/09/02
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| **424-PHYS THERP/EVAL** | | | | | | | | |
| 080502 | 05B283 | 0762 | | 708662 | 97001GP | 1 | PT EVALUATION | 68.00 |
| | | | | | | | SUBTOTAL: | 68.00 |
| **450-EMERG ROOM** | | | | | | | | |
| 080102 | 01B974 | 0780 | | 170020 | 99284 | 1 | EMER DEPT LEVEL 4 | 250.00 |
| | | | | | | | SUBTOTAL: | 250.00 |
| **480-CARDIOLOGY** | | | | | | | | |
| 080502 | 05B260 | 0740 | | 655250 | 93325 | 1 | ECHO COLOR FLOW MAPPIN | 256.00 |
| 080502 | 05B260 | 0740 | | 655300 | 93307 | 1 | ECHO 2D W/WOM MODE COM | 424.00 |
| 080502 | 05B260 | 0740 | | 655310 | 93320 | 1 | ECHO DOPPLER COMP | 343.00 |
| 080702 | 07B516 | 0733 | | 206115 | 93318 | 1 | ECHOCARDIOGRAPHY TEE | 1022.00 |
| | | | | | | | SUBTOTAL: | 2045.00 |
| **482-STRESS TEST** | | | | | | | | |
| 080902 | 09B679 | 0740 | | 654142 | 93017 | 1 | STRESS TEST | 670.00 |
| | | | | | | | SUBTOTAL: | 670.00 |
| **611-MRI-BRAIN** | | | | | | | | |
| 080302 | 03B121 | 0734 | | 440030 | 70553 | 1 | MRI BRAIN W&O CONT | 1725.00 |
| | | | | | | | SUBTOTAL: | 1725.00 |
| **612-MRI-SPINE** | | | | | | | | |
| 080302 | 03B121 | 0734 | | 440130 | 72148 | 1 | MRI L-SPINE W/O CONT | 1386.00 |
| | | | | | | | SUBTOTAL: | 1386.00 |
| **636-DRUGS REQUIR DETL CODING** | | | | | | | | |
| 080902 | 09B682 | 0763 | | 457606 | A9505 | 4 | CHLORIDE | 136.00 |
| 080902 | 09B682 | 0763 | | 457626 | A9500 | 1 | SESTAMIBI | 244.00 |
| 080902 | 09B680 | 0712 | | 505468 | J1245 | 6 | DIPYRIDAMOLE 10MG/2ML | 156.24 |
| | | | | | | | SUBTOTAL: | 536.24 |
| **730-EKG/ECG** | | | | | | | | |
| 080102 | 01B962 | 0740 | | 655000 | 93005 | 1 | EKG TRACING ONLY | 150.00 |
| 080202 | 02B001 | 0740 | | 655000 | 93005 | 1 | EKG TRACING ONLY | 150.00 |
| 080202 | 02B001 | 0740 | | 655000 | 93005 | 1 | EKG TRACING ONLY | 150.00 |
| 080302 | 03B094 | 0740 | | 655000 | 93005 | 1 | EKG TRACING ONLY | 150.00 |
| 080402 | 04B157 | 0740 | | 655000 | 93005 | 1 | EKG TRACING ONLY | 150.00 |
| 080802 | 08B574 | 0740 | | 655000 | 93005 | 1 | EKG TRACING ONLY | 150.00 |
| | | | | | | | SUBTOTAL: | 900.00 |
| **732-TELEMETRY** | | | | | | | | |
| 080202 | 02B010 | 0605 | | 040000 | 93012 | 1 | TELEMETRY - 4W | 156.60 |
| 080402 | 04B166 | 0605 | | 040000 | 93012 | 1 | TELEMETRY - 4W | 156.60 |
| 080902 | 09B679 | 0605 | | 040000 | 93012 | 1 | TELEMETRY - 4W | 156.60 |
| | | | | | | | SUBTOTAL: | 469.80 |

