# CHRISTOPHER WAYNE LESTER

## 9 OF 14



**MARKER-HOFF GROUP**
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**    Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**    C-1-01-428

**PERTAIN TO:**    Christopher Wayne Lester

**FROM:**    Boone Homecare Supplies
327 State Street
Madison, WV  25130
(304) 369-7964

**DELIVER TO:**    Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688061-0001
THROUGH 500688061-0112.

Case No. C-1-01-428

| | |
|---|---|
| Michael W. Harris | : **Southern District Court** |
| | : |
| vs. | : County of Hamilton |
| | : |
| Purdue Pharma L.P., et al | : **State of Ohio** |

Records pertaining to: **Christopher Wayne Lester**

Custodian of Records For:          **Boone Homecare Supplies**

I have conducted a thorough search of our files for the requested records, including but not limited to: patient intake forms and health questionnaires, and/or consent forms, and/or physical examination records, and/or x-rays, and/or pathology slides and/or blocks, and/or all nurses notes and physicians notes, and/or treatment records and reports, and/or prescription records, and/or third-party consultation records, and/or records of treatment at hospitals and other health care providers, and/or test results from outside laboratories, and/or itemized billing records, and/or insurance claims forms, and or personnel records and/or payroll records, and/or academic records, and/or correspondence.

I certify that nothing has been removed from the original file before releasing copies of these records or the originals. The records I am releasing are the original records or exact duplicates of the original records and include each and every record contained in the file on the above-named individual.

_Kathleen S. Ellis_
AFFIANT

_Gloria J. Kitchen_
WITNESS

_August 25, 2003_
DATE

437335

**BOONE HOMECARE SUPPLIES**
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

| NAME | Christopher Lister |
|---|---|

DATE

ADDRESS

CITY, STATE, ZIP

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | 5/1/03 | | | |
| 4 | 30 caths # 8200 | | | |
| 5 | | | | |
| 6 | 2 leg bags | | | |
| 7 | | | | |
| 8 | 1 Extension Tubing | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | 6/24/03 | | | |
| 12 | | | | |
| 13 | 31 Caths # 8200 | | | |
| 14 | | | | |
| 15 | 2 leg bags | | | |
| 16 | | | | |
| 17 | 1 Extension Tubing | | | |
| 18 | | | | |
| RECEIVED BY | | | TAX | |
| | | | TOTAL | |

adams
25805

500688.061.0001

X                                            3340

LESTER        CHRISTOP                        X

                                             3340

                              P

                                        X
                                        X        West Virginia Workers Comp.
                                                          X

    00000000

    JOHN SNYDER                                  00/00/00      00/00/00

    59654

                                             200046841

    05/16/03        12    A4324 NU              55.00 30
    05/16/03        12    A4358 NU              14.00 02
    06/16/03        12    A4324 NU              55.00 30
    06/16/03        12    A4358 NU              14.00 02

                   437335                     138.00    0.00    138.00

    Signature On File
         06/30/03                                      5507390150
 0

                                                        500688.061.0002

437334

**BOONE HOMECARE SUPPLIES**
327 STATE STREET
MADISON, WV  25130
PHONE (304) 369-7964

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 5/ /03 | | |
| 2 | | | |
| 3 | 5 Bio-freeze | | 15.00 |
| 4 | | | |
| 5 | | | |
| 6 | 6/ /03 | | |
| 7 | | | |
| 8 | 2 Nursing Care Ointment | 3.75 | 7.50 |
| 9 | 1 Bio-freeze | | 15.00 |
| 10 | 2 Sween Lotion | 9.00 | 18.00 |
| 11 | | | |
| 12 | | | |
| 13 | | | 40.50 |
| 14 | | | |
| 15 | Chris Lester | | |
| 16 | | | |
| 17 | Billed 6/30/03 | | |
| 18 | | | |

NAME Christopher Lester

RECEIVED BY

| TAX | |
|---|---|
| TOTAL | |

500688.061.0003

X                    ⬛3340

LESTER    CHRISTOP                    X


⬛3340

P

X

X          West Virginia Workers Comp.

X


00000000

JOHN SNYDER                              00/00/00     00/00/00


7242

2000046841


05/14/03        12     A4595 NU          75.00 02
06/14/03        12     A4595 NU          40.00 01


437334                          115.00    0.00    115.00


Signature On File
06/30/03                              5507390150
0


500688.061.0004

223385

**BOONE HOMECARE SUPPLIES**
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

DATE 1-16-03

NAME Christopher Lester 13780

ADDRESS 3340

CITY, STATE, ZIP -1971 DOI 03-10-2001

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|-----------|---------|------|--------|--------|----------|-------------|----------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | 3 Catheters #8200 | | |
| 2 | A4334 NU 30 – 55.00 | | |
| 3 | 2 Leg Bags # 150102 | | |
| 4 | A4358 NU 2 - 14.00 | | |
| 5 | 1 ext tubing #9803 | | |
| 6 | A4357 NU 2 - 38.00 | | |
| 7 | | | |
| 8 | | | |
| 9 | 596.54 | | |
| 10 | | | |
| 11 | Frederick C. Martine | | |
| 12 | | | |
| 13 | | | |
| 14 | PA #2000046841 | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

RECEIVED BY Chris Lesti

TAX

TOTAL

500688.061.0005

X                                                3340

LESTER      CHRISTOP                      X

3340

P

X

X          West Virginia Workers Comp.

