# CHRISTOPHER WAYNE LESTER

# 10 OF 14

**SECTION A:** (May be completed by the supplier)

**CERTIFICATION TYPE/DATE:** If this is an initial certification for this patient, indicate this by placing date (MM/DD/YY) needed initially in the space marked "INITIAL." If this is a revised certification (to be completed when the physician changes the order, based on the patient's changing clinical needs), indicate the initial date needed in the space marked "INITIAL." and also indicate the recertification date in the space marked "REVISED." If this is a recertification, indicate the initial date needed in the space marked "INITIAL," and also indicate the recertification date in the space marked "RECERTIFICATION." Whether submitting a REVISED or a RECERTIFIED CMN, be sure to always furnish the INITIAL date as well as the REVISED or RECERTIFICATION date.

**PATIENT INFORMATION:** Indicate the patient's name, permanent legal address, telephone number and his/her health insurance claim number (HICN) as it appears on his/her Medicare card and on the claim form.

**SUPPLIER INFORMATION:** Indicate the name of your company (supplier name), address and telephone number along with the Medicare Supplier Number assigned to you by the National Supplier Clearinghouse (NSC).

**PLACE OF SERVICE:** Indicate the place in which the item is being used, i.e., patient's home is 12, skilled nursing facility (SNF) is 31, End Stage Renal Disease (ESRD) facility is 65, etc. Refer to the DMERC supplier manual for a complete list.

**FACILITY NAME:** If the place of service is a facility, indicate the name and complete address of the facility.

**HCPCS CODES:** List all HCPCS procedure codes for items ordered that require a CMN. Procedure codes that do not require certification should not be listed on the CMN.

**PATIENT DOB, HEIGHT, WEIGHT AND SEX:** Indicate patient's date of birth (MM/DD/YY) and sex (male or female); height in inches and weight in pounds, if requested.

**PHYSICIAN NAME, ADDRESS:** Indicate the physician's name and complete mailing address.

**UPIN:** Accurately indicate the ordering physician's Unique Physician Identification Number (UPIN).

**PHYSICIAN'S TELEPHONE NO:** Indicate the telephone number where the physician can be contacted (preferably where records would be accessible pertaining to this patient) if more information is needed.

**SECTION B:** (May not be completed by the supplier. While this section may be completed by a non-physician clinician, or a physician employee, it must be reviewed, and the CMN signed (in Section D) by the ordering physician.)

**EST. LENGTH OF NEED:** List the estimated length of need (the length of time the physician expects the patient to require use of the ordered item) by filling in the appropriate number of months. If the physician expects that the patient will require the item for the duration of his/her life, then enter 99.

**DIAGNOSIS CODES:** In the first space, list the ICD9 code that represents the primary reason for ordering this item. List any additional ICD9 codes that would further describe the medical need for the item (up to 3 codes).

**QUESTION SECTION:** This section is used to gather clinical information to determine medical necessity. Answer each question which applies to the items ordered, circling "Y" for yes, "N" for no, "D" for does not apply, a number if this is offered as an answer option, or fill in the blank if other information is requested.

**NAME OF PERSON ANSWERING SECTION B QUESTIONS:** If a clinical professional other than the ordering physician (e.g., home health nurse, physical therapist, dietician) or a physician employee answers the questions of Section B, he/she must print his/her name, give his/her professional title and the name of his/her employer where indicated. If the physician is answering the questions, this space may be left blank.

**SECTION C:** (To be completed by the supplier)

**NARRATIVE DESCRIPTION OF EQUIPMENT & COST:** Supplier gives (1) a narrative description of the item(s) ordered, as well as all options, accessories, supplies and drugs; (2) the supplier's charge for each item, option, accessory, supply and drug; and (3) the Medicare fee schedule allowance for each item/option/accessory/supply/drug, if applicable.

**SECTION D:** (To be completed by the physician)

**PHYSICIAN ATTESTATION:** The physician's signature certifies (1) the CMN which he/she is reviewing includes Sections A, B, C and D; (2) the answers in Section B are correct; and (3) the self-identifying information in Section A is correct.

