# CHRISTOPHER WAYNE LESTER

# 11 OF 14

Certificate of Medical Necessity

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs
Division of Coal Mine Workers' Compensation



ompletion of this form and prior approval is required for the Department of Labor to authorize reimbursement of charges
r equipment, scheduled pulmonary rehabilitation services and home nursing care. Authorization covers a maximum
eriod of one (1) year. Fill in all applicable items. (See DOL Reimbursement Standards under item eleven (11)). This
rm must be signed and dated by the treating physician.

| | | OMB No.: 1215-0119 Expires: 10-31-99 |

**1. & 2. Patient's Name and Mailing Address**

CHRISTOPHER LESTER
O BOX 1113
ANVILLE, WV 25053

**3. Telephone Number**
(304 ) 347 - 6640

**4. Social Security Number**
▓▓▓-3340

**5. Date of Birth**
▓▓▓1971

**6a. Date(s) of last hospitalization**
From: 8|11 02
To: 8|9 02

**6b. Condition(s) treated while in hospital**
ACUTE SUDDEN SYNCOPE WITH RIGHT HEMIPARESIS
& SEVERE DISFACILITATING LOW BACK PAIN

**7. DIAGNOSIS** for which this prescription is written:
» SEIZURE DISORDER
» CHRONIC BACK PAIN WITH FREQUENT FALLS

**8a. Type of Prescription**
[X] Original (New)
[ ] Recertification (Renewal)

**8b. Requested Duration of Prescription for DME, Home Nursing or Pulmonary Rehabilitation**
Beginning Date: 08-15-02
Ending Date: 08-14-03

**9. EQUIPMENT OR SERVICE PRESCRIBED (SEE NO. 11, REVERSE, FOR CORRESPONDING REIMBURSEMENT STANDARDS)**

**9a. Oxygen Delivery Equipment (11b.)**     Prescription: Flow Rate (L/M)     Est. Hrs./Day

[ ] Tank O₂ With Flowmeter and Humidifier     [ ] O₂ Concentrator     [ ] O₂ Liquid System

[ ] Portable Unit (Gaseous)     [ ] O₂ Liquid System With Portable Liquid

**9b. Other DME**
[ ] Manual Hospital Bed (11c.)
[ ] Semi-electric Hospital Bed (11c.)
[ ] Nebulizer with Motor (11a.)

[ ] Commode (11f.)
[ ] Wheelchair (11g.)
[X] Other (Explain in item no. 12.)

**9c. Prescription for Medical Services**
[ ] Pulmonary Rehabilitation Services (See 11e.)
Level: _____
[ ] Home Nursing Care (See 11d.)

**10. Objective Test Results** – Original or Certified copies of all lab reports must be attached, including tracing for each PFT.
The following data (10A through 10D for a PFT; 10E through 10I for an ABG) MUST BE reported, below OR on the
attached lab report. (Note: Patient's condition is considered ACUTE if test was taken during a hospitalization.)

**A. Pulmonary Function Test**

Date of test: | MM DD YY

Pt.'s condition:
[ ] Acute
[ ] Chronic

Results: (Best Effort)

| | Predicted | Bronchodilation | |
| | | Before | After |
| FEV₁ L/BTPS | | | |
| FVC L/BTPS | | | |

**B. Check as appropriate (if "poor", explain in No. 12 "Additional Comments")**
Miner's Cooperation: [ ] Good  [ ] Fair  [ ] Poor
Miner's ability to understand instructions and follow directions:
[ ] Good  [ ] Fair  [ ] Poor

**C. Was equipment calibrated before the test?** [ ] Yes  [ ] No

**D. Testing Facility Name and Address:**

**E. Arterial Blood Gas Test**

Date of test: | MM DD YY

Pt.'s condition:
[ ] Acute
[ ] Chronic

| Results: | PO₂ | PCO₂ | PH |
| | | | |

**F. Air Intake:** [ ] On room air  [ ] On O₂ @ _____ LPM

**G. Time Sample Drawn**     **Time Sample Analyzed**
Iced
[ ] Yes
[ ] No

**H. Was equipment calibrated before the test?** [ ] Yes  [ ] No

**I. Testing Facility Name and Address**

Form CM-893
Rev. Dec. 1990

500688.061.0071

## 11. DOL/DCMWC REIMBURSEMENT STANDARDS

1a.  For nebulizer equipment with compressor motor: requires Pulmonary Funciton Test results that indicate a 50% reduction with a demonstrated 10% or greater increase after bronchodilation; or $FEV_1$ of 1.0L or less (See 11h).

1b.  For Home $O_2$ delivery equipment:  requires a $pO_2$ value of 60 mmHg or less on room air during a chronic state with corresponding $pCO_2$ and pH values. The $pO_2$ value should be 55 mmHg or less when an $O_2$ concentrator or liquid $O_2$ system is prescribed.  If the ABG is done while the patient is on $O_2$, the $pO_2$ standard = 80 mmHg for all oxygen equipment.  (See 11h.)  All medical evidence to support your request will be considered.

1c.  Hospital bed:  must be justified by PF test results indicating an $FEV_1$ equal to or less than 40% of predicted, or chronic hypoxia ($pO_2$ of 55 mmHg or less).

1d.  Prescriptions for home care: must include objective test results or comparable clinical data, explanation why the patient is homebound, and a specific schedule of services to be rendered, including the total number and frequency of prescribed visits.  Indicate the type of medical professional (PA, RN, LPN, RT) providing care. Use number 12, below, and/or attach separate sheet.

1e.  Prescription for pulmonary rehabilitation  services: must include objective test results that justify extent (i.e., level) of rehabilitation prescribed.  All services for pulmonary rehabilitation must be categorized by Impairment Level (AMA - Guides to the Evaluation of Permanent Impairment, 2nd Ed. 1984).  Also, all pulmonary rehabilitation protocols must be prior-approved. Use number 12, below, and/or attach separate sheet.

1f.  Commodes:  will be purchased for patients unable to use an available bathroom facility due to a pulmonary impairment.
Objective test requirements:  for ABG, $pO_2$ of 55 mmHg or less; for PFS, $FEV_1$ of 40% or less of predicted.

1g.  Wheel chairs:  are not a commonly covered item.  Requests must include medical support data and will be evaluated individually. Data must support the wheelchair need because of a severe pulmonary impairment.

1h.  ALL CMN supportive test results:  must be dated 2 months or less prior to prescription for services.  Recertification services must be reviewed yearly or at the expiration date.

NOTE: Prescription for indefinite services or those without required objective data will be returned for specific information.  If your request is rejected because your patient's medical condition does not meet DOL reimbursement requirement standards you may submit other medical evidence to support your prescription request.  All evidence will be considered.

**2.  Comments:**

GRAB BAR - E0241  ,  HEAVY DUTY SHOWER BENCH  E0245

HEAVY DUTY WALKER - E0148

**3.  PHYSICIAN/PROVIDER  INFORMATION**

| a. Physician's Name, Address and Phone Number (print or type) | b. Are you the patient's regular physician or are you actively treating this patient?   Yes ☐  No ☑ |
|---|---|
| EBENEZER OBENZA  <br> 333 LAIDLEY STREET  <br> CHARLESTON, WV.  25301  <br><br> (304)347-6640 | If NO, explain why you are prescribing the equipment or services on this form. ATTENDING PHYSICIAN ON PATIENT'S RECENT HOSPITALIZATION. |
| c. Date of Visit (the date you examined the patient and determined the need for this prescription):  $\boxed{8}$ $\boxed{8}$ $\boxed{02}$  <br> MM  DD  YY | d. Date that the prescribed treatment or service is authorized to begin:  $\boxed{8}$ $\boxed{9}$ $\boxed{02}$  <br> MM  DD  YY |

e. By my signature I certify that I am actively treating this patient (or have provided an explanation, 13b., above) and that the prescribed equipment and/or services on this form are medically necessary for treating this patient's condition. I am also aware that, pursuant to 30 U.S.C. 941, any person who willfully makes any false or misleading statement or representation for the purpose of obtaining any benefit or payment relating to this prescription shall be guilty of a misdemeanor and subject to a fine and/or imprisonment.

| Physician's Original Signature (Do not use stamp) | Date  9/6/02 |
|---|---|

| Please forward this completed form to the DOL/DCMWC Office which maintains the patient's Black Lung Claim. For further information call TOLL FREE: 1-800-638-7072 (in MD:  1-800-492-5737) | f. Servicing Provider's Name, Address, Phone No., and PROVIDER NO.: BOONE HOMECARE SUPPLIES  PROVIDER# 327 STATE STREET  55-0739015-001 MADISON, WV.  25130 (304)369-7964 |

**Public Burden Statement**

We estimate that it will take an average of 20-40 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of IRM Policy, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0113), Washington, D.C. 20503.
DO NOT SEND THE COMPLETED FORM TO EITHER OF THESE OFFICES

500688.061.0072

T-259   P.01/01   F-586



## FACSIMILE

TO: Boone Home Health    369-7005

FROM: Saint Francis 4 West

CONTACT #: 347-6532

DATE: 8-8-02

FAX #: 347-6596

# OF PAGES: ___3___ including coversheet

COMMENTS:

