# CHRISTOPHER WAYNE LESTER

# 12 OF 14



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**     Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**     C-1-01-428

**PERTAIN TO:**     Christopher Wayne Lester

**FROM:**     Eye & Ear Clinic Physicians, Inc.
1306 Kanawha Blvd. East
Charleston, WV 25301
(304) 343-4371

**DELIVER TO:**     Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH 45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688110-0001
THROUGH 500688110-0006.

Case No. **C-1-01-428**

| | |
|---|---|
| **Michael W. Harris** | : **Southern District Court** |
| | : |
| vs. | : **County of Hamilton** |
| | : |
| **Purdue Pharma L.P., et al** | : **State of Ohio** |

Records pertaining to: **Christopher Lester**

Custodian of Records For:    **Eye, Ear, Nose & Throat Physicians of Charleston, Inc.**

I have conducted a thorough search of our files for the requested records, including but not limited to:   patient intake forms and health questionnaires, and/or consent forms, and/or physical examination records, and/or x-rays, and/or pathology slides and/or blocks, and/or all nurses notes and physicians notes, and/or treatment records and reports, and/or prescription records, and/or third-party consultation records, and/or records of treatment at hospitals and other health care providers, and/or test results from outside laboratories, and/or itemized billing records, and/or insurance claims forms, and or personnel records and/or payroll records, and/or academic records, and/or correspondence.

I certify that nothing has been removed from the original file before releasing copies of these records or the originals. The records I am releasing are the original records or exact duplicates of the original records and include each and every record contained in the file on the above-named individual.

_Susan Bath_
AFFIANT

_Kathrin Kiser RHIT, CCS_
WITNESS

_08-04-03_
DATE



DAVID A. PHILLIPS, M.D.
# EYE & EAR CLINIC PHYSICIANS, INC.
Adult & Pediatric Otolaryngology / Head & Neck Surgery

March 14, 2000

Marsha Bailey, M.D.
1418 MacCorkle Avenue, SW
Suite C
Charleston, WV 25303

RE: Christopher W. Lester
BD: ███/71

Dear Dr. Bailey:

Thank you for the referral of Christopher Lester. He presented on 03/14/00 for evaluation of his ears. He reported continued difficulty with headache, mild ear pain, drainage and dizziness after falling off a truck and striking his head on 03/10/00. At the time of this visit he denied any significant pain, drainage or hearing loss but report slight dizziness and unsteadiness.

On physical exam he had normal auricles, external canals and normal tympanic membranes. There is no evidence of external canal or tympanic membrane laceration and no signs of middle ear fluid or blood. There was no tenderness or bruising posterior to the auricle over the mastoids suggestive of a temporal bone fracture. He had no nystagmus and no facial weakness and on audiologic testing he had normal sloping to a mild to moderate high frequency sensorineural hearing loss with symmetric speech discrimination. His test was of somewhat poor reliability but otoacoustic emission testing was normal bilaterally confirming normal cochlear function.

Thus, I counseled him that I saw no signs of temporal bone injury based upon his normal audiologic testing, normal facial nerve function and no signs of nystagmus to suggest vestibular nerve injury. I reassured him regarding his normal physical exam and did not suggest any further evaluation. He will follow up with me as needed.

Again, thank you for the referral and allowing me to participate in his care.

Sincerely,

David A. Phillips, M.D.
DAP:

1306 Kanawha Blvd., East • P.O. Box 3107 • Charleston, WV 25331
304/343-4371 • 1-800-642-3049 (WV) • 304/353-0215 (FAX)

500688.110.0001

# DAVID A. PHILLIPS, M.D.
## OTOLARYNGOLOGY, HEAD & NECK SURGERY

EYE, EAR, NOSE & THROAT PHYSICIANS & SURGEONS OF CHARLESTON, INC.
1306 KANAWHA BOULEVARD, EAST
CHARLESTON, WEST VIRGINIA 25301
304-343-4371 OR 1-800-642-3049

Account Number 197624    Date 03/14/00    S.S. ___-__-334?

Patient Christopher W. Lester    DOB __/__/71    Sex M    Age 28

Address PO Box 1113    Phone (H) 369-4657    (O) _____

Danville, WV 25053    Referred by Marsha Bailey, MD

Parent or Spouse _____    Location C(X)  B( )  CV( )  TV( )

Occupation Denim Trucking Corp.    Insurance O2 WC

**CHIEF COMPLAINT:**

**PRESENT HISTORY:** 28 yom w/hx fell off truck 3/10/00 5:15 AM Prenten
Hit head + shoulder. + hit head on fuel tank.
Lost consciousness off + on 10x.
Had vomiting
Otalgia, AS                                    Social hx
Clear otorrhea, AU                             Tobacco ⊖
HA, u/v, Hearing loss?, AD                     Eo tsl ⊖
           Balance is off.
mild otorrhea   Hard to focus eyes.
           Gets lightheaded.
⊕ otalgia   ⊖ otorrhea   ⊕ dizzy/vertigo
           Headache since accidents

**OPERATIONS:** 1987 - Motorcycle accident - cerebral concussion
1994 - T10, T11, compression to back

**OTHER HOSPITALIZATIONS** ⊖                    Family hx

**Bleeding History** ⊖

**MEDICAL** HTN (—)  DM (—)  MI (—)  ANGINA (—)  STROKE (—)  Lung (+)
                                                Asthma as child
**Medications** ⊖    Allergies NKDA

DAP-101A 12/97

500688.110.0002



EYE & EAR CLINIC PHYSICIANS, INC.
1306 Kanawha Boulevard, East, Charleston, WV  25301 • 343-4371

REFERRING PHYSICIAN    R. AUSTIN WALLACE, M.D.    ROBERT E. POLLARD, M.D.    DAVID A. PHILLIPS, M.D.

