# CHRISTOPHER WAYNE LESTER

# 13 OF 14

## DAY SURGERY CENTER
## PROGRESS NOTES

### CHART #    3687

**PATIENT:**  Christopher Lester                     SS#▮▮▮▮▮-3340
**ADDRESS:**  P. O. Box 1113                          DOI:  03/10/00
            Danville, WV 25053                       CL#:  2000046841
**PT'S DOB:** ▮▮▮▮/71                                 PH#:  304-369-6657

**EXAM DATE: June 13, 2001**

**REQUESTING CONSULTING PHYSICIAN:**   J. Mark Snyder, MD

**EXAMINING PHYSICIAN:**    Francis M. Saldanha, MD

---

**FOLLOWUP:** Christopher Lester returns for his trigger point injections. I'm not too optimistic about this man's long-term prognosis and he certainly does not seem very well motivated at all to return to work. In my initial evaluation I felt he should be rated as having reached MMI after the treatment was completed. In any case, I'm going to repeat his facet injections next week and the week after complete the treatment. At that point I am going to seriously re-evaluate him and make recommendations regarding his MMI status. Hopefully that will encourage him to get back to some form of gainful employment. FMS/las

*[signature]*

Francis M. Saldanha, MD

D:  06-13-01
T:  06-13-01
cc:  WV Workers' Compensation

500688.017.0016

# DAY SURGERY CENTER
## PROGRESS NOTES

### CHART # 3687

| | | | | |
|---|---|---|---|---|
| **PATIENT:** | Christopher Lester | | **SS#:** | ▬▬-3340 |
| **ADDRESS:** | P. O. Box 1113 | | **DOI:** | 03/10/00 |
| | Danville, WV 25053 | | **CL#:** | 2000046841 |
| **PT'S DOB:** | ▬▬/71 | | **PH#:** | 304-369-6657 |

**EXAM DATE:** May 16, 2001

**REQUESTING CONSULTING PHYSICIAN:** J. Mark Snyder, MD

**EXAMINING PHYSICIAN:** Francis M. Saldanha, MD

**FOLLOWUP:** Christopher Lester returns today for his first treatment. I've reviewed his initial evaluation in detail and he had no further questions. Facet injections were carried out without difficulty. I'll see him again as needed. FMS/las

Francis M. Saldanha, MD

D: 05-16-01
T: 05-21-01

500688.017.0017

**DAY SURGERY CENTER**
**HISTORY AND PHYSICAL**

### CHART # 3687

PATIENT:   **Christopher Lester**                    SS#: ██████3340

ADDRESS:   **P. O. Box 1113**                        DOI:  **03/10/00**

          **Danville, WV 25053**                     CL#:  **2000046841**

PT'S DOB: ██████71                                   PH#:  **304-369-6657**

EXAM DATE: **February 28, 2001**

REQUESTING CONSULTING PHYSICIAN:   **J. Mark Snyder, MD**

EXAMINING PHYSICIAN:_____ **Francis M. Saldanha, MD**

**CHIEF COMPLAINT:** Chronic low back pain, left shoulder pain, as well as some neck pain.

**HISTORY OF PRESENT ILLNESS:** Christopher Lester is a 29-year-old white male who was referred to me by Dr. Snyder. He suffered work-related injuries about a year ago. He suffered previous injuries in 1993, and was off for almost four and a half years. He was treated with trigger point injections, etc., by Dr. Nelson and eventually returned to work. He got hurt when he fell off a coal truck last March and has been under the care of Dr. Snyder. He has been off work since then. He is scheduled to follow up with Dr. Loimil regarding his left shoulder. He described chronic back pain, aggravated by increased walking, standing, twisting and bending, etc. He also noted that any range of motion involving the left shoulder girdle produced a lot of pain. He also has increasing pain in the neck.

**REVIEW OF SYSTEMS:** A review of systems indicates that he has problems with asthma. He has no hypertension, diabetes, bladder or bowel dysfunction.

**NEURORADIOLOGIC WORKUP:** His workup has been fairly extensive and it appears that his cervical and lumbar MRIs were negative for disc herniations, etc.

**PFMSH:** He used to work as a coal truck driver. He has had no surgical procedures in the past. There is no litigation pending and he does not smoke or consume alcoholic beverages.

**CURRENT MEDICATION:** His medications include OxyContin, Flexeril, Paxil and Ativan, prescribed by Dr. Snyder.

**PHYSICAL EXAMINATION:**

Vital signs: Blood pressure was 151/119, heart rate 89 and respiration 16.

Appearance and Demeanor: Friendly and cooperative.



History and Physical
RE: Christopher Lester
February 28, 2001
Page 2

Gait: Slow and painful.

Ability to perform calf raises and squat: He cannot perform calf raises or squat.

Orientation to time, place and person: Normal.

Tests of coordination (finger/nose): Normal.

Cranial Nerves:
III, IV and VI: Normal eye movements.
V: Normal sensation over face
VII: Facial grimace, symmetrical.
VIII: No hearing impairment.
XI: Shoulder shrug equal.
XII: Tongue in the mid-line.

Stance: Painful.

Skin examined for scars, psoriasis, eczema, tattoos, etc.: Negative findings.

Cervical adenopathy: None.

Peripheral vascular system examined for edema, swelling and varicose veins: Negative findings.

Cervical/Thoracic Spine Exam:
Inspected for stiffness, torticollis, deviation, scoliosis, etc: Negative findings.

Palpated for significant tenderness of the paraspinous muscles, facet joints, spinous processes, etc.: Significant tenderness of the right paraspinous musculature.

Range of Motion: Within normal limits.

Lumbosacral Spine exam: Inspected for guarding, spasm, scoliosis, lordotic curve reduction or exaggeration, etc.: Negative findings.

Palpated for significant tenderness of the paraspinous muscles, spinous processes and facet joints: Significant tenderness of the lumbar facet joints on both sides.

Range of Motion: Significantly diminished in all directions.

500688.017.0019

History and Physical
RE: Christopher Lester
February 28, 2001
Page 3

Seated straight leg raising test:  Negative at 90° on both sides, representing a positive Waddell's
sign.

Extremities checked for muscle tone, wasting, atrophy, tremors, etc.:  Negative.

Motor function checked for muscle strength in all extremities:  5/5 muscle strength in both lower
extremities and the right upper extremity.  There is discomfort in the left upper extremity during
muscle strength examination.

Sensory function checked for perception to touch and pinwheel stimulation:  Normal responses.

