# CHRISTOPHER WAYNE LESTER
# RECORDS
# 14-A



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**   Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**   C-1-01-428

**PERTAIN TO:**   Christopher Wayne Lester

**FROM:**   Tri-State NeuroScience Center, Inc.
2860 3rd Avenue, Suite 10
Huntington, WV 25702
(304) 525-6825

**DELIVER TO:**   Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688171-0001
THROUGH 500688171-0022.

THE MARKER-HOFF GROUP, INC

13105 NORTHWEST FREEWAY SUITE 300    HOUSTON TEXAS 77040    (T) 713 460 9070    (F) 713 460 6519    800 264 9070
WWW.MARKER-HOFF.COM

**PANOS IGNATIADIS, M.D., INC.**
DIPLOMATE AMERICAN BOARD OF NEUROSURGERY
P O BOX 3107
2828 FIRST AVENUE, SUITE 400
HUNTINGTON, WEST VIRGINIA 25702-0107
TELEPHONE 525-8825
PUTNAM OFFICE 1-757-6691

## MEDICAL HISTORY

Name _Christopher W. Hesler_

|  | YES | NO |
|---|---|---|
| Have you had an operation of any kind? |  | X |
| If yes, please list |  |  |
|  |  |  |
| Do you have sugar diabetes? |  | X |
| Do you have high blood pressure? |  | X |
| Have you ever had tuberculosis? |  | X |
| Do you have any other medical problems? |  | X |
| If yes, please list |  |  |
|  |  |  |
| Have you ever had heart trouble? |  | X |
| Do you have problems with breathing? | X |  |
| Do you bleed easily? |  | X |
| Have you ever had liver disease? |  | X |
| Are you allergic to any medicines? |  | X |
| Do you take medication daily? | X |  |
| If yes, please list _Drilibid 500 mg 12 hrs_ |  |  |

IF ANY OTHER EXPLANATIONS ARE NECESSARY — USE SPACE BELOW

500688.171.0001

9/19/95    Letter to Comp

500688.171.0002

WC-M11F
Rev. 04-95

2434074

L21
952830833

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia  25304-1964

**Gaston Caperton,** Governor
**Andrew N. Richardson,** Commissioner



10/11/95

PANOS IGNATIADIS MD
2828 FIRST AVENUE, SUITE 400
P.O. BOX 3107
HUNTINGTON WV 25702-1283

RE: Claim No.  950006803
S. S. N.       ████3340
D. O. I.    08/10/94
CHRISTOPHER WAYNE LESTER
PO BOX 21
HEWETT WV 25108

TRI-STATE HOME CENTER
DANVILLE INC
P O BOX 987
SPENCER  WV            25276

Dear Sir/Madam:

WE ARE AUTHORIZING COMPREHENSIVE REHAB ASSOCIATES TO FOLLOW-UP ON
THEIR 10/03/95 REPORT.  AUTHORIZATION EXPIRES 06/30/95.

We ask that the rehabilitation consultant keep us informed of all devel-
opments in this case and submit reports at least monthly.  Only services
authorized in this letter may be provided.  This authorization will be-
come void if the services are not initiated within thirty (30) days from
the date of this letter.

Any party to this claim may protest this decision. Protests must be
filed in writing within thirty (30) days from receipt of this decision
with the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233. A
copy of any such protest must also be served upon the Division addressed
to Director, Legal Services Division, P.O. Box 3922, Charleston,
WV 25339-3922, and a copy must also be sent to all other interested
parties to this claim.

CC:  CHRISTOPHER WAYNE LESTER
     CRA
     TRI-STATE HOME CENTER
     PRABHOND CHINUNTDET MD

Workers' Compensation Division
By: MARY HOFFMAN MA
     Rehabilitation Coordinator

500688.171.0003

September 19, 1995

Worker's Compensation
Post Office Box 3151
Charleston, West Virginia  25332

RE: Christopher Wayne Lester
    Claim: 950006803
    SS #: ███████-3349
    DOI: 8-10-94
    Employer: Tri-State Home Center

Gentlemen:

Mr. Lester was seen here for a second opinion.  He apparently
works as a crew member for a mobile home company.   He presents
with a history that after lifting about 175 lbs., a 6 ft. 8 x 8
log, he developed back pain.  He was found to have a small
compression of T/11 with pain in that area.  He has been off work
since 8-10-94.   He denies any injuries in the past.  He has had
no bladder, bowel, or sexual dysfunction.  He has been through a
work hardening program as well, and is currently in the process
of going through a functional capacity assessment on 9-25-95 and
rehabilitation.

He is 23 years of age, a high school graduate.  He is 5'7" and
weighs 260 lbs.

Examination: Sensorium and memory times three were intact.
Pupillary reaction was normal.  Extraocular muscles were full.
Facial sensation and movements were preserved.  Hearing was
normal.  Voice was appropriate for gender.  The palate was
contracting symmetrically, and the tongue was protruding in the
mid line.  The strength of the deltoid, infra and supraspinatus,
biceps, triceps, intrinsic muscles, iliopsoas, quadriceps
femoris, biceps femoris, dorsiflexors of the toes and feet, and
plantar flexion were graded 5 out of 5.

Page -2

RE: C. Lester
    9-19-95

Sensation to all modalities as well as cerebellar testing were
symmetric and equal.    Reflexes at the biceps and triceps were
1+, at the knees and ankles 1+.    There were no pathological
reflexes.    There was tenderness to percussion at the T/11
vertebra, and there was full motility on flexion, extension, and
lateral rotation.

Xrays: I reviewed x-rays which indeed show evidence of a small
compression of less than 10% of the anterior part of the T/11
vertebra which accounts for his symptoms, with concomitant
paraspinous muscle sprain in that area.

Impression: It seems to me that he cannot return to his previous
employment.  He should go through a functional capacity
assessment, and I do agree with the assessment of the independent
examiner as far as percentage of disability.  He is not a
candidate for surgical intervention.

Thank you for asking me to see him.

                              Sincerely,


                              Panos Ignatiadis, M.D.

PI/mas

CC: Jacqueline Cox
      CRA

500688.171.0005

WC-M544
Rev. 04-95
WCB Bureau of Employment Programs
  **Workers' Compensation Division**
  4700 MacCorkle Avenue, S.E.
  Charleston, West Virginia 25304-1964

243407-4

Gaston Caperton, Governor
Andrew N. Richardson, Commissioner

B05
952211604



09/20/95

PANOS IGNATIADIS MD                      RE: Claim No.  950006803
2828 FIRST AVENUE, SUITE 400                 S. S. N.    ■■■■-3340
P.O. BOX 3107                                D. O. I.    08/10/94
HUNTINGTON WV 25702-1283                     CHRISTOPHER WAYNE LESTER
                                             PO BOX 21
                                             HEWETT WV 25108


TRI-STATE HOME CENTER
DANVILLE INC
P O BOX 987
SPENCER  WV              25276


Dear Sir/Madam:

This claim came on again this day to be considered upon the entire
record, particularly upon the Division's notice dated 08/10/95 informing
the claimant the above-styled claim may be closed on a temporary total
disability basis unless sufficient evidence was submitted within thirty
(30) days of receipt of said notice justifying the continued payment of
temporary total disability benefits. As it now appears that sufficient
evidence to justify the payment of additional temporary total disability
benefits has not been received, it is hereby ordered that this claim be
closed on a temporary total disability basis.

Any party to this claim may protest this decision. Protests must be
filed in writing within thirty (30) days from receipt of this decision
with the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233.
A copy of any such protest must also be served upon the Division
addressed to Director, Legal Services Division, P.O. Box 3922,
Charleston, WV 25339-3922, and a copy must also be sent to all other
interested parties to this claim.


CC:  CHRISTOPHER WAYNE LESTER          Workers' Compensation Division
     TRI-STATE HOME CENTER             By: GREGORY HUGHES
     PRABHOND CHINUNTDET MD


500688.171.0006



**CRA**
MANAGED CARE, INC.

*Verb Appt 9-19 94*

August 31, 1995

Panos Ignatiadis, M.D.
P.O. Box 3107
Huntington, WV 25702-0107

Re: Christopher Lester
SSN:  ▇▇▇▇-3340
DOI: 8/10/94

Dear Dr. Ignatiadis:

CRA has been asked by West Virginia Workers
Compensation to provide services to Mr. Lester. I
understand Mr. Lester has been scheduled for an
evaluation with you on 9/19/95. We anticipate having
an orthopedic evaluation report from Dr. Henry Hills
prior to 9/19 and will forward a copy to you. Enclosed
are records from Dr. Chinuntdet.

**Could you please forward CRA a copy of your report?**

If you have any questions regarding this letter, you
are welcome to call me. Thank you for your opinion and
anticipated cooperation in this case.

Sincerely,

*Jacqueline Cox*

Jacqueline Cox, M.Ed, CRC
Rehabilitation Specialist

JC/skg

cc: Mary Hoffman, Rehabilitation Coordinator, WVWCD
    Greg Hughes, Claims Manager, WVWCD

Enclosure: Consent Form

500688.171.0007



**CRA**
MANAGED CARE, INC.

**PROFESSIONAL CONSENT**

RE:    Christopher W. Lester

SSN:    ████-3340

DOB:    ██/██/71

DOI: 8/10/94

CLAIM NO. 950006803

I authorize CRA Managed Care, Inc. to be permitted to:

1.  Review and obtain copies of all medical, psychiatric,
    hospital, vocational, and other records pertaining to
    this occupational injury or any prior related injury
    or disease.

2.  Discuss my case and obtain reports from physicians
    and allied health professionals providing treatment
    or evaluation due to this occupational injury or any
    prior related injury or disease.

I authorize physicians and allied health professionals to
discuss my case with and provide written reports and records to
CRA Managed Care, Inc. related to this occupational injury or
any prior related injury or disease.  This may include detailed
information as to my condition, treatment plan, prognosis, and
anticipated dates for maximum medical improvement and return to
work.

