# CHRISTOPHER WAYNE LESTER
# MADISON MEDICAL GROUP
# RECORDS
# 14-D

Chris Lester                    7-8-98
Wt 289        BP 132/58     P 104  T 98.6

S—Complains of bilateral lower back pain for 3 days, no history of specific trauma. He
has history of recurrent LBP, he has been driving a coal truck recently. He has taken
several pain medications, with no relief over the past few days.

O—Exam - he is alert and oriented, walks with steady but deliberate gait, there is positive
LS spasm, PSIS tenderness bilaterally.  Neuro is intact. Strength is equal bilaterally. SLR
creates pain at approx 45 degrees bilaterally.

A—Exacerbation of chronic LBP

P—Rest, local heat, Flexaril 10 1TID, Motrin 800 1 TID, Lorcet 10 #60 1 PO Q 4-6 hrs
prn pain, f/u in 1 wk. may not work until return appt.

John M. Snyder, D. O./bjw

500688.015.0070

Christopher Lester          3-28-98
Wt 286      BP 120/68    P 72

S–Had some left costal pain and then broke out in a classic shingles vesicular rash.

O–PE - reveals T8 to T10 dermatomal rash,

A–Shingles involving the left T8-10 dermatome.

P–Famvir 500 TID, and Tylox #30 was written, he also has chronic back pain.

Ron D. Stollings, M. D./bjw

6/5/98
vicoden ~ po 500pm serve per #30 ∅ medicap

500688.015.0071

Christopher Lester            2-16-98
WT 283      BP 140/82    P 80   T 98.5

S–In for f/u doing somewhat better, still has some cough and congestion, without his back
acting up. He also complains of episode of frequent BM's state he has had this for yrs
and states his bowel move several times a day occasionally worse than others and he has
a lot of post prandial urge to have BM, sometimes cramping no melena or hematochezia.

O–Exam - he is alert and oriented, no apparent distress, lungs are clear, heart is regular,
voice is raspy. He has minimal LS tenderness, SLR is neg. abdomen is obese and
otherwise benign.

A–Chronic low back pain, recent bronchitis, probable IBS

P–Trial of Bentyl 10 mg PO QID AC & HS, refill on Lortab #30 1 Q 6 hrs prn severe
pain only, Flextra DS #60 1 PO BID to TID prn pain and spasm, Hycomine oz 8 1 teasp
QID cough and f/u in 2 wks.

John M. Snyder, D. O./bjw

Christopher Lester                2-9-98
Wt 275        BP 116/76    P 74   T 98.6

S–In with cough congestion, SOB on and off for 2 weeks, cough has been nonproductive
he has used nebulizer at home with good relief. He has had some fever and chills.

O–Exam - no apparent distress, PND, neck is neg, lungs have faint rhonchi, heart is
regular,

A–Bronchitis,

P–Ceftin 250 BID, X 7 days, Hycotuss oz 8 1 teasp QID cough and congestion, and may
use nebulizer prn, 2-3 times a day and f/u as needed.

John M. Snyder, D. O./bjw

500688.015.0073

Christopher Lester 11-18-97
Wt 285 BP 138/76 P 72 T 96.7

S--In for f/u he is doing about the same still has severe LBP primarily on the right side
with radiation to the right gluteal area, he is due to go back to the Pain Clinic the 8th of Dec.
He is also to start CDL class later on as recommended by comp.

O--Exam - he is alert and oriented without gross distress, he walks very slowly and deliberately
he has flexion approx 30° with accompanying LS spasm, SLR creates pain at any attempt, primarily
lower hip and leg pain.

A--S/P LS strain becoming chronic

P--He is to maintain Pain Clinic, I will try him on Flexaril 10 TID along with Duract 25 1Q6 hrs
prn pain in hopes of diminishing the amt of narcotics necessary to control his pain. He is also
given Lortab 1 PO Q6 hrs prn severe pain #50 X 1, f/u at the Pain Clinic and see me back in 2 mo

(MS)

/s/ /f/ 11(s-(9)

500688.015.0074

Christopher Lester 11-3-97
WT 280 BP 148/80 P 84 T 98.0

S--In for f/u of his back states it has been pretty bad the last few days, he has had some
increase in pain difficulty with walking. He has had no injuries noted. He also needs
refill on his Zantac. He also has a rash on his feet he would to have evaluated.

O--Exam he is alert and oriented, he has tenderness of the low back, decrease flexion
SLR is neg. neuro is intact. Examination of his feet show a very thick cracking layer
on the plantar surface of the feet, there is no lesions or rash between the digits.

A--Recurrent LBP, reflux, dermatitis of his plantar surface of his feet

P--Refill on Lortab 10 #40 1 Q 4-6 hrs prn severe pain only, Motrin 800 1 BID
to TID, Zantac 150 BID, he is advised to use puma stone on the soles of his feet after
soaking and then apply Alpha Eucerin lotion and I will reevaluate this in a few wks
                                                                              (MS)

*R. 11/4/91*

500688.015.0075

**NAME:** Lester, Christopher      **DATE:** 08/25/97

He comes in today for follow-up of his low back. He states he has been having considerable amount of pain since last Thursday after he was sent for an FCE examination. He states that he was rated as sedentary work only. He had been in truck driving school but apparently they have taken him out of that. He is actively looking for a job under some form of program that compensation sponsors.

On exam today, he is in no apparent distress. He walks with a stiff gait. He has difficulty raising from sitting to standing position. He has LS tenderness on palpation. Straight leg raising creates pain bilaterally approximately 30°. DTR's were symmetrical, however, there were no other neuro deficits noted.

ASSESSMENT: Chronic recurrent low back pain.

PLAN: Given refill on Lortab 10 #50 1-2 q 4-6 hours prn severe pain only. Advise back rest for 48 hours at this point in time. He is to maintain his follow-ups at the Pain Clinic which will occur next month. He is to maintain his follow-ups with compensation otherwise and I want to see him back in approximately four weeks.

