# CHRISTOPHER WAYNE LESTER
# MADISON MEDICAL GROUP
# RECORDS
# 14-E

BOONE MEMORIAL HO[SPI]TAL, Madison, W. Va. X-RAY REPO[RT] E.R. Hou. OPD

Lester, Chrsitopher, 8-30-00 369-6657 OPD

Pl Box 1113 Danvilèe WV 25053

FILM # 11417

[redacted]71

Comp Snyder

Rib AC separation

**PROCEDURE:** Rib Cage L AC w/ and w/o wt.

**REPORT:**

INDICATION: A-C SEPARATION

ACROMIOCLAVICULAR JOINTS:

LEFT A-C JOINT:

There is normal appearance of the acromioclavicular joint, seen both with and without weights. There is no evidence for A-C separation or acute fracture.

RIGHT A-C JOINT:
There is normal appearance of the acromioclavicular joint both with and without weights. There is no evidence for A-C separation or acute fracture.

LEFT RIBS:
There is no evidence for acute rib fracture.

JOHN J. ANTON,M.D./lp
8-30-00

_______________ M.D.

FORM # 56

BOONE MEMORIAL HOSPITAL Madison, W. Va. X-RAY REPORT E.R. Hos. OPD

LESTER, CHRISTOPHER
PO BOX 21
HEWETT, W.VA. 25108
[redacted]/71
COMMERICAL

2/5/97 RM # 18

FILM # 11417

DR. ATKINS

CP

**PROCEDURE:** PORTABLE CHEST [redacted] US UPPER ABDOMEN 2/5/97

**REPORT:**

PORTABLE CHEST:
Indication: Chest pain.
Portable view of the chest at 0120 hrs. reveals the heart and mediastinal structures to be within normal limits and the lungs to be free of infiltrates or evidence of edema.

CHRISTOPHER SCHLARB, M.D./crp
2-6-97

ULTRASOUND UPPER ABDOMEN:
Indication: Pain.
Multiple transverse and longitudinal images of the right upper quadrant were obtained. The gall bladder is well seen. There is no evidence of stones, wall thickening, or pericholecystic fluid. The common bile duct is present measuring less than 3 mm., normal. The visualized portion of the liver is unremarkable. The pancreas is incompletely visualized secondary to overlying bowel gas.
IMPRESSION: 1. NO EVIDENCE OF CHOLELITHIASIS. normal

CHRISTOPHER SCHLARB, M.D./crp
2-6-97

[signature] M.D.

FORM # 56

BOONE MEMORIAL HC ... Madison, W. Va. X-RAY REPORT, E.R. Hos. OPD

LESTER, CHRISTOPHER WAYNE 08-26-96

PO BOX 21 24 [redacted]71 M W M

HEWETT, WV 25108 369-2432

FILM # 11417

EMPLOYER: TRI STATE HOMES COMPENSATION NUMBER 233153340

SS# [redacted]3340

PAIN COCCYX DR. J. SNYDER OPD WR

PROCEDURE:

X RAY COCCYX 08-26-96

REPORT:

COCCYX:
AP and lateral coccyx films demonstrate no acute fractures or other osseous abnormalities.

ROBERT SMITH, M.D./nd
8-27-96

JS
5/6

Robert Smith, M.D.
M.D.

FORM # 56



* Best scan due to pt. size & breathing motion Repeated Series - Best possible images

No : 19364
Patient ID#: 06690

Status: In-Patient (Out)-Patient

Hospital:
Fell Twisted Back 8.10.94 LBP into Rt. leg ē Rt. leg numbness & Tingling Rt. Foot

CHRISTOPHER W LESTER
PO BOX 21

HEWETT WV 25108
DOB:[redacted]/71 Age: 24 M SS#: [redacted]-3340
Ref.Phy.:JOHN MARK SNYDER, MD
Date of Service: 08/03/96
Reason: LUMBAR SPINE W/O CONTRAST

WV WORKERS COMPENSATION 1 1

R/O HNP

---

**NAME: Lester, Christopher**
**MR#: MRI**
**DOE: 08/03/96** **DOD: 08/04/96**

**MRI OF LUMBAR SPINE:**
Sagittal and axial images obtained in multiple pulse sequences. There is some patient motion artifact. Vertebral body heights and alignment appear normal. No compression fractures identified. Neural foramina appear patent. Spinal cord ends at L1 level. No disc herniation demonstrable.

RKG/cls
T:08/04/96 7:52 A
Document#:280867

EXAM BY THE ABOVE SIGNED RADIOLOGIST

Ashton Place Shopping Center
1095 Fledderjohn Road • Charleston, West Virginia 25314
(304) 345-4MRI • (304) 343-0749 FAX

APR 01 '00 04:14PM P.14

1/31/01 10:51am
FAXED

PATIENT NAME: LESTER, CHRISTOPHER W
MRN: TMP2001013000180
ORDERING PHYSICIAN: JOHN MARK SNYDER, DO

DOB: [redacted]/1971 AGE: 29Y
DATE OF EXAM: 1/30/2001
ROOM: -
SERVICE: OPT

MRI

DATE OF EXAMINATION: 1/30/2001

INDICATIONS FOR PROCEDURE: NUMBNESS LEFT ARM AND HAND, LEFT SHOULDER PAIN. LIMITED RANGE OF MOTION.

MAGNETIC RESONANCE IMAGING LEFT SHOULDER:
No fracture or dislocation is identified. No evidence of impingement. Visualized portions of the rotator cuff appear intact. No other significant findings noted.

IMPRESSION: NO DEFINITE ACUTE PATHOLOGY. NO CONCLUSIVE EVIDENCE OF A ROTATOR CUFF TEAR.

This document was electronically signed by David Abramowitz, M.D. on 01/31/2001 09:39:47.

DA/cz
Dictated: 01/30/2001 16:30:38
Transcribed: 01/30/2001 19:40:03
Voice Job ID: 283228
Document #: 196280
cc:

ASHTON PLACE SHOPPING CENTER
1095 FLEDDERJOHN ROAD • CHARLESTON, WEST VIRGINIA 25314
(304) 345-4MRI • (304) 343-0749 FAX

500688.015.0109

03/25/2003 15:50 3699531 MADISON MEDICAL

MADISON MEDICAL, P.L.L.C.
705 MADISON AVE.
MADISON, WV 25130
PHONE# (304)369-5170 FAX# (304)369-1742

34-09-37 ord
1-30-01 mai

## MEDICAL RECORDS RELEASE AUTHORIZATION

TO: St. Francis Hospital
DOCTOR

ADDRESS:

I HEREBY AUTHORIZE AND REQUEST YOU TO RELEASE TO:

Dr J Mark Snyder

THE COMPLETE RECORDS IN YOUR POSSESSION CONCERNING MY ILLNESSES AND/OR TREATMENTS DURING THE PERIOD FROM:

All TO

NAME: Christopher Lester DATE: 3-25-03

ADDRESS: P.O. Box 1113
Danville, WV 25053

BIRTHDATE: [redacted]-71 SSN# [redacted]-3340

SIGNATURE: Chris Lester
(IF RELATIVE STATE RELATION)

WITNESS: Lavonna Lacy

THIS RELEASE AND AUTHORIZATION SHALL BE VALID FOR ONE YEAR FROM ITS DATE OF SIGNATURE UNLESS TERMINATED IN WRITING BEFORE THAT DATE.

*If a fee is required for records please pre-bill. The physicians office will not be responsible for any fees incurred.

RECEIVED

4-4-03
Smoot
DM (1)



Metro MRI
Thomas Memorial Hospital
Working To Serve Our Community

PATIENT NAME: LESTER, CHRISTOPHER W
MRN: TMP2001013000180
ORDERING PHYSICIAN: JOHN MARK SNYDER, DO

DOB: [redacted]/1971 AGE: 29Y
DATE OF EXAM: 1/30/2001
ROOM: -
SERVICE: OPT

MRI

DATE OF EXAMINATION: 1/30/2001

**INDICATIONS FOR PROCEDURE:** NUMBNESS LEFT ARM AND HAND, LEFT SHOULDER PAIN. LIMITED RANGE OF MOTION.

MAGNETIC RESONANCE IMAGING LEFT SHOULDER:
No fracture or dislocation is identified. No evidence of impingement. Visualized portions of the rotator cuff appear intact. No other significant findings noted.

IMPRESSION: NO DEFINITE ACUTE PATHOLOGY. NO CONCLUSIVE EVIDENCE OF A ROTATOR CUFF TEAR.

This document was electronically signed by David Abramowitz, M.D. on 01/31/2001 09:39:47.

DA/gz
Dictated: 01/30/2001 16:30:38
Transcribed: 01/30/2001 19:40:03
Voice Job ID: 283228
Document #: 196280
cc:

OK
keep scuddle file w/ me + mri [illegible]

RECEIVED FEB 0 1 2001

ASHTON PLACE SHOPPING CENTER
1095 FLEDDERJOHN ROAD • CHARLESTON, WEST VIRGINIA 25314
(304) 345-4MRI • (304) 343-0749 FAX

JAN 31 '01 11:47AM P.1

PATIENT NAME: LESTER, CHRISTOPHER W
MRN: TMP2001013000180
ORDERING PHYSICIAN: JOHN MARK SNYDER, DO

DOB: [redacted]/1971 AGE: 29Y
DATE OF EXAM: 1/30/2001
ROOM: -
SERVICE: OPT

MRI

DATE OF EXAMINATION: 1/30/2001

INDICATIONS FOR PROCEDURE: NUMBNESS LEFT ARM AND HAND, LEFT SHOULDER PAIN. LIMITED RANGE OF MOTION.

MAGNETIC RESONANCE IMAGING LEFT SHOULDER:
No fracture or dislocation is identified. No evidence of impingement. Visualized portions of the rotator cuff appear intact. No other significant findings noted.

IMPRESSION: NO DEFINITE ACUTE PATHOLOGY. NO CONCLUSIVE EVIDENCE OF A ROTATOR CUFF TEAR.

This document was electronically signed by David Abramowitz, M.D. on 01/31/2001 09:39:47.

DA/gz
Dictated: 01/30/2001 16:30:38
Transcribed: 01/30/2001 19:40:03
Voice Job ID: 283228
Document #: 196280
cc:

ASHTON PLACE SHOPPING CENTER
1095 FLEDDERJOHN ROAD • CHARLESTON, WEST VIRGINIA 25314
(304) 345-4MRI • (304) 343-0749 FAX

Charleston Area Medical Center
Charleston, West Virginia

**Neurodiagnostics**
[X] General Division 348-6204
☐ Memorial Division 348-9085
☐ Women & Children's 348-2636

**ELECTROMYOGRAM**

PT # 1205395757

Name: Lester, Christopher | Age: 28 | DOB: [redacted]71 | Sex: Male | Room: OP
Address: P.O. Box 1113, Danville, WV | Physician: Snyder/Amores | Date: 10/2/00 | EMG# 5735B

***CONDUCTION STUDIES***

| STIMULATE | ACTION POTENTIAL AMPLITUDE | CONDUCTION VELOCITY | DISTAL MOTOR LATENCY |
|---|---|---|---|
| (L) Median (record thenar) | 4.0 millivolts | 50.4 m/sec | 2.6 msec. |
| (L) Ulnar (record hypothenar) | 8.0 millivolts | 55.5 m/sec | 2.1 msec. |

| STIMULATE | DISTANCE | DISTAL SENSORY LATENCY |
|---|---|---|
| (L) Index (record median) | 12.1 cm | 2.6 msec. |
| (L) Fifth (record ulnar) | 11.0 cm | 2.3 msec. |

***MUSCLE EXAMINATION***

| MUSCLE | FIBRILLATION (Positive Sharp Waves) | FASCICULATION | MOTOR UNITS POTENTIAL Minimal | MOTOR UNITS POTENTIAL Maximal |
|---|---|---|---|---|
| (R) Biceps | 0 | 0 | normal | |
| (R) Triceps | 0 | 0 | normal | |
| (R) Deltoid | 0 | 0 | normal | |
| (R) First dorsal Interosseous | 0 | 0 | normal | |
| (R) Flexor carpi radialis | 0 | 0 | normal | |
| (R) Extensor carpi radialis | 0 | 0 | normal | |

**IMPRESSION:**

The left median and ulnar motor and sensory conduction studies were normal. The insertion exam was normal.

