# CHRISTOPHER WAYNE LESTER
# MADISON MEDICAL GROUP
# RECORDS
# 14-H

**Joseph E. Fernandes, M.D.**

401 Division St., Suite 104
South Charleston, WV 25309
Telephone (304) 766-3403

Date:          April 29, 2003

Claimant:      CHRISTOPHER W. LESTER
Claim No.:     2000046841
S.S.N.:        ████3340
D.O.I.:        03/10/2000

apparently had been discharged from rehab program on the 18th of July, 96. Dr. Bachwitt's records reveal that the claimant had undergone Pain clinic treatment and received trigger point injections as well as lumbar epidural steroid injections. The claimant was also followed up by Dr. Atkins and Dr. Mark Synder. Dr. Bachwitt concluded in his IME that his permanent impairment to be 5% for the thoracic spine.

<u>Cl#: 2000046841/DOI: 03/10/00</u>

The claimant was working as a truck driver for D&M Trucking Corporation. On the 10th of March, 2000 the claimant was standing on the fender of a coal truck when he fell sideways landing on the left shoulder and hitting his head against another vehicle. There was loss of consciousness.

The claimant was seen in Charleston General Hospital on the 10th of March, 2000. X-rays of the cervical spine did not show any abnormality. CT scan of the head did not show any acute changes. Thoracic spine x-rays showed T11 old compression fracture. Lumbar spine x-rays revealed no abnormality. X-ray of the pelvis, left ankle and left shoulder did not show any abnormality. He was admitted to the hospital with a diagnosis of closed head injury and cervical, thoracic and lumbar strain.

The claimant was seen in Charleston General Hospital gain on the 13th of March, 2000 complaining of headaches and left shoulder pain. A repeat CT scan of the head did not show any abnormality.

On the 14th of March, 2000 the claimant was seen by Dr. Marsha Bailey. Dr. Bailey concluded that he suffered from closed head injury, cervical spine strain, left shoulder strain and chest wall contusion. Conservative treatment was prescribed. He was given a prescription for Flexeril, Ibuprofen and Darvocet N100.

Diplomate, American Board of Orthopaedic Surgery
Fellow, American Academy of Orthopaedic Surgeons
Member, American Academy of Disability Evaluating Physicians
Fellow of the Royal College of Surgeons of Edinburgh

Page 5

500688.015.0220

## Joseph E. Fernandes, M.D.

401 Division St., Suite 104
South Charleston, WV 25309
Telephone (304) 766-3403

Date:         April 29, 2003

Claimant:    CHRISTOPHER W. LESTER
Claim No.:   2000046841
S.S.N.:      ████3340
D.O.I.:      03/10/2000

On the 15th of March, 2000 the claimant was seen by Dr. Phillips at the ENT Clinic. Dr. Phillips stated that the claimant did not have any fractures in relation to his temporal bones and there was no abnormality with reference to his ears.

On the 27th of March, 2000 the claimant was again followed up by Dr. Marsha Bailey. MRI of the left shoulder did not show any abnormality. The claimant was referred to physical therapy at Boone Memorial Hospital on the 3rd of April, 2000. Subsequently the claimant was followed up by Dr. Mark Synder in Madison and prescriptions for Vicodin, Flexeril and Motrin was given.

Additional medical records show that the claimant continued with physical therapy in Boone Memorial Hospital from 03/29/00 till 09/19/00.

The claimant was again seen by Dr. Mir on the 2nd of August, 2000. Dr. Mir concluded that the claimant had not reached maximum medical improvement. MRI of the cervical and lumbar spine were ordered as well as EMG studies of the lower extremities were ordered. Dr. Mir suggested a consult with Dr. Loimil and also a neurosurgical consult.

EMG of the upper extremities revealed no evidence of carpal tunnel syndrome or cervical radiculopathy. There was no peripheral radiculopathy. The claimant was followed up by Dr. Snyder.

On the 3rd of October, 2002 the claimant was evaluated by Dr. C. Amores, Neurosurgeon. MRI of the lumbar and cervical spine were essentially normal. The left and right AC joints were also normal. Dr. Amores concluded that the claimant suffered from musculoskeletal strain involving the cervical, thoracic and lumbar spine. There was no neurological deficit. Dr. Amores suggested non-surgical treatment for his neck and low back symptoms.

Diplomate, American Board of Orthopaedic Surgery
Fellow, American Academy of Orthopaedic Surgeons
Member, American Academy of Disability Evaluating Physicians
Fellow of the Royal College of Surgeons of Edinburgh

Page 6

500688.015.0221



## Joseph E. Fernandes, M.D.

401 Division St., Suite 104
South Charleston, WV 25309
Telephone (304) 766-3403

Date:          April 29, 2003

Claimant:      CHRISTOPHER W. LESTER
Claim No.:     2000046841
S.S.N.:        ███████-3340
D.O.I.:        03/10/2000

The claimant was evaluated by Dr. Loimil on the 17th of October, 2000 who suggested a MRI of the left shoulder. The claimant did have MRI of the left shoulder sometime early part of 2000 which was normal.

On the 28th of February, 2001 the claimant was evaluated by Dr. Francis Saldanha at the Pain clinic and he received facet joint injections as well as trigger point injections for low back pain as well as neck pain.

MRI of the left shoulder done on the 30th of January, 2001 showed no evidence of rotator cuff tear.

On the 9th of April, 2001 the claimant was evaluated by Dr. Riaz, Psychiatrist who stated that the claimant suffered from major depressive disorder and anxiety disorder. He suggested continued psychiatric treatment with bi-weekly psychotherapy. Dr. Riaz also concluded that he is unable to sustain gainful employment at that time.

The claimant was evaluated by Dr. Mir on the 26th of June, 2001. The claimant was at that time attending the Pain clinic. Dr. Mir concluded that he had reached maximum medical improvement and that he was not totally disabled. Dr. Mir concluded his permanent impairment to be 20%.

On the 18th of September, 2001 the claimant was evaluated by Dr. John Justice who suggested that he had reached maximum medical improvement and his permanent impairment to be 10%.

Dr. Justice suggested referral to vocational rehab training and employment. Dr. Justice stated that the claimant did not have major mood disorder or psychiatric disorder or significant cognitive disorder.

Diplomate, American Board of Orthopaedic Surgery
Fellow, American Academy of Orthopaedic Surgeons
Member, American Academy of Disability Evaluating Physicians
Fellow of the Royal College of Surgeons of Edinburgh

Page 7

**Joseph E. Fernandes, M.D.**

401 Division St., Suite 104
South Charleston, WV 25309
Telephone (304) 766-3403

Date:           April 29, 2003

Claimant:       CHRISTOPHER W. LESTER
Claim No.:      2000046841
S.S.N.:         ████-3340
D.O.I.:         03/10/2000

The claimant was seen in Saint Francis Hospital on the 1st of August, 2002 complaining of urinary incontinence. He was seen by Dr. Frederic Martinez. He suggested outpatient cystoscopy and ureal dynamic studies. MRI of the lumbar spine revealed L4-L5 degenerative disc. There was no evidence of herniated nucleus pulposus.

No other medical records were available for my review.

X-rays brought in by the claimant were reviewed by me. X-rays of the lumbar spine and cervical spine done on the 3rd of August, 2000 in Boone Memorial Hospital show minor degenerative changes. X-rays of the thoracic spine revealed minor degenerative changes and an old compression fracture T11 vertebra with less than 25% anterior loss of height. X-rays of the left shoulder, left ribs as well as right ribs do not show any abnormality.

X-ray of the left shoulder done in Boone Memorial Hospital on the 30th of August, 2000 does not show any abnormality.

MRI of the cervical spine done on the 12th of September, 2000 shows degenerative disc disease. The lumbar spine MRI shows degenerative disc disease with slight bulge at L4-L5. The thoracic spine MRI shows minor degenerative disc disease. There is no evidence of herniated nucleus pulposus.

**PHYSICAL EXAMINATION:**    The claimant is 5' 7" tall and weighs 290 pounds. He is right handed. The claimant ambulates using a cane in his right hand.

