# CHRISTOPHER WAYNE LESTER
# MADISON MEDICAL GROUP
# RECORDS
# 14-I

**MADISON MEDICAL, PLLC**
**705 MADISON AVENUE**
**MADISON, WV 25130**
**PHONE (304) 369-5170**
**FAX (304) 369-1742**

Date: _12/4/02_

WV WORKER'S COMPENSATION
P.O. BOX 431
CHARLESTON, WV 25322-0431

TO WHOM IT MAY CONCERN:

Please authorize the purchase of the following medications for this patient for the treatment
of his/her compensable injury.

Sincerely,

Physician: _Dr. John M. Snyder DO_

Patient: _Christopher Lester_

SSN: _███████ 3340_

Claim No.: _20000 46841_ DOI: _3/10/00_

RX'S: _Oxycontin 40mg ĩ PO BID X 5 refills_

For the treatment of : _847.0_

500688.015.0261

Telephone: (304) 369-5170                                    DEA #AS 3212329

JOHN M. SNYDER, D.O.

705 Madison Avenue                                          Madison, WV 25130

Name _Christpher Lesler_                  Date _8-2-2_

Address _____

℞

Oxycontin 40
#60
1 po TID

_____, D.O.

This prescription may be filled with a generically equivalent drug
product unless the words "Brand Necessary" or "Brand Medically
Necessary" are written, in the practitioner's own handwriting, on
this prescription form.

☑ Label

Refill 0 1 - 2 - 3 - 4 - PRN

Debbie please Authorize
through Comp.

500688.015.0262

P. 1

\* \* \* Transmission Result Report (MemoryTX) ( Oct.24. 2002  1:39PM ) \* \* \*

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 2981 Memory TX | 13049266092 | P.  2 | OK | |

```
Reason for error
   E.1) Hang up or line fail              E.2) Busy
   E.3) No answer                         E.4) No facsimile connection
```

MADISON MEDICAL, P.L.L.C.
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

**FAX COVER SHEET**

TO: _Workers Comp_

FROM: _Ashlie_

RE: _Christopher Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _10/24/02_

ADDITIONAL COMMENTS: _Rx auth_

CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US.

THANK YOU.

500688.015.0263

MADISON MEDICAL, P.L.L.C.
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

## FAX COVER SHEET

TO: *Workers Comp*

FROM: *Debbie*

RE: *Christopher Lester*

NUMBER OF PAGES INCLUDING COVER SHEET: *2*

DATE: *10/24/02*

ADDITIONAL COMMENTS: *Rx auth*

CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US.

THANK YOU.

**FAXED** By: *DK*
Date: *10/24/02*

500688.015.0264

**MADISON  MEDICAL,  PLLC**
**705 MADISON AVENUE**
**MADISON, WV 25130**
**PHONE (304) 369-5170**
**FAX (304) 369-1742**

Date: _10/24/02_

WV WORKER'S COMPENSATION
P.O. BOX 431
CHARLESTON, WV 25322-0431

TO WHOM IT MAY CONCERN:

Please authorize the purchase of the following medications for this patient for the treatment
of his/her compensable injury.

Sincerely,

Physician: _Dr. John Snyder_

Patient: _Christopher Lester_

SSN: ███████ - _3340_

Claim No.: _2000046841_    DOI: _3-10-00_

RX'S: _Oxycontin 40mg i TID    X 3 refills_

For the treatment of : _847.0, 847.1, 847.2, 959.01_
_296.23_

**FAXED** By: _AH_
Date: _10/24/02_

500688.015.0265

**MADISON MEDICAL, PLLC**
**705 MADISON AVENUE**
**MADISON, WV 25130**
**(304) 369-5170   FAX (304) 369-1742**

PATIENT NAME ___Chris Lester___          ACCT # _49564_

DX: ___Chronic LBP_____

AUTHORIZATION # ___Work Comp_____

REFERRING DOCTOR __3_____

PHONE # _369-6657_  CONTACT NAME _____

REQUEST FOR: ___F/u  Pain Clinic_____

_____

SCHEDULED WITH __Dr Saldanha____ 925-2822

DATE/TIME ___April 29, 2002___ 925-3535
                        12:00 noon

RECORDS:
_____SENT BY MAIL
_____FAXED
_____GIVEN TO PT TO HAND DELIVER

_4-18-02_ PT WAS NOTIFIED OF DATE, TIME AND ANY SPECIAL
INSTRUCTIONS.          Pain Management says
            * Pt missed appt on
            ( Nov. 2001
            ( march 28, 2002
            His call intercept
            & they cannot
            get thru /JB

* Pt says he has
only missed Nov.
appt - says he
has tried to call
& they have not
given him appt /JB

500688.015.0266

MADISON MEDICAL, P.L.L.C.
705 MADISON AVE.
MADISON, WV 25130
PHONE# (304)369-5170  FAX# (304)369-1742

## MEDICAL RECORDS RELEASE AUTHORIZATION

TO: _J. M. Snyder DO_
DOCTOR

ADDRESS: _____

I HEREBY AUTHORIZE AND REQUEST YOU TO RELEASE TO:

_Patient_

THE COMPLETE RECORDS IN YOUR POSSESSION CONCERNING MY
ILLNESSES AND/OR TREATMENTS DURING THE PERIOD FROM:

_Nov. 2000_ TO _June 2001_

NAME: _Christopher Lester_   DATE: _06-06-01_

ADDRESS: _P. O. Box 1113_
_Danville  W.V.  25053_

BIRTHDATE: _███-71_   SSN# _████ 5540_

SIGNATURE: _Christopher M. Lester Sr._
(IF RELATIVE STATE RELATION)

WITNESS: _Freda Botts_

THIS RELEASE AND AUTHORIZATION SHALL BE VALID FOR ONE YEAR
FROM ITS DATE OF SIGNATURE UNLESS TERMINATED IN WRITING BEFORE
THAT DATE.

*If a fee is required for records please pre-bill.  The physicians office will not
be responsible for any fees incurred.

_usual charge_

_h-111-N Copies done/PB_

500688.015.0267

**MADISON MEDICAL, PLLC**
**705 MADISON AVENUE**
**MADISON, WV 25130**
**(304) 369-5170   FAX (304) 369-1742**

PATIENT NAME _Chris Lester_ ACCT # _49564_

DX: _Chronic LBP & shoulder pain_

AUTHORIZATION # _Work Comp #300013144_

REFERRING DOCTOR _S_

PHONE # _369-6657_ CONTACT NAME _369-7246 April wk_

REQUEST FOR: _ortho consult_

SCHEDULED WITH _Dr Surface_ _766-7515_

DATE/TIME _May 14 2:30pm_

RECORDS _Request_
_____ SENT BY MAIL
_4-26-01_ ~~FAXED~~ _Mailed_            _to follows_
_____ GIVEN TO PT TO HAND DELIVER

_5-7-01_ PT WAS NOTIFIED OF DATE, TIME AND ANY SPECIAL
INSTRUCTIONS.

