# CHRISTOPHER WAYNE LESTER
# MADISON MEDICAL GROUP
# RECORDS
# 14-K

Patient's Name Christopher ?ester Date of Exam 5/21/01 Number __________ 

15. OTHER TESTS AND FINDINGS

16. CLINICAL IMPRESSION OF SOMATIC AMPLIFICATION — SCORE

COPY

SENSORY EXAMINATION: RESPONSE TO PINPRICK (check)

16.1 No deficit or deficit well localized to dermatome(s) 0 ☐
Deficit related to dermatome(s) but some inconsistency 1 ☐
Nondermatomal or very inconsistent deficit 2 ☒
Blatantly impossible (i.e., split down midline of entire body with positive tuning fork test) 3 ☐ — 2

16.2 AMOUNT OF BODY INVOLVED (check)
<15% 0 ☐ 15-35% 1 ☒ 36-60% 2 ☐ >60% 3 ☐ — 1

MOTOR EXAMINATIONS (check)

16.3 No deficit or deficit well localized to myotome(s) 0 ☐
Deficit related to myotome(s) but some inconsistency 1 ☐
Nonmyotomal or very inconsistent weakness, exhibits cogwheeling or giving away, weakness is coachable 2 ☐
Blatantly impossible, significant weakness which disappears when distracted 3 ☒ — 3

16.4 AMOUNT OF BODY INVOLVED (check)
<15% 0 ☐ 15-35% 1 ☒ 36-60% 2 ☐ >60% 3 ☐ — 1

TENDERNESS (check)

16.5 No tenderness or tenderness localized to anatomically sensible structure 0 ☐
Tenderness not well localized, some inconsistency 1 ☐
Diffuse or inconsistent tenderness, multiple structures (skin, muscle, bone, etc.) 2 ☒
Impossible, significant tenderness of multiple structures (skin, muscle, bone, etc.) which disappears when distracted 3 ☐ — 2

16.6 AMOUNT OF BODY INVOLVED (check)
<15% 0 ☐ 15-35% 1 ☒ 36-60% 2 ☐ >60% 3 ☐ — 1

DIFFERENTIAL STRAIGHT LEG RAISING (SLR)

16.7 The difference between SLR tests performed in the supine and sitting positions (the patient is distracted in the sitting position by examining the bottom of his/her feet). Example: supine SLR positive at 10°, seated SLR positive at 50°, difference = 40°. (check)
Difference <20° 0 ☐ 20-45° 1 ☐ >45° 2 ☒
No pain seated, but strongly positive SLR when supine at less than 45° 3 ☐ — 2

TOTAL SCORE 12

17. COMMENTS Twelve above strongly suggests symptom magnification

[signature]

500688.015.0341

Page 4
Patient's Name Christopher Roster Date of Exam 05/21/01 laim Number

18. RADIOGRAPHIC EXAM ☑ Yes ☐ No Date ______ Type (Plain, CT, MRI, Myelogram) ______

Findings (Attach report if available): C-spine + L-spine + shoulder are all normal

Patient Position During X-ray: ☐ Recumbent ☐ Weight Bearing ☐ Unknown

19. CLINICAL DIAGNOSIS
(Please indicate appropriate ICD-9 code(s) and give written description. Generic diagnoses are printed for your convenience; you may substitute other diagnoses. If appropriate, multiple diagnoses can be designated.)

COPY

SOFT TISSUE
- ☑ Lumbar sprain/strain (847.2)
- ☑ Lumbosacral sprain/strain (846.0)
- ☐ Sacroiliac sprain/strain (846.1)

POSTERIOR JOINTS
- ☐ Facet syndrome (724.8)
- ☐ Lumbar subluxation (839.20) or segmental dysfunction (739.3) (circle)

DISC
- ☐ Lumbar disc displacement without myelopathy (with or without radiculitis) (722.10)
- ☐ *Lumbosacral radiculitis* (724.4)

SACROILIAC
- ☐ Sacroiliitis (720.2)
- ☐ Sacroiliac subluxation (839.42) or segmental dysfunction (739.4) (circle)

☐ OTHER: ______

20. RECOMMENDATIONS, OPINION, REFERRALS, TX PLAN OR REDIRECTION:
1) Stop taking OXYCONTIN
2) Δ to NSAID's
3) cont. physical therapy
4) Psych eval for Δ modification

21. AUTHORIZATION(S) REQUESTED FOR: ______

22. PHYSICIAN'S SIGNATURE [signature] DATE 5/21/01

500688.015.0342

**Workers Compensation Division**

USE BLACK INK

## Patient History - Back Pain

**To Be Completed by Office Staff**

Patient Name: Christopher W. Lecter
SSN [redacted]-3340
Date of Injury: 03/12/01
Date of Birth: [redacted]/71
Claim Number 20000468341
Date of Exam: 05/21/01

**PHYSICIAN MUST SUBMIT THIS FORM WITH LOW BACK EXAM**

Physician: [illegible]
Address:
Phone: [illegible]
FEIN:

# TO BE COMPLETED BY PATIENT (ASSISTANCE PERMITTED)

COPY

**Present History**

1. What are your problems? Back & Leg Pain
2. How did the problem occur? Feel of coal Truck
3. Where is the location of the problem/pain? neck head Left shoulder Mid Low back both legs and knee
4. Have you had this type of complaint before? ☑ Yes ☐ No
   When?/ Where? Back (mid) back

4.1 How did that earlier complaint occur? Mobile Home feel on me

5. What is the name of your employer? D & M Trucking

5.1 What is the type of business of that company? Trucking Coal

5.2 What was your job title when problem began? Truck Driver

5.3 What was your usual job? (Job Tasks) Drive Truck Tarp Truck maintane Truck

5.4 Describe your job tasks. Drive Truck meet. on it and sucure load

5.5 What job were you performing when problem began? Pre trip

6. Who is your immediate supervisor? Jerry Cobb — 784 2158
   Name — Phone Number

7. Have you discussed your problem with your supervisor? ☑ Yes ☐ No
8. Is there modified or alternative work at your job? ☐ Yes ☑ No ☐ Don't Know

8.1 Are you now working? ☐ Yes ☑ No
8.2 If yes, employer
8.3 If yes, your job title

9. Your pain is worse in your:
   ☑ Head ☑ Left Arm ☑ Right Hip
   ☑ Neck ☐ Right Arm ☐ Left Leg
   ☑ Left Shoulder ☑ Back ☑ Right Leg
   ☐ Right Shoulder ☐ Left Hip
   ☐ Other

10. Your problem/pain is:

| | Better | Worse | No Different |
|---|---|---|---|
| When you urinate or move your bowels | ☐ | ☑ | ☐ |
| When coughing or sneezing | ☐ | ☑ | ☐ |
| When you wake up in the morning | ☐ | ☑ | ☐ |
| In the middle of the night | ☐ | ☑ | ☐ |
| Mid-day | ☐ | ☐ | ☑ |
| Evening | ☐ | ☐ | ☑ |
| Lying | ☐ | ☑ | ☐ |
| Sitting | ☐ | ☑ | ☐ |
| Driving | ☐ | ☑ | ☐ |
| Bending | ☐ | ☑ | ☐ |
| Standing | ☐ | ☑ | ☐ |
| Walking | ☐ | ☑ | ☐ |
| Change of position | ☐ | ☑ | ☐ |

11. Have you been treated for this complaint before now? ☑ Yes ☐ No Where?
12. What has helped this complaint the most? Nothing
13. What has not helped or made this complaint worse? Phy. Therapy

14.1 Do you get pain at the tip of your tailbone? ☑ Yes ☐ No
14.2 Does your whole leg ever become painful? ☑ Yes ☐ No
14.3 Does your whole leg ever go numb? ☑ Yes ☐ No
14.4 Does your whole leg ever give way? ☑ Yes ☐ No
14.5 In the past year, have you had any spells with very little pain? ☐ Yes ☑ No
14.6 Have you had any intolerance to your treatment or reaction to treatment? ☐ Yes ☑ No
14.7 Have you had an emergency room visit with back trouble since your recent work injury? ☑ Yes ☐ No

Claim Number ____________ Page 6

**Past History**

15. Have you ever had a spine X-ray, CT scan, MRI or myelogram?
X-ray ☑ Yes ☐ No
When/Where/Results Boone Mem. Gen. CAMC
MRI ☑ Yes ☐ No
When/Where/Results Ashton place
CT scan ☑ Yes ☐ No
When/Where/Results CAMC mem
Myelogram ☐ Yes ☑ No
When/Where/Results ____________

COPY

16. Have you ever been hospitalized for neck, arm, back, hip or leg complaints/pain? ☑ Yes ☐ No
Which/When/Where ____________

17. What other medical problems do you have?
☐ Heart, blood pressure, or circulation problems (circle)
☐ Diabetes ☐ Gout
☑ Arthritis ☐ Cancer
☐ Other ____________

18. Have you been hospitalized for any of the above problems?
☐ Yes ☑ No
Which/When ____________

19. What medicines are you now taking, including over-the-counter? Oxycotin 40, Flexeril 10, Paxil, Ativan, Pamelor

20. Do you have a family doctor? ☑ Yes ☐ No
Name: Dr. Snyder
Phone No: 769 5170

21. Allergies to food, medicine or other? ☐ Yes ☑ No
List ____________

22. Do you smoke, rub, or chew tobacco? ☐ Yes ☑ No

23. Do you drink beer, wine or liquor? ☐ Yes ☑ No
How Much? ____________

23.1 Ever have an alcohol problem? ☐ Yes ☑ No

24. Do you drink coffee or tea or caffeine drinks?
☑ Yes ☐ No How much per 24 hours? 1 cup

25. How much formal education do you have?
☐ College or higher (specify) ____________
☑ Vocational Training
☑ High School Diploma
☐ GED
☐ Grade Completed ____________

26. Do you have other family members with serious back or neck problems? ☑ Yes ☐ No
Are they disabled? ☑ Yes ☐ No

27. Any additional comments: ____________

Where is your pain? How does it feel? Draw your pain using the following key. Do not indicate areas of pain which are not related to your present injury or condition. Draw in your face.

