# CHRISTOPHER WAYNE LESTER
# MADISON MEDICAL GROUP
# RECORDS
# 14-L

Page 5 - Psychiatric IME Evaluation
RE: Christopher Lester
Date: 09/18/01

back and nerves didn't bother me. I don't know why I am living. I feel I can't do anything". His ambitions for the future are to stay comfortable.

**MENTAL STATUS EXAMINATION:** The mental status examination is a face to face examination between the psychiatric patient and the physician. The purpose of this examination is to determine the functions of the elements of mental and brain activity. Thought is also examined to determine the presence or absence of circumstantial thinking, looseness of associations, or other detriments of abnormal mental functioning. Content of thought is examined for delusional thoughts, morbid ideas, perceptual distortions, suicidal or homicidal ideation, or other signs of mental pathology. Language is examined for expressive and receptive function, repetition errors, and to determine if the patient can properly take mental ideas and convert them to motor acts.

Orientation to person, place, and time is determined. Gross memory ability is determined. Evaluation of the mental stream of activity, mood, range of affect, thought, and motor speed is completed. The mental status examination is a qualitative examination and quantified elements of the mental status examination are determined by standardized mental assessment.

<u>Appearance/Behavior/Attitude:</u> Mr. Lester was an obese caucasian male, well groomed with beard and mustache and ball cap. He had a cane in his right hand. He was pleasant with broad affect.

<u>Speech and Language:</u> Fluent, coherent, goal directed.

<u>Mood and Affect:</u> Mood was described as depressed secondary to pain. Affect had some qualities of depression but at times was broad with appropriate smiling and pleasantries.

<u>Thought Process/Thought Content/Perception:</u> Thought process was logical and sequential. Thought content showed passive suicidal ideation, lack of homicidal ideation and lack of delusional belief system. Perceptional examination was unremarkable.

<u>Sensorium and Cognition:</u> There was no evidence of gross cortical dysfunction with attention, concentration, immediate short term or long term memory.

<u>Insight and Judgment:</u> The patient has limited insight to the extent or lack thereof of his physical injury and his current hopelessness regarding rehabilitation. Judgment is overall deemed fair and appropriate.

**STANDARDIZED MENTAL ASSESSMENT/PSYCHOLOGICAL TESTING:** John D. Justice, M.D. requested formal psychological testing. These tests were under the direction of Peggy Casdorph, RN, MA, Licensed Psychologist. Medical conclusions about these data were made by John Justice, M.D.

Standardized means the administered test instruments had exact rules for test administration and exact rules for test scoring. These rules have been validated, standardized, and published, and are expected to be utilized by any person performing or interpreting the following instruments.

---

**West Virginia Psychiatric Services**

400 Division Street, Suite 14
So. Charleston, WV 25309

804-766-4421
Fax 804-766-4461
Jjusticemd@aol.com

500688.015.0377

Page 6 - Psychiatric IME Evaluation
RE: Christopher Lester
Date: 09/18/01

The MMPI-II profile was obtained and analyzed. Profile was valid with some tendencies for the claimant to deny common human frailties and a resultant pattern indicative of chronic personality disturbance. Individuals with this profile often do not benefit from experience. They have a tendency to be passive dependent and lack assurance. Depression and apathy are generally characteristics of individuals with this profile. He is likely to experience problems with relationships. He is apt to express hostility indirectly. Patients with this profile tend to be over-concerned about body functioning and acknowledge a large variety of complaints which are generally vague and have pain without a clear organic basis. When documented medical problems do exist, exaggeration of symptoms is likely.

Mr. Lester achieved a full scale IQ of 90, performance IQ of 103 and verbal IQ of 81. This was a significant change from his previous intellectual functioning testing of April 9, 2001. He received a high school achievement level in reading, 5th grade in spelling and 8th grade in arithmetic. On the CARB, WMT and Rey testing he achieved good efforts. That is, there is no indication of malingering, though the testing does indicate that the claimant has a tendency to exaggerate physical symptomatology when under periods of stress.

**REVIEW OF SPECIFIC MEDICAL/PSYCHIATRIC RECORDS:** Psychiatric records were reviewed in their entirety as provided by the claimant.

03/10/00  he claimant was injured when he fell backwards after the hood of he truck knocked his off while changing oil. He fell approximately five feet hitting another truck and landing on his left side. He states a positive LOC and being dazed for approximately 45 minutes. He was taken to CAMC ER where multiple films were taken and read as being negative. He was released from the ER and is the follow-up with corporate health.

03/14/00 Follow-up with Dr. Bailey with complaints of nausea and some drainage from his left ear along with pain in his neck and left shoulder. Dr. Bailey contacted Dr. Apple who recommended that the claimant follow-up with an ENT to determine if he had a fracture of the temporal bone. He was diagnosed with a cerebral concussion and treated conservatively.
03/15/00 Seen by Dr. Phillips who did an Audiogram which showed some hearing loss bilaterally but no fractures He did not find any direct injury to the ear of internal canal and no drainage was noted.

03/21/00 MRI of the left shoulder this was reported to be negative.

03/22/00 Seen by Dr. Bailey with continued complaints of headache and neck and left shoulder pain. Physical therapy was started.

03/27/00 Seen by Dr. Bailey wit continued complaints of neck and shoulder pain along with headaches.

Change of physician to Dr. Snyder (Saw the claimant in the past for an injury to the dorsal area with a possible T11-12 fracture. The claimant received an 11% impairment award and missed three years of work)

Released to light duty work.  Referred to rehab services on 04/02/00

**West Virginia Psychiatric Services**

400 Division Street, Suite 14
So. Charleston, WV 25309

804-766-4421
Fax 304-766-4461
Jjusticemd@aol.com

500688.015.0378

Page 7 - Psychiatric IME Evaluation
RE: Christopher Lester
Date: 09/18/01

04/07/00 Seen by Dr. Snyder for pain in his neck, left shoulder. He is on Motrin, flexeril, and vicodin.

04/10/00 Claim changed to include head injury, cervical, thoracic and lumbar strain.

04/18/00 a letter from his employer states that they have no light duty positions.

04/26/00 Seen by Dr. Snyder with complaints of neck and shoulder pain and also left knee pain. Vicodin was approved and additional physical therapy was recommended.

06/19/00 Seen by Dr. Snyder with increased pain in the shoulder and neck which has worsened with physical therapy. Physical therapy stopped and orthopedic consult obtained.

07/10/00 Seen by Dr. Snyder with same complaints. To continue medications

07/17/00 Seen by Dr. Snyder for continued complaints of neck and left shoulder pain. Consult to Dr. Loimil made.

08/17/00 Seen by Dr. Loimil who requested another MRI of his left shoulder. He indicated that he would take the claimant on as a patient but for some reason he never went back or saw Dr. Loimil again.

08/30/00 X-rays of his left should and AC joint were done and read as being normal.

09/12/00 MRI of the cervical and lumbar spine were performed and read as negative for disc herniation.

10/02/00 NCS of his upper extremities performed by Dr. Pratt were also negative.

10/06/00 Seen by Dr. Amores with complaint of pain in his neck going down his left arm. It was felt that he had musculoskeletal strain involving his neck and lower back without neurological deficit. He should continue conservative treatment.

11/27/00 Seen by Dr. Snyder and a pain clinic evaluation was recommended as well a psychiatric consultation and follow-up with Dr. Settle.

11/29/00 MRI of the left shoulder authorized.

12/22/00 Seen by Dr. Mir for an IME who requested additional follow-up wit Dr. Loimil and a pain clinic consultation and follow-up.

01/08/01 Rehab closed by compensation

01/30/01 Repeat MRI of the left shoulder performed and showed no evidence of rotator cuff tear or any other acute pathology. X-rays of his shoulder with and without weights were negative.

02/28/01 Seen by Dr. Saldahna at the pain clinic. He was noted to have generalized neck and low back

**West Virginia Psychiatric Services**

400 Division Street, Suite 14
So. Charleston, WV 25309

304-766-4421
Fax 304-766-4461
JJusticemd@aol.com

500688.015.0379

Page 8- Psychiatric IME Evaluation
RE: Christopher Lester
Date: 09/18/01

pain. He was neurologically intact. He was diagnosed with lumbar arthopathy and cervical strain. He recommended facet joint injections for his lower back and trigger point injection for his neck. He recommended a follow-up with Dr. Loimil for his shoulder pain.

03/02/01 He saw Dr. Snyder and the orthopedic consult is changed to Dr. Surface.

04/09/01 Seen by Dr. Riaz at the Bluefield mental health clinic with verbalization of symptoms of depression and anxiety this reported to have started after his injury in March of 2000. He verbalized feeling of irritability, and upsetting easily as well as crying spells. On examination the claimant appeared depressed and nervous his mood was depressed and affect was anxious. Speech was not spontaneous. He admitted to fleeting thoughts of suicide but no plans. He verbalized a decrease in pleasurable activities such as sex and his marriage is reported to be without problems. His general knowledge was adequate. Recent and remote memories were intact attention and concentrations were fair and insight and judgment were present. The dianosis given were: AXIS I:Major depressive Disorder, single, severe without psychotic features, Generalized Anxiety Disorder. AXIS II: Borderline Intellectual functioning. AXIS III: Recurrent headaches, severe and chronic back pain, obesity.
"It is my professional opinion that due to the severity of his psychiatric symptoms coupled with his physical problems he is unable to sustain gainful employment at this time".
He suggests that the claimant receive bi weekly psychotherapy sessions for the next six months and take pamelor 25 mg one time a day. He will need this pain medication reduced gradually.

