# CHRISTOPHER WAYNE LESTER
# MADISON MEDICAL GROUP
# RECORDS
# 14-M



## MADISON MEDICAL, PLLC

705 Madison Avenue • Madison, WV 25130
Phone (304) 369-5170 • Fax (304) 369-1742

Robert B. Atkins, M.D.
Family Practice

John Mark Snyder, D.O.
General Practice

Ron D. Stollings, M.D.
Internal Medicine, Geriatrics

Barbara J. Koster, MSN-RNC
Nurse Practitioner

November 15, 2000

Worker's Compensation
P O Box 3151
Charleston, WV 25332

RE: Christopher W. Lester, Sr
SSN ████3340
DOI 3/10/2000
Claim No. 2000046841

Dear Sirs,

Mr. Lester continues to have ongoing severe chronic low back pain without relief with fairly substantial narcotics. He would certainly be a candidate for pain clinic evaluation at this time. I am requesting approval for that, and hope to receive a favorable reply.

Sincerely,

John M. Snyder, D. O.
JMS;bw

cc: Roseann Russo
1809 Huber Rd.
Charleston, WV 25314

500688.015.0419

extt/01-01-96/*6    ** VENDOR COPY **    1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

## West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

October 27, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                           S.S.N █████-3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000

### PLEASE READ CAREFULLY - NOTICE OF BENEFITS

I have received medical evidence which indicates you continue to be
disabled from working from 07/01/2000 through 12/05/2000.

If it is later determined you are not entitled to benefits or
expenses, the Division may recover these overpayments.

If medical evidence showing continued disability is not received, your
claim may close for temporary total disability benefits on 01/19/2001.

If you have any questions or concerns, you may reach me at 304-926-5097.

                                   Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC    By: Nena Peay
     KOZAK JOHN H                          Claims Representative 3/Senior
     VASS VOCATIONAL SERVICES

RECEIVED OCT 3 0 2000

Workers' Compensation Division - Office of Claims Management

500688.015.0420



**Neurological Associates, Inc.**

| NEUROLOGY | NEUROSURGERY | Suite 400, General Medical Pavilion |
|---|---|---|
| Julio D. Teodoro, Jr., M.D. | C.Y. Amores, M.D., F.A.C.S. | 415 Morris Street |
| | Sherry L. Apple, M.S., M.D. | Charleston, WV 25301 |
| | Frederick H. Armbrust, M.D. | 304-344-3551 |
| | Robert J. Crow, M.D. | FAX: 304-342-6927 |
| | John H. Schmidt, III, M.D., F.A.C.S. | website: wvneuro.com |

**Christopher W Lester**
Box 1113
Danville, WV 25053
Home: (304)369-6657  Office: (304)786-5091
MRN:  10491-0  SSN:  DOB: �though/1971; Male Ins: WV WORKE (1517)

October 6, 2000                                                            Page 1
Chart Document

**10/03/2000 - Office Visit: Office Exam - Transcribed**
**Provider: Constantino Y. Amores**
**Location of Care: Neurological Associates, Inc.**

On your request for consultation Mr. Lester was seen in the office today on 10/3/00 with a CHIEF COMPLAINT of pain described to be at the back of the neck going up to the left side of the back of the head going all the way down towards the spine and all the way down both lower extremities in a global fashion with the same type of pain on the left upper extremity, which started following an accident when he fell off of a truck approximately six feet high on 3/10/00.  He stated that he was knocked out for approximately 45-55 minutes.

Every activity that he does makes things worse.  Medicine, rest, heat and ice seems to help him some.

The treatments so far have included physical therapy and medication.  From a scale of 1-10, ten being worse.  He characterized his present condition as an nine.

The REVIEW OF SYSTEMS included a complaint of weight gain, nerves bothering him. His blood pressure acting up because of his problem, aggravation of pain and many other types of symptoms related to the frustration of limitation because of his pain.

The PAST MEDICAL HISTORY is that he was involved in a trailer accident on 8/10/94 and told me that the thoracic spine had been hurt.

The FAMILY HISTORY is negative.

The SOCIAL HISTORY is that he is married, works as a truck driver, has been unable to work since 3/10/00.

The medicine that he takes includes Vicodin ES, Paxil, Vioxx and Flexeril.

The GENERAL NEUROLOGICAL EXAMINATION, including that of cerebrum, cerebellum, and cranial nerve II-XII functions, was normal.

FOCUSED NEUROLOGICAL EXAMINATION, to include motor, sensory, and reflex

RECEIVED OCT 1 0 2000

500688.015.0421

 Neurological Associates, Inc.

**NEUROLOGY**
Julio D. Teodoro, Jr., M.D.

**NEUROSURGERY**
C.Y. Amores, M.D., F.A.C.S.
Sherry L. Apple, M.S., M.D.
Frederick H. Armbrust, M.D.
Robert J. Crow, M.D.
John H. Schmidt, III, M.D., F.A.C.S.

Suite 400, General Medical Pavilion
415 Morris Street
Charleston, WV 25301
304-344-3551
FAX: 304-342-6927
website: wvneuro.com

**Christopher W Lester**
Box 1113
Danville, WV 25053
Home: (304)369-6657    Office: (304)786-5091
MRN: 10491-0 SSN:  DOB: ⬛⬛1971; Male Ins: WV WORKE (1517)

October 6, 2000                                                          Page 2
Chart Document

systems, showed no focal deficit. He did report some numbness at the random area on the lower extremities more so towards the right foot.

Gait, station, and nerve root compression maneuvers did not reveal any evidence of radiculopathy; neither was there any evidence of myelopathy. He did have difficulty moving around the room and examining table because of pain across the lumbar area going up to the spine. He uses a cane when he walks because according to him his right leg would just fly off under him.

Tests available for review included x-rays of the ribs, which were reported as negative. There was an x-ray of the thoracic spine which raised a question of mild anterior compression of T11, old, according to the radiologist. X-ray of the lumbar and chest otherwise were reported to be normal including the spine series. He also has an x-ray of the AC joint on the left and the right, which was reported to be normal according to the radiologist.

An MRI of the lumbar spine and cervical spine were reported to be within normal limits.

My Diagnosis is that he has acute musculoskeletal strain, cervical, thoracic and lumbar spine regions without neurological deficit.

Considering the history, physical and neurological examinations, tests and records available, I feel that conservative (non-neurosurgical) treatment would be the better option. I had a thorough discussion and counseled the patient on my diagnosis, other possibilities, my recommendations, including inherent risks and prognosis. I hope this information will be helpful to you. Should there be any change in neurological status that needs re-evaluation, please let me know. Thank you for your referral.

CYA/mas

cc: John Snyder, D.O.

Signed by Constantino Y. Amores on 10/05/2000 at 9:22 AM
Signed by Constantino Y. Amores on 10/05/2000 at 9:22 AM

500688.015.0422



**NEUROLOGY**
Julio D. Teodoro, Jr., M.D.

**NEUROSURGERY**
C.Y. Amoras, M.D., F.A.C.S.
Sherry L. Apple, M.S., M.D.
Frederick H. Armbrust, M.D.
Robert J. Crow, M.D.
John H. Schmidt, III, M.D., F.A.C.S.

