# CHRISTOPHER WAYNE LESTER
# MADISON MEDICAL GROUP
# RECORDS
# 14-N

LESTER, CHRISTOPHER W.                    Saghir R. Mir, MD
December 28, 2000
Page 8

PLEASE NOTE:  The opinions rendered in this case are the opinions of this
evaluator.  Recommendations regarding work and impairment ratings are given
totally independently of the requesting agents.  This evaluation has been
conducted on the basis of the medical examination and documentation as
provided with the assumption that the material is true and correct.  If more
information becomes available at a later date, an additional service,
report/reconsideration may be requested.  Such information may or may not
change the opinions rendered in this evaluation.  This opinion is based on a
clinical assessment, examination and documentation.  Any recommendation on
impairment is based on AMA Guidelines, Fourth Edition.  This opinion does not
constitute, per se, a recommendation for specific claims or administrative
functions to be made or enforced.  Medicine is both an art and a science; and
although a patient may appear to be fit to return to duty, there is no
guarantee that the patient will not be reinjured or suffer additional injury
once he returns.  If further information is required, please contact me.

500688.015.0456

**BLACK INK**                    **INSTRUCTIONS**                    2 of 6

Where is your pain? How does it feel? Draw your pain using the following key. Do not indicate areas of pain which are not related to your present injury or condition. Draw in your face.

## KEY

| / / / Stabbing | X X X Burning | 000 Pins and Needles | ▲▲▲ Aching, Throbbing | = = = Numbness | ● ● ● Other |
|---|---|---|---|---|---|

CHRISTOPHER W. LESTER, SR.   DOB: ███-71   SS ███-3340   DOI: 03-10-00
CLAIM #2000046841



BACK                                                              FRONT

Left                    Right                    Right                    Left

Signature _Chris Lester_          Date _12-22-00_

500688.015.0457

2000046841

CHRISTOPHER W. LESTER, SR.   DOB:　■-71   SS ■ -3340 / DOB: 03-10-00

**Figure 77. Cervical Range of Motion (ROM).**

CLAIM #2000046841

Name _Christopher Leste_   Soc. Sec. No. ■ -3340   Date 12/22/00

| Movement | Description | Range | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cervical Flexion | Occipital ROM | 20 | 20 | 25 | | | | |
| | T1 ROM | 2 | 2 | 3 | | | | |
| | Cervical flexion angle | 18 | 18 | 22 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum cervical flexion angle | 22 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Extension | Occipital ROM | 32 | 31 | 31 | | | | |
| | T1 ROM | 2 | 2 | 2 | | | | |
| | Cervical extension angle | 30 | 29 | 29 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum cervical extension angle | 30 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Ankylosis in Flexion/Extension | Position | | (Excludes any impairment for abnormal flexion or extension motion) | | | | | |
| | % Impairment | | | | | | | |
| Cervical Right Lateral Flexion | Occipital ROM | 18 | 18 | 17 | | | | |
| | T1 ROM | 2 | 2 | 2 | | | | |
| | Cervical right lat flexion angle | 16 | 16 | 15 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum cervical right lat flexion angle | 16 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Left Lateral Flexion | Occipital ROM | 18 | 18 | 18 | | | | |
| | T1 ROM | 2 | 2 | 2 | | | | |
| | Cervical left lat flexion angle | 16 | 16 | 16 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum cervical left flexion angle | 16 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Ankylosis in Lateral Flexion and Extension | Position | | (Excludes any impairment for abnormal lateral flexion or extension motion) | | | | | |
| | % Impairment | | | | | | | |
| Cervical Right Rotation | Cervical right rotation angle | 45 | 51 | 51 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum cervical right rotation angle | 45 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Left Rotation | Cervical left rotation angle | 40 | 40 | 40 | | | | |
| | ±10% or 5°? | Yes | No | | | | | |
| | Maximum cervical left rotation angle | 40 | | | | | | |
| | % Impairment | | | | | | | |
| Cervical Ankylosis in Rotation | Position | | (Excludes any impairment for abnormal rotation) | | | | | |
| | % Impairment | | | | | | | |
| Total cervical range of motion and ankylosis* impairment | | ____% | | | | | | |

*If ankylosis is present, combine the ankylosis impairment with the range of motion impairment (Combined Values Chart, p. 322). If ankylosis in several planes are present, combine the estimates (Combined Values Chart), then combine the result with the range of motion impairment.

3/134    Guides to the Evaluation of Permanent Impairment    *2004684 41*

CHRISTOPHER W. LESTER, SR.  DOB: ___-71  SS ___ 340  DOI: 03-10-00

**Figure 79. Lumbar Range of Motion (ROM).***    CLAIM #2000046841

Name _Christopher Lester_    Soc. Sec. No. ___ 340  Date _12/22/__

| Movement | Description | Range | | | | | |
|---|---|---|---|---|---|---|---|
| Lumbar Flexion | T12 ROM | 20 | 15 | 15 | | | |
| | Sacral ROM | 10 | 12 | 10 | | | |
| | True lumbar flexion angle | 10 | 3 | | | | |
| | ±10% or 5°? | Yes | No | | | | |
| | Maximum true lumbar flexion angle | 10 | | | | | |
| | % Impairment | | | | | | →6.3 |
| Lumbar Extension | T12 ROM | 0 | 0 | 0 | | | |
| | Sacral ROM | 0 | 0 | 0 | | | |
| | True lumbar extension angle | 0 | 0 | 0 | | | |
| | ±10% or 5°? | Yes | No | | | | |
| | Maximum true lumbar extension angle | | 0 | | | (Add sacral flexion and extension ROM and | |
| | % Impairment | | | | | compare to tightest straight-leg-raising angle) | |
| Straight Leg Raising (SLR), Right | Right SLR | 2 | | | | | |
| | ±10% or 5°? | Yes | No | | (If tightest SLR ROM exceeds sum of sacral | | |
| | Maximum SLR right | | | | flexion and extension by more than 15%, | | |
| | | | | | lumbar ROM test is invalid) | | |
| Straight Leg Raising, Left | Left SLR | 7 | | | | | |
| | ±10% or 5°? | Yes | No | | (If tightest SLR ROM exceeds sum of sacral | | |
| | Maximum SLR Left | | | | flexion and extension by more than 15%, | | |
| | | | | | lumbar ROM test is invalid) | | |
| Lumbar Right Lateral Flexion | T12 ROM | 5 | 7 | 5 | | | |
| | Sacral ROM | 0 | 0 | 0 | | | |
| | Lumbar right lateral flexion angle | 5 | 7 | 5 | | | |
| | ±10% or 5°? | Yes | No | | | | |
| | Maximum lumbar right lateral flexion angle | 7 | | | | | ISL 3 |
| | % Impairment | | | | | | |
| Lumbar Left Lateral Flexion | T12 ROM | 7 | 7 | 5 | | | |
| | Sacral ROM | 2 | 2 | 0 | | | |
| | Lumbar left lateral flexion angle | | | | | | |
| | ±10% or 5°? | Yes | No | | | | |
| | Maximum lumbar left lateral flexion angle | 5 | | | | | |
| | % Impairment | | | | | | |
| Lumbar Ankylosis in Lateral Flexion | Position | | | | | (Excludes any impairment for abnormal | |
| | % Impairment | | | | | flexion or extension motion) | |
| Total lumbar range of motion and ankylosis* impairment | | % | _Not MMI_ | | | | |

*If ankylosis is present, combine the ankylosis impairment with the range of motion impairment (Combined Values Chart, p. 522). If ankyloses in several planes are present, combine the ankylosis estimates (Combined Values Chart), then combine the result with the range of motion impairment.

# Attending Physician's Report

Return Completed Form To:
Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

WC-219  Rev. 9-94

**FOR DIVISION USE ONLY**

Claims Manager Cheryl Armes
Food Proc/Agr/Oil & Gas Const
Claimant's County BOONE

| 1. Claim No. 2000046841 | SS No. -3340 | 2. Current Telephone No. |
|---|---|---|
| Emp. Risk No. 98001651 | DOI 03/10/2000 | 304-369-6657 |

Claimant's Name and Address

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

Employer's Name and Address

D & M TRUCKING CORPORATION

PO BOX 116

GHENT, WV 25843-0116

3. Please mark any needed changes in your address as printed above.

4. Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled?  ☐ Yes  ☑ No

5. I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.
Claimant's Signature _____    Date 8-16-00

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

1. Date of this examination 8/02/00    2. Date of next appointment 9/25/00

3. A. Is this the first examination and/or treatment by you for this injury? ☐ Yes ☑ No  If Yes, please advise as to how the claimant came under your care.

B. Does claimant continue under your active care? ☑ Yes  ☐ No  If No, please explain.

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☑ Consultation  ☑ Evaluation  ☐ Treatment  ortho referral - Dr Laimil

4. Diagnosis (ICD9-CM) code and description
847.0   847.2
847.1   959.01

5. Please describe your treatment plan and list medications currently being prescribed, their dosages and the refill limit.
maintain meds
maintain mobility as much as possible

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc? ☐ Yes ☑ No  If Yes, please explain condition and how it has affected recovery.

7. Will claimant need rehabilitation services? ☐ Yes ☑ No  If Yes, please specify.

8. Is claimant temporarily and totally disabled? ☑ Yes ☐ No  If Yes, is disability due to compensable diagnosis or other causes? Please explain.

