# CHRISTOPHER WAYNE LESTER
# MADISON MEDICAL GROUP
# RECORDS
# 14-O

extt/01-01-96/*6    * * VENDOR COPY **    1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

# West Virginia Bureau of Employment Programs

• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

June 1, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                           S.S.N. ▬▬▬3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000

### PLEASE READ CAREFULLY – NOTICE OF BENEFITS

I have received medical evidence which indicates you continue to be
disabled from working from 04/04/2000 through 06/04/2000.

If it is later determined you are not entitled to benefits or
expenses, the Division may recover these overpayments.

If medical evidence showing continued disability is not received, your
claim may close for temporary total disability benefits on 07/19/2000.

If you have any questions or concerns, you may reach me at 304-926-5375.

CC:  D & M TRUCKING CORPORATION INC
     VASS VOCATIONAL SERVICES

Workers' Compensation Division
By: Cheryl Armes
    Claims Representative 2

500688.015.0496

05/31/00  14:28  FAX 369 1525          BOONE REHAB SERV



**Boone Memorial Hospital**

BOONE PHYSICAL THERAPY
701 Madison Avenue
Madison, West Virginia 25130
Phone 304 369-1230 ext. 242
FAX 304 369-1525

DATE __5-31-00__

SEND TO __Dr Snyder__

ATTENTION __- Teddi -__

FAX # _____

FROM __Pam__

____Urgent √ Reply ASAP____ Please Comment____ Please Review____ For Your Info

TOTAL PAGES, INCLUDING COVER ____1____

MESSAGE

_Patient_ Christopher Lester

_Request_ Prescription for Continued
Physical Therapy c̄ Dr.
If in agreement, please fax.

Thanks Pam

CONFIDENTIALITY NOTICE
The documents accompanying this telecopy transmission contain confidential information belonging to the sender, that is legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified than any disclosure, copy, distribution or action taken in reliance on the content of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

500688.015.0497

05/24/00  08:04  FAX 369 1525          BOONE REHAB SERV

**Boone Memorial Hospital**

# PHYSICAL THERAPY DEPT.

701 Madison Avenue
Madison, West Virginia 25130
Phone 304 369-1230 ext. 242
FAX 304 369-1525

DATE: 5/24/00

SEND TO: Dr. Snyder

ATTEN: Re: Chris Lester

FAX #: 369-1742

FROM: Tricia Millington

____Urgent ____Reply ASAP ____Please Comment __x_Please Review ____For Your Info

TOTAL PAGES, INCLUDING COVER_____ 2

MESSAGE

Re: Chris Lester who has an appt. i you
office today.

**CONFIDENTIALITY NOTICE**
The documents accompanying this
telecopy transmission contain con-
fidential information belonging to
the sender, that is legally privi-
leged. This information is intended
only for the use of the individual
or entity named above. If you are
not the intended recipient, you are
hereby notified than any disclo-
sure, copy, distribution or action
taken in reliance on the content of
these documents is strictly prohib-
ited. If you have received this tele-
copy in error, please notify the
sender immediately to arrange for
return of these documents.

500688.015.0498

# Boone Memorial Hospital



701 Madison Avenue    Madison, West Virginia 25130    304-369-1230

May 23, 2000

John Snyder, DO
705 Madison Ave.
Madison, WV 25130

Re:    Christopher Lester #104551
       Progress Note

Dear Dr. Snyder,

Christopher Lester was initially referred to Boone Physical Therapy on March 28, 2000, with the diagnosis of cervical, left shoulder, and lumbosacral strain. He has been followed 2-3 x wk for a total of 21 visits. He is scheduled for a follow-up appointment in your office on May 24, 2000.

**Our goals** have been to establish an independent home exercise program, improve cervical and L-shoulder AROM, increase L-shoulder PROM, decrease complaints of pain, improve L-shoulder strength and function, and maximize painfree lumbar flexibility.

**Treatment program to date** *has consisted of instruction in an independent HEP, participation in a therapeutic exercise program comprised of cervical flexibility exercises as well as active assistive and isometric exercises for the L-shoulder and modalities as indicated to decrease complaints of pain.*

**At last visit** on May 23, 2000, Mr. Lester reported a dull pain in his left shoulder at rest which he stated "feels like it's real deep when I start working it" and described this pain as sharp. He stated "My lower back is just killing me. It feels like I've been hit with a ball bat every morning when I get up." He performed his exercise program and received treatment as outline above followed by a brief reassessment.

**Cervical AROM: Flex 20°, Ext 28°, R-rot 46°, L-rot 22°, R-SB 32°, L-SB 20°**
**L-Shoulder AROM: Flex 80°, ABD 89°, 646°, ER 32°**
**Lumbar AROM: Flex 42°, Ext 19°, R-SB 24°, L-SB 27°**

**Assessment:**    Overall, Mr. Lester demonstrates a slight improvement in cervical and L-shoulder ROM with the exception of left shoulder external rotation. He reports no significant change in his complaints of pain.

**Plan:**   *I hope the information presented above will be helpful as you reassess this patient. We will wait for your recommendations regarding further treatment with this patient.*

Thank you for the opportunity to work with Mr. Lester. If I may be of further assistance to you regarding this patient or any other patient, please do not hesitate to contact me at 369-1230 ext. 242.

Sincerely,

Tricia McClung, PT
TM/pam

xc:    Workers' Comp; SS# ████3340;  DOI 3-10-00

05/24/00  08:04  FAX 369 1525          BOONE REHAB SERV

# Boone Memorial Hospital

701 Madison Avenue   Madison, West Virginia 25130   304 369-1230

May 23, 2000

John Snyder, DO
705 Madison Ave.
Madison, WV 25130

Re:    Christopher Lester #104551
       Progress Note

Dear Dr. Snyder,

Christopher Lester was initially referred to Boone Physical Therapy on March 28, 2000, with the diagnosis of cervical, left shoulder, and lumbosacral strain. He has been followed 2-3 x wk for a total of 21 visits. He is scheduled for a follow-up appointment in your office on May 24, 2000.

**Our goals** have been to establish an independent home exercise program, improve cervical and L-shoulder AROM, increase L-shoulder PROM, decrease complaints of pain, improve L-shoulder strength and function, and maximize painfree lumbar flexibility.

**Treatment program to date** has consisted of instruction in an independent HEP, participation in a therapeutic exercise program comprised of cervical flexibility exercises as well as active assistive and isometric exercises for the L-shoulder and modalities as indicated to decrease complaints of pain.

At last visit on May 23, 2000, Mr. Lester reported a dull pain in his left shoulder at rest which he stated "feels like it's real deep when I start working it" and described this pain as sharp. He stated "My lower back is just killing me. It feels like I've been hit with a ball bat every morning when I get up." He performed his exercise program and received treatment as outline above followed by a brief reassessment.

**Cervical AROM: Flex 20°, Ext 28°, R-rot 46°, L-rot 22°, R-SB 32°, L-SB 20°**
**L-Shoulder AROM: Flex 80°, ABD 89°, 646°, ER 32°**
**Lumbar AROM: Flex 42°, Ext 19°, R-SB 24°, L-SB 27°**

**Assessment:**   Overall, Mr. Lester demonstrates a slight improvement in cervical and L-shoulder ROM with the exception of left shoulder external rotation. He reports no significant change in his complaints of pain.

**Plan:**   I hope the information presented above will be helpful as you reassess this patient. We will wait for your recommendations regarding further treatment with this patient.

Thank you for the opportunity to work with Mr. Lester. If I may be of further assistance to you regarding this patient or any other patient, please do not hesitate to contact me at 369-1230 ext. 242.

