# CHRISTOPHER WAYNE LESTER
# MADISON MEDICAL GROUP
# RECORDS
# 14-P

Charleston Area Medical Center
Charleston, WV

CAMC Outpatient Services
Pt. Name: LESTER, CHRISTOPHER W
Medical Record #: 0000301467
Billing #: 1203788565
Pt Phone #:(304)369-2395
Pt SSN #: ████340

Location: GEN
Req. Physician: BAILEY, T.
DOB: 12/23/1971  Age: 28   Sex: M
Nuclear Medicine Lab: 348-7454
CAMC Lab:  348-4190

Order#: 15100852
Date&Time Ordered: 03/10/00 08:05
Copy to:

FINAL

### CHEMISTRY BLOOD PROFILES

| TEST NAME | FLAG | RESULT | NORMAL RNG | UNITS | LOC |
|---|---|---|---|---|---|
| SPECIMEN PST COLLECTED 03/10/00 08:20 BY ACAMP RECEIVED 03/10/00 08:37 BY ACAMP ||||||
| BASIC METABOLIC PANEL ||||||
| SODIUM | | 137 | 136-146 | mmol/L | |
| POTASSIUM | | 3.9 | 3.5-5.1 | mmol/L | |
| CHLORIDE | | 103 | 98-110 | mmol/L | |
| CARBON DIOXIDE | | 25 | 23-29 | mmol/L | |
| GLUCOSE | | 106 | 70-108 | mg/dL | |
| BUN | | 14 | 7-18 | mg/dL | |
| CREATININE | | 0.7 | 0.6-1.4 | mg/dL | |

### HEMATOLOGY BLOOD STUDIES

| TEST NAME | FLAG | RESULT | NORMAL RNG | UNITS | LOC |
|---|---|---|---|---|---|
| SPECIMEN LAV COLLECTED 03/10/00 08:20 BY ACAMP RECEIVED 03/10/00 08:37 BY ACAMP ||||||
| COMPLETE BLOOD COUNT ||||||
| WBC | | 8.4 | 4.8-10.8 | K/cu mm | |
| RBC | | 5.81 | 4.40-6.20 | M/cu mm | |
| HEMOGLOBIN | H | 17.1 | 14.0-16.0 | g/dL | |
| HEMATOCRIT | | 49.4 | 41.0-53.0 | % Volume | |
| MCV | | 85 | 80-100 | fL | |
| MCH | | 29.5 | 27.0-32.0 | pg | |
| MCHC | | 34.7 | 32.0-36.0 | % | |
| RDW | | 12.4 | 12.0-15.0 | % | |
| PLATELET COUNT | | 261 | 140-450 | K/cu mm | |
| MPV | | 8.2 | 6.6-9.3 | fL | |
| LYMPHOCYTES | | 17.6 | 20.0-35.0 | % | |
| MONOCYTES | | 4.2 | 0.0-8.0 | % | |
| NEUTROPHILS | | 76.8 | 50.0-70.0 | % | |
| EOSINOPHILS | | 0.8 | 0.0-4.0 | % | |
| BASOPHILS | | 0.6 | 0.0-2.0 | % | |

LOC (Performing location) indicates test performed at location different from patient location: G = Gen Div; M = Hem Div; W =
Key For Flags:  L-Low, H-High, A-Alert, AB-Abnormal, %D-Delta, aD-Absolute Delta
Printed: 03/11/2000 03:05    CLINICAL LABORATORY    PAGE: 1 of 2

| General Division | Memorial Division | Womens and Children |
|---|---|---|
| 501 Morris Street | 3200 MacCorkle Avenue | 800 Pennsylvania Avenue |
| Charleston, WV  25301 | Charleston, WV  25304 | Charleston, WV  25302 |

500688.015.0530

Charleston Area Medical Center
Charleston, WV

CAMC Outpatient Services                    Location: GED : ____ :
Pt. Name: LESTER, CHRISTOPHER W             Req. Physician: BAILEY, T!
Medical Record #: 0000301467                DOB: 12/23/1971  Age: 28  Sex: M
Billing #: 1203788565                       Nuclear Medicine Lab: 348-7454
Pt Phone #:(304)369-2395                     CAMC Lab:  348-4190
Pt SSN #: ▉▉▉▉0340

MISCELLANEOUS BLOOD CHEMISTRIES

| TEST NAME | FLAG | RESULT | NORMAL RNG | UNITS | LOC |
|-----------|------|--------|------------|-------|-----|
| SPECIMEN PST COLLECTED 03/10/00 08:20 BY ACAMP RECEIVED 03/10/00 08:37 BY ACAMP | | | | | |

BLOOD CHEMISTRIES
AMYLASE                     31             4-88      U/L

LOC (Performing location) indicates test performed at location different from patient location: G = Gen Div; M = Mem Div; W =
Key For Flags:  L-Low, H-High, A-Alert, AB-Abnormal, %D-Delta, aD-Absolute Delta
Printed: 03/11/2000 03:06        CLINICAL LABORATORY                    PAGE: 2 of 2
General Division              Memorial Division         Womens and Children
501 Morris Street            3200 MacCorkle Avenue      800 Pennsylvania Avenue
Charleston, WV  25301        Charleston, WV  25304      Charleston, WV  25302

500688.015.0531

Charleston Area Medical Center
Charleston, WV

CAMC Outpatient Services                Location: GED : . , . . . :
Pt. Name: LESTER, CHRISTOPHER W         Req. Physician: BAILEY, T.
Medical Record #: 0000301467            DOB: 12/23/1971  Age: 28   Sex: M
Billing #: 1203788565                   Nuclear Medicine Lab: 348-7454
Pt Phone #: (304)369-2395               CAMC Lab:  348-4190
Pt SSN #:    ████3340

        Order#: 15101195                FINAL
Date&Time Ordered: 03/10/00 10:52
        Copy to:

                              URINALYSIS

TEST NAME                   FLAG      RESULT        NORMAL RNG UNITS      LOC
      SPECIMEN XOV COLLECTED 03/10/00 10:52 BY  RECEIVED 03/10/00 11:12 BY CMF


  URINALYSIS
COLOR                                YELLOW       STRAW-AMBER
CLARITY                              CLEAR        CLEAR-CLOUD
SPECIFIC GRAVITY                     1.010        1.010-1.020
PH                                   6.0          5.0-7.5
PROTEIN                              NEGATIVE     NEGATIVE     mg/dL
GLUCOSE                              NEGATIVE     NEGATIVE     mg/dL
KETONES                             NEGATIVE     NEGATIVE     mg/dL
BILIRUBIN                            NEGATIVE     NEGATIVE
BLOOD                                NEGATIVE     NEGATIVE
NITRITE                              NEGATIVE     NEGATIVE
UROBILINOGEN                         0.2          <=1          EU/dL
LEUKOCYTE ESTERASE                   NEGATIVE     NEGATIVE
MUCUS                                SLIGHT       NONE SEEN    /hpf
AMORATE CRYSTALS                     SLIGHT       NONE SEEN    /hpf
BACTERIA                             FEW          FEW          /hpf


LOC (Performing location) indicates test performed at location different from patient location: G = Gen Div; M = Mem Div; W =
         Key For Flags:  L-Low, H-High, A-Alert, AB-Abnormal, #D-Delta, aD-Absolute Delta
Printed: 03/11/2000 03:06        CLINICAL LABORATORY                  PAGE: 1 of 1
                   General Division        Memorial Division      Womens and Children
                   501 Morris Street       3200 MacCorkle Avenue  800 Pennsylvania Avenue
                   Charleston, WV  25301   Charleston, WV  25304  Charleston, WV  25302

500688.015.0532

MADISON MEDICAL, P.L.L.C.
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

## FAX COVER SHEET

TO: _Workers Comp Attn: Sam Suppa_

FROM: _Dr. JM. Snyder / Debbie_

RE: _Christopher Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: _3_

DATE: _5/1/00_

ADDITIONAL COMMENTS: _____

CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US.

THANK YOU.



500688.015.0533

## MADISON MEDICAL, PLLC
### 705 MADISON AVENUE
### MADISON, WV 25130
### (304) 369-5170

WV Worker's Compensation
P. O. Box 431
Charleston, WV 25322-0431

To Whom It May Concern:

Please authorize the purchase of the following medications for this patient for the treatment of his/her compensable injury.

Sincerely,  *John Mark Snyder M. DH*

Patient:  *Christopher Lester*

SSN:  ██████ 3340

DOI:  3/10/2000

RX'S  *Vicoden ES  † po q 4°-6° prn*

For the treatment of : 847.0,  847.1,  847.2,  959.01



500688.015.0534

May 1, 2000

Worker's Compensation
P. O. Box 3151
Charleston, WV

RE: Christopher Lester
SSN: 2 ~~████~~ 3340
DOI 3/10/200
Claim No. 200004684/

To Whom It May Concern,

I saw Christopher on 4/26/00 and prescribed Vicodin ES for pain and we received a call back from the pharmacy that this needs approval. I find this interesting in that he is still in acute phase of his pain and does need narcotic pain relief at this point and time. I would appreciate speedy approval of this.

