# CHRISTOPHER WAYNE LESTER
# MADISON MEDICAL GROUP
# RECORDS
# 14-Q

cnrq/01-01-96/*6    ** VENDOR COPY **    1005904

Bureau of Employment Programs          **Gaston Caperton,** Governor
**Workers' Compensation Division**     **Andrew N. Richardson,** Commissioner
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964



                                October 1, 1996


        SNYDER J MARK
        MADISON MEDICAL GROUP
        705 MADISON AVENUE
        MADISON, WV  25130


        CHRISTOPHER W LESTER          Re:  Claim  950006803
        PO BOX 21                          S.S.N. 2▮▮▮▮-3340
                                           D.O.I. 08/10/1994
        HEWETT, WV  25108-0000


            PLEASE READ CAREFULLY - REQUEST FOR INFORMATION

CAMC GENERAL DIVISION PAIN CLINIC, please send me the following
information regarding this claim:




AUTHORIZATION WAS GRANTED ON SEPTEMBER 12, 1996 FOR AN EVALUATION BY CAMC PAIN
CLINIC. PLEASE PROVIDE AN UPDATE ON THE CLAIMANT'S CONDITION AND THE TREATMENT PLAN.
FORWARD TO MY ATTENTION AT: P.O. BOX 431, CHARLESTON, WV 25322 OR FAX#(304)926-5423.

If you have any questions or concerns, you may reach me at 304-926-5264.




CC:  TRI-STATE HOME CENTER          Workers' Compensation Division
     CRA                            BY: Greg Hughes
     SNYDER J MARK                      Claims Representative 3/Senior
     CAMC - REHAB UNIT

500688.015.0571

**Charleston Area Medical Center Pain Management Program**
**Initial Examination and Clinical Evaluation**

**NAME:**                              **Christopher Lester**

**DATE:**         ρ ·9,27/98         9/16/96

**PAIN CLINIC PHYSICIAN:**            Timothy W. Nelson, M.D.

**REFERRING PHYSICIAN:**              **Madison Medical Group, Madison, WV**

CHIEF COMPLAINT:

Chronic low back pain.

HISTORY OF THE PRESENT ILLNESS: The patient was injured in August of 1994, when he was carrying a header in the rain, while he was putting together a mobile home. He slipped on the wet ground and went into a large ditch that was being dug for a swimming pool. He said that the header came down on his shoulder and since that time, he has suffered with low back pain, some pain in his tailbone, and for some time period, he had some pain in his neck; his primary problem now is low back pain at or just below the level of his belt line with occasional sharp, shooting pains into his left hip and down his left leg. He has no complaints of bowel or bladder dysfunction. Other than the occasional sharp shooting pains in his left leg, he has no numbness, tingling or weakness in his extremities. He has been through the work hardening program, which he was basically unable to participate in because of the level of his pain. He was instructed on some exercises, which he tries to do at home on a daily basis. He is not taking any narcotic analgesics at the present time, but he has been treated with Darvocet in the past, which he said was pretty good at relieving his pain. He had an MRI of his lumbar spine which revealed no disc herniation. The neural foramina were patent. There was no compression fracture identified and the vertebral body heights and alignment appeared to be normal. In August of 1996, he also had a coccyx film, AP and lateral coccyx film, which demonstrated no acute fractures or other osseus abnormalities.

PAST MEDICAL HISTORY is contained in the outpatient history and physical form.

PHYSICAL EXAMINATION: Reveals a 24-year-old white male appearing to be his stated age of 24. He is 5''7-1/2" tall and weighs 265 pounds. His blood pressure is 135/72, and his pulse is 84. Deep tendon reflexes are 1 + and symmetrical throughout. Straight leg raising is accomplished bilaterally to 90 degrees, however at 90 degrees on the right, he experiences sharp pain in his left hip and in his left leg. Motor and sensory examination are within normal limits. The lumbosacral paraspinous musculature is nonspastic but reveals several areas of point tenderness.

500688.015.0572

PAGE TWO

IMPRESSION: Chronic lumbar strain with a questionable left lumbosacral radiculitis.

PLAN:

1.  Continue Elavil.

2.  I cautioned him about the extended use of Toradol as this medication can have hepatotoxic effects and is essentially not recommended for longer periods than a week at a time. He has been on this medication now for over a month, and while his physicians at the Medicine Clinic are well aware of this, and they have discussed this with him, I think that switching to another nonsteroidal anti-inflammatory drug may be in the patient's best interest.

3.  Neurontin 300 mg po t.i.d.

4.  Workers' Compensation authorization for trigger point injections and lumbar epidural steroid injections (a series of three of each of these).

5.  The patient should continue doing his home stretching and strengthening exercises as tolerated.

Timothy W. Nelson, M.D.
Vice Chief of Anesthesia, and
Consultant in Pain Management
Charleston Area Medical Center

TWN:nbc

signed but not read

PLEASE NOTE: AUTHORIZATION IS SOUGHT FROM WORKERS' COMPENSATION FOR THE ABOVE OUTLINED TREATMENT PLAN TO INCLUDE A SERIES OF THREE TRIGGER POINT INJECTIONS AND THREE LUMBAR EPIDURAL STEROID INJECTIONS, AS WELL AS PHARMACOTHERAPY WITH NEURONTIN, A NONSTEROIDAL ANTI-INFLAMMATORY DRUG AND PHYSICAL THERAPY. Please see attachments for further demographic information.

MA_ iSON MEDICAL GROUP
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170  FAX (304) 369-1742

FAX COVER SHEET

TO: _Greg Hughes-WC 926-5423_

FROM: _Robert B Atkins MD_

RE: _Christopher Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _9/30/96_

ADDITIONAL COMMENTS: _____

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY
ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED
INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS
FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE TO ARRANGE
THE RETURN OF THE ORIGINAL DOCUMENTS TO US, THANKYOU.

_faxed_
_245 pm_

500688.015.0574



Care Point Physicians, Inc.

Madison Medical Group
Robert Atkins, M.D.
Ron D. Stollings, M.D.
John Mark Snyder, D.O.
705 Madison Ave.
Madison, West Virginia 25130
(304) 369-5170

September 30, 1996

Workers'Compensation Division          Re:  CI#  950006803
4700 MacCorkle Avenue SE                    SSN⬛⬛-3340
Charleston, West Virginia 25304-1964        DOI 08/10/1994

To Whom It May Concern:

This letter is regarding Chistopher Lester. Mr. Lester remains off work due to his comp related injury. His diagnosis codes are 847.2, 847.1, 845.

We arenow waiting for an authorization to the pain clinic for treatment. His next appointment is October 16, 1996, however his return to work date is still undetermined.

Please feel free to contact me at any time.

