# CHRISTOPHER WAYNE LESTER
# MADISON MEDICAL GROUP
# RECORDS
# 14-R

rbbe/09-27-96/*8    ** VENDOR COPY **    1005904

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner



**West Virginia Bureau of Employment Programs**
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

June 24, 1997

SNYDER J MARK DO
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV  25130

CHRISTOPHER W LESTER          Re:    Claim  950006803
PO BOX 1113                          S.S.N.  X■■■■-3340
DANVILLE, WV  25053-0000             D.O.I. 08/10/1994

PLEASE READ CAREFULLY - REHABILITATION BENEFITS

You have been approved for rehabilitation benefits on a TEMPORARY TOTAL
disability basis from 05/24/97 through 08/06/97 because you
are participating in vocational training

THE VOCATIONAL TRAINING PROGRAM WILL BE COMPLETED EFFECTIVE AUGUST 7, 1997.

These benefits will be stopped if you do not fully participate in the
approved program.

Any party to this claim may protest this decision by sending a written
protest to the Office of Judges, with copies to all other parties to the
claim, within 30 days from the date you receive this letter.  See
addresses below:

Office of Judges                Supervisor, Claims Defense Litigation
P. O. Box 2233                  P. O. Box 4317
Charleston, WV 25328-2233       Charleston, WV  25364-4317

After the protest is filed, all parties may agree to seek mediation
services.  If so, you may contact Mediation Unit at P.O. Box 2964,
Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

                                Workers' Compensation Division
CC:  TRI-STATE HOME CENTER      BY: Greg Hughes
     CRA                            Claims Representative 3/Senior
     NELSON TIMOTHY W

**RECEIVED** JUN 2 5 1997

·7

112 California Avenue, Charleston, West Virginia 25305-0112 • http://www.state.wv.us/bep

500688.015.0605

cnrq/01-01-96/*6 ** VENDOR COPY ** 1005904

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

June 17, 1997

SNYDER J MARK DO
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER
PO BOX 1113
DANVILLE, WV 25053-0000

Re: Claim 950006803
S.S.N. [redacted]3340
D.O.I. 08/10/1994

PLEASE READ CAREFULLY - REQUEST FOR INFORMATION

CRA MANAGED CARE, INC.- Q. C. STEPHENS, MA, please send me the following information regarding this claim:

MR. STEPHENS: PLEASE PROVIDE AN UPDATE ON THE PLAN FOR THE THIRTY DAY TRUCK DRIVING TRAINING. THANKS! FAX#(304)926-5423

If you have any questions or concerns, you may reach me at 304-926-5264.

Workers' Compensation Division
BY: Greg Hughes
Claims Representative 3/Senior

CC: TRI-STATE HOME CENTER
CRA
NELSON TIMOTHY W

rbbe/09-27-96/*8 ** VENDOR COPY ** 1005904

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

June 17, 1997

SNYDER J MARK DO
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER
PO BOX 1113
DANVILLE, WV 25053-0000

Re: Claim 950006803
S.S.N. [redacted]-3340
D.O.I. 08/10/1994

PLEASE READ CAREFULLY - REHABILITATION BENEFITS

You have been approved for rehabilitation benefits on a TEMPORARY TOTAL disability basis from 05/24/97 through 06/06/97 because you are participating in job placement

These benefits will be stopped if you do not fully participate in the approved program.

Any party to this claim may protest this decision by sending a written protest to the Office of Judges, with copies to all other parties to the claim, within 30 days from the date you receive this letter. See addresses below:

Office of Judges
P. O. Box 2233
Charleston, WV 25328-2233

Supervisor, Claims Defense Litigation
P. O. Box 4317
Charleston, WV 25364-4317

After the protest is filed, all parties may agree to seek mediation services. If so, you may contact Mediation Unit at P.O. Box 2964, Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

Workers' Compensation Division
BY: Greg Hughes
Claims Representative 3/Senior

CC: TRI-STATE HOME CENTER
CRA
NELSON TIMOTHY W

auth/09-27-96/*8 ** VENDOR COPY ** 1005904

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

June 11, 1997

SNYDER J MARK DO
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER
PO BOX 1113
DANVILLE, WV 25053-0000

Re: Claim 950006803
S.S.N. [redacted]-3340
D.O.I. 08/10/1994

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from NELSON TIMOTHY W dated 06/09/1997, is Approved.

PER THE REQUEST FROM DR. TIMOTHY W. NELSON, THIS LETTER WILL SERVE AS AUTHORIZATION FOR A SERIES OF TWO (2) TRIGGER POINT INJECTIONS AND LUMBAR EPIDURAL STEROID INJECTIONS.
THIS LETTER WILL ALSO SERVE AS AUTHORIZATION TO PRESCRIBE OXYCONTIN FROM MAY 16, 1997 THROUGH NOVEMBER 15, 1997.

Authorized Dates are 05/16/1997 through 05/16/1998.

Your authorization number is 197161011.

For procedures, such as surgery, that are authorized and require multiple providers, the attending physician should share the authorization number with those providers to assure payment of their bills.

If it is later determined you are not entitled to authorized services, payment will be recovered.

Any party to this claim may protest this decision by sending a written protest to the Office of Judges, with copies to all other parties to the claim, within 30 days from the date you receive this letter. See addresses below:

Office of Judges
P. O. Box 2233
Charleston, WV 25328-2233

Supervisor, Claims Defense Litigation
P. O. Box 4317
Charleston, WV 25364-4317

After the protest is filed, all parties may agree to seek mediation services. If so, you may contact the Mediation Unit at P.O. Box 2964, Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

Workers' Compensation Division
BY: Greg Hughes
Claims Representative 3/Senior

CC: TRI-STATE HOME CENTER
NELSON TIMOTHY W
CRA
NELSON TIMOTHY W

RECEIVED JUN 12 1997

112 California Avenue, Charleston, West Virginia 25305-0112 • http://www.state.wv.us/bep

rbbe/09-27-96/*8 ** VENDOR COPY ** 1005904

Cecil H. Underwood
Governor

William F. Vieweg
Commissioner

West Virginia Bureau of Employment Programs
• Job Service/Job Training Programs • Labor Market Information
• Unemployment Compensation • Workers' Compensation
*an equal opportunity/affirmative action employer*

May 20, 1997

SNYDER J MARK DO
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER
PO BOX 1113
DANVILLE, WV 25053-0000

Re: Claim 950006803
S.S.N. [redacted]-3340
D.O.I. 08/10/1994

PLEASE READ CAREFULLY - REHABILITATION BENEFITS

You have been approved for rehabilitation benefits on a TEMPORARY TOTAL disability basis from 04/28/97 through 05/24/97 because you are participating in job placement

These benefits will be stopped if you do not fully participate in the approved program.

Any party to this claim may protest this decision by sending a written protest to the Office of Judges, with copies to all other parties to the claim, within 30 days from the date you receive this letter. See addresses below:

Office of Judges
P. O. Box 2233
Charleston, WV 25328-2233

Supervisor, Claims Defense Litigation
P. O. Box 4317
Charleston, WV 25364-4317

After the protest is filed, all parties may agree to seek mediation services. If so, you may contact Mediation Unit at P.O. Box 2964, Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

