IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHAEL W. HARRIS, et al,

    vs.                                Case Number: 1:01-cv-00428

PURDUE PHARMACEUTICALS, LP, et al,

MINUTES: HEARING ON MOTION FOR NATIONAL CLASS CERTIFICATION (DOC. 70)

Argument of Counsel heard.

Matter taken under advisement. Written order to follow.

| | |
|---|---|
| Judge: | S. Arthur Spiegel |
| Courtroom Deputy: | Kevin Moser |
| Court Reporter: | Julie Wolfer, Official |
| Date: | September 18, 2003 |