UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL W. HARRIS, et al.,** : | |
| : | Civil Action No. C-1-01-428 |
| **Plaintiffs,** : | |
| : | Honorable Judge S. Arthur Spiegel |
| v. : | Magistrate Timothy S. Hogan |
| : | |
| **PURDUE PHARMA, INC., et al.,** : | **PLAINTIFFS' MOTION TO DISMISS** |
| : | **WITHOUT PREJUDICE** |
| **Defendants.** : | |
| : | |

All Plaintiffs named herein hereby move the Court to dismiss their claims without prejudice pursuant to Rule 41(a)(2). Plaintiffs' Motion is supported by the accompanying Memorandum.

Respectfully submitted,

**/s/ Janet G. Abaray**
Janet G. Abaray (0002943)
Beverly H. Pace (0037534)
LOPEZ, HODES, RESTAINO,
MILMAN & SKIKOS
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
(513) 852-5600
(513) 852-5611 (fax)
jabaray@lopez-hodes.com
bpace@lopez-hodes.com

ATTORNEYS FOR PLAINTIFFS

**MEMORANDUM**

On July 15, 2002, this Court granted Plaintiffs' Leave to File a Second Amended Complaint (Doc. 47). This complaint was filed as a class action on behalf of two distinct groups: an Ohio personal injury class, and a national medical monitoring class. The named representatives for the Ohio personal injury class are: Michael W. Harris, as the Administrator of the Estate of Kathleen Harris Woodward, Daniel Brant, Lisa Stout, Cynthia Justice and Anthony Blevins. The named representatives for the national class are James Betelyoun, Christopher Lester, Barbara Jean Sawyers and Ronald Fantozzi.

Plaintiffs then moved, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an Order declaring that the action be maintained as a national class action, seeking equitable relief in the form of prescription monitoring. (Doc. 70). In addition, Plaintiffs asked the Court to stay Plaintiffs' request for an Ohio personal injury class, pending appeal of an Ohio personal injury class certified in *Howland, et al. v. Purdue Pharma L.P., et al.*, Case No. CV01-07-1651 (Court of Common Pleas, Butler County, Ohio) in the interest of judicial economy and efficiency. (Doc. 70)

In light of the Court's Order denying Plaintiffs' Motion for National Class Certification on September 30, 2003 (Doc. 100), and because the claims of the Ohio personal injury class members are protected by the pending class action, Plaintiffs now move that the named plaintiffs representing the putative National class as well as the named plaintiffs representing the putative Ohio personal injury class be dismissed pursuant to Rule 41(a)(2).

Accordingly, Plaintiffs respectfully moves this Honorable Court to order that this case be dismissed without prejudice as to all the named Plaintiffs.

          Respectfully submitted,

          **/s/ Beverly H. Pace**
Janet G. Abaray (0002943)
Beverly H. Pace (0037534)
LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
(513) 852-5600
(513) 852-5611 (fax)
jabaray@lopez-hodes.com
bpace@lopez-hodes.com

ATTORNEYS FOR PLAINTIFFS

**OF COUNSEL:**

Bill Hayes, Esq.
HAYES LAW OFFICES
P.O. Box 817
2309 Cumberland Avenue
Middlesboro, Kentucky  40965
(606) 248-2899
(606) 248-2914 (fax)

Richard S. Lewis, Esq.
Douglas J. McNamara, Esq.
Molly McGinley Han, Esq.
**COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC**
1100 New York Avenue, Suite 500
Washington, DC 20005
(202) 408-4600
(202) 408-4699

Robert M. Foote, Esq.
**FOOTE, MEYERS, MIELKE & FLOWERS**
13 South 7th Street
Geneva, IL 60134
(630) 232-3333
(630) 845-8982

3

Lewis J. Saul, Esq.
Jennifer L. Frank, Esq.
Jon Hinck, Esq.
**LEWIS SAUL & ASSOCIATES, P.C.**
183 Middle Street, Suite 200
Portland, ME 04101
(207) 874-7407
(207) 874-4930

Joseph L. Hale, Esq.
547 Sixth Street
Portsmouth, OH 45662
(740) 353-1629
(740) 355-3503

Robert E. Piper, Jr., Esq.
Cloyd Benjamin, Jr., Esq.
**PIPER AND ASSOCIATES**
624 Pierre Avenue
Post Office Box 69
Shreveport, LA 71161
(318) 226-0826
(318) 424-9900

Andrew Caldwell
**DICKERSON LAW FIRM**
110 Woodbine
P.O. Box 1259
Hot Springs, AR 71901
(501) 321-1535
(501) 321-9022

Peter J. McNulty, Esq.
**LAW OFFICE OF PETER McNULTY**
827 Moraga Drive
Bel Air, CA 90049
(310) 471-2707
(310) 472-7014

Archie C. Lamb, Jr., Esq.
2017 Second Avenue North, Suite 200
Birmingham, AL 35203
(205) 324-4644
(205) 324-4649

Neil Henrichsen, Esq.
**HENRICHSEN, SIEGEL, P.L.L.C.**
1850 M Street, N.W., Suite 250
Washington, DC 20036
(202) 293-7766
(202) 293-7778

G. Nelson Smith, III, Esq.
**SMITH, COOPER, L.L.P.**
1029 Vermont Avenue, NW, Suite 300
Washington, DC 20005
(202) 789-8705
(202) 789-8775

Don Edgar, Esq.
Bay View Bank Building
50 Old Courthouse Square, Suite 610
Santa Rosa, CA 95404
(707) 545-3200
(707) 578-3040

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served upon the following via ordinary U.S. Mail, postage pre-paid, this 8th day of October, 2003:

Joseph P. Thomas, Esq.
ULMER & BURNE LLP
600 Vine Street
Suite 2800
Cincinnati, Ohio 45202

**Attorneys for Defendants Abbott Laboratories &
Abbott Laboratories, Inc.**

Daniel J. Buckley, Esq.
VORYS, SATER, SEYMOUR & PEASE LLP
22 East 4th Street
Suite 2100, Atrium Two
Cincinnati, Ohio 45202-0236

**Attorneys for Defendants Purdue Pharma, Inc.,
Purdue Pharma L.P., & Purdue Frederick Co.**

And a Courtesy Copy to by Ordinary U.S. Mail to:

Paul F. Strain, Esq.
Milton K. Hill, Esq.
BAETJER & HOWARD LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201

**Co-Counsel for Abbott Defendants**

David S. Cupps, Esq.
VORYS, SATER, SEYMOUR & PEASE LLP
52 East Gay Street
Columbus, Ohio 43216-1008

**Co-Counsel for Purdue Defendants**

                                            **/s/ Janet G. Abaray**
                                            Janet G. Abaray