**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL W. HARRIS, et al. | * | Case No. 1:01cv428 |
| Plaintiffs | * | |
| v. | * | Judge S. Arthur Spiegel |
| PURDUE PHARMA, INC., et al. | * | |
| Defendants | * | |

**ABBOTT DEFENDANTS' AND PURDUE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE**

Pursuant to Rule 7.3(a) of the Local Rules of the United States District Court for the Southern District of Ohio, Defendants Abbott Laboratories and Abbott Laboratories, Inc. (collectively "Abbott Defendants"), Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company (collectively "Purdue Defendants"), hereby move for an extension of time, until November 17, 2003, to respond to Plaintiffs' Motion to Dismiss Without Prejudice. Counsel for Plaintiffs has consented to the extension of time requested in this Motion, and an Agreed Order granting this motion will be submitted to the Court pursuant to Section II(E) of the Electronic Filing Policies and Procedures Manual.

Respectfully submitted,

| | |
|---|---|
| s/David S. Cupps<br>David S. Cupps, Esq.<br>Daniel J. Buckley, Esq. (0003772)<br>VORYS, SATER, SEYMOUR & PEASE LLP<br>Suite 2100, Atrium Two<br>221 East Fourth Street<br>P.O. Box 0236<br>Cincinnati, Ohio 45201-0236<br>(513) 723-4002; (513) 723-4056 (FAX)<br><br>**Attorneys for Defendants,**<br>**Purdue Pharma, L.P., Purdue Pharma Inc., and Purdue Frederick Company** | s/ Joseph P. Thomas<br>Joseph P. Thomas (Ohio Reg. 0040379)<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, Ohio 45202-2409<br>(513) 762-6200; (513) 762-6250 (FAX)<br><br>**Attorney for Defendants**<br>**Abbott Laboratories and**<br>**Abbott Laboratories, Inc**. |

**MOTION CONSENTED TO BY:**

s/ Janet G. Abaray
Janet G. Abaray, Esq. (0002943)
LOPEZ, HODES, RESTAINO, MILMAN, SKIKOS & POLOS
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
(513) 852-5600; (513) 852-5611 (FAX)

**Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via regular U.S. mail, postage prepaid, and by Electronic Service, this 3rd day of November 2003, on the following:

Janet G. Abaray, Esq.
LOPEZ, HODES, RESTAINO
MILMAN, SKIKOS & POLOS
312 Walnut Street
Suite 2090
Cincinnati, Ohio 45202
**Attorneys for Plaintiffs**

David S. Cupps, Esq.
VORYS, SATER, SEYMOUR & PEASE LLP
52 East Gay Street
Columbus, Ohio 43216-1008
and
Daniel J. Buckley, Esq.
VORYS, SATER, SEYMOUR & PEASE LLP
221 E. 4th Street
Suite 2100, Atrium Two
Cincinnati, Ohio 45202-0236
**Attorneys for Purdue Pharma L.P.
and Purdue Frederick Company**

/S/ Shannon J. Cook
Shannon J. Cook