### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL W. HARRIS, et al. | * | Case No. 1:01cv428 |
| Plaintiffs | * | |
| v. | * | Judge S. Arthur Spiegel |
| PURDUE PHARMA, INC., et al. | * | |
| Defendants | * | |

**AGREED ORDER GRANTING ABBOTT DEFENDANTS' AND PURDUE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE (DOC. 103)**

Upon motion of Abbott Defendants and Purdue Defendants (collectively "Defendants") for an Order extending the time by which Defendants may respond to Plaintiffs' Motion to Dismiss Without Prejudice until November 17, 2003, and this Court being otherwise sufficiently advised;

It is hereby ordered that Defendants have until November 17, 2003, to respond to Plaintiffs' Motion to Dismiss Without Prejudice.

| | |
|---|---|
| November 4, 2003 | s/S. Arthur Spiegel |
| Date | Judge S. Arthur Spiegel |

AGREED TO BY:

| | |
|---|---|
| /s/ Janet G. Abaray<br>Janet G. Abaray, Esq. (0002943)<br>LOPEZ, HODES, RESTAINO, MILMAN, SKIKOS & POLOS<br>312 Walnut Street, Suite 2090<br>Cincinnati, Ohio  45202<br>(513) 852-5600; (513) 852-5611 (FAX)<br><br>**Attorney for Plaintiffs** | /s/ Joseph P. Thomas<br>Joseph P. Thomas (Ohio Reg. 0040379)<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, Ohio  45202-2409<br>(513) 762-6200; (513) 762-6250 (FAX)<br><br>**Attorney for Defendants**<br>**Abbott Laboratories and**<br>**Abbott Laboratories, Inc**.<br><br>/s/ David S. Cupps<br>David S. Cupps, Esq.<br>Daniel J. Buckley, Esq. (0003772)<br>VORYS, SATER, SEYMOUR & PEASE LLP<br>Suite 2100, Atrium Two<br>221 East Fourth Street<br>P.O. Box 0236<br>Cincinnati, Ohio  45201-0236<br>(513) 723-4002; (513) 723-4056 (FAX)<br><br>**Attorneys for Defendants,**<br>**Purdue Pharma, L.P., Purdue Pharma Inc., and Purdue Frederick Company** |