**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL W. HARRIS, et al. | * | Case No. 1:01cv428 |
| Plaintiffs | * | |
| v. | * | Judge S. Arthur Spiegel |
| PURDUE PHARMA, INC., et al. | * | |
| Defendants | * | |

**ABBOTT DEFENDANTS' AND PURDUE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE**

Pursuant to Rule 7.3(a) of the Local Rules of the United States District Court for the Southern District of Ohio, Defendants Abbott Laboratories and Abbott Laboratories, Inc. (collectively "Abbott Defendants"), Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company (collectively "Purdue Defendants"), hereby move for an extension of time, until November 24, 2003, to respond to Plaintiffs' Motion to Dismiss Without Prejudice. Counsel for Plaintiffs has consented to the extension of time requested in this Motion, and an Agreed Order granting this motion will be submitted to the Court pursuant to Section II(E) of the Electronic Filing Policies and Procedures Manual.

Respectfully submitted,

s/ Phillip J. Smith
David S. Cupps, Esq.
Daniel J. Buckley, Esq. (0003772)
Phillip J. Smith, Esq.
VORYS, SATER, SEYMOUR & PEASE LLP
Suite 2100, Atrium Two
221 East Fourth Street
P.O. Box 0236
Cincinnati, Ohio  45201-0236
(513) 723-4002; (513) 723-4056 (FAX)

**Attorneys for Defendants,**
**Purdue Pharma, L.P., Purdue Pharma Inc., and Purdue Frederick Company**

s/ Joseph P. Thomas
Joseph P. Thomas (Ohio Reg. 0040379)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202-2409
(513) 762-6200; (513) 762-6250 (FAX)

**Attorney for Defendants**
**Abbott Laboratories and**
**Abbott Laboratories, Inc**.

**MOTION CONSENTED TO BY:**

s/ Janet G. Abaray
Janet G. Abaray, Esq. (0002943)
LOPEZ, HODES, RESTAINO, MILMAN, SKIKOS & POLOS
312 Walnut Street, Suite 2090
Cincinnati, Ohio  45202
(513) 852-5600; (513) 852-5611 (FAX)

**Attorney for Plaintiffs**

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Janet G. Abaray, Esq.
LOPEZ, HODES, RESTAINO
MILMAN, SKIKOS & POLOS
312 Walnut Street
Suite 2090
Cincinnati, Ohio 45202
**Attorneys for Plaintiffs**

David S. Cupps, Esq.
VORYS, SATER, SEYMOUR & PEASE LLP
52 East Gay Street
Columbus, Ohio 43216-1008
and
Daniel J. Buckley, Esq.
VORYS, SATER, SEYMOUR & PEASE LLP
221 E. 4th Street
Suite 2100, Atrium Two
Cincinnati, Ohio 45202-0236
**Attorneys for Purdue Pharma L.P.,**
**Purdue Pharma, Inc., and**
**Purdue Frederick Company**

                                                s/ Joseph P. Thomas
                                                Joseph P. Thomas (0040379)
                                                Attorney for Defendants
                                                Abbott Laboratories and
                                                Abbott Laboratories, Inc.
                                                ULMER & BERNE LLP
                                                600 Vine Street, Suite 2800
                                                Cincinnati, Ohio 45202-2409
                                                (513) 762-6200; (513) 762-6250 (FAX)
                                                E-mail: jthomas@ulmer.com