UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL W. HARRIS, et al., | * | Case No. 1:01cv428 |
| Plaintiffs, | * | Judge S. Arthur Spiegel |
| v. | * | |
| PURDUE PHARMA, INC., et al., | * | |
| Defendants. | * | |

**AGREED ORDER GRANTING ABBOTT DEFENDANTS' AND PURDUE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE (DOC. 105)**

Upon motion of Abbott Defendants and Purdue Defendants (collectively "Defendants") for an Order extending the time by which Defendants may respond to Plaintiffs' Motion to Dismiss Without Prejudice until November 24, 2003, and this Court being otherwise sufficiently advised;

It is hereby ordered that Defendants have until November 24, 2003, to respond to Plaintiffs' Motion to Dismiss Without Prejudice.

November 18, 2003                                     s/S. Arthur Spiegel
Date                                                              Judge S. Arthur Spiegel

AGREED TO BY:

s/ Janet G. Abaray
Janet G. Abaray, Esq. (0002943)
LOPEZ, HODES, RESTAINO, MILMAN,
SKIKOS & POLOS
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
(513) 852-5600; (513) 852-5611 (FAX)

**Attorney for Plaintiffs**

s/ Joseph P. Thomas
Joseph P. Thomas (Ohio Reg. 0040379)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 762-6200; (513) 762-6250 (FAX)

**Attorney for Defendants,
Abbott Laboratories and
Abbott Laboratories, Inc.**

s/ Phillip J. Smith
David S. Cupps, Esq.
Daniel J. Buckley, Esq. (0003772)
Phillip J. Smith, Esq.
VORYS, SATER, SEYMOUR
& PEASE LLP
Suite 2100, Atrium Two
221 East Fourth Street
P.O. Box 0236
Cincinnati, Ohio 45201-0236
(513) 723-4002; (513) 723-4056 (FAX)

**Attorneys for Defendants,
Purdue Pharma, L.P., Purdue Pharma
Inc., and Purdue Frederick Company**