**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL W. HARRIS, <u>et al.</u>, | : | |
| | : | Case No. 1:01cv428 |
| Plaintiffs, | : | |
| | : | Judge S. Arthur Spiegel |
| v. | : | |
| | : | |
| PURDUE PHARMA, INC., <u>et al.</u>, | : | |
| | : | |
| Defendants. | : | |

<u>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO DISMISS**</u>

Defendants Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company (collectively "Purdue"), Abbott Laboratories and Abbott Laboratories, Inc. (collectively "Abbott"), hereby respond to Plaintiffs' Motion to Dismiss Without Prejudice. While Purdue and Abbott do not agree with some of the assertions in Plaintiffs' Motion to Dismiss Without Prejudice, they do not oppose the dismissal of plaintiffs' action without prejudice and have submitted a proposed stipulation to plaintiffs' counsel to effectuate that result.

Respectfully submitted,

s/ Daniel J. Buckley
David S. Cupps Bar No. 0017002
Daniel J. Buckley Bar No. 0003772
VORYS, SATER, SEYMOUR AND PEASE LLP
Suite 2000, Atrium Two
221 East Fourth Street
P.O. Box 0236
Cincinnati, Ohio  45201-0236
(513) 723-4002; (513) 723-4056 (FAX)
djbuckley@vssp.com

**Attorneys for Defendants,**
**Purdue Pharma, L.P.,  Purdue Pharma Inc.,**
**and Purdue Frederick Company**

s/ Joseph P. Thomas
Joseph P. Thomas Bar No. 0040379
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202-2409
(513) 762-6200; (513) 762-6250 (FAX)
jthomas@ulmer.com

**Attorney for Defendants,**
**Abbott Laboratories and**
**Abbott Laboratories, Inc**.

## CERTIFICATE OF SERVICE

   I hereby certify that on November 24, 2003, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system, which will send notification of such filing to the following:

Janet G. Abaray, Esq.         Calvin S Tregre, Esq.
jabaray@lopez-hodes.com       ctregre@lopez-hodes.com

Beverly H. Pace, Esq.
bpace@lopez-hodes.com

I further certify that I am providing notice of this filing by regular United States mail, postage prepaid, upon the following non-CM/ECF participants:

Joseph L. Hale, Esq.          Robert M. Foote, Esq.
547 Sixth Street            Foote, Meyers, Mielke & Flowers
Portsmouth, Ohio 45662        13 South 7th Street
                  Geneva, IL 60134

Bill Hayes, Esq.           Lewis J. Saul, Esq.
Hayes Law Offices         Jennifer L. Frank, Esq.
2309 Cumberland Avenue       Jon Hinck, Esq.
P. O. Box 817           Lewis Saul & Associates, P.C.
Middlesboro, Kentucky 40965     183 Middle Street, Suite 200
                  Portland, ME 04101

Richard S. Lewis, Esq.        Andrew Caldwell, Esq.
Douglas J. McNamara, Esq.      Dickerson Law Firm
Molly McGinley Han, Esq.       110 Woodbine
Cohen, Milstein, Hausfeld & Toll, PLLC  P.O. Box 1259
1100 New York Avenue, Suite 500   Hot Springs, AR 71901
Washington, D.C. 20005

Robert E. Piper, Jr. , Esq.       Archie C. Lamb, Jr. , Esq.
Cloyd Benjamin, Jr. , Esq.       2017 Second Avenue North, Suite 200
Piper and Associates         Birmingham, AL 35203
624 Pierre Avenue
P.O. Box 69
Shreveport, LA 71161

Peter J. McNulty, Esq.
Law Office of Peter McNulty
827 Moraga Drive
Bel Air, CA 90049

Neil Henrichsen, Esq.
Henrichsen, Siegel, PLLC
1850 M Street, N.W., Suite 250
Washington, D.C. 20036

Don Edgar, Esq.
Bay View Bank Building
50 Old Courthouse Square, Suite 610
Santa Rosa, CA 95404

G. Nelson Smith, III, Esq.
Smith, Cooper LLP
1029 Vermont Avenue, NW, Suite 300
Washington, DC 20005

s/ Joseph P. Thomas
Joseph P. Thomas Bar No. 0040379
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202-2409
(513) 762-6200; (513) 762-6250 (FAX)
jthomas@ulmer.com