UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAEL W. HARRIS, et al., | : |
| Plaintiffs, | : Case No. 1:01cv428 |
| v. | : Judge S. Arthur Spiegel |
| PURDUE PHARMA, INC., et al., | : |
| Defendants. | : |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by all parties, by and through their undersigned counsel, that this action is hereby dismissed without prejudice. Each party is to bear its own costs.

Respectfully submitted,

s/ Daniel J. Buckley
David S. Cupps Bar No. 0017002
Daniel J. Buckley Bar No. 0003772
VORYS, SATER, SEYMOUR AND PEASE LLP
Suite 2100, Atrium Two
221 East Fourth Street
P.O. Box 0236
Cincinnati, Ohio 45201-0236
(513) 723-4002; (513) 723-4056 (FAX)
djbuckley@vssp.com

**Attorneys for Defendants,
Purdue Pharma, L.P., Purdue Pharma Inc., and Purdue Frederick Company**

s/ Janet G. Abaray
Janet G. Abaray Bar No. 0002943
LOPEZ, HODES, RESTAINO, MILMAN, SKIKOS & POLOS
312 Walnut Street, Suite 2090
Cincinnati, Ohio 45202
(513) 852-5600; (513) 852-5611 (FAX)
jabaray@fuse.net

**Attorney for Plaintiffs**

s/ Joseph P. Thomas
Joseph P. Thomas Bar No. 0040379
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 762-6200; (513) 762-6250 (FAX)
jthomas@ulmer.com

**Attorney for Defendants,
Abbott Laboratories and
Abbott Laboratories, Inc**.

IT IS SO ORDERED:


s/S. Arthur Spiegel
S. Arthur Spiegel


Date: <u>December 4, 2003</u>