BENEFITS ASSIGNED TO SAINT FRANCIS HOSP

500688.070.0012

```
PATIENT NO:      2532760280   CHARLESTON HOSPITAL INC   BILLING DATE   PAGE   7   02532
MED REC NO:         261190    DBA SAINT FRANCIS HOSP    09/11/02
GUARANTOR NO:                 PO BOX 402907
PATIENT:                      ATLANTA, GA 30384-2907    ADMITTED       DISCHARGED
LESTER CHRISTOPHER W                                    08/01/02       08/09/02
```

```
DATE OF  BATCH      F      NDC/CPT-4/
SERVICE  REF     DEPT S PROC    HCPCS        QTY SERVICE DESCRIPTION         CHARGES

   740-EEG
080502 05B260   0748   356132   95816         1 EEG REC AW _ASLEEP           300.00
                                                         SUBTOTAL:           300.00

   921-PERIPHERAL VASCULAR LAB
080202 02B066   0731   390006   93880         1 DUP EXTRACRANIAL BIL         513.00
080202 02B083   0731   390015   93970         1 DUP VEIN BIL                 418.00
                                                         SUBTOTAL:           931.00

   985-PRO FEE/EKG
080102 01B962   0740   655001 * 93010         1 EKG INTERP _REPORT            20.00
080202 02B001   0740   655001 * 93010         1 EKG INTERP _REPORT            20.00
080202 02B001   0740   655001 * 93010         1 EKG INTERP _REPORT            20.00
080302 03B094   0740   655001 * 93010         1 EKG INTERP _REPORT            20.00
080402 04B157   0740   655001 * 93010         1 EKG INTERP _REPORT            20.00
080802 08B574   0740   655001 * 93010         1 EKG INTERP _REPORT            20.00
                                                         SUBTOTAL:           120.00

                                    TOTAL ANCILLARY CHARGES               16912.73

                                          TOTAL CHARGES                   18172.73
                                          PAYMENTS                            .00
                                          ADJUSTMENTS                         .00
                                          BALANCE                        18172.73
```

BENEFITS ASSIGNED TO SAINT FRANCIS HOSP
▯

500688.070.0013

```
PATIENT NO:      2532760280    CHARLESTON HOSPITAL INC    BILLING DATE    PAGE   8    02532
MED REC NO:        261190      DBA SAINT FRANCIS HOSP     09/11/02
GUARANTOR NO:                  PO BOX 402907
PATIENT:                       ATLANTA, GA 30384-2907     ADMITTED      DISCHARGED
LESTER CHRISTOPHER W                                      08/01/02      08/09/02
```

```
                         DEPARTMENTAL CHARGE SUMMARY
               DEPT        DESCRIPTION                   AMOUNT

               0605     NURSING UNT-TELEMETRY          1,729.80
               0712     PHARMACY                         747.68
               0718     MEDICAL SERVICES                 454.25
               0726     CAT SCAN UNIT                    888.00
               0728     RADIOLOGY - DIAGNOSTIC           339.00
               0729     ULTRASONIC UNIT                  303.00
               0731     ANCILLARY -HOSP DEFINED          931.00
               0733     ENDOSCOPY LABORATORY           1,022.00
               0734     MRI UNIT                       3,331.00
               0736     LABORATORY                     2,090.00
               0740     CARDIOPULMONARY UNIT           2,713.00
               0748     ELECTROENCEPHALOGRAPHY           300.00
               0754     RESPIRATORY THERAPY UNIT       1,096.00
               0762     PHYSICAL THERAPY                 216.00
               0763     NUCLEAR MEDICINE               1,754.00
               0780     EMERGENCY SERVICES               258.00


          TOTAL CHARGES:      18,172.73
          TOTAL PAYMENTS:           .00
          TOTAL ADJUST:            .00
```

500688.070.0014



FMT = 11          ADMIT THRU DISCHARGE CLAIM 08-17-2002     PAYOR APPROVED OMB NO. 0938-02532

| CHARLESTON HOSPITAL INC | | | | |
| DBA SAINT FRANCIS HOSP | | | 2532773401 | 131 |
| PO BOX 402907 | | | | |
| ATLANTA, GA 30384-2907 | 611272692 | 081502 081502 | | |

12 PATIENT NAME  LESTER CHRISTOPHER W          P O BOX 1113          DANVILLE      WV   25053

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 DATE | 18 | 19 TYPE | 20 SRC | 21 D.HR | 22 STAT | 23 MEDICAL RECORD NO. | | |
| 1971 | M | M | 081502 | 19 | 3 | 1 | 19 | 01 | 00000261190 | 09 | |

11 081502

LESTER CHRISTOPHER W
P O BOX 1113
DANVILLE      WV   25053

| | VALUE CODES |
| A3 | 188600 |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
| 740 | EEG | 95810 | 081502 | 1 | 188600 | | |
| 001 | TOTAL CHARGES | | | | 188600 | | |

| 50 PAYER | 51 PROVIDER NO. | 52 | 53 | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
| ACORDIA/PEIA | 611272692 | Y Y | | | 188600 | |

57                        DUE FROM PATIENT ▶

| 58 INSURED'S NAME | 59 P. REL | 60 CERT. - SSN - HIC - ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
| LESTER APRIL C | 02 | 9969 | ACORDIA/PEIA | 7770 |