X

,00000000

FREDERICK C. MARTINE                          00/00/00        00/00/00

59654

2000046841

01/16/03          12      A4324 NU            55.00 30
01/16/03          12      A4358 NU            14.00 02

223385                          69.00    0.00    69.00

Signature On File
   01/17/03                                      5507390150

0

**500688.061.0006**

BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV  25130
PHONE (304) 369-7964

**727333**

DATE **3-14-03**

NAME *Christopher Lester*

ADDRESS ▓▓▓▓▓▓▓ 3340

CITY, STATE, ZIP
DOB ▓▓▓▓ 1971    DOI 03-10-2000

| ORDER NO. | SOLD BY 74135 | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|---|

| | QUAN. | DESCRIPTION | PRICE | | AMOUNT | |
|---|---|---|---|---|---|---|
| 1 | 33 | #EL06T Electrodes | 33 | 00 | | |
| 2 | 1 | Biofreeze | 15 | 00 | | |
| 3 | 1 | Battery | 12 | 00 | | |
| 4 | 2 | Tens Lotion | 15 | 00 | | |
| 5 | | | | | | |
| 6 | | 7242 | | | | |
| 7 | | A4595 NU    2 — | 75 | 00 | | |
| 8 | | | | | | |
| 9 | | John Snyder | | | | |
| 10 | | | | | | |
| 11 | | 08089 | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | Chris Lester | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | RA# 200004684 | | | | |
| 18 | | | | | | |

RECEIVED BY

TAX

TOTAL

adams
35805

500688.061.0007

A                           ███340

-LESTER    CHRISTOP                    X

                                       ███340

                              P

                                       X
                                       X        West Virginia Workers Comp.
                                                X

00000000
JOHN SNYDER                                    00/00/00        00/00/00

  7242
                                       2000046841

03/14/03          12    A4595 NU            75.00 02

                  727333                    75.00    0.00    75.00

   Signature On File
      03/21/03                                   5507390150
O

                                                    500688.061.0008

10th

327819

| | | | | | | DATE 6/4/03 |
|---|---|---|---|---|---|---|

NAME  Christopher Lester

ADDRESS

CITY, STATE, ZIP

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|---|

| QUAN. | | DESCRIPTION | | | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | K0006   RRKI | | | | | $110.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | Billed 6/19/03 | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| RECEIVED BY | | | | | | TAX | |
| | | | | | | TOTAL | |

35805

500688.061.0009

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

# HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | PICA | | |

1. MEDICARE    MEDICAID    CHAMPUS    CHAMPVA    GROUP HEALTH PLAN    FECA BLK LUNG    OTHER    1a. INSURED'S I.D. NUMBER    (FOR PROGRAM IN ITEM 1)

(Medicare #)  (Medicaid #)  (Sponsor's SSN)  (VA File #)  (SSN or ID)  (SSN)  (ID)

0969

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

LESTER CHRISTOPHER

3. PATIENT'S BIRTH DATE    SEX
MM DD YY    1971    M ☒  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

LESTER APRIL

5. PATIENT'S ADDRESS (No., Street)

PO BOX 1113

6. PATIENT RELATIONSHIP TO INSURED

Self ☐  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

SAME

CITY    DANVILLE    STATE    WV

8. PATIENT STATUS

Single ☐  Married ☐  Other ☐

CITY    STATE

ZIP CODE    25053    TELEPHONE (Include Area Code)
(304) 369-6657

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE    TELEPHONE (INCLUDE AREA CODE)
(   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

7770

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☐  NO ☐

a. INSURED'S DATE OF BIRTH    SEX
MM DD YY    M ☐  F ☐

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM DD YY    M ☐  F ☐

b. AUTO ACCIDENT?    PLACE (State)
YES ☐  NO ☐

b. EMPLOYER'S NAME OR SCHOOL NAME

WVAPEIA

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐  NO ☐

c. INSURANCE PLAN NAME OR PROGRAM NAME

ACORDIA NATIONAL

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☐    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED    SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED    SIGNATURE ON FILE

14. DATE OF CURRENT:    ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM DD YY    MM DD YY
FROM    TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

JOHN SNYDER

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY    MM DD YY
FROM    TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?    $ CHARGES
YES ☐  NO ☐

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 438.10    3. 780.39

22. MEDICAID RESUBMISSION
CODE    ORIGINAL REF. NO.

2. 724.2    4.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 06 | 04 | 03 | 06 | 04 | 03 | 12 | | K0006 | RRKJ | 1,2,3 | 110.00 | 30 | days | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN
55-073-9015-001 ☐ ☒

26. PATIENT'S ACCOUNT NO.
327819

27. ACCEPT ASSIGNMENT?
(For govt. claims, see back)
YES ☒  NO ☐

28. TOTAL CHARGE
$ 110.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 110.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED  Kathleen A. Ellis    DATE    06/19/03

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #    (304) 369-7964

BOONE HOMECARE SUPPLIES
327 STATE STREET MADISON, WV 25130
PIN# 55-0739015,001 GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE    FORM HCFA-1500  (12-90)
FORM OWCP-1500    FORM RRB-1500

500688.061.0010



BOONE HOMECARE SUPPLIES

327 STATE STREET

MADISON, WV   25130

PHONE (304) 369-7964

727387

DATE 3-21-03

NAME Christopher Coster

500688.061.0011

X                          3340

LESTER      CHRISTOP                    X

                                       3340

                              P

                                   X
                                   X          West Virginia Workers Comp.
                                       X

00000000
JOHN SNYDER                            00/00/00      00/00/00

   7242

                                   2000046841

03/21/03          12    E0215 NU          75.00 01

                   727387                 75.00      0.00      75.00

   Signature On File
      04/23/03                                        5507390150
   0

500688.061.0012

comp. 9th

727434

| DATE | 5-4-03 |

**NAME** Christopher Lester

**ADDRESS**

**CITY, STATE, ZIP**

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|-----------|---------|------|--------|--------|----------|-------------|----------|

| QUAN. | DESCRIPTION | | PRICE | AMOUNT |
|-------|-------------|---|-------|--------|
| 1 | | | | |
| 2 | Kaode  RROKJ | | | 110.00 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| RECEIVED BY | | | TAX | |
| | | | TOTAL | |