**PHYSICIAN SIGNATURE AND DATE:** After completion and/or review by the physician of Sections A, B and C, the physician must sign and date the CMN in Section D, verifying the Attestation appearing in this Section. The physician's signature also certifies the items ordered are medically necessary for this patient. Signature and date stamps are not acceptable.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0679. The time required to complete this information collection is estimated to average 16 minutes per response, including the time to review instructions, search existing resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate or suggestions for improving this form, please write to: HCFA, P.O. Box 26684, Baltimore, Maryland 21207 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

500688.061.0036

Today's Date : 12/13/2002

Patient Account Number :

Patient Name : CHRISTOPHER W LESTER

Patient HICN :████3340A                    Patient DOB :████/1971

PO BOX 1113
DANVILLE  WV  25053                        Patient Phone : (304) 369-6657

Diagnosis Codes:  1) 724.2   2) 780.39  3)          4)

Supplier's Medicare #: 0956640001

Ordering Provider Info : E13868   JOHN SNYDER

| From DOS | To DOS | POS | Units | HCPCS | Mods | DX | Charge | CMN |
|----------|--------|-----|-------|-------|------|----|--------|----|
| 09/04/02 | 09/04/02 | 12 | 1.0 | K0006 | RRKH | 1 | 110.00 | Y |
| 10/04/02 | 10/04/02 | 12 | 1.0 | K0006 | RRKI | 1 | 110.00 |   |
| Totals   |          |    |     |       |      |   | 220.00 |   |

500688.061.0037

Today's Date : 12/13/2002

Patient Account Number :

Patient Name : CHRISTOPHER W LESTER

Patient HICN : ███3340A                    Patient DOB : ████/1971

PO BOX 1113
DANVILLE  WV  25053                         Patient Phone : (304) 369-6657

Diagnosis Codes:  1) 724.2   2) 780.39  3)          4)

Supplier's Medicare #: 0956640001

Ordering Provider Info : D49415    EBENEZER OBENZA

| From DOS  | To DOS   | POS | Units | HCPCS | Mods | DX | Charge | CHN |
|-----------|----------|-----|-------|-------|------|----|--------|-----|
| 08/09/02  | 08/09/02 | 12  | 1.0   | E0148 | NU   | 1  | 150.00 |     |
| Totals :  |          |     |       |       |      |    | 150.00 |     |

500688.061.0038

Today's Date : 12/20/2002

Patient Account Number :

Patient Name : CHRISTOPHER W LESTER

Patient HICN :████3340A                    Patient DOB : ████/1971

PO BOX 1113
DANVILLE  WV  25053                         Patient Phone : (304) 369-6657

Diagnosis Codes:  1) 724.2   2) 780.39  3)          4)

Supplier's Medicare #: 0956640001

Ordering Provider Info : E13868    JOHN SNYDER

| From DOS | To DOS | POS | Units | HCPCS | Mods | DX | Charge | CMN |
|----------|--------|-----|-------|-------|------|----|--------|----|
| 09/04/02 | 09/04/02 | 12 | 1.0 | K0006 | RRKH | 1 | 110.00 | Y |
| 10/04/02 | 10/04/02 | 12 | 1.0 | K0006 | RRKI | 1 | 110.00 | |
| Totals : | | | | | | | 220.00 | |

500688.061.0039

**Boone Home Care Supplies**
**327 State Street**
**Madison, WV 25130**
**(304)369-7964 Fax (304)369-7005**
**Kathleen Ellis Owner/Manager**

**NAME:** CHRISTOPHER LESTER          **DATE:** 11-11-02

**ADDRESS:** PO BOX 1113

DANVILLE, WV 25053

PATIENT'S RESPONSIBILITY

| BILLING DATE | ITEMS | QUANTITY | INSURANCE PAYMENT | CO-INSURANCE | DEDUCTIBLE | BALANCE DUE |
|---|---|---|---|---|---|---|
| 08-09-02 | HEAVY DUTY WALKER | 1 | 150.00 | 21.29 | 21.29 | 21.29 |

THIS AMOUNT WAS APPLIED TO YOUR DEDUCTIBLE.                TOTAL$21.29

500688.061.0040



500688.061.0041

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

☐ PICA

# HEALTH INSURANCE CLAIM FORM

PICA ☐☐☐

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| ☐ (Medicare #) | ☐ (Medicaid #) | ☐ (Sponsor's SSN) | ☐ (VA File #) | ☐ (SSN or ID) | ☐ (SSN) | ☒ (ID) | ■9969 |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
LESTER CHRISTOPHER

**3. PATIENT'S BIRTH DATE**
MM ■ DD ■ YY 1971    SEX M ☐ F ☒

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
LESTER APRIL

**5. PATIENT'S ADDRESS (No., Street)**
PO BOX 1113

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐ Spouse ☒ Child ☐ Other ☐

**7. INSURED'S ADDRESS (No., Street)**
SAME

**CITY** DANVILLE    **STATE** WV

**8. PATIENT STATUS**
Single ☐ Married ☐ Other ☐
Employed ☐ Full-Time Student ☐ Part-Time Student ☐

**CITY**    **STATE**

**ZIP CODE** 25053    **TELEPHONE (Include Area Code)** ( 304 ) 369-6657

**ZIP CODE**    **TELEPHONE (INCLUDE AREA CODE)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
7770

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)**
☐ YES ☒ NO

**a. INSURED'S DATE OF BIRTH**
MM ■ DD ■ YY    SEX M ☐ F ☐

**b. OTHER INSURED'S DATE OF BIRTH**
MM ■ DD ■ YY    SEX M ☐ F ☐

**b. AUTO ACCIDENT?**
☐ YES ☒ NO    PLACE (State) ☐☐

**b. EMPLOYER'S NAME OR SCHOOL NAME**
WVAPEIA

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
☐ YES ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
ACORDIA NATIONAL