Orders for Christopher Lester

**CONFIDENTIALITY NOTICE**

*This facsimile and any attachments transmitted with it may contain PRIVILEGED or CONFIDENTIAL information and may be read or used only by the intended recipient. If you are not the intended recipient of the facsimile or any of its attachments, please be advised that you have received this facsimile in error and that any use, dissemination, distribution, forwarding, printing, or copying of this facsimile or any attachments is strictly prohibited. If you have received this facsimile in error, please immediately destroy it and all attachments and contact the sender at the number listed.*

**500688.061.0073**

08-09-02  08:25   From-                                      T-267   P.01/05   F-595



### SAINT FRANCIS HOSPITAL

333 Laidley Street
PO Box 471
Charleston, WV 25322
(304) 347-6400

## QUALITY RESOURCE MANAGEMENT
Telephone (304) 347-6640   Fax (304) 347-6728

## FACSIMILE COVERSHEET

**TO:** Boone Medical Supply

**FROM:** Leigh D'Agostino, R.N.

**CONTACT #:** 330-1818

**DATE:** 8/8/02

**FAX #:** 369-7005

**# OF PAGES:** 5 including coversheet

**COMMENTS:**

••••••••••••••••••••••••••••••••••••••••••••••••••••
CONFIDENTIALITY NOTICE
••••••••••••••••••••••••••••••••••••••••••••••••••••

This facsimile and any attachments transmitted with it may contain PRIVILEGED or CONFIDENTIAL information and may be read or used only by the intended recipient. If you are not the intended recipient of the facsimile or any of its attachments, please be advised that you have received this facsimile in error and that any use, dissemination, distribution, forwarding, printing, or copying of this facsimile or any attachments is strictly prohibited. If you have received this facsimile in error, please immediately destroy it and all attachments and contact the sender at the number listed.

500688.061.0074

BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV   25130
PHONE (304) 369-7964

313696
for 7/023/02
DATE 8-9-02

NAME Christopher Lester

ADDRESS ████████ 3340

CITY, STATE, ZIP ████ 1971  03102000

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|-----------|---------|------|--------|--------|----------|-------------|----------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | | | |
| 2 | | | |
| 3  6 | Biofreeze | 60 | 00 |
| 4 | | | |
| 5 | | | |
| 6  2 | Tens lotion | 5 | 00 |
| 7 | | | |
| 8 | | | |
| 9 | A4595 NU  2 — | 75 | 00 |
| 10 | | | |
| 11 | John M Snyder | | |
| 12 | | | |
| 13 | 7242 | | |
| 14 | | | |
| 15 | 2000046841 | | |
| 16 | | | |
| 17 | Billed 8/6/02 | | |
| 18 | | | |

RECEIVED BY  April Lester

TAX
TOTAL

35805

500688.061.0075

X                                        ██████3340

LESTER    CHRISTOP                    X

                                         ██████3340

                        P

                                    X
                                    X          West Virginia Workers Comp.
                                              X

00000000                                    00/00/00        00/00/00
JOHN M SNYDER

7242
                                            2000046841

07/23/02        12    A4595 NU              75.00 02

313696                          75.00    0.00    75.00

Signature On File                                    5507390150
      08/16/02

500688.061.0076

08-09-02   08:25   From-                                              T-267  P.02/05  F-898

| Patient Name | | Unit # | Service/Location | Status | Date |
| --- | --- | --- | --- | --- | --- |
| LESTER,CHRISTOPHER W | | HC00261190 | TELEMETRY | ADM IN  08/01/02 | H02532760280 |

| Soc Sec No  DOB   Age   Sex  MS  Race  Religion | UNEMPLOYED |
| --- | --- |
| ▮▮-3340  ▮/71  30   M   M   W   NONE | |
| Address:  P O BOX 1113 | |
|           DANVILLE,WV 25053          USA        ENGLISH | Work Phone: |
| Home Ph: (304)369-6657      County: BOONE | Occupation: |

| LESTER,CHRISTOPHER W          SS#: 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 | UNEMPLOYED |
| --- | --- |
| Address:  P O BOX 1113 | |
|           DANVILLE,WV 25053          USA | |
| Home Ph: (304)369-6657      County: BOONE | Work Phone: |
| Relationship to Patient: PATIENT | Occupation: |

| LESTER,APRIL C               SS#: | BOONE COUNTY COMMISSION |
| --- | --- |
| Address: | |
| Home Ph:  304-369-6657      County: | Work Phone: |
| Relationship to Patient: | Occupation: |

| BROWNING,GINA | LESTER,APRIL C |
| --- | --- |
| Home Phone (304)369-2152   Work Phone: | Home Phone: (304)369-6657   Work Phone: |
| Relationship to Patient: SISTER | Relationship to Patient: WIFE |

| WORKERS COMPENSATION | Policy ▮▮0340 | |
| --- | --- | --- |
| PO BOX 3151 | Birthdate ▮71 | Precert |
| CHARLESTON, WV 25332 | Subscriber LESTER,CHRISTOPHER W | Ins Verif Not Requ |
| USA | Rel to Pt PATIENT | Auth #                Date |
| Phone (304)348-2580 | Eff.        to | |
| | Group 9999 WORKERS COMPENSATION | Contact |

| | Policy # | |
| --- | --- | --- |
| | Birthdate | Precert |
| | Subscriber | Ins Verif |
| | Rel to Pt   to | Auth #                Date |
| | Eff. | |
| Phone | Group | Contact |

| | Policy # | |
| --- | --- | --- |
| | Coverage # | Precert |
| | Subscriber | Ins Verif |
| | Rel to Pt   to | Auth #                Date |
| | Eff. | |
| Phone | Group | Contact |

| Code Type | Date   Time | Code Type |
| --- | --- | --- |
| 04   EMPLOYMENT RELATED | 03/10/00 000O | 02   EMPLOYMENT RELATED |

| Admission Comment | Financial Class |
| --- | --- |
| PT SAID TO BILL WC | 04 |

| Attending Physician | HCIS | Admitting Physician | HCIS | Emergency Room Physician | HCIS |
| --- | --- | --- | --- | --- | --- |
| Obenza,Ebenezer J | 5010 | Obenza,Ebenezer J | 5010 | Stewart,Edward E Jr. | 6437 |
| Primary Care Physician | HCIS | Family Physician | HCIS | Other Physician | |
| SNYDER,JOHN MARK | 9999 | (u)SNYDER,JOHN MARK | | | |

| Date    Time  Source | Rm/Bed  Arrival | Principal Admitting Diagnosis/Reason For Visit | Clerk |
| --- | --- | --- | --- |
| 08/01/02  1846  EMERGENCY ROOM | 446/1   WHE | ALTERED MENTAL STATUS, RIGHT HEMISPHERIC CVA, COMP | HADLAP |

ADMISSION FORM                     HCA Saint Francis Hospital                     08/09/02  0801

500688.061.0077

08-09-02  08:26    From-                                                T-267  P.04/06  F-696

## SAINT FRANCIS HOSPITAL

Patient Name:  LESTER, CHRISTOPHER W                MR Number:      H000261190

Attending Physician:  Obenza, Ebenezer J             Room Number:     H.446

Date of Admission:  08/01/02                         Patient Status:  ADM IN

IDENTIFICATION:     CHRISTOPHER W LESTER              5'8" 293 lbs.

CHIEF COMPLAINT/
HISTORY OF PRESENT ILLNESS:     This is a thirty year old white male who is
admitted to Saint Francis Hospital on 08/01/2002.  The patient has been
admitted with a diagnosis of altered mental status, right hemispheric
cerebrovascular accident, and complex chronic pain syndrome.  The patient
stated that last week, while he was working at home, he almost passed out.
At that time he started developing some numbness and tingling in the left
upper and lower extremity.  The patient states he was taken to Boone
Memorial Hospital where a CT scan was done.  He was then transferred to
Charleston Area Medical Center General Division.  At that time the CT scan
was normal.  The patient states that he was then discharged.  The patient
continued to have weakness and numbness on his right side.  The patient
states that into the week he got incontinent and had no control of his
bladder.  At that time the patient decided to come to Saint Francis
Hospital Emergency Department.  The patient had another CT scan done which
was abnormal.  The patient has been admitted for further evaluation.  The
patient continues to have some tingling in his right upper and lower
extremity, mainly in the lower extremity.  The patient denies any chest
pain or shortness of breath.  The patient denies any nausea or vomiting.
The patient denies being incontinent at this time.

ALLERGIES:    NO KNOWN DRUG ALLERGIES.

MEDICATIONS:
1.  OxyContin.
2.  Flexeril.
3.  Trazodone.
    Flexor.

PAST MEDICAL HISTORY:       Significant for depression, anxiety, and back
injury.  The patient has chronic low back pain.

SOCIAL HISTORY:       The patient denies any alcohol, tobacco or drug use.
The patient is married and lives at home.

FAMILY HISTORY:       Significant for hypertension, tuberculosis, asthma,
cancer and diabetes.

REVIEW OF SYSTEMS:      As per History of Present Illness, otherwise
unremarkable.