NAME: Christopher Lester    AUDIOMETER GSI 61    TEST RELIABILITY fair to poor

IN-PATIENT    EXAMINER L. Dominicci    DATE 3-14-OD

## AUDIOLOGICAL EVALUATION

SPEECH AUDIOMETRY
Speech Reception Threshold (SRT)

| Right Ear | Left Ear |
|---|---|
| 17 | 15 |

Stimulus:
Speech Discrimination (SD)

| 1. Right | | 2. Left | |
|---|---|---|---|
| MCL 50 | 100% | MCL 55 | 100% |
| O.E.M. | | O.E.M. | |

| Right | Hearing Level % | Left | Hearing Level % |
|---|---|---|---|
| O.E.M. | | O.E.M. | |

Sound Field:

| SRT | dB | SD | dB |
|---|---|---|---|
| Stimulus | | | |

MCL = Most comfortable level
DNT = Did not test
CNT = Could not test
HL = Hearing aid evaluation
OAE = Otoacoustic emissions
ABR = Auditory Brainstem Response

Audiological Finding:
mild to moderate S/N loss AU

* See Attached OAE results

Symbols:

| | Unmasked | | Masked | |
|---|---|---|---|---|
| | Right | Left | Right | Left |
| Air | O | X | △ | □ |
| Bone | < | > | | |

SN = Sensorineural
WNL = Within normal limits
HAE = Hearing aid evaluation
EAR = Earmold impression
ABG = Air - Bone Gap

Remarks:
Aud for threshold increase
after OAE testing

Recommendations: Hearing protection in noise—
Possible retest to check reliability

TYMPANOMETRY

| TYPE | |
|---|---|
| PEAK PRESSURE ↑. | |
| CANAL VOLUME | cc |
| REFLEX SCREEN 1000Hz2 | |
| | 2000Hz2 |

NR = No Response

ACOUSTIC REFLEX THRESHOLD

| | STIMULUS RIGHT | STIMULUS LEFT |
|---|---|---|
| | PROBE RT/PROBE LT | PROBE RT/PROBE LT |
| 500 HZ | | |
| 1000 HZ | | |
| 2000 HZ | | |
| REFLEX DECAY (% - 10 SEC.) | | |
| 500 HZ | | |
| 1000 HZ | | |

P = Present    A = Absent

AUD-004 2/99



Pass - indicates normal cochlear function AD.

500688.110.0004



Pass - indicates normal cochlear function 1000 - 2000 Hz AS

500688.110.0005

```
                         LOCATION CODES              DOCTOR CODES

                         F = EYE & EAR CLINIC PHY    19 DAVID A PHILLIPS, MD

EYE & EAR CLINIC PHYSICIANS,INC.
PO BOX 3107                                          29 DAVID A PHILLIPS, MD
CHARLESTON, WV  25331                                39 DAVID A PHILLIPS, MD

PHONE:  (304)343-4371
TAX ID: 550633870


              ITEMIZED STATEMENT FOR ACCT #    197624              PAGE: 1

CHRISTOPHER W LESTER
POST OFFICE BOX 1113
DANVILLE, WV 25053
```

| DATE | DR | PATIENT | LOC | CPT-4 | CODE AND DESCRIPTION | DIAGNOSIS | AMOUNT |
|------|----|---------|-----|-------|---------------------|-----------|--------|
| 03/14/00 | 19 | CHRISTOPHERFW | | 99242 | INITIAL CONSULT INTERMED | 389.18 | 115.00 |
| 04/28/00 | 19 | CHRISTOPHERFW | | | WRK.COMP.PMT/ | 389.18 | (97.71) |
| 04/28/00 | 19 | CHRISTOPHERFW | | | WORK COMP ADJUSTMENT | 389.18 | (17.29) |
| 03/14/00 | 19 | CHRISTOPHERFW | | 52557 | BASIC COMPR AUDIOMETRY | 780.4 | 100.00 |
| 04/28/00 | 19 | CHRISTOPHERFW | | | WRK.COMP.PMT/ | 780.4 | (63.92) |
| 04/28/00 | 19 | CHRISTOPHERFW | | | CLN PROFF ADJUSTMENT | 780.4 | (36.08) |
| 03/14/00 | 19 | CHRISTOPHERFW | | 92587 | OTOACOUSTIC EMISSION LTD | 780.4 | 70.00 |
| 04/28/00 | 19 | CHRISTOPHERFW | | | WRK.COMP.PMT/ | 780.4 | (70.00) |

```
                                       TOTAL CHARGES------    285.00
                                       TOTAL ADJUSTMENTS--    (53.37)

                                       TOTAL PAYMENTS-----   (231.63)

                                       TOTAL OF DETAIL----      0.00
```

500688.110.0006



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**     Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**     C-1-01-428

**PERTAIN TO:**     Christopher Wayne Lester

**FROM:**     Day Surgery Center
4407 MacCorkle Avenue SE
Charleston, WV 25364
(304) 925-3535

**DELIVER TO:**     Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH 45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688048-0001
THROUGH 500688048-0003.

Case No. C-1-01-428

Michael W. Harris                     : Southern District Court
                                      :
vs.                                   : County of Hamilton
                                      :
Purdue Pharma L.P., et al             : State of Ohio

---

Records pertaining to:        **Christopher Lester**

Custodian of Records For:     **Day Surgery Center- Medical and Billing records**

I have conducted a thorough search of our files for the requested records, including but not limited to: patient intake forms and health questionnaires, and/or consent forms, and/or physical examination records, and/or x-rays, and/or pathology slides and/or blocks, and/or all nurses notes and physicians notes, and/or treatment records and reports, and/or prescription records, and/or third-party consultation records, and/or records of treatment at hospitals and other health care providers, and/or test results from outside laboratories, and/or itemized billing records, and/or insurance claims forms, and or personnel records and/or payroll records, and/or academic records, and/or correspondence.

I certify that nothing has been removed from the original file before releasing copies of these records or the originals. The records I am releasing are the original records or exact duplicates of the original records and include each and every record contained in the file on the above-named individual.