Reflexes including bilateral biceps, triceps, patella and ankle:  Within normal limits.

**DIAGNOSIS/TREATMENT PLAN AND RECOMMENDATIONS:**    Lumbar  facet
arthropathy and cervical strain, left shoulder arthrosis.  I recommend two sessions of facet joint
injections in the back and trigger point injections in the neck.  I'll proceed as soon as
authorization has been obtained.  I will defer any treatment regarding his left shoulder to Dr.
Loimil.  I recommend that Dr. Snyder continue his medications after the low back injections
have been completed.  I feel he may be deemed as having reached MMI regarding the low back,
but that decision will have to be made by Dr. Snyder and Dr. Mir.  FMS/las

_____
Francis M. Saldanha, MD

D:  02-28-01
T:  03-05-01
cc:  Christopher Lester
     J. Mark Snyder, MD
     Saghir, Mir, MD
     WV Workers' Compensation

LESTER, CHRISTOPHER - SSN:233153340                                    Page 1 of 2

**Day Surgery Center**

**4407 MacCorkle Ave. SE
Charleston, WV 25304**

**304-925-3535**

Patient History for:

Chart # 3687

Patient : LESTER, CHRISTOPHER          SSN: ▮▮▮-3340
Address : P.O. BOX 1113                DOI : 03/10/2000
          DANVILLE, WV 25053           Claim # : 2000046841
          DOB ▮▮▮1971                  Phone # : (304) 369-6657

**11/7/2002**
  **Transcription Note(s):**
    1. Created By: Kimber D Marcum   (11/7/2002 1:53:00 PM)

**OPERATIVE REPORT**

**DIAGNOSIS:** Lumbar Facet Arthropathy, Chronic Lumbar Strain and Cervical Strain

**HISTORY:** Please refer to the initial evaluation and subsequent office notes for details of this patient's history.  The procedure has been discussed in detail and any questions answered.

**SURGEON:** Francis M. Saldanha, MD

**OPERATIVE PROCEDURE:** Lumbar Facet Joint Injections   Levels:  L3-4, 4-5 and 5-S1   Area:  Bilateral

**PROCEDURE AND FINDINGS:** The patient was placed in the prone position and the low back was prepped aseptically. The lumbar facet joints were identified using fluoroscopy guidance and the skin prepped aseptically. The skin overlying each joint level was infiltrated with 1% Xylocaine. 25-gauge 3.5 inch spinal needles were directed into the respective facet levels appropriately. With each needle in satisfactory position, 2 cc of 0.25% Marcaine was injected with 10 mg of Kenalog. The patient tolerated the procedure well, vital signs remained stable, the needles were all removed, there was no active bleeding and the patient was discharged in satisfactory condition.

**Comments:**

*[signature]*

11/7/2002

500688.017.0021

PRG: WEBER, CHRISTOPHER W
ACT#: 3687        SS#: 3340
DOB: /71          AGE: 30
DR: SALDANHA, FRANCIS M M.D.

**DATE:** 11-7-01          **NAIDOS:**

**DIAGNOSIS:** _____

**PROCEDURE: FACET JOINT(S) INJECTION(S)**

       **CERVICAL**     R_____    L_____
         Levels     _____     _____

       **THORACIC**     R_____    L_____
         Levels     _____     _____

       **LUMBAR**     R_____    L_____
         Levels     _____     _____

    The patient was placed in the ____supine ____prone position and the areas selected for facet joint injections were prepped with Betadine solution. The skin overlying the respective facet joints was infiltrated with a small volume of 1% Xylocaine. ____22-gauge, ____25-gauge spinal needles were directed into the respective facet joints using fluoroscopic guidance. Once the needles were in satisfactory position and following negative aspiration, a dose of ____mg of ____Kenalog, ____mg of _____ in ____Normal Saline or _____ was injected into each joint.

    _____ Vital signs remaining stable, the patient was discharged in satisfactory condition.

    Comments: _____

_____

Francis M. Saldanha, M.D.

500688.017.0022

Day Surgery Center
OPERATIVE REPORT

NAME: LESTER, CHRISTOPHER W
ACT#: 3687        SS#: ███████3340
DOB: ████████71        AGE: 30
Name:    DR: SALDANHA, FRANCIS M M.D.
DOS:

Date: 6-11-02

**Diagnosis:** Lumbar facet arthropathy.

**History:** Please refer to the initial evaluation and subsequent office notes for details of this patient's history. The procedure has been discussed in detail and any questions answered.

**Procedure:** Lumbar facet joint injections.
Levels:  L3/4, 4/5, 5/S1
Bilateral

The patient was placed in the prone position and the low back was prepped aseptically. The lumbar facet joints were identified using fluoroscopy guidance and the skin prepped aseptically. The skin overlying each level was injected with 1% Xylocaine. 22 gauge 3.5 inch spinal needles were then directed into the respective facet areas as mentioned above. Each needle placement was achieved using fluoroscopy guidance. With each needle in a satisfactory position, 10 mg of Kenalog was injected with 2 cc of 0.25% Marcaine at each level. The patient tolerated the procedure well, vital signs remained stable, the needles were removed, there was no active bleeding and the patient was discharged in satisfactory condition.

**Comments:**

Francis M. Saldanha, M.D.

500688.017.0023

Day Surgery Center

OPERATIVE REPORT

Name: *Lester, Christopher*

Date: 4-29-02

**Diagnosis:** Lumbar facet arthropathy.

**History:** Please refer to the initial evaluation and subsequent office notes for details of this patient's history. The procedure has been discussed in detail and any questions answered.

**Procedure:** Lumbar facet joint injections.
Levels: L3/4, 4/5, 5/S1
Bilateral.

The patient was placed in the prone position and the low back was prepped aseptically. The lumbar facet joints were identified using fluoroscopy guidance and the skin prepped aseptically. The skin overlying each level was injected with 1% Xylocaine. 22 gauge 3.5 inch spinal needles were then directed into the respective facet areas as mentioned above. Each needle placement was achieved using fluoroscopy guidance. With each needle in a satisfactory position, 10 mg of Kenalog was injected with 2 cc of 0.25% Marcaine at each level. The patient tolerated the procedure well, vital signs remained stable, the needles were removed, there was no active bleeding and the patient was discharged in satisfactory condition.

**Comments:**

Francis M. Saldanha, M.D.