I further give permission to CRA Managed Care, Inc. to share
the information so received with my treating physicians,
independent medical evaluators and West Virginia Workers
Compensation.

A photocopy of this form may be accepted as the original.

This authorization is valid for 90 days from the date of
signature.

Signature _Chris Lester_

Date _7-26-95_

Witnessed _Jacqueline Cox_

1207 QUARRIER STREET, SUITE 207, CHARLESTON, WV 25301, (304) 342-1020, FAX (304) 343-7853

500688.171.0008

# Logan General Hospital

*AUG 1 8 1995*

### Rehabilitation Services Department
### 20 Hospital Drive
### Logan, WV 25601
### 304-792-1526

Christopher Lester
PO BOX 21
Hewett WV 254108

Claim No: 950006803
SSN: ████████3340
DOI: 8-10-94

Dear Mr. Lester,

You have been referred to us for a Functional Capacity Evaluation. Your appointment is as follows:

**DATE: September 25, 1995** . **TIME: 1:00 pm**

We are located on the first floor of the Kruger Medical Plaza. It is the 4-story building up the hill from the hospital just before you reach the Doctor's Park.

On your appointment date, please come 15 minutes early and go to the outpatient clinic on the left side of the first floor. At the appointment time, you will then be taken to our Functional Capacity Evaluation area, where Lisa Zielke, OTR-L will see you for your evaluation.

You should wear the following:
Tennis shoes and socks
Comfortable shorts or sweats
T-shirt

You may arrive in street clothes, but please bring these testing clothes with you. We will provide a place to change.

The purpose of the Functional Capacity Evaluation is to do objective physical testing on work abilities. We will be looking at your activity in such areas as lifting, pushing, pulling, sitting and standing. There are 29 items, and the test takes a total time of approximately (2) hours. The testing will be done by a registered therapist, and only safe procedures will be used. The therapist will answer any specific questions you have about the testing. If you have any questions regarding the appointment time, location, or the test, please contact us. We look forward to seeing you for the Functional Capacity Evaluation.

Sincerely,

cc: Mary Hoffman, Sr. Rehab Counselor
    Jack Cox
    Dr. Chenuntdet

Logan WorkRehab Program

## THE PEOPLE *of* LOGAN GENERAL HOSPITAL

500688.171.0009

8-7-95
Christopher Lester - (dictation) papers copied for Worker's Comp. R Starcher

8-7-95

Christopher Lester

He continues to have some pain in his lower back. This has not changed. He said that he is on PT writing. He said that it helps him very little with writing and using his hand. At the same time he can do either hand or exercise with his bicycling alone. His finger to toe is 18 inches. His ankle and knee reflexes are equal. He still has little or no muscle spasm today. The worker from CRA manage care was also with him today. Will help facilitate for him to go for an evaluation at Logan to determine what type of work he can do. He is to continue his PT until he has the evaluation. He is to return in 4 weeks or sooner if needed for his pain medication, etc.

PC/rs

8-14-95 - copies made for pt. to take to Worker's Compensation. R.Starcher.

Prabhond Chinuntdet, M.D.
623 Madison Avenue
Madison, WV  25130

Re:  Christopher Lester
     SSN:  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
     File:  950006803

500688.171.0010

6-9-95

Dr. Prabhond Chinuntdet
623 Madison Avenue
Madison , WV  25130

Christopher Lester

He continues to complain of pain in his lower back, and knot on his
Rt. knee ~~probably~~ and indurated area in the front of the patella area.
He said his getting and authorization from Compensation to change doctors
but he just he wants to have an examination by Dr Lomil but he doesn't
need to change doctors for just 1 examination.  His examination today
showed moderate limitation of flexion and extension of lumbar spine.
Continue PT.  Return in 2 weeks.

PC/cr

6-26-95

Christopher Lester

He complain of back pain right and left knee and sometimes his leggs
give out.  He says Compensation wants us to refere him to a orthopedic
surgeon and he should be getting and authorization soon, he has been
under going a work hardening program, he says its not going very well.
His fingers and toes are about 12 inche, his lower extremeties reflexs
are normal and equal.  He is to continue his work hardening program.
Return in 2 weeks. Possibly to return to work in 2 to 4 weeks.

PC/th

7-10-95

Christopher Lester

He came in for follow up of back injury.  He has a compression fracture
of the T-11 from an old injury.  He has been coming to office since
1994, from an injury at work.  He has been having back pain and pain
in his knee, this other injury is not associated with his back.  However
he continues to complain of his knee giving out.  We discussed about
him going back to work and he said he may not have a job any more with
the present employer.  He said Compensation is going to send him to
a rehabilitation program to train him for another job, his appointment
for rehabilitation is later this month.  He claims that Compensation
wants me to send him to a orthopedic surgen again.  General condition
has not changed and has not improved or deteriorated.  I persume he
is doing as well as he can.  His compression fracture has healed.  He
should be ready for disablity rating, also to go back to work if he
has a job or can be rehabilitated or trained for another job.  Please
send a copy to Compensation.

PC/th

7/12/95 Sent out copy of office notes on  7-10-95
to Comp. th

7/11/95 Sent out Attending Physician's Report to AMO.

500688.171.0011

**PRABHOND CHINUNTDET, M.D.**
623 MADISON AVENUE
MADISON, WV 25130

TELEPHONE 369-2051                DEA NO. AC2992027

PATIENT NAME _Christopher Lester_           AGE ___

ADDRESS _____     DATE ___

R̸    PT    to back 3 tim/week
            & as well
        ( compression Fx T1,
        ffor - osteoporation dis

REPEAT ( ) TIME'S
NON-REPEAT ☐
REG #

                    P Chinul            M.D.

THIS PRESCRIPTION MAY BE FILLED WITH A GENERICALLY EQUIVALENT DRUG PRODUCT UNLESS THE
WORDS "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ARE WRITTEN, IN THE PRACTITIONER'S
OWN HANDWRITING, ON THIS PRESCRIPTION FORM.
                                        REORDER # 63030+319


**PRABHOND CHINUNTDET, M.D.**
623 MADISON AVENUE
MADISON, WV 25130

TELEPHONE 369-2051                DEA NO. AC2992027

PATIENT NAME _Christopher Lester_           AGE ___

ADDRESS _____     DATE ___

R̸    Continue PT for up W
        + more weeks

REPEAT ( ) TIME'S
NON-REPEAT ☐
REG #

                    ( Chin            M.D.

THIS PRESCRIPTION MAY BE FILLED WITH A GENERICALLY EQUIVALENT DRUG PRODUCT UNLESS THE
WORDS "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ARE WRITTEN, IN THE PRACTITIONER'S
OWN HANDWRITING, ON THIS PRESCRIPTION FORM.
                                        REORDER # 63030+319

500688.171.0012

**PRABHOND CHINUNTDET, M.D.**
623 MADISON AVENUE
MADISON, WV 25130

TELEPHONE 369-2051                    DEA NO. AC2992027

PATIENT NAME _Christopher Lester_ AGE

ADDRESS _____ DATE _3-6-95_

R̲ _Combini P T  7-4 week_

REPEAT ( ) TIME'S
NON-REPEAT ☐
REG #

_____ M.D.

THIS PRESCRIPTION MAY BE FILLED WITH A GENERICALLY EQUIVALENT DRUG PRODUCT UNLESS THE
WORDS "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ARE WRITTEN, IN THE PRACTITIONER'S
OWN HANDWRITING, ON THIS PRESCRIPTION FORM.

REORDER # 83000A310

---

**PRABHOND CHINUNTDET, M.D.**
623 MADISON AVENUE
MADISON, WV 25130

TELEPHONE 369-2051                    DEA NO. AC2992027

PATIENT NAME _Christopher Lester_ AGE

ADDRESS _____ DATE _3-15-95_

R̲ _Combini P T  2-4 week_

REPEAT ( ) TIME'S
NON-REPEAT ☐
REG #

_____ M.D.

THIS PRESCRIPTION MAY BE FILLED WITH A GENERICALLY EQUIVALENT DRUG PRODUCT UNLESS THE
WORDS "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ARE WRITTEN, IN THE PRACTITIONER'S
OWN HANDWRITING, ON THIS PRESCRIPTION FORM.

REORDER # 83000A310

500688.171.0013



**PRABHOND CHINUNTDET, M.D.**
623 MADISON AVENUE
MADISON, WV 25130

TELEPHONE 369-2051                    DEA NO. AC2992027

PATIENT NAME _Leslie Christopher_ AGE ___

ADDRESS _____ DATE 4-24-95

R̸    To P T
work hardening
program   7 week

REPEAT( )TIME'S
NON-REPEAT ☐
REG #

_____ C Chust_____ .M.D.

THIS PRESCRIPTION MAY BE FILLED WITH A GENERICALLY EQUIVALENT DRUG PRODUCT UNLESS THE
WORDS "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ARE WRITTEN, IN THE PRACTITIONER'S
OWN HANDWRITING, ON THIS PRESCRIPTION FORM.
REORDER # 630304310

---

**PRABHOND CHINUNTDET, M.D.**
623 MADISON AVENUE
MADISON, WV 25130

TELEPHONE 369-2051                    DEA NO. AC2992027

PATIENT NAME _Chris derby_ AGE ___

ADDRESS _____ DATE ___

R̸    continue P T & work
hardening program
7-4 more week

REPEAT( )TIME'S
NON-REPEAT ☐
REG #

_____ C Chust_____ .M.D.

THIS PRESCRIPTION MAY BE FILLED WITH A GENERICALLY EQUIVALENT DRUG PRODUCT UNLESS THE
WORDS "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ARE WRITTEN, IN THE PRACTITIONER'S
OWN HANDWRITING, ON THIS PRESCRIPTION FORM.
REORDER # 630304310

500688.171.0014

**PRABHOND CHINUNTDET, M.D.**
623 MADISON AVENUE
MADISON, WV  25130

TELEPHONE 369-2051                    DEA NO. AC2992027

PATIENT NAME _Christopher Lester_                    AGE ___

ADDRESS _____    DATE _6-9-95_

℞          Continue PT  3 / week
              x one week

REPEAT (  ) TIME'S
NON-REPEAT ☐
REG #

_____ M.D.

THIS PRESCRIPTION MAY BE FILLED WITH A GENERICALLY EQUIVALENT DRUG PRODUCT UNLESS THE
WORDS "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" ARE WRITTEN, IN THE PRACTITIONER'S
OWN HANDWRITING, ON THIS PRESCRIPTION FORM.