D:    08/25/97  J. Mark Snyder, D. O.
T:    08/27/97  3:47 P  ah
Job #  999999

                                          _J. Mark Snyder, D. O._

Original

500688.015.0076

Chris Lester 6-27-97
Wt. 173 BP 126/80 P 92

S--In today wants letter stating he can't go to truck driving school only they want to send him to truck driving school and he does feel he has the capacity to do so right now. He has been attending the pain clinic in Charleston and presently is on Oxicontin BID as Rx by Dr. Nelson.

O--Exam he walks without difficulty however he does have difficulty with flexion and complains of pain and pulling at the base of the sacrum when he does so. SLR is neg. bilaterally from a sitting position, his DTR's are diminished bilaterally, he seems to have decreased strength of the right hallux

A--Ongoing chronic LBP, attending pain clinic

P--I advised him under the present situation that he should go ahead and at least initiate school and see how he does with it before making further decision. He states his pain clinic physician feels he couldn't do it, I suggested at that time to have him write a letter but I do not feel at this time I can make judgement one way or the other and I think he should go along with the system and at least give it a try. (MS)

8/15/97  Lortab 10mg # 30  †q4o prn severe pain  OK
         Elavil 75mg # 30  †qhs  X0  Lamp

8/22/97  Lortab 10 # 10 † q4° prn  OK  Lamp

500688.015.0077

Christopher Lester 5-19-97
Wt. 280 BP 118/80 P 88 T 99.1

S--Complains of itching and rash

O--Exam - dermatitis type rash scattered on the extremities.

A--Dermatitis

P--Medrol Dose Pak benadryl and Aveeno bath as necessary and f/u prn
                                                                    (MS)

500688.015.0078

Christopher Lester 4-15-97
Wt. 275 BP 108/64 P 100

S--In ER f/u he was seen last night with a syncopal episode apparently he bent over to
put a dish in the dishwasher he stood up and twisted had considerable back pain at that
moment and passed out. He was evaluated in the ER and f/u with me. He has had no problems
since then except for his back

O--Exam alert and oriented, no apparent distress, vitals are stable, lungs are clear to
auscultation, heart is regular, HEENT is benign, he has exquisite LS tenderness, spasm of tl
low back, decreased flexion he can barely raise either leg off the examining table.
DTR's are diminished.

A--Chronic LBP with exacerbation

P--Soma plain TID, rest, local heat, X 2 days, and then he can get up and move around. I wi
for him to f/u with me again in a wk. (MS)

500688.015.0079

Christopher Lester 12-30-96
Wt. 283 BP 126/84 P 84 T 97.4
S--In for comp checkup, has recently been to the pain clinic had epideral injection
however still complains of low back pain.
O--Exam he is obese, he has LS tenderness, decreased flexion to approx 40°
A--Ongoing LBP
P--Continue with pain clinic and continue meds. and hopefully will get him into work
hardening program and follow (MS)𝓏𝓏 ⌐ 3· 5⟩

Chris Lester 1-30-97
Wt 260 BP 126/80 P 84 T 96.9
S--In for f/u still complains of soreness of his low back, he missed his pain clinic
appt. There has been no exceptional change in his back pain, he still has a lot of pain
that radiates into the right hip.
O--Exam - obese, normal gait, he has tenderness of the LS spine primarily on the right
also tenderness of the sciatic notch on the right, SLR creates pain, approx 40°
no gross neuro deficits are noted. DTR's are symmetrical.
A--Chronic low back pain,
P--Maintain f/u with the pain clinic, continue treatment at their discretion and
he is to maintain meds and f/u with me in a mo. (MS) 𝓏 ⌐7⟨⟩

Christopher Lester 2-14-97
Wt. 262 BP 122/98 P 68 T 98.1
S--In for f/u from the hospital he was admitted with atypical CP seemed to be GI in nature
he has had occasional recurrence of symptoms but has been fleeting in nature no SOB has
been associated with it,
O--Exam - lungs are clear to auscultation, heart is regular, there is no abdominal
tenderness
A--Atypical CP, probable GI
P--Maintain Zantac he is to f/u next scheduled appt. (MS)𝓏𝓏 ⌐1⟨⟩

500688.015.0080

Christopher Lester 8-26-96
Wt. 275 BP 130/80 P 80
S--Here for f/u on his back pain it is essentially the same, he states however now it
feels as if there is somebody hitting him with a hammer at the base of the coccyx
O--Exam he has tenderness overlying that area, no upper back tenderness at this time, he
has full flexion
A--LBP, coccydynia
P--Maintain meds increasing Elavil to 75 QHS. will try to get him in to ~~~- ··
and also obta¹~ ~·

Christopher Lester 9-25-96
Wt. 278 BP 122/84 P 92
S--F/U for comp related injuries with low back pain. He continues to have pain and needs
new rx he says.  Apparently he is going to a pain clinic at this point.  I wrote his RX
that he has chronically been on and he will follow up at the pain clinic. (RBA) ⅄ ᵖ/₂₇

Letter - WC RE: Christopher Lester
letter stating he remains off work, with diagnosis.
RBA)

9/30/96  DC Toradol
          Ultram 50mg #60 ṙ q6-8° pᴺ Ⓞˣ Van ⤳

Christopher Lester 10-30-96
BP 130/80 P 88
S--In for f/u still having considerable back pain, he went to the pain clinic and
had some injections stated they only lasted a day or two pain is worse with bending
or squatting
O--Exam - he has LS tenderness flexion to about 45°, DTR's are symmetrical, strength is
equal in the lower extremities
A--Ongoing low back strain
P--He is to try to increase his activities to tolerance form is completed today will als(
try to get him back in to vocational rehab or work hardening, (MS)