**The Electromyogram was normal. There was no evidence of a carpal tunnel syndrome, ulnar neuropathy, generalized peripheral neuropathy or a focal cervical radiculopathy.**

[signature]

**LEE H. PRATT, M.D.**

LHP/kjm
Typed 10/04/00 @ 1123

OK

**OONE MEMORIAL HOSPITAL** MADISON, WV 25130 CL.

| ENT NO. | MEDICAL RECORD NO. | FINANCIAL TYPE | ION | MODE OF | AL | REGISTRATION DATE | TIME | REGISTERED |
|---|---|---|---|---|---|---|---|---|
| 35500 | | | | | | | | |

| PATIENT NAME | AGE | DATE OF BIRTH | SEX | RACE | MARITAL STATUS | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| Lester, Christopher W | 30 | [redacted] 71 | M | W | M | [redacted] 3340 |

| MAILING ADDRESS | COUNTY OF RESIDENCE | NOTIFY IN CASE OF EMERGENCY | RELATIONSHIP |
|---|---|---|---|
| PO Box 1113 | | April - wife | |

| HOME ADDRESS | HOME PHONE | EMERGENCY CONTACT'S ADDRESS | STATE | ZIP CODE |
|---|---|---|---|---|
| | 369-6657 | | | |

| CITY | STATE | ZIP CODE | ADMIT TYPE | EMPLOYMENT | PHONE |
|---|---|---|---|---|---|
| Danville | WV | 25053 | | | |

| FATHER'S NAME (IF MINOR) | ADMIT SOURCE | MOTHER'S NAME (IF MINOR) |
|---|---|---|
| | | |

GUARANTOR

| GUARANTOR'S NAME | PATIENT'S RELATIONSHIP TO GUARANTOR | EMPLOYMENT STATUS | EMPLOYEE I.D. NO. |
|---|---|---|---|
| Lester April | Spouse | | |

| GUARANTOR'S MAILING ADDRESS | GUARANTOR'S HOME PHONE | EMPLOYER'S NAME | EMPLOYER'S PHONE |
|---|---|---|---|
| PO Box 113 | 369-6657 | | |

| GUARANTOR'S HOME ADDRESS | GUARANTOR'S SOCIAL SECURITY NO. | EMPLOYER'S LOCATION: STREET, CITY, STATE, AND ZIP CODE |
|---|---|---|
| Same | | |

| GUARANTOR'S CITY | STATE | ZIP CODE | GUARANTOR NO. |
|---|---|---|---|
| Danville | WV | 25053 | |

| GUARANTOR'S EMPLOYER'S NAME | GUARANTOR'S EMPLOYER'S PHONE |
|---|---|
| | |

GUARANTOR'S EMPLOYER'S LOCATION: STREET, CITY, STATE AND ZIP CODE: Boone Co. Dev. Aut.

SPOUSE INFO

| NAME | SOCIAL SECURITY NO. |
|---|---|
| ADDRESS | RES. PHONE |
| EMPLOYMENT | JOB PHONE |

INSURANCE

| PRIMARY INS. CO. NAME | POLICY HOLDER | INSURED RELATION | POLICY NO. |
|---|---|---|---|
| PEIA / Acordia | Lester, April | Spouse | 233508 9969 |

| GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS |
|---|---|---|
| | 7710 | |

| SECONDARY INS. CO. NAME | POLICY HOLDER | INSURED RELATION | POLICY NO. |
|---|---|---|---|
| | | | |

| GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS |
|---|---|---|
| | | |

| TERTIARY INS. CO. NAME | POLICY HOLDER | INSURED |
|---|---|---|
| | | |

| GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS |
|---|---|---|
| | | |

| MEDICARE NO. | MEDICAID NO. | LAST T.T. | LMP | PARITY | WT. |
|---|---|---|---|---|---|
| | | | | | |

ALLERGIES

CHIEF COMPLAINT: Found lying garage - head + legs hurt

R M.D. PVT M.D.

## PHARMACY

- Start Pack
- Clear Cath
- Loop
- Pump Set (Non-Filtered)
- Pump Set (W/Filter)
- Pump Charge
- Control A Flow
- Secondary Set
- Vented Sol Set (Micro-Drip)
- Blood Set
- Interlink Inj Site
- Irrigation Cap
- Spike Adapter
- Y-Type Adapter Set
- Other

## CENTRAL SUPPLY

- Pelvic Exam
- Rectal Exam
- Laceration (Minor)
- Laceration (Major)
- Urinalysis—Mid Stream, Fem. Cath, St. Cath
- Foley Tray
- Eye Irrigation
- 02
- Nebulizer Tx
- GI or OD
- Burn
- Other

500688.015.0114

BOONE MEMORIAL HOSPITAL MADISON WV 25130

3

## CLINIC
## Nursing Progress Notes

CHART COPY

TRIAGE LEVEL: U

CHECK IF NEGATIVE: ROS, DERM, GU, CORD, RESP, ENT, MUSC, NEURO, ORTHO

P. R. LMP. GCS PAINSCALE

OBJECTIVE FINDINGS/EXAMINATION: [handwritten, largely illegible]

SUBJECTIVE FINDINGS/CHIEF COMPLAINT: [handwritten, largely illegible]

HOME PHYSICIAN NOTIFIED: TIME SEEN:

MD TIME OF ORDERS / PHYSICIANS ORDERS / SITE / TIME DONE / INITIALS: [handwritten, largely illegible]

DIAGNOSTIC STUDIES: [handwritten, largely illegible]

| TIME | TREATMENTS & PROCEDURES | SIGNATURE | RESPONSE |
|---|---|---|---|
| 1450 | Report to [illegible] @ CAMC [illegible] | | |

PROBLEM LIST: [illegible]

After discharge care sheet: [ ] Yes [X] No Time Out: 446

Course of Patient in Emergency Dept: [X] Unremarkable [ ] Unimproved [ ] Expired

Condition On Discharge: [ ] Excellent [ ] Good [X] Fair [ ] Poor

Disposition of Case: [ ] Admitted [ ] Home [X] Transferred [ ] Other

REFERRED TO DR.:

DISCHARGE CONDITION:

NURSE SIGNATURE: L. Nahodil RN/TWE

DOCTOR SIGNATURE:

DIAGNOSTIC IMPRESSION: Neurological Ischemic changes

PLAN/TREATMENT: [illegible]

PATIENT NO. MEDICAL RECORD NO. FINANCIAL TYPE RELIGION

MODE OF ARRIVAL: Amb

PATIENT NAME: Lester, Christopher W. AGE: 30 DATE OF BIRTH: [redacted] 71 SEX: M

MAILING ADDRESS: PO BX 1113 COUNTY OF RESIDENCE: NOTIFY IN CASE OF EMERGENCY:

HOME ADDRESS: HOME PHONE: 369-6657 EMERGENCY CONTACT'S ADDRESS:

CITY: Danville STATE: WV ZIP CODE: 25053 ADMIT TYPE: EMPLOYMENT:

FATHER'S NAME (IF MINOR) ADMIT SOURCE MOTHER'S NAME IF MINOR

PATIENT

# B[illegible]NE MEMORIAL HOSPITAL – ER[illegible]IC

| | |
|---|---|
| Patient Name: [illegible], Chris | Arrived By: Amb |
| DOB: [redacted]71 | Triage Time: 12:46p |
| O2 Saturation: 96% | Date: 7/28/02 |
| | Allergies: NKDA |
| | Family Physician: Snyder |
| | Dr. Notified: |

**TRIAGE**

| BP 140/70 | T 98 | P 98 | Resp. 18 | (Norm) | Slow | Labored | Rapid | Apneic | Stridor | Shallow | Wt. 285 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Chief Complaint: found cousin in garage, GO right side head hurting last night – leg & back hurting morning

Wound Assessment (if applicable) — Comfort Level: UTD

| Onset: 11⁴⁰ P | Pain Scale: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Triage Level: | Emergent | (Urgent) | Non-Urgent |
|---|---|---|---|
| Disposition | Waiting Room | Exam Room | Time: |

[signature] Triage Nurse Signature

**ASSESSMENT**

| Color | (Normal) | Pale | Dusky | Cyanotic | Moist |
|---|---|---|---|---|---|
| Skin | (Warm) | Dry | Hot | Cool/Cold | Clammy |
| Breath Sounds: | (Clear) | Wheezing | Rales | Rhonchi | |
| | Diminished | Congested | Other: | | |
| Mental Status: | Alert | Oriented | Confused | Unresponsive | Lethargic | Combative |
| Mobility: | Ambulatory | W/C Confined | (Stretcher) | Crawls | Unsteady Gait | Assistive Device |

**Daily Meds**

| Medication | Route/Freq. | Medication | Route/Freq. | Medication | Route/Freq. |
|---|---|---|---|---|---|
| Oxycontin 40mg | 1–3x d | | | | |
| Effexor XR 150mg | 1 2x d | | | | |
| Hydroxyzine 50mg | 1–5x d | | | | |
| Flexeril 10mg | 1–3x d | | | | |

**Dates of Last Exams/Injections:**

| Mamo / | Rectal Exam | Pneumonia / | LMP / |
|---|---|---|---|
| Pap/Pelvic / | Tetanus Couple yrs | PPD/Tine / | Other: |
| Grav. / Para / A / | Flu no' 01 | Up to Date / | |

**Glascow Coma Scale (GCS)** 14

| Adult | | | Pediatrics | |
|---|---|---|---|---|
| Spontaneous | (4) | Eye Opening | Spontaneous | 4 |
| Voice | 3 | | Voice | 3 |
| Pain | 2 | | Pain | 2 |
| None | 1 | | None | 1 |
| Obeys | 6 | Motor Response | Norm. Spont. Mvmt. | 6 |
| Localizes Pain | (5) | | Withdraws from touch | 5 |
| Withdraws to Pain | 4 | | Withdraws from Pain | 4 |
| Flexion | 3 | | Abnormal Flexion | 3 |
| Extension | 2 | | Abnormal Extension | 2 |
| None | 1 | | None | 1 |
| Oriented | (5) | Verbal Response | Coos, babbles | 5 |
| Confused | 4 | | Irritable/Cries | 4 |
| Inappropriate | 3 | | Cries to Pain | 3 |
| Incomprehensible | 2 | | Moans to Pain | 2 |
| None | 1 | | None | 1 |

**Health & Social History** P – Personal F – Family

(Check all that apply)

| P | F | | P | F | |
|---|---|---|---|---|---|
| | ✓ | Diabetes | | ✓ | Heart Attack |
| | ✓ | Artery Disease | | | Alcohol |
| | ✓ | Cancer | | | Tobacco — denies |
| | ✓ | High Blood Pres. | | | Drugs |
| | | Stroke | ✓ | | Caffeine |
| ✓ | | Back Injury | | | Other: |
| | | | | | Advanced Directive ← |

Surgeries: denies

Nurse Signature: [signature]

Chris Lester

**Boone Memorial Hospital**
**Nurses Notes**

| Date | Time | |
|---|---|---|
| 7/28/02 | 1P | 30 yo male to ER with complaint of drawing of right side of mouth and tingling & weakness of right ↑ & ↓ extremity - pupils R=R - speech slightly slurred but pt responding appriately - 140/70 - 98 - 18 140/70 - family unsure of loss of conciousness NS - Normal Saline per #18 Ⓛ hand Ⓦ |
| | 2P | pts speech more clear. still complains of "needles & pin" numbness - 136/86 - 72 - 18 - To CT p #16 Foley inserted Ⓦ |
| | 3P | AAO - pupil R=R - still c/o heaviness Ⓡ extremities - IV patent & infusing to clear site Ⓦ |
| | 345p | monitor shows - $O_2$ cont @ 3LPM $O_2$ sat 97% - skin W/D/P - 126/70 72-18 - AAO - pupils R=R - no further asymmetry of face - total IV 1500 total urine 1850 |

***Boone Memorial Hospital***
***Rural Health Clinic***
***&***
***Emergency Room***
***Lab Results***

#3

LAB IN

LAB OUT

ORDERED BY: [illegible]

WRITTEN BY: [illegible]

7/28/02

Lenta, Chris DOB [redacted] 71

☐ ASAP ☐ STAT ☐ TODAY ☐ ROUTINE ☐ PREOP ☐ TIME

DATE AND TIME TO BE DONE: 7/28/02

COLLECTED BY

DATE AND TIME

COMPLETED BY TECHNICIAN

DATE AND TIME COMPLETED

COMMENTS

LAB NO.