Examination of the neck revealed no tenderness to palpation. There was no paracervical muscle spasm. The range of motion examination of the cervical spine revealed the active flexion to be 40, 40 and 40 degrees where as the T1 flexion was 2, 2 and 2 degrees. The maximum cervical flexion angle was 38 degrees. The cervical extension was 50, 50 and 50 degrees where as the T1 extension

Diplomate, American Board of Orthopaedic Surgery
Fellow, American Academy of Orthopaedic Surgeons
Member, American Academy of Disability Evaluating Physicians
Fellow of the Royal College of Surgeons of Edinburgh

Page 8

500688.015.0223

## Joseph E. Fernandes, M.D.

401 Division St., Suite 104
South Charleston, WV 25309
Telephone (304) 766-3403

Date:          April 29, 2003

Claimant:      CHRISTOPHER W. LESTER
Claim No.:     2000046841
S.S.N.:        ⬛⬛-3340
D.O.I.:        03/10/2000

was 2, 2 and 2 degrees. The maximum cervical extension angle was 48 degrees. The cervical right lateral flexion was 40, 42 and 42 degrees where as the left lateral flexion was 30, 31 and 32 degrees. The cervical right rotation was 80, 82 and 82 degrees where as the left rotation was 76, 78 and 80 degrees.

Examination of the shoulders revealed no evidence of asymmetry. There was no deformity with reference to the AC joints.

The right shoulder range of motion revealed abduction/flexion 180 degrees, extension 50 degrees, adduction 50 degrees, internal and external rotation 90 degrees. The right upper extremity motor strength was 5/5. The active flexion of the right elbow was 135 degrees and the extension was full. The right arm reflexes were +2. The right hand grip strength was 100, 90 and 95 pounds on three consecutive testing. There was no motor or sensory neurological deficit in relation to the right upper extremity.

Examination of the left shoulder revealed no tenderness to palpation. The abduction/flexion was 90 degrees, the extension was 35 degrees and the adduction was 30 degrees. The internal/external rotation was 90 degrees. The left upper extremity motor strength was 5/5. The left elbow active flexion was 135 degrees and the extension was full. The left arm reflexes were +2. The range of motion of the left wrist and left hand fingers was full. The left hand grip strength was 55, 50 and 55 pounds. The claimant complained of left shoulder pain during left hand grip and in my opinion, it is invalid.

Examination of the thoracic and lumbar spine revealed no evidence of scoliosis or kyphosis. There was no paravertebral muscle spasm or tenderness. The range of motion examination of the thoracic spine revealed the active flexion to be 88, 88 and 88 degrees where as the T12 flexion was 35, 35

Diplomate, American Board of Orthopaedic Surgery
Fellow, American Academy of Orthopaedic Surgeons
Member, American Academy of Disability Evaluating Physicians
Fellow of the Royal College of Surgeons of Edinburgh

Page 9

500688.015.0224

## Joseph E. Fernandes, M.D.

401 Division St., Suite 104
South Charleston, WV 25309
Telephone (304) 766-3403

Date:          April 29, 2003

Claimant:      CHRISTOPHER W. LESTER
Claim No.:     2000046841
S.S.N.:        ███-3340
D.O.I.:        03/10/2000

and 35 degrees. The maximum thoracic flexion angle was 52 degrees. The thoracic right rotation was 50, 50 and 49 degrees where as the left rotation was 52, 52 and 48 degrees.

Examination of the lumbar spine revealed the T12 flexion to be 72, 72 and 74 degrees where as the sacral flexion was 31, 32 and 33 degrees. The maximum true lumbar flexion angle was 41 degrees. The lumbar extension was 30, 30 and 32 degrees where as the sacral extension was 4, 5 and 5 degrees. The maximum true lumbar extension angle was 27 degrees.

The straight leg raising in supine position on the right side was 20, 22 and 22 degrees where as the left side was 20, 18 and 18 degrees.

The lumbar right lateral flexion was 40, 40 and 41 degrees where as the left lateral flexion was 30, 32 and 30 degrees.

Examination of the lower extremities revealed the motor strength of hip flexion/extension, hip abduction, knee flexion/extension, ankle dorsiflexion/plantar flexion and great toe extension to be 5/5. The claimant was not asked to heel walk and toe walk as he would be unsteady due to obesity.

There was no sensory deficit in relation to the lower extremity and the patellar/Achilles reflexes were +1 bilaterally.

The straight leg raising in sitting position on the right side was 44, 48 and 48 degrees where as on the left side was 60, 70, 70 and 70 degrees.

The hip and sacroiliac test for pain were negative bilaterally.

Diplomate, American Board of Orthopaedic Surgery
Fellow, American Academy of Orthopaedic Surgeons
Member, American Academy of Disability Evaluating Physicians
Fellow of the Royal College of Surgeons of Edinburgh

Page 10

500688.015.0225



**Joseph E. Fernandes, M.D.**

**401 Division St., Suite 104**
**South Charleston, WV 25309**
**Telephone (304) 766-3403**

Date:        April 29, 2003

Claimant:    CHRISTOPHER W. LESTER
Claim No.:   2000046841
S.S.N.:      ████-3340
D.O.I.:      03/10/2000

The distal pulses were felt and were normal bilaterally. The right thigh circumference measured 20 centimeters above the tibial tubercle was 71 centimeters and the right calf circumference measured 10 centimeters below the tibial tubercle was 48 centimeters. The left thigh circumference was 71.5 centimeters and the left calf circumference was 48 centimeters. The leg length could not be measured in supine position since the anterior superior iliac spine could not be felt due to obesity.

There was no obvious motor or sensory neurological deficit in relation to the lower extremities.

**IMPRESSION:**     - Status post compression fracture T1 vertebra (25% anterior height loss).
                    - Status post closed head injury.
                    - Status post cervical, thoracic and lumbar strain.
                    - Status post contusion left hip and ligamentous strain left knee.
                    - Status post contusion left rib cage with no residual symptoms.

**DISCUSSION/CONCLUSION/RECOMMENDATION:**

1)   The claimant has reached maximum medical improvement with reference to all the above mentioned injuries.

     The claimant will not benefit from any additional surgical/medical intervention.

2)   The claimant has not worked since March, 2000 and he is receiving social security disability benefits. The claimant is not planning to return to the work force.

3)   The permanent impairment as a consequence of the work related injuries is given below with details.

Diplomate, American Board of Orthopaedic Surgery
Fellow, American Academy of Orthopaedic Surgeons
Member, American Academy of Disability Evaluating Physicians
Fellow of the Royal College of Surgeons of Edinburgh

Page 11

500688.015.0226

**Joseph E. Fernandes, M.D.**

401 Division St., Suite 104
South Charleston, WV 25309
Telephone (304) 766-3403

Date:        April 29, 2003

Claimant:     CHRISTOPHER W. LESTER
Claim No.:    2000046841
S.S.N.:        ████-3340
D.O.I.:        03/10/2000

**There is no permanent impairment with reference to his left knee and left rib cage.**

## LEFT SHOULDER

As per Figure 38, Page 43, the claimant gets 6% upper extremity impairment for flexion of 90 degrees and 1% upper extremity for extension of 35 degrees.

As per Figure 41, Page 44, the claimant gets 4% upper extremity impairment for abduction of 90 degrees and 1% upper extremity impairment for adduction of 30 degrees.

7% combined with 5% is 12%.

As per Table 3, Page 20, 12% upper extremity impairment equals to 7% whole person impairment.

The Total Whole person Permanent Impairment for the left shoulder is 7%.

## CERVICAL/THORACIC/LUMBAR SPINE

As per DRE Model, for the cervical spine the claimant falls under Category II and the permanent impairment is 5%, for the thoracolumbar spine the claimant falls under Category II and the permanent impairment is 5% (Tables 72 & 73, Page 110).