500688.015.0268

AUTHORIZATION FOR MEDICAL RECORDS    **AUTHORIZATION VOID AFTER 60 DAYS** APQ    WVDDS-17 01 AUG 99

GP/GP    RC    MEDDIC #

| State of WV, Disability Determination Section | Claimant's Soc. Sec. No. | | Claimant's Telephone No. |
|---|---|---|---|
| | ■■■■■3340 | | |

500 QUARRIER STREET, SUITE 500
CHARLESTON, WV 25301

Claimant's Name & Address

LESTER    CHRISTOPHEW

P O BOX 1113
DANVILLE    WV 25053

| Location Code: Charleston 5010 __X__ | Clarksburg 5020 ___ |
|---|---|

VENDOR'S NAME & ADDRESS (include ZIP)

MADISON MEDICAL GROUP
MEDICAL RECORDS
705 MADISON AVE.
MADISON    WV 25130

05-3313004

550 628 506

Vendor's FEIN

**For prompt payment, please correct name & address if typed incorrectly.**

| DIB | SSI | SSI/DIB | SA Code |
|---|---|---|---|
| 002 X | 016 | 216 | 10-025 |

| Authorization No. | Obligation Date | |
|---|---|---|
| 01218222 | 01/17/01 | 192 |
| | | Examiner Code |

TO THE VENDOR: You, the vendor, are hereby authorized to furnish medical records regarding the above-named person. We the Disability Determination Section, will pay your usual and customary cost/fee for such record(s) not to exceed the maximum contained in our fee schedule. By accepting this authorization, you hereby agree not to make any charge to either the claimant or his family for any goods/services authorized herein.

| Examiner's Signature and Date | | |
|---|---|---|
| GREG | PHILLIPS | 01/17/01 |

| EXPLANATION |
|---|

We are processing the above-named person's claim for disability-related benefits under the Social Security Act. All available medical information is needed which is pertinent to that claim. The claimant's authorization for release of medical records and a return envelope are enclosed.

| | CODE | DETAILS | COST/FEE | DDS Use Only |
|---|---|---|---|---|
| ☑ | 99081 | Duplicating Medical Records and/or Completion of Agency Reporting Form. | | |
| ☐ | 99080 | Comprehensive Abstract:    Summary by Physician, Including Dates, History and Findings and Duplicated Records. | | |
| ☐ | | Other (specify) | | |
| ☐ | No Charge | | | |

| FAX # 304-353-4219 | | TOTAL | |
|---|---|---|---|

| Date of Alleged Disability | Date(s) of Treatment | | DOB: ■■■■1971 |
|---|---|---|---|

Comments Section

**PLEASE SEE ATTACHED**
PLEASE SEND COPIES OF EVERYTHING SINCE 9/26/00.  WE JUST NEED OUR RECORDS UPDATED.

PB 1-24-01
10-11-00 to 1-12-01
W note
EEG

INSTRUCTIONS TO VENDOR: This document also may serve as your invoice. If you desire to submit your invoice using this document, (1) check the appropriate box under the description section above, (2) enter your cost/fee, (3) complete the vendor certification below, (4) return the original and next copy with the record(s), and (5) retain the last copy for your files. (6) In order to process this authorization for payment, we need a clearly written ORIGINAL signature. We cannot accept an INITIALED, TYPED OR STAMPED signature.

| VENDOR CERTIFICATION: I, the vendor, hereby certify that this is the original invoice, that the goods/services authorized herein have been furnished, and that payment has not been received. | Vendor Authorized Signature and Date |
|---|---|
| AGENCY CERTIFICATION: I, an authorized agent of the Disability Determination Section, hereby certify that the goods/services authorized herein have been received and are approved for payment. | Agency Authorized Signature and Date |

| 1. ORIGINAL INVOICE COPY | 2. INVOICE COPY | 3. VENDOR'S FILE COPY |
|---|---|---|

500688.015.0269

<table>
<tr><td colspan="2"><b>TO BE COMPLETED BY SSA</b></td></tr>
<tr><td colspan="2">NUMBER HOLDER<br><br><i>Christopher Wayne Lester</i><br>SOCIAL SECURITY NUMBER<br><br>████ 3340</td></tr>
<tr><td colspan="2">EMPLOYEE/CLAIMANT/BENEFICIARY <i>(if other than Number Holder)</i></td></tr>
</table>

# AUTHORIZATION FOR SOURCE TO RELEASE
# INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**INFORMATION ABOUT MEDICAL OR OTHER SOURCE-PLEASE PRINT, TYPE, OR WRITE CLEARLY**

| NAME AND ADDRESS OF SOURCE *(Include Zip Code)* | RELATIONSHIP TO DISABLED PERSON |
|---|---|
| *Madison Med. Group* | |

**INFORMATION ABOUT DISABLED PERSON-PLEASE PRINT, TYPE, OR WRITE CLEARLY**

| NAME AND ADDRESS *(if known)* AT TIME DISABLED PERSON HAD CONTACT WITH SOURCE *(Include Zip Code)* | DATE OF BIRTH | DISABLED PERSON'S I.D. NUMBER *(if known and different than SSN) (Clinic/Patient No.)* |
|---|---|---|
| | | |

**APPROXIMATE DATES OF DISABLED PERSON'S CONTACT WITH SOURCE** *(e.g., dates of hospital admission, treatment, discharge, etc.)*

---

**TO BE COMPLETED BY DISABLED PERSON OR PERSON AUTHORIZED TO ACT IN HIS/HER BEHALF**

**GENERAL AND SPECIAL AUTHORIZATION TO RELEASE MEDICAL AND OTHER INFORMATION IN ACCORDANCE WITH THE PROVISIONS OF THE SOCIAL SECURITY ACT; THE PUBLIC HEALTH SERVICE ACT, SECTIONS 523 AND 527; AND TITLE 38 U.S.C. VETERANS BENEFITS, SECTION 4132.**

I hereby authorize the above-named source to release or disclose to the Social Security Administration or State agency the following information for the period(s) identified above:

1) All medical records or other information regarding my treatment, hospitalization, and/or outpatient care for my impairment(s), including psychological or psychiatric impairment(s), drug abuse, alcoholism, sickle cell anemia, human immunodeficiency virus (HIV) infection (including acquired immunodeficiency syndrome (AIDS) or tests for HIV), or sexually transmitted diseases;

2) Information about how my impairment(s) affects my ability to complete tasks and activities of daily living;

3) Information about how my impairment(s) affected my ability to work.

I authorize the use of a telefax or photocopy of this form for the release or disclosure of the information described above.