KEY
Stabbing ///
Burning XXX
Pins and Needles OOO
Aching, Throbbing ^^^
Numbness ===
Other . . .

BACK VIEW — Left, Right
FRONT VIEW — Right, Left

Signature of person completing form [signature] Date 05-21-01
If signature is not of patient, then state relationship to patient ____________

500688.015.0344

auth/1-4-01/*8 ** VENDOR COPY ** 1024458

Bob Wise
Governor

Robert J. Smith
Commissioner

Employment
Programs
State of West Virginia

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
an equal opportunity/affirmative action employer

May 28, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

Re: Claim 2000046841
S.S.N.[redacted]-3340
D.O.I. 03/10/2000

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from RIAZ RIAZ UDDIN MD dated 05/24/2001, is Approved.

authorization for change of medications Effexor XR 75, Valium 5mg, and Pamelor 50mg **further consideration upon receipt of the request from the physician**

Authorized Dates are 05/25/2001 through 06/24/2001.

Your authorization number is 300030025.

For procedures, such as surgery, that are authorized and require multiple providers, the attending physician should share the authorization number with those providers to assure payment of their bills.

If it is later determined you are not entitled to authorized services, payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date you receive this letter. You must send a written protest, along with a copy of this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233 and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston, WV 25364-4317. Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may negotiate a final settlement of any and all issues in a claim, excluding medical benefits. To inquire about settling this claim, contact Workers' Compensation Internal Management Services, Settlement Unit, at P. O. Box 3587, Charleston, WV 25336-3587.

If you have any questions or concerns, you may reach me at 304-926-5097.

Workers' Compensation Division
BY: Nena Peay
Claims Representative 3/Senior

CC: D & M TRUCKING CORPORATION INC
RIAZ RIAZ UDDIN MD
KOZAK JOHN H
RIAZ RIAZ UDDIN MD
VASS VOCATIONAL SERVICES

RECEIVED MAY 30 [redacted]

Patient: Christopher Lester Date: ______

Social Security No.: [redacted] 3340

Birth Date: [redacted] -71

# PHYSICAL CAPACITIES

PLEASE CHECK THE NUMBER OF HOURS THE PATIENT IS ABLE TO PERFORM THE FOLLOWING:

| | Total hours per day |
|---|---|
| SIT | 1 |
| STAND | 2 |
| WALK | 1 |

| | Total hours at one time |
|---|---|
| SIT | 1 |
| STAND | 1 |
| WALK | 1/2 |

Percentage of usual workday Patient is able to:

| | Not at All 0% | Occasionally 1%-33% | Frequently 34%-66% | Continuously 67%-100% |
|---|---|---|---|---|
| Bend/Stoop | ✓ | | | |
| Squat | ✓ | | | |
| Crawl | ✓ | | | |
| Climb | ✓ | | | |
| Reach above shoulder level | | ✓ | | |
| Kneel | ✓ | | | |
| Balance | | | ✓ | |

Percentage of usual workday Patient is able to use head and neck:

| | Not at All 0% | Occasionally 1%-33% | Frequently 34%-66% | Continuously 67%-100% |
|---|---|---|---|---|
| Extension movements | | ✓ | | |
| Static position | | | ✓ | |
| Rotation movements | | ✓ | | |
| Flexing movements | | ✓ | | |

5-30-01 copied for pt. to pick-up JB

updated form

Patient Name: ____________

| Patient is able to carry: | | Patient is able to Lift: | |
|---|---|---|---|
| Up to 10 pounds | Yes or No | Up to 10 pounds | Yes or No |
| 11-24 pounds | Yes or No | 11-24 pounds | Yes or No |
| 25-34 pounds | Yes or No | 25-34 pounds | Yes or No |
| 35-50 pounds | Yes or No | 35-50 pounds | Yes or No |
| 51-74 pounds | Yes or No | 51-74 pounds | Yes or No |
| 75-100 pounds | Yes or No | 75-100 pounds | Yes or No |

Patient is able to use lower extremities and feet for repetitive movements as in operating foot controls.

Right Yes or No

Left Yes or No

Name of Physician: (Printed) John M Snyder D.O.

Address: 225 Madison Ave

Madison W 21720

Signature: [signature] Date: 5-30-01

auth/09-24-98/*8 ** VENDOR COPY ** 1024458

Bob Wise
Governor

Robert J. Smith
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

April 2, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

Re: Claim 2000046841
S.S.N. [redacted]3340
D.O.I. 03/10/2000

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from MADISON MEDICAL PLLC dated 03/14/2001, is Approved.

authorization for the medication Oxycontin 40mg **further consideration will require a detailed medical report with weaning and tapering attempts, or plan to do the same**

Authorized Dates are 03/30/2001 through 06/30/2001.

Your authorization number is 300012223.

For procedures, such as surgery, that are authorized and require multiple providers, the attending physician should share the authorization number with those providers to assure payment of their bills.

If it is later determined you are not entitled to authorized services, payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date you receive this letter. You must send a written protest, along with a copy of this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233 and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston, WV 25364-4317. Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may agree to seek mediation services. If so, you may contact the Mediation Unit at P.O. Box 2964, Charleston, WV 25330-2964.

If you have any questions or concerns, yWorkers' Compensation Division7.
BY: Nena Peay
Claims Representative 3/Senior

CC: D & M TRUCKING CORPORATION INC
KOZAK JOHN H
VASS VOCATIONAL SERVICES

RECEIVED APR 0 3 2001

Workers' Compensation Division - Office of Claims Management
[illegible] Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

# BOONE MEMORIAL HOSPITAL – ER/RHC

Patient Name Christopher Lester

Addressograph

| | |
|---|---|
| Arrived By: | car |
| Triage Time: | 8:38p |
| Date: | 5/22/01 |
| Allergies: | NKA |
| Family Physician: | Singh |
| Dr. Notified: | |

TRIAGE

| BP 128/64 | 97.8 | P 72 | Resp. 24 | Norm | Slow | Labored | Rapid | Apneic | Stridor | Shallow | Wt. |
|---|---|---|---|---|---|---|---|---|---|---|---|

Chief Complaint: c/o ↓ back pain & (R) leg pain Chronic back pain Pain Med not helping

Wound Assessment (if applicable) NA

Comfort Level: 3-4

Pain Scale: 1 2 3 4 5 6 7 8 9 10

Onset: all day

| Triage Level: | Emergent | Urgent | Non-Urgent |
|---|---|---|---|
| Disposition | Waiting Room | Exam Room | Time: |

Triage Nurse Signature

ASSESSMENT

| | | | | |
|---|---|---|---|---|
| Color | Normal | Pale | Dusky | Cyanotic | Moist |
| Skin | Warm | Dry | Hot | Cool/Cold | Clammy |
| Breath Sounds: | Clear | Wheezing | Rales | Rhonchi |
| | Diminished | Congested | Other: | |
| Mental Status: | Alert | Oriented | Confused | Unresponsive | Lethargic | Combative |
| Mobility: | Ambulatory | W/C Confined | Stretcher | Crawls | Unsteady Gait | Assistive Device |

Daily Meds

| Medication | Route/Freq. | Medication | Route/Freq. | Medication | Route/Freq. |
|---|---|---|---|---|---|
| Paxil 20 BID | | Oxycontin 40mg TID | | | |
| Darvocet | | | | | |
| Oxy (?) BID | | | | | |
| Zelefor (?) 10mg TID | | | | | |

Dates of Last Exams/Injections:

| | | | | | |
|---|---|---|---|---|---|
| Mamo | Rectal Exam | unknown | Pneumonia | ND | LMP NA |
| Pap/Pelvic | Tetanus | ??? | PPD/Tine | Fall 2000 | Other: |
| Grav. Para A | Flu | Fall 2000 | Up to Date | | |