06/26/01 Seen by Dr. Mir for an IME he was found to have A) Cervicodorsal and left scapular strain with cervical root irritation B) Lumbosacral strain C) sprain left shoulder and AC joint D) blunt trauma left rib cage E) sprain left knee F) cerebral concussion. He has reached maximum degree of medical improvement and is NOT totally disabled. He recommends vocational follow-up and a FCE is recommended is Ok'd by his attending physician. Using a ROM model he qualifies for 20% whole man impairment. And is not expected to be progressive.

DIAGNOSIS:

AXIS I: Depressive disorder NOS.

AXIS II: Dependent personality traits, no indication of borderline intellectual functioning, previous results of intellectual testing are of an unclear basis, i.e. exaggerated, malingered, or inadequately measured.

AXIS III: Lumbosacral strain, history of left shoulder sprain, left knee sprain, status post cerebral concussion fully resolved.

AXIS IV: Stressors due to unemployment and change in financial and occupational status.

AXIS V: GAF 65.

West Virginia Psychiatric Services

400 Division Street, Suite 14
So. Charleston, WV 25309

304-766-4421
Fax 804-766-4461
Jjusticemd@aol.com

500688.015.0380

Page 9- Psychiatric IME Evaluation
RE: Christopher Lester
Date: 09/18/01

OPINIONS/REASONING/CONCLUSIONS:

**Diagnosis/Presence of Disorder:** The claimant has a diagnosis of a depressive disorder not otherwise specified. Specifically this includes symptoms of irritability, insomnia, appetite fluctuation, passive suicidal ideation and crying spells. He also manifests dependent personality traits and a tendency to regress under periods of stress. Based on historical information, current presentation and psychological testing when documented medical problems do exist exaggeration of symptoms is likely. Physical symptoms serve a basis for secondary gain in the form of attention from others, freedom of responsibility and regression.

**Preexisting/Aggravating Factors:** Mr. Lester has a history of interpersonal difficulties including divorce and marital counseling. He has a history of a physical injury with three years of unemployment secondary to such.

**Natural Course of Illness:** We would not expect further improvement in the claimant's condition unless he has improvement in his perception of physical pain and a return to some sort of occupational or vocational functioning to improve his overall sense of self.

**The Role of Malingering/Symptom Exaggeration/Secondary Gain:** The claimant exhibits symptoms of symptom exaggeration in which physical symptomatology serve a role for underlying secondary gain purposes.

**Causation/Compensability/Proximate and Direct Causation Secondary to the Injury:** The claimant was injured on 03/10/00. He has seen Dr. Riaz Riaz since April 9, 2001. He reports symptoms of depression secondary to chronic pain, lack of occupational and social functioning, and marital discord. Mr. Lester reports little benefit with psychiatric and psychological intervention. Based on physical evaluations (Dr. Mir 06/26/01) the claimant experienced strain/sprain injuries without evidence of disc herniation or nerve impingement. It was felt he had reached maximal degree of physical improvement and was not disabled, being a candidate for vocational rehabilitation and/or an FCE evaluation. Given the above, the claimant's psychiatric diagnosis is partially causally related.

**Maximum Medical Improvement/Percentage of Psychiatric Impairment:** The claimant is at maximum medical improvement from a psychiatric perspective. We would not expect further significant improvement in his condition. Based on the AMA Guidelines and West Virginia Workers' Compensation Guidelines his level of psychiatric impairment would be on the order of 10% psychiatric. That is a mild or noticeable impairment in functioning, Class II of the AMA Guidelines.

**Treatment Adequacy/Recommendations for Treatment:** The claimant's dosage of Effexor should be adjusted to a more therapeutic regimen. As long as the claimant has a perception of himself as significantly disabled and impaired (although it is unclear that this is objectively the reality of the situation) he will continue to experience significant dysphoria and a propensity of chronic suicidal ideation.

**Prognosis/Psychiatric Restrictions:** This physician is certainly in disagreement with the previous evaluation and Social Security findings for the claimant. He does not manifest a psychiatric condition that would prevent him from working at jobs he has held in the past or in retraining activities. He does not have

**West Virginia Psychiatric Services**

400 Division Street, Suite 14
So. Charleston, WV 25309

304-766-4421
Fax 804-766-4461
Jjusticemd@aol.com

500688.015.0381

Page 10 - Psychiatric IME Evaluation
RE: Christopher Lester
Date: 09/18/01

a major mood disorder requiring chronic psychiatric hospitalization, a psychotic disorder, a significant cognitive disorder, or any other condition that is directly related to his work injury. His extent of psychiatric pathology is just as much secondary to personality issues and difficulty understanding and coping with pain and occupational stress/injury as much as it is secondary to a functional illness. He would best be served with a rapid return to vocational rehabilitation, training, or employment. This seems to be in agreement with his previous IME evaluation by Dr. Mir of 06/26/01.

The opinions of this examiner may differ from those of other examiners/treating physicians, based on the current clinical evaluation, review of records, or varying degrees of experience, education, and training of the examining population within the field of disability evaluation.

If you should have any further questions please feel free to contact me.

Respectfully submitted,

John D. Justice, M.D.
President, CEO & Medical Director
WV Psychiatric & Forensic Services, PLLC
Medical Director Adult Inpatient Psychiatry, Thomas Memorial Hospital
Board Certified American Board of Psychiatry and Neurology
Board Certified Added Qualifications Examination in Forensic Psychiatry

JDJ/bpa:5500

West Virginia Psychiatric Services

400 Division Street, Suite 14
So. Charleston, WV 25309

804-766-4421
Fax 804-766-4461
Jjusticemd@aol.com

500688.015.0382

**Certificate of Medical Necessity**

**U.S. Department of Labor**
Employment Standards Administration
*Office of Workers' Compensation Programs*
Division of Coal Mine Workers' Compensation



| | OMB No.: 1215-0113 |
|---|---|
| | Expires: 10-31-99 |

Completion of this form and prior approval is required for the Department of Labor to authorize reimbursement of charges for equipment, scheduled pulmonary rehabilitation services and home nursing care. Authorization covers a maximum period of one (1) year. Fill in all applicable items. (See DOL Reimbursement Standards under item eleven (11)). This form must be signed and dated by the treating physician.

**1. & 2. Patient's Name and Mailing Address**
CHRISTOPHER LESTER
PO BOX 1113
DANVILLE, WV 25053

**3. Telephone Number**
(304) 369-6657

**4. Social Security Number**
████-██-3340

**5. Date of Birth**
██/██/1971

**6a. Date(s) of last hospitalization**
From: _____
To: _____

**6b. Condition(s) treated while in hospital**

**7. DIAGNOSIS** for which this prescription is written:
Chronic low back pain

**8a. Type of Prescription**
[X] Original (New)
[ ] Recertification (Renewal)

**8b. Requested Duration of Prescription for DME, Home Nursing or Pulmonary Rehabilitation**
Beginning Date: 10/10/01   Ending Date: 10/09/02

**9. EQUIPMENT OR SERVICE PRESCRIBED (SEE NO. 11, REVERSE, FOR CORRESPONDING REIMBURSEMENT STANDARDS)**

**9a. Oxygen Delivery Equipment (11b.)**   Prescription: Flow Rate (L/M) _____   Est. Hrs./Day _____

[ ] Tank O₂ With Flowmeter and Humidifier
[ ] Portable Unit (Gaseous)
[ ] O₂ Concentrator
[ ] O₂ Liquid System
[ ] O₂ Liquid System With Portable Liquid

**9b. Other DME**
[ ] Manual Hospital Bed (11c.)
[ ] Semi-electric Hospital Bed (11c.)
[ ] Nebulizer with Motor (11a.)
[ ] Commode (11f.)
[ ] Wheelchair (11g.)
[X] Other (Explain in item no. 12.)

**9c. Prescription for Medical Services**
[ ] Pulmonary Rehabilitation Services (See 11e.)
Level: _____
[ ] Home Nursing Care (See 11d.)