Suite 400, General Medical Pavilion
415 Morris Street
Charleston, WV 25301
304-344-3551
FAX: 304-342-6927
website: wvneuro.com

**Christopher W Lester**
Box 1113
Danville, WV 25053
Home: (304)369-6657   Office: (304)786-5091
MRN:  10491-0  SSN:   DOB: ████/1971; Male Ins: WV WORKE (1517)

October 6, 2000                                                                Page 3
Chart Document

500688.015.0423

# Boone Memorial Hospital

701 Madison Avenue    Madison, West Virginia 25130    304-369-1230

October 5, 2000

John Snyder, DO
705 Madison Ave.,
Madison, WV 25130

Re:    Christopher Lester #104551
       Discharge Note

Dear Dr. Snyder,

Christopher Lester was initially referred to Boone Memorial Sports Medicine and Hand Center on August 31, 2000, with the diagnosis of lumbosacral strain and L-shoulder strain. He has been followed 2-3 x wk for a total of 2 visits. His last date in our clinic was on September 6, 2000.

**Our goals** have been to establish an independent home exercise program, maximize pain-free lumbar ROM, and maximize L-shoulder AROM, and decrease complaints of pain at most 3\10.

**Treatment program** has consisted of instruction in an independent HEP and modalities as indicated to decrease complaints of pain.

**At last visit** on September 6, 2000, Mr. Lester stated he was scheduled for a MRI on September 12, 2000 for an EMG on September 21, 2000, and with a consultation with Dr. Amores on October 11, 2000. He complained of soreness with his L-shoulder, low back and knee. He rated his LBP and L-shoulder pain to 7\10.

Following this appointment on September 6, 2000 Mr. Lester cancelled his next scheduled appointment. He called us on September 14, 2000 and stated he missed his appointment secondary to being ill. On September 18, 2000 we contacted the patient at his home to see if he would be returning and left a message. On September 19, 2000 Mr. Lester returned our call and stated that he had been discharged from physical therapy at this time. Therefore, we will discharge him from our care. This letter is for your records.

Thank you for the opportunity to work with Mr. Lester. If I may be of further assistance to you regarding this patient or any other patient, please do not hesitate to contact me at 369-1230 ext. 242.

Sincerely,

Tricia McClung, PT
TM/pam

xc:    Workers' Compensation, Nena Peay, Claim# 2000046841, DOI 3-10-00.

500688.015.0424



**MADISON MEDICAL, P.L.L.C**
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170  FAX (304) 369-1742

## FAX COVER SHEET

TO: *Tammy / Dr Loimil*

FROM: *Freda / Dr Snyder*

RE: *Christopher Lester*

NUMBER OF PAGES INCLUDING COVER SHEET: _13_

DATE: _10·20-00_

ADDITIONAL COMMENTS: *I still have not received EMG report.*

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE 304-369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US, THANKYOU.

500688.015.0425

Attending Physician's
Return Completed Form to:
Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

WC-219 Rev. 9-94

| Claim No. 2000XXXXX | EG40 | 2. Current Telephone No. |
| Emp. Risk No. 98001651 | DOI 03/30/2000 | 304-369-6657 |
| Claimant's Name and Address | | Employer's Name and Address |

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

D & M TRUCKING CORPORATION
502 BOB VINES RD
GHENT, WV 25843

Please mark any needed changes in your address as printed above.

Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled?  ☐ Yes  ☐ No

I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.

Claimant's Signature _____

If claimant has reached maximum degree of medical improvement, please complete form #WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

| Date of this examination | Month Day Year 10-11-00 | 2. Date of next appointment | 10 25 00 Month Day Year |

A. Is this the first examination and/or treatment by you for this injury? ☐ Yes ☑ No  If Yes, please advise as to how the claimant came under your care. _____

b. Does claimant continue under your active care? ☑ Yes  ☐ No  If No, please explain. _____

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☑ Consultation  ☑ Evaluation  ☑ Treatment  Dr. Uimil

Diagnosis (ICD9-CM) code and description
847.0   847.2
847.1   957.01

5. Please describe your treatment plan and list medications currently being prescribed, their dosages, and the refill limit.
Continue Vicodin & Flexeril
add Vioxx

Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc? ☐ Yes ☑ No  If Yes, please explain condition and how it has affected recovery.

Will claimant need rehabilitation services? ☐ Yes ☑ No  If Yes, please specify.

8. Is claimant temporarily and totally disabled? ☑ Yes ☐ No  If Yes, is disability due to compensable diagnosis or other causes? Please explain.

Please indicate the anticipated date claimant will be able to return to:
Modified Work _____  Trial Return to Work 12/06/00  Full-time Work _____

If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury? ☐ Yes ☐ No  If Yes, please complete form #WC-219a, Notice of Maximum Medical Improvement.

Physician's Name, Address & Telephone No.
MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

Phone: 304-369-5170

12. _____ Physician's Signature

Date _____

FEIN 550664546

500688.015.0426

' auth/09-24-98/*8    ** VENDOR COPY **    1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

August 21, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                           S.S.N.    ████-3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from WCD-CLAIM MANAGER dated 08/18/2000, is Approved.

authorization to proceed with the following recommendations: cervical and lumbar MRI,
xrays of the left AC with and without weight to rule out AC separation, xray of left
rib cage, NCS/EMG
left upper extremity, orthopedic consultation, and neurological consultation
following cervical and lumbar MRI

Authorized Dates are 08/18/2000 through 11/18/2000.

Your authorization number is 100231133.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may agree to seek mediation
services. If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5097.
                                        Workers' Compensation Division
CC: D & M TRUCKING CORPORATION INC    BY: Nena Peay
                                           Claims Representative 3/Senior
     VASS VOCATIONAL SERVICES



RECEIVED AUG 2 2 2000

Workers' Compensation Division - Office of Claims Management

500688.015.0427

auth/09-24-98/*8    *-- VENDOR COPY **    1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

## West Virginia Bureau of Employment Programs
* Job Service/Job Training Programs * Labor Market Information
* Unemployment Compensation * Workers' Compensation
*an equal opportunity/affirmative action employer*

October 2, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                            S.S.N. ⬛⬛⬛⬛3340
DANVILLE, WV  25053                      D.O.I. 03/10/2000

### PLEASE READ CAREFULLY – AUTHORIZATION DECISION

The request from MADISON MEDICAL PLLC dated 09/29/2000, is Approved.

authorization for the medication Vicoden ES

Authorized Dates are 09/29/2000 through 12/29/2000.