9. Please indicate the anticipated date claimant will be able to return to:
Modified Work _____  Trial Return to Work 10/02/00  Full-time Work _____

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury? ☐ Yes ☐ No  If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

11. Physician's Name, Address & Telephone No.
MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

Phone: 304-369-5170

FEIN  550664546

12. _____ Physician's Signature

8-25-00  Date

500688.015.0460

ppnr/11-7-96/*6      ** VENDOR COPY **      1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*as equal opportunity/affirmative action employer*

August 21, 2000

MADISON MEDICAL PLLC                Re:    Claim  2000046841
705 MADISON AVENUE                         S.S.N. ████-3340
MADISON, WV 25130                          D.O.I. 03/10/2000


CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV  25053


          PLEASE READ CAREFULLY - PPD RECOMMENDATIONS
                        *442-5176*
A medical report from Saghir Mir, MD, dated 08/02/2000, indicates that
you are not ready for a final rating. The examiner recommends:.

recommendations are cervical and lumbar MRI, Xrays left AC & left rib cage
with/without weight to rule out AC separation, NCS/EMG left upper extremity,
orthopedic consultation and neurological consultation after cervical and lumbar MRI

If you have any questions or concerns, you may reach me at 304-926-5097.
                              Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC   BY: Nena Peay
     VASS VOCATIONAL SERVICES             Claims Representative 3/Senior


RECEIVED AUG 2 2 2000

500688.015.0461

```
extt/01-01-96/*6    ** VENDOR COPY **    1024458
```



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

# West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

August 21, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR         Re:    Claim  2000046841
P.O. BOX 1113                          S.S.N. █████-3340
DANVILLE, WV  25053                    D.O.I. 03/10/2000

PLEASE READ CAREFULLY - NOTICE OF BENEFITS

I have received medical evidence which indicates you continue to be
disabled from working from 07/01/2000 through 08/31/2000.

If it is later determined you are not entitled to benefits or
expenses, the Division may recover these overpayments.

If medical evidence showing continued disability is not received, your
claim may close for temporary total disability benefits on 10/15/2000.

If you have any questions or concerns, you may reach me at 304-926-5097.

                              Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC    By: Nena Peay
     VASS VOCATIONAL SERVICES              Claims Representative 3/Senior

**RECEIVED AUG 2 2 2000**

Workers' Compensation Division - Office of Claims Management

500688.015.0462

auth/09-24-98/*8                           ** CLAIMANT COPY **



Cecil H. Underwood                West Virginia Bureau of Employment Programs
    Governor                    • Job Service/Job Training Programs • Labor Market Information
William F. Vieweg                  • Unemployment Compensation • Workers' Compensation
  Commissioner                            an equal opportunity/affirmative action employer

                              August 21, 2000


CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV  25053



CHRISTOPHER W LESTER SR        Re:    Claim  2000046841
P.O. BOX 1113                         S.S.N. ███████-3340
DANVILLE, WV  25053                   D.O.I. 03/10/2000


            PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from WCD-CLAIM MANAGER dated 08/18/2000, is Approved.

authorization to proceed with the following recommendations: cervical and lumbar MRI,
xrays of the left AC with and without weight to rule out AC separation, xray of left
rib cage, NCS/EMG
left upper extremity, orthopedic consultation, and neurological consultation
following cervical and lumbar MRI

Authorized Dates are 08/18/2000 through 11/18/2000.

Your authorization number is 100231133.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may agree to seek mediation
services. If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5097.

CC: D & M TRUCKING CORPORATION INC     Workers' Compensation Division
                                       BY: Nena Peay
    MADISON MEDICAL PLLC                   Claims Representative 3/Senior
    VASS VOCATIONAL SERVICES


            Workers' Compensation Division - Office of Claims Management
        Post Office Box 431, Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep

500688.015.0463

ppnr/11-7-96/*6                    ** CLAIMANT COPY **

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



### West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

August 21, 2000

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                           S.S.N. ████-3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000


CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV  25053


          PLEASE READ CAREFULLY - PPD RECOMMENDATIONS

A medical report from Saghir Mir, MD, dated 08/02/2000, indicates that
you are not ready for a final rating. The examiner recommends:.

recommendations are cervical and lumbar MRI, Xrays left AC & left rib cage
with/without weight to rule out AC separation, NCS/EMG left upper extremity,
orthopedic consultation and neurological consultation after cervical and lumbar MRI

If you have any questions or concerns, you may reach me at 304-926-5097.

CC:  D & M TRUCKING CORPORATION INC    Workers' Compensation Division
     MADISON MEDICAL PLLC              BY: Nena Peay
     VASS VOCATIONAL SERVICES              Claims Representative 3/Senior

500688.015.0464

BOONE MEMORIAL HOSPITAL    MADISON, WV 25130    OUTPATIENT/ER REGISTRATION FOR

| MEDICAL RECORD NO. | FINANCIAL TYPE | RELIGION | | | OF ARRIVAL | REGISTRATION DATE | TIME | |
|---|---|---|---|---|---|---|---|---|
| 00010-0551 | WORK COM. | OTHER | | | | 08/04/00 | 20:04 | |

**PATIENT**

| PATIENT NAME | AGE | DATE OF BIRTH | SEX | RACE | MARITAL STATUS | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| LESTER CHRISTOPHER WAYNE | 28 | /71 | MALE | WHITE | MARRIED | -33 |

| MAILING ADDRESS | COUNTY OF RESIDENCE | NOTIFY IN CASE OF EMERGENCY | RELATIONSHIP |
|---|---|---|---|
| PO BO 1113 | BOONE | LESTER CHARLES (DAD) | |

| HOME ADDRESS | HOME PHONE | EMERGENCY CONTACT'S ADDRESS | STATE | ZIP CODE |
|---|---|---|---|---|
| | 304-369-6657 | | | |

| CITY | STATE | ZIP CODE | ADMIT TYPE | EMPLOYMENT | PHONE |
|---|---|---|---|---|---|
| ANVILLE | WV | 25053 | EMERGENCY | D & M TRUCKING | |

| FATHER'S NAME (IF MINOR) | ADMIT SOURCE | MOTHER'S NAME (IF MINOR) |
|---|---|---|
| | EMER ROOM | |

**GUARANTOR**

| GUARANTOR'S NAME | PATIENT'S RELATIONSHIP TO GUARANTOR | EMPLOYMENT STATUS | EMPLOYEE I.D. NO. |
|---|---|---|---|
| LESTER CHRISTOPHER WAYNE | SELF | FULL TIME | |

| GUARANTOR'S MAILING ADDRESS | HOME PHONE | EMPLOYER | EMPLOYER'S PHONE |
|---|---|---|---|
| PO BO 1113 | 304-369-6657 | D & M TRUCKING | |

| GUARANTOR'S HOME ADDRESS | GUARANTOR'S SOCIAL SECURITY NO. | EMPLOYER LOCATION: STREET, CITY, STATE, AND ZIP CODE | |
|---|---|---|---|
| | 3340 | LAUREL, WV | |

| GUARANTOR'S CITY | STATE | ZIP CODE | GUARANTOR NO. | NAME | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|
| ANVILLE | WV | 25053-11 | 00809467 | | |

| GUARANTOR'S EMPLOYER'S NAME | GUARANTOR'S EMPLOYER'S PHONE | ADDRESS | RES. PHONE |
|---|---|---|---|
| D M TRUCKING | | | |

| GUARANTOR'S EMPLOYER'S LOCATION: STREET, CITY, STATE AND ZIP CODE | EMPLOYMENT | JOB PHONE |
|---|---|---|
| LAUREL, WV | | |

**INSURANCE**

| PRIMARY INS. CO. NAME | POLICY HOLDER | INSURED RELATION | POLICY NO. |
|---|---|---|---|
| COMP/UB | LESTER CHRISTOPHER WAYNE | SELF | 3340 |

| GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS | |
|---|---|---|---|
| | E000046841 | | |

| SECONDARY INS. CO. NAME | POLICY HOLDER | INSURED RELATION | POLICY NO. |
|---|---|---|---|
| COMP/PRO FEE | LESTER CHRISTOPHER WAYNE | SELF | 3340 |

| GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS | |
|---|---|---|---|
| | E000046841 | | |

| TERTIARY INS. CO. NAME | POLICY HOLDER | COMMENTS | INSURED |
|---|---|---|---|
| | | | |

| GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS | |
|---|---|---|---|
| | | | |

| MEDICARE NO. | MEDICAID NO. | LAST T.T. | LMP | PARITY | WT. |
|---|---|---|---|---|---|
| | | | | | |

ALLERGIES — Dr. Snyder

CHIEF COMPLAINT NECK/BACK/SHOULDER PAIN, SORE THROAT    TRIAGE ☐ 1 ☐ 2 ☒ 3

| ER M.D. | R03 | PVT M.D. | | ER M.D. EVAL | 7p | TEMP. | BP | P | R |
|---|---|---|---|---|---|---|---|---|---|
| TIME NOTIFIED | | TIME NOTIFIED | | TIME: | 810p | | | | |