Sincerely,

Tricia McClung, PT
TM/pam

xc:    Workers' Comp; SS# 2███340; DOI 3-10-00

500688.015.0500

# Attending Physician's Report

Return Completed Form To:
Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

WC-219   Rev. 9-94

**FOR DIVISION USE ONLY**

Claims Manager Cheryl Armes
Trucking/Agr & Food Proc
Claimant's County: BOONE

**SECTION I: To be completed by the injured worker (FORM MAY BE RETURNED IF ALL QUESTIONS ARE NOT ANSWERED.)**

| | | | |
|---|---|---|---|
| 1. Claim No.   2000046841 | SS No.   XXX-XX-3340 | 2. Current Telephone No. | 304-369-6657 |
| Emp. Risk No.   98001651 | DOI   03/10/2000 | Employer's Name and Address | |

Claimant's Name and Address

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV  25053

D & M TRUCKING CORPORATION

PO BOX 116

GHENT, WV  25843

3. *Please mark any needed changes in your address as printed above.*

4. Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled?   ☐ Yes   ☒ No

5. I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.

Claimant's Signature _____   Date _____

**SECTION II: To be completed by the Attending Physician (PLEASE COMPLETE ALL QUESTIONS.) Attach Additional Pages If Necessary.**

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

| 1. Date of this examination   6/09/00 | 2. Date of next appointment   6/21/00 |
|---|---|
| Month  Day  Year | Month  Day  Year |

3. A. Is this the first examination and/or treatment by you for this injury?   ☐ Yes   ☒ No   If Yes, please advise as to how the claimant came under your care. _____

B. Does claimant continue under your active care?   ☒ Yes   ☐ No   If No, please explain. _____

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
   ☐ Consultation   ☐ Evaluation   ☒ Treatment   P T

4. Diagnosis (ICD9-CM) code and description
   847.0   847.2
   847.1   959.01

5. Please describe your treatment plan and list medications currently being prescribed, their dosages, and the refill limit.
   Conservative Treatment
   maintain physical Therapy

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc?   ☐ Yes   ☒ No   If Yes, please explain condition and how it has affected recovery.

7. Will claimant need rehabilitation services?   ☐ Yes   ☒ No   If yes, please specify.

8. Is claimant temporarily and totally disabled?   ☒ Yes   ☐ No   If Yes, is disability due to compensable diagnosis or other causes? Please explain.

9. Please indicate the anticipated date claimant will be able to return to:
   Modified Work _____   Trial Return to Work  7/24/00   Full-time Work _____

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury?   ☐ Yes   ☐ No   If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

11. Physician's Name, Address & Telephone No.

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV  25130

Phone: 304-369-5170

FEIN   550664546

12. _____
Physician's Signature

6/19/00
Date

anile foot 6-9-00

500688.015.0501

Boone Memorial Hospital

# PHYSICAL THERAPY DEPT.

701 Madison Avenue
Madison, West Virginia 25130
Phone 304 369-1230 ext. 242
FAX 304 369-1525

DATE: ___5/10/00___

SEND TO: ___Dr. Snyder___

ATTEN: ___Re: Chris Lester___

FAX #: ___369-1792___

FROM: ___Tricia M'Clung, PT___

___Urgent ___Reply ASAP ___Please Comment _×_ Please Review ___For Your Info

TOTAL PAGES, INCLUDING COVER ___2___

MESSAGE

Re: Chris Lester who has an appt. in
your office today

CONFIDENTIALITY NOTICE
The documents accompanying this
telecopy transmission contain con-
fidential information belonging to
the sender, that is legally privi-
leged. This information is intended
only for the use of the individual
or entity named above. If you are
not the intended recipient, you are
hereby notified than any disclo-
sure, copy, distribution or action
taken in reliance on the content of
these documents is strictly prohib-
ited. If you have received this tele-
copy in error, please notify the
sender immediately to arrange for
return of these documents.

500688.015.0502

# Boone Memorial Hospital



701 Madison Avenue    Madison, West Virginia 25130    304-369-1230

May 9, 2000

John Snyder, DO
705 Madison Ave.
Madison, WV 25130

Re:    Christopher Lester #104551
       *Progress Note*

Dear Dr. Snyder,

Christopher Lester was initially referred to Boone Physical Therapy on March 28, 2000, with the diagnosis of cervical and left shoulder strain. He has been followed 2-3 x wk for a total of 17 visits. He is scheduled for a follow-up appointment in your office on May 10, 2000.

**Our goals** have been to establish an independent home exercise program, improve cervical and L-shoulder AROM, increase L-shoulder PROM, decrease complaints of pain, and improve L-shoulder strength and function.

**Treatment program to date** has consisted of instruction in an independent HEP, participation in a therapeutic exercise program comprised of cervical flexibility exercises as well as active assistive and isometric exercises for the L-shoulder and modalities as indicated to decrease complaints of pain.

**At last visit** on May 9, 2000, Mr. Lester reported "I don't feel to bad today." He complained of numbness in his LUE following approximately C8, T1 dermatomal pattern. He complained of 6\10 L-shoulder pain and 7\10 neck pain, which he stated is "right in the back of my neck." He performed his exercise program and received treatment as outline above followed by a brief reassessment.
**Cervical AROM: Flex 20°, Ext 25°, R-rot 41°, L-rot 20°, R-SB 25°, L-SB 16°.**
**L-Shoulder AROM: Flex 83°, ABD 72°, IR 56°, ER 75°. Sensation: Patient demonstrates decreased sensation to light touch of the LUE C8, T1 dermatomes with gross assessment; otherwise sensation appears intact to light touch bil UE.**

**Assessment:**    *Overall, Mr. Lester demonstrate no significant improvements of cervical and L-shoulder ROM nor does he report any significant decrease in his complaints of pain.*

**Plan:**    I hope the information presented above will be helpful as you reassess this patient. We will wait for your recommendations regarding further treatment with this patient.

Thank you for the opportunity to work with Mr. Lester. If I may be of further assistance to you regarding this patient or any other patient, please do not hesitate to contact me at 369-1230 ext. 242.

Sincerely,

Tricia McClung, PT
TM/pam

xc:    Workers' Comp; SS# ████3340; DOI 3-10-00

500688.015.0503

05/10/00  08:25  FAX 369 1525          BOONE REHAB SERV

# Boone Memorial Hospital



701 Madison Avenue    Madison, West Virginia 25130    304-369-1230
May 9, 2000

John Snyder, DO
705 Madison Ave.                    Re:    Christopher Lester #104551
Madison, WV 25130                          Progress Note

Dear Dr. Snyder,

Christopher Lester was initially referred to Boone Physical Therapy on March 28, 2000, with the diagnosis of cervical and left shoulder strain. He has been followed 2-3 x wk for a total of 17 visits. He is scheduled for a follow-up appointment in your office on May 10, 2000.

**Our goals** have been to establish an independent home exercise program, improve cervical and L-shoulder AROM, increase L-shoulder PROM, decrease complaints of pain, and improve L-shoulder strength and function.

**Treatment program to date** has consisted of instruction in an independent HEP, participation in a therapeutic exercise program comprised of cervical flexibility exercises as well as active assistive and isometric exercises for the L-shoulder and modalities as indicated to decrease complaints of pain.