Sincerely,

John M. Snyder, D. O.
JMS:bw

FAXED
5/1/00
of

500688.015.0535

P. 1

* * * Transmission Result Report(MemoryTX) ( May. 1. 2000 4:27PM ) * * *

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 6461 | Memory TX | 13049265486 | P. 3 | OK | |

Reason for error
E.1) Hang up or line fail       E.2) Busy
E.3) No answer                  E.4) No facsimile connection

MADISON MEDICAL, P.L.L.C.
705 MADISON AVENUE
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

### FAX COVER SHEET

TO: _Workin's Comp Attn: Sam Suppa_

FROM: _D. J.M. Snyder / Debli_

RE: _Christopher Lister_

NUMBER OF PAGES INCLUDING COVER SHEET: _3_

DATE: _5/1/00_

ADDITIONAL COMMENTS: _____

CONFIDENTIALLY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE: (304) 369-5170 TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US.

THANK YOU.

500688.015.0536

# Attending Physician's Report

Return Completed Form To:
Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

WC-219    Rev. 9-94

FOR DIVISION USE ONLY

Claims Manager Cheryl Armes
Trucking/Agr & Food Proc
Claimant's County BOONE

## SECTION I: To be completed by the injured worker (FORM MAY BE RETURNED IF ALL QUESTIONS ARE NOT ANSWERED.)

| 1. Claim No. 2000046841 | SS No. ███-██-3340 | 2. Current Telephone No. |
|---|---|---|
| Emp. Risk No. 98001651 | DOI 03/10/2000 | 304-369-6657 |

Claimant's Name and Address

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

Employer's Name and Address

D & M TRUCKING CORPORATION

502 BOB VINES RD

GHENT, WV 25843

3. *Please mark any needed changes in your address as printed above.*

4. Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled?  ☐ Yes  ☐ No

5. I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.
Claimant's Signature _____    Date _____

## SECTION II: To be completed by the Attending Physician (PLEASE COMPLETE ALL QUESTIONS) Attach Additional Pages if Necessary.

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

| 1. Date of this examination 04 20 00  Month Day Year | 2. Date of next appointment 04 26 00  Month Day Year |
|---|---|

3. A. Is this the first examination and/or treatment by you for this injury? ☐ Yes *Elbow*  ☒ No  If Yes, please advise as to how the claimant came under your care. _____

B. Does the claimant continue under your active care? ☒ Yes  ☐ No  If No, please explain. _____

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☐ Consultation  ☐ Evaluation  ☒ Treatment _PT_

4. Diagnosis (ICD9-CM) code and description
847.0, 847.1, 847.2
959.01

5. Please describe your treatment plan and list medications currently being prescribed, their dosages, and the refill limit.
Conservative Treatment
maintain Physical Therapy

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc? ☐ Yes  ☒ No  If Yes, please explain condition and how it has affected recovery.

7. Will claimant need rehabilitation services? ☐ Yes  ☒ No  If Yes, please specify.

8. Is claimant temporarily and totally disabled? ☒ Yes  ☐ No  If Yes, is disability due to compensable diagnosis or other causes? Please explain.

9. Please indicate the anticipated date claimant will be able to return to:
Modified Work ____  Trial Return to Work 05 22 00  Full-time Work ____

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury? ☐ Yes  ☐ No  If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

11. Physician's Name, Address & Telephone No.
~~CHARLESTON AREA MEDICAL CENTER~~
~~501 MORRIS STREET~~
~~CHARLESTON, WV  25326~~
J. Mark Snyder
705 Madison Ave
Madison WV
25730

Phone: 304-~~348-3322~~
369-5170

FEIN ~~550556150~~
550664546

12. _____
Physician's Signature

04/26/00
Date

500688.015.0537

# Attending Physician's eport

Return Completed Form To:
Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

WC-219    Rev. 9-94

**FO IVISION USE ONLY**

Claims Manager Cheryl Armes
Trucking/Agr & Food Proc
Claimant's County BOONE

**SECTION I: To be completed by the injured worker (FORM MAY BE RETURNED IF ALL QUESTIONS ARE NOT ANSWERED.)**

| | |
|---|---|
| 1. Claim No. **2000046841** | SS No. ████340 | 2. Current Telephone No. |
| Emp. Risk No. **98001651** | DOI **03/10/2000** | **304-369-6657** |

Claimant's Name and Address

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

Employer's Name and Address

D & M TRUCKING CORPORATION

502 BOB VINES RD

GHENT, WV 25843

3. *Please mark any needed changes in your address as printed above.*

4. Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled? ☐ Yes ☐ No

5. I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.

Claimant's Signature _____  Date _____

**SECTION II: To be completed by the Attending Physician (PLEASE COMPLETE ALL QUESTIONS.) Attach Additional Pages if Necessary.**

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

1. Date of this examination **04 26 00**   Month Day Year     2. Date of next appointment **05 01 00**   Month Day Year

3. A. Is this the first examination and/or treatment by you for this injury? ☐ Yes ☒ No  If Yes, please advise as to how the claimant came under your care. _____

B. Does claimant continue under your active care? ☒ Yes  ☐ No  If No, please explain. _____

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☐ Consultation   ☐ Evaluation   ☒ Treatment: *P.T.*

4. Diagnosis (ICD9-CM) code and description
*847.0, 847.1, 847.2
959.01*

5. Please describe your treatment plan and list medications currently being prescribed, their dosages, and the refill limit.
*maintain conservative treatment*

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc? ☐ Yes ☒ No  If Yes, please explain condition and how it has affected recovery.

7. Will claimant need rehabilitation services? ☐ Yes ☒ No  If Yes, please specify.

8. Is claimant temporarily and totally disabled? ☒ Yes ☐ No  If Yes, is disability due to compensable diagnosis or other causes? Please explain.

9. Please indicate the anticipated date claimant will be able to return to:
Modified Work ___|___|___   Trial Return to Work **06 05 00**   Full-time Work ___|___|___

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury? ☐ Yes ☐ No  If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

11. Physician's Name, Address & Telephone No. *J. Mark Snyder, D.O.*
MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

Phone: 304-369-5170

FEIN  550664546

12. _____
Physician's Signature

Date **04/28/00**

**500688.015.0538**

MADISON MEDICAL, P.L.L.C.
705 MADISON AVE:
MADISON, WV 25130
PHONE# (304)369-5170  FAX# (304)369-1742

MEDICAL RECORDS RELEASE AUTHORIZATION

TO: _____*Eye + Ear Clinic*_____
DOCTOR

ADDRESS: _____
_____
_____

I HEREBY AUTHORIZE AND REQUEST YOU TO RELEASE TO:

_____*J Mark Snyder DO*_____

THE COMPLETE RECORDS IN YOUR POSSESSION CONCERNING MY
ILLNESSES AND/OR TREATMENTS DURING THE PERIOD FROM

_____*all*_____ TO _____

NAME: _*Christopher Lester*_     DATE: *4-7-00*

ADDRESS: _*PO Box 1113*_
_*Danville WV 25053*_

BIRTHDATE: _*12-23-71*_     SSN# ████-██-*3340*

SIGNATURE: _*Chris Lester*_
(IF RELATIVE STATE RELATION)

WITNESS: _*Paula Baldwin*_

THIS RELEASE AND AUTHORIZATION SHALL BE VALID FOR ONE YEAR
FROM ITS DATE OF SIGNATURE UNLESS TERMINATED IN WRITING BEFORE
THAT DATE.

*If a fee is required for records please pre-bill.  The physicians office will not
be responsible for any fees incurred.

500688.015.0539

extt/01-01-96/*6     ** /ENDOR COPY **     1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

April 19, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                           S.S.N. ████-3340
DANVILLE, WV  25053                     D.O.I. 03/10/2000

PLEASE READ CAREFULLY - NOTICE OF BENEFITS

I have received medical evidence which indicates you continue to be
disabled from working from 04/04/2000 through 05/07/2000.

If it is later determined you are not entitled to benefits or
expenses, the Division may recover these overpayments.

If medical evidence showing continued disability is not received, your
claim may close for temporary total disability benefits on 06/21/2000.

If you have any questions or concerns, you may reach me at 304-926-5375.

CC:  D & M TRUCKING CORPORATION INC
     CHARLESTON AREA MEDICAL CENTER
     VASS VOCATIONAL SERVICES

Workers' Compensation Division
By: Cheryl Armes
    Claims Representative 2

500688.015.0540

chtp/5-4-98/*6       ** VENDOR COPY **       1024458



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

## West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

April 19, 2000

MADISON MEDICAL PLLC
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER SR          Re:    Claim  2000046841
P.O. BOX 1113                          S.S.N. ▆▆▆▆3340
DANVILLE, WV  25053                    D.O.I. 03/10/2000

### PLEASE READ CAREFULLY - CHANGE OF TREATING PHYSICIAN

We have received a request dated, 4/7/2000 from
CLAIMANT to recognize J. MARK SNYDER D. O. as the
treating physician of record in your claim.  Your transfer from
CHARLESTON AREA MEDICAL CENTER has been noted.

This letter does not authorize payment for medical expenses.  Your
new physician should send us an initial evaluation report.  This
report should include his/her recommendations for treatment and a
request for services that require prior approval.  If the Division
determines the treatment is medically necessary and related to the condition
for which  your claim was filed, we will authorize the treatment and
payment will be issued for the initial evaluation and other services.
However, if your current condition is not due to the compensable injury
or if the report fails to show the need for further treatment, the
cost for such services by the physician will be your responsibility.

If you have any questions or concerns, you may reach me at 304-926-5375.