Sincerely,

Robert B Githins MD PH

Robert B. Atkins, MD
in the absence of
J Mark Snyder, DO

plh

500688.015.0575

auth/01-01-96/*8    ·· ·* VENDOR COPY ** 1005904

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

Gaston Caperton, Governor

Andrew N. Richardson, Commissioner



September 12, 1996

SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER          Re:   Claim  950006803
PO BOX 21                           S.S.N. ███████3340
                                    D.O.I. 08/10/1994
HEWETT, WV 25108-0000

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from SNYDER J MARK dated 09/11/1996, is Approved.

PER THE REQUEST FROM DR. J. M. SNYDER, DATED SEPTEMBER 10, 1996, THIS LETTER WILL
SERVE AS AUTHORIZATION TO REFER THE CLAIMANT TO CAMC GENERAL DIVISION PAIN CLINIC FOR
AN EVALUATION. A DETAILED
MEDICAL REPORT SHOULD BE PROVIDED BY THE PAIN CLINIC OUTLINING THE TREATMENT PLAN.
THIS PLAN AND ANY REQUESTS FOR AUTHORIZATION SHOULD BE DIRECTED TO MY ATTENTION AT
FAX# (304) 926-5423.

Your authorization number is 196255141.
Authorized Dates are 09/11/1996 through 11/11/1996.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision by sending a written
protest to the Office of Judges, with copies to all other parties to the
claim, within 30 days from the date you receive this letter.  See
addresses below:

Office of Judges              Director, Legal Services Division
P. O. Box 2233                P. O. Box  3922
Charleston, WV 25328-2233     Charleston, WV 25339-3922

After the protest is filed, all parties may agree to seek mediation
services.  If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC:  TRI-STATE HOME CENTER         Workers' Compensation Division
     CRA                           BY: Greg Hughes
     SNYDER J MARK                     Claims Representative 3/Senior
     CAMC - REHAB UNIT

500688.015.0576

MADISON MEDICAL GROUP
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170  FAX (304) 369-1742

FAX COVER SHEET

TO: _Marcia Van Hoek_

FROM: _Paula_

RE: _Christopher Lester_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

DATE: _9-10-96_

ADDITIONAL COMMENTS: _____

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US, THANKYOU.

500688.015.0577

BOONE MEMORIAL HOSPITAL, Madison, W. Va. X-RAY REPORT    E.R.    Hou.    OPD

LESTER, CHRISTOPHER WAYNE    08-26-96

PO BOX 21    24    ███71    M W M

HEWETT, WV    25108    369-2432

FILM #  11417

EMPLOYER: TRI STATE HOMES    COMPENSATION NUMBER 233153340

SS# ██████3340

PAIN COCCYX    DR. J. SNYDER    OPD    WR

**PROCEDURE:**

X RAY COCCYX    08-26-96

**REPORT:**

COCCYX:
AP and lateral coccyx films demonstrate no acute fractures
or other osseous abnormalities.

ROBERT SMITH, M.D./nd
8-27-96

_____ M.D.

FORM # 56

500688.015.0578

surb/01-01-96/*6    ** VENDOR COPY **    1005904

Bureau of Employment Programs            **Gaston Caperton**, Governor
**Workers' Compensation Division**       **Andrew N. Richardson**, Commissioner
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964



                                July 24, 1996

        SNYDER J MARK
        MADISON MEDICAL GROUP
        705 MADISON AVENUE
        MADISON, WV 25130


        CHRISTOPHER W LESTER        Re:    Claim. 950006803
        PO BOX 21                          S.S.N. ████████3340
                                           D.O.I. 08/10/1994
        HEWETT, WV 25108-0000


            PLEASE READ CAREFULLY - REHAB BENEFITS SUSPENDED

Your TEMPORARY TOTAL DISABILITY benefits, paid during your participation
in a rehabilitation program, have been suspended because:

Your claim may be closed in 30 days unless sufficient information is received to
continue these benefits. After this 30-day notice period, you will be notified of
final decision.

TO CONSIDER REINSTATING TTD BENEFITS ON A MEDICAL BASIS, A DETAILED MEDICAL REPORT
NEEDED FROM THE TREATING PHYSICIAN ADVISING OF THE FUTURE TREATMENT PLAN, INCLUDIN
THE SPECIALIST THE CLAIMANT IS BEING REFERRED AND THE DATE OF THE CONSULTATION EXA

If you have any questions or concerns, you may reach me at 304-926-5264.


CC:  TRI-STATE HOME CENTER           Workers' Compensation Division
     CRA                             BY: Greg Hughes
     SNYDER J MARK                       Claims Representative 3/Senior


500688.015.0579



## PROFESSIONAL CONSENT

**RE:**  Christopher W. Lester

**SSN:** 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

**DOB:** ████/71

**DOI:** 8/10/94

**CLAIM NO.** 950006803

I authorize CRA Managed Care, Inc. to be permitted to:

1. Review and obtain copies of all medical, psychiatric, hospital, vocational, and other records pertaining to this occupational injury or any prior related injury or disease.

2. Discuss my case and obtain reports from physicians and allied health professionals providing treatment or evaluation due to this occupational injury or any prior related injury or disease.

I authorize physicians and allied health professionals to discuss my case with and provide written reports and records to CRA Managed Care, Inc. related to this occupational injury or any prior related injury or disease. This may include detailed information as to my condition, treatment plan, prognosis, and anticipated dates for maximum medical improvement and return to work.

I further give permission to CRA Managed Care, Inc. to share the information so received with my treating physicians, independent medical evaluators and West Virginia Workers Compensation.

A photocopy of this form may be accepted as the original.

This authorization is valid for 90 days from the date of signature.

Signature _Chris Lester_

Date _7/5/96_

Witnessed _Marcia VanHook_

1207 QUARRIER STREET, SUITE 207, CHARLESTON, WV 25301, (304) 342-1020, FAX (304) 343-7853

500688.015.0580

MADISON MEDICAL GROUP
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170  FAX (304) 369-1742



## FAX COVER SHEET

TO: *Greg Hughes*

FROM: *J M Snyder DO*

RE: *Christopher Lester*

NUMBER OF PAGES INCLUDING COVER SHEET: *2*

DATE: *9-10-96*

ADDITIONAL COMMENTS: _____
_____
_____
_____

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS
FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY
ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED
INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS
FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE TO ARRANGE
THE RETURN OF THE ORIGINAL DOCUMENTS TO US, THANKYOU.

500688.015.0581

**Care**Point

FAXED

CarePoint Physicians, Inc.

Madison Medical Group
Robert Atkins, M.D.
Ron D. Stollings, M.D.
John Mark Snyder, D.O.
705 Madison Ave.
Madison, West Virginia 25130
(304) 369-5170

9-10-96

Greg Hughes
Workers Comp Division
4700 MacCorkle Ave, SE
Charleston WV 25304

RE: Christopher Lester
CL# 95 000 6803.