Workers' Compensation Division
BY: Greg Hughes
Claims Representative 3/Senior

CC: TRI-STATE HOME CENTER
CRA

RECEIVED MAY 21 1997

112 California Avenue Charleston, West Virginia 25305-0112 • http://www.state.wv.us/bep

500688.015.0609

**BOONE MEMORIAL HOSPITAL** MADISON, WV 25130

| PAT. NO. | MEDICAL RECORD NO. | FINANCIAL TYPE | RELIGION | MODE OF ARRIVAL | REGISTRATION DATE | TIME | |
|---|---|---|---|---|---|---|---|
| 566180 | 000104551 | COMMERCL | OTHER | Amb | 04/14/97 | 22:32 | WF |

| PATIENT NAME | AGE | DATE OF BIRTH | SEX | RACE | MARITAL STATUS | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| LESTER CHRISTOPHER WAYNE | 25 | 12/23/71 | MALE | WHITE | MARRIED | [redacted]3340 |

| MAILING ADDRESS | COUNTY OF RESIDENCE | NOTIFY IN CASE OF EMERGENCY | RELATIONSHIP |
|---|---|---|---|
| PO BOX 21 | BOONE | LESTER CHARLES(DAD) | |

| HOME ADDRESS | HOME PHONE | EMERGENCY CONTACT'S ADDRESS | STATE | ZIP CODE |
|---|---|---|---|---|
| | 304-369-2432 | | | |

| CITY | STATE | ZIP CODE | ADMIT TYPE | EMPLOYMENT | PHONE |
|---|---|---|---|---|---|
| HEWETT | WV | 25108 | EMERGENCY | TRI STATE HOMES | |

| FATHER'S NAME (IF MINOR) | ADMIT SOURCE | MOTHER'S NAME (IF MINOR) |
|---|---|---|
| | EMER ROOM | |

| GUARANTOR'S NAME | PATIENT'S RELATIONSHIP TO GUARANTOR | EMPLOYMENT STATUS | EMPLOYEE I.D. NO. |
|---|---|---|---|
| LESTER CHRISTOPHER WAYNE | SELF | FULL TIME | |

| GUARANTOR'S MAILING ADDRESS | GUARANTOR'S HOME PHONE | EMPLOYER'S NAME | EMPLOYER'S PHONE |
|---|---|---|---|
| PO BOX 21 | [redacted]-2432 | TRI STATE HOMES | |

| GUARANTOR'S HOME ADDRESS | GUARANTOR'S SOCIAL SECURITY NO. | EMPLOYER'S LOCATION: STREET, CITY, STATE, AND ZIP CODE |
|---|---|---|
| | [redacted]3340 | |

| GUARANTOR'S CITY | STATE | ZIP CODE | GUARANTOR NO. |
|---|---|---|---|
| HEWETT | WV | 25108 | 0009467 |

| GUARANTOR'S EMPLOYER'S NAME | GUARANTOR'S EMPLOYMENT PHONE |
|---|---|
| TRI STATE HOMES | |

GUARANTOR'S EMPLOYER'S LOCATION: STREET, CITY, STATE AND ZIP CODE

SPOUSE INFO

| NAME | SOCIAL SECURITY NO. |
|---|---|
| ADDRESS | RES. PHONE |
| EMPLOYMENT | JOB PHONE |

INSURANCE

| PRIMARY INS. CO. NAME | POLICY HOLDER | INSURED RELATION | POLICY NO. |
|---|---|---|---|
| CARELINK HEALTH PLAN | LESTER CHRISTOPHER WAYNE | SELF | 23508996901 |

| GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS |
|---|---|---|
| CARELINK | 000174H001 | |

| SECONDARY INS. CO. NAME | POLICY HOLDER | INSURED RELATION | POLICY NO. |
|---|---|---|---|
| | | | |

| GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS |
|---|---|---|
| | | |

| TERTIARY INS. CO. NAME | POLICY HOLDER | INSURED RELATION |
|---|---|---|
| | | |

| GROUP POLICY NAME | GROUP POLICY NO. | COMMENTS |
|---|---|---|
| | | |

BUSINESS OFFICE CERTIFICATION OF ORIGINAL ON FILE AT BOONE MEMORIAL HOSPITAL AND MAY NOT BE A COMPLETED COPY.

| MEDICARE NO. | MEDICAID NO. | LAST T.T. | LMP | GCS |
|---|---|---|---|---|
| | | | | |

ALLERGIES NKA

CHIEF COMPLAINT PASSED OUT

ER PHYSICIAN: BHINUNTDE PRA

PVT. M.D. Snyder

TIME NOTIFIED 10:45p

TIME NOTIFIED

CONDITION ON ARRIVAL: [x] ALERT [ ] UN-RESPONSIVE [ ] LETHARGIC [ ] DISORIENTED

TEMP 98.4 RESP 18 WT 140/80 B/P

[x] T [ ] O [ ] R PULSE 76 TIME 10:35p

HISTORY AND PHYSICAL FINDINGS

AM PM

Was putting [illegible] into [illegible] wash [illegible] [illegible] to pass out ? fall [illegible] [illegible] [illegible] back of neck + L chest

was under care of Dr Snyder + [illegible] of CAMC Pain Clinic regarding his back [illegible] [illegible] [illegible], [illegible] [illegible]

Heart regular no murmur

Lungs clear - [illegible]

[illegible] tender (L) chest

S ≥ D/N S

CBC EKG chem 6

Xray cervical spine, xray [illegible] [illegible] [illegible]

[illegible] 2 tab

[illegible] [illegible] [illegible]

Discharge Instructions: [illegible] Dr Snyder [illegible] [illegible] Dr Snyder [illegible] [illegible]

After discharge care sheet: [x] Yes [ ] No Time Out 1:?

Course of Patient In Emergency Dept: [x] Unremarkable [ ] Unimp [ ] Expired

Condition On Discharge: [ ] Excellent [ ] Fair [x] Good [ ] Poor

Disposition of Case: [ ] Admitted [ ] Transf [x] Home [ ] Other

REFERRED TO DR.

NURSE SIGNATURE

DOCTOR SIGNATURE

DIAGNOSTIC IMPRESSION: Syncope; [illegible] contusion neck + back

DISCHARGE CONDITION

500688.015.0610

BOONE MEMORIAL HOSPITAL MADISON, WV 25130 CHART COPY

## EMERGENCY DEPARTMENT
### Nursing Progress Notes

#2

**NURSING ASSESSMENT**

11:35 Mr Vessel [illegible] for reason? — patient at present — NO distress — [initials]

**CURRENT MEDS & DOSAGE**

Flovil
Naltrax

**LAB**

- [✓] CBC
- [ ] LYTES
- [✓] CHEM 6
- [ ] CHEM 7
- [ ] CHEM 20
- [ ] PT, PTT
- [ ] CARDIAC ENZ
- [ ] TPA
- [ ] CKMB
- [ ] ABG
- [ ] UA
- [ ] URINE C & S
- [ ] BHCG
- [ ] UHCG
- [ ] DIGOXIN LEVEL
- [ ] THEO LEVEL
- [ ] DILANTIN LEVEL
- [ ] PHENOBARB LEVEL
- [✓] EKG
- [ ] DRUG SCREEN
- [ ] ETOH
- [ ] STREP SCREEN
- [ ] GC CULTURE
- [ ] CHLAMYDIA SCREEN
- [ ] KOH
- [ ] NACL
- [ ] SPUTUM CULTURE
- [ ] HEMOCULT
- [ ] AMYLASE
- [ ] ALK. PHOS.
- [ ] BLOOD CULTURE

TIME/INITIALS:

| TIME | B/P | P | R | T | PUPIL REACT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**X-RAY / OTHER DIAGNOSTICS**

- [ ] CHEST
- [ ] FLAT & UPRIGHT ABDOMEN
- [ ] SKULL
- [ ] LUMBAR SPINE
- [✓] CERVICAL SPINE

Lt rib

| MD TIME OF ORDERS | MEDS | PHYSICIANS ORDERS | SITE | TIME DONE | INITIALS |
|---|---|---|---|---|---|
| | | 5% D/NS 1000 ml c [illegible] | [illegible] | 11:10 | [initials] |
| | | Tylenol #3 i PO | PO | 12:17 | [initials] |
| | | Vicodin 2 tabs | PO | [illegible] | [initials] |

| TIME | TREATMENTS & PROCEDURES | SIGNATURE | RESPONSE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

EKG

LAB RESULTS CHEM 6 CBC CKMB AMYLASE CREATININE

OTHER

P ___ B ___ L ___ M ___

URINALYSIS: SG ___ WBC ___ RBC ___ BACTERIA ___ NITRATE ___

ABG pH pCO2

**PATIENT**

| PATIENT NO. | MEDICAL RECORD NO. | FINANCIAL TYPE | RELIGION | MODE OF ARRIVAL | REGISTRATION DATE | TIME | REGISTER |
|---|---|---|---|---|---|---|---|
| 0566180 | 000104551 | COMMERCL | OTHER | | 04/14/97 | 22:32 | W |

| PATIENT NAME | AGE | DATE OF BIRTH | SEX | RACE | MARITAL STATUS | SOCIAL SECURITY NO |
|---|---|---|---|---|---|---|
| LESTER CHRISTOPHER WAYNE | 25 | [redacted]/71 | MALE | WHITE | MARRIED | [redacted]-33 |

| MAILING ADDRESS | COUNTY OF RESIDENCE | NOTIFY IN CASE OF EMERGENCY | RELATIONSHIP |
|---|---|---|---|
| PO BOX 21 | BOONE | LESTER CHARLES (DAD) | |

| HOME ADDRESS | HOME PHONE | EMERGENCY CONTACT'S ADDRESS | STATE | ZIP CODE |
|---|---|---|---|---|
| | 304-369-2432 | | | |

| CITY | STATE | ZIP CODE | ADMIT TYPE | EMPLOYMENT | PHONE |
|---|---|---|---|---|---|
| HEWETT | WV | 25108 | EMERGENCY | TRI STATE HOMES | |

| FATHER'S NAME (IF MINOR) | ADMIT SOURCE | MOTHER'S NAME (IF MINOR) |
|---|---|---|
| | EMER ROOM | |

APR14'97 PM11:35

14 Apr 97
23:24:06
PAGE 1

BOONE MEMORIAL HOSPITAL
701 MADISON AVENUE,
MADISON, W.V. 25130

** STAT **

NAME: LESTER, CHRISTOPHER
PATIENT ID:
AGE: 25 years
DATE OF BIRTH:
SEX: M
LOCATION: ER
PAT. COMMENT: CHEM 6
SAMPLE COMMENT:
INST CODES:

SAMPLE ID: 4-97-709
SAMPLE TYPE: Serum
DOCTOR: CHINTDET
DRAW DATE/TIME: Apr 14 97 23:05
RUN DATE/TIME: Apr 14 97 23:21
SEC/CUP/REP: 4/1

| CHEMISTRY | RESULTS | UNITS | REFERENCE RANGE | REMARKS |
|---|---|---|---|---|
| NA | 139.1 | mmol/L | 135.0 - 145.0 | |
| K | 4.17 | mmol/L | 3.60 - 5.00 | |
| CL | 107.5 | mmol/L | 101.0 - 111.0 | |
| CO2 | 26.5 | mmol/L | 21.0 - 31.0 | |
| GLU | 91 | mg/dL | 70 - 105 | |
| BUN | 11 | mg/dL | 7 - 18 | |

| CALCULATED VALUES | RESULTS | UNITS | REFERENCE RANGE | REMARKS |
|---|---|---|---|---|
| ANION GAP (2) | 9.3 | | * - * | |

Boone Memorial Hospital, Madison, W. Va.

**HEMATOLOGY**

LAB IN

PATIENT NUMBER | DATE OF SERVICE

PATIENT NAME

ROOM NUMBER | AGE | SEX | ☐ OUTPATIENT

PHYSICIAN | ☐ MEDI-OVER ☐ DPA ☐ MEDI-UNDER ☐ OTHER

LAB OUT APR 14 '97 PM 11:5?

ORDERED BY: | WRITTEN BY:

☐ ASAP ☐ STAT ☐ TODAY ☐ ROUTINE ☐ PREOP ☐ TIME

DATE / TIME TO BE DONE | COLLECTED BY | DATE AND TIME

COMPLETED BY TECH | DATE AND TIME COLLECTED

/14/97 23:19:30 SG

BOONE MEM. HOSPITAL
701 MADISON AVE

ite of Birth
illected By SG
ite & Time

Sex M
Location ER
Physician CHINUNTDET
Date & Time 04/14/97 23:08

| SAMPLE PROCESSED | DIFF % | ABSOLUTE | HEMOGRAM | |
|---|---|---|---|---|
| ID# 1 4-97-709 | WBC 9.0 | | RBC | 5.67 |
| NT 7 LESTER,CHRISTOPR | | | HGB | 16.5 |
| equence # | NE 57.8 | 5.1 | HCT | 47.2 |
| | LY 30.6 | 2.8 | MCV | 83.2 |
| ATE: 04/14/97 | MO 8.9 | 0.8 | MCH | 29.1 |
| IME: 23:12:20 | EO 2.0 | 0.2 | MCHC | 35.0 |
| ode P | BA 0.7 | 0.1 | RDW | 12.4 |
| ormal WBC Pop | | | PLT | 264 |
| ormal RBC Pop | | | MPV | 7.9 |
| ormal PLT Pop | | | | |

**NORMAL VALUES**

| | | | | | |
|---|---|---|---|---|---|
| WBC | | 4.8-10.8 | | | x10^3 |
| RBC | M | 4.7-6.1 | F | 4.2-5.4 | x10^6 |
| HGB | M | 14-18 | F | 12-16 | g/dL |
| HCT | M | 42-52 | F | 37-47 | % |
| MCV | M | 80-94 | F | 81-99 | fL |
| MCH | | 27-31 | | | pg |
| MCHC | | 32-36 | | | g/dL |
| RDW | | 11.5-14.5 | | | % |
| PLT | | 130-400 | | | x10^3 |
| MPV | | 7.4-10.4 | | | fL |
| NE% | | 40.7-81.5 | | | % |
| BAND | | 0.0-6.0 | | | % |
| LY% | | 16.8-44.4 | | | % |
| MO% | | 2.3-13.1 | | | % |
| EO% | | 0.0-5.7 | | | % |
| BA% | | 0.0-3.4 | | | % |
| NE# | | 2.0-7.2 | | | x10^3 |
| LY# | | 0.7-3.5 | | | x10^3 |
| MO# | | 0.2-1.0 | | | x10^3 |
| EO# | | 0.0-0.4 | | | x10^3 |
| BA# | | 0.0-0.3 | | | x10^3 |

| MANUAL DIFFERENTIAL % | | MORPHOLOGY (1 - SLIGHT, 2 - MOD, 3 - MOD TO MARKED, 4 - MARKED) | 1 | 2 | 3 |
|---|---|---|---|---|---|
| SEGMENTED NEUTROPHIL | | | | | |
| BAND | | ANISOCYTOSIS | | | |
| LYMPHOCYTE | | MICROCYTOSIS | | | |
| MONOCYTE | | MACROCYTOSIS | | | |
| EOSINOPHIL | | HYPOCHROMIA | | | |
| BASOPHIL | | POLYCHROMASIA | | | |
| METAMYELOCYTE | | POIKILOCYTOSIS | | | |
| MYELOCYTE | | BASOPHILIC STIPPLING | | | |
| PROMYELOCYTE | | TOXIC GRANULATION | | | |
| BLAST | | | | | |
| VARIANT LYMPHS | | | | | |

PLT POP
LARGE PLATELETS
PLT CLUMPS PRESENT

PLT APPEARS: INCREASED / DECREASED / NORMAL

AUTO DIFF VERIF. BY
MAN. DIFF. VERIF. BY

| | NORMAL | PATIENT |
|---|---|---|
| PROTHROMBIN TIME | 10.8-14.5 | |
| (APTT) ACTIVATED PART THROMBOPLASTIN | 25-38 Sec. | |
| Bld. Time | 1-6 Min. | Min. |
| Clotting Time | 5-8 Min. | Min. |
| RETICULOCYTE COUNT | ADULT 0.5-1.5% NEWBORN 2.5-6.5% | |
| SED. RATE | MALE < 50 YO - 0-15 mm/hr > 50 YO - 0-20 mm/hr FEMALE < 50 YO - 0-20 mm/hr > 50 YO - 0-30 mm/hr | |

COMPLETED BY ________ DATE AND TIME 4/14/97 1118 pm

COMMENTS:

COMMUNICATED:

TO:

DATE: TIME:

CHART COPY



P.O. Box 1711
Charleston, West Virginia 25326-1711
Phone: (304) 348-2966
Fax: (304) 348-2948

**AUTHORIZATION AND REFERRAL FORM**

**Today's Date:** 4-15-97

**Patient Name:** Lester Christopher W
Last First MI

**Member ID Number:** 23508996901

**Please Type or Print**

Primary Care Physician Name: J. Mark Snyder DO Provider Number: 55-0740744

**REFERRAL: (Check appropriate boxes and list physician's name)**

- ☐ Consultation only
- ☐ Consultation and appropriate work-up
- ☐ Consultation and treatment
- ☐ Total OB care
- ☒ ER visit

- ☑ Referred to Dr. Boone Memorial Hosp
- ☑ Specialty: ER visit
- ☐ In network
- ☐ Out of network (must be pre-authorized by Medical Director)
- ☑ Number of visits approved 1 from 4-14-97 through
- Appointment Date 4-14-97

**PREAUTHORIZATION:** **(Required for all network referrals, elective admissions, certain ambulatory procedures and specific outpatient services.)**