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
| | 9 | BOONE COUNTY COMMISSION | MADISON      WV   25130 |

| 67 PRIN DIAG CD | | | | OTHER DIAG CODES | | | 76 ADM. DIAG. CD | 77 E-CODE | 78 |
| 780.57 | | | | | | | | | |

| 79 P.E | 80 | PRINCIPAL PROCEDURE | 81 | OTHER PROCEDURE | OTHER PROCEDURE | 82 ATTENDING PHYS. ID  WV18695 |
| | 9 | | | | | J53470  REAHL HARRY |
| | | OTHER PROCEDURE | | OTHER PROCEDURE | OTHER PROCEDURE | 83 OTHER PHYS. ID |

| 84 REMARKS | ACORDIA/PEIA | OTHER PHYS. ID |
| | PO BOX 2451 | |
| | CHARLESTON      WV   25329-2451 | 85 PROVIDER REPRESENTATIVE   X   86 DATE |

UB-92 HCFA-1450          OCR/ORIGINAL          I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

500688.070.0015

```
PATIENT NO:      2532773401    CHARLESTON HOSPITAL INC    BILLING DATE    PAGE    1    02532
MED REC NO:          261190    DBA SAINT FRANCIS HOSP      08/17/02
GUARANTOR NO:                  PO BOX 402907
PATIENT:                       ATLANTA, GA 30384-2907      ADMITTED       DISCHARGED
LESTER CHRISTOPHER W                                       08/15/02       08/15/02
```

```
BILL TO:
    LESTER CHRISTOPHER W            OUTPATIENT                    FC=11
    P O BOX 1113                    ADMIT THRU DISCHARGE CLAIM
    DANVILLE        WV
    25053
```

```
DATE OF   BATCH     F      NDC/CPT-4/
SERVICE   REF    DEPT S PROC   HCPCS        QTY SERVICE DESCRIPTION       CHARGES

  740-EEG
081502 16B247  0771   641000  95810          1 POLYSOMNOGRAPHY >4 PAR    1886.00
                                               SUBTOTAL:                 1886.00

                                    TOTAL ANCILLARY CHARGES             1886.00

                                        TOTAL CHARGES                   1886.00
                                        PAYMENTS                            .00
                                        ADJUSTMENTS                         .00
                                        BALANCE                         1886.00
```

```
BENEFITS ASSIGNED TO SAINT FRANCIS HOSP
C
```

**500688.070.0016**

```
PATIENT NO:        2532773401    CHARLESTON HOSPITAL INC    BILLING DATE    PAGE    2    02532
MED REC NO:           261190     DBA SAINT FRANCIS HOSP     08/17/02
GUARANTOR NO:                    PO BOX 402907
PATIENT:                         ATLANTA, GA 30384-2907     ADMITTED      DISCHARGED
LESTER CHRISTOPHER W                                        08/15/02      08/15/02
```

```
                         DEPARTMENTAL CHARGE SUMMARY
                DEPT        DESCRIPTION              AMOUNT

                0771     LABORATRY - OUTPATIENT      1,886.00


         TOTAL CHARGES:        1,886.00
         TOTAL PAYMENTS:            .00
         TOTAL ADJUST:             .00⅃
```

500688.070.0017



FMT = 11          REPLACEMENT OF PRIOR CLAIM 11-21-2002    PAYORS APPROVED OMB NO. 07532

CHARLESTON HOSPITAL INC
DBA SAINT FRANCIS HOSP
PO BOX 402907
ATLANTA, GA 30384-2907

1 PATIENT CONTROL NO.
2532912637 137

LESTER CHRISTOPHER W          P O BOX 1113          DANVILLE          WV  25053

LESTER CHRISTOPHER W
P O BOX 1113
DANVILLE          WV. 25053

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 740 | EEG | 95811 | 100502 | 1 | 201100 | |
| 001 | TOTAL CHARGES | | | | 201100 | |

| 50 PAYER | 51 PROVIDER NO. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE |
|---|---|---|---|
| ACORDIA/PEIA | 611272692 | 184149 | |
| MEDICARE SECONDARY PAYOR | 510031 | | 16951 |

DUE FROM PATIENT ▶

| 58 INSURED'S NAME | | 60 CERT. - SSN - HIC - ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| LESTER APRIL C | 02 | 9969 | ACORDIA/PEIA | 7770 |
| LESTER CHRISTOPHER W | 01 | 3340A | UNITED GOVERNM | 9999 |

| 65 EMPLOYER NAME | 66 EMPLOYER LOCATION | | |
|---|---|---|---|
| BOONE COUNTY COMMISSION | MADISON | WV | 25130 |
| DISABLED | | | |

| 67 PRIN. DIAG. CD. | 68 OTH. |
|---|---|
| 478.29 | 780.57 |

82 ATTENDING PHYS. ID  WV18695
J53470   REAHL HARRY

```
PATIENT NO:        2532912637    CHARLESTON HOSPITAL INC    BILLING DATE    PAGE   1    02532
MED REC NO:          261190      DBA SAINT FRANCIS HOSP    11/21/02
GUARANTOR NO:                    PO BOX 402907
PATIENT:                         ATLANTA, GA 30384-2907     ADMITTED     DISCHARGED
LESTER CHRISTOPHER W                                        10/05/02     10/05/02
```

```
BILL TO:
      LESTER CHRISTOPHER W          OUTPATIENT                      FC=11
      P O BOX 1113                  REPLACEMENT OF PRIOR CLAIM
      DANVILLE        WV
      25053
```