35805

500688.061.0013

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

## HEALTH INSURANCE CLAIM FORM

PICA | | | | | | | | | | | | | | | | | | | | | | | | | | | PICA | | |

1. MEDICARE (Medicare #)  MEDICAID (Medicaid #)  CHAMPUS (Sponsor's SSN)  CHAMPVA (VA File #)  GROUP HEALTH PLAN (SSN or ID)  FECA BLK LUNG (SSN)  OTHER (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
████-9969

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
LESTER CHRISTOPHER

3. PATIENT'S BIRTH DATE ██ 1971  SEX M☑ F☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
PO BOX 1113

6. PATIENT RELATIONSHIP TO INSURED
Self☑ Spouse☐ Child☐ Other☐

7. INSURED'S ADDRESS (No., Street)

CITY
DANVILLE

STATE
WV

8. PATIENT STATUS
Single☐ Married☑ Other☐

CITY

STATE

ZIP CODE
25053

TELEPHONE (Include Area Code)
(304) 369-6657

Employed☐ Full-Time Student☐ Part-Time Student☐

ZIP CODE

TELEPHONE (INCLUDE AREA CODE)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
7770

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES☐ NO☑

a. INSURED'S DATE OF BIRTH MM DD YY  SEX M☐ F☐

b. OTHER INSURED'S DATE OF BIRTH MM DD YY  SEX M☐ F☐

b. AUTO ACCIDENT? YES☐ NO☑  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
WUAPETA

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES☐ NO☑

c. INSURANCE PLAN NAME OR PROGRAM NAME
ACORDIA NATIONAL

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES☐ NO☐  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SOF

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
JOHN SNYDER

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES☐ NO☐  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 438.10   3. 780.39

2. 724.2   4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 04 03  05 04 03 | 12 | | K0006  RRKJ | 1,2,3 | 110.00 | 30 days | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN☐ EIN☑
55-073-9015-001

26. PATIENT'S ACCOUNT NO.
727434

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES☐ NO☐

28. TOTAL CHARGE
$ 110.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 110.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED  Kathleen S. Ellis  DATE  05/08/03

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #  (304) 369-7964
BOONE HOMECARE SUPPLIES
327 STATE STREET MADISON WV 25130
PIN# 55-0739015,001  GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500  FORM RRB-1500

500688.061.0014

226415

Modd

8th

| | | | | | | | DATE 4-4-01 | |
|---|---|---|---|---|---|---|---|---|
| **NAME** Christopher Lester | | | | | | | | |
| **ADDRESS** | | | | | | | | |
| **CITY, STATE, ZIP** | | | | | | | | |

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | |
| 2 | Roooo 6 | $110.00 | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

| RECEIVED BY | TAX | |
|---|---|---|
| | TOTAL | |

35805

500688.061.0015

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

**HEALTH INSURANCE CLAIM FORM**

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |

1a. INSURED'S I.D. NUMBER: 9969

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): LESTER CHRISTOPHER

3. PATIENT'S BIRTH DATE: 1971  SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial): SAME

5. PATIENT'S ADDRESS (No., Street): PO BOX 1113

RELATIONSHIP TO INSURED: Self

6. INSURED'S ADDRESS (No., Street): SAME

CITY: DANVILLE  STATE: WV

8. PATIENT STATUS

ZIP CODE: 25053  TELEPHONE (Include Area Code): (304) 369-6657

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: 7770

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS): NO

a. INSURED'S DATE OF BIRTH  SEX

b. OTHER INSURED'S DATE OF BIRTH  SEX

b. AUTO ACCIDENT? NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME: WVAPEIA

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: ACORDIA NATIONAL

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  SIGNED: SIGNATURE ON FILE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  SIGNED: SOF

14. DATE OF CURRENT:

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: JOHN SNYDER

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:

1. 438.10   3. 780.39
2. 724.2

22. MEDICAID RESUBMISSION
23. PRIOR AUTHORIZATION NUMBER

| 24. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place | C Type | D PROCEDURES CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS/UNITS | H EPSDT | I EMG | J COB | K RESERVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 04 03 | 04 04 03 | 12 | | K0006 RR | 1,2,3 | 110 00 | 30 DAYS | | | | |

25. FEDERAL TAX I.D. NUMBER: 55-073-9015--001

26. PATIENT'S ACCOUNT NO.: 226415

27. ACCEPT ASSIGNMENT? YES

28. TOTAL CHARGE: $ 110.00

29. AMOUNT PAID: $

30. BALANCE DUE: $ 110.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: Kathleen S. Elkins

32. NAME AND ADDRESS OF FACILITY: 05/02/03

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE#: (304) 369-7964
BOONE HOMECARE SUPPLIES
327 STATE STREET MADISON WV 25130
55-0739015,001

FORM HCFA-1500 (12-90)

500688.061.0016

**Certificate of Medical Necessity**

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs
Division of Coal Mine Workers' Compensation



| | OMB No. 1215-0113 |
|---|---|
| | Expires: 10-31-99 |

Completion of this form and prior approval is required for the Department of Labor to authorize reimbursement of charges for equipment, scheduled pulmonary rehabilitation services and home nursing care. Authorization covers a maximum period of one (1) year. Fill in all applicable items. (See DOL Reimbursement Standards under Item eleven (11)). This form must be signed and dated by the treating physician.

| 1. & 2. Patient's Name and Mailing Address | 3. Telephone Number | 4. Social Security Number |
|---|---|---|
| CHRISTOPHER LESTER<br>PO BOX 1113<br>DANVILLE, WV 25053 | ( 304 ) 369  6657 | ~~~~~-3340 |
| | | **5. Date of Birth**<br>~~~-1971 |

| 6a. Date(s) of last hospitalization | 6b. Condition(s) treated while in hospital |
|---|---|
| From: _____ | |
| To: _____ | |