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☐ YES ☐ NO    If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE    DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SOF

**14. DATE OF CURRENT:**
MM ■ DD ■ YY ◀ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM ■ DD ■ YY**

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
MM ■ DD ■ YY    MM ■ DD ■ YY
FROM    TO

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**
EBENEZER OBENZA

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
MM ■ DD ■ YY    MM ■ DD ■ YY
FROM    TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** ☐ YES ☐ NO    $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)**
1. 724.2
2. 780.39
3. ⌐___.___
4. ⌐___.___

**22. MEDICAID RESUBMISSION**
CODE    ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS \| MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 08 | 09 | 02 | 08 | 09 | 02 | 12 | | E0148 \| NU | 1,2 | 150 \| 00 | 1 | | | | |

**25. FEDERAL TAX I.D. NUMBER**    SSN ☐ EIN ☒
55-073-9015-001

**26. PATIENT'S ACCOUNT NO.**
313695

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
☒ YES ☐ NO

**28. TOTAL CHARGE** $ 150.00

**29. AMOUNT PAID** $

**30. BALANCE DUE** $ 150.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS**
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED *Kathleen S. Gillie*    DATE 10/02/02

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)**

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #** ( 304 )369-7964
BOONE HOMECARE SUPPLIES
327 STATE STREET MADISON WV 25130
PIN# 55-0739015,001    GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**

FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

500688.061.0042

313695

**BOONE HOMECARE SUPPLIES**
327 STATE STREET
MADISON, WV  25130
PHONE (304) 369-7964

DATE 8-9-02

NAME Christopher Lester

ADDRESS _____ 3340

CITY, STATE, ZIP _____

DOB _____ -1971  DOI 03102000

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | Heavy Duty | | | |
| 4 | Walker | | | |
| 5 | #1004070-8 | | | |
| 6 | E0148 | | | |
| 7 | | | | |
| 8 | 7842 | | | |
| 9 | | | | |
| 10 | 78039 | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | Ebenezer Obenge | | | |
| 14 | | | | |
| 15 | 2000046841 | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |

RECEIVED BY _____

TAX

TOTAL

35806

500688.061.0043

X                           ████████3340

LESTER    CHRISTOP                    X

                                      ████████3340

                              P

                          X

                          X        West Virginia Workers Comp.

                                      X

00000000

EBENEZER OBENZA                              00/00/00        00/00/00

    7242                     78039

                                      2000046841

    08/09/02        12    E0148 NU           150.00 01

                    313695              150.00    0.00    150.00

    Signature On File
         09/13/02                            5507390150

500688.061.0044

ATLANTA CARE CENTER
3567 PKWY LN
STE 200
NORCROSS, GA 30092
(888)440-7342



OCTOBER 14, 2002

BOONE HOMECARE SUPPLIES
327 STATE ST
MADISON, WV 25053
|..|.|.|.|.||..|.|..||.||..||..||..||..|.|.|

Patient:      CHRISTOPHER LESTER
Payor:        ACORDIA NATIONAL
Plan Participant: APRIL LESTER
Participant ss▇▇▇▇▇-9969
Policy #:
Employer:     WV PEIA
Case Reference #: 19605411

This letter is to confirm our phone conversation regarding the above
named patient.

SERVICE      HEAVY DUTY WHEELCHAIR
REQUESTED COST   89.30
APPROVED COST    89.30
UNITS        10 Monthly
REQUEST DATE FROM 09/04/2002 TO 07/04/2003

The above services have been recommended to the employee's claims
payor for reimbursement under the provisions of his/her benefit plan.
Charges incurred will be payable in accordance with the plan provisions,
provided the patient is covered under the plan at the time. If a change in
service is necessary, it is the physician's and/or provider's responsibility to
contact me at (888)440-7342.

This letter does not confirm eligibility, benefits or contract limitations.
You are responsible for confirming eligibility and benefit coverage for the
above services with the health claim payor.

For service reimbursement, attach a copy of this letter with each invoice.