PHYSICAL EXAMINATION:

GENERAL:    A thirty year old white male in no acute distress.  He is

### HISTORY AND PHYSICAL

W. Virginia NW - Patient Care Inquiry (PCI: OE Database COCFN)        DRAFT COPY

Run: 08/09/02-08:32 by D'Agostino, D Leigh                            Page 1 of 2

500688.061.0078

re: LESTER,CHRISTOPHER W
MR#: H000261190

alert and oriented.

VITAL SIGNS:    Blood pressure 120/68.  Temperature 98.6.  Pulse 98.
Respirations 20.  Weight 292 pounds.  Oxygen saturation 97%.

HEENT:    Atraumatic, normocephalic. Sclerae are clear.  Ears and nose
are without any discharge.  Oral mucosa is pink and moist.  Throat is
clear.

NECK:      Supple.  No lymphadenopathy.

CHEST:     Symmetrical.

HEART:     Regular rate and rhythm.

LUNGS:     Clear.

ABDOMEN:      Obese and soft, non-tender, and non-distended.  No
organomegaly or masses noted.

EXTREMITIES:       No cyanosis, clubbing, or edema.

RECTAL/GENITALIA:     Examination deferred.

NEUROLOGICAL:       Cranial nerves are grossly intact.

LABORATORY/X-RAY FINDINGS:    White count 8.2, hemoglobin 15.5, hematocrit
45.4 with platelets of 247,000.  Sodium 139, potassium 4.1, chloride 97,
CO2 36, glucose 92, BUN 15, creatinine 1.5.  CK 48, CK-MB 0.2, Troponin-I
0.08, and myoglobin 49.

Arterial blood gas showed a pH of 7.431, PCO2 40, PO2 77, bicarbonate 96,
base excess of 2 and oxygen saturation of 97%.

ASSESSMENT:
* A thirty year old male admitted with alternated mental status, right
hemispheric cerebrovascular accident, complex chronic pain syndrome,
urinary incontinence, etiology uncertain.
* History of chronic pain back.

PLAN;B                    For further plan, please see Dr. Obenza's
admitting orders.

Job #: 234803

                                    Misaghi,Faredoon
                                    _____

                                    Obenza,Ebenezer J
                                    _____

D:   08/04/02 1633   / MISFA
T:   08/04/02 2020   / AKL

                         HISTORY AND PHYSICAL

W. Virginia NW - Patient Care Inquiry (PCI: OE Database COCFN)        DRAFT COPY

Run: 08/09/02-08:32 by D'Agostino,D Leigh                             Page 2 of 2

500688.061.0079

BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV  25130
(304)369-7964  OR FAX (304)369-7005
KATHLEEN S. ELLIS

| CERTIFICATE OF MEDICAL NECESSITY: | UROLOGICAL SUPPLIES |
|---|---|

PATIENT'S NAME __CHRISTOPHER LESTER_____ PHONE __(304)369-6657__

PATIENT'S ADDRESS __PO BOX 1113_____

_____DANVILLE, WV  25053_____

HICN _____ THIS CMN IS THE __XX__ INITIAL _____ REVISED

| PLACE OF SERVICE: 12 |
|---|

► **BELOW TO BE COMPLETED ONLY BY PHYSICIAN OR PHYSICIAN'S EMPLOYEE** ◄

DIAGNOSIS: (ICD9) 596.54 ____ ____ ____ ____

DOB: ___ / ___ / 1971 ___ DATE NEEDED INITIAL __08_ / _08_ / 2002__ REVISED ___ / ___ /

ESTIMATED LENGTH OF NEED: # MONTHS: _____ 1-99 (99=LIFE)

I LAST EXAMINED PATIENT FOR THIS CONDITION ON: _8_ / _8_ / _02_

PATIENT SEX: __MALE__ (MALE OR FEMALE)

*Use Y-yes, N-no*

( _Y_ ) 4. Does the patient have permanent urinary incontinence?

5. Reason if excess supplies are required: _____

| supplies: | HCPC | frequency of change |
|---|---|---|
| FREEDOM CONDOM CATHS | A4358 | prn |
| LEG BAGS | A34358 | prn |
| NIGHT TIME DRAIN BAGS | A4357 | prn |
| | | |
| | | |
| | | |

I certify the medical necessity of these items for this patient. This form and any statement on my letterhead attached hereto has been completed by me, or by my employee and reviewed by me. The foregoing information is true, accurate, and complete, and I understand that any falsification, omission, or concealment of material fact may subject me to civil or criminal liability.

PHYSICIAN'S NAME AND ADDRESS
FREDERICK C MARTINEZ
400 COURT STREET
CHARLESTON, WV  25301

PHYSICIAN'S SIGNATURE (NO STAMP)

DATE _____

☐ ATTENDING   ☒ CONSULTING   ☐ OTHER ORDERING

PHONE __(304)347-6640__

UPIN _____

500688.061.0080

Certificate of Medical Necessity

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs
Division of Coal Mine Workers' Compensation



Completion of this form and prior approval is required for the Department of Labor to authorize reimbursement of charges for equipment, scheduled pulmonary rehabilitation services and home nursing care. Authorization covers a maximum period of one (1) year. Fill in all applicable items. (See DOL Reimbursement Standards under item eleven (11)). This form must be signed and dated by the treating physician.

OMB No.: 1215-0113
Expires:  10-31-99

| 1. & 2. Patient's Name and Mailing Address | 3. Telephone Number | 4. Social Security Number |
|---|---|---|
| CHRISTOPHER LESTER<br>PO BOX 1113<br>DANVILLE, WV  25053 | ( 304 )  369-6657 | ▮▮▮-▮▮-3340 |
| | | 5. Date of Birth |
| | | ▮▮/▮▮/1971 |

| 5a. Date(s) of last hospitalization | 6b. Condition(s) treated while in hospital |
|---|---|
| From: | |
| To: | |

| 7.  DIAGNOSIS  for which this prescription is written: | 8a. Type of Prescription | 8b. Requested Duration of Prescription for DME, Home Nursing or Pulmonary Rehabilitation |
|---|---|---|
| *Neurogenic Bladder* | [X] Original (New)<br>[ ] Recertification (Renewal) | Beginning Date: 08/08/02   Ending Date: 08/07/02 |

**9.  EQUIPMENT OR SERVICE PRESCRIBED (SEE NO. 11, REVERSE, FOR CORRESPONDING REIMBURSEMENT STANDARDS)**

9a.  Oxygen Delivery Equipment (11b.)     Prescription: Flow Rate (L/M) _____     Est. Hrs./Day _____

[ ] Tank $O_2$ With Flowmeter and Humidifier      [ ] $O_2$ Concentrator      [ ] $O_2$ Liquid System

[ ] Portable Unit (Gaseous)      [ ] $O_2$ Liquid System With Portable Liquid

| 9b. Other DME | | 9c. Prescription for Medical Services |
|---|---|---|
| [ ] Manual Hospital Bed (11c.) | [ ] Commode (11f.) | [ ] Pulmonary Rehabilitation Services (See 11e.) |
| [ ] Semi-electric Hospital Bed (11c.) | [ ] Wheelchair (11g.) | Level: |
| [ ] Nebulizer with Motor (11a.) | [X] Other (Explain in item no. 12.) | [ ] Home Nursing Care (See 11d.) |

10.  Objective Test Results – Original or Certified copies of all lab reports must be attached, including tracing for each PFT. The following data (10A through 10D for a PFT; 10E through 10I for an ABG) MUST BE reported below OR on the attached lab report.  (Note: Patient's condition is considered ACUTE if test was taken during a hospitalization.)

| A. Pulmonary Function Test | | | | B. Check as appropriate (if "poor", explain in No. 12 "Additional Comments") |
|---|---|---|---|---|
| Date of test: | | | | Miner's Cooperation:  [ ] Good   [ ] Fair   [ ] Poor |
| MM  DD  YY | PL's condition:<br>[ ] Acute | | | Miner's ability to understand instructions and follow directions: |
| Results:<br>(Best Effort) | [ ] Chronic | | | [ ] Good   [ ] Fair   [ ] Poor |

| | Predicted | Bronchodilation | | C. Was equipment calibrated before the test?  [ ] Yes  [ ] No |
| | | Before | After | D. Testing Facility Name and Address: |
| FEV, L/BTPS | | | | |
| FVC L/BTPS | | | | |

| E.  Arterial Blood Gas Test | | | F. Air intake:  [ ] On room air   [ ] On $O_2$ @ ____ LPM |
|---|---|---|---|
| Date of test: | | PL's condition: | G. Time Sample Drawn      Iced      Time Sample Analyzed |
| MM  DD  YY | | [ ] Acute | [ ] Yes |
| | | [ ] Chronic | [ ] No |

| Results: | $PO_2$ | $PCO_2$ | PH | H. Was equipment calibrated before the test?  [ ] Yes  [ ] No |
|---|---|---|---|---|
| | | | | I. Testing Facility Name and Address |

Form CM-893
Rev. Dec. 1990

500688.061.0081

## 11. DOL/DCMWC REIMBURSEMENT STANDARDS

a.  For nebulizer equipment with compressor motor: requires Pulmonary Funciton Test results that indicate a 50% reduction with a demonstrated 10% or greater increase after bronchodilation; or $FEV_1$ of 1.0L or less (See 11h).