_Keith Ann Kidner_
AFFIANT

_Debra R. Watson_
WITNESS

_aug 26, 2003_
DATE

I:\MLSDOCS\Oxycontin\Lester\CERT.DOC

Patient Ledger History - Detail

DAY SURGERY CENTER
4701 MACCORKLE AVENUE SE
CHARLESTON, WV 25364
(304) 352-6646

Page: 1
08/26/03
4:55:02 PM

CHRISTOPHER LESTER (3687)
P.O. BOX 1113

DANVILLE, WV 25053
(304) 369-6657

Billing message: No message assigned

| Trans date | Post date | Facility | Proc/jnl qc | Procedure / journal description | DX1 | Provider | Amount | Due |
|---|---|---|---|---|---|---|---|---|
| 05/16/01 | 08/21/01 | DAYS | WCOMP | Workers Compensation | | SALDANH. | 157.00 | 0.00 |
| 05/16/01 | 08/21/01 | DAYS | WCOMP | Workers Compensation | | SALDANH. | 314.60 | 0.00 |
| 05/16/01 | 08/21/01 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH. | 293.00 | 0.00 |
| 05/16/01 | 08/21/01 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH. | 445.40 | 0.00 |
| 05/16/01 | 05/17/01 | DAYS | 64476 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH. | 450.00 | 0.00 |
| 05/16/01 | 05/17/01 | DAYS | 64475 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH. | 760.00 | 0.00 |
| 06/20/01 | 07/26/01 | DAYS | WCOMP | Workers Compensation | | SALDANH. | 157.00 | 0.00 |
| 06/20/01 | 07/26/01 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH. | 293.00 | 0.00 |
| 06/20/01 | 07/26/01 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH. | 445.40 | 0.00 |
| 06/20/01 | 07/26/01 | DAYS | WCOMP | Workers Compensation | | SALDANH. | 314.60 | 0.00 |
| 06/20/01 | 06/21/01 | DAYS | 64475 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH. | 760.00 | 0.00 |
| 06/20/01 | 06/21/01 | DAYS | 64476 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH. | 450.00 | 0.00 |
| 04/15/02 | 07/16/02 | DAYS | WCOMP | Workers Compensation | | SALDANH. | 315.00 | 0.00 |
| 04/15/02 | 07/16/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH. | 445.00 | 0.00 |
| 04/15/02 | 07/16/02 | DAYS | WCOMP | Workers Compensation | | SALDANH. | 157.00 | 0.00 |
| 04/15/02 | 07/16/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH. | 293.00 | 0.00 |
| 04/29/02 | 04/30/02 | DAYS | 64476 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH. | 450.00 | 0.00 |
| 04/29/02 | 04/30/02 | DAYS | 64475 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH. | 760.00 | 0.00 |
| 06/05/02 | 06/27/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH. | 293.00 | 0.00 |
| 06/05/02 | 06/27/02 | DAYS | WCOMP | Workers Compensation | | SALDANH. | 315.00 | 0.00 |
| 06/05/02 | 06/27/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH. | 445.00 | 0.00 |
| 06/05/02 | 06/27/02 | DAYS | WCOMP | Workers Compensation | | SALDANH. | 157.00 | 0.00 |
| 06/11/02 | 06/12/02 | DAYS | 64475 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH. | 760.00 | 0.00 |
| 06/11/02 | 06/12/02 | DAYS | 64476 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH. | 450.00 | 0.00 |
| 11/07/02 | 11/13/02 | DAYS | 64476 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH. | 450.00 | 0.00 |
| 11/07/02 | 11/13/02 | DAYS | 64475 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH. | 760.00 | 0.00 |

**Totals:**

| | | | |
|---|---|---|---|
| Charge: | 6,050.00 | | |
| Payment: | 1,887.20 | CP: | 0.00 |
| Writeoff: | 2,952.80 | CW: | 0.00 |
| Patient bal: | 0 | | |
| Account bal: | 0 | | |

*Record of "Facility" Charges.*

*No Charge for this.*

*this is the only thing we have on our side. Everything else is in Dr. Saldanha's office (CPMC)*