500688.017.0024

# Day Surgery Center

**4701 MacCorkle Avenue, SE**
**Charleston, WV 25304**

Telephone 304-925-9300
Fax 304-925-9287

## OPERATIVE REPORT

**NAME:** Christopher Lester                    **DATE:** November 5, 2001

**DIAGNOSIS:**                    Myofascial Syndrome, Left Shoulder and Neck

**SURGEON:**                    Francis M. Saldanha, MD

**OPERATIVE PROCEDURE:**        Trigger Point Injections

**PROCEDURE AND FINDINGS:** Mr. Lester remained in the seated position and vigorous palpation was carried out of the left shoulder girdle and a total of three trigger points were identified. Trigger point injections carried out using a 5/8 inch needle and a total volume of 10 ml of 0.25% Marcaine with 20 mg of Kenalog. There was no active bleeding, his vital signs remained stable throughout and he was discharged in satisfactory condition. FMS/las

Francis M. Saldanha, MD

D:  11-05-01
T:  11-05-01
cc: CPMC

500688.017.0025

# Day Surgery Center

4701 MacCorkle Avenue, SE
Charleston, WV 25304

Telephone 304-925-9300
Fax 304-925-9287

## OPERATIVE REPORT

**NAME:** Christopher Lester                    **DATE:** June 20, 2001

**DIAGNOSIS:**            Lumbar Facet Arthropathy

**SURGEON:**            Francis M. Saldanha, MD

**OPERATIVE PROCEDURE:**    Bilateral Inferior Lumbar Facet Joint Injections at L3-4, 4-5 and 5-S1

**PROCEDURE AND FINDINGS:** Mr. Lester was placed in the prone position and his low back was prepped aseptically. The inferior lumbar facet areas on both sides were identified and the skin prepped aseptically. The skin overlying each joint area was infiltrated with 1% Xylocaine. A 25-gauge 3.5 inch spinal needle was directed into the L3-4, 4-5 and 5-S1 levels on the right side with fluoroscopic guidance and when the needles were in the appropriate area, 2 cc of 0.25% Marcaine was injected with 10 mg of Kenalog. The fluoroscope was moved to the left side and similar needle placements made at the L3-4, 4-5 and 5-S1 levels with fluoroscopic guidance and when the needles were in the appropriate facet areas, similar volumes were injected. The needles were all removed, there was no active bleeding and he was discharged in satisfactory condition. FMS/las

Francis M. Saldanha, MD

D:  06-20-01
T:  06-20-01
cc:  CPMC

500688.017.0026

# Day Surgery Center

**4701 MacCorkle Avenue, SE**
**Charleston, WV 25304**

Telephone 304-925-9300
Fax 304-925-9287

## OPERATIVE REPORT

**NAME:** Christopher Lester                    **DATE:** June 13, 2001

**DIAGNOSIS:**                    Cervical Myofascial Syndrome

**SURGEON:**                    Francis M. Saldanha, MD

**OPERATIVE PROCEDURE:**    Trigger Point Injections

**PROCEDURE AND FINDINGS:** Mr. Lester remained in the seated position and vigorous palpation was carried out of the bilateral trapezius and rhomboid musculature and a total of four trigger points were identified. Trigger point injections carried out using a 5/8 inch needle and a total volume of 10 ml of 0.25% Marcaine with 20 mg of Kenalog. There was no active bleeding, his vital signs remained stable throughout and he was discharged in satisfactory condition. FMS/las

Francis M. Saldanha, MD

D:  06-13-01
T:  06-14-01
cc: CPMC

500688.017.0027

# Day Surgery Center

4701 MacCorkle Avenue, SE
Charleston, WV 25304

Telephone 304-925-9300
Fax 304-925-9287

## OPERATIVE REPORT

**NAME:** Christopher Lester                    **DATE:** May 16, 2001

**DIAGNOSIS:**               Lumbar Facet Arthropathy

**SURGEON:**                Francis M. Saldanha, MD

**OPERATIVE PROCEDURE:**     Bilateral Inferior Lumbar Facet Joint Injections at L3-4, 4-5
                             and 5-S1

**PROCEDURE AND FINDINGS:** Mr. Lester was placed in the prone position and his low back was prepped aseptically. The inferior lumbar facet areas on both sides were identified and the skin prepped aseptically. The skin overlying each joint area was infiltrated with 1% Xylocaine. A 25-gauge 3.5 inch spinal needle was directed into the L3-4, 4-5 and 5-S1 levels on the right side with fluoroscopic guidance and when the needles were in the appropriate area, 2 cc of 0.25% Marcaine was injected with 10 mg of Kenalog. The fluoroscope was moved to the left side and similar needle placements made at the L3-4, 4-5 and 5-S1 levels with fluoroscopic guidance and when the needles were in the appropriate facet areas, similar volumes were injected. The needles were all removed, there was no active bleeding and he was discharged in satisfactory condition. FMS/las

Francis M. Saldanha, MD

D: 05-16-01
T: 05-21-01
cc: CPMC

500688.017.0028

**Day Surgery Center**
4701 MacCorkle Avenue, SE
Charleston, West Virginia 25304
Phone: 304-925-9300
FAX: 304-925-7793

PATIENT NAME: Christopher Lester    ADMITTED BY: WGoood

PROCEDURE: New pt.    DATE: 2-28-01

MEDICATIONS USED:

PRE BLOOD PRESSURE: 151 | 119    HEART RATE: 89

POST BLOOD PRESSURE:    HEART RATE:

PROCEDURE NOTES: CC: Back & shoulder pain - neck pain

Sex: WM    Age: 29    Wt: 274    Ht: 5'8

Sx: —

Meds: Oxycontin, Flexeril, Paxil, Ativan

Allergies: NKDA

DISCHARGE

____ AMBULATES WELL    SIGNED: W Goood

____ VITAL SIGNS STABLE

____ AWAKE AND ALERT

____ INSTRUCTIONS GIVEN

500688.017.0029

*Christopher Lester*

## CLINICAL EXAMINATION

Vital signs: BP        HR        RR

Appearance & demeanor: friendly & cooperative  anxious  depressed  well-nourished  moderately obese
                        Morbidly obese

Gait: normal, unassisted ( slow   painful )  stooped   uses a cane/walker/crutches/..........Wheelchair bound
       Assistance required

Ability to perform calf raises/squat: ND

Orientation to time, space and person: normal

Tests of coordination ( finger/nose): normal

Cranial nerves: III, IV, & VI: normal eye movements.
               V: normal sensation over face.
               VII: facial grimace symmetrical
               VIII: no hearing impairment
               XI: shoulder shrug equal
               XII: tongue midline

→old confusion
T 11

Stance: normal, iliac crests level.