REORDER # 930004310

---

*Boone Memorial Hospital*

DEA No. _____                    • Phone 369-1230

PATIENT'S NAME _____ Chris Lester _____

ADDRESS _____

℞

          Continue PT

REPEAT (  ) TIMES
NON REPEAT ☐

DATE _____

REG. NO. _____

"This prescription may be filled with a generically equivalent
drug product unless the words 'Brand Necessary' or the
words 'Brand Medically Necessary' are written, in the prac-
titioner's own handwriting, on this prescription form."

_____ M.D

701 MADISON AVE.
MADISON, WEST VIRGINIA 25130

**500688.171.0015**

BOONE MEMORIAL HOSPITAL
701 MADISON AVENUE
MADISON. WV 25130

**SUBJECTIVE:** Christopher Lester, white male, age 23, diagnosis of compression fracture T11 and also low back pain, degenerative disc. Patient states he is having constant dull ache pain in low back, thoracic spine region, and also down into right leg. Burning is noted in the low back and also tingling and numbness in right leg. When right leg becomes numb, leg gives out periodically. Patient states pain is located along the lower T-spine region and also lower lumbar spine region. Pain level is 8/10. Patient states his pain has been the same since the injury. Patient states the positions that cause the most pain are any positions that he remains in for long time. Mornings and late evenings are the worse time for pain. Patient states pain has moved from original area in low back and has traveled down right lower extremity.

**History:** Patient on 8/10/94 was carrying approximately 150 lb footer and he twisted left ankle and fell on his right hip. Footer bounced on his shoulder a few times. Patient went to the ER receiving x-rays noting T11 compression fracture. Patient was recommended to have complete bedrest until 12/2/94. He wore a back brace and also walked with a cane periodically. Patient is in chronic stage of pain.

**Medications:** Darvocet, approximately 2-3 per day.

**Social History:** Patient sets up mobile homes requiring lifting and carrying. He is currently off work due to this injury.

**Past medical history:** Patient denies any high blood pressure, diabetes, history of surgery or cancer. Patient also denies any similar problems with lumbar spine or thoracic spine.

**OBJECTIVE:**

**Sensation:** Patient has decreased sensation along the right thoracic spine approximately from T8 to L2 to light touch.

**Reflexes:** Lower extremities equal bilaterally.

500688.171.0016

BOONE MEMORIAL HOSPITAL
701 MADISON AVENUE
MADISON, WV 25130

PT EVALUATION
RE: Christopher Lester
Page two

Range of Motion:    Sitting SLR negative bilaterally, full range of motion.  Trunk ROM - flexion 20 degrees, positive pain; extension 10 degrees, positive pain.

Strength: Knee flexion on right is 3+/5, positive pain; left 5/5, negative.  Knee extension 3/5 on right, positive pain; left 4/5, negative.    Positive mid back pain.    Dorsiflexion 4+/5 bilaterally, positive low back pain.

Palpation:    Patient has increased muscle tenderness along right thoracic spine region extending from T8 to approximately L2.  Lumbar spine pain also noted on right musculature and into right SI joint and gluteal.    Increased muscle tone noted with multiple trigger points.

PLEASE NOTE:  Was unable to complete thorough exam due to patient's complaint of pain with all tests and movements.  Will regain and attempt to complete the evaluation through treatments.

ASSESSMENT:

Problem List: Increased pain, decreased ROM of lumbar spine, decreased strength, increased muscle tone and trigger points.

Long Term Goals:
1.   Patient's pain will decrease by 90%.
2.   Patient's trunk range of motion will be WNL.
3.   Patient's strength will increase to 5/5 for lower extremity.
4.   Patient will return to functional activities.

Short Term Goals:
1.   Patient's pain will decrease by 50%.
2.   Patient will be independent with exercise program.

500688.171.0017

**BOONE MEMORIAL HOSPITAL**
**701 MADISON AVENUE**
**MADISON, WV 25130**

PT EVALUATION
RE: Christopher Lester
Page three

      3.   Patient will increase range of motion by 50%.
      4.   Patient will increase strength by 50% of right lower
         extremity.

TREATMENT PLAN:   Patient will receive moist heat to the lumbar
spine region and thoracic spine region, electrical stim and
ultrasound to lumbar spine region, massage to T-spine and L-spine
region, and also an exercise program.

      Thanks for your referral.

EJ:jo

Elaine Jefferson, PT

500688.171.0018

**Boone Memorial Hospital**

701 MADISON

MADISON, WEST VIRGINIA 25130

Phone 369-1230

**PROGRESS REPORT**

PATIENT NAME: _Una Foster_

PROBLEM/DIAGNOSIS: _Compression Ft T11_
_LBP_

INITIAL EVAL. DATE: _1-10-95_

Today's Date: _3-6-95_

Number Visits: _25_

**Modalities:**

| ✓ Hot Packs | ____ Ice Massage/packs |
| ✓ Ultrasound | ____ Traction (cervical) |
| ✓ Electric Stimulation | ____ Traction (lumbar) |
| ____ Acuscope | ____ TENS |
| ____ Whirlpool | ✓ Other: _massage_ |

**Therapeutic Exercises:**

Pt performing trunk rot
single + double knee to chest

| ____ Strengthening exercises | **Manual:** |
| ✓ Flexibility exercises | ____ Muscle energy tech |
| ____ Endurance exercises | ✓ Joint mobilization |
| ____ Postural exercises | |
| ____ Other: | |

Progress to date: ____ resolved    ✓ Improved    Status quo    ✓ Worse
_Cont. 1 3/6/95_                                          _Issues 3/6/95_

Specific Comments _Pt was performing trunk rot - light at present_
_On 3-7-95 Pt came to PT stating he had t mi. LBP could not_
_perform exer. Pt in 1-10-95 [[Came to PT wearing]]_
_Back brace Told pt to hold as one[?] massage until_
_experienced holiday[?]_

Recommendations: _TENS unit for home use - cont t c therapy_

Thank you,

_Elaine Jackson PT_

**Physician Comments** _____

Doctor: Please return a copy of this form to our office at your convenience.

500688.171.0019

WC-M541D
Rev. 10-08-92
WC6
   Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia  25304-1964

*Temp 9-19*

Gaston Caperton, Governor
Andrew N. Richardson, Commissioner

C20
952280951



08/17/95

PANOS IGNATIADIS MD
2828 FIRST AVENUE, SUITE 400
P.O. BOX 3107
HUNTINGTON WV 25702-1283

RE: Claim No.  950006803
    S. S. N.  ████3340
    D. O. I.  08/10/94
    CHRISTOPHER WAYNE LESTER
    PO BOX 21
    HEWETT WV 25108

---

TRI-STATE HOME CENTER
DANVILLE INC
P O BOX 987
SPENCER   WV          25276

Dear Sir/Madam:

The Attending Physician's Report (WC219), dated 08/10/95 cannot be
used as a basis for paying temporary total disability benefits as:
TTD BENEFITS WERE SUSPENDED BY LETTER DATED AUGUST 10, 1995. FURTHER
CONSIDERATION WILL BE GIVEN TO REINSTATING TTD BENEFITS UPON RECEIPT
OF THE REPORTS FROM DR. PANOS IGNATIADIS AND DR. HENRY HILLS.

This is official notice that payment of benefits will be suspended
unless we receive sufficient updated medical evidence to warrant
further adjustment of temporary total disability benefits.

---

CC:  CHRISTOPHER WAYNE LESTER
    TRI-STATE HOME CENTER
    PRABHOND CHINUNTDET MD

Workers' Compensation Division
By: GREGORY HUGHES

500688.171.0020

WC-M11
Rev. 04-95
WC6

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

Gaston Caperton, Governor
Andrew N. Richardson, Commissioner

C01
952270957



08/16/95

PANOS IGNATIADIS MD                    RE: Claim No.  950006803
2828 FIRST AVENUE, SUITE 400               S. S. N.   ███████-3340
P.O. BOX 3107                              D. O. I.   08/10/94
HUNTINGTON WV 25702-1283                   Auth. No.  952270957
                                           CHRISTOPHER WAYNE LESTER
                                           PO BOX 21
TRI-STATE HOME CENTER                      HEWETT WV 25108
DANVILLE INC
P O BOX 987
SPENCER   WV          25276

Dear Sir/Madam:

PER THE CLAIMANT'S AUGUST 15, 1995 TELEPHONE REQUEST, THIS LETTER WILL
SERVE AS AUTHORIZATION FOR A ONE-TIME CONSULTATION WITH DR. PANOS
IGNATIADIS FOR THE LOW BACK INJURY. DR. IGNATIADIS: PLEASE PROVIDE A
DETAILED MEDICAL REPORT GIVING YOUR RECOMMENDATIONS FOR FUTURE
TREATMENT. PLEASE CONTACT: GREG HUGHES, TELEPHONE #926-5264 IF ANY
ASSISTANCE IS NEEDED.

This authorization will become void if the services are not carried
out within ninety (90) days of the date of this letter.

Should it later be determined the services herein authorized are not
reasonably related to the claimant's compensable injury or if the
claimant's application for compensation is later rejected by this
Agency, payment of medical benefits will be subject to recovery.