Christopher Lester 11-29-96
Wt. 274 BP 150/70 P 72
S--Here for comp related LBP which is chronic,  essentially his exam is unchanged
he began in a work hardening program apparently which I encouraged him to persue
he will continue Ultram 50 mg. 4 times a day, and Amitriptyline 75 mg at bedtime also
gave him Amoxil for URI. (RBA) Ɒ 12/3

500688.015.0081

Chris Lester 2-14-96
   Wt. BP 138/76 P 88
S--In for basically a checkup however he has had recent cough and sore throat, he has
   been doing fairly well otherwise. He has history of compression fractures of T10, T11
   and T12 apparently at work. He is under the care of Dr. Chinuntdet under comp.
   His PMH is relatively benign without alcohol or tobacco use.
O--Exam - alert and oriented, no apparent distress, HEENT shows oral pharynx to be
   slightly injected, lungs are clear, heart is regular,
A--URI, history of low back pain,
P--Keflex 500 BID, X 10 days, continue f/u with Dr. Chin f/u with me prn (MS)


Christopher Lester 2-26-96
   WT. BP 118/84 P 80 T 98.5
S--In still having cough cold and congestion for a few days greenish type sputum
O--Exam - HEENT has PND, lungs are relatively clear
A--Ongoing bronchitis
P--Biaxin 500 BID, Phenergan VC w/codeine oz 8 1 teasp QID, f/u as needed
                                                                    (MS)


Chris Lester 4-23-96

S--Complains of penile rash his wife has had recent vaginitis
O--Exam he has a reddened area on the penis
A--Probable yeast dermatitis
P--Monistat derm TID, f/u if symptoms persist
                                           (MS)


Christopher Lester 7-24-96
   Wt. 271 BP. 132/86 P .80.
S--In with complaint of low back pain symptoms have been chronic since 1994 when he
   had an accident, injuring his low back. He complains of pain primarily in the right
   side low back and mid low back with radiation down into the right gluteal area into the
   leg occasional weakness of the leg and his knee giving away.
O--Exam he is in no gross distress, obese, he has LS tenderness, flexion is limited to
   about 20-30° SLR creates pain at approx 25° on the right, he can raise the left somewhat
   better. He has no decreased pin prick sensation. DTR's are diminished bilaterally
   in the patellar area, he has slight weakness of the right lower extremity.
A--History of low back injury, and low back pain which has been chronic.
P--Obtained records from previously treated physician and scheduled for MRI and f/u
   2 wks. (MS)


8/5/96. Torradol 10mg #10 q96° pn (5x) Lanys

Chris Lester 8-7-96

S--In for f/u he is still having a lot of lower back pain this time primarily in the
   sacral area and right gluteal area, with radiation into the right leg,
O--Exam he has flexion at about 30° he has tenderness overlying the paraspinus area
   in the LS spine, and right PSIS, SLR is practically impossible, neuro appears to be
   intact, MRI was neg.
A--Chronic ongoing back pain
P--Placed on Elavil 25 mg PO QHS, increasing to 50 after a wk. Toradol prn for pain
   he is to f/u in a few wks. (MS)

500688.015.0082

Name _Christopher Lester_     Date _____ Time _____

Room or
Address _____ Dr. _Snyder_     Age ____ Hospital No. _____
                                          Lab No. _____

Color _Gold_     Clarity _Clear_     pH _5.0_

Specific Gravity _1.020_

Protein _Trace_

|                        |                | MICROSCOPIC |
|------------------------|----------------|-------------|
| Glucose                |                | W.B.C. _____ |
| Ketones                |                | R.B.C. _____ |
| Blood                  |                | Epi Cells _____ |
| Bilirubin              |                | Casts _____ |
| Nitrite                |                | Bacteria _____ |
| Urobilinogen           |                | Crystals _____ |
| Leukocyte Esterase     |                |             |

Tech. _Q_     Date _8|7|00_

Form 350     **URINALYSIS**     BRIGGS, Des Moines, IA 50306 (800) 247-2343
                                 PRINTED IN U.S.A.

500688.015.0083

MADISON MEDICAL, PLLC

## Influenza Virus Vaccine

Patient Name: *Christopher Lester*     Date *11/14/00*

See attached chart for vitals, allergies and current medications.

Influenza Virus Vaccine, *FLUVIRIN* — Lot # *5592706A* Expiration Date *6-01*

Injection site *RD*          Administered by *DB*

| | | Yes | No |
|---|---|---|---|
| 1. | Have you previously received a flu shot? | Yes ✓ | No ___ |
| | A.    If yes, did you have a reaction to the vaccine? | Yes ___ | No ___ |
| | B.    If yes, what type of reaction? _____ | | |
| 2. | Are you allergic to eggs or egg products? | Yes ___ | No ___ |
| 3. | Are you allergic to thimerosal (a mercury derivative, i.e., mercurochrome)? | Yes ___ | No ___ |
| 4. | Have you every had an active neurologic disorder? | Yes ___ | No ___ |
| 5. | Are you pregnant? | Yes ___ | No ___ |
| 6. | Do you have a fever or any symptoms of illness today? | Yes ___ | No ___ |

POSSIBLE SIDE EFFECTS.
Soreness at injection sites. Fever or achiness for one or two days. Rarely neurological disorders, such as Guillain-Barre Syndrome. Possibility that allergic or more serious reactions could occur.

I have read or have had explained to me the information about the influenza and influenza vaccine. I have had a chance to ask questions that were answered to my satisfaction. I believe I understand the benefits and the risks of the influenza vaccine and ask that the vaccine be given to me.