EXAMINATION REQUESTED: FBS (stat) 120 mg/dl

SPECIMEN:

RESULTS:

Normal 70-105 mg/dl

LAB MISCELLANEOUS
REQUISITION AND CHARGE TICKET

LAB MISCELLANEOUS
BOONE MEMORIAL HOSPITAL, MADISON, WV
CHART

12/84

***Boone Memorial Hospital***
***Rural Health Clinic***
***&***
***Emergency Room***
***Lab Results***

RHC #3

LAB MISCELLANEOUS
REQUISITION AND CHARGE TICKET

LAB IN | LAB OUT

7/28/02

Lester, Chris [redacted]-3340

DOB - [redacted]/71

ORDERED BY: | WRITTEN BY:

☐ ASAP ☐ STAT ☐ TODAY ☐ ROUTINE ☐ PREOP ☐ TIME

DATE AND TIME TO BE DONE | COLLECTED BY: patient | DATE AND TIME: 7-28-02 1:30P

COMPLETED BY TECHNICIAN | DATE AND TIME COMPLETED: 7-28-02 1:52P

COMMENTS | LAB NO. 720022504

EXAMINATION REQUESTED: [illegible] Urine Triage

SPECIMEN:

RESULTS:

PCP - neg
BZO - neg
COC - neg
AMP - neg
THC - neg
OPI - neg
BAR - neg
TCA - neg

LAB MISCELLANEOUS
BOONE MEMORIAL HOSPITAL, MADISON, WV
CHART
12/84

500688.015.0119



#3

LAB MISCELLANEOUS
REQUISITION AND CHARGE TICKET

LAB IN | LAB OUT

7/28/02
Lester, Chris 3340
POB ... Danville
DOB ...71
369-4657

ORDERED BY: DY
WRITTEN BY: DJP
☐ ASAP ☐ STAT ☐ TODAY ☐ ROUTINE ☐ PREOP ☐ TIME
DATE AND TIME TO BE DONE: 7/28/02
COLLECTED BY: ADM
DATE AND TIME: 7-28-02 1:06
COMPLETED BY TECHNICIAN
DATE AND TIME COMPLETED
COMMENTS
LAB NO: 72002252

EXAMINATION REQUESTED: CBC, Comp
SPECIMEN:
RESULTS:

LAB MISCELLANEOUS
BOONE MEMORIAL HOSPITAL, MADISON
CHART

12/84

Date of Birth 12/23/1971 Sex M
Completed By AGM Location RHC
Collected By ADM Physician DY
Date & Time 7-28-02 1:06PM Date & Time 07/28/02 13:09

| SAMPLE PROCESSED | DIFF % | | ABSOLUTE | HEMOGRAM | |
|---|---|---|---|---|---|
| ID# 1 | WBC | 5.7 | | RBC | 5.43 |
| ID# 2 LESTER, CHRIS | | | | HGB | 15.9 |
| Sequence # | NE | 54.6 | 4.3 | HCT | 46.3 |
| | LY | 24.8 | 1.7 | MCV | 85.1 |
| DATE: 07/28/02 | MO | 7.9 | 0.5 | MCH | 29.1 |
| TIME: 13:12:36 | EO | 2.7 | 0.2 | MCHC | 34.1 |
| Pass/Pos 007/01 | BA | 0.0 | 0.0 | RDW | 12.8 |
| Normal WBC Pop | | | | PLT | 262 |
| Normal RBC Pop | | | | MPV | 7.9 |
| Normal PLT Pop | | | | | |

NORMAL VALUES

| | | | | | |
|---|---|---|---|---|---|
| WBC | | 4.8-10.8 | | | x10^3 |
| RBC | M | 4.7-6.1 | F | 4.2-5.4 | x10^6 |
| HGB | M | 14-18 | F | 12-16 | g/dL |
| HCT | M | 42-52 | F | 37-47 | % |
| MCV | M | 80-94 | F | 81-99 | fL |
| MCH | | 27-31 | | | pg |
| MCHC | | 32-36 | | | g/dL |
| RDW | | 11.5-14.5 | | | % |
| PLT | | 130-400 | | | x10^3 |
| MPV | | 7.4-10.4 | | | fL |
| NE% | | 40.7-81.5 | | | % |
| BAND | | 0.0-6.0 | | | % |
| LY% | | 16.8-44.4 | | | % |
| MO% | | 2.3-13.1 | | | % |
| EO% | | 0.0-5.7 | | | % |
| BA% | | 0.0-3.4 | | | % |
| NE# | | 2.0-7.2 | | | x10^3 |
| LY# | | 0.7-3.5 | | | x10^3 |
| MO# | | 0.2-1.0 | | | x10^3 |
| EO# | | 0.0-0.4 | | | x10^3 |
| BA# | | 0.0-0.3 | | | x10^3 |

| MANUAL DIFFERENTIAL % | | MORPHOLOGY (1 - SLIGHT, 2 - MOD, 3 - MOD TO MAR, 4 - MARKED) |
|---|---|---|
| SEGMENTED NEUTROPHIL | | |
| BAND | | ANISOCYTOSIS |
| LYMPHOCYTE | | MICROCYTOSIS |
| MONOCYTE | | MACROCYTOSIS |
| EOSINOPHIL | | HYPOCHROMIA |
| BASOPHIL | | POLYCHROMASIA |
| METAMYELOCYTE | | POIKILOCYTOSIS |
| MYELOCYTE | | BASOPHILIC STIPPLING |
| PROMYELOCYTE | | TOXIC GRANULATION |
| BLAST | | |
| VARIANT LYMPHS | | |

PLT POP
LARGE PLATELETS
PLT CLUMPS PRESENT
PLT APPEARS: INCREASED / DECREASED / NORMAL ✓

AUTO DIFF. VERIF. BY: [signature]
MAN. DIFF. VERIF. BY

| | NORMAL | PATIENT |
|---|---|---|
| PROTHROMBIN TIME | 10.0-13.2 Sec. | Sec. INR |
| (APTT) ACTIVATED PART THROMBOPLASTIN | 25.3-40.5 Sec. | Sec. |
| Bld. Time | 1-6 Min. | Min. Sec. |
| Clotting Time | 3-8 Min. | Min Sec. |
| RETICULOCYTE COUNT | ADULT 0.5-1.5% NEWBORN 2.5-6.5% | |
| SED. RATE | MALE < 50 YO = 0-15 mm/hr > 50 YO = 0-20 mm/hr FEMALE < 50 YO = 0-20 mm/hr > 50 YO = 0-30 mm/hr | |

COMPLETED BY [signature] DATE AND TIME 7-28-02 1:14P
COMMENTS:

COMMUNICATED:

DATE: ______ TIME: ______

OFFICE COPY

5/94

JUL-28-2002 14:52

701 Madison Ave.
Madison, WV 25130
Phone: (304) 369-1230 ext 212
Fax: (304) 369-2601

Boone Memorial
Hospital

Fax

To: CAMC-General
From: Radiology Department
Fax: 369-2601
Date:
Phone: —
Pages:
Re: Stat Reading Dr. Dy
CC:

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

•Comments: Christopher Lester -age 31
* CT head
* collapse at home
LT Side of face drawn
* Please fax report back
Thanks

Probable old infarct (R) basal ganglia. No acute infarct/hemorrhage.
JAW

TOTAL P.01

500688.015.0121

07/28/2002
13:26:59
PAGE 1

BOONE MEMORIAL HOSPITAL
701 MADISON AVENUE
MADISON, WV 25130
13859-0118

Name: LESTER, CHRIS
Patient ID: [redacted]3340
Date of Birth: [redacted]1971
Age: 30
Sex: M
Location: RHC
Pat. Comment:
Sample Comment:
Dilution:

Sample ID: 7-2002-2521
Sample Type: Serum
Doctor: DY
Collection Date/Time: 07/28/2002 01:06
Run Date/Time: 07/28/2002 13:17
Rack/Pos/Rep: 452/1/1

| Chemistry | Results | Units | Reference Range | Remarks |
|---|---|---|---|---|
| NA | 138 | mmol/L | 135 - 145 | |
| K | 3.7 | mmol/L | 3.6 - 5.0 | |
| CL | 104 | mmol/L | 101 - 111 | |
| CO2 | 30 | mmol/L | 21 - 31 | |
| GLUCm | 117 | mg/dL | 70 - 105 | HIGH |
| BUNm | 12 | mg/dL | 7 - 18 | |
| CREm | 0.9 | mg/dL | 0.6 - 1.3 | |
| CALC | 9.0 | mg/dL | 8.4 - 10.2 | |
| TBIL | 0.7 | mg/dL | 0.2 - 1.2 | |
| TPm | 6.2 | g/dL | 6.1 - 7.9 | |
| ALBm | 3.5 | g/dL | 3.5 - 4.8 | |
| ALT | 57 | IU/L | 10 - 60 | |
| AST | 28 | IU/L | 10 - 42 | |
| ALP | 69 | IU/L | 42 - 121 | |

| Calculated Values | Results | Units |
|---|---|---|
| OSMOLALITY(1) | 276.5 | mOsm/L |
| ANION GAP(2) | 7.7 | mmol/L |
| A/G RATIO | 1.3 | |
| BUN/CREA RATIO | 13.3 | |

Instrument Codes



07/28/2002 13:12:02

Boone Memorial Hospital
Dept:
Room:
Oper:

Rx:
Dx: Seota, Chris

| | |
|---|---|
| Rate | 104 |
| PR | 141 |
| QRSD | 86 |
| QT | 329 |
| QTc | 433 |

--AXIS--

| | |
|---|---|
| P | 74 |
| QRS | 59 |
| T | -5 |

. Sinus tachycardia, rate 104............................Normal P axis, rate >= 100
. Nonspecific inferior T abnormalities............T neg or T/QRS ratio <.05 2,3,F

Requested by:

- BORDERLINE ECG -

PRELIMINARY-MD MUST REVIEW

# BOONE MEMORIAL HOSPITAL – ER/RHC

Patient Name: Christopher Lester SR

Addressograph

| | |
|---|---|
| Arrived By: | Car |
| Triage Time: | 6:44p |
| Date: | 2/28/02 |
| Allergies: | NKDA |
| Family Physician: | Snyder |
| Dr. Notified: | |

TRIAGE

| BP 140/84 | T 98.7 | P 68 | Resp. 18 | Norm | Slow | Labored | Rapid | Apneic | Stridor | Shallow | Wt. 295 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Chief Complaint: not urinating enough, legs going out old Back injury,

Wound Assessment (If applicable)

Comfort Level: 4

Onset: Friday

| Pain Scale: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (9) | 10 |
|---|---|---|---|---|---|---|---|---|---|---|

| Triage Level: | Emergent | Urgent | Non-Urgent |
|---|---|---|---|
| Disposition | Waiting Room | Exam Room | Time: |

Triage Nurse Signature [signature]

ASSESSMENT

| | | | | | | |
|---|---|---|---|---|---|---|
| Color | (Normal) | Pale | Dusky | Cyanotic | Moist | |
| Skin | (Warm) | Dry | Hot | Cool/Cold | Clammy | |
| Breath Sounds: | (Clear) | Wheezing | Rales | Rhonchi | | |
| | Diminished | Congested | Other: | | | |
| Mental Status: | (Alert) | Oriented | Confused | Unresponsive | Lethargic | Combative |
| Mobility: | (Ambulatory) | W/C Confined | Stretcher | Crawls | Unsteady Gait | Assistive Device |

Daily Meds

| Medication | Route/Freq. | Medication | Route/Freq. | Medication | Route/Freq. |
|---|---|---|---|---|---|
| Effexor XR 150 mg | 1-2x d | | | Back injury | |
| Nortriptyline 50mg | 1 @ h s | | | | |
| Hydroxyzine 50mg | 1-3x d | | | | |
| Flexeril 10mg | 1-3x d | | | | |
| OxyContin 40mg | 1-3x d | | | | |

Dates of Last Exams/Injections:

| | | | |
|---|---|---|---|
| Mamo | Rectal Exam | Pneumonia | LMP / |
| Pap/Pelvic | Tetanus [illegible] yrs | PPD/Tine | Other: |
| Grav. Para A | Flu Nov 01 | Up to Date | |