As per Range of Motion Model, Table 75, Page 113, for the cervical spine the claimant falls under Category II B and the permanent impairment is 4%, for the thoracic spine the claimant

Diplomate, American Board of Orthopaedic Surgery
Fellow, American Academy of Orthopaedic Surgeons
Member, American Academy of Disability Evaluating Physicians
Fellow of the Royal College of Surgeons of Edinburgh

500688.015.0227

**Joseph E. Fernandes, M.D.**

401 Division St., Suite 104
South Charleston, WV 25309
Telephone (304) 766-3403

Date:        April 29, 2003

Claimant:    CHRISTOPHER W. LESTER
Claim No.:   2000046841
S.S.N.:      ████-3340
D.O.I.:      03/10/2000

falls under Category I A and the permanent impairment is 2% and for the lumbar spine the claimant falls under Category II B and the permanent impairment is 5%.

Based on range of motion estimation the claimant gets 3% for the cervical spine, 0% for the thoracic spine and 4% for the lumbar spine.

There was no neurological deficit with reference to the cervical, thoracic or lumbar spine.

The Total cervical spine Impairment as per Range of Motion Model is 7%, for the thoracic spine is 2% and for the lumbar spine is 9%.

Please note that the claimant was not evaluated regards his bladder/urinary problems. In my opinion, they are unlikely to be related to his back injury.

Combining 9% of the lumbar spine with 7% of the cervical spine we get 15%. Combining 15% with 2% of the thoracic spine we get 17%.

Combining 17% of the total spine with 7% of the left shoulder we get 23%.

**The Total Whole Person Permanent Impairment is 23%.**

In my opinion, this thirty-one year old male is not totally and permanently disabled. In my opinion, the claimant should be able to take up sedentary type work. He may be able to take up higher category work depending upon the functional capacity evaluation with some restriction with reference to his left shoulder movement.

The claimant will greatly benefit from a weight reduction program.

Diplomate, American Board of Orthopaedic Surgery
Fellow, American Academy of Orthopaedic Surgeons
Member, American Academy of Disability Evaluating Physicians
Fellow of the Royal College of Surgeons of Edinburgh

Page 13

500688.015.0228

**Joseph E. Fernandes, M.D.**

401 Division St., Suite 104
South Charleston, WV 25309
Telephone (304) 766-3403

Date:            April 29, 2003

Claimant:        CHRISTOPHER W. LESTER
Claim No.:       2000046841
S.S.N.:          ███-3340
D.O.I.:          03/10/2000

Disclaimer: The IME process was explained to the claimant and he understands that no patient/treating physician relationship exists between him and me. Only those parts of the body logically associated with the injury of the neck, back & shoulder dated 03/10/00 were assessed and this report cannot be construed as a comprehensive physical examination for any general health purpose.

The information contained within this report was obtained primarily from the patient by way of history and physical examination, but the available medical records were also reviewed as noted.

The conclusions reached in this report are my own acting in my capacity as an independent medical examiner in orthopaedic surgery. My opinions are not subjected to outside influences or agencies.

If there are any questions regarding this report or any points that require further clarification, please contact me.

Yours sincerely,

Joseph E. Fernandes, M.D.

JEF/blt
DT: 04/29/03

Reference: Guides to the Evaluation of Permanent Impairment, Fourth Edition, published by the American Medical Association.

Diplomate, American Board of Orthopaedic Surgery
Fellow, American Academy of Orthopaedic Surgeons
Member, American Academy of Disability Evaluating Physicians
Fellow of the Royal College of Surgeons of Edinburgh

Page 14

500688.015.0229

**I.M.D., INC.**
**INDEPENDENT MEDICAL DOCTORS, INC.**
4984 WASHINGTON STREET WEST
P.O. BOX 7573
CROSS LANES, WV 25356-0573
PHONE: 1-800-749-8603 OR 304-776-4771
FAX: 304-776-4592

Figure 80. Spine Impairment Summary.

Name: CHRISTOPHER LESTER   Soc. Sec. No.: ████ 3340   Date: 4/29/03

| Impairment | Cervical or Cervicothoracic | Thoracic or Thoracolumbar | Lumbar or Lumbosacral | |
|---|---|---|---|---|
| 1. Injury Model impairment       DRE Category | T72  II  3% | Thoracolumbar T74  5% | | Fig III 1% Page 4th |
| 2. Range of Motion Model impairment   a. Based on diagnosis (Tables 64, pp. 85-86) | IIB 4%  3% | IA 2%  0% | IIB 5%  4% | Table 7: Page 113 |
| b. Based on range of motion | | | | |
| c. Neurologic system   1. Loss of sensation   2. Loss of strength | 0% | 0% | 0% | Table 81 Page 130 |
| 3. Regional Impairment totals   Combine impairments in each column using the Combined Values Chart (p. 322). | 7% | 2% | 9% | |
| 4. Total spine impairment   (Combine regional impairments) | | | 17% | |

Left Knee  0%
Left shoulder  7%

23% WPI

Combined Values
Page 322

I.M.D., INC.
I., INDEPENDENT MEDICAL DOCTORS, INC.
4984 WASHINGTON STREET WEST
P.O. BOX 7573
CROSS LANES, WV 25356-0573
PHONE: 1-800-749-8603 OR 304-776-4771
FAX:304-776-4592

**Figure 79. Lumbar Range of Motion (ROM).***

Name _CHRISTOPHER LESTER_     Soc. Sec. No ████3340 Date _4/29/03_

| Movement | Description | Range | | | | | |
|---|---|---|---|---|---|---|---|
| Lumbar Flexion | T12 ROM | 72 | 72 | 74 | | | |
| | Sacral ROM | 31 | 32 | 33 | | | |
| | True lumbar flexion angle | 41 | 40 | 41 | | | |
| | ±10% or 5°? | YES | | Table 81 | | | |
| | Maximum true lumbar flexion angle | 41 | | Page 128 chapter 3 | | | |
| | % impairment   4/6 | | | | | | |
| Lumbar Extension. | T12 ROM | 30 | 30 | 32 | | | |
| | Sacral ROM | 4 | 4 | 5 | | | |
| | True lumbar extension angle | 26 | 26 | 27 | | | |
| | ±10% or 5°? | YES | No | Table 81 Page 128 | | | |
| | Maximum true lumbar extension angle | 27 | | (Add sacral flexion and extension ROM and compare to tightest straight-leg-raising angle) | | | |
| | % impairment | | | | | | |
| Straight Leg Raising (SLR), Right | Right SLR | 20 | 22 | 22 | | | |
| | ±10% or 5°? | YES | No | (If tightest SLR ROM exceeds sum of sacral flexion and extension by more than 15°, lumbar ROM test is invalid) | | | |
| | Maximum SLR right | | | | | | |
| Straight Leg Raising, Left | Left SLR | 20 | 18 | 18 | | | |
| | ±10% or 5°? | YES | No | (If tightest SLR ROM exceeds sum of sacral flexion and extension by more than 15°, lumbar ROM test is invalid) | | | |
| | Maximum SLR Left | | | | | | |
| Lumbar Right Lateral Flexion | T12 ROM | 40 | 40 | 41 | | | |
| | Sacral ROM | 0 | 0 | 0 | | | |
| | Lumbar right lateral flexion angle | 40 | 40 | 41 | | | |
| | ±10% or 5°? | YES | No | Table 82 | | | |
| | Maximum lumbar right lateral flexion angle | 41 | | Page 130 chapter 3 | | | |
| | % impairment   0/6 | | | | | | |
| Lumbar Left Lateral Flexion . | T12 ROM | 30 | 32 | 30 | | | |
| | Sacral ROM | 0 | 0 | 0 | | | |
| | Lumbar left lateral flexion angle | 30 | 32 | 30 | | | |
| | ±10% or 5°? | YES | No | Table 82 | | | |
| | Maximum lumbar left lateral flexion angle | 30 | | Page 130 | | | |
| | % impairment   0/6 | | | | | | |
| Lumbar Ankylosis in Lateral Flexion | Position | | | (Excludes any impairment for abnormal flexion or extension motion) | | | |
| | % impairment | | | | | | |

Total lumbar range of motion and ankylosis* impairment   4   %

*If ankylosis is present, combine the ankylosis impairment with the range of motion impairment (Combined Values Chart, p. 322). If ankylosis
in several planes are present, combine the ankylosis estimates (Combined Values Chart), then combine the result with the range of
motion impairment.