I understand that this authorization, except for action already taken, may be voided by me at anytime. If I do not void this authorization, it will automatically end when a final decision is made on my claim. If I am already receiving benefits, the authorization will end when a final decision is made as to whether I can continue to receive benefits.

**READ IMPORTANT INFORMATION ON REVERSE BEFORE SIGNING FORM BELOW.**

| SIGNATURE OF DISABLED PERSON OR PERSON AUTHORIZED TO ACT IN HIS/HER BEHALF<br><br>*Christopher W. Lester S.* | RELATIONSHIP TO DISABLED PERSON *(if other than self)* | DATE<br><br>*1/17/01* |
|---|---|---|
| STREET ADDRESS<br>*P. O. Box 1113* | colspan | TELEPHONE NUMBER (Area Code)<br>*304-369-6657* |
| CITY<br>*Danville* | STATE<br>*WV* | ZIP CODE<br>*25053* |

The signature and address of a person who either knows the person signing this form or is satisfied as to that person's identity is requested below. This is not required by the Social Security Administration, but without it the source may not honor this authorization.

| SIGNATURE OF WITNESS | STREET ADDRESS | |
|---|---|---|
| CITY | STATE | ZIP CODE |

Form SSA-827 (1-97) Use Prior Editions

(OVER)

500688.015.0270

MADISON MEDICAL, P.L.L.C.
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

## FAX COVER SHEET

TO: _Mari Sullivan Walker_

FROM: _Freda/ Dr Snyder_

RE: _Christopher Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: _24_

DATE: _01-16-01_

ADDITIONAL COMMENTS: _____
_____
_____
_____

**CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US.**

**THANK YOU.**

**femhrt**
*[estradiol/norethindrone acetate tablets]*

*Psychology* *Mary Sullivan Walker Pineville 9152 732-6589* *Box 123 Pineville wv Work Comp c dx code*

Ⓡ **PARKE-DAVIS**
A Warner-Lambert Division
Morris Plains, NJ 07950

*Jan 17 2001 11:30am 4 hrs*

*Please see accompanying full prescribing information.*

PD-173-PDT-C96-A1 (0174)
000217

PATIENT N/_____ #  **49564**

DX: *ongoing anxiety & depression*

INSURANCE: *Work Comp*

AUTHORIZATION#:_____

REFERRING DOCTOR: *JMS*

PHONE#: *367-6657*   CONTACT NAME:_____

REQUEST FOR: *psychiatry consult*

SCHEDULED WITH: *Mary Sullivan Walker (Psychologist)*

DATE/TIME: *Jan 17, 2001   732-9132*   *NISHK 391-4500*
*11:30am*   *Tom Kne*
*(4 hrs visit)   Box 123*   *(WVU/ Behavioral Med)*
*Pineville*

*Alla Glover*
RECORDS: *Comp Auth c codes*
SENT BY MAIL
*01-16-01* FAXED *732-6589*
GIVEN TO PT TO HAND DELIVER

_____✓ PT WAS NOTIFIED OF DATE, TIME AND ANY SPECIAL
INSTRUCTIONS.

500688.015.0272

AUTHORIZATION FOR MEDICAL RE    RDS
DP/DP    IN                    MEDDIC #

**AUTHORIZATION VOID
AFTER 60 DAYS**

WVDDS-17
01 AUG 99

| State of WV, Disability Determination Section | Claimant's Soc. Sec. No. 3340 | Claimant's Telephone No. |
|---|---|---|
| 500 QUARRIER STREET, SUITE 500 CHARLESTON, WV 25301 | Claimant's Name & Address LESTER    CHRISTOPHEW P O BOX 1113 DANVILLE    WV 25053 | |
| Location Code: Charleston 5010___X___    Clarksburg 5020_____ | | |

VENDOR'S NAME & ADDRESS (Include ZIP)

MADISON MEDICAL GROUP
ATTN: MEDICAL RECORDS
705 MADISON AVE.
MADISON                    WV 25130

550 828 506

Vendor's FEIN #

**For prompt payment, please correct name & address if typed incorrectly.**

| DIB 002_X_ | SSI 016___ | SSI/DIB 216___ | SA Code 10-025 |
|---|---|---|---|
| Authorization No. 00171027 | Obligation Date 09/22/00 | | 200 |
| | | | Examiner Code ___ |

TO THE VENDOR: You, the vendor, are hereby authorized to furnish medical records regarding the above-named person. We the Disability Determination Section, will pay your usual and customary cost/fee for such record(s) not to exceed the maximum contained in our fee schedule. By accepting this authorization, you hereby agree not to make any charge to either the claimant or his family for any goods/services authorized herein.

Examiner's Signature and Date
DEBBIE    PAULEY    09/22/00

| EXPLANATION | | | |
|---|---|---|---|
| We are processing the above-named person's claim for disability-related benefits under the Social Security Act. All available medical information is needed which is pertinent to that claim. The claimant's authorization for release of medical records and a return envelope are enclosed. | | | |
| CODE | DETAILS | COST/FEE | DDS Use Only |
| ☑ 99081 | Duplicating Medical Records and/or Completion of Agency Reporting Form. | 11 | |
| ☐ 99080 | Comprehensive Abstract:    Summary by Physician, Including Dates, History and Findings and Duplicated Records. | | |
| ☐ | Other (specify) | | |
| ☐ No Charge | | | |

| FAX # 304-353-4219 | | TOTAL | 11 00 |
|---|---|---|---|
| Date of Alleged Disability 03/10/00 | Date(s) of Treatment | | DOB 1971 |

Comments Section

**PLEASE SEE ATTACHED**
ALL MEDICAL RECORDS FROM 1999 TO PRESENT

INSTRUCTIONS TO VENDOR: This document also may serve as your invoice. If you desire to submit your invoice using this document, (1) check the appropriate box under the description section above, (2) enter your cost/fee, (3) complete the vendor certification below, (4) return the original and next copy with the record(s), and (5) retain the last copy for your files. (6) In order to process this authorization for payment, we need a clearly written ORIGINAL signature. We cannot accept an INITIALED, TYPED OR STAMPED signature.

| VENDOR CERTIFICATION: I, the vendor, hereby certify that this is the original invoice, that the goods/services authorized herein have been furnished, and that payment has not been received. | Vendor Authorized Signature and Date |
|---|---|
| AGENCY CERTIFICATION: I, an authorized agent of the Disability Determination Section, hereby certify that the goods/services authorized herein have been received and are approved for payment. | Agency Authorized Signature and Date |
| 1. ORIGINAL INVOICE COPY | 2. INVOICE COPY | 3. VENDOR'S FILE COPY |

500688.015.0273

| TO BE COMPLE...D BY SSA |
| --- |
| NUMBER HOLDER <br> **Christopher W. Lester** |
| SOCIAL SECURITY NUMBER <br> ███-██-3340 |
| EMPLOYEE/CLAIMANT/BENEFICIARY *(if other than Number Holder)* |