Glasgow Coma Scale (GCS)

| Adult | | | Pediatrics | |
|---|---|---|---|---|
| Spontaneous | 4 | Eye Opening | Spontaneous | 4 |
| Voice | 3 | | Voice | 3 |
| Pain | 2 | | Pain | 2 |
| None | 1 | | None | 1 |
| Obeys | 6 | Motor Response | Norm. Spont. Mvmt. | 6 |
| Localizes Pain | 5 | | Withdraws from touch | 5 |
| Withdraws to Pain | 4 | | Withdraws from Pain | 4 |
| Flexion | 3 | | Abnormal Flexion | 3 |
| Extension | 2 | | Abnormal Extension | 2 |
| None | 1 | | None | 1 |
| Oriented | 5 | Verbal Response | Coos, babbles | 5 |
| Confused | 4 | | Irritable/Cries | 4 |
| Inappropriate | 3 | | Cries to Pain | 3 |
| Incomprehensible | 2 | | Moans to Pain | 2 |
| None | 1 | | None | 1 |

15

Health & Social History P – Personal F – Family

(Check all that apply)

| P | F | | P | F | |
|---|---|---|---|---|---|
| | | Diabetes | | | Heart Attack |
| | | Artery Disease | | | Alcohol |
| | | Cancer | | | Tobacco |
| | | High Blood Pres. | | | Drugs |
| | | Stroke | | | Caffeine |
| | | | | | Other: Chronic back pain |

Unknown

Surgeries: None

Nurse Signature:

IT NO. 92388 | MEDICAL RECORD NO. 000104551 | FINANCIAL TYPE WORK COMP | RELIG... IER | MODE OF ARRIVAL | REGISTRATION DATE 05/22/01 | TIME 20:41 | REGISTERED BY WR

PATIENT NAME LESTER CHRISTOPHER WAYNE | AGE 29 | DATE OF BIRTH [redacted]/71 | SEX MALE | RACE WHITE | MARITAL STATUS MARRIED | SOCIAL SECURITY NO. [redacted]3340

MAILING ADDRESS PO BOX 1113 | COUNTY OF RESIDENCE BOONE | NOTIFY IN CASE OF EMERGENCY LESTER CHARLES(DAD) | RELATIONSHIP DEBT

HOME ADDRESS | HOME PHONE 304-369-6657 | EMERGENCY CONTACT'S ADDRESS | STATE | ZIP CODE

CITY DANVILLE | STATE WV | ZIP CODE 25053 | ADMIT TYPE EMERGENCY | EMPLOYMENT D & M TRUCKING | PHONE

FATHER'S NAME (IF MINOR) | ADMIT SOURCE EMER ROOM | MOTHER'S NAME (IF MINOR)

GUARANTOR'S NAME LESTER CHRISTOPHER WAYNE | PATIENT'S RELATIONSHIP TO GUARANTOR SELF | EMPLOYMENT STATUS FULL TIME | EMPLOYEE I.D. NO.

GUARANTOR'S MAILING ADDRESS PO BOX 1113 | GUARANTOR'S HOME PHONE 304-369-6657 | EMPLOYER'S NAME D & M TRUCKING | EMPLOYER'S PHONE

GUARANTOR'S HOME ADDRESS | GUARANTOR'S SOCIAL SECURITY NO. [redacted]3340 | EMPLOYER'S LOCATION: STREET, CITY, STATE, AND ZIP CODE

GUARANTOR'S CITY DANVILLE | STATE WV | ZIP CODE 25053-111 | GUARANTOR NO. 0009467

SPOUSE INFO: NAME | SOCIAL SECURITY NO. | ADDRESS | RES. PHONE | EMPLOYMENT | JOB PHONE

GUARANTOR'S EMPLOYER'S NAME D & M TRUCKING | GUARANTOR'S EMPLOYER'S PHONE

GUARANTOR'S EMPLOYER'S LOCATION: STREET, CITY, STATE AND ZIP CODE

PRIMARY INS. CO. NAME COMP/PRO FEE | POLICY HOLDER LESTER CHRISTOPHER W SR | INSURED RELATION SELF | POLICY NO. [redacted]3340

GROUP POLICY NAME COMP | GROUP POLICY NO. 2000046841 | COMMENTS

SECONDARY INS. CO. NAME COMP/UB | POLICY HOLDER LESTER CHRISTOPHER WAYNE | INSURED RELATION SELF | POLICY NO. [redacted]

GROUP POLICY NAME COMP | GROUP POLICY NO. 2000046841 | COMMENTS

TERTIARY INS. CO. NAME | POLICY HOLDER | INSURED

GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS

DICARE NO. | MEDICAID NO. | LAST T.T. | LMP | PARITY | WT.

LERGIES

CHIEF COMPLAINT LOW BACK PAIN | TRIAGE 1 ☐ 2 ☐ 3 ☐ 4 ☐

LONG WEN
M.D. | PVT M.D. | ER M.D. EVAL | TIME: | B/P | P | R | T | GCS | PAIN

TIME NOTIFIED | TIME NOTIFIED | TIME:

NURSING ASSESSMENT | MEDICINES | PMH

NURSES NOTES:

INT

PHYSICAL HISTORY: ☐ DICTATED

Thaopt states he has LBP. Hx c Dr. Snyder and Dr. Shidonhe received back shot, and then take oxycodone 40 Tid. states it does not touch it [illegible] LBP

ROS: DERM ☐ GU ☐ GI ☐ COR ☐ RESP ☐ ENT ☐ MUSC ☐ NERV ☐ OPHTH ☐

PHYSICAL EXAM

[illegible]

HEENT: unremarkable

neck: supple

[illegible]

Heart: S1 S2, HR regular.

abdomen soft. tenderness [illegible]

extremities: normal

CNS: conscious. [illegible]

500688.015.0350

BOONE MEMORIAL HOSPITAL MADISON WV 25130 -

# EMERGENCY DEPARTMENT

## Nursing Progress Notes

CHART COPY

| MD TIME OR ORDERS | MEDS | PHYSICIANS ORDERS | SITE | TIME DONE | INITIALS |
|---|---|---|---|---|---|
| | | Demerol 50 mg } im | | | |
| | | Vistaril 50 mg | | | |
| | | X1dose. | | | DBm |

LAB: [ ] CBC [ ] UA [ ] CHEM 6 [ ] CREATININE [ ] URIC ACID [ ] CALCIUM [ ] T. BIL [ ] T. PROTEIN [ ] ALBUMIN [ ] ALT [ ] AST [ ] LDH [ ] CK [ ] PHOS [ ] TGL [ ] CHOL [ ] ALK PHOS [ ] CKMB [ ] THEO [ ] DILANTIN [ ] PHENOBARB [ ] DIGOXIN [ ] ACETAMIN

[ ] EKG [ ] DRUG SCREEN [ ] ETOH [ ] STREP SCREEN [ ] GC CULTURE [ ] CHLAMYDIA SCR [ ] KOH SMEAR [ ] NaCl SMEAR [ ] SPUTUM CULTUR [ ] HEMOCCULT [ ] AMYLASE [ ] BLOOD C/SX [ ] PT [ ] PTT [ ] ____ [ ] ____ [ ] ____ [ ] ____ [ ] ____ [ ] ____ [ ] ____ [ ] ____ [ ] ____ [ ] ____

TIME/INITIALS:

X-RAY / OTHER DIAGNOSTICS: [ ] CHEST [ ] FLAT & UPRIGHT ABDOMEN [ ] SKULL [ ] LUMBAR SPINE [ ] CERVICAL SPINE

| TIME | TREATMENTS & PROCEDURES | SIGNATURE | RESPONSE |
|---|---|---|---|
| 10:01 | Discharge Instructions taught, signed & copy to pt. Rates pain @ "10" + pain medication given 5 min ago. VSS. | | [signature] |

MONITOR STRIP INTERPRET:

X-RAY INTERPRET

EKG INTERPRET

LAB RESULTS CHEM 6 CK CKMB LDH

OTHER

URINALYSIS: SG ____ CHEM ____ WBC ____ RBC ____ BACTERIA ____ NITRITE ____

ABG pH / $pCO_2$

Discharge Instructions:
① Flu ECP
② call or come if not better
③ Continue home meds

After discharge care sheet: [✓] Yes [ ] No Time Out 10:0[illegible]

Course of Patient in Emergency Dept: [✓] Unremarkable [ ] Unimproved [ ] Expired

Condition On Discharge: [ ] Excellent [✓] Good [ ] Fair [ ] Poor

Disposition of Case: [ ] Admitted [✓] Home [ ] Transferred Other

REFERRED TO DR. | NURSE SIGNATURE [signature] | DIAGNOSTIC IMPRESSION LBP

DISCHARGE CONDITION | DOCTOR SIGNATURE [signature]

| PATIENT NO. | MEDICAL RECORD NO. | FINANCIAL TYPE | RELIGION | MODE OF ARRIVAL | REGISTRATION DATE | TIME |
|---|---|---|---|---|---|---|
| 0692388 | 000104551 | WORK COMP | OTHER | | 05/22/01 | 20:41 |

| PATIENT NAME | AGE | DATE OF BIRTH | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|---|
| LESTER CHRISTOPHER WAYNE | 29 | [redacted]/71 | MALE | WHITE | MARRIED |