**10. Objective Test Results** - Original or Certified copies of all lab reports must be attached, including tracing for each PFT. The following data (10A through 10D for a PFT; 10E through 10I for an ABG) **MUST BE** reported below **OR** on the attached lab report. *(Note: Patient's condition is considered ACUTE if test was taken during a hospitalization.)*

**A. Pulmonary Function Test**

Date of test: ___ ___ ___ (MM DD YY)

**Pt.'s condition:**
[ ] Acute
[ ] Chronic

Results: (Best Effort)

| | Predicted | Bronchodilation | |
|---|---|---|---|
| | | Before | After |
| FEV₁ L/BTPS | | | |
| FVC L/BTPS | | | |

**B. Check as appropriate (if "poor", explain in No. 12 "Additional Comments")**
Miner's Cooperation: [ ] Good  [ ] Fair  [ ] Poor
Miner's ability to understand instructions and follow directions:
[ ] Good  [ ] Fair  [ ] Poor

**C. Was equipment calibrated before the test?** [ ] Yes  [ ] No

**D. Testing Facility Name and Address:**

**E. Arterial Blood Gas Test**

Date of test: ___ ___ ___ (MM DD YY)

**Pt.'s condition:**
[ ] Acute
[ ] Chronic

Results:

| PO₂ | PCO₂ | PH |
|---|---|---|
| | | |

**F. Air Intake:** [ ] On room air  [ ] On O₂ @ _____ LPM

**G. Time Sample Drawn** _____   Iced [ ] Yes [ ] No   **Time Sample Analyzed** _____

**H. Was equipment calibrated before the test?** [ ] Yes  [ ] No

**I. Testing Facility Name and Address**

RECEIVED OCT 1 7 2001

Form CM-893
Rev. Dec. 1990

500688.015.0383

susr/1-5-01/*8    ** VENDOR COPY **    1024458



Bob Wise
Governor

Robert J. Smith
Commissioner

**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

August 29, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim   2000046841
P.O. BOX 1113                           S.S.N.       ████-3340
DANVILLE, WV   25053                    D.O.I. 03/16/2000

PLEASE READ CAREFULLY - SUSPENSION DECISION

By letter dated 07/16/2001, you were given 30 days to provide medical
information to continue payment of your temporary total disability
benefits.  After again reviewing your claim, it appears there is
insufficient information to pay additional temporary total disability benefits
and your claim is now closed.

This decision was based primarily on the following: medical repor tof Saghir
Mir, MD dated June 26, 2001.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328~2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may negotiate a final settlement of
any and all issues in a claim, excluding medical benefits.  To inquire about
settling this claim, contact Workers' Compensation Internal Management Services,
Settlement Unit, at P. O. Box 3587, Charleston, WV  25336-3587.

If you have any questions or concerns, you may reach me at 304-926-5097.

                                   Workers' Compensation Division
                                   BY: Nena Peay
CC:  D & M TRUCKING CORPORATION INC    Claims Representative 3/Senior
     KOZAK JOHN H
     RIAZ RIAZ UDDIN MD
     VASS VOCATIONAL SERVICES

                                    FILED AUG 3 1 2001

                                    P4

Workers' Compensation Division - Office of Claims Management
Post Office Box 431, Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

500688.015.0384

awar/1-4-01/*8        ** VENDOR COPY **        1024458

Bob Wise
Governor

Robert J. Smith
Commissioner



**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

August 29, 2001


MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130


CHRISTOPHER W LESTER SR          Re:   Claim  2000046841
P.O. BOX 1113                          S.S.N. ━━━━━3340
DANVILLE, WV  25053                    D.O.I. 03/10/2000

          PLEASE READ CAREFULLY – AWARD GRANTED

Medical evidence has been received from Saghir Mir, MD, dated
06/26/2001, that indicates you have a 20% permanent partial disability.
You are being granted this award for permanent impairment resulting
from your injury.

You will receive monthly payments until your award expires.

The breakdown of your award is as follows:
Current Award $35116.88   Begins  07/16/2001   Expires  01/26/2003
Deductions
NAP Non-Awarded Partial Balance    $0         Total Overpaid    $2765.47
Child Advocate Balance             $3103.97   Balance           $29247.44
Overpaid this claim                $2765.47   Monthly Rate      $1728.84
Overpaid other claims      n/a     n/a
                           n/a     n/a
                           n/a


The granting of this award closes your claim for permanent partial disability
benefits.

If it is later determined you are not entitled to these benefits, you
will be directed to reimburse the full amount.

the award is granted as 12% cervical, 5% lumbosacral, 5% left shoulder, 0% ribs
and 0% left knee for a 20% combined whole person impairment

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may negotiate a final settlement of
any and all issues in a claim, excluding medical benefits.  To inquire about
settling this claim, contact Workers' Compensation Internal Management Services,
Settlement Unit, at P. O. Box 3587, Charleston, WV 25336-3587.

If you have any questions or concerns, you may reach me at 304-926-5097.
                                    Workers' Compensation Division
                                 BY: Nena Peay
CC:  D & M TRUCKING CORPORATION INC     Claims Representative 3/Senior
     KOZAK JOHN H
     RIAZ RIAZ UDDIN MD              RECEIVED AUG 3 1 2001
     VASS VOCATIONAL SERVICES

        Workers' Compensation Division - Office of Claims Management
   Post Office Box 431. Charleston. West Virginia 25322-0431 • http://www.state.wv.us/bep


                                                    500688.015.0385

ovpy/1-13-98/*6    ** .ENDOR COPY **    1024458



Bob Wise
Governor

Robert J. Smith
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

August 29, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                            S.S.N. ██████-3340
DANVILLE, WV  25053                      D.O.I. 03/10/2000

PLEASE READ CAREFULLY - OVERPAYMENT

It appears you have been overpaid in the amount of $ 2765.46 for
the period from 07/16/2001 through 8/26/2001, for the following reason(s):

claimant was found to be at maximum medical improvement and temporary benefits
suspended by letter dated 07/16/2001

If you cannot repay the full amount to the Division, arrangements must
be made for a repayment plan.  Failure to repay will result in the
deduction of the overpayment from any future permanent partial
disability benefits you may receive.

If you have any questions or concerns, you may reach me at 304-926-5097.

CC:  D & M TRUCKING CORPORATION INC      Workers' Compensation Division
     KOZAK JOHN H                        BY: Nena Peay
     RIAZ RIAZ UDDIN MD                      Claims Representative 3/Senior
     VASS VOCATIONAL SERVICES

RECEIVED AUG 3 1 2001

RECEIVED AUG 3 1 2001

Workers' Compensation Division - Office of Claims Management
Post Office Box 431  Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

500688.015.0386

ppnr/11-7-96/*6     ** VENDOR COPY **     1024458

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



## West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

January 10, 2001

MADISON MEDICAL PLLC              Re:    Claim   2000046841
705 MADISON AVENUE                       S.S.N.  ████-3340
MADISON, WV 25130                        D.O.I. 03/10/2000


CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV  25053


      PLEASE READ CAREFULLY - PPD RECOMMENDATIONS

A medical report from Saghir Mir, MD, dated 12/28/2000, indicates that
you are not ready for a final rating. The examiner recommends:.

recommendations are for follow-up with Dr. Loimil after MRI of shoulder, psychiatric
and pain management referral

If you have any questions or concerns, you may reach me at 304-926-5097.
                              Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC    BY: Nena Peay
     KOZAK JOHN H                           Claims Representative 3/Senior
     VASS VOCATIONAL SERVICES

RECEIVED JAN 1 1 2001

500688.015.0387

auth/09-24-98/*8    ** VENDOR COPY **    1024458



**West Virginia Bureau of Employment Programs**
Cecil H. Underwood
Governor
William F. Vieweg
Commissioner

• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

January 10, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                            S.S.N.  ████-3340
DANVILLE, WV  25053                      D.O.I. 03/10/2000

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from WCD-CLAIM MANAGER dated 12/28/2000, is Approved.

authorization to refer for follow-up with Dr. Loimil after MRI of shoulder, referral
for psychiatric evaluation, if the treating physician concurs

Authorized Dates are 01/09/2001 through 04/09/2001.

Your authorization number is 101009289.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may agree to seek mediation
services. If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5097.
                                         Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC      BY: Nena Peay
                                             Claims Representative 3/Senior
     KOZAK JOHN H
     VASS VOCATIONAL SERVICES

RECEIVED JAN 1 1 2001

Workers' Compensation Division - Office of Claims Management

500688.015.0388

AMERICAN INCOME LIFE INSURANCE COMPANY
P.O. BOX 2608          Waco, Texas 76797

1. Claim Form Must Be Completed By INSURED, DOCTOR and, for disability claims only, the EMPLOYER
2. Mail With The Claim Form All Itemized Doctor and Hospital Bills.
3. Mail The Form In Yourself. Do Not Leave It For The Doctor to Mail.