Your authorization number is 100273143.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may agree to seek mediation
services. If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, yWorkers' Compensation Division7.
                                        BY: Nena Peay
CC:  D & M TRUCKING CORPORATION INC      Claims Representative 3/Senior
     KOZAK JOHN H
     VASS VOCATIONAL SERVICES

500688.015.0428

extt/01-01-96/*6    ** VENDOR COPY **    1024458

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

October 2, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                            S.S.N.  ████-3340
DANVILLE, WV  25053                      D.O.I. 03/10/2000

PLEASE READ CAREFULLY - NOTICE OF BENEFITS

I have received medical evidence which indicates you continue to be
disabled from working from 07/01/2000 through 11/05/2000.

If it is later determined you are not entitled to benefits or
expenses, the Division may recover these overpayments.

If medical evidence showing continued disability is not received, your
claim may close for temporary total disability benefits on 12/20/2000.

If you have any questions or concerns, you may reach me at 304-926-5097.

                                     Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC  By: Nena Peay
     KOZAK JOHN H                         Claims Representative 3/Senior
     VASS VOCATIONAL SERVICES

500688.015.0429

atty/4-7-98/*6     *- VENDOR COPY **     1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

September 15, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:   Claim  2000046841
P.O. BOX 1113                          S.S.N. ████-3340
DANVILLE, WV  25053                    D.O.I. 03/10/2000

PLEASE READ CAREFULLY - ATTORNEY REPRESENTATION

A request has been received to acknowledge attorney John Kozak,
as representative in this claim.

We agree to furnish copies of all correspondence and checks to this claimant
representative.

This will remain in effect unless further information is received.

If you have any questions or concerns, you may reach me at 304-926-5097.

                                 Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC    BY: Nena Peay
     KOZAK JOHN H                          Claims Representative 3/Senior
     VASS VOCATIONAL SERVICES

RECEIVED SEP 1 8 2000

500688.015.0430

extt/01-01-96/*6    ** VENDOR COPY **    1024458

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

September 15, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:   Claim  2000046841
P.O. BOX 1113                          S.S.N. ⬛⬛⬛-3340
DANVILLE, WV  25053                    D.O.I. 03/10/2000

PLEASE READ CAREFULLY - NOTICE OF BENEFITS

I have received medical evidence which indicates you continue to be
disabled from working from 07/01/2000 through 10/02/2000.

If it is later determined you are not entitled to benefits or
expenses, the Division may recover these overpayments.

If medical evidence showing continued disability is not received, your
claim may close for temporary total disability benefits on 11/16/2000.

If you have any questions or concerns, you may reach me at 304-926-5097.

                                 Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC   By: Nena Peay
     KOZAK JOHN H                         Claims Representative 3/Senior
     VASS VOCATIONAL SERVICES



500688.015.0431

# Attending Physician's Report

Return Completed Form To:

Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

WC-219  Rev. 9-94

**FOR DIVISION USE ONLY**

Claims Manager Nena Peay
Trucking/Agr & Food Proc
Claimant's County BOONE

**SECTION I: To be completed by the injured worker (FORM MAY BE RETURNED IF ALL QUESTIONS ARE NOT ANSWERED.)**

| 1. Claim No. | 2000046841 | SS No. | 3340 | 2. Current Telephone No. |
|---|---|---|---|---|
| Emp. Fisk No. | 98001651 | DOI | 03/10/2000 | 304-369-6657 |

Claimant's Name and Address

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

Employer's Name and Address

D & M TRUCKING CORPORATION

502 BOB VINES RD

GHENT, WV 25843

3. *Please mark any needed changes in your address as printed above.*

4. Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled?  ☐ Yes  ☐ No

5. I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.

Claimant's Signature_____  Date_____

**SECTION II: To be completed by the Attending Physician (PLEASE COMPLETE ALL QUESTIONS.) Attach Additional Pages If Necessary.**

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

| 1. Date of this examination  09 | 26 | 00 | 2. Date of next appointment  10 | 04 | 00 |
|---|---|---|---|---|---|
| Month | Day | Year | Month | Day | Year |

3. A. Is this the first examination and/or treatment by you for this injury? ☐ Yes  ☒ No  If Yes, please advise as to how the claimant came under your care. _____

B. Does claimant continue under your active care? ☒ Yes  ☐ No  If No, please explain. _____

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☒ Consultation  ☒ Evaluation  ☒ Treatment  _Dr. Caimi_

4. Diagnosis (ICD9-CM) code and description

847.0   847.2
847.1   959.01

5. Please describe your treatment plan and list medications currently being prescribed, their dosages, and the refill limit.

_continue meds & Rest_

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc? ☐ Yes  ☒ No  If Yes, please explain condition and how it has affected recovery.

7. Will claimant need rehabilitation services? ☐ Yes  ☒ No  If Yes, please specify.

8. Is claimant temporarily and totally disabled? ☒ Yes  ☐ No  If Yes, is disability due to compensable diagnosis or other causes? Please explain.

9. Please indicate the anticipated date claimant will be able to return to:
Modified Work _____|_____|_____    Trial Return to Work 11|06|00    Full-time Work _____|_____|_____

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury? ☐ Yes  ☐ No  If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

11. Physician's Name, Address & Telephone No.

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

Phone: 304-369-5170

FEIN  550664546

12.

_____
Physician's Signature

9/27/00
Date

500688.015.0432

## 11. DOL/DCMWC REIMBURSEMENT STANDARDS

11a. For nebulizer equipment with compressor motor: requires Pulmonary Funciton Test results that indicate a 50% reduction with a demonstrated 10% or greater increase after bronchodilation; or $FEV_1$ of 1.0L or less (See 11h).

11b. For Home $O_2$ delivery equipment: requires a $pO_2$ value of 60 mmHg or less on room air during a chronic state with corresponding $pCO_2$ and pH values. The $pO_2$ value should be 55 mmHg or less when an $O_2$ concentrator or liquid $O_2$ system is prescribed. If the ABG is done while the patient is on $O_2$, the $pO_2$ standard = 80 mmHg for all oxygen equipment. (See 11h.). All medical evidence to support your request will be considered.

11c. Hospital bed: must be justified by PF test results indicating an $FEV_1$ equal to or less than 40% of predicted, or chronic hypoxia ($pO_2$ 55 mmHg or less).

11d. Prescriptions for home care: must include objective test results or comparable clinical data, explanation why the patient is homebound, and a specific schedule of services to be rendered, including the total number and frequency of prescribed visits. Indicate the type of medical professional (PA, RN, LPN, RT) providing care. Use number 12, below, and/or attach separate sheet.

11e. Prescription for pulmonary rehabilitation services: must include objective test results that justify extent (i.e., level) of rehabilitation prescribed. All services for pulmonary rehabilitation must be categorized by Impairment Level (AMA - Guides to the Evaluation of Permanent Impairment, 2nd Ed. 1984). Also, all pulmonary rehabilitation protocols must be prior-approved. Use number 12, below, and/or attach separate sheet.

11f. Commodes: will be purchased for patients unable to use an available bathroom facility due to a pulmonary impairment. Objective test requirements: for ABG, $pO_2$ of 55 mmHg or less; for PFS, $FEV_1$ of 40% or less of predicted.