NURSING ASSESSMENT    MEDICINES

NURSES NOTES

PHYSICAL HISTORY ☐ DICTATED    ROS    PHYSICAL EXAM

*(handwritten physical history and exam notes — illegible)*

VSS 138/72 T-100.3

28 yr old WM
onset of sore throat
X 1-2 day temp 100.3
today

**500688.015.0465**

BOONE MEMORIAL HOSPITAL    SON, WV 25130

**EMERGENCY DEPARTMENT**
**Nursing Progress Notes**    #5    CHART COPY

| MD TIME OF ORDERS | MEDS | PHYSICIANS ORDERS | | | SITE | TIME DONE | INITIALS | LAB | |
|---|---|---|---|---|---|---|---|---|---|
| | | *Rocephin (gm) IM* | | | | 84p | KH | [ ] CBC | [ ] EKG |
| 8:40p | | *+2.1cc 1% Lidocaine* | | | | 84p | KH | [ ] UA | [ ] DRUG SCREEN |
| | | *T final strap now* | | | | 835p | KH | [ ] CHEM 6 | [ ] ETOH |
| | | | | | | | | [ ] CREATININE | [ ] STREP SCREEN |
| | | *R: augmenta 875 #24* | | | | | | [ ] URIC ACID | [ ] GC CULTURE |
| | | *T tab bid - good* | | | | | | [ ] CALCIUM | [ ] CHLAMYDIA SCR |
| | | | | | | | | [ ] T. BIL | [ ] KOH SMEAR |
| | | | | | | | | [ ] T. PROTEIN | [ ] NaCl SMEAR |
| | | | | | | | | [ ] ALBUMIN | [ ] SPUTUM CULT |
| | | | | | | | | [ ] ALT | [ ] HEMOCULT |
| | | | | | | | | [ ] AST | [ ] AMYLASE |
| | | | | | | | | [ ] LDH | [ ] BLOOD CASE |
| | | | | | | | | [ ] CK | [ ] PT |
| | | | | | | | | [ ] PHOS | [ ] PTT |
| | | | | | | | | [ ] TGL | [ ] |
| | | | | | | | | [ ] CHOL | [ ] |
| | | | | | | | | [ ] ALK PHOS | [ ] |
| | | | | | | | | [ ] CKMB | [ ] |
| | | | | | | | | [ ] THEO | [ ] |
| | | | | | | | ■ | [ ] DILANTIN | [ ] |
| | | | | | | | | [ ] PHENOBARB | [ ] |
| | | | | | | | | [ ] DIGOXIN | [ ] |
| | | | | | | | | [ ] ACETAMIN | [ ] |
| | | | | | | | | | |
| | | | | | | | | TIME/INITIALS: | |
| | | | | | | | | X-RAY / OTHER DIAGNOSTICS | |
| | | | | | | | | [ ] CHEST | |

| TIME | TREATMENTS & PROCEDURES | SIGNATURE | RESPONSE | [ ] FLAT & UPRIGHT ABDOMEN |
|---|---|---|---|---|
| D/C VS | 118/72, 100⁴, 88, 16  *KH* | | | [ ] SKULL |
| | | | | [ ] LUMBAR SPINE |
| | | | | [ ] CERVICAL SPINE |

MONITOR STRIP INTERPRET:

X-RAY INTERPRET:

EKG INTERPRET:

| LAB RESULTS | CHEM 6 | | | CK | CKMB | LDH | | |
|---|---|---|---|---|---|---|---|---|
| OTHER | *Throat strep: positive* | | | | URINALYSIS: | WBC | ABG | pH / pCO₂ |
| | | | | | SG | RBC | | |
| | | | | | CHEM | BACTERIA | | |
| | | | | | | NITRITE | | |

Discharge Instructions: *Rest, po al fluids*
*as tolerance as best*
*f/u w 2-do p Lester*
*clin free & nurse*

After discharge care sheet: [✓] Yes  [ ] No    Time Out *855*
Course of Patient in Emergency Dept.  [✓] Unremarkable  [ ] Unimproved  [ ] Expired
Condition On Discharge  [ ] Excellent  [✓] Good  [ ] Fair  [ ] Poor
Disposition of Case  [ ] Admitted  [✓] Home  [ ] Transferred  [ ] Other

RELEASED TO DR. _____  NURSE SIGNATURE _____  DIAGNOSTIC IMPRESSION: *acute strep pharyngitis*

DISCH _____  DOCTOR SIGNATURE _____

| PATIENT NO. | MEDICAL RECORD NO. | FINANCIAL TYPE  WORK COMP | REG DOCT  OTHER | | | MODE OF ARRIVAL | REGISTRATION DATE  08/04/00 | TIME  20:04 | REGIST |
|---|---|---|---|---|---|---|---|---|---|
| PATIENT'S NAME  LESTER CHRISTOPHER WAYNE | | | AGE  28 | DATE OF BIRTH  71 | SEX  MALE | RACE  WHITE | MARITAL STATUS  MARRIED | | SOCIAL SECURITY NO. |
| MAILING ADDRESS  PO BOX 1115 | | | COUNTY OF RESIDENCE  BOONE | NOTIFY IN CASE OF EMERGENCY  LESTER CHARLES (DAD) | | | | RELATIONSHIP | |
| | | | HOME PHONE  304-369-6657 | EMERGENCY CONTACT'S ADDRESS | | | | STATE | ZIP |
| CITY  DANVILLE | STATE  WV | ZIP CODE  25053 | ADMIT TYPE  EMERGENCY | EMPLOYMENT  D & M TRUCKING | | | | PHONE | |

500688.015.0466

# BOONE MEMORIAL HOSPITAL *Comprev*

| | |
|---|---|
| Pt. Name: _Christopher Lester_ | **Chief C/O:** Seen last night there |
| Triage Time: _3:00 pm_ | went for eval by comp doctor |
| Date: _8-4-00_ | Thu on 08/03/00 just exam |
| Mode of Arrival: _Car_ | c/o neck pain. Roof of |
| Known Allergies: _NKDA_ | mouth hurting. Was given |
| Family Physician: _Snyder_ | Rx for seizure? Med at least |
| Time Dr. Notified: _____ | not that helping. can not move neck c pain |

**RN SITE ASSESSMENT:**
Duration/Onset of Chief C/O:

**PMH:** 3/10/00 work injury

## Nursing Observations:
### Wound-Incision Drainage/Discharge

| Color | Amount | Odor | Swelling |
|---|---|---|---|
| | | | |

**Skin/Color (Circle all that apply)**

| Normal | Pale | Dusky | Cyanotic |
|---|---|---|---|
| Warm | Dry | Hot | Moist |
| Cold | Clammy | Flakey | |

**Pain Scale**

V/S BP 138/72 100² P 72 R 18   Initials MKM

**Glasgow Coma Scale (GCS)** 15

| ADULT | | | PEDIATRICS | |
|---|---|---|---|---|
| Spontaneous | 4 | **Eye Opening** | Spontaneous | 4 |
| Voice | 3 | | Voice | 3 |
| Pain | 2 | | Pain | 2 |
| None | 1 | | None | 1 |
| Obeys | 6 | **Motor Response** | Norm Spont. Mvmt. | 6 |
| Localizes Pain | 5 | | Withdraws from touch | 5 |
| Withdraws to Pain | 4 | | Withdraws to Pain | 4 |
| Flexion | 3 | | Abnormal Flexion | 3 |
| Extension | 2 | | Abnormal Extension | 2 |
| None | 1 | | None | 1 |
| Oriented | 5 | **Verbal Response** | Coos, babbles | 5 |
| Confused | 4 | | Irritable/Cries | 4 |
| Inapprop. | 3 | | Cries to Pain | 3 |
| Incomprehensible | 2 | | Moans to Pain | 2 |
| None | 1 | | None | 1 |

## Triage Level: Please check one
### (Determines Priority Level)

| Level I | Level II | Level III | Level IV |
|---|---|---|---|
| Illness or injury likely to cause permanent brain injury or death within 1 hr. | Illness or injury likely to produce permanent organ injury or death with 24 hr – almost always requires lab & X-rays. | Illness or injury causing damage or suffering if not treated in 24 hr – Often needs lab & X-ray.   MKM | Stable in nature and could be treated in a physician's office. |

RN Signature: _____ RN

## Interim Nursing Assessment Documentation
*(Document and Time: treatments, procedures, observations, assessments, & unusual events)*

(See nurse narrative pg for additional)

---

### Discharge Triage

Time:_____ BP_____ T_____ P_____ Resp:_____ Instructions Given: ___yes ___No Improvement Seen? ___yes
Disposition of Patient:_____
Pain Scale:

Nurse Signature:_____

500688.015.0467

SAGHIR R. MIR, M.D., F.A.A.O.S.
ORTHOPAEDIC SURGERY
MONTGOMERY GENERAL HOSPITAL
MONTGOMERY, WEST VIRGINIA 25136

TELEPHONE (304) 442-5176
(304) 442-5151 EXT. 100

IME REPORT
Claim # ___2000046841___
TRUCKING              CHERYL ARMES
Team # _____ Claim Mgr. _____

August 2, 2000

Workers' Compensation Fund
P.O. Box 431
Charleston, WV   25322-0431

RE: LESTER, CHRISTOPHER W., SR.
DOB: ████71
SS#██████-3340
DOI: 03/10/00
CLAIM#: 2000046841
EMPLOYER: D & M Trucking Corp., Inc.