**At last visit** on May 9, 2000, Mr. Lester reported "I don't feel to bad today." He complained of numbness in his LUE following approximately C8, T1 dermatomal pattern. He complained of 6\10 L-shoulder pain and 7\10 neck pain, which he stated is "right in the back of my neck." He performed his exercise program and received treatment as outline above followed by a brief reassessment.
**Cervical AROM:** Flex 20°, Ext 25°, R-rot 41°, L-rot 20°, R-SB 25°, L-SB 16°.
**L-Shoulder AROM: Flex 83°, ABD 72°, IR 56°, ER 75°. Sensation: Patient demonstrates decreased sensation to light touch of the LUE C8, T1 dermatomes with gross assessment; otherwise sensation appears intact to light touch bil UE.**

**Assessment:**    Overall, Mr. Lester demonstrate no significant improvements of cervical and L-shoulder ROM nor does he report any significant decrease in his complaints of pain.

**Plan:**  I hope the information presented above will be helpful as you reassess this patient. We will wait for your recommendations regarding further treatment with this patient.

Thank you for the opportunity to work with Mr. Lester. If I may be of further assistance to you regarding this patient or any other patient, please do not hesitate to contact me at 369-1230 ext. 242.

Sincerely,

Tricia McClung, PT
TM/pam

xc:    Workers' Comp; SS# 2███3340; DOI 3-10-00

500688.015.0504

auth/09-24-98/*8    ** VENDOR COPY **    1024458

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

May 5, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim   2000046841
P.O. BOX 1113                           S.S.N.  ▮▮▮▮▮3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from MADISON MEDICAL PLLC dated 04/26/2000, is Approved.

Medication: Vicodin ES as requested by Dr. Snyder the claimant's treating physician
is authorized, in relation to the compensable injury.

Authorized Dates are 04/26/2000 through 07/26/2000.

Your authorization number is 100125042.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision within 30 days from the date
you receive this letter. You must send a written protest, along with a copy of
this order, to the Office of Judges, P.O. Box 2233, Charleston, WV 25328-2233
and to the Supervisor, Claims Defense Litigation, P.O. Box 4317, Charleston,
WV 25364-4317. Copies must also be sent to all other parties to the claim.

After the protest is filed, all parties may agree to seek mediation
services. If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, yWorkers' Compensation Division5.
                                        BY: Cheryl Armes
CC:  D & M TRUCKING CORPORATION INC      Claims Representative 2
     VASS VOCATIONAL SERVICES

RECEIVED MAY 0 8 2000

Workers' Compensation Division - Office of Claims Management
··· ··· ··· 25322 0431 • http://www.state.wv.us/bep

500688.015.0505

**VASS VOCATIONAL SERVICES**
**P.O. Box 162**
**SUMMERSVILLE, WV  26651**

**AUTHORIZATION AND CONSENT TO OBTAIN**
**MEDICAL AND EMPLOYMENT INFORMATION**

I hereby consent and request that the bearer be permitted to examine and obtain copies of

all hospital and medical records, interview all doctors and other attendants and all employers

and former employees regarding matters relating to examination, diagnosis, care and

treatment of myself, earnings and loss of earnings and all educational background.

I am willing that a Photostat of this authorization be accepted with the same authority as the

original.

Signed _Chris Lester_    Date _5-3-00_

Address _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_

_____

Witness _Amy M. Why_    Date _5-3-00_

Witness _____    Date _____

_Please Send Letter + Reports to:_
_Roseann Russo_
_1809 Huber Road_
_Charleston, WV 25314_

500688.015.0506

# Boone Memorial Hospital

701 Madison Avenue    Madison, West Virginia 25130    304-369-1230

April 20, 2000

John Snyder, DO
705 Madison Ave.
Madison, WV 25130

Re:    Christopher Lester #104551
       Progress Note

Dear Dr. Snyder,

Christopher Lester was initially referred to Boone Physical Therapy on March 28, 2000, with the diagnosis of cervical and left shoulder strain. He has been followed 2-3 x/wk for a total of 10 visits. He is scheduled for a follow-up appointment in your office on April 20, 2000.

**Our goals** have been to establish an independent home exercise program, improve cervical and L-shoulder AROM, increase L-shoulder PROM, decrease complaints of pain, and improve L-shoulder strength and function.

**Treatment program to date** has consisted of instruction in an independent HEP, participation in a therapeutic exercise program comprised of cervical flexibility exercises as well as active assistive exercises for the L-shoulder and modalities as indicated to decrease complaints of pain.

**At last visit** on April 19, 2000, Mr. Lester reported "I feel awful today. My low back and shoulder are killing me. I've been keeping that headache." He complained of L-superior shoulder pain with radiation in his LU trapezius and scapular region as well as pain along the spinous processes in the cervical region and R-side sub-occipital muscles. He performed his exercise program and received treatment as outline above followed by a brief reassessment.
**Cervical AROM: Flex 23°, Ext 28°, R-rot 53°, L-rot 20°, R-SB 20°, L-SB 18°.**
**L-Shoulder AROM: Flex 78°, ABD 79°.**

**Assessment:** Overall, Mr. Lester continues to demonstrate restricted cervical and L-shoulder AROM. He reports no significant change in his subjective complaints of pain.

**Plan:** I hope the information presented above will be helpful as you reassess this patient.

Thank you for the opportunity to work with Mr. Lester. If I may be of further assistance to you regarding this patient or any other patient, please do not hesitate to contact me at 369-1230 ext. 242.

Sincerely,

*Tricia McClung*
Tricia McClung, PT
TM/pam

xc:    Workers' Comp; SS# 2███████340; DOI 3-10-00

500688.015.0507

_301467_

**MADISON MEDICAL, P.L.L.C.**
705 MADISON AVE.
MADISON, WV 25130
PHONE# (304)369-5170  FAX# (304)369-1742

MEDICAL RECORDS RELEASE AUTHORIZATION

TO: _CAMC Gen_
DOCTOR

ADDRESS: _Wash. And Morris St._
_Charleston, WV 25301_

I HEREBY AUTHORIZE AND REQUEST YOU TO RELEASE TO:

_J. Mark Snyder, DO_

THE COMPLETE RECORDS IN YOUR POSSESSION CONCERNING MY
ILLNESSES AND/OR TREATMENTS DURING THE PERIOD FROM:

_all records Re: Workers Comp. Injury_
TO

NAME: _Christopher Lester_ DATE: _4/7/00_

ADDRESS: _PO Box 1113_
_Danville, WV 25053_

BIRTHDATE: _/ ████71_  SSN# ████-3340

SIGNATURE: _Chris Lester_
(IF RELATIVE STATE RELATION)

WITNESS: _Mae L Kessinger_

THIS RELEASE AND AUTHORIZATION SHALL BE VALID FOR ONE YEAR
FROM ITS DATE OF SIGNATURE UNLESS TERMINATED IN WRITING BEFORE
THAT DATE.