                                    Workers' Compensation Division
CC:  D & M TRUCKING CORPORATION INC   BY: Cheryl Armes
     CHARLESTON AREA MEDICAL CENTER         Claims Representative 2
     VASS VOCATIONAL SERVICES

Workers' Compensation Division - Office of Claims Management
▆▆▆▆▆▆▆▆▆▆▆▆▆▆ 25322 0421 ▆ http://www.state.wv.us/bep

500688.015.0541

# Attending Physician' Report

**Return Completed Form To:**
Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

WC-219   Rev. 9-94

**DIVISION USE ONLY**

Claims Manager Cheryl Armes
Trucking/Agr & Food Proc
Claimant's County BOONE

**SECTION I: To be completed by the injured worker (FORM MAY BE RETURNED IF ALL QUESTIONS ARE NOT ANSWERED.)**

| 1. Claim No. 2000046841 | SS No. ___-3340 | 2. Current Telephone No. |
|---|---|---|
| Emp. Fisk No. 98001651 | DOI 03/10/2000 | 304-369-6657 |

Claimant's Name and Address / Employer's Name and Address

CHRISTOPHER W LESTER SR
P.O. BOX 1113
DANVILLE, WV 25053

D & M TRUCKING CORPORATION

502 BOB VINES RD

GHENT, WV 25843

3. *Please mark any needed changes in your address as printed above.*

4. Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled?  ☐ Yes  ☐ No

5. I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.
Claimant's Signature _____ Date _____

**SECTION II: To be completed by the Attending Physician (PLEASE COMPLETE ALL QUESTIONS.) Attach Additional Pages If Necessary**

If claimant has reached maximum degree of medical improvement, please complete WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

| 1. Date of this examination 04|07.00  Month Day Year | 2. Date of next appointment 04|20|00  Month Day Year |
|---|---|

3. A. Is this the first examination and/or treatment by you for this injury? ☑Yes  ☐ No  If Yes, please advise as to how the claimant came under your care.

B. Does claimant continue under your active care? ☑Yes  ☐ No  If No, please explain.

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☐ Consultation  ☐ Evaluation  ☑ Treatment  *Physical Therapy*

4. Diagnosis (ICD9-CM) code and description

*847.0, 847.1, 847.2*
*959.01*

5. Please describe your treatment plan and list medications currently being prescribed, their dosages, and the refill limit.

*Conservative treatment*
*Await Results of physical therapy*

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc? ☐ Yes ☑No  If Yes, please explain condition and how it has affected recovery.

7. Will claimant need rehabilitation services? ☐ Yes ☑ No  If Yes, please specify.

8. Is claimant temporarily and totally disabled? ☑Yes  ☐ No  If Yes, is disability due to compensable diagnosis or other causes? Please explain.

9. Please indicate the anticipated date claimant will be able to return to:
Modified Work __|__|__  Trial Return to Work 05|08|00  Full-time Work __|__|__

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury? ☐ Yes ☐ No  If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

11. Physician's Name, Address & Telephone No.

~~CHARLESTON AREA MEDICAL CENTER~~
~~501 MORRIS STREET~~
~~CHARLESTON, WV 25326~~
*J. Mark Snyder*
*705 Madison Ave*
*Madison WV 25130*

Phone: ~~304-348-3322~~
*369-5170*
FEIN ~~550526150~~
*550664546*

12.

Physician's Signature

Date *4-17-00*

500688.015.0542








**Charleston Area Medical Center**
Charleston, West Virginia



• 7 3 9 2 •

USE SPACE BELOW FOR IDENTIFICATION IF NECESSARY

NAME _____ ROOM NO. _____

**EMERGENCY DEPARTMENT:**
☒ GENERAL DIVISION — 304) 348-7498
☐ MEMORIAL DIVISION — (304) 348-4170
☐ WOMEN & CHILDREN'S HOSPITAL - (304) 348-2550

**EMERGENCY DEPARTMENT AFTERCARE INSTRUCTIONS**

☐ Keep dressing clean and dry

☐ Keep injured part elevated as much as possible for _____ days

☐ Ice (intermittently) to injured area for _____ minutes _____ times a day.

☐ Heat (intermittently) to injured area for _____ minutes _____ times a day.

☐ Aspirin/Tylenol for pain or fever

☐ You MAY ☒ MAY NOT Return to Work or School Today

☐ No weight bearing for _____ days

☐ Re-Wrap Ace Bandage if too loose or too tight.

☐ Crutches as advised (They are sold to you)

☒ Take prescription(s) as directed *medicine*

☐ You have been started on Tetanus Immunization Series today. Please complete the series with your private M.D. or Clinic.

  1.  1–2 Months from today — 1/2 cc Tetanus Toxoid

  2.  6 Months—1 Year from today —1/2 cc Tetanus Toxoid

  This will complete your Tetanus Immunization.

☐ Be on the alert for signs of possible infection.
  Increased Pain      Fever
  Redness           Warmth
  Swelling          Red Streaks

**CONTACT YOUR PHYSICIAN IMMEDIATELY IF THESE OCCUR**

---

LESTER .CHRISTOPHER W MR: .0000301467
BAILEY, T. DAVID PN: 1203788565
ADM 03/10/00  GED  DOB: ____/1971

Your EKG will be reviewed and if any significant abnormalities are discovered, you may be recalled to the Emergency Department.

Your X-Ray will be interpreted by a radiologist and if any abnormalities are discovered, you may be recalled to the Emergency Department.

**OTHER SPECIFIC INSTRUCTIONS:**

**CALL TO ARRANGE AN APPOINTMENT AT:**
☐ Children's Medicine Center  348-2525  IN _____ DAYS
☐ Women's Medicine Center  348-2427  IN _____ DAYS
☐ Medicine Clinic/
  Surgery Clinic (Memorial)  348-5530  IN _____ DAYS
☐ Surgery Clinic (General)  348-6355  IN _____ DAYS
☐ Other: _CCrO Wealth_ IN _____ DAYS

☐ FOR FOLLOW-UP CARE, PHONE: _348·1000_
  ADDRESS: _1415-C MacCorkle Ave._
  (Call sooner if you feel it is necessary)

               *+ Prescribed*
☒ THE MEDICATION RECEIVED IN THE EMERGENCY DEPART-MENT MAY CAUSE DROWSINESS. YOU ARE WARNED AGAINST DRIVING OR OPERATING MACHINERY FOR:
  ☐ 6 HOURS.  ☒ 12 HOURS  ☐ _____ HOURS

OTHER INSTRUCTIONS: _____
① _Discharge home_ _____

② _See head injury sheet for_
  _further instructions_

③ _Return for any problems_
  _to Emergency Dept._

---

**IMPORTANT NOTICE:**
TREATMENT IN THE EMERGENCY DEPARTMENT IS OFFERED AS EMERGENCY FIRST CARE ONLY. FOLLOW-UP TREATMENT BY A PHYSICIAN MAY BE IMPORTANT FOR YOUR SAFETY. YOU ARE URGED TO FOLLOW CAREFULLY THE INSTRUCTIONS GIVEN ON THIS SHEET.

Date: _3.10.00_ _____ Patient's Signature: _____

Patient's Name: _____ Witness: _____

White Copy – Chart  •  Yellow Copy – Patient

17-7392 ITEM 1280    **EMERGENCY DEPARTMENT AFTER CARE INSTRUCTIONS**    MR  Rev. 8-99

500688.015.0543

CORPORATE
HEALTH SERVICES
AFFILIATED WITH
**Charleston Area
Medical Center**

NAME: _Chris Lester_
SOCIAL SECURITY #: _███████ 3241_
EMPLOYER: _O JM Trucking_
DATE: _3-27-00_

348 673 ⑤
Bailey
Asaad
Funk

## RETURN TO WORK GUIDELINES

If the Employer is unable to provide the worker with the limited duty indicated, the worker
should be placed off duty until the next scheduled physician's appointment.

DATE: _3·27·00_          DATE OF INJURY: _3·10·00_

**WORK STATUS:**

    1. Full Duty _____

    2. Limited Duty _____
       _____
       _____

    ③ Unable to Work _____

**NEXT PHYSICIAN APPOINTMENT:** _____ 1 wk    4/3 9:30

**RELEASE FROM TREATMENT:** _____

    Diagnosis:
    1. _(L) Shoulder Strain_
    2. _Cervical Strain_
    3. _Closed Head Injury_

**COMMENTS:** _Start PT_
_____
_____

TIME IN: _____
TIME OUT: _1:10_          _____     _March 27, 2000_
                         PHYSICIAN'S SIGNATURE       DATE

Occupational Medicine • (304) 348-1000 • 1418C MacCorkle Ave., SW • Charleston, WV 25303

CHS-0002    Rev. 1-99

500688.015.0545

CORPORATE
HEALTH SERVICES

AFFILIATED WITH
**Charleston Area
Medical Center**

NAME: Chris Lester
SOCIAL SECURITY #: ▓▓▓▓ 3340
EMPLOYER: D & M Trucking Corp In
DATE: 3-22-00

## RETURN TO WORK GUIDELINES

If the Employer is unable to provide the worker with the limited duty indicated, the worker
should be placed off duty until the next scheduled physician's appointment.

DATE: 3-22-00                DATE OF INJURY: 3-10-00

**WORK STATUS:**

    1. Full Duty ~~Truck Driver~~

    2. Limited Duty

    3. Unable to Work    3-22-00

**NEXT PHYSICIAN APPOINTMENT:** Mon. @ 9:00 am

**RELEASE FROM TREATMENT:**

    Diagnosis:
    1. Closed Head Injury, Concussion, Cervical Strain
    2. (l) Shoulder Sprain
    3. Chest Wall Contusion.