Dear Mr. Hughes.
In answer to your previous letter.
concerning referral to the Pain Clinic,
I have arranged an appointment at
the Pain Clinic, CAMC General Division
501 Morris St. Charleston, WV. I am
requesting authorization for Mr Lester
to be treated by the Pain Clinic.

Sincerely.

JM Snyder DO/PGB

**500688.015.0582**

MADISON MEDICAL GROUP RECORDS RELEASE AUTHORIZATION
705 MADISON AVE. MADISON WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

TO: _____ *Dr Snyder* _____
DOCTOR

ADDRESS: _____
_____
_____

I HEREBY AUTHORIZE AND REQUEST YOU TO RELEASE TO:

*April Lester* _____

THE COMPLETE RECORDS IN YOUR POSSESSION CONCERNING MY
ILLNESSES AND/OR TREATMENTS DURING THE PERIOD FROM:

*Copy Office records + MRI*

NAME: *Christopher Lester*    DATE: *8-14-96*

ADDRESS: _____
_____

BIRTHDATE: _____ SSN# _____

SIGNATURE X *Christopher V. Lester* _____
(IF RELATIVE STATE RELATION)

WITNESS X *Paula Baldwin* _____

THIS RELEASE AND AUTHORIZATION SHALL BE VALID FOR ONE YEAR
FROM ITS DATE OF SIGNATURE UNLESS TERMINATED IN WRITING BEFORE
THAT DATE.

RECORDS COPIED AND SENT: *Paula Baldwin* _____
SIGNATURE    *9-10-96*
_____
DATE

500688.015.0583

## MADISON MEDICAL GROUP
## AUTHORIZATION REQUEST FORM
### FAX (304) 369-1742 PHONE (304) 369-5170

PATIENT NAME: *Chris Lester*       ACCT #: _____

ID# & SS#: _____ DX: _*LBP.*_

INSURANCE CARRIER: _____*Workers Comp.*_____

PHONE #: *369-1289*   CONTACT NAME: _____

REQUEST FOR: _____

_____
(PROCEDURE)

SCHEDULED WITH: ____*Pain Clinic 348-6760*

DATE/TIME: _____*appt 9-12 -*_____

AUTHORIZATION NUMBER: _____

RECORDS:                         *Pain Clinic*
_____ SENT BY MAIL  *Faxed 97096 to Contact Pt.*
_____ FAXED
_____ GIVEN TO PATIENT TO HAND DELIVER
_____ PATIENT WAS NOTIFIED OF DATE, TIME, AND ANY SPECIAL
      INSTRUCTIONS.

REFERRING DOCTOR: _____*22 - 20 -*

*DX codes  420- Comp # T11*

500688.015.0584

auth/01-01-96/*8   *. VENDOR COPY **   1005904

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

**Gaston Caperton, Governor**

**Andrew N. Richardson, Commissioner**



August 30, 1996

SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER          Re:    Claim 950006803
PO BOX 21                            S.S.N. ████3340
                                     D.O.I. 08/10/1994
HEWETT, WV 25108-0000

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from CLAIMANT dated 08/29/1996, is Approved.

THIS LETTER WILL SERVE AS AUTHORIZATION FOR CRA MANAGED CARE TO CONTINUE THEIR
SERVICES THROUGH DECEMBER 31, 1996.

Your authorization number is 196242012.
Authorized Dates are 08/29/1996 through 12/31/1996.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision by sending a written
protest to the Office of Judges, with copies to all other parties to the
claim, within 30 days from the date you receive this letter.  See
addresses below:

    Office of Judges            Director, Legal Services Division
    P. O. Box 2233              P. O. Box 3922
    Charleston, WV 25328-2233   Charleston, WV 25339-3922

After the protest is filed, all parties may agree to seek mediation
services.  If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC:  TRI-STATE HOME CENTER          Workers' Compensation Division
     CRA                            BY: Greg Hughes
     SNYDER J MARK                      Claims Representative 3/Senior
     LOGAN MEDICAL FOUNDATION/WORK REH

500688.015.0585

reor/01-01-96/*6    *: VENDOR COPY **   1005904

Bureau of Employment Programs        Gaston Caperton, Governor
**Workers' Compensation Division**   Andrew N. Richardson, Commissioner
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964



August 30, 1996

SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER          Re:    Claim 950006803
PO BOX 21                            S.S.N.  ████3340
                                     D.O.I. 08/10/1994
HEWETT, WV 25108-0000

PLEASE READ CAREFULLY - REOPENING DECISION

By letter dated , you were given notice that the above
claim had been reviewed to consider reopening for payment of temporary
total disability benefits.

The evidence provided is sufficient to reopen this claim.

THE EMPLOYER WAIVED THE TEN DAY NOTICE.

Any party to this claim may protest this decision by sending a written
protest to the Office of Judges, with copies to all other parties to the
claim, within 30 days from the date you receive this letter.  See
addresses below:

    Office of Judges              Director, Legal Services Division
    P. O. Box 2233                P. O. Box 3922
    Charleston, WV 25328-2233     Charleston, WV 25339-3922

After the protest is filed, all parties may agree to seek mediation
services.  If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC:  TRI-STATE HOME CENTER        Workers' Compensation Division
     CRA                          BY: Greg Hughes
     SNYDER J MARK                    Claims Representative 3/Senior
     LOGAN MEDICAL FOUNDATION/WORK REH

500688.015.0586

auwh/01-01-96/*6    ** VENDOR COPY **    1005904

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

Gaston Caperton, Governor
Andrew N. Richardson, Commissioner



                                    · August 30, 1996 ·


        SNYDER J MARK
        MADISON MEDICAL GROUP
        705 MADISON AVENUE
        MADISON, WV 25130


        CHRISTOPHER W LESTER              ·Re:    Claim  950006803
        PO BOX 21                                S.S.N. ████-3340
                                                 D.O.I. 08/10/1994
        HEWETT, WV  25108-0000


            PLEASE READ CAREFULLY - AUTHORIZATION WITHHELD

The request from J. MARK SNYDER, D.O., dated 08/28/96, for
REFERRAL TO A PAIN CLINIC is withheld pending THE NAME OF THE PAIN CLINIC THE
CLAIMANT IS BEING REFERRED..

                                        *Fax 926-5423*

If you have any questions or concerns, you may reach me at 304-926-5264.


CC:  TRI-STATE HOME CENTER            Workers' Compensation Division
     CRA                              BY: Greg Hughes
     SNYDER J MARK                    · Claims Representative 3/Senior
     LOGAN MEDICAL FOUNDATION/WORK REH

500688.015.0587

susr/01-01-96/*6    ** VENDOR COPY **    1005904

Bureau of Employment Programs                    **Gaston Caperton**, Governor
**Workers' Compensation Division**               **Andrew N. Richardson**, Commissioner
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964



August 26, 1996


SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV  25130


CHRISTOPHER W LESTER                    Re:   Claim  950006803
PO BOX 21                                     S.S.N. ████-3340
                                              D.O.I. 08/10/1994
HEWETT, WV  25108-0000


                    PLEASE READ CAREFULLY - SUSPENSION DECISION

By letter dated 07/24/96, you were given 30 days to provide medical
information to continue payment of your temporary total disability
benefits.  After again reviewing your claim, it appears there is
insufficient information to pay additional temporary total disability benefits and
your claim is now closed.