**CASE MANAGEMENT:** ☐ Yes ☐ No **Is available for individuals with chronic/catastrophic illnesses. Would this patient benefit from case management services?**

**CLINICAL INFORMATION:** **(see attached)**

Reason for Referral/Diagnosis: Syncope

ICD-9 Code: 780.2

Referring Physician's Signature J M Snyder DO / PJB

**CONSULTATION/REFERRAL REPORT** ____ **Report attached** ____ **Additional number of visits requested**

*Specialist Signature* **Date**

**FOR DEPARTMENT USE ONLY:**

**Authorized** ✓ **Yes** ____ **No** **By:** Tiffany **Date:** 4-15-97

**Authorization #** 970415018706 **Notice to Provider** ✓ **Date:** 11

500688.015.0614

rbbe/09-27-96/*8 ** VENDOR COPY ** 1005904

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

Cecil H. Underwood, Governor
William F. Vieweg, Commissioner

March 27, 1997

SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER
PO BOX 21
HEWETT, WV 25108-0000

Re: Claim 950006803
S.S.N. [redacted]3340
D.O.I. 08/10/1994

PLEASE READ CAREFULLY - REHABILITATION BENEFITS

You have been approved for rehabilitation benefits on a TEMPORARY TOTAL disability basis from 03/36/97 through 04/27/97 because you are participating in a retraining program

These benefits will be stopped if you do not fully participate in the approved program.

Any party to this claim may protest this decision by sending a written protest to the Office of Judges, with copies to all other parties to the claim, within 30 days from the date you receive this letter. See addresses below:

Office of Judges
P. O. Box 2233
Charleston, WV 25328-2233

Supervisor, Claims Defense Litigation
P. O. Box 4317
Charleston, WV 25364-4317

After the protest is filed, all parties may agree to seek mediation services. If so, you may contact Mediation Unit at P.O. Box 2964, Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC: TRI-STATE HOME CENTER
CRA

Workers' Compensation Division
BY: Greg Hughes
Claims Representative 3/Senior

rbbe/09-27-96/*8 ** VENDOR COPY ** 1005904

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

*Cecil H. Underwood, Governor*
**William F. Vieweg, Commissioner**

February 24, 1997

SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER
PO BOX 21
HEWETT, WV 25108-0000

Re: Claim 950006803
S.S.N. [redacted]-3340
D.O.I. 08/10/1994

PLEASE READ CAREFULLY - REHABILITATION BENEFITS

You have been approved for rehabilitation benefits on a TEMPORARY TOTAL disability basis from 02/17/97 through 03/25/97 because you are participating in job placement

These benefits will be stopped if you do not fully participate in the approved program.

Any party to this claim may protest this decision by sending a written protest to the Office of Judges, with copies to all other parties to the claim, within 30 days from the date you receive this letter. See addresses below:

Office of Judges
P. O. Box 2233
Charleston, WV 25328-2233

Supervisor, Claims Defense Litigation
P. O. Box 4317
Charleston, WV 25364-4317

After the protest is filed, all parties may agree to seek mediation services. If so, you may contact Mediation Unit at P.O. Box 2964, Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC: TRI-STATE HOME CENTER
CRA
SNYDER J MARK

Workers' Compensation Division
BY: Greg Hughes
Claims Representative 3/Senior

RECEIVED FEB 25 1997

susr/09-27-96/*6 ** VENDOR COPY ** 1005904

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

Cecil H. Underwood, Governor
William F. Vieweg, Commissioner

February 19, 1997

SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER
PO BOX 21
HEWETT, WV 25108-0000

Re: Claim 950006803
S.S.N. [redacted]-3340
D.O.I. 08/10/1994

PLEASE READ CAREFULLY - SUSPENSION DECISION

By letter dated 01/17/97, you were given 30 days to provide medical information to continue payment of your temporary total disability benefits. After again reviewing your claim, it appears there is

THE CLAIM IS NOW CLOSED FOR TEMPORARY TOTAL DISABILITY BENEFITS ON A MEDICAL BASIS. THE CLAIM WILL REMAIN OPEN FOR TTD BENEFITS WHILE THE CLAIMANT PARTICIPATES IN A SPONSORED VOCATIONAL REHABILITATION JOB PLACEMENT PROGRAM.

Any party to this claim may protest this decision by sending a written protest to the Office of Judges, with copies to all other parties to the claim, within 30 days from the date you receive this letter. See addresses below:

Office of Judges
P. O. Box 2233
Charleston, WV 25328-2233

Supervisor, Claims Defense Litigation
P. O. Box 4317
Charleston, WV 25364-4317

After the protest is filed, all parties may agree to seek mediation services. If so, you may contact the Mediation Unit at P.O. Box 2964, Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC: TRI-STATE HOME CENTER
CRA
SNYDER J MARK

Workers' Compensation Division
BY: Greg Hughes
Claims Representative 3/Senior

RECEIVED FEB 20 1997

500688.015.0617

ppdr/10-17-96/*6 ** VENDOR COPY ** 1005904

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

**Cecil H. Underwood**, Governor
**William F. Vieweg**, Commissioner

February 19, 1997

SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

Re: Claim 950006803
S.S.N. [redacted]-3340
D.O.I. 08/10/1994

CHRISTOPHER W LESTER
PO BOX 21
HEWETT, WV 25108-0000

PLEASE READ CAREFULLY - PPD RECOMMENDATIONS

A medical report from PAUL BACHWITT, M.D., dated 01/07/97, indicates that no additional permanent partial disability has resulted from the compensable injury.

THIS CLAIM WILL REMAIN OPEN FOR TTD BENEFITS WHILE THE CLAIMANT PARTICIPATES IN A SPONSORED VOCATIONAL REHABILITATION JOB PLACEMENT PROGRAM.

Any party to this claim may protest this decision by sending a written protest to the Office of Judges, with copies to all other parties to the claim, within 30 days from the date you receive this letter. See addresses below:

Office of Judges
P. O. Box 2233
Charleston, WV 25328-2233

Supervisor, Claims Defense Litigation
P. O. Box 4317
Charleston, WV 25364-4317

After the protest is filed, all parties may agree to seek mediation services. If so, you may contact the Mediation Unit at P.O. Box 2964, Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC: TRI-STATE HOME CENTER
CRA
SNYDER J MARK

Workers' Compensation Division
BY: Greg Hughes
Claims Representative 3/Senior

RECEIVED FEB 2 0

susp/01-01-96/*6 ** VENDOR COPY ** 1005904

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

**Cecil H. Underwood**, Governor
**Andrew N. Richardson**, Commissioner

January 17, 1997

SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER
PO BOX 21
HEWETT, WV 25108-0000

Re: Claim 950006803
S.S.N. [redacted]-3340
D.O.I. 08/10/1994

PLEASE READ CAREFULLY - BENEFITS SUSPENDED

Information has been received from PAUL BACHWITT, M.D., dated 01/07/97, which indicates you have reached maximum medical improvement from your injury.

THE TTD BENEFITS ARE BEING SUSPENDED FOR MEDICAL REASONS BUT WILL CONTINUE WHILE THE CLAIMANT PARTICIPATES IN JOB PLACEMENT SERVICES.

Your temporary total disability benefits are suspended and may be closed in 30 days unless additional medical information is received, and is sufficient to continue these benefits.

After this 30 day notice period, you will be notified of a final decision.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC: TRI-STATE HOME CENTER
CRA
NELSON TIMOTHY W
SNYDER J MARK
BACHWITT PAUL MD

Workers' Compensation Division
BY: Greg Hughes
Claims Representative 3/Senior

rbbe/09-27-96/*8 ** VENDOR COPY ** 1005904

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

Cecil H. Underwood, Governor
Andrew N. Richardson, Commissioner

January 17, 1997

SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER
PO BOX 21
HEWETT, WV 25108-0000

Re: Claim 950006803
S.S.N. [redacted]-3340
D.O.I. 08/10/1994

PLEASE READ CAREFULLY - REHABILITATION BENEFITS

You have been approved for rehabilitation benefits on a TEMPORARY TOTAL disability basis from 01/06/97 through 03/02/97 because you are participating in job placement

THE TTD BENEFITS BEING PAID WHILE THE CLAIMANT PARTICIPATES IN A SPONSORED JOB PLACEMENT SERVICE MAY BE MODIFIED IN THE FUTURE.

These benefits will be stopped if you do not fully participate in the approved program.