| DATE OF SERVICE | BATCH REF | F DEPT S PROC | NDC/CPT-4/ HCPCS | QTY SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|
| 740-EEG | | | | | |
| 100502 06B706 | 0771 641070 | 95811 | | 1 POLY >4 PAR W/CPAP OR | 2011.00 |
| | | | | SUBTOTAL: | 2011.00 |
| | | | | TOTAL ANCILLARY CHARGES | 2011.00 |

| DATE OF PAYMENT | BATCH REFER | PAY TYPE PROC | INS PLAN | BILL THRU DT | DESCRIPTION / COMMENT | AMOUNT |
|---|---|---|---|---|---|---|
| 11/11/02 | 11M203 | 1 011249 | 099-03 | 10/05/02 | PEIA 102502 JKL | 678.03 |
| 11/11/02 | 11M222 | 5 012786 | 099-03 | 10/05/02 | ACCORDIA.PEIA OP | 1,163.46 |
| | | | | | TOTAL PAYMENTS | 1,841.49 |

```
                                 TOTAL CHARGES    2011.00
                                 PAYMENTS          678.03
                                 ADJUSTMENTS      1163.46
                                 BALANCE           169.51
```

```
BENEFITS ASSIGNED TO SAINT FRANCIS HOSP
□
```

500688.070.0019

```
PATIENT NO:        2532912637    CHARLESTON HOSPITAL INC    BILLING DATE    PAGE    2    02532
MED REC NO:          261190      DBA SAINT FRANCIS HOSP     11/21/02
GUARANTOR NO:                    PO BOX 402907
PATIENT:                         ATLANTA, GA 30384-2907     ADMITTED     DISCHARGED
LESTER CHRISTOPHER W                                        10/05/02     10/05/02
```

```
                           DEPARTMENTAL CHARGE SUMMARY
                  DEPT         DESCRIPTION              AMOUNT

                  0771     LABORATRY - OUTPATIENT      2,011.00


            TOTAL CHARGES:        2,011.00
            TOTAL PAYMENTS:         678.03
            TOTAL ADJUST:        1,163.46
```

500688.070.0020



**MH**
Marker-Hoff Group
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

| | |
|---|---|
| **STYLE OF CASE:** | Michael W. Harris, et al. |
| | vs. |
| | Purdue Pharma L.P., et al. |
| **CASE NO:** | C-1-01-428 |
| **PERTAIN TO:** | Christopher Wayne Lester |
| **FROM:** | Kelly Medical Corporation<br>1 Pavilion Drive<br>Daniels, WV  25832<br>(304) 763-4253 |
| **DELIVER TO:** | Mr. Phillip J. Smith<br>VORYS, SATER, SEYMOUR & PEASE, LLP<br>Atrium Two, Suite 2100<br>221 East Fourth Street<br>Cincinnati, OH  45202 |

**USA-2003-0008677**

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688126-0019 THROUGH 500688126-0020.

THE MARKER-HOFF GROUP, INC

13105 NORTHWEST FREEWAY SUITE 300    HOUSTON TEXAS 77040    (T) 713 460 9070    (F) 713 460 6519    800 264 9070

WWW.MARKER-HOFF.COM

Case No. C-1-01-428

Michael W. Harris        : **Southern District Court**
       :
vs.        : **County of Hamilton**
       :
Purdue Pharma L.P., et al        : **State of Ohio**

---

Records pertaining to: **Christopher Lester**

Custodian of Records For: **Kelly Medical Corporation**

I have conducted a thorough search of our files for the requested records, including but not limited to: patient intake forms and health questionnaires, and/or consent forms, and/or physical examination records, and/or x-rays, and/or pathology slides and/or blocks, and/or all nurse's notes and physicians notes, and/or treatment records and reports, and/or prescription records, and/or third-party consultation records, and/or records of treatment at hospitals and other health care providers, and/or test results from outside laboratories, and/or itemized billing records, and/or insurance claims forms, and or personnel records and/or payroll records, and/or academic records, and/or correspondence.

I certify that nothing has been removed from the original file before releasing copies of these records or the originals. The records I am releasing are the original records or exact duplicates of the original records and include each and every record contained in the file on the above named individual.

_Penny Wright_
AFFIANT

_Betty A Duckworth_
WITNESS

8/21/03
DATE



LESTER,CHRISTOPHER M
ATT/DR
MRE :H0002611190    DOB    71
ACCT#:H02532414407    AGE :30    SEX :M

500688.126.0019



500688.126.0020