**7. DIAGNOSIS**  for which this prescription is written:

*Chron ken Gaus ms*

| 8a. Type of Prescription | 8b. Requested Duration of Prescription for DME, Home Nursing or Pulmonary Rehabilitation |
|---|---|
| [X] Original (New)<br>[ ] Recertification (Renewal) | Beginning Date: 03-19-03    Ending Date: 03-19-04 |

**8. EQUIPMENT OR SERVICE PRESCRIBED (SEE NO. 11, REVERSE, FOR CORRESPONDING REIMBURSEMENT STANDARDS)**

**9a. Oxygen Delivery Equipment (11b.)**     Prescription: Flow Rate (L/M) _____     Est. Hrs./Day _____

[ ] Tank O$_2$ With Flowmeter and Humidifier     [ ] O$_2$ Concentrator     [ ] O$_2$ Liquid System

[ ] Portable Unit (Gaseous)     [ ] O$_2$ Liquid System With Portable Liquid

**9b. Other DME**

[ ] Manual Hospital Bed (11c.)     [ ] Commode (11f.)
[X] Semi-electric Hospital Bed (11c.)     [ ] Wheelchair (11g.)
[ ] Nebulizer with Motor (11a.)     [X] Other (Explain in Item no. 12.)

**9c. Prescription for Medical Services**

[ ] Pulmonary Rehabilitation Services (See 11e.) ,
Level: _____
[ ] Home Nursing Care (See 11d.)

**10. Objective Test Results** – Original or Certified copies of all lab reports must be attached, including tracing for each PFT. The following data (10A through 10D for a PFT; 10E through 10I for an ABG) **MUST BE** reported below OR on the attached lab report. (Note: Patient's condition is considered ACUTE if test was taken during a hospitalization.)

**A. Pulmonary Function Test**

Date of test: _____  MM DD YY

PL's condition:
[ ] Acute
[ ] Chronic

Results: (Best Effort)

| | Predicted | Bronchodilation | |
|---|---|---|---|
| | | Before | After |
| FEV1 L/BTPS | | | |
| FVC L/BTPS | | | |

**B. Check as appropriate (if "poor", explain in No. 12 "Additional Comments")**

Miner's Cooperation: [ ] Good    [ ] Fair    [ ] Poor

Miner's ability to understand instructions and follow directions:
[ ] Good    [ ] Fair    [ ] Poor

**C. Was equipment calibrated before the test?** [ ] Yes    [ ] No

**D. Testing Facility Name and Address:**

**E. Arterial Blood Gas Test**

Date of test: _____  MM DD YY

PL's condition:
[ ] Acute
[ ] Chronic

Results:

| PO$_2$ | PCO$_2$ | PH |
|---|---|---|
| | | |

**F. Air Intake:** [ ] On room air    [ ] On O$_2$ @ _____ LPM

**G. Time Sample Drawn** _____    Iced [ ] Yes [ ] No    **Time Sample Analyzed** _____

**H. Was equipment calibrated before the test?** [ ] Yes    [ ] No

**I. Testing Facility Name and Address**

Form CM-893
Rev. Dec. 1990

500688.061.0017

## 11. DOL/DCMWC REIMBURSEMENT STANDARDS

**11a.** For nebulizer equipment with compressor motor: requires Pulmonary Funciton Test results that indicate a 50% reduction with a demonstrated 10% or greater increase after bronchodilation; or $FEV_1$ of 1.0L or less (See 11h).

**11b.** For Home $O_2$ delivery equipment: requires a $pO_2$ value of 60 mmHg or less on room air during a chronic state with corresponding $pCO_2$ and pH values. The $pO_2$ value should be 55 mmHg or less when an $O_2$ concentrator or liquid $O_2$ system is prescribed. If the ABG is done while the patient is on $O_2$, the $pO_2$ standard = 60 mmHg for all oxygen equipment. (See 11h.). All medical evidence to support your request will be considered.

**11c.** Hospital bed: must be justified by PF test results indicating an $FEV_1$ equal to or less than 40% of predicted, or chronic hypoxia ($pO_2$ of 55 mmHg or less).

**11d.** Prescriptions for home care: must include objective test results or comparable clinical data, explanation why the patient is homebound, and a specific schedule of services to be rendered, including the total number and frequency of prescribed visits. Indicate the type of medical professional (PA, RN, LPN, NT) providing care. Use number 12, below, and/or attach separate sheet.

**11e.** Prescription for pulmonary rehabilitation services: must include objective test results that justify extent (i.e., level) of rehabilitation prescribed. All services for pulmonary rehabilitation must be categorized by impairment Level (AMA - Guides to the Evaluation of Permanent Impairment, 2nd Ed. 1984). Also, all pulmonary rehabilitation protocols must be prior-approved. Use number 12, below, and/or attach separate sheet.

**11f.** Commodes: will be purchased for patients unable to use an available bathroom facility due to a pulmonary impairment. Objective test requirements: for ABG, $pO_2$ of 55 mmHg or less; for PFS, $FEV_1$ of 40% or less of predicted.

**11g.** Wheel chairs: are not a commonly covered item. Requests must include medical support data and will be evaluated individually. Data must support the wheelchair need because of a severe pulmonary impairment.

**11h.** ALL CMN supportive test results: must be date 12 months or less prior to prescription for services. Recertification services must be reviewed yearly or at the expiration date.

NOTE: Prescription for indefinite services or those without required objective test data will be returned for specific information. If your request is rejected because your patient's medical condition does not meet DOL reimbursement requirement standards you may submit other medical evidence to support your prescription request. All evidence will be considered.