Sincerely,
PEGGY DICKERSON
Case Manager

c:
ACORDIA NATIONAL

500688.061.0045

# CALLING INSURANCE COMPANIES...

DATE: _9-10-02_

TIME: _9:25 am_                    *I have to call case management*

TALKED TO: _Roberta_

PATIENT: _Christopher Closter_  ID#: ▓▓▓▓▓▓▓.340

20 000 46841

**PROBLEM:**

_Called to see if workers' comp will pay for wheelchair_

Donna ~~Curre~~ Curry
800-231-4880

**RESPONSE:**

_Back & neck injury_

_If it is a compensable injury then the wheelchair would be covered!_

_Seizure disorder - no it won't be covered_

March 10-2000 - Neck & chest
Aug 10, 94 - Back injury

500688.061.0046

Certificate of Medical Necessity

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs
Division of Coal Mine Workers' Compensation



OMB No.: 1215-0113
Expires: 10-31-99

Completion of this form and prior approval is required for the Department of Labor to authorize reimbursement of charges for equipment, scheduled pulmonary rehabilitation services and home nursing care. Authorization covers a maximum period of one (1) year. Fill in all applicable items. (See DOL Reimbursement Standards under item eleven (11)). This form must be signed and dated by the treating physician.

| 1. & 2. Patient's Name and Mailing Address | 3. Telephone Number | 4. Social Security Number |
|---|---|---|
| CHRISTPHER LESTER<br>PO. BOX 1113<br>DANVILLE, WV 25053 | ( 304 ) 369-6657 | ███-3340<br>5. Date of Birth<br>███1971 |

| 6a. Date(s) of last hospitalization | 6b. Condition(s) treated while in hospital |
|---|---|
| From:<br>To: | |

| 7. DIAGNOSIS _____ for which this prescription is written:<br>Chen have new<br>history of cva | 8a. Type of Prescription<br>[X] Original (New)<br>[ ] Recertification (Renewal) | 8b. Requested Duration of Prescription for DME, Home Nursing or Pulmonary Rehabilitation<br>Beginning Date: 08/30/02     Ending Date: 08/29/03 |

**9. EQUIPMENT OR SERVICE PRESCRIBED (SEE NO. 11, REVERSE, FOR CORRESPONDING REIMBURSEMENT STANDARDS)**

9a. Oxygen Delivery Equipment (11b.)     Prescription: Flow Rate (L/M) _____     Est. Hrs./Day _____

[ ] Tank O$_2$ With Flowmeter and Humidifier     [ ] O$_2$ Concentrator     [ ] O$_2$ Liquid System
[ ] Portable Unit (Gaseous)          [ ] O$_2$ Liquid System With Portable Liquid

9b. Other DME
[ ] Manual Hospital Bed (11c.)     [ ] Commode (11f.)
[ ] Semi-electric Hospital Bed (11c.)     [X] Wheelchair (11g.)
[ ] Nebulizer with Motor (11a.)     [ ] Other (Explain in item no. 12.)

9c. Prescription for Medical Services
[ ] Pulmonary Rehabilitation Services (See 11e.)
    Level: _____
[ ] Home Nursing Care (See 11d.)

**10. Objective Test Results - Original or Certified copies of all lab reports must be attached, including tracing for each PFT. The following data (10A through 10D for a PFT; 10E through 10I for an ABG) MUST BE reported below OR on the attached lab report. (Note: Patient's condition is considered ACUTE if test was taken during a hospitalization.)**

A. Pulmonary Function Test

Date of test: MM DD YY

Pt's condition:
[ ] Acute
[ ] Chronic

| Results:<br>(Best Effort) | Predicted | Bronchodilation | |
|---|---|---|---|
| | | Before | After |
| FEV$_1$ L/BTPS | | | |
| FVC L/BTPS | | | |

B. Check as appropriate (if "poor", explain in No. 12 "Additional Comments")
Miner's Cooperation: [ ] Good  [ ] Fair  [ ] Poor
Miner's ability to understand instructions and follow directions: [ ] Good  [ ] Fair  [ ] Poor

C. Was equipment calibrated before the test? [ ] Yes  [ ] No

D. Testing Facility Name and Address:

E. Arterial Blood Gas Test

Date of test: MM DD YY

Pt's condition:
[ ] Acute
[ ] Chronic

| Results: | PO$_2$ | PCO$_2$ | PH |
|---|---|---|---|
| | | | |

F. Air Intake: [ ] On room air  [ ] On O$_2$ @ ____ LPM

G. Time Sample Drawn ____  Iced [ ] Yes [ ] No     Time Sample Analyzed ____

H. Was equipment calibrated before the test? [ ] Yes  [ ] No

I. Testing Facility Name and Address

Form CM-893
Rev. Dec. 1990

500688.061.0047

## 11. DOL/DCMWC REIMBURSEMENT STANDARDS

**11a.** For nebulizer equipment with compressor motor: requires Pulmonary Funciton Test results that indicate a 50% reduction with a demonstrated 10% or greater increase after bronchodilation; or $FEV_1$ of 1.0L or less (See 11h).