b.  For Home $O_2$ delivery equipment:  requires a $pO_2$ value of 60 mmHg or less on room air during a chronic state with corresponding $pCO_2$ and pH  values. The $pO_2$ value should be 55 mmHg or less when an $O_2$ concentrator or liquid $O_2$ system is prescribed.  If the ABG is done while the patient is on $O_2$ , the $pO_2$ standard = 80 mmHg for all oxygen equipment. (See 11h.).  All medical evidence to support your request will be considered.

c.  Hospital bed:  must be justified by PF test results indicating an $FEV_1$ equal to or less than 40% of predicted, or chronic hypoxia ($pO_2$ of 55 mmHg or less).

d.  Prescriptions for home care: must include objective test results or comparable clinical data, explanation why the patient is homebound, and a specific schedule of services to be rendered, including the total number and frequency of prescribed visits. Indicate the type of medical professional (PA, RN, LPN, RT) providing care. Use number 12, below, and/or attach separate sheet.

e.  Prescription for pulmonary rehabilitation  services: must include objective test results that justify extent (i.e., level) of rehabilitation prescribed.  All services for pulmonary rehabilitation must be categorized by Impairment Level (AMA - Guides to the Evaluation of Permanent Impairment, 2nd Ed. 1984). Also, all pulmonary rehabilitation protocols must be prior-approved. Use number 12, below, and/or attach separate sheet.

f.  Commodes:  will be purchased for patients unable to use an available bathroom facility due to a pulmonary impairment. Objective test requirements:  for ABG, $pO_2$ of 55 mmHg or less; for PFS, $FEV_1$ of 40% or less of predicted.

g.  Wheel chairs: are not a commonly covered item. Requests must include medical support data and will be evaluated individually. Data must support the wheelchair need because of a severe pulmonary impairment.

h.  ALL CMN supportive test results: must be dated 2 months or less prior to prescription for services. Recertification services must be reviewed yearly or at the expiration date.

NOTE: Prescription for indefinite services or those without required objective test data will be returned for specific information.  If your request is rejected because your patient's medical condition does not meet DOL reimbursement requirement standards you may submit other medical evidence to support your prescription request.  All evidence will be considered.

12. Comments:
A4324:  FREEDOM CONDOM CATHS   A4358:  LEG BAGS   A4357:  NIGHT TIME DRAIN BAGS

---

### 13. PHYSICIAN/PROVIDER INFORMATION

a. Physician's Name, Address and Phone Number (print or type)

FREDERICK C MARTINEZ
400 COURT STREET
CHARLESTON, WV   25301
(304)347-6640

b. Are you the patient's regular physician or are you actively treating this patient?    Yes ☐  No ☒

If NO, explain why you are prescribing the equipment or services on this form.

Urology (specialist)

c. Date of Visit (the date you examined the patient and determined the need for this prescription):  8 | 8 | 02
MM  DD  YY

d. Date that the prescribed treatment or service is authorized to begin:    | |
MM  DD  YY

e. By my signature I certify that I am actively treating this patient (or have provided an explanation, 13b., above) and that the prescribed equipment and/or services on this form are medically necessary for treating this patient's condition.  I am also aware that, pursuant to 30 U.S.C. 941, any person who willfully makes any false or misleading statement or representation for the purpose of obtaining any benefit or payment relating to this prescription shall be guilty of a misdemeanor and subject to a fine and/or imprisonment.

Physician's Original Signature (Do not use stamp)            Date  8/13/02

Please forward this completed form to the DOL/DCMWC office which maintains the patient's Black Lung Claim. For further information call TOLL FREE:
1-800-638-7072.  (In MD.:  1-800-492-5737)

f. Servicing Provider's Name, Address, Phone No., and PROVIDER NO.:
BOONE HOMECARE SUPPLIES   PROVIDER#
327 STATE STREET   55-0739015-001
MADISON, WV. 25130 (304)369-7964

Public Burden Statement
We estimate that it will take an average of 20-40 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of IRM Policy, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0113), Washington, D.C. 20503.
DO NOT SEND THE COMPLETED FORM TO EITHER OF THESE OFFICES

BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

029664

DATE 5-2-02

NAME *Christopher Lester*

ADDRESS ██████ 3340

CITY, STATE, ZIP ██████ 971 03/02000

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|-----------|---------|------|--------|--------|----------|-------------|----------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | *Biofreeze @ 10.00* | | 10.00 |
| 2 | | | |
| 3 | *2 Tens Unit Attom @ 7.50* | 15.00 | |
| 4 | | | |
| 5 | *AES95 VH 275.00* | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | *Chris* | | |
| 10 | | | |
| 11 | *Lester* | 75.00 | |
| 12 | | | |
| 13 | *John H Snyder* | | |
| 14 | | | |
| 15 | *7242* | *Billing* | |
| 16 | | | 5.00 |
| 17 | *200004681* | | |
| 18 | | | |

| RECEIVED BY | | TAX | |
|-------------|-|-----|-|
| | | TOTAL | |

adams
2S805

500688.061.0083

A

3340

LESTER    CHRISTOP                    X

3340

P

X

X        West Virginia Workers Comp.

X

00000000

JOHN M SNYDER                                      00/00/00        00/00/00

7242

2000046841

05/23/02        12    A4595 NU                      75.00 02

029664                          75.00    0.00    75.00

Signature On File
05/24/02                                          5507390150

500688.061.0084

**BOONE HOMECARE SUPPLIES**
327 STATE STREET
MADISON, WV   25130
PHONE (304) 369-7964

175713

Comp.
DATE 3-8-02

NAME *Christopher Lester*

ADDRESS ~~3340~~    (2830)

CITY, STATE, ZIP ~~1971~~

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | 6  Bio-freeze | | |
| 4 |     A101-20 | 60 00 | |
| 5 | | | |
| 6 | | | |
| 7 | 2  Tens Lotion | 15 00 | |
| 8 | | | |
| 9 | 63102000 | 75 00 | |
| 10 | John M Snyder | | |
| 11 | 7842 | | |
| 12 | 200064084 | | |
| 13 | | | |
| 14 | Chris Lester | | |
| 15 | | | |
| 16 | | | |
| 17 | 14595 2-75.00 | | |
| 18 | | | |

RECEIVED BY          TAX

TOTAL

Ⓐ adams
35805

500688.061.0085

X                              ▬3340

LESTER       CHRISTOP                    X


                                    ▬3340


                              P

                                    X

                                    X        West Virginia Workers Comp.

                                                   X


00000000

JOHN M SNYDER                              00/00/00       00/00/00


   7242

                                          2000046841


03/08/02        12    A4595               75.00 02




175713                          75.00    0.00    75.00


Signature On File
   03/29/02                              5507390150



500688.061.0086

BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

429800
4-808

DATE 4/11/02

| NAME | *Christopher Lester* |
| ADDRESS | 3340 |
| CITY, STATE, ZIP | 1971 |

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |

| | QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 6 | *Biofreeze* @ 10.00 | | 60 00 |
| 2 | 2 | *Tens lotion* @ 7.50 | | 15 00 |
| 3 | | | | |
| 4 | | | | 75 00 |
| 5 | | 03102000 | | |
| 6 | | | | |
| 7 | | *John H Snyder* | | |
| 8 | | | | |
| 9 | | *1242* | | |
| 10 | | | | |
| 11 | | *200004498 41* | | |
| 12 | | *billed* | | |
| 13 | | *4/12.00* | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | *AU595 2-75.00* | | |
| 18 | | | | |

| RECEIVED BY | TAX | |
| | TOTAL | |

adams
25805

500688.061.0087

X                                    ████3340

LESTER    CHRISTOP                    X

                                     ████3340

                              P

                                     X
                                     X          West Virginia Workers Comp.
                                                        X

00000000
                                              00/00/00        00/00/00
JOHN M SNYDER

7242
                                     2000046841

04/08/02        12    A4595 NU              75.00 02

                              429800              75.00    0.00    75.00

        Signature On File                                            5507390150
            04/12/02
    O

500688.061.0088

887989

BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

DATE 1/02

NAME Christopher Lester

ADDRESS 3340

CITY, ST 1971   03102000

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 2 #643 electrodes | | |
| 2 | 3 #2404 electrodes @ 12.00 | | 36 00 |
| 3 | 2 lotion @ 7.50 | | 15 00 |
| 4 | | | |
| 5 | | | |
| 6 | 1 electrode #643 | | 14 00 |
| 7 | 10 #ELO6T electrodes | | 16 00 |
| 8 | | | |
| 9 | | | 75 00 |
| 10 | | | |
| 11 | | | |
| 12 | John M Snyder | | |
| 13 | | | |
| 14 | 242 | | |
| 15 | 20080 46841 | | |
| 16 | | | |
| 17 | 1-10-02  A4595   2- 75.00 | | |
| 18 | 2-10-02  A4595   2- 75.00 | | |
| RECEIVED BY | Billed 2-22-02 | TAX | |
| | | TOTAL | |

35805

500688.061.0089

887988

**BOONE HOMECARE SUPPLIES**
327 STATE STREET
MADISON, WV  25130
PHONE (304) 369-7964

DATE 2/14/02

NAME *Christopher Lester*

ADDRESS

CITY, STATE, ZIP

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|-----------|---------|------|--------|--------|----------|-------------|----------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | | | |
| 2 | *Tens supplies* | | |
| 3 | | | |
| 4 | ~~40 #E106T~~ | | ~~40 00~~ |
| 5 | 3 Birfreeze @ 10.00 | | 30 00 |
| 6 | | | |
| 7 | 1 #643 electrodes | | 14 00 |
| 8 | 31 #EL06T electrodes | | 31 00 |
| 9 | | | |
| 10 | | | 75 00 |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

RECEIVED BY

TAX

TOTAL

35805

500688.061.0090

X                        ▬▬3340

LESTER    CHRISTOP                X

                                 ▬▬3340

                        P

                        X

                        X        West Virginia Workers Comp.