500688.048.0001

08/27/2003 07:40 FAX 304 925 3662     CHARLESTON PAIN MGT     ☒ 003/003

Patient Ledger History - Detail

**CHARLESTON PAIN MANAGEMENT**
4407 MACCORKLE AVENUE SE
CHARLESTON, WV 25364
(304) 925-3535

Page: 1
08/27/03
8:28:54 AM

CHRISTOPHER LESTER (3687)
P.O. BOX 1113

DANVILLE, WV 25053
(304) 369-6657

Billing message: No message assigned

| Trans date | Post date | Facility | Proc/jnl qc | Procedure / journal description | DX1 | Provider | Amount | Due |
|---|---|---|---|---|---|---|---|---|
| 02/28/01 | 03/16/01 | DAYS | WCOMP | Workers Compensation | | SALDANH | 91.32 | 0.00 |
| 02/28/01 | 03/16/01 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 48.68 | 0.00 |
| 02/28/01 | 03/01/01 | DAYS | 99203 | E&M, NEW PATIENT, LEVEL 3 | 847.0 | SALDANH | 140.00 | 0.00 |
| 05/16/01 | 06/05/01 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 256.72 | 0.00 |
| 05/16/01 | 06/05/01 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 271.01 | 0.00 |
| 05/16/01 | 06/05/01 | DAYS | WCOMP | Workers Compensation | | SALDANH | 100.00 | 0.00 |
| 05/16/01 | 06/05/01 | DAYS | WCOMP | Workers Compensation | | SALDANH | 178.99 | 0.00 |
| 05/16/01 | 06/05/01 | DAYS | WCOMP | Workers Compensation | | SALDANH | 123.28 | 0.00 |
| 05/16/01 | 05/17/01 | DAYS | 76005 | FLUOROSCOPIC GUIDANCE AND | 847.0 | SALDANH | 100.00 | 0.00 |
| 05/16/01 | 05/17/01 | DAYS | 64475 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH | 450.00 | 0.00 |
| 05/16/01 | 05/17/01 | DAYS | 64476 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH | 380.00 | 0.00 |
| 06/13/01 | 07/11/01 | DAYS | WCOMP | Workers Compensation | | SALDANH | 53.88 | 0.00 |
| 06/13/01 | 07/11/01 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 84.12 | 0.00 |
| 06/13/01 | 06/14/01 | DAYS | 20550 | INJECTION, TENDON SHEATH, LIC | 847.0 | SALDANH | 138.00 | 0.00 |
| 06/20/01 | 07/11/01 | DAYS | UMWA | UMWA Payment | | SALDANH | 100.00 | 0.00 |
| 06/20/01 | 07/11/01 | DAYS | WCOMP | Workers Compensation | | SALDANH | 178.99 | 0.00 |
| 06/20/01 | 07/11/01 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 271.01 | 0.00 |
| 06/20/01 | 07/11/01 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 256.72 | 0.00 |
| 06/20/01 | 07/11/01 | DAYS | WCOMP | Workers Compensation | | SALDANH | 123.28 | 0.00 |
| 06/20/01 | 06/21/01 | DAYS | 64475 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH | 450.00 | 0.00 |
| 06/20/01 | 06/21/01 | DAYS | 76005 | FLUOROSCOPIC GUIDANCE AND | 847.0 | SALDANH | 100.00 | 0.00 |
| 06/20/01 | 06/21/01 | DAYS | 64476 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH | 380.00 | 0.00 |
| 11/05/01 | 11/28/01 | DAYS | WCOMP | Workers Compensation | | SALDANH | 49.98 | 0.00 |
| 11/05/01 | 11/28/01 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 88.02 | 0.00 |
| 11/05/01 | 11/12/01 | DAYS | 20550 | INJECTION, TENDON SHEATH, LIC | 847.0 | SALDANH | 138.00 | 0.00 |
| 02/25/02 | 02/26/02 | DAYS | 99213 | E&M, ESTAB, LEVEL 3 | 847.0 | SALDANH | 65.00 | 0.00 |
| 02/28/02 | 03/18/02 | DAYS | WCOMP | Workers Compensation | | SALDANH | 41.16 | 0.00 |
| 02/28/02 | 03/18/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 23.84 | 0.00 |
| 04/29/02 | 05/23/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 285.36 | 0.00 |
| 04/29/02 | 05/23/02 | DAYS | WCOMP | Workers Compensation | | SALDANH | 164.64 | 0.00 |
| 04/29/02 | 05/23/02 | DAYS | WCOMP | Workers Compensation | | SALDANH | 95.76 | 0.00 |
| 04/29/02 | 05/23/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 4.24 | 0.00 |
| 04/29/02 | 06/24/02 | DAYS | WCOMP | Workers Compensation | | SALDANH | 114.24 | 0.00 |
| 04/29/02 | 06/24/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 265.76 | 0.00 |
| 04/29/02 | 04/30/02 | DAYS | 64476 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH | 380.00 | 0.00 |
| 04/29/02 | 04/30/02 | DAYS | 64475 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH | 450.00 | 0.00 |
| 04/29/02 | 04/30/02 | DAYS | 76005 | FLUOROSCOPIC GUIDANCE AND | 847.0 | SALDANH | 100.00 | 0.00 |
| 06/11/02 | 06/27/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 265.76 | 0.00 |
| 06/11/02 | 06/27/02 | DAYS | WCOMP | Workers Compensation | | SALDANH | 95.76 | 0.00 |
| 06/11/02 | 06/27/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 4.24 | 0.00 |
| 06/11/02 | 06/27/02 | DAYS | WCOMP | Workers Compensation | | SALDANH | 164.64 | 0.00 |
| 06/11/02 | 06/27/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 285.36 | 0.00 |
| 06/11/02 | 06/27/02 | DAYS | WCOMP | Workers Compensation | | SALDANH | 114.24 | 0.00 |
| 06/11/02 | 06/13/02 | DAYS | 64475 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH | 450.00 | 0.00 |
| 06/11/02 | 06/13/02 | DAYS | 76005 | FLUOROSCOPIC GUIDANCE AND | 847.0 | SALDANH | 100.00 | 0.00 |
| 06/11/02 | 06/13/02 | DAYS | 64476 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH | 380.00 | 0.00 |
| 10/14/02 | 10/15/02 | DAYS | 99213 | E&M, ESTAB, LEVEL 3 | 847.0 | SALDANH | 65.00 | 0.00 |

**500688.048.0002**

Patient Ledger History - Detail

**CHARLESTON PAIN MANAGEMENT**
4407 MACCORKLE AVENUE SE
CHARLESTON, WV 25364
(304) 925-3535

Page: 2
08/27/03
8:28:54 AM

CHRISTOPHER LESTER (3687)
P.O. BOX 1113

DANVILLE, WV 25053
(304) 369-6657

Billing message: No message assigned

| Trans date | Post date | Facility | Proc/jnl qc | Procedure / journal description | DX1 | Provider | Amount | Due |
|---|---|---|---|---|---|---|---|---|
| 10/31/02 | 11/04/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 28.46 | 0.00 |
| 11/07/02 | 11/25/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 21.46 | 0.00 |
| 11/07/02 | 11/25/02 | DAYS | WCOMP | Workers Compensation | | SALDANH | 150.36 | 0.00 |
| 11/07/02 | 11/25/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 299.64 | 0.00 |
| 11/07/02 | 11/25/02 | DAYS | WCOMP | Workers Compensation | | SALDANH | 103.32 | 0.00 |
| 11/07/02 | 11/25/02 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 276.68 | 0.00 |
| 11/07/02 | 11/25/02 | DAYS | WCOMP | Workers Compensation | | SALDANH | 78.54 | 0.00 |
| 11/07/02 | 11/08/02 | DAYS | 76005 | FLUOROSCOPIC GUIDANCE AND | 847.0 | SALDANH | 100.00 | 0.00 |
| 11/07/02 | 11/08/02 | DAYS | 64476 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH | 380.00 | 0.00 |
| 11/07/02 | 11/08/02 | DAYS | 64475 | INJECTION, ANESTHETIC AGENT; | 847.0 | SALDANH | 450.00 | 0.00 |
| 12/18/02 | 01/06/03 | DAYS | WCOMP | Workers Compensation | | SALDANH | 36.54 | 0.00 |
| 12/18/02 | 01/06/03 | DAYS | WC ADJ | Workers Compensation Adjustment | | SALDANH | 28.46 | 0.00 |
| 12/18/02 | 12/19/02 | DAYS | 99213 | E&M, ESTAB, LEVEL 3 | 847.0 | SALDANH | 65.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **Totals:** Charge: | 5,261.00 | | |
| Payment: | 2,195.46 | CP: | 0.00 |
| Writeoff: | 3,065.54 | CW: | 0.00 |
| Patient bal: | 0 | | |
| Account bal: | 0 | | |