Skin: examined for scars, psoriasis, eczema, tattoos etc.

↓ (L) Shoulder
ROM

Cervical adenopathy: none

Peripheral vascular system: examined for edema, swelling, varicose veins & distal pulses. N

Cervical/Thoracic spine exam.
    Inspection for stiffness, torticollis, deviation, scoliosis etc. N
    Palpation for significant tenderness of the paraspinous muscles, facet joints, spinous processes etc.
    Range of motion : NL                    R full

Lumbosacral spine exam.
    Inspection for guarding, spasm, scoliosis, lordotic curve reduction or exaggeration etc. N
    Palpation for tenderness of the paraspinous muscles, spinous processes, facet joints etc.
    Range of motion: ↓ ↓↓                    full

Seated straight leg raising test:
Right:
Left:        N 90° ! waddle +

Extremities checked for wasting, atrophy, tremors etc.: N

Motor function checked for muscle strength in all extremities.
    Findings: 5/5 ⁺ 4
Sensory function checked for perception to touch and pinwheel stimulation.
    Findings: Neg

Reflexes incl. bilateral biceps, triceps, patellar and ankle: NL

Diagnoses/plan of treatment/recommendations etc.:

2 facets  Bach
TPI  Neck

500688.017.0030

old injuries '93    4 yrs
RPW 1 yr
New injury 3/2000
Back + (L) shoulder

Mom ↓↓↓
SLR Neg 80°
cuddles

Christopher Lester



RIGHT        LEFT        LEFT        RIGHT

Non
dermatS
↓ Sy

2 feet red

500688.017.0031

# CPMC

CHARLESTON PAIN MANAGEMENT CONSULTANTS, Inc.

Board Certified in Anesthesiology
Specialist in Chronic Pain Management

Francis M. Saldanha, M.D.

**Cervical/Lumbar Facet Joint Injection**

Dr. _____ has recommended that I undergo diagnostic cervical/lumbar facet joint injections. This involves placing needles with x-ray guidance through the stem of my neck/back into the joints of the vertebral column, or immediately adjacent to them to block the nerves to the joints. A small dose of local anesthetic and cortisone (steroid) is injected into each needle, with dye occasionally.

Possible complications of this procedure include:
- Bleeding and/or infection
- Allergic reaction
- Increased pain
- Unintended nerve damage
- Spinal injection causing fall in blood pressure and numbness of the extremities, with difficulty in breathing.

These are not all of the complications but include the more serious or more frequent complications.

Dr. _____ has explained the above procedure to me and I have reviewed this form and I understand there is no guarantee that an epidural injection will decrease the amount of pain that I am having. I also understand that my pain might increase after this procedure.

I have had an opportunity to ask questions and they have been satisfactorily answered.

After reviewing this information, I wish to proceed with a cervical epidural injection.

Patient Signature  *Chris Lister*                 Date _____

Witness Signature  *S. Burdette*                 Date *5/16/0*

4407 MacCorkle Avenue, S.E.    •    Charleston, West Virginia 25304    •    (304) 925-3535    •    (800) 801-3535

500688.017.0032

**Day Surgery Center**
4701 MacCorkle Avenue, SE
Charleston, West Virginia 25304
Phone: 304-925-9300
FAX: 304-925-7793

PATIENT NAME: Christophe Jester     ADMITTED BY: _____

PROCEDURE: L FACE     DATE: 5/16/01

MEDICATIONS USED: _____

PRE BLOOD PRESSURE: 130/84     HEART RATE: 70

POST BLOOD PRESSURE: 134/80     HEART RATE: 68

PROCEDURE NOTES: Pt. prep + placed in pone
position - per Dr. Saldanha - Pt tolerated
procedure well   VSS upon D/C

_____

_____

_____

_____

_____

_____

DISCHARGE

✓ AMBULATES WELL     SIGNED: S. Bendolla

✓ VITAL SIGNS STABLE

✓ AWAKE AND ALERT

____ INSTRUCTIONS GIVEN

500688.017.0033

Drs Surgery Center
470   MacCorkle Avenue, SE
Charleston, West Virginia 25304
Phone: 304-925-9500
FAX: 304-925-7793

PATIENT NAME: Christopher Lester          ADMITTED BY: Amy T

PROCEDURE: TPI          DATE: 6/13/01

MEDICATIONS USED:

BLOOD PRESSURE: 134/95          HEART RATE: 113

PT BLOOD PRESSURE:          HEART RATE:

PROCEDURE NOTES: Consent signed pt prepped
for procedure per Dr Saldanha
pt tolerated procedure well

_____

_____

_____

_____

_____

_____

_____

DISCHARGE

___ AMBULATES WELL          SIGNED: Amy Reading rnema

___ VITAL SIGNS STABLE

___ AWAKE AND ALERT

___ INSTRUCTIONS GIVEN

500688.017.0034

05/25/2001 FRI 02:40  FAX 304 925 2924 FRANCIS M SALDANHA MD                    @001/001

# Day Surgery Center

Francis M. Saldanha, MD
Board Certified in Anesthesiology
Specialist in Chronic Pain Management

**Trigger Point Injection**

Dr. _Saldanha_ has recommended that I undergo a trigger point injection for diagnosis and/or treatment of my pain condition. I understand a trigger point injection is done by placing a needle in the tissue where the pain originates. After the needle is positioned local anesthetic medication and perhaps a steroid (Cortisone type medication) is injected into the area.

This procedure might produce some degree of numbness at or around the injection site which may last for several hours. Steroid medication is used to reduce inflammation if inflammation is thought to be part of the problem.

Possible complications of this procedure include:
- Allergic reaction to the medication
- Bleeding
- Infection
- Increased pain
- Damage to internal organs
- Collapse of the lung requiring insertion of a drainage tube

These are not all of the possible complications but do include the more serious or more frequent complications.

I understand there is no guarantee the trigger point injection will decrease the amount of pain I am having. Although it is unlikely, it is possible my pain might increase after this procedure.

I understand this procedure will be done by Dr. _____ with assistance from nurses, technicians, and other doctors as needed.

Dr. _____ has explained the procedure, anticipated benefits, and possible risks of a trigger point injection to me and I have reviewed this form. I have had an opportunity to ask questions and they have been satisfactorily answered.