Any party to this claim may protest this decision. Protests must be
filed in writing within thirty (30) days from receipt of this decision
with the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233. A
copy of any such protest must also be served upon the Division addressed
to Director, Legal Services Division, P.O. Box 3922, Charleston, WV
25339-3922; and a copy must also be sent to all other interested
parties to this claim.

CC:  CHRISTOPHER WAYNE LESTER           Workers' Compensation Division
     TRI-STATE HOME CENTER              By: GREGORY HUGHES
     PRABHOND CHINUNTDET MD

500688.171.0021

WC-M11F
Rev. 04-95

*pwp 9-19-95*
(94)

L21
952271101

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

Gaston Caperton, Governor
Andrew N. Richardson, Commissioner



08/16/95

PANOS IGNATIADIS MD
2828 FIRST AVENUE, SUITE 400
P.O. BOX 3107
HUNTINGTON WV 25702-1283

RE: Claim No.   950006803
S. S. N.     ████████3340
D. O. I.   08/10/94
CHRISTOPHER WAYNE LESTER
PO BOX 21
HEWETT WV 25108

TRI-STATE HOME CENTER
DANVILLE INC
P O BOX 987
SPENCER   WV              25276

Dear Sir/Madam:

WE ARE AUTHORIZING COMPREHENSIVE REHAB ASSOCIATES TO FOLLOW UP ON
THEIR 8/10/95 REPORT, HOWEVER CRA IS ADVISED TO CONTACT TEAM 9
BOONE COUNTY, FOR FCE AND IME EVALUATIONS, BEFORE BOONE CO TEAM CAN
ESTABLISH THE NEED FOR FUTHER REHAB SERVICES.
AUTHORIZATION EXPIRES 10/30/95. THIS CASE WILL NOT BE EXTENDED FOR
CRA, IF CLAIMANT REMAINS MEDICALLY UNSTABLE ON 10/30/95.

We ask that the rehabilitation consultant keep us informed of all devel-
opments in this case and submit reports at least monthly.  Only services
authorized in this letter may be provided.  This authorization will be-
come void if the services are not initiated within thirty (30) days from
the date of this letter.

Any party to this claim may protest this decision. Protests must be
filed in writing within thirty (30) days from receipt of this decision
with the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233. A
copy of any such protest must also be served upon the Division addressed
to Director, Legal Services Division, P.O. Box 3922, Charleston,
WV 25339-3922, and a copy must also be sent to all other interested
parties to this claim.

CC:  CHRISTOPHER WAYNE LESTER
     CRA
     TRI-STATE HOME CENTER
     PRABHOND CHINUNTDET MD

Workers' Compensation Division
By: MARY HOFFMAN MA
        Rehabilitation Coordinator

500688.171.0022



**MARKER-HOFF GROUP**
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**    Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**    C-1-01-428

**PERTAIN TO:**    Christopher Wayne Lester

**FROM:**    Henry M. Hills, Jr., M.D.
264 Baker Lane, Suite 2115
Charleston, WV  25302
(304) 342-5364

**DELIVER TO:**    Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688076-0001
THROUGH 500688076-0011.

Case No. C-1-01-428

Michael W. Harris                    : Southern District Court
                                     :
vs.                                  : County of Hamilton
                                     :
Purdue Pharma L.P., et al            : State of Ohio

---

Records pertaining to: **Christopher Wayne Lester**

Custodian of Records For:    **Henry M. Hills, Jr., M.D.**

I have conducted a thorough search of our files for the requested records, including but not limited to:   patient intake forms and health questionnaires, and/or consent forms, and/or physical examination records, and/or x-rays, and/or pathology slides and/or blocks, and/or all nurses notes and physicians notes, and/or treatment records and reports, and/or prescription records, and/or third-party consultation records, and/or records of treatment at hospitals and other health care providers, and/or test results from outside laboratories, and/or itemized billing records, and/or insurance claims forms, and or personnel records and/or payroll records, and/or academic records, and/or correspondence.

I certify that nothing has been removed from the original file before releasing copies of these records or the originals. The records I am releasing are the original records or exact duplicates of the original records and include each and every record contained in the file on the above-named individual.

_____
AFFIANT

_____
WITNESS

_____8-29-03_____
DATE

## H. M. HILLS, JR., M.D.

### N.A.D.E.P. −−−−−− A.A.O.S.
UNION SQUARE – 1 MONONGALIA
CHARLESTON, WV 25302

Phone: 343-5144

Date: __1/5/95__

NAME: _____CHRISTOPHER WAYNE LESTER__

Date of Birth: ▮▮▮/71   Age: 23 Sex: m

Street Add: __P.O. BOX 21__

City & State: __HEWETT, WV 25108__

Telephone: __369 2432__ __(369 3610)__

Employer: __TRI-STATE MOBILE HOMES__

Payment Classification

COMP: CL#: __95 0006803__ _____

div.                _____ _____

DOI: __08/10/94__ _____ _____

                    _____ _____

SS#: ▮▮▮▮ 3340 _____

UMW: FILE#: _____

OTHER:_____

_____

_____

                FOR:

1/5/95   Comp exam − see ltr. of this date/HMH/er
         xc: patient, employer, Dr. Chinuntdet
                (not ready for rating)


8/24/95   Comp Exam − see letter to Comp −10% PPD − radiculapathy-
          sciatic irritation    HMH/tlc/ bmd

500688.076.0001

## AFFILIATED BEHAVIORAL CONSULTANTS
### P.O. Box 164          Wilmette, Illinois 60091
### FAX: 1-708-251-9240

# LOW BACK PAIN
# SYMPTOM CHECK LIST

**FOR PHYSICIAN USE:**

Physician's Name _____ H. N. (blank), JR. MD _____

UNION COUNTY — PENNSYLVANIA

Address _____ CHARLESTON, WV 25302 _____

(304) 343-5111

Diagnostic Impression _____

**FOR PATIENT USE:**

Patient's Name _Lester Christopher W_ Age _23_ Sex _M_
        (Print) Last,    First    Middle Initial)

Date _1-5-95_ Highest Grade Completed in School _12_ Race _White_

Occupation: _Set Crew - Mobile Homes_

How long have you had LOW BACK PAIN? _8-10-94_

Are you WORKING? (Check ONE)

   ☑ Not Working          ☐ Working Now

Does your job involve MANUAL LABOR? (Check ONE)

   ☐ None      ☐ Minimal      ☐ Moderate      ☑ Heavy

Were you INJURED? (Check ONE)

   ☑ At work      ☐ In accident — NOT work related      ☐ NOT injured

TIME OFF WORK: Fill in below

_____ Days OFF      _3½_ Weeks OFF      _4_ Months OFF

   IF NO DAY OFF WORK...CHECK BOX HERE ☐

Is this a WORKMENS COMPENSATION CASE?      ☑ YES      ☐ NO

Is LITIGATION PENDING?      ☐ YES      ☑ NO      ☐ NOT APPLICABLE

Have you had a BACK OPERATION?      ☐ YES      ☑ NO

   If Yes, how many? _____.

Have you tried to RETURN TO WORK?      ☐ YES      ☑ NO      ☐ NOT APPLICABLE

   If YES,      ☐ WITH or      ☐ WITHOUT restrictions (Check ONE).

## INTENSITY RATING

We need a more accurate idea of how severe your pain is. On a scale of 0 to 100, in which **0 is no pain** at all, and **100 is the most severe pain** that you can possibly imagine, what number would you give your average pain over the last few days? What is your average pain **these days?**

Please estimate your pain and place your answer here: _____ _95_ _____

**Turn to other side and read the instructions carefully**

**500688.076.0002**



**LOW BACK PAIN EVALUATION PROFILE**

PATIENT'S NAME _____ LESTER, CHRISTOPHER _____

DATE _____ JAN. 5, 1995 _____

PHYSICIAN _____ H. M. HILLS JR, M.D. _____

**Mixed psychogenic pain score. Organic disease and psychological disturbance often present together with this pattern.**

PROBABILITY OF A SIGNIFICANT EMOTIONAL COMPONENT:

☐ LOW          ☐ INDETERMINATE          ☒ HIGH

500688.076.0003

# H. M. Hills, Jr. M.D.

**Orthopedic Surgeon**
F.A.C.S. - A.A.O.S.
Union Square - 1 Monongalia
Charleston, WV 25302-2376
(304) 343-5144
FAX# 343-1736

**FELLOW**

<u>A</u>merican
<u>A</u>cademy
<u>D</u>isability
<u>E</u>valuating
<u>P</u>hysicians

**FELLOW**

<u>N</u>ational
<u>A</u>ssociation
<u>D</u>isability
<u>E</u>valuating
<u>P</u>rofessionals

1/5/95

State of West Virginia
Workers' Compensation Fund
601 Morris St.
Charleston, WV 25301

Att: YA

Re:  CHRISTOPHER LESTER
CL#: 95 0006803
DOI: 08/10/94
SS#: ▓▓▓▓▓ 3340

Dear YA:

This patient was examined on 1/5/95 at your request.

History was obtained of his having been injured on 8/10/94 when he turned his left ankle over and fell in a hole and had with that a low back injury and he also had pain in the left ankle.

He was seen at Boone Memorial Hospital. X-rays were taken showing compression fracture of Dll. He was treated with conservative treatment and a hyperextension back brace. X-rays of the ankle were negative. The patient is still wearing his back brace when outside doing activities or when riding in a car. He is still seeing Dr. Chinuntdet at intervals.

According to the reports and to the patient there were several fractures of the lower dorsal and the upper lumbar spine (exact number could not be determined from the notes sent to me).

PAST MEDICAL HISTORY: No surgery or admissions.