_____          _____
Signature of person receiving vaccine               Social Security Number

---

## Pneumococcal Vaccine, Polyvalent
### Pneu-Immune 23

Patient Name _____          Date _____

Lot #_____ Expiration Date _____ Injection site _____ Administered by _____

| | | Yes | No |
|---|---|---|---|
| 1. | Have you previously received a "pneumonia shot"? | Yes ___ | No ___ |
| | (Re-immunization is recommended only in special circumstances. The physician will review the history of the patient to determine if re-immunization is advised) | | |
| 2. | Are you allergic to thimerosal ( a mercury derivative, ie. mercurochrome)? | Yes ___ | No ___ |
| 3. | Are you scheduled to begin cancer chemotherapy? | Yes ___ | No ___ |
| 4. | Are you pregnant? | Yes ___ | No ___ |
| 5. | Are you nursing? | Yes ___ | No ___ |
| 6. | Do you have a fever or any symptoms of illness today | Yes ___ | No ___ |

POSSIBLE SIDE EFFECTS:
Soreness at the site of injection within three days. Low grade fever, mild myalgia or rash. Rarely, fever greater than 102 degrees, local swelling, urticaria, arthritis, arthralgia or adenitis. Rarely, anaphylactic reactions, or temporal association of neurological disorders.

_____          _____
Signature of person receiving vaccine               Social Security Number

500688.015.0084

## MADISON MEDICAL LAB REPORTS

Patient's Name _Chris Lester_      Date _2/26/02_

Doctor _____ DOB _____

### HEMATOLOGY

HGB _____

MONO _____

Sed Rate _____

Hemetest _____

### COAGULATION

Protime _____ INR _____

Current Dosage _____

### OTHER

Pulse OX _____ Strep Screen _____

HCG _____ Urine/Serum _____

Other _____

| CHEMISTRIES | F | NF |
|---|---|---|
| Glucose | | |
| HGBA1C | | |
| H. Pylori | | |
| Lipid Panel | | |

### URINALYSIS DIP

SP. Gravity _1.015_

PH _8.5_

Color _Pale_

Appearance _Clear_

Glucose _—_

Bilirubin _—_

Ketones _—_

Blood _—_

Protein _Trace_

URO _0.3_

Nitrate _____

Leukocytes _—_

Dr. Comments _____

### MISCELLANEOUS

500688.015.0085

# MADISON MEDICAL LAB REPORTS

Patient's Name _Christopher Lester_                Date _3|1|02_

Doctor _Snyder_                                     DOB _____ 71

## HEMATOLOGY

HGB _____

MONO _____

Sed Rate _____

Hemetest _____

## COAGULATION

Protime _____ INR _____

Current Dosage _____

## OTHER

Pulse OX _____ Strep Screen _____

HCG _____ Urine/Serum _____

Other _____

## CHEMISTRIES        F        NF

Glucose _____

HGBA1C _____

H. Pylori _____

Lipid Panel _____

## URINALYSIS DIP

SP. Gravity _____ 1.015

PH _____ 6.5

Color _____ Yellow

Appearance _____ Clear

Glucose _____

Bilirubin _____

Ketones _____

Blood _____

Protein _____

URO _____

Nitrate _____

Leukocytes _____

Dr. Comments _____

_____

_____

_____

_____

_____

_____

## MISCELLANEOUS

_____

_____

_____

_____

_____

_____

500688.015.0086

**ROBERT B. ATKINS, M.D.**
**RON D. STOLLINGS, M.D.**
**J. MARK SNYDER, D.O.**
**BARBARA KOSTER, MSN-RNC**
705 Madison Avenue • Madison, WV 25130 • Telephone: (304) 369-5170

NAME __Christopher Lester__                          DATE __9-14-00__

Your Doctor has reviewed your test results:

Cholesterol _____        Sugar _____        Liver __Ok__

Triglycerides _____       Sodium _____       Thyroid __Ok__

Blood Count __16.5 (14-18)__   Potassium _____

____ Your Lab results were OK.

____ Your Lab results were OK except _____

_____

____ Your Pap Smear was OK, repeat in one year

____ Your Pap Smear was abnormal: _____

____ Your Mammogram was OK.

____ Your Mammogram showed: _____

____ Your X-rays were OK.

____ Your X-rays showed: _____

_____

____ You need to call and make a follow-up appointment: _____

____ Keep follow-up appointment as planned.

____ Come in for additional Lab work fasting: _____

____ Continue same medications.

____ Call our office at your earliest convenience: _____

Additional instructions: _____

_____

_____

PLEASE CALL OUR OFFICE IF ANY QUESTIONS.

Thank You

Ar

500688.015.0087

5 Sep 00
18:46:20
PAGE 1

BOONE MEMORIAL HOSPITAL
701 MADISON AVENUE
MADISON W.V. 25130

*SG|90*

```
==============================================================================
        NAME: LESTER, CHRISTOPHER        SAMPLE ID: 9-2000-312  mmb
     PATIENT ID:                       SAMPLE TYPE: Serum
            AGE:                             DOCTOR: SNYDER
  DATE OF BIRTH:          71         DRAW DATE/TIME: Sep  5 00  17:30
            SEX: M                    RUN DATE/TIME: Sep  5 00  18:31
       LOCATION: OP                     SEC/CUP/REP: 2/4
   PAT. COMMENT:
 SAMPLE COMMENT: NON-FASTING SPECIMEN
     INST CODES: 11AJ
==============================================================================
```

| CHEMISTRY | RESULTS | UNITS | REFERENCE RANGE | REMARKS |
|---|---|---|---|---|
| TBIL | 0.4 | mg/dL | 0.2 - 1.0 | |
| TP | 6.4 | g/dL | 6.0 - 8.3 | |
| ALB | 3.9 | g/dL | 3.2 - 5.5 | |
| ALT | 70 | IU/L | 10 - 60 | HIGH |
| AST | 37 | IU/L | 10 - 42 | |
| DBIL | 0.1 | mg/dL | 0.0 - 0.2 | |
| ALP | 80 | IU/L | 42 - 121 | |

| CALCULATED VALUES | RESULTS | UNITS | REFERENCE RANGE | REMARKS |
|---|---|---|---|---|
| A/G RATIO | 1.6 | | * - * | |
| INDIRECT BILI | 0.3 | | * - * | |

```
==============================================================================
```