Glasgow Coma Scale (GCS)

| Adult | | | Pediatrics | |
|---|---|---|---|---|
| Spontaneous | (4) | Eye Opening | Spontaneous | 4 |
| Voice | 3 | | Voice | 3 |
| Pain | 2 | | Pain | 2 |
| None | 1 | | None | 1 |
| Obeys | (6) | Motor Response | Norm. Spont. Mvmt. | 6 |
| Localizes Pain | 5 | | Withdraws from touch | 5 |
| Withdraws to Pain | 4 | | Withdraws from Pain | 4 |
| Flexion | 3 | | Abnormal Flexion | 3 |
| Extension | 2 | | Abnormal Extension | 2 |
| None | 1 | | None | 1 |
| Oriented | (5) | Verbal Response | Coos, babbles | 5 |
| Confused | 4 | | Irritable/Cries | 4 |
| Inappropriate | 3 | | Cries to Pain | 3 |
| Incomprehensible | 2 | | Moans to Pain | 2 |
| None | 1 | | None | 1 |

Health & Social History P – Personal F – Family

(Check all that apply)

| P | F | | P | F | |
|---|---|---|---|---|---|
| | ✓ | Diabetes | | ✓ | Heart Attack |
| | ✓ | Artery Disease | | | Alcohol denies |
| | ✓ | Cancer | | | Tobacco denies |
| | ✓ | High Blood Pres. | | | Drugs denies |
| | | Stroke | | | Caffeine |
| | | | | | Other: |

Surgeries: denies

Nurse Signature: [signature]

**Boone Memorial Hospital**
**Rural Health Clinic**
**&**
**Emergency Room**
**Lab Results**

ROUTINE URINALYSIS
REQUISITION AND CHARGE TICKET

LAB IN Lester

PATIENT NUMBER 1045 DATE OF SERVICE 02/25/02
PATIENT NAME LESTER CHRISTOPHER
PO BOX 1113 369-6657
ADDRESS E

LAB OUT
ORDERED BY: | WRITTEN BY:
☐ ASAP ☐ STAT ☐ TODAY ☐ ROUTINE ☐ PREOP ☐ TIME
DATE AND TIME TO BE DONE | COLLECTED BY EV | DATE AND TIME 2-25-2002 7P
COMPLETED BY TECHNICIAN | DATE AND TIME COMPLETED 2-25-2002 720P
LAB NO 2-2002-2213

☑ Routine Urinalysis ☐ Macroscopic Only ☐ CLEAN CATCH ☐ VOIDED ☒ CATH

| Test Name | Results | | Reference Range | ☐ Microscopic | Results |
|---|---|---|---|---|---|
| Color | yellow | | | RBC/HPF | 2-3 |
| Appearance | clear | | | WBC/HPF | 2-3 |
| Specific Gravity | 1.020 | | 1.010 - 1.020 | Epithelial | |
| pH | 5.0 | | 5.0 - 7.5 | Cells /HPF | |
| Glucose | ☒ Neg | ☐ Pos | negative | Bacteria | small |
| Bilirubin | ☒ Neg | ☐ Pos | negative | Mucus | large |
| Ketone | ☒ Neg | ☐ Pos | negative | Crystals | |
| Blood | ☒ Neg | ☐ Pos | negative | Casts/LPF | |
| Protein | ☒ Neg | ☐ Pos | negative | Other | 2/25 [illegible] |
| Urobilinogen | ☒ Neg | ☐ Pos | ≤ 1.0 | | |
| Nitrite | ☒ Neg | ☐ Pos | negative | ☐ Menses | |
| Leukocytes | ☒ Neg | ☐ Pos | negative | ☐ Cultured per protocol | |

ROUTINE URINALYSIS CHART
BOONE MEMORIAL HOSPITAL, Madison, WV

Boone Memorial Hospital, Madison, W. Va.

# HEMATOLOGY

LAB IN

PATIENT NUMBER | DATE OF SERVICE

PATIENT NAME

ROOM NUMBER | AGE | SEX | ☐ OUTPATIENT

PHYSICIAN | ☐ MEDI-OVER ☐ DPA ☐ MEDI-UNDER ☐ OTHER

LAB OUT

ORDERED BY: | WRITTEN BY:

☐ ASAP ☐ STAT ☐ TODAY ☐ ROUTINE ☐ PREOP ☐ TIME

DATE / TIME TO BE DONE | COLLECTED BY | DATE AND TIME

COMPLETED BY TECH | DATE AND TIME COLLECTED

2/25/02 20:04:47 TF

Boone Mem. Hospital
701 Madison Ave.
Madison, WV
304-369-1230

ate of Birth [redacted]1971 Sex M
ompleted By XC Location RHC
ollected By JM Physician LOPEZ
ate & Time 2-25-02 8:00 Date & Time 02/25/02 20:00

| SAMPLE PROCESSED | DIFF % | ABSOLUTE | HEMOGRAM |
|---|---|---|---|
| D# 1 ------------ | WBC 9.6 | | RBC 5.82 |
| D# 2 LESTER, CHRISTOR | | | HGB 16.5 |
| equence # | NE 58.3 | 5.6 | HCT 49.0 |
| | LY 29.1 | 2.8 | MCV 84.1 |
| ATE: 02/25/02 | MO 7.4 | 0.7 | MCH 28.3 |
| IME: 20:04:46 | EO 4.1 | 0.4 | MCHC 33.7 |
| ass/Pos 008402 | BA 1.1 | 0.1 | RDW 12.2 |
| ormal WBC Pop | | | PLT 354 |
| ormal RBC Pop | | | MPV 7.4 |
| ormal PLT Pop | | | |

| NORMAL VALUES | | | | | |
|---|---|---|---|---|---|
| WBC | | 4.8-10.8 | | | x10^3 |
| RBC | M | 4.7-6.1 | F | 4.2-5.4 | x10^6 |
| HGB | M | 14-18 | F | 12-16 | g/dL |
| HCT | M | 42-52 | F | 37-47 | % |
| MCV | M | 80-94 | F | 81-99 | fL |
| MCH | | 27-31 | | | pg |
| MCHC | | 32-36 | | | g/dL |
| RDW | | 11.5-14.5 | | | % |
| PLT | | 130-400 | | | x10^3 |
| MPV | | 7.4-10.4 | | | fL |
| NE% | | 40.7-81.5 | | | % |
| BAND | | 0.0-6.0 | | | % |
| LY% | | 16.8-44.4 | | | % |
| MO% | | 2.3-13.1 | | | % |
| EO% | | 0.0-5.7 | | | % |
| BA% | | 0.0-3.4 | | | % |
| NE# | | 2.0-7.2 | | | x10^3 |
| LY# | | 0.7-3.5 | | | x10^3 |
| MO# | | 0.2-1.0 | | | x10^3 |
| EO# | | 0.0-0.4 | | | x10^3 |
| BA# | | 0.0-0.3 | | | x10^3 |

| MANUAL DIFFERENTIAL % | | MORPHOLOGY (1 - SLIGHT, 2 - MOD, 3 - MOD TO MARKED, 4 - MARKED) | 1 | 2 | 3 |
|---|---|---|---|---|---|
| SEGMENTED NEUTROPHIL | | | | | |
| BAND | | ANISOCYTOSIS | | | |
| LYMPHOCYTE | | MICROCYTOSIS | | | |
| MONOCYTE | | MACROCYTOSIS | | | |
| EOSINOPHIL | | HYPOCHROMIA | | | |
| BASOPHIL | | POLYCHROMASIA | | | |
| METAMYELOCYTE | | POIKILOCYTOSIS | | | |
| MYELOCYTE | | BASOPHILIC STIPPLING | | | |
| PROMYELOCYTE | | TOXIC GRANULATION | | | |
| BLAST | | | | | |
| VARIANT LYMPHS | | | | | |

| | | |
|---|---|---|
| | PLT POP | |
| | LARGE PLATELETS | |
| | PLT CLUMPS PRESENT | |
| PLT APPEARS | | INCREASED |
| | | DECREASED |
| | ✓ | NORMAL |
| AUTO DIFF. VERIF. BY | KC | |
| MAN. DIFF. VERIF. BY | | |

| | NORMAL | PATIENT |
|---|---|---|
| PROTHROMBIN TIME | 10.6-13.2 Sec. | Sec. INR |
| (APTT) ACTIVATED PART THROMBOPLASTIN | 23.7-38.9 Sec. | Sec. |
| Bld. Time | 1-6 Min. | Min. Sec. |
| Clotting Time | 5-8 Min. | Min. Sec. |
| RETICULOCYTE COUNT | ADULT 0.5-1.5% NEWBORN 2.5-6.5% | |
| SED. RATE | MALE < 50 YO - 0-15 mm/hr, > 50 YO - 0-20 mm/hr; FEMALE < 50 YO - 0-20 mm/hr, > 50 YO - 0-30 mm/hr | |

2/25/02
[signature]

COMPLETED BY KC DATE AND TIME 2-25-02 8:00p

COMMENTS: ____

COMMUNICATED:

TO: ____

DATE: ____ TIME: ____

CHART COPY

25 Feb 02
20:08:27
PAGE 1

BOONE MEMORIAL HOSPITAL
701 MADISON AVENUE
MADISON W.V. 25130

NAME: LESTER, CHRISTOPHER
PATIENT ID: 2-2002-2213
AGE: 30 years
DATE OF BIRTH: [redacted]71
SEX: M
LOCATION: RHC
PAT. COMMENT:
SAMPLE COMMENT:
INST CODES:

SAMPLE ID: 2-2002-2213
SAMPLE TYPE: Serum
DOCTOR: LOPEZ
DRAW DATE/TIME: Feb 25 02 7:49
RUN DATE/TIME: Feb 25 02 20:05
SEC/CUP/REP: 7/4

| CHEMISTRY | RESULTS | UNITS | REFERENCE RANGE | REMARKS |
|---|---|---|---|---|
| NA | 134.6 | mmol/L | 135.0 - 145.0 | LOW |
| K | 3.55 | mmol/L | 3.60 - 5.00 | LOW |
| CL | 100.5 | mmol/L | 101.0 - 111.0 | LOW |
| CO2 | 31.7 | mmol/L | 21.0 - 31.0 | HIGH |
| GLU- | 96 | mg/dL | 70 - 105 | |
| BUN- | 9 | mg/dL | 7 - 18 | |
| CRE- | 1.0 | mg/dL | 0.6 - 1.3 | |
| CA- | 9.2 | mg/dL | 8.4 - 10.2 | |

| CALCULATED VALUES | RESULTS | UNITS | REFERENCE RANGE | REMARKS |
|---|---|---|---|---|
| OSMOLALITY (1) | 267.9 | mOsm/L | * - * | |
| ANION GAP (2) | 5.9 | | * - * | |

2/25/02

BOONE MEMORIAL HOSPITAL MADI. 4, WV 25130

CHART COPY

## EMERGENCY DEPARTMENT
## Nursing Progress Notes

| MD TIME OF ORDERS | MEDS | PHYSICIANS ORDERS | SITE | TIME DONE | INITIALS |
|---|---|---|---|---|---|

LAB: [x] CBC, [x] U/A, [ ] CHEM 6, [ ] CREATININE, [ ] URIC ACID, [ ] CALCIUM, [ ] T. BIL, [ ] T. PROTEIN, [ ] ALBUMIN, [ ] ALT, [ ] AST, [ ] LDH, [ ] CK, [ ] PHOS, [ ] TGL, [ ] CHOL, [ ] ALK PHOS, [ ] CKMB, [ ] THEO, [ ] DILANTIN, [ ] PHENOBARB, [ ] DIGOXIN, [ ] ACETAMIN

[ ] EKG, [ ] DRUG SCREEN, [ ] ETOH, [ ] STREP SCREEN, [ ] GC CULTURE, [ ] CHLAMYDIA SCREEN, [ ] KOH SMEAR, [ ] NaCl SMEAR, [ ] SPUTUM CULTURE, [ ] HEMOCCULT, [ ] AMYLASE, [ ] BLOOD C/SX, [ ] PT, [ ] PTT, [ ], [ ], [x] Bun/? 