500688.015.0231

**I.M.D., INC.**
**DEPENDENT MEDICAL DOCTORS, INC.**
4984 WASHINGTON STREET WEST
P.O. BOX 7573
CROSS LANES, WV 25356-0573
PHONE: 1-800-749-8603 OR 304-776-4771
FAX: 304-776-4592

**Figure 77. Cervical Range of Motion (ROM):**

Name: CHRISTOPHER LESTER    Soc. Sec. No. ▉▉3340 Date 4/29/03

| Movement | Description | Range | | | | | |
|---|---|---|---|---|---|---|---|
| Cervical Flexion | Occipital ROM | 40 | 40 | 40 | | | |
| | T1 ROM | 2 | 2 | 2 | | | |
| | Cervical flexion angle | 38 | 38 | 38 | | | |
| | ±10% or 5°? | Yes | No | Table 76 | | | |
| | Maximum cervical flexion angle | 38 | | Page 118 chapter 3 | | | |
| | % Impairment | 1% | | | | | |
| Cervical Extension | Occipital ROM | 50 | 50 | 50 | | | |
| | T1 ROM | 2 | 2 | 2 | | | |
| | Cervical extension angle | 48 | 48 | 48 | | | |
| | ±10% or 5°? | Yes | No | Table 76 | | | |
| | Maximum cervical extension angle | 48 | | Page 118 chapter 3 | | | |
| | % Impairment | 1% | | | | | |
| Cervical Ankylosis in Flexion/Extension | Position | | | (Excludes any impairment for abnormal flexion or extension motion) | | | |
| | % Impairment | | | | | | |
| Cervical Right Lateral Flexion | Occipital ROM | 40 | 42 | 42 | | | |
| | T1 ROM | 0 | 0 | 0 | | | |
| | Cervical right lat flexion angle | 40 | 42 | 42 | | | |
| | ±10% or 5°? | Yes | No | Table 77 | | | |
| | Maximum cervical right lat flexion angle | 42 | | Page 120 chapter 3 | | | |
| | % Impairment | 0% | | | | | |
| Cervical Left Lateral Flexion | Occipital ROM | 30 | 31 | 32 | | | |
| | T1 ROM | 0 | 0 | 0 | | | |
| | Cervical left lat flexion angle | 30 | 31 | 32 | | | |
| | ±10% or 5°? | Yes | No | Table 77 | | | |
| | Maximum cervical left lat flexion angle | 32 | | Page 120 chapter 3 | | | |
| | % Impairment | 1% | | | | | |
| Cervical Ankylosis in Lateral Flexion and Extension | Position | | | (Excludes any impairment for abnormal lateral flexion or extension motion) | | | |
| | % Impairment | | | | | | |
| Cervical Right Rotation | Cervical right rotation angle | 80 | 82 | 82 | | | |
| | ±10% or 5°? | Yes | No | Table 78 | | | |
| | Maximum cervical right rotation angle | 82 | | Page 122 chapter 3 | | | |
| | % Impairment | 0% | | | | | |
| Cervical Left Rotation | Cervical left rotation angle | 76 | 78 | 80 | | | |
| | ±10% or 5°? | Yes | No | Table 78 | | | |
| | Maximum cervical left rotation angle | 80 | | Page 122 chapter 3 | | | |
| | % Impairment | 0% | | | | | |
| Cervical Ankylosis in Rotation | Position | | | (Excludes any impairment for abnormal rotation) | | | |
| | % Impairment | | | | | | |

Total cervical range of motion and ankylosis* impairment ___3___ %

*If ankylosis is present, combine the ankylosis impairment with the range of motion impairment (Combined Values Chart, p. 322). If ankyloses in several planes are present, combine the estimates (Combined Values Chart), then combine the result with the range of motion impairment.

500688.015.0232

I.M.D., INC.
INDEPENDENT MEDICAL DOCTORS, INC.
4984 WASHINGTON STREET WEST
P.O. BOX 7573
CROSS LANES, WV 25356-0573
PHONE: 1-800-749-8603 OR 304-776-4771
FAX:304-776-4592

**Figure 78. Thoracic Range of Motion (ROM).**

Name CHRISTOPHER LESTER    Soc. Sec. No. ████-3340  Date 04/29/03

| Movement | Description | Range | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Angle of Minimum Kyphosis (Thoracic Ankylosis in Extension) | T1 reading | XXXX | XXXX | XXXX | XXXX | XXXX | |
| | T12 reading | XXXX | XXXX | XXXX | XXXX | XXXX | |
| | Angle of minimum kyphosis | XXXX | XXXX | XXXX | XXXX | XXXX | |
| | % Impairment due to thoracic ankylosis | (Use larger of either ankylosis or flexion impairment) | | | | | |
| Thoracic Flexion | T1 ROM | 88 | 88 | 88 | | | |
| | T12 ROM | 35 | 35 | 35 | | | |
| | Thoracic flexion angle | 53 | 53 | 53 | | | |
| | ± 10% or 5°? | Yes / No | | Table 79 | | | |
| | Maximum thoracic flexion angle | 53 | | Page 122  Chapter 3 | | | |
| | % Impairment | 0₁ | | | | | |
| Thoracic Right Rotation | T1 ROM | 50 | 50 | 49 | | | |
| | T12 ROM | supine | | | | | |
| | Thoracic right rotation angle | | | | | | |
| | ± 10% or 5°? | Yes / No | | Table 80 | | | |
| | Maximum thoracic right rotation angle | 50 | | Page 126  chapter 3 | | | |
| | % Impairment | 0₁ | | | | | |
| Thoracic Left Rotation | T1 ROM | 52 | 52 | 48 | | | |
| | T12 ROM | supine | | | | | |
| | Thoracic left rotation angle | | | | | | |
| | ± 10% or 5°? | Yes / No | | Table 80 | | | |
| | Maximum thoracic left rotation angle | 52 | | Page 126  chapter 3 | | | |
| | % Impairment | 0₁ | | | | | |
| Thoracic Ankylosis in Rotation | Position | | | | | | |
| | % Impairment | | (Excludes any impairment for abnormal flexion or extension motion) | | | | |

Total thoracic range of motion and ankylosis* impairment ___ %

*If ankylosis is present, combine the ankylosis impairment with the range of motion impairment (Combined Values Chart, p. 322).
If ankylosis in several planes are present, combine the ankylosis estimates (Combined Values Chart), then combine the result with the range of motion impairment.

_[signature]_ MD

500688.015.0233

The Muscul.. .etal System          3/17

**Figure 1. Upper Extremity Impairment Evaluation Record–Part 2 (Wrist, elbow, and shoulder)**  Side ☐ R ☑ L

Name CHRISTOPHER LESTER    Age 31    Sex ☑ M ☐ F    Dominant hand ☑ R ☐ L    Date 4·29·03

Occupation _____    Diagnosis _____

| | | Abnormal motion | | | | Other disorders | Regional Impairment % | Amputation |
|---|---|---|---|---|---|---|---|---|
| | | Record motion, ankylosis and impairment % | | | | List type & Impairment % | • Combine (1)+(2) | Mark level & Impairment % |

**Wrist**

| | Flexion | Extension | Ankylosis | IMP% | | | |
|---|---|---|---|---|---|---|---|
| Angle° | | | | | | | |
| IMP% | | | | | | | |
| | RD | UD | Ankylosis | IMP% | | | |
| Angle° | | | | | | | |
| IMP% | | | | | | | |

Add IMP% F/E + RD/UD =        [1]    IMP% =        [2]

**Elbow**

| | Flexion | Extension | Ankylosis | IMP% | | | |
|---|---|---|---|---|---|---|---|
| Angle° | | | | | | | |
| IMP% | | | | | | | |
| | Pro | Sup | Ankylosis | IMP% | | | |
| Angle° | | | | | | | |
| IMP% | | | | | | | |

Add IMP% F/E + PRO/SUP =        [1]    IMP% =        [2]

**Shoulder**

| | Flexion | Extension | Ankylosis | IMP% | | | |
|---|---|---|---|---|---|---|---|
| Angle° | 90 | 35 | | 7 % | | | |
| IMP% | 6 % | 1 % | | | | | |
| | Add | Abd | Ankylosis | IMP% | | | |
| Angle° | 30 | 90 | | 8 % | | | |
| IMP% | 7 % | 4 % | | | | | |
| | Int Rot | Ext Rot | Ankylosis | IMP% | | | |
| Angle° | 90 | 90 | | 0 % | | | |
| IMP% | 0 % | 0 % | | | | | |

Add IMP% F/E + Add/Abd + IR/ER =    12 %    [1]    IMP% =        [2]

IMP%

Fig 26 pg 3/36
Flex-Ext

Fig 29 pg 3/38
Ulnar/Rad dev.