# AUTHORIZATION FOR SOURCE TO RELEASE
## INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**INFORMATION ABOUT MEDICAL OR OTHER SOURCE-PLEASE PRINT, TYPE, OR WRITE CLEARLY**

| NAME AND ADDRESS OF SOURCE *(Include Zip Code)* | RELATIONSHIP TO DISABLED PERSON |
| --- | --- |
| *Madison Med Grp.* | |

**INFORMATION ABOUT DISABLED PERSON-PLEASE PRINT, TYPE, OR WRITE CLEARLY**

| NAME AND ADDRESS (If Known) AT TIME DISABLED PERSON HAD CONTACT WITH SOURCE *(Include Zip Code)* | DATE OF BIRTH | DISABLED PERSON'S ID NUMBER *(If Known and different than SSN) (Clinic/Patient No.)* |
| --- | --- | --- |
| | | |

APPROXIMATE DATES OF DISABLED PERSON'S CONTACT WITH SOURCE *(e.g., dates of hospital admission, treatment, discharge, etc.)*

**TO BE COMPLETED DISABLED PERSON OR PERSON AUTHORIZED TO ACT IN HIS/HER BEHALF**

GENERAL AND SPECIAL AUTHORIZATION TO RELEASE MEDICAL AND OTHER INFORMATION IN ACCORDANCE WITH THE PROVISIONS OF THE SOCIAL SECURITY ACT; THE PUBLIC HEALTH SERVICE ACT, SECTIONS 523 AND 527; AND TITLE 38 U.S.C. VETERANS BENEFITS, SECTION 4132.

I hereby authorize the above-name source to release or disclose to the Social Security Administration or State agency the following information for the period(s) identified above:

1) All medical records or other information regarding my treatment, hospitalization, and/or outpatient care for my impairment(s), including psychological or psychiatric impairment(s), drug abuse, alcoholism, sickle cell anemia, human immunodeficiency virus (HIV) infection (including acquired immunodeficiency syndrome (AIDS) or tests for HIV) or sexually transmitted diseases;
2) Information about how my impairment(s) affects my ability to complete tasks and activities of daily living;
3) Information about how my impairment(s) affected my ability to work.

I authorize the use of a telefax or photocopy of this form for the release or disclosure of the information described above.

I understand that this authorization, except for action already taken, may be voided by me at anytime. If I do not void this authorization, it will automatically end when a final decision is made on claim. If I am already receiving benefits, the authorization will end when a final decision is made as to whether I can continue to receive benefits.

**READ IMPORTANT INFORMATION ON REVERSE BEFORE SIGNING FORM BELOW.**

| SIGNATURE OF DISABLED PERSON OR PERSON AUTHORIZED TO ACT IN HIS/HER BEHALF | RELATIONSHIP TO DISABLED PERSON (If other than self) | DATE 9/22/00 |
| --- | --- | --- |
| *Christopher W. Lester* | | |
| STREET ADDRESS <br> P O Box 1113 | | TELEPHONE NUMBER (AREA CODE) <br> 304-369-6657 |
| CITY <br> Danville | STATE <br> WV | ZIP CODE <br> 25053 |

The signature and address of a person who either knows the person signing this form or is satisfied as to that person's identity is requested below. This is not required by the Social Security Administration, but without it the source may not honor this authorization.

| SIGNATURE OF WITNESS <br> *Helen McCoy* | STREET ADDRESS <br> *170 Court Street* |
| --- | --- |
| CITY <br> *Madison* | STATE <br> *WV* | ZIP CODE <br> *25130* |

Form SSA-827 (1-97) Use Prior Editions EF-FF (1-97)

(OVER)

500688.015.0274

auwh/01-01-96/*6     ** VENDOR COPY **     1024458



Bob Wise
Governor

Robert J. Smith
Commissioner

## West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

April 2, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:     Claim  2000046841
P.O. BOX 1113                            S.S.N. ██████-3340
DANVILLE, WV  25053                      D.O.I. 03/10/2000

PLEASE READ CAREFULLY - AUTHORIZATION WITHHELD

The request from Madison Medical, PLLC, dated 03/14/2001, for
Ativan 1mg & Paxil 20mg is withheld pending a detailed medical report showing the
medical necessity in relation to the compensable injury.

**must show relationship before this medication can be considered**

If you have any questions or concerns, you may reach me at 304-926-5097.

                                    Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC    BY: Nena Peay
     KOZAK JOHN H                          Claims Representative 3/Senior
     VASS VOCATIONAL SERVICES

RECEIVED APR 1 3 2001

500688.015.0275

audx/1-4-01/*8      ** VENDOR COPY **      1024458



Bob Wise
Governor

Robert J. Smith
Commissioner

**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

May 14, 2001


MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130


CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                           S.S.N. ▓▓▓▓-3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000


   PLEASE READ CAREFULLY - NOTICE OF SECONDARY CONDITIONS

The following is a list of both primary and secondary conditions in your
claim.  Medical expenses related to these conditions will be paid by the
Division.

      296.23      Major Depressive  Disorde
      959.01      Other And  Injury To Head
      847.2       Lumbar Sprain
      847.1       Thoracic Sprain
      847.0       Neck Sprain


This decision was based primarily on the following: report of Dr. Riaz Riaz
dated April 9, 2001.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may negotiate a final settlement of
any and all issues in a claim, excluding medical benefits.  To inquire about
settling this claim, contact Workers' Compensation Internal Management Services,
Settlement Unit, at P. O. Box 3587, Charleston, WV 25336-3587.

If you have any questions or concerns, you may reach me at 304-926-5097.

                                    Workers' Compensation Division
                                    BY: Nena Peay
CC:  D & M TRUCKING CORPORATION INC     Claims Representative 3/Senior
     KOZAK JOHN H
     RIAZ RIAZ UDDIN MD
     VASS VOCATIONAL SERVICES




Workers' Compensation Division - Office of Claims Management
Post Office Box 431, Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

500688.015.0276

auth/1-4-01/*8        ** VENDOR COPY **        1024458

Bob Wise
Governor

Robert J. Smith
Commissioner



West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*as equal opportunity/affirmative action employer*

May 14, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                           S.S.N. ████████-3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from RIAZ RIAZ UDDIN MD dated 04/09/2001, is Approved.

authorization for psychiatric treatment, psychotherapay, and the medication
Pamelor 25mg

Authorized Dates are 04/09/2001 through 10/09/2001.

Your authorization number is 300025217.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may negotiate a final settlement of
any and all issues in a claim, excluding medical benefits.  To inquire about
settling this claim, contact Workers' Compensation Internal Management Services,
Settlement Unit, at P. O. Box 3587, Charleston, WV 25336-3587.