PATIENT

MAILING ADDRESS: PO BOX 1113
COUNTY OF RESIDENCE: BOONE
NOTIFY IN CASE OF EMERGENCY: LESTER CHARLES(DAD)
RELATIONSHIP: DEBT
HOME ADDRESS:
HOME PHONE: 304-369-6657
EMERGENCY CONTACT'S ADDRESS:
STATE:
CITY: DANVILLE STATE: WV ZIP CODE: 25053
ADMIT TYPE: EMERGENCY
EMPLOYMENT: D & M TRUCKING
PHONE:
FATHER'S NAME (IF MINOR):
ADMIT SOURCE: EMER ROOM
MOTHER'S NAME (IF MINOR):



500688.015.0352

ADMISSION
**BOONE MEMORIAL HOSPITAL**
701 MADISON AVENUE
MADISON, WEST VIRGINIA 25130

SERVICE: MEDICAL
F/C: PEIA
MED. REC. NO.: 000104551
TYPE: IN - PATIENT
ROOM NO.: 22

PATIENT INFORMATION:
LESTER CHRISTOPHER WAYNE
PO BOX 1113
DANVILLE WV 25053

SOC. SEC. NO.: [redacted]3340
RACE: WHITE
MARITAL STATUS: MARRIED
SEX: MALE
RELIGION: OTHER
AGE: 028
DATE OF BIRTH: 12/23/1971
PLACE OF BIRTH:
FATHER'S NAME:
MOTHER'S NAME:

ADMITTING PHYSICIAN: SNYDER JOHN MARK
ARRIVED BY:
ADMITTED BY: CSH
DISCH'GED:
DATE: 11/30/00
TIME: 11:34:52

BALANCE DUE:
ADMITTING DIAGNOSIS: Contusion Thoracic Spine c Intractable Pain
LENGTH OF STAY: DAYS

PERSON RESPONSIBLE FOR BILL:
LESTER CHRISTOPHER WAYNE
PO BOX 1113
DANVILLE WV 25053
PHONE NO. 304-369-6657

PATIENT OCCUPATION/EMPLOYER & ADDRESS: D & M TRUCKING
SPOUSE: LESTER APRIL
SPOUSE EMPL:
PHONE NO.: - -

NOTIFY IN CASE OF EMERGENCY: LESTER CHARLES(DAD)
RELATIONSHIP:
PHONE NO.: 304-369-2432

| NAME OF INSURANCE CO.: | POLICY NO.: | GROUP NO.: | SUBSCRIBER: |
|---|---|---|---|
| PEIA/ACORDIA | [redacted]9969 | WVA PEIA | LESTER APRIL |
| | | | |
| | | | |

| MEDICARE NO.: | EFFECTIVE DATE: | MEDICAID NO.: | ADDITIONAL COMMENTS: |
|---|---|---|---|
| | | | |

MEDICAL RECORDS

BOONE MEMORIAL HOSPITAL
HISTORY AND PHYSICAL

PATIENT NAME: LESTER, CHRISTOPHER MR#: 104551 DATE: 11/30/2000
PHYSICIAN: J. MARK SNYDER, D.O.

CHIEF COMPLAINT: Back pain.

HISTORY OF CHIEF COMPLAINT: Mr. Lester is a 28-year-old white male with a history of chronic low back and leg pain secondary to compensable injury. He was walking down steps when his right leg gave out from under him, and he fell backwards, striking his back on the steps. He immediately had severe pain in his back with difficulty walking. He came directly to the emergency room. The states the pain is in the middle to low back, no radiation, no progressive weakness in his legs. He experienced no incontinence.

PAST MEDICAL HISTORY: Significant for chronic low back and left shoulder pain secondary to work injuries. Negative for known history of myocardial infarction, stroke, cancer, or diabetes. He has been recently suffering from some depression.

ALLERGIES: ALLERGIES GIVEN AS NONE.

MEDICATIONS: Oxy-Contin 20 mg two times per day to three times per day, Vicodin prn severe pain, Paxil 20 mg once daily, Ativan prn.

SOCIAL HISTORY: The patient is a nonsmoker and nondrinker. He is married and lives with his wife and one child.

FAMILY HISTORY: Noncontributory.

REVIEW OF SYSTEMS: Consistent with above.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE: An alert and oriented white male in moderate pain.
VITAL SIGNS: Stable.
SKIN: Warm and dry with adequate turgor, no abnormal lesions.
HEENT: Within normal limits.
NECK: Supple.
LUNGS: Lung fields were clear.
HEART: Regular.
ABDOMEN: Obese. Active bowel sounds.
EXTREMITIES: Present times four with no cyanosis, deformity, or edema. He had limited motion of the left shoulder, especially internal and external rotation. He had difficulty with straight leg raising. The deep tendon reflexes were symmetrical.
BACK: Examination of the back shows no outward contusions. There is point tenderness down the lower dorsal spine.
NEUROLOGIC: The patient is alert and oriented to person, place, and time with no focal lateralizing signs.

Continued ...

DOCTOR'S OFFICE COPY

HISTORY AND PHYSICAL

BOONE MEMORIAL HOSPITAL
HISTORY AND PHYSICAL

PATIENT NAME: LESTER, CHRISTOPHER MR#: 104551 DATE: 11/30/2000
PHYSICIAN: J. MARK SNYDER, D.O.

CONTINUATION- PAGE 2

LABORATORY DATA: X-rays suggest a wedge deformity of T11, unsure if it is new or old.

ASSESSMENT:
1. Severe back contusion.
2. Underlying chronic low back and shoulder pain.

PLAN: Admission for pain control, physical therapy as necessary.

J. MARK SNYDER, D.O.

JMS:mrs/MT
D: 12/31/2000
T: 12/31/2000

DOCTOR'S OFFICE COPY

**BOONE MEMORIAL HOSPITAL**
**DISCHARGE SUMMARY**

**PATIENT NAME:** LESTER, CHRISTOPHER **MR#:** 104551 **PHYS:** SNYDER
**DATE OF ADMISSION:** 11/30/2000 **DATE OF DISCHARGE:** 12/04/2000

**PERTINENT LABORATORY, ELECTROCARDIOGRAM, AND X-RAY FINDINGS:** The chest x-ray on admission was negative. X-ray of the dorsal spine suggested a wedge deformity at T11, not sure if it is old. The left rib study was negative, right rib study was negative. Lumbar spine x-rays were negative. Cervical spine x-rays were negative. The urinalysis was clear.

**COURSE IN THE HOSPITAL:** The patient was admitted to the general medical floor. He was given Oxy-Contin 10 mg three times per day along with Elavil 25 mg at hour of sleep, Paxil 20 mg daily, Demerol 50 mg intravenous every 4-6 hours, Ativan 0.5 mg two times per day. Over the course of the next couple of days, his pain very gradually resolved to the point of tolerable with medications. He developed a productive cough and was placed on Alupent. When stable and ambulatory, he was discharged to home to continue rest. He will continue Oxy-Contin at 40 mg three times per day, Vicodin ES to supplement Oxy-Contin if necessary for pain. He will be maintained on a Z-Pak. He will use his regular medications. He is re-appointed to follow up with me in the office in seven days.

J. MARK SNYDER, D.O.

JMS:mrs/MT
D: 12/31/2000
T: 12/31/2000

DOCTOR'S OFFICE COPY

Addressograph Stamp
06749?24 04551 22
LESTER CHRISTOPHER 11/30/..
PO BOX 1113 369-6657
DANVILLE WV 25053
-3340 AGE 28 /71

Boone Memorial Hospital
**DISCHARGE INSTRUCTION SHEET**
DATE:

RECEIVED DEC 0 5 2000

**DIET:** Follow Instructions Checked

- ☐ Regular
- ☐ Caloric
- ☐ Caloric Diabetic ______
- ☐ Soft
- ☐ Liquid
- ☐ Low Fat
- ☐ Avoid Spicy Food, Alcohol, Tobacco
- ☐ Low Salt Diet
- ☐ Other: ______

**ACTIVITY:**

- ☐ Normal, unrestricted
- ☐ Bedrest
- ☐ May go back to work on: Date: ______
- ☐ No lifting, straining
- ☐ Avoid intercourse till further instruction
- ☐ Encourage as tolerated
- ☐ May not go back to work
- ☐ Limit to: ______

**WOUND CARE:**

**Call your doctor if you suspect wound infection (fever, redness, pain, drainage)**

- ☐ Keep wound clean and dry
- ☐ Change dressings ☐ Daily ☐ Twice a Day ☐ Three times a Day ☐ As needed
- ☐ Apply medication to wound as ordered: ______

**MEDICATION:**

- ☐ Medication you take may make you drowsy. DO NOT drive or operate machinery.
- ☐ Do not drink alcohol beverages or take other sedatives, tranquilizers without your doctors recommendation.
- ☐ Do not take aspirin or any medication which contains aspirin (including Anacin, Bufferin, Alkaseltzer). Ask for your doctor's recommendation.
- ☐ You are on the following medications:

| Medication | Strength | Dosage | Frequency |
|---|---|---|---|
| [illegible] | [illegible] | 3 times [illegible] | |
| Vicodin ES | One [illegible] | as needed | |
| [illegible] | as [illegible] | | |
| [illegible] | NOT [illegible] | [illegible] day | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

☐ Other Instruction: ______

**FOLLOW-UP INSTRUCTIONS:**

- ☐ Return to hospital
- ☐ Appt. to See Dr. ______
- ☐ See Dr. [illegible]
- ☐ No appointment needed

On: ______ At: ______ ☐ a.m. ☐ p.m.
On: ______ At: ______ ☐ a.m. ☐ p.m.
In 7 days. Call 369-[illegible] for appt.