**PART A          CLAIMANT'S STATEMENT TO BE COMPLETED ON ALL CLAIMS**

Policy Number

| Policyowner's name | Policyowner's address |
| | P.O. Box 1113 |

| Policyowner's employer | Annville IN 26053 |
| Stone Trucking | |

| Policyowner's union and local | Policyowner's occupation |
| | Truck Driver |

| Patient's name | Names of other insurance companies which cover this claim |
| Christopher W. Lester Sr. | Medical Insurance |
| | Accordia |

| Patient's birthdate | Relation to policyowner |
| | Sr. |

List the names and addresses of doctors consulted for this accident or sickness and dates of treatment

| DOCTOR | ADDRESS | DATES |
| | | |
| | | |

If hospitalized, name and address of hospitals and dates of confinement

| HOSPITAL | ADDRESS | DATES |
| Boone Memorial | 701 Madison Ave | 11-30-00- |
| | Madison WV 32125 | 12-4-00 |

| Date that symptoms first appeared | Date of first treatment by doctor |
| 11-30-00 | 11-30-00 |

| Sickness or accident | If an accident, how did it happen? | Date of accident |
| Stroke / bruised ribs + back | Went to feed our dogs & kerosene but + I fell on the steps | 11-30-00 |

| Have you ever had symptoms of this condition before? | [ ] Yes  [X] No  When? |
| Date required to give up work | Date returned to work |

List all sickness or injuries for which treatment was required in the past five years.

| CONDITION | DATE | CONDITION | DATE | CONDITION | DATE |
| | | | | | |
| | | | | | |
| | | | | | |

Any person who knowingly and with intent to defraud any insurance company, or ... s a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

Claimant's Signature   X *Christopher W. Lester Sr.*

### RELEASE OF MEDICAL INFORMATION AUTHORIZATION

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medical or medically related facility, insurance company, the Medical Information Bureau or other organization, that has any records of me or my health, to give to the American Income Life Insurance Company or its reinsurers any such information with respect to illness, injury, medical history, consultation, or treatments which include alcohol, drug or chemical dependency treatment. Information received is for the purpose of evaluating this claim and determining our liability under your existing coverage with American Income Life Insurance Company. This authorization shall remain valid for one year. You have the right to receive a copy of this authorization upon request. A photographic copy of this authorization shall be as valid as the original.

Patient's Signature   X *Christopher W. Lester Sr.*        Date  1-5-2001

500688.015.0389

**PART B**                          ATTENDING PHYSICIAN'S STATEMENT

| Patient's name | Patient's address |
| --- | --- |
| Christopher W. Lester Sr. | P.O. Box 1113 |
| Patient's date of birth | Danville, WV 25130 |

| Diagnosis and Concurrent Conditions: (if diagnosis code other than International Classification of Diseases, give name) | Does condition arise out of patient's employment? ☐ Yes ☐ No |
| --- | --- |
| | If condition due to pregnancy, date pregnancy commenced |
| | Procedural Code |

| Date of Services | Place of Services | Description of Surgical or Medical Services | Procedural Terminology | Charges |
| --- | --- | --- | --- | --- |
| | | See Attached 450.00 | | |
| | | | TOTAL CHARGES | |

If hospitalized, name and address of hospitals and dates

| HOSPITAL | ADDRESS | DATES |
| --- | --- | --- |
| | Madison Ave | |
| | Madison, WV 25100 | |

| Date symptoms first appeared 11/30/00 | Result of an accident? Fi fell on steps at home ☒ Yes ☐ No |
| --- | --- |
| Date patient first consulted you for this condition 12/01/00 in hospital visit | Patient still under your care for this condition? ☐ Yes ☐ No |
| Patient ever had same or similar condition? ☒ Yes ☐ No  If yes, when? | Describe same or similar condition Fall aggravated existing back & neck strain |
| Patient was continuously TOTALLY DISABLED (unable to work) for this condition  FROM 11-30-00  TO 12/2/00 | Patient was PARTIALLY DISABLED  FROM  TO |
| If still disabled, date patient should be able to return to work | Does patient have other health coverage? ☒ Yes ☐ No |

Name of other health coverage  Peoria

Physician's Name (please print)  J. Mark Snyder, DO

Physician's Address _____

Date 01-18-2001   Phone # 369-5170   Signature of Physician X J Mark Snyder (DO)

| **PART C** | EMPLOYER'S STATEMENT (only necessary for Disability Benefit) |
| --- | --- |
| Employee's name | Occupation |
| When did sickness commence or accident occur? Date ☐ AM ☐ PM | When did he/she cease work? Date ☐ AM ☐ PM |
| If injured, how did accident happen? | |

When did employee resume any part of employee's work, supervisory or otherwise? Date ☐ AM ☐ PM

Firm Name _____   Phone # _____

Street Address _____   City _____   State _____   Zip _____

500688.015.0390

auth/09-24-98/*8    ** VENDOR COPY **    1024458

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

January 3, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                           S.S.N.        -3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000

PLEASE READ CAREFULLY – AUTHORIZATION DECISION

The request from MADISON MEDICAL PLLC dated 12/29/2000, is Approved.

authorization for the medication Oxycontin 40mg ***FURTHER CONSIDERATION IS PENDING
THE RESULTS OF PAIN MANAGEMENT EVALUATION WHICH WAS AUTHORIZED ON 11/29/2000***

Authorized Dates are 01/02/2001 through 02/02/2001.

Your authorization number is 101002052.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may agree to seek mediation
services. If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, yWorkers' Compensation Division7.
                                         BY: Nena Peay
CC:  D & M TRUCKING CORPORATION INC        Claims Representative 3/Senior
     KOZAK JOHN H
     VASS VOCATIONAL SERVICES

RECEIVED JAN 0 5 2001

RECEIVED JAN 0 5 2001

Workers' Compensation Division - Office of Claims Management

500688.015.0391

extt/01-01-96/*6    ** VENDOR COPY **    1024458

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

January 3, 2001

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR        Re:    Claim  2000046841
P.O. BOX 1113                          S.S.N. ███████-3340
DANVILLE, WV  25053                    D.O.I. 03/10/2000

PLEASE READ CAREFULLY - NOTICE OF BENEFITS

I have received medical evidence which indicates you continue to be
disabled from working from 07/01/2000 through 02/27/2001.

If it is later determined you are not entitled to benefits or
expenses, the Division may recover these overpayments.

If medical evidence showing continued disability is not received, your
claim may close for temporary total disability benefits on 04/13/2001.

If you have any questions or concerns, you may reach me at 304-926-5097.

                                Workers' Compensation Division
                                By: Nena Peay
CC:  D & M TRUCKING CORPORATION INC      Claims Representative 3/Senior
     KOZAK JOHN H
     VASS VOCATIONAL SERVICES

RECEIVED JAN 0 5 2001

Workers' Compensation Division - Office of Claims Management

500688.015.0392

*VERBAL BY FRED H*

**Certificate of Medical Necessity**

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs
Division of Coal Mine Workers' Compensation

Completion of this form and prior approval is required for the Department of Labor to authorize reimbursement of charges for equipment, scheduled pulmonary rehabilitation services and home nursing care. Authorization covers a maximum period of one (1) year. Fill in all applicable items. (See DOL Reimbursement Standards under item eleven (11)). This form must be signed and dated by the treating physician.

OMB No.: 1215-0113
Expires:     10-31-99

| 1. & 2. Patient's Name and Mailing Address | 3. Telephone Number | 4. Social Security Number |
|---|---|---|
| CHRISTOPHER LESTER PO BOX 1113 DANVILLE, WV 25053 | (304) 369-6657 | ▓▓-3340 |
| | 5. Date of Birth | ▓▓/1971 |

| 6a. Date(s) of last hospitalization | 6b. Condition(s) treated while in hospital |
|---|---|
| From: _____ To: _____ | |

**7. DIAGNOSIS** for which this prescription is written:

*lumbar sprain*
*847.2*

| 8a. Type of Prescription | 8b. Requested Duration of Prescription for DME, Home Nursing or Pulmonary Rehabilitation |
|---|---|
| [X] Original (New) [ ] Recertification (Renewal) | Beginning Date: 12/28/00     Ending Date: 12/27/01 |

**II. EQUIPMENT OR SERVICE PRESCRIBED (SEE NO. 11, REVERSE, FOR CORRESPONDING REIMBURSEMENT STANDARDS)**

**9a. Oxygen Delivery Equipment (11b.)**     Prescription: Flow Rate (L/M) _____     Est. Hrs./Day _____

[ ] Tank O₂ With Flowmeter and Humidifier     [ ] O₂ Concentrator     [ ] O₂ Liquid System
[ ] Portable Unit (Gaseous)     [ ] O₂ Liquid System With Portable Liquid

| **9b. Other DME** | | **9c. Prescription for Medical Services** |
|---|---|---|
| [ ] Manual Hospital Bed (11c.) | [ ] Commode (11f.) | [ ] Pulmonary Rehabilitation Services (See 11e.) |
| [ ] Semi-electric Hospital Bed (11c.) | [ ] Wheelchair (11g.) | Level: _____ |
| [ ] Nebulizer with Motor (11a.) | [X] Other (Explain in item no. 12.) | [ ] Home Nursing Care (See 11d.) |

**III. Objective Test Results - Original or Certified** copies of all lab reports must be attached, including tracing for each PFT. The following data (10A through 10D for a PFT; 10E through 10I for an ABG) MUST BE reported below OR on the attached lab report. (Note: Patient's condition is considered ACUTE if test was taken during a hospitalization.)