11g. Wheel chairs: are not a commonly covered item. Requests must include medical support data and will be evaluated individually. Data must support the wheelchair need because of a severe pulmonary impairment.

11h. ALL CMN supportive test results: must be dated 2 months or less prior to prescription for services. Recertification services must be reviewed yearly or at the expiration date.

NOTE: Prescription for indefinite services or those without required objective test data will be returned for specific information. If your request is rejected because your patient's medical condition does not meet DOL reimbursement requirement standards you may submit other medical evidence to support your prescription request. All evidence will be considered.

**12. Comments:**

EO100: ADJUSTABLE CANE

**13. PHYSICIAN/PROVIDER INFORMATION**

a. Physician's Name, Address and Phone Number (print or type)

JOHN M. SNYDER
705 MADISON AVENUE
MADISON, WV   25130
(304)369-7964

b. Are you the patient's regular physician or are you actively treating this patient?    Yes ☑  No ☐

If NO, explain why you are prescribing the equipment or services on this form.

c. Date of Visit (the date you examined the patient and determined the need for this prescription):  9 /13 /00  MM DD YY

d. Date that the prescribed treatment or service is authorized to begin:  9 /13 /00  MM DD YY

e. By my signature I certify that I am actively treating this patient (or have provided an explanation, 13b., above) and that the prescribed equipment and/or services on this form are medically necessary for treating this patient's condition. I am also aware that, pursuant to 30 U.S.C. 941, any person who willfully makes any false or misleading statement or representation for the purpose of obtaining any benefit or payment relating to this prescription shall be guilty of a misdemeanor and subject to a fine and/or imprisonment.

Physician's Original Signature (Do not use stamp)

Date   9/01/00

Please forward this completed form to the DOL/DCMWC Office which maintains the patient's Black Lung Claim. For further information call TOLL FREE: 1-800-638-7072. (In MD.: 1-800-492-5737)

f. Servicing Provider's Name, Address, Phone No., and PROVIDER NO.:
BOONE HOMECARE SUPPLIES   PROVIDER#
327 STATE STREET      55-0739015-001
MADISON, WV. 25130 (304)369-7964

**Public Burden Statement**

We estimate that it will take an average of 20-40 minutes to co   this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding thes—  mates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of IR          cy, U.S. De     tme   of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Management and Budget, Pap   ork Reduction Project (1215-0113), Washington, D.C. 20503.
DO NOT SEND THE COMPLETED FORM TO EITHER      IESE OFFICES

500688.015.0433

MADISON MEDICAL, P.L.L.C.
705 MADISON AVE.
MADISON, WV 25130
PHONE# (304)369-5170 FAX# (304)369-1742

MEDICAL RECORDS RELEASE AUTHORIZATION

TO: _____*BmH*_____
                    DOCTOR

ADDRESS: _____
_____
_____

I HEREBY AUTHORIZE AND REQUEST YOU TO RELEASE TO:

_____*Dr. Snyder*_____

THE COMPLETE RECORDS IN YOUR POSSESSION CONCERNING MY
ILLNESSES AND/OR TREATMENTS DURING THE PERIOD FROM:

_*Lt. Shoulder X-ray*_ TO _____

NAME: *Christopher Lester*     DATE: *9-13-00*

ADDRESS: *PO Box 1113*
*Danville, WV 25053*

BIRTHDATE: /████-*71*    SSN# ████-*3340*

SIGNATURE: *Chris Lester*
            (IF RELATIVE STATE RELATION)

WITNESS: *Kimberly Hayes*

THIS RELEASE AND AUTHORIZATION SHALL BE VALID FOR ONE YEAR
FROM ITS DATE OF SIGNATURE UNLESS TERMINATED IN WRITING BEFORE
THAT DATE.

**If a fee is required for records please pre-bill. The physicians office will
not be responsible for any fees incurred.



500688.015.0434



MADISON MEDICAL, P.L.L.C.
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

## FAX COVER SHEET

TO: *Workers Comp*

FROM: *Debbie ē Dr. J.M. Snyder D.O.*

RE: *Christer Lester*

NUMBER OF PAGES INCLUDING COVER SHEET: *2*

DATE: *10·3-00*

ADDITIONAL COMMENTS: *Rx Auth.*

CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE
NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY
DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN
RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS
STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE
NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF THE
ORIGINAL DOCUMENTS TO US.

THANK YOU.



500688.015.0435

**MADISON MEDICAL, PLLC**
**705 MADISON AVENUE**
**MADISON, WV 25130**
**(304) 369-5170**

WV Worker's Compensation
P. O. Box 431
Charleston, WV 25322-0431

To Whom It May Concern:

Please authorize the purchase of the following medications for this patient for the
treatment of his/her compensable injury.

Sincerely,

Patient: _Christopu Lester  2000046841_

SSN: ▄▄▄▄▄-3340

DOI: _3-10-00_

RX'S _Paxil 20mg i QD #30 X1 refil_
_Vioxx 25mg i BID #60 X 1refil_

For the treatment of : _847.0_



500688.015.0436



MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170  FAX (304) 369-1742

**FAX COVER SHEET**

TO: _Dr Loismil_

FROM: _Freda / Dr Snyder_

RE: _Chris Lester 200004841_

NUMBER OF PAGES INCLUDING COVER SHEET: _7_

DATE: _9-18-00_

ADDITIONAL COMMENTS: _EMG pending_
_Please review - schedule_
_& notify me ASAP_
_Thank you_

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY
ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED
INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS
FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE  304-369-5170
TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US,
THANKYOU.

500688.015.0437

MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
(304)369-5170  FAX#(304)369-1742

PATIENT NAME: Christopher Lester        ACCT#: 49564

DX: ① shoulder strain        724.3 LBP
847.0                                    739.3

INSURANCE: Work-Comp    DOI 3/10/00

AUTHORIZATION#:

REFERRING DOCTOR: S

PHONE#: 369-6657    CONTACT NAME:

REQUEST FOR: ortho consult

SCHEDULED WITH: Dr Loimil    925-6961

DATE/TIME: Oct 17,    5/31/00 Spoke ē Evelyn
           8:30 AM    Dr Loimil does require
                      Comp Auth. Call her
                      when we receive &
                      she will set appt.

RECORDS: [w.c. '93 form & auth letter / notes, x-rays, PT notes]

_____ SENT BY MAIL

_____ FAXED    pt take films    W-C auth request

_____ GIVEN TO PT TO HAND DELIVER    7/11 faxed 2nd req.

_____ PT WAS NOTIFIED OF DATE, TIME AND ANY SPECIAL
        INSTRUCTIONS.

*/ Lmon Am

take films

fax (304) 925-369

500688.015.0438



MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

### FAX COVER SHEET

TO: Evelyn / Dr Loimil

FROM: Freda / Dr Snyder

RE: Christopher Lester

NUMBER OF PAGES INCLUDING COVER SHEET: 16

DATE: 8-29-00

ADDITIONAL COMMENTS: Please review & schedule pt appt per phone conversation of 8/30/00. Thank you.