Dear Sir/Madam:

This patient was evaluated by me on 08/02/00 at your request. His records on a CD ROM, over 100 pages, were reviewed. Patient brought copies of all of his records from Dr. Snyder's office and Boone Memorial Hospital. Those were reviewed, and copies of some of the records were made. In addition to that, patient brought reports of all x-rays from CAMC as well as some of the emergency room records, and those were reviewed. Detailed history was obtained, and a physical examination was carried out. When patient entered the room, he was somewhat moaning and groaning; and I advised him that I did not have to examine him if he was that much symptomatic. He wanted me to go ahead and examine him. Also, I told him that at any time he felt he was having too much pain, he could stop me from carrying out that part of the examination.

**REVIEW OF RECORDS AND HISTORY:** This patient was checking oil in a truck when the hood knocked him backwards, and he fell four to five feet. Patient stated he landed on another truck and hit his head which knocked him unconscious. Then he landed on the ground on his left side. Patient believed he was told that he had loss of consciousness for 40 to 45 minutes. He was taken to Charleston Area Medical Center where he was seen in the emergency room by Dr. David Bailey. Patient was noted to have multiple injuries, and his neurological examination was reported normal. While in the emergency room, he had x-rays of cervical, dorsal and lumbar spine which were reported negative. His x-rays of chest, left shoulder, left hip, pelvis and left ankle were reported normal. I did not find patient having any x-rays of thoracic area or left knee. While in the emergency room, he had a CT scan of head as well as a CT scan of cervical spine which were negative for any fractures or gross disc abnormalities. He was treated conservatively and discharged from the hospital to be followed at Corporate Health. It was noted patient was seen by Dr. Leon Kwei for all of this examination. There were close to 37 pages of hospital records which I reviewed.

RECEIVED AUG 1 5 2000

500688.015.0468

LESTER, CHRISTOPHER W., SR.                                    Saghir R. Mir, MD
August 2, 2000
Page 2

<u>REVIEW OF RECORDS AND HISTORY:</u>  Continued

Patient started further follow up at Corporate Health. According to some of the notes, Dr. Kwei had
consulted Dr. Sherry Apple, and it appeared it was more of a verbal consultation. I did not find any
records from Dr. Apple regarding a neurosurgical consultation.

On 03/14/00, patient was seen by Dr. Marsha Bailey at Corporate Health who noted he had fallen
five or six feet from a truck. He was already seen at the emergency room and had several x-rays.
He was still nauseous and vomiting and having some drainage from his ear area. He was still having
pain in his neck and left shoulder. Dr. Bailey noted that Dr. Kwei had previously talked to
Dr. Apple. Dr. Bailey noted patient's neurological examination to be essentially within normal
limits. She talked to Dr. Apple again regarding ear drainage, so she recommended for patient to
have an ENT consultation with Dr. Phillips to rule out any fracture in the temporal bones. He was
diagnosed having headaches secondary to cerebral concussion as well as neck injury and injury to
chest wall and shoulder. There was no mention of any injury to left knee, though he had x-rays of
left ankle and hip at the time he was seen in the emergency room.

Patient was seen by Dr. Phillips at ENT clinic. On 03/15/00, Dr. Bailey noted that Dr. Phillips had
seen this patient and done an audiogram which showed some hearing loss bilaterally which was not
related to this injury. Dr. Phillips did not find any evidence of fractures, and he did not recommend
any additional treatment or find any direct injury to ear. On 03/15/00, patient had no drainage but
was still having headaches and chest pain. Dr. Bailey recommended for this patient to have an MRI
of left shoulder. He was continued on medication for his headaches, neck pain and pain in left
shoulder.

On 03/22/00, Dr. Bailey noted this patient was still having headaches and pain in his neck and left
shoulder. He already had an MRI of shoulder done on left side on 03/21/00. Before Dr. Bailey
started patient on physical therapy, she wanted to see the results of his MRI. Actually, patient was
seen by Dr. Asaad on 03/22/00 with Dr. Bailey. FLEXERIL, IBUPROFEN and DARVOCET-N
were continued.

On 03/27/00, Dr. Bailey noted patient still had more or less the same symptoms. Patient's MRI of
left shoulder was reported normal. He still had tenderness in his neck and shoulder area with limited
range of motion. His neurological examination was reported normal. Physical therapy was ordered,
and patient started therapy at Boone Memorial Hospital on 04/03/00. There were several records
of physical therapy and reports brought in by the patient which were reviewed by me. Later on
during the course of treatment, Dr. Snyder became patient's physician. He added physical therapy
to left shoulder. This patient had physical therapy until 06/19/00 when, according to patient, his
physical therapy was stopped as it was not helping but causing more symptoms. Also, physical
therapist had requested that this patient should be seen by an orthopaedic surgeon, and Dr. Loimil
was recommended.

500688.015.0469

LESTER, CHRISTOPHER W., SR.                                    Saghir R. Mir, MD
August 2, 2000
Page 3

## REVIEW OF RECORDS AND HISTORY:  Continued

Patient stated he saw four or five physicians at Corporate Health. At that time, he decided to switch under the care of Dr. Snyder who is a medical physician in the Madison area. At patient's request, on 04/06/00, Compensation allowed him to transfer to the care of Dr. Snyder. Patient stated he has been treated previously by Dr. Snyder for another work related injury from 1994 to 1997 which involved compression fractures from T-11 to T-12 area. At that time, he had missed three years of work and had received 10% impairment.

On 04/07/00, patient was seen by Dr. Mark Snyder who noted he had multiple injuries in a fall from a truck. He was noted to have lost consciousness. He was treated at CAMC and Corporate Health. Dr. Snyder noted patient had some stiffness in his neck with a lot of pain on movement of left shoulder. He diagnosed patient having acute cervical, lumbar and left shoulder strain with contusion. He continued him on MOTRIN, FLEXERIL and VICODIN ES. Patient brought Dr. Snyder's office notes of two to three week intervals. On 04/10/00, Compensation allowed his claim to be head injury and thoracic, lumbar and cervical strain.

On 04/26/00, Dr. Snyder noted patient was having multiple symptoms. He continued him on physical therapy. Throughout his follow up, there was no mention of any injury to left knee area, though patient complained of pain. He also complained of pain in his rib cage area. On 05/05/00, Compensation allowed him to have VICODIN. On 06/06/00, Compensation allowed him to have additional therapy three times a week for four weeks and then two times a week over the next four weeks.

Records indicate that on 04/18/00 the employer wrote a letter that light duty work could not be offered as patient was released for that; therefore, patient stayed off work. On 04/02/00, this patient was referred to Vass Rehab Services. On 05/05/00, he had an initial vocational evaluation which was close to ten pages. On 04/19/00, Compensation had allowed patient to transfer under Dr. Snyder's care.

Throughout May and June 2000, patient had more or less the same symptoms. On 07/10/00, his physician noted that he was having considerable pain in left shoulder as well as low back. He still had headaches. He had restriction of mobility at neck and lower back. He was continued on LODINE. Possibility of consultation with Dr. Loimil was mentioned. On 07/17/00, his physician called in a prescription for VICODIN ES. The last time he saw his physician was on 07/31/00, and it was noted he was not doing better and had considerable pain in his left shoulder. Patient had not seen Dr. Loimil, yet, and he stated they are trying to make him an appointment. FLEXERIL and VICODIN were prescribed. He is going to see his physician in two weeks.

Prior to this injury, patient had injury to dorsolumbar area and received 10% impairment. It will be interesting to see his records from that claim.

500688.015.0470

LESTER, CHRISTOPHER W., SR.                                    Saghir R. Mir, MD
August 2, 2000
Page 4

**PRESENT COMPLAINTS AND FUNCTIONAL LIMITATIONS:** Patient still has multiple
symptoms from various areas. He continues to have headaches which are mostly on the right side
of his head. Patient stated that whenever his neck hurts, the pain goes on the right side of his head
just above his ear level.

He continues to have pain in his neck and left scapular area. Intermittently, pain goes into his left
arm all the way to ulnar side of hand and little and ring fingers. He complains of numbness and
tingling on the ulnar side of forearm and in little and ring fingers. He complains of generalized
weakness in left upper extremity. His neck stays stiff. Patient is right handed.

His left shoulder aches and hurts all of time. He has pain over the top of shoulder which he pointed
to the AC joint area. Also, he gets deep seated pain in left shoulder as well as rib cage area. Patient
feels something like a tear in his left shoulder area, and he has a stabbing pain. He has restriction
of mobility at left shoulder. Patient complains of pain in left rib cage area and axillary area.

He continues to have pain in his right lumbosacral area and over SI joint. His back pain is present
all of the time. Intermittently, pain goes to the back part of thigh and medial side of thigh. He has
occasional numbness and tingling in his right foot. Prolong sitting, standing, walking and riding in
a car increase his back symptoms. Lying down does not help him, much. A heating pad gives him
some relief. He is able to manage activities of daily living by himself.

Patient complains of some pain in his right knee. It tries to give out and catch. As stated before,
there was no mention of knee symptoms in his attending physician's records.

**CURRENT MEDICATIONS:** 1) FLEXERIL  2) VICODIN ES  3) MOTRIN

**SOCIAL HISTORY:** Patient is married, and his wife is employed. He has three children, two of
which are from present marriage. He does not smoke cigarettes, drink alcohol or use chewing
tobacco. He has never been on Social Security nor applied for it. At present, he is on Compensation
benefits.

**WORK HISTORY:** Patient has a high school education. He worked in a hardware store. He also
did some logging jobs and also set mobile homes. Then he drove a coal truck for three years. Since
October 1998, he has been working as a truck driver with D & M Coal Company.