**If a fee is required for records please pre-bill. The physicians office will
not be responsible for any fees incurred.

RECEIVED MAY 0 C 2000

500688.015.0508

```
                    ****CHARLESTON AREA MEDICAL CENTER****
                         ****ADMISSIONS FORM****
PT NAME:  LESTER ,CHRISTOPHER W
NURS STA:          MED REC #: 0000301467      PT #:      1203788565
ROOM/BED:          HOSP SVC: GER              PT TYPE:  E  TRAUMA : Y
RACE:    W      SEX:      M                   RELIGION:  UNK
== PT INFO ==========================|===== PT EMPLOYER INFO ====================
     -3340  12/23/1971    28         | EASTERN ASSOCIATED / PEABODY COAL
P.O. BOX 1113                        | NOT AVAIL.
                                     |
DANVILLE                    WV       | CHARLESTON               WV  25324-
25053-       304  369-2395           |OCC:
FC:  F   MS  M                       |         -3450  EXT:
===================== GUARANTOR INFORMATION =================================
LESTER ,CHRISTOPH
P.O. BOX 1113                          PT REL:  S
                                       EMPLOYER: EASTERN ASSOCIATED / PEABODY
DANVILLE            WV                  EMP ADDR: NOT AVAIL.
25053-       304 - 369-2395                     CHARLESTON              WV
DOB: 12/23/1971  SS#: 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               25324-     304 - 292-3450
===== PRIMARY =========== EMERGENCY CONTACT ========== SECONDARY =============
LESTER ,APRIL
P.O. BOX 1113                          |
                                       |
DANVILLE           WV  25053-          |
HPH:     -          PT REL:  U         |HPH:    -            PT REL:
WPH:     -          EXT:               |WPH:    -            EXT:
========================INSURANCE INFORMATION ============================
INS CODE:    F01      WORK COMP WV          PRE CERT:
POLICY NO:   233153340             GROUP              SUB REL:  S
ADDRESS:     4700 MACCORKLE AVE
             CHARLESTON            WV  25304-      PRIORITY:  1
SUBSCR:      LESTER ,CHRISTOPH

INS CODE:                                   PRE CERT:
POLICY NO:                         GROUP              SUB REL:
ADDRESS:
                                                     PRIORITY:
SUBSCR:

INS CODE:                                   PRE CERT:
POLICY NO:                         GROUP              SUB REL:
ADDRESS:
                                                     PRIORITY:
SUBSCR:

INS CODE:                                   PRE CERT:
POLICY NO:                         GROUP              SUB REL:
ADDRESS:
                                                     PRIORITY:
SUBSCR:
=====================================================================
                                              PRINTED BY:  BHANCO
===================== PHYSICIAN INFORMATION ==============================
ADMIT DT/TM:  03/10/00   07:07     ADM SOURCE:   EO
ADM DR NAME:  BATLEY, T. DAVID     ADM DR NO:    009167
ATN DR NAME:  BAILEY, T. DAVID     ATN DR NO:    009167
REF DR NAME:  NONE                 REF DR NO:    090100
PCP DR NAME:  UNKNOWN DOCTOR       PCP DR NO:    099994
VISIT REASON: FALL/UNKNOWN INJURIES

ADV DIR EXEC: N   PAL: N
                                   07:07 03/10/00 FROM 185M,ZPADMTF4
42CF3882
```

500688.015.0509

**EDP History & Physical Worksheet**
**- Trauma -**

LESTER ,CHRISTOPHER W  MR: 00003014
BAILEY, T. DAVID  PN: 1203788626
ADM 03/10/00  GED

07 : 40 AM PM

| NAME | | |
|---|---|---|
| Level 1, 2, 3 Documentation - 1 to 3 elements | Level 4 - 4+ elements or 3 chronic or inactive conditions | Level 5 - 4+ elements or 3 chronic or inactive conditions |

**Chief complaint:** Fell off truck, Pt. fell backwards off truck, ? hx/hy Age 27

Hit head, ⊕ brief (<1min) LOC. ⊕ Head, (⊕ Osh (⊕ rib) Sex ♂

⊕ Chep (⊕ ankle pain, pain c deep breathing

**Symptom/Location** Head, ⊕ Osh, ⊕ Chep, ⊕ rib, ⊕ ankle pain

**Severity** Moderate

**Modifying Factors** ↑↑ palp + movement

**Context/Mechanism of Injury** MVA  fall  assault  seat belt

☐ **Quality**

☐ **Duration**

☐ **Timing/Time of Injury** ~5°  x r

☐ **Associated Signs & Sx** ∅ N/V/F

☐ **Risk** alcohol  drug abuse

☐ **Treatment PTA/Response**

☐ **Other Pertinent History**

☐ **EMS Direction**

| Level 1, 2, 3 Documentation - 1 system, problem pertinent | Level 4 Documentation - 2 to 9 systems | Level 5 Documentation - 10+ systems |
|---|---|---|
| ☐ All systems negative except as noted | sore throat  nosebleed  rhinorrhea | dysuria  discharge  dyspareunia  suicidal |
| ☐ Unable to fully assess due toc | hoarse  throat swelling  hearing loss | frequency  tiny senses  flank pain  homicide |
| ( ) altered LOC  ( ) patient condition ( ) other | | hesitate |
| All normal  refer negative  circle positive | chest pain  rapid ht beat  LE edema | myalgias  neck/back pain  redness  fatigue  polyuria  hair change |
| | palpitations  slow ht beat  orthopnea | arthralgias  inflammation  heat  weakness  polydipsia  heat tolerance |
| | | ⊕ R hip/ankle pain |
| | SOB  prod. cough  DOE | pain  bruising  confusions  bleeding  nodes |
| | hemoptysis  hemorrh/cough  PND | vomiting  laceration  abrasions  bruising  petechiae |
| | hemoptysis  (L) ribs | | |
| | nausea  diarrhea  pain | weakness  numbness  change hmvl  rhinorrhea  staple dermat. |
| redness  discharge  visual loss | vomiting  constipation  bloating | weakness  change LOC  paresthesias  seizure  sneezing |
| pain  blurred  visual change | melena | change speech | |

| Level 1, 2, 3 Documentation - None | Level 4 Documentation - One area | Level 5 Documentation - 2 of 3 areas |
|---|---|---|

**Lab**

**X-Ray** CT C-spine ∅

**EKG** ☐ 12 Lead  ☐ Rhythm Strip

☐ CBC  ☐ CHEM  ☐ UA  ☐ HCG  ☐ Urine drug screen  ☐ ETOH  ☐ Amy  ☐ Additional testing/results  ☐ Review old charts  ☐ Consultation

(Page 1 of 2)

500688.015.0510

# EDP History & Physical Worksheet
## - Trauma -

Identification

LESTER CHRISTOPHER W   MR: 0000301
BAILEY, T. DAVID   PN: 120178xxxx
ADM 03/10/00  GED   DOB 1971

NAME

07 : 40   AM  PM

Date/Time of Treatment

norms not checked/struck/checked/annotated - were not pertinent

| Level 2, 3 ~ 2 to 4 body areas / organ systems | Level 4 ~ 5 to 7 body areas / organ systems | Level 5 ~ 8 or more body areas organ systems | Room |

## Physical Examination:

☑ Normal   Circle positives and provide additional documentation

**C / O / N / S**
☑ Vital signs per nurses notes — *Fully Immob, C-collar + B-Board*
☑ Well developed, well nourished
☑ No acute pain/distress
☐ Odor ETOH
*more below* ☐

**P / S / Y / C / H**
☑ Alert and oriented to TPP
☑ No abnormalities of mood or affect
☑ Memory (recent and remote) intact
*more below* ☐

**L / Y / M / N**
☐ No adenopathy of neck
☐ No adenopathy of axillae
☐ No adenopathy of groin
☐ No adenopathy, other ___
*more below* ☐

**E / Y / E / S**
☑ PERRL
☑ Conjunctivae and lids normal
☑ Fundi and discs normal
☑ EOM normal

**E / E / N / T**
☑ Otoscopic exam of external canal and TMs normal
☑ Nasal mucosa, turbinates, and septum normal
☑ Mouth, tongue, and pharynx normal
☑ Pharynx without edema, exudate, or injection

**N / E / C / K**
☐ Neck supple
☐ No JVD
☐ No thyromegaly
☐ No bruits — *Immob, Trach midline*
*more below* ☐

**C / H / S / T**
☐ No masses or tenderness
☐ Breasts symmetric
☐ No discharge

**R / E / S / P**
☑ Normal respiratory effort and excursion
☑ No rales, rhonchi or wheezes
☑ Normal to percussion
☑ Equal air entry

**C / V**
☑ Normal PMI with no thrills, RSR
☐ No murmurs or gallops
☑ Normal carotids   ☐ normal abd aorta   ☐ normal femorals   ☐ normal pedals
☑ No edema or varicosities

**N / E / U / R**
☑ Normal speech
☑ CN 2-XII intact
☑ DTRs normal, no pathologic reflexes
☑ Normal motor and sensory function
*more below* ☐

☐ Physical Examination incomplete due to critical condition of patient.