**COMMENTS:**

TIME IN: 220 pm
TIME OUT: 15:30

PHYSICIAN'S SIGNATURE

March 22, 200
DATE

Occupational Medicine • (304) 348-1000 • 1418C MacCorkle Ave., SW • Charleston, WV 25303

CHS-0002     Rev. 1-99

500688.015.0546





634-4220

**Charleston Area Medical Center**
Charleston, West Virginia

*7392*

USE SPACE BELOW FOR IDENTIFICATION IF NECESSARY
NAME _G Back_   ROOM NO. _G Hall_

LESTER CHRISTOPHER W MR 0000301467
KWEL LEON S.                PN    1203807506
ADM 03/13/00 ___ GED        DOB ___ 1971

**EMERGENCY DEPARTMENT:**
- ☑ GENERAL DIVISION — (304) 348-7498
- ☐ MEMORIAL DIVISION – (304) 348-4170
- ☐ WOMEN & CHILDREN'S HOSPITAL – (304) 348-2550

**EMERGENCY DEPARTMENT AFTERCARE INSTRUCTIONS**

- ☐ Keep dressing clean and dry
- ☐ Keep injured part elevated as much as possible for _____ days
- ☐ Ice (intermittently) to injured area for _____ minutes _____ times a day.
- ☐ Heat (intermittently) to injured area for _____ minutes _____ times a day.
- ☐ Aspirin/Tylenol for pain or fever
- ☐ You MAY ☐ MAY NOT Return to Work or School Today
- ☐ No weight bearing for _____ days
- ☐ Re-Wrap Ace Bandage if too loose or too tight.
- ☐ Crutches as advised (They are sold to you)
- ☑ Take prescription(s) as directed _Vicodin_
- ☐ You have been started on Tetanus Immunization Series today. Please complete the series with your private M.D. or Clinic.
  1. 1–2 Months from today — 1/2 cc Tetanus Toxoid
  2. 6 Months–1 Year from today —1/2 cc Tetanus Toxoid
  This will complete your Tetanus Immunization.
- ☐ Be on the alert for signs of possible infection.

  Increased Pain    Fever
  Redness    Warmth
  Swelling    Red Streaks

  **CONTACT YOUR PHYSICIAN IMMEDIATELY IF THESE OCCUR**

Your EKG will be reviewed and if any significant abnormalities are discovered, you may be recalled to the Emergency Department.

Your X-Ray will be interpreted by a radiologist and if any abnormalities are discovered, you may be recalled to the Emergency Department.

**OTHER SPECIFIC INSTRUCTIONS:**

CALL TO ARRANGE AN APPOINTMENT AT:
- ☐ Children's Medicine Center   348-2525   IN _____ DAYS
- ☐ Women's Medicine Center   348-2427   IN _____ DAYS
- ☐ Medicine Clinic/ Surgery Clinic (Memorial)   348-5530   IN _____ DAYS
- ☐ Surgery Clinic (General)   348-6355   IN _____ DAYS
- ☐ Other: _____ IN _____ DAYS

- ☐ FOR FOLLOW-UP CARE, PHONE: _____
  ADDRESS: _____
  (Call sooner if you feel it is necessary)

- ☐ THE MEDICATION RECEIVED IN THE EMERGENCY DEPARTMENT MAY CAUSE DROWSINESS. YOU ARE WARNED AGAINST DRIVING OR OPERATING MACHINERY FOR:
  ☐ 6 HOURS. ☐ 12 HOURS ☐ _____ HOURS

OTHER INSTRUCTIONS: _Discharge to home, Return for any problems, Wear Sling, follow-up with Corporate Health as directed (8am tomorrow - 348-1000), follow-up with Dr. Phillips (EN (353-0400), Follow-up with Dr. Zako b (or (346-0499), and with Dr. K. Wright (340-7345) at Med Rehab_

**IMPORTANT NOTICE:**
TREATMENT IN THE EMERGENCY DEPARTMENT IS OFFERED AS EMERGENCY FIRST CARE ONLY. FOLLOW-UP TREATMENT BY A PHYSICIAN MAY BE IMPORTANT FOR YOUR SAFETY. YOU ARE URGED TO FOLLOW CAREFULLY THE INSTRUCTIONS GIVEN ON THIS SHEET.

Date: _3-13-00_   Patient's Signature: X _____

Patient's Name: _____   Witness: _____

White Copy – Chart • Yellow Copy – Patient

17-7392  ITEM 1280

**EMERGENCY DEPARTMENT AFTER CARE INSTRUCTIONS**

_CAT SCAN 3/13_
MR   Rev. 8-99

500688.015.0547

03/14/00  TUE 08:59 FAX 304 3726    PATIENT ACCTS.    ☒006

**Workers' Compensation Division**
**Report of Occupational Injury**
Prior to Completing this Form you must
Read the instructions on the Back of this Form

For Division Use Only

Team Assigned: _____

WC-123 Rev. 1/98

## Section I: Injured Worker Section - All Information Must Be Completed:

1. Name: Last **Lester Sr.** First **Christopher** M.I. **W**

2. Social Security Number: **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**

3. Injury / Last Exposure Date: **3,10,00** Time: **5:30** PM

4. Address: **P.O. Box 1113**

City **Danville** State **WV** Zip Code **25053**

County **Boone**

5. Telephone: **304,369-6657** ☒ Male ☐ Female

6. Date of Birth: **12,23,71** Marital Status: **Married**

7. Time You Began Work on Date of Injury: **5:00** AM

8. Stopped Work for Injury: Date _____ Time _____ AM/PM

9. Date Employer Was Notified of Injury: **3,10,00**

10. Who Was Notified of Injury: **Jerry** Phone: **304,687,2486**

11. Date First Went to Doctor / Hospital for this Injury: **3,10,00**

12. Name of Doctor / Hospital: **CAMC General**

13. How Did Injury Occur? (Specify the cause, what you were doing, and any equipment/objects involved.) **was checking the oil in my truck + the hood knocked me off.**

14. Job Title / Description: **Truck Driver**

15. Did Injury Occur on Employer's Property? ☒ Yes ☐ No If No, Where? _____

16. Employer Name and Address: **J&M Trucking**

17. Supervisor's Name: **Mark Cobb** Phone: **304,255-6826**

18. List Name(s) and Phone Number of Witness(es) to the Accident (Attach List for More):

Name: _____ Phone #: (___) _____

19. List the Name and Phone Number for any other employers for whom you are currently working? (Attach List for More) _____

20. If you have had any previous accidents or conditions affecting the same body part, give dates and details. (Attach List for More): **1-10**

I certify the statements and answers set forth in this section are true and correct to the best of my knowledge and belief. I am aware the law, specifically W. Va. Code §23-4-19 provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase benefits to which I am not entitled. By signing this application, I authorize the Division and designated agents to examine all hospital and medical records and have verbal discussions with physicians, on any medical information pertaining to this injury and or any condition for which I have previously received medical attention. I acknowledge the provisions of W. Va. Code 23-4-7 providing authorization for release of medical information by a physician to my employer or employer representative. Signature: _____ Date: _/_/_

## Section II: Attending Physician Section - All Information Must Be Completed:

1. WCD Vendor Number: **10810323**

2. FEIN or SSN: **550526750**

3. Name of Physician / Hospital: **David Bailey**

4. Address: **P.O. Box 3229**

City: **Chas** State: **WV** Zip Code: **25325**

5. Phone: **304,348,6730**

6. Date You Were First Consulted For This Condition: **3,10,00**

7. Is Condition a Result of (Check One) Occupational Injury? ☒

Occupational Disease? ☐ Nonoccupational Condition? ☐

8. Nature, Body Part and Type of Injury (e.g. Sprained back due to over exertion): **CHI Blunt Fst Cervical Thoracic Lumbar strain**

9. Diagnosis Code(s) (ICD9-CM) in Order of Severity: **95901  8470  8471  8472** **3,10,00**

10. Date claimant stopped work due to this condition: _____

11. Did this injury aggravate a chronic or prior injury/disease? ☐ Yes ☒ No If Yes, Explain: _____

12. Disability Period: ☐ Less than 4 days ☐ 2 Weeks ☐ Over 4 Weeks ☒ 1 Week ☐ 3 Weeks

13. Date Claimant Was (Will Be) Able to Return to Work: _/_/_

14. Will claimant need Physical or Vocational Rehabilitation Services? ☐ Yes ☐ No ☐ Unk

15. Describe rehabilitation needs: _____

16. Can claimant return to modified work? ☐ Yes ☐ No If Yes, what restrictions? _____

17. If claimant was hospitalized, where?: _____

18. Name and Address of Physician Referred: **Corporate Health**

I certify the statements and answers set forth in this section are true and correct to the best of my knowledge and belief. I am aware the law provides for severe penalties if I knowingly certify a false report or statement or withhold a material fact or statement respecting any information requested by the Division. By signing this form, I acknowledge the provisions of W. Va. Code §23-4-19 which provides for severe criminal penalties for the knowing and with fraudulent intent to aid and abet anyone in securing or attempting to secure benefits to which he or she is not entitled. Also, by signing this form, I acknowledge that specifics noted test results should be immediately sent to the Division.