CONSIDERATION WILL BE GIVEN TO REOPENING THE CLAIM FOR TTD BENEFITS WITH THE
CLAIMANT'S PETITION AND MEDICAL INFORMATION FROM THE CLAIMANT'S TREATING PHYSICIAN
EXPLAINING THE AGGRAVATION OF THE CLAIMANT'S CONDITION AND THE FUTURE TREATMENT PLAN
IN DETAIL.

Any party to this claim may protest this decision by sending a written
protest to the Office of Judges, with copies to all other parties to
the claim, within 30 days from the date you receive this letter.  See
addresses below:

    Office of Judges            Director, Legal Services Division
    P. O. Box 2233              P. O. Box  3922
    Charleston, WV 25328-2233   Charleston, WV 25339-3922

After the protest is filed, all parties may agree to seek mediation
services.  If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.


CC:  TRI-STATE HOME CENTER          Workers' Compensation Division
     CRA                            BY: Greg Hughes
     SNYDER J MARK                       Claims Representative 3/Senior
     LOGAN MEDICAL FOUNDATION/WORK REH


                                                    500688.015.0588

JAN. -10' 00 (MON) 16:58                                          P. 006

**Charleston Area**
**Medical Center**
Charleston, West Virginia

‖‖‖‖‖‖‖‖‖‖‖‖‖
• 6  8  1  2 •

USE SPACE BELOW FOR IDENTIFICATION IF NECESSARY

NAME _____ ROOM NO. _____

C. Christopher

LESTER, CHRISTOPH W    MR: 0000301467
PARSONS, NOLAN C.           PT: 1203202924
ADM 01/07/00   MDTV       DOB ___ /1971

**REPORT OF CONSULTATION**

| From: Attending Physician | To: Consulting Physician | Date Requested |
|---|---|---|
| Bone Men | MDTV - Parsins | 7 Jan '00 |

Report requested regarding: _____

| | |
|---|---|
| Consultation Only | ☐ |
| Consult & Write Orders | ☐ |
| Accept For Transfer | ☐ |

Findings: 29 y.v-w/o

Feet - 7 yrs. - Soles - hyperkendotu
fissuring

Sides of arms - hyperkeratour

Diagnosis: _____ Atopic Dermatitis - feet

Recommendations: _____ Likes Quit QDHS -
2 weeks - the
LAC-HYDRIN Lot 12%
BID

Date of Consultation: 7 Jan 00   Signature of Consultant: _____ MD

17-6612 ITEM 1248                   **REPORT OF CONSULTATION**                   MR Rev. 11-98

500688.015.0590

**MADISON MEDICAL, P.L.L.C**
705 MADISON AVE.
MADISON, WV 25130
(304)369-5170  FAX#(304)369-1742

12/23/7~

PATIENT NAME: _Christopher Lesler_____ ACCT# _49864_

DX: _Chronic dermatitis - soles of feet_

INSURANCE: _BC/BS PEIA_

AUTHORIZATION#: _no present needed per Stacy_

REFERRING DOCTOR: _3_

PHONE#: _369-6657_  CONTACT NAME: _____

REQUEST FOR: _MD TV_

SCHEDULED WITH: _Parsons_

DATE/TIME: _Jan. 7, 2000    2:15pm_

RECORDS:
_____ SENT BY MAIL
_____ FAXED
_____ GIVEN TO PT TO HAND DELIVER

__✓__ PT WAS NOTIFIED OF DATE, TIME AND ANY SPECIAL
          INSTRUCTIONS.

500688.015.0591

BOONE MEMORIAL HOSPITAL    MADISON, WV 25130    OUTPATIENT / ER REGISTRATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PATIENT | CESTER CHRISTOPHER WAYNE | AGE 27 | DATE OF BIRTH /71 | MALE | WHITE | MARRIED | SOCIAL SECURITY NO. 934 |
| | PO BOX 1113 | BOONE | NEXT OF KIN / EMERGENCY CESTER CHARLES (DAD) | | RELATIONSHIP | | |
| | HOME ADDRESS | 304-369-6657 | EMERGENCY CONTACTS ADDRESS | | STATE | ZIP CODE | |
| | DANVILLE | STATE WV | ZIP 25053 | EMERGENCY ROOM | PA STATE HOMES Dr 72 trucking | PHONE | |
| | FATHERS NAME (IF MINOR) | | | EMER ROOM | | | |

| | | | | | |
|---|---|---|---|---|---|
| GUARANTOR | CESTER CHRISTOPHER WAYNE | SELF | POLO TINE | EMPLOYEE I.D. NO. | |
| | PO BOX 1113 | 304-369-6657 | D & H TRUCKING | EMPLOYER'S PHONE | |
| | GUARANTOR'S HOME ADDRESS | 3340 | EMPLOYER'S LOCATION: STREET, CITY, STATE, AND ZIP CODE LAUREL, WV | | |
| | DANVILLE | STATE WV | 25053-111 | SOCIAL SECURITY NO. | |
| | D & H TRUCKING | GUARANTOR'S EMPLOYER'S PHONE | RES. PHONE | | |
| | LAUREL, WV | | JOB PHONE | | |

| | | | | | |
|---|---|---|---|---|---|
| INSURANCE | PETA / BCBS | CESTER APRIL C | SPOUSE | PPBS 23508996 | |
| | POLICY NAME 5900000 | COMMENTS | INSURED RELATION | POLICY NO. | |
| | SECONDARY INS. CO. NAME | POLICY HOLDER | | | |
| | GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS | INSURED | |
| | TERTIARY INS. CO. NAME | POLICY HOLDER | | | |
| | GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS | | |

| MEDICARE NO. | MEDICAID NO. | LAST T | LMP | PARITY | WT. 940 |
|---|---|---|---|---|---|

ALLERGIES NKDA
CHIEF COMPLAINT  INJURED HEAD AND BACK

| | | TRIAGE | 1☐ | 2☐ | 3☒ | 4☐ |
|---|---|---|---|---|---|---|

| DX | ROS | PVT M.D. Snyder | ER M.D. EVAL | TIME: | BP 130/80 | P 72 | R 18 | T 98 | GCS 15 | PAT 7/8 |
|---|---|---|---|---|---|---|---|---|---|---|
| ER M.D. TIME NOTIFIED 755P | TIME NOTIFIED | TIME: 8:15P | 730P | | | | | | | |

NURSING ASSESSMENT  pt. to ER
states flipped
lawn mower
over on him hit
head on gravel
driveway 2 small
puncture wounds
occiput (R)ft bursting — (A)Harvey(R)