Any party to this claim may protest this decision by sending a written protest to the Office of Judges, with copies to all other parties to the claim, within 30 days from the date you receive this letter. See addresses below:

Office of Judges
P. O. Box 2233
Charleston, WV 25328-2233

Supervisor, Claims Defense Litigation
P. O. Box 4317
Charleston, WV 25364-4317

After the protest is filed, all parties may agree to seek mediation services. If so, you may contact Mediation Unit at P.O. Box 2964, Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC: TRI-STATE HOME CENTER
CRA
NELSON TIMOTHY W
SNYDER J MARK
BACHWITT PAUL MD

Workers' Compensation Division
BY: Greg Hughes
Claims Representative 3/Senior

TELEPHONE: 766-6114

Paul Bachwitt, M.D.

DIPLOMATE AMERICAN BOARD OF ORTHOPEDIC SURGERY

414 Division Street
South Charleston, WV 25309

January 7, 1997

Mr. Greg Hughes
Claims Representative 3/Senior
Bureau of Employment Programs
Workers' Compensation Division
Office of Benefits Management
Post Office Box 431
Charleston, West Virginia 25322

**RE: CHRISTOPHER W. LESTER**
**SS: #[redacted]3340**
**DOI: August 10, 1994**
**CLAIM: #950006803**
**EMPLOYER: Tri-State Home Center**

Dear Mr. Hughes:

The claimant was seen in my office on December 17, 1996 for an independent medical examination. With regard to previous injuries and/or illnesses, Mr. Lester states there are none.

In regard to his current injury, on August 10, 1994, Claim #950006803, while employed by Tri-State Home Center, Mr. Lester was working as part of a setup crew. He was carrying a 175' header on his shoulder when he turned his left ankle, causing him to fall into a hole, with injury to his back and right leg.

Mr. Lester states he did not lose consciousness, but was unable to walk after the accident and was taken to the emergency room at Boone Memorial Hospital by ambulance. X-ray of the left ankle was a normal study. Lumbar spine x-ray was normal. The radiologist stated he could not exclude compression deformity of the T11 vertebral level and that further evaluation would best be achieved with coned-down spot views of this in the lateral projection. A

coned-down view of the thoracolumbar junction showed anterior compression injury of T11, which did not appear to be acute. The diagnosis was that of: 1) Thoracic and lumbar strain/sprain. 2) Sprain, right ankle.

Mr. Lester was examined by Dr. Prabhond Chinuntdet on October 7, 1994. He diagnosed compression fracture, T11, and planned to treat the claimant conservatively. He estimated Mr. Lester could return to work November 28, 1994.

The claimant underwent x-ray of the thoracic and upper lumbar spine at Boone Memorial Hospital on November 4, 1994. The films showed very minor anterior compression of the T11 vertebral level. There was no significant change since the study of October 8, 1994.

Dr. H. M. Hills, Jr., orthopedic surgeon, evaluated the claimant on January 5, 1995. He reported Mr. Lester was being seen by Dr. Chinuntdet and had been treated conservatively and with a back brace. He reported a low back pain evaluation profile was run showing a mixed psychogenic pain score, organic disease, and psychological disturbance often present together with this pattern. He noted Mr. Lester had a relatively high emotional component. It was his opinion the claimant had not reached MMI and that he needed to get rid of the brace and start an exercise program for his back. He stated the claimant was overweight by about 60 to 70 pounds and that it would help for him to lose a good 50 pounds. He said the claimant had solid firm union of the fracture and all that was bothering him at that time was pulling on the scar tissue. He felt Mr. Lester needed a strong physical therapy back program to get him functioning again. He did not think the claimant would be ready for a PPD rating for four to six months.

Medical records indicate the claimant underwent physical therapy at Boone Memorial Hospital which consisted of moist heat and massage to the lumbar and thoracic spine regions and an exercise program.

Dr. Chinuntdet saw Mr. Lester again on January 6, 1995 and treated him conservatively. He estimated at this time that Mr. Lester could return to work February 24, 1995.

Dr. Chinuntdet continued to follow the claimant on February 24, March 15, and April 17, 1995 and treated him conservatively.

Tri-State Home Center reported on April 21, 1995 that they were unable to provide light-duty work for Mr. Lester, as their work was

labor intense and required physical labor.

The claimant was seen by Dr. Chinuntdet on May 15 and June 9, 1995. On July 10, 1995, Dr. Chinuntdet with regard to his August 10, 1994 injury. He discussed going back to work with Mr. Lester, who stated he might not have a job anymore with his present employer and that Workers' Compensation was sending him to a rehabilitation program to train for another job. He noted Mr. Lester's compression fracture had healed and that he should be ready for disability rating and to go back to work if he has a job.

Dr. Chinuntdet again saw Mr. Lester on August 7, 1995, treated him conservatively with physical therapy and estimated he could return to work on September 7, 1995.

CRA Managed Care, Inc. reported on August 10, 1995 that Mr. Lester had been referred for rehabilitation services.

On August 24, 1995, Dr. Hills again saw the claimant and reported that since he saw him on January 5, 1995, he had undergone physical therapy and had some flareup with activity. He stated the claimant had not been able to get light work and had not returned to work as of August 24. He said Mr. Lester had evidence of radiculopathy, with loss of sensation to the right lower extremity. There was evidence of sciatic irritation, which qualified him for DRE III or 10% PPD. The claimant was granted a 10% PPD award on September 26, 1995.

On September 19, 1995, Dr. Panos Ignatiadis, neurosurgeon, saw the claimant for a second opinion. He reviewed the claimant's x-rays and stated they showed evidence of a small compression of less than 10% of the anterior part of the T11 vertebra, which he believe accounted for his symptoms, with concomitant paraspinous muscle sprain in that area. He stated it seemed to him Mr. Lester could not return to his previous employment and should go through a functional capacity assessment. He said he agreed with the assessment of the independent examiner insofar as the percentage of disability. Dr. Ignatiadis did not think Mr. Lester was a candidate for surgical intervention.

Dr. Chinuntdet saw Mr. Lester again on November 1, 1995 and advised him he felt he should be seen by an orthopedist and requested authorization for him to be seen by Dr. Tony C. Majestro.

Dr. Majestro saw Mr. Lester on November 30, 1995 for consultation

evaluation for weakness of his right shoulder. Routine AP and lateral x-rays of the right shoulder taken in the office were completely within normal limits. Dr. Majestro's impression was that of probable mild soft tissue injury of the right shoulder. He stated Mr. Lester probably did sustain a mild soft tissue injury of the right shoulder and that examination by Drs. Loimil and Hills did not reveal any complaints of discomfort or weakness. He stated mr. Lester showed no evidence of any objective impairment which related to his right shoulder and his complaints of weakness were not substantiated by any objective physical findings. Furthermore, he noted that 3 cm difference of the right arm and 2 cm difference of the right forearm, with calluses in his hands, would lead him to conclude that Mr. Lester was using his right extremity without any difficulty. Therefore, he found no evidence of any objective impairment which related to the right shoulder or upper extremity and did not believe the claimant was in need of any specific treatment for his shoulder or upper extremity.

On January 17, 1996, authorization was given for vocational training beginning February 1, 1996 through December 20, 1997. At this time, the claimant was attending class at Boone Career Center and was working in a computerized workbook in basic electricity. He reportedly was doing very well and was interested in communications devices.

Dr. Chinuntdet saw Mr. Lester on follow up on July 5, 1996. He reported the claimant was attending school and had started on a work hardening program for about 1½ weeks, he was started on weight lifting and his back started hurting him. After examination, Dr. Chinuntdet suggested Mr. Lester ease up on physical therapy and the work hardening program and resume them within a week or so.

Mr. Lester underwent an MRI of the lumbar spine at Metro MRI on August 3, 1996. Impression: There was some patient motion artifact. No compression fractures were identified. No disc herniation was demonstrated.

On July 18, 1996, the claimant was discharged from Logan Work Rehabilitation.

On September 16, 1996, Dr. Timothy W. Nelson of the CAMC Pain Clinic reported he felt Mr. Lester would benefit from a series of three trigger point injections, three lumbar epidural steroid injections, and pharmacotherapy with Neurontin.

Dr. Robert B. Atkins saw the claimant on September 30, 1996 for J. Mark Snyder, D.O, of Carepoint Physicians, Inc. His diagnosis was that of: 1) Thoracic sprain/strain. 2) Lumbar sprain/strain. 3) Sprain/strain, ankle. He reported they were awaiting authorization for pain clinic treatment and his next appointment was scheduled for October 16, 1996. However, his return to work date was still undetermined.