**12. Comments:**  E0215: MOIST HEATING PAD

---

### 13. PHYSICIAN/PROVIDER INFORMATION

| a. Physician's Name, Address and Phone Number (print or type) | b. Are you the patient's regular physician or are you actively treating this patient?  Yes ☑ No ☐ |
|---|---|
| JOHN SNYDER<br>705 MADISON AVENUE<br>MADISON, WV  25130<br>(304) 369-5170 | If NO, explain why you are prescribing the equipment or services on this form. |

| c. Date of Visit (the date you examined the patient and determined the need for this prescription): <br> 12/16/08 MM DD YY | d. Date that the prescribed treatment or service is authorized to begin: <br> 3/19/09 MM DD YY |

e. By my signature I certify that I am actively treating this patient (or have provided an explanation, 13b., above) and that the prescribed equipment and/or services on this form are medically necessary for treating this patient's condition. I am also aware that, pursuant to 30 U.S.C. 941, any person who willfully makes any false or misleading statement or representation for the purpose of obtaining any benefit or payment relating to this prescription shall be guilty of a misdemeanor and subject to a fine and/or imprisonment.

| _Jhn M Zila_ | _3-21-09_ |
|---|---|
| Physician's Original Signature (Do not use stamp) | Date |

Please forward this completed form to the DOL/DCMWC Office which maintains the patient's Black Lung Claim. For further information call TOLL FREE: 1-800-638-7072. (In MD: 1-800-492-5737)

f. Servicing Provider's Name, Address, Phone No., and PROVIDER NO.:
BOONE HOMECARE SUPPLIES  PROVIDER#
327 STATE STREET   55-0739015-001
MADISON, WV. 25130 (304)369-7964

#### Public Burden Statement

We estimate that it will take an average of 20-40 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of IRM Policy, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0113), Washington, D.C. 20503.
DO NOT SEND THE COMPLETED FORM TO EITHER OF THESE OFFICES

500688.061.0018

BOONE HOMECARE SUPPLIES
324 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

**208677**

DATE 1-16-03

NAME Christopher Lester

ADDRESS 3340    013786

CITY, STATE, ZIP -1971    DOI 03-10-2001

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|-----------|---------|------|--------|--------|----------|-------------|----------|

| | QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 5 | Biofreeze @ 12.00 | | 60.00 |
| 2 | | | | |
| 3 | 8 | Electrodes Disposable @ 1.00 | | 8.00 |
| 4 | | | | |
| 5 | 1 | Tens Lotions | | 7.50 |
| 6 | | Q4595 N/U | | |
| 7 | | 2-75.00 | | |
| 8 | | John Snyder | | |
| 9 | | | | |
| 10 | | 724.2 | | 75.00 |
| 11 | | | | |
| 12 | | PA# 200004841 | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |

RECEIVED BY Chris Lester

TAX

TOTAL

Adams
35805

500688.061.0019

X                          ⬛3340

LESTER      CHRISTOP              X

                                          ⬛3340

                          P

                                X

                                X          West Virginia Workers Comp.

                                          X

00000000

JOHN SNYDER                              00/00/00      00/00/00

7242

                                  2000046841

01/16/03          12      A4595 NU              75.00 02

                  208677                    75.00    0.00    75.00

          Signature On File
             01/17/03                          5507390150
      0

                                    **500688.061.0020**

MDCD          7th                           708616

| | | DATE 3-4-03 |
|---|---|---|

**NAME** Christopher Lester

**ADDRESS**

**CITY, STATE, ZIP**

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | |
| 2 | K0006 RRRJ 1 — | 100.00 | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| RECEIVED BY | | TAX | |
| | | TOTAL | |

Adams
35805

500688.061.0021

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CARRIER

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| | | | | | | | ████-9969 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / 1971 M [X] SEX F ☐ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| LESTER CHRISTOPHER | | LESTER APRIL |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| PO BOX 1113 | Self ☐ Spouse ☐ Child [X] Other ☐ | SAME |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| DANVILLE | WV | Single ☐ Married [X] Other ☐ | | |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 25053 | (304) 369-6657 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 7770 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES ☐ NO [X] | a. INSURED'S DATE OF BIRTH MM DD YY SEX M ☐ F ☐ |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M ☐ F ☐ | b. AUTO ACCIDENT? YES ☐ NO [X] PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME WVAPEIA |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES ☐ NO [X] | c. INSURANCE PLAN NAME OR PROGRAM NAME ACORDIA NATIONAL |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☐ If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**     DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SOF**

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE JOHN M SNYDER | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? YES ☐ NO ☐ $ CHARGES |
|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. └ 438.10     3. └ 780.39
2. └ 724.2      4. └

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER
19605411

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 04 03 04 03 03 | 12 | | K0005 RR | 1,2,3 | 110 00 | 30 DAYS | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN 55-073-9015-001 [X] | 26. PATIENT'S ACCOUNT NO. 708616 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [X] NO ☐ | 28. TOTAL CHARGE $ 110 00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 110 00 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) SIGNED *Kathleen L. Ellis* DATE 03/13/03 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # (304)369-7964 BOONE HOMECARE SUPPLIES 327 STATE STREET MADISON WV 25130 PIN# 55-0739015,001 GRP# |
|---|---|---|

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)     **PLEASE PRINT OR TYPE**     FORM HCFA-1500 (12-90)
FORM OWCP-1500     FORM RRB-1500

500688.061.0022



708272

6th

DATE 2-4-03

NAME Christopher Lester

ADDRESS

CITY, STATE, ZIP

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | |
| 2 | Koodo PP 1-110.00 | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| RECEIVED BY | | TAX | |
| | | TOTAL | |

35805

500688.061.0023

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

CARRIER

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | ▓▓-9969 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| LESTER CHRISTOPHER | ▓▓1971 M [X] F | LESTER APRIL |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| PO BOX 1113 | Self [ ] Spouse [ ] Child [X] Other [ ] | SAME |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| DANVILLE | WV | Single [ ] Married [ ] Other [ ] | | |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 25053 | (304)369-6657 | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] | | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 7770 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH / SEX |
|---|---|---|
| | YES [ ] NO [X] | M [ ] F [ ] |

| b. OTHER INSURED'S DATE OF BIRTH / SEX | b. AUTO ACCIDENT? PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| M [ ] F [ ] | YES [ ] NO [X] | WVAPEIA |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES [ ] NO [X] | ACORDIA NATIONAL |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES [ ] NO [ ] If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE     DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SOF