**11b.** For Home $O_2$ delivery equipment: requires a $pO_2$ value of 60 mmHg or less on room air during a chronic state with corresponding $pCO_2$ and pH values. The $pO_2$ value should be 55 mmHg or less when an $O_2$ concentrator or liquid $O_2$ system is prescribed. If the ABG is done while the patient is on $O_2$, the $pO_2$ standard = 80 mmHg for all oxygen equipment. (See 11h.). All medical evidence to support your request will be considered.

**11c.** Hospital bed: must be justified by PF test results indicating an $FEV_1$ equal to or less than 40% of predicted, or chronic hypoxia ($pO_2$ of 55 mmHg or less).

**11d.** Prescriptions for home care: must include objective test results or comparable clinical data, explanation why the patient is homebound, and a specific schedule of services to be rendered, including the total number and frequency of prescribed visits. Indicate the type of medical professional (PA, RN, LPN, RT) providing care. Use number 12, below, and/or attach separate sheet.

**11e.** Prescription for pulmonary rehabilitation services: must include objective test results that justify extent (i.e., level) of rehabilitation prescribed. All services for pulmonary rehabilitation must be categorized by Impairment Level (AMA - Guides to the Evaluation of Permanent Impairment, 2nd Ed. 1984). Also, all pulmonary rehabilitation protocols must be prior-approved. Use number 12, below, and/or attach separate sheet.

**11f.** Commodes: will be purchased for patients unable to use an available bathroom facility due to a pulmonary impairment. Objective test requirements: for ABG, $pO_2$ of 55 mmHg or less; for PFS, $FEV_1$ of 40% or less of predicted.

**11g.** Wheel chairs: are not a commonly covered item. Requests must include medical support data and will be evaluated individually. Data must support the wheelchair need because of a severe pulmonary impairment.

**11h.** ALL CMN supportive test results: must be dated 2 months or less prior to prescription for services. Recertification services must be reviewed yearly or at the expiration date.

**NOTE:** Prescription for indefinite services or those without required objective test data will be returned for specific information. If your request is rejected because your patient's medical condition does not meet DOL reimbursement requirement standards you may submit other medical evidence to support your prescription request. All evidence will be considered.

**12. Comments:**

K0006:  HEAVY DUTY WHEELCHAIR

---

**13. PHYSICIAN/PROVIDER INFORMATION**

| a. Physician's Name, Address and Phone Number (print or type) | b. Are you the patient's regular physician or are you actively treating this patient?  Yes ☑  No ☐ |
|---|---|
| JOHN M. SNYDER<br>705 MADISON AVENUE<br>MADISON, WV  25130<br>(304)369-5170 | If NO, explain why you are prescribing the equipment or services on this form. |

| c. Date of Visit (the date you examined the patient and determined the need for this prescription):  8 30 8  MM DD YY | d. Date that the prescribed treatment or service is authorized to begin:  8 04 02  MM DD YY |
|---|---|

e. By my signature I certify that I am actively treating this patient (or have provided an explanation, 13b., above) and that the prescribed equipment and/or services on this form are medically necessary for treating this patient's condition. I am also aware that, pursuant to 30 U.S.C. 941, any person who willfully makes any false or misleading statement or representation for the purpose of obtaining any benefit or payment relating to this prescription shall be guilty of a misdemeanor and subject to a fine and/or imprisonment.

| Physician's Original Signature (Do not use stamp) | Date 9/13/0 |
|---|---|

| Please forward this completed form to the DOL/DCMWC Office which maintains the patient's Black Lung Claim. For further information call TOLL FREE: 1-800-638-7072. (In MD.: 1-800-492-6737) | f. Servicing Provider's Name, Address, Phone No., and PROVIDER NO.: BOONE HOMECARE SUPPLIES  PROVIDER# 327 STATE STREET   55-0739015-001 MADISON, WV.  25130  (304)369-7964 |
|---|---|

**Public Burden Statement**

We estimate that it will take an average of 20-40 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of IRM Policy, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0113), Washington, D.C. 20503. **DO NOT SEND THE COMPLETED FORM TO EITHER OF THESE OFFICES**

500688.061.0048

Telephone: (304) 369-5170                                          DEA #AS 3212329

JOHN M. SNYDER, D.O.