                                 X

00000000

JOHN M SNYDER                        00/00/00        00/00/00

   7242

                                 2000046841

01/10/02          12    A4595        75.00 02
02/10/02          12    A4595        75.00 02

                 887989              150.00    0.00    150.00

Signature On File
        02/22/02                        5507390150

   0

500688.061.0091

287869

**BOONE HOMECARE SUPPLIES**
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

11-10-01

DATE 11/10/01

| NAME | Christopher Lester | | | | | | |
|---|---|---|---|---|---|---|---|
| ADDRESS | 3340 | | | | | | |
| CITY, STATE, ZIP | 1971 | 12173 | | | | | |
| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | |
| 2 | 1  9V Batkiy  4.50  BA 02 | | |
| 3 | | | |
| 4 | 1  653  Electrodes  14 00 | | |
| 5 | | | |
| 6 | 3  1704  Electrodes  12 00 | | |
| 7 | | | |
| 8 | 3  640  Electrodes  8.00 | | |
| 9 | | | |
| 10 | 1  Tens Unit Lotion  7.50 | | |
| 11 | | | |
| 12 | 03103000 | | |
| 13 | John M Snyder | | |
| 14 | 7242  174 00 | | |
| 15 | 800004648[41] | | |
| 16 | A4595 2-75.00 | | |
| 17 | Billed 11-30-01 | | |
| 18 | | | |
| RECEIVED BY | | TAX | |
| | | TOTAL | |

35805

500688.061.0092

X                              3340

LESTER      CHRISTOP                    X

                                       3340

                               P

                       X

                       X        West Virginia Workers Com

                                X

00000000

JOHN M SNYDER                              00/00/00        00/00/0(

    7242

                                  2000046841

11/10/01          12     A4595            75.00 02

                287869              75.00    0.00    75.0

    Signature On File
        11/30/01                          550739015
0

                                            500688.061.0093

*Comp*

**308641**

**BOONE HOMECARE SUPPLIES**
327 STATE STREET
MADISON, WV   25130
PHONE (304) 369-7964

DATE *10-10-01*

| NAME | *Christopher Lester Workes Comp* |
|------|------|
| ADDRESS | ▓▓▓▓ -3340   DOI 7242 |
| CITY, STATE, ZIP | ▓▓▓▓ 1971   200004684l |

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|-----------|---------|------|--------|--------|----------|-------------|----------|
|  |  |  | *11976* | *7242* |  |  |  |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | *1 Tens Unit 2000-T Plus* |  |  |
| 2 | *Serial # R0001137891* |  |  |
| 3 | *LumiScope   John M Snyder* |  |  |
| 4 |  |  |  |
| 5 | *E0720  1-50.00* |  |  |
| 6 |  |  |  |
| 7 |  |  |  |
| 8 |  |  |  |
| 9 |  |  |  |
| 10 | *Billed* |  |  |
| 11 | *11-20!* |  |  |
| 12 |  |  |  |
| 13 |  |  |  |
| 14 |  |  |  |
| 15 |  |  |  |
| 16 |  |  |  |
| 17 |  |  |  |
| 18 |  |  |  |
| RECEIVED BY *Chris Lester* | | TAX |  |
|  | | TOTAL |  |

35805

500688.061.0094

X

LESTER    CHRISTOP    X

3340

3340

P

X

X    West Virginia Workers Comp.

X

00000000

JOHN M SNYDER    00/00/00    00/00/00

7242

2000046841

10/10/01    12    E0720    50.00 01

10/10/01    0.00 00

308641    50.00    0.00    50.00

Signature On File
11/02/01    5507390150

0

500688.061.0095

**Certificate of Medical Necessity**

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs
Division of Coal Mine Workers' Compensation

OMB No.: 1215-0113
Expires:  10-31-99

Completion of this form and prior approval is required for the Department of Labor to authorize reimbursement of charges for equipment, scheduled pulmonary rehabilitation services and home nursing care. Authorization covers a maximum period of one (1) year. Fill in all applicable items. (See DOL Reimbursement Standards under item eleven (11)). This form must be signed and dated by the treating physician.

**1. & 2. Patient's Name and Mailing Address**

CHRISTOPHER LESTER
PO BOX 1113
DANVILLE, WV  25053

**3. Telephone Number**
(304) 369-6657

**4. Social Security Number**
XXX-XX-3340

**5. Date of Birth**
XX/XX/1971

**6a. Date(s) of last hospitalization**

From: _____

To: _____

**6b. Condition(s) treated while in hospital**

**7. DIAGNOSIS** _____ for which this prescription is written
Chronic low back pain

**8a. Type of Prescription**
[X] Original (New)
[ ] Recertification (Renewal)

**8b. Requested Duration of Prescription for DME, Home Nursing or Pulmonary Rehabilitation**

Beginning Date: 10/10/01       Ending Date: 10/09/02

**9. EQUIPMENT OR SERVICE PRESCRIBED (SEE NO. 11, REVERSE, FOR CORRESPONDING REIMBURSEMENT STANDARDS)**

**9a. Oxygen Delivery Equipment (11b.)**     Prescription: Flow Rate (L/M) _____     Est. Hrs./Day _____

[ ] Tank $O_2$ With Flowmeter and Humidifier
[ ] Portable Unit (Gaseous)
[ ] $O_2$ Concentrator
[ ] $O_2$ Liquid System
[ ] $O_2$ Liquid System With Portable Liquid

**9b. Other DME**
[ ] Manual Hospital Bed (11c.)
[ ] Semi-electric Hospital Bed (11c.)
[ ] Nebulizer with Motor (11a.)
[ ] Commode (11f.)
[ ] Wheelchair (11g.)
[X] Other (Explain in item no. 12.)

**9c. Prescription for Medical Services**
[ ] Pulmonary Rehabilitation Services (See 11e.)
Level: _____
[ ] Home Nursing Care (See 11d.)

**10. Objective Test Results – Original or Certified copies of all lab reports must be attached, including tracing for each PFT.** The following data (10A through 10D for a PFT; 10E through 10I for an ABG) MUST BE reported below OR on the attached lab report. (Note: Patient's condition is considered ACUTE if test was taken during a hospitalization.)

**A. Pulmonary Function Test**

Date of test: ___ MM ___ DD ___ YY

Pt.'s condition:
[ ] Acute
[ ] Chronic

Results: (Best Effort)

| | Predicted | Bronchodilation | |
| | | Before | After |
|---|---|---|---|
| FEV₁ L/BTPS | | | |
| FVC L/BTPS | | | |

**B. Check as appropriate (if "poor", explain in No. 12 "Additional Comments")**

Miner's Cooperation: [ ] Good  [ ] Fair  [ ] Poor

Miner's ability to understand instructions and follow directions:
[ ] Good  [ ] Fair  [ ] Poor

**C. Was equipment calibrated before the test?** [ ] Yes  [ ] No

**D. Testing Facility Name and Address:**

**E. Arterial Blood Gas Test**

Date of test: ___ MM ___ DD ___ YY

Pt.'s condition:
[ ] Acute
[ ] Chronic

Results:

| PO₂ | PCO₂ | PH |
|---|---|---|
| | | |

**F. Air Intake:** [ ] On room air  [ ] On $O_2$ @ ____ LPM

**G. Time Sample Drawn** _____  **Iced:** [ ] Yes [ ] No     **Time Sample Analyzed** _____

**H. Was equipment calibrated before the test?** [ ] Yes  [ ] No

**I. Testing Facility Name and Address**

RECEIVED OCT 1 7 2001

Form CM-893
Rev. Dec. 1990

500688.061.0096

## 11. DOL/DCMWC REIMBURSEMENT STANDARDS

**11a.** For nebulizer equipment with compressor motor: requires Pulmonary Function Test results that indicate a 50% reduction with a demonstrated 10% or greater increase after bronchodilation; or $FEV_1$ of 1.0L or less (See 11h).

**11b.** For Home $O_2$ delivery equipment: requires a $pO_2$ value of 60 mmHg or less on room air during a chronic state with corresponding $pCO_2$ and pH values. The $pO_2$ value should be 65 mmHg or less when an $O_2$ concentrator or liquid $O_2$ system is prescribed. If the ABG is done while the patient is on $O_2$, the $pO_2$ standard = 80 mmHg for all oxygen equipment. (See 11h.). All medical evidence to support your request will be considered.