500688.048.0003



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**     Michael W. Harris, et al.

vs. ·

Purdue Pharma L.P., et al.

**CASE NO:**     C-1-01-428

**PERTAIN TO:**     Christopher Wayne Lester

**FROM:**     Charleston Pain Management Consultants, Inc.
4407 MacCorkle Avenue SE
Charleston, WV 25304
(304) 925-3535

**DELIVER TO:**     Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH 45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688017-0001
THROUGH 500688017-0092.

LESTER, CHRISTOPHER - SSN:233153340                                    Page 1 of 2

**Day Surgery Center**

**4407 MacCorkle Ave. SE
Charleston, WV 25304**

**304-925-3535**

Patient History for:

Chart # 3687
Patient : LESTER, CHRISTOPHER          SSN ▇▇▇-3340
Address : P.O. BOX 1113                DOI : 03/10/2000
          DANVILLE, WV25053            Claim # : 2000046841
DOB : ▇▇/1971                          Phone # : (304) 369-6657

---

**12/18/2002**
  **Transcription Note(s):**
    1. Created By: Kimber D Marcum   (12/19/2002 10:46:00 AM)

    **FOLLOWUP NOTE:** Mr. Lester presents to us today with continued complaints of cervico dorsal and lumbar pain with numbness radiating into his right lower extremity. He describes his pain as ranging from aching, burning and moderate to severe in nature, aggravated with increased walking and standing, relieved somewhat with rest, application of heat and pain medications. He was seen in our office last month and received a lumbar facet injection, however he cannot recall having this procedure and is uncertain as to whether this benefitted him at that time. He reports, however, that he does not feel that our injection modalities, including lumbar facets and lumbar trigger point injections have alleviated any of his discomfort. Therefore, we do not find indication to proceed with additional injections.

    **PFMSH:** Allergies none. He is permanently disabled. Other chronic medical conditions include CVA, seizure disorder and depression.

    **CURRENT MEDICATIONS:** OxyContin, Lipitor, Flexeril, Trazadone, Topamax, Effexor, and Aspirin.

    **PHYSICAL EXAMINATION:** Blood pressure is stable at 139/84, heart rate is 107, respirations are 14. He is a friendly and cooperative, obese, young white male. He ambulates with a slight limp and uses a cane. He has a normal cervical and limited lumbar range of motion on flexion and extension. His SLR's are negative bilaterally at 90 degrees. He has a moderate amount of bilateral lumbar facet tenderness on exam. His reflexes remain +2 to his upper and lower extremities. His motor strength is 5/5 without gross neuro sensory deficits.

    **DIAGNOSIS/PLAN OF TREATMENT:** (847.0) Cervical strain, (721.3) Lumbar spondylosis and (847.2) Chronic lumbar strain.

    At this time, we have discharged Mr. Lester from our practice, as we do not feel that further injection modalities will improve his pain or condition. His PCP is to continue with his narcotic administration, as currently being prescribed. However, we do recommend that Mr. Lester have Urine Drug Screens at random on a bi-yearly to yearly basis, as well as pill counts.

                                                                    12/19/2002

                                            DEC 1 9 2002

                                                    500688.017.0001

LESTER, CHRISTOPHER - SSN:233153340 · Page 2 of 2

Thank you for allowing us to participate in the evaluation and care of Mr. Lester, as he will now follow with Madison Medical, PLLC.

cc: **WC / Donna Curry**

   **Madison Medical, PLLC**

**Dictated: Hester Hartman, PAC**

Approved By: Francis M Saldanha (12/19/2002 11:17:00 AM)

DEC 1 9 2002                12/19/2002

500688.017.0002

**DAY SURGERY CENTER**
**PATIENT FOLLOWUP VISIT**

PATIENT: Christopher W Lester Sr        SS#: ~~██████~~ -3340
ADDRESS: P. O. Box 1115        DOI: 8 10 2000
Davilla LV 23053        CLM: 2 0000 46841
PT. DOB: ~~████~~ 71        PH: 269 6657
INSURANCE: W/C        DATE: 12 18 02