After reviewing this information, I wish to proceed with trigger point injection.

Patient Signature _X_ _Chris dexter_     Date _06-13-01_

Witness Signature _Amy Meadway nerms_     Date _6-13-01_

4407 MacCorkle Avenue S.E. • Charleston, West Virginia 25304 • (304) 925-3535 • Fax: (304) 925-2924

500688.017.0035

**T v Surgery Center**
47v. MacCorkle Avenue, SE
Charleston, West Virginia 25304
Phone: 304-925-9300
FAX: 304-925-7793

PATIENT NAME: Christopher Lester    ADMITTED BY: 10-20-01 AR

PROCEDURE: Lumbar facet    DATE: 10-20-01

MEDICATIONS USED: _____

1ST BLOOD PRESSURE: 742/87    HEART RATE: 100

LAST BLOOD PRESSURE: 129/62    HEART RATE: 88

PROCEDURE NOTES: Consent signed and witnessed
Pt placed in position per Dr. Saldanha
tolerated well. VSS

DISCHARGE

✓ AMBULATES WELL

✓ VITAL SIGNS STABLE    SIGNED: _____ /MD

✓ AWAKE AND ALERT

✓ INSTRUCTIONS GIVEN

500688.017.0036

# CPMC

**Board Certified in Anesthesiology**
**Specialist in Chronic Pain Management**

HARLESTON PAIN MANAGEMENT CONSULTANTS, Inc.          Francis M. Saldanha, M.D.

ervical/Lumbar Facet Joint Injection

r. _____ has recommended that I undergo diagnostic cervical/lumbar facet
iet injections. This involves placing needles with x-ray guidance through the stem of my neck/back into the joints of
e vertebral column, or immediately adjacent to them to block the nerves to the joints. A small dose of local anesthetic
id cortisone (steroid) is injected into each needle, with dye occasionally.

ssible complications of this procedure include:

- Bleeding and/or infection
- Allergic reaction
- Increased pain
- Unintended nerve damage
- Spinal injection causing fall in blood pressure and numbness of the extremities,
  with difficulty in breathing.

iese are not all of the complications but include the more serious or more frequent complications.

r. _____ has explained the above procedure to me and I have reviewed this form and I
iderstand there is no guarantee that an epidural injection will decrease the amount of pain that I am having. I also
iderstand that my pain might increase after this procedure.

uive had an opportunity to ask questions and they have been satisfactorily answered.

ter reviewing this information, I wish to proceed with a cervical epidural injection.

itient  Signature  X _Chris L_____     Date  _6/20/01_

itness  Signature  _A Roberts CMN_____     Date  _6/20/01_

4407 MacCorkle Avenue, S.E.     •     Charleston, West Virginia 25304     •     (304) 925-3535     •     (800) 801-3535

06/04/01   15:13     TX/RX NO.5907     P.001

500688.017.0037

# Day Surgery Center

Francis M. Saldanha, MD
Board Certified in Anesthesiology
Specialist in Chronic Pain Management

**Trigger Point Injection**

Dr. __Saldanha__ has recommended that I undergo a trigger point injection for diagnosis and/or treatment of my pain condition. I understand a trigger point injection is done by placing a needle in the tissue where the pain originates. After the needle is positioned local anesthetic medication and perhaps a steroid (Cortisone type medication) is injected into the area.

This procedure might produce some degree of numbness at or around the injection site which may last for several hours. Steroid medication is used to reduce inflammation if inflammation is thought to be part of the problem.

Possible complications of this procedure include:
- Allergic reaction to the medication
- Bleeding
- Infection
- Increased pain
- Damage to internal organs
- Collapse of the lung requiring insertion of a drainage tube

These are not all of the possible complications but do include the more serious or more frequent complications.

I understand there is no guarantee the trigger point injection will decrease the amount of pain I am having. Although it is unlikely, it is possible my pain might increase after this procedure.

I understand this procedure will be done by Dr. _____ with assistance from nurses, technicians, and other doctors as needed.

Dr. _____ has explained the procedure, anticipated benefits, and possible risks of a trigger point injection to me and I have reviewed this form. I have had an opportunity to ask questions and they have been satisfactorily answered.

After reviewing this information, I wish to proceed with trigger point injection.

Patient Signature  X _____  Date __11-5-01__

Witness Signature  _____  Date _____

4407 MacCorkle Avenue S.E. • Charleston, West Virginia 25304 • (304) 925-3535 • Fax: (304) 925-2924

05/24/01  13:47    TX/RX NO.5799    P.001

500688.017.0038

4701 MacCorkle Avenue, SE
Charleston, West Virginia 25304

NAME: LESTER, CHRISTOPHER W~ ~25-9500   ~5-7793
ACT#: 3687     SS#: ~~~~8340
DOB: ~~~~/71        AGE: 30
DR: SALDANHA, FRANCIS M M.D.
DOS:

PATIENT NAME: _____    ADMITTED BY: _JMc_

PROCEDURE: _Lumb Facets_    DATE: _4/28/02_

MEDICATIONS USED: _____

PRE BLOOD PRESSURE: _116/75_    HEART RATE: _108_

POST BLOOD PRESSURE: _____    HEART RATE: _____

PROCEDURE NOTES: _Pt signed_
_Consent & witnessed_
_Pt placed in_
_position_

_ISS-dc home_
_good condition_

DISCHARGE

AMBULATES WELL    SIGNED: _JMc_

VITAL SIGNS STABLE

AWAKE AND ALERT

INSTRUCTIONS GIVEN

500688.017.0039

# CPMC

NAME: LESTER, CHRISTOPHER W
CHAACT#: 3687     SS#: ____3340     **CONSULTANTS, Inc.**
DOB: ____/71     AGE: 30
DR: SALDANHA, FRANCIS M M.D.
DOS:

Board Certified in Anesthesiology
Specialist in Chronic Pain Management

Francis M. Saldanha, M.D.

Dr. _____ has recommended that I undergo diagnostic cervical/lumbar facet joint injections. This involves placing needles with x-ray guidance through the stem of my neck/back into the joints of the vertebral column, or immediately adjacent to them to block the nerves to the joints. A small dose of local anesthetic and cortisone (steroid) is injected into each needle, with dye occasionally.

Possible complications of this procedure include:
- Bleeding and/or infection
- Allergic reaction
- Increased pain
- Unintended nerve damage
- Spinal injection causing fall in blood pressure and numbness of the extremities, with difficulty in breathing.

These are not all of the complications but include the more serious or more frequent complications.