REVIEW of SYSTEMS: Eyes negative. The ears, nose and throat show earaches and he has a lot of nasal stuffiness and the respiratory system is negative. He has no precordial pain but has pain in the epigastric area, no shortness of breath or high blood pressure. The GI system shows a lot of indigestion and heartburn and he has some diarrhea. The GU system shows frequency and he has to get up at night, to void, usually 2-3 times a night. The patient has difficulty controlling urine on heavy coughing and/or sneezing.

In general, he worries a lot about his health and usually feels tired and worn out and he is depressed a lot of the time.

500688.076.0004

Workers' Compensation Fund          -2-          Re: Christopher Lester

PERSONAL HABITS: No tobacco or alcohol; drinks 1-2 cups of coffee a day. He is taking mild pain relievers - over-the-counter type, as needed, particularly Tylenol. Takes Darvocet N100 occasionally.

FAMILY HISTORY: Parents well at this time .. father has had a heart attack in the past with open heart surgery; three sisters and one brother active. The grandparents are deceased but he does not know the cause of their deaths.

WORK HISTORY: Graduated from high school and started working in a lumber yard for about four months; then went to Ohio and worked as an electrical lineman for six months; then went into timbering for about three months; then worked in NC in a lumber yard for about six months; then at Tri-State Mobile Homes until the injury of 8/10/94 and has had no work since then.

He is to start on physical therapy and exercises in the near future.

CHIEF COMPLAINTS: (1) pain in the mid and low back areas (2) sudden sharp pain in the epigastric area with twisting or turning (3) pain referral from the back down to the calf area on the right leg (4) numbness in the right leg, off and on (5) stiffness in the back (6) with the weakness in the right leg he has fallen on several occasions and as result uses a cane. The patient has had some difficulty controlling his bladder, not so much with the bowels, but soils himself with the loss of urine occasionally.

PHYSICAL EXAMINATION: This patient is 5' 7 1/2" tall weighing 255 pounds with his clothes on. Examination shows the patient walking slowly and cautiously protecting his back. He has pain with weight bearing on the right leg, particularly so with walking on toes or heels and then he has pain extending down the entire right lower extremity; worse with walking on the toes than with the heels but bothers with both.

Likewise, he is able to do a partial deep knee bend (approx. 40% of normal) and then has to stop because of pain in the low back and mid back as well.

Examination of the back shows the patient standing with good posture. The pelvis is level and the spine straight. He is much too heavy. He has marked tenderness at the dorsal-lumbar junction and has tenderness also at the lumbosacral joint area, no bony deformity palpated or muscle spasm however. He has forward flexion of 40° with 15° of that occurring through the pelvis and hips and the remainder through the spine itself. He has hyperextension of 20° with pain in the mid and low back area. He has side bending (R) and (L) of 20° with pain in the low back. Straight leg raising test is 45° on the (R) with positive Lasegue's test in that it causes some pain from the low back into the right buttocks but not down the leg. He has straight leg raising on the (L) of 60° with pain also in the mid back on testing. Various sacroiliac tests are markedly positive on the (R) and moderately positive on the (L). He has flexion of the right hip only to 80° with pain in the back area and of the left hip to 120° before distress. Reflexes are intact to the lower extremities. Circulation is good with pulsations present.

Workers' Compensation Fund          -3-          Re: Christopher Lester

The patient has good power of dorsiflexion of the great toes; however, dorsiflexion of the great toe on the (R) causes pain in the right leg. He has some diminution to pin prick sensation over the dorsum of the right foot, not completely absent, but diminished.

Length of lower extremities - measuring from the umbilicus to the internal malleolus:  38 7/8" bilaterally. Circumference of calves: 18" (R) and 17 3/4" (L).

Examination of the left ankle shows swelling at this time. He has some tenderness over the lateral ligament of the ankle. Has relatively good range of motion of the ankle but without particular pain or distress but the ankle feels weak to him at times and creels over easily. The patient denies having trouble with his low back prior to this particular injury of 8/10/94.

X-RAYS: (taken at Boone Memorial Hospital reviewed) - there is minimal compression fracture of the body of Dll and progresive films were taken up to good firm union of the vertebal body with minimal compression.

X-rays taken also fo the lumbosacral spine (obliques) show no evidence of bonr or joint pathology, no fracture. The disc spaces are normal. There is no evidence of defect in the neural arches and the sacroiliac joints are open.

X-rays were then taken of the ankle (today) showing lateral ligament damage to the left ankle and ap., lat., and obls. show no evidence of fracture or dislocation and inversion stress views normal showing good strength of the lateral ligament of the ankle.

A low back pain evaluation profile was run on this patient showing a mixed psychogenic pain score, organic disease and psychological disturbance often present together with this pattern. He has a relatively high emotional component.

OPINION: This patient has not reached maximum degree of recovery. He is making progress. He needs to get rid of the brace and start on an exercise program for his back to build up the muscle strength in the back and in the trunk muscles. He is much too heavy. He is overweight by about 60-75 pounds and it would help considerably if he would lose a good 50 pounds and he would improve faster. He has solid, firm union of the fracture and the only thing that is bothering him now is the pulling on the scar tissue where he had the fracture and he needs to execise and stretch that to get to functioning again.

I would say that he needs a good strong physical therapy back program to get functioning again and into the work force. I don't think he will be ready for a PPD rating for 4-6 months.

Yours Sincerely,

H. M. HIlls, Jr., M.D

HMH/er
xc: patient, employer, Dr. Soulsby

500688.076.0006

# SERVICES INVOICE



**Workers' Compensation Fund**
P.O. Box 3151, Charleston, WV 25332

WC-400  Rev. 12-89

DO NOT WRITE
IN THIS SPACE

| | | |
|---|---|---|
| (K) | ☐ | Dental |
| (N) | ☐ | Nursing Home |
| (P) | ☑ | Practitioner |
| (R) | ☐ | Vocational Rehabilitation |
| (V) | ☐ | Other Medical Vendor |

| 1. CLAIMANT NAME (Last, First, and Middle Names) | 2. CLAIMANT ADDRESS (Street or PO Box, City, State, and Zip Code) |
|---|---|
| *Lester, Christopher* | *P.O. Bx 21- Newell, W.V. 25108* |

| 3. EMPLOYER BUSINESS NAME | 4. EMPLOYER MAILING ADDRESS |
|---|---|
| *Tri-State Home Ctr.* | *c/o Comp* |

| 5. CLAIMANT SOCIAL SECURITY NO. | 6. DATE OF INJURY | 7. CLAIM NO. |
|---|---|---|
| *3340* | *08·10·94* | *950006803* |

| 8. REFERRING PHYSICIAN'S PROVIDER NO. | 9. REFERRING PHYSICIAN'S NAME | 10. DATE CLAIMANT FIRST CONSULTED PROVIDER FOR THIS CONDITION |
|---|---|---|
| | | |

| 11. DIAGNOSIS CODE (ICD-9-CM)/DESCRIPTION |
|---|
| 1. |
| 2. |
| 3. |

| 12. PRIOR AUTHORIZATION NO. | 13. IF EMERGENCY CHECK HERE | 14. PATIENT ACCOUNT NO. | 15. PROVIDER NO. |
|---|---|---|---|
| *94343/348* | ☐ | | *550646165* |

| 16. CHECK HERE IF PAYMENT IS TO BE MADE TO CLAIMANT | 17. PAYEE NO. | 18. PAYEE NAME AND ADDRESS |
|---|---|---|
| ☐ | | |

| 19. SERVICE DATE | 20. PROCEDURE CODE | 21. MOD CODE | 22. DESCRIPTION | 23. CHARGES | 24. UNITS | 25. T.O.S. | 26. DENTAL TOOTH NO. |
|---|---|---|---|---|---|---|---|
| *01·05·95* | *Z7777* | | | *250 00* | *1* | *3* | |
| *01·05·95* | *73610* | *00* | *(L) ankle* | *60 00* | *1* | *3* | |
| *01·05·95* | *76499* | *00* | *(L) ankle - stress view* | *17 00* | *1* | *3* | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 27. As provided by statute, this is to certify that the services were rendered as outlined above and that no other or additional charge for such treatment, appliance, or service has been or will be made against any person, firm, or corporation. | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|
| *H. M. Hills Jr., M.D. 01·05·95* | *327 00* | *- 0 -* | *327.00* |
| PROVIDER OR CLAIMANT SIGNATURE          DATE | | | |

| 31. REMARKS | 32. PROVIDER NAME, ADDRESS AND TELEPHONE NO. |
|---|---|
| | H.M. HILLS.JR.M.D.<br>UNION SQUARE-1 MONONGALIA<br>CHARLESTON. W.V. 25302<br>(304)343-5144 |

# H. M. Hills, Jr. M.D.

### Orthopedic Surgeon
### F.A.C.S. - A.A.O.S.
Union Square - 1 Monongalia
Charleston, WV 25302-2309

(304) 343-5144
FAX# 343-1738

FELLOW

American
Academy
Disability
Evaluating
Physicians

FELLOW

National
Association
Disability
Evaluating
Professionals

August 24, 1995

Bureau of Employment Programs
Workers' Compensation Division
4700 MacCorkle Avenue, S.E.
Charleston, WV  25304-1964

Attn:  Gregory Hughes

RE:  Christopher Wayne Lester
  CL#:  950006803
  SS#:  _____-3340
  DOI:  08/10/94

Dear Mr. Hughes:

The above captioned patient was reexamined on August 24, 1995.  He was previously seen and report rendered dated January 5, 1995.

This patient initially was injured August 10, 1994 when he turned his left ankle and fell into a hole injuring his back and left ankle.  He was seen in the emergency room at Boone Memorial Hospital by Dr. Chinuntdet.  X-rays showed a compression fracture of D11 and the left ankle x-ray was negative.

He was fitted with a brace and followed by Dr. Chinuntdet.  There was some question of several fractures in the lower dorsal and upper lumbar spine according to the patient, however, only a report of the fractured body of D11.