RECEIVED
SEP - 6 2000

500688.015.0088

Boone Memorial Hospital, Madison, W. Va.
**HEMATOLOGY**

| LAB IN | | LAB OUT | |
|---|---|---|---|
| PATIENT NUMBER | | ORDERED BY: | WRITTEN BY: |
| PATIENT NAME | DATE OF SERVICE | ☐ ASAP ☐ STAT ☐ TODAY ☐ ROUTINE ☐ PREOP ☐ TIME | |
| ROOM NUMBER | AGE | SEX | ☐ OUTPATIENT | DATE / TIME TO BE DONE | COLLECTED BY | DATE AND TIME |
| PHYSICIAN | ☐ MEDI-OVER ☐ DPA ☐ MEDI-UNDER ☐ OTHER | COMPLETED BY TECH | DATE AND TIME COLLECTED |

9/05/00  18:44:12
CB
304-369-1230        BOONE MEM. HOSPITAL
701 MADISON AVE
MADISON W.V.

ate of Birth ▮/1971      Sex M
ollected By OFFICE        Location OP
ate & Time                Physician SNYDER
ompleted By SG            Date & Time 09/05/00 18:31

DIFF %
WBC 8.1
NE 60.5
LY 27.9
MO 7.7
EO 3.8
BA 0.1

ABSOLUTE
4.9
2.3
0.6
0.3
0.0

HEMOGRAM
RBC 5.49
HGB 16.5
HCT 47.0
MCV 85.6
MCH 30.0
MCHC 35.0
RDW 12.4
PLT 269
MPV 8.5

| NORMAL VALUES | | | |
|---|---|---|---|
| WBC | 4.8-10.8 | | x10^3 |
| RBC | M 4.7-6.1 | F 4.2-5.4 | x10^6 |
| HGB | M 14-18 | F 12-16 | g/dL |
| HCT | M 42-52 | F 37-47 | % |
| MCV | M 80-94 | F 81-89 | fL |
| MCH | 27-31 | | pg |
| MCHC | 32-36 | | g/dL |
| RDW | 11.5-14.5 | | % |
| PLT | 130-400 | | x10^3 |
| MPV | 7.4-10.4 | | fL |
| NE% | 40.7-61.5 | | % |
| BAND | 0.0-6.0 | | % |
| LY% | 18.6-44.4 | | % |
| MO% | 2.3-13.1 | | % |
| EO% | 0.0-5.7 | | % |
| BA% | 0.0-3.4 | | % |
| NE# | 2.0-7.2 | | x10^3 |
| LY# | 0.7-3.5 | | x10^3 |
| MO# | 0.2-1.0 | | x10^3 |
| EO# | 0.0-0.4 | | x10^3 |
| BA# | 0.0-0.3 | | x10^3 |

500688.015.0089

*SVI Laboratory Services*
**CLINICAL LABORATORY REPORT**
Phone: (304)345-5215    WV Wats 1-800-445-5278

Pt. Name: LESTER, CHRISTOPHER W
DOB: ~~/1971~~  Age: 28   Sex: M
SSN: ~~3340~~  Phone: (304)369-6657
Billing Num: 2701277275

Order#: 21061620
Date&Time Ordered: 09/06/00 14:01
Copy to:

**SVI SUMMARY REPORT**
Location: **BOONE MEMORIAL HOSPITAL**
Medical Record Number: 2000106943
Req. Physician: SNYDER, JOHN

**FINAL**

## NUCLEAR MEDICINE

| TEST NAME | FLAG | RESULT | NORMAL RNG UNITS | LOC |
|-----------|------|--------|------------------|-----|
| SPECIMEN NST COLLECTED 09/05/00 17:30 BY CRP RECEIVED 09/06/00 14:01 BY CRP | | | | |

**Thyroid Studies**

| TEST NAME | FLAG | RESULT | NORMAL RNG | UNITS | LOC |
|-----------|------|--------|------------|-------|-----|
| THYROXINE | | 7.2 | 4.5-10.9 | ug/dL | G |
| TSH | | 0.873 | 0.350-5.350 | uIU/mL | G |
| TRIIODOTHYRONINE | | 139 | 60-181 | ng/dL | G |

*LOC indicates test performing location:  G = Gen Div; M = Mem Div; N = NC Div*
Key For Flags:  L-Low, H-High, A-Alert, AB-Abnormal, %D-Delta

Printed: 09/06/2000 19:00                                    PAGE: 1 of 1

TESTS PERFORMED BY CHARLESTON AREA MEDICAL CENTER

| GENERAL DIVISION | MEMORIAL DIVISION | WOMENS AND CHILDRENS |
|------------------|-------------------|----------------------|
| 501 MORRIS STREET | 3200 MacCORKLE AVENUE, S.E. | 800 PENNSYLVANIA AVENUE |
| CHARLESTON, WV 25301 | CHARLESTON, WV 25304 | CHARLESTON, WV 25302 |



500688.015.0090

```
                                              7 Aug 00
                                              19:52:00
                                              PAGE 1

              BOONE MEMORIAL HOSPITAL
                701 MADISON AVENUE
                MADISON W.V.  25130
===================================================================
        NAME: LESTER, CHRISTOPHER          SAMPLE ID: 8-2000-520
     PATIENT ID: 8-2000-520              SAMPLE TYPE: Serum
           AGE:                               DOCTOR: SNYDER
  DATE OF BIRTH:      71              DRAW DATE/TIME: Aug  7 00  15:00
           SEX: M                     RUN DATE/TIME: Aug  7 00  19:45
      LOCATION: OPD                      SEC/CUP/REP: 3/6
  PAT. COMMENT:
SAMPLE COMMENT:
  INST CODES:  NF
===================================================================
CHEMISTRY        RESULTS     UNITS      REFERENCE RANGE      REMARKS
-------------------------------------------------------------------
NA               138.6       mmol/L       135.0 - 145.0
K                 3.98       mmol/L         3.60 - 5.00
CL               105.5       mmol/L       101.0 - 111.0
CO2               26.2       mmol/L        21.0 - 31.0
GLU-                79       mg/dL           70 - 105
BUN-                12       mg/dL            7 - 18
CRE-               1.0       mg/dL          0.6 - 1.3
CA-                9.9       mg/dL          8.4 - 10.2

CALCULATED VALUES  RESULTS   UNITS      REFERENCE RANGE      REMARKS
-------------------------------------------------------------------
OSMOLALITY (1)    275.5      mOsm/L          * - *
ANION GAP (2)      10.9                      * - *
===================================================================
```