TIME/INITIALS:

X-RAY / OTHER DIAGNOSTICS: [ ] CHEST, [ ] FLAT & UPRIGHT ABDOMEN, [ ] SKULL, [x] LUMBAR SPINE, [ ] CERVICAL SPINE

| TIME | TREATMENTS & PROCEDURES | SIGNATURE | RESPONSE |
|---|---|---|---|
| 7:50 P | Unable to void. Straight Cath performed - 300cc light yellow urine - DJP | | |
| 8:05 P | to Radiology Amb - | BP | |
| 8:40 P | Water given upon request. Pt. c/o w+d. Resp non labored - DJP | | |
| 9:30 P | awake, alert, resp non labored. family remains w/ pt. - DJP | | |
| 9:50 P | | | |

MONITOR STRIP INTERPRET:

X-RAY INTERPRET

EKG INTERPRET

LAB RESULTS CHEM 6 | CK | CKMB | LDH

OTHER K+ - 3.5 ; 96 / 165 / 53.3 ; 49.0 / 29.7 ; Co2 - 31.2

URINALYSIS: SG ______ CHEM ______

WBC 2-7 RBC 2-7 BACTERIA ______ NITRITE ______

ABG | pH | pCO2 | pO2

Discharge Instructions: Bed Rest; Encourage ind fluids; ? ; Follow up w/ ? ; 4 pm 2/ ? 

After discharge care sheet: [x] Yes [ ] No Time Out 9:50 P

Course of Patient In Emergency Dept: [x] Unremarkable [ ] Unimproved [ ] Expired

Condition On Discharge: [ ] Excellent [x] Good [ ] Fair [ ] Poor

Disposition of Case: [ ] Admitted [x] Home [ ] Transferred [ ] Other

Chronic low Back Pain

REFERRED TO DR. | NURSE SIGNATURE [signature] | DIAGNOSTIC IMPRESSION: Oliguria, Acute Renal Failure ?

DISCHARGE CONDITION Good | DOCTOR SIGNATURE [signature]

| PATIENT NO. | MEDICAL RECORD NO. | FINANCIAL TYPE | RELIGION | MODE OF ARRIVAL | REGISTRATION DATE | TIME | REGISTERED BY |
|---|---|---|---|---|---|---|---|
| 0720076 | 000104551 | PEIA | OTHER | | 02/25/02 | 18:46 | WR |

| PATIENT NAME | AGE | DATE OF BIRTH | SEX | RACE | MARITAL STATUS | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| LESTER CHRISTOPHER WAYNE | 30 | [redacted]/71 | MALE | WHITE | MARRIED | [redacted]334 |

| MAILING ADDRESS | COUNTY OF RESIDENCE | NOTIFY IN CASE OF EMERGENCY | RELATIONSHIP |
|---|---|---|---|
| PO BOX 1113 | BOONE | LESTER CHARLES(DAD) | DEET |

| HOME ADDRESS | HOME PHONE | EMERGENCY CONTACT'S ADDRESS | STATE | ZIP CODE |
|---|---|---|---|---|
| | 304-369-6657 | | | |

| CITY | STATE | ZIP CODE | ADMIT TYPE | EMPLOYMENT | PHONE |
|---|---|---|---|---|---|
| DANVILLE | WV | 25053 | EMERGENCY | DISABLED | |

FATHER'S NAME (IF MINOR) | ADMIT SOURCE | MOTHER'S NAME (IF MINOR)

PATIENT

BOONE MEMORIAL HOSPITAL MADISON, WV 25130 OUTPATIENT / ER REGISTRATION FORM

| PATIENT NO | MEDICAL RECORD NO. | FINANCIAL TYPE | RELIGION | MODE OF ARRIVAL | REGISTRATION DATE | TIME | REGISTERED BY |
|---|---|---|---|---|---|---|---|
| 0720076 | 000104551 | PEIA | OTHER | | 02/25/02 | 18:46 | WR |

**PATIENT**

| PATIENT NAME | AGE | DATE OF BIRTH | SEX | | MARITAL STATUS | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| LESTER CHRISTOPHER WAYNE | 30 | [redacted]/71 | MALE | WHITE | MARRIED | [redacted]334 |

| MAILING ADDRESS | COUNTY OF RESIDENCE | NOTIFY IN CASE OF EMERGENCY | RELATIONSHIP |
|---|---|---|---|
| PO BOX 1113 | BOONE | LESTER CHARLES(DAD) | DEBT |

| HOME ADDRESS | HOME PHONE | EMERGENCY CONTACT'S ADDRESS | STATE | ZIP CODE |
|---|---|---|---|---|
| | 304-369-6657 | | | |

| CITY | STATE | ZIP CODE | ADMIT TYPE | EMPLOYMENT | PHONE |
|---|---|---|---|---|---|
| DANVILLE | WV | 25053 | EMERGENCY | DISABLED | |

| FATHER'S NAME (IF MINOR) | ADMIT SOURCE | MOTHER'S NAME (IF MINOR) |
|---|---|---|
| | EMER ROOM | |

**GUARANTOR**

| GUARANTOR'S NAME | PATIENT'S RELATIONSHIP TO GUARANTOR | EMPLOYMENT STATUS | EMPLOYEE I.D. NO. |
|---|---|---|---|
| LESTER APRIL CARROLL | SPOUSE | FULL TIME | |

| GUARANTOR'S MAILING ADDRESS | GUARANTOR'S HOME PHONE | EMPLOYER'S NAME | EMPLOYER'S PHONE |
|---|---|---|---|
| PO BOX 1113 | 304-369-6657 | BOONE CO DEVELOPMENT AUT | |

| GUARANTOR'S HOME ADDRESS | GUARANTOR'S SOCIAL SECURITY NO. | EMPLOYER'S LOCATION: STREET, CITY, STATE, AND ZIP CODE |
|---|---|---|
| | [redacted]-9969 | |

| GUARANTOR'S CITY | STATE | ZIP CODE | GUARANTOR NO. | SPOUSE INFO NAME | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|
| DANVILLE | WV | 25053 | 0015830 | | |

| GUARANTOR'S EMPLOYER'S NAME | GUARANTOR'S EMPLOYER'S PHONE | ADDRESS | RES. PHONE |
|---|---|---|---|
| BOONE CO DEVELOPMENT AUT | | | |

| GUARANTOR'S EMPLOYER'S LOCATION: STREET, CITY, STATE AND ZIP CODE | EMPLOYMENT | JOB PHONE |
|---|---|---|
| | | |

**INSURANCE**

| PRIMARY INS. CO. NAME | POLICY HOLDER | INSURED RELATION | POLICY NO. |
|---|---|---|---|
| PEIA/ACORDIA | LESTER CHRISTOPHER W SR | SELF | 235089969 |

| GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS |
|---|---|---|
| PEIA | 7770 | |

| SECONDARY INS. CO. NAME | POLICY HOLDER | INSURED RELATION | POLICY NO. |
|---|---|---|---|
| | | | |

| GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS |
|---|---|---|
| | | |

| TERTIARY INS. CO. NAME | POLICY HOLDER | INSURED | |
|---|---|---|---|
| | | | |

| GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS |
|---|---|---|
| | | |

| MEDICARE NO. | MEDICAID NO. | LAST T.T. | LMP | PARITY | WT. |
|---|---|---|---|---|---|
| | | | | | 295 lbs |

ALLERGIES NKDA

CHIEF COMPLAINT LOW URINE OUTPUT, LEGS WEAK

TRIAGE 1 2 3 4

ER M.D. LOPEZ CAR

PVT M.D. Snyder

ER M.D. EVAL [illegible]

TIME NOTIFIED ____ TIME NOTIFIED ____ TIME: 7:20 pm

| TIME | B/P | P | R | T | GCS | PAIN |
|---|---|---|---|---|---|---|
| | 140/84 | 88 | 16 | 98 | | |

NURSING ASSESSMENT

MEDICINES

PMH

? Low back surgery 2000

NURSES NOTES:

____ INT

PHYSICAL HISTORY: ☐ DICTATED

30 yo, w, m
Appointment Dr. Snyder 2/26/2002 4 pm [illegible]
Complains of low back pain, low urine, low [illegible], low urine low [illegible]
[illegible] 45 [illegible]

ROS: DERM ☐ GU ☐ GI ☐ COR ☐ RESP ☐ ENT ☐ MUSC ☐ NERV ☐ OPHTH ☐

PHYSICAL EXAM [illegible]

Fully [illegible], [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
Back — [illegible]
[illegible]

CHART COPY

500688.015.0129

FEB-26-2002 14:08 BOONE MEMORIAL ER/RHC 304 369 1255 P.02/08

720076 | 000104551 | PEIA | OTHER | REGISTRATION DATE 02/25/02 | TIME 18:46 | REGISTERED BY WR

PATIENT NAME: LESTER CHRISTOPHER WAYNE | AGE 30 | DATE OF BIRTH [redacted]/71 | SEX MALE | RACE WHITE | MARITAL STATUS MARRIED | SOCIAL SECURITY NO. [redacted]-3341

MAILING ADDRESS: PO BOX 1113 | COUNTY OF RESIDENCE: BOONE | NOTIFY IN CASE OF EMERGENCY: LESTER CHARLES(DAD) | RELATIONSHIP: DEBT

HOME ADDRESS: | HOME PHONE: 304-369-6657 | EMERGENCY CONTACT'S ADDRESS: | STATE | ZIP CODE

CITY: DANVILLE | STATE: WV | ZIP CODE: 25053 | ADMIT TYPE: EMERGENCY | EMPLOYMENT: DISABLED | PHONE

FATHER'S NAME (IF MINOR) | ADMIT SOURCE: EMER ROOM | MOTHER'S NAME (IF MINOR)

GUARANTOR'S NAME: LESTER APRIL CARROLL | PATIENT'S RELATIONSHIP TO GUARANTOR: SPOUSE | EMPLOYMENT STATUS: FULL TIME | EMPLOYEE I.D. NO.

GUARANTOR'S MAILING ADDRESS: PO BOX 1113 | GUARANTOR'S HOME PHONE: 304-369-6657 | EMPLOYER'S NAME: BOONE CO DEVELOPMENT AUT | EMPLOYER'S PHONE

GUARANTOR'S HOME ADDRESS | GUARANTOR'S SOCIAL SECURITY NO. [redacted]9969 | EMPLOYER'S LOCATION: STREET, CITY, STATE, AND ZIP CODE

GUARANTOR'S CITY: DANVILLE | STATE: WV | ZIP CODE: 25053 | GUARANTOR NO. 0015830

GUARANTOR'S EMPLOYER'S NAME: BOONE CO DEVELOPMENT AUT | GUARANTOR'S EMPLOYER'S PHONE

GUARANTOR'S EMPLOYER'S LOCATION: STREET, CITY, STATE AND ZIP CODE

SPOUSE INFO: NAME | SOCIAL SECURITY NO. | ADDRESS | RES. PHONE | EMPLOYMENT | JOB PHONE

PRIMARY INS. CO. NAME: PEIA/ACORDIA | POLICY HOLDER: LESTER CHRISTOPHER W SR | INSURED RELATION: SELF | POLICY NO. 235089969

GROUP POLICY NAME: PEIA | GROUP POLICY NO. 7770 | COMMENTS

SECONDARY INS. CO. NAME | POLICY HOLDER | INSURED RELATION | POLICY NO.

GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS

TERTIARY INS. CO. NAME | POLICY HOLDER | INSURED

GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS

MEDICARE NO. | MEDICAID NO. | LAST T.T. | LMP | PARITY | WT. 295 lbs

ALLERGIES: NKDA

CHIEF COMPLAINT: LOW URINE OUTPUT, LEGS WEAK

TRIAGE 1 2 3 4

LOPEZ CAR

M.D. | PVT M.D. [handwritten] | ER M.D. EVAL. [handwritten]

TIME NOTIFIED | TIME NOTIFIED | TIME: 7:30pm

| TIME | BP | P | R | T | OCS | PAIN |
|---|---|---|---|---|---|---|
| | 140/84 | 88 | 16 | 98 | | |

NURSING ASSESSMENT | MEDICINES

PMH: [handwritten] Lower Back surgery 2000

NURSES NOTES

INT

MEDICAL HISTORY: DICTATED

30 y/o, w, m
[handwritten, partly illegible] 2/26/2002 4 [illegible]

Complaints of low back pain
low urine [illegible]
low [illegible]
[illegible] 4-5 days

ROS: DERM, GU, GI, COR, RESP, ENT, MUSC, NERV, OPHTH

PHYSICAL EXAM: [handwritten, partly illegible]
Fully awake, [illegible]
[illegible]
[illegible]
[illegible]
good [illegible]
[illegible]
[illegible]
[illegible]
Back — [illegible]
[illegible]

500688.015.0130

FEB-26-2002 14:08 BOONE MEMORIAL ER/RHC 304 369 1255 P.03/08

OONE MEMORIAL HOSPITAL MADIS WV 25130

CHART COPY

# EMERGENCY DEPARTMENT
## Nursing Progress Notes

| MD TIME OF ORDERS | MEDS | PHYSICIANS ORDERS | SITE | TIME DONE | INITIALS |
|---|---|---|---|---|---|
| | | | | | |

LAB
[x] CBC
[x] U/A
[ ] CHEM 6
[ ] CREATININE
[ ] URIC ACID
[ ] CALCIUM
[ ] T. BIL
[ ] T. PROTEIN
[ ] ALBUMIN
[ ] ALT
[ ] AST
[ ] LDH
[ ] CK
[ ] PHOS
[ ] TGL
[ ] CHOL
[ ] ALK PHOS
[ ] CKMB
[ ] THEO
[ ] DILANTIN
[ ] PHENOBARB
[ ] DIGOXIN
[ ] ACETAMIN

[ ] EKG
[ ] DRUG SCREEN
[ ] ETOH
[ ] STREP SCREEN
[ ] GC CULTURE
[ ] CHLAMYDIA SCREEN
[ ] KOH SMEAR
[ ] NaCl SMEAR
[ ] SPUTUM CULTURE
[ ] HEMOCCULT
[ ] AMYLASE
[ ] BLOOD C/SX
[ ] PT
[ ] PTT
[ ]
[ ]
[x] Bmp
[ ]
[ ]
[ ]
[ ]
[ ]
[ ]

TIME/INITIALS:
X-RAY / OTHER DIAGNOSTICS
[ ] CHEST
[ ] FLAT & UPRIGHT ABDOMEN
[ ] SKULL
[x] LUMBAR SPINE
[ ] CERVICAL SPINE

| TIME | TREATMENTS & PROCEDURES | SIGNATURE | RESPONSE |
|---|---|---|---|
| 30 P | Unable to void. Straight Cath performed - 300cc light yellow urine - DAP | | |
| 05 P | To radiology sub - BP | | |
| 40 P | Water given upon request. Skin w+D, resp non-labored - DAP | | |
| 930 P | awake, alert, resp non-labored. family w/ pt. at bed side - DAP | | |
| 950 P | | | |

NITOR STRIP INTERPRET.
AY INTERPRET
G INTERPRET

B RESULTS CHEM 6 CK CKMB LDH

HER K+ = 2.55
Ca - 3.2
94 ) 165 ( 33.3
49.0 29.7

URINALYSIS: WBC 2-7
SG RBC 2-2
CHEM BACTERIA
NITRITE

| ABG | pH | pCO2 | pO2 |
|---|---|---|---|
| | | | |

scharge Instructions:
Bed Rest; Encourage and fluids
Gynecology Nurses
Follow Dr. Vigil & Snyder
Snyder 4pm 2/..., Chronic low Back Pain

After discharge care sheet: [x] Yes [ ] No Time Out 950 P
Course of Patient in Emergency Dept: [x] Unremarkable [ ] Unimproved [ ] Expired
Condition On Discharge: [ ] Excellent [x] Good [ ] Fair [ ] Poor
Disposition of Case: [ ] Admitted [x] Home [ ] Transferred [ ] Other

ERRED TO DR. — NURSE SIGNATURE [signature] — DIAGNOSTIC IMPRESSION: Oligomenorrhea, Pregnant Abnormal...
CHARGE CONDITION: Fair — DOCTOR SIGNATURE [signature]

| ENT NO. | MEDICAL RECORD NO. | FINANCIAL TYPE | REGION | MODE OF ARRIVAL | REGISTRATION DATE | TIME | REGISTERED BY |
|---|---|---|---|---|---|---|---|
| 720076 | 000104551 | PEIA | OTHER | | 02/25/02 | 18:46 | WR |

| PATIENT NAME | AGE | DATE OF BIRTH | SEX | RACE | MARITAL STATUS | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| LESTER CHRISTOPHER WAYNE | 30 | [redacted]/71 | MALE | WHITE | MARRIED | [redacted]3340 |

MAILING ADDRESS: PO BOX 1113
COUNTY OF RESIDENCE: BOONE
NOTIFY IN CASE OF EMERGENCY: LESTER CHARLES(DAD)
RELATIONSHIP: DEBT
HOME ADDRESS:
HOME PHONE: 304-369-6657
EMERGENCY CONTACT'S ADDRESS:
STATE: ZIP CODE:
CITY: DANVILLE STATE: WV ZIP CODE: 25053
ADMIT TYPE: EMERGENCY
EMPLOYMENT: DISABLED
PHONE:
FATHER'S NAME (IF MINOR)
ADMIT SOURCE: EMER ROOM
MOTHER'S NAME (IF MINOR)

500688.015.0131

FEB-26-2002 14:08 BOONE MEMORIAL ER/RHC 304 369 1255 P.04/08

# BOONE MEMORIAL HOSPITAL – ER/RHC

Patient Name: Christopher Lester Sr.

Addressograph

| | |
|---|---|
| Arrived By: | Car |
| Triage Time: | 6:44p |
| Date: | 2/23/02 |
| Allergies: | NKDA |
| Family Physician: | Snyder |
| Dr. Notified: | |

## TRIAGE

| BP 140/84 | T 98.7 | P 68 | Resp. 16 | (Norm) | Slow | Labored | Rapid | Apnela | Stridor | Shallow | Wt. 295 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Chief Complaint: not urinating enough, legs going out old Back injury,

Wound Assessment (if applicable) Comfort Level: 4

| Pain Scale: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (9) | 10 |
|---|---|---|---|---|---|---|---|---|---|---|

Onset: Friday

| Triage Level: | Emergent | Urgent | Non-Urgent |
|---|---|---|---|
| Disposition | Waiting Room | Exam Room | Time: |

Denise J Pritchard Triage Nurse Signature

## ASSESSMENT

| | | | | | |
|---|---|---|---|---|---|
| Color | (Normal) | Pale | Dusky | Cyanotic | Moist |
| Skin | (Warm) | Dry | Hot | Cool/Cold | Clammy |
| Breath Sounds: | (Clear) | Wheezing | Rales | Rhonchi | |
| | Diminished | Congested | Other: | | |
| Mental Status: | (Alert) | Oriented | Confused | Unresponsive | Lethargic / Combative |
| Mobility: | (Ambulatory) | W/C Confined | Stretcher | Crawls | Unsteady Gait / Assistive Device |

Daily Meds

| Medication | Route/Freq. | Medication | Route/Freq. | Medication | Route/Freq. |
|---|---|---|---|---|---|
| Effexor XR 150 mg | 1 – 2x d | | | Back Injury | |
| Nortriptyline 50mg | 1 @ hs | | | | |
| Hydroxyzine 50mg | P – 3x d | | | | |
| Flexeril 10mg | 1 – 3x d | | | | |
| OxyContin 40mg | 1 – 3x d | | | | |

Dates of Last Exams/Injections:

| | | | |
|---|---|---|---|
| Mamo | Rectal Exam | Pneumonia | LMP |
| Pap/Pelvic | Tetanus Can't R'D | PPD/Tine | Other: |
| Grav. / Para / A | Flu Nov 01 | Up to Date | |

Glasgow Coma Scale (GCS)

| Adult | | | Pediatrics | |
|---|---|---|---|---|
| Spontaneous | (4) | Eye Opening | Spontaneous | 4 |
| Voice | 3 | | Voice | 3 |
| Pain | 2 | | Pain | 2 |
| None | 1 | | None | 1 |
| Obeys | (6) | Motor Response | Norm. Spont. Mvmt. | 6 |
| Localizes Pain | 5 | | Withdraws from touch | 5 |
| Withdraws to Pain | 4 | | Withdraws from Pain | 4 |
| Flexion | 3 | | Abnormal Flexion | 3 |
| Extension | 2 | | Abnormal Extension | 2 |
| None | 1 | | None | 1 |
| Oriented | (5) | Verbal Response | Coos, babbles | 5 |
| Confused | 4 | | Irritable/Cries | 4 |
| Inappropriate | 3 | | Cries to Pain | 3 |
| Incomprehensible | 2 | | Moans to Pain | 2 |
| None | 1 | | None | 1 |

Health & Social History P – Personal F – Family

(Check all that apply)

| P | F | | P | F | |
|---|---|---|---|---|---|
| | ✓ | Diabetes | | | Heart Attack |
| | ✓ | Artery Disease | | | Alcohol Denies |
| | ✓ | Cancer | | | Tobacco Denies |
| | ✓ | High Blood Pres. | | | Drugs Denies |
| | | Stroke | | | Caffeine |
| | | | | | Other: |

Surgeries: Denies

Nurse Signature: Denise J Pritchard

FEB-26-2002 14:09 BOONE MEMORIAL ER/RHC 304 369 1255 P.08/08

**HEMATOLOGY**

| LAB IN | |
|---|---|
| PATIENT NUMBER | DATE OF SERVICE |
| PATIENT NAME | |
| ROOM NUMBER | AGE / SEX / ☐ OUTPATIENT |
| PHYSICIAN | ☐ MEDI-OVER ☐ DPA ☐ MEDI-UNDER ☐ OTHER |

| LAB OUT | |
|---|---|
| ORDERED BY: | WRITTEN BY: |
| ☐ ASAP ☐ STAT ☐ TODAY ☐ ROUTINE ☐ PREOP ☐ TIME | |
| DATE / TIME TO BE DONE | COLLECTED BY / DATE AND TIME |
| COMPLETED BY TECH | DATE AND TIME COLLECTED |

20:04:42 TF

Boone Mem. Hospital
701 Madison Ave.
Madison, WV
304-369-1230

Date of Birth [redacted]/1971 Sex M
Collected By KC Location RHC
Collected By JM Physician LOPEZ
Date & Time 2-25-02 8:00 Date & Time 02/25/02 20:00

1
2 LESTER, CHRISTO
Sequence 1

02/25/02
20:04:06
004402

| | DIFF % | ABSOLUTE | HEMOGRAM |
|---|---|---|---|
| WBC | 9.6 | | RBC 5.02 |
| | % | # | HGB 15.5 |
| NE | 60.3 | 5.6 | HCT 49.0 |
| LY | 23.1 | 2.0 | MCV 84.1 |
| MO | 7.4 | 0.7 | MCH 28.3 |
| EO | 4.1 | 0.4 | MCHC 33.7 |
| BA | 1.1 | 0.1 | RDW 12.2 |
| | | | PLT 354 |
| | | | MPV 7.4 |

Normal WBC Pop
Normal RBC Pop
Normal PLT Pop

**NORMAL VALUES**

| | | | | | |
|---|---|---|---|---|---|
| WBC | | 4.8-10.8 | | | x10^3 |
| RBC | M | 4.7-6.1 | F | 4.2-5.4 | x10^6 |
| HGB | M | 14-18 | F | 12-16 | g/dL |
| HCT | M | 42-52 | F | 37-47 | % |
| MCV | M | 80-94 | F | 81-99 | fL |
| MCH | | 27-31 | | | pg |
| MCHC | | 32-36 | | | g/dL |
| RDW | | 11.5-14.5 | | | % |
| PLT | | 130-400 | | | x10^3 |
| MPV | | 7.4-10.4 | | | fL |
| NE% | | 40.7-81.5 | | | % |
| BAND | | 0.0-6.0 | | | % |
| LY% | | 16.8-44.4 | | | % |
| MO% | | 2.3-13.1 | | | % |
| EO% | | 0.0-8.7 | | | % |
| BA% | | 0.0-2.4 | | | % |
| NE# | | 2.0-7.2 | | | x10^3 |
| LY# | | 0.7-3.5 | | | x10^3 |
| MO# | | 0.2-1.0 | | | x10^3 |
| EO# | | 0.0-0.4 | | | x10^3 |
| BA# | | 0.0-0.3 | | | x10^3 |

| MANUAL DIFFERENTIAL % | | MORPHOLOGY (1-SLIGHT 2-MOD 3-MOD TO MARKED 4-MARKED) |
|---|---|---|
| SEGMENTED NEUTROPHIL | | |
| BAND | | ANISOCYTOSIS |
| LYMPHOCYTE | | MICROCYTOSIS |
| MONOCYTE | | MACROCYTOSIS |
| EOSINOPHIL | | HYPOCHROMIA |
| BASOPHIL | | POLYCHROMASIA |
| METAMYELOCYTE | | POIKILOCYTOSIS |
| MYELOCYTE | | BASOPHILIC STIPPLING |
| PROMYELOCYTE | | TOXIC GRANULATION |
| BLAST | | |
| VARIANT LYMPHS | | |