Fig 32 pg 3/40
Flex- Ext

Fig 35 pg 3/41
Pron-Sup

Fig 38 pg 3/43
Flex-Ext
Fig 41 pg 3/44
Add-Abd
Fig 44 pg 3/45
IR-ER

---

I.  Amputation impairment (other than digits)

II.  Regional impairment of upper extremity
• (Combine hand _____% + wrist _____% + elbow _____% + shoulder _____%)

III.  Peripheral nerve system impairment

IV.  Peripheral vascular system impairment

V.  Other disorders (not included in regional impairment)

---

Total upper extremity impairment (• Combine I + II + III + IV + V)        12 %

Impairment of the whole person (Use Table 3 p. 20)        7 %

If both limbs are involved, calculate the whole-person impairment for each on a separate chart and combine the percents (Combined Values Chart).

500688.015.0234

March 26, 2003

Jim Haas
IMD
PO Box 7573
Cross Lanes, WV 25356

RE:  Christopher W. Lester
Claim #:  20-46841
S.S.N.:  ████-3340
DOI: 3/10/2000

PTD/IME
Part  2 of

Dear Mr. Haas,

Enclosed, please find a copy of the comprehensive functional capacity evaluation (FCE) performed by Bobbi Jo Chapman, OTR/L, CHT of HPT Physical Therapy Specialists.

**DISCREPANCIES:**
The following discrepancies were noted:
- Inconsistent effort with grip strength testing of the right hand.
- Inconsistent effort with grip strength testing of the left hand.
- Inconsistent effort with static leg lift test.
- Failed Waddell's Non-Organic Signs.
- Inconsistencies between functional abilities and manual muscle testing results. He demonstrated inability to perform squat when asked to perform activity alone, but is able to achieve full squat when attempting floor lift.

**RESULTS:**
Mr. Lester exhibits a generalized weakness in abdominal, lumbar, and bilateral lower extremities musculature. He presents with moderate range of motion deficits in the lumbar spine. He is unable to safely lift from the floor due to inability to lift body weight alone from a squat to an erect position. He carries 20 pounds repeatedly from waist height to waist height. He lifts 66 pounds statically (static leg lift). Forty percent of maximum static lifting (26 pounds) is the expected maximum for an eight-hour workday and should be similar to his dynamic lifting ability. He has poor body mechanics and poor posture.

500688.015.0235

2

**CLINICAL IMPRESSION:**
At the time of the evaluation, I believe Mr. Lester is capable of a Light work classification, on a horizontal level only, carrying up to 20 pounds infrequently, and 10 pounds on a frequent basis when working in a safe environment and using proper body mechanics.

If you have any questions or need additional information, please do not hesitate to contact us.

Sincerely;

*Bobbi Jo Chapman, OTR/L, CHT*
Bobbi Jo Chapman, OTR/L, CHT
WV Lic # 502

500688.015.0236

| Patient: | Lester | Christopher | | Medical |
|---|---|---|---|---|
| | Last Name | First Name | M.I. | Record # 79564 |

# Madison Medical, PLLC
## Tracking Form for Accounting of Disclosures

| Date: MM/DD/YYYY | Name and address of receiving person or entity: | Description of protected Employee health information disclosed: | Provide either a statement of purpose and basis for disclosure or attach copy of written request for disclosure: | Emp. Init. |
|---|---|---|---|---|
| 06/19/2003 | Record Track | All Records | Written Request | JB |
| 06/19/2003 | Work Comp | Med list, hist DOI RTG | Medical Update | JB |
| 7/3/2003 | Workers Comp | Claim# DOI DX | Rx auth | N |
| 8/21/03 | Workers Comp | Claim # DOI DX OV. | Rx auth | N |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |
| _/_/____ | | | | |

500688.015.0237

Page 1 of 2

Patient __Lester__ __Chris__ __W__ Medical
       Last Name       First Name    M.I.   Record #_____

## MADISON MEDICAL PLLC
### Authorization for Use and Disclosure of Health Information

Part One: PATIENT'S AUTHORIZATION (All entries in this section must be completed fully)

I, __Chris Lester_____ (name of patient or patient's representative),
Hereby authorize the use or disclosure of my individually identifiable health information as described in this form.

1. Identify person(s) (or class of person's) authorized to provide the information: _____

2. Identify person(s) (class of persons) authorized to receive the information: __April Lester__

3. Provide a specific description of the type of information to be used or disclosed (including dates). Mark only those choices that apply:

_____Any of my individually identifiable health information needed to provide adequate health care.

_____ Psychotherapy notes (notes taken by a mental health professional or group, documenting or analyzing conversation from a counseling session. A summary of diagnosis , functional status, the treatment plan, symptoms, prognosis, and progress to date is NOT psychotherapy notes).

_____Acquired immunodeficiency syndrome (AIDS)/ Human immunodeficiency virus (HIV) infection.
(Indicate time period for which the release is to be effective)_____

_____ Other: (Please specify)_____ __Rx_____

Part Two: NOTIFICATION OF YOUR RIGHTS AS A PATIENT(or patient's representative)
     1. You have the right to revoke this authorization prior to the above stated event , except to the extent Madison Medical, PLLC has already taken action in reliance on this authorization. If the authorization was obtained as a condition of obtaining insurance coverage, the insurer will have a right to contest a claim under the policy. The revocation will not be effective until it has been received by the Privacy Officer. To revoke this authorization, a written revocation must be submitted to our Privacy Officer at:

Privacy Officer<br>
Madison Medical, PLLC<br>
705 Madison Ave.<br>
Madison, WV 25130

500688.015.0238

Page 2 of 2

Patient_____    Medical
                Last Name                    First Name        M.I.        Record#_____

**Madison Medical ,PLLC**
**Authorization for Use and Disclosure Of Health Information**

     2. Madison Medical, PLLC may not condition your treatment, payment, enrollment, or eligibility for benefits on the signing of this form, unless the health care is solely for the purpose of creating health care information for disclosure to a third party (i.e. a pre-employment physical or research-related care.)

     3. You may refuse to sign this Authorization.

     4. Information used or disclosed pursuant to this Authorization may be subject to redisclosure by the recipient and may no longer be protected by the Federal Privacy Standards.

Sign below indicate that you agree to release Madison Medical, PLLC, its health care providers, officers, and other personnel from any legal responsibility or liability for disclosure of the above described information to the extent indicated and authorized herein, have read all two pages of this Authorization and agree with its terms.