If you have any questions or concerns, you may reach me at 304-926-5097.
                                    Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC    BY: Nena Peay
     RIAZ RIAZ UDDIN MD                    Claims Representative 3/Senior
     KOZAK JOHN H
     RIAZ RIAZ UDDIN MD
     VASS VOCATIONAL SERVICES

RECEIVED MAY 1 5 2001

PH

Workers' Compensation Division - Office of Claims Management
Post Office Box 431, Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

500688.015.0277

cnrq/3-27-98/*6      ** VENDOR COPY **     1024458

Bob Wise
Governor

Robert J. Smith
Commissioner



May 14, 2001

## West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130


CHRISTOPHER W LESTER SR          Re:     Claim   2000046841
P.O. BOX 1113                            S.S.N.  ████████-3340
DANVILLE, WV  25053                      D.O.I.  03/10/2000


        PLEASE READ CAREFULLY - REQUEST FOR INFORMATION

Bluefield Mental Health Center, please send me the following
information regarding this claim:

All medical records related to the above claim.




**Please provide this office with the psychological component of the psychiatric
evaluation.**

If you have any questions or concerns, you may reach me at 304-926-5097.



                                  Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC   BY: Nena Peay
     KOZAK JOHN H                         Claims Representative 3/Senior
     RIAZ RIAZ UDDIN MD
     VASS VOCATIONAL SERVICES

                    RECEIVED MAY 1 5 2001


Workers' Compensation Division - Office of Claims Management
Post Office Box 431, Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

500688.015.0278

auth/09-24-98/*8    ** VENDOR COPY **    1024458



Bob Wise
Governor

Robert J. Smith
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

March 28, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim. 2000046841
P.O. BOX 1113                           S.S.N. ████████3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from CHARLESTON PAIN MANA dated 02/28/2001, is Approved.

authorization for two (2) sessions facet joint injections to the back and trigger
point injections to the cervical

Authorized Dates are 03/27/2001 through 06/27/2001.

Your authorization number is 300010775.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may agree to seek mediation
services. If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5097.
                                    Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC    BY: Nena Peay
                                        Claims Representative 3/Senior
     KOZAK JOHN H
     VASS VOCATIONAL SERVICES

RECEIVED MAR 2 8 2001

500688.015.0279

auth/09-24-98/*8     ** VENDOR COPY **     1024458



Bob Wise
Governor

Robert J. Smith
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

April 3, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:     Claim  2000046841
P.O. BOX 1113                             S.S.N.       3340
DANVILLE, WV  25053                       D.O.I. 03/10/2000

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from MADISON MEDICAL PLLC dated 03/28/2001, is Approved.

authorization for consultation with orthopedic surgeon

Authorized Dates are 04/02/2001 through 07/02/2001.

Your authorization number is 300013144.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may agree to seek mediation
services. If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, yWorkers' Compensation Division7.
                                        BY: Nena Peay
CC: D & M TRUCKING CORPORATION INC      Claims Representative 3/Senior
    KOZAK JOHN H
    VASS VOCATIONAL SERVICES

RECEIVED APR 0 _ 2001

RECEIVED APR 0 5 2001

Workers' Compensation Division - Office of Claims Management
Post Office Box 431, Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

500688.015.0280

cnrq/3-27-98/*6      ** VENDOR COPY **      1024458



Bob Wise
Governor

Robert J. Smith
Commissioner

### West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

April 2, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim   2000046841
P.O. BOX 1113                            S.S.N.  ████-3340
DANVILLE, WV  25053                      D.O.I. 03/10/2000

PLEASE READ CAREFULLY - REQUEST FOR INFORMATION

John Snyder, DO/Madison Medical, PLLC, please send me the following
information regarding this claim:

A detailed narrative report.    *medical/dictation records*

Please supply this office with a weaning and tapering plan for the medication
Oxycontin 40mg and also detailed report as to how the need for the medication Paxil
and Ativan are directly related to the compensable injury.

If you have any questions or concerns, you may reach me at 304-926-5097.

CC: D & M TRUCKING CORPORATION INC      Workers' Compensation Division
    KOZAK JOHN H                        BY: Nena Peay
    VASS VOCATIONAL SERVICES                Claims Representative 3/Senior

*Copied and mailed 4-2-03*

**RECEIVED** APR 0 3 2001

Workers' Compensation Division - Office of Claims Management
Post Office Box 431, Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

500688.015.0281

extt/01-01-96/*6    ** VENDOR COPY **    1024458

Bob Wise
Governor

Robert J. Smith
Commissioner



West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

April 3, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:   Claim  2000046841
P.O. BOX 1113                          S.S.N. ████-3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000

PLEASE READ CAREFULLY - NOTICE OF BENEFITS

I have received medical evidence which indicates you continue to be
disabled from working from 07/01/2000 through 06/04/2001.

If it is later determined you are not entitled to benefits or
expenses, the Division may recover these overpayments.

If medical evidence showing continued disability is not received, your
claim may close for temporary total disability benefits on 07/19/2001.

If you have any questions or concerns, you may reach me at 304-926-5097.

CC:  D & M TRUCKING CORPORATION INC          Workers' Compensation Division
     KOZAK JOHN H                            By: Nena Peay
     VASS VOCATIONAL SERVICES                    Claims Representative 3/Senior

RECEIVED APR 9 5 2██

Workers' Compensation Division - Office of Claims Management
Post Office Box 431, Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

500688.015.0282

appt/01-01-96/*8    ** VENDOR COPY **    1024458



Bob Wise
Governor

Robert J. Smith
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

April 4, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim   2000046841
P.O. BOX 1113                           S.S.N. ████-3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000

PLEASE READ CAREFULLY ~ APPOINTMENT SCHEDULED

You have been scheduled for an appointment on 6/25/01, at 10:30 AM
with:
    MIR SAGHIR MD      Phone: 304-442-5176
    P O BOX 839
    MONTGOMERY, WV  25136

The above named physician should provide the Division with a narrative
report which outlines your medical history, diagnostic studies,
physical examination, diagnosis, and prognosis. The following
questions should be answered:

1.  Has the claimant reached maximum medical improvement? (No
    additional surgical or medical intervention will change the
    claimant's condition.)
2.  Is the claimant working? If so, in what capacity? If not, could
    the claimant return to a modified work assignment and with what
    restrictions?
3.  What impairment rating is recommended, using the AMA Guide to the
    Evaluation of Permanent Impairment, Fourth Edition?

If the claimant has not reached maximum medical improvement, what
additional diagnostic studies and/or treatment do you recommend and
what benefit should be expected? (Review the WCD Treatment Guides for
the diagnosis before making your recommendations.)

This exam was scheduled by the Division and all bills and related expenses should
sent to us.