Your Signature: [signature]
I understand and have received a copy of these instructions.

Physician's Signature: ______ Nurse Signature: [signature]

# BOONE MEMORIAL HOSPITAL

Pt. Name: Lester Chris
Triage Time: 11:20 AM
Date: 11-30-00
Mode of Arrival: [illegible]
Known Allergies: NKA
Family Physician: Snyder
Time Dr. Notified: ______

Chief C/O: walking down [illegible] & leg went out & [illegible] under him. Pain [illegible] back rad to Lt. [illegible] Rt. Shoulder

*RN SITE ASSESSMENT:*
Duration/Onset of Chief C/O: Lt. rotator cuff

PMH: old comp fx [illegible]

Nursing Observations:
*Wound-Incision Drainage/Discharge*

| Color | Amount | Odor | Swelling |
|---|---|---|---|
| | | | |

*Skin/Color (Circle all that apply)*

| Normal | Pale | Dusky | Cyanotic |
|---|---|---|---|
| Warm | Dry | Hot | Moist |
| Cold | Clammy | Flakey | |

*Pain Scale*
1 2 3 4 5 6 7 8 9 10

V/S BP 148/98 T 97.5 P 88 R 20 Initials [illegible]

*Triage Level:* Please check one (Determines Priority Level)

| *Level I* | *Level II* | *Level III* | *Level IV* |
|---|---|---|---|
| Illness or injury likely to cause permanent brain injury or death within 1 hr. | Illness or injury likely to produce permanent organ injury or death with 24 hr – almost always requires lab & X-rays. | Illness or injury causing damage or suffering if not treated in 24 hr – Often needs lab & X-ray. | Stable in nature and could be treated in a physician's office. |

Glascow Coma Scale (GCS)

| ADULT | | | PEDIATRICS | |
|---|---|---|---|---|
| Spontaneous | 4 | Eye Opening | Spontaneous | 4 |
| Voice | 3 | | Voice | 3 |
| Pain | 2 | | Pain | 2 |
| None | 1 | | None | 1 |
| Obeys | 6 | Motor Response | Norm Spont. Mvmt. | 6 |
| Localizes Pain | 5 | | Withdraws from touch | 5 |
| Withdraws to Pain | 4 | | Withdraws to Pain | 4 |
| Flexion | 3 | | Abnormal Flexion | 3 |
| Extension | 2 | | Abnormal Extension | 2 |
| None | 1 | | None | 1 |
| Oriented | 5 | Verbal Response | Coos, babbles | 5 |
| Confused | 4 | | Irritable/Cries | 4 |
| Inapprop. | 3 | | Cries to Pain | 3 |
| Incomprehensible | 2 | | Moans to Pain | 2 |
| None | 1 | | None | 1 |

*RN Signaure:* [signature] RN

***Interim Nursing Assessment Documentation***
*(Document and Time: treatments, procedures, observations, assessments, & unusual events)*

Oxycontin 20 bid
Elavil 25 hs
Paxil 20 bid

(See nurse narrative pg for additional not

***Discharge Triage***
Time:_____ BP_____ T_____ P_____ Resp:_____ Instructions Given: ___yes ___No Improvement Seen? ___yes ___No
Disposition of Patient:______
Pain Scale:
1 2 3 4 5 6 7 8 9 10

Nurse Signature:______

BOONE MEMORIAL HOSPITAL MADISON, WV 25130

PATIENT NO. 0674824 | MEDICAL RECORD NO. 000106551 | FINANCIAL TYPE WORK COMP | RELIGION OTHER | MOT | ARRIVAL | REGISTRATION DATE 11/30/01 | TIME 11:34 | REGISTERED

**PATIENT**

PATIENT NAME: LESTER CHRISTOPHER WAYNE | AGE 28 | DATE OF BIRTH [redacted]/71 | SEX MALE | RACE WHITE | MARITAL STATUS MARRIED | SOCIAL SECURITY NO. [redacted]334

MAILING ADDRESS: PO BOX 1113 | COUNTY OF RESIDENCE: BOONE | NOTIFY IN CASE OF EMERGENCY: LESTER CHARLES(DAD) | RELATIONSHIP

HOME ADDRESS | HOME PHONE: 304-369-6657 | EMERGENCY CONTACT'S ADDRESS | STATE | ZIP CODE

CITY: DANVILLE | STATE: WV | ZIP CODE: 25053 | ADMIT TYPE: ELECTIVE | EMPLOYMENT: D & M TRUCKING | PHONE

FATHER'S NAME (IF MINOR) | ADMIT SOURCE: EMER ROOM | MOTHER'S NAME (IF MINOR)

**GUARANTOR**

GUARANTOR'S NAME: LESTER CHRISTOPHER WAYNE | PATIENT'S RELATIONSHIP TO GUARANTOR: SELF | EMPLOYMENT STATUS: FULL TIME | EMPLOYEE I.D. NO.

GUARANTOR'S MAILING ADDRESS: PO BOX 1113 | GUARANTOR'S HOME PHONE: 304-369-6657 | EMPLOYER'S NAME: D & M TRUCKING | EMPLOYER'S PHONE

GUARANTOR'S HOME ADDRESS | GUARANTOR'S SOCIAL SECURITY NO. [redacted]-3340 | EMPLOYER'S LOCATION, STREET, CITY, STATE, AND ZIP CODE

DANVILLE | STATE: WV | ZIP CODE: 25053-1111 | GUARANTOR NO. 0009467

GUARANTOR'S EMPLOYER'S NAME: D & M TRUCKING | GUARANTOR'S EMPLOYER'S PHONE

GUARANTOR'S EMPLOYER'S LOCATION, STREET, CITY, STATE AND ZIP CODE

**SPOUSE INFO**: NAME | SOCIAL SECURITY NO. | ADDRESS | RES. PHONE | EMPLOYMENT | JOB PHONE

**INSURANCE**

PRIMARY INS. CO. NAME: COMP/PRO FEE | POLICY HOLDER: LESTER CHRISTOPHER W | INSURED RELATION: SELF | POLICY NO. [redacted]3340

GROUP POLICY NAME | GROUP POLICY NO. 2000046841 | COMMENTS

SECONDARY INS. CO. NAME: COMP/UB | POLICY HOLDER: LESTER CHRISTOPHER W | INSURED RELATION: SELF | POLICY NO. [redacted]3340

GROUP POLICY NAME | GROUP POLICY NO. 2000046841 | COMMENTS

TERTIARY INS. CO. NAME | POLICY HOLDER | INSURED

GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS

MEDICARE NO. | MEDICAID NO. | LAST T.T. | LMP | PARITY | WT.

ALLERGIES

CHIEF COMPLAINT: FALL BACK PAIN

CHANAA ZIA

R.M.D. | PVT M.D.

**PHARMACY**

IV Start Pack ____
Clear Cath ____
J-Loop ____
Pump Set (Non-Filtered) ____
Pump Set (W/Filter) ____
Pump Charge ____
Control A Flow ____
Secondary Set ____
Vented Sol Set (Micro-Drip) ____
Blood Set ____
Interlink Inj Site ____
Irrigation Cap ____
Spike Adapter ____
Y-Type Adapter Set ____
Other ____

**CENTRAL SUPPLY**

Pelvic Exam ____
Rectal Exam ____
Laceration (Minor) ____
Laceration (Major) ____
Urinalysis—Mid Stream, Fem. Cath, St. Cath.
Foley Tray ____
Eye Irrigation ____
02 ____
Nebulizer Tx ____
GI or OD ____
Burn ____

Other ____

# PHYSICIAN'S ORDER SHEET

ORDERS: Another brand of a generically equivalent product identical in dosage form and content of active ingredient may be administered unless checked.