| A. Pulmonary Function Test | | | | | B. Check as appropriate (if "poor", explain in No. 12 "Additional Comments") | | | |
|---|---|---|---|---|---|---|---|---|
| Date of test: MM DD YY | | Pt.'s condition: [ ] Acute [ ] Chronic | | | Miner's Cooperation: [ ] Good [ ] Fair [ ] Poor | | | |
| Results: (Best Effort) | | | | | Miner's ability to understand instructions and follow directions: [ ] Good [ ] Fair [ ] Poor | | | |
| | Predicted | Bronchodilation | | | C. Was equipment calibrated before the test? [ ] Yes [ ] No | | | |
| | | Before | After | | D. Testing Facility Name and Address: | | | |
| FEV₁ L/BTPS | | | | | | | | |
| FVC L/BTPS | | | | | | | | |

| E. Arterial Blood Gas Test | | | | F. Air Intake: [ ] On room air [ ] On O₂ ● _____ LPM | | |
|---|---|---|---|---|---|---|
| Date of test: MM DD YY | | Pt.'s condition: [ ] Acute [ ] Chronic | | G. Time Sample Drawn · _____   Iced [ ] Yes [ ] No | Time Sample Analyzed _____ | |
| Results: | PO₂ | PCO₂ | PH | H. Was equipment calibrated before the test? [ ] Yes [ ] No | | |
| | | | | I. Testing Facility Name and Address | | |

*copied 9/10/01*

Form CM-893
Rev. Dec. 1990

500688.015.0393

## 11. DOL/DCMWC REIMBURSEMENT STANDARDS

**11a.** For nebulizer equipment with compressor motor: require Pulmonary Function Test results that indicate a 60% reduction with a demonstrated 10% or greater increase after bronchodilation; or $FEV_1$ of 1.0L or less (See 11h).

**11b.** For Home $O_2$ delivery equipment: requires a $pO_2$ value of 60 mmHg or less on room air during a chronic state with corresponding $pCO_2$ and pH values. The $pO_2$ value should be 55 mmHg or less when an $O_2$ concentrator or liquid $O_2$ system is prescribed. If the ABG is done while the patient is on $O_2$, the $pO_2$ standard = 80 mmHg for all oxygen equipment. (See 11h.) All medical evidence to support your request will be considered.

**11c.** Hospital bed: must be justified by PF test results indicating an $FEV_1$ equal to or less than 40% of predicted, or chronic hypoxia ($pO_2$ of 55 mmHg or less).

**11d.** Prescriptions for home care: must include objective test results or comparable clinical data, explanation why the patient is homebound, and a specific schedule of services to be rendered, including the total number and frequency of prescribed visits. Indicate the type of medical professional (PA, RN, LPN, RT) providing care. Use number 12, below, and/or attach separate sheet.

**11e.** Prescription for pulmonary rehabilitation services: must include objective test results that justify extent (i.e., level) of rehabilitation prescribed. All services for pulmonary rehabilitation must be categorized by Impairment Level (AMA - Guides to the Evaluation of Permanent Impairment, 2nd Ed. 1984). Also, all pulmonary rehabilitation protocols must be prior-approved. Use number 12, below, and/or attach separate sheet.

**11f.** Commodes: will be purchased for patients unable to use an available bathroom facility due to a pulmonary impairment. Objective test requirements: for ABG, $pO_2$ of 55 mmHg or less; for PFS, $FEV_1$ of 40% or less of predicted.

**11g.** Wheel chairs: are not a commonly covered item. Requests must include medical support data and will be evaluated individually. Data must support the wheelchair need because of a severe pulmonary impairment.

**11h.** ALL CMN supportive test results: must be dated 2 months or less prior to prescription for services. Recertification services must be reviewed yearly or at the expiration date.

**NOTE:** Prescription for indefinite services or those without required objective test data will be returned for specific information. If your request is rejected because your patient's medical condition does not meet DOL reimbursement requirement standards you may submit other medical evidence to support your prescription request. All evidence will be considered.

**12. Comments:**

RIB BELT

---

## 13. PHYSICIAN/PROVIDER INFORMATION

**a. Physician's Name, Address and Phone Number (print or type)**

JOHN SNYDER
705 MADISON AVENUE
MADISON, WV   25130
(304)369-5170

**b. Are you the patient's regular physician or are you actively treating this patient?**   Yes ☑ No ☐

If NO, explain why you are prescribing the equipment or services on this form.

**c. Date of Visit (the date you examined the patient and determined the need for this prescription):**   4-12-01   MM DD YY

**d. Date that the prescribed treatment or service is authorized to begin:**   4-12-01   MM DD YY

**e.** By my signature I certify that I am actively treating this patient (or have provided an explanation, 13b., above) and that the prescribed equipment and/or services on this form are medically necessary for treating this patient's condition. I am also aware that, pursuant to 30 U.S.C. 941, any person who willfully makes any false or misleading statement or representation for the purpose of obtaining any benefit or payment relating to this prescription shall be guilty of a misdemeanor and subject to a fine and/or imprisonment.

**Physician's Original Signature (do not use stamp)** _____   **Date** 1-4-01

Please forward this completed form to the DOL/DCMWC Office which maintains the patient's Black Lung Claim. For further information call TOLL FREE: 1-800-638-7072.   (In MO.: 1-800-492-6737)

**f. Servicing Provider's Name, Address, Phone No., and PROVIDER NO.:**
BOONE HOMECARE SUPPLIES
327 STATE STREET
MADISON   WV   25130
(304)369-7964

### Public Burden Statement

We estimate that it will take an average of 20-40 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of IRM Policy, U.S. Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1215-0113), Washington, D.C. 20503.

**DO NOT SEND THE COMPLETED FORM TO EITHER OF THESE OFFICES**

500688.015.0394

P. 1

* * * Transmission Result Report (MemoryTX) ( Dec.29. 2000 2:54PM ) * * *

| File No. | Mode | Destination | Pg (s) | Result | Page Not Sent |
|------|------|-------------|--------|--------|---------------|
| 6411 | Memory TX | 13049266092 | P. 2 | OK | |

Reason for error
E.1) Hang up or line fail
E.3) No answer
E.2) Busy
E.4) No facsimile connection

MADISON MEDICAL, P.L.L.C.
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

## FAX COVER SHEET

TO: _Workers Comp attn Nena Peay_

FROM: _Debbie_

RE: _Christopher Lester   200004684_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _12-29-00_

ADDITIONAL COMMENTS: _Dr Auth_

CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US.

THANK YOU.

500688.015.0395

MADISON MEDICAL, P.L.L.C.
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

## FAX COVER SHEET

TO: _Workers Comp attn Nena Peay_

FROM: _Melilin_

RE: _Christopher Lester  200004684_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _12-29-00_

ADDITIONAL COMMENTS: _Rx auth._

CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED.  IF YOU ARE
NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY
DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN
RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS
STRICTLY PROHIBITED.  IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE
NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF THE
ORIGINAL DOCUMENTS TO US.

THANK YOU.

HAPPY HOLIDAYS

FAXED 12/29/00

500688.015.0396

**MADISON MEDICAL, PLLC**
**705 MADISON AVENUE**
**MADISON, WV 25130**
**(304) 369-5170**

WV Worker's Compensation
P. O. Box 431
Charleston, WV 25322-0431

To Whom It May Concern:

Please authorize the purchase of the following medications for this patient for the treatment of his/her compensable injury.

Sincerely, *Delilin / Dr. J. Mark Snyder*

Patient: *Christopher Lester 20000 46841*

SSN: ████*3340*

DOI: *3-10-00*

RX'S: *Oxycontin 40mg TID*
*Increase in dosage*

For the treatment of: *847.0*

FAXED
12/29/00

500688.015.0397

auwh/01-01-96/*6   ** VENDOR COPY **   1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

November 29, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:   Claim  2000046841
P.O. BOX 1113                          S.S.N. ████3340
DANVILLE, WV  25053                    D.O.I. 03/10/2000

PLEASE READ CAREFULLY - AUTHORIZATION WITHHELD

The request from J. Mark Snyder, DO, dated 11/20/2000, for
Ativan 1mg is withheld pending detailed medical report showing the medical necessity
in relation to the compensable injury.

If you have any questions or concerns, you may reach me at 304-926-5097.

                                   Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC   BY: Nena Peay
     KOZAK JOHN H                          Claims Representative 3/Senior
     VASS VOCATIONAL SERVICES

RECEIVED NOV 3 0 2000

Workers' Compensation Division - Office of Claims Management
Post Office Box 431, Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

500688.015.0398

auth/09-24-98/*8    ** VENDOR COPY **    1024458

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

November 29, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR            Re:    Claim  2000046841
P.O. BOX 1113                             S.S.N. ████-3340
DANVILLE, WV  25053                       D.O.I. 03/10/2000

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from LOIMIL LUIS A MD dated 10/17/2000, is Approved.

authorization for MRI left shoulder to rule out rotator cuff tear

Authorized Dates are 11/28/2000 through 02/28/2001.

Your authorization number is 100333285.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may agree to seek mediation
services. If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, yWorkers' Compensation Division7.
                                        BY: Nema Peay
CC:  D & M TRUCKING CORPORATION INC        Claims Representative 3/Senior
     KOZAK JOHN H
     VASS VOCATIONAL SERVICES

**RECEIVED** 3 0 2000

Workers' Compensation Division - Office of Claims Management
Post Office Box 431  Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

500688.015.0399

MADISON MEDICAL, P.L.L.C.
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

## FAX COVER SHEET

TO: _Metro MRI_

FROM: _Freda / Dr Snyder_

RE: _Chris Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: ___3___

DATE: _12-28-00_

ADDITIONAL COMMENTS: _____

CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE
NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY
DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN
RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS
STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE
NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF THE
ORIGINAL DOCUMENTS TO US.