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE 304-369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US, THANKYOU.



500688.015.0439



MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170  FAX (304) 369-1742

## FAX COVER SHEET

TO: *Kandi / Dr Loimil*

FROM: *Freda / Dr Snyder*

RE: *Christopher Lester*

NUMBER OF PAGES INCLUDING COVER SHEET: *21*

DATE: *10-12-00*

ADDITIONAL COMMENTS: _____

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE 304-369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US. THANKYOU.



500688.015.0440

MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

### FAX COVER SHEET

TO: *Workers Comp attn. Nena Peay*

FROM: *Debbie / Dr. J. M. Snyder*

RE: *Christopher Lester*

NUMBER OF PAGES INCLUDING COVER SHEET: *2*

DATE: *9-22-00*

ADDITIONAL COMMENTS: *Rx auth.*

_____

_____

_____

CONFIDENTIALITY NOTICE:  THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY
ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED
INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS
FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE 304-369-5170
TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US,
THANKYOU.



**MADISON MEDICAL, PLLC**
**705 MADISON AVENUE**
**MADISON, WV 25130**
**(304) 369-5170**

WV Worker's Compensation
P. O. Box 431
Charleston, WV 25322-0431

To Whom It May Concern:

Please authorize the purchase of the following medications for this patient for the treatment of his/her compensable injury.

Sincerely, *Debbie / Dr. J. M. Snyder, D.O.*

Patient: *Christopher Lester  2000046841*

SSN: ___ 3340

DOI: 3-10-2000

RX'S *Vicoden ES ÷ TID # 90*
*Flexeril 10mg. # QHS #60*
*Motrin 800 mg ÷TID # 90*

For the treatment of : 847.0

FAXED 9-22-00

500688.015.0442

P. 1

* * * Transmission Result Report (Memory TX) ( Sep. 22. 2000 7:51AM ) * * *

| File No. | Mode | Destination | Pg (s) | Result | Page Not Sent |
|----------|------|-------------|--------|--------|---------------|
| 2279 | Memory TX | 13049266092 | P. 2 | OK | |

---

Reason for error
E.1) Hang up or line fail
E.3) No answer
E.2) Busy
E.4) No facsimile connection

MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

FAX COVER SHEET

TO: _Workers Comp attn. Nena Peay_

FROM: _Debbie / Dr. J. M. Snyder_

RE: _Christopher Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _9-22-00_

ADDITIONAL COMMENTS: _Rx Auth._

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE 304-369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US. THANKYOU.

500688.015.0443

MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
(304)369-5170 FAX#(304)369-1742

PATIENT NAME: _Christopher Lester_ ACCT# _4.8564_

DX: _neck & (R) shoulder sprain_

INSURANCE: _Work Comp_ _comp form says neurological_

AUTHORIZATION#: _10023.1133_ _pt needs neurosurgical - OK to use same # per claims rep_

REFERRING DOCTOR: _JMS_ _(Nena Peay per phone call site_ _JB_

PHONE#: _367-6657_    CONTACT NAME: _____

REQUEST FOR: _neuro-surgical consult_

SCHEDULED WITH: _Dr. Amores_    _Suite 406_
DATE/TIME: _Sept. 28  10:00am_    _415 Morris St_
_344-3551_

RECORDS: _# auth,_ _notes, x-rays, MRI_ _# pt take films_
_____ SENT BY MAIL _& EMG_    _all_
_____ FAXED _342-0979_
_____ GIVEN TO PT TO HAND DELIVER

_____ PT WAS NOTIFIED OF DATE, TIME AND ANY SPECIAL
            INSTRUCTIONS.

500688.015.0444




MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170  FAX (304) 369-1742

FAX COVER SHEET

TO: _Dr Amoes_

FROM: _Freda / Dr Snyder_

RE: _Chris Lester  200004684_

NUMBER OF PAGES INCLUDING COVER SHEET: _8_

DATE: _7-18-00_

ADDITIONAL COMMENTS: _EMG pending_

CONFIDENTIALITY NOTICE:  THE DOCUMENTS ACCOMPANYING THIS
FACSIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY
ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED
INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS
FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE  304-369-5170
TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US,
THANKYOU.



500688.015.0445

MADISON MEDICAL
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304)369-5170
FAX (304)369-1742

DATE _*9 18-00*_

DEAR _*Dr. Amores*_

We are sending, _*Chris Lester*_
to you for the treatment of _*neck & (L)shoulder pain*_
We have called and scheduled an appointment on _*Sept 28*_
We are enclosing medical records for your assistance. Thank you
again for accepting our patient. We will be awaiting the report of
your findings.

    If we can be of any further assistance, please feel free to
call.

Thank you,

*Freda*

Freda Botts
Referral Coordinator

500688.015.0446

# Attending Physician's Report

Return Completed Form To:
Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

**FOR DIVISION USE ONLY**

Claims Manager Nena Peay
Trucking/Agr & Food Proc
Claimant's County BOONE

WC-219   Rev. 9-94

**SECTION I: To be completed by the injured worker (FORM MAY BE RETURNED IF ALL QUESTIONS ARE NOT ANSWERED).**

| | |
|---|---|
| 1. Claim No. 2000046841      SS No. ____-3340 | 2. Current Telephone No. 304-369-6657 |
| Emp. Fisk No. 98001651     DOI  03/10/2000 | |
| Claimant's Name and Address | Employer's Name and Address |

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

D & M TRUCKING CORPORATION

502 BOB VINES RD

GHENT, WV 25843

3. *Please mark any needed changes in your address as printed above.*

4. Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled?  ☐ Yes  ☑ No

5. I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.  Claimant's Signature _Christopher W. Lester_    Date _8-28-00_

**SECTION II: To be completed by the Attending Physician (PLEASE COMPLETE ALL QUESTIONS.) Attach Additional Pages If Necessary.**

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

| 1. Date of this examination  8-28-00  Month Day Year | 2. Date of next appointment  9-12-00  Month Day Year |
|---|---|

3. A. Is this the first examination and/or treatment by you for this injury?  ☐ Yes  ☑ No   If Yes, please advise as to how the claimant came under your care. _____

B. Does claimant continue under your active care?  ☑ Yes  ☐ No   If No, please explain. _____

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☑ Consultation   ☑ Evaluation   ☑ Treatment   _Dr. Leimi - ortho/ Charleston_

4. Diagnosis (ICD9-CM) code and description
847.0    847.2
847.1    959.01

5. Please describe your treatment plan and list medications currently being prescribed, their dosages, and the refill limit.
_Physical Therapy Requested_
_Continue Meds d maintain mobility as much as possible_

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc?  ☐ Yes  ☑ No   If Yes, please explain condition and how it has affected recovery. _____