**PAST HISTORY:** **A. OTHER WORK RELATED INJURIES OR ILLNESSES:** Injury to
dorsolumbar area with compression injuries to T-10 to T-11 area. This was patient's statement, and
I did not have reports on that injury. Patient stated he was off from work from 1994 until 1997 for
three years and received 10% impairment. He was treated by Dr. Snyder.
          **B. NONWORK RELATED INJURIES OR ILLNESSES:** 1) Motor
accident in 1986-1987. Patient stated he had fracture of collar bone and cerebral concussion. 2) No
surgical procedures. 3) No medical problems.

500688.015.0471

LESTER, CHRISTOPHER W., SR.                                    Saghir R. Mir, MD
August 2, 2000
Page 5

**PHYSICAL EXAMINATION:** Patient is a 28-year-old white male who was 65 inches tall and
weighed 293 pounds. His general physical condition was satisfactory.

His range of motion at cervical spine was recorded on the range of motion form. He had some
guarding at extreme of range of motion, though there was no true muscle spasm. Compression and
distraction tests caused some discomfort in his neck, though Spurling sign was negative. He had no
pathological reflexes.

## MEASUREMENTS

|  | RIGHT UPPER EXTREMITY | LEFT UPPER EXTREMITY | COMMENTS |
|---|---|---|---|
| Circumference of upper arm (10.0 cm above olecranon) | 38.0 cm | 37.0 cm | pt rt handed |
| Circumference of forearm (7.0 cm below olecranon) | 34.5 cm | 32.5 cm | |

## NEUROLOGICAL EXAMINATION

|  | RIGHT UPPER EXTREMITY | LEFT UPPER EXTREMITY | COMMENTS |
|---|---|---|---|
| Reflexes - BJ, TJ & BRJ | 1+ | 1+ | |
| Muscle strength | 5/5 | 5/5 | all groups upper extremity muscles |
| Grip strength | 38,36,30 lbs | 20,18,16 lbs | Jamar apparatus at third notch |
| Pulse | 2+ | 2+ | |
| Cranial nerves | Intact | Intact | |

Patient had slight difference in measurements on the left side. He had decreased sensation along the
ulnar side of forearm and in left fourth and fifth fingers. He had no signs of carpal tunnel syndrome
or thoracic outlet syndrome.

His examination of shoulder area revealed no gross atrophy. He had tenderness over left shoulder
area, especially over left AC joint. Clinically, there was no evidence of gross separation.

500688.015.0472

LESTER, CHRISTOPHER W., SR.                                    Saghir R. Mir, MD
August 2, 2000
Page 6

**PHYSICAL EXAMINATION:** Continued

### RANGE OF MOTION

| SHOULDER | RIGHT | LEFT |
|---|---|---|
| Forward flexion/extension | 170°-0°-60° | 90°-0°-50° |
| Abduction/adduction | 170°-0°-40° | 90°-0°-40° |
| External/internal rotation | | |
|    Arm at 90° abduction | 90°-0°-90° | 70°-0°-45° |
| ELBOW | | |
| Extension/flexion | 0°-0°-140° | 0°-0°-140° |
| WRIST | | |
| Dorsi/volar flexion | 60°-0°-60° | 60°-0°-60° |
| Ulnar/radial deviation | 35°-0°-15° | 35°-0°-15° |

Patient had discomfort at extreme of range of motion at left shoulder. Impingement tests were mildly positive. Apprehension test was negative, though he had some discomfort at 90° abduction and external rotation. There were no signs of thoracic outlet or carpal tunnel syndrome.

Examination of left thoracic rib cage area revealed patient had generalized tenderness, though chest sounds were clear.

His detailed examination of lower back was recorded on the West Virginia Compensation back form and range of motion form.

As far as his right knee was concerned, patient had mild swelling in right suprapatellar area. His range of motion at both knees was 0°-0°-125° as he had some discomfort in back. He had tenderness over the medial collateral ligament at its insertion over the medial femoral condyle. There was no tenderness on patellar compression. McMurray test caused some discomfort in his right knee, though Lachman and pivot shift tests were negative. His collateral and cruciate ligaments seemed to be intact.

500688.015.0473

LESTER, CHRISTOPHER W., SR.                                     Saghir R. Mir, MD
August 2, 2000
Page 7

## RADIOLOGICAL FINDINGS:

1) X-rays of cervical, dorsal and lumbar spine at the time of admission were reported normal. His CT scans of head and cervical spine were also reported normal.

2) X-rays of chest, left hip, left ankle and pelvis were all reported normal.

3) MRI of left shoulder has been reported normal by his attending physician.

## DISCUSSION/CONCLUSION/RECOMMENDATIONS:

1) This patient sustained multiple injuries in a fall from a truck. He has been treated conservatively and still stays symptomatic. On physical examination, he had restriction of mobility at neck and lower back. His neurological examination of lower extremities was normal, but he had diminished sensation along the ulnar side of left forearm and left hand. He had questionable atrophy of left forearm muscles. Patient had some signs of internal derangement of right knee as well as injury to left shoulder and AC joint.

DIAGNOSES:1) Cervicodorsal and left scapular strain with cervical root irritation
2) Lumbosacral and sacroiliac strain with lumbar root irritation
3) To rule out left AC joint injury
4) Injury left shoulder with possible internal derangement
5) Blunt trauma left rib cage and to rule out fracture ribs
6) Sprain medial ligaments right knee and to rule out internal derangement
7) Cerebral concussion

2) Patient has not reached maximum degree of medical improvement. He continues to be temporarily disabled. An anticipated period of disability could be four months.

3) As far as further treatment is concerned, the following recommendations are made:

A) MRI of cervical spine--even though this patient already had a CT scan. This is because he has C-8 nerve root irritation.
B) MRI of lumbar spine to rule out disc herniation.
C) X-rays of left AC joint with and without weight to rule out AC joint separation.
D) X-rays of left rib cage area.
E) Nerve conduction and EMG studies on left upper extremity.
F) Orthopaedic consultation with Dr. Loimil, and patient to take MRI of left shoulder for review by Dr. Loimil.
G) Neurosurgical consultation for neck and low back injuries following MRI of neck and back.

500688.015.0474



LESTER, CHRISTOPHER W., SR.                                  Saghir R. Mir, MD
August 2, 2000
Page 8

**DISCUSSION/CONCLUSION/RECOMMENDATIONS:** Continued

> I) After orthopaedic and neurosurgical consultations, a pain clinic consultation,
>     if needed.
> J) In my opinion, this patient needs further physical therapy to neck, lower back,
>     left shoulder and right knee for the next couple of months while he is going
>     through his workup and consultations.

4) At present, patient is not ready for a functional capacity evaluation, though vocational follow up
is recommended.

5) Patient's impairment rating is deferred for another four months.

During the next IME, please send to the evaluating physician the records or at least IME report of
patient's injury of back from 1994.

As patient has multiple orthopaedic injuries, it is my opinion this patient should be transferred and
followed by Dr. Loimil as soon as possible. Please authorize a consultation and transfer under his
care. It would be best if patient should have a regular follow up by an orthopaedic surgeon,
preferably Dr. Loimil.

Thank you for sending this patient for evaluation. If you have any questions, please feel free to
contact my office at any time.

                                    Sincerely,

                                    Saghir R. Mir, MD

SRM/cv
Enclosures



LESTER, CHRISTOPHER W., SR.                         Saghir R. Mir, MD
August 2, 2000
Page 9

PLEASE NOTE:    The opinions rendered in this case are the opinions of this evaluator.
Recommendations regarding work and impairment ratings are given totally independently of the
requesting agents. This evaluation has been conducted on the basis of the medical examination and
documentation as provided with the assumption that the material is true and correct.  If more
information becomes available at a later date, an additional service, report/reconsideration may be
requested.  Such information may or may not change the opinions rendered in this evaluation.  This
opinion is based on a clinical assessment, examination and documentation.  Any recommendation
on impairment is based on AMA Guidelines, Fourth Edition.  This opinion does not constitute, per
se, a recommendation for specific claims or administrative functions to be made or enforced.
Medicine is both an art and a science; and although a patient may appear to be fit to return to duty,
there is no guarantee that the patient will not be reinjured or suffer additional injury once he returns.
If further information is required, please contact me.

500688.015.0476

SE BLACK INK

# INSTRUCTIONS

2 of

Where is your pain? How does it feel? Draw your pain using the following key. Do not indicate areas of
pain which are not related to your present injury or condition. Draw in your face.