**G / I**
☐ No masses or tenderness
☑ Normal liver, spleen, kidney
☑ No hernia
☑ Rectal, not indicated   ☐ rectal normal   ☐ hemoccult negative
☑ Normal bowel sounds
*more below* ☐

**G / U**
☐ Genitalia normal to inspection
☐ No masses, tenderness or adenopathy
☐ Genitalia normal to palpation
☐ Normal cervix   Normal bimanual   ☐ bladder   ☐ uterus   ☐ adnexa
*more below* ☐

**M / S**
☐ Normal gait and station
☑ Normal digits and nails
☑ Normal spine
☑ No long bone injury
☑ Normal ROM
☑ No Battle's sign/Raccoon eyes
☑ Pelvis stable

*Handwritten:* ↓ ↑tp ⊙sh tend
Pain ℗ hip ↑ leg rolling ⊙sh
Lat tend ℗ ankle
No CVA tend.

**S / K / I / N**
☐ Normal to inspection
☑ Normal to palpation
☐ No laserations
☐ No abrasion/bruising/burns

### Additional documentation



*Handwritten notes near figures:*
Pt has No tend En ℗ T-L areas
Reports he has old Tio or Til
comp Fx ___
I d/w ___ opt n/__ he wants
to go home
Recalls ___ fell ___

## Physician Procedures

☐ Time of procedures ___
☐
☐
☐
☐ Critical Care   Time ___

## Documentation of Medical Decision Making process including differential diagnosis, nature and severity of problem, risk of morbidity and mortality and other factors.

**Initial Impression/Differential Diagnoses:**
Full ↓ Mult. Ext. Inj. — R/o Fx? — CHI — R/o Bl R/o Fx?

**Additional history, exam, reassessments:**
1200 ___ VSS — still ℄ same pain ___   1234 1° C/o ⊥S ⊙rib para ___
Pt wnch — ldu la progr. ___   +Sp ℄ deep br — C collar R___ AT

**Primary Diagnosis:**
Fall ↓ CHI

**Secondary Diagnosis:**
Cervical / Thoracolumbar strain ___

**Secondary Diagnosis:**
Multiple Blunt Ext Trauma

| Condition | Disposition | Prescriptions |
|---|---|---|
| ☐ Stable ☐ Improved | ☐ Disch. ☐ Adm ☐ AMA ☐ Transfer To (location) ☐ Exp. | Vicoden 5mg |
| To (location) ___ | D/c — Head sheet — OFF thru ___ Wednesday | i ℄ pi ___ prn |
| D/C Instructions ___ | RTC℄R prn prob ℄ Flu Corp Health Monday | # 20 |

History reviewed and agree, Exam/MDM/Procedures
performed by Physician   ☐   Signature: ___

© Copyright 1998 Team Health, Inc. All Rights Reserved. Not to be reproduced without permission.

Version P99003

**(Page 2 of 2)**

500688.015.0511

**Charleston Area**
**Medical Center**
Charleston, West Virginia

| PATIENT NAME (LAST, FIRST, MIDDLE) | | | | | |
|---|---|---|---|---|---|
| LESTER    CHRISTOPHER | | | | | |
| MR# 0000301467 | ACCT# 1203788565 | VISIT DATE/TIME 03/10/00. | | SEX M | AGE 28 |

| EMERGENCY PHYSICIAN | ALLERGIES |
|---|---|
| BAILEY, T. DAVID | NKDA |

| PRIVATE PHYSICIAN | ED IN PAST 72 HOURS | LMP | Td |
|---|---|---|---|
| UNKNOWN DOCTOR | | — | UTD |

| TRIAGE TIME 0700 | TIME | BP | P | RR/O2 Sat | T |
|---|---|---|---|---|---|
| TRIAGE CAT. N | 0702 | 126/71 | 101 | 18 | 375 |
| WEIGHT 280 | | | | | |

1203788565

CURRENT MEDS/DOSAGE: ∅ meds

TRIAGE COMPLAINT: fell @ work. ? LOC. ®-sided HA, ⊕ shoulder pain, ⊕ rib pain

TIME 0746  HPI:

Fell off truck + hit head – ⊕ sh, ⊕ ribs ⊕ hip.

(Template)

| PMHx: | |
|---|---|
| PSHx: | |
| SOCIAL Hx | FAM Hx |
| ROS    GENERAL | EYES |
| ENT | ENDO |
| RESP | |
| CVS | |
| GI | |
| GU | MSK |
| NEURO | SKIN |

| MONITORING: | DIAGNOSTICS: | | | ADDITIONAL DIAGNOSTICS: |
|---|---|---|---|---|
| ☐ CARDIAC | ☑ CBC | ☐ PT/PTT | ☐ EKG | C-spine |
| ☐ BP | ☐ BS/MS | ☑ AMYLASE | ☐ CCU STICK | CXR |
| ☐ PULSE OX | ☐ CARDIAC PANEL | ☑ UA | ☐ THROMBO STICK | Pelvis |
| ☐ FOLEY CATHETER | ☐ BLOOD CULT | ☐ HCG | ☐ TRAUMA STICK | |
| ☐ NG TUBE | ☐ DS SCREEN | ☐ ETOH | ☐ STROKE STICK | |

Additional diagnostics handwritten: ⊕ shoulder, ⊕ hip, ⊕ ankle — CT head, T-spine, ⊕ spine.

| TIME | NURSING ORDERS | TIME | NURSING ORDERS |
|---|---|---|---|
| 0752 | Toradol 30 mg IV | | |

| DIAGNOSIS: | | | | |
|---|---|---|---|---|
| CONSULTS/TIME | DISP. TIME | ADMIT TIME | ADMITTING PHYSICIAN | UNIT |

DISCHARGE INSTRUCTIONS:

PHYSICIAN SIGNATURE:

| FOLLOW UP: | When: |
|---|---|

17-8480  Page 2 of 2   Rev. 4-99

**EMERGENCY DEPARTMENT**

500688.015.0512

**Charleston Area**
**Medical Center**

Charleston, West Virginia



*8480*

| PATIENT NAME | | |
|---|---|---|
| LESTER | CHRISTOPHER | |
| MR# 0000301467 | ACCOUNT # 1203788565 | |

1203788565

**PHYSICAL EXAM:**

**PROCEDURES:**

**REASSESSMENTS:**

**EKG:**

| BSMB: | CBC: | LAB RESULTS: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | P ___  B ___ | U/A: | SG ___ | WBC ___ | RBC ___ | BACT ___ | NIT ___ |
| | | L ___  M ___ | ABG: | FIO2 | pH | pCO2 | pO2 | HCO3 | O2 Sat |
| CKMB ___  TROP I ___ | AMYLASE ___ | | | | | | | |

**OTHER:**

**X-RAY RESULTS:**

| CONDITION ON DISPOSITION: ❏ IMPROVED  ❏ SAME  ❏ WORSE  ❏ EXPIRED | PHYSICIAN SIGNATURE |
|---|---|
| BP | P | RR | T | |