Signature: _____ Date: **3/10/00**

## Section III: Employer Section - All Information Must Be Completed:

Employer sign here as acknowledgment of receipt of Sections I and II:    Date: _____

1. WCD Policy Number: _____

2. Industrial Code; Occupation (DOT) Code: _____

3. FEIN or SSN: _____ Phone: (___) _____

4. Name of Employer as Listed with WCD: _____

5. Address to Send Claim Related Mail: _____

City: _____ State: _____ Zip Code: _____

6. TPA Name & Phone, if applicable: _____

7. Employee is: ☐ Owner/Part Owner ☐ Full Time ☐ Part Time ☐ Officer ☐ Volunteer

8. If owner/part owner/officer, are wages included on wage reports? ☐ Yes ☐ No

9. Date employee was first employed by you: _____

10. Time at present job: _____ Years _____ Months

11. Date Claimant Returned to Work: _____

12. If returned to work, is it alternate or modified work? ☐ Yes ☐ No If Yes, indicate wages:

Hourly rate: _____ Hours per week: _____

13. Daily rate of pay on the date of injury? $ _____

14. If part-time, Hourly rate: _____ Hours per week (25 or less): _____

15. Did injury occur at address listed in question 5? ☐ Yes ☐ No If No, Where? _____

State: _____ County: _____ Zip Code: _____

16. Do you disagree with any information provided above, or do you have any reason to question this injury? ☐ Yes ☐ No If Yes, you must attach a specific explanation to this form.

17. Was an incident report completed? ☐ Yes ☐ No

500688.015.0548

# CHARLESTON AREA MEDICAL CENTER

Department of Medical Imaging
GENERAL DIVISION
501 Morris Street
Charleston, WV 25301
(304) 348-6044

NAME: LESTER, CHRISTOPHER W
MRN:00301467
DOB: ▓▓▓/1971 00:00
Patient type: E
Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565

PT. LOCATION:
SEX:M
Req. Phys: BAILEY, DAVID

Order: 1119361          Result: 930795          Addendum: 0

Procedure Completed Date: 03/10/2000

Reason:          C 5 FELL UNABLE TO CLEAR

CT CERVICAL SPINE W/O CONTRAST

HISTORY: Recent fall.

3mm interval scans from the upper aspect of C5 through bottom aspect of T1 is
performed with sagittal and coronal reconstructions.   There is no acute
fracture, subluxation or dislocation.

IMPRESSION:

No evidence of acute fracture or subluxation.

Dictated by: MARY H. MCJUNKIN, M.D.     Job 1324 3-10-2000 1016 hours
Verified by: MARY H. MCJUNKIN, M.D. 03/10/2000 14:21

Trans:       LAURA J. ODELL 03/10/2000 12:55

Technologist:RICHARD L. COOPER

## RADIOLOGY REPORT

500688.015.0549

# CHARLESTON AREA MEDICAL CENTER
Department of Medical Imaging
GENERAL DIVISION
501 Morris Street
Charleston, WV 25301
(304) 348-6044

NAME:  LESTER, CHRISTOPHER W
MRN:00301467                                          PT. LOCATION:
DOB:█████/1971 00:00                                  SEX:M
Patient type: E                                       Req. Phys: BAILEY, DAVID
Requesting Service: GEN EMERGENCY DEPARTMENT
PT. NUMBER: 1203788565


Order: 1119241          Result: 930851        Addendum: 0


Procedure Completed Date: 03/10/2000

Reason:          C5 FELL QUES LOC RT SIDED HASHOULDER RIB PAIN


CERVICAL SPINE ROUTINE

C6 and C7, as well as the C7-T1 relationship are not well visualized in the
lateral projection.  These areas appear within normal limits on the AP
projections. Evaluation of this area by CT is recommended.  The balance of
the cervical spine is entirely within normal limits.


Dictated by: JAMES T. SMITH, M.D.      job 1414 3 -10-2000 1156 hours
Verified by: JAMES T. SMITH, M.D. 03/10/2000 14:59


Trans:      LAURA J. ODELL 03/10/2000 13:53



Technologist:LISA M. KELLY




**RADIOLOGY REPORT**

500688.015.0550

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner




**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

**RECEIVED**

APR 06 2000

## CHANGE OF DOCTORS

**CUSTOMER SERVICE**

CLAIMANT'S NAME: Christopher W. Lester Sr.

CLAIMANT'S NUMBER: _____

SOCIAL SECURITY NUMBER: ▓▓▓▓▓ 3340

DATE OF INJURY: 3·10·00

**I am requesting to change doctors. I am presently seeing...**

Dr. Bailey     (Corporate Health)

**I am requesting to see...**

Dr. Snyder (at Madison Medical Group)

**Address of requested doctor...**

705 Madison Ave.

Madison, WV

**My reason is...**

She left the firm & Dr. Snyder is already
my doctor. Also I have been to Corp. Health
5 times and been seen by 3 Different Doctors.

I have checked with the requested doctor to see if he will take me as a
patient... Yes ✓ No __

CLAIMANT'S SIGNATURE: Christopher W. Lester Sr.

DATE: 4·6·00

Workers' Compensation Division
4700 MacCorkle Avenue, S.E., Charleston, West Virginia 25304-1964 • http://www.state.wv.us/bep

500688.015.0551

BOONE MEMORIAL HOSPITAL    MADISON, WV 25130

| | | | | | |
|---|---|---|---|---|---|
| 845984 | 000104951 | BLUE CRS | RELIGION OTHER | MODE OF ARRIVAL | REGISTRATION DATE 01/23/00  TIME 13:50 |

**PATIENT**

PATIENT NAME: LESTER CHRISTOPHER WAYNE  AGE: 28  DATE OF BIRTH /71  SEX MALE  WHITE  MARITAL STATUS MARRIED  SOCIAL SECURITY NO. 340

MAILING ADDRESS: PO BOX 1113  COUNTY OF RESIDENCE: BOONE  NOTIFY IN CASE OF EMERGENCY: LESTER CHARLES (DAD)  RELATIONSHIP

HOME ADDRESS  HOME PHONE 304-369-6657  EMERGENCY CONTACT'S ADDRESS  STATE  ZIP CODE

CITY: DANVILLE  STATE WV  ZIP CODE 25053  ADMIT TYPE ELECTIVE  EMPLOYMENT D & M TRUCKING  PHONE

FATHER'S NAME (IF MINOR)  ADMIT SOURCE EMER ROOM  MOTHER'S NAME (IF MINOR)

**GUARANTOR**

GUARANTOR'S NAME: LESTER CHRISTOPHER WAYNE  PATIENT'S RELATIONSHIP TO GUARANTOR SELF  EMPLOYMENT STATUS FULL TIME  EMPLOYEE I.D. NO.

GUARANTOR'S MAILING ADDRESS: PO BOX 1113  GUARANTOR'S HOME PHONE 304-369-6657  EMPLOYER'S NAME D & M TRUCKING  EMPLOYER'S PHONE

GUARANTOR'S HOME ADDRESS  GUARANTOR'S SOCIAL SECURITY NO. 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  EMPLOYER'S LOCATION: STREET, CITY, STATE, AND ZIP CODE LAUREL,WV

GUARANTOR'S CITY: DANVILLE  STATE WV  ZIP CODE 25053-1110  POLICY NO. 009467  **SPOUSE INFO** NAME  SOCIAL SECURITY NO.

GUARANTOR'S EMPLOYER'S NAME D & M TRUCKING  GUARANTOR'S EMPLOYER'S PHONE  ADDRESS  RES. PHONE

GUARANTOR'S EMPLOYER'S LOCATION: STREET, CITY, STATE AND ZIP CODE LAUREL,WV  EMPLOYMENT  JOB PHONE

**INSURANCE**

| PRIMARY INS. CO. NAME FETA/BCBS | POLICY HOLDER LESTER APRIL C | | INSURED RELATION SPOUSE | POLICY NO. PFBS 235089969 |
|---|---|---|---|---|
| GROUP POLICY NAME FETA | GROUP POLICY NO. 6400000 | COMMENTS | | |
| SECONDARY INS. CO. NAME | POLICY HOLDER | | INSURED RELATION | POLICY NO. |
| GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS | | |
| TERTIARY INS CO NAME | POLICY HOLDER | | INSURED | |
| GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS | | |

| MEDICARE NO. | MEDICAID NO. | LAST T.T. | LMP | PARITY | WT. |
|---|---|---|---|---|---|

ALLERGIES  *Dr. Snyder*

CHIEF SYMPTOMS

ER M.D.  ADAMSON  REX  PVT M.D.