MEDICINES  Flexeril prn

NURSES NOTES  Back ē abrasions — (A)Harvey

PMH  back injury 94
compressed T-10-11-12

PHYSICAL HISTORY / ☐ DICTATED
27 yrs old ē was
riding on a lawn mower
this afternoon, the lawn mower
flipped backward and
injured his (R) foot

| ROS | | PHYSICAL EXAM  T 8 130/80 |
|---|---|---|
| PERR | ☐ | The pt considered alert, no gross |
| CIU | ☐ | neuro deficits |
| | | Head: 2 small abr |
| COR | ☐ | on the back of the head, no |
| RESP | ☐ | active bleeding. neck— |
| ENT | ☐ | no injury. back no |
| MUSC | ☐ | tenderness |
| NERV | ☐ | |
| OPHTH | ☐ | |

500688.015.0592

BOONE MEMORIAL HOSPITAL    MADISON '25130

**EMERGENCY DEPARTMENT**
**Nursing Progress Notes**        CHART COPY

| MD TIME OF ORDERS | MEDS | PHYSICIANS ORDERS | SITE | TIME DONE | INITIALS | LAB | |
|---|---|---|---|---|---|---|---|
| | | | | | | [ ] CBC | [ ] EKG |
| | | | | | | [ ] U/A | [ ] DRUG SCREEN |
| | | | | | | [ ] CHEM 6 | [ ] ETOH |
| | | | | | | [ ] CREATININE | [ ] STREP SCREEN |
| | | | | | | [ ] URIC ACID | [ ] GC CULTURE |
| | | | | | | [ ] CALCIUM | [ ] CHLAMYDIA SCREE |
| | | | | | | [ ] T. BIL | [ ] KOH SMEAR |
| | | | | | | [ ] T. PROTEIN | [ ] NaCl SMEAR |
| | | | | | | [ ] ALBUMIN | [ ] SPUTUM CULTURE |
| | | | | | | [ ] ALT | [ ] HEMOCCULT |
| | | | | | | [ ] AST | [ ] AMYLASE |
| | | | | | | [ ] LDH | [ ] BLOOD C/SX |
| | | | | | | [ ] CK | [ ] PT |
| | | | | | | [ ] PHOS | [ ] PTT |
| | | | | | | [ ] TGL | [ ] _____ |
| | | | | | | [ ] CHOL | [ ] _____ |
| | | | | | | [ ] ALK PHOS | [ ] _____ |
| | | | | | | [ ] CKMB | [ ] _____ |
| | | | | | | [ ] THEO | [ ] _____ |
| | | | | | | [ ] DILANTIN | [ ] _____ |
| | | | | | | [ ] PHENOBARB | [ ] _____ |
| | | | | | | [ ] DIGOXIN | [ ] _____ |
| | | | | | | [ ] ACETAMIN | [ ] _____ |

TIME/INITIALS:
X-RAY / OTHER DIAGNOSTICS

[ ] CHEST
[ ] FLAT & UPRIGHT ABDOMEN
[ ] SKULL
[ ] LUMBAR SPINE
[ ] CERVICAL SPINE

| TIME | TREATMENTS & PROCEDURES | SIGNATURE | RESPONSE |
|---|---|---|---|
| 910 | 130/82 - 80-18 - out ambulatory ~ incident | | |

MONITOR STRIP INTERPRET:

X-RAY INTERPRET:

EKG INTERPRET:

| LAB RESULTS | CHEM 6 | | | CK | CKMB | LDH | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WBC_____ | ABG | pH | /pCO₂ |
| OTHER | | | | URINALYSIS: | | RBC_____ | | | |
| | | | | SG_____ | | BACTERIA_____ | | | |
| | | | | CHEM_____ | | NITRITE_____ | | | |

Discharge Instructions:

| | | After discharge care sheet | [X] Yes [ ] No | Time Out 9 13 |
|---|---|---|---|---|
| | | Course of Patient In Emergency Dept: | [X] Unremarkable [ ] Expired | [ ] Unimproved |
| | | Condition On Discharge | [ ] Excellent [X] Good | [ ] Fair [ ] Poor |
| | | Disposition of Case | [ ] Admitted [X] Home | [ ] Transferred [ ] Other |

REFERRED TO DR

DISCHARGE CONDITION

NURSE SIGNATURE
DOCTOR SIGNATURE

DIAGNOSTIC IMPRESSION: Acute Contusion, ® foot
Abrasions, leg

| 0833307 | 000104931 | FETA | OTHER | | | MODE OF ARRIVAL | 07/01/99 | 19:03 | REG/511 |
|---|---|---|---|---|---|---|---|---|---|
| LESTER CHRISTOPHER WAYNE | | AGE 27 | DATE OF BIRTH /71 | MALE | WHITE | MARRIED | | SOCIAL SECURITY NO 3 | |
| PO BOX 1113 | | BOONE RESIDENCE | | LESTER CHARLES (DAD) | | RELATIONSHIP | | | |
| HOME ADDRESS | | HOME PHONE 304-369-6657 | | EMERGENCY CONTACT'S ADDRESS | | STATE | ZIP | |
| DANVILLE | STATE WV | ZIP 25053 | EMERGENCY | TRI STATE HOMES | | PHONE | |

500688.015.0593

**MADISON MEDICAL, P.L.L.C.**
705 MADISON AVE.
MADISON, WV 25130
PHONE# (304)369-5170  FAX# (304)369-1742

**MEDICAL RECORDS RELEASE AUTHORIZATION**

TO: _JMark, Snyder, DO_
DOCTOR

ADDRESS: _____

I HEREBY AUTHORIZE AND REQUEST YOU TO RELEASE TO:

_patre t_

THE COMPLETE RECORDS IN YOUR POSSESSION CONCERNING MY
ILLNESSES AND/OR TREATMENTS DURING THE PERIOD FROM:

_W.Comp.records  to  Med., etc._

NAME: _Christopher Lester_  DATE: _3-31-99_

ADDRESS: _P.O. Box 1113_
_Danville, WV  25053_

BIRTHDATE: _██████ 71_  SSN# _███████ ⊃⊃40_

SIGNATURE: _X Chris Lester_
(IF RELATIVE STATE RELATION)

WITNESS: _Naci L. Clark_

THIS RELEASE AND AUTHORIZATION SHALL BE VALID FOR ONE YEAR
FROM ITS DATE OF SIGNATURE UNLESS TERMINATED IN WRITING BEFORE
THAT DATE.

RECORDS COPIED AND SENT BY: _Kim Hayes_

DATE: _4-9-99_

_usual charge_

500688.015.0594

Patient Information

# GROUP IMMUNIZATION
# INFLUENZA (FLU) VACCINE

**Flu**

Influenza (flu) is a respiratory disease caused by influenza virus infection. The types or strains of influenza virus causing illness may change from year to year, or even within the same year. People who get flu may have fever, chills, headache, dry cough and muscle aches, and may be sick for several days to a week or more. Most people recover completely. However, for some people, flu may be especially severe, and pneumonia or other complications including death, may develop.