Mr. Lester was seen by Dr. Snyder on follow up on October 30, 1996 for work hardening and pain clinic for prolonged pain. He stated Mr. Lester was TTD and it was unknown when he might return to work.

The claimant states today he has not worked since August 10, 1994.

He states he has the following subjective complaints: 1) Low back pain radiating down his right leg to his knee. 2) His right leg gives out, with pins and needles in his foot.

The claimant says he sees J. Mark Snyder, D.O., his family physician and undergoes treatment at CAMC's Pain Clinic. He takes Soma, Ultram, and Elavil.

When asked about his activities of daily living and social and vocational history, he states he undergoes treatment once a month at the pain clinic and does home exercises. However, he does no chores and participates in other activities. He is a high school graduate. He worked in mobile home setup for two years and took vocational training in building construction.

**The claimant was given a diagram to color indicating areas of pain (original enclosed). HE ALSO COLORS THE DIAGRAM CONTAINED ON THE GREEN LOW BACK EXAMINATION FORM, WHICH IS ENCLOSED.**

No x-rays are taken today because Mr. Lester's weight is greater than my x-ray table's support. I defer to x-rays taken at the time of the injury at Boone Memorial Hospital and also to the MRI. These seem to contradict each other to a slight extent, but will make no practical difference.

The physical examination is performed. The claimant is 5 feet 7½ inches tall, weighs 260 pounds, and is 24 years of age.

**EXAMINATION OF THE LOW BACK IS DOCUMENTED AND RECORDED ON THE GREEN LOW BACK EXAMINATION FORM, WHICH IS ENCLOSED.**

******

In answer to the questions posed:

1. Has the claimant reached maximum medical improvement? (No additional surgical or medical intervention will change the claimant's condition.)

   **I feel he has.**

2. Is the claimant working? If so, in what capacity? If not, could the claimant return to a modified work assignment and with what restrictions?

   **No.**

3. What impairment rating is recommended, using the Fourth Edition, AMA Guides to the Evaluation of Permanent Impairment.

   **In regard to the injury of August 10, 1994, I feel he falls into a DRE Category II, page 102, Fourth Edition, AMA Guides to the Evaluation of Permanent Impairment, which is a 5% whole person impairment, and this would be my recommendation.**

Please contact me if I can clarify any of the above.

Sincerely,

**Paul Bachwitt, M.D.**

PB:cat

Enclosures

cc: Mr. Christopher W. Lester
Timothy W. Nelson, M.D.
J. Mark Snyder, D.O.
Tri-State Home Center
CRA

auth/09-27-96/*8 ** VENDOR COPY ** 1005904

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

Gaston Caperton, Governor
Andrew N. Richardson, Commissioner

December 16, 1996

SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER
PO BOX 21
HEWETT, WV 25108-0000

Re: Claim 950006803
S.S.N. [redacted]3340
D.O.I. 08/10/1994

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from CLAIMANT dated 12/13/1996, is Approved.

THIS LETTER WILL SERVE AS AUTHORIZATION FOR CRA MANAGED CARE, INC. TO CONTINUE THEIR SERVICES THROUGH JUNE 30, 1997. THEIR SERVICES WILL BE DIRECTED AT JOB PLACEMENT IN A LESS THAN MEDIUM
WORK CAPACITY AT A SIMILAR WAGE BEFORE ANY FURTHER CONSIDERATION CAN BE GIVEN TO ANY RETRAINING.

Authorized Dates are 01/01/1997 through 07/01/1997.

Your authorization number is 196348133.

For procedures, such as surgery, that are authorized and require multiple providers, the attending physician should share the authorization number with those providers to assure payment of their bills.

If it is later determined you are not entitled to authorized services, payment will be recovered.

Any party to this claim may protest this decision by sending a written protest to the Office of Judges, with copies to all other parties to the claim, within 30 days from the date you receive this letter. See addresses below:

Office of Judges
P. O. Box 2233
Charleston, WV 25328-2233

Supervisor, Claims Defense Litigation
P. O. Box 4317
Charleston, WV 25364-4317

After the protest is filed, all parties may agree to seek mediation services. If so, you may contact the Mediation Unit at P.O. Box 2964, Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC: TRI-STATE HOME CENTER
CLAIMANT
CRA
NELSON TIMOTHY W
SNYDER J MARK
BACHWITT PAUL MD

Workers' Compensation Division
BY: Greg Hughes
Claims Representative 3/Senior

P 1/19/97

**CarePoint**

Care Point Physicians, Inc.

Madison Medical Group
Robert Atkins, M.D.
Ron D. Stollings, M.D.
John Mark Snyder, D.O.
705 Madison Ave.
Madison, West Virginia 25130
(304) 369-5170

FAXED

12-16-96

Greg Hughes
Workers Comp.

RE: Christopher Lester

Enclosed are office visit notes. We have not received any records concerning his injections.

Thanks,
Paula

auth/01-01-96/*8 ** VENDOR COPY ** 1005904

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

**Gaston Caperton**, Governor
**Andrew N. Richardson**, Commissioner

August 22, 1996

SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER
PO BOX 21

HEWETT, WV 25108-0000

Re: Claim 950006803
S.S.N. [redacted]-3340
D.O.I. 08/10/1994

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from LOGAN WORK REHAB PRO dated 08/21/1996, is Approved.

PER THE REQUEST FROM CRA MANAGED CARE, INC., THIS LETTER WILL SERVE AS AUTHORIZATION FOR THE WORK HARDENING PROGRAM ATTEMPTED BY THE CLAIMANT FROM JUNE 24, 1996 THROUGH JULY 17, 1996. THIS WAS PREVIOUSLY AUTHORIZED BUT DELAYED.

Your authorization number is 196234031.
Authorized Dates are 06/24/1996 through 07/18/1996.

If it is later determined you are not entitled to authorized services, payment will be recovered.

Any party to this claim may protest this decision by sending a written protest to the Office of Judges, with copies to all other parties to the claim, within 30 days from the date you receive this letter. See addresses below:

Office of Judges
P. O. Box 2233
Charleston, WV 25328-2233

Director, Legal Services Division
P. O. Box 3922
Charleston, WV 25339-3922

After the protest is filed, all parties may agree to seek mediation services. If so, you may contact the Mediation Unit at P.O. Box 2964, Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC: TRI-STATE HOME CENTER
CRA
SNYDER J MARK
LOGAN MEDICAL FOUNDATION/WORK REH

Workers' Compensation Division
BY: Greg Hughes
Claims Representative 3/Senior

MADISON MEDICAL GROUP
705 MADISON AVE.
MADISON, WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

FAX COVER SHEET

TO: Marcia W.C.

FROM: Paula - MMG

RE: Christopher Lester

NUMBER OF PAGES INCLUDING COVER SHEET: ______

DATE: 8-22-96

ADDITIONAL COMMENTS: ______

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FACSMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSMILE IN ERROR PLEASE NOTIFY US BY TELEPHONE TO ARRANGE THE RETURN OF THE ORIGINAL DOCUMENTS TO US, THANKYOU.

Christopher Lester 7-24-
Wt. 271 BP 132/86 P 80
S--In with complaint of low back pain symptoms have been chronic since 1994 when he had an accident, injuring his low back. He complains of pain primarily in the right side low back and mid low back with radiation down into the right gluteal area into the leg occasional weakness of the leg and his knee giving away.
O--Exam he is in no gross distress, obese, he has LS tenderness, flexion is limited to about 20-30° SLR creates pain at approx 25° on the right, he can raise the left somewhat better. He has no decreased pin prick sensation. DTR's are diminished bilaterally in the patellar area, he has slight weakness of the right lower extremity.
A--History of low back injury, and low back pain which has been chronic.
P--Obtained records from previously treated physician and scheduled for MRI and f/u 2 wks. (MS)

8/5/96. Torradol 10mg #10 1 q6° prn (5x) Lamps

Chris Lester 8-7-96

S--In for f/u he is still having a lot of lower back pain this time primarily in the sacral area and right gluteal area, with radiation into the right leg,
O--Exam he has flexion at about 30° he has tenderness overlying the paraspinus area in the LS spine, and right PSIS, SLR is practically impossible, neuro appears to be intact, MRI was neg.
A--Chronic ongoing back pain
P--Placed on Elavil 25 mg PO QHS, increasing to 50 after a wk. Toradol prn for pain he is to f/u in a few wks. (MS)

MADISON MEDICAL GROUP RECORDS RELEASE AUTHORIZATION
705 MADISON AVE. MADISON WV 25130
PHONE (304) 369-5170 FAX (304) 369-1742

TO: Dr. Chinunctet
DOCTOR

ADDRESS: Madison WV 25130

I HEREBY AUTHORIZE AND REQUEST YOU TO RELEASE TO:

Dr J. Mark Snyder

THE COMPLETE RECORDS IN YOUR POSSESSION CONCERNING MY ILLNESSES AND/OR TREATMENTS DURING THE PERIOD FROM:

all TO

NAME: Christopher Lester DATE: 7-24-96

ADDRESS: P.O. Box 119
Hewitt, WV 25104

BIRTHDATE: 12-23-71 SSN# [redacted]-3340

SIGNATURE: Christopher W. Lester
(IF RELATIVE STATE RELATION)

WITNESS: Paula Baldwin

THIS RELEASE AND AUTHORIZATION SHALL BE VALID FOR ONE YEAR FROM ITS DATE OF SIGNATURE UNLESS TERMINATED IN WRITING BEFORE THAT DATE.

RECORDS COPIED AND SENT: Teresa Henderson
SIGNATURE
7-29-96
DATE

8-12-94

Christopher Lester

He was refered by DR. Martin, came in for follow up regarding his back injury. He was working and carrying cinder blocks and he fell into a hole, hurting his Lt. ankle and his back. Most of his pain is in his back. He had a lumbar spine and thoracic xray, and ankle. There is question of compress fracture of the T-11, he has tenderness in the dorsal spine area and in the mid-dorsal spine area. His ankle is slightly swollen, has fair amount of pain. A spot xray of the T-11 showed a compression fracture of the T-11. Rx given for Tylenol #3. He is to get a ~~juvid~~ Jewette brace from Chas. Orthopedics. Return in 1 week.

Please send a copy to Dr. Martin.
PC/cr

8-19-94

Christopher Lester

Follow up of compression fracture of T-11. He has a jewette brace fits him well. He said it gave a good bit of relief. He was advised to wear brace most of the time. Return in 3 weeks.

PC/cr

9-1-94 Tel Rx to Madison Rite Aid Tylenol (#3) # 30

9-9-94

Christopher lester

Follow up of comprsssion Fracture of T-11. He still has pain off and on. Pain mostly in the fracture sight, and in the lower lumbar spine area. He said his legs are still sore a little bit in his Lt. ankle. He wants to try to do light work. He is doing mainly driving. He is allowed to return to light dutywork on Monday, Sept. 12th. He is to have a spot xray of T-11. Rx given for Tylenol No 3 no 30. Return in 4 weeks.

PC/cr

9-12-94

Christopher W. Lester

He said his back had been hurting he was up all night. He has been working,but he didn't try to work. He is asking for a sleeping pill. He said he checked with his boss and he should stay off work. Advised to wear brace during the day and leave it off during the night. Rx given for Halson no10 take 0.25mg at bed time daily Return in 4 weeks.

PC/cr Halcion

Rel. ued madcin

9-27-94 fell Rx Talacen + 2 ch

10-7-94

Christopher Lester

He returned for follow up regarding injury of his back where he had an injury on Aug. 10th. while at work when he stepped into a hole and fell down. He was found to have a compression fracture of T-11. He is wearing a juvid brace. He continues to have a lot of pain. He also has pain in the lower back, he also complained of leaking urine each morning. However he did have a slight fever. Temp erature for a few days. He also has some burning upon urination. Questionable UTI. he also has some burning upon urination. He is to have a urinalysis, cultur and sensitivity, and xray of T-11 and to check on his progress. It has been 2 months. He has had 5 ½rescriptions for pain mostly Tylenol #3 . Last time he was prescribed Talacen, he said it didn't help. He also needs a letter wrote to Comp to ask for authorization to continue to get his pain pills through compensation and payment. He is given Rx for Darvocet N-100 , also Rx given for Bactrim DS. for urinary tract infection. Letter to compensation to ask comp. to pay for his pain medication, he seems to still need it. For the next few months. Return in 4 weeks.

PC/cr

11-4-94

Christopher Lester

He is improving less pain in his back. He takes an occasional Darvocett-100. He is wearing jewette brace. Satisfactory last xray showing stable compression Fractue of T-11 also to get another xray today. Return in 4 weeks.

PC/cr

12-2-94

Christopher Lester

Follow up comprssion fracture of T-11. He is doing well, he has some pain also complaining of his Rt. leg giving out, he said no pain in the leg. He has minimal moderate compression fracture, which is stable. He is given instruction exercise, also to leave splintoff several times a day. Return in 1 month of repeat xray of T-11.

PC/cr

1-6-95

Christopher Lester

He said he had an examination by Dr. Hill yesterday. He said he put him through the wringer. His back is a little sore. His back is painful, he is also complaining of numbness in his Rt. leg, with tingling and needles. His straight leg raising is to 30 degrees, ankle and knee reflex is equal. He is to start PT, three times a week.Return in 2 weeks.

PC/cr

1-27-95

Christopher Lester

He is continues to complain of pain in his lower back, painradating into his Rt. leg. He said he was seen was by Dr. Hill on January 5th. He is still going for PT. He has no tenderness now in his lumbar spine and dorsal spine area. Continue PT. Return in 4 weeks.

PC/cr

2-24-95

Christopher Lester

He is feeling better. He is having PT, his back is limbering up he said. Finger to toe is still about 12 inches. Minimal tenderness in the T-11 area. He is to continue exercise ,PT not to wear back brace. Return in 3 weeks.

PC/cr

3-15-95

Christopher Lester

He is back pain he says has been worse the past few days. He wanted to come and get a prescription. He is having been going for physical therapy. He has limitation of movement of his back and extension of flexion. Advised to continue physical therapy. 3 times a week for the next 2-4 weeks. Rx was given for dolobid.
Return in 3 weeks.

PC/dw

3-23-95

Christopher Lester

He came in today because he fell down and hurt his Rt. knee. He said he was walking and it gave out. Twisted his Rt. knee. He has a small puncture wound he said when he hit the corner of a table. Also has some swelling and pain and tenderness in the prepatella area. Question of compensation injury and recent back injury, the wound was cleaned and dressed. He was sent for xray of the RT. knee, xray showed no fracture. Advised to continue to clean wound and dress daily, elastic bandage, use ice pack. Recheck in 1 week. Dx is contusion and small puncture wound of Rt. knee.

PC/cr

4-3-95

Christopher Lester

He sneezed and his back gave out. Seems to be better. Ankle and knee reflex was sluggish, but equal. Straight leg raising was to 20 degrees. Finger to toe was to about 6 inches. Excercise, warm soaks and physical therapy and return in 2 weeks for possible discharge.

PC/dw

4-17-95

Christopher Lester

He has been complaining of some lower back pain and discomfort. He talked about wanting a tens- unit to help him sleep at night. He used his girlfriends and it helped him. Finger to toe is about 6 inches not tender in the lumbar spine. His straight leg raising is to about 30 degree. Advised to increase exercising allowed to return to work on April 24th. Return in 2 weeks.

PC/cr

4-24-95 Christopher Lester

Follow up of recent back injury with compression fracture of T-11. He came in today still hasn't returned to work. He is complainig of pain his lower back worsening. He said his boss wouldn't let him go back to work for light duty job. He said he would rather have him stay off until he will be able to do his regular job. His back hasn't changed with no muscle spasms at this present time. The PT is going to try to obtain a tens unit for him. He is also given instructions for PT to do a work hardening program on him. Return in 2 weeks.

PC/cr

5-5-95

Christopher Lester

Pain mostly to the right side of the lumbar spine area. He only has limited physical therapy due to physical therapy was on vacation. Advised to continue physical therapy. Compensation is referring possibly to an orthopedist Dr. Lomil. He is to continue PT for 3-4 more weeks. Return in 3 weeks.

PC/dw

5/26/95 DNCI / C. Roe

6-5-95 Pt left without seeing dr., said he would like to talk with Compensation and then reschedule. Said he received from comp. a paper telling him to go see Dr. Lomil - we ask him to bring it in so we could see it and let him know what to do so his comp. would not get messed up. He said he would talk to comp. & then reschedule with us. K. Frazier

6-9-95

Christopher Lester

He continues to complain of pain in his lower back, and knot on his Rt. knee ~~probably~~ and indurated area in the front of the patella area. He said his getting and authorization from Compensation to change doctors but he just he wants to have an examination by Dr Lomil but he doesn't need to change doctors for just 1 examination. His examination today showed moderate limitation of flexion and extension of lumbar spine. Continue PT. Return in 2 weeks.

PC/cr

6-26-95

Christopher Lester

He complain of back pain right and left knee and sometimes his leggs give out. He says Compensation wants us to refere him to a orthopedic surgeon and he should be getting and authorization soon, he has been under going a work hardening program, he says its not going very well. His fingers and toes are about 12 inche, his lower extremities reflexs are normal and equal. He is to continue his work hardening program. Return in 2 weeks. Possibly to return to work in 2 to 4 weeks.

PC/th

7-10-95

Christopher Lester

He came in for follow up of back injury. He has a compression fracture of the T-11 from an old injury. He has been coming to office since 1994, from an injury at work. He has been having back pain and pain in his knee, this other injury is not associated with his back. However he continues to complain of his knee giving out. We discussed about him going back to work and he said he may not have a job any more with the present employer. He said Compensation is going to send him to a rehabilitation program to train him for another job, his appointment for rehabilitation is later this month. He claims that Compensation wants me to send him to a orthopedic surgen again. General condition has not changed and has not improved or deteriorated. I persume he is doing as well as he can. His compression fracture has healed. He should be ready for disablity rating, also to go back to work if he has a job or can be rehabilitated or trained for another job. Please send a copy to Compensation.

PC/th

7/12/95 Sent out copy of office notes on 7-10-95 to Comp. th

7-95
[Chr]istopher Lester - (dictation) not Papers copied for Worker's Comp. R.Starcher

8-7-95

Christopher Lester

He continues to have some pain in his lower back. This has not changed. He said that he is on PT writing. He said that it helps him very little with writing and using his hand. At the same time he can do either hand or exercise with his bicycling alone. His finger to toe is 18 inches. His ankle and knee reflexes are equal. He still has little or no muscle spasm today. The worker from CRA manage care was also with him today. Will help facilitate for him to go for an evaluation at Logan to determine what type of work he can do. He is to continue his PT until he has the evaluation. He is to return in 4 weeks or sooner if needed for his pain medication, etc.

PC/rs

PC

8-14-95 - copies made for pt. to take to Worker's Compensation. R.Starcher.

9.7.95 Pt. DNCI K.Frazier

10-31-95 Pt. DNCI R Starcher

**P. Chinuntdet, M.D.**
**623 Madison Avenue**
**Madison, WV 25130**

1-31-96

Christopher Lester

Chief Complaint: Rt arm evaluation.
Vital Signs: 97.6, 80, 20, 132/76
Diagnosis: Rt shoulder strain, old compression Fx T12

He came in today with a worker from CRA manage care. He is complaining of pain and wants a prescription for his Dolobid. He also, when asked about the examination on his rt shoulder, he tended to degrade Dr. Majestro examination. He said that he did not get looked at and Dr. Majestro told him that he is alright. He is complaining of some discomfort in the Dorsal spine area between the shoulder. The CRA manage care is going to arrange for him to go vocational rehabilitation to train him as an electrician, this will take about 18 months, but there is question of whether he needs a work hardening program, because he will have to lift upto 50lbs. There is question of whether he has to lift 50lbs when he is a student or after he finishes his training. His examination showed a well developed muscle on both sides, they are fairly equal on both sides. There is questionable slight weakness on the rt side compared with the lt shoulder with minimal if any limitation of extension, abduction and flexion of the rt shoulder. He might need some work hardening program before he resumes his work. He is given Rx for Dolobid #30, to take 500mg q 12 hours, to return if needed.

PC/rs

P. Chinuntdet, M.D.
623 Madison Avenue
Madison, WV 25130

11-1-95

Christopher Lester

Chief Complaint: Having trouble with rt arm
Vital Signs: 98.5, 80, 20, 116/84
Diagnosis: Rt arm weakness

He has came in today from the last visit in August, he has been evaluated for rehabilatation at Logan General and apparently the Physical Therapist there found weakness on his rt arm and shoulder and recommended that he have his arm fixed or operated on according to the patient. We did have a report from the Physical Therapist indicating that his arm was weak, about 15% weaker than normal. It is not stated whether this is connected to his injur, but the Pt claims that he just noticed it since the Physical Therapist examined him. He thought it was do to the Header bouncing off his Rt shoulder. There is questionable weakness of rt upper extremity, his reflexes may be slightly diminshed in hid rt elbow. He has some slight tenderness and pain on internal and external rotation of his shoulder. I am not certain to what the Physical Therapist has found unless it is a Rotaters Cuff tear. Advised that he is to be evaluated by an Orthopedic Surgeon. Authorization from Compensation is requested for him to be seen by Dr. Majestro, or his associate.

PC/rs

11-1-95 - Called Dr. Majestro's office to set up an appointment - they are going to call back to ~~set it~~ ERROR RNS - Let me know when the doctor can see Mr. Lester. R. Starcher.

11-17-95 220pm - Marcia VanHook called - she set up an appointment c̄ Dr. Majestroe for Chris. @ 2:00pm on Nov. 30. R. Starcher

1-9-96 - Pt. DNC! - R. Starcher

1-18-96 - Pt DNCI K Frazier

**P. Chinuntdet, M.D.**
**623 Madison Avenue**
**Madison, WV 25130**

7-5-96

Christopher Wayne Lester
He said that his back hurts again. He has been going to school to be an electrician and they started him on a work hardening program for about a week and a half. He said that they started having him do weight lifting. He said that his back started hurting him for the last few days. He still complains of pain radiating from his neck to his back.

PC/rs

07-05-96

Christopher Lester
continuation

Examination showing limitation of movement of neck and back, straight leg resting is to about 20 to 25 degrees. He has little muscle spasms at the present time, he is tender in the cervical area. I would suggest that he ease up on the pysical therapy, ease up on the work hardening program, and resume within a week or so. At the lowest leave as possible adjusting to the patients tolerance. Please send a copy to Comprehensive Rehabilitation Associates, Inc.

PC/th

7-17-96. Sent copy to Comprehensive Rehab. Associates, Inc.
Teresa Henderson

7/19/96 Pt. DNCI. K. Frazier

auth/01-01-96/*8 VENDOR COPY ** 1005904

Bureau of Employment Programs
**Workers' Compensation Division**
4700 MacCorkle Avenue, S.E.
Charleston, West Virginia 25304-1964

**Gaston Caperton**, Governor
**Andrew N. Richardson**, Commissioner

July 19, 1996

SNYDER J MARK
MADISON MEDICAL GROUP
705 MADISON AVENUE
MADISON, WV 25130

CHRISTOPHER W LESTER
PO BOX 21

HEWETT, WV 25108-0000

Re: Claim 950006803
S.S.N. [redacted]-3340
D.O.I. 08/10/1994

PLEASE READ CAREFULLY - AUTHORIZATION DECISION

The request from CLAIMANT dated 07/18/1996, is Approved.

PER THE CLAIMANT'S REQUEST, DATED JULY 18, 1996, THIS LETTER WILL SERVE AS AUTHORIZATION FOR DR. J. MARK SNYDER TO ASSUME CARE OF THE CLAIMANT FOR THE COMPENSABLE INJURY.

Your authorization number is 196200163.
Authorized Dates are through .

If it is later determined you are not entitled to authorized services, payment will be recovered.

Any party to this claim may protest this decision by sending a written protest to the Office of Judges, with copies to all other parties to the claim, within 30 days from the date you receive this letter. See addresses below:

Office of Judges
P. O. Box 2233
Charleston, WV 25328-2233

Director, Legal Services Division
P. O. Box 3922
Charleston, WV 25339-3922

After the protest is filed, all parties may agree to seek mediation services. If so, you may contact the Mediation Unit at P.O. Box 2964, Charleston, WV 25330-2964.

If you have any questions or concerns, you may reach me at 304-926-5264.

CC: TRI-STATE HOME CENTER
CRA
SNYDER J MARK

Workers' Compensation Division
BY: Greg Hughes
Claims Representative 3/Senior