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM        TO |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM        TO |
|---|---|---|
| JOHN M SNYDER | | |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? $ CHARGES |
|---|---|
| | YES [ ] NO [ ] |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 438.10   3. 790.39

2. 724.2   4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO

23. PRIOR AUTHORIZATION NUMBER
19605411

| 24. A. DATE(S) OF SERVICE From / To | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 04 03  03 03 03 | 12 | | K0006  RR | 1,2,3 | 110 00 | 30 DAYS | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER     SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 55-073-9015-001 [X] | 708272 | YES [X] NO [ ] | $ 110 00 | $ | $ 110 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # (304)369-7964 |
|---|---|---|
| Kathleen L. Ellis   SIGNED DATE | 02/04/03 | BOONE HOMECARE SUPPLIES 327 STATE STREET MADISON WV 25130 55-0739015,001 PIN#        GRP# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

500688.061.0024



208763

3rd - 5th

**NAME:** Christopher Lester

**DATE:**

**ADDRESS:**

**CITY, STATE, ZIP**

| QUAN | | | | DESCRIPTION | | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/4/02 | | | | | | | |
| 2 | | | | | | | | |
| 3 | 12/4/02 | | | K000 RR | 1—1 | 10.00 | | |
| 4 | | | | | | | | |
| 5 | 1/4/03 | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |

**RECEIVED BY** | | **TAX** | | **TOTAL** |

Adams
35805

500688.061.0025

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

**CARRIER**

| | PICA | | | | | HEALTH INSURANCE CLAIM FORM | | PICA | |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | -9969 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| LESTER CHRISTOPHER | 1971 M X F | LESTER APRIL |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| PO BOX 1113 | Self ☐ Spouse X Child ☐ Other ☐ | SAME |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| DANVILLE | WV | Single ☐ Married ☐ Other ☐ | | |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 25053 | (304)369-6657 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 7770 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH / SEX |
|---|---|---|
| | ☐ YES X NO | MM DD YY M ☐ F ☐ |

| b. OTHER INSURED'S DATE OF BIRTH / SEX | b. AUTO ACCIDENT? PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| MM DD YY M ☐ F ☐ | ☐ YES X NO | WVAPEIA |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | ☐ YES X NO | ACORDIA NATIONAL |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | ☐ YES ☐ NO If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  **SIGNATURE ON FILE**   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  **SOF**

**PATIENT AND INSURED INFORMATION**

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO |
|---|---|---|
| JOHN M SNYDER | | |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? $ CHARGES |
|---|---|
| | ☐ YES ☐ NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO. |
|---|---|
| 1. 438.10       3. 780.39 | |
| 2. 724.2        4. | 23. PRIOR AUTHORIZATION NUMBER  19605411 |

| 24. A. DATE(S) OF SERVICE From To | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MM DD YY | MM DD YY | | | | | | | | | | |
| 11 04 02 | 12 03 02 | 12 | | K0006   RR | 1,2,3 | 110.00 | 30 | DAYS | | | |
| 12 04 02 | 01 03 03 | 12 | | K0006   RR | 1,2,3 | 110.00 | 30 | DAYS | | | |
| 01 04 03 | 02 03 03 | 12 | | K0006   RR | 1,2,3 | 110.00 | 30 | DAYS | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**PHYSICIAN OR SUPPLIER INFORMATION**

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 55-073-9015-001 ☐ X | 208763 | X YES ☐ NO | $ 330.00 | $ | $ 330.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIANS, SUPPLIERS BILLING NAME, ADDRESS, ZIP CODE & PHONE # (304)369-7964 |
|---|---|---|
| *Kathleen S. Sellers* SIGNED  DATE 01/22/03 | | BOONE HOMECARE SUPPLIES 327 STATE STREET MADISON WV 25130 55-0739015,001 |
| | | PIN#  GRP# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

**500688.061.0026**

BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

333411

DATE 9-4-02

NAME *Christopher Lester*

ADDRESS 10/4/02

CITY, STATE, ZIP

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|-----------|---------|------|--------|--------|----------|-------------|----------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | 1 Heavy Duty WheelChair | | |
| 2 | | | |
| 3 | | | |
| 4 | Invacare | | |
| 5 | Tracer IV | | |
| 6 | | | |
| 7 | Bell Medical | | |
| 8 | | | |
| 9 | 800-4503 | | |
| 10 | | | |
| 11 | 7342 | | |
| 12 | 780.39 | | |
| 13 | | | |
| 14 | | | |
| 15 | Billed | | |
| 16 | | | |
| 17 | 10/24/02 | | |
| 18 | | | |

RECEIVED BY *Paul Lester*

TAX

TOTAL

Adams
25805

Rental to
Purchase
10 Mths
Ref.
1960S411

500688.061.0027

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

## HEALTH INSURANCE CLAIM FORM

| PICA | | PICA |
|---|---|---|

**1. MEDICARE** ☐ (Medicare #)  **MEDICAID** ☐ (Medicaid #)  **CHAMPUS** ☐ (Sponsor's SSN)  **CHAMPVA** ☐ (VA File #)  **GROUP HEALTH PLAN** ☒ (SSN or ID)  **FECA BLK LUNG** ☐ (SSN)  **OTHER** ☐ (ID)

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
▮▮-9969

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
LESTER CHRISTOPHER

**3. PATIENT'S BIRTH DATE** ▮▮1971  **SEX** M ☒ F ☐

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
LESTER APRIL

**5. PATIENT'S ADDRESS** (No., Street)
PO BOX 1113

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐ Spouse ☒ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street)
SAME

**CITY** DANVILLE  **STATE** WV

**8. PATIENT STATUS**
Single ☐ Married ☐ Other ☐

**CITY**  **STATE**

**ZIP CODE** 25053  **TELEPHONE** (Include Area Code) ( 304) 369-6657

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

**ZIP CODE**  **TELEPHONE (INCLUDE AREA CODE)** ( )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
7770

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)
☐ YES ☒ NO

**a. INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M ☐ F ☐

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M ☐ F ☐

**b. AUTO ACCIDENT?** ☐ YES ☒ NO  **PLACE (State)**

**b. EMPLOYER'S NAME OR SCHOOL NAME**
WVAPEIA

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** ☐ YES ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
ACORDIA NATIONAL

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☐ YES ☐ NO  If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SOF

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**
JOHN M SNYDER

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM MM DD YY  TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** ☐ YES ☐ NO  **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 438.10    3. 780.39
2. 724.2    4.