705 Madison Avenue                                                Madison, WV 25130

Name _Crystal Lester_                                     Date _8 –20 –2_

Address _____

℞

Wheelchair. wt 300, 5'8
Extra wide

_____ D.O.

This prescription may be filled with a generically equivalent drug
product unless the words "Brand Necessary" or "Brand Medically
Necessary" are written, in the practitioner's own handwriting, on
this prescription form.

☑ Label

Refill - 0 - 1 - 2 - 3 - 4 - PRN

500688.061.0049

# CALLING INSURANCE COMPANIES...

**DATE:** 10-8-02

**TIME:** @ 10:07am

**TALKED TO:** Velinda

**PATIENT:** Christopher Lester **ID#:** ██████ 9969

**PROBLEM:**
I called to see if wheelchair needed
to be precerted.

**RESPONSE:**
7-1-99 eff
225 did
1,000 out of ded.

80% they are covered

It will need to be precerted if it is
longer than 3 mth rental or 1,000 or
more purchase price

500688.061.0050

43 8.10 - Speech & language deficits
unspecified

724.2 - Lumbago

780.39 - Seizure Disorder

Talked to    10-8-02   10:10 am
Maggie

Called to get w/chair pre-certed

Case #: 196054ll

500688.061.0051



10:20 am
Talked to Sue

No limit on supplies
Must have MSF signed
by physician.

ID #: ███████ 9969
Group #: 7770

Acordia Rational

Medical claims: 888-440-7342



500688.061.0052



MEDICARE ⚕ HEALTH INSURANCE

1-800-MEDICARE (1-800-633-4227)

NAME OF BENEFICIARY
**CHRISTOPHE W LESTER**
MEDICARE CLAIM NUMBER          SEX
▇▇▇▇3340-A                     **MALE**
IS ENTITLED TO                 EFFECTIVE DATE
**HOSPITAL  (PART A)      09-01-2002**
**MEDICAL   (PART B)      09-01-2002**

SIGN
HERE ➤ *Christopher W. Lester*

*Medicare is secondary*

work: 369-9246
Wt. 300 lbs
ht: 5'8

500688.061.0053

**Boone Home Care Supplies**
**327 State Street**
**Madison, WV 25130**
**(304)369-7964 Fax (304)369-7005**

Physician's Order

Date: __08-15-02__

Customer Name: __CHRISTOPHER LESTER__         HINC: ___-3340

Customer Address: __PO BOX 1113__             DOB: ____1971

             __DANVILLE, WV 25053__

THE FOLLOWING DURABLE MEDICAL EQUIPMENT HAS BEEN PRESCRIBED BY ME, FOR THE ABOVE PATIENT:

1. __GRAB BAR__                     HCPC: __E0241__

2. __HEAVY DUTY SHOWER BENCH__      HCPC: __E0245__

3. __HEAVY DUTY WALKER__            HCPC: __E0148__

4. _____          HCPC: _____

Length of time needed (lifetime=99): _____    Months: __12__

Diagnosis: __OLD BACK INJURY WITH CHRONIC PAIN, SEIZURE DISORDER__

Is the patient bed or room confined (yes or no): __YES__

Physician signature: ___(signature)___    Date: __9/6/02__

Physician Name And Address:

__EBENEZER OBENZA__
__333 LAIDLEY STREET__
__CHARLESTON, WV 25301__

PHONE: __(304)347-6640__          UPIN: __D49415__

HCFA MANDATES THE COMPLETION OF A CERTIFICATE OF MEDICAL NECESSITY AS WELL AS THE ORDER FORM ON SOME DME ITEMS.

500688.061.0054

BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

313719

DATE 8-23-02

NAME Christopher Lester

ADDRESS 3340

CITY, STATE 1971    031020 00

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | 6 | Tens Lotion | 45 | 00 |
| 4 | | | |
| 5 | | | |
| 6 | 2 | Biofreeze | 20 | 00 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | A4595 VU 2- | 45 | 00 |
| 11 | | | |
| 12 | | John M Snyder | |
| 13 | | | Billed |
| 14 | | 7242 | |
| 15 | | | |
| 16 | | 2000046841 | 8-23-02 |
| 17 | | | |
| 18 | | | |

RECEIVED BY

TAX

TOTAL

adams
35805

500688.061.0055

X                            ▬▬▬3340

LESTER    CHRISTOP            X

                             ▬▬▬3340

                    P

                         X
                         X        West Virginia Workers Comp.
                                  X