**11c.** Hospital bed: must be justified by PF test results indicating an $FEV_1$ equal to or less than 40% of predicted, or chronic hypoxia ($pO_2$ of 55 mmHg or less).

**11d.** Prescriptions for home care: must include objective test results or comparable clinical data, explanation why the patient is homebound, and a specific schedule of services to be rendered, including the total number and frequency of prescribed visits. Indicate the type of medical professional (PA, RN, LPN, RT) providing care. Use number 12, below, and/or attach separate sheet.

**11e.** Prescription for pulmonary rehabilitation services: must include objective test results that justify extent (i.e., level) of rehabilitation prescribed. All services for pulmonary rehabilitation must be categorized by Impairment Level (AMA - Guides to the Evaluation of Permanent Impairment, 2nd Ed. 1984). Also, all pulmonary rehabilitation protocols must be prior-approved. Use number 12, below, and/or attach separate sheet.

**11f.** Commodes: will be purchased for patients unable to use an available bathroom facility due to a pulmonary impairment. Objective test requirements: for ABG, $pO_2$ of 55 mmHg or less; for PFS, $FEV_1$ of 40% or less of predicted.

**11g.** Wheel chairs: are not a commonly covered item. Requests must include medical support data and will be evaluated individually. Data must support the wheelchair need because of a severe pulmonary impairment.

**11h.** ALL CMN supportive test results: must be dated 2 months or less prior to prescription for services. Recertification services must be reviewed yearly or at the expiration date.

**NOTE:** Prescription for indefinite services or those without required objective test data will be returned for specific information. If your request is rejected because your patient's medical condition does not meet DOL reimbursement requirement standards you may submit other medical evidence to support your prescription request. All evidence will be considered.

**12. Comments:**

E0720:  TENS UNIT & SUPPLIES

---

**13. PHYSICIAN/PROVIDER INFORMATION**

| a. Physician's Name, Address and Phone Number (print or type) | b. Are you the patient's regular physician or are you actively treating this patient?  Yes ☑  No ☐ |
|---|---|
| JOHN M SNYDER<br>705 MADISON AVENUE<br>MADISON, WV 25130<br>(304)369-5170 | If NO, explain why you are prescribing the equipment or services on this form. |
| c. Date of Visit (the date you examined the patient and determined the need for this prescription):  10 \| 05 \| 01   MM DD YY | d. Date that the prescribed treatment or service is authorized to begin:  10 \| 09 \| Y   MM DD YY |

**e.** By my signature I certify that I am actively treating this patient (or have provided an explanation, 13b., above) and that the prescribed equipment and/or services on this form are medically necessary for treating this patient's condition. I am also aware that, pursuant to 30 U.S.C. 941, any person who willfully makes any false or misleading statement or representation for the purpose of obtaining any benefit or payment relating to this prescription shall be guilty of a misdemeanor and subject to a fine and/or imprisonment.

Physician's Original Signature (Do not use stamp)                     Date  10/15/01

| Please forward this completed form to the DOL/DCMWC Office which maintains the patient's Black Lung Claim. For further information call TOLL FREE: 1-800-638-7072. (In MD.: 1-800-492-5737) | 1. Servicing Provider's Name, Address, Phone No., and PROVIDER NO.:<br>BOONE HOMECARE SUPPLIES   PROVIDER#<br>327 STATE STREET        55-0739015-001<br>MADISON, WV. 25130 (304)369-7964 |
|---|---|

**Public Burden Statement**

We estimate that it will take an average of 20-40 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of IRM Policy, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0113), Washington, D.C. 20503.

**DO NOT SEND THE COMPLETED FORM TO EITHER OF THESE OFFICES**

500688.061.0097

305191

BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV 25130

DATE 12-7-00

NAME _Christopher Lester_

ADDRESS

CITY, STATE, ZIP

| ORDER NO. | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|---|
| 0510 | | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 1 Rib Belt 8" #4713-00 | | |
| 2 | male universal | | |
| 3 | L0500 | | 100 @ |
| 4 | | | |
| 5 | Acn# 20000 46841 | | |
| 6 | DOI 3-10-00 | | |
| 7 | | | |
| 8 | DX 724.2 | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | Billed | | |
| 14 | 1-12-01 | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

RECEIVED BY _April Lester_

| TAX | |
|---|---|
| TOTAL | |

E.Adams
25805

500688.061.0098

X                        ████3340

LESTER    CHRISTOP              X

                                ████3340

                          P

                                    X
                                    X        West Virginia Workers Comp.
                                             X

00000000                    /                                        /
JOHN SNYDER                              00/00/00    00/00/00

    7242

                                    2000046841

12/07/00          12    L0500          100.00 01

                305191              100.00    0.00    100.00

    Signature On File
         01/12/01                              5507390150
0

                                      500688.061.0099

**VERIGHL BY FREDD**

## Certificate of Medical Necessity

### U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs
Division of Coal Mine Workers' Compensation



OMB No.: 1215-0113
Expires:  10-31-00

Completion of this form and prior approval is required for the Department of Labor to authorize reimbursement of charges for equipment, scheduled pulmonary rehabilitation services and home nursing care.  Authorization covers a maximum period of one (1) year.  Fill in all applicable items.  (See DOL Reimbursement Standards under Item eleven (11)).  This form must be signed and dated by the treating physician.

| 1. & 2. Patient's Name and Mailing Address | 3. Telephone Number | 4. Social Security Number |
|---|---|---|
| CHRISTOPHER LESTER<br>PO BOX 1113<br>DANVILLE, WV  25053 | (304) 369-6657 | ████-3340<br>5. Date of Birth<br>████1971 |

| 5a. Date(s) of last hospitalization | 5b. Condition(s) treated while in hospital |
|---|---|
| From: _____ | |
| To: _____ | |

| 7. DIAGNOSIS for which this prescription is written: | 8a. Type of Prescription | 8b. Requested Duration of Prescription for DME, Home Nursing or Pulmonary Rehabilitation |
|---|---|---|
| *lumbar sprain*<br>847.2 | [X] Original (New)<br>[ ] Recertification (Renewal) | Beginning Date: 12/28/00  Ending Date: 12/27/01 |

### I. EQUIPMENT OR SERVICE PRESCRIBED (SEE NO. 11, REVERSE, FOR CORRESPONDING REIMBURSEMENT STANDARDS)

a. Oxygen Delivery Equipment (11b.)     Prescription: Flow Rate (L/M) _____     Est. Hrs./Day _____

| | | |
|---|---|---|
| [ ] Tank O₂ With Flowmeter and Humidifier | [ ] O₂ Concentrator | [ ] O₂ Liquid System |
| [ ] Portable Unit (Gaseous) | | [ ] O₂ Liquid System With Portable Liquid |

| b. Other DME | | 8c. Prescription for Medical Services |
|---|---|---|
| [ ] Manual Hospital Bed (11c.) | [ ] Commode (11f.) | [ ] Pulmonary Rehabilitation Services (See 11e.) |
| [ ] Semi-electric Hospital Bed (11c.) | [ ] Wheelchair (11g.) | Level: _____ |
| [ ] Nebulizer with Motor (11d.) | [X] Other (Explain in item no. 12.) | [ ] Home Nursing Care (See 11d.) |

### J. Objective Test Results - Original or Certified copies of all lab reports must be attached, including tracing for each PFT. The following data (10A through 10D for a PFT; 10E through 10I for an ABG) MUST BE reported below OR on the attached lab report.  (Note: Patient's condition is considered ACUTE if test was taken during a hospitalization.)

**Pulmonary Function Test**

Date of test: ___ ___ ___ (MM DD YY)

Pt's condition:
[ ] Acute
[ ] Chronic

Results:
(Best Effort)

| | Predicted | Bronchodilation | |
|---|---|---|---|
| | | Before | After |
| FEV₁ L/BTPS | | | |
| FVC L/BTPS | | | |

| | |
|---|---|
| B. Check as appropriate (if "poor", explain in No. 12 "Additional Comments") | |
| Miner's Cooperation:  [ ] Good   [ ] Fair   [ ] Poor | |
| Miner's ability to understand instructions and follow directions:  [ ] Good   [ ] Fair   [ ] Poor | |
| C. Was equipment calibrated before the test?  [ ] Yes   [ ] No | |
| D. Testing Facility Name and Address: | |

**Arterial Blood Gas Test**

Date of test: ___ ___ ___ (MM DD YY)

Pt's condition:
[ ] Acute
[ ] Chronic

| Results: | PO₂ | PCO₂ | PH |
|---|---|---|---|
| | | | |

| | |
|---|---|
| F. Air Intake:  [ ] On room air   [ ] On O₂ ●  _____ LPM | |
| G. Time Sample Drawn _____ Iced:  [ ] Yes   [ ] No   Time Sample Analyzed _____ | |
| H. Was equipment calibrated before the test?  [ ] Yes   [ ] No | |
| I. Testing Facility Name and Address: | |

Form CM-893
Rev. Dec. 1990

*Cooper 01-10-30* [signature]

RECEIVED JAN 0 2 2001

500688.061.0100

## 11. DOL/DCMWC REIMBURSEMENT STANDARDS

**11a.** For nebulizer equipment with compressor motor: requires Pulmonary Function Test results that indicate a 60% reduction with a demonstrated 10% or greater increase after bronchodilation; or $FEV_1$ of 1.0L or less (See 11h).