**REASON FOR VISIT:** ☐ Routine Follow up    ☐ Prescription Refill    ☑ New Problem ( See Below ) *

**CHIEF AREA OF PAIN:**
(RED)

**QUALITY:** ☑ Aching : ☐ Dull : ☑ Burning

**SEVERITY:** ☐ Mild  ☐ Moderate  ☑ Severe

Aggravated by:  movment

Relived by:  haat / Pain meds

**CHIEF AREA OF NUMBNESS:**
(BLUE)

**ALLERGIES:** None

**Employment Status:** ☐ Working   ☐ Retired   ☐ SSI   ☐ Temporarily Disabled
☑ Permanently Disabled

**ASSOCIATED OTHER MEDICAL PROBLEMS:**

High Blood Pressure ☐    Diabetes ☐    Angina ☐    Arthritis ☐    Other ☐

**LIST PRESCRIPTION PAIN MEDICATIONS:**
Oxycetin

**OTHER MEDICATIONS:**
Effexor,        Aspirn
Tradadol        Flexaril
Lipidor

**SEEING OTHER PHYSICIANS? PLEASE LIST:**

***NEW PROBLEM?        PLEASE DESCRIBE:**

BP: 139/84
HR: 107

10/16/00  08:13        TX/RX NO.4123        P.001

500688.017.0003

*PHYSICIAN AND OFFICE USE ONLY*

**Physical Exam**          ☐ N/A

**Appearance**          ☐ Friendly   ☐ Cooperative   ☐ Anxious   ☐ Depressed

**Gait:**   ☐ Limp   ☐ Painful   ☐ Normal

**ROM:**   ☐ Cervical   ☐ Normal   ☐ Decreased

            ☐ Dorsal/Lumbar   ☐ Normal   ☐ Decreased

**S.L.R.:** N/A   (R) Negative   (L) Negative   (R) +Back & Leg Pain   (L) +Back & Leg Pain

| **Tenderness:** | Neck | ☐ None | ☐ Moderate | ☐ Severe |
|---|---|---|---|---|
| | Back | ☐ None | ☐ Moderate | ☐ Severe |
| | Other: | | | |

| **Reflexes:** | | | | |
|---|---|---|---|---|
| | RUE | NL | ↓ | ↑ |
| | LUE | NL | ↓ | ↑ |
| | RLE | NL | ↓ | ↑ |
| | LLE | NL | ↓ | ↑ |

**Sensory/Motor:**

**ICD Code/Diagnosis:**

**Comments/Plan of Treatment:**

**Dictation:**   F/U   Request Rx   Request Injections   Request Labs

            F/U Letter to Ref.   Conference   Insurance   Attorney

500688.017.0004

LESTER, CHRISTOPHER - SSN:233153340                                    Page 1 of 1

**Day Surgery Center**

**4407 MacCorkle Ave. SE**
**Charleston, WV 25304**

*51*

**304-925-3535**

Patient History for:

Chart # 3687

Patient : LESTER, CHRISTOPHER                  SSN ████3340
Address : P.O. BOX 1113                        DOI : 03/10/2000
          DANVILLE, WV 25053                   Claim # : 2000046841
DOB ████/1971                                  Phone # : (304) 369-6657

**11/7/2002**
   **Transcription Note(s):**
   1. Created By: Kimber D Marcum   (11/7/2002 1:52:00 PM)

      Mr. Lester presents to us today for his injection and he had facet injections today. He
      remains disabled due to his multiple medical problems. He was discharged in good
      condition, with no further questions. He'll be back for an epidural next month.

      Diagnosis:  Cervical strain (847.0), lumbar spondylosis (721.3) and chronic lumbar strain
      (847.2).

      **cc:  WC**

      **FMS/kdm**

      Approved By: Francis M Saldanha  (11/7/2002 2:24:00 PM)

NOV 1 1 2002

11/7/2002

500688.017.0005

LESTER, CHRISTOPHER - SSN:233153340                                    Page 1 of 1

**Day Surgery Center**

**4407 MacCorkle Ave. SE
Charleston, WV 25304**

**304-925-3535**

Patient History for:

Chart # 3687
Patient : LESTER, CHRISTOPHER              SSN # ████-3340
Address : P.O. BOX 1113                    DOI : 03/10/2000
          DANVILLE, WV25053                Claim # : 2000046841
DOB : ████/1971                            Phone # : (304) 369-6657

---

**10/14/2002**
  **Transcription Note(s):**
  . 1. Created By: Kimber D Marcum   (10/15/2002 1:57:00 PM)

  **FOLLOWUP NOTE:** Mr. Lester presents to us today with continued complaints of cervico dorsal and lumbar pain with numbness radiating into his right lower extremity. He states that in August of this year he had an acute CVA and since that time has been treated for seizure disorder and has been started on Topamax. He describes his pain as ranging from aching, burning and moderate in severity, aggravated with increased walking and standing, relieved somewhat with rest.

  **PFMSH:** Allergies none. He is permanently disabled. Other chronic medical conditions include CVA, seizure disorder and depression.

  **CURRENT MEDICATIONS:** OxyContin, Lipitor, Flexeril, Trazadone, Topamax, Effexor, and Aspirin.

  **PHYSICAL EXAMINATION:** Blood pressure is stable at 118/76, heart rate is 72, respirations are 14. He is friendly and cooperative. He ambulates with a slight limp and uses a cane. He has a normal cervical and lumbar range of motion on flexion and extension. His SLR's are negative bilaterally. He has a moderate amount of bilateral lumbar facet tenderness on exam. His reflexes remain +2 to his upper and +1 to his lower extremities. His motor strength is 5/5 without gross neuro sensory deficits.

  **DIAGNOSIS/PLAN OF TREATMENT:** (847.0) Cervical strain, (721.3) Lumbar spondylosis and (847.2) Chronic lumbar strain.

  * **At this time, we would like to request that Workers' Compensation authorize 2 sessions of lumbar facet injections to be given over the next 8-month period.**

  Tentatively, he has been scheduled to return to our office in one month for this procedure.