Dr. _____ has explained the above procedure to me and I have reviewed this form and I understand there is no guarantee that an epidural injection will decrease the amount of pain that I am having. I also understand that my pain might increase after this procedure.

I have had an opportunity to ask questions and they have been satisfactorily answered.

After reviewing this information, I wish to proceed with a cervical epidural injection.

Patient Signature X _____     Date _____

Witness Signature _____     Date _____

*today Bilateral facets*

*PTO July (Bil.) Facets*

4407 MacCorkle Avenue, S.E.     •     Charleston, West Virginia 25304     •     (304) 925-3535     •     (800) 801-3535

06/04/01   15:13     TX/RX NO.5907     P.001   ■

500688.017.0040

4701 MacCorkle Avenue, SW
Charleston, West Virginia 25304
Telephone 304-0000000

NAME: LESTER, CHRISTOPHER '93
ACT#: 3687    SS#: ___3340
DOB: ___/71    AGE: 30
DR: SALDANHA, FRANCIS M M.D.
DOS:

**PATIENT NAME:** _____    **ADMITTED BY:** _Ginger_

**PROCEDURE:** _Lumbar facets_    **DATE:** _6/11/02_

**MEDICATIONS USED:** _____

**PRE BLOOD PRESSURE:** 119 / 77    **HEART RATE:** 119

**POST BLOOD PRESSURE:** 112 / 87    **HEART RATE:** 98

**PROCEDURE NOTES:** Consent signed & witnessed Pt
placed in position & prepared pt released
procedure well VSS. DC home

**DISCHARGE**

✓ AMBULATES WELL    **SIGNED:** _Ginger Mellen_

✓ VITAL SIGNS STABLE

✓ AWAKE AND ALERT

✓ INSTRUCTIONS GIVEN

500688.017.0041

# Day Surgery Center

Francis M. Saldanha, MD
Board Certified in Anesthesiology
Specialist in Chronic Pain Management

NAME: LESTER, CHRISTOPHER W    SS#: ▮3340
ACT#: 3687    AGE: 30
DOB: ▮/71
DR: SALDANHA, FRANCIS M M.D.
DOS:

**Cervical/Lumbar Facet Joint Injection**

Dr. _____ has recommended that I undergo diagnostic joint injections. This involves placing needles with x-ray guidance through the stem of my neck/and the vertebral column, or immediately adjacent to them to block the nerves to the joints. A small dose of and cortisone (steroid) is injected into each needle, with dye occasionally.

Possible complications of this procedure include:
- Bleeding and/or infection
- Allergic reaction
- Increased pain
- Unintended nerve damage
- Spinal injection causing fall in blood pressure and numbness of the extremities, with difficulty in breathing.

These are not all of the complications but include the more serious or more frequent complications.

Dr. _____ has explained the above procedure to me and I have reviewed understand there is no guarantee that an epidural injection will decrease the amount of pain that I understand that my pain might increase after this procedure.

I have had an opportunity to ask questions and they have been satisfactorily answered.

After reviewing this information, I wish to proceed with a cervical epidural injection.

Patient Signature _Chris Lester_____ Date ___11/02___

Witness Signature _Ginger Miller_____ Date ___11/02___

R TO
3mth
Fup

4407 MacCorkle Avenue S.E. • Charleston, West Virginia 25304 • (304) 925-3535 • Fax: (304) 5▮▮

500688.017.0042

NAME: LESTER, CHRISTOPHER W          JR, West Virginia 25304
ACT#: 3687        SS#:        340     Phone: 304-925-9500
DOB:         /71          AGE: 30     FAX: 304-925-7793
DR: SALDANHA, FRANCIS M M.D.
DOS:

PATIENT NAME: _____          ADMITTED BY: _88_

PROCEDURE: L facet                     DATE: 11-7-02

MEDICATIONS USED: _____

PRE BLOOD PRESSURE: 108/88             HEART RATE: _____

POST BLOOD PRESSURE: _____   HEART RATE: _____

PROCEDURE NOTES: Pt consent signed
& witnessed. Pt prepped
& placed on bed
Pt tolerated procedure
well   USS/DCH

DISCHARGE
___ AMBULATES WELL
___ VITAL SIGNS STABLE                 SIGNED: _____
___ AWAKE AND ALERT
___ INSTRUCTIONS GIVEN

500688.017.0043

# CPMC

NAME: LESTER, CHRISTOPHER W

ACT#: 3687    SS#: 3340

DOB: /71    AGE: 30

DR: SALDANHA, FRANCIS M M.D.

DOS:

Board Certified in Anesthesiology
Specialist in Chronic Pain Management

**Francis M. Saldanha, M.D.**

CHARLESTON PAIN MANAGEM

Cervical/Lumbar Facet Joint Injection

Dr. _Saldanha_ _____ ____ ____ diagnostic cervical/lumbar facet joint injections. This involves placing needles with x-ray guidance ___ ___ of my neck/back into the joints of the vertebral column, or immediately adjacent to them to block the nerves to the joints. A small dose of local anesthetic and cortisone (steroid) is injected into each needle, with dye occasionally.

Possible complications of this procedure include:

- Bleeding and/or infection
- Allergic reaction
- Increased pain
- Unintended nerve damage
- Spinal injection causing fall in blood pressure and numbness of the extremities, with difficulty in breathing.

These are not all of the complications but include the more serious or more frequent complications.

Dr. _Saldanha_ _____ has explained the above procedure to me and I have reviewed this form and I understand there is no guarantee that an epidural injection will decrease the amount of pain that I am having. I also understand that my pain might increase after this procedure.

I have had an opportunity to ask questions and they have been satisfactorily answered.

After reviewing this information I wish to proceed with a cervical epidural injection.