X-rays taken at the time I saw him on January 5, 1995 showed a minimal compression fracture of the body of D11 with good firm union.  When I saw this patient he had not reached his maximum degree of recovery and was still temporarily totally disabled and was to leave the brace off and to start on an exercise and stretching program for his back muscles.  He was much too heavy.  He had solid union of the fracture and needed to loosen up the scar tissue and needed a good back program.

Since that time he had gone to physical therapy and had some flare-up with activity.  He has not been able to get any light work and has not returned to work at this time.

PAST MEDICAL HISTORY:  Given in previous report and will not be repeated here at this time.

500688.076.0008

Gregory Hughes          -2-              Re:  Christopher W. Lester

CHIEF COMPLAINTS:  1) pain  in the mid  and low back area;  2) sudden
sharp pain in the epigastric region with  twisting or turning; 3) pain
referral  from the  back down  to the  calf area on the  (R) leg;  4)
numbness in  the (R)  leg off and  on; 5)  stiffness in  the back;  6)
weakness in the (R) leg and has fallen on several occasions; when seen
before he was  using a cane but  he is going  without the cane at  the
present  time and has a  little better walking  ability; 7) difficulty
controlling his bladder and soils himself occasionally.

PHYSICAL  EXAMINATION:  The patient  stands 5' 7  1/2" tall and weighs
266 pounds with clothes  on.  He walks with a  slow but equal gait.  He
has the power to walk on his toes and  heels but it causes pain in the
(R) low  back; worse with walking  on the toes than  heels but present
with  both.  He is able  to do a partial  deep knee bend approximately
40% of normal then has to stop because of pain in the low back area.

Examination  of the back shows the patient standing with good posture,
pelvis is level, and the spine straight.  He has  some tenderness over
the lumbosacral joint area and to the (R) side of that and pain in the
dorsal lumbar junction.  No bony deformity or muscle spasm is noted.

He has forward flexion of 50 degrees with 25 degrees of that occurring
through  the pelvis and hips  and remainder through  the spine itself.
He has hyperextension of 25 degrees with pain in the lumbosacral joint
region.  He has side bending right and left of 20 degrees with pain in
the lumbosacral joint region.

Compression of the  head and neck and elevation of  arms over the head
causes pain in the low  back area which is non-organic.    Straight leg
raising  test is 60 degrees on the  (R) with negative Lasegue's but it
causes pain  in the low back  area.  Straight  leg raising test  is 70
degrees on the (L) with  negative Lasegue's and again pain in  the low
back region.

He has moderately  positive sacroiliac tests and moderately  positive
lumbosacral tests.    He can flex his knees to just about 95 degrees on
the (R) and  100 degrees  on the (L).   He had  a moderately  positive
Lasegue's test on  the (R); I felt at first it  was a muscle tightness
but I believe he is having actually some sciatic irritation.

Reflexes and  sensation   are  intact  to   the  lower   extremities.
Circulation is good  with pulsations present.   He has  good power  of
dorsiflexion of great toes.  He has some sensory loss of the (R) great
toe area and the  medial side of the foot  and the medial side  of the
leg up to knee level.  Pin-prick comes through on the lateral side but
is diminished over that of the (L) leg.

Length  of lower  extremities  measuring  from the  umbilicus  to  the
internal malleolus:
     38 3/4" bilaterally

Circumference of calves:
     18 1/4" bilaterally

500688.076.0009

# CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging
GENERAL DIVISION
501 Morris Street
Charleston, WV 25301
(304) 348-6044

**NAME:** LESTER, CHRISTOPH W
**MRN:** 00301467
**DOB:** ▮▮▮▮71 00:00
**Patient type:** OP

**PT. LOCATION:**
**SEX:** M
**Req. Phys:** HILLS, HENRY M JR

**HENRY M. HILLS, M.D.**
**COLUMBIA & MONONGALIA**
**CHARLESTON, WV**
**25302**

**Order:** 9034          **Result:** 5723    **Addendum:** 0
**Order Date/Time:** 08/24/95 15:10
**Requesting Service:** GENERAL REFERRED OUTPATIENT

**Reason:** WITH SPOT OF D11                                        AP
PELVIS

**LUMBAR SPINE ROUT AP,LAT,OBL**

Examination of the lumbar spine reveals the vertebral body heights and disc
spaces to be well maintained. Pedicles and spinous processes are intact.
Soft tissues are unremarkable.

**IMPRESSION:**

Normal lumbar spine.

**PELVIS**

A single AP view of the pelvis reveals the bony structures to be intact.
There is no evidence of fracture.

**IMPRESSION**

NORMAL PELVIS.

**Dictated by:** MARY H. MCJUNKIN, M.D.
**Verified by:** MARY H. MCJUNKIN, M.D. 08/24/95

Trans: PM2 08/24/95

**RADIOLOGY REPORT**
VERIFIED
1

500688.076.0010

Gregory Hughes                    -3-                    Re:  Christopher W. Lester

With the patient sitting and dangling his legs he can have his knees extended fully but it causes pulling and hurting in the low back in doing so; worse with the (R) leg than the (L).

X-RAYS:  Please see the report dated 8/24/95 from Charleston Area Medical Center.

OPINION:  This patient does have evidence of radiculapathy with loss of sensation to the right lower extremity.  There is evidence of sciatic irritation.  This qualifies this patient for DRE III or 10% permanent partial disability.  This, as always, according to AMA guidlines , Fourth Edition.


Yours Sincerely,

H.M. Hills Jr. M.D.


ADDENDUM:  X-rays of the right knee taken in our office show no evidence of any pathology.

500688.076.0011

MHG

MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**     Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**     C-1-01-428

**PERTAIN TO:**     Christopher Wayne Lester

**FROM:**     Corporate Health Services
14186 MacCorkle Avenue SW
Charleston, WV  25303
(304) 388-1307

**DELIVER TO:**     Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688085-0050
THROUGH 500688085-0056.

THE MARKER-HOFF GROUP, INC

13105 NORTHWEST FREEWAY SUITE 300    HOUSTON TEXAS 77040    (T) 713 460 9070    (F) 713 460 6519    800 264 9070

WWW.MARKER-HOFF.COM

## CORPORATE HEALTH SERVICES

AFFILIATED WITH

**Charleston Area Medical Center**

NAME: _Christopher W. Lester Sr._

SOCIAL SECURITY #: ████████ 3340

EMPLOYER: _D+m Trucking_

DATE: _4-4-00_

# RETURN TO WORK GUIDELINES

**If the Employer is unable to provide the worker with the limited duty indicated, the worker should be placed off duty until the next scheduled physician's appointment.**

DATE: _4-4-00_                    DATE OF INJURY: _3-10-00_

**WORK STATUS:**

    1. Full Duty _____

    2. Limited Duty _____

    _____

    3. Unable to Work _____

**NEXT PHYSICIAN APPOINTMENT:** _____ _4/13/00 @ 8:00am_

**RELEASE FROM TREATMENT:** _____

    **Diagnosis:**

        1. _____

        2. _____

        3. _____

**COMMENTS:** _____

_____

_____

TIME IN: _____

TIME OUT: _____

                PHYSICIAN'S SIGNATURE                    DATE

**Occupational Medicine • (304) 348-1000 • 1418C MacCorkle Ave., SW • Charleston, WV 25303**

CHS-0002    Rev. 1-99

500688.085.0050

**CORPORATE
HEALTH SERVICES**

AFFILIATED WITH
**Charleston Area
Medical Center**

NAME: _Christo..._
SOCIAL SECURITY #: ▮▮▮▮▮ _324_
EMPLOYER: _O m Trucking_
DATE: _3·27·00_

# RETURN TO WORK GUIDELINES

**If the Employer is unable to provide the worker with the limited duty indicated, the worker should be placed off duty until the next scheduled physician's appointment.**

DATE: _3 27 00_     DATE OF INJURY: _3 10 00_

**WORK STATUS:**

    1. Full Duty _____

    2. Limited Duty _____

    _____

    _____

    3. Unable to Work _____

**NEXT PHYSICIAN APPOINTMENT:** _____ _4/3 9:30_

**RELEASE FROM TREATMENT:** _____

    **Diagnosis:**

    1. _____

    2. _____

    3. _____

**COMMENTS:** _____

_____

_____

TIME IN: _____

TIME OUT: _1:10_

_____     _... 27, 2000_
**PHYSICIAN'S SIGNATURE**     **DATE**

**Occupational Medicine • (304) 348-1000 • 1418C MacCorkle Ave., SW • Charleston, WV 25303**

CHS-0002    Rev. 1-99

500688.085.0051

CORPORATE
HEALTH SERVICES

AFFILIATED WITH
CAMC  Charleston Area
Medical Center

NAME: Chris Lester
SOCIAL SECURITY #: ▮▮▮▮ 3340
EMPLOYER: D+M Trucking Co?
DATE: 3-22-00

## RETURN TO WORK GUIDELINES

If the Employer is unable to provide the worker with the limited duty indicated, the worker
should be placed off duty until the next scheduled physician's appointment.

DATE: 3-22-00          DATE OF INJURY: 3-10-00

**WORK STATUS:**

1. Full Duty — Truck driver
2. Limited Duty _____
   _____
   _____
3. Unable to Work  3-22-00

NEXT PHYSICIAN APPOINTMENT: Mon @ 9:00 am

**RELEASE FROM TREATMENT:** _____

Diagnosis:
1. Closed Head Injury, Concussion, Cervical Strain
2. Shoulder pain
3. Chest wall contusions

**COMMENTS:** _____
_____
_____

TIME IN: 2:20 pm
TIME OUT: 15:30          _____          March 22, 200x
                         PHYSICIAN'S SIGNATURE              DATE

Occupational Medicine • (304) 348-1000 • 1418C MacCorkle Ave., SW • Charleston, WV 25303

CHS-0002    Rev. 1-99

500688.085.0052

343-4371

**CORPORATE
HEALTH SERVICES**

AFFILIATED WITH

**Charleston Area
Medical Center**

NAME: _Christopher W. Lester_

SOCIAL SECURITY #: _____3340_

EMPLOYER: _D&M Trucking Corporat._

DATE: _3-14-00_

# RETURN TO WORK GUIDELINES

If the Employer is unable to provide the worker with the limited duty indicated, the worker
should be placed off duty until the next scheduled physician's appointment.