RECEIVED
AUG  8 2000

500688.015.0091

*SVI Laboratory Services*
CLINICAL LABORATORY REPORT
Phone: (304)345-5215    WV Wats 1-800-445-5278

Pt. Name: LESTER, CHRISTOPHER W
DOB: ▓▓/1971  Age: 28  Sex: M
SSN: ▓▓3340  Phone: (304)369-2395
Billing Num: 2701202307

SVI SUMMARY REPORT
Location: BOONE MEMORIAL HOSPITAL
Medical Record Number: 2000106943
Req. Physician: SNYDER, JOHN

Order#: 20081265
Date&Time Ordered: 08/08/00 12:24
Copy to:

FINAL

### NUCLEAR MEDICINE

| TEST NAME | FLAG | RESULT | NORMAL RNG | UNITS | LOC |
|---|---|---|---|---|---|
| SPECIMEN NST COLLECTED 08/07/00 15:00 BY CRP RECEIVED 08/08/00 12:24 BY CRP | | | | | |
| **Reproductive Studies** | | | | | |
| TESTOSTERONE | L | 214 | 240-950 | ng/dL | G |

*LOC indicates test performing location: G = Gen Div; M = Mem Div; W = WC Div*
*Key For Flags: L-Low, H-High, A-Alert, AB-Abnormal, %D-Delta*

Printed: 08/09/2000 07:00                                    PAGE: 1 of 1

TESTS PERFORMED BY CHARLESTON AREA MEDICAL CENTER
GENERAL DIVISION        MEMORIAL DIVISION         WOMENS AND CHILDRENS
501 MORRIS STREET       3200 MacCORKLE AVENUE,S.E.  800 PENNSYLVANIA AVENUE
CHARLESTON, WV 25301    CHARLESTON, WV 25304      CHARLESTON, WV 25302

RECEIVED AUG 0 9 2000

**500688.015.0092**

**ROBERT B. ATKINS, M.D.**
**RON D. STOLLINGS, M.D.**
**J. MARK SNYDER, D.O.**
**BARBARA KOSTER, MSN-RNC**
705 Madison Avenue • Madison,WV 25130 • Telephone: (304) 369-5170

NAME: *Christopher Lester*     DATE: 8·17·98

Your Doctor has reviewed your test results:

Cholesterol _____      Sugar _____      Liver _____

Triglycerides _____      Sodium _____      Thyroid *Normal*

Blood Count _____      Potassium _____

___✓ Your Lab results were OK.

____ Your Lab results were OK except:_____

____ Your Pap Smear was OK, repeat in one year

____ Your Pap Smear was abnormal:_____

____ Your Mammogram was OK.

____ Your Mammogram showed:_____

____ Your X-rays were OK.

____ Your X-rays showed:_____

____ You need to call and make a follow-up appointment:_____

____ Keep follow-up appointment as planned.

____ Come in for additional Lab work fasting:_____

____ Continue same medications.

____ Call our office at your earliest convenience:_____

____ Additional instructions:_____

PLEASE CALL OUR OFFICE IF ANY QUESTIONS.

Thank You

*KDH*

500688.015.0093

**LabCorp®**

| Specimen # | Type | Primary | Report Status | | |
|---|---|---|---|---|---|
| 218-231-1338-0 | S | CB | FINAL | PG | 1 |

TIME 0930

Additional Information

DOB: ~~~~71    FASTING:

CD- 52063086113

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| LESTER, CHRISTOPH | M | 026/07 |

Patient Address

*, NONfasting*

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 08/06/98 | 08/06/98 | 08/07/98 | 5293 |

03

Clinical Information     08-07-98    08:17

| Physician ID | Patient ID |
|---|---|
| SNYDER | |

Account

MADISON MEDICAL GROUP          4720200
705 MADISON AVE                      03
MADISON          , WV   25130-
304-369-5170          WVC

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

THYROID PANEL WITH TSH
TSH (High Sensiti...                0.83          mcIU/mL.          0.35 - 5.50   C.

|  | Male | Female |
|---|---|---|
| 1- 30 days | 0.52 - 16.00 | 0.72 - 13.10 |
| 1 mo-5 yrs. | 0.55 - 7.10 | 0.46 - 8.10 |
| >5 yrs. | 0.35 - 5.50 | 0.35 - 5.50 |

T4 (Thyroxine)                     9.2          mcg/dL.          4.5 - 12.0   C.
T3 Uptake                          31           %                24 - 39   C.
Free Thyroxine Index               2.8                           1.2 - 4.9

-----------------------------------------------------------------
LAB: CB LABCORP HOLDINGS          DIRECTOR: RICHARD   MCVAY          MD
        6370 WILCOX ROAD DUBLIN, OH 43016-1296
-----------------------------------------------------------------
          DIRECTOR: RICHARD   MCVAY          MD
FOR INQUIRIES THE PHYSICIAN MAY CONTACT: BRANCH: 800-282-7013 LAB: 800-421-386
                LAST PAGE OF REPORT

REPORT          ©1998 Laboratory Corporation of America® Hold
                                        All Rights Rese

**500688.015.0094**

**MADISON MEDICAL GROUP**
ROBERT B. ATKINS, M.D.
RON D. STOLLINGS, M.D.
J. MARK SNYDER, D.O.
705 MADISON AVENUE
MADISON, WV 25130
TELEPHONE: (304) 369-5170