PLT POP: LARGE PLATELETS; PLT CLUMPS PRESENT
PLT APPEARS: INCREASED / DECREASED / NORMAL

AUTO DIFF. VERIF. BY: KC
MAN. DIFF. VERIF. BY:

| | NORMAL | PATIENT |
|---|---|---|
| PROTHROMBIN TIME | 10.9-13.2 Sec. | Sec. INR |
| (APTT) ACTIVATED PARTIAL THROMBOPLASTIN | 23.7-28.3 Sec. | Sec. |
| Bl. Time | 1-6 Min. | Min. Sec. |
| Clotting Time | 5-8 Min. | Min. Sec. |
| RETICULOCYTE COUNT | ADULT 0.5-1.5% NEWBORN 2.5-6.0% | |
| SED. RATE | MALE < 50 YO = 0-15 mm/hr, > 50 YO = 0-20 mm/hr; FEMALE < 50 YO = 0-20 mm/hr, > 50 YO = 0-30 mm/hr | |

2/25/02 [handwritten initials]

COMPLETED BY KC DATE AND TIME 2-25-02 8:40pm

COMMENTS:

COMMUNICATED:

TO:

TIME:

TOTAL P.08

500688.015.0133

FEB-26-2002  14:09        BOONE MEMORIAL ER/RHC                304 369 1255        P.06/08

25 Feb 02
20:08:27
PAGE 1

BOONE MEMORIAL HOSPITAL
701 MADISON AVENUE
MADISON W.V.  25130

=========================================================================

          NAME: LESTER, CHRISTOPHER              SAMPLE ID: 2-2002-2213
     PATIENT ID: 2-2002-2213                    SAMPLE TYPE: Serum
          AGE: 30 years                             DOCTOR: LOPEZ
DATE OF BIRTH: ▆▆▆▆71                      DRAW DATE/TIME: Feb 25 02      7:49 Jm
          SEX: M                           RUN DATE/TIME: Feb 25 02   20:05
     LOCATION: RHC                            SEC/CUP/REP: 7/4
 PAT. COMMENT:
SAMPLE COMMENT:
    INST CODES:
=========================================================================

CHEMISTRY         RESULTS      UNITS      REFERENCE RANGE      REMARKS
-------------------------------------------------------------------------
NA                 134.6      mmol/L       135.0 - 145.0        LOW
K                   3.55      mmol/L         3.60 - 5.00        LOW
CL                 100.5      mmol/L       101.0 - 111.0        LOW
CO2                 31.7      mmol/L        21.0 - 31.0         HIGH
GLU-                  96      mg/dL           70 - 105
BUN-                   9      mg/dL            7 - 18
CRE-                 1.0      mg/dL          0.6 - 1.3
CA-                  9.2      mg/dL          8.4 - 10.2

CALCULATED VALUES  RESULTS    UNITS       REFERENCE RANGE      REMARKS
-------------------------------------------------------------------------
OSMOLALITY (1)     267.9      mOsm/L          * - *
ANION GAP (2)        5.9                      * - *
=========================================================================

2/25/02
au

**500688.015.0134**

304 369 1255 P.05/08

FEB-26-2002 14:09 BOONE MEMORIAL ER/RHC

**Boone Memorial Hospital**
**Rural Health Clinic**
**&**
**Emergency Room**
**Lab Results**

ROUTINE URINALYSIS
REQUISITION AND CHARGE TICKET

LAB IN
LAB OUT

LESTER CHRISTOPHER 02/25/02
PO BOX 1113 369-6657
PELL

ORDERED BY: WRITTEN BY:
☐ ASAP ☐ STAT ☐ TODAY ☐ ROUTINE ☐ PREOP ☐ TIME
DATE AND TIME TO BE DONE / COLLECTED BY: ev / DATE AND TIME 2-25-2002 7p
COMPLETED BY TECHNICIAN / DATE AND TIME COMPLETED 2-25-2002 720p
LAB NO. 2002-2213

☑ Routine Urinalysis ☐ Macroscopic Only
☐ CLEAN CATCH ☐ VOIDED ☒ CATH

| Test Name | Results | | Reference Range | ☐ Microscopic | Results |
|---|---|---|---|---|---|
| Color: | yellow | | | RBC/HPF | 2-3 |
| Appearance | clear | | | WBC/HPF | 2-3 |
| Specific Gravity | 1.020 | | 1.010 - 1.020 | Epithelial | |
| pH | 5.0 | | 5.0 - 7.5 | Cells /HPF | |
| Glucose | ☒ Neg | ☐ Pos | negative | Bacteria | small |
| Bilirubin | ☒ Neg | ☐ Pos | negative | Mucus | large |
| Ketone | ☒ Neg | ☐ Pos | negative | Crystals | |
| Blood | ☒ Neg | ☐ Pos | negative | Casts/LPF | |
| Protein | ☒ Neg | ☐ Pos | negative | Other | 2/25/02 |
| Urobilinogen | ☒ Neg | ☐ Pos | ≤ 1.0 | | |
| Nitrite | ☒ Neg | ☐ Pos | negative | ☐ Menses | |
| Leukocytes | ☒ Neg | ☐ Pos | negative | ☐ Cultured per protocol | |

ROUTINE URINALYSIS CHART
BOONE MEMORIAL HOSPITAL, Madison, WV

# Boone Memorial Hospital

701 Madison Avenue Madison, West Virginia 25130 304-369-1230

## EMERGENCY ROOM / RURAL HEALTH CLINIC
## PHONE: 304-369-1230 EXT. 250
## FAX: 304-369-1255

**DATE:** 2/26/02

**TO:** Madison Medical

**Re:** Christopher Lester

**ATTENTION:** ______

**FAX NUMBER:** 369-1742

**NUMBER OF PAGES** 7 **INCLUDING COVER SHEET**

**COMMENTS:** ______

BOONE MEMORIAL HOSPITAL MADISON, WV 25130 OUTPATIENT / ER REGISTRATION FORM

| PATIENT NO. | MEDICAL RECORD NO. | FINANCIAL TYPE | RELIGION | MODE OF ARRIVAL | REGISTRATION DATE | TIME | REGISTERED |
|---|---|---|---|---|---|---|---|
| 702701 | 000104551 | COMMERCL | OTHER | | 09/05/01 | 20:37 | WR |

**PATIENT**

PATIENT NAME: LESTER CHRISTOPHER WAYNE — AGE: 29 — DATE OF BIRTH: [redacted]/71 — SEX: MALE — RACE: WHITE — MARITAL STATUS: MARRIED — SOCIAL SECURITY NO.: [redacted]334

MAILING ADDRESS: PO BOX 1113 — COUNTY OF RESIDENCE: BOONE — NOTIFY IN CASE OF EMERGENCY: LESTER CHARLES(DAD) — RELATIONSHIP: OFBT

HOME ADDRESS: — HOME PHONE: 804-369-6657 — EMERGENCY CONTACT'S ADDRESS: — STATE: — ZIP CODE:

CITY: DANVILLE — STATE: WV — ZIP CODE: 25053 — ADMIT TYPE: EMERGENCY — EMPLOYMENT: D & M TRUCKING — PHONE:

FATHER'S NAME (IF MINOR): — ADMIT SOURCE: EMER ROOM — MOTHER'S NAME (IF MINOR):

**GUARANTOR**

GUARANTOR'S NAME: LESTER CHRISTOPHER WAYNE — PATIENT'S RELATIONSHIP TO GUARANTOR: SELF — EMPLOYMENT STATUS: FULL TIME — EMPLOYEE I.D. NO.:

GUARANTOR'S MAILING ADDRESS: PO BOX 1113 — GUARANTOR'S HOME PHONE: 304-369-6657 — EMPLOYER'S NAME: D & M TRUCKING — EMPLOYER'S PHONE:

GUARANTOR'S HOME ADDRESS: — GUARANTOR'S SOCIAL SECURITY NO.: 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 — EMPLOYER'S LOCATION: STREET, CITY, STATE, AND ZIP CODE:

GUARANTOR'S CITY: DANVILLE — STATE: WV — ZIP CODE: 25053-1111 — GUARANTOR NO.: D009467

GUARANTOR'S EMPLOYER'S NAME: D & M TRUCKING — GUARANTOR'S EMPLOYER'S PHONE:

GUARANTOR'S EMPLOYER'S LOCATION: STREET, CITY, STATE AND ZIP CODE:

SPOUSE INFO — NAME: — SOCIAL SECURITY NO.: — ADDRESS: — RES. PHONE: — EMPLOYMENT: — JOB PHONE:

**INSURANCE**

PRIMARY INS. CO. NAME: COMP/PRO FEE — POLICY HOLDER: LESTER CHRISTOPHER W SR — INSURED RELATION: SELF — POLICY NO.: 233153340

GROUP POLICY NAME: COMP — GROUP POLICY NO.: 2000046841 — COMMENTS:

SECONDARY INS. CO. NAME: COMP/UB — POLICY HOLDER: LESTER CHRISTOPHER WAYNE — INSURED RELATION: SELF — POLICY NO.: 233153340

GROUP POLICY NAME: COMP — GROUP POLICY NO.: 2000046841 — COMMENTS:

TERTIARY INS. CO. NAME: — POLICY HOLDER: — INSURED:

GROUP POLICY NAME: — GROUP POLICY NO.: — COMMENTS:

MEDICARE NO.: — MEDICAID NO.: — LAST T.T.: — LMP: — PARITY: — WT.: 295 lb

ALLERGIES: NKA

CHIEF COMPLAINT: FELL, INJ LT HIP — TRIAGE 1 ☐ 2 ☐ 3 ☐ 4 ☐

ER M.D.: YUTIAMCO ERN — PVT M.D.: Snyder — ER M.D. EVAL: [signature]

TIME NOTIFIED: — TIME NOTIFIED: — TIME: 9:04 pm

| TIME | B/P | P | R | T | GCS | PAIN |
|---|---|---|---|---|---|---|
| | 142/72 | 80 | 24 | 98.6 | | |

NURSING ASSESSMENT — MEDICINES

PMH: Explor. Lab, 41 Bluey, 1987 — Low Back Injury

NURSES NOTES:

INT

PHYSICAL HISTORY: ☐ DICTATED

29 y/o, w, male Complaining of left hip pain, fell down in a crease last night, using cane to walk for pain. Low Back injury. Bruise noted.

ROS: DERM ☐ GU ☐ GI ☐ COR ☐ RESP ☐ ENT ☐ MUSC ☐ NERV ☐ OPHTH ☐

PHYSICAL EXAM: Obese, fully conscious, alert. Bruising noted, Abrasion on Lt. hip and Buttocks. Good Lt. hip movement, [illegible] no other [illegible].