_____        4-18-3
Signature of patient or patient's representative        Date
Printed name of patient or patient's
representative:_____

*If signed by the patient's representative the relationship to the patient and description of*
*representative's authority to act for the individual MUST be provided:*_____

*Initial below to indicate you have received a signed copy of this form:*
*Patient(Or patient's representative's) Initials:*_____

500688.015.0239



# MADISON MEDICAL, PLLC

705 Madison Avenue • Madison, WV 25130
Phone (304) 369-5170 • Fax (304) 369-1742

Robert B. Atkins, M.D.
Family Practice

John Mark Snyder, D.O.
General Practice

Ron D. Stollings, M.D.
Internal Medicine, Geriatrics

Barbara J. Koster, MSN-RNC
Nurse Practitioner

## FAX COVER SHEET

TO: _Workers Comp_

FROM: _Debbie / Dr. John Snyder_

RE: _Chris Lester_

NUMBER OF PAGES INCLUDING COVER SHEET _3_

DATE: _8/27/03_

ADDITIONAL
COMMENTS: _Rx Auth_

The documents accompanying this facsimile transmission contain patient protected health
information belonging to the sender. In compliance with the Health Insurance Portability
and Accountability Act, if you receive this transmission in error, you are hereby notified
that any disclosure, copying, distributions or taking of information is strictly prohibited.
If you received this in error please notify us by telephone at 304-369-5170 to arrange the
return of the original documents to us, Thank You.



500688.015.0240

MADISON MEDICAL, PLLC
705 MADISON AVE
MADISON, WV.25130
304-369-5170
FAX 304-369-1742

WV WORKERS COMPENSATION
P.O. BOX 431
CHARLESTON, WV 25322-0431

TO WHOM IT MAY CONCERN:

Please authorize the purchase of the following medications for this patient for the treatment of his/her compensable injury.

Sincerely,

*Debbie Hopkins, MA*

Debbie Hopkins, MA

Physician: *Dr. John M Snyder*

Patient: *Christopher Lester*

SSN: ████ 3340

Claim Number: 2000046841

DOI: 3-10-00

RX needed

Percocet 5/325 ¡ T10
VIOXX 25mg ¡ QD

For the treatment of: 847.0  847.1,  847.2,  959.01
296.23



500688.015.0241

Claim # 2000046841

Christopher Lester          DOB ████71          7/18/03
Wt  302     P 92

S–In for f/u and states he is doing about the same, although he thinks he may be a little better with the Vioxx in terms of his low back and shoulder pain.

O–Exam - obese, vitals are stable. He has diminished ROM on elevation of the shoulder, somewhat stiff. LS tenderness is present. SLR creates pain with any attempt.

A–Chronic LBP. Chronic shoulder pain.

P–Maintain meds as outlined, rx written , continue Vioxx he needs to come in for fasting lipids in regard to his other problems. Needs to lose wt. Maintain other physician f/u and see him back in several mo

John M. Snyder, D. O./bjw



500688.015.0242

P. 1

*   *   * Transmission Result Report (Memory TX) ( Jul. 3. 2003  3:37PM ) *   *   *

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 8600 | Memory TX | 13049266092 | P. 4 | OK | |

```
Reason for error
 E.1) Hang up or line fail          E.2) Busy
 E.3) No answer                     E.4) No facsimile connection
```



### MADISON MEDICAL, PLLC
705 Madison Avenue  •  Madison, WV 25130
Phone (304) 369-5170  •  Fax (304) 369-1742

Robert B. Atkins, M.D.
Family Practice

John Mark Snyder, D.O.
General Practice

Ron D. Stollings, M.D.
Internal Medicine, Geriatrics

Barbara J. Kester, MSN-RNC
Nurse Practitioner

### FAX COVER SHEET

TO: _Workers Comp_

FROM: _Debbie / Dr. John Snyder_

RE: _Chris Slater_

NUMBER OF PAGES INCLUDING COVER SHEET_____

DATE: _7/3/03_____

ADDITIONAL COMMENTS:_____
_____
_____
_____

The documents accompanying this facsimile transmission contain patient protected health information belonging to the sender. In compliance with the Health Insurance Portability and Accountability Act, if you receive this transmission in error, you are hereby notified that any disclosure, copying, distribution or taking of information is strictly prohibited. If you received this in error please notify us by telephone at 304-369-5170 to arrange the return of the original documents to us, Thank You.

500688.015.0243



## MADISON MEDICAL, PLLC

705 Madison Avenue • Madison, WV 25130
Phone (304) 369-5170 • Fax (304) 369-1742

Robert B. Atkins, M.D.
Family Practice

John Mark Snyder, D.O.
General Practice

Ron D. Stollings, M.D.
Internal Medicine, Geriatrics

Barbara J. Koster, MSN-RNC
Nurse Practitioner

### FAX COVER SHEET

TO: _Workers Comp_

FROM: _Debbi / Dr. John Snyder_

RE: _Chris Lester_

NUMBER OF PAGES INCLUDING COVER SHEET _____

DATE: _7/3/03_

ADDITIONAL
COMMENTS: _____

_____

_____

_____

The documents accompanying this facsimile transmission contain patient protected health information belonging to the sender. In compliance with the Health Insurance Portability and Accountability Act, if you receive this transmission in error, you are hereby notified that any disclosure, copying, distributions or taking of information is strictly prohibited. If you received this in error please notify us by telephone at 304-369-5170 to arrange the return of the original documents to us, Thank You.

500688.015.0244

MADISON MEDICAL, PLLC
705 MADISON AVE
MADISON, WV.25130
304-369-5170
FAX 304-369-1742

WV WORKERS COMPENSATION
P.O. BOX 431
CHARLESTON, WV 25322-0431

TO WHOM IT MAY CONCERN:

Please authorize the purchase of the following medications for this patient for the treatment of his/her compensable injury.

Sincerely,

Debbie Hopkins, MA

Debbie Hopkins, MA

Physician: John M. Snyder

Patient: Chris Lester

SSN: ███ 3340

Claim Number: 2000046841

DOI: 3.10-00

RX needed

Vioxx 25 i QD

Percocet 5/325 iTID

For the treatment of: 847.0, 847.1, 847.2
959.01 296.23

FAXED
7/3/03

500688.015.0245

Claim # 200004684|

Christopher Lester          DOB ▇▇71          5/7/03
Wt 284          HT 5'7"

S–In for f/u and doing about the same, still has a considerable amt of LBP and left
shoulder pain though it has improved some. He states he has been evaluated
through a physician in Pittsburgh for GBS and he is having further work up by them.
He apparently recently has had a comp examination I am assuming this is functional
capacity exam or IME, more likely an IME from what he describes.

O–Exam - no apparent distress. Ambulatory. Limited internal and external
rotations of the left shoulder, pain at extremes. Low back exam shows no gross
tenderness. SLR is positive at extremes. DTR's are diminished.

A–Chronic low back and shoulder pain, history of compensable injury.

P–Maintain meds he needs to come in for fasting lipids sometime in regards to his
Lipitor. Maintain other phys f/u. I will see him back in a few mo.

John M. Snyder, D. O./bjw

500688.015.0246

*Claim # 200004684*

Christopher Lester          DOB ███/71          1/28/03
Wt 280              P 88

S–In for f/u. He still has shoulder and back pain, doesn't seem to be quit to the degree it was previously. Not complained about the decreasing Oxycontin. He did have several teeth pulled.

O–Exam- no distress. ambulatory, improved ROM of the shoulder. SLR creates significant pain on the left.    Neuro is intact.

A–Chronic low back and shoulder pain

P–Decrease Oxycontin to 20 BID, add Vioxx 25 1 daily and maintain other meds and f/u in a few wks.

John M Snyder, D. O./bjw

500688.015.0247

2003/04/22 12:40:23          RECORDTRAK   REPRINT          Page:2/5

 **RECORD TRAK**
THE TRACK RECORD OF SUCCESS


*104946.1*

501 Allendale Road
King of Prussia, PA 19406
Phone:     (800) 220-1291

Fax     (610) 354-8946

April 22, 2003                              Re:  **CHRISTOPHER . LESTER**

*SECOND REQUEST*

MADISON MEDICAL GROUP (DR. SNYDER,
MEDS)
705 MADISON AVE.
MADISON, WV 25130

SS#:        ▓▓▓-3340
DOB:        ▓▓▓/71        DOD:   / /
RT FILE #:   104946      TAG#    1

Dear Record Custodian:

Attached is an authorization requiring you to furnish *RECORDTRAK* with the following materials on or
before April 22, 2003:

1. **ALL MEDICAL RECORDS IN YOUR POSSESSION. INCLUDE OFFICE AND HAND
   WRITTEN NOTES, TEST RESULTS, CORRESPONDENCE,
   QUESTIONNAIRES/HISTORY AND RECORDS RECEIVED BY OTHER PHYSICIANS.
   PLEASE ALSO INCLUDE THE PATIENT'S INFORMATION SHEET.
   **INCLUDING RECORDS OF DR. MARK SNYDER****

Before copying and/or invoicing, call or fax *RECORDTRAK* with a page count and pricing for approval.

Please include your federal tax id number on all invoices.

Refer to File # 104946 Tag 1 in any correspondence.

Very Truly Yours,

*RecordTrak Representative*
Phone: (800) 220-1291
Llamadas en espanol, marque 800-496-4788

# *PLEASE SIGN ATTACHED CERTIFICATION(S)*

*IF YOU HAVE ALREADY SENT THE REQUESTED MATERIALS, PLEASE DISREGARD THIS LETTER.*

4/18/03 spoke = Gloria  OK up to $400 00
still need records/ts

500688.015.0248

To: MADISON MEDICAL GROUP (DR. SNYDER, MEDS)
705 MADISON AVE.
MADISON, WV 25130
APR 08 2003 12:02 FR COHEN MILSTEIN

**RECORD TRAK**
501 Allendale Road
King of Prussia, PA 19406

TO 1511:40045916109 P.03/09

*104946C1.*

# Law Offices
# COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

RE:    Christopher Lester
DOB:   ████/71
SSN:   ██████3340

## AUTHORIZATION TO RELEASE INFORMATION

THE UNDERSIGNED HEREBY AUTHORIZES any physician, hospital, medical attendant, nurse, ambulance owner or others to furnish to the law firms of Cohen, Milstein, Hausfeld & Toll, L.L.P., or any representative thereof any and all information or opinions which they may request regarding any medical history, physical and/or mental condition and treatment rendered therefor and/or mental, psychiatric, or psychological condition or treatment, and to allow them or a representative thereof, to see or copy any x-rays or records which you may have regarding my condition and treatment. My said attorneys have been retained by me to prosecute a claim for me against the person, firm or corporation responsible for my injuries and against the insurance carriers of said parties, and your full cooperation with my attorneys is respectfully requested.

You are further requested to disclose no information to any other attorneys, insurance adjuster or representative or any other person, firm or corporation without my written consent (pursuant to privilege and confidential communication statutes).

A photocopy of this authorization shall have the same force and effect as the original.

**ALL PRIOR AUTHORIZATIONS ARE HEREBY CANCELED.**

I hereby waive any privilege which I may have to said information to my attorneys.

DATED this _12_ day of _March_, 20_03_

_Christopher Lester_
Christopher Lester

WITNESS:

_Paul Lester_

113262v1    APRIL 22, 2003

500688.015.0249

DEPONENT: MADISON MEDICAL GROUP (DR. SNYDER, MEDS)  (TAG 1)
RECORDS PERTAIN TO: CHRISTOPHER . LESTER
RECORDTRAK FILE #: 104946

DATE OF BIRTH: ▓▓▓▓71
SOCIAL SECURITY #: ▓▓▓▓3340

RECORD IDENTITY:    1. ALL MEDICAL RECORDS IN YOUR POSSESSION. INCLUDE OFFICE AND HAND  WRITTEN NOTES, TEST RESULTS, CORRESPONDENCE,  QUESTIONNAIRES/HISTORY AND RECORDS RECEIVED BY OTHER PHYSICIANS.  PLEASE ALSO INCLUDE THE PATIENTS INFORMATION SHEET. **INCLUDING RECORDS OF DR. MARK SNYDER**

## SECTION I    CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the duly authorized custodian of records or other qualified witness, and having the authority to certify the attached records declare the following:  The attached records were prepared by the personnel of this business in the ordinary course of business at or near the time of the act, condition or event, and that

A. ☐ __ page(s) of the original records described was made available to the attorney's representative for copying at our place of business.

B. ☒ A true, legible and durable copy of __5/6__ page(s) of the described records was delivered to the attorney's representative, and that the entries in the attached records are entries made by company personnel with actual knowledge or with knowledge

from a report regularly made by a person under a business duty to so report.

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on (date) __6-19-03__    at (city,state) __Madison, NW__

Signature __Freda Botts__    Print Name __Freda Botts__

## SECTION II    CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization, for the following reason:

☐  All records for the time period in question have been destroyed in accordance with our document retention policy which is ___ years.

☐  Our records are the same as _____.

☐  Original records are in the possession of _____.

☐  A thorough search has been performed and no such records were found.    ☐  Please check box
to indicate that all A.K.A.'s were researched.

☐  (other) _____

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on (date) _____    at (city,state) _____

Signature _____    Print Name _____

## PLEASE SIGN ATTACHED CERTIFICATION(S)

500688.015.0250

To:  MADISON MEDICAL GROUP (DR. SNYDER,
     MEDS)
     705 MADISON AVE.
     MADISON, WV 25130

*RECORDTRAK*
501 Allendale Road
King of Prussia, PA 19406

10 494 UC2

MAT 20 2002 14:29 FR COHEN MILSTEIN          TO 151114002316103 P.05/09

# COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

HERBERT E. MILSTEIN
MICHAEL D. HAUSFELD
STEVEN J. TOLL
ANN C. YAHNER
LISA M. MEZZETTI
ANDREW N. FRIEDMAN
RICHARD S. LEWIS
DANIEL S. SOMMERS
DANIEL A. SMALL
GARY E. MASON
JOSEPH M. SELLERS
SHARON A. SNYDER
KARK S. WILLIS
STEPHEN D. ANNAND**
MARC I. MACHIZ
PAUL T. GALLAGHER
MURRAY T.B. LEWIS*
LINDA P. NUSSBAUM**

MARGARET G. FARRELL
MARLENE F. GIBBONS
CHERYL L. MACKELL

OF COUNSEL

JERRY S. COHEN (1926-1995)

1100 NEW YORK AVENUE, N.W.
WEST TOWER, SUITE 500
WASHINGTON, D. C. 20005-3964
(202) 408-4600
FACSIMILE (202) 408-4699

999 THIRD AVENUE
SUITE 3600
SEATTLE, WA 98104
(206) 521-0080
FACSIMILE (206) 521-0166

325 THIRD AVENUE
THIRTIETH FLOOR
NEW YORK, NY 10022-7519
(212) 838-7797
FACSIMILE (212) 838-7745
www.cmht.com

CHRISTINE E. WEBBER
ALEXANDER E. BARNETT
MATTHEW J. IDE*
MATTHEW F. PAWA
SUZETTE M. MALVEAUX
MARY N. STRIMEL
AGNIESZKA M. FRYSZMAN
DEBORAH J. VAGINS
CHARLES E. TOMPKINS
DONNA SOLEN
TAMARA J. DRISCOLL*
ELIZABETH K. CRONISE
JULIE GOLDSMITH*
LESLI C. ESPOSITO
JESSICA M. BLICK
VICTORIA S. NUGENT
BRIAN A. RATNER
MEGAN E. JONES***
JOSHUA S. DEVORE**

*ADMITTED ONLY IN WA
**ADMITTED ONLY IN VA
***ADMITTED ONLY IN NY
****ADMITTED ONLY IN NC

SENDER'S DIRECT DIAL

May 20, 2002

**ATTENTION: CUSTODIAN OF RECORDS**

RE: *Christopher Lester*          LETTER OF REPRESENTATION

Dear Custodian of Records:

This is to inform you that Cohen Milstein Hausfeld & Toll, P.L.L.C. represents patient
*Christopher Lester* relating to his/her use of the drug OxyContin. We hereby
authorize Record Trak, 501 Allendale Rd., King of Prussia, PA 19406, to retrieve any and all
requested records from you on behalf of our client. Enclosed is a medical release Authorization
form signed by the patient named above.

Sincerely yours,

Lisa A. Polk

enc.

APRIL 22, 2003

**500688.015.0251**

**MADISON  MEDICAL,  PLLC**
**705 MADISON AVENUE**
**MADISON, WV 25130**
**PHONE (304) 369-5170**
**FAX (304) 369-1742**

Date: 5/8/03

WV WORKER'S COMPENSATION
P.O. BOX 431
CHARLESTON, WV 25322-0431

TO WHOM IT MAY CONCERN:

Please authorize the purchase of the following medications for this patient for the treatment of his/her compensable injury.

Sincerely,

Physician: _Dr. John Snyder_

Patient: _Christopher Lester_

SSN: ████ 3340

Claim No.: 2000046841    DOI: 3-10-00

RX'S: Percocet 5/325 i TID prn

For the treatment of: 847.0 , 847.1 , 847.2 , 959.01
296.23

Faxed
5/8/03

500688.015.0252



## MADISON MEDICAL, PLLC
705 Madison Avenue • Madison, WV 25130
Phone (304) 369-5170 • Fax (304) 369-1742

Robert B. Atkins, M.D.
Family Practice

John Mark Snyder, D.O.
General Practice

Ron D. Stollings, M.D.
Internal Medicine, Geriatrics

Barbara J. Koster, MSN-RNC
Nurse Practitioner

### FAX COVER SHEET

TO: _Workers Comp_

FROM: _Debbie / Dr. John Snyder_

RE: _Christopher Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _5/8/03_

ADDITIONAL COMMENTS: _____
_____
_____
_____

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY
ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED
INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS
FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE 304-369-5170
TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US,
THANKYOU.

500688.015.0253

P. 1

* * * Transmission Result Report(Memory TX) ( Feb.28. 2003 3:14PM ) * * *

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 0122 Memory TX | 13049266092 | P. 2 | OK | |

Reason for error
E.1) Hang up or line fail          E.2) Busy
E.3) No answer                     E.4) No facsimile connection



MADISON MEDICAL, PLLC
705 Madison Avenue • Madison, WV 25130
Phone (304) 369-5170 • Fax (304) 369-1742

Robert B. Atkins, M.D.
Family Practice

John Mark Snyder, D.O.
General Practice

Ron D. Stollings, M.D.
Internal Medicine, Geriatrics

Barbara J. Koster, MSN-RNC
Nurse Practitioner

FAX COVER SHEET

TO: *Workers Comp*

FROM: *Debbie / Dr. J. M. Snyder*

RE: *Christopher Lester*

NUMBER OF PAGES INCLUDING COVER SHEET: *2*

DATE: *2/28/03*

ADDITIONAL COMMENTS: *Rx Auth*

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE 304-369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US. THANKYOU.

**500688.015.0254**

**MADISON MEDICAL, PLLC**
**705 MADISON AVENUE**
**MADISON, WV 25130**
**PHONE (304) 369-5170**
**FAX (304) 369-1742**

Date: _2/28/03_

WV WORKER'S COMPENSATION
P.O. BOX 431
CHARLESTON,WV 25322-0431

TO WHOM IT MAY CONCERN:

Please authorize the purchase of the following medications for this patient for the treatment
of his/her compensable injury.

Sincerely,

Physician: _Dr. J. M. Snyder_

Patient: _Christopher Lester_

SSN: _████ - 3340_

Claim No.: _2000046841_  DOI: _3·10·00_

RX'S: _Percocet 5/325  1̅ TID prn_
_Vioxx 25mg  1̅ QD_
_Oxycontin 20mg  1̅ TID_

For the treatment of: _847.0,  847.1,  847.2, 959.01, 296.23_

500688.015.0255

P. 1

* * * Transmission Result Report(MemoryTX) ( Jan. 2. 2003 12:08PM ) * * *

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 6650 Memory TX | 13049266092 | P. 2 | OK | |

---

Reason for error
  E.1) Hang up or line fall          E.2) Busy
  E.3) No answer                     E.4) No facsimile connection



MADISON MEDICAL, PLLC
705 Madison Avenue • Madison, WV 25130
Phone (304) 369-5170 • Fax (304) 369-1742

Robert B. Atkins, M.D.
Family Practice

John Mark Snyder, D.O.
General Practice

Ron D. Stollings, M.D.
Internal Medicine, Geriatrics

Barbara J. Koster, MSN-RNC
Nurse Practitioner

FAX COVER SHEET

TO: _Workers Comp_

FROM: _Debbie / Dr. John Snyder_

RE: _Christopher Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _1-2-03_

ADDITIONAL COMMENTS: _____

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE 304-369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US. THANKYOU.

500688.015.0256



# MADISON MEDICAL, PLLC
705 Madison Avenue • Madison, WV 25130
Phone (304) 369-5170 • Fax (304) 369-1742

Robert B. Atkins, M.D.
Family Practice

John Mark Snyder, D.O.
General Practice

Ron D. Stollings, M.D.
Internal Medicine, Geriatrics

Barbara J. Koster, MSN-RNC
Nurse Practitioner

### FAX COVER SHEET

TO: *Workers Comp*

FROM: *Deblin / Dr. John Snyder*

RE: *Christopher Lester*

NUMBER OF PAGES INCLUDING COVER SHEET: *2*

DATE: *1-2-03*

ADDITIONAL COMMENTS: _____

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY
ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED
INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS
FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE 304-369-5170
TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US,
THANK YOU.

500688.015.0257

**MADISON MEDICAL, PLLC**
**705 MADISON AVENUE**
**MADISON, WV 25130**
**PHONE (304) 369-5170**
**FAX (304) 369-1742**

Date: _1-2-03_

WV WORKER'S COMPENSATION
P.O. BOX 431
CHARLESTON, WV 25322-0431

TO WHOM IT MAY CONCERN:

Please authorize the purchase of the following medications for this patient for the treatment of his/her compensable injury.

Sincerely,

Physician: _Dr. John Snyder_

Patient: _Christopher Lester_

SSN: _████ 3340_

Claim No.: _2000046841_    DOI: _3-10-00_

RX'S: _Oxycontin 20mg : T10_
_Medication Change in dosage_

For the treatment of : _847.0, 847.1, 847.2, 959.01_
_296.23_

500688.015.0258

**MADISON MEDICAL, PLLC**
**705 MADISON AVENUE**
**MADISON, WV 25130**
**(304) 369-5170   FAX (304) 369-1742**

PATIENT NAME _Chris Lester_    ACCT # _79564_

DX: _____ neck _____

AUTHORIZATION # _Work Comp_

REFERRING DOCTOR _3_

PHONE # _369-6657_    CONTACT NAME _____

REQUEST FOR: _f/u for med check per 12/9/02 call-in_

SCHEDULED WITH _Dr Sabbanka_

DATE/TIME _Dec. 18, 2002    925-3535_
_2:15pm_

RECORDS:
_____ SENT BY MAIL
___/___ FAXED
_____ GIVEN TO PT TO HAND DELIVER

_12/12/02_ PT WAS NOTIFIED OF DATE, TIME AND ANY SPECIAL
INSTRUCTIONS.

500688.015.0259

P. 1

* * * Transmission Result Report (MemoryTX) ( Dec. 4. 2002 11:15AM) * * *

| ile No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 236 Memory TX | 13049266092 | P. 2 | OK | |

Reason for error
E.1) Hang up or line fail            E.2) Busy
E.3) No answer                        E.4) No facsimile connection



**MADISON MEDICAL, PLLC**
705 Madison Avenue • Madison, WV 25130
Phone (304) 369-5170 • Fax (304) 369-1742

Robert B. Atkins, M.D.
Family Practice

John Mark Snyder, D.O.
General Practice

Ron O. Stollings, M.D.
Internal Medicine, Geriatrics

Barbara J. Koster, MSN-RNC
Nurse Practitioner

**FAX COVER SHEET**

TO: _Workers Comp_

FROM: _Debbie / Dr. John Snyder_

RE: _Christopher Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _12/4/02_

ADDITIONAL COMMENTS: _____

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE 304-369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US. THANKYOU.

500688.015.0260