*DR. MIR, PLEASE REFER TO YOUR REPORT OF 12/22/00.  NOTE A 10% AWARD WAS GRANTED F
THE BACK IN 95-6803.  *CLAIMANT, PLEASE BRING ANY NEW X-RAYS.  *EXAM REQUESTED BY
CLAIMS MANAGER, NENA PEAY.

Failure to keep this appointment may result in the closing of your claim
for benefits.

If you have any questions or concerns, you may reach me at 800-628-4265.

                                    Workers' Compensation Division
                                    BY: Deborah Thorne
CC:  D & M TRUCKING CORPORATION INC      Independent Med Ex
     MIR SAGHIR MD
     KOZAK JOHN H
     VASS VOCATIONAL SERVICES

RECEIVED APR 0 5 2001

Workers' Compensation Division - Office of Claims Management
Post Office Box 431, Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

500688.015.0283

# Attending Physician's Report

Return Completed Form To:

Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

**DIVISION USE ONLY**

Claims Manager Nena Peay
Trucking/Agr & Food Proc
Claimant's County BOONE

'C-219    Rev. 9-94

**SECTION I: To be completed by the injured worker (FORM MAY BE RETURNED IF ALL QUESTIONS ARE NOT ANSWERED.)**

| . Claim No. 2000046841 | SS No. ████-3340 | 2. Current Telephone No. |
|---|---|---|
| Emp. Fisk No. 98001651 | DOI 03/10/2000 | 304-369-5657 |

Claimant's Name and Address

Employer's Name and Address

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

D & M TRUCKING CORPORATION

502 BOB VINES RD

GHENT, WV 25843

. *Please mark any needed changes in your address as printed above.*

. Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled?    ☐ Yes    ☑ No

5. I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.

Claimant's Signature *Christopher W. Lester Sr*    Date *3-30-01*

**SECTION II: To be completed by the Attending Physician (PLEASE COMPLETE ALL QUESTIONS.) Attach Additional Pages If Necessary.**

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

| 1. Date of this examination   3/27/01 Month Day Year | 2. Date of next appointment   4/24/01 Month Day Year |
|---|---|

3. A. Is this the first examination and/or treatment by you for this injury?  ☐ Yes  ☑ No    If Yes, please advise as to how the claimant came under your care.

B. Does claimant continue under your active care?  ☑ Yes  ☐ No    If No, please explain.

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☑ Consultation    ☑ Evaluation    ☑ Treatment    *Pain Management*

4. Diagnosis (ICD9-CM) code and description
*847.0    847.2*
*847.1    959.01*

5. Please describe your treatment plan and list medications currently being prescribed, their dosages, and the refill limit.
*Continue meds*
*F/u with Pain Clinic*
*request consult c orthopedic surgeon*

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc?  ☐ Yes  ☐ No    If Yes, please explain condition and how it has affected recovery.

7. Will claimant need rehabilitation services?
☐ Yes  ☐ No  If Yes, please specify.

8. Is claimant temporarily and totally disabled?  ☑ Yes  ☐ No    If Yes, is disability due to compensable diagnosis or other causes? Please explain.

9. Please indicate the anticipated date claimant will be able to return to:
Modified Work __|__|__    Trial Return to Work *6/05/01*    Full-time Work __|__|__

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury?  ☐ Yes  ☐ No    If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

| 11. Physician's Name, Address & Telephone No. | 12. |
|---|---|
| MADISON MEDICAL PLLC 705 MADISON AVENUE MADISON, WV 25130   Phone: 304-369-5170   FEIN    550664546 | Physician's Signature   *5-28-01*    Date |

500688.015.0284

MADISON MEDICAL, P.L.L.C.
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

## FAX COVER SHEET

TO: _Erica / Dr Surface_

FROM: _Freda / Dr Snyder_

RE: _Chris Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: ____6____

DATE: _5-21-01_

ADDITIONAL COMMENTS: _film report_

CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE
NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY
DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN
RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS
STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE
NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF THE
ORIGINAL DOCUMENTS TO US.

THANK YOU.

500688.015.0285

**MADISON MEDICAL, PLLC**
**705 MADISON AVENUE**
**MADISON, WV 25130**
**(304) 369-5170   FAX (304) 369-1742**

PATIENT NAME _Chris Lester_ ACCT # _49564_

DX: _Chronic LBP & rt shoulder pain & neck pain_

AUTHORIZATION # _Work's Comp    #300010775_

REFERRING DOCTOR _3_

PHONE # _369-6657_ CONTACT NAME _369-9296 wk/April_

REQUEST FOR: _eval,_

SCHEDULED WITH _Pain Clinic – Dr. Saldanha_
_925-3535_
DATE/TIME _scheduled for_       _9/1/ Lmonvm_
_injections & Clinic_
RECORDS:
_____ SENT BY MAIL
_comp_ _9/1/_ FAXED _925-2924_
_auth_
_____ GIVEN TO PT TO HAND DELIVER

_____ PT WAS NOTIFIED OF DATE, TIME AND ANY SPECIAL
INSTRUCTIONS.

500688.015.0286

MADISON MEDICAL, P.L.L.C.
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

## FAX COVER SHEET

TO: _Mary / Dr Saldanha_

FROM: _Freda / Dr Snyder_

RE: _Chris Lester_  _12/23/71_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _5-7-01_

ADDITIONAL COMMENTS: _____

_____

_____

_____

**CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US.**

**THANK YOU.**



YOU WANT IT WHEN?

500688.015.0287

Patient: _Christopher Lester_    Date: _3-30-01_

Social Security No.: ▮▮▮▮-3340

Birth Date: ▮▮▮▮-21

## PHYSICAL CAPACITIES

PLEASE CHECK THE NUMBER OF HOURS THE PATIENT IS ABLE TO PERFORM THE FOLLOWING:

|  | Total hours per day |
|---|---|
| SIT | 4 |
| STAND | 1 |
| WALK | 1 |

|  | Total hours at one time |
|---|---|
| SIT | 1 |
| STAND | 10 min |
| WALK | 10 min |

Percentage of usual workday
Patient is able to:

|  | Not at All 0% | Occasionally 1%-33% | Frequently 34%-66% | Continuously 67%-100% |
|---|---|---|---|---|
| Bend/Stoop | ✓ | — | — | — |
| Squat | ✓ | — | — | — |
| Crawl | ✓ | — | — | — |
| Climb | ✓ | — | — | — |
| Reach above shoulder level | — | ✓ | — | — |
| Kneel | ✓ | — | — | — |
| Balance | — | — | ✓ | — |

Percentage of usual workday
Patient is able to use head and neck:

|  | Not at All 0% | Occasionally 1%-33% | Frequently 34%-66% | Continuously 67%-100% |
|---|---|---|---|---|
| Extension movements | — | — | ✓ | — |
| Static position | — | — | ✓ | — |
| Rotation movements | — | — | ✓ | — |
| Flexing movements | — | — | ✓ | — |

500688.015.0288

Patient Name:_____

| Patient is able to carry: | | Patient is able to Lift: | |
|---|---|---|---|
| Up to 10 pounds | Yes or No | Up to 10 pounds | Yes or No |
| 11-24 pounds | Yes or No | 11-24 pounds | Yes or No |
| 25-34 pounds | Yes or No | 25-34 pounds | Yes or No |
| 35-50 pounds | Yes or No | 35-50 pounds | Yes or No |
| 51-74 pounds | Yes or No | 51-74 pounds | Yes or No |
| 75-100 pounds | Yes or No | 75-100 pounds | Yes or No |

Patient is able to use lower extremities and feet for repetitive movements as in operating foot controls.

Right   Yes or No

Left    Yes or No

Name of Physician: _John M Snyer_
(Printed)
Address:     _705 Med. su Ave_
             _Madison W 57730_

Signature: _____     Date: 3/8/19

500688.015.0289

# Attending Physician's Report

Return Completed Form To:
Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

:219  Rev. 9-94

FOR DIVISION USE ONLY

Claims Manager NeRA Peady
Trucking/Agr & Food Proc
Claimant's County BOONE

| Claim No. 2000046841 | SS No. ████-3340 | 2. Current Telephone No. |
|---|---|---|
| Emp. Risk No. 98001651 | DOI 03/10/2000 | 304-369-6657 |

Claimant's Name and Address

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

Employer's Name and Address

D & M TRUCKING CORPORATION

502 BOB VINES RD

GHENT, WV 25843

Please mark any needed changes in your address as printed above.

Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled? ☐ Yes ☐ No

I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.

Claimant's Signature _____ Date _____

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

1. Date of this examination 3/27/01

2. Date of next appointment 4/24/01

3. A. Is this the first examination and/or treatment by you for this injury? ☐ Yes ☑ No If yes, please advise as to how the claimant came under your care.

B. Does claimant continue under your active care? ☑ Yes ☐ No If No, please explain.

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☑ Consultation ☑ Evaluation ☑ Treatment  Pain Management

4. Diagnosis (ICD9-CM) code and description
847.0  847.2
847.1  959.01

5. Please describe your treatment plan and list medications currently being prescribed, their dosages, and the refill limit.
Continue meds
F/u with Pain Clinic
request consult c orthopedic surgeon

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc? ☐ Yes ☐ No If Yes, please explain condition and how it has affected recovery.

7. Will claimant need rehabilitation services? ☐ Yes ☐ No If Yes, please specify.

8. Is claimant temporarily and totally disabled? ☑ Yes ☐ No If Yes, is disability due to compensable diagnosis or other causes? Please explain.

9. Please indicate the anticipated date claimant will be able to return to:
Modified Work ___  Trial Return to Work 6/05/01  Full-time Work ___

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury? ☐ Yes ☐ No If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

11. Physician's Name, Address & Telephone No.
MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

Phone: 304-369-5170

FEIN  550664546

12. _____ Physician's Signature

5-28-01  Date

500688.015.0290



## MADISON MEDICAL, PLLC
705 Madison Avenue • Madison, WV 25130
Phone (304) 369-5170 • Fax (304) 369-1742

Robert B. Atkins, M.D.
Family Practice

John Mark Snyder, D.O.
General Practice

Ron D. Stollings, M.D.
Internal Medicine, Geriatrics

Barbara J. Koster, MSN-RNC
Nurse Practitioner

March 28. 2001

Worker's Compensation
P O Box 3151
Charleston, WV

RE: Christopher Lester
Claim No. ████-3340
DOI 03/10/2000

To Whom It May Concern,

Mr. Lester would like to change orthopedic surgeons from Dr. Loimil to another physician. Dr. Loimil has only seen him on one occasion, there has been no therapy or surgery performed. I am requesting approval for consultation with Dr. Philip Surface, in South Charleston, WV. I would appreciate a positive reply.

Sincerely,

John M. Snyder, D. O.
JMS:bw

500688.015.0291

DAY SURGERY CENTER
HISTORY AND PHYSICAL

CHART # 3687

PATIENT: Christopher Lester                    SS#: ████3340
ADDRESS: P. O. Box 1113                         DOI: 03/10/00
         Danville, WV 25053                     CL#: 2000046841
PT'S DOB: 12/23/71                              PH#: 304-369-6657

EXAM DATE: February 28, 2001

REQUESTING CONSULTING PHYSICIAN: J. Mark Snyder, MD

EXAMINING PHYSICIAN: Francis M. Saldanha, MD

**CHIEF COMPLAINT:** Chronic low back pain, left shoulder pain, as well as some neck pain.

**HISTORY OF PRESENT ILLNESS:** Christopher Lester is a 29-year-old white male who was referred to me by Dr. Snyder. He suffered work-related injuries about a year ago. He suffered previous injuries in 1993, and was off for almost four and a half years. He was treated with trigger point injections, etc., by Dr. Nelson and eventually returned to work. He got hurt when he fell off a coal truck last March and has been under the care of Dr. Snyder. He has been off work since then. He is scheduled to follow up with Dr. Loimil regarding his left shoulder. He described chronic back pain, aggravated by increased walking, standing, twisting and bending, etc. He also noted that any range of motion involving the left shoulder girdle produced a lot of pain. He also has increasing pain in the neck.

**REVIEW OF SYSTEMS:** A review of systems indicates that he has problems with asthma. He has no hypertension, diabetes, bladder or bowel dysfunction.

**NEURORADIOLOGIC WORKUP:** His workup has been fairly extensive and it appears that his cervical and lumbar MRIs were negative for disc herniations, etc.

**PFMSH:** He used to work as a coal truck driver. He has had no surgical procedures in the past. There is no litigation pending and he does not smoke or consume alcoholic beverages.

**CURRENT MEDICATION:** His medications include OxyContin, Flexeril, Paxil and Ativan, prescribed by Dr. Snyder.

**PHYSICAL EXAMINATION:**

Vital signs: Blood pressure was 151/119, heart rate 89 and respiration 16.

Appearance and Demeanor: Friendly and cooperative.

RECEIVED MAR 1 2 2001

500688.015.0292

History and Physical
RE: Christopher Lester
February 28, 2001
Page 2

Gait: Slow and painful.

Ability to perform calf raises and squat: He cannot perform calf raises or squat.

Orientation to time, place and person: Normal.

Tests of coordination (finger/nose): Normal.

Cranial Nerves:
III, IV and VI: Normal eye movements.
V: Normal sensation over face
VII: Facial grimace, symmetrical.
VIII: No hearing impairment.
XI: Shoulder shrug equal.
XII: Tongue in the mid-line.

Stance: Painful.

Skin examined for scars, psoriasis, eczema, tattoos, etc.: Negative findings.

Cervical adenopathy: None.

Peripheral vascular system examined for edema, swelling and varicose veins: Negative findings.

Cervical/Thoracic Spine Exam:
Inspected for stiffness, torticollis, deviation, scoliosis, etc: Negative findings.

Palpated for significant tenderness of the paraspinous muscles, facet joints, spinous processes, etc.: Significant tenderness of the right paraspinous musculature.

Range of Motion: Within normal limits.

Lumbosacral Spine exam: Inspected for guarding, spasm, scoliosis, lordotic curve reduction or exaggeration, etc.: Negative findings.

Palpated for significant tenderness of the paraspinous muscles, spinous processes and facet joints: Significant tenderness of the lumbar facet joints on both sides.

Range of Motion: Significantly diminished in all directions.

500688.015.0293

History and Physical
RE: Christopher Lester
February 28, 2001
Page 3

Seated straight leg raising test: Negative at 90° on both sides, representing a positive Waddell's sign.

Extremities checked for muscle tone, wasting, atrophy, tremors, etc.: Negative.

Motor function checked for muscle strength in all extremities: 5/5 muscle strength in both lower extremities and the right upper extremity. There is discomfort in the left upper extremity during muscle strength examination.

Sensory function checked for perception to touch and pinwheel stimulation: Normal responses.

Reflexes including bilateral biceps, triceps, patella and ankle: Within normal limits.

**DIAGNOSIS/TREATMENT PLAN AND RECOMMENDATIONS:** Lumbar facet arthropathy and cervical strain, left shoulder arthrosis. I recommend two sessions of facet joint injections in the back and trigger point injections in the neck. I'll proceed as soon as authorization has been obtained. I will defer any treatment regarding his left shoulder to Dr. Loimil. I recommend that Dr. Snyder continue his medications after the low back injections have been completed. I feel he may be deemed as having reached MMI regarding the low back, but that decision will have to be made by Dr. Snyder and Dr. Mir. FMS/las

_____
Francis M. Saldanha, MD

D:  02-28-01
T:  03-05-01
cc: Christopher Lester
    J. Mark Snyder, MD
    Saghir, Mir, MD
    WV Workers' Compensation

500688.015.0294

extt/01-01-96/*6    ** VENDOR COPY **    1024458



Bob Wise
Governor

Robert J. Smith
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

March 20, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130


CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                           S.S.N.  ████-3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000


              PLEASE READ CAREFULLY - NOTICE OF BENEFITS

I have received medical evidence which indicates you continue to be
disabled from working from 07/01/2000 through 03/11/2001.

If it is later determined you are not entitled to benefits or
expenses, the Division may recover these overpayments.

If medical evidence showing continued disability is not received, your
claim may close for temporary total disability benefits on 05/03/2001.

If you have any questions or concerns, you may reach me at 304-926-5097.


                                 Workers' Compensation Division
CC: D & M TRUCKING CORPORATION INC   By: Nena Peay
    KOZAK JOHN H                          Claims Representative 3/Senior
    VASS VOCATIONAL SERVICES


              RECEIVED MAR 2 1 2001.


Workers' Compensation Division - Office of Claims Management
Post Office Box 431, Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

                                             500688.015.0295

P. 1

* * * Transmission Result Report(MemoryTX) ( Mar.14. 2001  3:32PM ) * * *

| le<br>lo. Mode | Destination | Pg(s) | Result | Page<br>Not Sent |
|---|---|---|---|---|
| '19 Memory TX | 13049266092 | P. 2 | OK | |

```
Reason for error
    E.1) Hang up or line fail              E.2) Busy
    E.3) No answer                         E.4) No facsimile connection
```

MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170  FAX (304) 369-1742

**FAX COVER SHEET**

TO: _Workers Comp   Attn Nena Peay_

FROM: _Debbie / Dr. J. M. Snyder_

RE: _Christopher Lester - 200004684l_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _3/14/01_

ADDITIONAL COMMENTS: _Rx auth_

**CONFIDENTIALITY NOTICE:** THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY
ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED
INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS
FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE 304-369-5170
TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US.
THANKYOU.

500688.015.0296

MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170  FAX (304) 369-1742

## FAX COVER SHEET

TO: *Workers Comp Attn Nena Peay*

FROM: *Debbie / Dr. J.M. Snyder*

RE: *Christopher Lester – 2000046841*

NUMBER OF PAGES INCLUDING COVER SHEET: *2*

DATE: *3/14/01*

ADDITIONAL COMMENTS: *Rx auth*

CONFIDENTIALITY NOTICE:  THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY
ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED
INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS
FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE  304-369-5170
TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US,
THANKYOU.



500688.015.0297

**MADISON MEDICAL, PLLC**
**705 MADISON AVENUE**
**MADISON, WV 25130**
**(304) 369-5170**

WV Worker's Compensation
P. O. Box 431
Charleston, WV 25322-0431

To Whom It May Concern:

Please authorize the purchase of the following medications for this patient for the
treatment of his/her compensable injury.

Sincerely, *[signature]*

Patient: *Christopher Lester* 2000046841

SSN: ███████ -3340

DOI: 3-10-00

RX'S  OxyContin 40mg 1 TID
Flexeril 10mg 1 TID
Paxil 20mg 1 BID
ATIVAN 1mg 1 BID

For the treatment of : 847.0, 847.1, 847.2, 959.01

FAXED 3/14/01

500688.015.0298

MADISON MEDICAL, P.L.L.C.
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

## FAX COVER SHEET

TO: _Gloria / Dr Riaz_

FROM: _Freda / Dr Snyder_

RE: _Chris Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _3-14-01_

ADDITIONAL COMMENTS: _____

CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE
NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY
DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN
RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS
STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE
NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF THE
ORIGINAL DOCUMENTS TO US.

THANK YOU.

500688.015.0299

auth/09-24-98/*8    ** VENDOR COPY **    1024458

Bob Wise
Governor

Robert J. Smith
Commissioner



**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

March 2, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                           S.S.N. ████-3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000

PLEASE READ CAREFULLY – AUTHORIZATION DECISION

The request from WCD-CLAIM MANAGER dated 02/28/2001, is Approved.

per the recommendations of the examiner, authorization for psychiatric consultation
with physician of claimant's choice

Authorized Dates are 03/01/2001 through 06/01/2001.

Your authorization number is 300002505.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may agree to seek mediation
services. If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5097.
                                      Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC   BY: Nena Peay
                                          Claims Representative 3/Senior
     KOZAK JOHN H
     VASS VOCATIONAL SERVICES

RECEIVED MAR 0 5 2001

Workers' Compensation Division - Office of Claims Management
Post Office Box 431, Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

500688.015.0300