PATIENT IDENTIFICATION BELOW

Christopher Lester

674824

22

| DATE | START |
|---|---|
| 11/30/00 | Admit to: Acute Care, Snyders Service |
| | Dx: Contusion Thoracic region ē intractable pain |
| | Condition: Stable |
| 1400 | Allergy: Demes |
| TIME | Vitals: Q2H X4 then protocol all ē pulse OX |
| A.M. P.M. | Activity: Bedrest ē bedside commode |
| | Diet: Regular |
| | IV: Maintain medlock |
| | Meds: ① Oxycontin, 20mg TID |

DRUG ALLERGIES Demes

1 Be sure No. shows before writing

**START NEW ORDERS BELOW**

| DATE | START |
|---|---|
| | ② Elavil, 25mg QHS |
| | ③ Paxil, 20mg BID |
| | ④ Demerol, 50mg IVP Q4-6H PRN pain (severe) |
| | ⑤ Colase, 100mg BID |
| TIME A.M. P.M. | ⑥ Ativan, 0.5mg BID |
| | [signature] PA-C |

Imprint Patient Name Here

DRUG ALLERGIES

2 Be sure No. shows before writing

**START NEW ORDERS BELOW**

| DATE | START |
|---|---|
| TIME A.M. P.M. | |

Imprint Patient Name Here

DRUG ALLERGIES

3 Be sure No. shows before WRITING

**BOONE MEMORIAL HOSPITAL** MAD... .N, WV 25130

**CLINIC**
**Nursing Progress Notes** #3

CHART COPY

WT. TRIAGE LEVEL III

T. P. R. LMP.

BP GCS PAINSCALE

SUBJECTIVE FINDINGS/CHIEF COMPLAINT

CHECK IF NEGATIVE: ROS, DERM, GU, GI, COR, RESP, ENT, MUSC, NERV, OPHTH

OBJECTIVE FINDINGS/EXAMINATION:

TIME PHYSICIAN NOTIFIED:

TIME SEEN: 1140

| MD TIME OF ORDERS | MEDS | PHYSICIANS ORDERS | SITE | TIME DONE | INITIALS |
|---|---|---|---|---|---|
| | | Demerol 75mg IM Rt. glut. | 12 | P | RK |
| 1330 | – | Toradol 60mg IM | (R) hip | 1400 | TMW |
| | – | Vistaril 50mg | | | |

DIAGNOSTIC STUDIES
C-spine c/c
T-Spine
L-Spine
bil. ribs

| TIME | TREATMENTS & PROCEDURES | SIGNATURE | RESPONSE |
|---|---|---|---|
| | | | |

PROBLEM LIST:

After discharge care sheet: [ ] Yes [ ] No Time Out

Course of Patient In Emergency Dept: [ ] Unremarkable [ ] Unimproved [ ] Expired

Condition On Discharge: [ ] Excellent [ ] Fair [ ] Good [ ] Poor

Disposition of Case: [ ] Admitted [ ] Transferred [ ] Home [ ] Other

REFERRED TO DR. NURSE SIGNATURE

DISCHARGE CONDITION DOCTOR SIGNATURE

DIAGNOSTIC IMPRESSION: Contusion T-spine c intractable pain

PLAN/TREATMENT: Admit Snyder's Service

| PATIENT NO. | MEDICAL RECORD NO. | FINANCIAL TYPE | RELIGION | MODE OF ARRIVAL | REGISTRATION DATE | TIME |
|---|---|---|---|---|---|---|
| 0674824 | 000104551 | WORK COMP | OTHER | Amb | 11/30/.. | 11:34 |

PATIENT NAME: LESTER CHRISTOPHER WAYNE AGE: 28 DATE OF BIRTH: [redacted]/71 SEX: MALE RACE: WHITE MARITAL STATUS: MARRIED SOCIAL SECURITY NO: [redacted]

MAILING ADDRESS: PO BOX 1113 COUNTY OF RESIDENCE: BOONE NOTIFY IN CASE OF EMERGENCY: LESTER CHARLES(DAD) RELATIONSHIP

HOME ADDRESS HOME PHONE: 304-369-6657 EMERGENCY CONTACT'S ADDRESS STATE

CITY STATE WV ZIP CODE 25053 ADMIT TYPE: ELECTIVE EMPLOYMENT: D & M TRUCKING PHONE

PATIENT

500688.015.0361

P. 1

* * * Transmission Result Report(MemoryTX) ( May. 8. 1996 11:28PM ) * * *

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5937 | Memory TX | 13049266092 | P. 2 | OK | |

Reason for error
E.1) Hang up or line fail
E.3) No answer
E.2) Busy
E.4) No facsimile connection

MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

FAX COVER SHEET

TO: Workers Comp

FROM: Debbie / Dr. John Snyder

RE: Christopher Lester

NUMBER OF PAGES INCLUDING COVER SHEET: 2

DATE: 11-16-01

ADDITIONAL COMMENTS: Rx auth

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE 304-369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US, THANKYOU.

/3/

MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

**FAX COVER SHEET**

TO: Workers Comp

FROM: Debbie / Dr. John Snyder

RE: Christopher Lester

NUMBER OF PAGES INCLUDING COVER SHEET: 2

DATE: 11-16-01

ADDITIONAL COMMENTS: Rx auth

**CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE 304-369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US, THANKYOU.**

**MADISON MEDICAL, PLLC**
**705 MADISON AVENUE**
**MADISON, WV 25130**
**PHONE (304) 369-5170**
**FAX (304) 369-1742**

Date: 11-16-01

WV WORKER'S COMPENSATION
P.O. BOX 431
CHARLESTON,WV 25322-0431

TO WHOM IT MAY CONCERN:

Please authorize the purchase of the following medications for this patient for the treatment of his/her compensable injury.

Sincerely, Debbie

Physician: Dr. John Snyder

Patient: Christopher Lester

SSN: [redacted]3340

CLAIM NO.: 2000046841 DOI: 3-10-00

RX'S: Oxycontin 40 mg i TID

For the treatment of: 847. 0

FAXED By: DH
Date: 11/16/0

auwh/01-01-96/*6 ** .NDOR COPY ** 1024458

Bob Wise
Governor

Robert J. Smith
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

August 29, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

Re: Claim 2000046841
S.S.N.[redacted]-3340
D.O.I. 03/10/2000

PLEASE READ CAREFULLY - AUTHORIZATION WITHHELD

The request from Madison Medical/John Synder, DO, dated 08/09/2001, for Oxycontin 40mg is withheld pending detailed narrative with weaning and tapering plan previously requested by letter dated 04/02/2001.

physician was ask to submit weaning and tapering plan as authorization exceeds narcotic guidelines

If you have any questions or concerns, you may reach me at 304-926-5097.

Workers' Compensation Division
BY: Nena Peay
Claims Representative 3/Senior

CC: D & M TRUCKING CORPORATION INC
KOZAK JOHN H
RIAZ RIAZ UDDIN MD
VASS VOCATIONAL SERVICES

RECEIVED AUG 3 1 2001



MADISON MEDICAL, PLLC
705 Madison Avenue • Madison, WV 25130
Phone (304) 369-5170 • Fax (304) 369-1742

Robert B. Atkins, M.D.
Family Practice

John Mark Snyder, D.O.
General Practice

Ron D. Stollings, M.D.
Internal Medicine, Geriatrics

Barbara J. Koster, MSN-RNC
Nurse Practitioner

November 28, 2001

Acordia Of WV
1 Hillcrest Drive East
P O Box 1551
Charleston, WV 25326

SSN: [redacted]-3340
RE: Christopher Lester

To Whom It May Concern:

I am writing this letter at the request of Christopher Lester. He would like to have an evaluation for gastric bypass procedure. Chris is presently 298 pounds at a height of 5'7" with progressive low back pain for which he is under the care of compensation for. Chris has tried numerous attempts in the past to lose weight. Due to his over increasing weight complicated by severe chronic low back pain, now narcotic requiring, I would appreciate approval for surgical consult for gastric bypass procedure. I think this is a reasonable alternative for Chris

Sincerely,

John M. Snyder, D. O.
JMS:bw

**DAY SURGERY CENTER**
**HISTORY AND PHYSICAL**

**CHART # 3687**

**PATIENT:** Christopher Lester
**ADDRESS:** P. O. Box 1113
Danville, WV 25053
**PT'S DOB:** [redacted]/71

**SS#:** [redacted]3340
**DOI:** 03/10/00
**CL#:** 2000046841
**PH#:** 304-369-6657

**EXAM DATE:** February 28, 2001

**REQUESTING CONSULTING PHYSICIAN:** J. Mark Snyder, MD

**EXAMINING PHYSICIAN:** Francis M. Saldanha, MD

---

**CHIEF COMPLAINT:** Chronic low back pain, left shoulder pain, as well as some neck pain.

**HISTORY OF PRESENT ILLNESS:** Christopher Lester is a 29-year-old white male who was referred to me by Dr. Snyder. He suffered work-related injuries about a year ago. He suffered previous injuries in 1993, and was off for almost four and a half years. He was treated with trigger point injections, etc., by Dr. Nelson and eventually returned to work. He got hurt when he fell off a coal truck last March and has been under the care of Dr. Snyder. He has been off work since then. He is scheduled to follow up with Dr. Loimil regarding his left shoulder. He described chronic back pain, aggravated by increased walking, standing, twisting and bending, etc. He also noted that any range of motion involving the left shoulder girdle produced a lot of pain. He also has increasing pain in the neck.

**REVIEW OF SYSTEMS:** A review of systems indicates that he has problems with asthma. He has no hypertension, diabetes, bladder or bowel dysfunction.

**NEURORADIOLOGIC WORKUP:** His workup has been fairly extensive and it appears that his cervical and lumbar MRIs were negative for disc herniations, etc.

**PFMSH:** He used to work as a coal truck driver. He has had no surgical procedures in the past. There is no litigation pending and he does not smoke or consume alcoholic beverages.

**CURRENT MEDICATION:** His medications include OxyContin, Flexeril, Paxil and Ativan, prescribed by Dr. Snyder.

**PHYSICAL EXAMINATION:**

Vital signs: Blood pressure was 151/119, heart rate 89 and respiration 16.

Appearance and Demeanor: Friendly and cooperative.

RECEIVED NOV 1 3 2001

3/13/01

Gait: Slow and painful.

Ability to perform calf raises and squat: He cannot perform calf raises or squat.

Orientation to time, place and person: Normal.

Tests of coordination (finger/nose): Normal.

Cranial Nerves:
III, IV and VI: Normal eye movements.
V: Normal sensation over face
VII: Facial grimace, symmetrical.
VIII: No hearing impairment.
XI: Shoulder shrug equal.
XII: Tongue in the mid-line.

Stance: Painful.

Skin examined for scars, psoriasis, eczema, tattoos, etc.: Negative findings.

Cervical adenopathy: None.

Peripheral vascular system examined for edema, swelling and varicose veins: Negative findings.

Cervical/Thoracic Spine Exam:
Inspected for stiffness, torticollis, deviation, scoliosis, etc: Negative findings.

Palpated for significant tenderness of the paraspinous muscles, facet joints, spinous processes, etc.: Significant tenderness of the right paraspinous musculature.

Range of Motion: Within normal limits.

Lumbosacral Spine exam: Inspected for guarding, spasm, scoliosis, lordotic curve reduction or exaggeration, etc.: Negative findings.

Palpated for significant tenderness of the paraspinous muscles, spinous processes and facet joints: Significant tenderness of the lumbar facet joints on both sides.

Range of Motion: Significantly diminished in all directions.

Seated straight leg raising test: Negative at 90° on both sides, representing a positive Waddell's sign.

Extremities checked for muscle tone, wasting, atrophy, tremors, etc.: Negative.

Motor function checked for muscle strength in all extremities: 5/5 muscle strength in both lower extremities and the right upper extremity. There is discomfort in the left upper extremity during muscle strength examination.

Sensory function checked for perception to touch and pinwheel stimulation: Normal responses.

Reflexes including bilateral biceps, triceps, patella and ankle: Within normal limits.

**DIAGNOSIS/TREATMENT PLAN AND RECOMMENDATIONS:** Lumbar facet arthropathy and cervical strain, left shoulder arthrosis. I recommend two sessions of facet joint injections in the back and trigger point injections in the neck. I'll proceed as soon as authorization has been obtained. I will defer any treatment regarding his left shoulder to Dr. Loimil. I recommend that Dr. Snyder continue his medications after the low back injections have been completed. I feel he may be deemed as having reached MMI regarding the low back, but that decision will have to be made by Dr. Snyder and Dr. Mir. FMS/las

**Francis M. Saldanha, MD**

D: 02-28-01
T: 03-05-01
cc: Christopher Lester
J. Mark Snyder, MD
Saghir, Mir, MD
WV Workers' Compensation

**DAY SURGERY CENTER**
**PROGRESS NOTES**

**CHART # 3687**

**PATIENT:** Christopher Lester
**ADDRESS:** P. O. Box 1113
Danville, WV 25053
**PT'S DOB:** [redacted]71

**SS#:** [redacted]3340
**DOI:** 03/10/00
**CL#:** 2000046841
**PH#:** 304-369-6657

**EXAM DATE:** November 5, 2001

**REQUESTING CONSULTING PHYSICIAN:** J. Mark Snyder, MD

**EXAMINING PHYSICIAN:** Francis M. Saldanha, MD

---

**FOLLOWUP:** Christopher Lester is here for his trigger point injections. This is the last treatment. He states there is no doubt that the facet joint injections have given him good relief. I'd like to re-evaluate him in a couple of months and make a decision regarding further treatment at that time. He was discharged in good condition. FMS/las

Francis M. Saldanha, MD

D: 11-05-01
T: 11-05-01

**DAY SURGERY CENTER**
**PROGRESS NOTES**

**CHART # 3687**

**PATIENT:** Christopher Lester
**ADDRESS:** P. O. Box 1113
Danville, WV 25053
**PT'S DOB:** [redacted]/71

**SS#:** [redacted]3340
**DOI:** 03/10/00
**CL#:** 2000046841
**PH#:** 304-369-6657

**EXAM DATE:** June 20, 2001

**REQUESTING CONSULTING PHYSICIAN:** J. Mark Snyder, MD

**EXAMINING PHYSICIAN:** Francis M. Saldanha, MD

---

**FOLLOWUP:** Christopher Lester is not doing too well overall, but we are trying our best to help him. He had his facet injections performed today and he'll be back in two or three weeks for his final treatment. We'll reassess his progress at that time. FMS/las

[signature]
Francis M. Saldanha, MD

D: 06-20-01
T: 06-20-01

auth/1-4-01/*8 ** VENDOR COPY ** 1024458

Bob Wise
Governor

Robert J. Smith
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

October 17, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

Re: Claim 2000046841
S.S.N. [redacted]-3340
D.O.I. 03/10/2000

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from CHARLESTON PAIN MANA dated 10/16/2001, is Approved.

authorization for the last trigger point injection

Authorized Dates are 10/16/2001 through 01/16/2002.

Your authorization number is 300077483.

For procedures, such as surgery, that are authorized and require multiple providers, the attending physician should share the authorization number with those providers to assure payment of their bills.

If it is later determined you are not entitled to authorized services, payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date you receive this letter. You must send a written protest, along with a copy of this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233 and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston, WV 25364-4317. Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may negotiate a final settlement of any and all issues in a claim, excluding medical benefits. To inquire about settling this claim, contact Workers' Compensation Internal Management Services, Settlement Unit, at P. O. Box 3587, Charleston, WV 25336-3587.

If you have any questions or concerns, you may reach me at 304-926-5097.

Workers' Compensation Division
BY: Nena Peay
Claims Representative 3/Senior

CC: D & M TRUCKING CORPORATION INC

KOZAK JOHN H
RIAZ RIAZ UDDIN MD
CHARLESTON PAIN MANAGEMENT CONS I
VASS VOCATIONAL SERVICES

DH



JOHN D. JUSTICE, M.D.
Medical Director
Forensic Division

**FORENSIC PSYCHIATRIC INDEPENDENT MEDICAL EVALUATION**

**NAME:** Christopher Lester
**DATE OF INJURY:** 03/10/00
**CLAIM #:** 2000046841
**SS#** [redacted]3340
**DATE OF BIRTH:** [redacted]71
**AGE:** 20
**DATE(S) OF EVALUATION:** 09/18/01
**PSYCHIATRIST:** John D. Justice, M.D.

**CONSENT:** The claimant was explained the nature and purpose of the evaluation including that the examiner is a forensic psychiatrist and the examination is for Workers' Compensation in application for disability. It was explained that information given by the claimant will not be regarded as privileged and confidential and that a written report will be issued to the referring party. It was explained that in the case of litigation I may be called to testify as to information gathered during the course of this evaluation, that the examination does not constitute a physician/patient relationship. The claimant consented to the examination.

Opinions are expressed to a reasonable degree of medical certainty and are based on the information available at the time of dictation. Opinions may change, based on additional information.

**QUALIFICATIONS OF THE EXAMINER(S):**
**John D. Justice, M.D.**
1) President, CEO, and Medical Director, WV Psychiatric and Forensic Services
2) Attending Physician and Medical Director, Thomas Memorial Hospital
3) Forensic Fellowship Training University of Florida
4) Diplomate American Board of Psychiatry and Neurology
5) Diplomate Added Qualifications Examination in Forensic Psychiatry
6) American College of Forensic Examiners
7) Licensed to practice medicine in West Virginia, Florida and Pennsylvania

RECEIVED NOV - 1 2001

West Virginia Psychiatric Services

400 Division Street, Suite 14
So. Charleston, WV 25309

304-766-4421
Fax 304-766-4461
Jjusticemd@aol.com

Page 2 - Psychiatric IME Evaluation
RE: Christopher Lester
Date: 09/18/01

8)Member of the American Psychiatric Association, American Medical Association, American Academy of Psychiatry and Law.
9)Clinical Faculty West Virginia University School of Medicine, Director of Forensic Psychiatry Education Program, Charleston Division
10)Clinical Faculty Forensic Psychiatric Fellowship West Virginia School of Medicine, Department of Behavioral Medicine and Psychiatry, Morgantown Division
11)Adjunct Faculty, Mental Health Law, West Virginia University College of Law

**REVIEW OF RECORDS:** I reviewed the accompanying medical records and past medical/psychiatric records in their entirety.

The forensic psychiatric examination consists of taking the history of the accident, including past medical history, family history, and social history. In addition a mental status examination was performed. This consisted of a face to face qualitative mental status examination, as well as the administration of standardized mental test instruments. Finally, available medical records were reviewed, data analyzed, and findings reduced to a report.

**CHIEF COMPLAINT:** Mr. Lester reports chronic pain in his low back, left shoulder, neck, numbness in his legs, crying spells, irritability and feeling worthless.

**HISTORY OF PRESENT ILLNESS:** This is a 29 year old married male who was injured March 10, 2000 when he was employed as a truck driver. He stated "I got on the truck, I fell backwards and hit the back of my head on the cinder. I woke up wondering what I was doing under the truck. I was told I was unconscious for 45 to 55 minutes".

He identified hitting his head on a truck which was parked beside his truck. He reported injuring his left shoulder, his back and his right neck.

Since the injury of 03/10/00 he has experienced chronic back pain, recurring headaches and the buckling of his legs. He stated "Last November I fell and broke four ribs. One month ago I fell and bruised my left hip. I have trouble with my legs going numb".

The claimant has received medical intervention from Dr. Snyder including physical therapy, utilization of a cane, analgesics, treatments of a narcotic and non-narcotic nature, muscle relaxants, and radiological evaluation. An audiogram showed some hearing loss bilaterally but no evidence of fracture or direct injury to the internal canal. MRI of the shoulder was negative. Previous injury of T11-12 fracture was noted in 1994. X-rays of the left shoulder and acromioclavicular joint were done and read as being normal. MRI of the cervical and lumbar spine were read as negative for disc herniation. Nerve conduction studies of the upper extremity by Dr. Pratt were negative. MRI of the left shoulder showed no evidence of pathology. Finally, the claimant has been treated by Dr. Saldanha at the pain clinic who recommended facet joint injections to the low back and trigger point injections for the neck. Lastly, he was seen by Dr. Mir on 06/26/01 who diagnosed cervicodorsal and left scapular strain with cervical root irritation, lumbosacral strain, sprained left shoulder and AC joint, blunt trauma to the left rib cage, sprain of left knee, cerebral concussion. He opined the claimant would benefit from vocational rehabilitation with an FCE

**West Virginia Psychiatric Services**

400 Division Street, Suite 14
So. Charleston, WV 25309

804-766-4421
Fax 804-766-4461
Jjusticemd@aol.com

500688.015.0374

recommended. He felt the claimant was not totally disabled and had reached a maximum degree of medical improvement from a physical perspective.

It is noted that the claimant had an injury in 1994, a T11-12 fracture, and subsequently missed three years of work. He had an 11% impairment award from this injury.

From a psychiatric/psychological standpoint Mr. Lester reports depressed mood state, decreased disruptive sleep of 2-3 hours per night, fluctuating appetite, decreased energy, increased crying spells, increased irritability, and passive suicidal ideation. He had a plan to shoot himself in the past with a gun but did not do it secondary to thoughts of his children. He notices that he is easily irritated, especially around large noises. He identified being able to cope better with decreased irritability and improved mood state to some extent with antidepressant medication. He reports some difficulty with attention, concentration and forgetfulness. Mr. Lester stated "I have been going to the pain clinic but it doesn't help. I get irritable and depressed. I accidentally use the bathroom on myself. I have been on Paxil, Valium, Pamelor, Vistaril, now I am on Effexor and if it doesn't work any better we are going to have to change the medication".

Mr. Lester was seen for Social Security Administration evaluation and reconsidered and subsequently granted benefits on August 6, 2001. Recommendations were in large part related to the evaluations of Riaz Riaz, M.D., Psychiatrist, and Mari Sullivan-Walker, MA, Licensed Psychologist. It was opined by those evaluators that the claimant had a diagnosis of major depressive disorder, severe, generalized anxiety disorder and borderline intellectual functioning. It was felt that he was unable to obtain sustained gainful employment due to his psychiatric and physical problems. Intellectual testing by Dr. Riaz and Associates revealed an IQ score of 79 (April 9, 2001 evaluation). Verbal score was 85, performance score of 76. **(This is inconsistent with the current intellectual functioning results of 09/18/01 which revealed a full scale IQ of 90, verbal IQ of 81 and performance IQ of 103).** Nevertheless, the claimant was diagnosed by those evaluators as having borderline intellectual functioning and a learning disorder NOS. It was further opined by Dr. Riaz that the claimant was unable to follow work rules related to coworkers, deal with the public, utilize judgement, interact with supervisors, deal with work stressors or function independently. Therefore, it was ruled the claimant had marked restrictions of activities of daily living.

**REHABILITATION AGENCY INVOLVEMENT:** The claimant was released to light duty work, however, the employer stated that he did not currently have light duty positions available (04/18/00). He was referred to rehab services on 04/02/00.

**PERSONAL HISTORY:** The claimant does not use alcohol or illicit drugs in an abusive or dependent fashion. He denied smoking tobacco. Activities of daily living are described as dependent on his spouse with her assisting him in grooming and dressing, preparing and obtaining food. He reports he cannot perform basic physical activities for any length of time due to pain with squatting and twisting. He reports difficulty with thinking, understanding, emotional functions, communication, sensory feeling in his legs and back, hand functions including grasping, travel, home care, sleep and recreational activities. He attempted to fish but it hurt his back. He will occasionally go to church but he does not like being around other people. He reports significant decreased libido since his injury. Past trauma history is significant for

400 Division Street, Suite 14
So. Charleston, WV 25309

304-766-4421
Fax 804-766-4461
Jjusticemd@aol.com

a house fire, motor vehicle accident, death of his sister, mother and father-in-law, injury on the job and a home accident. The claimant perceives himself as 100% disabled with regard to family home responsibilities, recreation, occupation, sexual behavior, 90% disabled in self care and life support activity and 80% disabled with regard to social activity.

**PAST MEDICAL HISTORY:** Past medical history is significant for injury to his back, neck, shoulders and cerebral concussion on 03/10/00. The claimant also has a history of a thoracic spine injury in 1994.

**CURRENT TREATING PHYSICIANS:** Dr. Riaz Riaz, psychiatrist; Dr. Snyder.

**PAST PSYCHIATRIC HISTORY:** Mr. Lester reports preexisting psychological counseling regarding marital issues in 1992. Family history of psychiatric illness is unremarkable. He has been in treatment with Riaz Riaz, M.D., psychiatrist, since April 9, 2001 as well as in counseling. He reports he has had minimal benefit as a result of psychiatric medication and therapy. Past inpatient psychiatric history is unremarkable.

**CURRENT MEDICATIONS:** Oxycontin, Flexeril, Pamelor, Effexor 75 mg "2-3 times a day", Vistaril.

**ALLERGIES:** No known drug allergies.

**PRIOR WORK RELATED INJURIES:** 08/10/94 back injury 10% award; 02/10/01 back, neck, shoulder, head 20% award.

**DEVELOPMENTAL HISTORY/HISTORY OF FAMILY OF ORIGIN/SOCIAL HISTORY:** Claimant is married to his 28 year old wife, April, of 6-1/2 years. He lives at home with his wife, his son, Christopher, age 4, and his son, Samuel, age 2. His daughter, Kendall Blankenship, age 7, lives with him part-time. He provides a past history of being diagnosed with a learning disability, however, not until February 2001. He denied psychiatric symptoms prior to that following his injury. He has been married on two occasions. Family history of psychiatric illness is denied. Childhood was described as stable without physical, sexual or emotional abuse. Recent stressful events have included his daughter moving to South Carolina, serious arguments in the home, death of family members, bad behavior of family members, personal injury, sexual difficulties, disability and financial stress. Claimant was born in Madison, raised in Hewett, West Virginia. Parents are living. He has one brother and four sisters. He is the youngest child. He completed the 12th grade and received a diploma with a 2.58 grade point average. He reports allergies to dogs, cats and dust mites. Past military history is unremarkable. Past legal history is reported as "harassment".

Mr. Lester has received training in emergency medical technology and electrical building. His work has mostly consisted of truck driving.

**OCCUPATIONAL HISTORY:** The claimant reports a stable work history as a truck driver for 3-1/2 years. He denied having a good relationship with coworkers and supervisors, stating he ceased work due to pain and nerve difficulties. He believes he is unable to return to work due to pain. "My back hurts". He did not make any attempt to return to work. He stated "I would love to be able to go to work if my

400 Division Street, Suite 14
So. Charleston, WV 25309

804-766-4431
Fax 804-766-4461
Jjusticemd@aol.com