THANK YOU.

500688.015.0400

MADISON MEDICAL, P.L.L.C.
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

## FAX COVER SHEET

TO: _Pain Management_

FROM: _Freda / Dr Snyder_

RE: _Chris Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: _22_

DATE: _12-27-00_

ADDITIONAL COMMENTS: _____

CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE
NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY
DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN
RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS
STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEA:
NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF TH
ORIGINAL DOCUMENTS TO US.

THANK YOU.

MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
(304)369-5170  FAX#(304)369-1742

PATIENT NAME: _Christopher Lester_ ACCT# 49564

DX: _Stra anxiety/depression_

INSURANCE: _Work Comp_

AUTHORIZATION#: _# 300002505_

REFERRING DOCTOR: _3_

PHONE#: _362-6652_  CONTACT NAME: _____

REQUEST FOR: _psych consult_

SCHEDULED WITH: _Dr. Riaz (pt choice)_

DATE/TIME: _March 28-WD  732-9132_
_10:45am_

~~RECORDS~~ Gloria  W-C Auth
_____ SENT BY MAIL
3-14-01 FAXED 732-6589
_____ GIVEN TO PT TO HAND DELIVER

3-14-01 PT WAS NOTIFIED OF DATE, TIME AND ANY SPECIAL
INSTRUCTIONS.

3/13/01 LmaAm

500688.015.0402

# Attending Physician' Report

Return Completed Form To:

Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

WC-219   Rev. 9-94

**FOR DIVISION USE ONLY**

Claims Manager Nena Peay
Trucking/Agr & Food Proc
Claimant's County BOONE

| 1. Claim No. 2000046841 | SS No. ___3340 | 2. Current Telephone No. |
|---|---|---|
| Emp. Fisk No. 98001651 | DOI 03/10/2000 | 304-369-6657 |

Claimant's Name and Address

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

Employer's Name and Address

D & N TRUCKING CORPORATION

PO BOX 116

GHENT, WV 25843-0116

3. Please mark any needed changes in your address as printed above.

4. Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled?   ☐ Yes   ☐ No

5. I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.

Claimant's Signature _____   Date _____

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

1. Date of this examination  11/20/00  Month Day Year

2. Date of next appointment  PRN after eval  Month Day Year  at Pain Management

3. A. Is this the first examination and/or treatment by you for this injury?  ☐ Yes  ☒ No   If Yes, please advise as to how the claimant came under your care.

B. Does claimant continue under your active care?  ☒ Yes   ☐ No   If No, please explain.

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☒ Consultation   ☒ Evaluation   ☒ Treatment   Dr. Primi / Pain Management / Dr. Settle

4. Diagnosis (ICD9-CM) code and description
847.0   847.2
847.1   959.01

5. Please describe your treatment plan and list medications currently being prescribed, their dosages and the refill limit.

maintain oral meds
eval by pain management

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc?  ☐ Yes  ☒ No   If Yes, please explain condition and how it has affected recovery.

7. Will claimant need rehabilitation services?  ☐ Yes  ☒ No  If Yes, please specify.

8. Is claimant temporarily and totally disabled?  ☒ Yes  ☐ No   If Yes, is disability due to compensable diagnosis or other causes? Please explain.

9. Please indicate the anticipated date claimant will be able to return to:
Modified Work _____   Trial Return to Work  2/28/01   Full-time Work _____

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury?  ☐ Yes  ☐ No   If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

11. Physician's Name, Address & Telephone No.

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

Phone: 304-369-5170

FEIN  550664546

12.

Physician's Signature

Date  10/28/00

500688.015.0403

 **INTRACORP**

12/01/2000

JOHN SNYDER
705 MADISON AVENUE
MADISON, WV 25130

Patient:            CHRISTOPHER LESTER
Payor:              ACORDIA NATIONAL
Plan Participant:   APRIL LESTER
Participant ss#:    ████████9969
Policy #:
Employer:           WV PEIA
Case Reference #:   21583411
Facility:           BOONE MEM HOSP
Admit Date:         11/30/2000

This inpatient admission is subject to the Health Care Payor's Inpatient Review program
with Intracorp.

The admission has been authorized as medically necessary so this satisfies the
requirements of the program.

We may need to contact the treating physician periodically during the hospital stay to
discuss this patient's progress. Please notify us at the number below if there is any
change in the scheduled date of admission or discharge so that we can review the date for
contacting the treating physician accordingly.

The treating physician, health care payor, and hospital business office have been notified
of this determination. By contract with its customer, Intracorp must review all services
and treatments for plan participants. Benefits are subject to eligibility requirements and
contract limitations and must be verified with the health care payor.

Sincerely,

DONNA COOK

CC:
ACORDIA NATIONAL
APRIL LESTER
BOONE MEM HOSP

SOUTHEAST SERVICE CENTER
3567 PKWY LN
STE 200
NORCROSS, GA 30092
(888)440-7342

500688.015.0404

auth/09-24-98/*8    ** VENDOR COPY **    1024458

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



## West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

November 29, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR            Re:    Claim   2000046841
P.O. BOX 1113                             S.S.N.      -3340
DANVILLE, WV  25053                       D.O.I. 03/10/2000

PLEASE READ CAREFULLY – AUTHORIZATION DECISION

The request from MADISON MEDICAL PLLC dated 11/20/2000, is Approved.

authorization for the medication Oxycontin 10mg and referral for pain clinic
evaluation

Authorized Dates are 11/20/2000 through 02/20/2001.

Your authorization number is 100333280.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may agree to seek mediation
services. If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, yWorkers' Compensation Division7.
                                       BY: Nena Peay
CC:  D & M TRUCKING CORPORATION INC       Claims Representative 3/Senior
     KOZAK JOHN H
     VASS VOCATIONAL SERVICES

RECEIVED    3 0 2000

RECEIVED NOV 3 0 2000
Workers' Compensation Division - Office of Claims Management

500688.015.0405

extt/01-01-96/*6    ** VENDOR·COPY **    1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

## West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

November 29, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                           S.S.N.███-3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000

PLEASE READ CAREFULLY - NOTICE OF BENEFITS

I have received medical evidence which indicates you continue to be
disabled from working from 07/01/2000 through 12/26/2000.

If it is later determined you are not entitled to benefits or
expenses, the Division may recover these overpayments.

If medical evidence showing continued disability is not received, your
claim may close for temporary total disability benefits on 02/09/2001.

If you have any questions or concerns, you may reach me at 304-926-5097.

                                  Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC    By: Nena Peay
     KOZAK JOHN H                          Claims Representative 3/Senior
     VASS VOCATIONAL SERVICES

RECEIVED ... 3 0 2000

Workers' Compensation Division - Office of Claims Management

500688.015.0406

appt/01-01-96/*8    ** VENDOR COPY **    1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

November 29, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                            S.S.N. ███████3340
DANVILLE, WV  25053                      D.O.I. 03/10/2000

PLEASE READ CAREFULLY – APPOINTMENT SCHEDULED

You have been scheduled for an appointment on DECEMBER 22,2000, at 10:30AM
with:

MIR SAGHIR MD        Phone: 304-442-5176
P O BOX 839
MONTGOMERY, WV  25136

The above named physician should provide the Division with a narrative
report which outlines your medical history, diagnostic studies,
physical examination, diagnosis, and prognosis.  The following
questions should be answered:

1. Has the claimant reached maximum medical improvement? (No
   additional surgical or medical intervention will change the
   claimant's condition.)
2. Is the claimant working?  If so, in what capacity?  If not, could
   the claimant return to a modified work assignment and with what
   restrictions?
3. What impairment rating is recommended, using the AMA Guide to the
   Evaluation of Permanent Impairment, Fourth Edition?

If the claimant has not reached maximum medical improvement, what
additional diagnostic studies and/or treatment do you recommend and
what benefit should be expected?  (Review the WCD Treatment Guides for
the diagnosis before making your recommendations.)

*This exam was scheduled by the Division and all bills and related expenses should
sent to us.*

THIS EXAM WAS REQUESTED BY YOUR CLAIMS MANAGER, NENA PEAY

Failure to keep this appointment may result in the closing of your claim
for benefits.

*If you have any questions or concerns, you may reach me at 800-628-4265.*

                                    Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC    BY: Lavonne Salmons
     MIR SAGHIR MD                         Independent Med Ex
     KOZAK JOHN H
     VASS VOCATIONAL SERVICES

RECEIVED NOV 30 2000                                    RECEIVED 3 0 2000

Workers' Compensation Division - Office of Claims Management

500688.015.0407



MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

FAX COVER SHEET

TO: *Nena Peay / Workers Comp.*

FROM: *Freda / Dr Snyder*

RE: *Christopher Lester #200004684*

NUMBER OF PAGES INCLUDING COVER SHEET: *3*

DATE: *11-21-00*

ADDITIONAL COMMENTS: *Pt to bring in original to Comp office.*

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY
ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED
INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS
FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE  304-369-5170
TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US,
THANKYOU.



500688.015.0408

# Attending Physician's Report

Return Completed Form To:
Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

WC-219   Rev. 9-94

**DIVISION USE ONLY**

Claims Manager Nena Peay
Trucking/Agr & Food Proc
Claimant's County BOONE

**SECTION I: To be completed by the injured worker (FORM MAY BE RETURNED IF ALL QUESTIONS ARE NOT ANSWERED.)**

| 1. Claim No. 2000046841 | SS No. ████3340 | 2. Current Telephone No. |
|---|---|---|
| Emp. Fisk No. 98001651 | DOI 03/10/2000 | 304-369-6657 |

Claimant's Name and Address

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

Employer's Name and Address

D & M TRUCKING CORPORATION
502 BOB VINES RD
GHENT, WV 25843

3. *Please mark any needed changes in your address as printed above.*

4. Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled?   ☐ Yes   ☒ No

5. I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.
Claimant's Signature *Christopher W. Lester*   Date 11-10-00

**SECTION II: To be completed by the Attending Physician (PLEASE COMPLETE ALL QUESTIONS.) Attach Additional Pages If Necessary.**

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

| 1. Date of this examination 11/9/00 | 2. Date of next appointment 11/27/00 |
|---|---|
| Month Day Year | Month Day Year |

3. A. Is this the first examination and/or treatment by you for this injury?   ☐ Yes   ☒ No   If Yes, please advise as to how the claimant came under your care.

B. Does claimant continue under your active care?   ☒ Yes   ☐ No   If No, please explain.

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☒ Consultation   ☒ Evaluation   ☒ Treatment

4. Diagnosis (ICD9-CM) code and description
847.0   847.2
847.1   959.01

5. Please describe your treatment plan and list medications currently being prescribed, their dosages, and the refill limit.
Continue med
request Pain Clinic Evaluation

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc?   ☐ Yes   ☒ No   If Yes, please explain condition and how it has affected recovery.

7. Will claimant need rehabilitation services?   ☐ Yes   ☒ No   If Yes, please specify.

8. Is claimant temporarily and totally disabled?   ☒ Yes   ☐ No   If Yes, is disability due to compensable diagnosis or other causes? Please explain.

9. Please indicate the anticipated date claimant will be able to return to:
Modified Work _____   Trial Return to Work 12/27/00   Full-time Work _____

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury?   ☐ Yes   ☐ No   If yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

11. Physician's Name, Address & Telephone No.

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

Phone: 304-369-5170

FEIN   550664546

12.
Physician's Signature

11-17-00
Date

500688.015.0409

P. 1

\* \* \* Transmission Result Report (Memory TX) ( Nov. 20. 2000  3:49PM ) \* \* \*

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 4909 Memory TX | 13049266092 | P.  2 | OK | |

```
Reason for error
    E.1) Hang up or line fail          E.2) Busy
    E.3) No answer                     E.4) No facsimile connection
```

**MADISON MEDICAL, P.L.L.C.**
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

## FAX COVER SHEET

TO: *Workers Comp attn: Nena Peay*

FROM: *Debbie / Dr. J. Mark Snyder*

RE: *Christopher Lester*

NUMBER OF PAGES INCLUDING COVER SHEET: *2*

DATE: *11-20-00*

ADDITIONAL COMMENTS: *Rx Auth.*

CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE
NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY
DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN
RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS
STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE
NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF THE
ORIGINAL DOCUMENTS TO US.

THANK YOU.

500688.015.0410

# MADISON MEDICAL, PLLC
## 705 MADISON AVENUE
## MADISON, WV 25130
## (304) 369-5170

WV Worker's Compensation
P. O. Box 431
Charleston, WV 25322-0431

To Whom It May Concern:

Please authorize the purchase of the following medications for this patient for the treatment of his/her compensable injury.

Sincerely, *Deblin / Dr. J. Mark Snyder*

Patient: *Christopher Lester 2000046841*

SSN: ██ - 3340

DOI: 3/10/2000

RX'S: Atiuan 1mg # B10
Oxycontin 10mg # T10

For the treatment of : 847.0

FAXED
11-20-00
@

500688.015.0411

MADISON MEDICAL, P.L.L.C.
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

## FAX COVER SHEET

TO: _Workers Comp attn: Nena Peay_

FROM: _Debbie / Dr. J. Mark Snyder_

RE: _Christopher Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _11-20-00_

ADDITIONAL COMMENTS: _Rx Auth._

CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE
NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY
DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN
RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS
STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE
NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF THE
ORIGINAL DOCUMENTS TO US.

THANK YOU.

# Attending Physician's Report

Return Completed Form To:

Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

WC-219   Rev. 9-94

**FOR DIVISION USE ONLY**

Claims Manager Nena Peay
Trucking/Agr & Food Proc.
Claimant's County BOONE

| 1. Claim No. | 2000046841 | SS No. | ▮▮▮-3340 | 2. Current Telephone No. |
|---|---|---|---|---|
| Emp. Fisk No. | 98001651 | DOI | 03/10/2000 | 304-369-6657 |

Claimant's Name and Address

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

Employer's Name and Address

D & M TRUCKING CORPORATION

502 BOB VINES RD

GHENT, WV 25843

**3.** *Please mark any needed changes in your address as printed above.*

**4.** Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled? ☐ Yes ☐ No

**5.** I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.

Claimant's Signature _____   Date _____

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

| 1. Date of this examination | 11/14/00 | 2. Date of next appointment | 11/21/00 |
|---|---|---|---|
| | Month Day Year | | Month Day Year |

**3. A.** Is this the first examination and/or treatment by you for this injury? ☐ Yes ☒ No   If Yes, please advise as to how the claimant came under your care. _____

**B.** Does claimant continue under your active care? ☒ Yes ☐ No   If No, please explain. _____

**C.** Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☒ Consultation   ☒ Evaluation   ☒ Treatment

**4.** Diagnosis (ICD9-CM) code and description

847.0    847.2
847.1    959.01

**5.** Please describe your treatment plan and list medications currently being prescribed, their dosages, and the refill limit.

continue meds
request Pain Clinic Evaluation

**6.** Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc? ☐ Yes ☒ No   If Yes, please explain condition and how it has affected recovery. _____

**7.** Will claimant need rehabilitation services? ☐ Yes ☒ No   If Yes, please specify.

**8.** Is claimant temporarily and totally disabled? ☒ Yes ☐ No   If Yes, is disability due to compensable diagnosis or other causes? Please explain.

**9.** Please indicate the anticipated date claimant will be able to return to:
Modified Work _____   Trial Return to Work 12/27/00   Full-time Work _____

**10.** If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury? ☐ Yes ☐ No   If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

**11.** Physician's Name, Address & Telephone No.

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

Phone: 304-369-5170

FEIN   550664546

*FILE COPY*

**12.**

_____
Physician's Signature

11-17-00

Date

500688.015.0413

# VALLEY ORTHOPAEDIC SURGEONS, L.L.C.

## LUIS A. LOIMIL, M.D.

### FID: 311568166

3510 MacCorkle Ave., S.E.
Charleston, WV 25304

(304) 925-6961
FAX (304) 925-2619

NAME _____ LESTER, Christopher W. _____

ADDRESS _____ P.O. Box 1113 _____

_____ Danville WV 25053 _____

PHONE _____ (304) 369-6657 _____

RESPONSIBLE PARTY _____ Christopher W. _____

EMPLOYER (1) _____ D&M Trucking _____

(2) _____

EMPLOYER'S ADDRESS & PHONE # _____

AGE _____ 28 _____ SEX _____ M _____ DOB _____ 71

SS _____ 3340

MARITAL STATUS _____ M _____ SPOUSE'S NAME _____ April

DOI _____ 03/10/2000 _____

INSURANCE _____ WV Workers' Comp 2000046841 _____

REFERRED BY _____ John M. Snyder, D.O./Workers' Comp

Dx _____ (L) SHOULDER - Rotator cuff injury _____

### 10/17/2000 - Office

**C. COMPLAINT:**   One time consultation per the request of John M. Snyder, D.O. and authorized by Nena Peay, Claims Rep. at Workers' Comp by letter dated 08/21/2000, authoz. #100231133 regarding pain in the (L) shoulder.

**INTRODUCTION:**   Mr. Lester works as a truck driver for D&M Trucking. His date of injury was 03/10/2000; he has been off work since that date and states he has filed for disability Social Security. His attorney is Stuart Calwell. The last doctor he saw for this condition was Dr. Snyder, his PCP in Madison WV some time around 10/09/2000 for follow-up of his neck and back; to return in two weeks.

**HPI & RECORD
REVIEW:**   Mr. Lester states that on 03/10/2000 he was at work when he fell off a truck, injuring his (L) shoulder, mid back and ribs. He apparently lost consciousness. He was taken to the e.r. at CGH where x-rays were taken and he was referred to HealthPlus; he was treated there for two weeks and was then referred to Dr. Snyder, his family physician who he saw on 04/07/2000. He was referred for PT treatments at Boone Mem. Hosp. which helped. He had the x-rays repeated on 08/30/2000 and a MRI was done on 09/12/2000. Dr. Snyder now requested this consultation regarding his (L) shoulder.

On review of the records there is an x-ray report of the cervical spine dated 03/10/2000 at CAMC and these are within normal limits. There is an x-ray of the (L) shoulder, same date and this was normal. X-rays of the lumbar spine, same date, are normal. CT-scan of the cervical spine, same date, showed no evidence of acute fracture or subluxation.



OVER.............

RECEIVED NOV 2 1 200

500688.015.0414

CHRISTOPHER W. LESTER
SS: ████████3340
BD: ████████/71

WV WORKERS' COMP
CLAIM #:  2000046841
DOI:  03/10/2000

10/17/2000 cont'd:   There is a report from Dr. Snyder dated 04/07/2000; his diagnosis
was cervical and lumbar strain as well as (L) shoulder strain and
contusion.  He was placed on conservative care with Motrin, Flexeril
and Vicodin and PT.  There is another note from him dated 04/20/2000;
pretty much the same.  He was seen again on 04/26/2000; the same.
On 05/10/2000 nothing had changed; he continued to have trouble
with his shoulder.  He was seen again on 05/24/2000 and was doing
about the same.  He was advised to continue with PT and an appt.
was requested with me for evaluation of his (L) shoulder.  There
is another note dated 06/09/2000; to continue with the same treatment.
On 06/21/2000 he was advised to discontinue the PT treatments.  On
07/10/2000 he was awaiting the consultation with me; same for
07/31/2000.   On 08/28/2000 he was scheduled to have a MRI done.
He was seen again on 09/05/2000 and was doing the same.  On 09/13/2000
the report states a MRI and EMG were pending.  On 09/26/2000 he
stated the MRI was negative.  On 09/29/2000 he refers to ongoing
low back pain, anxiety and depression.

I reviewed PT progress  notes dated 04/20/2000 through 06/19/2000;
these are signed by Tricia McClung, PT.  The note dated 06/19/2000
states the patient continues to report neck, low back and (L)
shoulder pain with no significant increase in the ROM.

On 08/02/2000 he was evaluated by Saghir R. Mir, M.D.  His
recommendations  were  orthopaedic and neurosurgical consults
as well as consult for pain management.  He recommended PT
for the neck, back and (L) shoulder and he deferred his impairment
rating.

I reviewed an x-ray report of the (L) shoulder taken at Boone Mem.
Hosp. on 08/30/2000; this was done with and without weights and
there was no evidence of AC separation.

I reviewed a report of a MRI done at Boone Mem. Hosp. on 09/12/2000;
the cervical spine was normal and the lumbar spine was normal.
Apparently there is an EMG pending; I do not have the report
or know if it has even been done yet.

REVIEW OF
SYSTEMS:           HEENT -  He was involved in a motorcycle accident in 1987 and
                          sustained a cerebral concussion and was unconscious
                          for two days.
                   PULMONARY - He has asthma.

OVER..............

500688.015.0415

CONTINUATION of RECORD on CHRISTOPHER W. LESTER   WV WORKERS' COMP
Page Two                              CLAIM #:  2000046841
SS: ██████3340                     DOI:  03/10/2000
BD: ██████71

10/17/2000 cont'd:   CARDIO CIRCULATORY - Negative.
                  GASTROINTESTINAL - He has question of irritable bowel syndrome.
                  GENITOURINARY - Negative.
                  MUSCULOSKELETAL - Neck, back and (L) shoulder pain.
                  NEUROPSYCHIATRIC - He was seen by Dr. Amores on 10/03/2000 for
a consultation regarding his neck and back and he was told to have
a strain.

                  He denies previous psychiatric treatment.

PRESENT CONDITION
   & COMPLAINTS:     He has pain in his (L) shoulder and numbness in his ring and
little fingers and down the lateral aspect of his arm. He has
shooting pain deep in the shoulder and he cannot apply pressure
without pain. He has decreased ROM. He states he needs to use a
cane in his (L) hand but is unable to. He has pain in his
sholder blade up into his neck area.

HEALTH & SOCIAL
   HISTORY:         AGE:  Twenty-eight.
                  MARITAL STATUS:  Married.
                  CHILDREN:  Three.
                  EDUCATION:  High school graduate.
                  ALCOHOL:  No.
                  TOBACCO:  No.
                  GENERAL HEALTH:    Good.

                  HEIGHT:   5'8"
                  WEIGHT:   284 lbs.
                  METAL:   None.
                  MEDICATIONS:  Paxil, Ativan, Vicoden ES, OxyContin, Vioxx, Flexeril &
                                                         Motrin.
                  ALLERGIES:  None.
                  FAMILY PHYSICIAN:   Dr. John Snyder.

                  He is (R) handed.

DAILY LIVING
   ACTIVITIES:      SELF CARE & PERSONAL HYGIENE -   He has difficulty going to the
bathroom and unbuttoning his pants.
                  EAT & PREPARE FOOD - He has trouble eating with his (L) hand; he is
(R) handed.

                                                OVER...........

                  Luis A. Loimil, M.D.

500688.015.0416

CHRISTOPHER W. LESTER
SS:  ⬛⬛⬛3340
BD:  ⬛⬛/71

WV WORKERS' COMP
CLAIM #:  2000046841
DOI:  03/10/2000

10/17/2000 cont'd:  COMMUNICATION:  SPEAK & WRITE - Pain in (R) arm with writing.
POSTURE:  STAND & SIT - He has pain in his back and (L) shoulder
and numbness of his (L) arm.
CARING FOR THE HOME & PERSONAL FINANCES - He has to have a babysitter
for his children even though he is home.
WALK, TRAVEL & MOVE ABOUT - His knees give way and he has back pain.
RECREATIONAL & SOCIAL ACTIVITIES - None.
WORK ACTIVITIES - He is not working at the present time.

PAST INJURIES:  He states he had a previous injury to his thoracic spine in 1994
from a mobile home accident.

WORK HISTORY:  He has worked for D&M Trucking since October 1998.  He has done
logging, mine supply delivery and worked in a hardware store.

WORK
  DESCRIPTION:  He hauls coal, climbs on a truck, changes tires, rolls and loads
tarp and pushes coal off.

EXAM:  On examination of the (L) shoulder he is walking with a cane in his
(R) hand due to his other injuries.  He is tender on palpation of the
entire (L) shoulder, especially the rotator cuff.  The grip strength
is 60-55-55 kilograms in the (R) and 15-12-10 in the (L).  The
pinch strength is 8-8-8 kilograms in the (R) and 3-3-3 in the (L).
The (R) upper arm measures 41½ centimeters in circumference; the
(L) is 40.  The (R) forearm measures 33½ centimeters in circumference;
the (L) is 31.  He is (R) handed.

Regarding the ROM of the (L) shoulder abduction is 50 degrees and
adduction is 20; flexion is 40 degrees and extension is 30;
internal rotation is 70 degrees and external rotation is 40.  He
has a full ROM of his elbow and wrist with pain.  He has numbness
in the ulnar nerve territory with a positive Tinel sign in the
(L) elbow.  He has obvious weakness of abduction of his (L)
shoulder and pain in the rotator cuff area.

X-RAYS:  I reviewed x-rays taken at Boone Mem. Hosp. on 08/30/2000.  The
(L) AC joint is within normal limits and the (L) shoulder is
within normal limits.

DX:  It is my impression that due to the persistance of the pain,
limitation of the ROM and weakness of abduction, he could have
a rotator cuff injury with tear.

OVER...............

CONTINUATION of RECORD on CHRISTOPHER W. LESTER    WV WORKERS' COMP
Page Three                                         CLAIM #: 2000046841
SS: ████-3340                                      DOI: 03/10/2000
BD: ███/71

10/17/2000 cont'd:   Due to the inability to ascertain a tear of the rotator cuff on
                     x-rays, I feel he needs to have a MRI done of the (L) shoulder.
                     I will accept him in transfer for treatment of his (L) shoulder
                     if that is what you want me to do and if this is authorized,
                     please authorize the MRI.  The plan of treatment will be determined
                     after the results of the MRI  are obtained.

REVIEW OF
   RECORDS:          In preparing this report I reviewed the following records:
                        1)  X-ray, CT-scan & MRI reports from Boone Mem. Hosp. dated
                     03/10/2000, 04/10/2000, 08/30/2000 and 09/12/2000;
                        2)  Records from Dr. Snyder dated 04/07/2000 through
                     09/29/2000;
                        3)  Dr. Mir's IME report, dated 08/02/2000.

                     This evaluation was done following the Rules & Regulations of
                     WV Workers' Compensation, in the presence and with the cooperation
                     of Tammy Hylenski, Med Tech.                 Luis A. Loimil, M.D./dr

NOTE:                11/16/2000 - Copy of report mailed to Workers' Comp and
                                  Dr. Snyder.                     dr

**Luis A. Loimil, M.D.**

500688.015.0418