7. Will claimant need rehabilitation services?  ☐ Yes  ☑ No   If Yes, please specify.

8. Is claimant temporarily and totally disabled?  ☑ Yes  ☐ No   If Yes, is disability due to compensable diagnosis or other causes? Please explain. _____

9. Please indicate the anticipated date claimant will be able to return to:
Modified Work ___    Trial Return to Work _10-12-00_    Full-time Work ___

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury?  ☐ Yes  ☐ No   If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

11. Physician's Name, Address & Telephone No.
MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

Phone: 304-369-5170

FEIN    550664546

12. _J.M. [signature]_   _8/1/00_
Physician's Signature

_____
Date

500688.015.0447

## REQUEST FOR AUTHORIZATION



West Virginia
Workers' Compensation Fund
P.O. Box 3151, Charleston, WV 25332

WC-215   Rev. 10-89

| Claimant's/Patient's Full Name | Social Security Number | Date of Injury |
|---|---|---|
| Christopher W. Lester Sr. | ███ 3340 | 3-10-00 |
| First          Middle          Last | | |

| Address | Telephone Number | Claim Number |
|---|---|---|
| Box 1113 Danville WV 25053 | 369-6657 | 200004684 |
| Street or P.O. Box   City   State   Zip Code | | |

The above claimant is being treated for: [Please provide written description and ICD-9-CM code(s).]

| 847.0 | neck sprain | 959.01 | head injury |
| 847.1 | thoracic sprain | | |
| 847.2 | lumbar sprain | | |

Date of examination on which the condition and recommendations contained herein are based.    /    /

**NOTE:** Any request submitted without the appropriate CPT-4 code(s) will result in a delay or denial of the authorization.

Because of the above-described condition, authorization is requested for the following:

☐ **Consultation with** (Please provide name, address, and specialty.) _____

☐ **Change of Physician to** (Please provide name and address and reason for change.) _____

☐ **Medical Studies** [Check appropriate box(es) and provide the CPT-4 codes for the requested services if studies will be done on an outpatient basis.]

  ☐ X-Ray – CPT Code(s): _____
  ☐ EMG – CPT Code: _____      ☐ EKG – CPT Code: _____
  ☐ EEG – CPT Code: _____      ☐ CAT SCAN – CPT Code: _____
  ☐ Myelogram – CPT Code: _____   ☐ MRI – CPT Code: _____

☐ **Physical Medicine** [State specific modality(ies) including CPT-4 code(s) and stipulate number and duration of treatments being requested.]

| MODALITY | CODE | NO. OF TREATMENTS | DURATION |
|---|---|---|---|
| Physical Therapy | | | 2 WKS |
| | | | |
| | | | |

*Please See Reverse Side of Form for Instructions Concerning Physical Medicine Authorization.*

☐ **Hospitalization** (Specify treatment to be administered and number of days requested.)
  **(NOTE:** All diagnostic tests should be done on an outpatient basis when possible, and the admitting date should not be on a weekend unless the admission is of an emergency nature.)

Admitting Diagnosis _____   ICD-9-CM _____
Basis for Admission _____

Number of Days Requested _____
☐ **Surgery** (Be specific and list CPT-4 code.)   ☐ Inpatient   ☐ Outpatient

_____

☐ **Other** (Be specific and list CPT-4 code.) _____

| Physician's Name | J. Mark Snyder DO |
|---|---|
| Address | 70 S. Madison Ave Madison WV 25130 |
| Telephone Number | (304) 369-5520   FEIN   55066 8546 |
| Physician's Signature | J. Mark Snyder DO (JS) |

By signing this form the physician hereby certifies the services being requested are to the best of his/her knowledge necessitated as a direct result of the claimant's injury referenced above, and that, where applicable, reimbursement will be made in accordance with the West Virginia Workers' Compensation Fund schedule of maximum allowable charges. A report covering the treatment and/or services rendered and the results obtained therefrom shall be submitted to the Fund along with the invoice.

500688.015.0448

SAGHIR R. MIR, M.D., F.A.A.O.S.
ORTHOPAEDIC SURGERY
MONTGOMERY GENERAL HOSPITAL
MONTGOMERY, WEST VIRGINIA 25136
———
TELEPHONE (304) 442-5176
(304) 442-5151 EXT. 100



December 28, 2000

Workers' Compensation Fund
PO Box 431
Charleston, WV    25322

<div style="margin-left:2em">

RE:  LESTER, CHRISTOPHER W., SR.
DOB:  ▩▩-71
SS#:  ▩▩-3340
DOI:  03-10-00
CLAIM#:  2000046841
EMPLOYER:  D & M TRUCKING CORPORATION INC.

</div>

Dear Sir/Madam:

This patient was evaluated by me on 12-22-00 at your request.  His extensive
records on films as well as CD were reviewed.  Patient brought several reports
from his physician's office and copies of those reports were made and those
records were reviewed.

In addition to this Compensation sent me 13 films of records regarding his
injury of 08-10-94 which were partly reviewed by me.  History was obtained and
physical examination was carried out.

During his examination my office personnel Crystal and his wife were present
in the examining room.

REVIEW OF RECORDS AND HISTORY:  Records indicate that this patient first time
injured his lower back was on 08-10-94 with claim #95-6803.  This injury
happened when he was carrying some header and he slipped and fell.  He was
under the care of Dr. Chinundat and saw several physicians during his
treatment from 1994 to 1997.  He was seen at the pain clinic by Dr. Nelson.
His x-rays of lumbosacral spine had revealed patient had some wedging at D11
vertebrae.  He had special views and it was felt it was more of a wedging.  He
had an MRI on 08-03-96 which reported no disc herniation.  Patient continued
to have back pain with some right leg pain.  He had IME's done by Dr. Hill and
Dr. Bachwitt.  Dr. Bachwitt evaluated him in 1997 and recommended 5%
impairment.  Patient stated he would receive 10% impairment at the
recommendation of Dr. Hill.  There were extensive vocational rehabilitation
papers in his file.  He was rehabilitated to be a driver.

His present injuries happened on 03-10-00 when he was checking oil in a truck
and hood knocked him backwards and he fell four or five feet away.  He landed
on another truck and was knocked unconscious.  He was seen at CAMC in the
emergency room by Dr. Bailey.  He had multiple x-rays which were reported
normal.

**RECEIVED** JAN 1 1 2001

500688.015.0449

LESTER, CHRISTOPHER W.                    Saghir R. Mir, MD
December 28, 2000
Page 2

REVIEW OF RECORDS AND HISTORY:  Continued.
He had x-ray of cervical spine, dorsal spine and lumbar spine which were all
negative. He had x-ray of left hip, pelvis, shoulder and ankle which were
also normal. He had CT Scan of head and cervical spine which were all
essentially within normal limits. He was discharged from the hospital. He
was told to follow up at Corporate Health.

Patient continued follow up at Corporate Health under the direction of Dr.
Marsha Bailey. Patient specified that he saw four or five physicians at the
clinic. Anyhow his main physician was Dr. Bailey. She treated him
conservatively with medication and physical therapy. He complained of some
drainage from his right ear. There was some question of him seeing Dr. Apple
but I believe it was more of a verbal consultation. He continued to have some
pain in right ear with some drainage so he was referred for ENT consultation
with Dr. Phillips.

On 03-15-00 Dr. Bailey noted that patient had seen Dr. Phillips and had
audiogram done which revealed some hearing loss bilaterally which was not
related to injury. Dr. Phillips did not feel he had any fractures and did not
recommend any additional treatment for his ear. On 03-15-00 Dr. Bailey
checked his ear and did not find any drainage. As patient was continuing to
complain of symptoms in left shoulder so an MRI of left shoulder was
scheduled. On 03-21-00 he had an MRI of left shoulder at CAMC which reported
no evidence of rotator cuff tear. On 03-22-00 Dr. Bailey noted patient was
still having pain in neck and left shoulder area with headaches. He was
started on physical therapy. On 03-27-00 Dr. Bailey noted his MRI of shoulder
to be normal. He had limited range of motion. He started physical therapy at
Boone Memorial Hospital on 04-03-00.

During that time this patient requested to transfer under the care of Dr.
Snyder on 04-06-00. Compensation allowed such transfer. Patient stated he
had previously been treated by Dr. Snyder for his previous injury. On 04-07-
00 Dr. Snyder noted patient had sustained multiple injuries. He was
complaining of pain in his neck and left shoulder area. He was started on
MOTRIN, FLEXERIL and VICODIN. Patient continued to see Dr. Snyder at couple
of week intervals. On 04-26-00 he was still having more or less same
symptoms. He was continued on physical therapy and medications.

During that time patient was allowed to return to work on light duty. On 04-
18-00 he was released but there was no light duty work available through
employer. At that time he was referred to Vass Rehab Services. On 05-05-00
he had initial vocational evaluation. Patient continued to have periodic
follow up with rehab counselor. Over a period of time reviewed were periodic
progress notes.

During May and June of 2000 patient continued to see Dr. Mark Snyder at two
week intervals. He was having persistent symptoms at neck, left shoulder and
lower back. Dr. Snyder mentioned about possibility of consultation by Dr.
Loimil. On 06-19-00 his physical therapy was stopped as it increased his
symptoms.

500688.015.0450

LESTER, CHRISTOPHER W.                    Saghir R. Mir, MD
December 28, 2000
Page 3

<u>REVIEW OF RECORDS AND HISTORY:</u>  Continued.
On 08-02-00 this patient was evaluated by me for West Virginia Compensation.
At that time I recommended for this patient to have MRI of neck, lower back
and x-ray on his left AC joint.  I recommended for this patient to have an
Orthopaedic consultation with Dr. Loimil, a neurosurgical consultation and
pain clinic consultation.  Somehow during the last four months he has not been
going to pain clinic and has been treated with narcotics by his physician
along with some nerve medications.

At my recommendation this patient did have MRI of cervical spine and lower
back which were reported normal.  On 10-02-00 patient had nerve conduction
studies and EMG which were reported normal by Dr. Pratt.  He had no evidence
of peripheral neuropathy or cervical radiculopathy.  His MRI of neck and back
were done on 09-12-00.  He had x-ray of left AC joint on 08-30-00.  His x-ray
of left rib done on the same day were reported normal.

On 10-06-00 he saw Dr. Amores for neurosurgical consultation.  Dr. Amores
noted patient complaining of still neck pain going into left arm.  His
neurological examination was reported normal.  His various x-rays and MRI of
cervical and lumbar spine were reported normal.  Dr. Amores felt patient had
musculoskeletal strain of cervical and lumbar spine without neurological
deficit.  Conservative treatment was recommended.

On 08-17-00 patient was seen by Dr. Loimil who noted him having still pain in
left shoulder with limited range of motion.  It was a detailed five page
report from Dr. Loimil.  I did not see Dr. Loimil mentioning about his
previous MRI of left shoulder which was done on 03-21-00.  Anyway Dr. Loimil
recommended for this patient to have MRI of left shoulder.  Dr. Loimil
indicated that he will accept him as a patient to treat his left shoulder.

Reviewed were physical therapy reports from Boone Memorial Hospital dated 10-
05-00 in his file.  They noted patient started back on physical therapy on 08-
31-00 and finished it on 09-06-00.  They also noted he missed some of his
appointments.  Patient stated at present he is not taking any more treatments
and is finished with his physical therapy.

Patient continued to see Dr. Snyder periodically.  Reviewed were some of the
office notes which were brought in by the patient.  He saw him on 08-07-00,
09-26-00, 10-11-00 and 11-19-00.  More or less he was continued on his
medication.  On 11-27-00 Dr. Snyder noted he was still having pain in neck,
lower back and shoulder area.  He was waiting to see Dr. Loimil.  Also Dr.
Snyder indicated he was waiting to go to pain clinic and see Dr. Loimil.  They
were planning to make him an appointment with Dr. Settle for psychiatric
problem.

Patient stated after Thanksgiving he was hospitalized for five days as his
legs gave out and he fell striking his dorsal spine against the steps.  On 12-
12-00 his physician noted that he has been taking OXYCONTIN which is helping
him.  This was supplemented with HYDROCODONE.

500688.015.0451

LESTER, CHRISTOPHER W.                          Saghir R. Mir, MD
December 28, 2000
Page 4

**REVIEW OF RECORDS AND HISTORY:** Continued.
He was still having generalized pain. He had contusion of dorsal spine with
questionable fracture which they could not tell whether it was new or old.

At present patient uses heating pad or ice and does some massage at home. He
indicated that his MRI of shoulder is going to be approved and after that he
is going to see Dr. Loimil. He was going to see Dr. Settle also and was
planning to be seen at the pain clinic.

Patient indicated he has applied for Disability Social Security which was
denied and he has protested that decision. Patient is going to be 29 tomorrow
and he has worked a total of four or five years and he indicated that he had
enough weeks to be considered for Social Security. Patient stated he has
checked into that already.

**PRESENT COMPLAINTS AND FUNCTIONAL LIMITATIONS:** Patient continues to have pain
in neck and both scapular areas all the time. Intermittently pain goes into
left arm. He had numbness and tingling on the medial side of forearm and
especially in left little and ring finger. He has weakness around his left
shoulder and upper extremity.

He still has pain in left shoulder. It aches and hurts all the time. He has
decrease in mobility. His pain is mostly in front of the shoulder. He can
not lie on the left side. At night time symptoms wake him up.

His lower back aches and hurts all of the time. He has pain in right hip and
SI joint area. Pain goes into back part of right thigh. His pain was in the
same areas as it was following his injury of 1994 except it is worse.
Occasionally he has some pain over the tip of tail bone area. He has some
numbness and tingling in both feet.

Prolong standing, sitting, walking or riding in a car increases his symptoms.
Lying down does not help him much. He has no urinary or bowel symptoms.

**CURRENT MEDICATION:** 1) OXYCONTIN 2) MOTRIN 3) FLEXERIL 4) ATIVAN
5) PAXIL 6) VICODIN 7) ELAVIL

**SOCIAL/WORK/PAST HISTORY:** Please refer to my dictation of 08-02-00.
Since then patient has applied for Disability Social Security.

**PHYSICAL EXAMINATION:** Patient is 29 year-old-white male who was 65 inches
tall and weighed 276 pounds. His general physical condition was satisfactory.

His range of motion at cervical spine is recorded on West Virginia
Compensation Range of Motion Form. He had marked voluntary guarding during
the range of motion and actively resisted his range of motion. There was no
true muscle spasm. There was some tenderness at cervicodorsal and both
scapular area more so on the left. Compression/distraction test caused some
discomfort in neck, though Spurling sign was negative.

500688.015.0452

LESTER, CHRISTOPHER W.                  Saghir R. Mir, MD
December 28, 2000
Page 5

PHYSICAL EXAMINATION:  Continued.

### MEASUREMENTS

|  | RIGHT UPPER EXTREMITY | LEFT UPPER EXTREMITY | COMMENTS |
|---|---|---|---|
| Circumference of upper arm (10 cm above olecranon) | 37.5 cm | 36.1 cm | pt rt handed |
| Circumference of forearm (7 cm below olecranon) | 33.7 cm | 31.2 cm |  |

### NEUROLOGICAL EXAMINATION

| | | | |
|---|---|---|---|
| Reflexes – BJ, TJ & BRJ | 1 to 2+ | 1 to 2+ | |
| Muscle strength | 5/5 | 5/5 | all groups upper extremity muscles |
| Grip strength | 40,40,36 | 30,28,28 | |
| Pulse | 2+ | 2+ | |
| Cranial nerves | Intact | Intact | |

Sensory examination revealed patient had somewhat diminished sensation along the medial side of forearm and left fourth and fifth finger.  Phalen and Tinel signs were negative.  There was no signs of thoracic outlet syndrome.

His examination of shoulder area revealed no visible atrophy.  He had tenderness mostly over the anterior part of left shoulder.  There was very slight tenderness over left AC joint.

### RANGE OF MOTION

| SHOULDERS | RIGHT | LEFT |
|---|---|---|
| Forward flexion/extension | $170^0$–$0^0$–$60^0$ | $90^0$–$0^0$–$45^0$ |
| Abduction/Adduction | $170^0$–$0^0$–$40^0$ | $90^0$–$0^0$–$30^0$ |
| External/internal rotation | | |
| Arm at $90^0$ abduction | $90^0$–$0^0$–$90^0$ | $70^0$–$0^0$–$80^0$ |

500688.015.0453

LESTER, CHRISTOPHER W.                          Saghir R. Mir, MD
December 28, 2000
Page 6

PHYSICAL EXAMINATION:  Continued.
Patient had some discomfort at extreme of range of motion.  Apprehension test
was negative.  Today impingement tests were negative.

Patient has no signs of thoracic outlet or carpal tunnel syndrome.  His range
of motion at elbows was $0^0-0^0-140^0$ with supination/pronation $80^0-0^0-80^0$
bilaterally.  Dorsi/volar flexion at wrist was $60^0-0^0-60^0$ with ulnar/radial
deviation $35^0-0^0-15^0$ bilaterally.

His examination of rib cage area revealed he had mild tenderness on the left
rib cage area.

For detailed examination of lower back is recorded on West Virginia
Compensation Back Form.  His range of motion at lumbar spine was not found to
be valid.  His straight leg raising while seated was noted to be up to $90^0$.

Today I could not examine this patient lying down as patient stated he does
not tolerate it well.

RADIOLOGICAL FINDINGS:
1)  Patient's x-ray of cervical spine, dorsal spine, lumbar spine, pelvis,
left hip, left ankle and chest were reported normal at the time of injury.

2)  His CT Scan of cervical spine and CT Scan of head at the time of injury
were reported normal.

3)  His MRI of left shoulder done on 03-21-00 was reported normal.

4)  Patient had MRI of cervical spine and lumbar spine on 09-12-00 which were
reported normal.

5)  His x-ray of rib cage done on 08-30-00 were reported normal.

6)  Patient's x-ray of AC joint with and without weights on 08-30-00 were
reported normal.

DISCUSSION/CONCLUSION/RECOMMENDATIONS:
1)  This patient first time injured his lower back on 08-10-94 at that time
there was question of wedging versus compression at T11 vertebrae.  He was
treated conservatively.  He was off from work from 1994 until 1997.  Patient
stated he has received 10% wholeman impairment from Compensation at the
recommendation of Dr. Hill.

2)  Patient sustained multiple injuries on 03-10-00.  He has been treated
conservatively and continues to stay symptomatic.  On physical examination
patient's range of motion at cervical spine and lumbar spine was limited on
account of voluntary guarding.  He has some limitation of range of motion at
shoulder with tenderness over bioipital groove area.

500688.015.0454

LESTER, CHRISTOPHER W.                    Saghir R. Mir, MD
December 28, 2000
Page 7

DISCUSSION/CONCLUSION/RECOMMENDATIONS: Continued.
His neurological examination of lower extremity revealed stalking type of
decreased sensation with give away type of weakness in lower extremities. His
reflexes in upper and lower extremity were normal. He had slightly diminished
sensation along the medial side of forearm. His Nerve Conduction Studies and
EMG Studies done on 10-02-00 revealed no cervical radiculopathy or peripheral
neuropathy including carpal tunnel syndrome.

    DIAGNOSES:  1)  Cervicodorsal and left scapular strain with cervical
                    root irritation
             2)  Lumbosacral and sacroiliac strain
             3)  Sprain left shoulder with bicipital tendinitis
             4)  Cerebral concussion

3) He has not reached maximum degree of medical improvement. Patient
continues to be temporarily disabled and an anticipated period of disability
could be another four months.

4) As far as further treatment is concerned this patient should go ahead and
have a repeat consultation with Dr. Loimil and repeat MRI of left shoulder. I
will also recommend compensation to go ahead and let this patient have
psychiatric consultation and pain clinic consultation. The sooner those
consultations and treatments are allowed the lesser the period of his
temporary disability will be.

5) As soon as he finishes his consultation he should be able to go through
Functional Capacity Evaluation. As far as prognosis of this patient is
concerned it is very poor. I doubt if this patient will return to work. He
has already applied for Disability Social Security. Vocational follow up is
recommended.

6) His impairment rating is deferred for another four months. Again please
authorize this patient to see Dr. Loimil, Dr. Settle and go to pain clinic as
soon as possible and authorize the necessary treatment recommended through
those consultations.

Thank you for sending this patient for evaluation. If you have any questions,
please feel free to contact my office at any time.

                Sincerely,

                Saghir R. Mir, MD

SRM/ajs
Enclosures