KEY CHRISTOPHER W. LESTER SR  DOB          71 SS#       3340  CLAIM# 2000046841

| / / / Stabbing | X X X Burning | 000 Pins and Needles | ▲▲▲ Aching, Throbbing | = = = Numbness | • • • Other |
|---|---|---|---|---|---|

BACK

FRONT



Left                                    Right

Right                                    Left

Signature _____  Date ___8 2 0 0___

500688.015.0477

Guides to the Evaluation of Pe    ent Impairment

*Dorye 91*
*3/10/200*

**Figure 77.** Cervical Range of Motion (ROM)?

CHRISTOPHER W. LESTER SR, DOB ___71  SS# ___3340  CLAIM# 2000046841

Name *Christopher Leste*        Soc. Sec. No. ___ 3340    Date 8/2/00

| Movement | Description | Range | | | | | |
|---|---|---|---|---|---|---|---|
| Cervical Flexion | Occipital ROM | 33 | 33 | 32 | | | |
| | T1 ROM | 3 | 3 | 3 | | | |
| | Cervical flexion angle | 30 | 30 | 27 | | | |
| | ±10% or 5°? | Yes — No | | | | | |
| | Maximum cervical flexion angle | 30 | | | | | |
| | % Impairment | | | | | | |
| Cervical Extension | Occipital ROM | 28 | 26 | 28 | | | |
| | T1 ROM | 2 | 2 | | | | |
| | Cervical extension angle | 26 | 24 | 26 | | | |
| | ±10% or 5°? | Yes — No | | | | | |
| | Maximum cervical extension angle | 26 | | | | | |
| | % Impairment | | | | | | |
| Cervical Ankylosis in Flexion/Extension | Position | (Excludes any impairment for abnormal flexion or extension motion) | | | | | |
| | % Impairment | | | | | | |
| Cervical Right Lateral Flexion | Occipital ROM | 32 | 33 | 32 | | | |
| | T1 ROM | 3 | 3 | 3 | | | |
| | Cervical right lat flexion angle | 29 | 30 | 29 | | | |
| | ±10% or 5°? | Yes — No | | | | | |
| | Maximum cervical right lat flexion angle | 30 | | | | | |
| | % Impairment | | | | | | |
| Cervical Left Lateral Flexion | Occipital ROM | 27 | 28 | 28 | | | |
| | T1 ROM | 2 | 2 | 2 | | | |
| | Cervical left lat flexion angle | 25 | 26 | 26 | | | |
| | ±10% or 5°? | Yes — No | | | | | |
| | Maximum cervical left lat flexion angle | 26 | | | | | |
| | % Impairment | | | | | | |
| Cervical Ankylosis in Lateral Flexion and Extension | Position | (Excludes any impairment for abnormal lateral flexion or extension motion) | | | | | |
| | % Impairment | | | | | | |
| Cervical Right Rotation | Cervical right rotation angle | 45 | 54 | 50 | | | |
| | ±10% or 5°? | Yes — No | | | | | |
| | Maximum cervical right rotation angle | 50 | | | | | |
| | % Impairment | | | | | | |
| Cervical Left Rotation | Cervical left rotation angle | 50 | 50 | 43 | | | |
| | ±10% or 5°? | Yes — No | | | | | |
| | Maximum cervical left rotation angle | 50 | | | | | |
| | % Impairment | | | | | | |
| Cervical Ankylosis in Rotation | Position | (Excludes any impairment for abnormal rotation) | | | | | |
| | % Impairment | | | | | | |
| Total cervical range of motion and ankylosis* impairment ___% | | NOT MMI | | | | | |

*If ankylosis is present, combine the ankylosis impairment with the range of motion impairment (Combined Values Chart, p. 322). If ankylosis in several planes are present, combine the estimates (Combined Values Chart), then combine the result with the range of motion impairment.

500688.015.0478



*2ore4684/*
*3/10/2000*

**CHRISTOPHER W. LESTER SR  DOB: 12-23-73  SS# 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  CLAIM# 200046841**

Figure 79. Lumbar Range of Motion (ROM).

Name: *Christopher Lester*   Soc. Sec. No. _____ 3340   Date 8/1/00

| Movement | Description | Range | | | | | |
|---|---|---|---|---|---|---|---|
| Lumbar Flexion | T12 ROM | 56 | 50 | 53 | | | |
| | Sacral ROM | 28 | 30 | 30 | | | |
| | True lumbar flexion angle | 2+ | 20 | 2 | | | |
| | ±10% or 5°? | Yes | No | | | | |
| | Maximum true lumbar flexion angle | 25 | | | | | *Table 3 II* |
| | % Impairment | | | | | | |
| Lumbar Extension | T12 ROM | 12 | 12 | 10 | | | |
| | Sacral ROM | 2 | 2 | 1 | | | |
| | true lumbar extension angle | 10 | 10 | 9 | | | |
| | ±10% or 5°? | Yes | No | | | | |
| | Maximum true lumbar extension angle | 10 | (Add sacral flexion and extension ROM and compare to tightest straight-leg-raising angle) | | | | |
| | % Impairment | | | | | | |
| Straight Leg Raising (SLR), Right | Right SLR | 30 | 38 | 30 | | | |
| | ±10% or 5°? | Yes | No | (If tightest SLR exceeds sum of sacral flexion and extension by more than 15%, lumbar ROM test is invalid) | | | |
| | Maximum SLR right | 30 | | | | | |
| Straight Leg Raising, Left | Left SLR | 50 | 40 | 40 | | | |
| | ±10% or 5°? | Yes | No | (If tightest SLR ROM exceeds sum of sacral flexion and extension by more than 15%, lumbar ROM test is invalid) | | | |
| | Maximum SLR Left | 46 | | | | | |
| Lumbar Right Lateral Flexion | T12 ROM | 17 | 18 | 18 | | | |
| | Sacral ROM | 2 | 3 | 3 | | | |
| | Lumbar right lateral flexion angle | 15 | 1+ | 15 | | | |
| | ±10% or 5°? | Yes | No | | | | |
| | Maximum lumbar right lateral flexion angle | 15 | | | | | *Table 32* |
| | % Impairment | | | | | | |
| Lumbar Left Lateral Flexion | T12 ROM | 17 | 17 | 17 | | | |
| | Sacral ROM | 2 | 2 | 2 | | | |
| | Lumbar left lateral flexion angle | 15 | 1+ | 15 | | | |
| | ±10% or 5°? | Yes | No | | | | |
| | Maximum lumbar left lateral flexion angle | 15 | | | | | |
| | % Impairment | | | | | | |
| Lumbar Ankylosis in Lateral Flexion | Position | | (Excludes any impairment for abnormal flexion or extension motion) | | | | |
| | % Impairment | | | | | | |

Total lumbar range of motion and ankylosis* impairment _____ %     *Not MMI*

*If ankylosis is present, combine the ankylosis impairment with the range of motion impairment (Combined Values Chart, p. 322). If ankyloses in several planes are present, combine the ankylosis estimates (Combined Values Chart), then combine the result with the range of motion impairment.

500688.015.0479



MADISON MEDICAL, P.L.L.C
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170  FAX (304) 369-1742

**FAX**

## FAX COVER SHEET

TO: *Cheryl Ames/Work Comp*

FROM: *Freda / Dr Snyder*

RE: *Christopher Lester #200004841*

NUMBER OF PAGES INCLUDING COVER SHEET: *4*

DATE: *7-14-00*

ADDITIONAL COMMENTS: _____

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY
ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED
INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS
FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE  304-369-5170
TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US,
THANKYOU.

500688.015.0480

Christopher Lester          DOB not available          7-10-00
Wt 295     P 74

S–In for f/u and doing essentially the same.  He still has a considerable amt of left
shoulder and low back pain, with any attempt at motion.  He is also having headache
occur also.  We haven't got an appt for him to see Dr. Loimil yet.

O–Exam - no apparent distress, very stocky, he has diminished internal and external
rotation of the shoulder, he can barely lift it above level.  He can SL to about 10
degrees.

A.  Chronic shoulder sprain strain reaction, and LBP.

P–Maintain meds. in addition to Lodine 500 Bid, obtain consult with Dr. Loimil and
follow.

John M. Snyder, D. O./bjw

appt/01-01-96/*8    ** VENDOR COPY **    1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

July 13, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:   Claim 2000046841
P.O. BOX 1113                          S.S.N. ████3340
DANVILLE, WV  25053                    D.O.I. 03/10/2000

PLEASE READ CAREFULLY - APPOINTMENT SCHEDULED

You have been scheduled for an appointment on 8/2/2000, at 10:30 a.m.
with:
      MCCAMIC JOLYON WHITEHEAD          Phone:
      56 FOURTEENTH ST
      WHEELING, WV  26003-3430

The above named physician should provide the Division with a narrative
report which outlines your medical history, diagnostic studies,
physical examination, diagnosis, and prognosis.  The following
questions should be answered:

1.   Has the claimant reached maximum medical improvement? (No
     additional surgical or medical intervention will change the
     claimant's condition.)
2.   Is the claimant working?  If so, in what capacity?  If not, could
     the claimant return to a modified work assignment and with what
     restrictions?
3.   What impairment rating is recommended, using the AMA Guide to the
     Evaluation of Permanent Impairment, Fourth Edition?

If the claimant has not reached maximum medical improvement, what
additional diagnostic studies and/or treatment do you recommend and
what benefit should be expected?  (Review the WCD Treatment Guides for
the diagnosis before making your recommendations.)

This exam was scheduled by the Division and all bills and related expenses should
sent to us.

Exam has been requested by your claims manager, Cheryl Armes, please bring all x-r
and make every effort to attend.

Failure to keep this appointment may result in the closing of your claim
for benefits.

If you have any questions or concerns, you may reach me at 800-628-4265.

                                 Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC   BY: Janet Jones
     MCCAMIC JOLYON WHITEHEAD             Claims Tech
     VASS VOCATIONAL SERVICES

RECEIVED JUL 1 7 2000

500688.015.0482

extt/01-01-96/*6    ** VENDOR COPY **    1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
an equal opportunity/affirmative action employer

July 17, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130


CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                           S.S.N.  ████-3340
DANVILLE, WV  25053                     D.O.I.  03/10/2000


PLEASE READ CAREFULLY - NOTICE OF BENEFITS

I have received medical evidence which indicates you continue to be
disabled from working from 07/01/2000 through 07/31/2000.

If it is later determined you are not entitled to benefits or
expenses, the Division may recover these overpayments.

If medical evidence showing continued disability is not received, your
claim may close for temporary total disability benefits on 09/14/2000.

If you have any questions or concerns, you may reach me at 304-926-5149.


CC:  D & M TRUCKING CORPORATION INC     Workers' Compensation Division
     VASS VOCATIONAL SERVICES           By: Cheryl Armes
                                            Claims Representative 2


RECEIVED JUL 1 7 2000

500688.015.0483

apch/01-01-96/*6    ** VENDOR COPY **    1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

## West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

July 17, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR         Re:    Claim  2000046841
P.O. BOX 1113                          S.S.N. ▓▓▓-3340
DANVILLE, WV  25053                    D.O.I. 03/10/2000

PLEASE READ CAREFULLY - APPOINTMENT CHANGED

Your appointment with Dr. S Mir, has either been
cancelled or rescheduled.

Your appointment has been changed to:

Doctor on first letter was a cerical error.  NOTE:  Dr. Saghir Mir  will be the
doctor you have a appt. with on 8/2/2000 at 10:30.

If you have any questions or concerns, you may reach me at 800-628-4265.

                                       Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC    BY: Janet Jones
     VASS VOCATIONAL SERVICES              Claims Tech



500688.015.0484

appt/01-01-96/*8    ** VENDOR COPY **    1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*as equal opportunity/affirmative action employer*

July 17, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                           S.S.N. ████████8340
DANVILLE, WV  25053                     D.O.I._ 03/10/2000

          PLEASE READ CAREFULLY - APPOINTMENT SCHEDULED

You have been scheduled for an appointment on 8/2/2000, at 10:30 a.m.
with:
     MIR SAGHIR MD          Phone: 304-442-5176
     P O BOX 839
     MONTGOMERY, WV  25136

The above named physician should provide the Division with a narrative
report which outlines your medical history, diagnostic studies,
physical examination, diagnosis, and prognosis. The following
questions should be answered:

1.   Has the claimant reached maximum medical improvement? (No
     additional surgical or medical intervention will change the
     claimant's condition.)
2.   Is the claimant working? If so, in what capacity? If not, could
     the claimant return to a modified work assignment and with what
     restrictions?
3.   What impairment rating is recommended, using the AMA Guide to the
     Evaluation of Permanent Impairment, Fourth Edition?

If the claimant has not reached maximum medical improvement, what
additional diagnostic studies and/or treatment do you recommend and
what benefit should be expected? (Review the WCD Treatment Guides for
the diagnosis before making your recommendations.)

This exam was scheduled by the Division and all bills and related expenses should
sent to us.

Exam has been requested by your claims manager, Cheryl Armes, please bring all x-r
and make every effort to attend.

Failure to keep this appointment may result in the closing of your claim
for benefits.

If you have any questions or concerns, you may reach me at 800-628-4265.

                              Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC    BY: Janet Jones
     MIR SAGHIR MD                          Claims Tech
     VASS VOCATIONAL SERVICES

                                   RECEIVED JUL 1 7 2000

                                             500688.015.0485

**VASS VOCATIONAL SERVICES**
**P.O. Box 162**
**SUMMERSVILLE, WV  26651**

**AUTHORIZATION AND CONSENT TO OBTAIN**
**MEDICAL AND EMPLOYMENT INFORMATION**

I hereby consent and request that the bearer be permitted to examine and obtain copies of

all hospital and medical records, interview all doctors and other attendants and all employers

and former employees regarding matters relating to examination, diagnosis, care and

treatment of myself, earnings and loss of earnings and all educational background.

I am willing that a Photostat of this authorization be accepted with the same authority as the

original.

Signed _Chris Lester_    Date _5-3-00_

Address _▮▮▮▮ 3346_

Witness _Amy M. Who_    Date _5-3-00_

Witness _____    Date _____

Attn: Freda

Copied
& mailed
6-30-00 JR

500688.015.0486

extt/01-01-96/*6    ** VENDOR COPY **    1024458

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

June 20, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130


CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                           S.S.N. ██████-3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000


PLEASE READ CAREFULLY - NOTICE OF BENEFITS

I have received medical evidence which indicates you continue to be
disabled from working from 04/04/2000 through 07/23/2000.

If it is later determined you are not entitled to benefits or
expenses, the Division may recover these overpayments.

If medical evidence showing continued disability is not received, your
claim may close for temporary total disability benefits on 09/06/2000.

If you have any questions or concerns, you may reach me at 304-926-5149.


CC:  D & M TRUCKING CORPORATION INC    Workers' Compensation Division
     VASS VOCATIONAL SERVICES          By: Cheryl Armes
                                           Claims Representative 2



RECEIVED JUN 2 ⦗ 2000


Workers' Compensation Division - Office of Claims Management
Post Office Box 431, Charleston, West Virginia 25322-0431 • http://www.state.wv.us/bep


500688.015.0487

# Boone Memorial Hospital



701 Madison Avenue, Madison, West Virginia 25130    304-369-1230
June 19, 2000

John Snyder, DO
705 Madison Ave.                         Re:    Christopher Lester #104551
Madison, WV 25130                               Progress Note

Dear Dr. Snyder,

Christopher Lester was initially referred to Boone Physical Therapy on March 28, 2000, with the diagnosis of cervical, left shoulder, and lumbosacral strain. He has been followed 2-3 x wk for a total of 25 visits. He is scheduled for a follow-up appointment in your office on June 20, 2000.

**Our goals** have been to establish an independent home exercise program, improve cervical and L-shoulder AROM, increase L-shoulder PROM, decrease complaints of pain, improve L-shoulder strength and function, and maximize pain-free lumbar flexibility.

**Treatment program to date** has consisted of instruction in an independent HEP, participation in a therapeutic exercise program comprised of cervical flexibility exercises as well as active assistive and isometric exercises for the L-shoulder and modalities as indicated to decrease complaints of pain.

**At last visit** on June 19, 2000, Mr. Lester reported his neck and L-shoulder pain was worse than his back pain. He described his shoulder pain as "It feels like when you get a cut and it starts to heal up." He complained of "Feeling really stiff in my spine." He performed his exercise program and received treatment as outline above followed by a brief reassessment.
**Cervical AROM: Flex 18°. Ext 29°. R-rot 54°. L-rot 26°. R-SB 26°. L-SB 25°.**
**L-Shoulder AROM: Flex 82°. ABD 68°. IR 45°. ER 25°. Sensation: Intact to light touch RUE and bil LE and diminished in the LUE following no specific dermatomal pattern.**
**Lumbar AROM: Flex 38°. Ext 7°. R-SB 28°. L-SB 24°. LU Strength: Shoudler Flex 2\S, ABD 2\S. Elbow Flex/Ext 4\S. Wrist Flex/Ext 4\S. Thumb Flex 4+\S. Finger ADD 4\S.**

**Assessment:**    Overall, Mr. Lester continues to report neck, LBP, and L-shoulder pain with no significant increase in ROM noted.

**Plan:**    I hope the information presented above will be helpful as you reassess this patient. We will wait for your recommendations regarding further treatment with this patient.

Thank you for the opportunity to work with Mr. Lester. If I may be of further assistance to you regarding this patient or any other patient, please do not hesitate to contact me at 369-1230 ext. 242.

Sincerely,

Tricia McClung
Tricia McClung, PT
TM/pam

xc:    Workers' Comp; SS#████3340; DOI 3-10-00

06/20/00  11:10  FAX 369 1525          BOONE REHAB SERV                    ☎ 01

# Boone Memorial Hospital

701 Madison Avenue   Madison, West Virginia 25130    304 369 1230

June 19, 2000

John Snyder, DO                        Re:   Christopher Lester #104551
705 Madison Ave.                             Progress Note
Madison, WV 25130

Dear Dr. Snyder,

Christopher Lester was initially referred to Boone Physical Therapy on March 28, 2000, with the diagnosis of cervical, left shoulder, and lumbosacral strain. He has been followed 2-3 x wk for a total of 25 visits. He is scheduled for a follow-up appointment in your office on June 20, 2000.

**Our goals** have been to establish an independent home exercise program, improve cervical and L-shoulder AROM, increase L-shoulder PROM, decrease complaints of pain, improve L-shoulder strength and function, and maximize pain-free lumbar flexibility.

**Treatment program to date** has consisted of instruction in an independent HEP, participation in a therapeutic exercise program comprised of cervical flexibility exercises as well as active assistive and isometric exercises for the L-shoulder and modalities as indicated to decrease complaints of pain.

At last visit on June 19, 2000, Mr. Lester reported his neck and L-shoulder pain was worse than his back pain. He described his shoulder pain as "It feels like when you get a cut and it starts to heal up." He complained of "Feeling really stiff in my spine." He performed his exercise program and received treatment as outline above followed by a brief reassessment.
**Cervical AROM:** Flex 18°. Ext 29°. R-rot 54°. L-rot 26°. R-SB 26°. L-SB 25°.
**L-Shoulder AROM:** Flex 82°. ABD 68°. IR 45°. ER 25°. **Sensation:** Intact to light touch RUE and bil LE and diminished in the LUE following no specific dermatomal pattern.
**Lumbar AROM:** Flex 38°. Ext 7°. R-SB 28°. L-SB 24°. **LU Strength:** Shoudler Flex 2\5, ABD 2\5. Elbow Flex/Ext 4\5. Wrist Flex/Ext 4\5. Thumb Flex 4+\5. Finger ADD 4\5.

**Assessment:** Overall, Mr. Lester continues to report neck, LBP, and L-shoulder pain with no significant increase in ROM noted.

**Plan:** I hope the information presented above will be helpful as you reassess this patient. We will wait for your recommendations regarding further treatment with this patient.

Thank you for the opportunity to work with Mr. Lester. If I may be of further assistance to you regarding this patient or any other patient, please do not hesitate to contact me at 369-1230 ext. 242.

Sincerely,

*Tricia M'Clung*
Tricia McClung, PT
TM/pam

xc:   Workers' Comp; SS#███████8340; DOI 3-10-00

500688.015.0489

auth/09-24-98/*8    ** vENDOR COPY **    1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

June 6, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                            S.S.N. ▓▓▓▓-3340
DANVILLE, WV  25053                      D.O.I. 03/10/2000

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from MADISON MEDICAL PLLC dated 05/31/2000, is Approved.

physical therapy 3 times a week for 4 weeks and 2 times a week for 4 weeks is
authorized as requested by the claimant's treating physician is authorized.

Authorized Dates are 05/31/2000 through 07/26/2000.

Your authorization number is 100157008.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter.  You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317.  Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may agree to seek mediation
services. If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, yWorkers' Compensation Division5.
                                        BY: Cheryl Armes
CC:  D & M TRUCKING CORPORATION INC        Claims Representative 2
     VASS VOCATIONAL SERVICES

Workers' Compensation Division - Office of Claims Management
··· ··· ·· ··· ··· 25222 0421 • http://www.state.wv.us/bep

500688.015.0490

cnrq/3-27-98/*6      ** VENDOR COPY **      1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

June 1, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:   Claim  2000046841
P.O. BOX 1113                          S.S.N.  ▇▇▇-3340
DANVILLE, WV  25053                    D.O.I. 03/10/2000

        PLEASE READ CAREFULLY - REQUEST FOR INFORMATION

JOHN SNYDER, D. O., please send me the following
information regarding this claim:

All medical records related to the above claim.

A detailed narrative report.


PLEASE SUBMIT YOUR ACTIVE TREATMENT PLAN.

If you have any questions or concerns, you may reach me at 304-926-5375.


                                  Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC   BY: Cheryl Armes
     VASS VOCATIONAL SERVICES             Claims Representative 2


Copied
mailed
records
7-14-00  JB

Workers' Compensation Division - Office of Claims Management
···  ···  25322 0421 • http://www.state.wv.us/bep

**500688.015.0491**

# Attending Physician s Report

Return Completed Form To:

Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

WC-219  Rev. 9-94

OR ~~C~~ ~~SION~~ USE ONLY

**SECTION I: To be completed by the injured worker (FORM MAY BE RETURNED IF ALL QUESTIONS ARE NOT ANSWERED.)**

| 1. Claim No. 20000 46841 | SS No. _____ 3340 | 2. Current Telephone No. 369-6657 |
|---|---|---|
| Emp. Fisk No. | DOI 3-10-00 | |

Claimant's Name and Address                    Employer's Name and Address

Christopher W. Lester, Sr.
P.O. Box 1113
Danville, WV 25053

3. *Please mark any needed changes in your address as printed above.*

4. Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally
disabled? ☐ Yes ☑ No

5. I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law
provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase
a benefit that I am not entitled to.

Claimant's Signature  Christopher W. Lester                    Date 7-10-00

**SECTION II: To be completed by the Attending Physician (PLEASE COMPLETE ALL QUESTIONS.) Attach Additional Pages if Necessary.**

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

| 1. Date of this examination  7/10/00 | 2. Date of next appointment  7/31/00 |
|---|---|
| Month  Day  Year | Month  Day  Year |

3. A. Is this the first examination and/or treatment by you for this injury? ☐ Yes ☑ No  If Yes, please advise as to how the claimant came
under your care. _____

B. Does claimant continue under your active care? ☑ Yes ☐ No  If No, please explain. _____

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☑ Consultation ☐ Evaluation ☐ Treatment  awaiting auth for ortho referral

4. Diagnosis (ICD9-CM) code and description
847.0    847.2
847.1    959.01

5. Please describe your treatment plan and list medications currently being prescribed, their dosages,
and the refill limit.
d/c physical therapy
maintain meds & add Lodine 500 Bid
ortho consult

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequen
trauma, etc? ☐ Yes ☑ No  If Yes, please explain condition and how it has affected recovery.

7. Will claimant need rehabilitation services?
☐ Yes ☑ No  If Yes, please specify.

8. Is claimant temporarily and totally disabled? ☑ Yes ☐ No  If Yes, is disability due to
compensable diagnosis or other causes? Please explain.

9. Please indicate the anticipated date claimant will be able to return to:
Modified Work __|__|__    Trial Return to Work  7/31/00    Full-time Work __|__|__

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the
compensable injury? ☐ Yes ☑ No  If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

| 11. Physician's Name, Address & Telephone No. | 12. |
|---|---|
| J. Mark Snyder, DO.
Madison Medical
705 Madison Ave
Madison WV 25130
(304) 369-5170
FEIN 55-0664546 | Physician's Signature
_____
Date |

500688.015.0492

MADISON MEDICAL
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304)369-5170
FAX (304)369-1742

Cheryl Armes
Workers' Compensation
P.O. Box 431
Charleston, WV 25322

                    re: Christopher Lester
                  claim: 2000046841

Dear Ms. Armes,

    As you are aware, Mr. Lester is now under the care of Dr.
J.Mark Snyder for treatment of left shoulder strain. This is a
request for an orthopedic consult with Dr. Luis Loimil in regards
to this problem. Patient has also been receiving Physical Therapy
for this condition and authorization to continue this treatment is
requested at this time. I am enclosing progress notes on patient's
physical therapy for your review. Thank you for your assistance.

Sincerely,

Freda Botts

Freda Botts
Referral Coordinator

500688.015.0493

# Attending Physician's Report

Return Completed Form To:
Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

Claims Manager Cheryl Armes
Food Prod/Agr/Oil & Gas Const
Claimant's County BOONE

219   Rev. 9-94

| | | | |
|---|---|---|---|
| Claim No. **2000046841** | SS No. ****3340 | | 2. Current Telephone No. |
| Emp. Risk No. **98001651** | DOI **03/10/2000** | | 4. **304-369-6657** |

Claimant's Name and Address                    Employer's Name and Address

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

D & M TRUCKING CORPORATION
502 BOB VINES RD
GHENT, WV 25843

*Please mark any needed changes in your address as printed above.*

Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled? ☐ Yes  ☐ No

I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.

Claimant's Signature _____ Date _____

Claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

Date of this examination **6/21/00**
Month Day Year

2. Date of next appointment **7/10/00**
Month Day Year

A. Is this the first examination and/or treatment by you for this injury? ☐ Yes  ☒ No  If Yes, please advise as to how the claimant came under your care. _____

B. Does claimant continue under your active care? ☒ Yes  ☐ No  If No, please explain. _____

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☐ Consultation  ☐ Evaluation  ☒ Treatment

Diagnosis (ICD9-CM) code and description
**847.0    847.2**
**847.1    959.01**

5. Please describe your treatment plan and list medications currently being prescribed, their dosages, and the refill limit.

Vicodin 1-2 q 4-6h prn
Flexaril 10 ½ PO bid & 2 g HS

Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc? ☐ Yes  ☒ No  If Yes, please explain condition and how it has affected recovery.

Will claimant need rehabilitation services? ☐ Yes  ☒ No  If Yes, please specify.

8. Is claimant temporarily and totally disabled? ☒ Yes  ☐ No  If Yes, is disability due to compensable diagnosis or other causes? Please explain.

Please indicate the anticipated date claimant will be able to return to:
Modified Work ___/___/___   Trial Return to Work **07/01/00**   Full-time Work ___/___/___

If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury? ☐ Yes  ☐ No  If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

Physician's Name, Address & Telephone No.

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

Phone: 304-369-5170

FEIN   550664546

12.
_____
Physician's Signature

**7/10/00**
Date

500688.015.0494

05/18/2000  21:51    3045869651                    DREMA BESS                    PAGE  01

**VASS VOCATIONAL SERVICES**
**P.O. Box 162**
**SUMMERSVILLE, WV  26651**

**AUTHORIZATION AND CONSENT TO OBTAIN**
**MEDICAL AND EMPLOYMENT INFORMATION**



I hereby consent and request that the bearer be permitted to examine and obtain copies of
all hospital and medical records, interview all doctors and other attendants and all employers
and former employees regarding matters relating to examination, diagnosis, care and
treatment of myself, earnings and loss of earnings and all educational background.

I am willing that a Photostat of this authorization be accepted with the same authority as the
original.

Signed _____    Date  5-3-00

Address _____

_____

Witness _____    Date  5-3-00

Witness _____    Date _____

Attn: Freda

Vocational Services
Drema Bess
PO Box 162
Summersville, WV 26651
Phone: (304) 586-3096
Fax: (304) 586-9651
Email: d.bess@prodigy.net

500688.015.0495