17-8480  Page 1 of 2   Rev. 4-59    **EMERGENCY DEPARTMENT**

500688.015.0513

**EMERGENCY DEPARTMENT CRITICAL CARE RECORD
NURSES NOTES**

**Page 2 of 2**

DATE: _3/10/00_



| Time | Skin | Pulse | Temp. | B/P | Resp. | Conscious Level | Pupils R | L | O₂ | Fluids In I.V./P.O. | Urine | Drain-age | (Medications, procedures, observations, I.V. - time, puncture mode and locations) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1349 | | | | | | | | | | | | | pt to X-ray, PB |
| 1135 | P | 91 | | 127/39 | 20 | 1/2c | | | | | | | pt returned from X-ray, Ø s/s of distress, PB |
| 1159 | | 80 | | 124/63 | | | | | | | | | Seen (PR |
| 1214 | | | | | | | | | | | | | Chart to DN for disposition PB |
| 1300 | | 74 | | 111/62 | | | | | | | | | IV DIC'd (BFA, cath intact. Dsg applied. Pt to be DIC'd. — CBlair RN |
| 1315 | | | | | | | | | | | | | Instructions given to pt + wife. DIC + Head Injury sheet given. Care Health Flu encouraged. All verbalized understanding. Amb out of ⑧ — CBlair RN |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | Total | Total | Total | |

**NURSE'S SIGNATURE:**

17-8218-0001  Pg. 2 of 2  ITEM 42019     EMERGENCY DEPARTMENT CRITICAL CARE RECORD NURSES NOTES     MR    Rev. 2-99

500688.015.0515



**Charleston Area Medical Center**
Charleston, West Virginia

* 7 3 9 4 *

USE SPACE BELOW FOR IDENTIFICATION IF NECESSARY

NAME _____ ROOM NO. _____

EMERGENCY DEPARTMENT:
☒ GENERAL DIVISION — (304) 348-7498
☐ MEMORIAL DIVISION – (304) 348-4170
☐ WOMEN & CHILDREN'S HOSPITAL – (304) 348-2550



LESTER ,CHRISTOPHER W  MR: 0000301467
BAILEY ,T. DAVID             PN: 1203788565
ADM 03/10/00  GED          DOB: ___1971

## INSTRUCTIONS FOR THE PATIENT WITH HEAD INJURY

### A.   GENERAL INFORMATION

1. Most head injuries are minor and do not require hospitalization. However, some additional minor head injuries can be serious.

2. It is not possible to hospitalize all head injuries for observation so observation at home by a responsible person is important.

3. X-rays will not always show the seriousness of head injuries — they show only whether or not there is a fracture (break) in the skull.

### B.   OBSERVATION OF THE PATIENT WITH HEAD INJURY

1. One of the most important signs is the mental status or degree of alertness. The patient should awaken normally.

2. The inability to function normally – walking, talking, eating — is a danger signal.

**THE SPECIFIC DANGER SIGNALS TO WATCH FOR ARE:** (Any or all are important)

a. The patient will not awaken normally.
b. The patient becomes restless or agitated.
c. The patient is unable to balance himself.
d. The patient becomes confused.
e. Weakness or paralysis on one side develops — or one pupil becomes large.

### OTHER SIGNS TO OBSERVE FOR ARE:

f. Vomiting (although vomiting after a head injury is not uncommon in children, it is more significant in adults.)
g. Convulsions (this is a very important sign).
h. Elevated temperature
i. Stiff Neck
j. The patient's headache is persistent.
k. There is difficulty with vision.

### C.   TREATMENT OF THE PATIENT WITH HEAD INJURY

1. Awaken the patient every 2-3 hours. (To awaken the patient more often than every two hours may make him too irritable and tired.) In the case of children, let them walk to the bathroom — if they are able to do this maneuver well, they are reasonably alert and coordinated.

2. Keep the patient calm and at rest for at least 24 hours after the injury.

3. For headache, take only medication as directed by the physician. Giving other medication, or allowing the patient to take sedatives or alcohol will make it difficult to judge his alertness and coordination.

### D.   WHAT TO DO IF ABNORMALITIES DEVELOP

If any of the above mentioned signs are noticed you are advised to contact your private physician or the physician to which you were referred. If your private physician is not available, you may return to the Emergency Department at which the patient was seen, or to a closer Emergency Department if necessary. You may, also, call if needed.

---

**IT IS IMPORTANT THAT THE PATIENT AND/OR GUARDIAN KEEP THIS SHEET OF INSTRUCTIONS, READ AND UNDERSTAND IT, AND CONTACT A PHYSICIAN OR HOSPITAL IF THERE ARE ANY QUESTIONS OR PROBLEMS.**

Patient's Name _____    Date  3-10-00

Patient's Signature _____    Patients' Representative (parent, relative, or guardian) Signature

Witness Signature _____    Relationship _____

White Copy – Chart   •   Yellow Copy – Patient

17-7394                 **EMERGENCY DEPARTMENT HEAD INJURY INSTRUCTIONS**                 MR   Rev. 2-99

500688.015.0516

# Charleston Area Medical Center

**EMERGENCY PHYSICIAN CHARGE SHEET**

IDENTIFICATION PLATE

___ 08 Memorial    ___ 51 General    ___ 67 W&C

## DEPARTMENT EXAMINATION
- ___ 0111-8   Level one (brief)
- ___ 0112-6   Level two (limited)
- ___ 0113-4   Level three (intermediate)
- ___ 0114-2   Level four (extended)
- ___ 0115-9   Level five (comprehensive)

## TREATMENT AND PROCEDURES
- ___ 06059   *Removal of Intranasal Foreign Body
- ___ 08014   *I & D Subcutaneous Abscess Simple
- ___ 08030   *I & D Paronychia
- ___ 06042   Subcutaneous Foreign Body Removal Complicated
- ___ 08022   I & D Subcutaneous Abscess Complicated
- ___ 10077   Critical Care x 1 Hour
- ___ 10085   Critical Care additional 30 min.
- ___ 10119   Thrombolysis Coronary IV Infusion

## WOUND REPAIR SCHEDULE
### SIMPLE REPAIR
*Scalp, Neck, Axillae, External Genitalia, Trunk and/or Extremities (Including Hands and Feet)*
- ___ 03015   *up to 2.5 cm.
- ___ 03023   *2.5 cm. to 7.5 cm.
- ___ 03031   7.5 cm. to 12.5 cm.
- ___ 03049   12.5 cm. to 20.0 cm.

*Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes*
- ___ 03064   *up to 2.5 cm.
- ___ 03072   *2.5 cm. to 5.0 cm.
- ___ 03080   5.0 cm. to 7.5 cm.
- ___ 03098   7.5 cm. to 12.5 cm.

### REPAIR INTERMEDIATE
*Scalp, Axillae, Trunk and/or Extremities (Excluding Hands and Feet)*
- ___ 03510   *up to 2.5 cm.
- ___ 03528   *2.5 cm. to 7.5 cm.
- ___ 03536   7.5 cm. to 12.5 cm.
- ___ 03544   12.5 cm. to 20.0 cm.

*Neck, Hands, Feet and/or External Genitalia*
- ___ 03551   *up to 2.5 cm.
- ___ 03569   2.5 cm. to 7.5 cm.
- ___ 03577   7.5 cm. to 12.5 cm.
- ___ 03585   12.5 cm. to 20.0 cm.

*Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes*
- ___ 03593   *up to 2.5 cm.
- ___ 03601   2.5 cm. to 5.0 cm.
- ___ 03619   5.0 cm. to 7.5 cm.
- ___ 03627   7.5 cm. to 12.5 cm.

## PROCEDURES
### CARDIOPULMONARY PROCEDURES
- ___ 04013   External Heart Massage
- ___ 04021   Endotracheal Intubation
- ___ 04039   Cardioversion of Arrhythmia
- ___ 04047   Percutaneous Transtracheal Ventilation
- ___ 04062   Thoracotomy

CAMC 17-8288 (Rev. 8-99)

## PROCEDURES
### CARDIOPULMONARY PROCEDURES – Continued
- ___ 04070   Thoracostomy Tube Insertion
- ___ 04088   Pericardiocentesis
- ___ 04104   Temporary External Pacing
- ___ 02017   EKG, Rhythm Strip Interpretation x _____

### ORTHOPEDIC PROCEDURES
- ___ 05010   Arthrocentesis, Major Joint
- ___ 05028   Reduce Dislocation of Finger or Toe
- ___ 05036   Reduce Dislocation of Shoulder
- ___ 05044   Reduce Dislocation - Elbow
- ___ 05051   Reduced Dislocation - Radial Head
- ___ 05069   Reduce Dislocation of TM Joint
- ___ 05101   Closed Reduction Toe Fracture
- ___ 08071   Ankle Dislocation/Reduction

### INDEPENDENT PROCEDURES
- ___ 02058   Occult Blood
- ___ 07016   Arterial Puncture
- ___ 07032   CVP Line Insertion
- ___ 07073   Lumbar Puncture
- ___ 07081   Mast Application
- ___ 07099   *Nasal Bleed - Anterior with Cautery
- ___ 07107   *Nasal Bleed - Anterior with Packing
- ___ 07115   *Nasal Bleed - Posterior with Packing
- ___ 07123   Nasogastric Tube Insertion with Lavage
- ___ 07131   Peritoneal Cannula Insertion
- ___ 07149   Venipuncture - Femoral, External Jugular, Etc.
- ___ 06089   Lavage External Canal – Ear

### HOSPITAL PROCEDURES
- ___ 06      Memorial    ___ 49 General
- ___ 05006   Minimal         #1
- ___ 05501   General         #2
- ___ 06004   Intermediate    #3
- ___ 06509   Urgent          #4
- ___ 06756   Comprehensive   #5
- ___ 07002   Emergent        #6
- ___ 07507   Major           #7
- ___ 07606   Trauma Pack
- ___ 07804   Cath Occlusion Percutaneous Aortic
- ___ 07705   Blood Warmer Tubing
- ___ 0751-5  Paas, Nurse Triage

### ORTHOPEDIC SUPPLIES
| Code | Item | Code | Item |
|------|------|------|------|
| 1099 | Velcro Wrist Splint | 1089 | Elbow Splint |
| 1081 | Velcro Ankle Splint | 0010 | Sling |
| 1092 | Metacarpal Splint | 1070 | Short Arm Cast (Fiberglass) |
| 1091 | Knee Immobilizer | | |
| 1098 | Shoulder Immobilizer | | |
| 0005 | Clavicle Strap | 1088 | Youth Crutch |
| 1085 | Foam Cervical Collar | 1072 | Short Leg Cast (Fiberglass) |
| 0790 | Philly Collar | | |
| 1087 | Crutches | 1084 | Full Arm Splint |
| 1111 | Walker | | |
| 1040 | Posterior Splint | 1071 | Long Arm Cast (Fiberglass) |
| 1014 | Short Arm Cast | | |
| 1013 | Long Arm Cast | | |
| 1012 | Short Leg Cast | | |
| 1011 | Long Leg Cast | | |
| 0001 | Cast Room Fee | | |

CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging

ENCOUNTER: 1203788565

NAME: LESTER, CHRISTOPHER W
MRN:00301467  PT. LOCATION:
DOB: ████/1971 00:00  SEX:M
Patient type: E

Req. Phys: BAILEY, DAVID

Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565

Order: 1119241  Result: 930851  Addendum: 0

Procedure Completed Date: 03/10/2000

Reason:        C5 FELL QUES LOC RT SIDED HASHOULDER RIB PAIN

CERVICAL SPINE ROUTINE

C6 and C7, as well as the C7-T1 relationship are not well
visualized in the lateral projection.  These areas appear within
normal limits on the AP projections. Evaluation of this area by CT
is recommended.  The balance of the cervical spine is entirely
within normal limits.

Dictated by: JAMES T. SMITH, M.D.     job 1414 3 -10-2000 1156
                                      hours
Verified by: JAMES T. SMITH, M.D. 03/10/2000 14:59

Trans:     LAURA J. ODELL 03/10/2000 13:53

Technologist:LISA M. KELLY

RADIOLOGY REPORT
VERIFIED

500688.015.0519

CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging

ENCOUNTER: 1203788565

NAME:  LESTER, CHRISTOPHER W
MRN:00301467  PT. LOCATION:
DOB:■■■■/1971 00:00  SEX:M
Patient type: E                                    Req. Phys: BAILEY,
                                                   DAVID
Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565

Order: 1119245  Result: 930853  Addendum: 0

Procedure Completed Date: 03/10/2000

Reason:          C5 FELL QUES LOC HA SHOULDERRIB PAIN LEFT

SHOULDER-LEFT

Films of the left shoulder disclose no evidence of fracture or
dislocation.  The bony structures are within the range of normal.

IMPRESSION:  Normal examination.

Dictated by: JAMES T. SMITH, M.D.  job 1415 3-10-2000 1157 hours
Verified by: JAMES T. SMITH, M.D. 03/10/2000 14:59

Trans:        LAURA J. ODELL 03/10/2000 13:54

Technologist:LISA M. KELLY

RADIOLOGY REPORT
VERIFIED

500688.015.0520

CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging

ENCOUNTER: 1203788565

NAME:  LESTER, CHRISTOPHER W
MRN:00301467   PT. LOCATION:
DOB: ▮▮▮/1971 00:00  SEX:M
Patient type: E                          Req. Phys: BAILEY,
                                         DAVID
Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565

Order: 1119242   Result: 930861   Addendum: 0

Procedure Completed Date: 03/10/2000

Reason:        FELL QUES LOC RT SIDED HASHOULDER RIB PAIN LEFT

LUMBAR SPINE ROUTINE

The vertebral bodies are in normal alignment.  No bony
abnormalities are seen.  The intervertebral disc spaces are well
maintained.  The pedicles and other vertebral appendages appear
normal.

IMPRESSION:  Normal lumbar spine.

Dictated by: JAMES T. SMITH, M.D.     JOB 1421 3-10-2000 1200
                                      hours
Verified by: JAMES T. SMITH, M.D. 03/10/2000 14:59

Trans:        LAURA J. ODELL 03/10/2000 13:57

Technologist:LISA M. KELLY

RADIOLOGY REPORT
VERIFIED

500688.015.0521

CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging

ENCOUNTER: 1203788565

NAME: LESTER, CHRISTOPHER W
MRN:00301467  PT. LOCATION:
DOB: ████/1971 00:00  SEX:M
Patient type: E                          Req. Phys: BAILEY,
                                         DAVID
Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565

Order: 1119361  Result: 930795  Addendum: 0

Procedure Completed Date: 03/10/2000

Reason:          C 5 FELL UNABLE TO CLEAR

CT CERVICAL SPINE W/O CONTRAST

HISTORY: Recent fall.

3mm interval scans from the upper aspect of C5 through bottom
aspect of T1 is performed with sagittal and coronal
reconstructions.  There is no acute fracture, subluxation or
dislocation.

IMPRESSION:

No evidence of acute fracture or subluxation.

Dictated by: MARY H. MCJUNKIN, M.D.    job 1324 3-10-2000 1016
                                       hours
Verified by: MARY H. MCJUNKIN, M.D. 03/10/2000 14:21

Trans:      LAURA J. ODELL 03/10/2000 12:55

Technologist:RICHARD L. COOPER

                    RADIOLOGY REPORT
                       VERIFIED

500688.015.0522

CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging

ENCOUNTER: 1203788565


NAME: LESTER, CHRISTOPHER W
MRN:00301467  PT. LOCATION:
DOB:1▮▮▮▮/1971 00:00  SEX:M
Patient type: E                          Req. Phys: BAILEY,
                                         DAVID
Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565



Order: 1119361  Result: 930795  Addendum: 0


Procedure Completed Date: 03/10/2000

Reason:              C 5 FELL UNABLE TO CLEAR


CT CERVICAL SPINE W/O CONTRAST

HISTORY: Recent fall.

3mm interval scans from the upper aspect of C5 through bottom
aspect of T1 is performed with sagittal and coronal
reconstructions.  There is no acute fracture, subluxation or
dislocation.

IMPRESSION:

No evidence of acute fracture or subluxation.




Dictated by: MARY H. MCJUNKIN, M.D.    job 1324 3-10-2000 1016
                                       hours
Verified by: MARY H. MCJUNKIN, M.D. 03/10/2000 14:21



Trans:      LAURA J. ODELL 03/10/2000 12:55



Technologist:RICHARD L. COOPER


RADIOLOGY REPORT
VERIFIED



500688.015.0523

CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging

ENCOUNTER: 1203788565

NAME:  LESTER, CHRISTOPHER W
MRN:00301467  PT. LOCATION:
DOB:1█████/1971 00:00  SEX:M
Patient type: E                              Req. Phys: BAILEY,
                                             DAVID
Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565


Order: 1119240  Result: 930855  Addendum: 0


Procedure Completed Date: 03/10/2000

Reason:          C5 FELL QUES LOC RT SIDED HASHOULDER RIB PAIN


CHEST 1 VIEW

AP supine view of the chest obtained in the department shows no
abnormality. The heart and lungs are normal.


Dictated by: JAMES T. SMITH, M.D.    job 1416 3-10-2000 1157
                                     hours
Verified by: JAMES T. SMITH, M.D. 03/10/2000 14:59


Trans:     LAURA J. ODELL 03/10/2000 13:55



Technologist:LISA M. KELLY


                    RADIOLOGY REPORT
                       VERIFIED


500688.015.0524

CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging

ENCOUNTER: 1203788565


NAME:  LESTER, CHRISTOPHER W
MRN:00301467  PT. LOCATION:
DOB:▮▮/1971 00:00  SEX:M
Patient type: E                          Req. Phys: BAILEY,
                                         DAVID
Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565


Order: 1119246  Result: 930857  Addendum: 0

Procedure Completed Date: 03/10/2000

Reason:          C5 FELL QUES LOC HA RTSIDES,SHOULDER RIB PAIN


HIP - LEFT

Films of the left hip disclose no evidence of fracture or
dislocation.  The bony structures are within the range of normal.

IMPRESSION:  Normal examination.


Dictated by: JAMES T. SMITH, M.D.      job 1417 3-10-2000 1157
                                       hours
Verified by: JAMES T. SMITH, M.D. 03/10/2000 14:59


Trans:      LAURA J. ODELL 03/10/2000 13:56



Technologist:LISA M. KELLY

                    RADIOLOGY REPORT
                       VERIFIED


500688.015.0525

CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging

ENCOUNTER: 1203788565


NAME:  LESTER, CHRISTOPHER W
MRN:00301467  PT. LOCATION:
DOB:▮▮▮▮/1971 00:00  SEX:M
Patient type: E                              Req. Phys: BAILEY,
                                             DAVID
Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565



Order: 1119247  Result: 930859  Addendum: 0

Procedure Completed Date: 03/10/2000

Reason:         C 5 FELL QUES LOC HA LTSHOULDER RIB PAIN

ANKLE LEFT

Films of the left ankle disclose no evidence of fracture or
dislocation.  The bony structures are within the range of normal.

IMPRESSION:  Normal examination.


Dictated by: JAMES T. SMITH, M.D.       job 1418 3-10-2000 1158
                                        hours
Verified by: JAMES T. SMITH, M.D. 03/10/2000 14:59


Trans:       LAURA J. ODELL 03/10/2000 13:56



Technologist:LISA M. KELLY


RADIOLOGY REPORT
VERIFIED


500688.015.0526

CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging

ENCOUNTER: 1203788565


NAME:  LESTER, CHRISTOPHER W
MRN:00301467  PT. LOCATION:
DOB:▮▮▮/1971 00:00  SEX:M
Patient type: E                              Req. Phys: BAILEY,
                                             DAVID
Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565



Order: 1119243  Result: 930860  Addendum: 0


Procedure Completed Date: 03/10/2000

Reason:          C 5 FELL HA QUES LOC PAINSHOULDER RIB PAIN


PELVIS

AP supine views of the pelvis show no evidence of bony injury or
other abnormality.




Dictated by: JAMES T. SMITH, M.D.      job 1419 3-10-2000 1158
                                       hours
Verified by: JAMES T. SMITH, M.D. 03/10/2000 14:59


Trans:      LAURA J. ODELL 03/10/2000 13:57



Technologist:LISA M. KELLY


                         RADIOLOGY REPORT
                            VERIFIED

500688.015.0527

CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging

ENCOUNTER: 1203788565


NAME:  LESTER, CHRISTOPHER W
MRN:00301467   PT. LOCATION:
DOB:▮▮▮▮/1971 00:00  SEX:M
Patient type: E

Req. Phys: BAILEY,
DAVID

Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565


Order: 1119244  Result: 930863  Addendum: 0

Procedure Completed Date: 03/10/2000

Reason:        C 5 FELL QUES LOC SHOULDER RIBPAIN HA

THORACIC SPINE

There is anterior wedging of one of the lower dorsal vertebrae
which represents T11.  This is of undetermined age but may well be
old. Please correlate clinically.

CONCLUSION:

There is a compression injury of the body of T11 anteriorly of
undetermined age-possibly old.

Dictated by: JAMES T. SMITH, M.D.    job 1423 3-10-2000 1201
                                      hours
Verified by: JAMES T. SMITH, M.D. 03/10/2000 14:59


Trans:      LAURA J. ODELL 03/10/2000 13:58


Technologist:LISA M. KELLY

RADIOLOGY REPORT
VERIFIED

500688.015.0528

CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging

ENCOUNTER: 1203788565

NAME:  LESTER, CHRISTOPHER W
MRN:00301467   PT. LOCATION:
DOB: ███/1971 00:00  SEX:M
Patient type: E

Req. Phys: BAILEY,
DAVID

Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565

Order: 1119239   Result: 930793   Addendum: 0

Procedure Completed Date: 03/10/2000

Reason:         C 5 FELL QUES LOC RT SIDED HALT SHOULDER RIB
PAIN

CT HEAD WITHOUT CONTRAST

HISTORY:  Recent fall.

Noncontrasted study of the head reveals a linear density in the
left frontal region which I believe represents streak artifact.
This is persistent inspite of repeat imaging.  I doubt that there
is a subdural or epidural hematoma of significance.  The
ventricular systems are within normal limits without midline shift.
 There is a single rounded low density lesion in the right basal
ganglia of questionable etiology.  Old lacunar infarct cannot be
excluded.  There is no cranial vault fracture.

IMPRESSION:

Single rounded low density lesion in the right basal ganglia of
questionable etiology. An old infarct cannot be completely
excluded.  No definite acute hemorrhage.

Dictated by: MARY H. MCJUNKIN, M.D. 3-10-00 1015 hours job 1323
Verified by: MARY H. MCJUNKIN, M.D. 03/10/2000 14:18

Trans:      DARLENE A. MINK 03/10/2000 12:53

Technologist:RICHARD L. COOPER

RADIOLOGY REPORT
VERIFIED

500688.015.0529