## PHARMACY

IV Start Pack  _____
Clear Cath  _____
J-Loop  _____
Pump Set (Non-Filtered)  _____
Pump Set (W/Filter)  _____
Pump Charge  _____
Control A Flow  _____
Secondary Set  _____
Vented Sol Set (Micro-Drip)  _____
Blood Set  _____
Interlink Inj Site  _____
Irrigation Cap  _____
Spike Adapter  _____
Y-Type Adapter Set  _____
Other  _____
_____
_____
_____
_____
_____
_____
_____

## CENTRAL SUPPLY

Pelvic Exam  _____
Rectal Exam  _____
Laceration (Minor)  _____
Laceration (Major)  _____
Urinalysis---Mid Stream, Fem. Cath, St. Cath
    Foley Tray  _____
Eye Irrigation  _____
02  _____
Nebulizer Tx  _____
GI or OD  _____
Burn  _____

Other  _____
_____
_____
_____
_____
_____
_____

CHART COPY

500688.015.0552

BOONE MEMORIAL HOSPITAL    MADISON, WV 25130

**CLINIC**
**Nursing Progress Notes**

CHART COPY

| | | | | CHECK IF NEGATIVE | OBJECTIVE FINDINGS/EXAMINATION: |
|---|---|---|---|---|---|
| T. 276 | | TRIAGE LEVEL III | | | |
| 93.3 P. 72 R 18 | | LMP NA | ROS | | |
| | | | DERM ☐ | | |
| P 110/78 GCS 15 | | PAINSCALE | GU ☐ | | |

OBJECTIVE FINDINGS/CHIEF COMPLAINT

*pt to PMC c/o cough*
*+ feels like lungs*
*are full of water*
*x few days ___ M*

| | CHECK IF NEGATIVE |
|---|---|
| GI | ☐ |
| COR | ☐ |
| RESP | ☐ |
| ENT | ☐ |
| MUSC | ☐ |
| NERV | ☐ |
| OPHTH | ☐ |

| TIME PHYSICIAN NOTIFIED: | 210P | | TIME SEEN: | 15 45 |
|---|---|---|---|---|

| MD TIME OF ORDERS | MEDS | PHYSICIANS ORDERS | SITE | TIME DONE | INITIALS |
|---|---|---|---|---|---|
| 1600 | | Bicillin 1.2 million unit IM | ® deltoid | 1600 | KMH |
| | | | DIAGNOSTIC STUDIES: | | |

| TIME | TREATMENTS & PROCEDURES | SIGNATURE | RESPONSE | |
|---|---|---|---|---|
| | Neuro VS 110/72 64 16 ___ | | | PROBLEM LIST: |

| After discharge care sheet: | ☑Yes  ☐No   Time Out | 200p | DIAGNOSTIC IMPRESSION | 1) Pharyngitis |
|---|---|---|---|---|
| Course of Patient in Emergency Dept. | ☑ Unremarkable   ☐ Unimproved   ☐ Expired | | PLAN/TREATMENT: 1) Mycotuss 5ml q4° prn D-120ml R-8 |
| Condition On Discharge | ☐ Excellent  ☑ Good   ☐ Fair   ☐ Poor | | 2) increase fluids |
| Disposition of Case | ☐ Admitted  ☑ Home   ☐ Transferred   ☐ Other | | 3) increase sleep |
| REFERRED TO DR. | NURSE SIGNATURE | | 4) f/u Dr. Winer prn |
| DISCHARGE CONDITION | DOCTOR SIGNATURE | | |

| PATIENT NO. | MEDICAL RECORD NO. | FINANCIAL TYPE | RELIGION | | | | ADMIT DATE 01/23/00 | TIME 13:50 | REGISTER S |
|---|---|---|---|---|---|---|---|---|---|
| PG-15/84 | 000104551 | BLUE CRS | OTHER | | | | | | |
| PATIENT'S LAST NAME FIRST NAME | LESTER  CHRISTOPHER WAYNE | | AGE 28 | DATE OF BIRTH /71 | SEX MALE | RACE WHITE | MARITAL STATUS MARRIED | SOCIAL SECURITY NO. -33 |
| MAILING ADDRESS PO BOX 1113 | | COUNTY OF RESIDENCE BOONE | NOTIFY IN CASE OF EMERGENCY LESTER CHARLES (DAD) | RELATIONSHIP |
| HOME ADDRESS | | HOME PHONE 804-369-6657 | EMERGENCY CONTACTS ADDRESS | STATE | ZIP C |
| CITY DANVILLE | STATE WV | ZIP CODE 25053 | ADMIT TYPE ELECTIVE | EMPLOYMENT D & M TRUCKING | PHONE |
| FATHER'S NAME (IF MINOR) | | | ADMIT SOURCE EMER ROOM | MOTHER'S NAME (IF MINOR) | |

**500688.015.0553**

```
06459 4   104551
LESTER CHRISTOPHER - 01/23/00
PO BOX 1113                369-6657
        VILLE           WV 25053
      -3340   AGE 29        774
BLUE CROSS       JOHNSON BRO S
```

**RURAL HEALTH CLINIC**
**INITIAL HISTORY ( FIRST VST )**
PVT M.D. _Snyder_
SPECIALISTS _____

DAILY MEDICINES ( SEE REVERSE )
KNOWN ALLERGIES: MEDICINE , FOODS , ETC.
_NKA_
_1999_
LAST: TETANUS _N/A_ MAMOGRAM _____ PELVIC _____ PAP _____ RECTAL _____
PARITY: G _____ P _____          HT _5'9"_ WT _276_
FAMILY HISTORY _maternal - asthma_
_paternal heart disease_
PAST MEDICAL HISTORY _asthma_

PAST SURGICAL HISTORY _denies_

_denies_
SOCIAL HISTORY: ALCOHOL / TOBACCO / DRUGS ( CIRCLE WHAT APPLIES )
HEENT:

NECK:

LUNGS:

HEART:

ABD:

EXT:

NEURO:

LAST RECTAL NORMAL?
LAST PELVIC / PAP NORMAL?
LAST MAMMOGRAM NORMAL?
NURSE _Tonya Fornelle_ PHYSICIAN _____

(1)

500688.015.0554

ALLERGIES: _Denies_

HOME MEDICATIONS:
MEDICATION / DOSE / ROUTE / FREQUENCY          STARTED    STOPPED

_Ceftin — finished_  1/13/00

(2)

500688.015.0555

**West Virginia**
**Workers' Compensation Fund**    **CLAIM REOPENING APPLICATION**

Step 1 - INJURED WORKER - Complete Section I and take this form to your doctor.
Step 2 - PHYSICIAN - Complete Section III and return this form to the injured worker for delivery to employer at time of injury, or send to the Workers' Compensation Fund at P.O. Box 3151, Charleston, WV 25332.
Step 3 - (Optional) - INJURED WORKER - Take this form to the employer for whom you worked at the time of your injury.
Step 4 - INJURED WORKER - Send completed form to Workers' Compensation Fund, P. O. Box 3151, Charleston, WV 25332. It is your responsibility to see that the Workers' Compensation Fund receives the completed form.    WC-125  6-

**ION I - To be completed by the injured worker (Please print or type.)**

| Claimant's Full Name | 2. Social Security Number | 3. Date of Injury |
|---|---|---|
| Christopher  Wayne  Lester | 3340 | 2210 194 |
| Mailing Address | 5. Telephone Number | 6. Claim Number |
| O. Box 21  Hewett  WV  25108 | 369-1289 | 950006803 |

**PLEASE CHECK APPROPRIATE BOX(ES).**

Claimant hereby petitions the Workers' Compensation Fund to reopen the above-captioned claim for the following reason(s):

A. To secure additional medical treatment as described in the Attending Physician's Report.

B. To be examined for Permanent Partial Disability due to:
☐ (1) Aggravation and/or progression of condition or disability resulting from compensable injury.
☐ (2) Fact or facts pertaining to the disability or condition not previously considered by the Commissioner in prior findings.

C. To secure additional Temporary Total Disability benefits due to:
☑ (1) Aggravation and/or progression of condition or disability resulting from the compensable injury.
☐ (2) Fact or facts pertaining to the disability or condition not previously considered by the Commissioner in prior findings.

Temporary Total Disability benefits are requested for the periods listed below:
From 7-19-96  To present    From _____  To _____
From _____  To _____    From _____  To _____

Have you suffered any other illnesses and/or injuries since the injury upon which this claim is based?  ☐ Yes  ☑ No
If yes, specify the nature of the illnesses and/or injuries, the dates of the illnesses and/or injuries, and the names and addresses of the physicians who treated you. _____

Have you filed any other claims with the Workers' Compensation Fund?  ☐ Yes  ☑ No
If yes, list all claim numbers and/or dates of injuries. _____

Have you drawn unemployment benefits since the injury covered by this claim?
☐ Yes  ☑ No  If yes, for what period? From _____  To _____
Did you continue to work for the employer for whom you were working at the time of the injury?  ☐ Yes  ☑ No
If no, please give name and address of current employer. _____

Claimant's Signature  Christopher W. Lester    Date 8-7-96

**ION II - (Optional) - To be completed by the employer for whom the claimant was working at the time of the injury covered by this claim (Please print or type.)**

Though this section is optional, its completion may expedite the consideration of the petition.

| Employer's Name, Address and Telephone No. | 2. Do you disagree with any of the information contained in Section I or III?  ☐ Yes  ☐ No  ☐ Undetermined  If yes, explain the information with which you disagree. Be specific. |
|---|---|
| Telephone Number _____ | |
| Claimant began missing work again on _____ | 4. The employer waives the ten (10)-day notice period and does not object to the Commissioner's immediately ruling on the claimant's petition.  ☐ Yes  ☐ No |

Signature _____    Title _____    Date _____

500688.015.0556

**SECTION III - To be completed by the physician in detail and a narrative report attached if necessary (Please print or type.)**

| 1. Physician's Name and Address | 2. Physician's FEIN |
|---|---|
| J. Mark Snyder, D.O. CAREPOINT PHYSICIANS 705 MADISON AVE MADISON, WV 25730 | 55-0740744 |
| | 3. Physician's Telephone Number |
| | 304-369-5170 |

**4. Were you the patient's treating physician in this claim?**
☐ Yes ☒ No

**5. Date of examination upon which these findings are based:** 7.24.96

**6. Present Diagnosis:** Chronic low back pain

**7. Patient's Complaints:** Chronic low back pain & radiation into right gluteal area and leg. leg and knee weakness

**8. Describe treatment rendered and part of body treated:** no treatment

**9. Describe in detail the patient's current physical condition including any restrictions on the patient's functional abilities. (A narrative report may be attached if indicated.)** lower back pain is worse with movement & recent pain no MRI unable to complete rehab due to pain

**10. Is further treatment necessary?** ☒ Yes ☐ No *If yes, list the type and extent of treatment you desire to be authorized.* pain clinic

**11. Will the patient be able to continue working while undergoing treatment?** ☐ Yes ☒ No

**12. If this patient is unable to work at his regular job due to this injury, can he return to light duty?** ☐ Yes ☒ No *If yes, indicate any work restrictions.*

**13. Has there been an aggravation or progression of the patient's disability since being released to resume employment or being certified as having reached maximum medical improvement?** ☐ Yes ☒ No *If yes, list the physical findings relating to the aggravation or progression.*

**14. Do the current physical findings relate to a disability or condition not previously considered?** ☐ Yes ☒ No

**15. If patient checked C(1) or C(2) in question 7 of Section I, please show periods of Temporary Total Disability.**
From _____ To _____  From _____ To _____

**16. If patient checked B(1) or B(2) in question 7 of Section I, please give your opinion of the degree of Permanent Partial Disability in terms of percentage of whole man. _____ %**

**17. In your opinion, is the current condition or disability a direct result of the injury or disease covered by this claim?** ☒ Yes ☐ No

**18. If the present diagnosis is for a disability or condition not previously considered in this claim, please attach a narrative report relating the current condition to the injury covered by this claim.**

Physician's Signature _____ D.O.    Date 7.28.94

500688.015.0557

MADISON MEDICAL GROUP
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170  FAX (304) 369-1742



FAX COVER SHEET

TO: *W. C - Greg Hughes*

FROM: *MMG Paula*

RE: *Christopher Lester*

NUMBER OF PAGES INCLUDING COVER SHEET: *4*

DATE: *12-16-96*

ADDITIONAL COMMENTS: _____
_____
_____
_____

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY
ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED
INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS
FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE TO ARRANGE
THE RETURN OF THE ORIGINAL DOCUMENTS TO US, THANKYOU.

500688.015.0558

cnrq/01-01-96/*6    ** VENDOR COPY **    1005904

Bureau of Employment Programs          **Gaston Caperton, Governor**
**Workers' Compensation Division**     **Andrew N. Richardson, Commissioner**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia  25304-1964



December 11, 1996

SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV  25130

CHRISTOPHER W LESTER          Re:    Claim  950006803
PO BOX 21                            S.S.N. ███████-3340
HEWETT, WV  25108-0000               D.O.I. 08/10/1994

PLEASE READ CAREFULLY - REQUEST FOR INFORMATION

J. MARK SNYDER, D.O., please send me the following
information regarding this claim:

DR. SNYDER: PLEASE PROVIDE A DETAILED MEDICAL REPORT GIVING THE DATE THE INJECTIONS
WILL BE COMPLETED, AN UPDATE ON THE CLAIMANT'S CONDITION AND YOUR FUTURE TREATMENT
PLAN. PLEASE GIVE AN ESTIMATED DATE THE CLAIMANT WILL REACH MAXIMUM MEDICAL
IMPROVEMENT.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC:  TRI-STATE HOME CENTER          Workers' Compensation Division
     CRA                            BY: Greg Hughes
     NELSON TIMOTHY W                   Claims Representative 3/Senior
     SNYDER J MARK
     BACHWITT PAUL MD

500688.015.0559

# Attending Physician's Report

Return Completed Form To:
Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

**FOR DIVISION USE ONLY**

WC-219   Rev. 9-94

**SECTION I. To be completed by the injured worker (FORM MAY BE RETURNED IF ALL QUESTIONS ARE NOT ANSWERED.)**

| 1. Claim No. 950006803 | SS No. 33F0 | 2. Current Telephone No. |
|---|---|---|
| Emp. Fisk No. | DOI 08-10-1994 | 304-369-1289 |

Claimant's Name and Address

*Lester, Christopher*
*Po Box 21*
*Hewett WV 25108*

Employer's Name and Address

*Tri-State Home Center*
*Danville WV Inc*
*Po Box 987*
*Spencer WV 25276*

3. **Please mark any needed changes in your address as printed above.**

4. Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled?  ☐ Yes  ☐ No

5. I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.

Claimant's Signature _____ Date _____

**SECTION II. To be completed by the Attending Physician (PLEASE COMPLETE ALL QUESTIONS.) Attach Additional Pages if Necessary.**

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

| 1. Date of this examination 11 29 96 | 2. Date of next appointment 12 30 96 |
|---|---|
| Month Day Year | Month Day Year |

3. A. Is this the first examination and/or treatment by you for this injury? ☐ Yes  ☒ No  If Yes, please advise as to how the claimant came under your care.

B. Does claimant continue under your active care? ☒ Yes  ☐ No  If No, please explain.

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☒ Consultation  ☐ Evaluation  ☒ Treatment   *Chronic pain*

4. Diagnosis (ICD9-CM) code and description

*847.2*

5. Please describe your treatment plan and list medications currently being prescribed, their dosages, and the refill limit.

*work hardening program*

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc? ☒ Yes  ☐ No  If Yes, please explain condition and how it has affected recovery.
*Prolonged pain*

7. Will claimant need rehabilitation services? ☐ Yes  ☐ No  If Yes, please specify.

8. Is claimant temporarily and totally disabled? ☒ Yes  ☐ No  If Yes, is disability due to compensable diagnosis or other causes? Please explain.

9. Please indicate the anticipated date claimant will be able to return to:
Modified Work _____  Trial Return to Work 1 27 97  Full-time Work _____

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury? ☐ Yes  ☐ No  If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

11. Physician's Name, Address & Telephone No.

*Care point Physicians Inc*
*Robert B. Atkins MD*
*705 Madison Av*
*Madison WV 25130*

FEIN _____

12.

*in the absence of J. Mark Snyder DO*

Physician's Signature

*11/29/96*

Date

500688.015.0560

appt/01-01-96/*8    ** VEN..R COPY **    1005904

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

Gaston Caperton, Governor
Andrew N. Richardson, Commissioner



November 8, 1996


SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130


CHRISTOPHER W LESTER          Re:    Claim 950006803
PO BOX 21                            S.S.N. ████-3340
                                     D.O.I. 08/10/1994
HEWETT, WV 25108-0000

          PLEASE READ CAREFULLY - APPOINTMENT SCHEDULED

You have been scheduled for an appointment on 12/17/96, at 11:00 A.M.
with:
     BACHWITT PAUL MD       Phone: 304-766-6114
     414 DIVISION STREET
     SO CHARLESTON, WV 25309

The above named physician should provide the Division with a narrative
report which outlines your medical history, diagnostic studies,
physical examination, diagnosis, and prognosis. The following
questions should be answered:

1.   Has the claimant reached maximum medical improvement? (No
     additional surgical or medical intervention will change the
     claimant's condition.)
2.   Is the claimant working? If so, in what capacity? If not, could
     the claimant return to a modified work assignment and with what
     restrictions?
3.   What impairment rating is recommended, using the AMA Guide to the
     Evaluation of Permanent Impairment, Fourth Edition?

If the claimant has not reached maximum medical improvement, what
additional diagnostic studies and/or treatment do you recommend and
what benefit should be expected? (Review the WCD Treatment Guides for
the diagnosis before making your recommendations.)

This exam was scheduled by the Division and all bills and related expenses should
sent to us.

DR. BACHWITT: PLEASE BE ADVISED THE CLAIMANT HAS BEEN GRANTED A 10% PPD AWARD FOR
THIS INJURY./DR. PAUL BACHWITT, 414 DIVISION STREET, SOUTH CHARLESTON, WV/766-6114

Failure to keep this appointment may result in the closing of your claim
for benefits.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC:  TRI-STATE HOME CENTER      Workers' Compensation Division
     CRA                        BY: Greg Hughes
     NELSON TIMOTHY W                Claims Representative 3/Senior
     SNYDER J MARK
     BACHWITT PAUL MD

          work hardening program

500688.015.0561

MADISON MEDICAL GROUP
05 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170  FAX (304) 369-1742

FAX COVER SHEET

TO: _Greg Hughes_____ _926-5423_

FROM: _J. Mark Snyder DO_____

RE: _Christopher Lester_____

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _11/13/96_____

ADDITIONAL COMMENTS: _____
_____
_____
_____

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY
ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED
INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS
FACSIMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE TO ARRANGE
THE RETURN OF THE ORIGINAL DOCUMENTS TO US, THANKYOU.

_Faxed_
_2:50 Pm_

500688.015.0562

# *CarePoint*

Care Point Physicians, Inc.

Madison Medical Group
Robert Atkins, M.D.
Ron D. Stallings, M.D.
John Mark Snyder, D.O.
705 Madison Ave.
Madison, West Virginia  25130
(304) 369-5170

November 13, 1996

Worker's Compensation Division
PO Box 3151
Charleston  WV  25332

Christopher Lester
Cl# 950006803
SS # ████ 3340
DOI  8-10-1994

To Whom It May Concern:

Christopher W. Lester Remains under my care untill his next appointment which is November 27, 1996. AT that time I will reevaluate his condition.

Sincerely,

J. Mark Snyder DO (PH)

J mark Snyder DO

500688.015.0563

# Attending Physician's Report

Return Completed Form To:

Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332



FOR DIVISION USE ONLY

WC-219    Rev. 9-94

**SECTION I: To be completed by the Injured Worker (FORM MAY BE RETURNED IF ALL QUESTIONS ARE NOT ANSWERED)**

| 1. Claim No. 950006803 | SS No. ███████370 | 2. Current Telephone No. |
| Emp. Risk No. | DOI 8-10-94 | (304) 369-1289 |

Claimant's Name and Address

Christopher Wayne Lester
P.O. Box 21
Hewett WV 25108

Employer's Name and Address

Tri-State Home Center
Danville WV Inc
P.O. Box 987
Spencer WV 25276

---

3. **Please mark any needed changes in your address as printed above.**

4. Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally
   disabled?    ☐ Yes   ☑ No

5. I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law
   provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase
   a benefit that I am not entitled to.

   Claimant's Signature  *Christopher W. Lester*    Date *10-30-96*

**SECTION II: To be completed by the Attending Physician (PLEASE COMPLETE ALL QUESTIONS.) Attach Additional Pages If Necessary.**

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

| 1. Date of this examination  10 / 30 / 96 | 2. Date of next appointment  11 / 29 / 96 |
| Month  Day  Year | Month  Day  Year |

3. A.  Is this the first examination and/or treatment by you for this injury?  ☐ Yes   ☑ No   If Yes, please advise as to how the claimant came
        under your care.

   B.  Does claimant continue under your active care?  ☑ Yes   ☐ No   If No, please explain.

   C.  Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
       ☑ Consultation   ☐ Evaluation   ☐ Treatment   *pm   chron*

4. Diagnosis (ICD9-CM) code and description
   *Chron RPG*
   **847.2**

5. Please describe your treatment plan and list medications currently being prescribed, their dosages,
   and the refill limit.   *work hardening*

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent
   trauma, etc?  ☑ Yes   ☐ No   If Yes, please explain condition and how it has affected recovery.
   *prolonged pain*

7. Will claimant need rehabilitation services?
   ☐ Yes   ☐ No  If Yes, please specify.
   *?*

8. Is claimant temporarily and totally disabled?  ☑ Yes   ☐ No   If Yes, is disability due to
   compensable diagnosis or other causes? Please explain.

9. Please indicate the anticipated date claimant will be able to return to:   *unknown*
   Modified Work _____    Trial Return to Work _____    Full-time Work _____

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the
    compensable injury?  ☐ Yes   ☐ No   If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

| 11. Physician's Name, Address & Telephone No. | 12. |
| Carepoint Physician Inc | *[signature]* |
| J. Mark Snyder DO | Physician's Signature |
| 705 Madison Av | |
| Madison WV 25130 | *10/7/96* |
| FEIN 550740744 | Date |

500688.015.0564

MADISON MEDICAL GROUP
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170  FAX (304) 369-1742

### FAX COVER SHEET

TO: ___WC___ ATT: _Greg Hughes_

FROM: _Phyllis -_

RE: _Christopher Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: _____

DATE: ___10-30-96___

ADDITIONAL COMMENTS: _____

_____

_____

_____

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US, THANKYOU.

500688.015.0565

# Attending Physician's Report

Return Completed Form To:

Workers' Compensation Division
P.O. Box 3151, Charleston, West Virginia 25332

WC-219   Rev. 9-94



**SECTION I. To be completed by the injured worker (FORM MAY BE RETURNED IF ALL QUESTIONS ARE NOT ANSWERED.)**

| 1. Claim No. 950006303 | SS No. ██████3B40 | 2. Current Telephone No. |
| Emp. Fisk No. | DOI  8-10-94 | (304) 369-1289 |

Claimant's Name and Address

Christopher Wayne Lester
P.O. Box 21
Hewett WV 25108

Employer's Name and Address

Tri-State Home Center
Danville WV Inc
P.O. Box 987
Spencer WV 25276

3. *Please mark any needed changes in your address as printed above.*

4. Have you performed any kind of work or have you received income for any work during the time you have been certified temporarily and totally disabled?  ☐ Yes  ☑ No

5. I hereby certify that the statements and answers set forth above are true and correct to the best of my knowledge and belief. I am aware that the law provides for severe penalties if I knowingly and with fraudulent intent withhold a material fact or make a false statement in order to obtain or increase a benefit that I am not entitled to.

Claimant's Signature _Christopher W. Lester_     Date _10-30-96_

**SECTION II. To be completed by the Attending Physician (PLEASE COMPLETE ALL QUESTIONS.) Attach Additional Pages, If Necessary.**

If claimant has reached maximum degree of medical improvement, please complete form WC-219a, NOTICE OF MAXIMUM MEDICAL IMPROVEMENT.

| 1. Date of this examination 10/30/96 | 2. Date of next appointment 11/29/96 |
| Month  Day  Year | Month  Day  Year |

3. A. Is this the first examination and/or treatment by you for this injury?  ☐ Yes  ☑ No  If No, please advise as to how the claimant came under your care. _____

B. Does claimant continue under your active care?  ☑ Yes  ☐ No  If No, please explain. _____

C. Has the claimant been referred to another physician for any of the following? (Check appropriate box(es) and explain basis for your referral.)
☑ Consultation  ☐ Evaluation  ☐ Treatment _pa    chiro._

4. Diagnosis (ICD9-CM) code and description
Chron TDA
847.2

5. Please describe your treatment plan and list medications currently being prescribed, their dosages, and the refill limit. work hardening

6. Has normal or expected recovery been delayed due to complications, concurrent medical problems, pre-existing medical condition, subsequent trauma, etc?  ☑ Yes  ☐ No  If Yes, please explain condition and how it has affected recovery.
prolonged pain

7. Will claimant need rehabilitation services?  ☐ Yes  ☑ No  If Yes, please specify.

8. Is claimant temporarily and totally disabled?  ☑ Yes  ☐ No  If Yes, is disability due to compensable diagnosis or other causes? Please explain.

9. Please indicate the anticipated date claimant will be able to return to: _unknown_
Modified Work ___  Trial Return to Work ___  Full-time Work ___

10. If the claimant has reached maximum medical improvement, is there, or do you anticipate, any permanent impairment as a result of the compensable injury?  ☐ Yes  ☐ No  If Yes, please complete form WC-219a, Notice of Maximum Medical Improvement.

11. Physician's Name, Address & Telephone No.
CarePoint Physician Inc
J. Mark Snyder DO
705 Madison Av
Madison WV 25130
FEIN # 550740744

12.

_signature_
Physician's Signature

_11/7/96_
Date

500688.015.0566

auth/01-01-96/*8    · VENDOR COPY **    1005904

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

Gaston Caperton, Governor

Andrew N. Richardson, Commissioner



October 2, 1996


SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130


CHRISTOPHER W LESTER          Re:   Claim 950006803
PO BOX 21                           S.S.N. ▉▉▉▉-3340
                                    D.O.I. 08/10/1994
HEWETT, WV 25108-0000

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from CHARLESTON AREA MEDI dated 09/27/1996, is Approved.

PER THE REQUEST FROM DR. TIMOTHY W. NELSON, DATED SEPTEMBER 16, 1996, THIS LETTER
WILL SERVE AS AUTHORIZATION FOR A SERIES OF THREE TRIGGER POINT INJECTIONS, THREE
LUMBAR EPIDURAL STEROID
INJECTIONS AND PHARMACOTHERAPY WITH NEURONTIN. BY COPY OF THIS LETTER TO DR. NELSON
AT THE CAMC PAIN MANAGEMENT CLINIC, PLEASE PROVIDE A STATUS UPDATE AFTER THIS IS
COMPLETED. FAX#926-5423

Your authorization number is 196275106.
Authorized Dates are 10/01/1996 through 01/01/1997.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision by sending a written
protest to the Office of Judges, with copies to all other parties to the
claim, within 30 days from the date you receive this letter. See
addresses below:

     Office of Judges              Director, Legal Services Division
     P. O. Box 2233                P. O. Box 3922
     Charleston, WV 25328-2233     Charleston, WV 25339-3922

After the protest is filed, all parties may agree to seek mediation
services. If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC:  TRI-STATE HOME CENTER            Workers' Compensation Division
     CRA                              BY: Greg Hughes
     CHARLESTON AREA MEDICAL CENTER       Claims Representative 3/Senior
     SNYDER J MARK

500688.015.0567

MADISON MEDICAL GROUP
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170  FAX (304) 369-1742

FAX COVER SHEET

TO: _Greg Hughes    926-5264_

FROM: _Phyllis  ā  J Mark  Snyder_

RE: _____  _Christopher Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _10/25/96_

ADDITIONAL COMMENTS: _____
_____
_____

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY
ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED
INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS
FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE TO ARRANGE
THE RETURN OF THE ORIGINAL DOCUMENTS TO US. THANKYOU.

500688.015.0568



Care Point Physicians, Inc.

Madison Medical Group:
Robert Atkins, M.D.
Ron D. Stollings, M.D.
John Mark Snyder, D.O.
705 Madison Ave.
Madison, West Virginia  25130
(304) 369-5170

October 25, 1996

Workers' Compensation Division          RE:    Cl# 950006803
4700 MacCorkle Avenue, SE                       SSN 2███3340
Charleston, West Virginia  25130                DOL 08/10/1994

Attn:  Greg Hughes

To Whom It May Concern:

This letter is to inform you that Christopher Lester is still under my care, due to his
continuing chronic back pain.

If you need any more information, please feel free to contact me at any time.

Sincerely,

*J. Mark Snyder D O (PN)*

J. Mark Snyder, DO

plh

*Call WC 926-5264*

*Greg Hughes*

*JM Snyder          10/30*

Bayer ⊕
Pharmaceutical
Division

500688.015.0569