**Flu Vaccine**

The regular flu vaccine contains killed influenza virus of the types selected by the U.S. Public Health Service and the Center for Biologics Evaluation & Research of the U.S. Food and Drug Administration. The types or strains of virus included are those which have most recently been causing influenza. The vaccine will not give you flu because it is a killed virus vaccine. As with any vaccine, flu vaccine may not protect 100% of all susceptible individuals.

**Risks & Possible Side Effects**

Influenza vaccine generally causes only mild side effects that occur at low frequency. Most commonly, the reactions may be a sore or tender arm at the injection site, or possibly fever, chills, headache or muscle aches. These effects usually last 24 to 48 hours. Most people who receive the vaccine either have no or only mild reactions. There is a possibility, as with any vaccine or drug, that an allergic or other serious reaction, or even death, could occur. Moreover, untoward medical events completely unrelated to vaccine administration may occur coincidentally in the aftermath period following vaccination.

Unlike the 1976 swine influenza vaccine, flu vaccines used subsequently have not been clearly associated with an increased frequency of Guillain-Barré Syndrome, which is associated with paralysis.

**Special Notice** - Vaccination is generally not recommended for the following people:
1. People allergic to eggs, or egg products
2. People sensitive to thimerosal;
3. People who have an active neurologic disorder;
4. People with a fever, acute respiratory or other active infections or illnesses.
5. Pregnant women;

If you have any of the above, please notify the staff. If you have any questions, please ask now or check with a physician or your health department before receiving the vaccine.

**If you experience any significant reactions, see your physician.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I have read the above information about influenza and influenza vaccine and I have had a chance to ask questions. I understand the benefits and risks of influenza vaccination and request that the vaccine be given to ☐ me or ☐ the person named below for whom I am authorized to sign.

| Information - Person to Receive Vaccine | For Clinic Use |
|---|---|
| Name (Please Print): Chris Lester  Birthdate: 1/21  Age: 25 | CarePoint<br>Name of Clinic: mmC<br>Date of Vaccination: 10-17-97<br>Manufacturer and Lot No.: Pasteur Merieux Connaught Exp. 6-30-98<br>Site of Injection: R or L Deltoid IM .5cc<br>Chronic Disease: Yes ☑ No ☐ |
| Address Street: P.O. Box 1113  City: Danville  State: WV  Zip: 25053 | |
| Signature (Person receiving vaccine or Parent or Guardian): Chris Lester | |

Note to Clinic: This portion of the form should be retained in your records for at least one year.

MKT1827

PRINTED IN U.S.A.

500688.015.0595

rbbe/09-27-96/*8    ** VENDOR COPY **    1005904

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

October 2, 1997

SNYDER J MARK DO
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER        Re:    Claim  950006803
PO BOX 1113                        S.S.N. ████████-3340
DANVILLE, WV  25053-0000           D.O.I. 08/10/1994

        PLEASE READ CAREFULLY - REHABILITATION BENEFITS

You have been approved for rehabilitation benefits on a TEMPORARY TOTAL
disability basis from 10/01/97 through 11/14/97 because you
are participating in job placement

THIS PROGRAM EXTENSION IS TO COMPLETE THE JOB PLACEMENT ACTIVITIES AND EXPLORE
VOCATIONAL TRAINING OPTIONS.

These benefits will be stopped if you do not fully participate in the
approved program.

Any party to this claim may protest this decision by sending a written
protest to the Office of Judges, with copies to all other parties to the
claim, within 30 days from the date you receive this letter.  See
addresses below:

    Office of Judges              Supervisor, Claims Defense Litigation
    P. O. Box 2233                P. O. Box 4317
    Charleston, WV 25328-2233     Charleston, WV  25364-4317

After the protest is filed, all parties may agree to seek mediation
services.  If so, you may contact Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

                                Workers' Compensation Division
                                BY: Greg Hughes
CC:  TRI-STATE HOME CENTER           Claims Representative 3/Senior
     SPORTS MEDICINE CENTER
     CRA
     NELSON TIMOTHY W

            RECEIVED OCT 0 6 1997

500688.015.0596

rbbe/09-27-96/*8    ** .ENDOR COPY **    1005904

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



### West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

September 8, 1997

SNYDER J MARK DO
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER          Re:    Claim  950006803
PO BOX 1113                          S.S.N. ████-3340
DANVILLE, WV  25053-0000             D.O.I. 08/10/1994

#### PLEASE READ CAREFULLY - REHABILITATION BENEFITS

You have been approved for rehabilitation benefits on a TEMPORARY TOTAL
disability basis from 08/30/97 through 09/29/97 because you
are participating in job placement

TTD BENEFITS ARE BEING EXTENDED WHILE THE CLAIMANT PARTICIPATES IN THE JOB CLUB WITH
CRA MANAGED CARE.

These benefits will be stopped if you do not fully participate in the
approved program.

Any party to this claim may protest this decision by sending a written
protest to the Office of Judges, with copies to all other parties to the
claim, within 30 days from the date you receive this letter.  See
addresses below:

Office of Judges                Supervisor, Claims Defense Litigation
P. O. Box 2233                  P. O. Box 4317
Charleston, WV 25328-2233       Charleston, WV  25364-4317

After the protest is filed, all parties may agree to seek mediation
services.  If so, you may contact Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

                                Workers' Compensation Division
                                BY: Greg Hughes
CC:  TRI-STATE HOME CENTER          Claims Representative 3/Senior
     SPORTS MEDICINE CENTER
     CRA
     NELSON TIMOTHY W

**RECEIVED** SEP 0 9 1997

Workers' Compensation Division - Office of Claims Management

500688.015.0597

auth/09-27-96/*8    ** vENDOR COPY **    1005904



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

September 8, 1997

SNYDER J MARK DO
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV  25130

CHRISTOPHER W LESTER          Re:   Claim  950006803
PO BOX 1113                         S.S.N.  ████████3340
DANVILLE, WV  25053-0000            D.O.I. 08/10/1994

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from CRA dated 09/05/1997, is Approved.

PER THE RECOMMENDATION FROM TODD GODDARD, THIS LETTER WILL SERVE AS AUTHORIZATION FOR
A THIRTY DAY EXTENSION ON THE JOB CLUB SERVICES PROVIDED BY CRA MANAGED CARE, INC.

Authorized Dates are 08/30/1997 through 09/30/1997.

Your authorization number is 197248025.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision by sending a written
protest to the Office of Judges, with copies to all other parties to the
claim, within 30 days from the date you receive this letter.  See
addresses below:

Office of Judges                Supervisor, Claims Defense Litigation
P. O. Box 2233                  P. O. Box 4317
Charleston, WV 25328-2233       Charleston, WV  25364-4317

After the protest is filed, all parties may agree to seek mediation
services.  If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.
                                Workers' Compensation Division
                                BY: Greg Hughes
CC:  TRI-STATE HOME CENTER           Claims Representative 3/Senior
     CRA
     SPORTS MEDICINE CENTER
     CRA
     NELSON TIMOTHY W

                    **RECEIVED** SEP 0 9 1997

500688.015.0598

auth/09-27-96/*8    ** VENDOR COPY **    1005904



Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
an equal opportunity/affirmative action employer

August 14, 1997

SNYDER J MARK DO
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER            Re:    Claim  950006803
PO BOX 1113                            S.S.N. ▅▅▅▅-3340
DANVILLE, WV  25053-0000               D.O.I. 08/10/1994

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from CRA dated 08/13/1997, is Approved.

PER THE RECOMMENDATION FROM TODD GODDARD WITH CRA MANAGED CARE, THIS LETTER WILL
SERVE AS AUTHORIZATION TO REFER THE CLAIMANT TO SPORTS MEDICINE CENTER FOR A
FUNCTIONAL CAPACITY EVALUATION.

Authorized Dates are 08/13/1997 through 11/13/1997.

Your authorization number is 197225099.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision by sending a written
protest to the Office of Judges, with copies to all other parties to the
claim, within 30 days from the date you receive this letter.  See
addresses below:

Office of Judges              Supervisor, Claims Defense Litigation
P. O. Box 2233                P. O. Box 4317
Charleston, WV 25328-2233     Charleston, WV  25364-4317

After the protest is filed, all parties may agree to seek mediation
services.  If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.
                              Workers' Compensation Division
CC:  TRI-STATE HOME CENTER    BY: Greg Hughes
     CRA                          Claims Representative 3/Senior
     SPORTS MEDICINE CENTER
     CRA
     NELSON TIMOTHY W

**RECEIVED** AUG 1 5 1997

Workers' Compensation Division - Office of Claims Management

**500688.015.0599**

auth/09-27-96/*8    ** VENDOR COPY **    1005904

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

August 7, 1997

SNYDER J MARK DO
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV  25130

CHRISTOPHER W LESTER                   Re:   Claim  950006803
PO BOX 1113                                  S.S.N.  ██████-3340
DANVILLE, WV  25053-0000                     D.O.I. 08/10/1994

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from CRA dated 08/05/1997, is Approved.

PER THE RECOMMENDATION FROM O. C. STEPHENS, CASE MANAGER WITH CRA MANAGED CARE, THIS
LETTER WILL SERVE AS AUTHORIZATION TO PROVIDE JOB PLACEMENT ASSISTANCE THROUGH THE
JOB CLUB PROGRAM.

Authorized Dates are 07/25/1997 through 10/25/1997.

Your authorization number is 197217080.

For procedures, such as surgery, that are authorized and require
multiple providers, the attending physician should share the
authorization number with those providers to assure payment of
their bills.

If it is later determined you are not entitled to authorized services,
payment will be recovered.

Any party to this claim may protest this decision by sending a written
protest to the Office of Judges, with copies to all other parties to the
claim, within 30 days from the date you receive this letter.  See
addresses below:

Office of Judges                    Supervisor, Claims Defense Litigation
P. O. Box 2233                      P. O. Box 4317
Charleston, WV 25328-2233           Charleston, WV  25364-4317

After the protest is filed, all parties may agree to seek mediation
services.  If so, you may contact the Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.
                                    Workers' Compensation Division
CC:  TRI-STATE HOME CENTER          BY: Greg Hughes
     CRA                                Claims Representative 3/Senior
     CRA
     NELSON TIMOTHY W

RECEIVED AUG 0 8 1997          RECEIVED AUG 0 8 1997

Workers' Compensation Division - Office of Claims Management

500688.015.0600

rbbe/09-27-96/*8    ** VENDOR COPY **    i005904

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

August 11, 1997

RECEIVED JUN 1 2 1997

SNYDER J MARK DO
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER                Re:    Claim  950006803
PO BOX 1113                                S.S.N. ████████3340
DANVILLE, WV  25053-0000                   D.O.I. 08/10/1994

### PLEASE READ CAREFULLY - REHABILITATION BENEFITS

You have been approved for rehabilitation benefits on a TEMPORARY TOTAL
disability basis from 08/04/97 through 08/29/97 because you
are participating in job placement

THE CLAIMANT WILL RECEIVE TTD BENEFITS WHILE PARTICIPATING IN THE JOB CLUB AT CRA
MANAGED CARE. CRA WILL ASSIST THE CLAIMANT WITH JOB SEARCH FOR A POSITION WITHIN HIS
PHYSICAL CAPABILITIES.

These benefits will be stopped if you do not fully participate in the
approved program.

Any party to this claim may protest this decision by sending a written
protest to the *Office of Judges*, with copies to all other parties to the
claim, within 30 days from the date you receive this letter.  See
addresses below:

Office of Judges                  Supervisor, Claims Defense Litigation
P. O. Box 2233                    P. O. Box 4317
Charleston, WV 25328-2233         Charleston, WV  25364-4317

After the protest is filed, all parties may agree to seek mediation
services.  If so, you may contact Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

                                  Workers' Compensation Division
CC:  TRI-STATE HOME CENTER        BY: Greg Hughes
     CRA                               Claims Representative 3/Senior
     NELSON TIMOTHY W

500688.015.0601



# CRA
### MANAGED CARE, INC.

June 27, 1997

Dr. John Snyder
705 Madison Avenue
Madison, WV 25130

RE:     Chris Lester
        Claim No: 95000683
        SSN: ████3340

Dear Dr. Snyder:

Mr. Lester has voiced a strong interest in vocational training as a Truck Driver. With the next training period beginning July 7, 1997 and ending August 7, 1997, it is my intent to obtain medical information/clearance for Mr. Lester's attendance. I have enclosed two Job Analysis for Truck Driving occupations. From these examples, would Mr. Lester physically be able to perform these jobs? ( ) Yes. ( ) No.

All applicants must be able to pass a D.O.T. physical prior to enrollment. It is Mr. Lester's belief that he is able to obtain this license.

Dr. Snyder, please list any objections that you have with Mr. Lester pursuing vocational training:

_I doubt that mr. Lester could_
_consistently Step material down, unload_
_the truck + carry materials_

_____
Signature

_7-2-97_
Date

————— SUITE 707, CHARLESTON, WV 25301, (304) 342-1020, FAX (304) 343-7853

500688.015.0602



# COMPREHENSIVE REHABILITATION ASSOCIATES, INC.

## JOB ANALYSIS

| | | | |
|---|---|---|---|
| B TITLE: | Delivery Driver | INDUSTRY: | |
| D.O.T. TITLE: | Truck Driver | EMPLOYER: | |
| D.O.T. CODE: | 906.683-022 | CITY/STATE: | |
| HOURS WORKED: | 8 hours per day | PHONE: | |

TRAINING/EXPERIENCE REQUIRED: __None__

TASKS PERFORMED: __Pull material, drive fork lift and load material onto truck.  Strap material down.  Drive truck to deliver material (up to two tons).  Unload truck by hand.  Carry product material to customers site.  Maintenance (ie. sweeping).__

MACHINES/TOOLS USED: __Fork lift, truck, broom, buggy, sweeper.__

ENVIRONMENT: __80% outside, wet/humid and noisy.__

| | | | |
|---|---|---|---|
| SITTING: | Hours/Day – 25% | On – truck seat/chair | |
| STANDING: | Hours/Day – 5% | Surface(s) – concrete | |
| WALKING: | Hours/Day – 70% | Distance(s) – up to 50 feet at a time | |
| KNEELING: | Hours/Day – None | Surface – | |
| CRAWLING: | Hours/Day – None | Distance – | |

| LIFTING: | Occasional | Frequent | Constant |
|---|---|---|---|
| Weights | 21-100 lbs. | 11-20 lbs. | 1-10 lbs. |
| From (Level) | Ground | Ground | Ground |
| To (Level) | Shoulder | Shoulder | Shoulder |

| PUSHING: | Occasional | Frequent | Constant |
|---|---|---|---|
| Weights | up to 100 lbs. | – | – |
| Distance | 2 feet | – | – |

| CARRYING: | Occasional | Frequent | Constant |
|---|---|---|---|
| Weights | 21-100 lbs. | 11-20 lbs. | 1-10 lbs. |
| Distance | 50 feet | 50 feet | 50 feet |

| PULLING: | Occasional | Frequent | Constant |
|---|---|---|---|
| Weights | 100 pounds | – | – |
| Distance | 50 feet | – | – |

| | | | | |
|---|---|---|---|---|
| CLIMBING: | Frequency – Occasionally | On – Steps | Height – | 15 feet |
| BALANCING: | Frequency – Occasionally | On – Steps | Height – | 15 feet |
| STOOPING: | Frequency – Frequently | Related Task – Pick up materials | | |
| CROUCHING: | Frequency – Occasionally | Related Task – Pick up materials | | |
| TWISTING: | Frequency – Constantly | Body Part – Neck, back, legs | | |

REACHING

| | | | |
|---|---|---|---|
| Torso Level: | Frequency – Frequently | Related Task – Placing material onto buggy. | |
| Below Waist: | Frequency – Frequently | Related Task – Retrieving materials from ground level. | |
| Over Head: | Frequency – Occasionally | Related Task – Retrieve materials from shelves. | |
| HANDLING: | Frequency – Constantly | Related Task – Moving material from stock area to truck to consumer. | |
| FINGERING: | Frequency – Occasionally | Related Task – Sorting small bolts, nuts, nails. | |

FOOT MOVEMENTS

| | | | |
|---|---|---|---|
| Right: | Frequency – Frequently | Related Task – Depress gas/brake pedal | |
| Left: | Frequency – Frequently | Related Task – Depress clutch | |

ANALYZED BY:
DATE:

RESOURCE PERSON(S) AND TITLE(S):

[ ] Approved          [ ] Not Approved

Signature: _____    Date: __/__/__

Comments: _____

500688.015.0603



# COMPREHENSIVE REHABILITATION ASSOCIATES, INC.

## JOB ANALYSIS

**TITLE:** Truck Driver     **INDUSTRY:**

**D.O.T. TITLE:** Truck Driver, Heavy     **EMPLOYER:**

**D.O.T. CODE:** 905.663-014     **CITY/STATE:**

**HOURS WORKED:** 10 to 12 hours (4:00 a.m. to   **PHONE:**
2:00-4:00 p.m.)

**TRAINING/EXPERIENCE REQUIRED:** High School Graduate plus CDL

**TASKS PERFORMED:** Drive semi-truck, unload truck, check invoices for corrections
or return and simple maintenance of truck.

**MACHINES/TOOLS USED:** Dolly, hand tools, truck

**ENVIRONMENT:** Indoors/outdoors, exposed to cold/hot weather, fumes, odors and
around moving vehicles

| | | | | |
|---|---|---|---|---|
| SITTING: | Hours/Day – 1-6 | On – Truck seat | | |
| STANDING: | Hours/Day – 1-6 | Surface(s) – Concrete, dirt, black top | | |
| WALKING: | Hours/Day – 1-6 | Distance(s) – Up to 100 feet | | |
| KNEELING: | Hours/Day – 2-5 | Surface – Metal | | |
| CRAWLING: | Hours/Day – 0-1 | Distance – Boxes/metal | | |

| LIFTING: | Occasional | Frequent | Constant |
|---|---|---|---|
| Weights | 100 lbs | 1-50 lbs | |
| From (Level) | ground | ground | |
| To (Level) | waist | waist | |

| PUSHING: | Occasional | Frequent | Constant |
|---|---|---|---|
| Weights | 50 lbs | up to 50 lbs | |
| Distance | 2 feet | up to 100 ft | |

| CARRYING: | Occasional | Frequent | Constant |
|---|---|---|---|
| Weights | 100 lbs | 1-50 lbs | |
| Distance | 90 feet | 90 feet | |

| PULLING: | Occasional | Frequent | Constant |
|---|---|---|---|
| Weights | 50 lbs | 1-5 lbs | |
| Distance | 1 foot | 6" | |

| | | | |
|---|---|---|---|
| CLIMBING: | Frequency – Frequently | On – truck/trailor | Height – 4 1/2' |
| BALANCING: | Frequency – Frequently | On – truck/trailor | Height – 4 1/2' |
| STOOPING: | Frequency – Occasionally | Related Task – unloading boxes | |
| CROUCHING: | Frequency – Frequently | Related Task – unloading boxes | |
| TWISTING: | Frequency – Frequently | Body Part – neck/back/legs | |

REACHING

| | | |
|---|---|---|
| Torso Level: | Frequency – Frequently | Related Task – driving/unloading |
| Below Waist: | Frequency – Frequently | Related Task – unloading |
| Over Head: | Frequency – Frequently | Related Task – unloading |
| HANDLING: | Frequency – Constant | Related Task – unloading/driving |
| FINGERING: | Frequency – Occasionally | Related Task – pushing buttons on truck |

FOOT MOVEMENTS

| | | |
|---|---|---|
| Right: | Frequency – Frequently | Related Task – gas/brake |
| Left: | Frequency – Frequently | Related Task – clutch |

**ANALYZED BY:**     **RESOURCE PERSON(S) AND TITLE(S):**
    **DATE:**

· Approved     [ ] Not Approved     Patient

Signature:_____     Date: ___/___/___

Comments: _____

500688.015.0604