**22. MEDICAID RESUBMISSION CODE**  **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**
19605411

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 04 02 | 10 03 02 | 12 | | X0006  RR | 1,2,3 | 110 00 | 30 DAYS | | | | |
| 10 04 02 | 11 03 02 | 12 | | X0006  RR | 1,2,3 | 110 00 | 30 DAYS | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER** 55-073-9015-001  SSN EIN ☒

**26. PATIENT'S ACCOUNT NO.** 333411

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) ☒ YES ☐ NO

**28. TOTAL CHARGE** $ 220 00

**29. AMOUNT PAID** $

**30. BALANCE DUE** $ 220 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED  Kathleen S. Ellis  DATE 10/24/02

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #** ( 304) 369-7964
BOONE HOMECARE SUPPLIES
327 STATE STREET MADISON WV 25130
PIN# 55-0739015,001  GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)  **PLEASE PRINT OR TYPE**  FORM HCFA-1500 (12-90) FORM OWCP-1500  FORM RRB-1500

500688.061.0028

Today's Date : 12/05/2002

Patient Account Number :

Patient Name : CHRISTOPHER W LESTER

Patient HICN : ████3340A             Patient DOB : ███8/1971

PO BOX 1113
DANVILLE  WV  25053                  Patient Phone : (304) 369-6657

Diagnosis Codes:  1) 724.2   2) 780.39  3)        4)

Supplier's Medicare #: 0956640001

Ordering Provider Info : E13868   JOHN SNYDER

| From DOS | To DOS | POS | Units | HCPCS | Mods | DX | Charge | CMN |
|----------|--------|-----|-------|-------|------|----|--------|-----|
| 09/04/02 | 09/04/02 | 12 | 1.0 | K0006 | RRKH | 1 | 110.00 | Y |
| 10/04/02 | 10/04/02 | 12 | 1.0 | K0006 | RRKI | 1 | 110.00 |   |
| Totals : |        |     |       |       |      |    | 220.00 |   |

13378              Billed
                  12-6-02

500688.061.0029

**523675**

BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV  25130
PHONE (304) 369-7964

DATE 12/9/02

| NAME | Christopher Dexter | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ADDRESS | | | 3340 | | 13555 | | | |
| CITY, STATE, ZIP | | | | 1971 | | | | |
| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1  | 30 | Catheters # 8200  A4358 | UU | 55.00 |
| 2  | 2 | leg bags  A4358 | UU | 14.00 |
| 3  | 2 | nite drain bags  A4357 | UU | 20.00 |
| 4  | 1 | ext tubing | | |
| 5  | | | | |
| 6  | | 03103000 | A4324 | |
| 7  | | | | |
| 8  | | Chris | | |
| 9  | | | | |
| 10 | | Frederick C Martine | | |
| 11 | | | | |
| 12 | | 596654 | | |
| 13 | | | | |
| 14 | | 200046841 | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |

| RECEIVED BY | TAX | |
|---|---|---|
| | TOTAL | |

adams
25805

500688.061.0030

X                                    ████3340

LESTER        CHRISTOP                        X

                                              ████3340

                                         P

                                         X

                                         X          West Virginia Workers Comp.

                                                    X

00000000

FREDERICK C MARTINE                              00/00/00          00/00/00

   59654

                                         2000046841

12/09/02          12      A4324 NU          55.00 30
12/09/02          12      A4358 NU          14.00 02
12/09/02          12      A4357 NU          20.00 02

                  523675                    89.00      0.00      89.0

   Signature On File
      12/20/02                                          550739019
0

BOONE HOMECARE SUPPLIES       **523719**
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

DATE 12/9/02

NAME _Christopher Lester_

ADDRESS _3-340   13554_

CITY, STATE, ZIP _-971_

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|-----------|---------|------|--------|--------|----------|-------------|----------|
| | | | | | | | |

| QUAN. | DESCRIPTION | | PRICE | AMOUNT |
|-------|-------------|---|-------|--------|
| 1 | 1 | leak wire | | 24 00 |
| 2 | 1 | battery | | 12 00 |
| 3 | 3 | Dis Freeze @ 12.00 | | 36 00 |
| 4 | | | | |
| 5 | | 031022000 | | 72 00 |
| 6 | | John U Snyder | | |
| 7 | 3 | Patches 1.00 | | 3 00 |
| 8 | | | | |
| 9 | | | | 75 00 |
| 10 | | 7242 Chris Lester | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | 200064684/ | | |
| 14 | | | | |
| 15 | | A4595 NU 2-75.00 | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |

| RECEIVED BY | | TAX | |
|-------------|---|-----|---|
| | | TOTAL | |

adams
25805

500688.061.0032

523673

**BOONE HOMECARE SUPPLIES**
**327 STATE STREET**
**MADISON, WV  25130**
PHONE (304) 369-7964

DATE 12/09/02

NAME Christopher Lester

ADDRESS 3340

CITY, STATE, ZIP 971

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|-----------|---------|------|--------|--------|----------|-------------|----------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | 3 | lotion # 4P237N @ 7.50 | | 22 50 |
| 2 | 4 | electrodes #643 @12.00 | | 48 00 |
| 3 | 4 | Patches @ 1.00 | | 4 00 |
| 4 | | | | |
| 5 | | 03102000 | | 75 00 |
| 6 | | John M Snyder | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | Chris | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | 7242 | | |
| 13 | | | | |
| 14 | | 200004(6841 | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | AU595 NU 2-7500 | | |
| 18 | | | | |

| RECEIVED BY | TAX | |
|-------------|-----|--|
| | TOTAL | |

adams
25805

500688.061.0033

X                    ▬3340

LESTER    CHRISTOP                    X


                                    ▬3340

                    P

                X

                X        West Virginia Workers Comp.

                        X


00000000

JOHN M SNYDER                    00/00/00        00/00/00


7242

                        2000046841

11/09/02        12    A4595 NU            75.00 02
12/09/02        12    A4595 NU            75.00 02


523719                    150.00    0.00    150.00


Signature On File
    12/20/02                        5507390150
O

500688.061.0034

U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

**CERTIFICATE OF MEDICAL NECESSITY**

FORM APPROVED
OMB NO. 0938-0679

DMERC 02.03B

**MANUAL WHEELCHAIRS**

| **SECTION A** | | **Certification Type/Date:** | **INITIAL** 9 / 4 / 02 | **REVISED** __ / __ / __ |
|---|---|---|---|---|

PATIENT NAME, ADDRESS, TELEPHONE and HIC NUMBER

CHRISTOPHER LESTER
PO BOX 1113
DANVILLE, WV  25053
(304) - 369-6657 — HICN _____

SUPPLIER NAME, ADDRESS, TELEPHONE and NSC NUMBER

BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV  25130
(304) 369-7964  NSC # 0956640001

| PLACE OF SERVICE _12_ | HCPCS CODE | PT DOB ___/__/ 71  Sex _M_(M/F);  HT._68_(in.);  WT_300_(lbs.) |
|---|---|---|
| NAME and ADDRESS of FACILITY if applicable (See Reverse) | K0006_ | PHYSICIAN NAME, ADDRESS, TELEPHONE and UPIN NUMBER |
| | _____ | JOHN M SNYDER |
| | _____ | 705 MADISON AVENUE |
| | _____ | MADISON, WV  25130 |
| | | 304-369-5170 — UPIN # B13868 |

**SECTION B**   Information in This Section May Not Be Completed by the Supplier of the Items/Supplies.

EST. LENGTH OF NEED (# OF MONTHS): _99_ 1-99 (99=LIFETIME)   DIAGNOSIS CODES (ICD-9): 43810  7272

| ITEM ADDRESSED | ANSWERS | ANSWER QUESTIONS 1, 5, 8 AND 9 FOR MANUAL WHEELCHAIR BASE AND 1-6 FOR WHEELCHAIR OPTIONS/ACCESSORIES.<br>(Circle **Y** for Yes, **N** for No, or **D** for Does Not Apply, unless otherwise noted.) |
|---|---|---|
| Manual Wchr Base And All Accessories | Ⓨ N D | 1. Does the patient require and use a wheelchair to move around in their residence? |
| Reclining Back | Y Ⓝ D | 2. Does the patient have quadriplegia, a fixed hip angle, a trunk cast or brace, excessive extensor tone of the trunk muscles or a need to rest in a recumbent position two or more times during the day? |
| Elevating Legrest | Y Ⓝ D | 3. Does the patient have a cast, brace or musculoskeletal condition, which prevents 90 degree flexion of the knee, or does the patient have significant edema of the lower extremities that requires an elevating legrest, or is a reclining back ordered? |
| Adjustable Height Armrest | Y Ⓝ D | 4. Does the patient have a need for arm height different than that available using non-adjustable arms? |
| Reclining Back; Adjustable Ht. Armrest; Any Type Ltwt. Whlchr | 4 | 5. How many hours per day does the patient usually spend in the wheelchair? (1–24) (Round up to the next hour) |
| Any Type Ltwt. Whlchr | Ⓨ N D | 8. Is the patient able to adequately self-propel (without being pushed) in a standard weight manual wheelchair? |
| Any Type Ltwt. Whlchr | Ⓨ N D | 9. If the answer to question #8 is "No," would the patient be able to adequately self-propel (without being pushed) in the wheelchair which has been ordered? |

NAME OF PERSON ANSWERING SECTION B QUESTIONS, IF OTHER THAN PHYSICIAN (Please Print):
NAME: _JCM MPm_       TITLE: _____       EMPLOYER: _____

**SECTION C**       Narrative Description of Equipment and Cost

(1) <u>Narrative</u> description of all items, accessories and options ordered; (2) Supplier's charge; and (3) Medicare Fee Schedule Allowance for <u>each</u> item, accessory, and option. *(See instructions on back.)* If additional space is needed, list wheelchair base and most costly options/accessory on this page and continue on HCFA Form 654.

K0006:  HEAVY DUTY WHEELCHAIR
$110.00 MONTHLY RENTAL
$106.07 MEDICARE MONTHLY RENTAL

☐ CHECK HERE IF ADDITIONAL OPTIONS/ACCESSORIES ARE LISTED ON ATTACHED HCFA FORM 654

**SECTION D**       Physician Attestation and Signature/Date

I certify that I am the treating physician identified in Section A of this form. I have received Sections A, B and C of the Certificate of Medical Necessity (including charges for items ordered). Any statement on my letterhead attached hereto, has been reviewed and signed by me. I certify that the medical necessity information in Section B is true, accurate and complete, to the best of my knowledge, and I understand that any falsification, omission, or concealment of material fact in that section may subject me to civil or criminal liability.

PHYSICIAN'S SIGNATURE _[signature]_       DATE 9 /13 /02       (SIGNATURE AND DATE STAMPS ARE NOT ACCEPTABLE)

FORM HCFA 844 (5/97)

RECEIVED SEP 1 2 2002

500688.061.0035