00000000
JOHN M SNYDER                      00/00/00        00/00/00

   7242

                                  2000046841

08/23/02        12    A4595 NU        65.00 02

                                  *Rebill w/ date of injury 31-00*

                    *Rebilled 11-02*

         313719                      65.00    0.00    65.00

Signature On File
   08/23/02                          5507390150
0

                                  500688.061.0056

**BOONE HOMECARE SUPPLIES**
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

**629678**

DATE: 9-24-02

NAME: Christopher Lester

ADDRESS: 3340    D.O.I. 03/10/2000

CITY, STATE, ZIP: D.O.B. 1971

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |
|-----------|---------|------|--------|--------|----------|-------------|----------|
|           |         |      |        |        |          |             | 2430     |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1  | 30 Freedom Condom |  |  |
| 2  | Caths # 8200 Sm M |  |  |
| 3  | A4358 Nu 30 | | 55 00 |
| 4  | 2 Leg Bags # 15010 2 | | |
| 5  | A4358 nu | | |
| 6  | 2 Nite time Drain Bags | | |
| 7  | #5900 2 | | 14 00 |
| 8  |  | | |
| 9  | 1 Extension tubing #9100 3 | | |
| 10 | A4337 nu 2 | | 20 00 |
| 11 |  | | |
| 12 | - Frederick C. Martinez | | |
| 13 |  | | |
| 14 | -5910.54 | | |
| 15 |  | | |
| 16 | 20000410841 | | |
| 17 |  | | |
| 18 |  | | |

RECEIVED BY: April Lester

TAX

TOTAL

adams
25805

500688.061.0057

```
                                    X                        3340

  LESTER.      CHRISTOP                         X


                                                 \
                                                      53340

                                         P


                                      X
                                      X         West Virginia Workers Comp.
                                              X



  00000000
  FREDERICK C. MARTINE                           00/00/00      00/00/00


     59654 .

                                              2000046841


   09/24/02          12     A4358 NU                 55.00 30
   09/24/02          12     A4358 NU                 14.00 02
   09/24/02          12     A4357 NU                 20.00 02
   09/24/02  .                                        0.00 00




                         629678                   89.00    0.00    89.00


  Signature On File
```

500688.061.0058

BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

629764

DATE 9-24-02

NAME *Christopher Lester*

ADDRESS 3346,  D.O.I. 03/10/00

CITY, STATE, ZIP  D.O.B. 1971

ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT
12935

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Disposable Electrodes @1.00 | | 2.00 |
| 1 | Biofreeze | | 12.00 |
| 2 | Tens Unit Lotion @7.50 | | 15.00 |
| 2 | Electrodes #2404 @12.00 | | 24.00 |
| 1 | Electrode #6225 | | 18.00 |
| 1 | Electrode #640 | | 12.00 |
| | A4595  IUI 2 | | |
| | | | |
| | John M Snyder | | |
| | M24.2 | | |
| | | | |
| | | | |
| | 20000406841 | | 75.00 |

RECEIVED BY *April Lester*

TAX
TOTAL

25805

500688.061.0059

X                                    ▬▬3340

LESTER      CHRISTOP                      X

                                          ▬▬3340

                              P

                                    X

                                    X        West Virginia Workers Comp.

                                          X

00000000

JOHN M. SNYDER                              00/00/00      00/00/00

    7242

                                          2000046841

09/24/02            12    A4595 NU              75.00 02

                    629764                  75.00    0.00    75.00

    Signature On File
        09/27/02                                5507390150

500688.061.0060

BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

327401

DATE 8-9-02

NAME Christopher Lester

ADDRESS 3340

CITY, STATE, ZIP

DOB 1971 DOI 03102000

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|-----------|---------|------|--------|--------|----------|-------------|----------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | #1574 DNI 24" | | |
| 5 | Grab Bar | | |
| 6 | | | |
| 7 | E0241 NU 1-30.00 | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | 7242 | | |
| 12 | 780.39 | | |
| 13 | | | |
| 14 | | | |
| 15 | Ebenezer Otienya | | |
| 16 | | | |
| 17 | 20000 46841 | | |
| 18 | | | |

RECEIVED BY April Lester

TAX

TOTAL

Adams
25805

500688.061.0061

X                           ████3340

LESTER     CHRISTOP                    X

████3340

P

X

X          West Virginia Workers Comp.

X

00000000

EBENEZER OBENZA                        00/00/00        00/00/00

7242                     78039

2000046841

08/09/02        12     E0241 NU              30.00 01

327401                          30.00    0.00    30.00

Signature On File
09/13/02                                          5507390150

500688.061.0062

313718

**BOONE HOMECARE SUPPLIES**
**327 STATE STREET**
**MADISON, WV  25130**
PHONE (304) 369-7964

DATE 8-9-02

NAME Christopher Lester

ADDRESS ████████ 3340

CITY, STATE, ZIP ████████

DOB ████ 1971  DOI 03102000

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | 1  Heavy Duty Shower | | |
| 4 | Bench | | |
| 5 | | | |
| 6 | PART DU 1-150.00 | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | 9242 | | |
| 11 | | | |
| 12 | 780.39   Obenza | | |
| 13 | | | |
| 14 | | | |
| 15 | Ebenezer Obenza | | |
| 16 | | | |
| 17 | 2000046841 | | |
| 18 | | | |

RECEIVED BY April Lester

TAX

TOTAL

35805

500688.061.0063

X                          ████3340

LESTER    CHRISTOP                    X

                                   ████

                          P

                                   X

                                   X        West Virginia Workers Comp.

                                            X

00000000

EBENEZER OBENZA                      00/00/00        00/00/00

7242                  78039

                                     2000046841

08/09/02        12    E0245 NU       150.00 01

                                     (

          313718                     150.00    0.00    150.00

      Signature On File                        5507390150
         09/13/02
  0

500688.061.0064

313692

**BOONE HOMECARE SUPPLIES**
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | | | | | | 8-9-02 | |

NAME: *Christopher Gladen*

ADDRESS: ▓▓▓▓ 3340

CITY, STATE, ZIP: ▓▓▓▓ 1971  03102000

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 131 *Freedom Condom Caths* | | |
| 2 | #8200 | | |
| 3 | A4358 1-13.00 | | |
| 4 | | | |
| 5 | 2 *Leg Bags* #150102 | | |
| 6 | A4358 2-11.00 | | |
| 7 | | | |
| 8 | 2 *Nite time drain bags* | | |
| 9 | #5900  A4357 2-2000 | | |
| 10 | | | |
| 11 | 5905-1 | | |
| 12 | | | |
| 13 | *Frederick C* | | |
| 14 | *Martinez* | | |
| 15 | *Doug Browning* | | |
| 16 | 2000046841 | | |
| 17 | | | |
| 18 | | | |

RECEIVED BY: *Billed 8-16-02*

TAX

TOTAL

35805

500688.061.0065

313699

**BOONE HOMECARE SUPPLIES**
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

DATE 8-9-02

NAME *Christopher Lester*

ADDRESS

CITY, STATE, ZIP

| ORDER NO. | | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|---|---|

| QUAN. | | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | 1 | #9803 Hollister | | | |
| 4 | | Ext. Tubing | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| RECEIVED BY | | | | TAX | |
| *April Lester* | | | | TOTAL | |

35805

500688.061.0066

X                          ███████3340

LESTER    CHRISTOP                  X

                                    :.

                                           ███████3340

                              P

                                    X

                                    X        West Virginia Workers Comp.

                                              .X

00000000

FREDERICK C MARTINEZ                          00/00/00      00/00/00

   59654

                                          2000046841

   08/09/02        12    A4358 NU            55.00 31
   08/09/02        12    A4358 NU            14.00 02
   08/09/02        12    A4357 NU            20.00 02

                 313692                 89.00 --- 0.00 --- 89.00

   Signature On File
        08/16/02                              5507390150

                                                      500688.061.0067

E TANK

Ebenezer Obenza
333 Laidley Street
Charleston WU 25301
D49415
347-6640

500688.061.0068

*Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.*

| Date | Time | Complete top portion with each Level of Care change. Indicate order with a Check Mark. |
|------|------|------|
|  |  | ☐ Outpatient Procedure: _____ (procedure) for _____ (medical reason). |
|  |  | ☐ Place in Outpatient Observation Services for _____ (medical reason). |
|  |  | ☐ Admit as inpatient for _____ (medical reason). |

Physician Signature: _____

| Date | Time | Additional Orders: (Dates/Times required) |
|------|------|------|

*8/9/02*
*9:55 PM*

Refer to Social Worker in AM
for possible need for Home
Equipment & for home safety —
(i.e. shower chair, walker,)
bath tub handle ... etc ...
and Home Health follow up
for continuing Physical therapy
for home safety and musc study)
for possible recurrence of
a syncope

Physical therapy for home
equipment recommendations
for patients safety

8/9/02  0050  Chart Check  *[signature]* D.O.

Allergies & Sensitivities    ☐ NKA

| Weight | Height | Diagnosis |
|--------|--------|-----------|

**Physician's Orders**
T4001  Rev 4/00  (RC# 0914040)              CHART      (2     DO NOT WRITE ORDERS UNLESS MED # APPEARS

500688.061.0069



Christopher Lester
Lee St. Francis workers Comp.

Shower Chair
walker
tub handles ect.

Bedside
Wheelchair          h-bed

500688.061.0070