**11b.** For Home $O_2$ delivery equipment: requires a $pO_2$ value of 60 mmHg or less on room air during a chronic state with corresponding $pCO_2$ and pH values. The $pO_2$ value should be 55 mmHg or less when an $O_2$ concentrator or liquid $O_2$ system is prescribed. If the ABG is done while the patient is on $O_2$, the $pO_2$ standard = 80 mmHg for all oxygen equipment. (See 11h.). All medical evidence to support your request will be considered.

**11c.** Hospital bed: must be justified by PF test results indicating an $FEV_1$ equal to or less than 40% of predicted, or chronic hypoxia ($pO_2$ of 55 mmHg or less).

**11d.** Prescriptions for home care: must include objective test results or comparable clinical data, explanation why the patient is homebound, and a specific schedule of services to be rendered, including the total number and frequency of prescribed visits. Indicate the type of medical professional (PA, RN, LPN, RT) providing care. Use number 12, below, and/or attach separate sheet.

**11e.** Prescription for pulmonary rehabilitation services: must include objective test results that justify extent (i.e., level) of rehabilitation prescribed. All services for pulmonary rehabilitation must be categorized by Impairment Level (AMA - Guides to the Evaluation of Permanent Impairment, 2nd Ed. 1984). Also, all pulmonary rehabilitation protocols must be prior-approved. Use number 12, below, and/or attach separate sheet.

**11f.** Commodes: will be purchased for patients unable to use an available bathroom facility due to a pulmonary impairment.   
Objective test requirements: for ABG, $pO_2$ of 55 mmHg or less; for PFS, $FEV_1$ of 40% or less of predicted.

**11g.** Wheel chairs: are not a commonly covered item. Requests must include medical support data and will be evaluated individually. Data must support the wheelchair need because of a severe pulmonary impairment.

**11h.** ALL CMN supportive test results: must be dated 2 months or less prior to prescription for services. Recertification services must be reviewed yearly or at the expiration date.

**NOTE:** Prescription for indefinite services or those without required objective test data will be returned for specific information. If your request is rejected because your patient's medical condition does not meet DOL reimbursement requirement standards you may submit other medical evidence to support your prescription request. All evidence will be considered.

## 12. Comments:
RIB BELT

## 13. PHYSICIAN/PROVIDER INFORMATION

**a.** Physician's Name, Address and Phone Number (print or type)

JOHN SNYDER
705 MADISON AVENUE
MADISON, WV  25130
(304)369-5170

**b.** Are you the patient's regular physician or are you actively treating this patient?    Yes ☑ No ☐

If NO, explain why you are prescribing the equipment or services on this form.

**c.** Date of Visit (the date you examined the patient and determined the need for this prescription):  12 | 29 | 01   MM DD YY

**d.** Date that the prescribed treatment or service is authorized to begin:  12 | 29 | 01   MM DD YY

**e.** By my signature I certify that I am actively treating this patient (or have provided an explanation, 13b., above) and that the prescribed equipment and/or services on this form are medically necessary for treating this patient's condition. I am also aware that, pursuant to 30 U.S.C. 941, any person who willfully makes any false or misleading statement or representation for the purpose of obtaining any benefit or payment relating to this prescription shall be guilty of a misdemeanor and subject to a fine and/or imprisonment.

Physician's Original Signature (Do not use stamp)           Date  12-29-01

Please forward this completed form to the DOL/DCMWC Office which maintains the patient's Black Lung Claim. For further information call TOLL-FREE: 1-800-638-7072.   (In MD: 1-800-492-6737)

**f.** Servicing Provider's Name, Address, Phone No., and PROVIDER NO.:
BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV  25130
(304)369-7964

### Public Burden Statement
We estimate that it will take an average of 20-40 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of IRM Policy, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0113), Washington, D.C. 20503. DO NOT SEND THE COMPLETED FORM TO EITHER OF THESE OFFICES.

500688.061.0101

264324

BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON, WV 25130
PHONE (304) 369-7964

DATE 9/14/00

NAME *Christopher Lester*

ADDRESS

CITY, STATE, ZIP

| ORDER NO. | 8843 | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|-----------|------|---------|------|--------|--------|----------|-------------|----------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | | | |
| 2 | | | |
| 3 | *Adjustable Cane* | | |
| 4 | 20100 | | 22 00 |
| 5 | | | |
| 6 | D.O.I. 3-10-00 | | |
| 7 | | | |
| 8 | Claim # 20000 46841 | | |
| 9 | | | |
| 10 | DX 724.2 | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | Billed | Pd | |
| 15 | 10-3-00 | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

| RECEIVED BY *Chris Lester* | TAX | |
|---|---|---|
| | TOTAL | |

Adams
25805

500688.061.0102

X                                    ██████3340

LESTER    CHRISTOP                    X

                                     P

X

X          West Virginia Workers Comp.

X

                                     (

00000000
JOHN M SNYDER DO                     00/00/00        00/00/00

7242

                                     2000046841

09/14/00        12    E0100          22.00 01

264324                      22.00    0.00    22.00

Signature On File
10/03/00                                     5507390150
0

500688.061.0103

Certificate of Medical Necessity

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs
Division of Coal Mine Workers' Compensation



| | OMB No.: 1215-0113 |
|---|---|
| | Expires: 10-31-99 |

Completion of this form and prior approval is required for the Department of Labor to authorize reimbursement of charges for equipment, scheduled pulmonary rehabilitation services and home nursing care. Authorization covers a maximum period of one (1) year. Fill in all applicable items. (See DOL Reimbursement Standards under Item eleven (11)). This form must be signed and dated by the treating physician.

| 1. & 2. Patient's Name and Mailing Address | 3. Telephone Number | 4. Social Security Number |
|---|---|---|
| CHRISTOPHER LESTER<br>PO BOX 1113<br>DANVILLE, WV  25053 | (304) 369-6657 | ▨▨▨-3340 |
| | | 5. Date of Birth<br>▨▨/1971 |

| 6a. Date(s) of last hospitalization | 6b. Condition(s) treated while in hospital |
|---|---|
| From: | |
| To: | |

| 7. DIAGNOSIS for which this prescription is written: | 8a. Type of Prescription | 8b. Requested Duration of Prescription for DME, Home Nursing or Pulmonary Rehabilitation |
|---|---|---|
| Chronic back pain | [X] Original (New)<br>[ ] Recertification (Renewal) | Beginning Date: 09/13/00    Ending Date: 09/12/01 |

**9. EQUIPMENT OR SERVICE PRESCRIBED (SEE NO. 11, REVERSE, FOR CORRESPONDING REIMBURSEMENT STANDARDS)**

9a. Oxygen Delivery Equipment (11b.)    Prescription: Flow Rate (L/M) _____    Est. Hrs./Day _____

[ ] Tank O₂ With Flowmeter and Humidifier      [ ] O₂ Concentrator      [ ] O₂ Liquid System

[ ] Portable Unit (Gaseous)      [ ] O₂ Liquid System With Portable Liquid

9b. Other DME

[ ] Manual Hospital Bed (11c.)      [ ] Commode (11f.)

[ ] Semi-electric Hospital Bed (11c.)      [ ] Wheelchair (11g.)

[ ] Nebulizer with Motor (11a.)      [X] Other (Explain in Item no. 12.)

9c. Prescription for Medical Services

[ ] Pulmonary Rehabilitation Services (See 11e.)

Level: _____

[ ] Home Nursing Care (See 11d.)

10. Objective Test Results - Original or Certified copies of all lab reports must be attached, including tracing for each PFT. The following data (10A through 10D for a PFT; 10E through 10I for an ABG) MUST be reported below OR on the attached lab report. (Note: Patient's condition is considered ACUTE if test was taken during a hospitalization.)

A. Pulmonary Function Test

Date of test: MM DD YY

Pt.'s condition:  [ ] Acute  [ ] Chronic

Results: (Best Effort)

| | Predicted | Bronchodilation | |
|---|---|---|---|
| | | Before | After |
| FEV₁ L/BTPS | | | |
| FVC L/BTPS | | | |

B. Check as appropriate (if "poor", explain in No. 12 "Additional Comments")

Miner's Cooperation:  [ ] Good   [ ] Fair   [ ] Poor

Miner's ability to understand instructions and follow directions:  [ ] Good   [ ] Fair   [ ] Poor

C. Was equipment calibrated before the test?   [ ] Yes   [ ] No

D. Testing Facility Name and Address:

E. Arterial Blood Gas Test

Date of test: MM DD YY

Pt.'s condition:  [ ] Acute  [ ] Chronic

| Results: | PO₂ | PCO₂ | PH |
|---|---|---|---|
| | | | |

F. Air Intake:  [ ] On room air   [ ] On O₂ @ _____ LPM

G. Time Sample Drawn _____    Iced [ ] Yes  [ ] No    Time Sample Analyzed _____

H. Was equipment calibrated before the test?   [ ] Yes   [ ] No

I. Testing Facility Name and Address

**RECEIVED SEP 1 9 2000**

Form CM-893
Rev. Dec. 1990

500688.061.0104

## 11. DOL/DCMWC REIMBURSEMENT STANDARDS

11a.  **For nebulizer equipment with compressor motor:** requires Pulmonary Function Test results that indicate a 50% reduction with a demonstrated 10% or greater increase after bronchodilation; or $FEV_1$ of 1.0L or less (See 11h).

11b.  **For Home $O_2$ delivery equipment:** requires a $pO_2$ value of 60 mmHg or less on room air during a chronic state with corresponding $pCO_2$ and pH values. The $pO_2$ value should be 55 mmHg or less when an $O_2$ concentrator or liquid $O_2$ system is prescribed. If the ABG is done while the patient is on $O_2$, the $pO_2$ standard = 80 mmHg for all oxygen equipment. (See 11h.). All medical evidence to support your request will be considered.

11c.  **Hospital bed:** must be justified by PF test results indicating an $FEV_1$ equal to or less than 40% of predicted, or chronic hypoxia ($pO_2$ of 55 mmHg or less).

11d.  **Prescriptions for home care:** must include objective test results or comparable clinical data, explanation why the patient is homebound, and a specific schedule of services to be rendered, including the total number and frequency of prescribed visits. Indicate the type of medical professional (PA, RN, LPN, RT) providing care. Use number 12, below, and/or attach separate sheet.

11e.  **Prescription for pulmonary rehabilitation services:** must include objective test results that justify extent (i.e., level) of rehabilitation prescribed. All services for pulmonary rehabilitation must be categorized by Impairment Level (AMA - Guides to the Evaluation of Permanent Impairment, 2nd Ed. 1984). Also, all pulmonary rehabilitation protocols must be prior-approved. Use number 12, below, and/or attach separate sheet.

11f.  **Commodes:** will be purchased for patients unable to use an available bathroom facility due to a pulmonary impairment. Objective test requirements:  for ABG, $pO_2$ of 55 mmHg or less; for PFS, $FEV_1$ of 40% or less of predicted.

11g.  **Wheel chairs:** are not a commonly covered item. Requests must include medical support data and will be evaluated individually. Data must support the wheelchair need because of a severe pulmonary impairment.

11h.  **ALL CMN supportive test results:** must be dated 2 months or less prior to prescription for services. Recertification services must be reviewed yearly or at the expiration date.

NOTE: Prescription for indefinite services or those without required objective test data will be returned for specific information. If your request is rejected because your patient's medical condition does not meet DOL reimbursement requirement standards you may, submit other medical evidence to support your prescription request. All evidence will be considered.

---

12.  Comments:

E0100:    ADJUSTABLE CANE

---

### 13. PHYSICIAN/PROVIDER INFORMATION

a. Physician's Name, Address and Phone Number (print or type)

JOHN M. SNYDER
705 MADISON AVENUE
MADISON, WV  25130
(304)369-7964

b. Are you the patient's regular physician or are you actively treating this patient?  Yes ☑  No ☐

If NO, explain why you are prescribing the equipment or services on this form.

c. Date of Visit (the date you examined the patient and determined the need for this prescription):  `8/3/00`  MM DD YY

d. Date that the prescribed treatment or service is authorized to begin:  `8/3/00`  MM DD YY

e. By my signature I certify that I am actively treating this patient (or have provided an explanation, 13b., above) and that the prescribed equipment and/or services on this form are medically necessary for treating this patient's condition. I am also aware that, pursuant to 30 U.S.C. 941, any person who willfully makes any false or misleading statement or representation for the purpose of obtaining any benefit or payment relating to this prescription shall be guilty of a misdemeanor and subject to a fine and/or imprisonment.

Physician's Original Signature (Do not use stamp):  _[signature]_     Date: 9/01/00

Please forward this completed form to the DOL/DCMWC Office which maintains the patient's Black Lung Claim. For further information call TOLL FREE: 1-800-638-7072.  (In MD: 1-800-492-5737)

f. Servicing Provider's Name, Address, Phone No., and PROVIDER NO.:
BOONE HOMECARE SUPPLIES   PROVIDER#
327 STATE STREET        55-0739015-001
MADISON, WV. 25130 (304)369-7964

#### Public Burden Statement

We estimate that it will take an average of 20-40 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of IRM Policy, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0113), Washington, D.C. 20503. DO NOT SEND THE COMPLETED FORM TO EITHER OF THESE OFFICES

500688.061.0105

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

# HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY     SEX M ☐ F ☐ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED Self ☐ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|

| CITY | STATE | 8. PATIENT STATUS Single ☐ Married ☐ Other ☐ | CITY | STATE |
|---|---|---|---|---|

| ZIP CODE | TELEPHONE (Include Area Code) ( ) | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) ( ) |
|---|---|---|---|---|

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES ☐ NO ☐ | a. INSURED'S DATE OF BIRTH MM DD YY     SEX M ☐ F ☐ |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY     SEX M ☐ F ☐ | b. AUTO ACCIDENT?     PLACE (State) YES ☐ NO ☐ | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES ☐ NO ☐ | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☐ If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED *Christopher W. Last*     DATE 9-14-00

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED *Christopher W. Last*

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY     MM DD YY FROM TO |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY     MM DD YY FROM TO |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?     $ CHARGES YES ☐ NO ☐ |
|---|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) 1. ⌐___ ⌐ 3. ⌐___ ⌐ 2. ⌐___ ⌐ 4. ⌐___ ⌐ | 22. MEDICAID RESUBMISSION CODE     ORIGINAL REF. NO. |
|---|---|
| | 23. PRIOR AUTHORIZATION NUMBER |

| 24. | A DATE(S) OF SERVICE From To MM DD YY MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS     MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER     SSN EIN ☐ ☐ | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ☐ NO ☐ | 28. TOTAL CHARGE $ | 29. AMOUNT PAID $ | 30. BALANCE DUE $ |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) SIGNED                    DATE | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # PIN#                    GRP# |
|---|---|---|

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)     **PLEASE PRINT OR TYPE**     FORM HCFA-1500 (12-90) FORM OWCP-1500     FORM RRB-1500

500688.061.0106

Telephone: (304) 369-5170                    DEA #AS 3212329
JOHN M. SNYDER, D.O.
705 Madison Avenue                           Madison, WV 25130

Name _Chlln lch_ Date _9/?/0_

Address _____

℞          w.c.

           C ave

              M. back

                 + knee pen

☐ Label

Refill _____

_____ , D.O.

This prescription may be filled with a generically equivalent drug
product unless the words "Brand Necessary" or "Brand Medically
Necessary" are written, in the practitioner's own handwriting, on this
prescription form.

500688.061.0107

Telephone: (304) 369-5170                                          DEA #AS 3212329

**JOHN M. SNYDER, D.O.**

705 Madison Avenue                                               Madison, WV 25130

Name _Chester Lech_                                     Date _10/10/01_

Address _____

℞                    _TENS UNIT_                    WC.

_____, D.O.

☐ Label

Refill - 0 - 1 - 2 - 3 - 4 - PRN

This prescription may be filled with a generically equivalent drug product unless the words "Brand Necessary" or "Brand Medically Necessary" are written, in the practitioner's own handwriting, on this prescription form.

500688.061.0108

500688.061.0109

FREDERICK C. MARTINEZ, M.D., F.A.C.S.
ADULT AND PEDIATRICS UROLOGY
400 COURT STREET
CHARLESTON, WV 25301
(304) 347-6290         DEA #
LIC. # 10838

NAME _Christopher Estep_ AGE
ADDRESS                 DATE 8/4/02

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

This prescription may be filled with a generically equivalent drug
product unless the words "BRAND NECESSARY" or the words
"BRAND MEDICALLY NECESSARY" are written, in the practitioner's
own handwriting, on this prescription form.

2DUR5012128

500688.061.0110

Telephone: (304) 369-5170                                    DEA #AS 3212329

JOHN M. SNYDER, D.O.

705 Madison Avenue                                           Madison, WV 25130

Name Chrislala Cesh                      Date 8-31-2

Address_____

℞

   Sleeping wedge

☑ Label

Refill - 0 - 1 - 2 - 3 - 4 - PRN

_____, D.O.

This prescription may be filled with a generically equivalent drug product unless the words "Brand Necessary" or "Brand Medically Necessary" are written, in the practitioner's own handwriting, on this prescription form.

500688.061.0111

Telephone: (304) 369-5170          DEA #AS 3212329

**JOHN M. SNYDER, D.O.**

705 Madison Avenue                 Madison, WV 25130

Name _Chris Leck_            Date _3-18-2_

Address _____

℞

     Moist heating PAD

     Mr. Channel VBP

     workers comp

                        _____, D.O.

☐ Label      This prescription may be filled with a therapeutically equivalent drug product unless the words "Brand Necessary" or "Brand Medically Necessary" are written, in the practitioner's own handwriting, on this prescription form.

Refill - 0 - 1 - 2 - 3 - 4 - PRN

500688.061.0112