  **cc: WC / Donna Curry**

  **Dictated: Hester Hartman, PAC**

                                                                    OCT 1 7 ᵈᵈᵈ
Approved By: Francis M Saldanha  (10/15/2002 2:16:00 PM)
                                                                    10/17/2002

500688.017.0006

'16/2000 MON 21:09  FAX 304 925 2924 FRANCIS M SALVARDA

## DAY SURGERY CENTER
## PATIENT FOLLOWUP VISIT

PATIENT: Chris Lester
ADDRESS: P. O. Box 110
Danville WV 25053
PT. DOB: ___

SS#: ___ 5340
DOI: 3-12-00
CLM: 2005081684?
PH: 369 6657

INSURANCE: W/C

DATE: 10-14-02

**REASON FOR VISIT:** ☑ Routine Follow up    ☐ Prescription Refill    ☐ New Problem ( See Below ) *

**CHIEF AREA OF PAIN:**
(RED)

**QUALITY:** ☐ Aching : ☐ Dull    ☐ Burning

**SEVERITY:** ☐ Mild    ☑ Moderate    ☑ Severe

Aggravated by:

Relived by:

**CHIEF AREA OF NUMBNESS:**
(BLUE)

ALLERGIES: None

Employment Status: ☐ Working    ☐ Retired    ☐SSI    ☐Temporarily Disabled
☐Permanently Disabled

**ASSOCIATED OTHER MEDICAL PROBLEMS:**

High Blood Pressure ☐    Diabetes ☐    Angina ☐    Arthritis ☐    Other ☐

**LIST PRESCRIPTION PAIN MEDICATIONS:**
Oxycotin

**OTHER MEDICATIONS:**
Lipitor
Flexeril
Trazadone

Effexor
max
Aspirin

**SEEING OTHER PHYSICIANS?  PLEASE LIST:**

**\*NEW PROBLEM?**        PLEASE DESCRIBE:

10/16/00  08:13    TX/RX NO.4123    P.001

500688.017.0007

10/16/2000 MON 11:09   FAX 304 925 2924 FRANCIS M SALDANHA MD                    @002/002

## PHYSICIAN AND OFFICE USE ONLY

**Physical Exam**          ❏ N/A

**Appearance**             ❏ Friendly  ❏ Cooperative  ❏ Anxious  ❏ Depressed

**Gait:** ❏ Limp          ❏ Painful   ❏ Normal

**ROM:** ❏ Cervical   ❏ Normal    ❏ Decreased

    ❏ Dorsal/Lumbar   ❏ Normal   ❏ Decreased

**SLR:** N/A  (R) Negative  (L) Negative  (R) +Back & Leg Pain  (L) +Back & Leg Pain

| Tenderness: | Neck | ❏ None | ❏ Moderate | ❏ Severe |
|---|---|---|---|---|
| | Back | ❏ None | ❏ Moderate | ❏ Severe |
| | Other: | | | |

| Reflexes: | RUE | NL | ↓ | ↑ |
|---|---|---|---|---|
| | LUE | NL | ↓ | ↑ |
| | RLE | NL | ↓ | ↑ |
| | LLE | NL | ↓ | ↑ |

**Sensory/Motor:**

**ICD Code/Diagnosis:**

**Comments/Plan of Treatment:**

**Dictation:**   F/U      Request Rx      Request Injections      Request Labs

    F/U Letter to Ref.   Conference     Insurance      Attorney

10/16/00  08:13      TX/RX NO.4123      P.002

500688.017.0008

LESTER, CHRISTOPHER – SSN:233153340                                        Page 1 of 1

## Day Surgery Center

### 4407 MacCorkle Ave. SE
### Charleston, WV 25304

**304-925-3535**

Patient History for:

Chart # 3687

Patient : LESTER, CHRISTOPHER                SSN ▓▓▓▓▓3340
Phone # : 3043696657                         DOB ▓▓▓▓1971

**6/11/2002**
  **Transcription Note(s):**
    1. Created By: Kimber D Marcum   (6/12/2002 8:51:00 AM)
       Approved By: Francis M Saldanha  (6/12/2002 1:13:00 PM)

   **CL#: 2000046841  DOI: 03/10/2000**

   Mr. Lester presents to us today for his facet injections. The good news is that these do
   help him.  He of course is disabled from gainful employment due to multiple injuries, but
   he would like to continue with these treatments if necessary.  I have recommended that
   he come back in 3 months for a re-evaluation and I'll decide at that time if further
   injections are necessary.

   **cc:  WC**

   **FMS/kdm**

6/13/2002

500688.017.0009

**DAY SURGERY CENTER**
**PROGRESS NOTES**

**CHART # 3687**

| | | |
|---|---|---|
| **PATIENT:** Christopher Lester | **SS#:** | ████-3340 |
| **ADDRESS:** | **DOI:** | 03/10/2000 |
| | **CL#:** | 2000046841 |
| **PT. DOB:** | **PH#:** | 304-369-6657 |

**EXAM DATE:** April 29, 2002

**REQUESTING CONSULTING PHYSICIAN:**

**EXAMINING PHYSICIAN:** Francis M. Saldanha, MD

**FOLLOWUP NOTE:** Mr. Lester presents to us today for his bilateral lumbar facet joint injection, these were carried out without difficulty or experienced complications and he was discharged in stable condition. We would like to request that Workers' Compensation authorize a 3-month extension for Mr. Lester to receive his last requested lumbar facet injection. Mr. Lester has been tentatively scheduled to return to our office in July for his last session of lumbar facet injections, at which time we will reassess his progress.

_Hester Hartman, PAC_

Hester Hartman, PAC

_Francis M. Saldanha, MD_

Francis M. Saldanha, MD

D: 04-29-02/HH
T: 04-30-02/kdm
cc: WC/Paul Maynard



500688.017.0010

**DAY SURGERY CENTER**
**PROGRESS NOTES**

**CHART #3687**

PATIENT:___ **CHRISTOPHER LESTER**          SS#: ~~●●●~~ 5-3340
ADDRESS:_____          DOI:___ 03/10/00
                                     CL#:___ 2000046841
PT. DOB:___ ~~●●●~~71                PH: _____

EXAM DATE:___ 02-25-02

REQUESTING CONSULTING PHYSICIAN:_____

EXAMINING PHYSICIAN:___ **Francis M. Saldanha, M.D.**

---

**FOLLOW-UP:** Mr. Lester returned today for reevaluation. His last visit was on 11/05/01. I saw him first on 02/28/01. He has had chronic shoulder and back pain following work related injuries. He has suffered from injuries since he fell off a coal truck in March 2000.

**FMFSH:** He has no bladder or bowel dysfunction but has problems with asthma. His workup is fairly extensive and essentially negative for disc herniations. He remains disabled. He is on several medications prescribed by his family physician and they have been listed in his patient information sheet. He has no allergies. Family history is noncontributory.

**PHYSICAL EXAMINATION:** Blood pressure 126/88, heart rate 84, respirations 14. Mr. Lester is friendly and cooperative on exam. He ambulates without much difficulty but uses a cane. He remains fairly obese. He has a significant reduction in his range of motion of the neck and back. There is diffuse facet tenderness. SLR's are negative for severe sciatica on either side. There are no acute focal, motor or sensory deficits. Range of motion of the upper extremities is normal with normal tone, sensory and motor function, etc.

**ASSESSMENT/PLAN OF TREATMENT:** Lumbar facet arthropathy. I request Workers' Compensation Fund to authorize two sessions of lumbar facet joint injections since they have helped him in the past. At this point I have nothing else to offer him and after these two injections we will probably give him a break for the rest of the year. I will proceed with authorization has been obtained.

_Francis M. Saldanha, M.D._

Francis M. Saldanha, M.D.

FMS/bpa:5584
d: 02/25/02
t: 02/25/02

cc:    Workers' Compensation Fund



500688.017.0011

**DAY SURGERY CENTER**
**PATIENT FOLLOWUP VISIT**

PATIENT: _Chris Lester_          SS#: ~~_____~~ -3340
ADDRESS: _P. O. Box 1112_        DOE: _3-10-00_
_Beaville WV 2500C_              CLM: _____
PT. DOB: ~~_____~~ 71         PH: _____
INSURANCE: _W/C_                 DATE: _02.25.02_

**REASON FOR VISIT:** ☑ Routine Follow up    ☐ Prescription Refill    ☐ New Problem ( See Below) •

**CHIEF AREA OF PAIN:**
(RED)

**QUALITY:** ☐ Aching ☐ Dull ☑ Burning

**SEVERITY:** ☐ Mild ☐ Moderate ☑ Severe

Aggravated by: _walking moving around_    RIGHT ☐ ☐ LEFT    LEFT ☐ ☐ RIGHT

Relived by: _sitting or laying_

**CHIEF AREA OF NUMBNESS:**
(BLUE)

**ALLERGIES:** _None_

**Employment Status:** ☐ Working ☐ Retired ☐ SSI ☐ Temporarily Disabled
☑ Permanently Disabled

**ASSOCIATED OTHER MEDICAL PROBLEMS:**

High Blood Pressure ☐    Diabetes ☐    Angina ☐    Arthritis ☐    Other ☐

**LIST PRESCRIPTION PAIN MEDICATIONS:**
_Oxycodin   40_           _____
_Flexeril   10_           _____

**OTHER MEDICATIONS:**
_Effexor_                 _____
_Family_                  _____
_Visteral_                _____

**SEEING OTHER PHYSICIANS? PLEASE LIST:**
_Dr. Snyder   Dr. King_

**"NEW PROBLEM?          PLEASE DESCRIBE:**
_Constent Pain in lower back and legs_

_124188_

500688.017.0012

## DAY SURGERY CENTER
## PROGRESS NOTES

### CHART #    3687

PATIENT:   Christopher Lester                SS#:   ████-██-3340
ADDRESS:   P. O. Box 1113                     DOI:   03/10/00
           Danville, WV 25053                 CL#:   2000046841
PT'S DOB: ██/██/71                            PH#:   304-369-6657

EXAM DATE: November 5, 2001

REQUESTING CONSULTING PHYSICIAN:   J. Mark Snyder, MD

EXAMINING PHYSICIAN:      Francis M. Saldanha, MD

---

**FOLLOWUP:** Christopher Lester is here for his trigger point injections. This is the last treatment. He states there is no doubt that the facet joint injections have given him good relief. I'd like to re-evaluate him in a couple of months and make a decision regarding further treatment at that time. He was discharged in good condition. FMS/las

                                   _Francis M. Saldanha, MD_

D:   11-05-01
T:   11-05-01

500688.017.0013

## DAY SURGERY CENTER
## PROGRESS NOTES

### CHART #     3687

PATIENT:  <u>Christopher Lester</u>               SS#:  <u>▮▮▮-3340</u>
ADDRESS:  <u>P. O. Box 1113</u>                    DOI:  <u>03/10/00</u>
          <u>Danville, WV  25053</u>              CL#:  <u>2000046841</u>
PT'S DOB:  <u>▮▮/71</u>                            PH#:  <u>304-369-6657</u>

EXAM DATE: <u>June 20,  2001</u>

REQUESTING CONSULTING PHYSICIAN:  <u>J. Mark Snyder, MD</u>

EXAMINING PHYSICIAN:  <u>Francis M. Saldanha, MD</u>

---

**FOLLOWUP:** Christopher Lester is not doing too well overall, but we are trying our best to help him. He had his facet injections performed today and he'll be back in two or three weeks for his final treatment. We'll reassess his progress at that time.  FMS/las

_(signature)_

Francis M. Saldanha, MD

D:  06-20-01
T:  06-20-01

500688.017.0014

**DAY SURGERY CENTER**
**PROGRESS NOTES**

**CHART #    3687**

PATIENT:   Christopher Lester                     SS#: ▓▓▓-3340
ADDRESS:   P. O. Box 1113                          DOI:   03/10/00
           Danville, WV  25053                     CL#:   2000046841
PT'S DOB: ▓▓/71                                    PH#:   304-369-6657

EXAM DATE: June 20,  2001

REQUESTING CONSULTING PHYSICIAN:    J. Mark Snyder, MD

EXAMINING PHYSICIAN:     Francis M. Saldanha, MD

---

**FOLLOWUP:** Christopher Lester is not doing too well overall, but we are trying our best to help him. He had his facet injections performed today and he'll be back in two or three weeks for his final treatment. We'll reassess his progress at that time. FMS/las

Francis M. Saldanha, MD

D:   06-20-01
T:   06-20-01

500688.017.0015