Patient Signature    X _____    Date _11-7-01_

Witness Signature    X _____    Date _11-7-01_

500688.017.0044

**Neurodiagnostics**                                    **ELECTROMYOGRAM**

☒ General Division      348-6204
☐ Memorial Division     348-9065
Charleston Area Medical Center    ☐ Women & Children's 348-2636
Charleston, West Virginia

PT # 1205395757

| Name: Lester, Christopher | Age: 28 | DOB ██/██/71 | Sex: Male | Room: OP |
|---|---|---|---|---|
| P.O. Box 1113 | | | | |
| Address: Danville, WV | Physician: Snyder/Amores | | Date: 10/2/00 | EMG# 5735B |

| STIMULATE | ACTION POTENTIAL AMPLITUDE | CONDUCTION STUDIES CONDUCTION VELOCITY | DISTAL MOTOR LATENCY |
|---|---|---|---|
| (L) Median (record thenar) | 4.0 millivolts | 50.4 m/sec | 2.6 msec. |
| (L) Ulnar (record hypothenar) | 8.0 millivolts | 55.5 m/sec | 2.1 msec. |

| STIMULATE | DISTANCE | DISTAL SENSORY LATENCY |
|---|---|---|
| (L) Index (record median) | 12.1 cm | 2.6 msec. |
| (L) Fifth (record ulnar) | 11.0 cm | 2.3 msec. |

| MUSCLE | FIBRILLATION (Positive Sharp Waves) | MUSCLE EXAMINATION FASCICULATION | MOTOR UNITS POTENTIAL Minimal | Maximal |
|---|---|---|---|---|
| (R) Biceps | 0 | 0 | normal | |
| (R) Triceps | 0 | 0 | normal | |
| (R) Deltoid | 0 | 0 | normal | |
| (R) First dorsal interosseous | 0 | 0 | normal | |
| (R) Flexor carpi radialis | 0 | 0 | normal | |
| (R) Extensor carpi radialis | 0 | 0 | normal | |

**IMPRESSION:**

The left median and ulnar motor and sensory conduction studies were normal. The insertion exam was normal.

The Electromyogram was normal. There was no evidence of a carpal tunnel syndrome, ulnar neuropathy, generalized peripheral neuropathy or a focal cervical radiculopathy.

*[signature]*

**LEE H. PRATT, M.D.**

LHP/kjm
Typed 10/04/00 @ 1123

500688.017.0045

BOONE MEMORIAL HOSPITAL, Madison, W. Va. X-RAY REPORT    E.R.    Hou.    OPD

LESTER, CHRISTOPHER          9-12-2000                    11417

P O BOX 1113                                    FILM # _____

DANVILLE, WV  25053          369-6657

1971

COMPENSATION                 DR SNYDER                        OPD

PROCEDURE:
MRI CERVICAL AND LUMABR 9-12-00

REPORT:

LUMBAR MRI:

HISTORY: LOW BACK AND RIGHT LEG PAIN

The vertebral bodies and intervertebral disc spaces are of normal height and demonstrate normal signals. There is posterior protrusion of disc material. The spinal canal is of normal dimensions. The conus medullaris is unremarkable.
IMPRESSION: NORMAL STUDY.

CERVICAL MRI:

HISTORY: NECK AND LEFT ARM PAIN

There is no posterior protrusion of disc material or other space occupying lesion inpinging on the thecal sac or spinal cord. The spinal cord and spinal canal are of normal dimensions. No abnormal signals are seen in the spine or spinal cord. The foramen magnum is not compromised.
IMPRESSION: NORMAL STUDY.

DAVID A. SPARKS,M.D./lp
9-12-00

_____ M.D.

FORM # 56

500688.017.0046

JAN-11-01 12:24 PM  62347M16D4A5          304 369 1742          P.24

BOONE MEMORIAL HOSPITAL, Madison, W. Va. X-RAY REPORT    E.R.    Hou    OPD

Lester, Christopher,          8-30-00          369-6657          OPD

Pl Box 1113 Danville WV 25053

FILM # _____

____-71

Comp                    Snyder

Rib  AC separation

PROCEDURE:          Rib Cage    L AC w/ and w/o wt.

REPORT:

INDICATION: A-C SEPARATION

ACROMIOCLAVICULAR JOINTS:

LEFT A-C JOINT:

There is normal appearance of the acromioclavicular joint,
seen both with and without weights. There is no evidence
for A-C separation or acute fracture.

RIGHT A-C JOINT:
There is normal appearance of the acromioclavicular joint
both with and without weights. There is no evidence for
A-C separation or acute fracture.

LEFT RIBS:
There is no evidence for acute rib fracture.

JOHN J. ANTON, M.D./lp
8-30-00

_____ M.D.

FORM # 56

500688.017.0047

JAN-11-01 12:15 PM  62347M16D4A5            304 369 1742            P.03

Christopher Lester        DOB ████ 71        12-29-00
Wt 285      P 124

S–In for f/u and still having severe back and shoulder pain, he is due for an MRI of the shoulder tomorrow.

O–Exam - he can barely walk with the assist of a cane, he has gross limitation of movement of the shoulders, on internal and external rotation.  He has mid back tenderness and can barely sit down and raise up.

A–Chronic low back and shoulder pain exacerbated by recent fall with questionable compression fracture T11

P–Continue Oxycontin, Ativan, Paxil, and Hydrocodone as necessary and get MRI, we are awaiting appt at the pain clinic, I think he has approval for that and f/u in 4 wks.

John M. Snyder, D. O./bjw

500688.017.0048

JAN-11-01 12:16 PM  62347M16D4A5                304 369 1742              P.04

Chris Lester                    DOB ███/71          12-12-00
Wt 292    P 84

S—In for hospital f/u he had fell striking his dorsal spine on some steps, he was in the hospital for a few days for pain, he states that the Oxycontin 40 is helping, he is having to supplement it with prn Hydrocodone.

O—Exam-   he still has some swelling overlying his back, it is grossly tender.  Cannot flex at all.

A—Dorsal back contusion, with questionable compression fracture, could not tell if it is old or new

P—Continue meds for now as outlined, continue on Flexaril, refill Hydrocodone, he is to f/u in 2 wks.

John M. Snyder, D. O./bjw

500688.017.0049

Christopher Lester          DOB ████ 71          11-27-00
Wt 288      P 84

S–In for f/u and doing about the same, he still has a lot of low back and shoulder pain. I have dictated a letter for the pain clinic, also waiting to see what is going on with Dr. Loimil. He would like to see a psychiatrist also.

O–Exam- no apparent distress, vitals are stable. He has diminished ROM of the left shoulder internal and external rotation, significant low back tenderness. SLR is neg, at any attempt.

A–Chronic severe LBP, possible rotator cuff left shoulder. Severe pain.

P–Await f/u at the pain clinic and Dr. Loimil, make appt with Dr. Settle, he is to f/u with me afterwards.

John M. Snyder, D. O./bjw

500688.017.0050

Christopher Lester          DOB ████ 71          11-14-00
Wt 285     P 66   BP 130/80

S–In for f/u of his back and shoulder, he is also accompanied by voc rehab individual.
He is doing about the same and still has considerable amt of back pain and shoulder
pain. He has not reappointed to see Dr. Loimil at this point and time but I think it is in
the works with comp.

O–Exam- he has tenderness of the entire shoulder girdle. Decreased internal and
external rotation. He has acute LS tenderness. SLR creates pain bilaterally at 10
degrees, DTR's are symmetrical.

A–Chronic LBP possible rotator cuff tear of the shoulder.

P–Continue Oxycontin, we need to get him in to the pain clinic and hopefully speed
up his appt with Dr. Loimil, I told the case worker I would dictate a letter in regard to
the pain clinic and send a copy to comp and her.

John M. Snyder, D. O./bjw

500688.017.0051

Christopher Lester            DOB▓▓▓/71            10-30-00
WT 284    P 104 BP 110/60

S—In for f/u, he is still having considerable amt of anxiety despite Paxil and Ativan at this point and time.  I think he and his wife plan on seeing a marriage counselor. He gets upset with his children frequently.  He is still having a lot of back pain of course under comp, but he has noticed his legs going out on him on occasions.

O—Exam  - he is mildly upset, vitals are stable.  Lungs are clear.  Heart is regular.

A—Ongoing anxiety depression.

P—Continue Paxil 20 BID, increase Ativan to 1 mg BID, and follow.

John M. Snyder, D. O./bjw

*Snyder* (signature)

500688.017.0052

Christopher Lester          DOB ████/71          10-25-00
Wt 284      P 88

S–In for f/u, he saw Dr. Loimil since seeing me last, waiting further evaluation from comp. I don't have a report back yet. Chris is still feeling quite agitated and upset at times. He still has a considerable amt of back pain.

O–Exam - vitals are stable. He walks with a very stiff gait, he can barely flex. SLR is neg. but painful at extremes. He has limited motion of his shoulders.

A–LBP, rotator cuff strain, left shoulder.

P–Maintain meds. rx written and increase Paxil to 20 BID, given samples of that, and maintain any other physician f/u as outlined. F/U with me in 4 wks.

John M. Snyder, D. O./bjw

500688.017.0053

JAN-11-01 12:18 PM  62347M16D4A5                    304 369 1742          P.09

Chris Lester          DOB █████/71          10-11-00
Wt 284      P 88

S–In for f/u, he still having low back pain and mid back pain and left shoulder. He is due to see Dr. Loimil later on this mo.  He is still having problems with anxiety and temper loss, doesn't seem to change a whole lot with Paxil at this point and time.

O–Exam - he walks with a very stiff gait, he has tenderness of the dorsal and low back, diminished ROM of the left shoulder especially on internal and external rotation.

A–LBP, dorsal back pain, anxiety depression

P–Oxycontin 10 TID, to take regularly right now to try to get some pain under control for him, given Ativan .5 BID, maintain Paxil and f/u 2 wks.

John M Snyder, D. O./bjw

*[signature]*

500688.017.0054

Christopher Lester            DOB ████ 71        9-29-00
Wt 294    P 80

S—In for f/u, still having some back pain not quite as severe as it was. He is also
complaining of being anxious and depressed at home, states his wife and kids are
going to move out unless he does something. He flies off the handle with any
prompting but also feels depressed most of the time.

O—Exam- no gross distress, vitals are stable. Lungs are clear to auscultation. Heart
is regular. He has mid dorsal tenderness.

A—Ongoing LBP, anxiety depression

P—Discussed nature and treatment of depression, and anxiety. Refill on Vicodin for
pain, also will try on Vioxx and refill on Flexaril and start on Paxil 20 mg 1 daily
and f/u next scheduled appt. sometime later next wk.

John M. Snyder, D. O./bjw

500688.017.0055

Christopher Lester          DOB ████/71        9-26-00
Wt 300      P 96

S–Complains of mid dorsal back pain, for the past 2-3 days, increased with respiration, no history of trauma, states he has been very anxious recently also.

O–Exam - no gross distress, he has some dorsal back tenderness, lungs are clear. Heart is regular.

A–Dorsal back pain, acute onset.

P–Observation at this time, I don't think we need any further x-rays, MRI's are neg. he is to rest, local heat. Valium 5 1 PO Q6 hrs, primarily for muscle relaxation I wish to follow in a few days.

John M. Snyder, D. O./bjw

500688.017.0056

Christopher Lester        DOB ███/71          9-13-00
WT 292      P 84

S–Here for f/u still has a lot of pain in the shoulder and back, he had his MRI but I don't have the report back yet. We have not heard anything back as far as his appt with Dr. Loimil, his EMG is pending

O–Exam – he is ambulatory without distress, he is using a cane however. It helps relieve some of his back pain. Exam of the left shoulder shows no obvious deformities. He has difficulty with internal and external rotation and cannot raise above level.

A–LS strain

P–Hopefully get appt to see Dr. Loimil, I don't know what the hold up is other than the way comp does things. F/U in 2 wks.

John M. Snyder, D.O./bjw

500688.017.0057

Christopher Lester           DOB ██/71          8-28-00
P 100

S–In for f/u and still having significant left shoulder and back pain.  He recently had
a compensation examination, there is a copy in the chart.  MRI's were approved for
cervical and lumbar pain.

O–Exam - he walks with a limp.  He has decreased ROM in the neck, he has
difficulty raising the shoulder above level.  He feels as if it locks.  There is
tenderness on anterior palpation.  He can barely SLR.  Neuro is normal.

A–Right shoulder strain, possible internal derangement.  Chronic recurrent LBP.

P–Will schedule MRI, try to get appt for him to see Dr. Loimil in relationship to the
shoulder, place him in PT for 2 weeks.  Given refill on Motrin, Flexaril and Vicodin
and f/u in 2 wk.

John M. Snyder, M. D./bjw

500688.017.0058

Christopher Lester                DOB: ▆▆761            7-31-00
Wt 296    P 84

S–In today and not doing any better, still has considerable amt of shoulder pain, no appt with Dr. Loimil yet. He still has back pain, the therapy didn't help him.

O–Exam - he has gross difficulty in internal and external rotation. The shoulder cannot elevate it. Strength is equal bilaterally. He can barely SL bilaterally.

A–Chronic recurrent LBP. Shoulder strain.

P–Maintain Vicodin prn, Flexaril 10 QHS, and maintain mobility as much as possible, await consult with Dr. Loimil and f/u 2 wks.

John M. Snyder, D. O./bjw

500688.017.0059