DATE: _3-14-00_                    DATE OF INJURY: _____

**WORK STATUS:**

1. Full Duty _____

2. Limited Duty _____

_____

_____

3. Unable to Work _____

**NEXT PHYSICIAN APPOINTMENT:** _____

**RELEASE FROM TREATMENT:** _____

**Diagnosis:**

1. _____

2. _____

3. _____

**COMMENTS:** _____

_____

_____

**TIME IN:** _____

**TIME OUT:** _____          PHYSICIAN'S SIGNATURE          DATE  _3/14/0_

Occupational Medicine • (304) 348-1000 • 1418C MacCorkle Ave., SW • Charleston, WV 25303

CHS-0002     Rev. 1-98

500688.085.0053

CORPORATE
HEALTH SERVICES

AFFILIATED WITH

**Charleston Area
Medical Center**

NAME: _Christopher_

SOCIAL SECURITY #: _____ 3346

EMPLOYER: _D+R Trucking Corp. Inc._

DATE: _3-15-00_

## RETURN TO WORK GUIDELINES

**If the Employer is unable to provide the worker with the limited duty indicated, the worker should be placed off duty until the next scheduled physician's appointment.**

DATE: _3/15/00_                    DATE OF INJURY: _____

**WORK STATUS:**

      1. Full Duty _____

      2. Limited Duty _____

      _____

      3. Unable to Work _____

**NEXT PHYSICIAN APPOINTMENT:** _____ 50:50   3·22·00 215

**RELEASE FROM TREATMENT:** _____

      **Diagnosis:**

          1. _____

          2. _____

          3. _____

**COMMENTS:** _____

_____

_____

**TIME IN:** _____

**TIME OUT:** _335_        _____        _3/15/00_

                     **PHYSICIAN'S SIGNATURE**        **DATE**

Occupational Medicine • (304) 348-1000 • 1418C MacCorkle Ave., SW • Charleston, WV 25303

CHS-0002      Rev. 1-99

500688.085.0054



**orporate**
**Health Services**

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

**REFERRAL FORM**

Referral to: _*York Medical*_

Patient Name: _*Christopher Foster*_

Primary Diagnosis: _(R) shoulder strain and neural strain_    Onset: _____

Referring Diagnosis: _____    Onset: _____

X-ray or Special Test Findings: _____

Special Instructions/Precautions: _____

Frequency/Duration/Or as Indicated by PT Evaluation: _____

Treatment Goals:    **Improve**                                      **Decrease**

_____ Strength                              _____ Pain

_____ Endurance                          _____ Swelling

_____ Range of Motion                 _____ Paresthesia

_____ Coordination

_____ Mobility

_____ Gait:    NWB    PWB    FWB

Date to Return to Physician: _____    Date to Return to Work: _____

Physician Signature: _*John M. Smith, MD*_    Date: _1/4/00_

Affiliated with
Charleston Area Medical Center

CHS-0011    Rev. 2-96

500688.085.0055

# Corporate Health Services

1418-C MacCorkle Avenue, SW
Charleston, West Virginia 25303
(304) 348-1000

## REFERRAL FORM

Referral to: _Sports Medicine Crane Memorial Tues 3/28/00 10:00 AM_

Patient Name: _Christopher Lester_

Primary Diagnosis: _____  Onset: _____

Referring Diagnosis: _____shock_____  Onset: _____

X-ray or Special Test Findings: _____

Special Instructions/Precautions: _____

Frequency/Duration/Or as Indicated by PT Evaluation: _____

Treatment Goals:

| Improve | | Decrease | |
|---------|---|----------|---|
| _____ | Strength | _____ | Pain |
| _____ | Endurance | _____ | Swelling |
| _____ | Range of Motion | _____ | Paresthesia |
| _____ | Coordination | | |
| _____ | Mobility | | |
| _____ | Gait:  NWB  PWB  FWB | | |

Date to Return to Physician: _____  Date to Return to Work: _____

Physician Signature: _____  Date: _3/28/00_

_Eval & Tx Bank for 2 w_

Affiliated with
Charleston Area Medical Center

CHS-0011    Rev. 2-96

500688.085.0056

MH

MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**    Michael W. Harris, et al.

vs.

Purdue Pharma L.P., et al.

**CASE NO:**    C-1-01-428

**PERTAIN TO:**    Christopher Wayne Lester

**FROM:**    Luis Alberto Loimil, M.D.
3510 MacCorkle Avenue SE
Charleston, WV  25304
(304) 925-6961

**DELIVER TO:**    Mr. Phillip J. Smith
VORYS, SATER, SEYMOUR & PEASE, LLP
Atrium Two, Suite 2100
221 East Fourth Street
Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688018-0001
THROUGH 500688018-0005.

# VALLEY ORTHOPAEDIC SURGEONS, P.L.L.C.

## LUIS A. LOIMIL, M.D.

FID: 311568166

3510 MacCorkle Ave., S.E.
Charleston, WV 25304

(304) 925-6961
FAX (304) 925-2619

NAME: LESTER, Christopher W.

ADDRESS: P.O. Box 1113

Danville WV 25053

PHONE: (304) 369-6657

RESPONSIBLE PARTY: Christopher W.

EMPLOYER (1): D&M Trucking

(2)

EMPLOYER'S ADDRESS & PHONE #

AGE: 28    SEX: M    DOB: ███71

SS: ███-3340

MARITAL STATUS: M    SPOUSE'S NAME: April

DOI: 03/10/2000

INSURANCE: WV Workers' Comp 2000046841

REFERRED BY: John M. Snyder, D.O./Workers' Comp

Dx: (L) SHOULDER - Rotator cuff injury

### 10/17/2000 - Office

**C. COMPLAINT:**    One time consultation per the request of John M. Snyder, D.O. and authorized by Nena Peay, Claims Rep. at Workers' Comp by letter dated 08/21/2000, authoz. #100231133 regarding pain in the (L) shoulder.

**INTRODUCTION:**    Mr. Lester works as a truck driver for D&M Trucking. His date of injury was 03/10/2000; he has been off work since that date and states he has filed for disability Social Security. His attorney is Stuart Calwell. The last doctor he saw for this condition was Dr. Snyder, his PCP in Madison WV some time around 10/09/2000 for follow-up of his neck and back; to return in two weeks.

**HPI & RECORD**
**REVIEW:**    Mr. Lester states that on 03/10/2000 he was at work when he fell off a truck, injuring his (L) shoulder, mid back and ribs. He apparently lost consciousness. He was taken to the e.r. at CGH where x-rays were taken and he was referred to HealthPlus; he was treated there for two weeks and was then referred to Dr. Snyder, his family physician who he saw on 04/07/2000. He was referred for PT treatments at Boone Mem. Hosp. which helped. He had the x-rays repeated on 08/30/2000 and a MRI was done on 09/12/2000. Dr. Snyder now requested this consultation regarding his (L) shoulder.

On review of the records there is an x-ray report of the cervical spine dated 03/10/2000 at CAMC and these are within normal limits. There is an x-ray of the (L) shoulder, same date and this was normal. X-rays of the lumbar spine, same date, are normal. CT-scan of the cervical spine, same date, showed no evidence of acute fracture or subluxation.

OVER.............

**500688.018.0001**

CHRISTOPHER W. LESTER
SS: ████████3340
BD: ████████71

WV WORKERS' COMP
CLAIM #: 2000046841
DOI: 03/10/2000

**10/17/2000 cont'd:**   COMMUNICATION:   SPEAK & WRITE - Pain in (R) arm with writing.
POSTURE:   STAND & SIT - He has pain in his back and (L) shoulder
and numbness of his (L) arm.
CARING FOR THE HOME & PERSONAL FINANCES - He has to have a babysitter
for his children even though he is home.
WALK, TRAVEL & MOVE ABOUT - His knees give way and he has back pain.
RECREATIONAL & SOCIAL ACTIVITIES - None.
WORK ACTIVITIES - He is not working at the present time.

**PAST INJURIES:**   He states he had a previous injury to his thoracic spine in 1994
from a mobile home accident.

**WORK HISTORY:**   He has worked for D&M Trucking since October 1998.  He has done
logging, mine supply delivery and worked in a hardware store.

**WORK
  DESCRIPTION:**   He hauls coal, climbs on a truck, changes tires, rolls and loads
tarp and pushes coal off.

**EXAM:**   On examination of the (L) shoulder he is walking with a cane in his
(R) hand due to his other injuries.  He is tender on palpation of the
entire (L) shoulder, especially the rotator cuff.  The grip strength
is 60-55-55 kilograms in the (R) and 15-12-10 in the (L).  The
pinch strength is 8-8-8 kilograms in the (R) and 3-3-3 in the (L).
The (R) upper arm measures 41½ centimeters in circumference; the
(L) is 40.  The (R) forearm measures 33½ centimeters in circumference;
the (L) is 31.  He is (R) handed.

Regarding the ROM of the (L) shoulder abduction is 50 degrees and
adduction is 20; flexion is 40 degrees and extension is 30;
internal rotation is 70 degrees and external rotation is 40.  He
has a full ROM of his elbow and wrist with pain.  He has numbness
in the ulnar nerve territory with a positive Tinel sign in the
(L) elbow.  He has obvious weakness of abduction of his (L)
shoulder and pain in the rotator cuff area.

**X-RAYS:**   I reviewed x-rays taken at Boone Mem. Hosp. on 08/30/2000.  The
(L) AC joint is within normal limits and the (L) shoulder is
within normal limits.

**DX:**   It is my impression that due to the persistance of the pain,
limitation of the ROM and weakness of abduction, he could have
a rotator cuff injury with tear.

OVER................

500688.018.0002

CHRISTOPHER W. LESTER
SS: ████-3340
BD: ████71

WV WORKERS' COMP
CLAIM #: 2000046841
DOI: 03/10/2000

10/17/2000 cont'd:  There is a report from Dr. Snyder dated 04/07/2000; his diagnosis
was cervical and lumbar strain as well as (L) shoulder strain and
contusion. He was placed on conservative care with Motrin, Flexeril
and Vicodin and PT. There is another note from him dated 04/20/2000;
pretty much the same. He was seen again on 04/26/2000; the same.
On 05/10/2000 nothing had changed; he continued to have trouble
with his shoulder.  He was seen again on 05/24/2000 and was doing
about the same. He was advised to continue with PT and an appt.
was requested with me for evaluation of his (L) shoulder. There
is another note dated 06/09/2000; to continue with the same treatment.
On 06/21/2000 he was advised to discontinue the PT treatments.  On
07/10/2000 he was awaiting the consultation with me; same for
07/31/2000.   On 08/28/2000 he was scheduled to have a MRI done.
He was seen again on 09/05/2000 and was doing the same.  On 09/13/2000
the report states a MRI and EMG were pending.  On 09/26/2000 he
stated the MRI was negative.  On 09/29/2000 he refers to ongoing
low back pain, anxiety and depression.

I reviewed PT progress  notes dated 04/20/2000 through 06/19/2000;
these are signed by Tricia McClung, PT.  The note dated 06/19/2000
states the patient continues to report neck, low back and (L)
shoulder pain with no significant increase in the ROM.

On 08/02/2000 he was evaluated by Saghir R. Mir, M.D.  His
recommendations  were orthopaedic and neurosurgical consults
as well as consult for pain management.  He recommended PT
for the neck, back and (L) shoulder and he deferred his impairment
rating.

I reviewed an x-ray report of the (L) shoulder taken at Boone Mem.
Hosp. on 08/30/2000; this was done with and without weights and
there was no evidence of AC separation.

I reviewed a report of a MRI done at Boone Mem. Hosp. on 09/12/2000;
the cervical spine was normal and the lumbar spine was normal.
Apparently there is an EMG pending; I do not have the report
or know if it has even been done yet.

REVIEW OF
SYSTEMS:        HEENT - He was involved in a motorcycle accident in 1987 and
                    sustained a cerebral concussion and was unconscious
                    for two days.
               PULMONARY - He has asthma.

OVER..............

500688.018.0003

CONTINUATION of RECORD on CHRISTOPHER W. LESTER   WV WORKERS' COMP
Page Two                                    CLAIM #:  2000046841
SS: ███-3340                           DOI:  03/10/2000
BD: ███71

10/17/2000 cont'd:   CARDIO CIRCULATORY – Negative.
GASTROINTESTINAL – He has question of irritable bowel syndrome.
GENITOURINARY – Negative.
MUSCULOSKELETAL – Neck, back and (L) shoulder pain.
NEUROPSYCHIATRIC – He was seen by Dr. Amores on 10/03/2000 for
a consultation regarding his neck and back and he was told to have
a strain.

He denies previous psychiatric treatment.

**PRESENT CONDITION
& COMPLAINTS:**   He has pain in his (L) shoulder and numbness in his ring and
little fingers and down the lateral aspect of his arm.  He has
shooting pain deep in the shoulder and he cannot apply pressure
without pain.  He has decreased ROM.  He states he needs to use a
cane in his (L) hand but is unable to.  He has pain in his
sholder blade up into his neck area.

**HEALTH & SOCIAL
HISTORY:**   AGE:   Twenty-eight.
MARITAL STATUS:  Married.
CHILDREN:   Three.
EDUCATION:   High school graduate.
ALCOHOL:   No.
TOBACCO:   No.
GENERAL HEALTH:   Good.

HEIGHT:   5'8"
WEIGHT:   284 lbs.
METAL:   None.
MEDICATIONS:   Paxil, Ativan, Vicoden ES, OxyContin, Vioxx, Flexeril &
Motrin.
ALLERGIES:   None.
FAMILY PHYSICIAN:   Dr. John Snyder.

He is (R) handed.

**DAILY LIVING
ACTIVITIES:**   SELF CARE & PERSONAL HYGIENE –   He has difficulty going to the
bathroom and unbuttoning his pants.
EAT & PREPARE FOOD – He has trouble eating with his (L) hand; he is
(R) handed.

OVER...........

**Luis A. Lolmil, M.D.**

500688.018.0004

CONTINUATION of RECORD on CHRISTOPHER W. LESTER    WV WORKERS' COMP
Page Three                                          CLAIM #:  2000046841
SS: ████-3340                                      DOI:  03/10/2000
BD: ████/71

**10/17/2000 cont'd:**    Due to the inability to ascertain a tear of the rotator cuff on
x-rays, I feel he needs to have a MRI done of the (L) shoulder.
I will accept him in transfer for treatment of his (L) shoulder
if that is what you want me to do and if this is authorized,
please authorize the MRI.  The plan of treatment will be determined
after the results of the MRI are obtained.

**REVIEW OF**
**RECORDS:**              In preparing this report I reviewed the following records:
     1)  X-ray, CT-scan & MRI reports from Boone Mem. Hosp. dated
03/10/2000, 04/10/2000, 08/30/2000 and 09/12/2000;
     2)  Records from Dr. Snyder dated 04/07/2000 through
09/29/2000;
     3)  Dr. Mir's IME report, dated 08/02/2000.

This evaluation was done following the Rules & Regulations of
WV Workers' Compensation, in the presence and with the cooperation
of Tammy Hylenski, Med Tech.                Luis A. Loimil, M.D./dr

**NOTE:**             11/16/2000 - Copy of report mailed to Workers' Comp and
                 Dr. Snyder.                       dr

**Luis A. Loimil, M.D.**



MARKER-HOFF GROUP
THE LEADER IN PROFESSIONAL LITIGATION SUPPORT

**STYLE OF CASE:**       Michael W. Harris, et al.

                                vs.

                                Purdue Pharma L.P., et al.

**CASE NO:**       C-1-01-428

**PERTAIN TO:**       Christopher Wayne Lester

**FROM:**       Intracorp
                                3567 Pkwy. Lane, Suite 200
                                Norcross, GA  30092
                                (800) 367-5826

**DELIVER TO:**       Mr. Phillip J. Smith
                                VORYS, SATER, SEYMOUR & PEASE, LLP
                                Atrium Two, Suite 2100
                                221 East Fourth Street
                                Cincinnati, OH  45202

THE ENCLOSED DOCUMENTS CAN BE IDENTIFIED BY NUMBERS 500688112-0001
THROUGH 500688112-0002.

SOUTHEAST SERVICE CENTER
3567 PKWY LN
STE 200
NORCROSS, GA 30092
(888)440-7342

 Intracorp

12/01/2000

ACORDIA NATIONAL
P O BOX 2451
CHARLESTON, WV  25329-2451
ԼահԼԼԼահԼԼահԼԼԼահԼԼԼԼԼահԼԼահ

                Patient:        CHRISTOPHER LESTER
                Payor:          ACORDIA NATIONAL
                Plan Participant: APRIL LESTER
                Participant ss#:  ████9969
                Policy #:
                Employer:       WV PEIA
                Case Reference #: 21583411
                Facility:       BOONE MEM HOSP
                Admit Date:     11/30/2000

This inpatient admission is subject to the Health Care Payor's Inpatient Review prog
Intracorp.

The admission has been authorized as medically necessary so this satisfies the requi
program.

We may need to contact the treating physician periodically during the hospital stay
patient's progress. Please notify us at the number below if there is any change in t
date of admission or discharge so that we can review the date for contacting the tre
accordingly.

The treating physician, health care payor, and hospital business office have been no
determination. By contract with its customer, Intracorp must review all services and
plan participants. Benefits are subject to eligibility requirements and contract lim
be verified with the health care payor.

Sincerely,

DONNA COOK

c:
APRIL LESTER
JOHN SNYDER
BOONE MEM HOSP

500688.112.0001

3567 PKWY LN
STE 200
NORCROSS, GA 30092
(888) 440-7342
Attn:

SEPTEMBER 05, 2003☐☐☐☐☐☐☐ACORDIA NATIONAL
P O BOX 2451
CHARLESTON, WV 253292451

| ☐☐☐☐☐☐☐ | Patient: | CHRISTOPHER LESTER☐ | Payor: |
| ACORDIA NATIONAL☐ | | Plan Participant: APRIL LESTER☐ | |
| Participant ss#: | ☐☐☐☐☐☐9969☐ | Policy #: | ☐ |
| Employer: | WV PEIA☐ | Case Reference #: 21583411☐ | |
| Facility: | BOONE MEM HOSP☐ | Admit Date: | 11/30/2000 |

This inpatient admission is subject to the Health Care Payor's Inpatient
Review program with Intracorp.

The admission has been authorized as medically necessary so this
satisfies the requirements of the program.

We may need to contact the treating physician periodically during the
hospital stay to discuss this patient's progress. Please notify us at
the number below if there is any change in the scheduled date of
admission or discharge so that we can review the date for contacting the
treating physician accordingly.

The treating physician, health care payor, and hospital business office
have been notified of this determination. By contract with its customer,
Intracorp must review all services and treatments for plan participants.
Benefits are subject to eligibility requirements and contract
limitations and must be verified with the health care payor.

Sincerely,

c:
APRIL LESTER
JOHN SNYDER
BOONE MEM HOSP

500688.112.0002