NAME: _Christopher Lester_          DATE: _2-11-97_

Your Doctor has reviewed your test results:

_____ Your Lab results were OK.

_____ Your Lab results were OK except: _____

_____

_____ Your Pap Smear was OK, repeat in one year

_____ Your Pap Smear was abnormal: _____

_____ Your Mammogram was OK.

_____ Your Mammogram showed: _____

__✓__ Your X-rays were OK. _Chest x-ray and abdomen ultrasound were normal._

_____ Your X-rays showed: _____

_____

_____ You need to call and make a follow-up appointment: _____

_____ Keep follow-up appointment as planned.

_____ Come in for additional Lab work fasting: _____

_____ Continue same medications.

_____ Call our office at your earliest convenience: _____

Additional instructions: _____

_____

_____

PLEASE CALL OUR OFFICE IF ANY QUESTIONS.

Thank You

500688.015.0095



*SVI Laboratory Servi s*
CLINICAL LABORATORY REPORT
Phone: (304) 345-5215    WV Wats 1-800-445-5278

PATIENT NAME

```
------------------------------------          SVI SUMMARY REPORT
LESTER, CHRISTOPHER                           MEDICAL RECORD #:     91372956
------------------------------------          SS #:
DOB:  0/00/00   AGE:
DT:   02/06/97                                PHYSICIAN:  YUTIAMCO, ERNESTO T
PATIENT PHONE #:                              WARD/BED: ER
```

### >>>>>>> N U C L E A R   M E D I C I N E   S T U D I E S <<<<<<

| TEST NAME | 2/05/97 C(1300) | UNITS | REFERENCE RANGE |
|---|---|---|---|
| FREE THYROXINE INDEX | | | |
| FTI RESULT | 3.78 | | 0.99-4.03 |
| T UPTAKE | 38.7H | % | 22-37 |
| THYROXINE | 9.8 | UG/DL | 4.5-10.9 |
| TSH(3RD GEN) | 0.805 | | EUTHYROID |
| | | | 0.35-5.5 |
| | | | HYPERTHYROID <0.35 |
| | | | HYPOTHYROID >5.5 |

(END OF REPORT)

called & notified pt
2/11/97  1:47p

REPORT: FINAL                                                    PAGE:  1

500688.015.0096

FEB-27-2002  11:09      BOONE MEMORIAL ER/RHC                304 369 1255    P.01

# Boone Memorial Hospital

701 Madison Avenue    Madison, West Virginia 25130    304-369-1230



## EMERGENCY ROOM / RURAL HEALTH CLINIC
## PHONE:  304-369-1230 EXT. 250
## FAX:  304-369-1255

**DATE:** 2/27/02

**TO:** Dr. Snyder

**Re:** Christopher Lester

**ATTENTION:** _____

**FAX NUMBER:** _____

**NUMBER OF PAGES** 2 **INCLUDING COVER SHEET**

**COMMENTS:**_____

_____
_____
_____
_____

500688.015.0097

FEB-27-2002 11:09    BOONE MEMORIAL ER/RHC    304 369 1255    P.02

## BOONE MEMORIAL HOSPITAL MADISON, WV 25130
## RADIOLOGY REPORT

**NAME:** LESTER, CHRISTOPHER
**ADDRESS:** POB 1113, DANVILLE, WV
**DOB:** ▇▇/71
**PAY TYPE:** PEIA
**MED.#** 720076

**DATE:** 02/25/02
**TELEPHONE:** 369-6657
**PHYSICIAN:** LOPEZ
**X-RAY #:** 11417
**DEPARTMENT:** ER

**PROCEDURE:** LUMBAR
**HISTORY:** LOW BACK PAIN – SCANTY VOIDING

LUMBAR: Study is compared with previous study of 09/05/01. There is again noted to be a compression fracture of T11 which was noted on the previous study. The vertebral bodies are again noted to be otherwise of normal height. No marked loss of intervertebral disc space is noted. No signs of new fractures, spondylolysis or subluxation.

IMPRESSION: FRACTURE OF T11 WHICH WAS NOTED PREVIOUSLY. NO OTHER SIGNS OF NEW FRACTURES, SPONDYLOLYSIS OR SUBLUXATION.

JOHN REIFSTECK, M.D/mf
02/26/02



500688.015.0098

BOONE MEMORIAL HOSPITAL MADISON, WV 25130
RADIOLOGY REPORT

NAME: LESTER, CHRISTOPHER          DATE: 9-5-01
ADDRESS: BX 1113 DANVILLE, WV 25053     TELEPHONE: 369-6657
DOB: ████████-71                   PHYSICIAN: YUTIAMCO
PAY TYPE: INS                      X-RAY #: 11417
MED.#    702701                    DEPARTMENT: ER

PROCEDURE:  LEFT HIP, LUMBAR SPINE
HISTORY:    FELL ON CONCRETE

LEFT HIP:
Films of the left hip disclose no evidence of fracture or dislocation. The bony structures are within the range of normal.
IMPRESSION: NORMAL STUDY.

LUMBAR SPINE WITH OBLIQUES:
Current study is compared to 11-30-00. The lumbar spine appears within normal limits. There is compression fracture of D11 of indeterminate age. Unfortunately, this vertebra is not included on the lateral view on the old study.

IMPRESSION:
1. NEGATIVE LUMBAR SPINE.
2. MINIMAL COMPRESSION FRACTURE OF D11 OF INDETERMINATE AGE. PLEASE CORRELATE.

J. L. LEEF, M.D./lp
9-6-01

500688.015.0099

**ROBERT B. ATKINS, M.D.**
**RON D. STOLLINGS, M.D.**
**J. MARK SNYDER, D.O.**
**BARBARA KOSTER, MSN-RNC**
705 Madison Avenue • Madison, WV 25130 • Telephone: (304) 369-5170

NAME _Christopher Lester_     DATE _2 2 01_

Your Doctor has reviewed your test results:

| | | |
|---|---|---|
| Cholesterol _____ | Sugar _____ | Liver _____ |
| Triglycerides _____ | Sodium _____ | Thyroid _____ |
| Blood Count _____ | Potassium _____ | |

____ Your Lab results were OK.

____ Your Lab results were OK except: _____

_____

____ Your Pap Smear was OK, repeat in one year

____ Your Pap Smear was abnormal: _____

____ Your Mammogram was OK.

____ Your Mammogram showed: _____

____ Your X-rays were OK.

____ Your X-rays showed: _____

_____

____ You need to call and make a follow-up appointment: _____

____ Keep follow-up appointment as planned.

____ Come in for additional Lab work fasting.

____ Continue same medications.

____ Call our office at your earliest convenience.

Additional instructions: _Make that I are bcuor Keep_
_deer teture apt with Dr. Snyder and_
_Ron D. Lemme._

PLEASE CALL OUR OFFICE IF ANY QUESTIONS.

Thank You

500688.015.0100

**BOONE MEMORIAL HOSPITAL MADISON, WV 25130**
**RADIOLOGY REPORT**

NAME: LESTER, CHRISTOPHER                 DATE: 12/03/00
ADDRESS: P O BOX 1113, DANVILLE, WV 25053   TELEPHONE: 369-6657
DOB: ▇▇▇71                                PHYSICIAN: SNYDER
PAY TYPE: PEIA                             X-RAY #: 11417
MED REC.#: 674824                          DEPARTMENT: ADMIT
                                           ATKINS        22

PROCEDURE:    CHEST

HISTORY:       CONTUSION WITH PAIN

CHEST: A single frontal projection of the chest was obtained and compared to the prior exam from 02/05/97; the examination is more of a lordotic projection. The heart and pulmonary vasculature are within normal limits. No acute focal areas of air space disease are identified.

IMPRESSION: NO RADIOGRAPHIC EVIDENCE FOR AN ACUTE PROCESS.

_____

JOHN F. MEGA, M.D.

MF 12/05/00

**ROBERT B. ATKINS, M.D.**
**RON D. STOLLINGS, M.D.**
**J. MARK SNYDER, D.O.**
**BARBARA KOSTER, MSN-RNC**
705 Madison Avenue • Madison, WV 25130 • Telephone: (304) 369-5170

NAME: Christopher Lester                     DATE: 9-23-00

Your Doctor has reviewed your test results:

    Cholesterol _____    Sugar _____    Liver _____

    Triglycerides _____    Sodium _____    Thyroid _____

    Blood Count _____    Potassium _____

____ Your Lab results were OK.

____ Your Lab results were OK except: _____

____ Your Pap Smear was OK, repeat in one year

____ Your Pap Smear was abnormal: _____

____ Your Mammogram was OK.

____ Your Mammogram showed: _____

____ Your X-rays were OK.

____ Your X-rays showed: _____

____ You need to call and make a follow-up appointment: _____

____ Keep follow-up appointment as planned.

____ Come in for additional Lab work fasting: _____

____ Continue same medications.

____ Call our office at your earliest convenience: _____

Additional instructions: Your MRI was okay _____

_____

PLEASE CALL OUR OFFICE IF ANY QUESTIONS.

Thank You

500688.015.0102

**ROBERT B. ATKINS, M.D.**
**RON D. STOLLINGS, M.D.**
**J. MARK SNYDER, D.O.**
**BARBARA KOSTER, MSN-RNC**
705 Madison Avenue • Madison, WV 25130 • Telephone: (304) 369-5170

NAME: Christopher Lester                    DATE: 9-6-03

Your Doctor has reviewed your test results:

Cholesterol _____        Sugar _____        Liver _____

Triglycerides _____        Sodium _____        Thyroid _____

Blood Count _____        Potassium _____

____ Your Lab results were OK.

____ Your Lab results were OK except: _____

_____

____ Your Pap Smear was OK, repeat in one year

____ Your Pap Smear was abnormal: _____

____ Your Mammogram was OK.

____ Your Mammogram showed: _____

✓ Your X-rays were OK.

____ Your X-rays showed: _____

_____

____ You need to call and make a follow-up appointment: _____

____ Keep follow-up appointment as planned.

____ Come in for additional Lab work fasting: _____

____ Continue same medications.

____ Call our office at your earliest convenience: _____

Additional instructions: _____

_____

_____

PLEASE CALL OUR OFFICE IF ANY QUESTIONS.

Thank You

$\mathcal{A}\mathcal{L}$

**500688.015.0103**

BOONE MEMORIAL HOSPITAL, Madison, W. Va. X-RAY REPORT    E.R.    Hou.    OPD

a

LESTER, CHRISTOPHER          9-12-2000                    11417

P O BOX 1113                                   FILM # _____

DANVILLE, WV  25053          369-6657

⬛1971

COMPENSATION                 DR SNYDER                    OPD


**PROCEDURE:**
MRI CERVICAL AND LUMABR 9-12-00

**REPORT:**
LUMBAR MRI:

HISTORY: LOW BACK AND RIGHT LEG PAIN


The vertebral bodies and intervertebral disc spaces are
of normal height and demonstrate normal signals. There
is posterior protrusion of disc material. The spinal canal
is of normal dimensions. The conus medullaris is
unremarkable.
IMPRESSION: NORMAL STUDY.

CERVICAL MRI:

HISTORY: NECK AND LEFT ARM PAIN

There is no posterior protrusion of disc material or other
space occupying lesion inpinging on the thecal sac or spinal
cord. The spinal cord and spinal canal are of normal
dimensions. No abnormal signals are seen in the spine or
spinal cord. The foramen magnum is not compromised.
IMPRESSION: NORMAL STUDY.


DAVID A. SPARKS,M.D./lp
9-12-00


_____M.D.


**FORM # 56**


500688.015.0104