BOONE MEMORIAL HOSPITAL MAD. .N, WV 25130

4

## EMERGENCY DEPARTMENT
### Nursing Progress Notes

CHART COPY

| MD TIME OF ORDERS | MEDS | PHYSICIANS ORDERS | SITE | TIME DONE | INITIALS |
|---|---|---|---|---|---|
| 925p | | Vicodin 2 tabs dispo (12 per of 4x6) | | 955p | |

LAB: [ ] CBC [ ] U/A [ ] CHEM 6 [ ] CREATININE [ ] URIC ACID [ ] CALCIUM [ ] T. BIL [ ] T. PROTEIN [ ] ALBUMIN [ ] ALT [ ] AST [ ] LDH [ ] CK [ ] PHOS [ ] TGL [ ] CHOL [ ] ALK PHOS [ ] CKMB [ ] THEO [ ] DILANTIN [ ] PHENOBARB [ ] DIGOXIN [ ] ACETAMIN

[ ] EKG [ ] DRUG SCREEN [ ] ETOH [ ] STREP SCREEN [ ] GC CULTURE [ ] CHLAMYDIA SCRE [ ] KOH SMEAR [ ] NaCl SMEAR [ ] SPUTUM CULTURE [ ] HEMOCCULT [ ] AMYLASE [ ] BLOOD C/SX [ ] PT [ ] PTT

TIME/INITIALS:

X-RAY / OTHER DIAGNOSTICS: [ ] CHEST [ ] FLAT & UPRIGHT ABDOMEN [ ] SKULL [x] LUMBAR SPINE [ ] CERVICAL SPINE — Lt. Hip

| TIME | TREATMENTS & PROCEDURES | SIGNATURE | RESPONSE |
|---|---|---|---|
| 956p | DC instructions given. C/O pain "the same." ∅ distress noted. | | |

MONITOR STRIP INTERPRET:

X-RAY INTERPRET: [illegible]

EKG INTERPRET

LAB RESULTS CHEM 6 CK CKMB LDH

OTHER

URINALYSIS: SG CHEM WBC RBC BACTERIA NITRITE ABG pH pCO2

Discharge Instructions: [illegible]

| | |
|---|---|
| After discharge care sheet | [x] Yes [ ] No Time Out 957p |
| Course of Patient In Emergency Dept: | [x] Unremarkable [ ] Unimproved [ ] Expired |
| Condition On Discharge | [ ] Excellent [x] Good [ ] Fair [ ] Poor |
| Disposition of Case | [ ] Admitted [x] Home [ ] Transferred [ ] Other |

REFERRED TO DR | NURSE SIGNATURE | DIAGNOSTIC IMPRESSION: Contusion, [illegible] Lt Hip

DISCHARGE CONDITION | DOCTOR SIGNATURE

| PATIENT NO. | MEDICAL RECORD NO | FINANCIAL TYPE | RELIGION | MODE OF ARRIVAL | REGISTRATION DATE | TIME | REGISTERED |
|---|---|---|---|---|---|---|---|
| 702701 | 000104551 | COMMERCI | OTHER | | 09/05/01 | 20:37 | WR |

PATIENT

| PATIENT NAME | AGE | DATE OF BIRTH | SEX | RACE | MARITAL STATUS | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| LESTER CHRISTOPHER WAYNE | 29 | [redacted]/71 | MALE | WHITE | MARRIED | [redacted]-334 |

| MAILING ADDRESS | COUNTY OF RESIDENCE | NOTIFY IN CASE OF EMERGENCY | RELATIONSHIP |
|---|---|---|---|
| PO BOX 1113 | BOONE | LESTER CHARLES(DAD) | DEPT |

| HOME ADDRESS | HOME PHONE | EMERGENCY CONTACTS ADDRESS | STATE | ZIP CODE |
|---|---|---|---|---|
| | 304-369-6657 | | | |

| CITY | STATE | ZIP CODE | ADMIT TYPE | EMPLOYMENT | PHONE |
|---|---|---|---|---|---|
| DANVILLE | WV | 25053 | EMERGENCY | D & M TRUCKING | |

# BOONE MEMORIAL HOSPITAL -- ER/RHC

Patient Name: Chris Lester

Addressograph

| | |
|---|---|
| Arrived By: | Car |
| Triage Time: | 8:34pm |
| Date: | 9-5-01 |
| Allergies: | NKA |
| Family Physician: | Snyder |
| Dr. Notified: | |

**TRIAGE**

| BP 142/72 | T 98° | P 80 | Resp. 24 | Norm | Slow | Labored | Rapid | Apneic | Stridor | Shallow | Wt. 295# |
|---|---|---|---|---|---|---|---|---|---|---|---|

Chief Complaint: Fell last night on concrete + hurt (L) hip c very lg. Bruise, (R) femur Thigh c lg bruise + neck

Wound Assessment (if applicable) (L) hip (R) thigh neck

Comfort Level: 8

| Pain Scale: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|

Onset: 9/4/01 PM

| Triage Level: | Emergent | Urgent | Non-Urgent |
|---|---|---|---|
| Disposition | Waiting Room | Exam Room | Time: 8:34 |

Triage Nurse Signature: [signature]

**ASSESSMENT**

| | | | | | |
|---|---|---|---|---|---|
| Color | Normal | Pale | Dusky | Cyanotic | Moist |
| Skin | Warm | Dry | Hot | Cool/Cold | Clammy |
| Breath Sounds: | Clear | Wheezing | Rales | Rhonchi | |
| | Diminished | Congested | Other: | | |
| Mental Status: | Alert | Oriented | Confused | Unresponsive | Lethargic / Combative |
| Mobility: | Ambulatory | W/C Confined | Stretcher / Crawls | Unsteady Gait | Assistive Device |

**Daily Meds**

| Medication | Route/Freq. | Medication | Route/Freq. | Medication | Route/Freq. |
|---|---|---|---|---|---|
| Vasotec | | | | | |
| Lopressor | | | | | |
| Glyburide | | | | | |
| Glucotrol | | | | | |

**Dates of Last Exams/Injections:**

| | | | |
|---|---|---|---|
| Mamo | Rectal Exam 3/01 | Pneumonia NO | LMP |
| Pap/Pelvic | Tetanus unk | PPD/Tine 1996 | Other: |
| Grav. / Para / A | Flu 1999 | Up to Date | |

| Glasgow Coma Scale (GCS) Adult | | | Pediatrics | |
|---|---|---|---|---|
| Spontaneous | 4 | Eye Opening | Spontaneous | 4 |
| Voice | 3 | | Voice | 3 |
| Pain | 2 | | Pain | 2 |
| None | 1 | | None | 1 |
| Obeys | 6 | Motor Response | Norm. Spont. Mvmt. | 6 |
| Localizes Pain | 5 | | Withdraws from touch | 5 |
| Withdraws to Pain | 4 | | Withdraws from Pain | 4 |
| Flexion | 3 | | Abnormal Flexion | 3 |
| Extension | 2 | | Abnormal Extension | 2 |
| None | 1 | | None | 1 |
| Oriented | 5 | Verbal Response | Coos, babbles | 5 |
| Confused | 4 | | Irritable/Cries | 4 |
| Inappropriate | 3 | | Cries to Pain | 3 |
| Incomprehensible | 2 | | Moans to Pain | 2 |
| None | 1 | | None | 1 |

15

**Health & Social History** P – Personal F – Family

(Check all that apply)

| P | F | | P | F | |
|---|---|---|---|---|---|
| | ✓ | Diabetes | ✓ | | Heart Attack |
| | ✓ | Artery Disease | | | Alcohol |
| | | Cancer — none | | | Tobacco |
| ✓ | | High Blood Pres. | | | Drugs |
| | | Stroke | ✓ | | Caffeine |
| | | | | | Other: |

Surgeries: Exploratory for cut on Abdomen 1987

Nurse Signature: [signature]

Capitol Neurology
415 Morris Street, Suite 100, Charleston, WV 25301
Phone: (304) 342-3891 Fax: (304) 342-5307

05/22/2003

RE: Lester, Christopher W
Patient Number: 0000006180
Date of Birth: [redacted]/1971

ASSESSMENT:
Partial Complex Seizures *345.4
No Driving Unless Seizure-Free for One Year
Obstructive sleep apnea
CPAP 14 cm $H_2O$
Please remove call intercept, so we can call you in the future!
No Show for follow-up visit: 05/22/2003

I just wanted to let you know that Christopher Lester did not attend their scheduled appointment. We will work with the patient and your office to reschedule.

A reservation fee ($10 follow-up visit, $30 new evaluation) may be required from the patient in the future, before scheduling appointments. This fee would be put towards charges for visits attended, and we hope would promote future attendance while defray costs associated with missed appointments.

If future appointments are not attended, we may be unable to assist in the care of this patient.

Best Regards,
[signature] N. Dickerson

Capitol Neurology Staff

CC: Christopher Lester

Dr. Snider

Printed on 05/22/2003 at 01:31 PM



I.M.D., INC.
INDEPENDENT MEDICAL DOCTORS, INC.
4984 WASHINGTON STREET WEST
P.O. BOX 7573
CROSS LANES, WV 25356-0573
PHONE: 304-776-4771 FAX: 304-776-4592

DATE OF EVALUATION: 06-10-03
MAILED DATE:07-15-03

Bureau of Employment Programs
Workers Compensation Division
4700 MacCorkle Ave. SE
P.O. Box 431
Charleston, WV 25322-0431

ATTN: MARY RISK -PTD UNIT

**PSYCHIATRIC PTD** INDEPENDENT MEDICAL EXAMINATION FOR

**PATIENT NAME:** **Christopher Lester**
**MAIN CLAIM NO:** 2000046841
**D.O.I.:** 03-10-2000
**S.S.NO.:** [redacted]3340

REPORT COMPLETED BY:

Ramesh C. Shah, MD. Psychiatrist
AND
Crystal Whittington, MA Licensed Psychologist

RECEIVED AUG 1 2 2003



SUNRISE PSYCHIATRIC SERVICES, INC.
313 MARKET ROAD
BECKLEY, WV 25801
PHONE (304) 254-9003 FAX (304) 254-9005

PSYCHIATRIC EVALUATION

Christopher W. Lester
SSN: [redacted]3340
CL: 20-46841
LDW: 3-10-00
Employer: D & M Trucking/Ghent, WV
Job Title: Truck driver
Parental status: Three children
Referral: IMD for WCD

DOE: 06-10-03
DOB: [redacted]-71
DOI: 3-10-00
Employment Status: Not working
Marital Status: Married
Ethnic origin: Caucasian
Purpose: PTD Evaluation

IDENTIFYING INFORMATION:
Christopher Lester is a 31 year old, white, married male from Danville, WV.

CHIEF COMPLAINT:
"I have pain in my back, neck and left shoulder and my right leg gives out on me. I have partial incontinence."

MEDICAL HISTORY:
Non-work related: Mr. Lester had a motorcycle accident in 1986. He was hospitalized between 14-16 days with a concussion and fractured clavicle. He had a mild stroke in August of 2002 and seizures afterwards. He has sleep apnea.

Work related:
8-1-94: Anterior compression fracture of T11. Mr. Lester was off work for three years and received 11% PPD.

03-10-00: Mr. Lester fell from the back of a coal truck. He hit his head and was unconscious for 45 minutes or so. He also injured his left shoulder and neck. Cat scans were negative on his head, neck, and left shoulder. He has been diagnosed with lumber cervical and left shoulder sprains. He has been awarded 20% on an orthopedic basis and 10% on a psychiatric basis.

4-9-01: Mr. Lester began psychiatric treatment with Dr. Riaz. He had counseling with Kevin Adams, a supervised psychologist at Mari Sullivan Walker's office. Mr. Adams



reported that Mr. Lester had borderline intellectual functioning. Dr. Riaz diagnosed Major Depressive Disorder, single episode, without psychotic features.

9-18-01: Dr. John Justice diagnosed Depressive Disorder, NOS. He rated Mr. Lester at 10% psychiatric PPD and said he was not disabled on a psychiatric basis for work or retraining.

01-8-01: Vass Vocational Rehabilitation closed Mr. Lester's file, as he did not wish to participate.

CURRENT MEDICATIONS:
Dr. Riaz prescribes Effexor XR, 150 mgs. BID and Trazodone, 100 mgs. at HS.

Dr. Reahl prescribes Topomax, 100 mgs., 2 in the am and 2 in the pm, and a C-Pap machine. Seizures are under control.

Dr. Snyder prescribes Lipitor, 20 mgs, Percocet, 5 mgs. TID prn, Vioxx, 25 mgs., 2 a day, and Flexeril, 10 mgs. TID.

HISTORY OF PSYCHOLOGICAL PROBLEMS:
Mr. Lester reported being depressed and anxious since the 3-10-00 injury. He's depressed all the time. He feels useless and helpless. He feels that he is worthless now. He had thoughts of suicide in the past, but no present plans. He said he'd gained 115 pounds since his injury. He has crying spells and sexual performance problems. He reported loss of enjoyment and interest in things and low energy. He has a nervous stomach, diarrhea frequently, he's restless, he worries about everything, and he has irritability and anger control problems. He said he's anxious and depressed. He stated, "Since I got hurt, I can't work or do the things I'd like to do. Sometimes I wonder why I'm even here."

Mr. Lester had previously had some marriage counseling in 1992, but this did not effect his work.

PERSONAL HISTORY:
Substance Abuse History:
Mr. Lester denied the use of alcohol or street drugs. He said he used to chew tobacco, but stopped. He has one cup of coffee a day. He drinks tea when he eats out.

Source of Household Income:
Mr. Lester receives social security disability benefits. His wife works.

Living Arrangements:
Mr. Lester and his wife lives in Danville, WV with their three children.

Daily Activities: